# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: May 17, 2004** |
|  | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003</u>

Name of Applicant:                                      Lukins & Annis, P.S.

Authorized to Provide Professional Services to:        Zonolite Attic Insulation Claimants

Date of Appointment:                                   July 22, 2002

Period for which compensation and                      November 1, 2003 through
Reimbursement is sought:                               November 30, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:                             $ 3,497.00

Amount of Expenses Reimbursement:                      $   193.59

This is a:  <u>X</u> monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |

This is the fifteenth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 14 | Litigation | $390 | 6.3 | $2,457.00 |
| TOTALS | | | | | 6.3 | $2,457.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 24 | Litigation | $160 | 6.5 | $1,040.00 |
| TOTALS | | | | | 6.5 | $1,040.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 12.8 Hours | $3,497.00 |
| TOTALS | 12.8 Hours | $3,497.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 33.34 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | $ 3.95 |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $ 156.30 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 193.59 |

Dated: April 26, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ William D. Sullivan
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA  99201
Phone: (509) 455-9555
FAX: (509) 747-2323

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )


Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.


                                        DARRELL W. SCOTT, ESQ.


SWORN AND SUBSCRIBED
Before me this 23rd day of April, 2004.


Notary Public for Washington
Residing at Spokane
My Commission Expires: _9/10/06_



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: May 17, 2004** |
|  | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

# TIME REPORT
## Lukins & Annis, P.S.
Time Period 11/01/2003 - 11/30/2003

### CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 11/03/03 | DWS | Review and respond to inquiries from private ZAI Science Trial counsel regarding status of Science Trial (.3); phone conference with ZAI claimant regarding Science Trial hearing preparation, future rep issues, and implications regarding pending disqualification motions (.3). | 0.60 | $ 390.00 | $ 234.00 |
| 11/03/03 | KLB | Meeting with partner and assistant regarding status of science trial and bankruptcy developments. | 0.20 | $ 160.00 | $ 32.00 |
| 11/03/03 | KLB | Additional legal research regarding futures representative and potential conflict issues. | 0.70 | $ 160.00 | $ 112.00 |
| 11/03/03 | KLB | Telephone call from homeowner with Zonolite returning call to provide additional assessment information (.4); update to database regarding same (.1). | 0.50 | $ 160.00 | $ 80.00 |
| 11/04/03 | DWS | Review memorandum regarding EPA recommendation to homeowners regarding potential property losses. | 0.20 | $ 390.00 | $ 78.00 |
| 11/04/03 | KLB | Supervision of calls to homeowners with ZAI to obtain additional assessment information. | 0.30 | $ 160.00 | $ 48.00 |
| 11/05/03 | KLB | Telephone call from Colorado resident who worked in attics with Zonolite (.3); update to database regarding same (.1). | 0.40 | $ 160.00 | $ 64.00 |
| 11/05/03 | KLB | Telephone call from Colorado resident whose father in Montana owns home with Zonolite and obtain assessment information (.5); update to database (.1). | 0.60 | $ 160.00 | $ 96.00 |
| 11/05/03 | KLB | Supervision of assessment calls (.2) and review of additional internet postings on Zonolite (.1). | 0.30 | $ 160.00 | $ 48.00 |
| 11/07/03 | DWS | Prepare task assignments for litigation team (.2); conference with principal regarding ZAI Science Trial and recusal/stay issues (.3). | 0.50 | $ 390.00 | $ 195.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 11/07/03 | DWS | Prepare weekly task assignments for litigation team (.2); phone call from expert regarding science trial preparation (.3); phone call to co-counsel regarding same (.1); begin preparation for science trial hearing (3.1); review and respond to communications regarding Fitzgerald continuing of Science Trial (.3); phone call to expert regarding continuance (.1). | 4.10 | $ 390.00 | $ 1,599.00 |
| 11/07/03 | KLB | Review email and office conference regarding continuance of science trial (.2); prepare report from database regarding ZAI homeowner assessment (.5). | 0.70 | $ 160.00 | $ 112.00 |
| 11/10/03 | KLB | Supervision of calls from homeowners with ZAI and obtaining of assessment information. | 0.30 | $ 160.00 | $ 48.00 |
| 11/13/03 | DWS | Phone call to co-counsel regarding continuance of hearing on science trial. | 0.10 | $ 390.00 | $ 39.00 |
| 11/20/03 | DWS | Phone call from co-counsel regarding continuance of science trial. | 0.20 | $ 390.00 | $ 78.00 |
| 11/24/03 | KLB | Meeting with partner and assistant regarding status of science trial and communications with additional homeowners. | 0.20 | $ 160.00 | $ 32.00 |
| 11/25/03 | DWS | Phone call from co-counsel regarding expert fee issues (.3); phone call to expert regarding same (.2); review and revise for signature monthly fee and cost statement (.1). | 0.60 | $ 390.00 | $ 234.00 |
| 11/25/03 | KLB | Emails from and to Illinois homeowner inquiring about science trial status (.3); telephone call to Illinois homeowner and obtain assessment information (.5); search ATSDR site for Illinois expansion plant information (.2); letter to Illinois homeowner protection information on class actions, Illinois expansion plant, and science trial briefing (.3); Update to database regarding homeowner ZAI information (.5). | 1.80 | $ 160.00 | $ 288.00 |
| 11/26/03 | KLB | Review photographic evidence depicting Zonolite in attics (.4); email and call to building magazine reporter regarding same (.1). | 0.50 | $ 160.00 | $ 80.00 |
| | | **SUBTOTAL** | **12.80** | | **$ 3,497.00** |
| | | **TIME TOTAL:** | **12.80** | | **$ 3,497.00** |

# COST REPORT
## Lukins & Annis, P.S.
Time Period 11/01/2003 - 11/30/2003

| DATE | DESCRIPTION | CHARGE | |
|---|---|---|---|
| 11/03/03 | Photocopies | $ | 30.00 |
| 11/03/03 | Photocopies | $ | 29.70 |
| 11/03/03 | Photocopies | $ | 5.40 |
| 11/03/03 | Photocopies | $ | 19.05 |
| 11/04/03 | Photocopies | $ | 0.90 |
| 11/05/03 | Long Distance Charges | $ | 0.67 |
| 11/07/03 | Long Distance Charges | $ | 0.67 |
| 11/07/03 | Long Distance Charges | $ | 0.32 |
| 11/07/03 | Long Distance Charges | $ | 0.32 |
| 11/07/03 | Long Distance Charges | $ | 0.67 |
| 11/07/03 | Photocopies | $ | 0.90 |
| 11/07/03 | Photocopies | $ | 2.55 |
| 11/10/03 | Photocopies | $ | 0.30 |
| 11/10/03 | Photocopies | $ | 6.00 |
| 11/10/03 | Photocopies | $ | 30.00 |
| 11/10/03 | Long Distance Charges | $ | 1.02 |
| 11/11/03 | Photocopies | $ | 0.15 |
| 11/12/03 | Photocopies | $ | 0.60 |
| 11/13/03 | Long Distance Charges | $ | 0.67 |
| 11/13/03 | Long Distance Charges | $ | 5.41 |
| 11/17/03 | Photocopies | $ | 0.45 |
| 11/18/03 | Postage | $ | 3.95 |
| 11/18/03 | Photocopies | $ | 2.25 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| 11/19/03 | Photocopies | $ | 0.45 |
| 11/21/03 | Photocopies | $ | 1.80 |
| 11/24/03 | Photocopies | $ | 1.50 |
| 11/25/03 | Photocopies | $ | 9.00 |
| 11/25/03 | Photocopies | $ | 13.65 |
| 11/25/03 | Photocopies | $ | 0.30 |
| 11/25/03 | Long Distance Charges | $ | 0.67 |
| 11/25/03 | Long Distance Charges | $ | 0.63 |
| 11/25/03 | Long Distance Charges | $ | 19.60 |
| 11/26/03 | Photocopies | $ | 1.35 |
| 11/26/03 | Long Distance Charges | $ | 0.67 |
| 11/26/03 | Long Distance Charges | $ | 2.02 |
| | **Total** | **$** | **193.59** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on April 26, 2004, service of the

foregoing

- **Verified Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from November 1, 2003 through November 30, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
      April 26, 2004

*/s/ William D. Sullivan* _____
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Scars Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin  & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh. PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202