IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                          )
                                )     Chapter 11
W.R.Grace & Co., et al.         )
                                )     Case No. 01-1139
                                )     Jointly Administered)
          Debtors               )

## AFFIDAVIT

STATE OF NEW YORK        )
                         )  SS.
COUNTY OF ERIE           )

EILEEN M. MARTIN, being duly sworn, upon her oath, deposes and says:

1.   I am a lawyer of Kavinoky & Cook, LLP, located at 120 Delaware Avenue, Buffalo, New York 14202 (the "Firm").

2.   The Debtors have requested the Firm provide immigration representation to the Debtors, and the firm has consented to provide such services.

3.   The firm may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 cases, for persons that are parties-in-interest in the Debtors' Chapter 11 cases.

4.   As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these Chapter 11 cases. The Firm does not perform services for any such person in connection with these Chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

5.   Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the

Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $720.00 for immigration representation services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Executed on April 21, 2004

Eileen M. Martin, Esq.
Kavinoky & Cook, LLP
120 Delaware Avenue
Buffalo, NY   14202

Sworn to and subscribed before me this

31 day of April, 2004.

Notary Public

224655

ROBIN A. BACON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES JULY 3, 2005