# EXHIBIT A

# EXHIBIT A

## W. R. Grace & Co., et al.

### District of Delaware, Bankruptcy Case No. 01-1139

### Report on *De Minimis* Asset Sales January 1, 2004 through March 31, 2004

**Part I – Sales in excess of $25,000, but less than $250,000.**

NONE

**Part II – Sales equal to or less than $25,000.**

NONE