# EXHIBIT A

# EXHIBIT A

## W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action
### January 1, 2004 through March 31, 2004

| Opposing Party | Debtor Entity | Settlement Description |
|---|---|---|
| Steven Brad Smith | W. R. Grace & Co.-Conn. | *W. R. Grace & Co.-Conn. v. Steven Brad Smith,* Cause No. 284910, County Court, Bexar County, Texas. Grace recovered salary overpayments made to a former employee in the amount of $11,938.60. The parties reached an oral agreement in October 2003, and Mr. Smith has sent a check for the full amount. He has not, however, signed the Release. |
| United States of America and State of California | Baker & Taylor and W. R. Grace | This matter involved claims by the United States, the State of California, and certain relators under the False Claims Act to obtain reimbursement of alleged overcharges by Baker & Taylor for textbooks sold by Baker & Taylor. A settlement was reached with the United States and California prior to the Chapter 11 filing, but the case was not dismissed. The overcharge claims of the relators who instituted the False Claims Act case were dismissed by the Judge. In return for Grace's non-participation in any appeal to the Ninth Circuit the relators may take against co-defendant Baker & Taylor, the relators will dismiss all of their claims against Grace for attorney fees in connection with this case. Discussions are ongoing to finalize the ultimate dismissal of this action in its entirety against Grace. Included in the final resolution will be the relators' abandoning their proof of claim filed prior to the Bar Date for these same legal fees. |
| Marion Neyrey 15061 Highway 40 Folsom, LA | Anthony Favalora, Jr. 1100 24th Street, Suite 5 Kenner, LA | On March 1, 2004, an air conditioner fell off Grace employee Anthony Favalora's trailer and was run over by the Neyrey car allegedly causing personal injury to Neyrey. Settlement Amount: $15,000 |