# IN THE UNITED STATES BANRKUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John T. Carroll, III, Esquire (the "Movant"), a member of the bar of this Court, pursuant to District Court Local Rule 83.5, hereby moves the admission *pro hac vice* of Jacob C. Cohn, Esquire (the "Admittee") to represent Federal Insurance Company in the above-captioned chapter 11 case.

The Admittee is a member practicing and in good standing in the Bars of New Jersey; Pennsylvania; United States Court of Appeals for the Third Circuit; United States District Court for the District of New Jersey; United States District Court for the Eastern District of Pennsylvania; and United States District Court for the Western District of Pennsylvania.

Dated: April 20, 2004

COZEN O'CONNOR

John F. Carroll, III (No. 4060)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

WILM1\25066\1 099994.000

DOCKET NO. 5475
DATE 4/22/04

The Admittee certifies that I am eligible for admission *pro hac vice* to this Court, I am admitted to practice in good standing in the jurisdictions described above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Dated: April 20, 2004

Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013
Email: jcohn@cozen.com

Motion granted:

BY THE COURT:

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Dated: 4/26/04