PETER C. HARVEY
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0106
Attorney for State of New Jersey, Division of Taxation

By:   Tracy E. Richardson (TR1366)
      Deputy Attorney General
      (609) 292-1537


UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) | Case No.: 01-01139(JKF) |
| Debtors. | ) | Jointly Administered |

Hearing Date: May 24, 2004
12:00 p.m.

## THE STATE OF NEW JERSEY, DIVISION OF TAXATION'S RESPONSE TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

The State of New Jersey, Division of Taxation ("N.J. Division") has no objection to debtors' Third Omnibus Objection to Claims (Non-Substantive).

Debtors' objection requests that the following claims filed by the N.J. Division be expunged:

| Claim Number | Claim Amount/Class |
|---|---|
| 785 | $116,629.24 administrative |
| 15351 | $258,629.24 administrative |

The N.J. Division consents to expungement of these claims, since both claims were amended and superseded by or are

duplicates of the surviving claim numbers listed on Exhibits A and B to debtors' objection.

        Respectfully submitted,

        PETER C. HARVEY
        ATTORNEY GENERAL OF NEW JERSEY


       By: /s/ Tracy E. Richardson
        Tracy E. Richardson (TR1366)
        Deputy Attorney General
        Phone: (609) 292-1537
Dated: 4-27-04      Fax: (609) 777-3055