PETER C. HARVEY
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0106
Attorney for State of New Jersey, Division of Taxation

By:   Tracy E. Richardson (TR1366)
      Deputy Attorney General
      (609) 292-1537

```
                UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE

In re:                        )    Chapter 11

W.R. GRACE & CO., et al.,     )    Case No.: 01-01139(JKF)

    Debtors.                  )    Jointly Administered

                                   Hearing Date: May 24, 2004
                                                 12:00 p.m.
```

CERTIFICATION OF SERVICE

Tracy E. Richardson hereby certifies and says:

1.  I am employed as a Deputy Attorney General with the Department of Law and Public Safety, Division of Law.

2.  I hereby certify that on April 27, 2004, this Response to Debtors' Third Omnibus Objection to Claims (Non-Substantive) was filed electronically and if the following are not registered participants for electronic notice, I caused a true copy of this response to be mailed via regular U.S. Mail:

> Rachel R. Schulman, Esq.
> Attorney for Debtors
> Kirkland & Ellis, LLP
> 200 East Randolph Drive
> Suite 6500
> Chicago, IL  60601

David W. Carickhoff, Jr., Esq.
Attorney for Debtors
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Office of the United States Trustee
844 King Street
Suite 2313
Wilmington, DE  19801

3. I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                      PETER C. HARVEY
                      ATTORNEY GENERAL OF NEW JERSEY


              By:   /s/ Tracy E. Richardson
                    Tracy E. Richardson (TR1366)
                    Deputy Attorney General

DATED: 4-27-04