IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

Objection Deadline: May 17, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD MARCH 1, 2004 THROUGH MARCH 31, 2004

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/01/04 | KMW | Attend to discovery issues: deposition coordination, responses to interrogatory and document requests. | 1.40 |
| 03/01/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation, document review and witness file preparation. | 5.00 |
| 03/02/04 | GHL | Preparation of response to Intecat's Third Interrogatories and Fifth Document Requests | 0.70 |
| 03/02/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation, document production, witness file preparation and updating various indicies. | 5.00 |
| 03/02/04 | KMW | Preparation of responses to interrogatory and document requests; analysis of Grace's requests; analysis of Intercat's responses to Grace's requests. | 2.00 |
| 03/03/04 | GHL | Preliminary review of Intercat's motion to compel production of financial information on catalyst additives on basis of entire market value rule damage theory, consideration of bases of opposition to same, and review of legal authorities on entire market value rule; | 1.50 |
| 03/03/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation, document production, witness file preparation and updating various indicies. | 4.50 |
| 03/03/04 | KMW | Analysis of motion to compel production, conference w/GHL regarding the same, legal research and analysis of damages, preparation of opposition to motion to compel. | 4.30 |
| 03/03/04 | KMW | Analysis of grace documents for production. | 0.20 |
| 03/04/04 | KMW | Analysis of motion to compel and preparation of opposition thereto. | 3.50 |
| 03/04/04 | GHL | Further analysis of Intercat's claim to damages on lost sales of additive and Intercat's related motion to compel documents relating to Grace additive sales and profits; | 1.50 |
| 03/04/04 | GHL | Attendance to scheduling issues, including telephone conferences with Intercat counsel and local counsel; communications with Grace regarding scheduling issues and to line up witnesses; | 0.60 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/05/04 | GHL | Conference with members of trial team regarding deposition scheduling communication with Grace representatives and with Intercat counsel regarding same; development of schedule; | 1.25 |
| 03/05/04 | GHL | Review of transcript of Bartholic deposition, and report to Mr. Maggio regarding the deposition; | 0.50 |
| 03/05/04 | KMW | Analysis of motion to compel and preparation of opposition. | 5.50 |
| 03/05/04 | DRB | Team meeting regarding discovery issues | 0.50 |
| 03/08/04 | KMW | Analysis of motion to compel, drafting opposition to the same; legal research and analysis of the same. | 1.70 |
| 03/09/04 | DRB | Analysis of discovery disputes and deposition scheduling | 1.00 |
| 03/09/04 | KMW | Attend to accusation of discovery deficiencies; analysis of Grace's document production. | 1.00 |
| 03/09/04 | KMW | Analysis of motion to compel production of documents; fact gathering, legal research and analysis, and drafting opposition in light of the same. | 6.70 |
| 03/09/04 | KMW | Analysis of Intercat's discovery responses; preparation of letter describing deficiencies. | 1.00 |
| 03/10/04 | NP | Preparing various deposition exhibit binders for D. Bailey | 3.50 |
| 03/10/04 | KMW | Analysis of Intercat's discovery responses and summarize deficiencies. | 0.50 |
| 03/10/04 | KMW | Analysis of motion to compel production and drafting opposition thereto. | 8.00 |
| 03/11/04 | CEZ | Travel to Minneapolis for Nol-Tec 30(b)(6) deposition. (5 hours at half-time) | 2.50 |
| 03/11/04 | DRB | Analysis of discovery requests and scheduling | 1.00 |
| 03/11/04 | DRB | Analysis of Bartholic deposition transcript | 3.90 |
| 03/11/04 | KMW | Legal research and analysis in support of opposition to motion to compel production; drafting the same; telephonic conference w/GHL regarding the same. | 5.00 |
| 03/11/04 | DRB | Letter to Intercat counsel regarding inspection | 0.70 |
| 03/11/04 | CEZ | Reviewed materials in preparation to defend Nol-Tec 30(b)(6) deposition; defended deposition | 8.60 |
| 03/12/04 | DRB | Analysis of Intercat discovery requests and Grace's response | 1.00 |
| 03/12/04 | GHL | Fee Application, Applicant -- preparation of fee petition for January 2004 | 0.50 |

| | | | |
|---|---|---|---|
| 03/12/04 | KMW | Preparation of witness binders and strategy for modellers' 30(b)(6) depositions. | 1.00 |
| 03/12/04 | DRB | Telephone conference with Al Jordan to prepare discovery responses and schedule refinery discovery | 0.50 |
| 03/12/04 | KMW | Analysis of WRG production; telephonic conference w/opposing side regarding the same. | 1.00 |
| 03/12/04 | KMW | Legal analysis of opposition to motion to compel; drafting the same. | 6.40 |
| 03/12/04 | NP | Preparing witness kits and exhibit binders | 4.50 |
| 03/12/04 | DRB | Analysis of Al Jordan deposition transcripts | 2.00 |
| 03/12/04 | DRB | Preparation of opposition to Intercat's motion to compel discovery | 1.50 |
| 03/12/04 | DRB | Preparation for deposition of modeling people and analysis of model designs | 2.00 |
| 03/12/04 | DRB | Meet and confer with Intercat's counsel | 0.50 |
| 03/13/04 | CEZ | Legal research regarding claim construction issues. | 1.20 |
| 03/14/04 | KMW | Preparation of opposition to motion to compel document production. | 1.10 |
| 03/15/04 | DRB | Preparation for defending depositions of Modeling personnel | 1.10 |
| 03/15/04 | CEZ | Met with team to discuss scheduling. | 0.50 |
| 03/15/04 | DRB | Drafting opposition to Intercat's Motion to Compel | 4.50 |
| 03/15/04 | DRB | Scheduling refinery depositions | 0.50 |
| 03/15/04 | KMW | Preparation for Graces 30(b)(6) depositions. | 1.00 |
| 03/15/04 | MDB | Prepare witness binders for Christopher Schult and Alan Kramer | 7.00 |
| 03/15/04 | KMW | Preparation of subpoena for BP Whiting. | 0.70 |
| 03/15/04 | DRB | Strategy meeting for discovery | 1.50 |
| 03/15/04 | FTC | Met with G. Levin, D. Bailey. K. Whitney, and C. Ziegler to discuss case strategy and scheduling. | 1.50 |
| 03/15/04 | GHL | Fee Application Applicant -- preparation of fee petition for January 2004. | 0.80 |
| 03/15/04 | GHL | Meeting with trial team members on outstanding discovery issues, strategy for defense and taking of scheduled depositions, and general case strategy; | 1.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/15/04 | NP | Scanning documents, preparing binders for D.Bailey | 4.00 |
| 03/15/04 | KMW | Strategy meeting w/GHL, FTC, DRB, CEZ. | 1.50 |
| 03/15/04 | KMW | Drafting opposition to motion to compel and conference w/DRB regarding the same. | 3.20 |
| 03/16/04 | KMW | Preparation of subpoenas to refineries and scheduling of depositions. | 2.70 |
| 03/16/04 | DRB | Travel to Grace for deposition preparation | 1.50 |
| 03/16/04 | GHL | Review of transcript of Bartholic deposition, and development of case strategy in view of same; | 0.50 |
| 03/16/04 | DRB | Preparation of witnesses - Robert Riley, Chris Schultz and Alan Kramer for deposition | 8.00 |
| 03/16/04 | KMW | Preparation for 30(b)(6) depositions. | 0.50 |
| 03/16/04 | CEZ | Reviewed draft 30(b)(6) notice; met with K. Whitney to discuss same. | 1.20 |
| 03/16/04 | MDB | Prepare witness binders for John Sorial and Tesoro-Mandan | 7.00 |
| 03/16/04 | NP | Preparing document production, preparing binders for D. Bailey | 3.00 |
| 03/16/04 | KMW | Analysis of motion to compel document production and fact gathering for opposition. | 1.40 |
| 03/17/04 | MDB | Prepare witness binder for Alfred Jordan | 2.50 |
| 03/17/04 | GHL | Review of witness files for depositions to be scheduled | 0.50 |
| 03/17/04 | DRB | Defending deposition of Robert Riley and Alan Kramer regarding additive models | 8.00 |
| 03/17/04 | CEZ | Meet and confer with P. Arnold on discovery issues. | 1.20 |
| 03/17/04 | DRB | Travel back from W.R. Grace depositions in Columbia, Maryland | 2.50 |
| 03/17/04 | KMW | Legal research and analysis in support of opposition to motion to compel document production. | 2.70 |
| 03/18/04 | DRB | Revisions to opposition brief concerning Intercat's motion to compel discovery | 0.50 |
| 03/18/04 | GHL | Review of Intercat's motion to compel document production and supporting exhibits; review of case law on entire market value rule, relied on by Intercat for damage claim, consideration of affidavits to be submitted in support of opposition, review of draft opposition brief; | 3.50 |
| 03/18/04 | FTC | Conducted legal research into claim construction issues; reviewed and considered the results of said research. | 6.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/18/04 | KMW | Legal research and analysis in support of opposition to motion to compel. | 4.30 |
| 03/18/04 | KMW | Preparation of subpoena to Murphy Meraux and schedule deposition. | 1.60 |
| 03/18/04 | DRB | Coordinating and scheduling depositions | 0.50 |
| 03/19/04 | GHL | Continued preparation of opposition to Intercat's motion to compel, including participation in drafting of supporting affidavits, and drafting of opposition brief; | 4.50 |
| 03/19/04 | GHL | Meeting with trial team members to discuss discovery status, including opposition to Intercat's motion to compel and support for the opposition, evidence at depositions taken to date by parties, refining discovery plan based on same; | 1.00 |
| 03/19/04 | KMW | Fact gathering, legal research, exhibits preparation, and strategy development in support of opposition to motion to compel. | 4.50 |
| 03/19/04 | FTC | Conducted legal research into claim construction issues; reviewed and considered the results of said research. | 6.50 |
| 03/19/04 | KMW | Analysis of Bartholic deposition. | 0.30 |
| 03/19/04 | DRB | Drafting declaration for opposition to Intercat's Motion to Compel | 2.50 |
| 03/19/04 | DRB | Meeting with Mr. Levin and Karen Whitney regarding discovery strategy | 1.00 |
| 03/19/04 | DRB | Reviewing Grace's opposition to Intercat's motion to compel production | 2.00 |
| 03/19/04 | DRB | Coordinating refinery discovery | 0.50 |
| 03/22/04 | GHL | Continued drafting of opposition to Intercat Motion to Compel | 4.00 |
| 03/22/04 | FTC | Considered the proper construction of the claims of U.S. patent no. 5,389,236. | 5.80 |
| 03/22/04 | DRB | Revisions to brief in support of opposition to Intercat's Motion to Compel | 2.00 |
| 03/22/04 | DRB | Revisions to declarations in support of opposition to Intercat's motion to compel | 2.00 |
| 03/22/04 | GHL | Assessment of Intercat's damages allegations and review of Grace production relevant to same; | 1.50 |
| 03/22/04 | KMW | Analysis of Bartholic deposition. | 1.30 |
| 03/22/04 | KMW | Fact gathering and preparation of exhibits in support of opposition to motion to compel. | 5.40 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/23/04 | KMW | Fact-gathering in support of continued Grace 30(b)(6) depositions. | 0.40 |
| 03/23/04 | GHL | Work on claim construction issues in anticipation of Markman briefing | 0.70 |
| 03/23/04 | KMW | Analysis of opposition brief, cite-checking, assemble exhibits, fact-gathering. | 5.90 |
| 03/23/04 | KMW | Analysis of Bartholic deposition. | 0.30 |
| 03/23/04 | DRB | Revisions to brief in opposition of Intercat's motion to compel | 1.00 |
| 03/23/04 | DRB | Preparation of Rule 30(b)(6) deposition notice | 1.00 |
| 03/23/04 | DRB | Coordination with Grace personnel regarding declaration in support of opposition motion | 1.00 |
| 03/24/04 | DRB | Revisions to opposition brief to Intercat's Motion to Compel | 1.00 |
| 03/24/04 | FTC | Considered the proper construction of the claims of U.S. patent no. 5,389,236. | 2.20 |
| 03/24/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation, updating files and document review for category searches. | 5.50 |
| 03/24/04 | DRB | Preparation of Rule 30(b)(6) notice to Intercat | 1.00 |
| 03/24/04 | GHL | Final drafting/editing of opposition to Intercat's motion to compel, attendance to transmitting same to local counsel, telephone conference with local counsel regarding the proposed filing, editing the filing in response to counsel comments; | 0.70 |
| 03/24/04 | KMW | Analysis of Bartholic deposition. | 0.40 |
| 03/24/04 | KMW | Analysis of 236 patent and claim construction positions. | 1.00 |
| 03/24/04 | FTC | Reviewed the transcript of the deposition of David Bartholic. | 4.30 |
| 03/24/04 | KMW | Review and supplement documents for Tesoro witness binder. | 1.00 |
| 03/24/04 | KMW | Analyzing, fact-finding, revising, coordinating with local counsel the opposition to motion to compel. | 4.20 |
| 03/24/04 | KMW | Analysis of BP document production. | 1.50 |
| 03/24/04 | KMW | Analysis of Intercat document production in light of requests. | 0.50 |
| 03/25/04 | KMW | Fact analysis related to Grace models and strategy & scheduling for continuing depositions. | 1.50 |
| 03/25/04 | DRB | Preparation of Tesoro deposition | 2.00 |
| 03/25/04 | KMW | Analysis of Nol-Tec documents. | 0.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/25/04 | KMW | Analysis of documents from BP Amoco. | 1.80 |
| 03/25/04 | FTC | Drafted memorandum regarding claim construction. | 8.00 |
| 03/25/04 | KMW | Analysis of Intercat documents, facts, and Bartholic deposition. | 1.60 |
| 03/25/04 | KMW | Analysis of Grace documents, collection of documents for discovery, telephonic conference w/Al Jordan regarding the same. | 1.90 |
| 03/25/04 | DRB | Revisions to Rule 30(b)(6) notice | 1.20 |
| 03/25/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation, updating files and document review for category searches. | 4.50 |
| 03/26/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation, updating files and document review for category searches. | 4.00 |
| 03/26/04 | DRB | Preparation for Tesoro deposition | 1.00 |
| 03/26/04 | CEZ | Worked out scheduling matters with deponents; reviewed discovery issues raised by T. Wimbiscus; met with K. Whitney to discuss same. | 3.40 |
| 03/26/04 | KMW | Analysis of Grace documents in preparation for modellers' continuing 30(b)(6) deposition. | 4.20 |
| 03/27/04 | DRB | Preparation for Tesoro Mandan deposition | 2.50 |
| 03/28/04 | KMW | Analysis of Grace documents in preparation for continuing 30(b)(6) depositions. | 1.00 |
| 03/29/04 | FTC | Drafted memorandum regarding claim construction. | 6.50 |
| 03/29/04 | DRB | Travel to Mandan for Tesoro deposition (5 hours billed at half-time). | 2.50 |
| 03/29/04 | KMW | Analysis of Grace documents in support of continuing 30(b)(6). | 2.50 |
| 03/29/04 | DRB | Preparation for Tesoro deposition | 6.60 |
| 03/29/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation, document production and review. | 3.50 |
| 03/30/04 | FTC | Drafted memorandum regarding claim construction. | 0.90 |
| 03/30/04 | DRB | Preparation for, taking, and defending deposition of Tesoro in Mandan, ND refinery | 8.00 |
| 03/30/04 | DRB | Travel from Mandan, ND to Philadelphia due to Tesoro refinery deposition (6 hours, billed half-time). | 3.00 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/30/04 | KMW | Analysis of Bartholic deposition, 236 patent, and claim construction. | 1.70 |
| 03/30/04 | KMW | Analysis of Grace documents and preparation for 30(b)(6) continuing depositions. | 1.00 |
| 03/30/04 | KMW | Preparation for refinery depositions. | 2.50 |
| 03/31/04 | KMW | Analysis of Grace documents and fact gathering in support of continuing Grace 30(b)(6) depositions. | 1.20 |
| 03/31/04 | KMW | Fact gathering and analysis of Grace documents in preparation for refinery depositions. | 2.40 |
| 03/31/04 | DRB | Preparation and argument on document production issue | 2.00 |
| 03/31/04 | KMW | Analysis of Riley deposition. | 1.00 |
| 03/31/04 | DRB | Coordination for deposition schedule for refineries | 0.50 |
| 03/31/04 | GHL | Preparation for scheduled telephonic hearing with magistrate on Intercat's motion to compel certain discovery, including review of parties' briefs and exhibits, meeting with members of trial team regarding issues likely to be raised at the hearing, and outlining of points to be made at the hearing; and representation of Grace at the hearing before Magistrate Boylan; | 2.50 |
| 03/31/04 | DRB | Preparation of Rule 30(b)(6) notice | 0.70 |
| 03/31/04 | KMW | Analysis of Intercat documents. | 0.80 |
| 03/31/04 | KMW | Analysis of 236 patent and claim construction case law. | 0.50 |
|  |  | SERVICES                                    $ | 96,991.00 |

| Code | Name | Hours | | Rate |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 28.20 | hours at $ | 460.00 |
| DRB | DAVID R. BAILEY | 88.20 | hours at $ | 380.00 |
| CEZ | CHAD E. ZIEGLER | 18.60 | hours at $ | 290.00 |
| FTC | FRANK T. CARROLL | 42.20 | hours at $ | 270.00 |
| KMW | KAREN MILLANE WHITNEY | 122.70 | hours at $ | 210.00 |
| LL | LARRY LABELLA | 32.00 | hours at $ | 130.00 |
| NP | NICOLE POLICARPO | 15.00 | hours at $ | 130.00 |
| MDB | MELICA D. BLIGE | 16.50 | hours at $ | 110.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| ASSOCIATE SERVICES | 606.44 |
| FACSIMILE | 46.00 |
| COURT REPORTERS | 1,257.45 |

| | | |
|---|---|---:|
| POSTAGE & DELIVERY | | 690.77 |
| DETECTIVES/SUBPOENAS | | 105.00 |
| TELEPHONE | | 15.08 |
| PHOTOCOPYING | | 1,249.13 |
| COMPUTER SEARCH | | 573.00 |
| TRAVEL & EXPENSES | | 3,692.76 |
| DISBURSEMENT TOTAL | $ | 8,235.63 |
| SERVICE TOTAL | $ | 96,991.00 |
| **INVOICE TOTAL** | $ | **105,226.63** |

| | | | |
|---|---|---|---|
| **3/16//04** | **Travel and Expense: Vendor David Bailey** | | |
| | **Transportation**: | Purpose of trip: Depositions at W.R. Grace in Columbia, Maryland | |
| | 3/16/04 | Roundtrip Amtrak Ticket from Philadelphia to Maryland | $187.00 |
| | **Taxi Fare**: | Transportation from Amtrak in Maryland To Columbia, Maryland | $ 37.00 |
| | | Transportation from W.R. Grace to Hotel | $ 15.00 |
| | | Transportation from Hotel to W.R. Grace | $ 19.00 |
| | | Transportation from W.R. Grace to Amtrak in Maryland | $ 35.00 |
| | **Lodging:** | Sheraton Hotel, Columbia, Maryland | $ 258.69 |
| | **Parking:** | | $ 39.00 |
| | **Meals:** | | $ 23.69 |
| | **Miles**: | 40 miles @ .325 | $ 13.00 |
| | | TOTAL EXPENSE: | $627.38 |

| | | | |
|---|---|---|---|
| **3/29/04** | **Travel and Expense: Vendor David Bailey** | | |
| | **Transportation**: Purpose of trip: Deposition at Tesoro Refinery in Mandan, ND | | |
| | 3/29/04 | Northwest Air Flight 687<br>Philadelphia to Minneapolis, MN and connection<br>Flight 135 from Minneapolis to Bismarck, ND<br>Northwest Air 1156<br>Bismarck, ND to Minneapolis, MN and connection<br>Flight 692 from Minneapolis to Philadelphia | $1,701.90 |
| | **Lodging:** | Fairfield Inn | $ 68.11 |
| | **Tips:** | | $ 2.00 |
| | **Parking:** | | $ 52.00 |
| | **Meals:** | | $ 40.07 |
| | **Miles:** | 40 miles @ .325 | $ 13.00 |
| | | TOTAL EXPENSE: | $1,877.08 |

| | | | |
|---|---|---|---|
| **3/11/04** | **Travel and Expense: Vendor Chad Ziegler** | | |
| | **Transportation**: | Purpose of trip: Attend 30(b)(6) Deposition of Nol-Tec in Minneapolis | |
| | 3/11/04 | U.S. Airways<br>Philadelphia to Minneapolis, MN | $1,188.30 |
| | | U.S. Airways Flight<br>Minneapolis to Philadelphia | |

TOTAL EXPENSE: $1,188.30