**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.;** | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

**Objection Deadline:
May 11, 2004 at 4:00 p.m.
Hearing date: To be scheduled only
if objections are timely filed and served.**

**THIRTY-SIXTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK
& LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>FROM MARCH 1, 2004 THROUGH MARCH 31, 2004</u>**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2004 – March 31, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$103,524.00 (80% - $82,819.20)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$5,567.34 (Stroock)** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Thirty-Fourth and Thirty-Fifth Monthly Fee
Statements and the Eleventh Quarterly Fee Application is approximately 15.0 hours and the
corresponding compensation requested is approximately $4,321.00.*

**Attachment A**

**Monthly Interim Fee Applications**

|  |  | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 –<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003<br>D.I.3626 | 2/1/03 –<br>2/28/03 | $76,313.00 | $2,022.78 (Stroock)<br>$1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003<br>D.I. 3718 | 3/1/03 –<br>3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003<br>D.I. 3850 | 4/1/03 –<br>4/30/03 | $60,269.00 | $814.02 (Stroock)<br>$2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003<br>D.I. 3983 | 5/1/03 –<br>5/31/03 | $111,990.50 | $691.84 (Stroock)<br>$9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003<br>D.I. 4152 | 6/1/03 –<br>6/30/03 | $43,824.00 | $1,220.42 (Stroock)<br>$61,755.00 (Chambers) | $35,059.20 | $62,975.42 |
| September 4, 2003<br>D.I. 4381 | 7/1/03 –<br>7/31/03 | $79,090.50 | $2,301.33 (Stroock)<br>$14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003<br>D.I. 4512 | 8/1/03 –<br>8/31/03 | $69,927.00 | $1,164.19 (Stroock)<br>$12,488.94 (Chambers) | $55,941.60 | $13,653.13 |

| | | | | | |
|---|---|---|---|---|---|
| October 29, 2003<br>D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock)<br>$10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002<br>D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock)<br>$42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003<br>D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock)<br>$30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004<br>D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock)<br>$27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004<br>D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock)<br>$47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004<br>D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock)<br>$35,492.50 (Navigant f/k/a Chambers) | | |

**WR GRACE & CO**
**ATTACHMENT B**
**MARCH 1, 2004 - MARCH 31, 2004**

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Greenberg, Mayer | 12.7 | $ 575 | $      7,302.50 | 5 |
| Kruger, Lewis | 15.1 | 750 | 11,325.00 | 33 |
| Neidell, Martin | 3.3 | 725 | 2,392.50 | 31 |
| Pasquale, Kenneth | 17.7 | 575 | 10,177.50 | 4 |
| | | | | |
| **Associates** | | | | |
| Berg, Madelaine | 0.7 | 525 | 367.50 | 24 |
| Eichler, Mark | 1.4 | 480 | 672.00 | 6 |
| Fox, Michael L. | 0.5 | 245 | 122.50 | 1 |
| Krieger, Arlene | 105.9 | 525 | 55,597.50 | 19 |
| Strauss, Joseph E. | 18.4 | 445 | 8,188.00 | 3 |
| | | | | |
| **Paraprofessionals** | | | | |
| Calvo, Fernando | 0.7 | 195 | 136.50 | 3 |
| Caskadon, Alexandra | 20.3 | 195 | 3,958.50 | 2 |
| Defreitas, Vaughn | 22.3 | 130 | 2,899.00 | 16 |
| Mohamed, David | 1.9 | 130 | 247.00 | 15 |
| Peters, Angelina | 1.2 | 115 | 138.00 | 4 |
| | | | | |
| **TOTAL** | **222.1** | | **$ 103,524.00** | |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2004 - MARCH 31, 2004**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 53.2 | $    27,238.00 |
| 0013 | Business Operations | 10.0 | 5,250.00 |
| 0014 | Case Administration | 41.6 | 10,364.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 5.8 | 3,045.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 60.0 | 33,947.50 |
| 0018 | Fee Application, Applicant | 15.0 | 4,321.00 |
| 0020 | Fee Application, Others | 5.2 | 1,014.00 |
| 0021 | Employee Benefits, Pension | 0.5 | 262.50 |
| 0034 | Litigation and Litigation Consulting | 8.7 | 5,157.50 |
| 0036 | Plan and Disclosure Statement | 5.5 | 2,992.50 |
| 0037 | Hearings | 5.2 | 3,640.00 |
| 0040 | Employment Applications - Others | 1.0 | 525.00 |
| 0041 | Relief from Stay Proceedings | 0.4 | 210.00 |
| 0047 | Tax Issues | 10.0 | 5,557.00 |
| | | | |
| | **TOTAL** | **222.1** | **$    103,524.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | April 19, 2004 |
| INVOICE NO. | 318255 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2004, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2004 | Attend to memorandum from Navigant Consulting re: Senator Frist's 2/27/04 remarks (.2); exchanged memorandum with R. Farrel re: Senator Frist's remarks (.1). | Krieger, A. | 0.3 |
| 03/01/2004 | Attend to review of Chambers' affidavit re: determination of Asbestos Liabilities (1.7); attend to review of certain case law cited to thereon (.8); attend to correspondence from W. Katchen re: threshold legal issues (.1). | Krieger, A. | 2.6 |
| 03/02/2004 | Attend to review of Babcock & Wilcock plan of reorganization (3.4). | Krieger, A. | 3.4 |
| 03/02/2004 | Meeting with K. Pasquale re: introduction to case (.3); review of Debtors' informational brief and other pleadings (1.2). | Strauss, J. | 1.5 |
| 03/03/2004 | Telephone conference B. Nye and Malcolm Talbot (Navigant) re: status of review of Grace's asbestos claim data base (.5); office | Krieger, A. | 0.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | conference K. Pasquale re: above (.1). | | |
| 03/03/2004 | Attend to review of Owens Corning chapter 11 plan (.6); complete review of Babcock & Wilcox plan (.6). | Krieger, A. | 1.2 |
| 03/03/2004 | Continued review of Debtor's Informational Brief and Motion for Case Management Order. | Strauss, J. | 1.3 |
| 03/04/2004 | Attend to articles re: disease and legislative solutions (.3). | Krieger, A. | 0.3 |
| 03/04/2004 | Attend to review of OC plan of reorganization (1.4). | Krieger, A. | 1.4 |
| 03/04/2004 | Continued review of pleadings and case file: response of unsecured creditors to Debtors' motion for case management order, opposition of asbestos personal injury claimants to Debtors' motion for case management order, Debtors' December 2001 status report. | Strauss, J. | 3.4 |
| 03/05/2004 | Exchanged memoranda with KP, AC re: Federal Mogul plan and disclosure statement (.2). | Krieger, A. | 0.2 |
| 03/05/2004 | Attention to Federal Plan and disclosure statement (1.2). | Pasquale, K. | 1.2 |
| 03/05/2004 | Reviewing Debtor's and PI Claimants' briefs on litigation procedures. | Strauss, J. | 4.8 |
| 03/08/2004 | Attend to memoranda from R. Farrell re: update on asbestos reform legislation (.2). | Krieger, A. | 0.2 |
| 03/08/2004 | Reviewed various documents and pleadings, including Motion in Support of Settlement Agreement, and Court's Recusal Opinion. | Strauss, J. | 4.3 |
| 03/09/2004 | Attend to review of selected sections of disclosure statement re: Federal-Mogul's amended plan; (2.6); attend to review of selected documents from G-I Holdings re: liquidation of asbestos claims (1.3). | Krieger, A. | 3.9 |
| 03/09/2004 | Attention to Owens Corning plan and disclosure statement (1.4). | Pasquale, K. | 1.4 |
| 03/10/2004 | Attend to review of Federal-Mogul plan (1.1); attend to review of asbestos bar date-related | Krieger, A. | 2.0 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings (.9). | | |
| 03/11/2004 | Attend to review of Federal-Mogul plan (3.1); attend to information from Navigant Consulting re: asbestos reform legislation (.2). | Krieger, A. | 3.3 |
| 03/12/2004 | Attend to Navigant memorandum re: asbestos reform legislation (.1). | Krieger, A. | 0.1 |
| 03/12/2004 | Review recusal briefs. | Kruger, L. | 0.9 |
| 03/12/2004 | Telephone conference D. Siegel/Grace re: exclusivity (.1). | Pasquale, K. | 0.1 |
| 03/15/2004 | Attend to Babcock plan provisions (.8); attend to Federal Mogul plan documents (.6). | Krieger, A. | 1.4 |
| 03/16/2004 | Telephone J. Cohn re: future claims representative issues (.6). | Pasquale, K. | 0.6 |
| 03/17/2004 | Attention to future representative issues (1.8). | Pasquale, K. | 1.8 |
| 03/18/2004 | Reviewing Asymptomatic Asbestos Claimants article by Shelley & Cohn. | Strauss, J. | 1.3 |
| 03/19/2004 | Attention to Debtors' claims reconciliation status report (.3). | Pasquale, K. | 0.3 |
| 03/19/2004 | Reviewing valuation of asbestos claims literature. | Strauss, J. | 1.8 |
| 03/22/2004 | Continued attention to futures representative issues (2.4). | Pasquale, K. | 2.4 |
| 03/23/2004 | Attend to review of Owens Corning plan (.8). | Krieger, A. | 0.8 |
| 03/23/2004 | Telephone call with S. Case regarding possible approach to asbestos issues. | Kruger, L. | 0.3 |
| 03/25/2004 | Attend to Navigant memorandum re: update on asbestos reform legislation (.1); attend to Owens' Corning Plan-related agreements (2.6). | Krieger, A. | 2.7 |
| 03/26/2004 | Attend to Navigant memorandum re: asbestos reform legislation (.1). | Krieger, A. | 0.1 |
| 03/29/2004 | Telephone call with D. Bernick regarding future claims issue, possible candidates and | Kruger, L. | 0.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | their resumes. | | |
| 03/29/2004 | Preparation for meeting with Debtors' and Committee, including agenda review and underlying issues (.6) | Pasquale, K. | 0.6 |
| 03/31/2004 | Meeting with J. McIntire, B. Nye re: asbestos liabilities (.3). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 24.8 | $ 525 | $ 13,020.00 |
| Kruger, Lewis | 1.6 | 750 | 1,200.00 |
| Pasquale, Kenneth | 8.4 | 575 | 4,830.00 |
| Strauss, Joseph E. | 18.4 | 445 | 8,188.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 27,238.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 27,238.00 |
|-----------------------|-------------|

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/07/2004 | Attended to review and comment on Capstone's report on Grace's 4th Quarter 2003 operations (1.1). | Krieger, A. | 1.1 |
| 03/08/2004 | Memo to L. Hamilton re: Capstone report on Grace's Fourth Quarter results (.1); telephone conference C. Troyer re: comments/questions regarding the report (.4); memorandum to C. Troyer re: EPA claims and Curtis Bay (.3). | Krieger, A. | 0.8 |
| 03/12/2004 | Attend to review of case law re: treatment of environmental claims (1.3). | Krieger, A. | 1.3 |
| 03/14/2004 | Continue to review case law re: treatment of environmental claims (1.1); attend to review of terms of administrative consent order re: Flyway property (.6). | Krieger, A. | 1.7 |
| 03/16/2004 | Attend to Honeywell decision and case law re: environmental claims (1.2). | Krieger, A. | 1.2 |
| 03/17/2004 | Review of cost recovery litigation and case law re: environmental claims (1.5). | Krieger, A. | 1.5 |
| 03/25/2004 | Attend to review of Capstone's 2004 Business Plan Review (1.8). | Krieger, A. | 1.8 |
| 03/26/2004 | Extended telephone conference C. Troyer re: Capstone report on Grace 2004 business plan, matters requiring further information from the Company (.6). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 10.0 | $ 525 | $ 5,250.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,250.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 5,250.00 |

| RE | Case Administration 699843 0014 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2004 | Monitored court docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.5 |
| 03/01/2004 | Attend to new matters on the docket including claims transfers, order granting Royal Insurance motion (.1); attend to updated docket (.1). | Krieger, A. | 0.2 |
| 03/02/2004 | Office conference A. Caskadon re: advice re: Eleventh interim application filed (.1). | Krieger, A. | 0.1 |
| 03/03/2004 | Attend to draft 3/31/04 agenda from Capstone (.1); telephone conference C. Troyer re: discussed agenda (.5); attend to reviewed Capstone agenda for 3/31/04 (.1). | Krieger, A. | 0.7 |
| 03/04/2004 | Researched ECF court docket and distribute same re: fee auditors final report Lukins & Annis (.1); Kirkland & Ellis (.1); Richardson Patrick Westbrock (.1); monthly operating report (.1). | Defreitas, V. | 0.4 |
| 03/04/2004 | Review OC reorganization plan (.4). | Kruger, L. | 0.4 |
| 03/05/2004 | Research re: Federal Mogul and Owens-Corning plans. | Caskadon, A. | 2.5 |
| 03/05/2004 | Review various documents to assign categories in preparation for addition to central database (2.4); researched ECF online court docket for daily docketed pleadings and distribute same re: Debtors' objection to motion of Neutocrete Products, Inc. for relief from stay (.1); monthly operating report (.1); obj. to the Debtors' sixth motion for an order extending exclusivity (.1). | Defreitas, V. | 2.7 |
| 03/05/2004 | Attend to newly docketed pleadings including the stipulation proposing to resolve the Oldcastle APG Northeast stay relief matter | Krieger, A. | 1.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.5); attend to Eric Green's amicus brief to the Third Circuit (.6). | | |
| 03/05/2004 | Obtained Plan and Disclosure statement Docket Nos. 4539 and 4540 and their exhibits for A. Caskadon (1.2). | Peters, A. | 1.2 |
| 03/07/2004 | Attended to asbestos personal injury Committee's objection to Debtors' motion for a further extension of exclusivity (.2). | Krieger, A. | 0.2 |
| 03/08/2004 | Monitored ECF docket for recently docketed pleadings and distribute same re: transcript of telephone conference hearing held 8/25/03. | Defreitas, V. | 0.1 |
| 03/08/2004 | Attend to review of updated docket (.1). | Krieger, A. | 0.1 |
| 03/09/2004 | Updated Stroock central database re: WR Grace. | Defreitas, V. | 0.8 |
| 03/09/2004 | Review various documents to assign categories for addition to central database. | Defreitas, V. | 0.9 |
| 03/09/2004 | Exchanged memoranda with W. Katchen re: PI Committee's objection to Debtors' exclusivity extension (.1). | Krieger, A. | 0.1 |
| 03/10/2004 | Researched court docket for recently docketed pleadings. | Defreitas, V. | 0.2 |
| 03/11/2004 | Research in Federal Mogul per A. Krieger. | Caskadon, A. | 0.5 |
| 03/11/2004 | Monitored bankruptcy court site for daily docketed pleadings and distribute same. | Defreitas, V. | 0.2 |
| 03/11/2004 | Attend to Exhibit B to objection to exclusivity (.1); exchanged memoranda with AC re: tax claims (.3). | Krieger, A. | 0.4 |
| 03/12/2004 | Monitored ECF court docket and distribute same re: fee auditors final report of Elzufon Austin Reardon Tarlov & Mondell. | Defreitas, V. | 0.2 |
| 03/12/2004 | Attend to review of Grace Response in opposition to mandamus petition (.6); review of other responses (.8). | Krieger, A. | 1.4 |
| 03/15/2004 | Monitored ECF court docket and distribute same re: certification of counsel regarding | Defreitas, V. | 0.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | tenth quarterly project category; certification of counsel regarding order approving quarterly fee application; motion for leave to reply to obj. to sixth motion for order extending exclusive periods in which to file plan; notice of agenda of matters scheduled for hearing on March 22, 2004; certificate of no objection. |  |  |
| 03/16/2004 | Researched bankruptcy court docket for daily docketed pleadings re: notice of agenda of matters scheduled for hearing on 3/22/04 (.1); motion for leave to file debtors reply to the objection of the off comm of asbestos personal injury claimants (.1); certification of counsel regarding order approving quarterly fee applications for the tenth period (.1); certification of counsel regarding order approving quarterly fee applications for the tenth period (.1). | Defreitas, V. | 0.4 |
| 03/16/2004 | Attend to Debtors' reply to PI Committee's objection to exclusivity (.2); office conference RS re: proofs of claim to be obtained (.1); memo to AC re: pleadings for 3/22/04 hearing (.1); attend to notice of hearing for 3/22/04 (.1); attend to newly filed pleadings (.1). | Krieger, A. | 0.6 |
| 03/17/2004 | Assemble various court papers for attorney review in Grace and related case. | Calvo, F. | 0.7 |
| 03/17/2004 | Researched court docket and distribute same re: certificate of mailing re: notice of defective transfer of claims. | Defreitas, V. | 0.1 |
| 03/18/2004 | Review court docket and distribute same re: status report filed by WR Grace. | Defreitas, V. | 0.1 |
| 03/19/2004 | Researched court docket and updated central database and distributed recently docketed pleadings re: status report on claims reconciliation and objection process (.1); status report filed by WR Grace (.1); amended agenda for hearing scheduled for 3/22/04 (.1). | Defreitas, V. | 0.3 |
| 03/19/2004 | Review of recusal reply briefs (.6). | Kruger, L. | 0.6 |
| 03/22/2004 | Monitored ECF court docket for recently docketed pleadings and distribute same re: order further extending period to remove | Defreitas, V. | 0.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | actions; certificate of mailing re: various notices of defective transfers of claims; application to employ Deloitte & Touche; motion to authorize the implementation of the 2004-2006 long term incentive program for key employees; motion to approve compromise with William B. Dunbar; motion to extend time to assume and assign or reject unexpired leases; request to change filing date of motion to authorize the implementation of the 2004-2006. | | |
| 03/22/2004 | Exchanged memoranda with S. Cunningham re: confidentiality agreement (.1); attend to reply briefs filed by the USG Corp., the USG Committee, DK Acquisition, et al., and Kensington International, et al. with the Third Circuit (1.8); attend to updated docket (.1); attend to review of confidentiality agreement (.3). | Krieger, A. | 2.3 |
| 03/23/2004 | Review court docket for recently docketed pleadings and distribute same re: certificate of no objection re: Legal Analysis Systems; Campbell & Levine; Ferry Joseph & Pearce. | Defreitas, V. | 0.3 |
| 03/23/2004 | Review various documents to assign categories for addition to central database. | Defreitas, V. | 2.4 |
| 03/23/2004 | Office conference LK re 3/22/04 hearings (.1); telephone conference Jan Baer re: same (.3); office conference DW re: Judge Fitzgerald's hearing and rulings re: plan related matters, other (.2); telephone conference S. Cunningham re: confidentiality agreement (.1); attend to review of same (1.1); attend to Armstrong Committee's pleading on Mandamus (.4). | Krieger, A. | 2.2 |
| 03/24/2004 | Communication A. Krieger and V. Defreitas re: tax claims research. | Caskadon, A. | 1.3 |
| 03/24/2004 | Researched court docket for recently docketed pleadings and distribute same re: order granting Royal Indemnity Co. motion for leave; notice of withdrawal of Neutrocrete Products; request to change filing date of application to employ Deloitte & Touche; request to change filing date of motion to extend time to assume leases; | Defreitas, V. | 0.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | request to change filing date of motion to approve compromise; notice of document entered in error; certificate of no objection Klett Rooney Lieber & Schorling. | | |
| 03/24/2004 | Office conference V. Defreitas re: newly docketed pleadings (.1); exchanged memoranda with and then telephone conference M. Lastowski re: March 22, 2004 hearings before Judge Fitzgerald (.5). | Krieger, A. | 0.6 |
| 03/25/2004 | Monitored court docket for recently docketed pleadings and distribute same re: certificate of no objection Deloitte & Touche (2nd, 3rd, 4th & 5th); certificate of no objection Steptoe & Johnson. | Defreitas, V. | 0.5 |
| 03/25/2004 | Researched claims register and identified all federal tax claims at AK request. | Defreitas, V. | 5.2 |
| 03/25/2004 | Attention to retrieval of disclosure statements re: including Combustion Engineering for attorney review. | Mohamed, D. | 1.9 |
| 03/26/2004 | Review court docket for recently docketed pleadings and distribute same re: objection to transfer of claim by Vanton Pump & Equipment; certificate of no obj regarding docket no. 5231. | Defreitas, V. | 0.2 |
| 03/26/2004 | Researched all federal tax claims located from claims register online and distributed same at AK request. | Defreitas, V. | 2.4 |
| 03/29/2004 | Researched central database for recently docketed pleadings and distribute same re: certificate of no objection regarding docket no. 5120,5119, 5117; transcript of hearing held on 3/22/04. | Defreitas, V. | 0.4 |
| 03/29/2004 | Review various documents received to assign categories for addition to central database. | Defreitas, V. | 2.3 |
| 03/29/2004 | Memo to V. Defreitas re: request for prior motion and order in respect of Deloitte & Touche retention (.1); memo to MW re: State Street sale of Grace stock (.1). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Calvo, Fernando | 0.7 | $ 195 | $ 136.50 |
| Caskadon, Alexandra | 4.3 | 195 | 838.50 |
| Defreitas, Vaughn | 22.3 | 130 | 2,899.00 |
| Krieger, Arlene | 10.2 | 525 | 5,355.00 |
| Kruger, Lewis | 1.0 | 750 | 750.00 |
| Mohamed, David | 1.9 | 130 | 247.00 |
| Peters, Angelina | 1.2 | 115 | 138.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,364.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,364.00 |
|---|---|

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/11/2004 | Attend to review of case law re treatment of environmental claims. | Krieger, A. | 1.7 |
| 03/12/2004 | Exchanged memoranda with A. Caskadon re: tax-related proofs of claim. | Krieger, A. | 0.2 |
| 03/24/2004 | Review Debtors' status report on claims reconciliation, telephone call A. Krieger. | Berg, M. | 0.7 |
| 03/24/2004 | Attend to review of Massachusetts Dept. of Environmental Protection motion (.2); attend to Debtors' status report on claims reconciliation and memorandum to M. Greenberg, M. Berg, S. Cunningham re: the same (1.0); office conferences V. Defreitas re: federal tax claims (.3); office conference M. Berg re: environmental claims (.2); attend to tax claims (.3). | Krieger, A. | 2.0 |
| 03/26/2004 | Memorandum to M. Greenberg re: Cross Country settlement under discussion (.1); memorandum to C. Lane re: Debtors' position on Massachusetts motion for authority to setoff environmental liabilities against tax refund (.2); case law review re: setoff rights (.6). | Krieger, A. | 0.9 |
| 03/30/2004 | Attend to review of case law re: Massachusetts motion (.3). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 0.7 | $ 525 | $ 367.50 |
| Krieger, Arlene | 5.1 | 525 | 2,677.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,045.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,045.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|----|-----------------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2004 | Memorandum to the Committee re Senator Frist's remarks (.2). | Krieger, A. | 0.2 |
| 03/02/2004 | Telephone conference Dan Freund re: inquiry on case on behalf of non-asbestos personal injury claimant (.1); attend to agenda for March 31 meeting (.6): exchanged memoranda with MG, KP re: same (.2); telephone conference L. Hamilton re: same (.1). | Krieger, A. | 1.0 |
| 03/04/2004 | Prepare proposed agenda for March 31, 2004 meeting with Debtors' representatives (1.1); memo to K. Pasquale, L. Kruger, S. Cunningham re: proposed agenda for Committee meeting (.1); memorandum to the Committee re: asbestos reform legislation article (.2); office conference LK re: proposed agenda and Navigant discussion (.1); memorandum to L. Hamilton re: agenda for Debtors' presentation (.1). | Krieger, A. | 1.6 |
| 03/04/2004 | Review proposed agenda for Committee meeting with Debtors (.2); office conference with A. Krieger and K. Pasquale regarding same and regarding Navigant presentation (.2). | Kruger, L. | 0.4 |
| 03/05/2004 | Exchanged memoranda with LK, KP re: proposed agenda for Debtors' presentations to the Committee (.1); memo to T. Maher re: proposed agenda for 3/31/04 meeting (.1); memorandum to the Committee re: Eric Green brief to the Third Circuit (.2). | Krieger, A. | 0.4 |
| 03/08/2004 | Memorandum from Tom Maher re: agenda for Debtors' presentation to the Committee (.1); memo to LK, KP, S. Cunningham re: agenda for Debtors' presentations, personal injury Committee objection to Debtors' exclusivity request (.2); telephone conference S. Cunningham re: Committee meeting, Debtors' | Krieger, A. | 1.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | presentations and related matters (.4); office conference M.Greenberg re: agenda modifications (.2); attend to memorandum to Pam Zilly re: proposed agenda for Debtors' presentations (.1); memo to Committee re: update on asbestos reform legislation (.3); exchanged memoranda with M. Greenberg re: proposed agenda for Committee meeting presentations (.1). | | |
| 03/10/2004 | Memo to the Committee re: asbestos PI Committee objection (.3); memorandum from and to T. Maher re: same (.1); office conference LK re: same and Committee's response to the objection (.2); attend to review of August 2003 hearing on the prior exclusivity request (.6); exchanged memoranda with M. Greenberg re: preparation of memorandum for the Committee (.1); exchanged memoranda with M. Neidell re: preparation of memorandum for the Committee (.1); memorandum to the Committee re: PI Committee's objection to Debtors' exclusivity extension, and 3/15/04 conference call (.5); memoranda from the Committee re: conference call (.3). | Krieger, A. | 2.2 |
| 03/10/2004 | Office conference with A. Krieger regarding PI Committee objection to extension of exclusivity and Committee response (.2); review Court's comments to time of last request by Debtors for extension of exclusivity (.3); review email to Committee regarding exclusivity (.2). | Kruger, L. | 0.7 |
| 03/11/2004 | Exchanged memoranda with members of the Committee re: March 15th conference call (.2); office conference AC re: scheduling same (.1); attend to memorandum to the Committee re: 3/15/04 conference call (.1); attend to memorandum to the Committee re: update on status of reform legislation (.3). | Krieger, A. | 0.7 |
| 03/12/2004 | Memorandum to the Committee re: responses received from Grace, Asbestos Claimants' Committee; Future Representatives, other parties in opposition to Petitions for Mandamus (.6). | Krieger, A. | 0.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/15/2004 | Preparation for Committee conference call (.2); Committee conference call (.6); memorandum to the Committee re: proposed agenda for Debtors' presentations (.5). | Krieger, A. | 1.3 |
| 03/15/2004 | Telephone conference with Committee regarding exclusivity, recusal and related matters (.5); review of new financial reviews (.3). | Kruger, L. | 0.8 |
| 03/15/2004 | Telephonic Committee meeting re: pending issues (.3). | Pasquale, K. | 0.3 |
| 03/16/2004 | Office conference LK re: March 31 Committee meeting (.1). | Krieger, A. | 0.1 |
| 03/22/2004 | Exchanged memoranda with MG re: tax issues memorandum to the Committee (.1); prepare memorandum to the Committee re: Judge Fitzgerald's ruling on exclusivity (.5); prepare memorandum to the Committee re: reply briefs filed with the Third Circuit (.6); exchanged memoranda with C. Troyer re: 3/31/04 meeting and Debtors' representatives to attend (.1). | Krieger, A. | 1.2 |
| 03/22/2004 | Review Navigant draft presentation to Committee (.3). | Kruger, L. | 0.3 |
| 03/23/2004 | Attend to revised memorandum to the Committee re: Court's hearing on 3/22/04 (.2); memorandum to LK re: open items for Committee meeting (.2); exchanged memo with Committee member re: Armstrong recusal pleadings (.1); telephone conference S. Cunningham re: Committee meeting agenda (.2); office conference LK re: recovery analysis and Navigant presentation (.1); telephone conference Tom Maher re: same (.2); memo to B. Nye, M. Talbot re: presentation to the Committee (.1); memorandum to the Committee re: Armstrong Committee pleading for mandamus petition (.2); exchanged memoranda with M. Greenberg re: Committee memorandum on tax related issues (.2). | Krieger, A. | 1.5 |
| 03/24/2004 | Attend to memorandum from R. Farrell re: asbestos reform legislation (.1); memorandum to the Committee re: same (.1); attend to review of draft memorandum to the Committee | Krieger, A. | 2.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | re: tax-related issues (.8); memorandum to M. Greenberg re: comments on memorandum (.3); telephone conferences B. Nye, M. Talbot re: presentation to the Committee (.4); telephone conference T. Maher re: recovery analysis, 3/31/04 meeting (.2); telephone conference Sean Cunningham re: recovery analysis (.1); exchanged memoranda with KP re: Navigant presentation (.1). | | |
| 03/25/2004 | Attend to memorandum to the Committee re: asbestos reform legislation update (.3); attend to memorandum to the Committee re: pending matters including LTIP motion, claims reconciliation report (.8); telephone conference S. Cunningham re: Company presentation (.4); attend to review of materials for Committee meeting including  Debtors' September 2003 plan proposal (2.3). | Krieger, A. | 3.8 |
| 03/26/2004 | Telephone conference C. Troyer re: Debtors' presentation (.2); attend to review of pending motions and preparation of memorandum to the Committee regarding same (2.6); exchanged memoranda with M. Talbot re: Navigant presentation at the Committee meeting (.3); memorandum to the  Committee re: asbestos reform legislation update (.1); review materials for Committee meeting (1.0). | Krieger, A. | 4.2 |
| 03/26/2004 | Review Navigant draft presentation to Committee (.3). | Kruger, L. | 0.3 |
| 03/28/2004 | Attend to review of further pending motions and prepare memorandum discussing same (2.9). | Krieger, A. | 2.9 |
| 03/29/2004 | Memorandum to LK re: Committee meeting (.3); attend to review of Navigant's draft presentation to the Committee (.3); exchanged memorandum with M. Talbot re: Committee presentation (.2); attend to further memorandum to the Committee re: Committee meeting (.5); attend to review of materials for meeting (1.8); attend to memorandum to the Committee re: pending matters (2.3); exchanged memoranda with Committee members re: meeting (.1). | Krieger, A. | 5.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/30/2004 | E-mails re: Committee meeting; review materials re: same. | Greenberg, M. | 0.7 |
| 03/30/2004 | Finalize memorandum to the Committee re: pending matters (2.9); exchanged memoranda with M. Greenberg re: meetings, Cross Country matters, others (.3); memoranda to T. Maher and to S. Cunningham re: Committee memorandum (.2); attend to documents for 3/31/04 meeting (.9); telephone conference S. Cunningham re: agenda for Committee only meeting (.1). | Krieger, A. | 3.6 |
| 03/31/2004 | Review presentations and materials in preparation for company presentation (.9); attend meeting with Company and Creditor Committee (3.7). | Greenberg, M. | 4.6 |
| 03/31/2004 | Attend to extended Committee meeting, Debtors' presentation regarding 2004 business plan, plan preparation, other matters (5.1). | Krieger, A. | 5.1 |
| 03/31/2004 | Creditor committee conference prior to meeting with Debtors considering future claims, Zonolite and Sealed Air settlement (.8); Creditor Committee conference with Debtors regarding Debtors' financial performance, business plan, future claims representative, asbestos issues, environmental issues and related matters (3.0); Committee meeting with Navigant presentation, discussion of future representation, analysis of Debtors' financial performance, Sealed Air settlement and tax issues (1.8). | Kruger, L. | 5.6 |
| 03/31/2004 | Preparation for and Creditors' Committee meeting, including joint meeting with WR Grace (5.8); attention to due diligence on proposed future representative candidates (.8); telephone conference P. Bentley re: future representative candidates (.3). | Pasquale, K. | 6.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Greenberg, Mayer | 5.3 | $ 575 | $ 3,047.50 |
| Krieger, Arlene | 39.4 | 525 | 20,685.00 |
| Kruger, Lewis | 8.1 | 750 | 6,075.00 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 7.2 | 575 | 4,140.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 33,947.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 33,947.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

| RE | Fee Application, Applicant<br>699843  0018 | |
|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2004 | Review and revise 11th Quarterly Fee App. | Caskadon, A. | 2.0 |
| 03/01/2004 | Review, revise draft eleventh quarterly fee application (2.5); exchange memoranda and then office conference A. Caskadon re: same (.1); final review of application (.5). | Krieger, A. | 3.1 |
| 03/02/2004 | Revise and serve 11th Quarterly Fee App. | Caskadon, A. | 2.5 |
| 03/02/2004 | Attention to quarterly fee application (.2). | Pasquale, K. | 0.2 |
| 03/07/2004 | Attended to January 2004 time detail. | Krieger, A. | 0.6 |
| 03/08/2004 | Attend to January fee detail (.2); office conference A. Caskadon re: same (.1). | Krieger, A. | 0.3 |
| 03/15/2004 | Prepare January fee statement for filing. | Caskadon, A. | 2.3 |
| 03/16/2004 | Finalize and serve January fee statement. | Caskadon, A. | 1.5 |
| 03/16/2004 | Review February disbursement detail. | Caskadon, A. | 0.5 |
| 03/26/2004 | Review February bill. | Caskadon, A. | 0.5 |
| 03/30/2004 | Review and edit February time (1.0); review time per accounting changes (.5). | Caskadon, A. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 10.8 | $ 195 | $ 2,106.00 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 4.0 | 525 | 2,100.00 |
| Pasquale, Kenneth | 0.2 | 575 | 115.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,321.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,321.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038–4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

| RE | Fee Application, Others |
|----|------------------------|
|    | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2004 | Revise and serve FTI's 11th Quarterly fee application. | Caskadon, A. | 2.0 |
| 03/15/2004 | Prepare FTI's January fee statement for filing. | Caskadon, A. | 1.7 |
| 03/16/2004 | Finalize and serve FTI's January fee statement. | Caskadon, A. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 5.2 | $ 195 | $ 1,014.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,014.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,014.00 |
|-----------------------|-----------|

| RE | Employee Benefits, Pension |
|----|---------------------------|
|    | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/04/2004 | Attend to review of draft motion for authorization to implement 2004-2006 LTIP program (.2); memo to L. Hamilton re: draft motion (.1). | Krieger, A. | 0.3 |
| 03/05/2004 | Exchanged memoranda with L. Hamilton re: draft LTIP motion and exclusion of COO's target award (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.5 | $ 525 | $ 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 262.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 262.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 84.85 |
| Meals | 13.72 |
| Local Transportation | 291.30 |
| Long Distance Telephone | 443.01 |
| Duplicating Costs-in House | 229.00 |
| Duplicating Costs-Outside | 31.60 |
| Travel Expenses - Transportation | 3189.86 |
| Travel Expenses - Lodging | 558.80 |
| Travel Expenses - Meals | 58.23 |
| Westlaw | 666.97 |

| TOTAL DISBURSEMENTS/CHARGES | $ 5,567.34 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,567.34 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

| | RE | Litigation and Litigation Consulting<br>699843  0034 |
|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2004 | Research re: successor liability and fraudulent transfer claims(.4); e-mail summary to K. Pasquale(.1). | Fox, M. | 0.5 |
| 03/02/2004 | Exchanged memoranda with M. Neidell, M. Greenberg re: Sarbanes-Oxley issues and meeting to discuss the same (.1); attend to review of article re: relevant Sarbanes-Oxley terms and requirements (.4). | Krieger, A. | 0.5 |
| 03/03/2004 | Exchanged memoranda with M.Greenberg , M. Neidell re: meeting to discuss Sarbanes Oxley-related matters (.2). | Krieger, A. | 0.2 |
| 03/03/2004 | Attend to documents for meeting (.4); office conference M. Neidell, M. Greenberg re: proposed Sealed Air agreement and Sarbanes-Oxley issues raised thereby (.5). | Krieger, A. | 0.9 |
| 03/03/2004 | Meeting with Mayer Greenberg and A. Krieger; review of settlement issues. | Neidell, M. | 1.1 |
| 03/11/2004 | Review of settlement issues and prepare memo. | Neidell, M. | 2.2 |
| 03/15/2004 | Exchanged memoranda with M. Greenberg re: tax aspects of Sealed Air settlement (.1); exchanged memoranda with M. Neidell re: Sarbanes Oxley review (.1); attend to review of M. Neidell memorandum (.1). | Krieger, A. | 0.3 |
| 03/16/2004 | Review settlement agreement and M. Neidell memorandum re: same (.9). | Krieger, A. | 0.9 |
| 03/19/2004 | Attend to M. Neidell response re: application of Sarbanes-Oxley to Sealed Air Agreement. | Krieger, A. | 0.1 |
| 03/22/2004 | Exchanged memoranda with KP re: Sarbanes-Oxley information, tax-related issues (.1); attend to articles re: Sarbanes-Oxley provisions (.5). | Krieger, A. | 0.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/30/2004 | Attention to memos from M. Neidell, M. Greenberg and related Sealed Air issues in preparation for Committee meeting (1.4). | Pasquale, K. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Fox, Michael L. | 0.5 | $ 245 | $ 122.50 |
| Krieger, Arlene | 3.5 | 525 | 1,837.50 |
| Neidell, Martin | 3.3 | 725 | 2,392.50 |
| Pasquale, Kenneth | 1.4 | 575 | 805.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,157.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,157.50 |
|------------------------|------------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

| RE | Plan and Disclosure Statement<br>699843  0036 |
|----|------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/11/2004 | Attention to P.I. Committee objection re: exclusivity extension (.3). | Pasquale, K. | 0.3 |
| 03/15/2004 | Telephone conference S. Cunningham re: recovery analysis, environmental claims (.2); reviewed draft recovery analysis and review of underlying documentation in connection therewith (1.7). | Krieger, A. | 1.9 |
| 03/16/2004 | Extended conference call with S. Cunningham, C. Troyer re: recovery analyses (1.5). | Krieger, A. | 1.5 |
| 03/23/2004 | Exchanged memoranda with S. Cunningham re: recovery analysis (.1); exchanged memoranda with C. Troyer re: same (.1); attended to review of revised recovery analysis (1.2). | Krieger, A. | 1.4 |
| 03/25/2004 | Review Capstone business plan review. | Kruger, L. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 4.8 | $ 525 | $ 2,520.00 |
| Kruger, Lewis | 0.4 | 750 | 300.00 |
| Pasquale, Kenneth | 0.3 | 575 | 172.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,992.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,992.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

| RE | Hearings |
|----|----------|
|    | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/16/2004 | Office conference  LK re: agenda for 3/22/04 hearing (.1); prepare files for hearing (.6). | Krieger, A. | 0.7 |
| 03/22/2004 | Conference call LK and KP re: hearings before Judge Fitzgerald  (.3). | Krieger, A. | 0.3 |
| 03/22/2004 | Preparing for Court hearing on exclusivity, review of pleadings regarding same and other agenda items (1.6); and in Court before Judge Fitzgerald regarding exclusivity and agenda before the Court (2.4). | Kruger, L. | 4.0 |
| 03/22/2004 | Office conference L. Kruger re: omnibus hearing (.2). | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.0 | $ 525 | $ 525.00 |
| Kruger, Lewis | 4.0 | 750 | 3,000.00 |
| Pasquale, Kenneth | 0.2 | 575 | 115.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,640.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,640.00 |
|-----------------------|------------|

| RE | Employment Applications - Others<br>699843  0040 | | |
|----|-------------------------------|--|--|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/29/2004 | Attend to Deloitte retention pleadings (.5); memorandum to C. Lane regarding same (.1); telephone conference C. Lane re: pending motions (.4). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.0 | $ 525 | $ 525.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 525.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 525.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

| RE | Relief from Stay Proceedings<br>699843  0041 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/05/2004 | Attend to Debtors' objection to Neutrocrete Products lift stay motion (.2); attend to stipulation resolving Oldcastle APG northeast lift stay motion (.2). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.4 | $ 525 | $ 210.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 210.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 210.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1450812v1

| RE | Tax Issues |
|----|-----------|
|    | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/03/2004 | Review Sealed Air issues; discussion with Neidell and Krieger re: corporate related items. | Greenberg, M. | 0.7 |
| 03/08/2004 | Review proposed agenda; comment and discussion with A. Krieger re: same. | Greenberg, M. | 0.5 |
| 03/09/2004 | Review e-mails and analysis re: impact of bankruptcy exceptions to section 382. | Greenberg, M. | 0.5 |
| 03/09/2004 | Attend to review of article on preservation of NOL's (.8). | Krieger, A. | 0.8 |
| 03/10/2004 | Work on bullets memo describing tax conclusions. | Greenberg, M. | 0.7 |
| 03/16/2004 | Work on bullet points re: Sealed Air. | Greenberg, M. | 1.5 |
| 03/17/2004 | Revise bullet points on tax issues. | Greenberg, M. | 1.1 |
| 03/22/2004 | Reviewing memo prepared by M. Greenberg re: Sealed Air Settlement (.3); reviewing revisions to memo (.2); conference call with S. Joffe and J. Schwartzman re: comments on memo (.5) | Eichler, M. | 1.0 |
| 03/22/2004 | Revise memo re: tax issues (.8); call with Joffe re: tax issues in memo (.6); discussion with ME re: changes (.3). | Greenberg, M. | 1.7 |
| 03/23/2004 | Reviewing latest draft of Sealed Air settlement memo. | Eichler, M. | 0.4 |
| 03/23/2004 | Revisions to tax summary. | Greenberg, M. | 0.7 |
| 03/25/2004 | Memorandum to M. Greenberg re: tax-related issues for the Committee's consideration (.4). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Eichler, Mark | 1.4 | $ 480 | $ 672.00 |
| Greenberg, Mayer | 7.4 | 575 | 4,255.00 |
| Krieger, Arlene | 1.2 | 525 | 630.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,557.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,557.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MARCH 1, 2004 - MARCH 31, 2004**

| | |
|---|---:|
| Outside Messenger Service | $    84.85 |
| Meals | 13.72 |
| Local Transportation | 291.30 |
| Long Distance Telephone | 443.01 |
| Duplicating Costs-in House | 229.00 |
| Duplicating Costs-Outside | 31.60 |
| Travel Expenses - Transportation | 3,189.86 |
| Travel Expenses - Lodging | 558.80 |
| Travel Expenses - Meals | 58.23 |
| Westlaw | 666.97 |
| | |
| **TOTAL** | **$ 5,567.34** |

# STROOCK

## Disbursement Register

| CLIENT | W R Grace & Co |
|---|---|
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR EXPENSES INCURRED for the period through March 31, 2004, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 03/02/2004 | VENDOR: UPS; INVOICE#: 0000010X827104; DATE: 03/06/04 FROM 7500 Grace Drive 180 Maiden Lane, New York, NY TO David B. Siegal WR Grace & Co., , COLUMBIA, MD 21044 | 8.29 |
| 03/02/2004 | VENDOR: UPS; INVOICE#: 0000010X827104; DATE: 03/06/04 FROM Republic Center 180 Maiden Lane, New York, NY TO Warren H. Smith Warren H. Smith & Associate, , DALLAS, TX 75201 | 10.49 |
| 03/02/2004 | VENDOR: UPS; INVOICE#: 0000010X827104; DATE: 03/06/04 FROM 1100 North Market Street 180 Maiden Lane, New York, NY TO Shelley A. Caban Duane Morris LLP, , WILMINGTON, DE 19801 | 8.29 |
| 03/02/2004 | VENDOR: UPS; INVOICE#: 0000010X827104; DATE: 03/06/04 FROM 844 N King Street 180 Maiden Lane, New York, NY TO Frank J. Perch, Esq. Office of the US Trustee (D, , WILMINGTON, DE 19801 | 8.29 |
| 03/16/2004 | VENDOR: Virtual Docket.com; INVOICE#: 8700; DATE: 2/29/2004 | 23.80 |
| 03/16/2004 | VENDOR: UPS; INVOICE#: 0000010X827124; DATE: 03/20/04 FROM Republic Center 180 Maiden Lane, New York, NY TO Warren H. Smith Warren H. Smith & Associate, , DALLAS, TX 75201 Tracking #:1Z10X8270196018750 | 8.23 |
| 03/16/2004 | VENDOR: UPS; INVOICE#: 0000010X827124; DATE: 03/20/04 FROM 1100 North Market Street 180 Maiden Lane, New York, NY TO Shelley A. Caban Duane Morris LLP, , WILMINGTON, DE 19801 Tracking #:1Z10X8270197104539 | 5.82 |
| 03/16/2004 | VENDOR: UPS; INVOICE#: 0000010X827124; DATE: 03/20/04 FROM 7500 Grace Drive 180 Maiden Lane, New York, NY TO David B. Siegal WR Grace & Co., , COLUMBIA, MD 21044 Tracking | 5.82 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | #:1Z10X8270197144764 | |
| 03/16/2004 | VENDOR: UPS; INVOICE#: 0000010X827124; DATE: 03/20/04 FROM 844 N King Street 180 Maiden Lane, New York, NY TO Frank J. Perch, Esq. Office of the US Trustee (D, , WILMINGTON, DE 19801 Tracking #:1Z10X8270198377341 | 5.82 |
| | **Outside Messenger Service Total** | **84.85** |

**Meals**

| | | |
|------|-------------|--------|
| 03/01/2004 | VENDOR: Seamless Web; INVOICE#: 38754; DATE: 03/10/04 - Hale & Hearty Soups (Maiden Lane); | 13.72 |
| | **Meals Total** | **13.72** |

**Local Transportation**

| | | |
|------|-------------|--------|
| 03/05/2004 | NYC Two Ways Inc. EICHLER 02/17/04 10:18 M from LI CEDARHURST to LAG Airport | 65.04 |
| 03/05/2004 | NYC Two Ways Inc. GREENBERG 02/18/04 20:11 M from LAG Airport to NY SUFFERN | 134.70 |
| 03/05/2004 | NYC Two Ways Inc. GREENBERG 02/18/04 20:04 M from LAG AIRPORT to LI CEDARHURST | 71.16 |
| 03/12/2004 | Elite Limousine EICHLER 02/25/04 13:41 from 180 MAIDEN LN to 767 3 AVE | 20.40 |
| | **Local Transportation Total** | **291.30** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 03/02/2004 | EXTN.5544, TEL.715-832-5151, S.T.10:08, DUR.00:24 | 0.38 |
| 03/02/2004 | EXTN.5544, TEL.202-973-2400, S.T.13:04, DUR.02:36 | 1.15 |
| 03/02/2004 | EXTN.5544, TEL.201-291-2636, S.T.14:44, DUR.02:30 | 1.15 |
| 03/03/2004 | EXTN.5544, TEL.202-973-4515, S.T.15:24, DUR.26:42 | 10.31 |
| 03/03/2004 | EXTN.5544, TEL.201-291-2603, S.T.16:45, DUR.23:48 | 9.17 |
| 03/03/2004 | EXTN.6286, TEL.201-556-4077, S.T.14:04, DUR.00:24 | 0.38 |
| 03/08/2004 | EXTN.5544, TEL.201-291-2709, S.T.11:10, DUR.20:12 | 8.02 |
| 03/10/2004 | EXTN.5544, TEL.312-861-2162, S.T.15:42, DUR.03:48 | 1.53 |
| 03/11/2004 | EXTN.6495, TEL.507-333-4396, S.T.14:53, DUR.03:48 | 1.53 |
| 03/11/2004 | EXTN.6495, TEL.612-359-2003, S.T.14:53, DUR.00:12 | 0.38 |
| 03/15/2004 | EXTN.5431, TEL.410-531-4170, S.T.11:23, DUR.05:18 | 2.29 |
| 03/15/2004 | EXTN.5544, TEL.201-291-2709, S.T.10:10, DUR.09:18 | 3.82 |
| 03/15/2004 | EXTN.5562, TEL.215-665-2147, S.T.17:10, DUR.23:12 | 9.17 |
| 03/16/2004 | VENDOR: Deraventures, Inc.; INVOICE#: 03036-02201-04; DATE: 3/5/2004  -  Teleconference calls | 370.80 |
| 03/16/2004 | EXTN.5544, TEL.201-291-2709, S.T.09:41, DUR.01:12 | 0.76 |
| 03/16/2004 | EXTN.6495, TEL.302-657-4924, S.T.12:38, DUR.01:00 | 0.38 |
| 03/16/2004 | EXTN.6495, TEL.201-556-4064, S.T.12:40, DUR.01:00 | 0.38 |
| 03/17/2004 | EXTN.6495, TEL.201-556-4021, S.T.11:20, DUR.00:54 | 0.38 |
| 03/19/2004 | EXTN.5431, TEL.302-427-3908, S.T.09:49, DUR.02:06 | 1.15 |
| 03/22/2004 | EXTN.6286, TEL.201-556-1232, S.T.16:25, DUR.13:00 | 4.97 |
| 03/23/2004 | EXTN.5431, TEL.312-861-2162, S.T.09:54, DUR.12:48 | 4.97 |
| 03/23/2004 | EXTN.5544, TEL.201-291-2709, S.T.11:11, DUR.09:36 | 3.82 |
| 03/23/2004 | EXTN.5544, TEL.201-291-2709, S.T.14:18, DUR.01:00 | 0.38 |
| 03/24/2004 | EXTN.5544, TEL.201-981-1125, S.T.15:55, DUR.02:06 | 1.15 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/24/2004 | EXTN.5544, TEL.202-973-2400, S.T.16:16, DUR.02:42 | 1.15 |
| 03/30/2004 | EXTN.5544, TEL.201-981-1125, S.T.14:22, DUR.02:12 | 1.15 |
| 03/30/2004 | EXTN.5562, TEL.973-424-2031, S.T.18:07, DUR.05:54 | 2.29 |
| | **Long Distance Telephone Total** | **443.01** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 03/02/2004 | | 116.40 |
| 03/02/2004 | | 2.80 |
| 03/02/2004 | | 0.60 |
| 03/03/2004 | | 5.20 |
| 03/12/2004 | | 25.80 |
| 03/12/2004 | | 6.90 |
| 03/16/2004 | | 28.00 |
| 03/16/2004 | | 0.60 |
| 03/16/2004 | | 2.60 |
| 03/23/2004 | | 5.80 |
| 03/25/2004 | | 33.10 |
| 03/30/2004 | | 0.90 |
| 03/31/2004 | | 0.30 |
| | **Duplicating Costs-in House Total** | **229.00** |

**Duplicating Costs-Outside**

| | | |
|---|---|---|
| 03/10/2004 | VENDOR: Virtual Docket.com; INVOICE#: 8252; DATE: 3/10/2004 - 11.30.03 | 1.20 |
| 03/10/2004 | VENDOR: Virtual Docket.com; INVOICE#: 8409; DATE: 3/10/2004 - 12.31.03 | 30.40 |
| | **Duplicating Costs-Outside Total** | **31.60** |

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 03/02/2004 | VENDOR: Mayer Greenberg; INVOICE#: 02/23/04; DATE: 3/2/2004 - 02/17 - 02/18    TRIP TO FLORIDA - CABFARES | 182.00 |
| 03/02/2004 | VENDOR: Mayer Greenberg; INVOICE#: 02/23/04A; DATE: 3/2/2004 - 02/17 - 02/18    TRIP TO FLORIDA - CABFARES | 97.00 |
| 03/17/2004 | AMEX EICHLER/MARK on 02/12/2004 | 47.00 |
| 03/17/2004 | AMEX EICHLER/MARK LGA PBI LGA on 02/12/2004 | 1,159.20 |
| 03/17/2004 | AMEX EICHLER/MARK on 02/18/2004 | 47.00 |
| 03/17/2004 | AMEX EICHLER/MARK FLL LGA on 02/18/2004 | 202.23 |
| 03/17/2004 | AMEX GREENBERG/MAYER on 02/12/2004 | 47.00 |
| 03/17/2004 | AMEX GREENBERG/MAYER LGA PBI LGA on 02/12/2004 | 1,159.20 |
| 03/17/2004 | AMEX GREENBERG/MAYER on 02/18/2004 | 47.00 |
| 03/17/2004 | AMEX GREENBERG/MAYER FLL LGA on 02/18/2004 | 202.23 |
| | **Travel Expenses - Transportation Total** | **3,189.86** |

**Travel Expenses - Lodging**

| | | |
|---|---|---|
| 03/16/2004 | VENDOR: Mark Eichler; INVOICE#: 3/9/04; DATE: 3/16/2004 - 2/17 HOTEL RE TRIP TO FLA RE MTG WITH GRACE CO. | 279.40 |
| 03/16/2004 | VENDOR: Mayer Greenberg; INVOICE#: 3/9/04; DATE: 3/16/2004 - 2/17-2/18 HOTEL RE BOCA TRIP | 279.40 |
| | **Travel Expenses - Lodging Total** | **558.80** |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1450812v1

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Travel Expenses - Meals** | | |
| 03/02/2004 | VENDOR: Mayer Greenberg; INVOICE#: 02/23/04; DATE: 3/2/2004 - 02/17 - 02/18   TRIP TO FLORIDA - MEALS | 58.23 |
| | **Travel Expenses - Meals Total** | **58.23** |
| | | |
| **Westlaw** | | |
| 03/16/2004 | Duration 0:00:00; By Krieger, Arlene | 219.50 |
| 03/23/2004 | Duration 0:14:59; By Pasquale, Kenneth | 231.27 |
| 03/26/2004 | Duration 0:15:48; By Krieger, Arlene | 159.35 |
| 03/29/2004 | Duration 0:04:16; By Pasquale, Kenneth | 33.15 |
| 03/30/2004 | Duration 0:01:56; By Pasquale, Kenneth | 23.70 |
| | **Westlaw Total** | **666.97** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 84.85 |
| Meals | 13.72 |
| Local Transportation | 291.30 |
| Long Distance Telephone | 443.01 |
| Duplicating Costs-in House | 229.00 |
| Duplicating Costs-Outside | 31.60 |
| Travel Expenses - Transportation | 3189.86 |
| Travel Expenses - Lodging | 558.80 |
| Travel Expenses - Meals | 58.23 |
| Westlaw | 666.97 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 5,567.34 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.