## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline:   May 18, 2004 at 4:00 p.m.**

## TWENTY-NINTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD MARCH 1, 2004 MARCH 31, 2004

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | March 1, 2004 through March 31, 2004 |
| Amount of fees to be approved as actual, reasonable and necessary: | $12,715.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $1,402.19 |

This is a(n): ___ interim          ____ final application.          __x__ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWLM:  53985v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |
| 9/29/03 4500 | 8/1/03 through 8/31/03 | $12,893.50/ $244.39 | $10,314.80/ $244.39 | 4521 10/23/03 |
| 10/29/03 4630 | 9/1/03 through 9/30/03 | $14,176.00/ $2,059.35 | $11,340.80/ $2,059.35 | 4725 11/21/03 |
| 11/26/03 4753 | 10/1/03 through 10/31/03 | $13,698.00/ $575.77 | $10,958.40/ $575.77 | 4829 12/18/03 |
| 12/29/03 4877 | 11/1/03 through 11/30/03 | $10,696.50/ $207.22 | $8,557.20/ $207.22 | 4986 1/26/04 |
| 1/28/04 5005 | 12/1/03 through 12/25/03 | $10,843.00/ $543.07 | $8,674.40/ $543.07 | 5135 2/19/04 |
| 2/27/04 5187 | 12/26/03 through 1/31/04 | $16,269.00/ $1,034.60 | $13,015.20/ $1,034.60 | 5342 3/24/04 |
| 4/6/04 5403 | 2/1/04 through 2/29/04 | $11,591.50/ $673.24 | $9,273.20/ $673.24 | 5501 4/28/04 |

## SUMMARY OF TIME FOR BILLING PERIOD
## MARCH 1, 2004 THROUGH MARCH 31, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $465 | 10.5 | $4,882.50 |
| Rhonda L. Thomas | $220 | 27.1 | $5,962.00 |
| Frances A. Panchak | $140 | 1.7 | $238.00 |
| Raelena Y. Taylor | $130 | 12.1 | $1,573.00 |

KRLSWI.M: 53985v1

| | | | |
|---|---|---|---|
| Susan J. Brown | $85 | 0.7 | $59.50 |
| **TOTAL** | | **52.1** | **$12,715.00** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## MARCH 1, 2004 THROUGH MARCH 31, 2004

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.7 | $619.00 |
| Business Operations | 2.7 | $716.50 |
| Case Administration | 10.6 | $2,613.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 1.0 | $342.50 |
| Employee Benefits/Pension | 2.1 | $780.50 |
| Employment Applications, Others | 1.3 | $286.00 |
| Fee Applications, Applicant | 7.2 | $990.00 |
| Fee Applications, Others | 12.3 | $2,602.50 |
| Hearings | 6.0 | $1,421.50 |
| Litigation and Litigation Consulting | 0.2 | $44.00 |
| Plan and Disclosure Statement | 3.7 | $1,255.00 |
| Relief From Stay Proceedings | 2.3 | $824.50 |
| Travel/Non-Working | 1.0 | $220.00 |
| **TOTAL** | **52.1** | **$12,715.00** |

KRLSWLM: 53985v1

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**MARCH 1, 2004 THROUGH MARCH 31, 2004**

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $43.65 |
| Duplicating Services | $611.86 |
| Messenger Services | $632.65 |
| Federal Express | $66.03 |
| Parking | $48.00 |
| **TOTAL** | **$1,402.19** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By:    /s/ Rhonda Thomas
       Teresa K. D. Currier (No. 3080)
       Rhonda L. Thomas (No. 4053)
       1000 West Street, Suite 1410
       Wilmington, DE 19801
       (302) 552-4200

       Co-Counsel to the Official Committee of
       Equity Holders

Dated: April 28, 2004

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   APRIL 22, 2004
                                              MATTER : W9600-000
                                              INVOICE : 173445
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04     T C

RE:  EXPENSES

| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 03/02/04 | FEDERAL EXPRESS - FEDEX - # 1-626-46920 | 11.35 |
| 03/02/04 | FEDERAL EXPRESS - FEDEX - # 1-626-46920 | 11.35 |
| 03/02/04 | REPRODUCTION OF DOCUMENTS | 32.70 |
| 03/03/04 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 185.22 |
| 03/09/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 303.45 |
| 03/09/04 | REPRODUCTION OF DOCUMENTS | 6.60 |
| 03/09/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 20.60 |
| 03/11/04 | FEDERAL EXPRESS - FEDEX - DELIVERY ON 3/1 TO ALAN COHEN, HAWAII | 20.31 |
| 03/12/04 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 195.22 |
| 03/16/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 288.00 |
| 03/18/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 20.60 |
| 03/19/04 | REPRODUCTION OF DOCUMENTS | 1.80 |
| 03/19/04 | REPRODUCTION OF DOCUMENTS | 2.55 |
| 03/25/04 | PARKING - R. THOMAS - 2/23 - HEARING IN WILMINGTON | 48.00 |
| 03/31/04 | FEDERAL EXPRESS - FEDEX - # 1-675-39087 | 11.51 |
| 03/31/04 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 231.42 |
| 03/31/04 | FEDERAL EXPRESS - FEDEX - # 1-675-39087 | 11.51 |

```
                    TOTAL EXPENSE ADVANCES :        1,402.19

                    TOTAL DUE :                     1,402.19
```

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2004
MATTER :  W9600-002
INVOICE : 173446

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04   T C

RE: ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/17/04 | RLT | REVIEWED MOTION TO EXTEND TIME TO ASSUME, ASSUME AND ASSIGN, OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY FILED BY W.R. GRACE & CO | .50 |
| 03/22/04 | TC | REVIEWED MOTION UNDER RULE 9019 TO APPROVE THE DUNBAR COMPROMISE | .60 |
| 03/23/04 | TC | REVIEWED MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES | .40 |
| 03/24/04 | RLT | REVIEWED REQUEST TO CHANGE FILING DATE OF MOTION TO EXTEND TIME TO ASSUME, ASSUME AND ASSIGN, OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY TO MARCH 22, 2004 | .20 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 220.00 | .70 | 154.00 |
| T CURRIER | 465.00 | 1.00 | 465.00 |
| TOTALS | | 1.70 | 619.00 |

TOTAL FEES :                      619.00

TOTAL DUE  :                      619.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :     APRIL 22, 2004
                                              MATTER :   W9600-003
                                              INVOICE :  173447

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

    RE:  BUSINESS OPERATIONS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/05/04 | TC | REVIEWED MONTHLY OPERATING REPORT | .50 |
| 03/07/04 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004 FILED BY W.R. GRACE & CO. | .40 |
| 03/12/04 | RLT | REVIEWED RULE 9019 MOTION FOR SETTLEMENT WITH SWEET PAPER AND MOTION FOR ORDER EXTENDING TIME WITHIN WHICH DEBTORS MAY REMOVE ACTIONS AND OTHER PLEADINGS ON FOR HEARING MARCH 22, 2004 | 1.60 |
| 03/22/04 | RLT | REVIEWED ORDER FURTHER EXTENDING THE PERIOD WITHIN WHICH DEBTORS MAY REMOVE ACTIONS | .20 |


### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 220.00 | 2.20 | 484.00 |
| T CURRIER | 465.00 | .50 | 232.50 |
| TOTALS |  | 2.70 | 716.50 |


                    TOTAL FEES :                716.50


                    TOTAL DUE  :                716.50


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    APRIL 22, 2004
                                            MATTER : W9600-004
                                            INVOICE : 173448


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04   T C

      RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/02/04 | RTT | REVIEW E-NOTICES | .10 |
| 03/02/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 03/03/04 | RTT | REVIEW RETURNED MAIL (.3); UPDATE 2002 SERVICE LIST (.3) | .60 |
| 03/03/04 | TC | REVIEWED MATERIALS SENT TO EQUITY COMMITTEE FOR PREPARATION BEFORE OUR MEETING | .80 |
| 03/04/04 | RTT | REVIEW SEVERAL NOTICE OF APPEARANCES(.1); UPDATE 2002 SERVICE LIST RE SAME(.3) | .40 |
| 03/04/04 | RTT | REVIEW E-NOTICES | .10 |
| 03/05/04 | RTT | REVIEW E-NOTICES | .10 |
| 03/08/04 | TC | REVIEWED FAX ABOUT UPCOMING COMMITTEE MEETING AND AGENDA | .30 |
| 03/09/04 | RTT | REVIEW E-NOTICES | .10 |
| 03/10/04 | RTT | REVIEW E-NOTICES | .10 |
| 03/11/04 | RLT | REVIEWED DEBTORS BRIEF IN SUPPORT OF CASE MANAGEMENT ORDER | .70 |
| 03/11/04 | RLT | REVIEWED ORDER CONCERNING BRIEFING OF MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER GOVERNING ASBESTOS PERSONAL INJURY CLAIMS | .30 |

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2004
MATTER :  W9600-004
INVOICE : 173448

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 03/11/04 | RTT | REVIEW E-NOTICES | .10 |
| 03/15/04 | RLT | REVIEWED ACTUAL MOTION OF DEBTOR FOR CASE MANAGEMENT ORDER | .30 |
| 03/15/04 | RTT | REVIEW E-NOTICES | .10 |
| 03/16/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE NOTICE OF AGENDA FOR MATTERS SCHEDULED ON 3/22/04 | .30 |
| 03/17/04 | RTT | UPDATE 2002 | .10 |
| 03/19/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED AGENDA RE 3/22/04 HEARING | .30 |
| 03/19/04 | TC | REVIEWED AGENDA NOTICE FOR HEARING 3/22 | .40 |
| 03/19/04 | TC | REVIEWED STATUS REPORT | .50 |
| 03/22/04 | RTT | REVIEW E-NOTICES | .10 |
| 03/22/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED AGENDA RE 3/22/04 HEARING | .30 |
| 03/22/04 | TC | REVIEWED FURTHER AMENDED AGENDA NOTICE | .40 |
| 03/23/04 | RTT | REVIEW SEVERAL E-NOTICES | .10 |
| 03/23/04 | TC | REVIEWED REQUESTS TO CHANGE FILING DATES OF VARIOUS MOTIONS | .40 |
| 03/24/04 | RLT | REVIEWED REQUEST TO CHANGE FILING DATE OF MOTION TO APPROVE COMPROMISE WITH WILLIAM B. DUNBAR, PURSUANT TO FED. R. BANKR. P. 9019 TO MARCH 22, 2004. FILED BY W.R. GRACE & CO. | 2.00 |
| 03/24/04 | RTT | REVIEW E-NOTICES | .10 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2004
MATTER :  W9600-004
INVOICE : 173448

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 03/26/04 RTT | REVIEW E-NOTICES | .10 |
| 03/31/04 RTT | UPDATE AND REVIEW DOCKET | .30 |
| 03/31/04 RTT | REVIEW E-NOTICES | .10 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 3.30 | 726.00 |
| R T TAYLOR | 130.00 | 4.50 | 585.00 |
| T CURRIER | 465.00 | 2.80 | 1302.00 |
| TOTALS | | 10.60 | 2613.00 |

TOTAL FEES :        2,613.00

TOTAL DUE  :        2,613.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   APRIL 22, 2004
MATTER :  W9600-006
INVOICE : 173449

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/05/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING OBJECTION TO CLAIM DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) (RELATED DOCUMENT(S) {4088 ) FILED BY W.R. GRACE & CO | .20 |
| 03/05/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL (RELATED DOCUMENT(S) {4667 ) FILED BY ROYAL INDEMNITY COMPANY RE MOTION TO FILE LATE PROOF OF CLAIM | .20 |
| 03/19/04 | TC | REVIEWED CLAIMS RECONCILIATION REPORT | .50 |
| 03/24/04 | RLT | REVIEWED ORDER GRANTING ROYAL INDEMNITY COMPANY'S MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM. | .10 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 220.00 | .50 | 110.00 |
| T CURRIER | 465.00 | .50 | 232.50 |
| TOTALS | | 1.00 | 342.50 |

TOTAL FEES :                342.50

TOTAL DUE  :                342.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 22, 2004
                                              MATTER :  W9600-008
                                              INVOICE : 173450


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

    RE:  EMPLOYEE BENEFITS / PENSION



  DATE   ATTY    DESCRIPTION OF SERVICES RENDERED                      HOURS
  ----   ----    -------------------------------                      -----

03/23/04 RLT    REVIEWED MOTION TO AUTHORIZE , BUT NOT REQUIRE,         .50
                THE IMPLEMENTATION OF THE 2004-2006 LONG-TERM
                INCENTIVE PROGRAM FOR KEY EMPLOYEES FILED BY
                W.R. GRACE & CO..

03/23/04 TC     REVIEWED MOTION TO AUTHORIZE BUT NOT REQUIRE           .80
                KEY INCENTIVE PROGRAM FOR EMPLOYEES

03/23/04 TC     REVIEWED ATTACHED AFFIDAVIT IN SUPPORT OF              .50
                INCENTIVE PROGRAM MOTION

03/24/04 RLT    REVIEWED REQUEST TO CHANGE FILING DATE OF              .30
                MOTION TO AUTHORIZE , BUT NOT REQUIRE, THE
                IMPLEMENTATION OF THE 2004-2006 LONG-TERM
                INCENTIVE PROGRAM FOR KEY EMPLOYEES TO MARCH
                22, 2004. FILED BY W.R. GRACE & CO.



                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS           TOTALS
                          ----    -----           ------

  R L THOMAS             220.00    .80            176.00
  T CURRIER              465.00   1.30            604.50
                 TOTALS           2.10            780.50


                    TOTAL FEES :                       780.50


                    TOTAL DUE  :                       780.50
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 22, 2004
                                              MATTER :  W9600-010
                                              INVOICE : 173451


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04   T C

     RE:  EMPLOYMENT APPLICATIONS, OTHERS



  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
  ----   ----   -------------------------------                      -----

03/12/04 RLT    REVIEWED APPLICATION FOR THE EMPLOYMENT OF             .50
                CAPSTONE TO REPLACE FTI CONSULTING AS FINANCIAL
                ADVISORS.

03/23/04 RLT    REVIEWED APPLICATION TO EMPLOY /DEBTORS' MOTION        .50
                REQUESTING THE APPROVAL OF AN ORDER AUTHORIZING
                THE EXPANSION OF THE SCOPE OF SERVICES
                PERMITTED TO BE PROVIDED BY DELOITTE & TOUCHE
                LLP TO THE DEBTORS TO INCLUDE CERTAIN LEASE
                CONSULTING SERVICES NUNC PRO TUNC TO OCTOBER 1,
                2003 DELOITTE & TOUCHE LLP AS LEASE CONSULTING
                SERVICES FILED BY W.R. GRACE & CO

03/24/04 RLT    REVIEWED REQUEST TO CHANGE FILING DATE OF              .30
                APPLICATION TO EMPLOY /DEBTORS' MOTION
                REQUESTING THE APPROVAL OF AN ORDER AUTHORIZING
                THE EXPANSION OF THE SCOPE OF SERVICES
                PERMITTED TO BE PROVIDED BY DELOITTE & TOUCHE
                LLP TO THE DEBTORS TO INCLUDE CERTAIN LEASE
                CONSULTING SERVICES NUNC PR TO MARCH 22, 2004.
                FILED BY W.R. GRACE & CO
```

```
                 T I M E   S U M M A R Y
                 -----------------------


                        RATE     HOURS            TOTALS
                        ----     -----            ------

 R L THOMAS
                        220.00   1.30             286.00
              TOTALS             1.30             286.00
```

```
                     TOTAL FEES :                   286.00
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2004
MATTER :  W9600-010
INVOICE : 173451

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

TOTAL DUE  :                          286.00

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2004
MATTER : W9600-011
INVOICE : 173452

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE: FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/08/04 | RTT | DRAFT CERTIFICATION OF NO OBJECTION TO KRLS ELEVENTH QUARTERLY FEE APPLICATION | .40 |
| 03/09/04 | RLT | REVIEWED AND COMMENTED ON CNO TO KRLS 11TH QUARTERLY FEE APPLICATION | .10 |
| 03/09/04 | RTT | EMAIL FROM RLT RE CNO TO KRLS ELEVENTH QUARTERLY FEE APPLICATION | .10 |
| 03/09/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS ELEVENTH QUARTERLY FEE APPLICATION | .10 |
| 03/09/04 | RTT | E-FILE AND SERVE CERTIFICATE OF NO OBJECTION TO KRLS ELEVENTH QUARTERLY FEE APPLICATION | .60 |
| 03/10/04 | RTT | REVIEW/EDIT PRE-BILLS FOR THE MONTH OF FEBRUARY | .80 |
| 03/11/04 | RTT | CONTINUE TO REVIEW/EDIT PRE-BILLS FOR THE MONTH OF FEBRUARY 2004 | .50 |
| 03/17/04 | RLT | REVIEWED PREBILLS FOR FEBRUARY | .50 |
| 03/23/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS TWENTY-SEVENTH MONTHLY FEE APPLICATION | .10 |
| 03/23/04 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-SEVENTH MONTHLY FEE APPLICATION | .60 |
| 03/24/04 | RTT | DISCUSSION WITH RLT RE CNO TO KRLS TWENTY-SEVENTH FEE APP | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2004
MATTER :  W9600-011
INVOICE : 173452

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  FEE APPLICATIONS, APPLICANT

| Date | | Description | Hours |
|------|------|-------------|-------|
| 03/24/04 | RTT | E-FILE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-SEVENTH MONTHLY FEE APPLICATION | .40 |
| 03/25/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE CNO TO KRLS TWENTY-SEVENTH MONTHLY FEE APPLICATION (.4); PREPARE SERVICE OF SAME (.2) | .60 |
| 03/29/04 | RTT | REVIEW/EDIT AND COMPARE FINAL BILLS FOR THE MONTH OF FEBRUARY 2004 | .40 |
| 03/29/04 | RTT | PREPARATION OF KRLS TWENTY-EIGHTH MONTHLY FEE APPLICATION | 1.60 |
| 03/30/04 | RTT | PREPARE EMAIL TO RLT RE KRLS TWENTY EIGHTH MONTHLY FEE APPLICATION | .20 |
| 03/31/04 | RTT | LEFT VOICEMAIL FOR RLT RE KRLS TWENTY EIGHTH FEE APPLICATION | .10 |

## TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| R L THOMAS | 220.00 | .60 | 132.00 |
| R T TAYLOR | 130.00 | 6.60 | 858.00 |
| TOTALS | | 7.20 | 990.00 |

TOTAL FEES :                    990.00

TOTAL DUE  :                    990.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS                    DATE :    APRIL 22, 2004
                                                        MATTER :  W9600-012
                                                        INVOICE : 173453

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

      RE:  FEE APPLICATIONS, OTHERS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 02/27/04 | RLT | REVIEWED AND COMMENTED ON 27TH MONTHLY FEE APPLICATION OF KRLS AND KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR OCTOBER - DECEMBER | .70 |
| 03/01/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE KRLS TWENTY-SEVENTH FEE APP, KRAMER LEVIN'S THIRTIETH AND QUARTERLY FEE APPLICATIONS | .40 |
| 03/01/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE NOTICE OF KRAMER LEVIN'S QUARTERLY FEE APPLICATION | .40 |
| 03/03/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004 FILED BY CAMPBELL & LEVINE, LLC | .10 |
| 03/03/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004 FILED BY CAPLIN & DRYSDALE, | .10 |
| 03/03/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2004 THROUGH JANUARY 31, 2004 FILED BY FERRY, JOSEPH & PEARCE, P.A. | .10 |
| 03/03/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004 FILED BY LEGAL ANALYSIS SYSTEMS, INC | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2004
MATTER :  W9600-012
INVOICE : 173453

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| Date | | Description | Hours |
|------|------|------|------|
| 03/03/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S AMENDED FINAL REPORT REGARDING FEE APPLICATION OF LUKINS & ANNIS, P.S. FOR THE TENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .20 |
| 03/03/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION (ELEVENTH) FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003, FILED BY STROOCK & STROOCK & LAVAN LLP. | .30 |
| 03/03/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION (ELEVENTH) FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003, FILED BY FTI POLICANO & MANZO | .30 |
| 03/05/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTIETH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004 | .10 |
| 03/05/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 | .20 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 22, 2004
MATTER : W9600-012
INVOICE : 173453

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 03/05/04 RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION / QUARTERLY VERIFIED FEE APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE ELEVENTH INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 | | .20 |
| 03/05/04 RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION / ELEVENTH QUARTERLY INTERIM VERIFIED APPLICATION OF WALLACE, KING MARRARO & BRANSON, PLLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND ENVIRONMENTAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 | | .20 |
| 03/05/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003, FOR THE QUARTER OF OCTOBER - DECEMBER 2003 | | .20 |
| 03/05/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 | | .10 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2004
MATTER :  W9600-012
INVOICE : 173453

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 03/05/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE ELEVENTH QUARTERLY INTERIM PERIOD OCTOBER - DECEMBER, 2003 | .20 |
| 03/05/04 RLT | REVIEWED APPLICATION FOR COMPENSATION / ELEVENTH QUARTERLY VERIFIED APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 | .20 |
| 03/07/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF KIRKLAND & ELLIS LLP FOR THE TENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 03/07/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR THE TENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 03/07/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP FOR COMPENSATION FOR SERVICES AND REMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM AUGUST 1 THROUGH AUGUST 31, 2003 | .10 |

PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   APRIL 22, 2004
                                             MATTER : W9600-012
                                             INVOICE : 173453

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 03/07/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 | .10 |
| 03/07/04 RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION / SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIRST MONTHLY INTERIM PERIOD, FROM JANUARY 1, 2004, THROUGH JANUARY 31, 2004 | .10 |
| 03/08/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 | .10 |
| 03/08/04 RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION THIRTY-THIRD MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 | .10 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     APRIL 22, 2004
MATTER :   W9600-012
INVOICE :  173453

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 03/08/04 RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION THIRTY-THIRD INTERIM APPLICATION OF FTI POLICANO & MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003) | .10 |
| 03/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL FOR THE PERIOD DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 | .10 |
| 03/08/04 RLT | REVIEWED QUARTERLY FEE APPLICATION (RE: DOCKET NO. 5061 - ELEVENTH QUARTERLY INTERIM APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 | .20 |
| 03/08/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FE APPLICATION OF STROOCK & STROOCK & LAVAN, LLP FOR THE TENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 03/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION TWENTY-NINTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      APRIL 22, 2004
MATTER :  W9600-012
INVOICE : 173453

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 03/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY CAMPBELL & LEVINE, LLC. | .10 |
| 03/08/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 FILED BY BILZIN SUMBERG BAENA PRICE & AXELROD LLP. | .10 |
| 03/08/04 RLT | REVIEWED AFFIDAVIT UNDER 1111 U.S.C. 327(E) OF ROBERT J. TOWNSEND A PARTNER OF THE LAW FIRM OF TAFT, STETTINIUS & HOLLISTER LLP FILED BY W.R. GRACE & CO. | .10 |
| 03/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (TWENTY-FIRST) FOR THE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003, FILED BY DUANE MORRIS LLP. | .10 |
| 03/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (TWENTY-SECOND) FOR THE PERIOD NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003, FILED BY DUANE MORRIS LLP. | .10 |
| 03/08/04 RLT | REVIEWED SEVENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003 | .10 |
| 03/08/04 RLT | REVIEWED APPLICATION FOR COMPENSATION EIGHTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003 | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2004
MATTER :  W9600-012
INVOICE : 173453

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 03/08/04 RLT | REVIEWED ELEVENTH QUARTERLY INTERIM VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THOUGH DECEMBER 31, 2003 | | .10 |
| 03/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004 | | .10 |
| 03/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR FEBRUARY 2004, MONTHLY INVOICE FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | | .10 |
| 03/08/04 RLT | REVIEWED SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE THIRD INTERIM PERIOD, FROM DECEMBER 1 THROUGH DECEMBER 31, 2003, FOR THE QUARTER OF OCTOBER 2003 - DECEMBER 2003 | | .20 |
| 03/08/04 RLT | REVIEWED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM OCTOBER 1 THROUGH OCTOBER 31, 2003 | | .10 |
| 03/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004 FILED BY L. TERSIGNI CONSULTING, P.C. | | .10 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :  APRIL 22, 2004
MATTER :  W9600-012
INVOICE :  173453

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04   T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 03/08/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003 | .10 |
| 03/08/04 RLT | REVIEWED APPLICATION FOR COMPENSATION /SIXTEENTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 2004 | .10 |
| 03/08/04 RLT | REVIEWED SIXTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FORM JULY 1, 2003 THROUGH JULY 31, 2003 | .10 |
| 03/08/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION (TENTH) FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003, FILED BY DUANE MORRIS LLP. | .20 |
| 03/09/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR FEBRUARY 2004, MONTHLY INVOICE FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .10 |
| 03/09/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM OCTOBER 1 THROUGH OCTOBER 31, 2003, FOR THE QUARTER OF OCTOBER 2003 - DECEMBER 2003 | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2004
MATTER :  W9600-012
INVOICE : 173453

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 03/09/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004 FILED BY L. TERSIGNI CONSULTING, P.C.. | .10 |
| 03/12/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S AMENDED FINAL REPORT REGARDING FEE APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., FOR THE TENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 03/15/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2004 THROUGH JANUARY 31, 2004 FILED BY BILZIN SUMBERG BAENA PRICE & AXELROD LLP. | .10 |
| 03/16/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION OF DUFF & PHELPS, LLC, FINANCIAL ADVISOR TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR THE PERIOD NOVEMBER 2003 THROUGH JANUARY 2004 | .30 |
| 03/16/04 RLT | REVIEWED APPLICATION FOR COMPENSATION /TWENTY-EIGHT MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004 | .10 |
| 03/16/04 RLT | REVIEWED SUMMARY OF APPLICATION OF HOLME, ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004 | .10 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 22, 2004
                                              MATTER :  W9600-012
                                              INVOICE : 173453


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

     RE:  FEE APPLICATIONS, OTHERS


| 03/19/04 FAP | DRAFT/REVISE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S THIRTIETH FEE APPLICATION | .30 |
|---|---|---|
| 03/19/04 FAP | DRAFT/REVISE CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD 10/1/03 THROUGH 12/31/03 | .30 |
| 03/19/04 FAP | EMAIL EXCHANGES WITH RLT REGARDING CERTIFICATES OF NO OBJECTION TO KRAMER LEVIN'S MONTHLY AND QUARTERLY FEE APPLICATIONS | .10 |
| 03/19/04 FAP | CONFERENCE WITH RT REGARDING SERVICE OF KRAMER LEVIN'S QUARTERLY AND MONTHLY CERTIFICATES OF NO OBJECTION | .10 |
| 03/19/04 FAP | FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S THIRTIETH MONTHLY FEE APPLICATION | .40 |
| 03/19/04 FAP | FILE AND SERVE CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S QUARTERLY FEE APPLICATION | .50 |
| 03/19/04 RLT | REVIEWED AND COMMENTED ON CNOS FOR FILING FOR KRAMER LEVIN'S 13TH MONTHLY AND QUARTERLY FOR 10/1/03-12/31/03 | .40 |
| 03/19/04 RTT | PREPARE EMAIL TO GROUP AND PACKAGE TO FEE AUDITOR RE CNO'S TO KRAMER LEVIN'S THIRTIETH FEE APP AND QUARTERLY FEE APP | .20 |
| 03/22/04 TC | REVIEWED MOTION TO EXPAND THE SERVICE OF DELOITTE | .50 |


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   APRIL 22, 2004
MATTER : W9600-012
INVOICE : 173453

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 03/24/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 FILED BY FERRY, JOSEPH & PEARCE, P.A.. | .10 |
| 03/24/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 FILED BY FERRY, JOSEPH & PEARCE, P.A.. | .10 |
| 03/24/04 RLT | REVIEWED APPLICATION FOR COMPENSATION /TWENTY-FOURTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY 1, 2003 THROUGH FEBRUARY 29, 2003 | .20 |
| 03/24/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 17, 2003 THROUGH NOVEMBER 30, 2003 FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC.. | .30 |
| 03/24/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC.. | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    APRIL 22, 2004
                                            MATTER :  W9600-012
                                            INVOICE : 173453

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

    RE:  FEE APPLICATIONS, OTHERS



                    T I M E   S U M M A R Y
                    -----------------------

                        RATE    HOURS           TOTALS
                        ----    -----           ------

  F A PANCHAK          140.00    1.70            238.00
  R L THOMAS           220.00    9.10           2002.00
  R T TAYLOR           130.00    1.00            130.00
  T CURRIER            465.00     .50            232.50
               TOTALS           12.30           2602.50


                    TOTAL FEES :                    2,602.50


                    TOTAL DUE  :                    2,602.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2004
MATTER :  W9600-014
INVOICE : 173454

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | --- | --- |
| 02/27/04 | RLT | FINALIZED HEARING MEMORANDUM SUMMARY | 1.60 |
| 03/16/04 | SB | ORGANIZE PLEADINGS AND PREPARE HEARING FOLDER FOR 3-22-04 | .70 |
| 03/16/04 | TC | REVIEWED AGENDA NOTICE FOR HEARING 3/22 | .40 |
| 03/19/04 | RLT | REVIEWED AGENDA (AMENDED) FOR 3/22/04 HEARING | .20 |
| 03/22/04 | RLT | ATTENDED HEARING | 1.20 |
| 03/22/04 | RLT | REVIEWED ALL PLEADINGS FOR HEARING | 1.50 |
| 03/22/04 | TC | REVIEWED AMENDED AGENDA NOTICE | .40 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| R L THOMAS | 220.00 | 4.50 | 990.00 |
| S BROWN | 85.00 | .70 | 59.50 |
| T CURRIER | 465.00 | .80 | 372.00 |
| TOTALS | | 6.00 | 1421.50 |

TOTAL FEES :        1,421.50

TOTAL DUE  :        1,421.50

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 22, 2004
MATTER : W9600-015
INVOICE : 173455

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/08/04 | RLT | REVIEWED ORDER FOR BRIEFING SCHEDULE/MOTION TO DESIGNATE USG IN KENSINGTON MATTER | .20 |

### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 220.00 | .20 | 44.00 |
| TOTALS |  | .20 | 44.00 |

TOTAL FEES :                44.00

TOTAL DUE  :                44.00

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      APRIL 22, 2004
MATTER :  W9600-016
INVOICE : 173456

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/05/04 | TC | REVIEWED OBJECTION BY ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE TO MOTION TO EXTEND EXCLUSIVITY PERIOD | .50 |
| 03/07/04 | RLT | REVIEWED OBJECTION TO THE DEBTORS' SIXTH MOTION FOR AN ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON (RELATED DOCUMENT(S){5027) FILED BY OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | .40 |
| 03/08/04 | RLT | REVIEWED MOTION TO EXTEND TIME DEBTORS' SIXTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. SECTION 1121(D) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON FILED BY W.R. GRACE & CO.. | .40 |
| 03/08/04 | RLT | REVIEWED NOTICE OF FILING OF EXHIBIT B TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE DEBTORS' SIXTH MOTION FOR AN ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON | .30 |
| 03/08/04 | TC | REVIEWED OBJECTION TO EXCLUSIVITY FILED BY ASBESTOS COMMITTEE | .60 |
| 03/11/04 | RLT | REVIEWED USG CORPORATION OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS SUPPLEMENTAL APPENDIX (VOLUME 1 OF 1; PAGES 1-354) | .30 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2004
MATTER :  W9600-016
INVOICE : 173456

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

RE:   PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 03/16/04 RLT | REVIEWED MOTION FOR LEAVE TO FILE DEBTORS' REPLY TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' TO THE DEBTORS' SIXTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. SECTIONS 1121(D) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON | | .50 |
| 03/16/04 TC | REVIEWED MOTION FOR LEAVE TO FILE REPLY TO ASBESTOS COMMITTEE OBJECTION TO EXTENSION OF EXCLUSIVITY | | .40 |
| 03/22/04 TC | REVIEWED ORDER EXTENDING EXCLUSIVITY | | .30 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 1.90 | 418.00 |
| T CURRIER | 465.00 | 1.80 | 837.00 |
| TOTALS | | 3.70 | 1255.00 |

TOTAL FEES :              1,255.00

TOTAL DUE  :              1,255.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 22, 2004
                                              MATTER :  W9600-017
                                              INVOICE : 173457


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

        RE:  RELIEF FROM STAY PROCEEDINGS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 03/07/04 | RLT | REVIEWED OBJECTION TO /DEBTORS' OBJECTION TO MOTION OF NEUTOCRETE PRODUCTS INC. FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE | .30 |
| 03/07/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL RE: MOTION OF OLDCASTLE APG NORTHEAST, INC. D/B/A FOSTER-SOUTHEASTERN FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE | .10 |
| 03/08/04 | TC | REVIEWED DEBTORS' OBJECTION TO NEOCRETE MOTION | .50 |
| 03/19/04 | RLT | REVIEWED MOTION FOR RELIEF FROM STAY FILED BY MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | .40 |
| 03/22/04 | TC | REVIEWED MOTION FOR RELIEF FROM STAY AND SETOFF FILED BY MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | .80 |
| 03/24/04 | RLT | REVIEWED NOTICE OF WITHDRAWAL OF NEUTROCRETE PRODUCTS, INC.'S MOTION FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE | .20 |

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 22, 2004
MATTER : W9600-017
INVOICE : 173457

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04   T C

RE:  RELIEF FROM STAY PROCEEDINGS

## TIME SUMMARY

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| R L THOMAS   | 220.00 | 1.00  | 220.00 |
| T CURRIER    | 465.00 | 1.30  | 604.50 |
| TOTALS       |        | 2.30  | 824.50 |

TOTAL FEES :                                824.50

TOTAL DUE  :                                824.50

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 22, 2004
                                              MATTER :  W9600-020
                                              INVOICE : 173458


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/04    T C

    RE:  TRAVEL / NON-WORKING



DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
----   ----   --------------------------------                   -----

03/22/04 RLT   TRAVEL TIME REDUCED FROM 2 HOURS TO 1              1.00



                T I M E   S U M M A R Y
                -----------------------

                        RATE     HOURS          TOTALS
                        ----     -----          ------

  R L THOMAS            220.00   1.00           220.00
                TOTALS           1.00           220.00


                TOTAL FEES :                     220.00


                TOTAL DUE  :                     220.00
```

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**