| | |
|---|---|
| IN THE UNITED STATES<br>BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE | AVANTI LA CORTE FALLIMENTARE<br>DEGLI STATI UNITI D'AMERICA<br>PER LA CIRCOSCRIZIONE DEL DELAWARE |
| In re: Chapter 11 | Nel procedimento ai sensi del capitolo 11 |
| W.R. Grace & Co., et. al'., case no. 01-01139 | W.R. Grace & Co., et. al'., caso n.. 01-01139 |
| Debtors | Debitori (congiuntamente trattati) |
| AFFIDAVIT<br>11 U.S.C. 327 (e) | AFFIDAVIT ai sensi<br>del capitolo 11 U.S.C. 327 (e) |
| State of Italy | Repubblica Italiana |
| County of Rome | Provincia di Roma |
| The undersigned Avv. Giorgio Cosmelli, being duly sworn, upon his oath, deposes and says: | Il sottoscritto Avv. Giorgio Cosmelli, dopo aver debitamente prestato giuramento, depone e dichiara quanto segue: |
| 1. I am a partner of Venusio e Cosmelli Studio Legale, located at Rome, Foro Traiano no. 1/A (the "Firm"). | 1. Io sono socio dello Studio Venusio e Cosmelli Studio Legale, situato in Roma, Foro Traiano n. 1/A (lo "Studio"). |
| 2. The Debtors have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services. | 2. I Debitori hanno richiesto che lo Studio fornisse loro servizi legali e lo Studio ha acconsentito a fornire tali servizi. |
| 3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases. | 3. Lo Studio può aver espletato servizi nel passato e potrà espletarli in futuro, in materie non collegate a casi di cui al capitolo 11, a favore di persone che sono parti interessate nel caso in questione. |
| 4. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or by employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be | 4. Come pratica abituale, lo Studio fornisce servizi in casi, procedimenti e transazioni che coinvolgono molte parti diverse, alcune delle quali possono rappresentare o essere dipendenti del Debitori, dei ricorrenti ovvero di altre parti interessate nel caso di cui al capitolo 11. Lo Studio non fornisce servizi per nessuno di questi soggetti in connessione con il caso di cui al capitolo 11, né ha alcun rapporto con questi soggetti, con i loro avvocati o contabili |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.- Conn., A-1 Bit & Tool Co., Inc., Alewife Boston, Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston, Ltd., G.C. Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G. C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B, Inc., Grace A-B II, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II, Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

adverse to the Debtors or their estates.

5. Neither I nor any professional employed by the Firm has agreed to share or will share any portion of the compensation to be received fro the Debtors with any other person other than the professional of the Firm.

6. Neither I nor any professional employed by the Firm, insofar as I have been able to ascertain, holds and represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $ 27.203,73 for prepetition services.

8. The Firm conducting further inquiries regarding the retention of my firm by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

Executed on April 19, 2004

che possa danneggiare i Debitori o le loro proprietà.

5. Né io né alcun professionista dello Studio ha accettato di dividere o dividerà una parte del compenso dovuto da parte dei debitori con nessun'altra persona diversa dai professionisti dello Studio.

6. Né io né alcun professionista dello Studio, per quanto sono stato in grado di accertare, detiene o rappresenta alcun interesse che possa danneggiare i Debitori o le loro proprietà.

7. I Debitori debbono allo Studio $ 27.203,73 per servizi resi prima dell'ammissione alla procedura.

8. Lo Studio sta conducendo ulteriori indagini riguardo al ricevimento di incarichi da parte di uno qualsiasi dei creditori dei Debitori, e sulla base dei risultati di queste indagini, o in qualsiasi momento durante il periodo del mio incarico, se lo Studio dovesse scoprire qualche fatto relativo alle questioni fin qui descritte in questo documento, lo Studio completerà le informazioni contenute in questa Dichiarazione.

Sottoscritto il 19 aprile 2004.



Certifico io sottoscritto dott. VALERIA ROSATI, Notaio in Palombara Sabina, con studio in Viale E. Possenti n. 2, iscritto presso il Collegio Notarile dei Distretti Riuniti di Roma, Velletri e Civitavecchia, che previa rinuncia con il mio consenso alla assistenza dei testi e previa ammonizione da me Notaio a lui fatta sulla responsabilità penale cui può andare incontro in caso di dichiarazione mendace, il signor:
- COSMELLI GIORGIO, nato a Roma (RM) il 22 dicembre 1942, domiciliato in Roma (RM), Foro Traiano, 1A avvocato;
della cui identità personale io Notaio sono certo, ha reso e sottoscritto la retro estesa dichiarazione in mia presenza in Roma, Via Fornovo n. 5, oggi diciannove aprile duemilaquattro.

