# BILZIN SUMBERG BAENA PRICE & AXELROD LLP
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

April 28, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  78731

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH February 29, 2004

Atty - SLB

RE:    01- Case Administration

Client No. 74817/15537

| | | | | |
|---|---|---|---|---|
| 02/02/04 | ASD | 1.60 | 464.00 | Review recusal order (1.0); research authorities regarding recusal order (1.5); forward recusal order to committee members (.2). |
| 02/02/04 | JMS | 1.40 | 406.00 | Review Wolin order regarding recusal (.7); research strategic action (.7) |
| 02/02/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 02/03/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 02/04/04 | SLB | 0.60 | 330.00 | Begin review of Judge Wolin opinion on recusal (.6). |
| 02/04/04 | WV | 0.60 | 66.00 | Pull Dockets |
| 02/05/04 | ASD | 0.20 | 58.00 | Review order regarding briefing schedule (.1); email committee the schedule (.1). |
| 02/05/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 02/06/04 | ASD | 2.40 | 696.00 | Continue review of recusal discovery (2.1); email committee certain recusal documents (.3); review of motion to extend exclusivity. |
| 02/06/04 | WV | 0.40 | 44.00 | Pull Dockets |
| 02/09/04 | ASD | 0.10 | 29.00 | Review email from Daniel Speights regarding recusal issue. |
| 02/09/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 02/09/04 | AJ | 2.30 | 253.00 | Review and production of memo re: Summary of Hearing Transcript from Dec. 15, 2003 |
| 02/10/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 02/10/04 | AJ | 3.50 | 385.00 | Review and production of memo re: Summary of Hearing Transcript from Dec. 15, 2003 |
| 02/11/04 | WV | 0.40 | 44.00 | Pull Dockets |
| 02/11/04 | AJ | 3.50 | 385.00 | Review and production of memo re: Summary of Hearing Transcript from Dec. 15, 2003 |
| 02/12/04 | JMS | 0.50 | 145.00 | Emails with Committee members regarding pending matters |
| 02/12/04 | WV | 0.70 | 77.00 | Research J. Fitzgerald's opinion on Lexis. |
| 02/12/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 02/13/04 | WV | 0.40 | 44.00 | Pull Dockets |
| 02/13/04 | AJ | 1.80 | 198.00 | Review and production of memo re: Summary of Hearing Transcript from Dec. 15, 2003 |
| 02/14/04 | JMS | 0.40 | 116.00 | Emails with M. Dies regarding status |
| 02/18/04 | ASD | 0.30 | 87.00 | Review email from E. Cottingham inquiring as to recusal status (.1); provide Wolin order (.2). |
| 02/18/04 | ASD | 0.40 | 116.00 | Review Haliburton opinion (.4). |
| 02/18/04 | ASD | 0.40 | 116.00 | Review submission of joint appendix. |
| 02/18/04 | JMS | 1.50 | 435.00 | Review recent case law regarding asbestos cases (.4); email to the Committee thereon (.3) telephone conference with M. Dies regarding pending matters and upcoming hearing (.4); emails from and to S. Baena regarding same (.4) |
| 02/18/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 02/18/04 | WV | 0.50 | 55.00 | Search for/Print out Supplemental Affidavits. |
| 02/18/04 | WV | 0.10 | 11.00 | Research/Print out opinion on lexis. |
| 02/19/04 | JMS | 0.60 | 174.00 | Telephone conference with J. Kapp regarding extending hearing on motion for relief from local rule (.3); review de minimus sales and settlement reports (.3) |
| 02/19/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 02/20/04 | JMS | 1.30 | 377.00 | Telephone conference from/to G. Boyer regarding status (.4); telephone |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | conferences with G. Boyer regarding participation at omnibus hearing (.3); conference with S. Anderson regarding hearing notebook (.4); email to S. Baena regarding hearing (.2) |
| 02/20/04 | SJA | 3.80 | 456.00 | Meet with J. Sakalo re: agenda (.2); download documents for hearing (2.0); prepare hearing binder and index (1.6). |
| 02/20/04 | WV | 0.30 | 33.00 | Pull dockets |
| 02/23/04 | ASD | 4.20 | 1,218.00 | Review of USG brief (.6); review USG supplemental appendix (.3); review motion to file same (.1); review motion to exceed page limit (.1); review declarations in support of USG motions (.2); review motion to consolidate (.1); review motion for Judicial Notice of Declaration (.2); review brief of Official Unsecured Committee in USG (.3); review brief of DK Acquisitions (.6); review brief of Kensington, et al. (redacted & unredacted)(.7); review Credit Sussie brief (.4); review motion for leave to file miniscript (.1); review WR Grace motion to seal (.2); review Armstrong brief (.2); review Washington Legal Foundation amicus brief (.3). |
| 02/23/04 | JMS | 1.70 | 493.00 | Review movants' briefs to 3rd circuit regarding Wolin recusal |
| 02/23/04 | WV | 0.30 | 33.00 | Pull dockets |
| 02/24/04 | WV | 0.40 | 44.00 | Pull dockets |
| 02/25/04 | ASD | 0.70 | 203.00 | Forward redacted briefs to committee members (.2); summarize issues for committee (.5). |
| 02/25/04 | JMS | 0.70 | 203.00 | Review recusal briefs. |
| 02/25/04 | WV | 0.30 | 33.00 | Pull Dockets. |
| 02/26/04 | ASD | 0.30 | 87.00 | Review DK Acquisitions Motion to Supplement (.1); review Kensington's Opposition to Grace Motion to Seal (.2). |
| 02/26/04 | JMS | 0.70 | 203.00 | Continue review of Wolin recusal briefs |
| 02/26/04 | WV | 0.30 | 33.00 | Pull dockets |
| 02/27/04 | ASD | 0.50 | 145.00 | Review brief from American Insurance Association (.3); review proposed order and motion on Royal late proof of claim (.2). |
| 02/27/04 | WV | 0.40 | 44.00 | Pull Dockets |

**PROFESSIONAL SERVICES** $8,777.00

## COSTS ADVANCED

| | | |
|---|---|---|
| | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3122144750; DATE: | |
| 12/19/03 | 12/21/2003  -  Firm - Acct.#BILZIN01 | 26.05 |
| 12/23/03 | LodgingTravel to Newark - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-02/12/04B; DATE: 2/12/2004  -  Client - 15537 | 127.75 |
| 12/23/03 | Fares, Mileage, ParkingTaxi cab - Travel to Newark - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-02/12/04B; DATE: 2/12/2004  -  Client - 15537 | 14.50 |
| 12/23/03 | MealsTravel to Newark - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-02/12/04B; DATE: 2/12/2004  -  Client - 15537 | 4.45 |
| 12/23/03 | ParkingTravel to Newark - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-02/12/04B; DATE: 2/12/2004  -  Client - 15537 | 11.00 |
| 12/30/03 | LodgingTravel to Newark - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-02/12/04A; DATE: 2/12/2004  -  Client - 15537 | 141.78 |
| 12/30/03 | Fares, Mileage, ParkingTaxi fares - Travel to Newark - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-02/12/04A; DATE: 2/12/2004  -  Client - 15537 | 15.00 |
| 12/30/03 | ParkingVENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-02/12/04A; DATE: 2/12/2004  -  Client - 15537 | 11.00 |
| 01/01/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 1/01/04-3/31/04; DATE: 4/7/2004  -  Pacer online charges | 208.04 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 01/01/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 1/01/04-3/31/04; DATE: 4/7/2004  -  Pacer online charges | 54.53 |
| 01/02/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4010445933; DATE: 1/4/2004  -  Firm  Acct.#BILZIN01 | 34.29 |
| 02/01/04 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0402037180; DATE: 2/29/2004  -  Lexis Nexus Online Charges | 96.87 |
| 02/04/04 | Long Distance Telephone(214) 698-3868 | 1.98 |
| 02/05/04 | Photocopies 541.00pgs @ .15/pg | 81.15 |
| 02/05/04 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 02/05/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 02/05/04 | Long Distance Telephone(415) 989-1801 | 1.98 |
| 02/05/04 | Long Distance Telephone(214) 698-3868 | 1.98 |
| 02/05/04 | MealsVENDOR: SCOTT L. BAENA; INVOICE#: SLB-02/05/04; DATE: 2/5/04  -  Clients | 126.82 |
| 02/05/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4020847854; DATE: 2/8/2004  -  Acct.#BILZIN01 | 30.66 |
| 02/06/04 | Long Distance Telephone(202) 744-6750 | 1.98 |
| 02/09/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 157176328 DATE: 2/12/04 | 11.72 |
| 02/12/04 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 02/12/04 | Long Distance Telephone(509) 455-9555 | 1.98 |
| 02/13/04 | Photocopies 4.00pgs @ .15/pg | 0.60 |
| 02/13/04 | Telecopies   14.00pgs @ .50/pg | 7.00 |
| 02/13/04 | Telecopies   14.00pgs @ .50/pg | 7.00 |
| 02/13/04 | Long Distance Telephone(803) 943-4599 | 1.98 |
| 02/13/04 | Long Distance Telephone(409) 883-4814 | 2.97 |
| 02/18/04 | Long Distance Telephone(409) 883-4394 | 1.98 |
| 02/18/04 | Long Distance Telephone(409) 883-4394 | 14.85 |
| 02/18/04 | Long Distance Telephone(409) 883-4394 | 18.81 |
| 02/18/04 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0402037180; DATE: 2/29/2004  -  Lexis Nexus Online Charges | 101.68 |
| 02/18/04 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0402037180; DATE: 2/29/2004  -  Lexis Nexus Online Charges | 112.65 |
| 02/19/04 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 02/19/04 | Long Distance Telephone(312) 861-2124 | 1.98 |
| 02/19/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 02/19/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 02/19/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4022248377; DATE: 2/22/2004  -  Acct.#BILZIN01 | 7.68 |
| 02/19/04 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0402037180; DATE: 2/29/2004  -  Lexis Nexus Online Charges | 93.50 |
| 02/20/04 | Long Distance Telephone(202) 879-5000 | 0.99 |
| 02/20/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 02/23/04 | Photocopies 166.00pgs @ .15/pg | 24.90 |
| 02/23/04 | Photocopies 242.00pgs @ .15/pg | 36.30 |
| 02/23/04 | Long Distance Telephone(302) 575-1555 | 0.99 |
| 02/23/04 | Long Distance Telephone(212) 594-5300 | 2.97 |
| 02/25/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 02/26/04 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 02/26/04 | Long Distance Telephone(302) 575-1555 | 4.95 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 02/26/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4022948627; DATE: 2/29/2004  -  Acct.#BILZIN01 | 16.68 |
|---|---|---|

_____

**TOTAL COSTS ADVANCED**                                                                $1,480.90

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.60 | 550.00 | $330.00 |
| Danzeisen, Allyn S | 11.10 | 290.00 | $3,219.00 |
| Sakalo, Jay M | 8.80 | 290.00 | $2,552.00 |
| Anderson, Silvia J | 3.80 | 120.00 | $456.00 |
| Van Dijk, Wendy | 7.50 | 110.00 | $825.00 |
| Josephs, Adam | 11.10 | 110.00 | $1,221.00 |
| *TOTAL* | *42.90* | | *$8,777.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $142.95 |
| Fares, Mileage, Parking | $29.50 |
| Telecopies | $22.00 |
| Federal Express | $11.72 |
| Long Distance Telephone | $69.30 |
| Long Distance Telephone-Outside Services | $115.36 |
| Lexis - Online Legal Research | $404.70 |
| Lodging | $269.53 |
| Meals | $131.27 |
| Pacer - Online Services | $262.57 |
| Parking | $22.00 |
| TOTAL | $1,480.90 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**            **$10,257.90**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:     03 - Creditors Committee

Client No. 74817/15539

| 02/02/04 | ASD | 0.20 | 58.00 | Review and response to correspondence from committee members. |
|----------|-----|------|-------|------|
| 02/05/04 | ASD | 1.10 | 319.00 | Prepare for and attend committee meeting (1.1). |
| 02/05/04 | SLB | 1.00 | 550.00 | Committee meeting (1.0). |
| 02/11/04 | ASD | 0.10 | 29.00 | Email committee chairs providing status. |
| 02/12/04 | SLB | 0.40 | 220.00 | Email exchange with D. Speights and M. Dies regarding meeting planning (.4). |
| 02/18/04 | ASD | 0.20 | 58.00 | Email committee chairs regarding committee call (.2). |
| 02/19/04 | ASD | 0.40 | 116.00 | Attend Grace Committee call (.4). |
| 02/19/04 | JMS | 0.80 | 232.00 | Prepare for and attend Committee call |
| 02/26/04 | ASD | 1.10 | 319.00 | Prepare for committee meeting (.6); attend committee meeting (.5). |
| 02/26/04 | SLB | 0.50 | 275.00 | Committee meeting (.5). |

**PROFESSIONAL SERVICES**      $2,176.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|------------|-------|------|-------|
| Baena, Scott L | 1.90 | 550.00 | $1,045.00 |
| Danzeisen, Allyn S | 3.10 | 290.00 | $899.00 |
| Sakalo, Jay M | 0.80 | 290.00 | $232.00 |
| *TOTAL* | *5.80* | | *$2,176.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**      **$2,176.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    04 - Retention of Professionals

Client No. 74817/15540

| | | | | |
|---|---|---|---|---|
| 02/05/04 | SLB | 0.40 | 220.00 | Email from and to W. Smith's office regarding Conway Del Genio & Gries (.4). |

**PROFESSIONAL SERVICES** $220.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.40 | 550.00 | $220.00 |
| *TOTAL* | *0.40* | | *$220.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$220.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    07 - Applicant's Fee Application                                    Client No. 74817/15543

| | | | | |
|---|---|---|---|---|
| 02/02/04 | ASD | 0.20 | 58.00 | Interoffice conference with Luisa Flores regarding fee application and fee auditor response (.2). |
| 02/02/04 | LMF | 0.70 | 84.00 | Review and edit December prebills (.7). |
| 02/05/04 | LMF | 2.20 | 264.00 | Research travel expenses for response to fee auditor on interim report (.6); prepare response to fee auditor (.6); prepare and update spreadsheet of categories for fee auditor (1.0). |
| 02/06/04 | LMF | 1.60 | 192.00 | Meet with A. Danzeisen and finalize response to fee auditor and to category spreadsheet (1.4); email to fee auditor (.2). |
| 02/09/04 | LMF | 0.30 | 36.00 | Meet with accounting regarding outstanding payments for fraudulent transfer (.3). |
| 02/23/04 | ASD | 0.20 | 58.00 | Review WR Grace bills (.2). |
| 02/23/04 | LMF | 0.80 | 96.00 | Begin review of January prebills (.8). |
| 02/24/04 | LMF | 1.60 | 192.00 | Meet with A. Danzeisen and attend to edits to final December bills (.7); meet with accounting to obtain statement of outstanding holdbacks to compare with entry of orders (.9). |
| 02/25/04 | JMS | 0.40 | 116.00 | Review spreadsheet from fee auditor and discuss with L. Flores |

**PROFESSIONAL SERVICES**                                                    $1,096.00

### COSTS ADVANCED

| | | | |
|---|---|---|---|
| 01/01/04 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 1/01/04-3/31/04; DATE: 4/7/2004  -  Pacer online charges | 88.13 | |

**TOTAL COSTS  ADVANCED**                                                    $88.13

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.40 | 290.00 | $116.00 |
| Sakalo, Jay M | 0.40 | 290.00 | $116.00 |
| Flores, Luisa M | 7.20 | 120.00 | $864.00 |
| *TOTAL* | *8.00* | | *$1,096.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Pacer - Online Services | $88.13 |
| TOTAL | $88.13 |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**          **$1,184.13**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    08 - Hearings
Client No. 74817/15544

---

| | | | | |
|---|---|---|---|---|
| 02/23/04 | JMS | 1.70 | 493.00 | Prepare for omnibus hearing (1.3); emails with T. Tacconelli regarding hearing (.4) |

**PROFESSIONAL SERVICES**                                              $493.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.70 | 290.00 | $493.00 |
| *TOTAL* | *1.70* | | *$493.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**                **$493.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE**:**     18 - Plan & Disclosure Statement

| 02/12/04 | WV | 0.30 | 33.00 | Pull Docket and print out plan of reorganization and disclosure statement. |
| 02/13/04 | ASD | 0.20 | 58.00 | Review confirmation hearing issues in ACand S. |
| 02/26/04 | SLB | 0.30 | 165.00 | Email to D. Speights and M. Dies regarding preparation for meeting with debtor (.2); email to D. Speights and M. Dies regarding conferring with committee on same (.1). |

**PROFESSIONAL SERVICES**                                                        $256.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | 550.00 | $165.00 |
| Danzeisen, Allyn S | 0.20 | 290.00 | $58.00 |
| Van Dijk, Wendy | 0.30 | 110.00 | $33.00 |
| *TOTAL* | *0.80* | | *$256.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$256.00**

# Bilzin Sumberg Baena Price & Axelrod llp

|  |  |
|---|---|
|  | Atty - SLB |
| Re: 27 - Litigation Consulting | Client No. 74817/15563 |

| | | | | |
|---|---|---|---|---|
| 02/04/04 | JMS | 7.80 | 2,262.00 | Continue researching strategic action and draft memorandum to S. Baena. |
| 02/05/04 | ASD | 6.10 | 1,769.00 | Attend meeting with Scott Baena and Jay Sakalo and Committee members; continue research regarding litigation issues. |
| 02/05/04 | SLB | 5.70 | 3,135.00 | Analysis of unimpaired issue for meeting with committee (3.4); conference with M. Dies and D. Speights regarding same (2.3). |
| 02/05/04 | JMS | 7.20 | 2,088.00 | Continue research of strategic actions; discuss with S. Baena (5.7); meeting with clients thereon (1.5). |
| 02/06/04 | ASD | 2.10 | 609.00 | Research regarding claims litigation issues. |
| 02/06/04 | JMS | 1.30 | 377.00 | Continue review of strategic actions |
| 02/09/04 | ASD | 3.70 | 1,073.00 | Research regarding claims litigation issues. |
| 02/10/04 | ASD | 5.60 | 1,624.00 | Confirm research regarding claims litigation issues. |
| 02/10/04 | JMS | 0.80 | 232.00 | Continue researching strategic action |
| 02/11/04 | ASD | 6.20 | 1,798.00 | Continue research regarding claims litigation issues. |
| 02/11/04 | JMS | 1.90 | 551.00 | Research law review articles regarding strategic action |
| 02/12/04 | JMS | 1.30 | 377.00 | Continue research regarding strategic action |
| 02/27/04 | ASD | 6.10 | 1,769.00 | Research state law regarding claim (6.1). |
| 02/28/04 | ASD | 1.40 | 406.00 | Continue research on state law issues. |
| 02/29/04 | ASD | 2.70 | 783.00 | Continue research on state law issue. |

**Professional Services** $18,853.00

### Costs Advanced

| | | | |
|---|---|---|---|
| 02/12/04 | Postage | | 2.22 |

**Total Costs Advanced** $2.22

### Matter Summary of Professional Services

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Baena, Scott L | 5.70 | 550.00 | $3,135.00 |
| Danzeisen, Allyn S | 33.90 | 290.00 | $9,831.00 |
| Sakalo, Jay M | 20.30 | 290.00 | $5,887.00 |
| *Total* | *59.90* | | *$18,853.00* |

### Matter Summary of Costs Advanced

| | |
|---|---|
| Postage | $2.22 |
| Total | $2.22 |

**Total Professional Services and Costs Advanced this Matter** $18,855.22

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    30 - Fee Application of Others

Client No. 74817/17781

| | | | | |
|---|---|---|---|---|
| 02/06/04 | ASD | 0.30 | 87.00 | Review six fee applications for 10th interim period (.3). |
| 02/11/04 | JMS | 0.30 | 87.00 | Review four final reports |
| 02/12/04 | SLB | 0.30 | 165.00 | Review auditor's report regarding ZAI litigation fees and email to D. Speights regarding same (.3). |
| 02/19/04 | JMS | 0.90 | 261.00 | Review 5 fee applications (.7); email to S. Baena thereon (.2) |
| 02/20/04 | ASD | 0.20 | 58.00 | Review 2 fee applications. |
| 02/24/04 | LMF | 0.90 | 108.00 | Review emails and attend to outstanding balances due HR&A and research to confirm filing of all invoices (.9). |
| 02/25/04 | LMF | 2.30 | 276.00 | Research court docket regarding outstanding payment due Hilsoft from June 2002 (.4); review report from fee auditor regarding same (.3); prepare quarterly application for Hilsoft and notice for same (1.6). |

**PROFESSIONAL SERVICES**                                               $1,042.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | 550.00 | $165.00 |
| Danzeisen, Allyn S | 0.50 | 290.00 | $145.00 |
| Sakalo, Jay M | 1.20 | 290.00 | $348.00 |
| Flores, Luisa M | 3.20 | 120.00 | $384.00 |
| *TOTAL* | *5.20* | | *$1,042.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**          **$1,042.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Danzeisen, Allyn S | 49.80 | $14,442.00 |
| Baena, Scott L | 9.20 | $5,060.00 |
| Flores, Luisa M | 10.40 | $1,248.00 |
| Sakalo, Jay M | 33.20 | $9,628.00 |
| Anderson, Silvia J | 3.80 | $456.00 |
| Van Dijk, Wendy | 7.80 | $858.00 |
| Josephs, Adam | 11.10 | $1,221.00 |

### TOTAL PROFESSIONAL FEES THIS PERIOD $32,913.00

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $142.95 |
| Fares, Mileage, Parking | $29.50 |
| Telecopies | $22.00 |
| Federal Express | $11.72 |
| Long Distance Telephone | $69.30 |
| Long Distance Telephone-Outside Services | $115.36 |
| Lexis - Online Legal Research | $404.70 |
| Lodging | $269.53 |
| Meals | $131.27 |
| Pacer - Online Services | $350.70 |
| Parking | $22.00 |
| Postage | $2.22 |

### TOTAL COSTS ADVANCED THIS PERIOD $1,571.25

### TOTAL AMOUNT DUE THIS PERIOD $34,484.25

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

---

### CLIENT SUMMARY

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 02/29/04** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| | | | |
| 01- Case Administration/15537 | 8,777.00 | 1,480.90 | 10,257.90 |
| 03 - Creditors Committee/15539 | 2,176.00 | 0.00 | 2,176.00 |
| 04 - Retention of Professionals/15540 | 220.00 | 0.00 | 220.00 |
| 07 - Applicant's Fee Application/15543 | 1,096.00 | 88.13 | 1,184.13 |
| 08 - Hearings/15544 | 493.00 | 0.00 | 493.00 |
| 18 - Plan & Disclosure Statement/15554 | 256.00 | 0.00 | 256.00 |
| 27 - Litigation Consulting/15563 | 18,853.00 | 2.22 | 18,855.22 |
| 30 - Fee Application of Others/17781 | 1,042.00 | 0.00 | 1,042.00 |
| Client Total | $32,913.00 | $1,571.25 | $34,484.25 |