# BILZIN SUMBERG BAENA PRICE & AXELROD LLP
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

April 28, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  78732

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH March 31, 2004

Atty - SLB
RE:      01- Case Administration                                               Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/01/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 03/02/04 | JMS | 0.40 | 116.00 | Work on open matters memo |
| 03/02/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 03/03/04 | ASD | 0.40 | 116.00 | Review Grace Reply to seal documents on recusal issue (.4). |
| 03/03/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 03/04/04 | ASD | 0.40 | 116.00 | Review DK Acquisition Supplemental Appendix (.4). |
| 03/04/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 03/05/04 | ASD | 0.20 | 58.00 | Email Committee regarding Federal Mogul Futures rep amicus brief on recusal issue. |
| 03/05/04 | ASD | 0.30 | 87.00 | Review Debtor's Objection to Neocrete Products relief from stay (.3). |
| 03/05/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 03/08/04 | JZJ | 0.30 | 76.50 | Interoffice conference with A. Danzeisen regarding issues regarding class actions and how viewed as a class in Bankruptcy context |
| 03/08/04 | JMS | 0.30 | 87.00 | Letter from E. Westbrook regarding former Grace employee |
| 03/08/04 | WV | 0.40 | 44.00 | Pull Dockets |
| 03/09/04 | JMS | 0.20 | 58.00 | Review news article regarding asbestos personal injury lawsuit (.2) |
| 03/09/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 03/10/04 | WV | 0.40 | 44.00 | Pull Dockets |
| 03/11/04 | JMS | 1.40 | 406.00 | Telephone conference with S. Baena, D. Speights, M. Dies regarding all pending matters (.5); review 2/23 hearing transcript (.9) |
| 03/11/04 | WV | 0.40 | 44.00 | Pull dockets |
| 03/12/04 | ASD | 3.50 | 1,015.00 | Review response brief of futures rep (.4); review brief of Owens Corning (.5); review brief of WR Grace (.4); review brief of ACC (.4); review supplemental filings (.6); research authorities cited in brief (1.2). |
| 03/12/04 | WV | 0.30 | 33.00 | Pull Docket |
| 03/15/04 | ASD | 0.10 | 29.00 | Email Ed Cottingham regarding claims status (.1). |
| 03/15/04 | ASD | 0.60 | 174.00 | Forward Committee four emails attaching recusal briefs and discussing outstanding issues (.6). |
| 03/15/04 | ASD | 0.40 | 116.00 | Review Armstrong's supplemental filings on recusal issues (.4). |
| 03/15/04 | JMS | 0.20 | 58.00 | Voice mail from J. Baer regarding hearing |
| 03/15/04 | WV | 0.30 | 33.00 | Pull Dockets |
| 03/16/04 | ASD | 0.10 | 29.00 | Review Exhibit B of Objection to extension of exclusivity (.1). |
| 03/16/04 | WV | 0.40 | 44.00 | Pull Dockets |
| 03/17/04 | ASD | 0.20 | 58.00 | Review Baron and Budd's response brief (.2). |
| 03/17/04 | WV | 0.40 | 44.00 | Pull Docket |
| 03/18/04 | WV | 0.40 | 44.00 | Pull Dockets |
| 03/18/04 | WV | 1.80 | 198.00 | Prepare hearing notebooks. |
| 03/19/04 | ASD | 1.10 | 319.00 | Review reply briefs filed by Kensington Petitioner (.4); review reply brief filed by DK Acquisitions (.3); review reply brief filed by USG (.4) (split with USG). |
| 03/19/04 | ASD | 0.70 | 203.00 | Review estimation motions by Insurers (.6) forward to Committee Chairs (.1). |
| 03/19/04 | JMS | 0.90 | 261.00 | Review Debtors' status report to Court regarding claims objections (.6); review hearing notebook (.3) |
| 03/19/04 | WV | 1.60 | 176.00 | Prepare hearing Notebook |
| 03/19/04 | WV | 0.30 | 33.00 | Pull dockets |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Init. | Hrs | Amount | Description |
|------|------|------|--------|-------------|
| 03/22/04 | ASD | 0.40 | 116.00 | Email committee reply brief (.4). |
| 03/22/04 | JMS | 0.30 | 87.00 | Telephone conference with M. Dies regarding hearing |
| 03/24/04 | SLB | 0.50 | 275.00 | Telephone call from M. Kramer regarding appointment of futures rep (.2); email to Jan Baer regarding same (.1); email to J. Baer regarding order (.2). |
| 03/24/04 | JMS | 1.30 | 377.00 | Conference with A. Danzeisen, S. Baena regarding all pending matters (.4); email to S. Baena regarding summary of omnibus hearing (.9) |
| 03/24/04 | AJ | 0.70 | 77.00 | Pulled requested dockets |
| 03/25/04 | SLB | 0.30 | 165.00 | Email from and to J. Baer regarding proposed order and selection of futures rep (.3). |
| 03/25/04 | AJ | 0.30 | 33.00 | Pulled requested dockets |
| 03/26/04 | AJ | 0.30 | 33.00 | Pulled requested dockets |
| 03/29/04 | ASD | 0.50 | 145.00 | Review motion extending time to assume unexpired leases (.2); review of motion requesting expansion of Deloitte & Touch services (.2); review motion for order approving settlement with W. Dunbar (.1). |
| 03/29/04 | ASD | 0.30 | 87.00 | Review hearing transcript (.3). |
| 03/29/04 | ASD | 0.20 | 58.00 | Telephone conference with J. Hass regarding starting with the case (.2). |
| 03/29/04 | SLB | 0.70 | 385.00 | Telephone call from D. Bernick regarding future rep and email report to committee regarding same (.6); email to D. Bernick regarding same (.1). |

**PROFESSIONAL SERVICES**                                                                 $6,155.50

## COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/04 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0403040409; DATE: 3/31/2004  -  Lexis Nexis | 59.27 |
| 03/02/04 | Photocopies  75.00pgs @ .15/pg | 11.25 |
| 03/02/04 | Photocopies  297.00pgs @ .15/pg | 44.55 |
| 03/02/04 | Photocopies  14.00pgs @ .15/pg | 2.10 |
| 03/02/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4030749390; DATE: 3/7/2004  -  Acct.#BILZIN01 | 28.83 |
| 03/03/04 | AirfareTravel to NY - VENDOR: Continental Travel; INVOICE#: 307946; DATE: 3/2/2004  -  Clients | 801.60 |
| 03/03/04 | LodgingTravel to Washington, DC - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/04/04; DATE: 3/4/2004  -  Clients | 372.13 |
| 03/03/04 | Fares, Mileage, ParkingTravel to Washington, DC - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/04/04; DATE: 3/4/2004  -  Clients | 8.00 |
| 03/04/04 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 03/04/04 | Long Distance Telephone(509) 455-9555 | 6.93 |
| 03/04/04 | Long Distance Telephone(415) 989-1801 | 0.99 |
| 03/04/04 | MealsVENDOR: GRUNBERG'S DELI RESTAURANT; INVOICE#: 3/01/04-3/14/04; DATE: 3/14/2004  -  Meals | 35.92 |
| 03/04/04 | AirfareTravel to NYC and Washington - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-03/04/04; DATE: 3/4/2004  -  Clients | 801.60 |
| 03/04/04 | Fares, Mileage, ParkingTrain from NYC to Washington - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-03/04/04; DATE: 3/4/2004  -  Clients | 204.00 |
| 03/04/04 | Fares, Mileage, ParkingCab Fares - Travel to NYC and Washington - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-03/04/04; DATE: 3/4/2004  -  Clients | 58.50 |
| 03/04/04 | LodgingTravel to NYC and Washington - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-03/04/04; DATE: 3/4/2004  -  Clients | 186.07 |
| 03/04/04 | MealsTravel to NYC and Washington - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-03/04/04; DATE: 3/4/2004  -  Clients | 135.85 |
| 03/04/04 | MealsTravel to Washington, DC - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/04/04; DATE: 3/4/2004  -  Clients | 168.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 03/04/04 | Fares, Mileage, ParkingTaxi cab from MIA Airport to Miami Beach - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/04/04; DATE: 3/4/2004 - Clients | 32.00 |
| 03/05/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 166800064 DATE: 3/11/2004 | 11.89 |
| 03/08/04 | Photocopies  9.00pgs @ .15/pg | 1.35 |
| 03/08/04 | Photocopies  50.00pgs @ .15/pg | 7.50 |
| 03/08/04 | Long Distance Telephone(803) 943-4444 | 7.92 |
| 03/08/04 | Long Distance Telephone(409) 779-0523 | 0.99 |
| 03/09/04 | Long Distance Telephone(215) 721-2120 | 11.88 |
| 03/10/04 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 03/10/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 03/10/04 | Long Distance Telephone(415) 989-1801 | 0.99 |
| 03/11/04 | Photocopies  22.00pgs @ .15/pg | 3.30 |
| 03/11/04 | Telecopies   156.00pgs @ .50/pg | 78.00 |
| 03/11/04 | Long Distance Telephone(409) 779-0523 | 42.57 |
| 03/11/04 | Long Distance Telephone(843) 524-5708 | 48.51 |
| 03/11/04 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 03/11/04 | Long Distance Telephone(202) 637-4781 | 24.75 |
| 03/16/04 | Telecopies   14.00pgs @ .50/pg | 7.00 |
| 03/16/04 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 03/16/04 | Long Distance Telephone(409) 883-7136 | 12.87 |
| 03/16/04 | Long Distance Telephone(803) 943-4444 | 8.91 |
| 03/16/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 03/18/04 | Photocopies  208.00pgs @ .15/pg | 31.20 |
| 03/18/04 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 03/18/04 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 03/18/04 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 03/18/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4032149932; DATE: 3/21/2004 - Acct.#BILZIN01 | 23.03 |
| 03/19/04 | Photocopies  122.00pgs @ .15/pg | 18.30 |
| 03/19/04 | Telecopies   2.00pgs @ .50/pg | 1.00 |
| 03/19/04 | Long Distance Telephone(202) 637-4781 | 1.98 |
| 03/22/04 | AirfareTravel to Philadelphia - VENDOR: Continental Travel; INVOICE#: 309003; DATE: 3/18/2004 - Client | 412.10 |
| 03/22/04 | AirfareTravel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-03/22/04; DATE: 3/22/2004 - Client | 412.10 |
| 03/22/04 | Fares, Mileage, ParkingTravel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-03/22/04; DATE: 3/22/2004 - Client | 26.00 |
| 03/22/04 | MealsTravel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-03/22/04; DATE: 3/22/2004 - Client | 17.00 |
| 03/22/04 | Fares, Mileage, ParkingTaxi Miami to Miami Beach - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/22/04; DATE: 3/22/2004 - Clients | 32.00 |
| 03/22/04 | Long Distance Telephone(803) 943-8094 | 0.99 |
| 03/22/04 | Fares, Mileage, ParkingVENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 0000044189; DATE: 3/28/2004 - Client #s 15906,15537 | 142.60 |
| 03/25/04 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 03/25/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4032850197; DATE: 3/28/2004 - Acct.#BILZIN01 | 19.46 |
| 03/26/04 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 03/26/04 | Long Distance Telephone(803) 943-4444 | 60.39 |
| 03/26/04 | Long Distance Telephone(202) 841-8555 | 1.98 |
| 03/29/04 | Long Distance Telephone(803) 943-4444 | 0.99 |
| 03/29/04 | Long Distance Telephone(212) 446-4934 | 1.98 |
| 03/30/04 | Telecopies   4.00pgs @ .50/pg | 2.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 03/30/04 | Long Distance Telephone(409) 779-0523 | 1.98 |
| 03/30/04 | Long Distance Telephone(310) 645-9000 | 1.98 |
| 03/30/04 | Long Distance Telephone(415) 989-1801 | 1.98 |
| | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. | |
| 03/30/04 | INVOICE#: 166994706 DATE: 4/5/2004 | 44.46 |
| 03/31/04 | Long Distance Telephone(409) 779-0523 | 2.97 |
| 03/31/04 | Long Distance Telephone(843) 524-5708 | 0.99 |
| 03/31/04 | Long Distance Telephone(843) 524-5708 | 27.72 |
| 03/31/04 | Long Distance Telephone(409) 779-0523 | 24.75 |
| 03/31/04 | Long Distance Telephone(843) 524-5708 | 6.93 |
| 03/31/04 | Long Distance Telephone(409) 779-0523 | 6.93 |
| 03/31/04 | Misc - Expenses from Fifth Interim Quarterly Period[1] | 47,720.56 |

**TOTAL COSTS ADVANCED**      $52,288.53

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| Baena, Scott L | 1.50 | 550.00 | $825.00 |
| Danzeisen, Allyn S | 9.40 | 290.00 | $2,726.00 |
| Jones, Jason Z | 0.30 | 255.00 | $76.50 |
| Sakalo, Jay M | 5.00 | 290.00 | $1,450.00 |
| Van Dijk, Wendy | 8.50 | 110.00 | $935.00 |
| Josephs, Adam | 1.30 | 110.00 | $143.00 |
| *TOTAL* | *26.00* | | *$6,155.50* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Airfare | $2,427.40 |
| Photocopies | $123.75 |
| Fares, Mileage, Parking | $503.10 |
| Telecopies | $96.00 |
| Federal Express | $56.35 |
| Long Distance Telephone | $315.81 |
| Long Distance Telephone-Outside Services | $71.32 |
| Lexis - Online Legal Research | $59.27 |
| Lodging | $558.20 |
| Meals | $356.77 |
| Misc - Expenses from Fifth Interim Quarterly Report | $47,720.56 |
| TOTAL | $52,288.53 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**      **$58,444.03**

---

[1]This amount represents costs that were erroneously deducted from Bilzin's Fifth Interim Quarterly Period based on report by Fee Auditor.

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    02 - Debtors' Business Operations

Client No. 74817/15538

03/29/04    ASD    0.20    58.00    Review motion for authority to implement long term incentive program.

**PROFESSIONAL SERVICES**                                                     $58.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.20 | 290.00 | $58.00 |
| *TOTAL* | *0.20* | | *$58.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                 **$58.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    03 - Creditors Committee

Client No. 74817/15539

| | | | | |
|---|---|---|---|---|
| 03/04/04 | ASD | 0.10 | 29.00 | Telephone conference with co-chair regarding Committee call (.1). |
| 03/10/04 | ASD | 0.20 | 58.00 | Email co-chairs regarding committee issues and review response. |
| 03/18/04 | ASD | 1.20 | 348.00 | Prepare for Committee meeting (.7); attend Committee meeting (.5). |
| 03/18/04 | JMS | 0.50 | 145.00 | Committee call |
| 03/25/04 | ASD | 0.80 | 232.00 | Prepare for and attend committee call (.8). |
| 03/25/04 | SLB | 0.50 | 275.00 | Committee meeting (.5). |
| 03/29/04 | ASD | 0.20 | 58.00 | E-mail committee regarding future representative issues (.2) |

**PROFESSIONAL SERVICES**                                          $1,145.00

**COSTS ADVANCED**

03/19/04        Photocopies  38.00pgs @ .15/pg                              5.70

**TOTAL COSTS ADVANCED**                                          $5.70

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.50 | 550.00 | $275.00 |
| Danzeisen, Allyn S | 2.50 | 290.00 | $725.00 |
| Sakalo, Jay M | 0.50 | 290.00 | $145.00 |
| *TOTAL* | *3.50* | | *$1,145.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Photocopies | $5.70 |
| TOTAL | $5.70 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$1,150.70**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 07 - Applicant's Fee Application | | Client No. 74817/15543 |

| 03/04/04 | LMF | 1.10 | 132.00 | Prepare notices and summaries for fees for the bankruptcy case and the fraudulent matter case and submit to local counsel for filing and serving (1.1). |
|---|---|---|---|---|
| 03/09/04 | LMF | 1.10 | 132.00 | Finalize edits to January invoices (1.1). |
| 03/12/04 | ASD | 0.30 | 87.00 | Review January bills for monthly report (.2); interoffice conference with Luisa Flores regarding application (.1). |
| 03/12/04 | LMF | 0.50 | 60.00 | Finalize statement and attend to filing and service of same for January 2004 (.5). |
| 03/12/04 | AJ | 4.80 | 528.00 | Review of all Quarterly Applications for Compensation from 6/1/02 - 4/1/04 and all Orders re: each. |
| 03/17/04 | LMF | 2.90 | 348.00 | Attention to preparation of quarterly fee applications for bankruptcy court and district court (2.9). |
| 03/18/04 | LMF | 1.90 | 228.00 | Continue drafting quarterly fee applications for district court and bankruptcy court (1.9). |
| 03/19/04 | LMF | 1.40 | 168.00 | Work with A. Josephs on reconciliation for WR Grace quarterly applications (1.4). |
| 03/22/04 | ASD | 0.50 | 145.00 | Review and revise quarterly fee application (.5). |
| 03/22/04 | LMF | 1.10 | 132.00 | Revise, finalize and attend to filing quarterly applications for bankruptcy court and district court (1.1). |

**PROFESSIONAL SERVICES** $1,960.00

**COSTS ADVANCED**

| 03/15/04 | Long Distance Telephone(302) 575-1555 | 3.96 |
|---|---|---|

**TOTAL COSTS ADVANCED** $3.96

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.80 | 290.00 | $232.00 |
| Flores, Luisa M | 10.00 | 120.00 | $1,200.00 |
| Josephs, Adam | 4.80 | 110.00 | $528.00 |
| *TOTAL* | *15.60* | | *$1,960.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| Long Distance Telephone | $3.96 |
|---|---|
| TOTAL | $3.96 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$1,963.96**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:   08 - Hearings

Client No. 74817/15544

| | | | | |
|---|---|---|---|---|
| 03/22/04 | SLB | 5.50 | 3,025.00 | Prepare [en route from Miami] for and attend hearing on various motions (5.5). |
| 03/22/04 | JMS | 4.20 | 1,218.00 | Prepare for and attend omnibus hearing |

**PROFESSIONAL SERVICES** $4,243.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 5.50 | 550.00 | $3,025.00 |
| Sakalo, Jay M | 4.20 | 290.00 | $1,218.00 |
| *TOTAL* | *9.70* | | *$4,243.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$4,243.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)    Client No. 74817/15545

| 03/10/04 | SLB | 0.40 | 220.00 | Telephone conference with J. Baer regarding hearing on motion to abate local rules and email to D. Speights and M. Dies regarding same (.4). |
| 03/11/04 | SLB | 0.80 | 440.00 | Telephone conference with D. Speights and M. Dies regarding telephone conference with J. Baer and related matter (.5); extensive voicemail from J. Baer regarding same (.1); email to D. Speights and M. Dies regarding status (.1); email response from M. Dies (.1). |
| 03/25/04 | ASD | 0.30 | 87.00 | Review email inquiry from Ed Cottingham; respond to same regarding status of PD Claims (.3). |
| 03/30/04 | SLB | 0.70 | 385.00 | Review revised proposed order on Gateway objections and email to J. Baer regarding same (.5); voice mail from and email to and from J. Baer regarding service of 60 day notice (.2). |

**PROFESSIONAL SERVICES**                                                                         $1,132.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.90 | 550.00 | $1,045.00 |
| Danzeisen, Allyn S | 0.30 | 290.00 | $87.00 |
| *TOTAL* | *2.20* | | *$1,132.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                        **$1,132.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB<br>
Client No. 74817/15546

RE:   10 - Travel

| Date | TK | Hours | Amount | Description |
|------|-----|------|----------|-------------|
| 03/03/04 | SLB | 4.50 | 2,475.00 | Travel to Washington, DC for meetings with clients and debtors (4.5). |
| 03/03/04 | JMS | 3.00 | 870.00 | Travel to D.C. for meeting with Debtors |
| 03/04/04 | SLB | 5.50 | 3,025.00 | Return to Miami (5.5). |
| 03/04/04 | JMS | 3.50 | 1,015.00 | Return to Miami. |
| 03/22/04 | SLB | 2.70 | 1,485.00 | Return from Delaware. |
| 03/22/04 | JMS | 1.50 | 435.00 | Non-working travel to Wilmington |

**PROFESSIONAL SERVICES** $9,305.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|------------|-------|------|-------|
| Baena, Scott L | 12.70 | 550.00 | $6,985.00 |
| Sakalo, Jay M | 8.00 | 290.00 | $2,320.00 |
| *TOTAL* | *20.70* | | *$9,305.00* |

Less 50% Discount on Travel                                     -$4,652.50

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$4,652.50**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:   18 - Plan & Disclosure Statement                          Client No. 74817/15554

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/01/04 | SLB | 5.60 | 3,080.00 | Research and prepare for March 4th meeting (5.6). |
| 03/02/04 | ASD | 0.50 | 145.00 | Telephone conference with Scott Baena, Jay Sakalo, Dan Speights and Martin Dies regarding March 4th meeting (.5). |
| 03/02/04 | SLB | 6.30 | 3,465.00 | Continued preparing for and research regarding meeting on March 4th (3.9); interoffice conference with J. Sakalo and A. Danzeisen regarding status of research, prepare for March 4th meeting (1.0); telephone conference with D. Speights, M. Dies, J. Sakalo and A. Danzeisen regarding presentation for March 4th meeting (1.2); email to and from D. Speights regarding same (.2). |
| 03/02/04 | JMS | 3.60 | 1,044.00 | Conference with S. Baena and A. Danzeisen regarding plan voting issues (1.0); telephone conference with S. Baena, A. Danzeisen, D. Speights, M. Dies regarding plan voting issues (1.2); research regarding plan voting issues (1.4) |
| 03/04/04 | SLB | 7.00 | 3,850.00 | Meeting with D. Speights and M. Dies and followed by meeting with D. Bernick, R. Berber, D. Seigel, et al and followed by meeting with D. Speights and M. Dies (7.0). |
| 03/04/04 | JMS | 7.20 | 2,088.00 | Meeting with Debtors (3.2); meeting with clients in advance of meeting (2.0); post-meeting conference with clients (2.0) |
| 03/05/04 | ASD | 1.50 | 435.00 | Interoffice conference with Scott Baena and Jay Sakalo regarding Plan and Voting issues (.3); research regarding voting issue (1.2). |
| 03/05/04 | SLB | 0.70 | 385.00 | Telephone conference with M. Dies and J. Sakalo regarding Washington, DC meeting (.4); interoffice conference with A. Danzeisen regarding additional research on voting issues (.3). |
| 03/05/04 | JMS | 0.70 | 203.00 | Conference with A. Danzeisen regarding research on voting issues (.3); telephone conference with S. Baena, M. Dies regarding same (.4) |
| 03/07/04 | ASD | 3.20 | 928.00 | Commence research of plan and voting issues. |
| 03/08/04 | ASD | 8.20 | 2,378.00 | Continue research on plan and voting issues (8.2). |
| 03/08/04 | JMS | 0.70 | 203.00 | Conference with A. Danzeisen regarding voting issues |
| 03/09/04 | ASD | 7.90 | 2,291.00 | Continue research regarding voting issues. |
| 03/09/04 | JMS | 3.40 | 986.00 | Research regarding voting rights issues (2.6); conference with A. Danzeisen regarding same (.8) |
| 03/10/04 | ASD | 7.10 | 2,059.00 | Research regarding voting rights; interoffice conference with JMS regarding research. |
| 03/10/04 | SLB | 0.50 | 275.00 | Interoffice conference with J. Sakalo regarding voting issues (.5). |
| 03/10/04 | JMS | 6.80 | 1,972.00 | Continue research regarding voting rights issue (focus on law review articles) (4.5); conferences with S. Baena, A. Danzeisen thereon (1.4); review PI objection to exclusivity (.7); review email from S. Baena regarding Debtors' inquires (.2) |
| 03/11/04 | ASD | 3.70 | 1,073.00 | Continue research on plan voting right issues. |
| 03/11/04 | JMS | 0.30 | 87.00 | Email from A. Danzeisen regarding voting issues |
| 03/16/04 | ASD | 3.20 | 928.00 | Continue research regarding plan and voting issues. |
| 03/16/04 | SLB | 2.30 | 1,265.00 | Telephone conference with M. Dies, D. Speights and J. Sakalo regarding plan issues (.5); review decisional law regarding plan issues and email to J. Sakalo and A. Danzeisen regarding same (.6); additional research on plan issues (1.2). |
| 03/16/04 | JMS | 1.90 | 551.00 | Research voting issues and respond to issues raised in emails |
| 03/23/04 | SLB | 0.80 | 440.00 | Email from and to M. Dies regarding meeting with debtor (.4); telephone call from M. Dies regarding same (.4). |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 03/23/04 | JMS | 0.40 | 116.00 | Email with S. Baena regarding voting rights issues |
| 03/24/04 | ASD | 1.50 | 435.00 | Research regarding voting issues (1.3); interoffice conference with Jay Sakalo and Scott Baena regarding voting and plan issues (.2). |
| 03/24/04 | SLB | 0.40 | 220.00 | Interoffice conference with A. Danzeisen and J. Sakalo regarding 3/29 meeting with debtor and email to D. Speights regarding same (.4). |
| 03/26/04 | ASD | 0.40 | 116.00 | Telephone conference with Martin Dies, Scott Baena and Daniel Speights regarding plan issues. |
| 03/26/04 | SLB | 1.80 | 990.00 | Emails from and to D. Speights and M. Dies regarding meeting (.3); telephone conference with D. Speights and M. Dies regarding same (1.5). |
| 03/29/04 | ASD | 3.70 | 1,073.00 | Research regarding voting issues (3.70). |
| 03/29/04 | SLB | 1.10 | 605.00 | Email from and to M. Dies regarding meeting with Grace (.3); email exchange with D. Speights regarding same and telephone call to (voicemail) T. Freedman (.8). |
| 03/30/04 | ASD | 1.10 | 319.00 | Interoffice conference with Scott L. Baena regarding plan issues (.2); research regarding plan issues (.9). |
| 03/30/04 | SLB | 0.60 | 330.00 | Telephone call from M. Dies and emails from M. Dies and D. Speights regarding meeting (.4); email to T. Freedman regarding same (.2). |
| 03/31/04 | SLB | 4.50 | 2,475.00 | Pre meeting conference call with D. Speights and M. Dies regarding presentation (1.0); prepare for call with debtors (1.8); interoffice conference with A. Danzeisen regarding meeting prep (.2); telephone conference with Berber, Freedman, Siegel, Dies, Speights and Danzeisen regarding plan issues (1.0); telephone conference with Speights and Dies regarding post meeting discussion (.5). |

**PROFESSIONAL SERVICES** $36,810.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 31.60 | 550.00 | $17,380.00 |
| Danzeisen, Allyn S | 42.00 | 290.00 | $12,180.00 |
| Sakalo, Jay M | 25.00 | 290.00 | $7,250.00 |
| *TOTAL* | *98.60* | | *$36,810.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$36,810.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15563

RE:    27 - Litigation Consulting

| 03/01/04 | ASD | 4.90 | 1,421.00 | Research regarding state litigation issue. |
|---|---|---|---|---|
| 03/01/04 | JMS | 0.90 | 261.00 | Conference with S. Baena regarding strategic action (.5); review materials regarding same (.4) |
| 03/02/04 | ASD | 0.70 | 203.00 | Interoffice conference with Scott Baena and Jay Sakalo regarding litigation issues (.7). |
| 03/02/04 | ASD | 4.10 | 1,189.00 | Continue research on state litigation issues. |
| 03/10/04 | SLB | 0.20 | 110.00 | Letter from E. Westbrook with attachment regarding enforcement on non-compete agreements (.2). |
| 03/26/04 | SLB | 1.50 | 825.00 | Review decisional law and email to D. Speights regarding same (1.5). |

**PROFESSIONAL SERVICES** $4,009.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.70 | 550.00 | $935.00 |
| Danzeisen, Allyn S | 9.70 | 290.00 | $2,813.00 |
| Sakalo, Jay M | 0.90 | 290.00 | $261.00 |
| *TOTAL* | *12.30* | | *$4,009.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$4,009.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    30 - Fee Application of Others

Client No. 74817/17781

| | | | | |
|---|---|---|---|---|
| 03/05/04 | ASD | 0.20 | 58.00 | Review 2 fee applications (.2). |
| 03/16/04 | ASD | 0.20 | 58.00 | Review three fee applications (.2). |
| 03/17/04 | ASD | 0.20 | 58.00 | Review three monthly applications (.2). |
| 03/18/04 | ASD | 0.20 | 58.00 | Review two fee applications. |
| 03/22/04 | LMF | 2.80 | 336.00 | Prepare and attend to filing and service of HR&A monthly invoices (.9); prepare quarterly application and attend to filing and service of same (1.9). |
| 03/25/04 | ASD | 0.40 | 116.00 | Review fourth and final fee apps of advisor Dreier and Keefe and their counsel (.4). |
| 03/29/04 | ASD | 0.20 | 58.00 | Review of four fee auditor's final reports regarding fee application (.2). |

**PROFESSIONAL SERVICES**                                                                      $742.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 1.40 | 290.00 | $406.00 |
| Flores, Luisa M | 2.80 | 120.00 | $336.00 |
| *TOTAL* | *4.20* | | *$742.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**                     **$742.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

<table>
<tr><td></td><td></td><td></td><td>Atty - SLB</td></tr>
<tr><td>RE:</td><td>31 - Retention of Others</td><td></td><td>Client No. 74817/17782</td></tr>
</table>

03/08/04    JMS    0.40    116.00    Review Application to retain Capstone Corporate Recovery

**PROFESSIONAL SERVICES**                                                                $116.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | 290.00 | $116.00 |
| *TOTAL* | *0.40* | | *$116.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$116.00**

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| **Danzeisen, Allyn S** | **66.30** | $19,227.00 |
| **Baena, Scott L** | **55.40** | $30,470.00 |
| **Jones, Jason Z** | **0.30** | $76.50 |
| **Flores, Luisa M** | **12.80** | $1,536.00 |
| **Sakalo, Jay M** | **44.00** | $12,760.00 |
| **Van Dijk, Wendy** | **8.50** | $935.00 |
| **Josephs, Adam** | **6.10** | $671.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*                                 *$65,675.50*

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| **Airfare** | **$2,427.40** |
| **Photocopies** | **$129.45** |
| **Fares, Mileage, Parking** | **$503.10** |
| **Telecopies** | **$96.00** |
| **Federal Express** | **$56.35** |
| **Long Distance Telephone** | **$319.77** |
| **Long Distance Telephone-Outside Services** | **$71.32** |
| **Lexis - Online Legal Research** | **$59.27** |
| **Lodging** | **$558.20** |
| **Meals** | **$356.77** |
| **Misc - Expenses from Bilzin's Fifth Interim Quarterly Report** | **$47,720.56** |

*TOTAL COSTS ADVANCED THIS PERIOD*                                 *$52,288.53*

*Less 50% Discount on Travel*                                 *-$4,652.50*

*TOTAL AMOUNT DUE THIS PERIOD*                                 *$113,321.19*

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

---

### CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 03/31/04** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 6,155.50 | 52,288.53 | 58,444.03 |
| 02 - Debtors' Business Operations/15538 | 58.00 | 0.00 | 58.00 |
| 03 - Creditors Committee/15539 | 1,145.00 | 5.70 | 1,150.70 |
| 07 - Applicant's Fee Application/15543 | 1,960.00 | 3.96 | 1,963.96 |
| 08 - Hearings/15544 | 4,243.00 | 0.00 | 4,243.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 1,132.00 | 0.00 | 1,132.00 |
| 10 - Travel/15546 | 9,305.00 | 0.00 | 4,652.50 |
| 18 - Plan & Disclosure Statement/15554 | 36,810.00 | 0.00 | 36,810.00 |
| 27 - Litigation Consulting/15563 | 4,009.00 | 0.00 | 4,009.00 |
| 30 - Fee Application of Others/17781 | 742.00 | 0.00 | 742.00 |
| 31 - Retention of Others/17782 | 116.00 | 0.00 | 116.00 |
| Client Total | $65,675.50 | $52,298.19 | $113,321.19 |