IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: May 19, 2004 @ 4:00 p.m.** |

**TWENTY-NINTH MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD MARCH 1, 2004 THROUGH MARCH 31, 2004**

| | |
|---|---|
| Name of Applicant: | Campbell & Levine, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 18, 2001, *nunc pro tunc* to June 16, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2004 through March 31, 2004 |
| Amount of compensation sought as actual, reasonable and necessary: | $11,349.60 (80% of $14,187.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,823.64 |

This is a: ___**X**___ monthly ____ ____ interim _____ final application.

Campbell & Levine, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 6/16/01 through 6/30/01 | $16,994.50 | $1,653.14 | $16,994.50 | $1,653.14 |

{D0021053:1 }

| | | | | | |
|---|---|---|---|---|---|
| 9/5/01 | 7/01/01 through 7/31/01 | $23,651.60 (80% of $29,564.50) | $2,147.27 | $23,651.60 | $2,147.27 |
| 9/28/01 | 8/01/01 through 8/31/01 | $7,166.40 (80% of $8,958.00) | $1,024.63 | $7,166.40 | $1,024.63 |
| 10/30/01 | 9/01/01 through 9/30/01 | $12,272.40 (80% of $15,340.50) | $3,191.68 | $12,272.40 | $3,191.68 |
| 12/3/01 | 10/01/01 through 10/31/01 | $8,074.00 (80% of $10,092.50) | $3,455.88 | $8,074.00 | $3,455.88 |
| 01/03/02 | 11/01/01 through 11/30/01 | $12,597.20 (80% of $15,746.50) | $2,440.68 | $12,597.20 | $2,440.68 |
| 01/31/02 | 12/01/01 through 12/31/01 | $4,996.40 (80% of $6,245.50) | $2,155.75 | $4,996.40 | $2,155.75 |
| 2/28/02 | 01/01/02 through 01/31/02 | $11,956.80 (80% of $14,946.00) | $3,654.27 | $11,956.80 | $3,654.27 |
| 3/28/02 | 02/01/02 through 02/28/02 | $7,060.00 (80% of $8,825.00) | $1,003.58 | $7,060.00 | $1,003.58 |
| 4/30/02 | 3/1/02 through 3/31/02 | $9,370.40 (80% of $11,713.00) | $1,919.45 | $9,370.40 | $1,919.45 |
| 6/3/02 | 4/1/02 through 4/30/02 | $12,832.00 (80% of $16,040.00) | $2,186.74 | $12.832.00 | $2,186.74 |
| 7/16/02 | 5/1/02 through 5/31/02 | $12,258.80 (80% of $15,323.50 | $1,596.99 | $12,258.80 | $1,596.99 |
| 7/29/02 | 6/1/02 through 6/30/02 | $23,155.60 (80% of $28,944.50) | $1,318.47 | $24,474.07 | $5,788.90 |
| 9/3/02 | 7/1/02 through 7/31/02 | $16,659.20 (80% of $20,824.00) | $1,623.50 | $18,282.70 | Pending |
| 10/1/02 | 8/1/02 through 8/30/02 | $14,526.40 (80% of $18,158.00) | $2,550.58 | $17,076.98 | Pending |
| 10/31/02 | 9/1/02 through 9/30/02 | $10,077.60 (80% of $12,597.00) | $633.53 | $10,711.13 | Pending |
| 12/3/02 | 10/1/02 through 10/31/02 | $13,730.40 (80% of $17,163.00) | $16723.93 | $13,730.40 | $16,723.93 |
| 12/31/02 | 11/1/02 through 11/30/02 | 12,032.80 (80% of $15,041.00) | $6,502.41 | $12,032.80 | $6,502.41 |
| 1/29/03 | 12/1/02 through 12/31/02 | $7,980.00 (80% of $9,975.00) | $2,590.06 | $7,980.00 | $2,590.06 |
| 2/28/03 | 1/1/03 through 1/31/03 | $12,202.00 (80% of $15,252.50) | $542.81 | $542.81 | $542.81 |
| 3/31/03 | 2/1/03 through 2/28/03 | $12,095.60 (80% of $15,119.50) | $1,473.88 | $12,095.60 | $1,473.88 |
| 4/29/03 | 3/1/03 through 3/31/03 | $9,373.60 (80% of $11,717.00) | $699.16 | $9,373.60 | $699.16 |
| 5/30/01 | 4/1/03 through 4/30/03 | $9,935.20 (80% of $12,419.00) | $297.48 | $9,935.20 | $297.48 |
| 7/1/03 | 5/1/03 through 5/31/03 | $8,784.00 (80% of $10,980.00) | $817.21 | $8,784.00 | $817.21 |
| 8/5/03 | 6/1/03 through 6/30/03 | $10,010.40 (80% of $12,513.00) | $866.13 | $10,010.40 | $866.13 |

| | | | | | |
|---|---|---|---|---|---|
| 9/2/03 | 7/1/03 through 7/31/03 | $12,874.40 (80% of $16,093.00) | $425.69 | $12,874.40 | $425.69 |
| 9/29/03 | 8/1/03 through 8/31/03 | $11,253.60 (80% of $14,067.00) | $1,591.04 | $11,253.60 | $1,591.04 |
| 10/29/03 | 9/1/03 through 9/30/03 | $11,806.80 (80% of $14,758.50) | $371.95 | $11,806.80 | $371.95 |
| 12/1/03 | 10/1/03 through 10/31/03 | $11,478.80 (80% of $14,348.50) | $488.45 | $11,478.80 | $488.45 |
| 1/5/04 | 11/1/03 through 11/30/03 | $11,960.00 (80% of $14,950.00) | $1,405.52 | $11,960.00 | $1,405.52 |
| 1/29/04 | 12/1/03 through 12/31/03 | $14,660.20 (80% of $18,325.25) | $6,110.08 | $14,660.20 | $6,110.08 |
| 3/1/04 | 1/1/04 through 1/31/04 | $9,889.60 (80% of $12,362.00) | $1,176.34 | Pending | Pending |
| 3/31/04 | 2/1/04 through 2/29/04 | $12,401.60 (80% of $15,502.00) | $567.75 | Pending | Pending |
| **4/29/04** | **3/1/04 through 3/31/04** | **$11,349.60** | **$2,823.64** | **Pending** | **Pending** |

### SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
### FOR BILLING PERIOD MARCH 1, 2004 THROUGH MARCH 31, 2004
### CAMPBELL & LEVINE, LLC-DELAWARE

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Marla R. Eskin (MRE), Member, since 2002 | 18.3 | $290.00 | $5,307.00 |
| Mark T. Hurford (MTH), Associate, since 2002 | 10.3 | $275.00 | $2,832.50 |
| Kathleen J. Campbell (KJC), Associate, since 2002 | 5.6 | $175.00 | $980.00 |
| Diane E. Massey (DEM), Paralegal, since 2002 | 14 | $95.00 | $1,330.00 |
| Lauren M. Przybylek (LMP), Paralegal, since 2002 | 15.3 | $95.00 | $1,453.50 |
| Margaret Landis (MAL), Legal Assistant, Since 2002 | 1.1 | $95.00 | $104.50 |
| **Total/average** | **64.6** | | **$12,007.50** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD MARCH 1, 2004 THROUGH MARCH 31, 2004
CAMPBELL & LEVINE, LLC-PITTSBURGH**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Douglas A. Campbell (DAC), Member, since 1981 | 2.2 | $375.00 | $825.00 |
| Philip E. Milch (PEM), Member, since 1991 | 4.3 | $315.00 | $1,354.50 |
| **Total/average** | **6.5** | | **$2,179.50** |
| **Delaware and Pittsburgh Total/average** | **71.1** | | **$14,187.00** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 3/01/04 through 3/31/04 | Total Fees for the Period 3/01/04 through 3/31/04 |
|---|---|---|
| Asset Analysis and Recovery | 0 | $0.00 |
| Asset Disposition | .7 | $195.50 |
| Business Operations | .1 | $29.00 |
| Case Administration | .8 | $252.00 |
| Claims Analysis Objection & Resolution (Asbestos) | .3 | $84.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | .1 | $27.50 |
| Committee Administration | 23.5 | $4,511.00 |
| Employee Benefits/Pension | 1.5 | $430.50 |
| Employment Applications (applicant) | 0 | $0.00 |
| Employment Applications (others) | .6 | $168.00 |
| Fee Applications (applicant) | 5.9 | $914.50 |
| Fee Applications (others) | 15.1 | $1,715.50 |
| Financing | 0 | $0.00 |
| Hearings | 3.7 | $931.50 |

| | | |
|---|---:|---:|
| Litigation | 10.5 | $2,844.00 |
| Plan and Disclosure Statement | 7.8 | $1,946.50 |
| Relief from Stay Proceedings | .2 | $55.00 |
| Tax Issues | .3 | $82.50 |
| Tax Litigation | 0 | $0.00 |
| Travel (non-working) | 0 | $0.00 |
| Valuation | 0 | $0.00 |
| ZAI Science Trial | 0 | $0.00 |
| **Grand totals** | **71.1** | **$14,187.00** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period March 1, 2004 through March 31, 2004 |
|---|:---:|---:|
| In-House Reproduction ($.10 per copy) | | $0.80 |
| Outside Reproduction & Courier Service | Ikon Document Solutions | $1,403.74 |
| Facsimile ($1.00 per page) | | $5.00 |
| Document Retrieval/Deliveries | Parcels | $909.00 |
| Travel | | $0.00 |
| Long Distance Telephone Calls | AT&T | $0.00 |
| Postage | | $5.70 |
| Transcript | Writer's Cramp | $402.71 |
| PACER | | $93.03 |
| Research | Westlaw | $3.66 |
| Overnight Courier | Federal Express | $0.00 |
| **Total:** | | **$2,823.64** |

                CAMPBELL & LEVINE, LLC

                */S/ Kathleen Campbell*
                Kathleen J. Campbell (I.D. #4229)
                800 North King Street
                Suite 300
                Wilmington, DE  19899
                (302) 426-1900

                Delaware and Associated Counsel for the
                Official Committee of Asbestos Claimants

Dated:  April 29, 2004