Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      34


Asset Disposition



PREVIOUS BALANCE                                        $297.20


                                            HOURS
03/08/04
    MRE Review of notice of sale of Mead property    0.10     29.00
    MRE Review of Debtors Objection to Jamaica
        supply agreement                             0.10     29.00

03/26/04
    MTH Reviewing debtors' motion to extend time
        to assume or reject leases.                  0.30     82.50
    MTH Reviewing Debtors' Motion re Settlement
        with Dunbar.                                 0.20     55.00
                                                     ----    ------
        FOR CURRENT SERVICES RENDERED                0.70    195.50

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE       TOTAL
    Mark T. Hurford               0.50    $275.00    $137.50
    Marla R. Eskin               0.20     290.00      58.00


    TOTAL CURRENT WORK                                  195.50


03/02/04 Payment - Thank you.  (November, 2003 - 80%)     -21.20


    BALANCE DUE                                        $471.50
                                                       =======

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          03/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-03D
                                      STATEMENT NO:      29

Business Operations


        PREVIOUS BALANCE                        $1,028.10


                                        HOURS
03/05/04
    MRE Review of e-mail regarding operating
        report                              0.10    29.00
                                            ----    -----
        FOR CURRENT SERVICES RENDERED       0.10    29.00

                    RECAPITULATION
    TIMEKEEPER               HOURS HOURLY RATE     TOTAL
    Marla R. Eskin            0.10    $290.00    $29.00


        TOTAL CURRENT WORK                          29.00


03/15/04 Payment - Thank you. (December, 2003 - 80%)    -276.40


        BALANCE DUE                            $780.70
                                               =======



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                03/31/2004
Wilmington  DE                              ACCOUNT NO: 3000-04D
                                            STATEMENT NO:      34


Case Administration



        PREVIOUS BALANCE                              $1,092.40


                                                     HOURS
03/05/04
        PEM Brief review of January MOR              0.80    252.00
                                                     ----    ------
            FOR CURRENT SERVICES RENDERED            0.80    252.00

                        RECAPITULATION
        TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
        Philip E. Milch                0.80    $315.00    $252.00


        TOTAL CURRENT WORK                                   252.00


03/02/04 Payment - Thank you.  (November, 2003 - 80%)        -185.60
03/15/04 Payment - Thank you. (December, 2003 - 80%)          -66.80
                                                             -------
        TOTAL PAYMENTS                                       -252.40

        BALANCE DUE                                       $1,092.00
                                                          =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                  03/31/2004
Wilmington  DE                             ACCOUNT NO: 3000-05D
                                           STATEMENT NO:      34


Claims Analysis Objection & Resolution (Asbestos)




        PREVIOUS BALANCE                              $3,623.00



                                               HOURS
03/02/04
    MTH Reviewing COC and proposed Order re Royal
        Indemnity Motion.                       0.10     27.50

03/25/04
    MRE Review of Order Granting Royal Indemnity
        Company's Motion for Leave to File a Late
        Proof of Claim                          0.10     29.00
    MTH Reviewing Order re Royal POC            0.10     27.50
                                                ----    -----
        FOR CURRENT SERVICES RENDERED           0.30     84.00

                       RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE     TOTAL
    Mark T. Hurford                  0.20    $275.00    $55.00
    Marla R. Eskin                   0.10     290.00     29.00


        TOTAL CURRENT WORK                             84.00



03/02/04 Payment - Thank you.  (November, 2003 - 80%)    -1,019.20
03/15/04 Payment - Thank you. (December, 2003 - 80%)      -106.00
                                                        ---------
        TOTAL PAYMENTS                                 -1,125.20

        BALANCE DUE                                    $2,581.80
                                                       =========


Page: 2
W.R. Grace                                                  03/31/2004

ACCOUNT NO: 3000-05D
STATEMENT NO:      34

Claims Analysis Objection & Resolution (Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-06D
                                        STATEMENT NO:      34


Claims Analysis Objection & Resol. (Non-Asbestos)




        PREVIOUS BALANCE                          $1,527.50


                                         HOURS
03/25/04
    MTH Reviewing three requests to change filing
        date.                              0.10     27.50
                                           ----     -----
        FOR CURRENT SERVICES RENDERED      0.10     27.50

                      RECAPITULATION
   TIMEKEEPER                 HOURS HOURLY RATE     TOTAL
   Mark T. Hurford            0.10    $275.00     $27.50


        TOTAL CURRENT WORK                          27.50


03/02/04 Payment - Thank you.  (November, 2003 - 80%)    -21.20
03/15/04 Payment - Thank you. (December, 2003 - 80%)    -170.40
                                                        -------
        TOTAL PAYMENTS                                 -191.60

        BALANCE DUE                                 $1,363.40
                                                    =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                           03/31/2004
Wilmington  DE                      ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      34

Committee, Creditors, Noteholders, Equity Holders


PREVIOUS BALANCE                              $21,438.10


                                            HOURS
03/01/04
     DEM Review Pleadings and electronic filing
         notices; preparation, retrieval and
         distribution of documents relating to
         daily memo                            0.50      47.50
     DEM Update Attorney Binder - Weekly
         Recommendation Memo                   0.20      19.00
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)       0.20      19.00
     MRE Review of memorandum summarizing
         pleadings filed from February 27, 2004
         through February 29, 2004             0.10      29.00
     PEM Review daily memo re: pleadings filed  0.10     31.50
     MTH Review of memorandum summarizing
         pleadings filed from Feb 27 through Feb
         29, 2004.                             0.10      27.50

03/02/04
     MTH meeting with MRE re pending matters and
         objection deadlines.                  0.20      55.00
     MRE Meeting with MTH regarding upcoming
         motions and deadlines                 0.20      58.00
     MRE Review of weekly recommendation
         memorandum                            0.20      58.00
     DEM Review Pleadings and electronic filing
         notices; preparation, retrieval and
         distribution of documents relating to
         daily memo                            0.20      19.00

03/03/04
     DEM Review Pleadings and electronic filing
         notices; preparation, retrieval and

                                                    Page: 2
W.R. Grace                                        03/31/2004
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      34
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 3/2/04 | 0.10 | 27.50 |

**03/04/04**

|  |  |  |  |
|---|---|---|---|
| MAL | Attention to document management | 0.20 | 19.00 |
| DEM | Review of transcript in preparation of exhibits to opposition to exclusivity motion. | 0.50 | 47.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |

**03/05/04**

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on March 4, 2004 | 0.10 | 29.00 |
| MTH | Correspondence to Committee re weekly recommendation memoranda. | 0.20 | 55.00 |
| MTH | Prepare weekly recommendation memo (fee applications) | 0.30 | 82.50 |
| MTH | Prepare weekly recommendation memo (motions) | 0.20 | 55.00 |
| MTH | Review of memorandum summarizing pleadings filed on 3/4/04 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 3/3/04 | 0.10 | 27.50 |
| PEM | Review daily memo of pleadings filed | 0.10 | 31.50 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters (.3); and fee memo (.1) | 0.40 | 126.00 |
| DAC | Review counsel's weekly memo | 0.20 | 75.00 |

**03/08/04**

|  |  |  |  |
|---|---|---|---|
| MRE | Addressing service issues to the committee | 0.10 | 29.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of | | |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MRE | Telephone conference with IRS Bankruptcy Division regarding service | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed from March 5 through March 7, 2004 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed between 2/24/04 and 3/7/04 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed between 2/16/04 and 2/24/04 | 0.10 | 27.50 |

03/09/04
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on March 8, 2004 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed from February 16 through February 23, 2004 in adversary matters | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed in adversaries from February 24, 2004 through March 7, 2004 | 0.10 | 29.00 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| MTH | Review of memorandum summarizing pleadings filed on 3/8/04 | 0.10 | 27.50 |

03/10/04
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
|---|---|---|---|

03/11/04
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
|---|---|---|---|
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing |  |  |

```
                                                       Page: 4
        W.R. Grace                                   03/31/2004
                                         ACCOUNT NO: 3000-07D
                                         STATEMENT NO:      34
        Committee, Creditors, Noteholders, Equity Holders




                                                 HOURS
             pleadings filed on 3/10/04           0.10     27.50

03/12/04
     DEM Review Pleadings and electronic filing
         notices; preparation, retrieval and
         distribution of documents relating to
         daily memo                               0.30     28.50

03/15/04
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)          0.10      9.50
     MRE E-mail with W. Slocombe regarding status
         of case                                  0.20     58.00
     MTH Correspondence to Committee re weekly
         recommendation memoranda.                0.20     55.00
     PEM Review weekly recommendation memo re:
         pending motions and matters (.3); fee
         memo (.1)                                0.40    126.00
     MTH Review of memorandum summarizing
         pleadings filed on 3/11/04               0.10     27.50

03/16/04
     DEM Review Pleadings and electronic filing
         notices; preparation, retrieval and
         distribution of documents relating to
         daily memo                               0.40     38.00
     DEM Retrieval of document from docket and
         Preparation of e-mail attaching agenda to
         attorneys                                0.10      9.50
     PEM Review daily memo re: pleadings filed    0.10     31.50
     DAC Review counsel's recommendation memo     0.20     75.00
     MTH Review of memorandum summarizing
         pleadings filed between 3/12/04 and
         3/15/04                                  0.10     27.50

03/17/04
     MTH Review of memorandum summarizing
         pleadings filed on 2/16/04               0.10     27.50
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)          0.10      9.50
     DEM Revision of Weekly Recommendation Memo
         (highlighted calendar regarding agenda)  0.20     19.00
     DEM Review Pleadings and electronic filing
         notices; preparation, retrieval and
         distribution of documents relating to
         daily memo                               0.30     28.50
     MTH Review of memorandum summarizing
```

```
                                                            Page: 5
W.R. Grace                                                03/31/2004
                                             ACCOUNT NO: 3000-07D
                                             STATEMENT NO:      34
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| | pleadings filed on 3/16/04 | 0.10 | 27.50 |

03/18/04

| | | HOURS | |
|---|---|---|---|
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed March 12, 2004 through March 15, 2004 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 3/16/04 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 3/17/04 | 0.10 | 27.50 |

03/19/04

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| DEM | Retrieval of document from docket and preparation of e-mail to Walt Slocombe attaching same (status report). | 0.10 | 9.50 |
| MTH | Correspondence to Committee re weekly recommendation memoranda | 0.20 | 55.00 |
| DAC | Review weekly recommendation memo | 0.20 | 75.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |

03/22/04

| | | | |
|---|---|---|---|
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed between 3/19/04 and 3/21/04 | 0.10 | 27.50 |

03/23/04

| | | | |
|---|---|---|---|
| MRE | Review of weekly recommendation memo | 0.20 | 58.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MTH | Meeting with MRE re upcoming deadline and pending motions. | 0.20 | 55.00 |
| MTH | Reviewing correspondence from EI re omnibus hearing. | 0.20 | 55.00 |
| MTH | Review of memorandum summarizing pleadings filed on 3/22/04 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed between March 8 and March 22, 2004 | 0.10 | 27.50 |
| MRE | Meeting with MTH regarding omnibus hearing and upcoming motions and deadlines | 0.20 | 58.00 |

03/24/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Organization and distribution of adversary pleadings | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on March 23, 2004 | 0.10 | 29.00 |
| MRE | Review of memo from EI to Committee regarding hearing | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on March 17, 2004 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed 3/19/04 through 3/21/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 3/22/04 | 0.10 | 29.00 |
| PEM | Review memo from counsel to committee re: developments | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed on 3/23/04 | 0.10 | 27.50 |

03/25/04

|  |  |  |  |
|---|---|---|---|
| MAL | Updating Service List | 0.10 | 9.50 |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MRE | Review of memorandum summarizing pleadings filed on 3/24/04 | 0.10 | 29.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| MTH | Review of memorandum summarizing pleadings filed on 3/24/04 | 0.10 | 27.50 |

03/26/04

|  |  |  |  |
|---|---|---|---|
| DEM | Retrieval of document from docket and preparation of e-mail to Mike Berkin attaching same (5323) | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MTH | Prepare weekly recommendation memo | 0.50 | 137.50 |
| MTH | Prepare weekly recommendation memo (fee applications) | 0.10 | 27.50 |
| MTH | Correspondence to Committee re weekly recommendation memoranda. | 0.20 | 55.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
| MTH | Review of memorandum summarizing pleadings filed on 3/25/04 | 0.10 | 27.50 |

03/27/04

|  |  |  |  |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on March 25, 2004 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 3/25/04 | 0.10 | 29.00 |

03/28/04

|  |  |  |  |
|---|---|---|---|
| PEM | Review weekly recommendation memo to committee re: pending motions and matters (.2); fee memo (.1) | 0.30 | 94.50 |

03/29/04

|  |  |  |  |
|---|---|---|---|
| DEM | Update Attorney Binder - Weekly | | |

|  |  | HOURS |  |
|---|---|---|---|
|  | Recommendation Memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed from March 26, 2004 through March 28, 2004 | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed from March 26 through March 28, 2004 | 0.10 | 27.50 |

03/30/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MTH | Reviewing correspondence from EI re Future Rep. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from S. Kazan re Future Rep. | 0.10 | 27.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | E-mails with M. Minella regarding status | 0.20 | 58.00 |
| MRE | Review of memorandum summarizing pleadings filed on 3/29/04 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 3/30/04 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 3/29/04 | 0.10 | 27.50 |

03/31/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| PEM | Review daily memo of pleadings filed | 0.10 | 31.50 |
|  |  | ----- | -------- |
|  | FOR CURRENT SERVICES RENDERED | 23.50 | 4,511.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $375.00 | $300.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

```
Philip E. Milch                  2.50      315.00      787.50
Mark T. Hurford                  5.00      275.00    1,375.00
Marla R. Eskin                   3.10      290.00      899.00
Margaret A. Landis               0.90       95.00       85.50
Diane E. Massey                 11.20       95.00    1,064.00


       TOTAL CURRENT WORK                             4,511.00


03/02/04 Payment - Thank you.  (November, 2003 - 80%)    -4,693.20
03/15/04 Payment - Thank you. (December, 2003 - 80%)     -3,484.80
                                                        ---------
       TOTAL PAYMENTS                                   -8,178.00

       BALANCE DUE                                     $17,771.10
                                                       ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                        03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      33

Employee Benefits/Pension

        PREVIOUS BALANCE                            $521.20

                                         HOURS
03/15/04
    MRE Review of e-mail from EI regarding long
        term incentive program               0.10     29.00
    PEM Review Grace long term incentive memo 0.30     94.50

03/17/04
    MTH Reviewing correspondence from EI re LTIP,
        memorandum from LTC CPA               0.40    110.00

03/25/04
    MRE Review of Motion to Implement Incentive
        Program                              0.30     87.00

03/26/04
    MTH Reviewing correspondence from MB re LTIP
        and response thereto.                0.10     27.50
    MTH Correspondence to DEM re LTIP        0.10     27.50
    MTH Reviewing correspondence from DEM re MB
        re Grace LTIP motion.                0.10     27.50
    MTH Reviewing correspondence from MB re
        employee LTIP motion.                0.10     27.50
                                             ----   ------
        FOR CURRENT SERVICES RENDERED        1.50    430.50

                      RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE    TOTAL
    Philip E. Milch              0.30   $315.00    $94.50
    Mark T. Hurford             0.80    275.00    220.00
    Marla R. Eskin              0.40    290.00    116.00

```
                                                      Page: 2
        W.R. Grace                                    03/31/2004
                                         ACCOUNT NO: 3000-08D
                                         STATEMENT NO:       33
        Employee Benefits/Pension




           TOTAL CURRENT WORK                             430.50


03/02/04 Payment - Thank you.  (November, 2003 - 80%)    -648.40


           BALANCE DUE                                   $303.30
                                                         =======
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                         Page: 1
W.R. Grace                                             03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      34

Employment Applications, Others


        PREVIOUS BALANCE                            $1,179.20


                                            HOURS
03/25/04
     MRE Review of Motion to Expand Deloitte &
         Touche Services                     0.20     58.00

03/26/04
     MTH Reviewing Debtors'  Motion for Order
         expanding scope of retention of Deloitte
         & Touche                            0.40    110.00
                                             ----    ------
        FOR CURRENT SERVICES RENDERED        0.60    168.00

                    RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE    TOTAL
     Mark T. Hurford               0.40  $275.00    $110.00
     Marla R. Eskin                0.20   290.00      58.00


        TOTAL CURRENT WORK                           168.00


        BALANCE DUE                               $1,347.20
                                                  =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      32


Expenses



PREVIOUS BALANCE                                      $9,303.69



03/02/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/01/04 (C&D, C&L and
         LAS January fee applications)                  202.65
03/05/04 Postage - LTC, C&D, C&L 11th interim CNOs - 3 @
         1.06                                             3.18
03/08/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/05/04 (Objection to
         the Debtors' Sixth Motion for an Order Extending
         Debtors' Exclusive Periods)                    666.39
03/08/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/05/04 (C&D and C&L
         CNO's regarding the Oct-Dec interim fee
         application)                                    70.56
03/09/04 Writer's Cramp, Inc. - Hearing transcript from
         2/23/04                                        402.71
03/11/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/10/04 (Notice of
         Filing Exhibit B)                              374.53
03/11/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/10/04 (LTC January
         fee application)                                89.61
03/13/04 Parcels, Inc. - Integrated Outsourced Services -
         Photocopying and service of 3rd Circuit Briefs on
         3/11/04                                        879.00
03/23/04 Postage - LAS, C&D, C&L Jan CNOs - 3 @ .84      2.52
03/23/04 Photocopying - 2 copies 4 pages (memo re: report
         re: 3/22 omnibus)                               0.80
03/24/04 FAX to Nicole Bruno - clocked-in cover page for
         ACC's Answer to D.K. Acquisition's Petition for
         Writ of Mandamus - 2 pages                      2.00
03/30/04 FAX to Nicole Bruno - Entry of Appearance in
         Appeal case - 3 pages                           3.00

```
                                                    Page: 2
W.R. Grace                                       03/31/2004
                                     ACCOUNT NO: 3000-11D
                                     STATEMENT NO:      32
Expenses
```

```
03/31/04 Westlaw charges for March, 2004                   3.66
03/31/04 Pacer charges for the month of February          93.03
03/31/04 Parcels, Inc. Integrated Outsourced Services to
         Klett Rooney Lieber & Shorling on 3/31/04         5.00
03/31/04 Parcels, Inc. Integrated Outsourced Services to
         Duane Morris LLP on 3/31/04                       5.00
03/31/04 Parcels, Inc. Integrated Outsourced Services to
         Office of the US Trustee on 3/31/04               5.00
03/31/04 Parcels, Inc. Integrated Outsourced Services to
         Ferry & Joseph on 3/31/04                         5.00
03/31/04 Parcels, Inc. Integrated Outsourced Services to
         Pachulski Stang on 3/31/04                        5.00
03/31/04 Parcels, Inc. Integrated Outsourced Services to
         the Bayard Firm on 3/31/04                        5.00
                                                       --------
         TOTAL EXPENSES                                2,823.64

         TOTAL CURRENT WORK                            2,823.64


03/02/04 Payment - Thank you.  (November, 2003 - 100%)    -1,405.52
03/15/04 Payment - Thank you. (December, 2003 - 100%)     -6,110.08
                                                       ---------
         TOTAL PAYMENTS                                -7,515.60

         BALANCE DUE                                   $4,611.73
                                                       =========
```

```
Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310


                                                          Page: 1
W.R. Grace                                             03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      32


Fee Applications, Applicant



        PREVIOUS BALANCE                              $5,066.30



                                              HOURS
03/01/04
    KJC Review and sign C&L January fee
        application                             0.30      52.50
    LMP Electronic filing and service of Campbell
        & Levine's January 2004 Monthly Fee App;
        Update Status chart                     0.30      28.50

03/04/04
    LMP Draft Campbell & Levine's CNO regarding
        the 11th Interim Application for
        Compensation                            0.20      19.00

03/05/04
    LMP Electronic filing and service of Campbell
        & Levine's 11th Interim (October through
        December) Certification of No Objection 0.20      19.00
    KJC Review and sign CNO re C&L eleventh
        interim fee application                 0.20      35.00
    KJC Review and sign CNO re C&L fourth interim
        Sealed Air fee application              0.20      35.00

03/10/04
    LMP Review payment from Grace; Update Fee
        Application status chart (.1); Email
        invoice information to D. Seitz          0.20      19.00

03/11/04
    MTH Reviewing pre-bill.                      1.00     275.00

03/12/04
    LMP Review payment from Wr Grace for December
        2003 Monthly Fee Application (.1); Email

                                                          Page: 2
W.R. Grace                                              03/31/2004
                                            ACCOUNT NO: 3000-12D
                                            STATEMENT NO:      32

Fee Applications, Applicant


                                                     HOURS
        payment status to D. Seitz and update Fee
        Application status chart (.2)                  0.30      28.50

03/16/04
    LMP Retrieved and organized Campbell &
        Levine's 10th Interim Fee Application and
        corresponding Fee Auditor Final Report
        for Grace Fee Hearing binder                   0.30      28.50
    LMP Retrieved and organized Caplin &
        Drysdale's 10th Interim Fee Application
        and corresponding Fee Auditor Final
        Report for Grace Fee Hearing binder            0.30      28.50
    LMP Retrieved and organized L Tersigni's 10th
        Interim Fee Application and corresponding
        Fee Auditor Final Report for Grace Fee
        Hearing binder                                 0.30      28.50
    LMP Retrieved and organized Legal Analysis
        Systems 10th Interim Fee Application and
        corresponding Fee Auditor Final Report
        for Grace Fee Hearing binder                   0.30      28.50

03/17/04
    MRE Review and revision of February pre-bill       0.40     116.00

03/23/04
    LMP Review case docket for Objections to
        Campbell & Levine's January Fee
        Application (.1); Update and prepare C&L
        Jan CNO for filing (.2)                        0.30      28.50
    KJC Review and sign CNO re C&L January fee
        application                                    0.20      35.00
    LMP Electronic filing and service of C&L's
        January 2004 Certification of No
        Objection                                      0.20      19.00

03/31/04
    KJC Review and sign C&L February monthly fee
        application                                    0.30      52.50
    LMP Electronic filing and service of Campbell
        & Levine's February 2004 Fee Application
        (.3); Update Fee Application Status Chart
        (.1)                                           0.40      38.00
                                                       ----     ------
        FOR CURRENT SERVICES RENDERED                  5.90     914.50

```
                                                   Page: 3
     W.R. Grace                                  03/31/2004
                                    ACCOUNT NO: 3000-12D
                                    STATEMENT NO:      32
     Fee Applications, Applicant
```

```
                        RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
     Mark T. Hurford              1.00    $275.00    $275.00
     Marla R. Eskin              0.40     290.00     116.00
     Kathleen J. Campbell        1.20     175.00     210.00
     Lauren M. Przybylek         3.30      95.00     313.50


        TOTAL CURRENT WORK                            914.50


     03/02/04 Payment - Thank you.  (November, 2003 - 80%)      -553.20
     03/15/04 Payment - Thank you. (December, 2003 - 80%)       -498.00
                                                          ---------
        TOTAL PAYMENTS                                -1,051.20

        BALANCE DUE                                   $4,929.60
                                                      =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            03/31/2004
Wilmington  DE                         ACCOUNT NO: 3000-13D
                                       STATEMENT NO:      19


Fee Applications, Others




        PREVIOUS BALANCE                          $5,375.90




                                             HOURS
03/01/04
     KJC Review C&D January fee application and
         sign COS re same                       0.30      52.50
     KJC Review LAS January fee application and
         sign COS re same                       0.30      52.50
     LMP Electronic filing and service of Caplin &
         Drysdale's January 2004 Monthly Fee
         Application; Update Fee App status chart   0.30   28.50
     LMP Electronic filing and service of Legal
         Analysis Systems January 2004 Monthly Fee
         Application; Update Fee App status chart   0.30   28.50
     LMP Review October through December Interim
         Fee Application of Wallace King Mararro &
         Branson; Update Wr Grace Weekly
         Recommendation Memo                    0.20      19.00
     LMP Review December through January Fee
         Application of Klett Rooney Lieber &
         Schorling; Update Wr Grace Weekly
         Recommendation Memo                    0.20      19.00
     LMP Review January Fee Application of Kramer
         Levin Naftalis & Frankel; Update Wr Grace
         Weekly Recommendation Memo             0.20      19.00
     LMP Review October through December Interim
         Fee Application of Casner & Edwards;
         Update Wr Grace Weekly Recommendation
         Memo                                   0.20      19.00
     LMP Review December Fee Application of
         Steptoe & Johnson; Update Wr Grace Weekly
         Recommendation Memo                    0.20      19.00
     LMP Review October through December Interim
         Fee Application of Woodcock Washburn;
         Update Wr Grace Weekly Recommendation

                                                          Page: 2
W.R. Grace                                             03/31/2004
                                           ACCOUNT NO: 3000-13D
                                           STATEMENT NO:      19

Fee Applications, Others


                                           HOURS
          Memo                             0.20        19.00

03/03/04
    LMP   Review October through December Interim
          Fee Application of FTI Policano & Manzo;
          Update WrGrace Weekly Recommendation Memo   0.20        19.00
    LMP   Review October through December Interim
          Fee Application of Stroock & Stroock &
          Lavan; Update WrGrace Weekly
          Recommendation Memo                         0.20        19.00
    LMP   Review January Fee Application of Ferry,
          Joseph & Pearce; Update WrGrace Weekly
          Recommendation Memo                         0.20        19.00

03/04/04
    LMP   Draft Caplin & Drysdale's CNO regarding
          the 11th Interim Application for
          Compensation                                0.20        19.00
    LMP   Draft L Tersigni CNO regarding the 11th
          Interim Application for Compensation        0.20        19.00
    LMP   Draft L Tersigi's CNO regarding the
          December 2003 Monthly Application for
          Compensation                                0.20        19.00

03/05/04
    LMP   Electronic filing and service of Caplin &
          Drysdale's 11th Interim (October through
          December) Certification of No Objection     0.20        19.00
    LMP   Electronic filing and service of L
          Tersigni's 11th Interim (October through
          December) Certification of No Objection     0.20        19.00
    LMP   Electronic filing and service of L
          Tersigni's 11th Interim December
          Certification of No Objection               0.20        19.00
    KJC   Review and sign CNO re C&D eleventh
          interim fee application                     0.20        35.00
    KJC   Review and sign CNO re LTC eleventh
          interim                                     0.20        35.00
    KJC   Review and sign CNO re LTC December
          monthly fee application                     0.20        35.00
    KJC   Review and sign CNO re C&D sixth interim
          Sealed Air fee application                  0.20        35.00
    LMP   Review August and September Fee
          Applications of Nelson Mullins Riley &
          Scarborough(.1); Update Wr Grace Weekly
          Recommendation Memo (.1)                    0.20        19.00

Page: 3
W.R. Grace                                                    03/31/2004
                                               ACCOUNT NO: 3000-13D
                                               STATEMENT NO:        19

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| **03/08/04** |  |  |  |
| LMP | Review January Fee Application of Kirkland & Ellis(.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review December Fee Application of Bilzin, Sumberg, Baena, Price & Axelrod(.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| **03/09/04** |  |  |  |
| LMP | Review email from D. Collins re: LTC January 2004 Bill (.1); Update and prepare Tersigni's January Application for Compensation (.2) | 0.30 | 28.50 |
| KJC | Review LTC January fee application and sign COS re same | 0.30 | 52.50 |
| LMP | Review October Fee Application of Nelson, Mullins, Riley & Scarborough (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review November Fee Application of Nelson, Mullins, Riley & Scarborough (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review December Fee Application of Nelson, Mullins, Riley & Scarborough (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review July through September Interim Fee Application of Ferry, Joseph & Pearce (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review April through June Interim Fee Application of Ferry, Joseph & Pearce (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| **03/12/04** |  |  |  |
| LMP | Review January Fee Application of PwC, LLP (.1); Update WrGrace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review October through December Interim Fee Application of Nelson Mullins Riley & Scarborough (.1); Update WrGrace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review September Fee Application of Deloitte & Touche (.1); Update WrGrace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

```
                                                        Page: 4
W.R. Grace                                            03/31/2004
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      19

Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| **03/16/04** |  |  |  |
| LMP | Review January Fee Application of Reed Smith (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| MTH | Reviewing correspondence from W. Weller re fee application and Correspondence to LMP re same. | 0.10 | 27.50 |
| **03/17/04** |  |  |  |
| LMP | Review January Fee Application of Holme, Roberts & Owen (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Fee Application of Casner & Edwards (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review November through January Interim Fee Application of Duff & Phelps (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Fee Application of Bilzin Sumberg Baena Price & Axelrod(.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| **03/18/04** |  |  |  |
| LMP | Review January through February Fee Application of FTI Policano (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Fee Application of Stroock, Stroock & Lavan (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| MRE | Review of COC Regarding Tenth Quarter Project Category Summary | 0.10 | 29.00 |
| MRE | Review of COC Regarding Order Approving Quarterly Fee Applications | 0.10 | 29.00 |
| **03/23/04** |  |  |  |
| LMP | Review case docket for Objections to C&D January Fee Application (.1); Update and prepare C&D Jan CNO for filing (.2) | 0.30 | 28.50 |
| LMP | Review case docket for Objections to LAS'January Fee Application (.1); Update and prepare LAS Jan CNO for filing (.2) | 0.30 | 28.50 |
| KJC | Review and sign CNO re LAS January fee application | 0.20 | 35.00 |
| KJC | Review and sign CNO re C&D January fee application | 0.20 | 35.00 |
| LMP | Electronic filing and service of C&D's |  |  |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | January 2004 Certification of No Objection | 0.20 | 19.00 |
| LMP | Electronic filing and service of LAS' January 2004 Certification of No Objection | 0.20 | 19.00 |

03/25/04

| LMP | Review January 2004 Fee Application of PSZYJ&W (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Review February 2004 Fee Application of Carella, Bryne, Bain, Gilfillan, Cecchi, Stewart & Olstein (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February 2004 Fee Application of Ferry, Joseph & Pearce (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review December 2003 Fee Application of Hamilton, Rabinovitz & Alschuler (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review July through November 2003 Monthly Fee Application of Hamilton, Rabinovitz & Alschuler (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

03/29/04

| LMP | Review email from D. Relles re: LAS' February 2004 Invoice (.1); Update and prepare Fee Application for filing (.3) | 0.40 | 38.00 |
|---|---|---|---|

03/30/04

| LMP | Review case docket for Objections to LTC January 2004 Fee Application (.1); Prepare CNO re same (.2) | 0.30 | 28.50 |
|---|---|---|---|
| KJC | Review and sign CNO re LTC January monthly fee application | 0.20 | 35.00 |

03/31/04

| LMP | Review October through December Interim Fee Application of Bilzin Sumberg Baena Price & Azelrod (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Review January Fee Application of Protiviti, Inc. (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Fee Application of Pitney | | |

Page: 6
W.R. Grace                                              03/31/2004
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:      19

Fee Applications, Others

|  | | HOURS | |
|---|---|---|---|
| | Hardin Kipp & Szuch (.1); Update Wr Grace | | |
| | Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Fee Application of | | |
| | Woodcock Washburn (.1); Update Wr Grace | | |
| | Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February Fee Application of Holme | | |
| | Roberts & Owen  (.1); Update Wr Grace | | |
| | Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| KJC | Review C&D February fee application and | | |
| | sign COS re same | 0.30 | 52.50 |
| KJC | Review LAS February fee application and | | |
| | sign COS re same | 0.20 | 35.00 |
| LMP | Electronic filing and service of Legal | | |
| | Analysis Systems February 2004 Fee | | |
| | Application (.3); Update Fee Application | | |
| | Status Chart (.1) | 0.40 | 38.00 |
| LMP | Electronic filing and service of Caplin & | | |
| | Drysdale's February 2004 Fee Application | | |
| | (.3); Update Fee Application Status Chart | | |
| | (.1) | 0.40 | 38.00 |

```
                                          -----   --------
    FOR CURRENT SERVICES RENDERED         15.10  1,715.50
```

                          RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $275.00 | $27.50 |
| Marla R. Eskin | 0.20 | 290.00 | 58.00 |
| Kathleen J. Campbell | 2.80 | 175.00 | 490.00 |
| Lauren M. Przybylek | 12.00 | 95.00 | 1,140.00 |

```
    TOTAL CURRENT WORK                              1,715.50


03/02/04 Payment - Thank you.  (November, 2003 - 80%)      -1,046.00
03/15/04 Payment - Thank you. (December, 2003 - 80%)         -723.20
                                                          ---------
    TOTAL PAYMENTS                                        -1,769.20

    BALANCE DUE                                           $5,322.20
                                                          =========
```

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        03/31/2004
Wilmington   DE                         ACCOUNT NO: 3000-14D
                                        STATEMENT NO:      29

Financing



    PREVIOUS BALANCE                               $27.50


    BALANCE DUE                                    $27.50
                                                   ======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      34


Hearings



        PREVIOUS BALANCE                            $7,872.70



                                          HOURS
03/09/04
     MRE Drafting e-mail to D. Cohn regarding
         February 23rd transcript                 0.10     29.00

03/11/04
     MTH Reviewing correspondence from Ted
         Tacconelli and response to same from MRE
         re: hearing transcript                   0.10     27.50

03/16/04
     MTH Reviewing correspondence from DEM re
         Agenda.                                  0.10     27.50

03/17/04
     DEM Preparation of attorney binder for
         omnibus hearing                          0.30     28.50
     DEM Continued Preparation of attorney binder
         for omnibus hearing                      0.20     19.00

03/19/04
     MTH telephone conference with EI re hearing. 0.10     27.50
     MTH telephone conference with D. Carikoff re
         Amended Agenda.                           0.10     27.50
     MTH Reviewing Amended Agenda and revising
         memorandum re same (.2); Correspondence
         to EI re same (.2)                        0.40    110.00

03/21/04
     MRE Preparation for hearing                  1.10    319.00

03/22/04
     MRE Preparation for hearing                  0.30     87.00

```
                                                      Page: 2
        W.R. Grace                                  03/31/2004
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      34

        Hearings




                                                    HOURS
        MRE Drafting e-mail to J. Davis regarding
            hearing                                  0.50    145.00
        MAL Preparation of draft Hearing Memo        0.20     19.00
        MTH Reviewing correspondence from MRE re
            Agenda.                                   0.10     27.50

03/24/04
        DAC Review report on 3/22 omnibus hearing    0.10     37.50
                                                     ----    ------
            FOR CURRENT SERVICES RENDERED            3.70    931.50

                        RECAPITULATION
        TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
        Douglas A. Campbell          0.10    $375.00      $37.50
        Mark T. Hurford              0.90     275.00      247.50
        Marla R. Eskin               2.00     290.00      580.00
        Margaret A. Landis           0.20      95.00       19.00
        Diane E. Massey              0.50      95.00       47.50


            TOTAL CURRENT WORK                            931.50



03/02/04 Payment - Thank you.  (November, 2003 - 80%)     -475.20
03/15/04 Payment - Thank you. (December, 2003 - 80%)      -961.00
                                                        ---------
            TOTAL PAYMENTS                             -1,436.20

            BALANCE DUE                                $7,368.00
                                                       =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-16D
STATEMENT NO:       19

Litigation and Litigation Consulting



PREVIOUS BALANCE                              $17,083.60



                                          HOURS
03/01/04
    MRE Review of order from the 3rd circuit
        regarding motion for leave to file
        supplemental appendix                  0.10     29.00

03/08/04
    MTH Reviewing notice of further proceedings
        re MVC litigation.                      0.10     27.50

03/11/04
    KJC Review draft 3CA brief re recusal       0.30     52.50
    KJC Discussion with MRE re revisions to 3CA
        brief re compliance with FRAP           0.10     17.50
    KJC Review revised and formatted ACC brief
        for 3CA                                 0.50     87.50
    MRE Review of 3rd circuit check list and
        initial review of brief                 0.40    116.00
    MRE Telephone conference with Parcels
        regarding service                       0.10     29.00
    MRE Additional telephone conference with J.
        Cunningham and B. Nicolai               0.20     58.00
    MRE E-mails with B. Nicolai regarding
        briefing                                0.20     58.00
    MRE Final review and revision to brief      0.80    232.00
    DEM Preparation of documents for filing with
        Third Circuit (Answer/Brief)            0.50     47.50

03/12/04
    MRE E-mail to N. Finch regarding service of
        briefs                                  0.10     29.00
    MRE E-mail with J. Cunningham regarding 3rd
        circuit briefs                          0.10     29.00

Litigation and Litigation Consulting


|     |                                                    | HOURS |        |
| --- | -------------------------------------------------- | ----- | ------ |
| MRE | Addressing service issues with the 3rd circuit     | 1.30  | 377.00 |
| DEM | Preparation of e-mails to individuals on e-mail service list for 3rd circuit attaching documents | 0.20 | 19.00 |

03/13/04
| MRE | Review of e-mails from Parcels containing briefs   | 0.30  | 87.00  |
| MTH | Reviewing correspondence from NDF re CA3 filing.   | 0.10  | 27.50  |

03/14/04
| MRE | E-mail to DEM regarding service to the Committee of briefs | 0.10 | 29.00 |

03/15/04
| MRE | Telephone conference with N. Bruno regarding filing of briefs | 0.10 | 29.00 |
| PEM | Review 3rd Circuit briefs (Wolin)                  | 0.70  | 220.50 |

03/16/04
| MRE | Drafting memo to EI regarding hearing              | 1.50  | 435.00 |
| DAC | Review Fernwood's Mandamus petition and answer/response of ACC | 1.00 | 375.00 |

03/17/04
| MRE | Preparation relating to hearing binder            | 0.20  | 58.00  |

03/19/04
| MTH | Correspondence to J Scoliard re service of CA3 briefs. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from MRE re CA3 filings and response thereto. | 0.10 | 27.50 |

03/22/04
| MRE | Court appearance                                   | 0.60  | 174.00 |

03/24/04
| KJC | Discussion with NDF re docketing of ACC brief     | 0.10  | 17.50  |
| KJC | Discussion with Bruno docketing of Grace ACC brief | 0.10 | 17.50  |
| KJC | Draft e-mail to NDF re discussion with Bruno in 3CA | 0.10 | 17.50 |
| MRE | E-mails and telephone conference with KJC regarding of briefs in 3rd circuit | 0.20 | 58.00 |

```
                                                          Page: 3
        W.R. Grace                                      03/31/2004
                                            ACCOUNT NO: 3000-16D
                                            STATEMENT NO:      19
        Litigation and Litigation Consulting
```

```
                                              HOURS
        KJC Further discussion with Bruno re identity
            of briefs                          0.10    17.50

03/25/04
        KJC Telephone conference with Bruno re notice
            of appearance and location of brief   0.10    17.50
                                              -----  --------
            FOR CURRENT SERVICES RENDERED     10.50  2,844.00
```

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.00 | $375.00 | $375.00 |
| Philip E. Milch | 0.70 | 315.00 | 220.50 |
| Mark T. Hurford | 0.40 | 275.00 | 110.00 |
| Marla R. Eskin | 6.30 | 290.00 | 1,827.00 |
| Kathleen J. Campbell | 1.40 | 175.00 | 245.00 |
| Diane E. Massey | 0.70 | 95.00 | 66.50 |

```
        TOTAL CURRENT WORK                           2,844.00


03/02/04 Payment - Thank you.  (November, 2003 - 80%)    -3,149.20
03/15/04 Payment - Thank you. (December, 2003 - 80%)     -8,246.40
                                                      ----------
        TOTAL PAYMENTS                               -11,395.60

        BALANCE DUE                                   $8,532.00
                                                      =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          03/31/2004
Wilmington   DE                        ACCOUNT NO: 3000-17D
                                       STATEMENT NO:      19

Plan and Disclosure Statement



      PREVIOUS BALANCE                           $5,112.20



                                       HOURS
03/01/04
      MRE Research regarding opposition to motion
          to extend exclusivity              0.50     145.00
      MRE Further revisions to opposition to motion
          to extend exclusive periods        1.00     290.00
      MRE Drafting e-mail to EI regarding
          opposition to motion to extend exclusive
          periods                            0.10      29.00

03/03/04
      MRE Drafting e-mail to EI regarding
          opposition to exclusivity          0.20      58.00
      MTH Discussion with MRE re exclusivity
          motion.                            0.10      27.50
      MRE Discussion with MTH re: exclusivity 0.10     29.00

03/04/04
      MRE Drafting e-mail to DEM regarding exhibits
          to opposition to motion to extend
          exclusivity                        0.10      29.00
      MRE Review of e-mail from EI regarding
          opposition to motion to extend
          exclusivity                        0.10      29.00
      MTH Reviewing correspondence from EI re
          exclusivity motion, objection      0.10      27.50

03/05/04
      MRE Meeting with DEM regarding opposition to
          motion to extend exclusivity       0.10      29.00
      MRE Meeting with MTH regarding opposition to
          motion to extend exclusivity       0.10      29.00
      MRE Review of exhibits to opposition to

Plan and Disclosure Statement


                                                     HOURS
          motion to extend exclusivity              0.70      203.00
      MRE Final revisions to opposition to motion
          to extend exclusive periods               1.10      319.00
      MRE Drafting e-mail to EI and PVNL regarding
          opposition to motion to extend exclusive
          periods                                   0.20       58.00
      DEM Corrections to Objection to Exclusivity.  0.20       19.00
      DEM E-filing of Objection to 6th Motion Re:
          Exclusivity                               0.30       28.50

03/08/04
      MRE Review of e-mail from EI regarding
          opposition to motion to extend
          exclusivity                               0.10       29.00
      MRE Review of e-mail from D. Cohn regarding
          motion to extend exclusivity             0.10       29.00
      MRE Drafting e-mail to DEM regarding
          opposition to motion to extend
          exclusivity                               0.10       29.00
      DAC Review ACC's objection to extension of
          exclusivity                               0.30      112.50
      DEM Preparation of e-mail to committee
          attaching documents regarding opposition
          to exclusivity.                           0.20       19.00

03/09/04
      MRE Drafting of notice of filing of exhibit   0.60      174.00
      KJC Review notice of filing of exhibit to
          objection to exclusivity motion and
          discussion with MRE re same               0.20       35.00

03/10/04
      MTH Reviewing correspondence from MRE re
          objection to exclusivity.                 0.10       27.50
      DEM Corrections and Preparation regarding
          Notice of Filing of Exhibit B.            0.30       28.50
      DEM Preparation and e-filing of Notice of
          Filing of Exhibit B                       0.30       28.50

03/16/04
      MTH Correspondence to MRE re Reply to
          objection re exclusivity.                 0.10       27.50

03/17/04
      DEM Preparation of e-mails to Elihu attaching
          documents (filings regarding 6th
          exclusivity motion).                      0.30       28.50

```
                                                    Page: 3
        W.R. Grace                                 03/31/2004
                                        ACCOUNT NO: 3000-17D
                                        STATEMENT NO:      19

        Plan and Disclosure Statement




                                                HOURS
03/30/04
        MRE Review of e-mail from PVNL regarding
            futures representative                  0.10    29.00
                                                    ----  --------
            FOR CURRENT SERVICES RENDERED           7.80  1,946.50

                        RECAPITULATION
        TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
        Douglas A. Campbell              0.30    $375.00    $112.50
        Mark T. Hurford                  0.40     275.00     110.00
        Marla R. Eskin                   5.30     290.00   1,537.00
        Kathleen J. Campbell             0.20     175.00      35.00
        Diane E. Massey                  1.60      95.00     152.00


            TOTAL CURRENT WORK                            1,946.50


03/02/04 Payment - Thank you.  (November, 2003 - 80%)       -84.00


        BALANCE DUE                                    $6,974.70
                                                       =========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


```
                                                            Page: 1
     W.R. Grace                                          03/31/2004
     Wilmington  DE                          ACCOUNT NO: 3000-18D
                                             STATEMENT NO:      19


     Relief from Stay Proceedings




     PREVIOUS BALANCE                                      $85.60



                                               HOURS
     03/08/04
          MTH Reviewing COC and Stipulation resolving
              Stay Relief motion of Northeast.            0.20    55.00
                                                          ----    -----
          FOR CURRENT SERVICES RENDERED                   0.20    55.00

                          RECAPITULATION
       TIMEKEEPER                  HOURS HOURLY RATE       TOTAL
       Mark T. Hurford              0.20   $275.00      $55.00


          TOTAL CURRENT WORK                               55.00


     03/15/04 Payment - Thank you. (December, 2003 - 80%)    -63.60


          BALANCE DUE                                      $77.00
                                                          ======
```


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                             03/31/2004
Wilmington  DE                           ACCOUNT NO: 3000-19D
                                         STATEMENT NO:        9


Tax Issues



PREVIOUS BALANCE                                        $154.80


                                              HOURS
03/26/04
     MTH Reviewing Motion of Mass. Dept. of
         Environmental Protection for Stay Relief
         and Setoff.                            0.30     82.50
                                                ----    -----
         FOR CURRENT SERVICES RENDERED          0.30     82.50

                     RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
     Mark T. Hurford             0.30    $275.00      $82.50


     TOTAL CURRENT WORK                                  82.50


03/15/04 Payment - Thank you. (December, 2003 - 80%)     -63.60


     BALANCE DUE                                        $173.70
                                                       =======




     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                       03/31/2004
Wilmington  DE                      ACCOUNT NO: 3000-20D
                                    STATEMENT NO:      18

Tax Litigation


    PREVIOUS BALANCE                             $468.80


    BALANCE DUE                                  $468.80
                                                 =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                       03/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-22D
                                      STATEMENT NO:     23


Valuation



    PREVIOUS BALANCE                              $1,250.40


    BALANCE DUE                                   $1,250.40
                                                  =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        03/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-23D
                                      STATEMENT NO:      23


ZAI Science Trial




    PREVIOUS BALANCE                            $2,143.40



03/02/04 Payment - Thank you.  (November, 2003 - 80%)        -63.60


    BALANCE DUE                                 $2,079.80
                                                =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              03/31/2004
Wilmington  DE                             ACCOUNT NO     3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 297.20 | 195.50 | 0.00 | 0.00 | -21.20 | $471.50 |
| 3000-03 Business Operations | | | | | |
| 1,028.10 | 29.00 | 0.00 | 0.00 | -276.40 | $780.70 |
| 3000-04 Case Administration | | | | | |
| 1,092.40 | 252.00 | 0.00 | 0.00 | -252.40 | $1,092.00 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,623.00 | 84.00 | 0.00 | 0.00 | -1,125.20 | $2,581.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,527.50 | 27.50 | 0.00 | 0.00 | -191.60 | $1,363.40 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 21,438.10 | 4,511.00 | 0.00 | 0.00 | -8,178.00 | $17,771.10 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 521.20 | 430.50 | 0.00 | 0.00 | -648.40 | $303.30 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,179.20 | 168.00 | 0.00 | 0.00 | 0.00 | $1,347.20 |
| 3000-11 Expenses | | | | | |
| 9,303.69 | 0.00 | 2,823.64 | 0.00 | -7,515.60 | $4,611.73 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,066.30 | 914.50 | 0.00 | 0.00 | -1,051.20 | $4,929.60 |
| 3000-13 Fee Applications, Others | | | | | |
| 5,375.90 | 1,715.50 | 0.00 | 0.00 | -1,769.20 | $5,322.20 |
| 3000-14 Financing | | | | | |
| 27.50 | 0.00 | 0.00 | 0.00 | 0.00 | $27.50 |

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-15 Hearings | | | | | |
| 7,872.70 | 931.50 | 0.00 | 0.00 | -1,436.20 | $7,368.00 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 17,083.60 | 2,844.00 | 0.00 | 0.00 | -11,395.60 | $8,532.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 5,112.20 | 1,946.50 | 0.00 | 0.00 | -84.00 | $6,974.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 85.60 | 55.00 | 0.00 | 0.00 | -63.60 | $77.00 |
| 3000-19 Tax Issues | | | | | |
| 154.80 | 82.50 | 0.00 | 0.00 | -63.60 | $173.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-22 Valuation | | | | | |
| 1,250.40 | 0.00 | 0.00 | 0.00 | 0.00 | $1,250.40 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,143.40 | 0.00 | 0.00 | 0.00 | -63.60 | $2,079.80 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 84,651.59 | 14,187.00 | 2,823.64 | 0.00 | -34,135.80 | $67,526.43 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.