## EXHIBIT A

**Case Administration (21.70 Hours; $ 8,918.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 4.30 | $780 | 3,354.00 |
| Peter Van N. Lockwood | 1.80 | $685 | 1,233.00 |
| Walter B. Slocombe | .40 | $560 | 224.00 |
| Julie W. Davis | 3.70 | $520 | 1,924.00 |
| Trevor W. Swett | .10 | $520 | 52.00 |
| Ronald E. Reinsel | .10 | $500 | 50.00 |
| Rita C. Tobin | .60 | $375 | 225.00 |
| Max C. Heerman | .10 | $295 | 29.50 |
| John P. Cunningham | .10 | $265 | 26.50 |
| Robert C. Spohn | 6.00 | $180 | 1,080.00 |
| Andrew D. Katznelson | 4.50 | $160 | 720.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/04 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 03/02/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/01/04 (.2). |
| 03/02/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 03/03/04 | PVL | 685.00 | 0.10 | Review Grace reply re motion to seal. |
| 03/03/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/02/04 (.2). |
| 03/04/04 | RCS | 180.00 | 1.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence retrieved 03/03/04 (.2). |
| 03/05/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/06/04 (.3). |
| 03/06/04 | EI | 780.00 | 0.50 | Read Libby material. |

| | | | | |
|---|---|---|---|---|
| 03/08/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/05/04 thru 03/08/04 (.3). |
| 03/09/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/9/04 (.3). |
| 03/09/04 | EI | 780.00 | 0.70 | T/c Cooney and JWD re: Libby issues. |
| 03/10/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/6/04 (.3). |
| 03/11/04 | PVL | 685.00 | 0.70 | Confer EI et al re status (.1); confer EI and JWD re Libby (.2); teleconference Biswas (.3); review Grace opposition to Nanocrete lift stay (.1). |
| 03/11/04 | WBS | 560.00 | 0.10 | Status and staffing meeting, assignments. |
| 03/11/04 | JWD | 520.00 | 1.10 | Discuss status of case |
| 03/11/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/11/04 (.2); case status meeting (.1). |
| 03/11/04 | TWS | 520.00 | 0.10 | "All hands" meeting |
| 03/11/04 | EI | 780.00 | 0.40 | Review of all cases for staff meeting in transit from NY to DC (1.7); conference with staff re: all agenda items (3.2); return to NY reviewing efforts (1.7). [Total time charge of 6.6 hours divided among 15 cases.] |
| 03/11/04 | EI | 780.00 | 0.30 | Conference JWD/PVNL re: Libby. |
| 03/11/04 | MCH | 295.00 | 0.10 | All hands litigation meeting. |
| 03/11/04 | JPC | 265.00 | 0.10 | All hands litigation meeting. |
| 03/11/04 | RER | 500.00 | 0.10 | Asbestos group status meeting. |
| 03/12/04 | WBS | 560.00 | 0.30 | Rev staffing requirements, prep note of work to be done, notes for follow-up. |
| 03/12/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/12/04 (.3). |

{D0021122:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/15/04 | PVL | 685.00 | 0.40 | Confer WBS re status. |
| 03/15/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/15/04 (.3). |
| 03/15/04 | EI | 780.00 | 0.40 | T/c JWD re: Libby issues (.2); t/c Cooney re: status (.2). |
| 03/15/04 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 03/16/04 | RCT | 375.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 03/16/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/16/04 (.2). |
| 03/16/04 | EI | 780.00 | 1.00 | Teleconference Budd, Cooney, JWD re: Libby. |
| 03/17/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/17/04 (.3). |
| 03/18/04 | PVL | 685.00 | 0.30 | Review DK acquisition recusal reply. |
| 03/18/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/18/04 (.2). |
| 03/19/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/19/04 (.2). |
| 03/19/04 | EI | 780.00 | 1.00 | Memo re: Libby. |
| 03/19/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI. |
| 03/22/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 03/22/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic papers, pleadings and correspondence received 3/22/04 (.2). |
| 03/22/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT |

{D0021122:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/23/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/23/04 (.1). |
| 03/24/04 | PVL | 685.00 | 0.10 | Review EI memo re hearing. |
| 03/24/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/24/04 (.1). |
| 03/25/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/25/04 (.2). |
| 03/26/04 | JWD | 520.00 | 2.60 | Review filings for week of 3/22 |
| 03/26/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/26/04 (.2). |
| 03/29/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 03/29/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/29/04 (.2). |
| 03/29/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 03/30/04 | PVL | 685.00 | 0.20 | Review 15 miscellaneous filings. |
| 03/30/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/30/04 (.2). |
| 03/30/04 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 03/31/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/31/04 (.2). |

**Total Task Code .04      21.70**

{D0021122:1 }

Case 01-01139-AMC    Doc 5509-1    Filed 04/30/04    Page 5 of 11

- 5 -

**Committee, Creditors', Noteholders' or Equity Holders'(.30 Hours; $ 234.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $780 | 234.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/29/04 | EI | 780.00 | 0.20 | T/c David Bernick re: appointment of futures rep. |
| 03/30/04 | EI | 780.00 | 0.10 | Report to Committee on Bernick call. |

**Total Task Code .07      .30**

**Employee Benefits/Pension (.40 Hours; $ 302.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $780 | 234.00 |
| Peter Van N. Lockwood | .10 | $685 | 68.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/13/04 | PVL | 685.00 | 0.10 | Review prop. LTIP and LTC analysis. |
| 03/15/04 | EI | 780.00 | 0.30 | Report to Committee on Long Term Incentive Plan. |

**Total Task Code .08      .40**

**Fee Applications, Applicant (2.80 Hours; $ 727.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.30 | $375 | 487.50 |
| Andrew D. Katznelson | 1.50 | $160 | 240.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/12/04 | RCT | 375.00 | 0.20 | Review upcoming fee schedules with ADK. |

{D0021122:1 }

Case 01-01139-AMC    Doc 5509-1    Filed 04/30/04    Page 6 of 11

- 6 -

| 03/15/04 | RCT | 375.00 | 0.10 | Conference with EI re: Weitz' fee app. |
| --- | --- | --- | --- | --- |
| 03/18/04 | RCT | 375.00 | 0.50 | Draft letter to Perry Weitz re: fees. |
| 03/24/04 | RCT | 375.00 | 0.50 | Review final fee application. |
| 03/24/04 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 03/25/04 | ADK | 160.00 | 0.50 | Worked on Fee Application. |

**Total Task Code .12**           **2.80**


**Fee Applications, Others (.20 Hours; $ 137.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | .20 | $685 | 137.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 03/03/04 | PVL | 685.00 | 0.10 | Review 4 fee applications. |
| 03/03/04 | PVL | 685.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13**           **.20**


**Hearings (2.50 Hours; $ 1,950.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | 2.50 | $780 | 1,950.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 03/19/04 | EI | 780.00 | 0.30 | Prep for hearings and t/c M. Hurford. [Total time of 1.5 hours divided among 5 Delaware cases.] |
| 03/22/04 | EI | 780.00 | 1.80 | Reviewed agendas (.4); conf JWD/RER/Hurford/Eskin re: prep (.8). [Total time of |

{D0021122:1 }

| Date | Empl | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | | | 1.2 divided among 4 cases.]  Hearing in Wilmington (1.5) |
| 03/23/04 | EI | 780.00 | 0.40 | Edited report to Committee on hearing (.2); t/c Daily Deal re: result (.2). |

**Total Task Code .15        2.50**

**Litigation and Litigation Consulting (24.40 Hours; $ 10,296.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $780 | 156.00 |
| Peter Van N. Lockwood | 1.20 | $685 | 822.00 |
| Walter B. Slocombe | 4.80 | $560 | 2,688.00 |
| Albert G. Lauber | .40 | $540 | 216.00 |
| Nathan D. Finch | 12.70 | $440 | 5,588.00 |
| Brian A. Skretny | .10 | $265 | 26.50 |
| Andrew D. Katznelson | 5.00 | $160 | 800.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/04 | NDF | 440.00 | 0.50 | T/c Jan Baer and Jeff Posner re: insurance assets (.5). |
| 03/04/04 | PVL | 685.00 | 0.10 | Review DK Acq. suppl. app. re recusal. |
| 03/04/04 | EI | 780.00 | 0.20 | Reviewed exclusivity opp. |
| 03/04/04 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for EI re: Wolin Recusal Appeal. |
| 03/06/04 | PVL | 685.00 | 0.50 | Review DK Acq. recusal brief. |
| 03/07/04 | NDF | 440.00 | 3.50 | Work on response to Grace Movants petition to recuse Wolin (3.5). |
| 03/08/04 | NDF | 440.00 | 4.50 | Work on response to Grace Movants petition to recuse Wolin (4.5). |
| 03/08/04 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for EI Re: Wolin Recusal Appeal. |
| 03/09/04 | NDF | 440.00 | 4.00 | Work on response to Grace petitioners brief in Wolin recusal matter (4.0) |

{D0021122:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 03/10/04 | PVL | 685.00 | 0.20 | Review draft ACC response re recusal. |
| 03/11/04 | BAS | 265.00 | 0.10 | All hands meeting (.1). |
| 03/12/04 | ADK | 160.00 | 0.50 | Review classify and annotate relevant material for EI re: Wolin Recusal Appeal. |
| 03/13/04 | PVL | 685.00 | 0.40 | Review Grace recusal brief. |
| 03/15/04 | WBS | 560.00 | 3.80 | Conference PVNL re status of pending matters, including Sealed Air Settlement, Libby issue, process points (.5), e-mails with Marla Eskin re status, contacts to be made with other counsel (.2); rev recent filings and pending matters, including draft opp to ext of exclusivity, Libby options, impact of Sealed Air Settlement on plan issues, filings re procedures for estimation (3.1). |
| 03/16/04 | AGL | 540.00 | 0.20 | Review pending orders and motions. |
| 03/16/04 | WBS | 560.00 | 0.60 | Review of filings re estimation/validity issues. |
| 03/16/04 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material from Third Circuit Woiln Appeal for EI. |
| 03/18/04 | AGL | 540.00 | 0.20 | Review pending orders and motions and status report. |
| 03/18/04 | ADK | 160.00 | 1.00 | Review, classify and annotate relevant material from Third Circuit Wolin Appeal for EI. |
| 03/19/04 | WBS | 560.00 | 0.20 | Telephone conference Marla Eskin re status/e-mail to EI and others, plans to follow up. |
| 03/19/04 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material from Third Circuit Wolin Appeal for EI. |
| 03/23/04 | NDF | 440.00 | 0.20 | Read EI report to Committee re: exclusivity (.2). |
| 03/25/04 | ADK | 160.00 | 0.50 | Organized Third Circuit Appeal court documents for EI and NDF. |
| 03/26/04 | ADK | 160.00 | 1.00 | Organized Third Circuit Appeal court documents for EI and NDF. |
| 03/31/04 | WBS | 560.00 | 0.20 | Rev filing on exclusivity/note to PVNL re Zonolite. |

**Total Task Code .16     24.40**

{D0021122:1 }

**Plan & Disclosure Statement (10.60 Hours; $ 5,710.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.20 | $685 | 822.00 |
| Julie W. Davis | 9.40 | $520 | 4,888.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/04 | PVL | 685.00 | 0.70 | Teleconference JWD re Libby draft memo re draft TDP. |
| 03/05/04 | PVL | 685.00 | 0.10 | Review draft excl. oppo. |
| 03/09/04 | JWD | 520.00 | 4.00 | Conference call with EI, J. Cooney re treatment of Libby claims (1.1); draft proposal re same (1.5); draft memo re proposal (.9); telephone conference with R. Budd re same (.5) |
| 03/11/04 | JWD | 520.00 | 0.50 | Conference with EI, PVNL re Libby claims |
| 03/13/04 | PVL | 685.00 | 0.10 | Review draft Libby TDP. |
| 03/16/04 | JWD | 520.00 | 1.10 | Conference call re Libby claimants |
| 03/18/04 | PVL | 685.00 | 0.10 | Review prop. TDP re Libby claims. |
| 03/19/04 | PVL | 685.00 | 0.20 | Review EI memos to Budd et al re TDP (.1); review excl. reply (.1). |
| 03/22/04 | JWD | 520.00 | 1.10 | Prepare for and attend hearing |
| 03/23/04 | JWD | 520.00 | 1.90 | Draft report to ACC re 3/22 hearings |
| 03/25/04 | JWD | 520.00 | 0.80 | Revise, edit memos re 3/22 hearing |

**Total Task Code .17**     **10.60**

**Travel – Non Working (.80 Hours; $ 312.00)**

{D0021122:1 }

- 10 -

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $390 | 312.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/22/04 | EI | 390.00 | 0.80 | Travel time from NY to Wilmington with train delay (7:15 am - 9:30 am)(1.3); return to NY (6:00 pm - 8:00 pm)(2.0). [Total travel time of 3.3 hours divided among 4 cases.] |

**Total Task Code .21**       .80

{D0021122:1 }

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $2.36 |
| Research Material | $243.39 |
| Air & Train Transportation | $51.25 |
| Local Transporation - NY | $5.25 |
| Xeroxing | $126.15 |
| Postage | $0.37 |
| Telecopier/Equitrac | $18.75 |
| Long Distance-Equitrac In-House | $10.75 |

Total    $ 458.27

{D0021122:1 }