**EXHIBIT B**

**Case Administration (21.7Hours; $ 8,918.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        21.7**


**Committee, Creditors', Noteholders' or equity Holders' (.3 Hours; $ 234.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.


**Total Task Code .07         .3**


**Employee Benefits/Pension (.4 Hours; $ 302.50)**

      Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08         .4**


**Fee Applications, Applicant (2.8 Hours; $ 727.50)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12         2.8**


**Fee Applications, Others (.2 Hours; $ 137.00)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13         .2**

- 2 -

**Hearings (2.5 Hours; $ 1,950.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          2.5**

**Litigation and Litigation Consulting (24.4 Hours; $ 10,296.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          24.4**

**Plan and Disclosure Statement (10.6 Hours; $ 5,710.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          10.6**

**Travel Non Working (.8 Hours; $ 312.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          .8**

{D0021123:1 }