**EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $2.36 |
| Research Material | $243.39 |
| Air & Train Transportation | $51.25 |
| Local Transporation - NY | $5.25 |
| Xeroxing | $126.15 |
| Postage | $0.37 |
| Telecopier/Equitrac | $18.75 |
| Long Distance-Equitrac In-House | $10.75 |
| Total | $ 458.27 |

{D0021124:1 }