```
Client Number:   4642                 Grace Asbestos Personal Injury Claimants                              Page:    1
Matter      000                       Disbursements                                                       4/14/2004
                                                                                                   Print Date/Time:
                                                                                                         04/14/2004
                                                                                                         11:23:59AM
Attn:                                                                                              Invoice #

                                              PREBILL  / CONTROL  REPORT
                                                     Trans Date Range:   1/1/1950  to: 3/31/2004

Matter      000
Disbursements
Bill Cycle:         Monthly              Style:        i1         Start:    4/16/2001
                                                           Last Billed : 3/26/2004                        13,655
```

Trust Amount Available

```
                        Total Expenses Billed To Date         $237,344.93

                                                      Billing Empl:      0120     Elihu Inselbuch
                                                      Responsible Empl:  0120     Elihu Inselbuch
                                                      Alternate Empl:    0120     Elihu Inselbuch
                                                      Originating Empl:  0120     Elihu Inselbuch
```

**Summary  by Employee**

| Empl | Initials | Name | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| | | | Hours | Amount | Hours | Amount |
| 0120 | EI  | Elihu Inselbuch     | 0.00 | 82.61  | 0.00 | 53.61  |
| 0138 | BAS | Brian A. Skretny    | 0.00 | 0.15   | 0.00 | 0.15   |
| 0187 | NDF | Nathan D. Finch     | 0.00 | 14.00  | 0.00 | 0.00   |
| 0232 | LK  | Lauren Karastergiou | 0.00 | 2.70   | 0.00 | 2.70   |
| 0234 | RET | Rita E Tower        | 0.00 | 14.25  | 0.00 | 14.25  |
| 0238 | SLG | Stacey L Gandy      | 0.00 | 68.25  | 0.00 | 68.25  |
| 0999 | C&D | Caplin &. Drysdale  | 0.00 | 319.31 | 0.00 | 319.31 |
| | | | **0.00** | **501.27** | **0.00** | **458.27** |

**Total Fees**

**Summary  by Employee**

| Empl | Initials | Name | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| | | | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1607255 | Photocopy                                 | E | 03/01/2004 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 0.90 |
| 1607827 | Photocopy                                 | E | 03/03/2004 | 0238 | SLG | 0.00 | | $0.60 | 0.00 | | $0.60 | 1.50 |
| 1608392 | Photocopy                                 | E | 03/04/2004 | 0999 | C&D | 0.00 | | $3.75 | 0.00 | | $3.75 | 5.25 |
| 1608619 | Equitrac - Long Distance to 8054993572    | E | 03/05/2004 | 0999 | C&D | 0.00 | | $1.64 | 0.00 | | $1.64 | 6.89 |
| 1609364 | Photocopy                                 | E | 03/08/2004 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 7.79 |
| 1609378 | Photocopy                                 | E | 03/08/2004 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 8.69 |
| 1609380 | Photocopy                                 | E | 03/08/2004 | 0999 | C&D | 0.00 | | $1.80 | 0.00 | | $1.80 | 10.49 |
| 1609382 | Photocopy                                 | E | 03/08/2004 | 0999 | C&D | 0.00 | | $1.20 | 0.00 | | $1.20 | 11.69 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                          Page:    1
Matter      000                   Disbursements                                                                                   4/14/2004
                                                                                                                         Print Date/Time:
                                                                                                                             04/14/2004
                                                                                                                             11:23:59AM
Attn:                                                                                                                            Invoice #
```

| ID | Description | | Date | Code | Init | | Amount | | Amount | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 1609383 | Photocopy | E | 03/08/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 12.59 |
| 1609893 | Equitrac - Long Distance to 2123199240 | E | 03/09/2004 | 0999 | C&D | 0.00 | $2.79 | 0.00 | $2.79 | 15.38 |
| 1609894 | Equitrac - Long Distance to 3122366166 | E | 03/09/2004 | 0999 | C&D | 0.00 | $3.08 | 0.00 | $3.08 | 18.46 |
| 1610120 | Photocopy | E | 03/09/2004 | 0238 | SLG | 0.00 | $0.45 | 0.00 | $0.45 | 18.91 |
| 1610122 | Photocopy | E | 03/09/2004 | 0238 | SLG | 0.00 | $13.65 | 0.00 | $13.65 | 32.56 |
| 1610747 | Federal Express to Lauren Przybylek from EI on 2/25 | E | 03/11/2004 | 0120 | EI | 0.00 | $2.36 | 0.00 | $2.36 | 34.92 |
| 1611130 | Equitrac - Long Distance to 2123139307 | E | 03/11/2004 | 0999 | C&D | 0.00 | $1.38 | 0.00 | $1.38 | 36.30 |
| 1613413 | Photocopy | E | 03/12/2004 | 0234 | RET | 0.00 | $14.25 | 0.00 | $14.25 | 50.55 |
| 1613623 | Photocopy | E | 03/15/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51.45 |
| 1613635 | Photocopy | E | 03/15/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 52.35 |
| 1613693 | Photocopy | E | 03/15/2004 | 0232 | LK | 0.00 | $2.70 | 0.00 | $2.70 | 55.05 |
| 1613772 | Research Material - Pacer Service Center searches for the period October 1, 2003 - December 31, 2003 | E | 03/15/2004 | 0999 | C&D | 0.00 | $243.39 | 0.00 | $243.39 | 298.44 |
| 1613030 | Equitrac - Long Distance to 2123198798 | E | 03/15/2004 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 298.58 |
| 1614211 | Photocopy | E | 03/16/2004 | 0238 | SLG | 0.00 | $14.70 | 0.00 | $14.70 | 313.28 |
| 1614620 | Photocopy | E | 03/17/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 313.88 |
| 1615465 | Photocopy | E | 03/18/2004 | 0238 | SLG | 0.00 | $8.40 | 0.00 | $8.40 | 322.28 |
| 1615843 | Fax Transmission to 12123440994 | E | 03/19/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 322.58 |
| 1615906 | Photocopy | E | 03/19/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 324.38 |
| 1615949 | Photocopy | E | 03/19/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 324.68 |
| 1615950 | Photocopy | E | 03/19/2004 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 325.88 |
| 1616349 | Petty Cash  Late night working dinner for NDF and SRB on 3/8 | E | 03/23/2004 | 0187 | NDF | 0.00 | $14.00 | 0.00 | $0.00 | 325.88 |
| 1616598 | Fax Transmission to 12145239157 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 326.18 |
| 1616600 | Fax Transmission to 12145239157 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 326.33 |
| 1616605 | Fax Transmission to 12145239158 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 326.93 |
| 1616606 | Fax Transmission to 12145239157 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 327.08 |
| 1616609 | Fax Transmission to 12148248100 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 327.68 |
| 1616612 | Fax Transmission to 12145991171 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 328.28 |
| 1616614 | Fax Transmission to 17136501400 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 328.88 |
| 1616616 | Fax Transmission to 13125516759 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 329.48 |
| 1616618 | Fax Transmission to 18432169290 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 330.08 |
| 1616627 | Fax Transmission to 14067527124 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 330.68 |
| 1616628 | Fax Transmission to 13026565875 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 331.28 |
| 1616629 | Fax Transmission to 15108354913 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 331.88 |
| 1616630 | Fax Transmission to 12165750799 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 332.48 |
| 1616631 | Fax Transmission to 13053796222 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 333.23 |
| 1616632 | Fax Transmission to 14124718308 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 333.83 |
| 1616633 | Fax Transmission to 12123440994 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 334.43 |
| 1616634 | Fax Transmission to 16179510679 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 335.03 |
| 1616635 | Fax Transmission to 18432169450 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 335.63 |
| 1616636 | Fax Transmission to 12123445461 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 336.23 |
| 1616637 | Fax Transmission to 13024269947 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 336.38 |
| 1616638 | Fax Transmission to 14122615066 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 336.53 |
| 1616639 | Fax Transmission to 14122615066 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 336.68 |
| 1616640 | Fax Transmission to 14122615066 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 336.98 |
| 1616641 | Fax Transmission to 13024269947 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 337.43 |
| 1616642 | Fax Transmission to 12145239159 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 338.03 |
| 1616772 | Photocopy | E | 03/23/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 339.83 |
| 1616777 | Photocopy | E | 03/23/2004 | 0238 | SLG | 0.00 | $5.10 | 0.00 | $5.10 | 344.93 |
| 1617715 | Equitrac - Long Distance to 8054993572 | E | 03/25/2004 | 0999 | C&D | 0.00 | $0.66 | 0.00 | $0.66 | 345.59 |
| 1617906 | Photocopy | E | 03/25/2004 | 0999 | C&D | 0.00 | $17.25 | 0.00 | $17.25 | 362.84 |
| 1617947 | Photocopy | E | 03/25/2004 | 0238 | SLG | 0.00 | $24.30 | 0.00 | $24.30 | 387.14 |
| 1618227 | EI train from NY to Wilmington $164.00 (coach 106.00) and train from Wilmington to NY $157.00 (coach 99.00) on 3/22 (Split Grace, Owens, USG & Kairser) | E | 03/25/2004 | 0120 | EI | 0.00 | $80.25 | 0.00 | $51.25 | 438.39 |
| 1619537 | Photocopy | E | 03/29/2004 | 0138 | BAS | 0.00 | $0.15 | 0.00 | $0.15 | 438.54 |
| 1619574 | Photocopy | E | 03/29/2004 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 439.14 |
| 1620745 | Equitrac - Long Distance to 4152478300 | E | 03/30/2004 | 0999 | C&D | 0.00 | $1.06 | 0.00 | $1.06 | 440.20 |
| 1620919 | Fax Transmission to 12145239159 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 440.50 |
| 1620920 | Fax Transmission to 12145239157 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 440.80 |
| 1620921 | Fax Transmission to 12145239158 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 441.10 |
| 1620922 | Fax Transmission to 12145991171 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 441.40 |
| 1620923 | Fax Transmission to 17136501400 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 441.70 |
| 1620925 | Fax Transmission to 13125516759 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 442.00 |
| 1620926 | Fax Transmission to 18432169290 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 442.30 |
| 1620927 | Fax Transmission to 12148248100 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 442.75 |
| 1620928 | Fax Transmission to 14067527124 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 443.05 |
| 1620929 | Fax Transmission to 13026565875 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 443.35 |
| 1620930 | Fax Transmission to 15108354913 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 443.65 |

| Client Number: | 4642 | **Grace Asbestos Personal Injury Claimants** | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | **Disbursements** | | | | | | | | 4/14/2004 |

Print Date/Time:
04/14/2004
11:23:59AM

Attn:                                                                                                                                                Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1620931 | Fax Transmission to 12165750799 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 443.95 |
| 1620932 | Fax Transmission to 13053796222 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 444.40 |
| 1620933 | Fax Transmission to 14124718308 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 444.70 |
| 1620934 | Fax Transmission to 12123440994 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 445.00 |
| 1620935 | Fax Transmission to 12123445461 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 445.15 |
| 1620936 | Fax Transmission to 16179510679 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 445.45 |
| 1620937 | Fax Transmission to 12123445461 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 445.60 |
| 1620938 | Fax Transmission to 18432169450 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 445.90 |
| 1620939 | Fax Transmission to 13024269947 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 446.05 |
| 1620940 | Fax Transmission to 14122615066 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 446.20 |
| 1620941 | Fax Transmission to 13024269947 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 446.35 |
| 1620942 | Fax Transmission to 14122615066 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 446.50 |
| 1621018 | Photocopy | E | 03/30/2004 | 0999 | C&D | 0.00 | $5.70 | 0.00 | $5.70 | 452.20 |
| 1621049 | Photocopy | E | 03/30/2004 | 0238 | SLG | 0.00 | $0.45 | 0.00 | $0.45 | 452.65 |
| 1622201 | Postage from New York Office for March 2004 | E | 03/31/2004 | 0999 | C&D | 0.00 | $0.37 | 0.00 | $0.37 | 453.02 |
| 1618875 | Local Transporation - NY - EI trip to Wilmington on 3/22 for recusal argument in 3rd Circuit Court NYO PC JE#26 | E | 03/31/2004 | 0999 | C&D | 0.00 | $5.25 | 0.00 | $5.25 | 458.27 |

**Total Expenses**                                                                                           0.00            $501.27            0.00            $458.27


Matter Total Fees                                                                                                 0.00                              0.00

Matter Total Expenses                                                                                           501.27                          458.27

Matter Total                                                                            0.00                  501.27              0.00          458.27


Prebill Total Fees

Prebill Total Expenses                                                                                         $501.27                        $458.27

Prebill Total                                                                           0.00                  $501.27              0.00        $458.27


**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,258 | 07/25/2003 | 8,561.00 | 1,712.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,620 | 08/28/2003 | 9,498.50 | 365.00 |

```
Client Number:    4642           Grace Asbestos Personal Injury Claimants                         Page:    1
Matter       000                 Disbursements                                                 4/14/2004
                                                                                        Print Date/Time:
                                                                                              04/14/2004
Attn:                                                                                         11:23:59AM
42,639          08/28/2003               1,935.50              387.10                          Invoice #
42,905          09/29/2003               6,967.25            1,393.45
42,954          09/29/2003               3,733.00              746.60
43,207          10/28/2003               9,661.00            1,932.20
43,234          10/14/2003               1,845.50              369.10
43,556          11/20/2003              22,649.50            4,529.90
43,557          11/20/2003               5,865.50            1,173.10
43,916          12/29/2003               1,191.00              238.20
43,917          12/29/2003              22,939.00            4,587.80
44,174          01/23/2004              17,186.00            3,437.20
44,175          01/23/2004                 476.00               95.20
44,595          02/26/2004               7,367.50            1,473.50
44,882          03/26/2004              18,711.91           18,711.91
                                     1,346,885.41          241,137.35
```