```
Date: 04/21/04              Legal Analysis Systems, Inc.
Time: 8:00am                                                               Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 03/01/04  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2       75.00
 #4301     read Rand asbestos report                          375.00

 03/02/04  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4      240.00
 #4102     review and develop arguments re: Rand report (.3); 600.00
           telephone Relles (.1) re: Rand report

 03/02/04  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2       75.00
 #4305     read Rand asbestos report                          375.00

 03/02/04  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1       37.50
 #4306     telephone Peterson re: Rand asbestos report; write 375.00
           email to Jim Hammitt re: review of Rand asbestos
           report

 03/03/04  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2      120.00
 #4104     review Rand report; telephone Finch re: report    600.00

 03/04/04  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5      300.00
 #4106     review Rand report and develop analyses to critique 600.00
           Rand report (.4); telephone Relles re: report (.1)

 03/04/04  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1       37.50
 #4309     telephone Peterson re: discuss Rand report, analyses 375.00
           related to its review

 03/05/04  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4      240.00
 #4107     work on review of Rand report (.3); telephone Relles 600.00
           (.1) re: same

 03/07/04  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2      120.00
 #4108     work on review of Rand report                    600.00

 03/08/04  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2      120.00
 #4110     work on review of Rand report                    600.00

 03/08/04  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1       37.50
 #4312     frequency of mention of firms in various SICs    375.00

 03/09/04  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1       37.50
 #4314     read Rand ICJ report on asbestos liability       375.00
```

{D0020977:1 }

```
Date: 04/21/04              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 2

                  W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/10/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6    360.00
 #4111     work on review of Rand report; review data compiled    600.00
           to address Rand issues

 03/10/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1     37.50
 #4315     email correspondence with Rand report reviewers       375.00

 03/10/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1     37.50
 #4316     build transition matrices for review of Rand report   375.00

 03/11/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7    420.00
 #4112     work on review of Rand report; review data compiled    600.00
           to address Rand issues

 03/11/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3    112.50
 #4317     read Rand ICJ report on asbestos liability            375.00

 03/12/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.8    480.00
 #4115     analysis and review of Rand report and issues         600.00

 03/13/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.1    660.00
 #4116     analysis and review of Rand report and issues (1.0);   600.00
           telephone Relles (.1) re: same

 03/13/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    150.00
 #4318     write introductory section to review of ICJ report    375.00
           (.3); telephone Peterson (.1) re: structure of
           review

 03/14/04  Brelsford / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1     20.00
 #4801     telephone Relles re: developing commented document    200.00
           to respond to draft Rand report

 03/14/04  Brelsford / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3     60.00
 #4802     format commented document reviewing Rand report       200.00

 03/14/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6    960.00
 #4118     analysis and review of Rand report and issues (1.5);   600.00
           telephone Relles (.1) re: same

 03/14/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6    225.00
 #4319     telephone Peterson re: review of ICJ report (.1);     375.00
           read and revise Peterson review of ICJ report (.5)
```

{D0020977:1 }

```
Date: 04/21/04            Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 3

                     W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 03/15/04  Brelsford / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3    60.00
 #4804     format commented document reviewing Rand report    200.00

 03/15/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.4   840.00
 #4119     analysis and review of Rand report and issues     600.00

 03/15/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6   225.00
 #4322     revise and edit Peterson review of ICJ report;    375.00
           produce final documents

 03/17/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    60.00
 #4122     miscellaneous telephone calls with Relles re: ICJ   600.00
           report, graphics and analysis for Friday meeting
           with insulator union heads

 03/17/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    37.50
 #4325     search through earlier reports re: Navigant decrease 375.00
           in liability estimates

 03/17/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    37.50
 #4326     miscellaneous telephone calls with Peterson re: ICJ  375.00
           report, graphics and analysis for Friday meeting
           with insulator union heads

 03/18/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2   120.00
 #4127     review CBO analyses of costs of compensating victims 600.00
           through alternative claims procedures

 03/18/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    60.00
 #4128     telephone Relles re: results of Inselbuch         600.00
           conversation, status of ICJ paper

 03/18/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    37.50
 #4330     telephone Peterson re: results of Inselbuch       375.00
           conversation, status of ICJ paper

 03/24/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    60.00
 #4136     telephone Relles re: CBO report                   600.00

 03/24/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    37.50
 #4339     telephone Peterson re: CBO report                 375.00

 03/25/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6   360.00
 #4137     review CBO documents and work on analysis in      600.00
           response
```

{D0020977:1 }

```
Date: 04/21/04              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 4

                       W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/25/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    75.00
 #4340     read CBO report, outline possible simulation study    375.00

 03/26/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    60.00
 #4138     telephone Relles (several) re: CBO analysis of costs  600.00
           of compensating asbestos victims

 03/26/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    37.50
 #4341     telephone Peterson re: CBO report, simulation study   375.00

 03/26/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    37.50
 #4342     telephone Peterson re: CBO report                     375.00

 03/29/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    75.00
 #4347     build tables and summaries to indicate why CBO is     375.00
           far off in their determination of pending claims

 03/31/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    37.50
 #4348     telephone Peterson re: CBO uncertainties report;      375.00
           develop briefing slides on CBO uncertainties
```

{D0020977:1 }

```
Date: 04/21/04              Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 5

                      W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
03/01/04   Peterson  / (16) Plan and Disclosure Statement        0.6      360.00
#4101      work on analysis of current payments for claims    600.00
           (.5); telephone Relles (.1) re: same

03/01/04   Relles    / (16) Plan and Disclosure Statement        0.1       37.50
#4302      read Peterson memo on S.1125                       375.00

03/01/04   Relles    / (16) Plan and Disclosure Statement        0.1       37.50
#4303      telephone Peterson re: S.1125 memo                 375.00

03/01/04   Relles    / (16) Plan and Disclosure Statement        0.2       75.00
#4304      run sensitivity computations for Peterson memo     375.00

03/02/04   Peterson  / (16) Plan and Disclosure Statement        0.2      120.00
#4103      review documents re: alternative process for paying 600.00
           claims

03/02/04   Relles    / (16) Plan and Disclosure Statement        0.2       75.00
#4307      examine specific attorney payments relative to     375.00
           general levels of payment

03/03/04   Peterson  / (16) Plan and Disclosure Statement        0.4      240.00
#4105      complete and review memo on tort and trust         600.00
           compensation

03/03/04   Relles    / (16) Plan and Disclosure Statement        0.2       75.00
#4308      examine specific attorney payments relative to     375.00
           general levels of payment

03/05/04   Relles    / (16) Plan and Disclosure Statement        0.1       37.50
#4310      telephone Peterson re: review Manville summary     375.00
           tables

03/08/04   Peterson  / (16) Plan and Disclosure Statement        0.4      240.00
#4109      work on documents and analysis re: S.1125          600.00

03/08/04   Relles    / (16) Plan and Disclosure Statement        0.1       37.50
#4311      filings against Manville vs defendants in the tort 375.00
           system

03/09/04   Relles    / (16) Plan and Disclosure Statement        0.1       37.50
#4313      look for punitive damages information              375.00

03/12/04   Peterson  / (16) Plan and Disclosure Statement        0.1       60.00
#4113      review documents and arguments about alternative   600.00
           methods for compensating asbestos claims
```

{D0020977:1 }

```
Date: 04/21/04             Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 6

                       W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE  AMOUNT
------------------------------------------------------------------------------
03/12/04   Peterson  / (16) Plan and Disclosure Statement       0.2     120.00
#4114      telephone various lawyers about alternative methods 600.00
           for compensating asbestos claimants

03/13/04   Peterson  / (16) Plan and Disclosure Statement       0.2     120.00
#4117      prepare analysis of percent of money by disease     600.00
           categories for asbestos trusts; telephone Finch re:
           analysis

03/16/04   Peterson  / (16) Plan and Disclosure Statement       0.4     240.00
#4120      review all documents re: costs of claims            600.00

03/16/04   Peterson  / (16) Plan and Disclosure Statement       0.1      60.00
#4121      telephone Relles re: collecting documents re: costs 600.00
           of claims

03/16/04   Relles    / (16) Plan and Disclosure Statement       0.1      37.50
#4323      go through all memos distributed in estimating total 375.00
           cost of asbestos litigation, send list to Peterson

03/16/04   Relles    / (16) Plan and Disclosure Statement       0.1      37.50
#4324      telephone Peterson re: collecting documents re:     375.00
           costs of claims

03/17/04   Peterson  / (16) Plan and Disclosure Statement       0.2     120.00
#4123      telephone Taylor; Forscey; Inselbuch & Finch all re: 600.00
           changes in methods for compensating asbestos claims

03/17/04   Peterson  / (16) Plan and Disclosure Statement       0.5     300.00
#4124      review and revise memo re: payments to asbestos     600.00
           claimants in tort and through trust process

03/17/04   Peterson  / (16) Plan and Disclosure Statement       0.1      60.00
#4125      review arguments about costs of alternative claims  600.00
           processes

03/18/04   Peterson  / (16) Plan and Disclosure Statement       0.4     240.00
#4126      correspondence with Taylor; locate and send         600.00
           documents about qualification for payments under
           claims criteria

03/18/04   Relles    / (16) Plan and Disclosure Statement       0.2      75.00
#4327      read and comment on Peterson memo to Inselbuch about 375.00
           average settlements
```

{D0020977:1 }

```
Date: 04/21/04            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 7

                    W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/18/04   Relles    / (16) Plan and Disclosure Statement      0.1       37.50
 #4328      revise and send attorney settlement values memo   375.00

 03/18/04   Relles    / (16) Plan and Disclosure Statement      0.1       37.50
 #4329      prepare materials for Palm Springs meeting        375.00

 03/19/04   Peterson  / (16) Plan and Disclosure Statement      0.3      180.00
 #4129      meet with Relles to prepare for meeting with      600.00
            representatives of Insulators' Union

 03/19/04   Peterson  / (16) Plan and Disclosure Statement      0.2      120.00
 #4130      lunch meeting with Insulators' Union re:          600.00
            compensating asbestos victims

 03/19/04   Peterson  / (16) Plan and Disclosure Statement      0.3      180.00
 #4131      meet with Relles re: planning for further work for 600.00
            Insulators' Union

 03/19/04   Peterson  / (16) Plan and Disclosure Statement      0.1       60.00
 #4132      review description of current asbestos litigation 600.00
            processes

 03/19/04   Relles    / (16) Plan and Disclosure Statement      0.3      112.50
 #4331      meet with Peterson to prepare for Insulators' Union 375.00
            meeting

 03/19/04   Relles    / (16) Plan and Disclosure Statement      0.2       75.00
 #4332      meet with Insulator's Union                       375.00

 03/19/04   Relles    / (16) Plan and Disclosure Statement      0.3      112.50
 #4333      meet with Peterson re: Insulators' Union follow-up 375.00
            work

 03/21/04   Peterson  / (16) Plan and Disclosure Statement      0.2      120.00
 #4133      review payments for various categories in trust   600.00
            distribution procedures

 03/21/04   Relles    / (16) Plan and Disclosure Statement      0.2       75.00
 #4334      sort through old TDP runs for 6 defendants;       375.00
            summarize percentage by disease; send to Peterson

 03/22/04   Peterson  / (16) Plan and Disclosure Statement      0.3      180.00
 #4134      telephone Forscey, Finch re: analysis of          600.00
            distributions of payments by Trust TDPs; re:
            analyses of exposures and payments
```

{D0020977:1 }

```
Date: 04/21/04              Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 8

                   W. R. Grace (continued)


Date/Slip#  Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
03/22/04    Peterson  / (16) Plan and Disclosure Statement      0.1     60.00
#4135       telephone Relles re: analysis of distributions of 600.00
            payments by Trust TDPs; re: analyses of exposures
            and payments

03/22/04    Relles    / (16) Plan and Disclosure Statement      0.1     37.50
#4335       update and send memos to Inselbuch and Finch      375.00

03/22/04    Relles    / (16) Plan and Disclosure Statement      0.1     37.50
#4336       correspondence with Finch, update disease         375.00
            distribution for all TDPs run

03/22/04    Relles    / (16) Plan and Disclosure Statement      0.1     37.50
#4337       telephone Peterson re: discuss analysis of recent 375.00
            exposures, discuss status of TDP analysis

03/24/04    Relles    / (16) Plan and Disclosure Statement      0.1     37.50
#4338       telephone Finch re: statistical issues in upcoming 375.00
            deposition

03/27/04    Peterson  / (16) Plan and Disclosure Statement      0.5    300.00
#4139       work on analysis of costs of compensating asbestos 600.00
            victims

03/27/04    Relles    / (16) Plan and Disclosure Statement      0.3    112.50
#4343       determine number of unresolved claimants against  375.00
            bankruptcy defendants and Manville

03/29/04    Peterson  / (16) Plan and Disclosure Statement      0.6    360.00
#4140       work on analysis of alternative methods for       600.00
            compensation asbestos claims (.5); telephone Relles
            (.1) re: same

03/30/04    Peterson  / (16) Plan and Disclosure Statement      0.8    480.00
#4141       work on analysis of costs under alternative methods 600.00
            for compensating asbestos victims

03/31/04    Peterson  / (16) Plan and Disclosure Statement      0.6    360.00
#4142       work on analysis of costs under alternative methods 600.00
            for compensating asbestos victims (.5); telephone
            Relles (.1) re: uncertainties report
```

```
Date: 04/21/04            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 9

                    W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/14/04  Relles    / (28) Data Analysis                      0.1     37.50
 #4320     telephone Brelsford re: developing review document 375.00
           from Peterson rough notes

 03/15/04  Brelsford / (28) Data Analysis                      0.1     20.00
 #4803     telephone Relles re: developing review document from 200.00
           Peterson rough notes

 03/15/04  Relles    / (28) Data Analysis                      0.1     37.50
 #4321     telephone Brelsford re: developing review document 375.00

 03/25/04  Brelsford / (28) Data Analysis                      0.1     20.00
 #4805     update commented documents                        200.00

 03/29/04  Relles    / (28) Data Analysis                      0.4    150.00
 #4344     build datasets based on ten defendants' data:      375.00
           extract social security numbers, names, and numbers
           of open claims

 03/29/04  Relles    / (28) Data Analysis                      0.2     75.00
 #4345     link defendants' datasets, check output, eliminate 375.00
           inconsistencies

 03/29/04  Relles    / (28) Data Analysis                      0.1     37.50
 #4346     telephone Peterson re: results of linking          375.00
           defendants' data, produce analysis tables

-------------------------------------------------------------------------------
```

{D0020977:1 }

```
Date: 04/21/04              Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 10

                       W. R. Grace (continued)

               Summary Of Time Charges, By Month and Activity
                         March 2004 - March 2004

  MONTH        ACTIVITY                                      HOURS     AMOUNT
  ----------------------------------------------------------------------------
  March      - (05) Claims Anal Objectn/Resolutn (Asbest)     14.0    7220.00
  March      - (16) Plan and Disclosure Statement             11.2    5955.00
  March      - (28) Data Analysis                              1.1     377.50
  March      - (99) Total                                     26.3   13552.50

  Total      - (05) Claims Anal Objectn/Resolutn (Asbest)     14.0    7220.00
  Total      - (16) Plan and Disclosure Statement             11.2    5955.00
  Total      - (28) Data Analysis                              1.1     377.50
  Total      - (99) Total                                     26.3   13552.50


------------------------------------------------------------------------------
```

{D0020977:1 }

```
Date: 04/21/04            Legal Analysis Systems, Inc.
Time: 8:00am                                                      Page 11

                      W. R. Grace (continued)

             Summary Of Time Charges, By Month and Person
                       March 2004 - March 2004

   MONTH       PERSON                                    HOURS     AMOUNT
   -----------------------------------------------------------------------
   March     - Relles                                      8.3    3112.50
   March     - Peterson                                   17.1   10260.00
   March     - Brelsford                                   0.9     180.00
   March     - Total                                      26.3   13552.50

   Total     - Relles                                      8.3    3112.50
   Total     - Peterson                                   17.1   10260.00
   Total     - Brelsford                                   0.9     180.00
   Total     - Total                                      26.3   13552.50


   ------------------------------------------------------------------------
```

{D0020977:1 }

```
Date: 04/21/04            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 12

                       W. R. Grace (continued)

           Summary Of Time Charges, By Activity, Month, and Person
                         March 2004 - March 2004

 MONTH       PERSON                                    HOURS    RATE    AMOUNT
 -----------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 March     - Relles                                      4.0    375.   1500.00
 March     - Peterson                                    9.3    600.   5580.00
 March     - Brelsford                                   0.7    200.    140.00

 (16) Plan and Disclosure Statement

 March     - Relles                                      3.4    375.   1275.00
 March     - Peterson                                    7.8    600.   4680.00

 (28) Data Analysis

 March     - Relles                                      0.9    375.    337.50
 March     - Brelsford                                   0.2    200.     40.00

 -----------------------------------------------------------------------------
```

{D0020977:1 }