IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: May 19, 2004 @ 4:00 p.m.** |

**THIRTY SECOND MONTHLY FEE APPLICATION OF L TERSIGNI CONSULTING P.C., FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE& CO., *ET AL.* FOR THE PERIOD MARCH 1, 2004 THROUGH MARCH 31, 2004**

| | |
|---|---|
| Name of Applicant: | L Tersigni Consulting P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2004 through March 31, 2004 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 25,511.20  (80% of $31,889.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 123.95 |

This is a: __**X**__ monthly _____ interim _____ final application.

L Tersigni Consulting P.C.'s time and requested compensation in preparing this Application will appear on a subsequent application.

{D0021172:1 }

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested |  | Approved |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | 4/12/01 through 7/31/01 | $16,986.25 | $1,037.07 | $16,986.25 | $1,037.07 |
| 9/28/01 | 8/1/01 through 8/31/01 | $27,927.60 (80% of 34,909.50) | $2,551.74 | $34,909.50 | $2,551.74 |
| 10/30/01 | 9/1/01 through 9/30/01 | $767.00 (80% of $958.75) | $43.80 | $958.75 | $43.80 |
| 11/30/01 | 10/1/01 through 11/1/01 | $9,869.00 (80% of $12,336.25) | $2,036.35 | $12,336.25 | $2,036.35 |
| ½/02 | 11/2/01 through 11/30/01 | $22,567.00 (80% of $28,208.75) | $148.70 | $28,208.75 | $148.70 |
| 1/28/02 | 12/1/01 through 12/31/01 | $5,109.00 (80% of $6,386.25) | $133.70 | $6,362.86($23.39 deduction) | $133.70 |
| 3/5/02 | 1/1/02 through 1/31/02 | $8,360.20 (80% of $10,450.25) | $32.54 | $10,450.25 | $32.54 |
| 4/2/02 | 2/1/02 through 2/28/02 | $3,027.20 (80% of $3,784.00) | $22.81 | $3,784.00 | $22.81 |
| 4/30/02 | 3/1/02 through 3/31/02 | $32,085.00 (80% of $40,106.25) | $1,184.09 | $39,893.75 ($40,106.25-212.50) | $1,184.09 |
| 6/3/02 | 4/1/02 through 4/30/02 | $18,578.00 (80% of $23,222.50) | $163.81 | $23,222.50 | $163.81 |
| 7/16/02 | 5/1/02 through 5/31/02 | $38,345.40 (80% of $47,931.75) | $546.95 | $47,931.75 | $546.95 |
| 7/30/02 | 6/1/02 through 6/30/02 | $37,110.60 (80% of $46,388.25) | $244.43 | $46,388.25 | $244.43 |
| 9/10/02 | 7/1/02 through 7/31/02 | $158,711.40 (80% of $198,389.25) | $2,315.77 | $198,389.25 | $2,315.77 |
| 10/8/02 | 8/01/02 through 8/31/02 | $56,949.20 (80% of $71,186.50) | $550.89 | $71,186.50 | $550.89 |
| 11/7/02 | 9/01/02 through 9/30/02 | $96,580.40 (80% of $120,725.50) | $590.18 | $120,646.75 ($120,725.50-78.75) | $590.18 |
| 12/3/02 | 10/01/02 through 10/31/02 | $17,331.60 (80% of $21,664.50) | $109.33 | $21,664.50 | $109.33 |
| 1/6/03 | 11/01/02 through 11/30/02 | $44,366.40 (80% of $55,458.00) | $267.18 | $55,458.00 | $267.18 |
| 1/28/03 | 12/01/02 through 12/31/02 | $ 7,100.60 (80% of $ 8,875.75) | $ 48.52 | $8,875.75 | $48.52 |
| 2/28/03 | 1/01/03 through 1/31/03 | $ 7,206.80 (80% of $ 9,008.50) | $51.46 | $9,008.50 | $51.46 |
| 3/31/03 | 2/01/03 through 2/28/03 | $29,952.00 (80% of $37,440.00) | $1,210.37 | $37,440.00 | $1,210.37 |
| 5/1/03 | 3/01/03 through 3/31/03 | $ 1,800.40 (80% of $2,250.50) | $20.00 | $2,250.50 | $20.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/29/03 | 4/1/03 through 4/30/03 | $ 4,609.60 (80% of $5,762.00) | $26.20 | $5,762.00 | $26.20 |
| 7/1/03 | 5/1/03 through 5/31/03 | $12,521.60 (80% of $15,652.00) | $68.43 | $15,652.00 | $68.43 |
| 8/5/03 | 6/1/03 through 6/30/03 | $9,310.00 (80% of $11,637.50) | $59.60 | $11,637.50 | $59.60 |
| 9/3/03 | 7/1/03 through 7/31/03 | $25,630.80 (80% of $32,038.50) | $159.60 | $25,630.80 | $159.60 |
| 10/8/03 | 8/1/03 through 8/31/03 | $89,638.40 (80% of $112,048.00) | $869.91 | $89,638.40 | $869.91 |
| 11/12/03 | 9/1/03 through 9/30/03 | $105,480.40 (80% of $131,850.50) | $183.90 | $105,480.40 | $183.90 |
| 12/22/03 | 10/1/03 through 10/31/03 | $88,490.40 (80% of $110,613.00) | $183.50 | $88,490.40 | $183.50 |
| 1/6/04 | 11/1/03 through 11/30/03 | $51,924.40 (80% of $64,905.50) | $164.15 | $51,924.40 | $164.15 |
| 2/10/04 | 12/1/03 through 12/31/03 | $46,550.40 (80% of $58,188.00) | $122.23 | $46,550.40 | $122.23 |
| 3/9/04 | 1/1/04 through 1/31/04 | $63,494.80 (80% of $79,368.50) | $143.88 | Pending | Pending |
| 3/29/04 | 2/1/04 through 2/29/04 | $61,460.40 (80% of $76,825.50) | $2,530.27 | Pending | Pending |
| **3/29/04** | **3/1/04 through 3/31/04** | **$ 25,511.20 (80% of $31,889.00)** | **$123.95** | **Pending** | **Pending** |

## SUMMARY OF COMPENSABLE TIME OF ACCOUNTANTS AND FINANCIAL ADVISORS FOR BILLING PERIOD
### MARCH 1, 2004 THROUGH MARCH 31, 2004

| Name, Position, Years of Experience | Hours Billed | Hourly Rate | Amount of Fee |
|---|---:|---:|---:|
| Loreto T. Tersigni, President, 30+ years | 7.80 | $500.00 | $3,900.00 |
| James P. Sinclair, Managing Director, 30+ years | 2.30 | $475.00 | $1,092.50 |
| Bradley Rapp, Managing Director, 25+ years | 0.00 | $475.00 | 0.00 |

{D0021172:1}    3

| | | | |
|---|---|---|---|
| Robert Mathews, Managing Director, 25+ years | 0.00 | $475.00 | 0.00 |
| Michael Berkin, Managing Director, 12 years | 8.30 | $475.00 | $3,942.50 |
| Peter Rubsam, Director, 10 years | 3.40 | $365.00 | $1,241.00 |
| Christopher Curti, Director, 9+ years | 0.00 | $365.00 | 0.00 |
| Aaron Prills, Manager, 6+ years | 10.10 | $275.00 | $2,777.50 |
| Cheryl Wright, Senior Consultant, 3+ years | 86.60 | $205.00 | $17,753.00 |
| Dottie-Jo Collins, Manager, 20+ years | 4.30 | $275.00 | $1,182.50 |
| **Total/average** | **122.80** | **$259.68** | **$ 31,889.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 3/1/04 through 3/31/04 | Total Fees for the Period 3/1/04 through 3/31/04 |
|---|---|---|
| Asset Disposition/Acquisition | 0.00 | $0.00 |
| Committee Matters #07 | 6.40 | $3,140.00 |
| Employee Benefits/Pension #08 | 4.00 | $1,900.00 |
| Fee Application-Applicant #11 | 4.60 | $1,332.50 |
| Plan of Reorganization #16 | 0.00 | $0.00 |
| Travel- Non Working #20 | 0.00 | $0.00 |
| Valuation #21 | 90.00 | $18,994.00 |
| Business Analysis #26 | 15.70 | $5,945.00 |
| Data Analysis #28 | 2.10 | $577.50 |
| **Grand totals** | **122.80** | **$31,889.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period March 1, 2004 through March 31, 2004 |
|---|---|---|
| Facsimile ($0.50 per page- Outbound Only) | | $0.00 |
| Long Distance Telephone | | $ 23.33 |
| In-house reproduction ($0.10 per page) | | $ 80.60 |
| Overnight courier | | $0.00 |
| Research | | $ 20.02 |
| Postage | | $0.00 |
| Travel | | $0.00 |
| **Total:** | | **$ 123.95** |

L TERSIGNI CONSULTING P.C.

*/s/ Loreto T. Tersigni*
Loreto T. Tersigni
2001 West Main Street, Suite 220
Stamford, CT  06902
(203) 569-9090

Accountant and Financial Advisor for the
Official Committee of Asbestos Personal Injury
Claimants

Dated: April 27, 2004