# FERRY, JOSEPH & PEARCE, P.A.

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Tel:    (302) 575-1555        Fax:    (302) 575-1714

WR Grace PD Committee                                   March 1, 2004 – March 31, 2004

Inv #:              11790

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task |  | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 6.00 | 1,294.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.60 | 574.00 |
| B18 | Fee Applications, Others - | 7.00 | 778.50 |
| B25 | Fee Applications, Applicant - | 4.95 | 513.00 |
| B32 | Litigation and Litigation Consulting - | 11.60 | 2,608.00 |
| B37 | Hearings - | 1.90 | 427.50 |
|  | **Total** | **34.05** | **$6,195.00** |
|  | **Grand Total** | **34.05** | **$6,195.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Rick S. Miller | 215.00 | 1.50 | 322.50 |
| Theodore J. Tacconelli | 225.00 | 21.80 | 4,905.00 |
| Paralegal | 90.00 | 8.95 | 805.50 |
| Law Clerk | 90.00 | 1.80 | 162.00 |
| **Total** |  | **34.05** | **$6,195.00** |

## DISBURSEMENT SUMMARY

| CA | Expense - |  | 999.29 |
|---|---|---|---|
|  | **Total Disbursements** |  | **$999.29** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-01-04 | *Case Administration* - review pleading re: notice of change of address for Furth Law Firm and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - review pleading re: unsecured creditors committee's motion to employ Capstone Corporate Recovery as Financial Advisor | 0.10 | TJT |
| Mar-02-04 | *Case Administration* - review pleading re: Carella Byrne Jan 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: PWC Oct 2003 fee app | 0.20 | TJT |
| | *Case Administration* - review pleading re: Casner Edwards Dec 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Holme Roberts Nov 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: ReedSmith Nov 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Casner Edwards Oct 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Wallace King Oct 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Carella Byrne Nov 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Campbell Levine Jan 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Legal Analysis Systems Jan 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Caplan Drysdale Jan 2004 fee app | 0.10 | TJT |
| Mar-03-04 | *Case Administration* - update 2002 service list and labels re: change of address and rts | 0.10 | PL |
| Mar-05-04 | *Case Administration* - review pleading re: Steptoe and Johnson's Oct 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Steptoe and Johnson's Nov 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Steptoe and Johnson Dec 2003 fee app | 0.10 | TJT |
| Mar-08-04 | *Case Administration* - review pleading re: fee auditor's final report re: K&E 10th interim quarterly fee app | 0.10 | TJT |
| Mar-10-04 | *Case Administration* - review debtor's monthly operating report re: Jan 2004 | 0.10 | TJT |
| Mar-11-04 | *Case Administration* - review pleading re: debtor's obj to Neutocret's motion to for relief from stay | 0.10 | TJT |
| Mar-14-04 | *Case Administration* - review pleading re: summary of Carella Byrne Oct-Dec 2003 quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Canser Edwards Oct-Dec 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Woodcock and Washburn Oct-Dec 2003 quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Wallace King Oct-Dec 2003 quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: L Tersigni Jan 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Lukins Annis Oct 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: W Smith and Assoc Jan 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: certification of counsel re: | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | proposed order re: Gerard counsel contempt motion re: Chakarian re: 01-771 | | |
| | *Case Administration* - review pleading re: summary of Nelson Mullins Oct-Dec 2003 quarterly fee app | 0.10 | TJT |
| Mar-15-04 | *Case Administration* - review pleading re: Fee Auditor's final report re: Elzufon Austin 10th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - update 2002 service list and labels re: change of address | 0.10 | PL |
| Mar-16-04 | *Case Administration* - review pleading re: debtors' motion for leave to file reply to PI committee's obj to debtors motion to extend exclusivity | 0.30 | TJT |
| | *Case Administration* - review pleading re: debtors' certification of counsel re: order approving 10th interim quarterly fee apps | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors certification of counsel re: 10th interim quarterly predicted fee summary | 0.10 | TJT |
| Mar-17-04 | *Case Administration* - update 2002 service list and labels | 0.10 | PL |
| Mar-19-04 | *Case Administration* - review pleading re: answering brief of Baron & Budd re: consolidated mandamus petitions in third circuit | 0.60 | TJT |
| Mar-25-04 | *Case Administration* - Review Judge Dreier's final fee application | 0.10 | RSM |
| | *Case Administration* - e-mail to Ms. Danzeisen re: Dreier's fee application | 0.10 | RSM |
| | *Case Administration* - review 4th and final fee app of Dreier | 0.30 | TJT |
| Mar-26-04 | *Case Administration* - review pleading re: summary of Nelson Mullens quarterly fee app Oct-Dec 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Reed Smith Jan 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of FTI Polciano quarterly fee app Oct-Dec 2003 | 0.10 | TJT |
| Mar-27-04 | *Case Administration* - review pleading re: debtor's motion to extend time to assume or reject unexpired leases of nonresidential real property | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to expand services of Deloitte and Touche with attachments | 0.20 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to approve settlement with William Dunbar | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to establish KERP Program 2004-2006 | 0.10 | TJT |
| Mar-29-04 | *Case Administration* - review pleading re: order authorizing Royal Ins. Co. to file proof of claim | 0.10 | TJT |
| Mar-30-04 | *Case Administration* - review pleading re: summary of Blackstone Group quarterly fee app Jan-Dec 2003 | 0.10 | TJT |
| | *Case Administration* - modify 2002 service list and labels re: 3 return to senders | 0.10 | PL |
| Mar-04-04 | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Mar-10-04 | *Committee, Creditors', Noteholders' or* - review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Mar-11-04 | *Committee, Creditors', Noteholders' or* -review corresp re: email from A Danzeisen re: copy of transcript of 2/23/04 hearing | 0.10 | TJT |
| Mar-16-04 | *Committee, Creditors', Noteholders' or* -review agenda for 3/2/04 hearing | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-17-04 | *Committee, Creditors', Noteholders' or* -confer with T. Tacconelli re: scheduling issues | 0.10 | RSM |
| Mar-18-04 | *Committee, Creditors', Noteholders' or* -attend committee teleconference | 0.50 | RSM |
|  | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.40 | TJT |
| Mar-25-04 | *Committee, Creditors', Noteholders' or* - | 0.00 | RSM |
|  | *Committee, Creditors', Noteholders' or* - attend Committee teleconference | 0.50 | RSM |
|  | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.50 | TJT |
| Mar-04-04 | *Fee Applications, Others* - review corresp re: email from L Flores re: Bilzin Dec 2003 fee app | 0.10 | TJT |
| Mar-05-04 | *Fee Applications, Others* - review email from L Flores re: Bilzin Sumberg 30th monthly fee app | 0.10 | PL |
|  | *Fee Applications, Others* - modify documents for e-filing re: Bilzin Sumberg 30th monthly fee app | 0.10 | PL |
|  | *Fee Applications, Others* - prepare documents for e-filing re: Bilzin Sumberg 5th quarterly fee app | 0.10 | PL |
|  | *Fee Applications, Others* - e-file and serve Bilzin Sumberg 30th quarterly fee app | 0.20 | PL |
|  | *Fee Applications, Others* - Prepare Certificate of No Objection re: Bilzin's 10th quarterly fee request | 0.10 | LC |
|  | *Fee Applications, Others* - Prepare Certificate of No Objection re: Conway DelGenio's 10th Quarterly fee request | 0.10 | LC |
| Mar-08-04 | *Fee Applications, Others* - review Certificate of No Objection and Certificate of No Objection Certificate of Service and prepare for e-filing re: CD&G 10th quarterly fee app | 0.10 | PL |
|  | *Fee Applications, Others* - e-file and serve Certificate of No Objection and Certificate of No Objection Certificate of Service re: CD&G 10th quarterly fee app | 0.20 | PL |
|  | *Fee Applications, Others* - review Certificate of No Objection and Certificate of No Objection Certificate of Service and prepare for e-filing re: Bilzin Sumberg 10th quarterly fee app | 0.10 | PL |
|  | *Fee Applications, Others* - e-file and serve Certificate of No Objection and Certificate of No Objection Certificate of Service re: Bilzin Sumberg 10th quarterly fee app | 0.20 | PL |
| Mar-12-04 | *Fee Applications, Others* - review email from S Weiler re: Bilzin Sumberg 31st monthly fee app | 0.10 | PL |
|  | *Fee Applications, Others* - review Bilzin Sumberg 31st monthly fee app | 0.10 | PL |
|  | *Fee Applications, Others* - draft Certificate of Service re: Bilzin Sumberg 31st monthly fee app | 0.10 | PL |
|  | *Fee Applications, Others* - prepare documents for e-filing re: Bilzin Sumberg 31st monthly fee app | 0.10 | PL |
|  | *Fee Applications, Others* - e-file and serve Bilzin Sumberg 31st monthly fee app | 0.30 | PL |
|  | *Fee Applications, Others* - Create subfolder in preparation for filing Bilzin's 31st monthly Fee Application | 0.10 | LC |
|  | *Fee Applications, Others* - Review same for filing | 0.10 | LC |
| Mar-15-04 | *Fee Applications, Others* - review corresp re: email from L Flores re: Bilzin | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Sumberg Jan 2004 fee app | | |
| | *Fee Applications, Others* - confer with paralegal re: Bilzin Sumberg Jan 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review FJ&P Feb 2004 time details | 0.30 | TJT |
| Mar-22-04 | *Fee Applications, Others* - review corresp re: email from L Flores re: HRA 13th and 14th monthly fee apps | 0.10 | TJT |
| | *Fee Applications, Others* - review corresp re: email from L Flores re: HRA 6th quarterly fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review corresp re: email from L Flores re: Bilzin Sumberg Oct-Dec 2003 quarterly fee app | 0.10 | TJT |
| Mar-23-04 | *Fee Applications, Others* - review email from L Flores re: HRA's 16th and 17th monthly fee apps | 0.10 | PL |
| | *Fee Applications, Others* - review and revise documents re: HRA's 1th monthly fee app | 0.20 | PL |
| | *Fee Applications, Others* - confer with S Weiler re: 16th monthly period and check previous filings | 0.20 | PL |
| | *Fee Applications, Others* - draft Certificate of Service re: HRA's 16th monthly fee app and prepare for e-filing | 0.10 | PL |
| | *Fee Applications, Others* - prepare documents for e-filing re: HRA's 16th monthly | 0.10 | PL |
| | *Fee Applications, Others* - review and revise HRA's 17th monthly fee app | 0.20 | PL |
| | *Fee Applications, Others* - draft Certificate of Service re: HRA's 17th monthly fee app and prepare for e-filing | 0.10 | PL |
| | *Fee Applications, Others* - prepare documents for e-filing re: HRA's 17th monthly fee app | 0.10 | PL |
| | *Fee Applications, Others* - Review 15th and 16th Monthly Fee Application of Hamilton, Rabinovitz | 0.10 | LC |
| Mar-24-04 | *Fee Applications, Others* - review HRA's 16th monthly prior to filing | 0.10 | PL |
| | *Fee Applications, Others* - e-file and serve HRA's 16th monthly fee app | 0.20 | PL |
| | *Fee Applications, Others* - review HRA's 17th monthly fee app prior to filing | 0.10 | PL |
| | *Fee Applications, Others* - e-file and serve HRA's 17th monthly fee app | 0.20 | PL |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: Bilzin's 30th monthly Fee Application | 0.10 | LC |
| Mar-25-04 | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin 30th monthly fee app | 0.10 | PL |
| Mar-26-04 | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg Dec 2003 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - check docket re: Certificate of No Objection re: Bilzin 30th monthly | 0.10 | PL |
| | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: Bilzin 30th monthly fee app | 0.20 | PL |
| Mar-29-04 | *Fee Applications, Others* - review Bilzin Sumberg quarterly fee app Oct-Dec 2003 prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review email from L Flores re: Bilzin 11th quarterly fee app | 0.10 | PL |
| | *Fee Applications, Others* - review and revise Bilzin 11th quarterly fee app | 0.30 | PL |
| | *Fee Applications, Others* - draft Certificate of No Objection re: Bilzin 11th | 0.20 | PL |

|  |  |  |  |
|---|---|---|---|
|  | quarterly fee app |  |  |
|  | *Fee Applications, Others* - prepare documents for e-filing re: Bilzin 11th quarterly fee app | 0.20 | PL |
|  | *Fee Applications, Others* - e-file and serve Bilzin 11th quarterly fee app | 0.30 | PL |
|  | *Fee Applications, Others* - Review Bilzin's 11th Quarterly Fee Request for filing | 0.10 | LC |
| Mar-30-04 | *Fee Applications, Others* - email L Flores re: changes to fee apps going forward | 0.20 | PL |
| Mar-01-04 | *Litigation and Litigation Consulting* - review order from third circuit granting petitioner's motion to file supplemental appendix re: consolidated recusal motions | 0.10 | TJT |
| Mar-03-04 | *Litigation and Litigation Consulting* - review order from third circuit re: Armstrong unsecured creditors committee's motion to intervene in consolidated recusal motions | 0.20 | TJT |
| Mar-05-04 | *Litigation and Litigation Consulting* - review opening brief of Kensington International re: consolidated mandamus petitions in third circuit (1/2x with Federal Mogul) | 1.00 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: Amicus brief filed by Eric Green as future rep in Federal Mogul in opposition to consolidated mandamus petitions in third circuit | 0.10 | TJT |
| Mar-06-04 | *Litigation and Litigation Consulting* - review opening brief of DK Acquisitions re: consolidated mandamus petitions in third circuit (1/2x with Federal Mogul) | 1.00 | TJT |
| Mar-08-04 | *Litigation and Litigation Consulting* - review pleading re: Amicus brief of future rep (Eric Green) in opposition to consolidated petitions for recusal in third circuit (1/2x with Federal-Mogul) | 0.20 | TJT |
| Mar-10-04 | *Litigation and Litigation Consulting* - review third circuit order re: USG debtors' motion to consolidate, et al | 0.10 | TJT |
| Mar-11-04 | *Litigation and Litigation Consulting* - review order from third circuit allowing Federal-Mogul futures rep to file Amicus brief | 0.10 | TJT |
| Mar-14-04 | *Litigation and Litigation Consulting* - review answer and response of PI Committee to DK Acquisitions mandamus petition in third circuit | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - review pleading re: obj of PI committee to debtors 6th motion to extend exclusivity | 0.20 | TJT |
| Mar-16-04 | *Litigation and Litigation Consulting* - review 3rd circuit docket re: Kensington International | 0.20 | RSM |
|  | *Litigation and Litigation Consulting* - review email from A Danzeisen re: PI committee's response to DK Acquisitions mandamus petition in third circuit | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: Owens Corning debtors' response to Kensington International's mandamus petition in third circuit | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: USG future rep's response to Kensington International's mandamus petition in third circuit | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review pleading re: debtors' response to DK Acquisitions mandamus petition in third circuit | 1.30 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from A | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | Danzeisen re: response of Baron and Budd to Kensington International's mandamus petition in third circuit | | |
| | *Litigation and Litigation Consulting* - confer with R. Miller re: Baron and Budd's opposition to Kensington International's mandamus petition in third circuit | 0.10 | TJT |
| Mar-17-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: Baron and Budd brief filed in third circuit in consolidated mandamus petitions proceedings | 0.10 | TJT |
| Mar-18-04 | *Litigation and Litigation Consulting* - review order from third circuit denying Armstron Industries' motion to consolidate its petition with the pending petitions in third circuit | 0.10 | TJT |
| Mar-19-04 | *Litigation and Litigation Consulting* - review pleading re: Owen Corning debtors' answering brief re: consolidated mandamus petitions in third circuit | 0.70 | TJT |
| Mar-20-04 | *Litigation and Litigation Consulting* - review pleading re: debtors' motion for relief from local rule 3007-1 and debtors' motion for leave to file reply to PD Committee's obj to debtors' motion for relief from rule 3007-1 | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: debtors' status report on their claims reconciliation and obj process | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: obj to debtors' motion for relief from local rule 3007-1 | 0.20 | TJT |
| Mar-22-04 | *Litigation and Litigation Consulting* - confer with co-counsel re: debtors' motion for relief from local rule 3007-1 | 0.30 | TJT |
| Mar-24-04 | *Litigation and Litigation Consulting* - review third circuit order dated 3/15/04 regarding Miscellaneous rulings re: consolidated mandamus petitions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: reply to brief in consolidated third circuit mandamus proceedings | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review reply brief of Kensington International re: mandamus proceeding in third circuit | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review reply brief of DK Acquisitions re: mandamus proceeding in third circuit | 0.50 | TJT |
| Mar-25-04 | *Litigation and Litigation Consulting* - review amicus curie brief of Washington Legal Foundation re: consolidated mandamus petitions in third circuit | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - review mandamus petition of DK Acquisitions re: prayer for relief | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review mandamus petition of Kensington International re: prayer for relief | 0.20 | TJT |
| Mar-26-04 | *Litigation and Litigation Consulting* - review pleading re: USG debtors' reply brief re: consolidated mandamus proceedings in third circuit (x 1/2 with Federal-Mogul) | 0.30 | TJT |
| Mar-29-04 | *Litigation and Litigation Consulting* - review 3/22/04 hearing transcript re: exclusivity | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: 3/22/04 hearing transcript re: exclusivity | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: future's rep/524G issue | 0.10 | TJT |
| Mar-19-04 | *Hearings* - review corresp re: email from J Sakalo re: 3/22/04 hearing | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | coverage | | |
| | *Hearings* - review amended agenda for 3/22/04 hearing | 0.10 | TJT |
| Mar-20-04 | *Hearings* - prepare for hearing | 0.50 | TJT |
| Mar-22-04 | *Hearings* - attend Bankruptcy Court | 1.20 | TJT |
| Mar-01-04 | *Fee Applications, Applicant* - review FJ&P Jan 2004 time detail | 0.40 | TJT |
| | *Fee Applications, Applicant* - Revise Ferry, Joseph & Pearce's 33rd Monthly Fee Application with attachments | 0.20 | LC |
| Mar-02-04 | *Fee Applications, Applicant* - modify fee detail for e-filing re: FJ&P 33rd monthly | 0.20 | PL |
| | *Fee Applications, Applicant* - finalize documents for e-filing re: FJ&P 33rd monthly fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - prepare documents for e-filing re: FJ&P 33rd monthly | 0.20 | PL |
| | *Fee Applications, Applicant* - e-file and serve FJ&P 33rd monthly fee app | 0.25 | PL |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's 33rd Monthly Federal Express with attachment for filing | 0.20 | LC |
| Mar-05-04 | *Fee Applications, Applicant* - Obtain Ferry, Joseph & Pearce's October 2003 Fee Application for T. Tacconelli | 0.10 | LC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: Ferry, Joseph & Pearce's 10th quarterly fee request | 0.10 | LC |
| Mar-08-04 | *Fee Applications, Applicant* - review Certificate of No Objection and Certificate of No Objection Certificate of Service and prepare for e-filing re: FJ&P 10th quarterly fee app | 0.10 | PL |
| | *Fee Applications, Applicant* - e-file and serve Certificate of No Objection and Certificate of No Objection Certificate of Service re: FJ&P 10th quarterly fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - Review docket re: objections/responses to Ferry, Joseph & Pearce's 10th Quarterly Fee Application, Bilzin's 10th Quarterly Fee Application, and Conway DelGenio's 10th Quarterly Fee Application | 0.20 | LC |
| Mar-12-04 | *Fee Applications, Applicant* - draft FJ&P Jan 2004 fee app | 0.20 | PL |
| Mar-22-04 | *Fee Applications, Applicant* - draft FJ&P Feb 2004 fee app documents | 0.20 | PL |
| | *Fee Applications, Applicant* - modify FJ&P Feb 2004 time detail for filing | 0.20 | PL |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: Ferry, Joseph & Pearce's 33rd Monthly Fee Application | 0.20 | LC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's 34th Monthly Fee Application for filing | 0.10 | LC |
| Mar-23-04 | *Fee Applications, Applicant* - check docket re: Certificate of No Objection re: FJ&P 33rd monthly fee app | 0.10 | PL |
| | *Fee Applications, Applicant* - review Certificate of No Objection and Certificate of No Objection Certificate of Service re: FJ&P 33rd monthly fee app | 0.10 | PL |
| | *Fee Applications, Applicant* - prepare Certificate of No Objection for e-filing re: FJ&P 33rd monthly fee app | 0.10 | PL |
| | *Fee Applications, Applicant* - e-file and serve Certificate of No Objection re: FJ&P 33rd monthly fee app | 0.20 | PL |
| Mar-24-04 | *Fee Applications, Applicant* - review FJ&P Feb 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review FJ&P Feb 2004 fee app prior to filing | 0.10 | PL |

|           |                                                                                                          |       |    |
|-----------|----------------------------------------------------------------------------------------------------------|-------|----|
|           | *Fee Applications, Applicant* - e-file and serve FJ&P Feb 2004 fee app                                   | 0.25  | PL |
| Mar-31-04 | *Fee Applications, Applicant* - (ALD) begin drafting/calculating fee information for FJ&P 11th quarterly fee app | 0.75  | PL |
|           | Totals                                                                                                   | 34.05 |    |

### DISBURSEMENTS

|           |                                          |         |
|-----------|------------------------------------------|---------|
| Mar-01-04 | *Expense* - Reliable Copy Service        | 190.45  |
| Mar-02-04 | *Expense* - Reliable Copy Service        | 194.95  |
| Mar-05-04 | *Expense* - copying cost                 | 8.40    |
|           | *Expense* - postage                      | 3.04    |
| Mar-08-04 | *Expense* - copying cost                 | 7.00    |
|           | *Expense* - postage                      | 8.48    |
| Mar-10-04 | *Expense* - Reliable Copy Service        | 195.25  |
| Mar-23-04 | *Expense* - photocopy                    | 8.40    |
|           | *Expense* - postage                      | 4.80    |
| Mar-26-04 | *Expense* - copy                         | 8.40    |
|           | *Expense* - postage                      | 4.20    |
| Mar-29-04 | *Expense* - copy                         | 22.40   |
|           | *Expense* - postage                      | 19.52   |
| Mar-30-04 | *Expense* - Parcels, Inc.                | 82.00   |
| Mar-31-04 | *Expense* - Elaine M. Ryan - Transcript  | 242.00  |
|           | Totals                                   | $999.29 |

**Total Fees & Disbursements**                                         **$7,194.29**

**Balance Due Now**
                                                                       **$7,194.29**