# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---|
| Local Transportation | $75.00 |
| Travel Expense | $954.49 |
| Airfare | $2,855.49 |
| Transportation to/from airport | $950.04 |
| Travel Meals | $132.31 |
| Other Travel Expenses | $58.00 |
| **Total** | **$5,025.33** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 12/23/2003 | 148.92 | Vital Transportation - Transportation to/from airport, David M Bernick, P.C. |
| 1/5/2004 | 121.07 | Vital Transportation - Transportation to/from airport, David M Bernick, P.C. |
| 1/16/2004 | 86.19 | Vital Transportation - Transportation to/from airport, David M Bernick, P.C. |
| 1/27/2004 | 114.38 | James Kapp III, To/From Airport, Wilmington, DE, 01/27/04, (Hearing), Suppl to Trv Exp Rpt 1/27/04 |
| 2/22/2004 | 56.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 2/23/2004 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 2/24/2004 | 71.88 | James Kapp III, To/From Airport, Wilmington, DE, 02/24/04, (Court Hearing), Suppl to Trv Exp Rpt 2/24/04 |
| 2/26/2004 | 62.00 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 3/1/2004 | 63.20 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 3/2/2004 | 573.83 | David Bernick P.C., Airfare, Washington, DC, 03/02/04 to 03/04/04, (Client Meeting) |
| 3/3/2004 | 25.00 | David Bernick P.C., cabfare, Washington, DC, 03/03/04, (Client Meeting) |
| 3/3/2004 | 326.33 | David Bernick P.C., Hotel, Washington, DC, 03/03/04, (Client Meeting) |
| 3/3/2004 | 20.40 | Vital Transportation - Transportation to/from airport, Theodore L Freedman |
| 3/3/2004 | 18.48 | David Bernick P.C., Travel Meal, Washington, DC, 03/03/04, (Client Meeting) |
| 3/3/2004 | 30.24 | David Bernick P.C., Travel Meal, Washington, DC, 03/03/04, (Client Meeting) |
| 3/4/2004 | 15.00 | David Bernick P.C., cabfare, Washington, DC, 03/04/04, (Client Meeting) |
| 3/4/2004 | 15.00 | David Bernick P.C., cabfare, Washington, DC, 03/04/04, (Client Meeting) |
| 3/4/2004 | 65.00 | David Bernick P.C., To/From Airport, Washington, DC, 03/04/04, (Client Meeting) |
| 3/10/2004 | 20.00 | Elli Leibenstein, cabfare, Washington, DC, 03/10/04, (Expert Witness Meeting) |

| Date | Amount | Description |
|------|--------|-------------|
| 3/10/2004 | 365.26 | Elli Leibenstein, Hotel, Washington, DC, 03/10/04 (Expert Witness Meeting) |
| 3/10/2004 | 1,147.66 | Elli Leibenstein, Airfare, Washington, DC, 03/10/04 to 03/11/04, (Expert Witness Meeting) |
| 3/10/2004 | 36.14 | Elli Leibenstein, Travel Meal, Washington, DC, 03/10/04, (Expert Witness Meeting) |
| 3/10/2004 | 10.00 | Elli Leibenstein, Tips, 03/10/04, (Expert Witness Meeting) |
| 3/11/2004 | 20.00 | Elli Leibenstein, To/From Airport, Washington, DC 03/11/04, (Expert Witness Meeting) |
| 3/11/2004 | 10.00 | Elli Leibenstein, Travel Meal, Washington, DC, 03/11/04, (Expert Witness Meeting) |
| 3/11/2004 | 48.00 | Elli Leibenstein, Parking, Washington, DC, 03/11/04, (Expert Witness Meeting) |
| 3/21/2004 | 262.90 | Janet Baer, Hotel, Wilmington, DE, 03/21/04, (Hearing) |
| 3/21/2004 | 1,134.00 | Janet Baer, Airfare, Wilmington, DE, 03/21/04 to 03/22/04, (Hearing) |
| 3/21/2004 | 62.20 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 3/21/2004 | 7.50 | Janet Baer, Travel Meal, Wilmington, DE, 03/21/04 (Hearing) |
| 3/22/2004 | 26.95 | Janet Baer, Travel Meal, Wilmington, DE, 03/22/04 (Hearing) |
| 3/22/2004 | 3.00 | Janet Baer, Travel Meal, Wilmington, DE, 03/22/04 (Hearing) |
| Total: | 5,025.33 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $726.22 |
| Fax Telephone Charge | $3.24 |
| Fax Charge | $52.50 |
| Standard Copies | $1,727.80 |
| Binding | $1.75 |
| Tabs/Indexes/Dividers | $47.25 |
| Color Copies | $18.00 |
| Scanned Images | $324.30 |
| Postage | $3.95 |
| Overnight Delivery | $378.87 |
| Outside Messenger Services | $16.92 |
| Local Transportation | $354.25 |
| Court Reporter Fee/Deposition | $249.62 |
| Filing Fees | $40.00 |
| Outside Copy/Binding Services | $108.66 |
| Working Meals/K&E and Others | $396.63 |
| Information Broker Doc/Svcs | $1,131.40 |
| Library Document Procurement | $35.00 |
| Computer Database Research | $2,002.75 |
| Overtime Transportation | $198.25 |
| Overtime Meals | $12.00 |
| Overtime Meals - Attorney | $118.95 |
| Secretarial Overtime | $185.46 |
| **Total** | **$8,133.77** |

**Matter 52 – Expenses – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 11/08/03 | 48.00 | PARCELS - Information Broker Doc/Svcs, Retrieve documents in 3rd Circuit Court of Appeals, 11/4/03 |
| 12/14/03 | 57.50 | PARCELS - Information Broker Doc/Svcs, Retrieve documents in 3rd Circuit Court of Appeals, 12/12/03 |
| 1/04/04 | 0.94 | Telephone call to: NORTHBROOK,IL 224-628-4858 |
| 1/05/04 | 1.49 | Telephone call to: CLARKSVL,MD 410-531-4170 |
| 1/05/04 | 71.91 | Vital Transportation - Local Transportation, Theodore L Freedman |
| 1/06/04 | 1.25 | Telephone call to: NORTHBROOK,IL 224-628-4858 |
| 1/06/04 | 68.54 | Vital Transportation - Local Transportation, Theodore L Freedman |
| 1/07/04 | 73.75 | Vital Transportation - Local Transportation, Theodore L Freedman |
| 1/11/04 | 92.00 | PARCELS - Information Broker Doc/Svcs, Retrieve documents in 3rd Circuit Court of Appeals, 1/6/04 |
| 1/14/04 | 203.97 | WRITER'S CRAMP INC - Court Reporter Fee/Deposition, 9/22/03 Transcript Hearing. |
| 1/15/04 | 63.55 | Vital Transportation - Local Transportation, Douglas A Roth |
| 1/16/04 | 47.68 | West Publishing-TP,Database Usage  1.04 |
| 1/17/04 | 10.00 | Joseph Patrevito, Parking, Chicago, IL, 01/17/04, (Overtime Transportation) |
| 1/19/04 | 17.03 | West Publishing-TP,Database Usage  1.04 |
| 1/19/04 | 13.00 | Joseph Patrevito, Parking, Chicago, IL, 01/19/04, (Overtime Transportation) |
| 1/20/04 | 1.04 | Telephone call to: WILMINGTON,DE 302-651-0113 |
| 1/22/04 | 2.08 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 1/22/04 | 1.04 | Telephone call to: STATE OF,DE 302-778-6464 |
| 1/22/04 | 0.83 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 1/22/04 | 152.60 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Retrieval of Grace notice of Cross Appeal |
| 1/27/04 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 1/27/04 | 152.75 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Retrieval of Grace Appellant Statement of Issues |
| 1/28/04 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 1/28/04 | 3.74 | Telephone call to: CAMBRIDGE,MA 617-498-4399 |
| 1/29/04 | 1.87 | Telephone call to: STATE OF,DE 302-778-6424 |
| 1/29/04 | 10.00 | Library Document Procurement - An Air that Kills (1/22/04). |
| 1/30/04 | 226.55 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Retrieval of briefs re Gerard Appeal from Delaware District Court |

| Date | Amount | Description |
|------|-------:|-------------|
| 2/01/04 | 101.26 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference chgs., D. Bernick, 1/04 |
| 2/02/04 | 1.04 | Telephone call to: WILMINGTON,DE 302-573-6493 |
| 2/03/04 | 0.62 | West Publishing-TP,Database Usage 2.04 |
| 2/04/04 | 2.49 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 2/04/04 | 0.83 | Telephone call to: STATE OF,DE 302-778-6442 |
| 2/04/04 | 12.32 | West Publishing-TP,Database Usage 2.04 |
| 2/04/04 | 82.73 | West Publishing-TP,Database Usage 2.04 |
| 2/04/04 | 69.79 | West Publishing-TP,Database Usage 2.04 |
| 2/05/04 | 3.12 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 2/05/04 | 13.27 | West Publishing-TP,Database Usage 2.04 |
| 2/05/04 | 105.28 | West Publishing-TP,Database Usage 2.04 |
| 2/05/04 | 24.11 | West Publishing-TP,Database Usage 2.04 |
| 2/05/04 | 98.29 | West Publishing-TP,Database Usage 2.04 |
| 2/06/04 | 2.08 | Telephone call to: LB AREA,CA 310-321-5570 |
| 2/06/04 | 3.53 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 2/06/04 | 0.62 | Telephone call to: SE PART,FL 954-590-3454 |
| 2/06/04 | 51.26 | West Publishing-TP,Database Usage 2.04 |
| 2/09/04 | 64.33 | West Publishing-TP,Database Usage 2.04 |
| 2/09/04 | 9.41 | West Publishing-TP,Database Usage 2.04 |
| 2/09/04 | 0.05 | West Publishing-TP,Database Usage 2.04 |
| 2/10/04 | 23.48 | Janet Baer, Cellular Service, T-Mobile, 1/12/04 - 2/10/04, 02/10/04, (Telephone Charges) |
| 2/10/04 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4362 |
| 2/10/04 | 1.04 | Telephone call to: SE PART,FL 954-781-5196 |
| 2/10/04 | 0.62 | Telephone call to: PHLP AREA,PA 267-299-4952 |
| 2/10/04 | 47.67 | West Publishing-TP,Database Usage 2.04 |
| 2/10/04 | 23.43 | West Publishing-TP,Database Usage 2.04 |
| 2/11/04 | 0.62 | Telephone call to: STATE OF,DE 302-778-6464 |
| 2/11/04 | 10.00 | Library Document Procurement - Breaking the Vicious Circle. |
| 2/11/04 | 21.00 | West Publishing-TP,Database Usage 2.04 |
| 2/11/04 | 86.22 | West Publishing-TP,Database Usage 2.04 |
| 2/11/04 | 12.07 | West Publishing-TP,Database Usage 2.04 |
| 2/11/04 | 14.09 | West Publishing-TP,Database Usage 2.04 |
| 2/12/04 | 0.63 | West Publishing-TP,Database Usage 2.04 |
| 2/12/04 | 19.74 | West Publishing-TP,Database Usage 2.04 |
| 2/13/04 | 0.83 | Telephone call to: WASHINGTON,DC 202-797-1111 |

| Date | Amount | Description |
|------|--------|-------------|
| 2/13/04 | 3.12 | Telephone call to:  WASHINGTON,DC 202-797-1111 |
| 2/14/04 | 108.40 | GENESYS CONFERENCING, INC. - Telephone, Conference calls, J Baer, 1/15/04 to 2/14/04 |
| 2/15/04 | 16.92 | QUICK MESSENGER SERVICE - Outside Messenger Services 02/11/04 |
| 2/15/04 | 4.63 | West Publishing-TP,Database Usage  2.04 |
| 2/15/04 | 12.78 | RED TOP CAB COMPANY - Overtime Transportation 02/05/2004 |
| 2/15/04 | 12.58 | RED TOP CAB COMPANY - Overtime Transportation 02/10/2004 |
| 2/16/04 | 0.50 | Standard Copies |
| 2/16/04 | 2.90 | Standard Copies |
| 2/16/04 | 4.10 | Standard Copies |
| 2/16/04 | 4.10 | Standard Copies |
| 2/16/04 | 1.60 | Standard Copies |
| 2/16/04 | 1.93 | West Publishing-TP,Database Usage  2.04 |
| 2/17/04 | 1.25 | Telephone call to:  EASTERN,MD 410-295-3900 |
| 2/17/04 | 1.49 | Telephone call to:  BOSTON,MA 617-951-2505 |
| 2/17/04 | 0.10 | Standard Copies |
| 2/17/04 | 1.30 | Standard Copies |
| 2/17/04 | 1.00 | Standard Copies |
| 2/17/04 | 14.70 | Standard Copies |
| 2/17/04 | 0.70 | Standard Copies |
| 2/17/04 | 0.50 | Standard Copies |
| 2/17/04 | 0.40 | Standard Copies |
| 2/17/04 | 13.60 | Standard Copies |
| 2/17/04 | 0.30 | Scanned Images |
| 2/17/04 | 0.45 | Scanned Images |
| 2/17/04 | 0.75 | Scanned Images |
| 2/17/04 | 2.66 | West Publishing-TP,Database Usage  2.04 |
| 2/17/04 | 15.20 | West Publishing-TP,Database Usage  2.04 |
| 2/17/04 | 69.52 | West Publishing-TP,Database Usage  2.04 |
| 2/18/04 | 2.08 | Telephone call to:  NEWYORKCTY,NY 212-583-5395 |
| 2/18/04 | 8.70 | Standard Copies |
| 2/18/04 | 8.80 | Standard Copies |
| 2/18/04 | 7.20 | Standard Copies |
| 2/18/04 | 11.90 | Standard Copies |
| 2/18/04 | 0.20 | Standard Copies |
| 2/18/04 | 1.10 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 2/18/04 | 0.80 | Standard Copies |
| 2/18/04 | 29.50 | Standard Copies |
| 2/18/04 | 10.40 | Standard Copies |
| 2/18/04 | 10.80 | Scanned Images |
| 2/18/04 | 3.30 | Scanned Images |
| 2/18/04 | 58.70 | West Publishing-TP,Database Usage 2.04 |
| 2/18/04 | 90.84 | West Publishing-TP,Database Usage 2.04 |
| 2/18/04 | 15.00 | Susan Arbeit, cabfare, New York, 02/18/04, (Overtime Transportation) |
| 2/19/04 | 7.07 | Telephone call to: CARVERSVL,PA 215-297-8932 |
| 2/19/04 | 0.62 | Telephone call to: ST LOUIS,MO 314-259-2370 |
| 2/19/04 | 1.00 | Telephone call to: COLUMBIA,MD 410-531-4646 |
| 2/19/04 | 1.00 | Telephone call to: WESTERN,TN 901-820-2023 |
| 2/19/04 | 0.90 | Telephone call to: UK 011-441707255636 |
| 2/19/04 | 0.50 | Telephone call to: PHLP AREA,PA 267-299-4952 |
| 2/19/04 | 7.80 | Standard Copies |
| 2/19/04 | 4.20 | Standard Copies |
| 2/19/04 | 2.50 | Standard Copies |
| 2/19/04 | 2.50 | Standard Copies |
| 2/19/04 | 3.60 | Standard Copies |
| 2/19/04 | 2.30 | Standard Copies |
| 2/19/04 | 68.30 | Standard Copies |
| 2/19/04 | 5.30 | Tabs/Indexes/Dividers |
| 2/19/04 | 2.46 | West Publishing-TP,Database Usage 2.04 |
| 2/19/04 | 10.96 | West Publishing-TP,Database Usage 2.04 |
| 2/19/04 | 54.09 | West Publishing-TP,Database Usage 2.04 |
| 2/20/04 | 7.90 | Telephone call to: NEWYORKCTY,NY 212-583-5388 |
| 2/20/04 | 0.83 | Telephone call to: WILMINGTON,DE 302-655-7460 |
| 2/20/04 | 0.83 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 2/20/04 | 3.80 | Standard Copies |
| 2/20/04 | 0.80 | Standard Copies |
| 2/20/04 | 0.80 | Standard Copies |
| 2/20/04 | 32.10 | Scanned Images |
| 2/20/04 | 58.95 | Scanned Images |
| 2/20/04 | 2.25 | West Publishing-TP,Database Usage 2.04 |
| 2/20/04 | 58.65 | West Publishing-TP,Database Usage 2.04 |
| 2/20/04 | 1.84 | West Publishing-TP,Database Usage 2.04 |
| 2/20/04 | 12.29 | West Publishing-TP,Database Usage 2.04 |

| Date | Amount | Description |
|------|--------|-------------|
| 2/22/04 | 71.88 | West Publishing-TP,Database Usage  2.04 |
| 2/23/04 | 0.83 | Telephone call to:  COLUMBIA,MD 410-531-4362 |
| 2/23/04 | 1.66 | Telephone call to: NORTH WEST,NJ 973-622-5000 |
| 2/23/04 | 1.00 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 2/23/04 | 1.49 | Telephone call to: PHILADELPH,PA 215-597-2995 |
| 2/23/04 | 0.50 | Telephone call to: PHILADELPH,PA 215-563-7995 |
| 2/23/04 | 0.50 | Telephone call to: PHILADELPH,PA 215-563-7995 |
| 2/23/04 | 1.00 | Telephone call to: PHILADELPH,PA 215-563-7995 |
| 2/23/04 | 0.50 | Telephone call to: PHILADELPH,PA 215-563-7995 |
| 2/23/04 | 0.40 | Standard Copies |
| 2/23/04 | 1.00 | Standard Copies |
| 2/23/04 | 0.80 | Standard Copies |
| 2/23/04 | 0.80 | Standard Copies |
| 2/23/04 | 0.60 | Standard Copies |
| 2/23/04 | 2.20 | Standard Copies |
| 2/23/04 | 1.80 | Standard Copies |
| 2/23/04 | 2.10 | Standard Copies |
| 2/23/04 | 2.20 | Standard Copies |
| 2/23/04 | 8.10 | Standard Copies |
| 2/23/04 | 0.10 | Standard Copies |
| 2/23/04 | 6.50 | Standard Copies |
| 2/23/04 | 6.50 | Standard Copies |
| 2/23/04 | 4.30 | Standard Copies |
| 2/23/04 | 9.40 | Standard Copies |
| 2/23/04 | 2.20 | Standard Copies |
| 2/23/04 | 2.10 | Standard Copies |
| 2/23/04 | 1.80 | Standard Copies |
| 2/23/04 | 4.00 | Standard Copies |
| 2/23/04 | 8.10 | Standard Copies |
| 2/23/04 | 4.00 | Standard Copies |
| 2/23/04 | 6.50 | Standard Copies |
| 2/23/04 | 7.90 | Standard Copies |
| 2/23/04 | 4.40 | Standard Copies |
| 2/23/04 | 0.80 | Standard Copies |
| 2/23/04 | 1.65 | Scanned Images |
| 2/23/04 | 6.56 | Fed Exp to:THE HONORABLE LEONARD I. GARTH,NEWARK NJ from:ASHLEY C. PARRISH |

| Date | Amount | Description |
|------|--------|-------------|
| 2/23/04 | 6.56 | Fed Exp to:THE HONORABLE JULIO M. FUENTES,NEWARK NJ from:ASHLEY C. PARRISH |
| 2/23/04 | 6.78 | Fed Exp to:THE HONORABLE D. BROOKS SMITH DUNCANSVILLE,PA from:ASHLEY C. PARRISH |
| 2/23/04 | 5.78 | Fed Exp to:KEN STUREK,WASHINGTON,DC from:DANIEL MAGIL |
| 2/23/04 | 65.77 | West Publishing-TP,Database Usage  2.04 |
| 2/23/04 | 2.06 | West Publishing-TP,Database Usage  2.04 |
| 2/24/04 | 3.12 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 2/24/04 | 2.91 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 2/24/04 | 0.62 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 2/24/04 | 3.95 | Telephone call to:  WILMINGTON,DE 302-652-5340 |
| 2/24/04 | 2.99 | Telephone call to:  PHLP AREA,PA 267-299-4940 |
| 2/24/04 | 8.30 | Standard Copies |
| 2/24/04 | 0.20 | Standard Copies |
| 2/24/04 | 8.00 | Standard Copies |
| 2/24/04 | 3.40 | Standard Copies |
| 2/24/04 | 0.20 | Standard Copies |
| 2/24/04 | 4.00 | Standard Copies |
| 2/24/04 | 16.20 | Standard Copies |
| 2/24/04 | 8.60 | Standard Copies |
| 2/24/04 | 3.00 | Standard Copies |
| 2/24/04 | 7.90 | Standard Copies |
| 2/24/04 | 8.00 | Standard Copies |
| 2/24/04 | 8.10 | Standard Copies |
| 2/24/04 | 8.10 | Standard Copies |
| 2/24/04 | 4.00 | Standard Copies |
| 2/24/04 | 0.10 | Standard Copies |
| 2/24/04 | 0.20 | Standard Copies |
| 2/24/04 | 0.10 | Standard Copies |
| 2/24/04 | 3.60 | Standard Copies |
| 2/24/04 | 0.20 | Standard Copies |
| 2/24/04 | 0.30 | Standard Copies |
| 2/24/04 | 0.10 | Standard Copies |
| 2/24/04 | 1.90 | Standard Copies |
| 2/24/04 | 1.70 | Standard Copies |
| 2/24/04 | 0.10 | Standard Copies |
| 2/24/04 | 0.10 | Standard Copies |

| Date | Amount | Description |
|------|-------|-------------|
| 2/24/04 | 0.40 | Standard Copies |
| 2/24/04 | 3.10 | Standard Copies |
| 2/24/04 | 4.40 | Standard Copies |
| 2/24/04 | 0.80 | Standard Copies |
| 2/24/04 | 15.30 | Standard Copies |
| 2/24/04 | 1.80 | Standard Copies |
| 2/24/04 | 0.30 | Scanned Images |
| 2/24/04 | 0.30 | Scanned Images |
| 2/24/04 | 4.65 | Scanned Images |
| 2/24/04 | 0.60 | Scanned Images |
| 2/24/04 | 1.05 | Scanned Images |
| 2/24/04 | 19.85 | FEDERAL EXPRESS CORPORATION - Overnight Delivery, P Shenoy, 2/17/04 |
| 2/24/04 | 31.62 | Vital Transportation - Local Transportation, Susan A Arbeit |
| 2/24/04 | 44.88 | Vital Transportation - Local Transportation, Susan A Arbeit |
| 2/24/04 | 12.56 | West Publishing-TP,Database Usage 2.04 |
| 2/24/04 | 83.82 | West Publishing-TP,Database Usage 2.04 |
| 2/24/04 | 5.53 | West Publishing-TP,Database Usage 2.04 |
| 2/24/04 | 105.54 | West Publishing-TP,Database Usage 2.04 |
| 2/25/04 | 1.25 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 2/25/04 | 3.12 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 2/25/04 | 0.62 | Telephone call to:  STATE OF,DE 302-778-6404 |
| 2/25/04 | 0.40 | Standard Copies |
| 2/25/04 | 2.50 | Standard Copies |
| 2/25/04 | 2.90 | Standard Copies |
| 2/25/04 | 8.10 | Standard Copies |
| 2/25/04 | 2.40 | Standard Copies |
| 2/25/04 | 2.40 | Standard Copies |
| 2/25/04 | 2.40 | Standard Copies |
| 2/25/04 | 2.40 | Standard Copies |
| 2/25/04 | 3.90 | Standard Copies |
| 2/25/04 | 4.40 | Standard Copies |
| 2/25/04 | 2.10 | Standard Copies |
| 2/25/04 | 2.20 | Standard Copies |
| 2/25/04 | 2.20 | Standard Copies |
| 2/25/04 | 2.20 | Standard Copies |
| 2/25/04 | 2.20 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 2/25/04 | 2.20 | Standard Copies |
| 2/25/04 | 2.20 | Standard Copies |
| 2/25/04 | 7.40 | Standard Copies |
| 2/25/04 | 81.40 | Standard Copies |
| 2/25/04 | 0.30 | Scanned Images |
| 2/25/04 | 2.39 | West Publishing-TP,Database Usage  2.04 |
| 2/25/04 | 78.41 | West Publishing-TP,Database Usage  2.04 |
| 2/25/04 | 13.58 | SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC - Overtime Meals - Attorney 02/19/04 |
| 2/25/04 | 23.46 | SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC - Overtime Meals - Attorney, S Arbeit, 02/18/2004 |
| 2/26/04 | 1.04 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 2/26/04 | 0.30 | Standard Copies |
| 2/26/04 | 0.40 | Standard Copies |
| 2/26/04 | 0.60 | Scanned Images |
| 2/26/04 | 0.60 | Scanned Images |
| 2/26/04 | 6.15 | Scanned Images |
| 2/26/04 | 6.75 | Scanned Images |
| 2/26/04 | 1.05 | Scanned Images |
| 2/26/04 | 64.00 | BOALT EXPRESS - Information Broker Doc/Svcs - Article request for K. McLane in the DC Library |
| 2/27/04 | 2.49 | Telephone call to:  WILMINGTON,DE 302-651-0113 |
| 2/27/04 | 1.65 | Scanned Images |
| 2/27/04 | 0.30 | Scanned Images |
| 2/27/04 | 7.05 | Scanned Images |
| 2/27/04 | 20.59 | Fed Exp to:ADAM G. LANDIS KERRI MUMFORD WILMINGTON,DE from:CHRISTOPHER LANDAU |
| 2/27/04 | 25.31 | Fed Exp to:JON L. HEBERLING,KALISPELL,MT from:CHRISTOPHER LANDAU |
| 2/27/04 | 22.63 | Fed Exp to:DANIEL C. COHN,BOSTON,MA from:CHRISTOPHER LANDAU |
| 2/27/04 | 20.59 | Fed Exp to:BRIAN C. PARKER,BALTIMORE,MD from:CHRISTOPHER LANDAU |
| 2/27/04 | 21.06 | Fed Exp to:WITMEYER & GLESER, LLP,NEW YORK,NY from:CHRISTOPHER LANDAU |
| 2/27/04 | 20.59 | Fed Exp to:FRANK J. PERCH,WILMINGTON,DE from:CHRISTOPHER LANDAU |
| 2/27/04 | 20.59 | Fed Exp to:LAURA DAVIS JONES,WILMINGTON,DE from:CHRISTOPHER LANDAU |

| Date | Amount | Description |
|------|-------:|-------------|
| 2/27/04 | 20.59 | Fed Exp to:KORTANEK STEVEN,WILMINGTON,DE from:CHRISTOPHER LANDAU |
| 2/27/04 | 20.59 | Fed Exp to:WISLER JEFFREY C.,WILMINGTON,DE from:CHRISTOPHER LANDAU |
| 2/27/04 | 20.59 | Fed Exp to:KEVIN GROSS,WILMINGTON,DE from:CHRISTOPHER LANDAU |
| 2/27/04 | 9.19 | Fed Exp to:OFFICE OF THE CLERK,PHILADELPHIA,PA from:CHRISTOPHER LANDAU |
| 2/27/04 | 58.75 | LIBERTY DOCUMENT SERVICES, INC. - Outside Copy/Binding Services |
| 2/27/04 | 52.00 | BOALT EXPRESS - Information Broker Doc/Svcs - Article request for K. Mclane in the DC library |
| 2/27/04 | 131.62 | West Publishing-TP,Database Usage  2.04 |
| 2/27/04 | 141.79 | West Publishing-TP,Database Usage  2.04 |
| 2/27/04 | 12.00 | Overtime Meals    Pamela S Gagliardi |
| 2/27/04 | 25.48 | Errin D Washington - filing |
| 2/29/04 | 13.09 | RED TOP CAB COMPANY - Overtime Transportation 02/19/2004 |
| 3/01/04 | 1.04 | Telephone call to:  WASHINGTON,DC 202-862-7801 |
| 3/01/04 | 153.77 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference chgs., D. Bernick, 2/04 |
| 3/01/04 | 137.11 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference chgs., E. Leibenstein, 2/04 |
| 3/01/04 | 8.30 | Standard Copies |
| 3/01/04 | 1.50 | Standard Copies |
| 3/01/04 | 22.30 | Standard Copies |
| 3/01/04 | 4.70 | Standard Copies |
| 3/01/04 | 4.70 | Standard Copies |
| 3/01/04 | 6.50 | Standard Copies |
| 3/01/04 | 6.50 | Standard Copies |
| 3/01/04 | 2.20 | Standard Copies |
| 3/01/04 | 6.00 | Standard Copies |
| 3/01/04 | 82.40 | Standard Copies |
| 3/01/04 | 26.80 | Standard Copies |
| 3/01/04 | 28.50 | Standard Copies |
| 3/01/04 | 1.75 | Binding |
| 3/01/04 | 1.60 | Tabs/Indexes/Dividers |
| 3/01/04 | 0.60 | Scanned Images |
| 3/01/04 | 2.25 | Scanned Images |
| 3/01/04 | 9.75 | Scanned Images |

| Date | Amount | Description |
|------|-------|-------------|
| 3/01/04 | 9.75 | Scanned Images |
| 3/01/04 | 7.05 | Scanned Images |
| 3/01/04 | 5.86 | Fed Exp from:ERIC WOLFF,WASHINGTON,DC to:OFFICE OF THE CLERK |
| 3/01/04 | 6.40 | Overtime Transportation, T. Wood, 1/17/04 |
| 3/01/04 | 9.70 | Overtime Transportation, T. Wood, 1/19/04 |
| 3/01/04 | 5.40 | Overtime Transportation, T. Wood, 1/22/04 |
| 3/01/04 | 13.00 | Overtime Transportation, S. Blatnick, 1/13/04 |
| 3/02/04 | 0.62 | Telephone call to:  COLUMBIA,MD 410-531-4362 |
| 3/02/04 | 1.04 | Telephone call to:  STATE OF,DE 302-559-3409 |
| 3/02/04 | 2.49 | Telephone call to:  STATE OF,DE 302-504-3212 |
| 3/02/04 | 2.70 | Telephone call to:  SE PART,FL 954-590-3454 |
| 3/02/04 | 3.12 | Telephone call to:  WASHINGTON,DC 202-862-7801 |
| 3/02/04 | 0.50 | Standard Copies |
| 3/02/04 | 0.20 | Standard Copies |
| 3/02/04 | 35.60 | Standard Copies |
| 3/02/04 | 0.45 | Scanned Images |
| 3/02/04 | 0.15 | Scanned Images |
| 3/02/04 | 0.15 | Scanned Images |
| 3/02/04 | 1.05 | Scanned Images |
| 3/02/04 | 0.60 | Standard Copies NY |
| 3/02/04 | 0.30 | Standard Copies NY |
| 3/02/04 | 0.15 | Standard Copies NY |
| 3/02/04 | 14.00 | Overtime Transportation, S. Blatnick, 2/4/04 |
| 3/03/04 | 1.00 | Telephone call to:  PHILADELPH,PA 215-563-7995 |
| 3/03/04 | 0.83 | Telephone call to:  CAMBRIDGE,MA 617-498-4399 |
| 3/03/04 | 0.83 | Telephone call to:  LB AREA,CA 310-321-5536 |
| 3/03/04 | 0.62 | Telephone call to:  LB AREA,CA 310-321-5553 |
| 3/03/04 | 0.62 | Telephone call to:  FAIRFIELD,CT 203-254-1550 |
| 3/03/04 | 0.62 | Telephone call to:  LB AREA,CA 310-321-5536 |
| 3/03/04 | 1.25 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 3/03/04 | 14.40 | Standard Copies |
| 3/03/04 | 8.20 | Standard Copies |
| 3/03/04 | 7.80 | Standard Copies |
| 3/03/04 | 1.60 | Standard Copies |
| 3/03/04 | 0.10 | Standard Copies |
| 3/03/04 | 33.30 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 3/03/04 | 3.50 | Standard Copies |
| 3/03/04 | 0.30 | Standard Copies |
| 3/03/04 | 12.00 | Color Copies |
| 3/03/04 | 6.00 | Color Copies |
| 3/03/04 | 1.80 | Scanned Images |
| 3/03/04 | 1.65 | Scanned Images |
| 3/03/04 | 1.05 | Scanned Images |
| 3/03/04 | 0.15 | Scanned Images |
| 3/03/04 | 0.15 | Scanned Images |
| 3/03/04 | 0.30 | Standard Copies NY |
| 3/03/04 | 0.15 | Standard Copies NY |
| 3/03/04 | 6.66 | Fed Exp to:THE HONORABLE LEONARD I. GARTH,NEWARK NJ from:ASHLEY C. PARRISH |
| 3/03/04 | 6.66 | Fed Exp to:THE HONORABLE JULIO M. FUENTES,NEWARK NJ from:ASHLEY C. PARRISH |
| 3/03/04 | 6.86 | Fed Exp to:THE HONORABLE D. BROOKS SMITH DUNCANSVILLE,PA from:ASHLEY C. PARRISH |
| 3/03/04 | 153.45 | FESTIVE FOODS - Working Meals/K&E and Others LUNCH ON 3/4/04 WITH D.BEREK AND ABOVE CLIENT |
| 3/03/04 | 45.10 | FESTIVE FOODS - Working Meals/K&E and Others BREAKFAST ON 3/4/04 FOR D.BEREK AND ABOVE CLIENT |
| 3/03/04 | 13.40 | NATIONAL RESEARCH COUNCIL CANADA - Computer Database Research EARTH SCIENCE; OF PEARLS AND LITTLE WORMS |
| 3/04/04 | 1.66 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 3/04/04 | 1.45 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 3/04/04 | 1.45 | Telephone call to:  CAMBRIDGE,MA 617-498-4399 |
| 3/04/04 | 4.16 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 3/04/04 | 3.12 | Telephone call to:  WASHINGTON,DC 202-797-1111 |
| 3/04/04 | 2.00 | David Bernick P.C., Cellular Service, Sprint, 12/29/03 - 1/29/04, 03/04/04, (Telephone Charges) |
| 3/04/04 | 23.40 | Standard Copies |
| 3/04/04 | 4.20 | Standard Copies |
| 3/04/04 | 4.20 | Standard Copies |
| 3/04/04 | 3.20 | Standard Copies |
| 3/04/04 | 3.20 | Standard Copies |
| 3/04/04 | 3.20 | Standard Copies |
| 3/04/04 | 1.90 | Standard Copies |
| 3/04/04 | 0.70 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 3/04/04 | 2.10 | Standard Copies |
| 3/04/04 | 2.10 | Standard Copies |
| 3/04/04 | 2.40 | Standard Copies NY |
| 3/04/04 | 2.40 | Standard Copies NY |
| 3/04/04 | 5.86 | Fed Exp to:KEN STORECK,WASHINGTON,DC from:MICHAEL SLATER |
| 3/04/04 | 13.00 | Overtime Transportation, S. Blatnick, 2/9/04 |
| 3/05/04 | 0.83 | Telephone call to:  WILMINGTON,DE 302-573-6491 |
| 3/05/04 | 9.20 | Standard Copies |
| 3/05/04 | 0.60 | Standard Copies |
| 3/05/04 | 8.10 | Standard Copies |
| 3/05/04 | 17.00 | Standard Copies |
| 3/05/04 | 0.50 | Standard Copies |
| 3/05/04 | 52.80 | Standard Copies |
| 3/05/04 | 5.10 | Standard Copies |
| 3/05/04 | 1.10 | Standard Copies |
| 3/05/04 | 1.10 | Standard Copies |
| 3/05/04 | 0.10 | Standard Copies |
| 3/05/04 | 0.60 | Standard Copies |
| 3/05/04 | 3.30 | Standard Copies |
| 3/05/04 | 2.80 | Standard Copies |
| 3/05/04 | 0.50 | Standard Copies |
| 3/05/04 | 3.30 | Standard Copies |
| 3/05/04 | 2.80 | Standard Copies |
| 3/05/04 | 0.75 | Scanned Images |
| 3/05/04 | 0.75 | Scanned Images |
| 3/05/04 | 0.15 | Standard Copies NY |
| 3/05/04 | 15.00 | GEORGE WASHINGTON UNIVERSITY - Library Document Procurement- BREAKING THE VICIOUS CIRCLE |
| 3/06/04 | 18.00 | Working Meals/K&E and Others BEVERAGES-02/18/04 |
| 3/06/04 | 15.00 | Working Meals/K&E and Others BEVERAGES-02/19/04 |
| 3/06/04 | 20.00 | Working Meals/K&E and Others BEVERAGES-02/19/04 |
| 3/06/04 | 7.84 | VIRTUALDOCKET.COM - Computer Database Research, TA(7.40) Service fee for download of documents |
| 3/08/04 | 2.49 | Telephone call to:  WILMINGTON,DE 302-652-5340 |
| 3/08/04 | 1.45 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 3/08/04 | 0.62 | Telephone call to:  CAMBRIDGE,MA 617-498-4847 |
| 3/08/04 | 1.45 | Telephone call to:  COLUMBIA,MD 410-531-4222 |

| Date | Amount | Description |
|------|-------:|-------------|
| 3/08/04 | 1.66 | Telephone call to: BOSTON,MA 617-951-2505 |
| 3/08/04 | 0.59 | Telephone call to: STATE OF,CT 860-687-7589 |
| 3/08/04 | 1.50 | Fax page charge to 617-498-4402 |
| 3/08/04 | 2.25 | Fax page charge to 617-498-4402 |
| 3/08/04 | 0.50 | Standard Copies |
| 3/08/04 | 10.00 | Standard Copies |
| 3/08/04 | 12.50 | Standard Copies |
| 3/08/04 | 8.50 | Standard Copies |
| 3/08/04 | 8.90 | Standard Copies |
| 3/08/04 | 3.30 | Standard Copies |
| 3/08/04 | 3.45 | Scanned Images |
| 3/08/04 | 0.15 | Standard Copies NY |
| 3/08/04 | 0.45 | Standard Copies NY |
| 3/09/04 | 22.95 | James Kapp III, Cellular Service, AT&T Wireless, 1/15/04 - 2-13-04, 03/09/04, (Telephone Charges) |
| 3/09/04 | 0.50 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 3/09/04 | 0.62 | Telephone call to: LB AREA,CA 310-321-5532 |
| 3/09/04 | 0.83 | Telephone call to: BRONX,NY 212-543-7800 |
| 3/09/04 | 21.10 | Standard Copies |
| 3/09/04 | 3.50 | Standard Copies |
| 3/09/04 | 3.50 | Standard Copies |
| 3/09/04 | 4.50 | Standard Copies |
| 3/09/04 | 0.20 | Standard Copies |
| 3/09/04 | 0.20 | Standard Copies |
| 3/09/04 | 0.20 | Standard Copies |
| 3/09/04 | 0.20 | Standard Copies |
| 3/09/04 | 5.40 | Standard Copies |
| 3/09/04 | 12.75 | Scanned Images |
| 3/09/04 | 25.05 | Scanned Images |
| 3/09/04 | 0.60 | Scanned Images |
| 3/09/04 | 27.30 | Standard Copies NY |
| 3/10/04 | 3.33 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 3/10/04 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 3/10/04 | 0.62 | Telephone call to: MIAMI,FL 305-350-2403 |
| 3/10/04 | 1.00 | Elli Leibenstein, Local Service, AT&T, 3/10-3/11/04, 03/10/04, (Expert Witness Meeting) |
| 3/10/04 | 1.20 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 3/10/04 | 16.70 | Standard Copies |
| 3/10/04 | 4.00 | Standard Copies |
| 3/10/04 | 2.90 | Standard Copies |
| 3/10/04 | 3.60 | Standard Copies |
| 3/10/04 | 4.70 | Standard Copies |
| 3/10/04 | 0.20 | Standard Copies |
| 3/10/04 | 0.20 | Standard Copies |
| 3/10/04 | 1.80 | Standard Copies |
| 3/10/04 | 6.30 | Standard Copies |
| 3/10/04 | 10.80 | Scanned Images |
| 3/10/04 | 7.05 | Scanned Images |
| 3/10/04 | 1.80 | Scanned Images |
| 3/10/04 | 0.15 | Standard Copies NY |
| 3/10/04 | 10.80 | Standard Copies NY |
| 3/10/04 | 27.77 | SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC - Working Meals/K&E and Others per S. Arbeit on 2/23/04. |
| 3/10/04 | 24.17 | SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC - Working Meals/K&E and Others per S. Arbeit on 2/24/04. |
| 3/11/04 | 1.66 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 3/11/04 | 0.62 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 3/11/04 | 2.08 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 3/11/04 | 1.25 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 3/11/04 | 3.24 | Fax phone charge to 773-248-2087 |
| 3/11/04 | 45.00 | Fax page charge to 773-248-2087 |
| 3/11/04 | 3.00 | Fax page charge to 860-286-0185 |
| 3/11/04 | 120.10 | Standard Copies |
| 3/11/04 | 41.20 | Standard Copies |
| 3/11/04 | 1.80 | Standard Copies |
| 3/11/04 | 1.20 | Standard Copies |
| 3/11/04 | 95.10 | Standard Copies |
| 3/11/04 | 1.20 | Standard Copies |
| 3/11/04 | 9.70 | Standard Copies |
| 3/11/04 | 38.00 | Standard Copies |
| 3/11/04 | 5.80 | Standard Copies |
| 3/11/04 | 3.60 | Tabs/Indexes/Dividers |
| 3/11/04 | 36.75 | Tabs/Indexes/Dividers |
| 3/11/04 | 9.00 | Scanned Images |

B-18

| Date | Amount | Description |
|------|--------|-------------|
| 3/11/04 | 8.68 | Fed Exp to:THE HONORABLE JULIO M. FUENTES,NEWARK NJ from:ASHLEY C. PARRISH |
| 3/11/04 | 8.68 | Fed Exp to:THE HONORABLE LEONARD I. GARTH,NEWARK NJ from:ASHLEY C. PARRISH |
| 3/11/04 | 40.84 | Fed Exp to:CLERK OF THE COURT,PHILADELPHIA,PA from:ASHLEY C. PARRISH |
| 3/11/04 | 9.20 | Fed Exp to:THE HONORABLE D. BROOKS SMITH DUNCANSVILLE,PA from:ASHLEY C. PARRISH |
| 3/11/04 | 6.00 | Janet Baer, cabfare, Chicago,IL, 03/11/04, (Overtime Transportation) |
| 3/11/04 | 10.00 | Rachel Schulman, Parking, Chicago, IL, 03/11/04, (Overtime Transportation) |
| 3/11/04 | 159.98 | Engstrom, J - Revisions |
| 3/12/04 | 0.62 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 3/12/04 | 2.08 | Telephone call to:  BOSTON,MA 617-727-2200 |
| 3/12/04 | 0.10 | Standard Copies |
| 3/12/04 | 7.60 | Standard Copies |
| 3/12/04 | 7.50 | Standard Copies |
| 3/12/04 | 0.20 | Standard Copies |
| 3/12/04 | 0.40 | Standard Copies |
| 3/12/04 | 0.30 | Standard Copies |
| 3/12/04 | 1.60 | Standard Copies |
| 3/12/04 | 0.10 | Standard Copies |
| 3/12/04 | 0.50 | Standard Copies |
| 3/12/04 | 0.90 | Standard Copies |
| 3/12/04 | 2.80 | Standard Copies |
| 3/12/04 | 2.10 | Standard Copies |
| 3/12/04 | 2.20 | Standard Copies |
| 3/12/04 | 0.80 | Standard Copies |
| 3/12/04 | 2.80 | Standard Copies |
| 3/12/04 | 2.10 | Standard Copies |
| 3/12/04 | 2.20 | Standard Copies |
| 3/12/04 | 7.50 | Standard Copies |
| 3/12/04 | 6.00 | Standard Copies |
| 3/12/04 | 3.90 | Standard Copies |
| 3/12/04 | 3.60 | Standard Copies |
| 3/12/04 | 4.70 | Standard Copies |
| 3/12/04 | 0.80 | Standard Copies |
| 3/12/04 | 1.20 | Standard Copies |

B-19

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 3/12/04 | 1.30 | Standard Copies |
| 3/12/04 | 0.80 | Standard Copies |
| 3/12/04 | 1.50 | Scanned Images |
| 3/12/04 | 5.86 | Fed Exp to:JANET DAVIS,COLUMBIA,MD from:JOHN O'QUINN |
| 3/13/04 | 205.00 | PARCELS - Information Broker Doc/Svcs, Documents regarding Case #03-4526, 3/11/04 |
| 3/13/04 | 36.25 | VIRTUALDOCKET.COM - Computer Database Research, TA(34.20) Download of documents, 3/04 |
| 3/14/04 | 12.00 | Rachel Schulman, Parking, Chicago, IL, 03/14/04, (Overtime Transportation) |
| 3/15/04 | 2.29 | Telephone call to: E CENTRAL,FL 561-362-1312 |
| 3/15/04 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 3/15/04 | 0.75 | Fax page charge to 215-563-7996 |
| 3/15/04 | 0.40 | Standard Copies |
| 3/15/04 | 0.50 | Standard Copies |
| 3/15/04 | 13.30 | Standard Copies |
| 3/15/04 | 0.45 | Scanned Images |
| 3/15/04 | 9.00 | Scanned Images |
| 3/15/04 | 11.25 | Scanned Images |
| 3/15/04 | 11.85 | Scanned Images |
| 3/15/04 | 15.60 | Scanned Images |
| 3/15/04 | 0.15 | Scanned Images |
| 3/16/04 | 4.36 | Telephone call to: LB AREA,CA 310-321-5532 |
| 3/16/04 | 36.80 | Standard Copies |
| 3/16/04 | 1.30 | Standard Copies |
| 3/16/04 | 0.60 | Standard Copies |
| 3/16/04 | 0.90 | Standard Copies |
| 3/16/04 | 0.10 | Standard Copies |
| 3/16/04 | 0.30 | Scanned Images |
| 3/16/04 | 0.30 | Scanned Images |
| 3/16/04 | 49.91 | LIBERTY DOCUMENT SERVICES, INC. - Outside Copy/Binding Services |
| 3/17/04 | 1.74 | Telephone call to: SANFRNCSCO,CA 415-556-9730 |
| 3/17/04 | 0.62 | Telephone call to: LB AREA,CA 310-321-5555 |
| 3/17/04 | 1.04 | Telephone call to: CAMBRIDGE,MA 617-498-4399 |
| 3/17/04 | 8.22 | Telephone call to: EASTERN,MD 443-535-8439 |
| 3/17/04 | 0.10 | Standard Copies |
| 3/17/04 | 0.60 | Standard Copies |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 3/17/04 | 1.10 | Standard Copies |
| 3/17/04 | 0.10 | Standard Copies |
| 3/17/04 | 0.30 | Scanned Images |
| 3/17/04 | 7.05 | Scanned Images |
| 3/17/04 | 4.20 | Scanned Images |
| 3/17/04 | 3.95 | Postage-03/12/04 |
| 3/18/04 | 0.62 | Telephone call to: LB AREA,CA 310-321-5532 |
| 3/18/04 | 1.66 | Telephone call to: NEWYORKCTY,NY 212-490-2500 |
| 3/18/04 | 1.45 | Telephone call to: ALBANY,NY 518-457-1737 |
| 3/18/04 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 3/18/04 | 0.30 | Standard Copies |
| 3/18/04 | 0.20 | Standard Copies |
| 3/18/04 | 1.35 | Scanned Images |
| 3/18/04 | 2.10 | Scanned Images |
| 3/18/04 | 29.97 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 03/18/04, (Document Production), Overtime Meal |
| 3/19/04 | 0.62 | Telephone call to: WILMINGTON,DE 302-984-6300 |
| 3/19/04 | 1.60 | Standard Copies |
| 3/19/04 | 7.90 | Standard Copies |
| 3/19/04 | 2.40 | Scanned Images |
| 3/19/04 | 0.60 | Scanned Images |
| 3/19/04 | 1.35 | Scanned Images |
| 3/21/04 | 71.00 | PARCELS - Information Broker Doc/Svcs, Documents regarding case #03-3453, 3/19/04 |
| 3/21/04 | 16.10 | VIRTUALDOCKET.COM - TA(15.20) Computer Database Research, 3/10/04 to 3/16/04 Documents Downloaded per A. Groesch. |
| 3/22/04 | 15.00 | Working Meals/K&E and Others BEVERAGES-3/4/04-12SW |
| 3/23/04 | 1.04 | Telephone call to: STATE OF,DE 302-778-6410 |
| 3/23/04 | 2.50 | Standard Copies |
| 3/23/04 | 0.40 | Standard Copies |
| 3/23/04 | 0.60 | Standard Copies |
| 3/23/04 | 4.80 | Standard Copies |
| 3/23/04 | 7.00 | Standard Copies |
| 3/23/04 | 0.90 | Scanned Images |
| 3/23/04 | 130.08 | FESTIVE FOODS - Working Meals/K&E and Others LUNCH ON 3/23/04 FOR C.LANDAU AND ABOVE CLIENT |
| 3/24/04 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-583-5388 |
| 3/24/04 | 0.62 | Telephone call to: BEVERLYHLS,CA 310-277-6910 |

| Date | Amount | Description |
|------|--------|-------------|
| 3/24/04 | 0.62 | Telephone call to: WASHINGTON,DC 202-307-6493 |
| 3/24/04 | 1.00 | Telephone call to: SANFRNCSCO,CA 415-556-9800 |
| 3/24/04 | 2.60 | Standard Copies |
| 3/24/04 | 0.15 | Scanned Images |
| 3/24/04 | 2.55 | Scanned Images |
| 3/25/04 | 2.08 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 3/25/04 | 7.70 | Standard Copies |
| 3/25/04 | 3.80 | Standard Copies |
| 3/26/04 | 1.20 | Standard Copies |
| 3/26/04 | 0.60 | Standard Copies |
| 3/26/04 | 0.20 | Standard Copies |
| 3/26/04 | 0.10 | Standard Copies |
| 3/26/04 | 3.10 | Standard Copies |
| 3/26/04 | 2.70 | Standard Copies |
| 3/26/04 | 5.86 | Fed Exp to:CLERK OF THE COURT,PHILADELPHIA,PA from:ASHLEY C. PARRISH |
| 3/26/04 | 40.00 | CLERK, U.S. COURT OF APPEALS - Filing Fees ADMISSION TO 3RD CIRCUIT-ASHLEY C.PARRISH |
| 3/26/04 | 10.00 | CLERK, D.C. COURT OF APPEALS - Information Broker Doc/Svcs 2 CERTIFICATE OF GOODSTANDINGS FOR A.PARRISH ($5 EACH) |
| 3/28/04 | 9.12 | VIRTUALDOCKET.COM - Computer Database Research, TA(8.60) Download of documents, 3/04 |
| 3/29/04 | 37.90 | Standard Copies |
| 3/29/04 | 2.60 | Standard Copies |
| 3/29/04 | 5.60 | Standard Copies |
| 3/29/04 | 0.30 | Scanned Images |
| 3/29/04 | 11.63 | LEXISNEXIS - Computer Database Research 02/2004 |
| 3/29/04 | 21.00 | Overtime Transportation, R. Kopera, 1/26/04 |
| 3/29/04 | 11.30 | Overtime Transportation, T. McCollom, 2/23/04 |
| 3/30/04 | 0.15 | Scanned Images |
| 3/30/04 | 45.65 | ELAINE M. RYAN - Court Reporter Fee/Deposition, Transcript of 3/22/04 hearing |
| 3/31/04 | 2.70 | Scanned Images |
| 3/31/04 | 0.15 | Scanned Images |
| Total: | 8,133.77 | |