## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| W.R. GRACE & CO., ET AL. | : | Case No. 01-01139 (JKF) |
|  | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : |  |

## <u>NOTICE OF WITHDRAWAL OF CLAIM</u>

PLEASE TAKE NOTICE that in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, the Proof of Claim of Portia Partners, LLC, Court Claim No.923, filed by Lummus Supply Company Inc. on or about June 28, 2002 in the total amount of $269.78 and transferred to Portia Partners, LLC pursuant to Rule 3001(e)(2) (Document # 5388) in the above-captioned Chapter 11 cases, is hereby withdrawn with prejudice.

DATED: May 4, 2004

By: <u>/s/ Robert Gold</u>

Title: <u>Managing Director</u>

Portia Partners, LLC
One Sound Shore Drive, Suite 100
Greenwich, CT 06830