IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** ) | **Case No. 01-01139 (JKF)** |
| ) | **Jointly Administered** |
| **Debtors.** ) | |
| ) | **Related to Docket Nos. 5151 and 5427** |

**CERTIFICATION OF COUNSEL REGARDING
APPLICATION FOR ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF CAPSTONE CORPORATE
RECOVERY, LLC, TO REPLACE FTI CONSULTING, INC. AS FINANCIAL
ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

I, Michael R. Lastowski, Esquire, hereby certify as follows:

1. On February 24, 2004, the Official Committee of Unsecured Creditors (the "Committee") filed the Application for Order Authorizing the Employment and Retention of Capstone Corporate Recovery, LLC, to Replace FTI Consulting, Inc. as Financial Advisors for the Official Committee of Unsecured Creditors (the "Application") [Docket No. 5151].

2. On April 9, 2004, the United States Trustee filed the Limited Objection of the United States Trustee to Application of the Official Committee of Unsecured Creditors for Order Authorizing the Retention and Employment of Capstone Corporate Recovery, LLC, to Replace FTI Consulting, Inc. as Financial Advisors for the Official Committee of Unsecured Creditors (the "Limited Objection") [Docket No. 5427].

3. The undersigned hereby certifies that, as a result of discussions between the United States Trustee and counsel for the Committee, certain modifications were made and incorporated into the attached proposed Consent Order Authorizing the Employment and Retention of Capstone Corporate Recovery, LLC, as Financial Advisors for the Official Committee of Unsecured Creditors and Limiting the Scope of the Services to be Rendered by

WLM\196710.1

FTI Consulting, Inc. (the "Consent Order"), which is attached hereto as Exhibit A. The proposed Consent Order resolves the issues raised in the Limited Objection.

4. Upon satisfactory review by the Court, the Committee respectfully requests the entry of the Consent Order.

Dated: May 4, 2004  
       Wilmington, Delaware

Respectfully submitted,

*[signature]*

Michael R. Lastowski (DE I.D. No. 3892)  
DUANE MORRIS LLP  
1100 North Market Street, Suite 1200  
Wilmington, DE 19801  
Telephone:     (302) 657-4900  
Facsimile:      (302) 657-4901  
E-mail:          mlastowski@duanemorris.com

- and –

William S. Katchen (Admitted in NJ Only)  
DUANE MORRIS LLP  
744 Broad Street, Suite 1200  
Newark, New Jersey 07102-3889  
Telephone:     (973) 424-2000  
Facsimile:      (973) 424-2001  
E-mail:          wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*