# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,

                    Debtors.

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

**Objection Deadline: May 25, 2004 @ 4:00 p.m.**

## THIRTY-FIRST MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

Name of Applicant:     *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:     *Official Committee of Equity Holders*

Date of Retention:     *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:     *February 1, 2004 through and*
                                 *including February 29, 2004*

Amount of Compensation sought as
actual, reasonable and necessary: *$8,888.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$545.85*

This is a(n):     **x**   monthly          __     interim application

KL2 2261553 1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | Approved on 3/14/03 Doc. No. 3511, but 20% hold-back not yet paid |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

[1] The twenty percent holdback ($4,078.50) for the month of June, 2002 is still outstanding.

- 2 -

KL2 226155  I

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | Approved on 7/28/03 Doc. No. 4157, but 20% hold-back not yet paid |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | Approved on 9/22/03 Doc. No. 3511, but 20% hold-back not yet paid |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | Approved on 12/15/03 Doc. No. 4827, but 20% hold-back not yet paid |
| September 25,2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | $12,003.20<br>$334.63 |
| December 19, 2003 | October 1, 2003<br>October 31, 2003 | $13,134.00<br>$174.04 | $10,507.20<br>$174.04 |
| January 6, 2004 | November 1, 2003<br>November 30, 2003 | $14,537.00<br>$273.00 | $11,629.60<br>$273.00 |

- 3 -

| January 29, 2004 | December 1, 2003<br>December 31, 2003 | $17,595.00<br>$1,599.14 | $14,076.00<br>$1,599.14 |
| February 27, 2004 | January 1, 2004<br>January 31, 2004 | $8,979.00<br>$436.37 | CNO filed<br>3/19/2004 |

## SUMMARY OF TIME FOR BILLING PERIOD
## FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Bentley, Philip | 565.00 | 5.60 | $3,164.00 |
| Becker, Gary M. | 495.00 | 5.30 | $2,623.50 |
| Klein, David | 390.00 | 4.10 | $1,599.00 |
| Mangual, Kathleen | 185.00 | 7.70 | $1,501.50 |
| **Total** | | **22.70** | **$8,888.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period<br>2/1/04 through 2/29/04 | Total Fees for the Period<br>2/1/04 through 2/29/04 |
|------------------|-----------------------------------------------------|----------------------------------------------------|
| Case Administration | 8.80 | $2,552.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 0.50 | $247.50 |
| Creditor Committee | 3.30 | $1,717.50 |
| Bankruptcy Motion | 4.20 | $2,233.00 |
| Fee Applications, Applicant | 3.80 | $951.00 |
| Fraudulent Conveyance Adv. Proc. | 2.10 | $1,186.50 |
| **Total** | **22.70** | **8,888.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 2/1/04<br>through 2/29/04 |
|------------------|--------------------------------------------------------|
| Photocopying | $31.35 |
| Corp. Doc. & Mat. | $497.50 |
| Cab Fares | $17.00 |
| **Total** | **$436.47** |

KL2 226155 1

KRAMER LEVIN NAFTALIS & FRANKEL LLP


By:_____
      Gary M. Becker
      919 Third Avenue
      New York, New York 10022
      (212) 715-9100

      Counsel to the Official Committee of
      Equity Holders

Dated:  May **4**, 2004

KL2:2261551.1

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.10 | 565.00 | 56.50 |
| KLEIN, DAVID | CRED | 4.10 | 390.00 | 1,599.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 4.60 | 195.00 | 897.00 |
| | Subtotal | 8.80 | $ | 2,552.50 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.20 | 565.00 | 678.00 |
| BECKER, GARY M. | CRED | 2.10 | 495.00 | 1,039.50 |
| | Subtotal | 3.30 | $ | 1,717.50 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.20 | 565.00 | 1,243.00 |
| BECKER, GARY M. | CRED | 2.00 | 495.00 | 990.00 |
| | Subtotal | 4.20 | $ | 2,233.00 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.70 | 495.00 | 346.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 3.10 | 195.00 | 604.50 |
| | Subtotal | 3.80 | $ | 951.00 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.50 | 495.00 | 247.50 |
| | Subtotal | 0.50 | $ | 247.50 |

### FRAUDULENT CONVEYANCE ADV. PROCEEDING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.10 | 565.00 | 1,186.50 |

KL4 209736: 1

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

|  |  |  |  |
|---|---|---|---|
| Subtotal | 2.10 | $ | 1,186.50 |
| Total | 22.70 | $ | 8,888.00 |

KL4 209736; 1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|-----------|-------|-------------|--------|
| BENTLEY, PHILIP | PARTNER | 5.60 | 565.00 | 3,164.00 |
| BECKER, GARY M. | SPEC COUNS | 5.30 | 495.00 | 2,623.50 |
| KLEIN, DAVID | ASSOCIATE | 4.10 | 390.00 | 1,599.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 7.70 | 195.00 | 1,501.50 |
| | Total | 22.70 | | $8,888.00 |

KL4 209736: 1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

| DISBURSEMENTS * | AMOUNT |
|---|---|
| PHOTOCOPYING | 31.35 |
| CORP. DOC.& MAT. | 497.50 |
| CAB FARES | 17.00 |
| Subtotal | $545.85 |

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004
## IN ACCORDANCE WITH THE CASE MANAGEMENT ORDER

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 16.72 |
| Subtotal | $16.72 |

KL4 209736: 1

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

PAGE  1

Rep. 12225C.  Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Worked : 12/31/99 thru 04/27/04

Run Date & Time: 04/27/04 15:59:16
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 8.80 | 2,552.50 | 43.85 | 2,596.35 | BENTLEY PHILIP - 02495 | M | | B |
| 00002 | CREDITOR COMMITTEE | 3.30 | 1,717.50 | 0.00 | 1,717.50 | BENTLEY PHILIP - 02495 | M | | B |
| 00005 | BANKR. MOTIONS | 4.20 | 2,233.00 | 4.50 | 2,237.50 | BENTLEY PHILIP - 02495 | M | | B |
| 00008 | FEE APPLICATIONS, APPLIC | 3.80 | 951.00 | 0.00 | 951.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 0.50 | 247.50 | 497.50 | 745.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 2.10 | 1,186.50 | 0.00 | 1,186.50 | BENTLEY PHILIP - 02495 | M | | B |
| | Client Total | 22.70 | 8,888.00 | 545.85 | 9,433.85 | | | | |

a1p_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 04/27/2004 15:59:09

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu services

PRE-BILLING SUMMARY REPORT

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: 02/02/2004 | TO: 02/29/2004 |  |
| UNBILLED DISB FROM: 01/22/2004 | TO: 02/26/2004 |  |

GROSS BILLABLE AMOUNT:        8,888.00                              545.85
AMOUNT WRITTEN DOWN:
                    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
          TOTAL OUTSTANDING:

|  |  |
|---|---|
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO |
| EXPECTED DATE OF COLLECTION: | 02/29/2004 |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

FEES:                              8,888.00
DISBURSEMENTS:                       545.85        UNIDENTIFIED RECEIPTS:        0.00
FEE RETAINER:                          0.00        PAID FEE RETAINER:            0.00
DISB RETAINER:                         0.00        PAID DISB RETAINER:           0.00
TOTAL OUTSTANDING:                 9,433.85        TOTAL AVAILABLE FUNDS:        0.00
                                                   TRUST BALANCE:
                                                   BILLING HISTORY

DATE OF LAST BILL:       02/25/04        LAST PAYMENT DATE:        04/13/04
LAST BILL NUMBER:          384579        FEES BILLED TO DATE:      672,459.50
LAST BILL THRU DATE:     01/31/04        FEES WRITTEN OFF TO DATE: 562,657.18

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee          (6) Summer Associate
          (2) Late Time & Costs Posted    (7) Fixed Fee
          (3) Pre-arranged Discount       (8) Premium
          (4) Excessive Legal Time        (9) Rounding
          (5) Business Development        (10) Client Arrangement

BILL NUMBER:                    DATE OF BILL:        Processed by:        FRC:        CRC:

pages

alp_132c: Client Summary

Run Date & Time: 04/27/2004 15:59:15

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|--------|---------------|-------|--------|--------|----------|--------|
| 02495 | BENTLEY, PHILIP | PARTNER | 02/03/04 | 02/27/04 | 5.60 | 3,164.00 |
| 05292 | BECKER, GARY M. | SPEC. COUNSEL | 02/02/04 | 02/27/04 | 5.30 | 2,623.50 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 02/02/04 | 02/29/04 | 4.10 | 1,599.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 02/03/04 | 02/27/04 | 7.70 | 1,501.50 |
| | Total: | | | | 22.70 | 8,888.00 |

U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 02/19/04 | 02/26/04 | 31.35 |
| 0936 | CORP. DOC.& MAT. | 02/12/04 | 02/12/04 | 497.50 |
| 0940 | CAB FARES | 01/22/04 | 01/22/04 | 17.00 |
| | Total | | | 545.85 |

Grand Total    9,433.85

alp_132r: Matter Detail
Run Date & Time: 04/27/2004 15:59:07

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE      1

Matter No: 056772-00001          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:      1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o menu services

PRE-BILLING SUMMARY REPORT

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 02/02/2004 | TO: | 02/29/2004 |
| UNBILLED DISB FROM: | 01/22/2004 | TO: | 02/26/2004 |

GROSS BILLABLE AMOUNT:          2,552.50          43.85
AMOUNT WRITTEN DOWN:

ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:                                      02/26/2004

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 2,552.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 43.85 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 2,596.35 | TRUST BALANCE: | |

BILLING HISTORY

DATE OF LAST BILL:          02/25/04          LAST PAYMENT DATE:          04/13/04
LAST BILL NUMBER:          384579          FEES BILLED TO DATE:          197,231.50
LAST BILL THRU DATE:     01/31/04     FEES WRITTEN OFF TO DATE:          79,053.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted          (7) Fixed Fee
(3) Pre-arranged Discount          (8) Premium
(4) Excessive Legal Time          (9) Rounding
(5) Business Development          (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 04/27/2004 15:59:07

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                        ------------ Total Unbilled ------------
Emp Id  Employee Name           Group       Oldest       Latest          Hours           Amount

02495   BENTLEY, PHILIP         CRED        02/18/04     02/18/04          0.10            56.50
05646   KLEIN, DAVID            CRED        02/02/04     02/29/04          4.10         1,599.00
        PARAPROFESSIONALS
05208   MANGUAL, KATHLEEN       CRED        02/03/04     02/27/04          4.60           897.00

                        Total:                                            8.80         2,552.50

U N B I L L E D   C O S T S   S U M M A R Y                      ------------ Total Unbilled ------------
Code    Description                         Oldest       Latest          Total           Total
                                            Entry        Entry           Amount

0820    PHOTOCOPYING                        02/19/04     02/26/04          26.85
0940    CAB FARES                           01/22/04     01/22/04          17.00

                        Total:                                                          43.85

                        Grand Total                                                  2,596.35

Sub-Total Hours :      0.10 Partners      0.00 Counsels      4.10 Associates      4.60 Legal Assts      0.00 Others

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date          Description                                         Hours        Amount      Index#    Batch Date

KLEIN, DAVID            02/02/04           review pleadings/filings, distr same as               0.90        351.00      5039611   03/01/04
                                           necessary.
KLEIN, DAVID            02/03/04           review pleadings/filings, dist same as                0.30        117.00      5039612   03/01/04
                                           various filings w/ GMB (0.3); discussion re case status,
MANGUAL, KATHLEEN       02/03/04           organization of files, update index and              1.60        312.00      5047075   03/02/04
                                           correspondence (1.6)
KLEIN, DAVID            02/04/04           review pleadings/filings, distr same as               0.10         39.00      5039613   03/01/04
                                           necessary.
KLEIN, DAVID            02/05/04           review pleadings/filings, distr same as               0.10         39.00      5039614   03/01/04
                                           necessary.
KLEIN, DAVID            02/09/04           review pleadings/filings, distr same as               0.20         78.00      5039615   03/01/04
                                           necessary.
MANGUAL, KATHLEEN       02/09/04           organization of files, update index and              1.30        253.50      5047076   03/02/04
                                           correspondence (1.3)
KLEIN, DAVID            02/10/04           review pleadings/filings, distr same as               0.40        156.00      5039616   03/01/04
                                           necessary.

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

alp_132r: Matter Detail

Run Date & Time: 04/27/2004 15:59:07

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1800384
Bill Frequency: M

Status    : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| KLEIN, DAVID | 02/11/04 | review pleadings/filings, distr same as necessary | 0.20 | 78.00 | 5039617 | 03/01/04 | |
| KLEIN, DAVID | 02/12/04 | review pleadings/filings, distr same as necessary | 0.20 | 78.00 | 5039618 | 03/01/04 | |
| KLEIN, DAVID | 02/17/04 | review pleadings/filings, distr same as necessary | 0.20 | 78.00 | 5039619 | 03/01/04 | |
| BENTLEY PHILIP | 02/18/04 | Respond to creditor inquiry | 0.10 | 56.50 | 5044400 | 03/01/04 | |
| KLEIN, DAVID | 02/19/04 | review pleadings/filings, distr same as necessary | 0.20 | 78.00 | 5039620 | 03/01/04 | |
| MANGUAL, KATHLEEN | 02/20/04 | organization of files, update index and correspondence (1.4) | 1.40 | 273.00 | 5047077 | 03/02/04 | |
| KLEIN, DAVID | 02/23/04 | review pleadings/filings, distr same as necessary | 0.30 | 117.00 | 5039621 | 03/01/04 | |
| KLEIN, DAVID | 02/25/04 | review pleadings/filings, distr same as necessary | 0.30 | 117.00 | 5039622 | 03/01/04 | |
| KLEIN, DAVID | 02/26/04 | review pleadings/filings, distr same as necessary | 0.40 | 156.00 | 5039623 | 03/01/04 | |
| MANGUAL, KATHLEEN | 02/27/04 | retrieval of 9019 Motion in re: Sealed Air (.30) per PB | 0.30 | 58.50 | 5047078 | 03/02/04 | |
| KLEIN, DAVID | 02/29/04 | review pleadings/filings, distr same as necessary | 0.30 | 117.00 | 5039624 | 03/01/04 | |

Fee Total        8.80        8.80        2,552.50        2,552.50

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| 0820 | | | | | | |
| PHOTOCOPYING | KLEIN, D K | 02/19/04 | 4.05 | 6449122 | 1115530 | 02/25/04 |
| KLEIN DAVID | | | | | | |
| PHOTOCOPYING | MANGUAL, K M | 02/25/04 | 8.40 | 6453046 | 1115574 | 02/26/04 |
| MANUAL KATHLEEN | | | | | | |
| PHOTOCOPYING | MANGUAL, K M | 02/26/04 | 14.40 | 6455483 | 111630 | 02/27/04 |
| MANUAL KATHLEEN | | | | | | |

                    0820 PHOTOCOPYING Total :        26.85

| CAB FARES | | | | | | |
| 0940 | | | | | | |
| MARIANNE FERGUSON, CASHI | KLEIN, D K | 01/22/04 | 17.00 | 6466455 | 112154 | 03/05/04 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | | | | | | |

                    0940 CAB FARES Total :        17.00        17.00