```
alp_132r: Matter Detail                                                                                                   PAGE    4

Run Date & Time: 04/27/2004 15:59:07

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status       : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code              Employee             Date            Amount       Index#     Batch No    Batch Date
---------------------------   -----------------   ---------        --------     ------     --------    ----------

                                                  Costs Total :                 43.85
```

```
alp_132r: Matter Detail                                                                                                            PAGE    5
Run Date & Time: 04/27/2004 15:59:07

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:  1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

 BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name                    Hours      Amount        Bill     W/o / W/u     Transfer To  Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                   0.10       56.50
KLEIN, DAVID                      4.10    1,599.00
MANGUAL, KATHLEEN                 4.60      897.00

          Total:                  8.80    2,552.50


 BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description                    Amount               Bill     W/o / W/u     Transfer To  Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                    26.85
0940 CAB FARES                       17.00

          Costs Total :              43.85
```

```
alp_132r: Matter Detail                                                                                                                 PAGE    6
Run Date & Time: 04/27/2004 15:59:07

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                      Orig Prtnr : CRED. RGTS      - 06975       Proforma Number:    1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

Special Billing Instructions:


                                                 PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   02/02/2004                       TO:  02/27/2004
UNBILLED DISB FROM:                                    TO:

                                 FEES                         COSTS

GROSS BILLABLE AMOUNT:         1,717.50                        0.00
AMOUNT WRITTEN DOWN:
               PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
             THRU DATE:                  02/27/2004
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                        ACCOUNTS RECEIVABLE TOTALS                                      UNAPPLIED CASH

        FEES:                  1,717.50           UNIDENTIFIED RECEIPTS:     0.00
DISBURSEMENTS:                      0.00          PAID FEE RETAINER:         0.00
FEE RETAINER:                       0.00          PAID DISB RETAINER:        0.00
DISB RETAINER:                      0.00          TOTAL AVAILABLE FUNDS:     0.00
TOTAL OUTSTANDING:             1,717.50           TRUST BALANCE:

                                              BILLING HISTORY

DATE OF LAST BILL:           02/25/04             LAST PAYMENT DATE:         04/13/04
LAST BILL NUMBER:              384579             FEES BILLED TO DATE:      72,378.00
LAST BILL THRU DATE:         01/31/04             FEES WRITTEN OFF TO DATE: 21,468.50

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee             (6) Summer Associate
    (2) Late Time & Costs Posted       (7) Fixed Fee
    (3) Pre-arranged Discount          (8) Premium
    (4) Excessive Legal Time           (9) Rounding
    (5) Business Development          (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE      7
Run Date & Time: 04/27/2004 15:59:08                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                Orig Prtnr : CRED. RGTS  - 06975              Proforma Number: 1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ----------------- Total Unbilled ------------------
Emp Id Employee Name              Group        Oldest      Latest        Hours          Amount
02495  BENTLEY, PHILIP             CRED         02/20/04   02/27/04       1.20          678.00
05292  BECKER, GARY M.             CRED         02/02/04   02/27/04       2.10        1,039.50

              Total:                                                      3.30        1,717.50

Sub-Total Hours :   1.20 Partners    2.10 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others


U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                                Hours     Amount    Index#   Batch Date

BECKER, GARY M.         02/02/04    Communication with committee re recusal issue              0.30      148.50    5013087  02/06/04
BECKER, GARY M.         02/04/04    Communicate with committee re recusal schedule             0.20       99.00    5013086  02/06/04
BECKER, GARY M.         02/09/04    Review January invoice.                                    0.30      148.50    5018043  02/11/04
BENTLEY, PHILIP         02/20/04    Trade emails re upcoming hearing                           0.10       56.50    5044401  03/01/04
BECKER, GARY M.         02/27/04    Conf. with Bentley and Weschler re stock sales             1.30      643.50    5040508  03/01/04
                                    by State Street and other case issues (0.8);
                                    review hearing summary from local counsel and
                                    discuss with Bentley (0.5)
BENTLEY, PHILIP         02/27/04    Discs TW, TM, GB and voicemail re committee                1.10      621.50    5044406  03/01/04
                                    issues

                                                                           Fee Total           3.30    1,717.50

                                                                           Fee Total           3.30    1,717.50
```

```
alp_132r: Matter Detail                                                                                            PAGE    8
Run Date & Time: 04/27/2004 15:59:08

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name          Hours      Amount      Bill     W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward
--------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP         1.20       678.00
BECKER, GARY M.         2.10     1,039.50
              Total:    3.30     1,717.50
```

```
alp_132r: Matter Detail
Run Date & Time: 04/27/2004 15:59:08

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    9
                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-000005                           Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

Special Billing Instructions:

                              PRE-BILLING SUMMARY REPORT

   UNBILLED TIME FROM:    02/03/2004                    TO:  02/24/2004
   UNBILLED DISB FROM:    02/19/2004                    TO:  02/20/2004

                                       FEES                  COSTS
                                       ----                  -----
   GROSS BILLABLE AMOUNT:           2,233.00                  4.50
   AMOUNT WRITTEN DOWN:
                PREMIUM:
   ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:              02/24/2004         02/20/2004
   CLOSE MATTER/FINAL BILLING?   YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:



                              ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

   DISBURSEMENTS:            2,233.00           UNIDENTIFIED RECEIPTS:     0.00
   FEE RETAINER:                 4.50           PAID FEE RETAINER:         0.00
   DISB RETAINER:                0.00           PAID DISB RETAINER:        0.00
   TOTAL OUTSTANDING:        2,237.50           TOTAL AVAILABLE FUNDS:     0.00
                                                TRUST BALANCE:
                                                BILLING HISTORY
                                                ---------------
   DATE OF LAST BILL:          02/25/04         LAST PAYMENT DATE:          04/13/04
   LAST BILL NUMBER:             384579         FEES BILLED TO DATE:       21,474.50
   LAST BILL THRU DATE:        01/31/04         FEES WRITTEN OFF TO DATE:     444.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
      (1) Exceeded Fixed Fee            (6) Summer Associate
      (2) Late Time & Costs Posted      (7) Fixed Fee
      (3) Pre-arranged Discount         (8) Premium
      (4) Excessive Legal Time          (9) Rounding
      (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    10
Run Date & Time: 04/27/2004 15:59:08                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                  Orig Prtnr : CRED. RGTS - 06975              Proforma Number: 1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : BANKR. MOTIONS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE
```

U N B I L L E D    T I M E    S U M M A R Y   ---------------- Total Unbilled ----------------

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 02/03/04 | 02/24/04 | 2.20 | 1,243.00 |
| 05292 | BECKER, GARY M. | CRED | 02/06/04 | 02/24/04 | 2.00 | 990.00 |

Total: 4.20  2,233.00

Sub-Total Hours : 2.20 Partners   0.00 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y  ---------- Total Unbilled ----------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 02/19/04 | 02/20/04 | 4.50 |

Total   4.50

Grand Total   2,237.50

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 02/03/04 | Review Judge Wolin's recusal decision | 0.70 | 395.50 | 5044404 | 03/01/04 | |
| BENTLEY, PHILIP | 02/05/04 | Review Wolin's recusal decision | 0.80 | 452.00 | 5044405 | 03/01/04 | |
| BECKER, GARY M. | 02/06/04 | Research re: Avoidance Actions - conf. with P. Bentley. | 0.40 | 198.00 | 5018042 | 02/11/04 | |
| BECKER, GARY M. | 02/23/04 | Review recusal pleadings ; conf with P. Bentley and forward to committee. | 0.60 | 297.00 | 5033534 | 02/25/04 | |
| BENTLEY, PHILIP | 02/23/04 | Review latest round of Third Circuit recusal briefs | 0.60 | 339.00 | 5044402 | 03/01/04 | |
| BECKER, GARY M. | 02/24/04 | Review recusal motions and forward to committee | 1.00 | 495.00 | 5036052 | 02/26/04 | |
| BENTLEY, PHILIP | 02/24/04 | Review emails re recusal issues | 0.10 | 56.50 | 5044403 | 03/01/04 | |

Fee Total   4.20   2,233.00

Fee Total   4.20   2,233.00

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

```
alp_132r: Matter Detail                                                                                                    PAGE   11
Run Date & Time: 04/27/2004 15:59:08

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                             Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code              Employee          Date         Amount      Index#    Batch No   Batch Date
-----------------             --------          ----         ------      ------    --------   ----------
PHOTOCOPYING          0820
    PHOTOCOPYING              BENTLEY, P        02/19/04       4.20      6449123   111530     02/25/04
    BENTLEY PHILIP
    PHOTOCOPYING              BENTLEY, P        02/20/04       0.30      6449124   111530     02/25/04
    BENTLEY PHILIP
                                         0820 PHOTOCOPYING Total :       4.50

                  Costs Total :                                          4.50
```

```
alp_132r: Matter Detail                                                                                              PAGE    12

Run Date & Time: 04/27/2004 15:59:08
                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                       Orig Prtnr : CRED. RGTS  - 06975     Proforma Number: 1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : BANKR. MOTIONS                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours         Amount         Bill        W/o / W/u     Transfer To    Clnt/Mtr   Carry Forward

BENTLEY, PHILIP             2.20       1,243.00
BECKER, GARY M.             2.00         990.00
      Total:                4.20       2,233.00


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                        Amount         Bill        W/o / W/u     Transfer To    Clnt/Mtr   Carry Forward

0820 PHOTOCOPYING                         4.50

                         Costs Total :    4.50
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    13
Run Date & Time: 04/27/2004 15:59:08                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                              Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:  1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status      : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:    02/11/2004                      TO:   02/26/2004
    UNBILLED DISB FROM:                                    TO:

                               FEES                          COSTS
                               ----                          -----

    GROSS BILLABLE AMOUNT:    951.00                          0.00
    AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
              THRU DATE:          02/26/2004
    CLOSE MATTER/FINAL BILLING?   YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:

                           ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

        FEES:              951.00      UNIDENTIFIED RECEIPTS:         0.00
        DISBURSEMENTS:       0.00      PAID FEE RETAINER:             0.00
        FEE RETAINER:        0.00      PAID DISB RETAINER:            0.00
        DISB RETAINER:       0.00      TOTAL AVAILABLE FUNDS:         0.00
        TOTAL OUTSTANDING: 951.00      TRUST BALANCE:
                                       BILLING HISTORY

        DATE OF LAST BILL:    02/25/04        LAST PAYMENT DATE:         04/13/04
        LAST BILL NUMBER:     384579          FEES BILLED TO DATE:      57,433.00
        LAST BILL THRU DATE:  01/31/04        FEES WRITTEN OFF TO DATE:    222.00

FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development       (10) Client Arrangement

BILL NUMBER:             DATE OF BILL:              Processed by:              FRC:              CRC:
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE    14
                                                            *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/27/2004 15:59:08

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS    - 06975        Proforma Number: 1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE
```

U N B I L L E D   T I M E   S U M M A R Y ------------ Total Unbilled ------------
| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 02/23/04 | 02/25/04 | 0.70 | 346.50 |
| 05208 | MANGUAL, KATHLEEN | CRED | 02/11/04 | 02/26/04 | 3.10 | 604.50 |
| | Total: | | | | 3.80 | 951.00 |

Sub-Total Hours :   0.00 Partners   0.70 Counsels   0.00 Associates   3.10 Legal Assts   0.00 Others

U N B I L L E D   T I M E   D E T A I L
| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 02/11/04 | review Jan time detail (.50) | 0.50 | 97.50 | 5047080 | 03/02/04 |
| BECKER, GARY M. | 02/23/04 | Exchange email with T. Currier re Omnibus hearing and call re same | 0.30 | 148.50 | 5033533 | 02/25/04 |
| BECKER, GARY M. | 02/25/04 | Review fee application; conf. with Mangual | 0.40 | 198.00 | 5035297 | 02/26/04 |
| MANGUAL, KATHLEEN | 02/25/04 | update interim fee application per GB comments (.60); review time detail for monthly and coordinate w/ accounting (.40); attend to service of interim to local counsel; draft cover letter (.30) | 1.30 | 253.50 | 5047081 | 03/02/04 |
| MANGUAL, KATHLEEN | 02/26/04 | draft KL January monthly fee application, attend to service of such to local counsel for filing (1.3) | 1.30 | 253.50 | 5047079 | 03/02/04 |

                                                                            Fee Total    3.80    951.00

                                                                            Fee Total    3.80    951.00

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                 PAGE    15
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/27/2004 15:59:08

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                        Hours          Amount         Bill         W/o / W/u     Transfer To    Clnt/Mtr   Carry Forward
-------------                        -----          ------         ----         ---------     -----------    --------   -------------
BECKER, GARY M.                       0.70          346.50
MANGUAL, KATHLEEN                     3.10          604.50
              Total:                  3.80          951.00
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE   16
Run Date & Time: 04/27/2004 15:59:08                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                Orig Prtnr : CRED. RGTS - 06975       Proforma Number:  1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

Special Billing Instructions:
_____

                                          PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     02/27/2004                          TO:    02/27/2004
UNBILLED DISB FROM:     02/12/2004                          TO:    02/12/2004

                                   FEES                                     COSTS
                                   ----                                     -----
GROSS BILLABLE AMOUNT:           247.50                                    497.50
AMOUNT WRITTEN DOWN:
                  PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
        THRU DATE:             02/27/2004                                02/12/2004
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


_____

                              ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                    FEES:              247.50    UNIDENTIFIED RECEIPTS:      0.00
                    DISBURSEMENTS:     497.50    PAID FEE RETAINER:          0.00
                    FEE RETAINER:        0.00    PAID DISB RETAINER:         0.00
                    DISB RETAINER:       0.00    TOTAL AVAILABLE FUNDS:      0.00
                    TOTAL OUTSTANDING:  745.00   TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
DATE OF LAST BILL:           02/25/04            LAST PAYMENT DATE:           12/26/03
LAST BILL NUMBER:            384579              FEES BILLED TO DATE:       165,811.50
LAST BILL THRU DATE:         01/31/04            FEES WRITTEN OFF TO DATE:    4,417.50

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee        (6) Summer Associate
        (2) Late Time & Costs Posted  (7) Fixed Fee
        (3) Pre-arranged Discount     (8) Premium
        (4) Excessive Legal Time      (9) Rounding
        (5) Business Development     (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____   FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    17
Run Date & Time: 04/27/2004 15:59:08                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                               Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:   1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

 U N B I L L E D     T I M E    S U M M A R Y  ----------- Total Unbilled ------------
                                                    Oldest        Latest        Total
 Emp Id Employee Name                 Group         Entry         Entry         Hours       Amount
 -----------------------------------  ----          ----------    ----------    --------    ----------
 05292  BECKER, GARY M.               CRED          02/27/04      02/27/04          0.50        247.50
                                                                                ---------    ----------
                                   Total:                                           0.50        247.50

 U N B I L L E D     C O S T S    S U M M A R Y  --------- Total Unbilled ----------
 Code Description                              Oldest        Latest         Total
                                               Entry         Entry          Amount
 ----  --------------------------------------  --------      --------       ----------
 0936  CORP. DOC.& MAT.                        02/12/04      02/12/04           497.50
                                                                            ----------
                                   Total:                                       497.50

                                                                                          ============
                                   Grand Total                                                 745.00


 Sub-Total Hours :     0.50 Partners      0.50 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others


 U N B I L L E D    T I M E    D E T A I L
 Employee Name             Work Date     Description                                              Hours      Amount    Index#     Batch No  Batch Date
 ----------------          ---------     -----------                                              -----      ------    ------     --------  ----------
 BECKER, GARY M.           02/27/04      Attention to Penn. Supreme Court decision and             0.50      247.50    5040509    03/01/04
                                         memo to Bentley and Mayer re same
                                                                                                 ------    --------
                                                                                Fee Total          0.50      247.50


 U N B I L L E D    C O S T S    D E T A I L
 Description/Code                              Employee                   Date           Amount   Index#      Batch No    Batch Date
 ----------------                              --------                   ----           ------   ------      --------    ----------
 CORP. DOC.& MAT.                 0936
   MEALEY PUBLICATIONS                         PELLETIER, D               02/12/04       497.50   6484359     112691      03/19/04
 CORP. DOC.& MAT. - VENDOR-MEALEY PUBLICATIONS                      0936 CORP. DOC.& MAT. Total :         497.50
                                                                                                        --------
                                                                                Costs Total :             497.50
```

```
alp_132r: Matter Detail                                                                                                    PAGE   18
Run Date & Time: 04/27/2004 15:59:08

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                    Hours           Amount           Bill        W/o / W/u        Transfer To     Clnt/Mtr    Carry Forward
----------------------------     -----           ------           ----        ---------        -----------     --------    -------------
BECKER, GARY M.                   0.50           247.50

                    Total:        0.50           247.50


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                                 Amount                       Bill        W/o / W/u        Transfer To     Clnt/Mtr    Carry Forward
----------------------------                     ------                       ----        ---------        -----------     --------    -------------
0936 CORP. DOC.& MAT.                            497.50

                  Costs Total :                  497.50
```

```
alp_132r: Matter Detail                                                                                                             PAGE   19
Run Date & Time: 04/27/2004 15:59:08

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1800384
Client Name : W.R. GRACE & CO. EQUITY COMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions:

--------------------------------------------------------------------------------------------------
                                   PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    02/24/2004                          TO: 02/27/2004
UNBILLED DISB FROM:                                        TO:

                                     FEES                              COSTS

GROSS BILLABLE AMOUNT:              1,186.50                           0.00
AMOUNT WRITTEN DOWN:
            PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
         THRU DATE:                 02/27/2004
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




--------------------------------------------------------------------------------------------------
                    ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

           FEES:                    1,186.50    UNIDENTIFIED RECEIPTS:        0.00
   DISBURSEMENTS:                       0.00    PAID FEE RETAINER:            0.00
    FEE RETAINER:                       0.00    PAID DISB RETAINER:           0.00
   DISB RETAINER:                       0.00    TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:                  1,186.50    TRUST BALANCE:
                                                BILLING HISTORY
DATE OF LAST BILL:         12/31/03        LAST PAYMENT DATE:         02/27/04
LAST BILL NUMBER:            381784        FEES BILLED TO DATE:      74,177.50
LAST BILL THRU DATE:       11/30/03        FEES WRITTEN OFF TO DATE:  1,600.00

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____ FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   20
Run Date & Time: 04/27/2004 15:59:08                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                              Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:  1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y                -------- Total Unbilled --------
Emp Id Employee Name                Group            Oldest       Latest         Hours      Amount
                                                     ------       ------
02495  BENTLEY, PHILIP              CRED           02/24/04     02/27/04          2.10    1,186.50
                                    Total:                                        2.10    1,186.50

Sub-Total Hours :   2.10 Partners     0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others


U N B I L L E D    T I M E    D E T A I L
Employee Name             Work Date    Description                                             Hours       Amount    Index#   Batch Date
-------------             ---------    -----------                                             -----       ------    ------   ----------
BENTLEY, PHILIP           02/24/04     Review draft pleading re proposed settlement             0.30       169.50    5044408  03/01/04
                                       and trade emails re same
BENTLEY, PHILIP           02/26/04     Review draft motion re proposed settlement               0.70       395.50    5044409  03/01/04
BENTLEY, PHILIP           02/27/04     Review draft motion re proposed settlement, and          1.10       621.50    5044407  03/01/04
                                       discs TW and GB re same

                                                              Fee Total                         2.10     1,186.50

                                                              Fee Total                         2.10     1,186.50
```

```
alp_132r: Matter Detail                                                                                                    PAGE   21
Run Date & Time: 04/27/2004 15:59:08

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                         Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1800384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                  Hours      Amount           Bill       W/o / W/u   Transfer To    Clnt/Mtr   Carry Forward

BENTLEY, PHILIP                 2.10     1,186.50

        Total:                  2.10     1,186.50
```