# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 30, 2004** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

| | |
|---|---|
| Name of Applicant: | Lukins & Annis, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | October 1, 2003 through October 31, 2003 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 13,755.00 |
| Amount of Expenses Reimbursement: | $     335.38 |

This is a: _X_ monthly    __ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |

This is the fourteenth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 14 | Litigation | $390 | 6.3 | $2,457.00 |
| Kelly E. Konkright | Associate | 2 | Litigation | $130 | 9.7 | $819.00 |
| TOTALS | | | | | 16.0 | $3,276.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 24 | Litigation | $160 | 40.6 | $6,496.00 |
| Elizabeth I. Rutherford | Legal Asst. | 8 | Litigation | $70 | 56.9 | $3,983.00 |
| TOTALS | | | | | 97.5 | $10,479.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 6.8 Hours | $ 442.00 |
| 22-ZAI Science Trial | 106.7 Hours | $13,313.00 |
| TOTALS | 113.5 Hours | $13,755.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 41.30 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $ 149.70 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | $ 110.88 |
| Travel Meals | $ 8.50 |
| Parking | |
| General Expense | |
| Expert Services | $ 25.00 |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 335.38 |

Dated:  March 10, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charlie Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
FAX: (509) 747-2323

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF WASHINGTON )
                    )
COUNTY OF SPOKANE )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this ⁀5ᵗʰ day of ⟨̶ꝺ̶ꞃ̶ꞃ̶ꞽ̶ 2003.

Notary Public for Washington
Residing at Spokane
My Commission Expires:    ⸰̸1/10/06



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 30, 2004** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

# TIME REPORT

Lukins & Annis, P.S.

Time Period 10/01/2003 - 10/31/2003

## CATEGORY 20:  TRAVEL-Non-Working

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 10/09/03 | KEK | Travel to and from Libby, Montana for investigative work (billed at half rate). | 6.80 | $   65.00 | 442.00 |
| | | **SUBTOTAL** | **6.80** | | $   **442.00** |

## CATEGORY 22:  ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 10/02/03 | KLB | Review and revise letter to go to Zonolite Attic Insulation homeowners regarding assessment study (.7); instructions regarding database work to facilitate mail merge (.3) | 1.00 | $  160.00 | $   160.00 |
| 10/03/03 | KLB | Final revisions to letter and query for mail merge to be sent to ZAI homeowners regarding assessment information for science trial. | 0.80 | $  160.00 | $   128.00 |
| 10/07/03 | DWS | Preparation work regarding fee and cost request for July 2003. | 0.20 | $  390.00 | $   78.00 |
| 10/07/03 | DWS | Phone conference with consultant regarding science trial issues (.4); phone conference with co-counsel regarding science trial developments (.4); follow-up phone conference with consultant regarding preparation for science trial and damages analyses (.4); meeting with Marco Barbanti regarding status of science trial and strategic issues regarding future claims (.5); review Order regarding expunging and survival of science trial claims of Barbanti and Busch (.3); review supplemental report of Kilpatrick regarding renovation issues (.4); review correspondence from Busch regarding science trial case status (.2). | 2.60 | $  390.00 | $  1,014.00 |
| 10/07/03 | KLB | Office conference with partner regarding preparation for science trial (.2); email from homeowner with ZAI and update to database regarding same (.3). | 0.50 | $  160.00 | $   80.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|-------------|--|-------|--|
| 10/08/03 | DWS | Final review for signature of monthly fee and cost request. | 0.10 | $ | 390.00 | $ | 39.00 |
| 10/08/03 | KLB | Internet research regarding ATSDR plant health consultations and fact sheets prepared as a result of Phase 1 study of national asbestos exposure from Zonolite. | 1.50 | $ | 160.00 | $ | 240.00 |
| 10/09/03 | DWS | Phone conference with ZAI counsel regarding case status issues. | 0.50 | $ | 390.00 | $ | 195.00 |
| 10/09/03 | KEK | Investigative work in Libby, Montana. | 2.70 | $ | 130.00 | $ | 351.00 |
| 10/09/03 | KLB | Review database conversation notes of Zonolite homeowners and update fields needed for Zonolite Assessment in preparation for science trial. | 3.00 | $ | 160.00 | $ | 480.00 |
| 10/10/03 | DWS | Phone call from co-counsel regarding settlement issues. | 0.20 | $ | 390.00 | $ | 78.00 |
| 10/10/03 | KLB | Internet research regarding exhibits to download for science trial relating to health studies and government advisories on Zonolite Attic Insulation. | 1.50 | $ | 160.00 | $ | 240.00 |
| 10/10/03 | KLB | Review database conversation notes of Zonolite homeowners and update fields needed for Zonolite Assessment in preparation for science trial (1.5); notes regarding follow-up needed with certain individuals for additional information (2.0). | 3.50 | $ | 160.00 | $ | 560.00 |
| 10/13/03 | KLB | Prepare ZAI homeowner assessment form for use by individuals calling ZAI homeowners for additional information in preparation for science trial (1.0); Prepare protocol/instructions regarding calls to ZAI homeowners (.5); Begin review of ZAI homeowner database and compilation of homeowners to contact further science trial assessment information (4.0). | 5.50 | $ | 160.00 | $ | 880.00 |
| 10/14/03 | DWS | Phone call from Marco Barbanti regarding case status (.2); review additional exhibits regarding ZAI production/sales (.5); research potential impact of recusal motion of science trial proceedings (.4); review exhibits regarding asbestos testing of South African, | 1.30 | $ | 390.00 | $ | 507.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|-------------|---|-------|---|
| | | China vermiculite (.2). | | | | | |
| 10/14/03 | KLB | Review of ZAI homeowner database and compilation of homeowners to contact further science trial assessment information. | 3.00 | $ | 160.00 | $ | 480.00 |
| 10/15/03 | DWS | Meeting with litigation team regarding case assignments and preparations for November hearing. | 0.40 | $ | 390.00 | $ | 156.00 |
| 10/15/03 | KLB | Telephone call from claimant Ralph Busch requesting update regarding status of science trial. | 0.20 | $ | 160.00 | $ | 32.00 |
| 10/15/03 | KLB | Continue review of ZAI homeowner database and compilation of homeowners to contact further science trial assessment information (2.5); supervision of calls (.5); Meeting with partner and legal assistant regarding preparation for science trial (.5); initial review of sales information provided by debtor (.5). | 4.00 | $ | 160.00 | $ | 640.00 |
| 10/15/03 | EIR | Call homeowners to obtain information for the upcoming Science Trial and update the database accordingly. | 4.00 | $ | 70.00 | $ | 280.00 |
| 10/16/03 | KLB | Continue review of ZAI homeowner database and compilation of homeowners to contact regarding further science trial assessment information. | 4.50 | $ | 160.00 | $ | 720.00 |
| 10/17/03 | EIR | Call homeowners to obtain information for the upcoming Science Trial and update database accordingly. | 4.50 | $ | 70.00 | $ | 315.00 |
| 10/20/03 | DWS | Meeting with litigation team regarding case assignments. | 0.30 | $ | 390.00 | $ | 117.00 |
| 10/20/03 | KLB | Meeting with partner and legal assistant regarding preparation for science trial (.3); complete review of ZAI homeowner database and compilation of homeowners to contact regarding further science trial assessment information (2.0). | 2.30 | $ | 160.00 | $ | 368.00 |
| 10/20/03 | KLB | Telephone call from Denver Reporter regarding status of Zonolite Science Trial/Bankruptcy proceedings. | 0.20 | $ | 160.00 | $ | 32.00 |
| 10/20/03 | EIR | Email survey to Zonolite Attic Insulation homeowners and updated database with | 5.00 | $ | 70.00 | $ | 350.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|-------------|--|-------|--|
| | | information returned. | | | | | |
| 10/21/03 | KEK | Wrote summary of investigative work in Libby, MT. | 0.20 | $ | 130.00 | $ | 26.00 |
| 10/21/03 | KLB | Begin review and summary of sales documents produced by WR Grace. | 3.00 | $ | 160.00 | $ | 480.00 |
| 10/21/03 | EIR | Email survey to Zonolite Attic Insulation homeowners and updated database with information returned. | 5.50 | $ | 70.00 | $ | 385.00 |
| 10/22/03 | KLB | Continue review and summary of Sales documents produced by Grace. | 1.50 | $ | 160.00 | $ | 240.00 |
| 10/22/03 | EIR | Email survey to Zonolite Attic Insulation homeowners and updated database with information returned. | 7.00 | $ | 70.00 | $ | 490.00 |
| 10/23/03 | KLB | Meeting with partner regarding issues relating to Zonolite (.5); legal research regarding disqualification issues (1.0). | 1.50 | $ | 160.00 | $ | 240.00 |
| 10/23/03 | KLB | Supervision of calls to homeowners regarding ZAI assessment information and responding to questions from homeowners. | 0.30 | $ | 160.00 | $ | 48.00 |
| 10/23/03 | EIR | Update the database with email responses to homeowner survey (2.0); call homeowners' with survey questions and update the database with information obtained. (3.0) | 5.00 | $ | 70.00 | $ | 350.00 |
| 10/24/03 | KLB | Supervision of and answer questions regarding calls to ZAI homeowners to obtain additional assessment information for use in science trial. | 0.30 | $ | 160.00 | $ | 48.00 |
| 10/24/03 | EIR | Call homeowners with survey questions and update database with information obtained. | 4.00 | $ | 70.00 | $ | 280.00 |
| 10/27/03 | DWS | Phone call to and from co-counsel regarding Science Trial hearing preparation issues (.2); meeting with litigation team regarding assignment in preparation for November hearing (.5). | 0.70 | $ | 390.00 | $ | 273.00 |
| 10/27/03 | KLB | Meeting with partner and legal assistant regarding status of motions in bankruptcy and science trial and preparation for same. | 0.50 | $ | 160.00 | $ | 80.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 10/27/03 | KLB | Supervision of calls to ZAI homeowners to obtain additional assessment information for science trial (.2); updates to database (.2). | 0.40 | $ 160.00 | $ 64.00 |
| 10/27/03 | EIR | Update the database with information obtained through response email to the survey previously sent out (1.0); Call homeowners to obtain information for the upcoming Science Trial and update the database accordingly (3.0). | 4.00 | $ 70.00 | $ 280.00 |
| 10/28/03 | KLB | Troubleshoot questions and supervision of calls to ZAI homeowners regarding additional assessment information needed for science trial (.5); office conference regarding calls from homeowners reviewing recent Colorado news and just discovering problems with ZAI (.3); telephone call from reporter requesting information on status of bankruptcy (.2) | 1.00 | $ 160.00 | $ 160.00 |
| 10/28/03 | EIR | Update the database with information obtained through response email to the survey previously sent out (.4); Call homeowners to obtain information for the upcoming Science Trial and update the database accordingly (4.0). | 4.40 | $ 70.00 | $ 308.00 |
| 10/29/03 | KLB | Supervision of calls to and from ZAI homeowners regarding science trial assessment. | 0.30 | $ 160.00 | $ 48.00 |
| 10/29/03 | EIR | Update the database with information obtained through response email to the survey previously sent out (.1); Call homeowners to obtain information for the upcoming Science Trial and update the database accordingly (5.4). | 5.50 | $ 70.00 | $ 385.00 |
| 10/30/03 | KLB | Supervision of calls to homeowners with ZAI to obtain additional assessment information. | 0.30 | $ 160.00 | $ 48.00 |
| 10/30/03 | EIR | Call homeowners to obtain information for the upcoming Science Trial and update the database accordingly. | 4.50 | $ 70.00 | $ 315.00 |
| 10/31/03 | EIR | Call homeowners to obtain information for the upcoming Science Trial and update the database accordingly. | 3.50 | $ 70.00 | $ 245.00 |
| | | **SUBTOTAL** | **106.70** | | **$ 13,313.00** |
| | | **TIME TOTAL:** | **113.50** | | **$ 13,755.00** |

# COST REPORT

Lukins & Annis, P.S.

Time Period 10/01/2003 - 10/31/2003

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 10/03/03 | Photocopies | 3.00 |
| 10/07/03 | Photocopies | 0.15 |
| 10/07/03 | Photocopies | 0.30 |
| 10/07/03 | Long Distance Charges | 3.49 |
| 10/07/03 | Long Distance Charges | 5.39 |
| 10/07/03 | Long Distance Charges | 1.35 |
| 10/07/03 | Long Distance Charges | 10.14 |
| 10/08/03 | Photocopies | 3.75 |
| 10/08/03 | Photocopies | 0.75 |
| 10/08/03 | Photocopies | 0.30 |
| 10/08/03 | Long Distance Charges | 8.11 |
| 10/09/03 | Mileage - Kelly E. Konkright roundtrip to Libby, Montana for investigative work | 110.88 |
| 10/09/03 | Meal - Kelly E. Konkright at Becks in Libby, Montana for investigative work | 8.50 |
| 10/09/03 | Photocopies | 1.05 |
| 10/09/03 | Long Distance Charges | 0.67 |
| 10/10/03 | Photocopies | 4.50 |
| 10/10/03 | Photocopies | 95.25 |
| 10/10/03 | Long Distance Charges | 1.35 |
| 10/14/03 | Long Distance Charges | 9.46 |
| 10/15/03 | Photocopies | 3.00 |
| 10/20/03 | Photocopies | 0.90 |
| 10/21/03 | Photocopies | 7.20 |

| DATE | DESCRIPTION | CHARGE |
|------|-------------|-------:|
| 10/21/03 | Photocopies | 4.20 |
| 10/23/03 | Photocopies | 0.75 |
| 10/23/03 | Photocopies | 4.50 |
| 10/23/03 | Long Distance Charges | 0.67 |
| 10/24/03 | Video Tape | 25.00 |
| 10/24/03 | Photocopies | 2.55 |
| 10/24/03 | Photocopies | 2.10 |
| 10/24/03 | Photocopies | 15.15 |
| 10/27/03 | Photocopies | 0.30 |
| 10/27/03 | Long Distance Charges | 0.67 |
| **Total** | | $ **335.38** |

# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 17, 2004** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

Name of Applicant:                                          Lukins & Annis, P.S.

Authorized to Provide Professional Services to:             Zonolite Attic Insulation Claimants

Date of Appointment:                                        July 22, 2002

Period for which compensation and                           November 1, 2003 through
Reimbursement is sought:                                    November 30, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:                                  $ 3,497.00

Amount of Expenses Reimbursement:                           $    193.59

This is a: X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |

This is the fifteenth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 14 | Litigation | $390 | 6.3 | $2,457.00 |
| TOTALS | | | | | 6.3 | $2,457.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 24 | Litigation | $160 | 6.5 | $1,040.00 |
| TOTALS | | | | | 6.5 | $1,040.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 12.8 Hours | $3,497.00 |
| TOTALS | 12.8 Hours | $3,497.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 33.34 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | $ 3.95 |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $ 156.30 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 193.59 |

Dated: April 26, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
FAX: (509) 747-2323

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF WASHINGTON        )
                           )
COUNTY OF SPOKANE          )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this 23rd day of April, 2004.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/06



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 17, 2004** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

# TIME REPORT

Lukins & Annis, P.S.

Time Period 11/01/2003 - 11/30/2003

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 11/03/03 | DWS | Review and respond to inquiries from private ZAI Science Trial counsel regarding status of Science Trial (.3); phone conference with ZAI claimant regarding Science Trial hearing preparation, future rep issues, and implications regarding pending disqualification motions (.3). | 0.60 | $ 390.00 | $ 234.00 |
| 11/03/03 | KLB | Meeting with partner and assistant regarding status of science trial and bankruptcy developments. | 0.20 | $ 160.00 | $ 32.00 |
| 11/03/03 | KLB | Additional legal research regarding futures representative and potential conflict issues. | 0.70 | $ 160.00 | $ 112.00 |
| 11/03/03 | KLB | Telephone call from homeowner with Zonolite returning call to provide additional assessment information (.4); update to database regarding same (.1). | 0.50 | $ 160.00 | $ 80.00 |
| 11/04/03 | DWS | Review memorandum regarding EPA recommendation to homeowners regarding potential property losses. | 0.20 | $ 390.00 | $ 78.00 |
| 11/04/03 | KLB | Supervision of calls to homeowners with ZAI to obtain additional assessment information. | 0.30 | $ 160.00 | $ 48.00 |
| 11/05/03 | KLB | Telephone call from Colorado resident who worked in attics with Zonolite (.3); update to database regarding same (.1). | 0.40 | $ 160.00 | $ 64.00 |
| 11/05/03 | KLB | Telephone call from Colorado resident whose father in Montana owns home with Zonolite and obtain assessment information (.5); update to database (.1). | 0.60 | $ 160.00 | $ 96.00 |
| 11/05/03 | KLB | Supervision of assessment calls (.2) and review of additional internet postings on Zonolite (.1). | 0.30 | $ 160.00 | $ 48.00 |
| 11/07/03 | DWS | Prepare task assignments for litigation team (.2); conference with principal regarding ZAI Science Trial and recusal/stay issues (.3). | 0.50 | $ 390.00 | $ 195.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 11/07/03 | DWS | Prepare weekly task assignments for litigation team (.2); phone call from expert regarding science trial preparation (.3); phone call to co-counsel regarding same (.1); begin preparation for science trial hearing (3.1); review and respond to communications regarding Fitzgerald continuing of Science Trial (.3); phone call to expert regarding continuance (.1). | 4.10 | $ 390.00 | $ 1,599.00 |
| 11/07/03 | KLB | Review email and office conference regarding continuance of science trial (.2); prepare report from database regarding ZAI homeowner assessment (.5). | 0.70 | $ 160.00 | $ 112.00 |
| 11/10/03 | KLB | Supervision of calls from homeowners with ZAI and obtaining of assessment information. | 0.30 | $ 160.00 | $ 48.00 |
| 11/13/03 | DWS | Phone call to co-counsel regarding continuance of hearing on science trial. | 0.10 | $ 390.00 | $ 39.00 |
| 11/20/03 | DWS | Phone call from co-counsel regarding continuance of science trial. | 0.20 | $ 390.00 | $ 78.00 |
| 11/24/03 | KLB | Meeting with partner and assistant regarding status of science trial and communications with additional homeowners. | 0.20 | $ 160.00 | $ 32.00 |
| 11/25/03 | DWS | Phone call from co-counsel regarding expert fee issues (.3); phone call to expert regarding same (.2); review and revise for signature monthly fee and cost statement (.1). | 0.60 | $ 390.00 | $ 234.00 |
| 11/25/03 | KLB | Emails from and to Illinois homeowner inquiring about science trial status (.3); telephone call to Illinois homeowner and obtain assessment information (.5); search ATSDR site for Illinois expansion plant information (.2); letter to Illinois homeowner protection information on class actions, Illinois expansion plant, and science trial briefing (.3); Update to database regarding homeowner ZAI information (.5). | 1.80 | $ 160.00 | $ 288.00 |
| 11/26/03 | KLB | Review photographic evidence depicting Zonolite in attics (.4); email and call to building magazine reporter regarding same (.1). | 0.50 | $ 160.00 | $ 80.00 |
| | | SUBTOTAL | 12.80 | | $ 3,497.00 |
| | | TIME TOTAL: | 12.80 | | $ 3,497.00 |

# COST REPORT

## Lukins & Annis, P.S.

Time Period 11/01/2003 - 11/30/2003

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| 11/03/03 | Photocopies | $ | 30.00 |
| 11/03/03 | Photocopies | $ | 29.70 |
| 11/03/03 | Photocopies | $ | 5.40 |
| 11/03/03 | Photocopies | $ | 19.05 |
| 11/04/03 | Photocopies | $ | 0.90 |
| 11/05/03 | Long Distance Charges | $ | 0.67 |
| 11/07/03 | Long Distance Charges | $ | 0.67 |
| 11/07/03 | Long Distance Charges | $ | 0.32 |
| 11/07/03 | Long Distance Charges | $ | 0.32 |
| 11/07/03 | Long Distance Charges | $ | 0.67 |
| 11/07/03 | Photocopies | $ | 0.90 |
| 11/07/03 | Photocopies | $ | 2.55 |
| 11/10/03 | Photocopies | $ | 0.30 |
| 11/10/03 | Photocopies | $ | 6.00 |
| 11/10/03 | Photocopies | $ | 30.00 |
| 11/10/03 | Long Distance Charges | $ | 1.02 |
| 11/11/03 | Photocopies | $ | 0.15 |
| 11/12/03 | Photocopies | $ | 0.60 |
| 11/13/03 | Long Distance Charges | $ | 0.67 |
| 11/13/03 | Long Distance Charges | $ | 5.41 |
| 11/17/03 | Photocopies | $ | 0.45 |
| 11/18/03 | Postage | $ | 3.95 |
| 11/18/03 | Photocopies | $ | 2.25 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|---|---|---|---|
| 11/19/03 | Photocopies | $ | 0.45 |
| 11/21/03 | Photocopies | $ | 1.80 |
| 11/24/03 | Photocopies | $ | 1.50 |
| 11/25/03 | Photocopies | $ | 9.00 |
| 11/25/03 | Photocopies | $ | 13.65 |
| 11/25/03 | Photocopies | $ | 0.30 |
| 11/25/03 | Long Distance Charges | $ | 0.67 |
| 11/25/03 | Long Distance Charges | $ | 0.63 |
| 11/25/03 | Long Distance Charges | $ | 19.60 |
| 11/26/03 | Photocopies | $ | 1.35 |
| 11/26/03 | Long Distance Charges | $ | 0.67 |
| 11/26/03 | Long Distance Charges | $ | 2.02 |
| | **Total** | **$** | **193.59** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on April 26, 2004, service of the

foregoing

- **Verified Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from November 1, 2003 through November 30, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
     April 26, 2004                  */s/ William D. Sullivan*
                                     William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin  & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

**File a Motion:**
01-01139-JKF W.R. GRACE & CO. and USG Corporation

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 4/26/2004 at 11:42 AM EDT and filed on 4/26/2004
**Case Name:**      W.R. GRACE & CO. and USG Corporation
**Case Number:**    01-01139-JKF
**Document Number:** 5483

**Docket Text:**
Verified Application for Compensation *for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for Interim Period From November 1, 2003 through November 30, 2003* Filed by Lukins & Annis, P.S.. Objections due by 5/17/2004.. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\MYoung\My Documents\Nov
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/26/2004] [FileNumber=2536806-0]
[696eee0785715bfc15cc888796956dc2f526c8adf0ac4a18ebb9b40c36a8d6a337cc
37e5fc9a3f98251ffbf9ba36f9b7fe478a84cdbc4af99193e1b8ae912b0d]]

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 17, 2004** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003</u>

Name of Applicant:                                    Lukins & Annis, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                        July 22, 2002

Period for which compensation and
Reimbursement is sought:                 December 1, 2003 through
December 31, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:              $    608.00

Amount of Expenses Reimbursement:        $    112.93

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | Objections due 5/17/04 | Objections due 5/17/04 |

This is the fifteenth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 14 | Litigation | $390 | .2 | $78.00 |
| TOTALS | | | | | .2 | $78.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the | Number of years in | Department | Hourly Billing | Total billed | Total compensation |
|---|---|---|---|---|---|---|

| | applicant | position | | Rate | hours | |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 24 | Litigation | $160 | .5 | $80.00 |
| Samantha Simatos | Legal Asst. | 11 | Litigation | $90 | 5.0 | $450.00 |
| TOTALS | | | | | 5.5 | $$530.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 5.7 Hours | $608.00 |
| TOTALS | 5.7 Hours | $608.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 6.73 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $ 106.20 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 112.93 |

Dated: April 26, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
FAX: (509) 747-2323

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF WASHINGTON    )
                                  )
COUNTY OF SPOKANE     )

        Darrell W. Scott, after being duly sworn according to law, deposes and says:

        a)      I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

        b)      I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

        c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                                 DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED,
Before me this 23rd day of April, 2004.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/06



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 17, 2004** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

# TIME REPORT

Lukins & Annis, P.S.

Time Period 12/01/2003 - 12/31/2003

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 12/01/03 | KLB | Meeting with partner and assistant regarding status of bankruptcy proceedings and communications to class members. | 0.30 | $ 160.00 | $ 48.00 |
| 12/02/03 | KLB | Office conference with assistant regarding call from homeowner with ZAI. | 0.20 | $ 160.00 | $ 32.00 |
| 12/15/03 | SAB | Prepare fee and cost application for September. | 2.00 | $ 90.00 | $ 180.00 |
| 12/17/03 | SAB | Review and revise fee and cost application for September. | 1.00 | $ 90.00 | $ 90.00 |
| 12/18/03 | SAB | Revise and finalize fee and cost application for September. | 2.00 | $ 90.00 | $ 180.00 |
| 12/19/03 | DWS | Work regarding September fee and cost accounting. | 0.20 | $ 390.00 | $ 78.00 |
| | | **SUBTOTAL** | 5.70 | | $ 608.00 |
| | | **TIME TOTAL:** | 5.70 | | $ 608.00 |

# COST REPORT

## Lukins & Annis, P.S.

Time Period 12/01/2003 - 12/31/2003

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|--|
| 12/01/03 | Photocopies | $ | 46.05 |
| 12/08/03 | Photocopies | $ | 4.20 |
| 12/10/03 | Photocopies | $ | 0.15 |
| 12/10/03 | Photocopies | $ | 3.15 |
| 12/10/03 | Photocopies | $ | 4.80 |
| 12/11/03 | Photocopies | $ | 10.95 |
| 12/11/03 | Photocopies | $ | 0.15 |
| 12/11/03 | Photocopies | $ | 3.00 |
| 12/12/03 | Long Distance Charges | $ | 1.35 |
| 12/12/03 | Long Distance Charges | $ | 0.67 |
| 12/12/03 | Long Distance Charges | $ | 1.35 |
| 12/12/03 | Photocopies | $ | 1.50 |
| 12/12/03 | Photocopies | $ | 15.00 |
| 12/12/03 | Photocopies | $ | 0.60 |
| 12/12/03 | Photocopies | $ | 5.10 |
| 12/15/03 | Long Distance Charges | $ | 0.67 |
| 12/17/03 | Photocopies | $ | 0.45 |
| 12/17/03 | Photocopies | $ | 0.90 |
| 12/17/03 | Long Distance Charges | $ | 0.67 |
| 12/19/03 | Long Distance Charges | $ | 0.67 |
| 12/29/03 | Photocopies | $ | 4.95 |
| 12/29/03 | Photocopies | $ | 3.00 |
| 12/30/03 | Photocopies | $ | 2.25 |

| DATE | DESCRIPTION | CHARGE | |
|---|---|---|---|
| 12/30/03 | Long Distance Charges | $ | 1.35 |
| | Total | $ | 112.93 |