# Exhibit B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4: EXHIBIT B - RECLASSIFY AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | CHERCO SYSTEMS<br>1638 RYAN ST<br>LAKE CHARLES LA 70601 | 1567 | $3,291.31 | (P) | $3,291.31 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 2 | FREE-FLOW PACKAGING INTL DBA FP INTL<br>1090 MILLS WAY<br>REDWOOD CITY CA 94063 | 1209 | $2,118.40 | (P) | $2,118.40 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 3 | GLOBAL EQUIPMENT<br>120B SATELLITE BLVD<br>SAWANEE GA 30024 | 659 | $622.27 | (P) | $622.27 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 4 | J HARVARD CO<br>3418 E MARDAN DR<br>LONG GROVE IL 60047 | 1357 | $894.25 | (P) | $894.25 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 5 | KIMS RADIATOR & MFG CO INC<br>2615 LENA ST<br>SULPHUR LA 70665-7439 | 1319 | $3,424.32 | (S) | $3,424.32 | (U) | NO BASIS FOR SECURED CLAIM. |
| 6 | LINATEX INC<br>1550 AIRPORT RD<br>GALLATIN TN 37066 | 1266 | $3,738.29 | (P) | $3,738.29 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 7 | MOVABLE WOOD BUILDINGS CO<br>11804 HEMPSTEAD HWY<br>HOUSTON TX 77092 | 1119 | $1,764.48 | (S) | $1,764.48 | (U) | NO BASIS FOR SECURED CLAIM. |
| 8 | US INTERNATIONAL SERVICES LTD<br>113 KRESSON-GIBBSBORO RD<br>VOORHEES NJ 000008043 | 4497 | $7,389.88 | (P) | $7,389.88 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 9 | YORKE, JUDITH<br>YORKE ENGINEERING<br>31726 RANCHO VIEJO RD STE 108<br>SAN JUAN CAPISTRANO CA 92675 | 2161 | $4,515.15 | (P) | $4,515.15 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| | totals: | | $5,188.80 (S)<br>$22,569.55 (P) | | $27,758.35 (U) | | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1    5/4/2004 12:03:49 PM

# Exhibit C

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 4: EXHIBIT C - RECLASSIFY, REDUCE & ALLOW CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | CENTER ENTERPRISES INC DBA CENTRAL ELECT PO BOX 7567 HOUSTON TX 77270-7567 | 1503 | $13,418.23 | (S) | $9,896.36 | (U) | NO BASIS FOR SECURED CLAIM. PER CLAIMANT, THE AMOUNT FILED SHOULD READ $9896.36. |
| 2 | CITY OF EL PASO C/O DAVID G AELVOET LINEBARGER HEARD GOGGAN ET AL 310 S ST MARYS TENTH FLOOR TOWER LIFE BLDG STE 1000 SAN ANTONIO TX 78205 | 63 | $721.05 | (S) | $245.32 | (U) | CLAIMED AMOUNT WAS ESTIMATE. NO BASIS FOR SECURED CLAIM. |
| 3 | GREENVILLE COUNTY TAX COLLECTOR 301 UNIVERSITY RDG STE 700 GREENVILLE SC 29601 | 2177 | $42,191.16 | (S) | $14,123.61 | (U) | NO BASIS FOR SECURED CLAIM. REDUCED AMOUNT RELATES TO A RESTAURANT PARCEL WHICH WAS SOLD IN 1992. |
| 4 | V & H EXCAVATING CO INC 113 N MAIN ST CROWN POINT IN 46307 | 1516 | $108.75 $2,356.96 | (P) (U) | $2,349.55 | (U) | NO BASIS FOR PRIORITY AMOUNT. REDUCED FOR FINANCE CHARGES ON THREE INVOICES TOTALING $116.16 (2588 FOR $28.50, 2753 FOR $53.10, AND 2766 FOR $34.76). |
| 5 | XEROX CORPORATION LEGAL DEPT MS 1-2 ATTN: CATHY FLOWERS 800 CARILLON PKWY ST PETERSBURG FL 33716 | 711 | $16,322.61 | (S) | $4,961.52 | (U) | NO BASIS FOR SECURED CLAIM. THREE INVOICES FILED WITH THIS CLAIM ARE DUPLICATES ALSO INCLUDED ON CLAIM 391. |

| | totals: | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | $72,653.05 | (S) | $31,576.36 | (U) | |
| | | | $108.75 | (P) | | | |
| | | | $2,356.96 | (U) | | | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured

# Exhibit D

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | AGA GAS INC<br>MEMBER OF THE LINDE GAS GROUP<br>PO BOX 94737<br>CLEVELAND OH 44101-4737 | 752 | $5,896.73 | (U) | $1,893.49 | (U) | UNABLE TO VALIDATE THE REMAINDER OF CLAIM. REMAINING BALANCE IS NOT RECORDED IN BOOKS. REQUESTED INVOICES FROM CLAIMANT BUT DID NOT RECEIVE A RESPONSE. |
| 2 | ALABAMA POWER CO<br>PO BOX 12465<br>BIRMINGHAM AL 35202-2465 | 126 | $17,403.69 | (U) | $9,222.67 | (U) | CLAIM DOES NOT MATCH BOOKS. REQUESTED INFORMATION TO SUPPORT CLAIMED AMOUNT HAS NOT BEEN PROVIDED BY CLAIMANT. |
| 3 | AMERICAN WICK DRAIN CORP<br>ATTN: DAVIS CARMAN<br>1209 AIRPORT RD<br>MONROE NC 28110 | 1628 | $62,465.32 | (U) | $59,368.00 | (U) | REDUCTION OF $3,097.32 IS DUE TO CASH DISCOUNT TAKEN ON PAYMENT DATED 3/30/01. |
| 4 | AMERSHAM BIOSCIENCES<br>800 CENTENNIAL AVE<br>PISCATAWAY NJ 08855-1327 | 1072 | $10,063.68 | (U) | $9,587.18 | (U) | REDUCE CLAIM FOR TAX OF $476.50 CHARGED ON INVOICE 876298 FOR A NON-TAXABLE ITEM. |
| 5 | APPLIED INDUSTRIAL TECH AMERICAN BEARING<br>PO BOX 6925<br>CLEVELAND OH 44101 | 42 | $589.05 | (U) | $563.85 | (U) | REDUCTION OF $25.20 FOR TAX CHARGED ON NON-TAXABLE ITEM. |
| 6 | ASHLAND INCORPORATED<br>PO BOX 2219<br>COLLECTION DEPT DS3<br><br>COLUMBUS OH 43216 | 15349 | $40,641.07 | (U) | $40,505.76 | (U) | REDUCED BY $135.31 FOR SHORT PAYMENT ON INVOICE 425725 DUE TO DISCREPANCY IN GOODS RECEIVED. |
| 7 | B & C FAB INC<br>6325 N ORANGE BLOSSOM TRL #126<br>ORLANDO FL 32810 | 1600 | $295.97 | (U) | $117.61 | (U) | CLAIM INCLUDES POST-PETITION INVOICE DATED 4/6/01. |
| 8 | BENTCO PALLET & CRATE LLC<br>PO BOX 750<br>EASTABOGA AL 36260 | 2657 | $28,764.08 | (U) | $26,117.52 | (U) | REDUCED BY $2,646.56 IN INTEREST CHARGES. |
| 9 | BRADLEY SUPPLY CO<br>PO BOX 29096<br>CHICAGO IL 60629 | 911 | $16,652.24 | (U) | $16,602.94 | (U) | REDUCED FOR TAX CHARGED ON NON-TAXABLE ITEMS. |
| 10 | BROCK & COMPANY INC<br>77 GREAT VALLEY PKWY<br>MALVERN PA 19355 | 119 | $11,359.55 | (U) | $5,216.44 | (U) | FOUR CREDIT INVOICES TOTALING ($7,205.08),1 DEBIT INVOICE TOTALING $871.51 AND A PARTIAL ADJUSTMENT ON 1 INVOICE FOR $190.47 WERE NOT CLAIMED. |
| 11 | CARDINAL BUILDING MAINTENANCE INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 646 | $2,145.00 | (U) | $2,125.00 | (U) | DOCUMENTS TO SUPPORT $20 DIFFERENCE WERE NOT RECEIVED FROM CREDITOR. |
| 12 | CARUCCIO, FRANK<br>OSBORNE & VISCONTI<br>20 EASTBROOK RD STE 304<br>DEDHAM MA 02026 | 2728 | $17,443.00 | (U) | $750.00 | (U) | MUTUALLY-AGREED SETTLEMENT. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.       **(A) - Administrative       (S) - Secured
                                                                                                                    (P) - Priority            (U) - Unsecured

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 13 | CHROMA COPY<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 647 | $1,934.31 | (U) | $1,184.04 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. SUPPORTING DOCUMENTS AGREE WITH BOOKS. |
| 14 | CITY OF MILWAUKEE<br>CITY TREASURER #1353<br>200 E WELLS ST - ROOM 103<br>MILWAUKEE WI 53202 | 14727 | $8,780.22 | (U) | $7,701.95 | (U) | REDUCED DUE TO INTEREST CHARGE. |
| 15 | CLARKE REYNOLDS ELECTRIC CO<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 648 | $5,319.62 | (U) | $2,475.89 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. SUPPORTING DOCUMENTS AGREE WITH BOOKS. |
| 16 | COLEMANS PUMPING SERVICE<br>C/O JAMES COLEMAN<br>190 STURKIE RD<br>WAGENER SC 29164 | 2641 | $1,100.00 | (U) | $1,040.00 | (U) | BOOKS REFLECT ONLY TWO OPEN INVOICES TOTALING $1,040.00. THE SUPPORTING DOCUMENT ATTACHED TO THE CLAIM WAS A SUMMARY WITH NO DETAILS. |
| 17 | CORROSION FLUID PRODUCTS CORP<br>24450 INDOPLEX CIRCLE<br>FARMINGTON HILLS MI 48332 | 376 | $7,186.94 | (U) | $7,116.25 | (U) | REDUCED FOR OVERCHARGED TAX OF $70.69 ON 5 INVOICES. |
| 18 | CROMPTON SALES COMPANY INC<br>C/O MARY O NEIL<br>BENSON RD<br>MIDDLEBURY CT 06749 | 2091 | $49,039.66 | (U) | $45,059.92 | (U) | REDUCED DUE TO TWO INVOICES THAT WERE DETERMINED TO BE INVALID. |
| 19 | DOMNERN SOMGIAT & BOONMA LAW OFFICE LIMI<br>719 SI PHYA RD<br>BANGKOK 10500<br>THAILAND | 1802 | $8,739.25 | (U) | $5,073.02 | (U) | REDUCED BY $3,666.23 FOR INVOICE A96f7282 THAT IS NOT GRACE'S LIABILITY. THE INVOICE BELONGS TO BETZ DEARBORN. |
| 20 | DONNELLY & DUNCAN INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 770 | $5,329.80 | (U) | $4,647.30 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. SUPPORTING DOCUMENTS AGREE WITH BOOKS. |
| 21 | DONS DIESEL SERVICE INC<br>PO BOX 2438<br>HILLSBORO MO 63050 | 2399 | $1,943.98 | (U) | $1,577.41 | (U) | REDUCED DUE TO INTEREST CHARGE. |
| 22 | DOUGLAS TECHNICAL SERVICES<br>9 EASTERN LN<br>NEW MILFORD CT 06776 | 1168 | $2,155.00 | (U) | $2,055.00 | (U) | AGREED TO PO QUOTE ONLY OF $2,055.00. |
| 23 | EASTERN LIFT TRUCK CO INC<br>PO BOX 307<br>MAPLE SHADE NJ 08052 | 5303 | $1,296.72 | (U) | $315.86 | (U) | REDUCED FOR TWO INVOICES TOTALING $980.86 NOT SHOWN ON BOOKS AND ACCORDING TO CREDITOR ARE NO LONGER OPEN AR. |
| 24 | ENGELHARD CORPORATION<br>ATTN STEPHEN MCINTYRE<br>101 WOOD AVE 4TH FLR CREDIT<br>ISELIN NJ 08830 | 1576 | $50,832.60 | (U) | $34,780.20 | (U) | INVOICES #1493815, #1492320 AND #1489416 EACH FOR $5,350.80 PAID BY WIRE TRANSFER ON 3/30/01. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 25 | EXXONMOBIL CHEMICAL COMPANY<br>LAW DEPT BANKRUPTCY MATTERS<br>13501 KATY FREEWAY<br>HOUSTON TX 77079 | 869 | $71,547.45 | (U) | $63,059.42 | (U) | REDUCED TO CORRESPOND TO BOOKS. |
| 26 | GAC CHEMICAL CORP<br>1630 TIMBERWOLF<br>HOLLAND OH 43528 | 595 | $102,298.90 | (U) | $100,966.41 | (U) | REDUCED DUE TO PRICING DISCREPANCIES ON FOUR INVOICES. |
| 27 | GULF PACIFIC AMERICA INC<br>MAR-GULF MANAGEMENT INC<br>7083 HOLLYWOOD BLVD #650<br>HOLLYWOOD CA 90028 | 1756 | $207,937.00 | (U) | $134,772.00 | (U) | FIRE DAMAGE CLAIM CALCULATED BASED ON INSURANCE COMPANY'S CASH VALUE OF IMPROVEMENTS LESS INSURANCE PROCEEDS PAID TO CREDITOR. |
| 28 | HARRIS AUTOMATION SERVICES INC<br>C/O DIANE B HARRIS<br>PO BOX 890472<br>HOUSTON TX 77289 | 2124 | $8,084.64 | (U) | $6,758.90 | (U) | REDUCED FOR INTEREST INCURRED SINCE 3/31/01. |
| 29 | HAYES MECHANICAL INC<br>2160 N ASHLAND AVE<br>CHICAGO IL 60614 | 2403 | $18,360.19 | (U) | $17,225.00 | (U) | REDUCE FOR FINANCE CHARGES TOTALING $1,135.19. |
| 30 | HINDS CO TAX COLLECTOR<br>C/O NCTC<br>PO BOX 1727<br>JACKSON MS 39215 | 1747 | $437.20 | (U) | $408.69 | (U) | CLAIMED AMOUNT INCLUDES PENALTIES AND FEES. |
| 31 | HOMETOWN NEWS INC<br>DBA THE WOODRUFF NEWS<br>PO BOX 5211<br>SPARTANBURG SC 29304-5211 | 64 | $80.60 | (U) | $40.00 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. REDUCED TO AMOUNT ON BOOKS. |
| 32 | HUGHES ASSOCIATES INC<br>3610 COMMERCE DR #817<br>BALTIMORE MD 21227 | 2296 | $14,550.00 | (U) | $4,550.00 | (U) | UNABLE TO VALIDATE INVOICE DATED 3/31/98. NO PROOF THE SERVICES WERE ACTUALLY PERFORMED. |
| 33 | HUGHES SUPPLY INC<br>C/O LUIS D HERNANDEZ LEGAL DEPARTMEN<br>20 N ORANGE AVE<br>STE 200<br>ORLANDO FL 32801 | 2071 | $12,999.73 | (U) | $12,368.94 | (U) | CLAIM REDUCED BY $630.79 FOR (A) A PAYMENT OF $311.71 (CK #3609 DATED 3/23/01) THAT APPEARS ON VENDOR STATEMENT BUT NOT CREDITED ON CLAIM AND (B) INVOICE DATED 10/17/01 FOR $319.08 THAT APPEARS TO BE AN ADJUSTMENT FOR WHICH IS NOT ON BOOKS. |
| 34 | ICI AMERICAS INC & INDOPCO<br>C/O W STEVEN BRYANT<br>LOCKE LIDDELL & SAPP LLP<br>600 TRAVIS ST STE 2600<br>HOUSTON TX 77002-3095 | 13963 | $367,075.50 | (U) | $361,075.00 | (U) | THE FIRST QUARTER SCHEDULED INVOICE FOR $267,763.50 INCLUDED $6,000 DUE FOR 3RD QUARTER OF 2000. |
| 35 | IMERYS<br>100 MANSELL CT E<br>SUITE 300<br>ROSWELL GA 30076 | 3771 | $72,358.38 | (U) | $71,123.56 | (U) | ONE CLAIMED INVOICE WAS PAID 7/5/00 AND FOUR OTHERS WERE PAID SHORT DUE TO PRICE DISCREPANCY. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 36 | JAY INDUSTRIAL TEC GROUP INC<br>555 N WAYNE AVE<br>CINCINNATI OH 45215 | 1055 | $2,020.05 | (U) | $1,732.55 | (U) | REDUCED FOR INVOICE 416697 TOTALLING $287.50 NOT RECORDED IN BOOKS. VENDOR COULD NOT PROVIDE PROOF OF DELIVERY. |
| 37 | KATTEN MUCHIN ZAVIS ROSENMAN FKA ROSENMA<br>C/O JEFF J FRIEDMAN ESQ<br>575 MADISON AVE<br>NEW YORK NY 10022 | 15176 | $58,292.87 | (U) | $1,153.13 | (U) | GRACE HAS NO LIABILITY FOR BALANCE OF CLAIM. |
| 38 | KONECRANES INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 626 | $5,445.70 | (U) | $1,212.50 | (U) | UNABLE TO IDENTIFY DISCREPANCY BETWEEN CLAIMED AMOUNT AND TOTAL OF OPEN ITEMS PROVIDED WITH CLAIM. |
| 39 | LOUIS M ZIGMAN LAW CORPORATION<br>473 S HOLT AVE<br>LOS ANGELES CA 90048 | 3085 | $2,600.00 | (U) | $1,300.00 | (U) | CLAIMED INVOICE WAS TO BE SPLIT BETWEEN GRACE AND UNION. |
| 40 | M & M CONTROLS A DIVISION OF AIRECO INC<br>9 E W AYLESBURY RD<br>TIMONIUM MD 21093 | 1743 | $9,690.60 | (U) | $6,589.73 | (U) | REDUCED FOR FINANCE CHARGES TOTALING $1,485.09 AND RETURNED GOODS TOTALING $1615.78. |
| 41 | MCJUNKIN CORPORATION<br>ATTN: MICHELE THOMPSON<br>PO BOX 513<br>CHARLESTON WV 25322 | 355 | $1,523.64 | (U) | $1,513.76 | (U) | CLAIM INCLUDES TAX CHARGED ON NON-TAXABLE ITEM. |
| 42 | MID-ATLANTIC INDUSTRIAL<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 629 | $1,295.91 | (U) | $1,234.20 | (U) | CLAIM INCLUDES TAX CHARGED ON NON-TAXABLE ITEM. |
| 43 | N E BAYSTATE PRESS<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 631 | $8,858.35 | (U) | $8,617.90 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. SUPPORTING DOCUMENTS AGREE WITH BOOKS. |
| 44 | NETZSCH INCORPORATED<br>119 PICKERING WAY<br>EXTON PA 19341 | 1551 | $30,136.00 | (U) | $29,372.48 | (U) | REDUCED $763.52 FOR INVOICE 26677 PAID 1/26/01. |
| 45 | NEWARK ELECTRONICS<br>4801 N RAVENSWOOD AVE<br>CHICAGO IL 60640 | 354 | $3,162.05 | (U) | $291.77 | (U) | CREDITOR HAS AGREED TO REDUCED AMOUNT. |
| 46 | NON METALLIC RESOURCES INC<br>PO BOX 81303<br>MOBILE AL 36689 | 966 | $18,093.38 | (U) | $14,472.00 | (U) | CLAIM INCLUDES INTEREST CHARGES TOTALING $3,621.38. |
| 47 | NSF INTERNATIONAL<br>789 N DIXBORO RD<br>ANN ARBOR MI 48105 | 1251 | $1,150.09 | (U) | $1,116.58 | (U) | CLAIMED AMOUNT INCLUDES FINANCE CHARGES. |
| 48 | NSTAR GAS<br>800 BOYLSTON ST<br>17TH FLOOR<br>BOSTON MA 02119 | 196 | $14,773.55 | (U) | $7,132.59 | (U) | PARTIAL PAYMENT MADE ON 3/14/01. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

5/4/2004 12:17:47 PM

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 49 | OBRIEN & GERE ENGINEERS INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 634 | $28,140.62 | (U) | $27,100.78 | (U) | CLAIMED INVOICE 1041486 NOT AUTHORIZED. |
| 50 | PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD<br>CLEVELAND OH 44124 | 132 | $905.70 | (U) | $157.95 | (U) | INVOICE 7623048 PAID 3/15/01. |
| 51 | PCS IN A PINCH<br>338 CLUBHOUSE RD<br>HUNT VALLEY MD 21031 | 2318 | $3,078.39 | (U) | $2,402.60 | (U) | CLAIMED AMOUNT INCLUDES LATE FEES TOTALING $146.59. CREDITOR COULD NOT ACCOUNT FOR DISCREPANCY OF $529.20 ON INVOICE 566044321. |
| 52 | PORTER PIPE & SUPPLY CO<br>303 S ROHLWING RD<br>ADDISON IL 60101 | 1824 | $1,955.79 | (U) | $1,911.40 | (U) | ADDITIONAL CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. |
| 53 | PROVIA SOFTWARE INC<br>5460 CORPORATE GROVE BLVD SE<br>GRAND RAPIDS MI 49512-5500 | 1130 | $8,363.00 | (U) | $5,432.00 | (U) | REDUCED BY $2,931.00 FOR SERVICES CANCELLED EFFECTIVE 3/31/01. |
| 54 | R T VANDERBILT COMPANY INC<br>30 WINFIELD ST<br>NORWALK CT 06855 | 1321 | $4,826.00 | (U) | $4,565.50 | (U) | ADDITIONAL CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. |
| 55 | RED CAP MAINTENANCE INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 637 | $4,582.77 | (U) | $2,204.00 | (U) | ADDITIONAL CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. |
| 56 | SCHENCK ACCURATE INC<br>746 E MILWAUKEE ST<br>WHITEWATER WI 53190 | 1079 | $3,069.25 | (U) | $2,165.00 | (U) | REDUCTION OF $904.25 MADE FOR TWO INVOICES (737735 - $683.00 AND 736030 - $221.25) THAT WERE CANCELLED. |
| 57 | SCOTT SPECIALTY GASES<br>ATTN LOIS HAYES<br>6141 EASTON RD<br>PLUMSTEADVILLE PA 18949 | 1837 | $5,215.78 | (U) | $3,532.79 | (U) | REDUCED FOR TWO INVOICES THAT WERE PAID 2/1/00 & 2/8/01, TWO INVOICES SHOWN AS DEBITS THAT SHOULD HAVE BEEN CREDIT MEMOS, AND ONE INVOICE DEEMED TO BE INVALID. |
| 58 | SELLERS PROCESS EQUIPMENT CO<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 765 | $2,106.27 | (U) | $2,043.85 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. SUPPORTING DOCUMENTS AGREE WITH BOOKS. |
| 59 | SIMPSON GUMPERTZ & HEGER, INC<br>41 SEYON ST<br>BLDG 1 STE 500<br>WALTHAM MA 02453 | 882 | $22,403.26 | (U) | $12,303.26 | (U) | FOUR CLAIMED INVOICES DETERMINED TO BE INVALID. |
| 60 | SOUTH CAROLINA ELECTRIC & GAS COMPANY<br>SCPC<br>C/O SCANA SERVICES<br>1426 MAIN ST MC 130<br>COLUMBIA SC 29218 | 1665 | $70,452.34 | (U) | $69,444.41 | (U) | ADDITIONAL CLAIMED AMOUNT NOT IN BOOKS. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 61 | SPAULDING AND SLYE CONSTRUCTION LP C/O BRUCE D LEVIN ESQ BERNKOPF GOODMAN & BASEMAN LLP 125 SUMMER STR BOSTON MA 02110 | 203 | $1,403,017.00 | (U) | $549,159.00 | (U) | MUTUALLY-AGREED SETTLEMENT. |
| 62 | STANDARD REGISTER COMPANY LILLIAN COMBS .600 ALBANY ST DAYTON OH 45408 | 413 | $41,811.16 | (U) | $40,842.09 | (U) | PO #450047035 NO LONGER OPEN. |
| 63 | STATE OF MARYLAND CENTRAL COLLECTION UNI C/O MICHAEL S FRIEDMAN OFFICE OF THE ATTY GEN OF MD - DBM 300 W PRESTON ST RM 407 BALTIMORE MD 21201 | 15174 | $6,435.00 | (U) | $5,500.00 | (U) | CLAIMED AMOUNT INCLUDES STATUTORY COLLECTION FEE. |
| 64 | STONE CONTAINER CORPORATION ATTN: CREDIT DEPT PO BO 2276 ALTON IL 62002 | 663 | $236,621.31 | (U) | $231,390.19 | (U) | CLAIMANT UNABLE TO PROVIDE SUPPORT FOR UNSCHEDULED CLAIMED INVOICES. |
| 65 | TETRA TECHNOLOGIES INC ATTN: CINDY BOLDT 25025 I45 NORTH STE 600 THE WOODLANDS TX 77380 | 1099 | $161,590.90 | (U) | $159,620.53 | (U) | REDUCED FOR REDUCTION IN DELIVERY CHARGES. |
| 66 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL COLLECTION DIV BANKRUPTCY SECT PO BOX 12548 AUSTIN TX 78711-2548 | 381 | $652,766.79 | (P) | $28,584.68 | (P) | BALANCE DUE IS FOR INTEREST DUE UP TO BANKRUPTCY DATE. CHECK 391188 DATED 7/30/03 ISSUED FOR $87,837.11 TO COVER TAX SETTLEMENT. |
| 67 | THE CINCINNATI GAS & ELECTRIC CO A SUBSIDIARY OF CINERGY CORP 3300 CENTRAL PKWY 2ND FL CINCINNATI OH 45225 | 170 | $91,456.74 | (U) | $89,554.35 | (U) | CLAIMED AMOUNT INCLUDES LATE FEES AND FINANCE CHARGES. |
| 68 | THOMAS PUBLISHING CO 5 PENN PLAZA | 513 | $18,560.37 | (U) | $18,115.30 | (U) | CLAIMED AMOUNT INCLUDES LATE FEES, PENALTIES AND INTEREST CHARGES. |
| 69 | TOWN OF WINSHAM COLLECTOR OF REVENUE PO BOX 195 WILLIAMANTIC CT 06226-0195 | 904 | $702.19 | (P) | $595.08 | (P) | CLAIMED AMOUNT INCLUDES POST-PETITION INTEREST CHARGES. |
| 70 | US FILTER CORP 10 TECHNOLOGY DRIVE LOWELL MA 01851 | 120 | $23,442.64 | (U) | $15,656.96 | (U) | REDUCED FOR INVOICE PAID TO ANOTHER VENDOR. ADDITIONAL CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. |
| 71 | W K MERRIMAN INC 7038 RIVER RD PITTSBURGH PA 15225 | 2045 | $2,548.80 | (U) | $2,052.58 | (U) | REDUCED DUE TO PRICE DISCREPANCY. |
| 72 | WALTER G COALE INC PO BOX 39 CHURCHVILLE MD 21028 | 1210 | $1,995.04 | (U) | $1,750.00 | (U) | CLAIMED AMOUNT INCLUDES POST-PETITION FINANCE CHARGES. |
| 73 | WELDING SERVICES INC ATTN: DOUGLAS R THOMPSON 1872-C INDEPENDENCE SQUARE DUNWOODY GA 30338 | 1753 | $108,820.00 | (U) | $350.00 | (U) | ADDITIONAL CHARGES NOT AUTHORIZED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

5/4/2004 12:17:47 PM

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 74 | WELD-RITE SERVICE INC<br>ATTN: JOEL A STEIN<br>6 W HUBBARD ST 8TH FL<br>CHICAGO IL 60610 | 1813 | $77,187.50 | (U) | $71,333.50 | (U) | CLAIMED AMOUNT INCLUDES DUPLICATE INVOICES. |
| 75 | WESCO DISTRIBUTION INC<br>C/O JULIE QUAGLIANO ESQ<br>3243 P ST NW<br>WASHINGTON DC 20007 | 360 | $32,161.18 | (U) | $31,598.08 | (U) | CLAIMED AMOUNT INCLUDES TAX AND FINANCE CHARGES. |
| 76 | WESTSIDE BUILDING MATERIAL CORP<br>ATTN: JOE BOWERBANK<br>PO BOX 711<br>ANAHEIM CA 92815 | 1134 | $3,374.00 | (U) | $2,836.52 | (U) | CLAIMED AMOUNT INCLUDES TAX CHARGED ON NON-TAXABLE ITEM. ADDITIONAL CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. |

| | totals: | $653,468.98 | (P) | $29,179.76 | (P) |
|---|---|---|---|---|---|
| | | $3,754,270.07 | (U) | $2,486,207.05 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

Page 7 of 7     5/4/2004 12:17:54 PM

# Exhibit E

All responses are to be served upon: Rachel R. Schulman, Kirkland & Ellis LLP 200 East Randolph Drive, Chicago, Illinois 60601 and David W. Carickhoff, Jr.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C. 919 North Market Street 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **W. R. GRACE & CO., et al.,**[1] | ) |
| | ) Case No. 01-01139 (JKF) |
| Debtors. | ) |
| | ) (Jointly Administered) |

**Hearing Date: June 21, 2004 at 12:00 p.m.**
**Responses Due: June 4, 2004 at 4:00 p.m.**

WILSON-TEXAS MILL SUPPLY
PO BOX 1492
HOUSTON TX 77251-1492

02104488512256  **Basis For Objection:**
INSUFFICIENT DOCUMENTATION

**Reason for Proposed Disallowance:**
UNABLE TO DETERMINE BASIS FOR CLAIM DUE TO INSUFFICIENT
DOCUMENTATION.

**Claim Data**

| Case | Claim Number | Claim Date | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| 01-01139 | 1803 | 8/15/2002 | $0.00 | (U) |

# OMNIBUS 4: EXHIBIT E - SAMPLE NOTICE

### NOTICE OF FILING
### DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

    **PLEASE TAKE NOTICE** that on or about May 5, 2004, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Fourth Omnibus Objection to Claims (Substantive) (the "Fourth Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware.

---

[1]    The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
    (P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

PLEASE TAKE FURTHER NOTICE that the following parties will receive a copy of the Fourth Omnibus Objection (with all exhibits): (i) the U.S. Trustee and (ii) the Core Group as defined in the current Case Management Procedures and (iii) the 2002 List. In addition, the Debtors' claims consultant, Bankruptcy Management Corporation ("BMC"), will serve a copy of the Fourth Omnibus Objection and a customized Notice summarizing claim detail exactly as reflected in the Exhibit on which such creditor is listed upon those creditors that have filed claims that are affected by the Fourth Omnibus Objection in lieu of serving all Exhibits. Any party may obtain a copy of the Fourth Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in Support of the Objection by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

PLEASE TAKE FURTHER NOTICE that

1.      A hearing on the Fourth Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on June 21, 2004 at 12:00 p.m. (the "Claims Hearing").

2.      Any party wishing to oppose the relief requested in the Fourth Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Rachel R. Schulman, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: David W. Carickhoff, Jr., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), so as to be received on or before June 4, 2004 at 4:00 p.m. (Eastern Time). Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3.      If no response is filed, served and received by June 4, 2004, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order disallowing, expunging, and/or reclassifying the Claim(s) as requested in the Fourth Omnibus Objection.

4.      Any response should contain the following:

(i)      a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;

(ii)     the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;

(iii)    the claim number(s) of the claim objection(s) to which the response is directed;

(iv)    the specific factual basis and supporting legal argument upon which the party will rely in opposing the Fourth Omnibus Objection; and

(v)     any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5.      If you file a response to the Fourth Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6.      You need not respond to the Fourth Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Fourth Omnibus Objection. If you do not timely file and serve a response to the Fourth Omnibus Objection, the relief requested in the Fourth Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Fourth Omnibus Objection shall be deemed (i) waiver of your right to respond to the Fourth Omnibus Objection and (ii) your consent to the relief requested in the Fourth Omnibus Objection respecting your Claim.

7.      The Debtors reserve the right to file and serve a reply to a claimant's Response. If you have any questions regarding your claim(s) you should contact Bankruptcy Management Corporation at (888) 909-0100. If you have any questions regarding the Fourth Omnibus Objection, please call Kirkland & Ellis LLP at (312) 861-2441.

Wilmington, Delaware
Dated: May 5, 2004          Respectfully submitted,

KIRKLAND & ELLIS LLP          and      PACHULSKI, STANG, ZIEHL, YOUNG,
James H.M. Sprayregen, P.C.                  JONES & WEINTRAUB P.C.
James W. Kapp III                                        /s/
Janet S. Baer                                    Laura Davis Jones (Bar No. 2436)
200 East Randolph Drive                    David W. Carickhoff, Jr. (Bar No. 3715)
Chicago, IL 60601-6636                      919 N. Market Street, 16th Floor
(312) 861-2000 (telephone)                P.O. Box 8705
(312) 861-2200 (facsimile)                  Wilmington, Delaware 19899-8705 (Courier 19801)
                                                            (302) 652-4100 (telephone)
                                                            (302) 652-4400 (facsimile)

Co-Counsel for the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. _____ and |
| | | 5/24/04 Agenda Item No. __ |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon the Fourth Omnibus Objection (the "Fourth Omnibus Objection")[2] filed by the

above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order

expunging and disallowing certain Claims; and no previous application having been made; and

upon consideration of the Fourth Omnibus Objection and all responses thereto; and due and

proper notice of the Fourth Omnibus Objection having been given, it is hereby

ORDERED that, except as hereinafter stated, the relief sought in the Fourth Omnibus

Objection is granted to the extent not inconsistent with the language herein, with the Orders

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]    Capitalized terms used but not defined herein are as defined in the Fourth Omnibus Objection.

previously entered with respect to the Fourth Omnibus Objection, and with the Exhibits attached hereto;[3] and it is further

ORDERED that, to the extent that the relief granted in this Order differs from the relief granted with respect to the Fourth Omnibus Objection by the Orders previously entered with respect to Fourth Omnibus Objection, this Order shall control; and it is further

ORDERED that the Objection to each of the Claims listed on Exhibits A to this Order is sustained and each of the claims are expunged and disallowed for all purposes and it is further

ORDERED that the Objection to each of the Claims listed on Exhibit B to this Order is sustained and each of the claims are expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each Claim listed on Exhibit C to this Order is sustained, and each of the claims are expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each Claim listed on Exhibit D to this Order is sustained, and the claims are expunged and disallowed for all purposes; and it is further

ORDERED that the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved, except as provided for herein; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

---

[3]     To the extent that any claim that is the subject of the Fourth Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: June ____, 2004

_____

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## DECLARATION OF DAVID B. SIEGEL IN SUPPORT OF
## DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

I, David B. Siegel, hereby declare that the following is true to the best of my knowledge, information and belief:

1.      I am the Senior Vice President and General Counsel of W.R. Grace & Co., which has offices located at 7500 Grace Drive, Columbia, Maryland  21044.  I submit this declaration (the "Declaration") in support of the Fourth Omnibus Objection (the "Fourth Omnibus Objection").

2.      I am responsible for overseeing the claims review and objection process in these cases.  In that capacity, I have reviewed the Fourth Omnibus Objection and am, directly or through the Debtors' personnel, attorneys and Bankruptcy Management Corporation, the

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Debtors' claims consultant, familiar with the information contained therein and in the exhibits annexed thereto.

3.      Upon information and belief, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and respective amounts owed to their creditors.

4.      To date, more that 15,000 Proofs of Claim have been filed against the Debtors in these cases by holders of claims (the "Claimants").

5.      Under my supervision, considerable resources and time have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim filed in these cases.  These claims were carefully reviewed and analyzed by appropriate personnel, and in some cases, the Debtors' professional advisors, resulting in the identification of objectionable claims, which are the subject of the Fourth Omnibus Objection.  Based on these efforts, the Debtors have determined that the Disputed Claims should be reclassified, reduced, or disallowed and expunged as indicated in the Fourth Omnibus Objection.

### The Paid Pre-Petition Claims

6.      To the best of my knowledge and belief, I have determined that the claims against the Debtors listed on Exhibit A of the Fourth Omnibus Objection were paid in full by the Debtors prior to the date of the filing of the Chapter 11 Cases and are not enforceable against the Debtors or their property under any agreement or applicable law.

### The Reclassify and Allow Claims

7.      To the best of my knowledge and belief, I have determined that the claims against the Debtors listed on Exhibit B of the Fourth Omnibus Objection have no basis for priority or secured status and should be reclassified as general unsecured claims.

2

### The Reclassify, Reduce and Allow Claims

8.     To the best of my knowledge and belief, I have determined that the claims against the Debtors listed on Exhibit C of the Fourth Omnibus Objection are filed in the wrong classification and for amounts that differ from the amounts reflected on the Debtors' Books and Records.

### The Reduce and Allow Claims

9.     To the best of my knowledge and belief, I have determined that the claims against the Debtors listed on Exhibit D of the Fourth Omnibus Objection are filed for amounts that differ from the amounts reflected on the Debtors' Books and Records.

The information contained in this Declaration is true and correct to the best of my knowledge and belief.

May _4_, 2004

David B. Siegel,
Senior Vice President,
General Counsel and
Chief Restructuring Officer

Subscribed and sworn to before me
this __ day of May, 2004.

_____

NOTARY PUBLIC, State of _____
My Commission Expires: __/__/__

3

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 5th day of May, 2004 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

1.   **NOTICE OF FILING OF DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE);**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

2.     **DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE);**

3.     **[PROPOSED] ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE); AND**

4.     **DECLARATION OF DAVID B. SIEGEL IN SUPPORT OF DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE).**

Dated: May 5, 2004

Patricia E. Cuniff

Sworn to and subscribed before
me this 5th day of May, 2004

Notary Public
My Commission Expires:  3-11-2006

TIMOTHY M. O'BRIEN
Notary Public - Delaware
My Comm. Expires Mar. 11, 2006

91100-001\DOCS_DE:69393.19

-2-

**W. R. Grace 2002 Service List**
Case No. 01-1139 (JKF)
Doc. No. 22588
031– Hand Delivery
208 – First Class Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young Jones
& Weintraub
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#301
Wilmington, DE 19801-3549

*Hand Delivery*
)
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Travelers Casualty and Surety
Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
)
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

*Hand Delivery*
)
Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
)
Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel for General Electric Corporation)
Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801

*Hand Delivery*
)
Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*Hand Delivery*
(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Potash Corp.)
Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE 19899-1709

*Hand Delivery*
(Counsel to Entergy Services, Inc.)
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*Hand Delivery*
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell,
P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899

*Hand Delivery*
)
Francis J. Murphy
John S. Spadaro
Chase T. Brockstedt
Murphy Spadaro & Landon
824 N. Market Street
P.O. Box 8989
Wilmington, DE 19899-8989

*Hand Delivery*
(Counsel to Mark Hankin and HanMar
Associates)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

*Hand Delivery*
)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

*Hand Delivery*
(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Royal Insurance)
Megan N. Harper, Esquire
Bifferato, Bifferator & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Delaware Division of
Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

*Hand Delivery*
(L.A. Unified School District)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

*Hand Delivery*
)
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman, LLP
1201 N. Orange Street
Suite 1001
Wilmington, DE  19801

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*First Class Mail*
(Canadian Counsel to Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4

*First Class Mail*
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022-3852

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

*First Class Mail*
)
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

*First Class Mail*
)
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

*First Class Mail*
)
Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*
)
Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

*First Class Mail*
)
Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

*First Class Mail*
)
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT  59901

*First Class Mail*
)
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

*First Class Mail*
)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
)
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

*First Class Mail*
)
Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

*First Class Mail*
)
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

*First Class Mail*
)
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

*First Class Mail*
)
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

*First Class Mail*
)
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

*First Class Mail*
)
Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

*First Class Mail*
)
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

*First Class Mail*
)
Josiah Rotenberg
Quadrangle
375 Park Avenue
New York, NY  10152

*First Class Mail*

)

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

*First Class Mail*

)

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*

(Counsel to Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

*First Class Mail*

)

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*

(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

*First Class Mail*

)

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

*First Class Mail*

)

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

*First Class Mail*

)

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

*First Class Mail*

)

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

*First Class Mail*

)

Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

*First Class Mail*

)

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

*First Class Mail*

)
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

*First Class Mail*

)
Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

*First Class Mail*

)
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

*First Class Mail*

)
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

*First Class Mail*

)
Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

*First Class Mail*

)
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

*First Class Mail*

)
Christopher L. Beard, Esquire
The Beard Group
502 W. Patrick Street
Frederick, MD  21701-4002

*First Class Mail*

)
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

*First Class Mail*

)
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

*First Class Mail*

)
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX  77017

*First Class Mail*

)
Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 4th Avenue
Suite 2900
Seattle, WA  98104-1158

*First Class Mail*

)
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

*First Class Mail*

)
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

*First Class Mail*

)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*

)
Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

*First Class Mail*

)
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

*First Class Mail*

)
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX  78520

*First Class Mail*

)
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

*First Class Mail*

)
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

*First Class Mail*

)
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

*First Class Mail*

)
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

*First Class Mail*

)
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

*First Class Mail*

)
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger &
Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

*First Class Mail*

)
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

*First Class Mail*
)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

*First Class Mail*
(Counsel to Public Service Electric and Gas
Company)
William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*First Class Mail*
(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

*First Class Mail*
(Counsel to numerous asbestos claimants)
Scott Wert, Esquire
Foster & Sear, LLP
524 E. Lamar Blvd., Ste 200
Arlington, TX 76011

*First Class Mail*
(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

*First Class Mail*
)
Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID 83536-9229

*First Class Mail*
(Counsel to Weatherford U.S. Inc., and
Weatherford International Inc.)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

*First Class Mail*
)
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

*First Class Mail*
)
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

*First Class Mail*
)
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
)
Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

*First Class Mail*
(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

*First Class Mail*
)
Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant
County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

*First Class Mail*
)
Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

*First Class Mail*
)
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New
York
100 Church Street, Room 6-127
New York, NY 10007

*First Class Mail*
)
Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

*First Class Mail*
)
Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

*First Class Mail*
)
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

*First Class Mail*
)
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C. 20004-1109

*First Class Mail*
)
Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
155 Seaport Blvd
Boston, MA 02210-2604

*First Class Mail*
)
Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
One Wachovia Center
301 S. College Street
Suite 2300
Charlotte, NC 28202

*First Class Mail*
)
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

*First Class Mail*

)
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

*First Class Mail*

)
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

*First Class Mail*

)
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

*First Class Mail*

)
Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

*First Class Mail*

)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

*First Class Mail*

)
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

*First Class Mail*

)
Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

*First Class Mail*

)
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

*First Class Mail*

)
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

*First Class Mail*

)
David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

*First Class Mail*

)
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst.
County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

*First Class Mail*
(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

*First Class Mail*
(Counsel to Dow Chemical Company,
Hampshire Chemical Corporation and Union
Carbide Corporation)
Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

*First Class Mail*
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

*First Class Mail*
(Counsel to General Electric Capital
Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
685 3rd Avenue
New York, NY 10017-4024

*First Class Mail*
)
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

*First Class Mail*
(Counsel to Commissioner of Revenue)
Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN 37243

*First Class Mail*
)
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

*First Class Mail*
)
Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

*First Class Mail*
)
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902

*First Class Mail*
)
E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

*First Class Mail*
)
Melanie S. Kaufman
938A Stanyan Street
San Francisco, CA 94117-3807

*First Class Mail*
)
Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister
& Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

*First Class Mail*
)
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota,
National Association)
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY  10004-1490

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota,
National Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

*First Class Mail*
(Counsel to Aldine Independent School
District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

*First Class Mail*
)
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

*First Class Mail*
)
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  48992

*First Class Mail*
(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

*First Class Mail*
(Counsel to LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
200 Clarendon Street
27th Floor
Boston, MA  02116-5021

*First Class Mail*
(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX  77002

*First Class Mail*
(Counsel to The Texas Comptroller of
Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

*First Class Mail*
(Counsel to Century Indemnity Company)
Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

*First Class Mail*
(Comptroller of Public Accounts of the State
of Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
)
Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

*First Class Mail*
(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

*First Class Mail*
(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC 20007

*First Class Mail*
)
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

*First Class Mail*
(Counsel to Amalgamated Industries and
Service Workers Benefit Fund)
Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service
Workers Benefit Fund
730 Broadway
Tenth Floor
New York, NY 10003-9511

*First Class Mail*
)
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

*First Class Mail*
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

*First Class Mail*
)
Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

*First Class Mail*
)
Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Dallas, TX 75201-2689

*First Class Mail*
(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL 60607

*First Class Mail*
)
Scott Barker
Credit Manager
Phelps Dodge Corp.
(Formerly Climax Molybdenum Marketing
Corporation)
One North Central Avenue
Phoenix, AZ 85004

*First Class Mail*
)
Coudert Brothers
Attn: Joseph D. Farrell, Esquire and
Edward H. Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

*First Class Mail*
)
Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

*First Class Mail*
(Counsel to Marco Barbanti)
Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

*First Class Mail*
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

*First Class Mail*
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe, LA 71207

*First Class Mail*
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
(Attorney General of PA(Commonwealth of
PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

*First Class Mail*
)
Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

*First Class Mail*
(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

*First Class Mail*
(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

*First Class Mail*
(W.C. Baker, E.E. Jaques, B.H. Miller, M.R.
Fisher, S.R. Ormsbee, M. Rea and the Fisher
Trust)
Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086

*First Class Mail*
(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103

*First Class Mail*
)
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

*First Class Mail*
(Hearthside Residential Corp.)
Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA 90071

*First Class Mail*
(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

*First Class Mail*
)
Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

*First Class Mail*
)
Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101

*First Class Mail*

)
Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL 33316-1186

*First Class Mail*

)
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

*First Class Mail*

)
Craig A. Slater, Esquire
Harter,Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, NY 14202

*First Class Mail*

)
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

*First Class Mail*

)
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA 30303

*First Class Mail*

)
Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY 10179

*First Class Mail*

(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

*First Class Mail*

)
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

*First Class Mail*

(Counsel to Travelers Casualty and Surety
Company)
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

*First Class Mail*

(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

*First Class Mail*

)
Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

*First Class Mail*
(Counsel to CMGI)
Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
Hale and Dorr LLP
60 State Street
Boston, MA  02109

*First Class Mail*
(Counsel to Louis S. Robles, Esquire and
Robles Law Center, P.A.)
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA  19103

*First Class Mail*
(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

*First Class Mail*
)
DACA V, LLC
Attn:  Julie Bubnack
2120 W. Washington Street
San Diego, CA  92110

*First Class Mail*
(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

*First Class Mail*
)
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

*First Class Mail*
(Counsel to County of San Diego)
Martha E. Romero
Law Offices of Martha E. Romero and
Associates
7743 South Painter Avenue, Suite E
Whittier, CA  90602

*First Class Mail*
(Counsel to National Union Fire Insurance
Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

*First Class Mail*
(Counsel to The Burlington Northern and
Santa Fe Railway Company)
Theresa L. Wasser, Esquire
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA  15222

*First Class Mail*
(Counsel to Crossroads Industrial Park, Inc.
and Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY  13166

*First Class Mail*
(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

*First Class Mail*
(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

*First Class Mail*
(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

*First Class Mail*
(Counsel to State of New York, Dept. of
Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and
Finance
340 E. Main Street
Rochester, NY 14604

*First Class Mail*
)
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

*First Class Mail*
(Counsel to William B. Dunbar)
Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813

*First Class Mail*
(Counsel to West Group)
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

*First Class Mail*
(Counsel to Certain Underwriters at Lloyd's
London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

*First Class Mail*
(Counsel to the U.S. Environmental
Protection Agency)
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO 80202

*First Class Mail*
(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

*First Class Mail*
(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

*First Class Mail*
)
Jenny J. Hyun, Esquire
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX 77008

*First Class Mail*
)
Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach
LLP
One Pennsylvania Plaza
New York, NY  10119-0165

*First Class Mail*
)
Xerox Capital Services, LLC
Attention:  Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL  33716-9876

*First Class Mail*
(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker
LLP
150 East 42nd Street
New York, NY  10019-5639

*First Class Mail*
(Counsel to James Grau, Anna Grau and
Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

*First Class Mail*
(Counsel to Ben Bolt-Palito-Blanco ISD,
Brownsville ISD, Cameron County,
Hildalgo County, Orange Grove, Orange
Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson,
LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

*First Class Mail*
(Counsel to Carrollton-Farmers Branch
Independent School District)
Andrea Sheehan, Esquire
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

*First Class Mail*
(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

*First Class Mail*
(Counsel to Citadel Investment Group, LLC)
Citadel Investment Group, L.L.C.
Attn:  S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL  60603

*First Class Mail*
(Counsel to the Libby Mine Claimants)
David B. Madoff, Esquire
Daniel C. Cohn, Esquire
Cohn Khoury Madoff & Whitesell LLP
101 Arch Street
Boston, MA  02110

*First Class Mail*
(Counsel to Enron Corp., et al.)
General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX  77002

*First Class Mail*
(Inventory Attorneys on behalf of all clients
of the Robles law firm)
Thomas Tew, Esquire
Jeffrey Tew, Esquire
Tew Cardenas Rebak Kellogg Lehman
DeMaria Tague Raymong & Levin, LLP
201 South Biscayne Boulevard, Suite 2600
Miami, FL 33131

*First Class Mail*
(Counsel to Town of Acton, MA)
Thomas O. Bean
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

*First Class Mail*
(Federal Insurance Company)
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*First Class Mail*
)
Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT 06830-6263

*First Class Mail*
)
Debt Acquisition Co of America V LLC
2120 W. Washington Street
San Diego, CA 92110-2052

*First Class Mail*
)
Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY 10019-5818

*First Class Mail*
)
Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA 92614-6264

*First Class Mail*
)
Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704-0487

*First Class Mail*
)
Edward B. Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
(Counsel for State Street Global Advisors)
Daniel M. Glosband, P.C.
Peter D. Bilowz, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

*First Class Mail*
(Fireman's Fund Insurance Company)
Jeffrey Kaufman, Esq.
Gerald F. Ellersdorfer, Esq.
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105

*First Class Mail*
Ed Cottingham, Jr., Esq.
Motley Rice LLP
28 Bridgeside Boulevard
P. O. Box 1792
Mount Pleasant, SC 29465

***First Class Mail***
John Preefer, Esq.
John Preefer
60 East 42nd Street, Suite 1201
New York, NY 10165