# Exhibit B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4: EXHIBIT B - RECLASSIFY AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | CHERCO SYSTEMS<br>1638 RYAN ST<br>LAKE CHARLES  LA  70601 | 1567 | $3,291.31 | (P) | $3,291.31 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 2 | FREE-FLOW PACKAGING INTL DBA FP INTL<br>1090 MILLS WAY<br>REDWOOD CITY  CA  94063 | 1209 | $2,118.40 | (P) | $2,118.40 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 3 | GLOBAL EQUIPMENT<br>120B SATELLITE BLVD<br>SAWANEE  GA  30024 | 659 | $622.27 | (P) | $622.27 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 4 | J HARVARD CO<br>3418 E MARDAN DR<br>LONG GROVE  IL  60047 | 1357 | $894.25 | (P) | $894.25 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 5 | KIMS RADIATOR & MFG CO INC<br>2615 LENA ST<br>SULPHUR  LA  70665-7439 | 1319 | $3,424.32 | (S) | $3,424.32 | (U) | NO BASIS FOR SECURED CLAIM. |
| 6 | LINATEX INC<br>1550 AIRPORT RD<br>GALLATIN  TN  37066 | 1266 | $3,738.29 | (P) | $3,738.29 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 7 | MOVABLE WOOD BUILDINGS CO<br>11804 HEMPSTEAD HWY<br>HOUSTON  TX  77092 | 1119 | $1,764.48 | (S) | $1,764.48 | (U) | NO BASIS FOR SECURED CLAIM. |
| 8 | US INTERNATIONAL SERVICES LTD<br>113 KRESSON-GIBBSBORO RD<br>VOORHEES  NJ  000008043 | 4497 | $7,389.88 | (P) | $7,389.88 | (U) | NO BASIS FOR PRIOIRTY CLAIM. |
| 9 | YORKE, JUDITH<br>YORKE ENGINEERING<br>31726 RANCHO VIEJO RD STE 108<br>SAN JUAN CAPISTRANO  CA  92675 | 2161 | $4,515.15 | (P) | $4,515.15 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| | totals: | | $5,188.80<br>$22,569.55 | (S)<br>(P) | $27,758.35 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

# Exhibit C

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4: EXHIBIT C - RECLASSIFY, REDUCE & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | CENTER ENTERPRISES INC DBA CENTRAL ELECT<br>PO BOX 7567<br>HOUSTON TX 77270-7567 | 1503 | $13,418.23 | (S) | $9,896.36 | (U) | NO BASIS FOR SECURED CLAIM. PER CLAIMANT, THE AMOUNT FILED SHOULD READ $9896.36. |
| 2 | CITY OF EL PASO<br>C/O DAVID G AELVOET<br>LINEBARGER HEARD GOGGAN ET AL<br>310 S ST MARYS TENTH FLOOR<br>TOWER LIFE BLDG STE 1000<br>SAN ANTONIO TX 78205 | 63 | $721.05 | (S) | $245.32 | (U) | CLAIMED AMOUNT WAS ESTIMATE. NO BASIS FOR SECURED CLAIM. |
| 3 | GREENVILLE COUNTY TAX COLLECTOR<br>301 UNIVERSITY RDG STE 700<br>GREENVILLE SC 29601 | 2177 | $42,191.16 | (S) | $14,123.61 | (U) | NO BASIS FOR SECURED CLAIM. REDUCED AMOUNT RELATES TO A RESTAURANT PARCEL WHICH WAS SOLD IN 1992. |
| 4 | V & H EXCAVATING CO INC<br>113 N MAIN ST<br>CROWN POINT IN 46307 | 1516 | $108.75<br>$2,356.96 | (P)<br>(U) | $2,349.55 | (U) | NO BASIS FOR PRIORITY AMOUNT. REDUCED FOR FINANCE CHARGES ON THREE INVOICES TOTALING $116.16 (2588 FOR $28.50, 2753 FOR $53.10, AND 2766 FOR $34.76). |
| 5 | XEROX CORPORATION<br>LEGAL DEPT MS 1-2<br>ATTN: CATHY FLOWERS<br>800 CARILLON PKWY<br>ST PETERSBURG FL 33716 | 711 | $16,322.61 | (S) | $4,961.52 | (U) | NO BASIS FOR SECURED CLAIM. THREE INVOICES FILED WITH THIS CLAIM ARE DUPLICATES ALSO INCLUDED ON CLAIM 391. |
| | | totals: | $72,653.05<br>$108.75<br>$2,356.96 | (S)<br>(P)<br>(U) | $31,576.36 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured