# Exhibit D

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS

|  | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | AGA GAS INC<br>MEMBER OF THE LINDE GAS GROUP<br>PO BOX 94737<br>CLEVELAND OH 44101-4737 | 752 | $5,896.73 | (U) | $1,893.49 | (U) | UNABLE TO VALIDATE THE REMAINDER OF CLAIM. REMAINING BALANCE IS NOT RECORDED IN BOOKS. REQUESTED INVOICES FROM CLAIMANT BUT DID NOT RECEIVE A RESPONSE. |
| 2 | ALABAMA POWER CO<br>PO BOX 12465<br>BIRMINGHAM AL 35202-2465 | 126 | $17,403.69 | (U) | $9,222.67 | (U) | CLAIM DOES NOT MATCH BOOKS. REQUESTED INFORMATION TO SUPPORT CLAIMED AMOUNT HAS NOT BEEN PROVIDED BY CLAIMANT. |
| 3 | AMERICAN WICK DRAIN CORP<br>ATTN: DAVIS CARMAN<br>1209 AIRPORT RD<br>MONROE NC 28110 | 1628 | $62,465.32 | (U) | $59,368.00 | (U) | REDUCTION OF $3,097.32 IS DUE TO CASH DISCOUNT TAKEN ON PAYMENT DATED 3/30/01. |
| 4 | AMERSHAM BIOSCIENCES<br>800 CENTENNIAL AVE<br>PISCATAWAY NJ 08855-1327 | 1072 | $10,063.68 | (U) | $9,587.18 | (U) | REDUCE CLAIM FOR TAX OF $476.50 CHARGED ON INVOICE 876298 FOR A NON-TAXABLE ITEM. |
| 5 | APPLIED INDUSTRIAL TECH AMERICAN BEARING<br>PO BOX 6925<br>CLEVELAND OH 44101 | 42 | $589.05 | (U) | $563.85 | (U) | REDUCTION OF $25.20 FOR TAX CHARGED ON NON-TAXABLE ITEM. |
| 6 | ASHLAND INCORPORATED<br>PO BOX 2219<br>COLLECTION DEPT DS3<br>COLUMBUS OH 43216 | 15349 | $40,641.07 | (U) | $40,505.76 | (U) | REDUCED BY $135.31 FOR SHORT PAYMENT ON INVOICE 425725 DUE TO DISCREPANCY IN GOODS RECEIVED. |
| 7 | B & C FAB INC<br>6325 N ORANGE BLOSSOM TRL #126<br>ORLANDO FL 32810 | 1600 | $295.97 | (U) | $117.61 | (U) | CLAIM INCLUDES POST-PETITION INVOICE DATED 4/6/01. |
| 8 | BENTCO PALLET & CRATE LLC<br>PO BOX 750<br>EASTABOGA AL 36260 | 2657 | $28,764.08 | (U) | $26,117.52 | (U) | REDUCED BY $2,646.56 IN INTEREST CHARGES. |
| 9 | BRADLEY SUPPLY CO<br>PO BOX 29096<br>CHICAGO IL 60629 | 911 | $16,652.24 | (U) | $16,602.94 | (U) | REDUCED FOR TAX CHARGED ON NON-TAXABLE ITEMS. |
| 10 | BROCK & COMPANY INC<br>77 GREAT VALLEY PKWY<br>MALVERN PA 19355 | 119 | $11,359.55 | (U) | $5,216.44 | (U) | FOUR CREDIT INVOICES TOTALING ($7,205.08),1 DEBIT INVOICE TOTALING $871.51 AND A PARTIAL ADJUSTMENT ON 1 INVOICE FOR $190.47 WERE NOT CLAIMED. |
| 11 | CARDINAL BUILDING MAINTENANCE INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 646 | $2,145.00 | (U) | $2,125.00 | (U) | DOCUMENTS TO SUPPORT $20 DIFFERENCE WERE NOT RECEIVED FROM CREDITOR. |
| 12 | CARUCCIO, FRANK<br>OSBORNE & VISCONTI<br>20 EASTBROOK RD STE 304<br>DEDHAM MA 02026 | 2728 | $17,443.00 | (U) | $750.00 | (U) | MUTUALLY-AGREED SETTLEMENT. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 13 | CHROMA COPY<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 647 | $1,934.31 | (U) | $1,184.04 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. SUPPORTING DOCUMENTS AGREE WITH BOOKS. |
| 14 | CITY OF MILWAUKEE<br>CITY TREASURER #1353<br>200 E WELLS ST - ROOM 103<br>MILWAUKEE WI 53202 | 14727 | $8,780.22 | (U) | $7,701.95 | (U) | REDUCED DUE TO INTEREST CHARGE. |
| 15 | CLARKE REYNOLDS ELECTRIC CO<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 648 | $5,319.62 | (U) | $2,475.89 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. SUPPORTING DOCUMENTS AGREE WITH BOOKS. |
| 16 | COLEMANS PUMPING SERVICE<br>C/O JAMES COLEMAN<br>190 STURKIE RD<br>WAGENER SC 29164 | 2641 | $1,100.00 | (U) | $1,040.00 | (U) | BOOKS REFLECT ONLY TWO OPEN INVOICES TOTALING $1,040.00. THE SUPPORTING DOCUMENT ATTACHED TO THE CLAIM WAS A SUMMARY WITH NO DETAILS. |
| 17 | CORROSION FLUID PRODUCTS CORP<br>24450 INDOPLEX CIRCLE<br>FARMINGTON HILLS MI 48332 | 376 | $7,186.94 | (U) | $7,116.25 | (U) | REDUCED FOR OVERCHARGED TAX OF $70.69 ON 5 INVOICES. |
| 18 | CROMPTON SALES COMPANY INC<br>C/O MARY O NEIL<br>BENSON RD<br>MIDDLEBURY CT 06749 | 2091 | $49,039.66 | (U) | $45,059.92 | (U) | REDUCED DUE TO TWO INVOICES THAT WERE DETERMINED TO BE INVALID. |
| 19 | DOMNERN SOMGIAT & BOONMA LAW OFFICE LIMI<br>719 SI PHYA RD<br>BANGKOK 10500<br>THAILAND | 1802 | $8,739.25 | (U) | $5,073.02 | (U) | REDUCED BY $3,666.23 FOR INVOICE A96/7282 THAT IS NOT GRACE'S LIABILITY. THE INVOICE BELONGS TO BETZ DEARBORN. |
| 20 | DONNELLY & DUNCAN INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 770 | $5,329.80 | (U) | $4,647.30 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. SUPPORTING DOCUMENTS AGREE WITH BOOKS. |
| 21 | DONS DIESEL SERVICE INC<br>PO BOX 2438<br>HILLSBORO MO 63050 | 2399 | $1,943.98 | (U) | $1,577.41 | (U) | REDUCED DUE TO INTEREST CHARGE. |
| 22 | DOUGLAS TECHNICAL SERVICES<br>9 EASTERN LN<br>NEW MILFORD CT 06776 | 1168 | $2,155.00 | (U) | $2,055.00 | (U) | AGREED TO PO QUOTE ONLY OF $2,055.00. |
| 23 | EASTERN LIFT TRUCK CO INC<br>PO BOX 307<br>MAPLE SHADE NJ 08052 | 5303 | $1,296.72 | (U) | $315.86 | (U) | REDUCED FOR TWO INVOICES TOTALING $980.86 NOT SHOWN ON BOOKS AND ACCORDING TO CREDITOR ARE NO LONGER OPEN AR. |
| 24 | ENGELHARD CORPORATION<br>ATTN STEPHEN MCINTYRE<br>101 WOOD AVE 4TH FLR CREDIT<br>ISELIN NJ 08830 | 1576 | $50,832.60 | (U) | $34,780.20 | (U) | INVOICES #1493815, #1492320 AND #1489416 EACH FOR $5,350.80 PAID BY WIRE TRANSFER ON 3/30/01. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 25 | EXXONMOBIL CHEMICAL COMPANY<br>LAW DEPT BANKRUPTCY MATTERS<br>13501 KATY FREEWAY<br>HOUSTON TX 77079 | 869 | $71,547.45 | (U) | $63,059.42 | (U) | REDUCED TO CORRESPOND TO BOOKS. |
| 26 | GAC CHEMICAL CORP<br>1630 TIMBERWOLF<br>HOLLAND OH 43528 | 595 | $102,298.90 | (U) | $100,966.41 | (U) | REDUCED DUE TO PRICING DISCREPANCIES ON FOUR INVOICES. |
| 27 | GULF PACIFIC AMERICA INC<br>MAR-GULF MANAGEMENT INC<br>7083 HOLLYWOOD BLVD #650<br>HOLLYWOOD CA 90028 | 1756 | $207,937.00 | (U) | $134,772.00 | (U) | FIRE DAMAGE CLAIM CALCULATED BASED ON INSURANCE COMPANY'S CASH VALUE OF IMPROVEMENTS LESS INSURANCE PROCEEDS PAID TO CREDITOR. |
| 28 | HARRIS AUTOMATION SERVICES INC<br>C/O DIANE B HARRIS<br>PO BOX 890472<br>HOUSTON TX 77289 | 2124 | $8,084.64 | (U) | $6,758.90 | (U) | REDUCED FOR INTEREST INCURRED SINCE 3/31/01. |
| 29 | HAYES MECHANICAL INC<br>2160 N ASHLAND AVE<br>CHICAGO IL 60614 | 2403 | $18,360.19 | (U) | $17,225.00 | (U) | REDUCE FOR FINANCE CHARGES TOTALING $1,135.19. |
| 30 | HINDS CO TAX COLLECTOR<br>C/O NCTC<br>PO BOX 1727<br>JACKSON MS 39215 | 1747 | $437.20 | (U) | $408.69 | (U) | CLAIMED AMOUNT INCLUDES PENALTIES AND FEES. |
| 31 | HOMETOWN NEWS INC<br>DBA THE WOODRUFF NEWS<br>PO BOX 5211<br>SPARTANBURG SC 29304-5211 | 64 | $80.60 | (U) | $40.00 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. REDUCED TO AMOUNT ON BOOKS. |
| 32 | HUGHES ASSOCIATES INC<br>3610 COMMERCE DR #817<br>BALTIMORE MD 21227 | 2296 | $14,550.00 | (U) | $4,550.00 | (U) | UNABLE TO VALIDATE INVOICE DATED 3/31/98. NO PROOF THE SERVICES WERE ACTUALLY PERFORMED. |
| 33 | HUGHES SUPPLY INC<br>C/O LUIS D HERNANDEZ LEGAL DEPARTMEN<br>20 N ORANGE AVE<br>STE 200<br>ORLANDO FL 32801 | 2071 | $12,999.73 | (U) | $12,368.94 | (U) | CLAIM REDUCED BY $630.79 FOR (A) A PAYMENT OF $311.71 (CK #3609 DATED 3/23/01) THAT APPEARS ON VENDOR STATEMENT BUT NOT CREDITED ON CLAIM AND (B) INVOICE DATED 10/17/01 FOR $319.08 THAT APPEARS TO BE AN ADJUSTMENT FOR WHICH IS NOT ON BOOKS. |
| 34 | ICI AMERICAS INC & INDOPCO<br>C/O W STEVEN BRYANT<br>LOCKE LIDDELL & SAPP LLP<br>600 TRAVIS ST STE 2600<br>HOUSTON TX 77002-3095 | 13963 | $367,075.50 | (U) | $361,075.00 | (U) | THE FIRST QUARTER SCHEDULED INVOICE FOR $267,763.50 INCLUDED $6,000 DUE FOR 3RD QUARTER OF 2000. |
| 35 | IMERYS<br>100 MANSELL CT E<br>SUITE 300<br>ROSWELL GA 30076 | 3771 | $72,358.38 | (U) | $71,123.56 | (U) | ONE CLAIMED INVOICE WAS PAID 7/5/00 AND FOUR OTHERS WERE PAID SHORT DUE TO PRICE DISCREPANCY. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 36 | JAY INDUSTRIAL TEC GROUP INC<br>555 N WAYNE AVE<br>CINCINNATI OH 45215 | 1055 | $2,020.05 | (U) | $1,732.55 | (U) | REDUCED FOR INVOICE 416697 TOTALLING $287.50 NOT RECORDED IN BOOKS. VENDOR COULD NOT PROVIDE PROOF OF DELIVERY. |
| 37 | KATTEN MUCHIN ZAVIS ROSENMAN FKA ROSENMA<br>C/O JEFF J FRIEDMAN ESQ<br>575 MADISON AVE<br>NEW YORK NY 10022 | 15176 | $58,292.87 | (U) | $1,153.13 | (U) | GRACE HAS NO LIABILITY FOR BALANCE OF CLAIM. |
| 38 | KONECRANES INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 626 | $5,445.70 | (U) | $1,212.50 | (U) | UNABLE TO IDENTIFY DISCREPANCY BETWEEN CLAIMED AMOUNT AND TOTAL OF OPEN ITEMS PROVIDED WITH CLAIM. |
| 39 | LOUIS M ZIGMAN LAW CORPORATION<br>473 S HOLT AVE<br>LOS ANGELES CA 90048 | 3085 | $2,600.00 | (U) | $1,300.00 | (U) | CLAIMED INVOICE WAS TO BE SPLIT BETWEEN GRACE AND UNION. |
| 40 | M & M CONTROLS A DIVISION OF AIRECO INC<br>9 E W AYLESBURY RD<br>TIMONIUM MD 21093 | 1743 | $9,690.60 | (U) | $6,589.73 | (U) | REDUCED FOR FINANCE CHARGES TOTALING $1,485.09 AND RETURNED GOODS TOTALING $1615.78. |
| 41 | MCJUNKIN CORPORATION<br>ATTN: MICHELE THOMPSON<br>PO BOX 513<br>CHARLESTON WV 25322 | 355 | $1,523.64 | (U) | $1,513.76 | (U) | CLAIM INCLUDES TAX CHARGED ON NON-TAXABLE ITEM. |
| 42 | MID-ATLANTIC INDUSTRIAL<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 629 | $1,295.91 | (U) | $1,234.20 | (U) | CLAIM INCLUDES TAX CHARGED ON NON-TAXABLE ITEM. |
| 43 | N E BAYSTATE PRESS<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 631 | $8,858.35 | (U) | $8,617.90 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. SUPPORTING DOCUMENTS AGREE WITH BOOKS. |
| 44 | NETZSCH INCORPORATED<br>119 PICKERING WAY<br>EXTON PA 19341 | 1551 | $30,136.00 | (U) | $29,372.48 | (U) | REDUCED $763.52 FOR INVOICE 26677 PAID 1/26/01. |
| 45 | NEWARK ELECTRONICS<br>4801 N RAVENSWOOD AVE<br>CHICAGO IL 60640 | 354 | $3,162.05 | (U) | $291.77 | (U) | CREDITOR HAS AGREED TO REDUCED AMOUNT. |
| 46 | NON METALLIC RESOURCES INC<br>PO BOX 81303<br>MOBILE AL 36689 | 966 | $18,093.38 | (U) | $14,472.00 | (U) | CLAIM INCLUDES INTEREST CHARGES TOTALING $3,621.38. |
| 47 | NSF INTERNATIONAL<br>789 N DIXBORO RD<br>ANN ARBOR MI 48105 | 1251 | $1,150.09 | (U) | $1,116.58 | (U) | CLAIMED AMOUNT INCLUDES FINANCE CHARGES. |
| 48 | NSTAR GAS<br>800 BOYLSTON ST<br>17TH FLOOR<br>BOSTON MA 02119 | 196 | $14,773.55 | (U) | $7,132.59 | (U) | PARTIAL PAYMENT MADE ON 3/14/01. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.  **(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 49 | OBRIEN & GERE ENGINEERS INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 634 | $28,140.62 | (U) | $27,100.78 | (U) | CLAIMED INVOICE 1041486 NOT AUTHORIZED. |
| 50 | PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD<br>CLEVELAND OH 44124 | 132 | $905.70 | (U) | $157.95 | (U) | INVOICE 7623048 PAID 3/15/01. |
| 51 | PCS IN A PINCH<br>338 CLUBHOUSE RD<br>HUNT VALLEY MD 21031 | 2318 | $3,078.39 | (U) | $2,402.60 | (U) | CLAIMED AMOUNT INCLUDES LATE FEES TOTALING $146.59. CREDITOR COULD NOT ACCOUNT FOR DISCREPANCY OF $529.20 ON INVOICE 566044321. |
| 52 | PORTER PIPE & SUPPLY CO<br>303 S ROHLWING RD<br>ADDISON IL 60101 | 1824 | $1,955.79 | (U) | $1,911.40 | (U) | ADDITIONAL CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. |
| 53 | PROVIA SOFTWARE INC<br>5460 CORPORATE GROVE BLVD SE<br>GRAND RAPIDS MI 49512-5500 | 1130 | $8,363.00 | (U) | $5,432.00 | (U) | REDUCED BY $2,931.00 FOR SERVICES CANCELLED EFFECTIVE 3/31/01. |
| 54 | R T VANDERBILT COMPANY INC<br>30 WINFIELD ST<br>NORWALK CT 06855 | 1321 | $4,826.00 | (U) | $4,565.50 | (U) | ADDITIONAL CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. |
| 55 | RED CAP MAINTENANCE INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 637 | $4,582.77 | (U) | $2,204.00 | (U) | ADDITIONAL CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. |
| 56 | SCHENCK ACCURATE INC<br>746 E MILWAUKEE ST<br>WHITEWATER WI 53190 | 1079 | $3,069.25 | (U) | $2,165.00 | (U) | REDUCTION OF $904.25 MADE FOR TWO INVOICES (737735 - $683.00 AND 736030 - $221.25) THAT WERE CANCELLED. |
| 57 | SCOTT SPECIALTY GASES<br>ATTN LOIS HAYES<br>6141 EASTON RD<br>PLUMSTEADVILLE PA 18949 | 1837 | $5,215.78 | (U) | $3,532.79 | (U) | REDUCED FOR TWO INVOICES THAT WERE PAID 2/1/00 & 2/8/01, TWO INVOICES SHOWN AS DEBITS THAT SHOULD HAVE BEEN CREDIT MEMOS, AND ONE INVOICE DEEMED TO BE INVALID. |
| 58 | SELLERS PROCESS EQUIPMENT CO<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 765 | $2,106.27 | (U) | $2,043.85 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. SUPPORTING DOCUMENTS AGREE WITH BOOKS. |
| 59 | SIMPSON GUMPERTZ & HEGER, INC<br>41 SEYON ST<br>BLDG 1 STE 500<br>WALTHAM MA 02453 | 882 | $22,403.26 | (U) | $12,303.26 | (U) | FOUR CLAIMED INVOICES DETERMINED TO BE INVALID. |
| 60 | SOUTH CAROLINA ELECTRIC & GAS COMPANY SCPC<br>C/O SCANA SERVICES<br>1426 MAIN ST MC 130<br>COLUMBIA SC 29218 | 1665 | $70,452.34 | (U) | $69,444.41 | (U) | ADDITIONAL CLAIMED AMOUNT NOT IN BOOKS. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.  **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4: EXHIBIT D - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 61 | SPAULDING AND SLYE CONSTRUCTION LP<br>C/O BRUCE D LEVIN ESQ<br>BERNKOPF GOODMAN & BASEMAN LLP<br>125 SUMMER STR<br>BOSTON MA 02110 | 203 | $1,403,017.00 | (U) | $549,159.00 | (U) | MUTUALLY-AGREED SETTLEMENT. |
| 62 | STANDARD REGISTER COMPANY<br>LILLIAN COMBS<br>.600 ALBANY ST<br>DAYTON OH 45408 | 413 | $41,811.16 | (U) | $40,842.09 | (U) | PO #450047035 NO LONGER OPEN. |
| 63 | STATE OF MARYLAND CENTRAL COLLECTION UNI<br>C/O MICHAEL S FRIEDMAN<br>OFFICE OF THE ATTY GEN OF MD - DBM<br>300 W PRESTON ST RM 407<br>BALTIMORE MD 21201 | 15174 | $6,435.00 | (U) | $5,500.00 | (U) | CLAIMED AMOUNT INCLUDES STATUTORY COLLECTION FEE. |
| 64 | STONE CONTAINER CORPORATION<br>ATTN: CREDIT DEPT<br>PO BO 2276<br>ALTON IL 62002 | 663 | $236,621.31 | (U) | $231,390.19 | (U) | CLAIMANT UNABLE TO PROVIDE SUPPORT FOR UNSCHEDULED CLAIMED INVOICES. |
| 65 | TETRA TECHNOLOGIES INC<br>ATTN: CINDY BOLDT<br>25025 I45 NORTH STE 600<br>THE WOODLANDS TX 77380 | 1099 | $161,590.90 | (U) | $159,620.53 | (U) | REDUCED FOR REDUCTION IN DELIVERY CHARGES. |
| 66 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIV BANKRUPTCY SECT<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 381 | $652,766.79 | (P) | $28,584.68 | (P) | BALANCE DUE IS FOR INTEREST DUE UP TO BANKRUPTCY DATE. CHECK 391188 DATED 7/30/03 ISSUED FOR $87,837.11 TO COVER TAX SETTLEMENT. |
| 67 | THE CINCINNATI GAS & ELECTRIC CO<br>A SUBSIDIARY OF CINERGY CORP<br>3300 CENTRAL PKWY 2ND FL<br>CINCINNATI OH 45225 | 170 | $91,456.74 | (U) | $89,554.35 | (U) | CLAIMED AMOUNT INCLUDES LATE FEES AND FINANCE CHARGES. |
| 68 | THOMAS PUBLISHING CO<br>5 PENN PLAZA | 513 | $18,560.37 | (U) | $18,115.30 | (U) | CLAIMED AMOUNT INCLUDES LATE FEES, PENALTIES AND INTEREST CHARGES. |
| 69 | TOWN OF WINSHAM<br>COLLECTOR OF REVENUE<br>PO BOX 195<br>WILLIAMANTIC CT 06226-0195 | 904 | $702.19 | (P) | $595.08 | (P) | CLAIMED AMOUNT INCLUDES POST-PETITION INTEREST CHARGES. |
| 70 | US FILTER CORP<br>10 TECHNOLOGY DRIVE<br>LOWELL MA 01851 | 120 | $23,442.64 | (U) | $15,656.96 | (U) | REDUCED FOR INVOICE PAID TO ANOTHER VENDOR. ADDITIONAL CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTATION. |
| 71 | W K MERRIMAN INC<br>7038 RIVER RD<br>PITTSBURGH PA 15225 | 2045 | $2,548.80 | (U) | $2,052.58 | (U) | REDUCED DUE TO PRICE DISCREPANCY. |
| 72 | WALTER G COALE INC<br>PO BOX 39<br>CHURCHVILLE MD 21028 | 1210 | $1,995.04 | (U) | $1,750.00 | (U) | CLAIMED AMOUNT INCLUDES POST-PETITION FINANCE CHARGES. |
| 73 | WELDING SERVICES INC<br>ATTN: DOUGLAS R THOMPSON<br>1872-C INDEPENDENCE SQUARE<br>DUNWOODY GA 30338 | 1753 | $108,820.00 | (U) | $350.00 | (U) | ADDITIONAL CHARGES NOT AUTHORIZED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured