# Exhibit A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5: EXHIBIT A - ASSUMED CONTRACT CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | DUNBAR, WILLIAM B<br>C/O TED N PETTIT<br>CASE BIGELOW & LOMBARDI<br>737 BISHOP ST STE 2600<br>HONOLULU HI 96813 | 01-01139<br>W.R. GRACE & CO. | 2637 | $22,745.25 | (U) | GRACE HAS ASSUMED THIS LEASE AND CURED PRE-PETITION ARREARAGE. CLAIMANT WAIVES ALL FURTHER CLAIMS. |
| | | | totals: | $22,745.25 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.