# Exhibit B

# In re: W.R. GRACE & CO., et al
## OMNIBUS 5: EXHIBIT B - CROSS-DEBTOR DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | AE DOOR & WINDOW SALES<br>1260 W SHARON RD<br>CINCINNATI OH 45240 | 01-01139 | 2101 | $339.00 | (P) | AE DOOR SALES & SERVICE INC<br>1260 W SHARON RD<br>CINCINNATTI OH 45240 | 01-01140 | 958 | $339.00 | (U) |
| 2 | BULK LIFT INTERNATIONAL INCORPORATED<br>C/O CHRISTOPHER COMBEST<br>ALTHEIMER & GRAY<br>10 S WACKER DR, SUITE 4000<br>CHICAGO IL 60606 | 01-01139 | 9564 | $33,485.00 | (U) | BULK LIFT INTERNATIONAL INCORPORATED<br>C/O CHRISTOPHER COMBEST<br>ALTHEIMER & GRAY<br>10 S WACKER DR, SUITE 4000<br>CHICAGO IL 60606 | 01-01140 | 9565 | $33,485.00 | (U) |
| 3 | CENTRAL FIBER CORP<br>4814 FIBER LN<br>WELLSVILLE KS 66092 | 01-01139 | 1390 | $60,728.39 | (U) | CENTRAL FIBER CORPORATION<br>4814 FIBER LANE<br>WELLSVILLE KS 66092 | 01-01140 | 343 | $60,728.39 | (U) |
| 4 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ADAMS & GRAHAM LP<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 00006830 | 01-01139 | 8759 | $22,059.52 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ADAMS & GRAHAM LLP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9175 | $22,059.52 | (U) |
| 5 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF JOHNSON TOMLIN & JOHNSON<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 00006830 | 01-01139 | 8760 | $20,309.82 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF JOHNSON TOMLIN & JOHNSON<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9176 | $20,309.82 | (U) |
| 6 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF COCHRANE COMPRESSOR CO<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 00006830 | 01-01139 | 8762 | $30,536.00 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF COCHRANE COMPRESSOR CO<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9178 | $30,536.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 5: EXHIBIT B - CROSS-DEBTOR DUPLICATE CLAIMS**

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 7 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF BERENFIELD CONTAINERS ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 00006830 | 01-01139 | 8763 | $30,672.70 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF BERENFIELD CONTAINERS ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9179 | $30,672.70 | (U) |
| 8 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF INDUSTRIAL SERVICE PRODUCTS CO ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 00006830 | 01-01139 | 8764 | $26,831.15 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF INDUSTRIAL SERVICE PRODUCTS CO ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9180 | $26,831.15 | (U) |
| 9 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF REICHHOLD CHEMICALS ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 00006830 | 01-01139 | 8765 | $56,347.52 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF REICHHOLD CHEMICALS ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9181 | $56,347.52 | (U) |
| 10 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF LA CHEMICALS LTD ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 00006830 | 01-01139 | 8766 | $32,289.15 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF LA CHEMICALS LTD ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9182 | $32,289.15 | (U) |
| 11 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF ASCO PNEUMATIC CONTROLS ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 00006830 | 01-01139 | 8767 | $38,971.80 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF ASCO PNEUMATIC CONTROLS ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9183 | $38,971.30 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority              (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 5: EXHIBIT B - CROSS-DEBTOR DUPLICATE CLAIMS**

| | Claim To Be Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 12 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF DOWIE LTD DBA SDI<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 00006830 | 01-01139 | 8768 | $29,026.48 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF DOWIE LTD D/B/A SDI<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9184 | $29,026.48 | (U) |
| 13 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF FIDELITY & DEPOSIT COMPANY OF MD<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 00006830 | 01-01139 | 8769 | $56,894.70 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF FIDELITY & DEPOSIT OF MARYLAND<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9185 | $56,894.70 | (U) |
| 14 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF GENERAL STEEL DRUM CORPORATION<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 00006830 | 01-01139 | 8771 | $15,523.00 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF GENERAL STEEL DRUM CORP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9187 | $15,523.00 | (U) |
| 15 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF POREX MED PROD GRP DBA KIPP GROUP<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 00006830 | 01-01139 | 8772 | $25,391.70 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF POREX MED PROD GRP DBA KIPP GROUP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9188 | $25,391.70 | (U) |
| 16 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF AT&T CORP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9186 | $952,979.56 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF AT&T<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 00006830 | 01-01139 | 8770 | $952,979.56 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured

In re: W.R. GRACE & CO., et al

OMNIBUS 5: EXHIBIT B - CROSS-DEBTOR DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* Claim Class** |
| 17 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF GENERAL ELECTRIC COMPANY<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01139 | 9208 | $22,389.88 (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF GENERAL ELECTRIC CO<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9189 | $22,389.88 (U) |
| 18 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF CAPERS CLEVELAND DESIGN INC<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01139 | 9209 | $40,708.10 (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF CAPERS CLEVELAND DESIGN INC.<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9190 | $40,708.10 (U) |
| 19 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ANDREW & KURTH MAYOR DAY CALDWELL & KEETON LLP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01139 | 9210 | $148,193.63 (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ANDREW & KURTH MAYOR DAY CALDWELL & KEETON LLP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9191 | $148,193.63 (U) |
| 20 | GULF PACIFIC AMERICA INC<br>MAR-GULF MANAGEMENT INC<br>7083 HOLLYWOOD BLVD #600<br>HOLLYWOOD CA 90028 | 01-01139 | 1755 | $207,937.00 (U) | GULF PACIFIC AMERICA INC<br>MAR-GULF MANAGEMENT INC<br>7083 HOLLYWOOD BLVD #650<br>HOLLYWOOD CA 90028 | 01-01149 | 1756 | $207,937.00 (U) |
| 21 | H W FIORI & SON INC<br>407 JACK ST<br>BALTIMORE MD 21225 | 01-01139 | 1083 | $58,427.00 (P) | H W FIORI & SON INC<br>407 JACK ST<br>BALTIMORE MD 21225 | 01-01140 | 858 | $58,427.00 (U) |
| 22 | HOLME ROBERTS & OWEN LLP<br>C/O ELIZABETH K FLAAGAN<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | 01-01194 | 6929 | $442,783.06 (U) | HOLME ROBERTS & OWEN LLP<br>C/O ELIZABETH K FLAAGAN<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | 01-01139 | 6928 | $442,783.06 (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5: EXHIBIT B - CROSS-DEBTOR DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* Claim Class** |
| 23 | HOLME ROBERTS & OWEN LLP<br>C/O ELIZABETH K FLAAGAN<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | 01-01186 | 6930 | $442,783.06 (U) | HOLME ROBERTS & OWEN LLP<br>C/O ELIZABETH K FLAAGAN<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | 01-01139 | 6928 | $442,783.06 (U) |
| 24 | HOLME ROBERTS & OWEN LLP<br>C/O ELIZABETH K FLAAGAN<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | 01-01140 | 6931 | $442,783.06 (U) | HOLME ROBERTS & OWEN LLP<br>C/O ELIZABETH K FLAAGAN<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | 01-01139 | 6928 | $442,783.06 (U) |
| 25 | JAMESON, CRAIG E<br>305 MIDDLE RD<br>BREUTWOOD NH 000003833 | 01-01139 | 13703 | $4,577.59 (U) | JAMESON, CRAIG E<br>305 MIDDLE RD<br>BREUTWOOD NH 000003833 | 01-01140 | 13702 | $4,577.59 (U) |
| 26 | NORFOLK SOUTHERN RAILWAY COMPANY<br>C/O WILLIAM H JOHNSON<br>THREE COMMERCIAL PLACE<br>NORFOLK VA 23510-9242 | 01-01139 | 6970 | $1,584,182.18 (U) | NORFOLK SOUTHERN RAILWAY COMPANY<br>C/O WILLIAM H JOHNSON<br>THREE COMMERCIAL PLACE<br>NORFOLK VA 23510-9242 | 01-01140 | 7021 | $1,584,182.18 (U) |
| 27 | PETROLEUM SERVICE CORPORATION<br>PO BOX 3517<br>BATON ROUGE LA 70821 | 01-01139 | 449 | $720.99 (U) | PETROLEUM SERVICE CORPORATION<br>PO BOX 3517<br>BATON ROUGE LA 70821 | 01-01140 | 448 | $720.99 (U) |
| 28 | SPENCER FANE BRITT & BROWNE LLP<br>1000 WALNUT STE 1400<br>ATTN LISA A EPPS ESQ<br>KANSAS CITY MO 64106 | 01-01140 | 9567 | $19,072.51 (U) | SPENCER FANE BRITT & BROWNE LLP<br>1000 WALNUT STE 1400<br>ATTN LISA A EPPS ESQ<br>KANSAS CITY MO 64106 | 01-01194 | 9568 | $19,072.51 (U) |
| 29 | WINSTEL CONTROLS INC<br>1423 QUEEN CITY AVE<br>CINCINNATI OH 45214 | 01-01140 | 28 | $280.41 (U) | WINSTELL CONTROLS, INC<br>1423 QUEEN CITY AVE<br>CINCINNATI OH 45214 | 01-01139 | 897 | $280.41 (U) |

Total Claims Expunged: 29    Total Dollars Expunged: $4,847,223.96

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.