# Exhibit C

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5: EXHIBIT C - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTEMPS<br>DIV OF ROBERT HALF INTERNATIONAL<br>ATTN: KAREN LIMA<br>5720 STONERIDGE DR SUITE 3<br>PLEASANTON CA 94588-2700 | 01-01151<br>DEL TACO RESTAURANTS, INC. | 60 | $2,823.91 | (U) | GRACE HAS NEVER OPERATED ANY FRANCHISES IN THE STATE OF CALIFORNIA. |
| 2 | ALLIED WASTE INDUSTRIES INC<br>15880 N GREENWAY HAYDEN LOOP<br>SCOTTSDALE AZ 85260 | 01-01140<br>W.R. GRACE & CO.-CONN. | 164 | UNKNOWN | (U) | NO AGREEMENT UNDER WHICH GRACE IS OBLIGATED TO PAY FOR SITE INVESTIGATION OR REMEDIATION. |
| 3 | ARCHER JR, DAVID L<br>706 W TEXAS<br>IOWA PARK TX 76367 | 01-01140<br>W.R. GRACE & CO.-CONN. | 602 | $1,541,849.60 | (U) | CLAIM IS BASED ON PENDING LITIGATION AGAINST CRYOVAC, WHICH IS NOT A DEBTOR. |
| 4 | ARCHER, MICHELLE B<br>706 W TEXAS<br>IOWA PARK TX 76367 | 01-01140<br>W.R. GRACE & CO.-CONN. | 604 | $1,910,100.00 | (U) | CLAIM IS BASED ON PENDING LITIGATION AGAINST CRYOVAC, WHICH IS NOT A DEBTOR. |
| 5 | ARTHUR ANDERSEN LLP<br>33 W MONROE ST<br>CHICAGO IL 60603-5385 | 01-01139<br>W.R. GRACE & CO. | 2629 | $5,100.00 | (U) | CLAIMANT IS UNABLE TO PROVIDE COPY OF INVOICE OR PROOF OF SERVICE. |
| 6 | BUI, KENT<br>3414 NE 22ND AVE<br>PORTLAND OR 97220 | 01-01139<br>W.R. GRACE & CO. | 1570 | BLANK | (U) | GRACE DOES NOT SELL PRODUCTS TO HOME DEPOT IN THIS MARKET. |
| 7 | BUREAU OF CUSTOMS AND BORDER PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN<br>UNKNOWN | (P)<br>(U) | ATTACHMENT TO CLAIM INDICATES A ZERO BALANCE DUE. |
| 8 | CHEMSTATION MID-ATLANTIC<br>ATTN: DAVID SINGER<br>4615 HOLLINS FERRY RD STE A<br>BALTIMORE MD 21227 | 01-01139<br>W.R. GRACE & CO. | 1585 | $430.84 | (U) | INVOICE DOES NOT BELONG TO GRACE. THE "SOLD TO" NAME ON INVOICE IS INTERNATIONAL PETROLEUM CORP. OF MD. |
| 9 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | CLAIM HAS NO LEGAL OR FACTUAL BASIS. |
| 10 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4720 | $14,829,000.00 | (U) | MATERIALS PLACED ON RUSSELL FIELD BY MBTA CONTRACTOR NOT GRACE AND GROUNDWATER FLOW IS FROM RUSSELL FIELD TO GRACE PROPERTY. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

5/4/2004 12:26:23 PM

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 5: EXHIBIT C - NO LIABILITY CLAIMS**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 11 | CITY OF CAMBRIDGE MASSACHUSETTS C/O STEPHEN D ANDERSON ESQ ANDERSON & KREIGER LLP 43 THORNDIKE ST CAMBRIDGE MA 02141 | 01-01139 W.R. GRACE & CO. | 4722 | $14,829,000.00 | (U) | MATERIALS PLACED ON RUSSELL FIELD BY MBTA CONTRACTOR NOT GRACE AND GROUNDWATER FLOW IS FROM RUSSELL FIELD TO GRACE PROPERTY. |
| 12 | COASTAL CONSTRUCTION PRODUCTS INC CORPORATE HEADQUARTERS 1901 SERVICE ST JACKSONVILLE FL 32207 | 01-01140 W.R. GRACE & CO.-CONN. | 8555 | $6,021,857.00 | (P) | NO CURRENT DAMAGES. |
| 13 | COVERALL OF CHICAGO 3202 A WOODCREEK DOWNERS GROVE IL 60515 | 01-01139 W.R. GRACE & CO. | 1681 | $142.62 | (U) | BALANCE REPRESENTS A SHORT PAY ON POST PETITION INVOICE 243562. THE INVOICE WAS SHORT PAID BECAUSE 2 DAYS OF SERVICE WERE NOT PROVIDED. |
| 14 | CROSSROADS INDUSTRIAL PARK INC C/O SCOTT ESTELLE PRESIDENT PO BOX 220 WEEDSPORT NY 13166 | 01-01139 W.R. GRACE & CO. | 874 | UNKNOWN | (U) | EPA HAS SAMPLED SITE AND ISSUED A "NO FURTHER ACTION" LETTER. |
| 15 | DAP PRODUCTS INC DBA DAP INC FINANCE DEPT 2400 BOSTON ST #200 BALTIMORE MD 21224 | 01-01139 W.R. GRACE & CO. | 12990 | $429,798.91 | (U) | $620 K LETTER OF CREDIT DRAWN DOWN BY NJDEP IN 5/02. |
| 16 | DAVIS COUNTY ASSESSOR PO BOX 618 FARMINGTON UT 84025 | 01-01151 DEL TACO RESTAURANTS, INC. | 2251 | $2,456.19 | (S) | GRACE DID NOT HAVE A DEL TACO IN CENTERVILLE. |
| 17 | DE LAGE LANDEN FINANCIAL SERVICES INC 1111 OLD EAGLE SCHOOL RD WAYNE PA 19087 | 01-01139 W.R. GRACE & CO. | 7723 | $10,473.22 | (U) | LEASE WAS ENTERED INTO POST-PETITION. |
| 18 | DE LAGE LANDEN FINANCIAL SERVICES INC F/K/A TOKAI FINANCIAL 1111 OLD EAGLE SCHOOL RD WAYNE PA 19087 | 01-01139 W.R. GRACE & CO. | 7724 | $270,344.01 | (U) | LEASE WAS ENTERED INTO POST-PETITION. |
| 19 | DEPARTMENT OF THE TREASURY-INTERNAL REVE 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01139 W.R. GRACE & CO. | 15360 | $10,177.92 | (P) | NOT A GRACE CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured   (P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 5: EXHIBIT C - NO LIABILITY CLAIMS**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 20 | DEPT OF REVENUE STATE OF MISSOURI STATE OF MISSOURI BOX 475 JEFFERSON CITY MO 65105 | 01-01140 W.R. GRACE & CO.-CONN. | 590 | $1,081.37 | (A) | AMENDED RETURN WAS FILED 12/01 WITH NET EFFECT OF ZERO DUE. |
| 21 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE WA 98124 | 01-01139 W.R. GRACE & CO. | 14050 | UNKNOWN | (U) | NO CURRENT DAMAGES. |
| 22 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE WA 98124 | 01-01139 W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | NO CURRENT DAMAGES. |
| 23 | EDWARD C WHITNEY & SONS INC PO BOX 474 WILMINGTON MA 01887 | 01-01139 W.R. GRACE & CO. | 1253 | $941.00 | (U) | CLAIM FILED AGAINST EMERSON & CUMMINGS, INC. WHICH IS NOT A GRACE DEBTOR. |
| 24 | EXHIBIT SURVEYS INC D&B RMS BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM MD 21094 | 01-01139 W.R. GRACE & CO. | 423 | $2,600.00 | (U) | CLAIM REQUESTS DOWN PAYMENT WHICH GRACE DID NOT AGREE TO PAY. INVOICE REDUNDANT TO CLAIM 1317. |
| 25 | FIRST NORTHERN STAR LLC C/O JOHN D DEMMY ESQ STEVENS & LEE PC 300 DELAWARE AVE 8TH FLR STE 800 WILMINGTON DE 19801 | 01-01139 W.R. GRACE & CO. | 13949 | UNKNOWN | (U) | SPECULATIVE CLAIM. NO CURRENT LIABILITY. THERE ARE NO DEFAULTS UNDER ASSIGNMENT DOCUMENTS OR LEASE. |
| 26 | GEORGIA DEPT OF REVENUE DEPT OF REVENUE PO BOX 38143 ATLANTA GA 30334 | 01-01198 CC PARTNERS | 583 | $35,500.00 $7,500.00 | (P) (U) | BUSINESS WAS DIVESTED IN JULY 1999. GRACE NOT LIABLE FOR WITHHOLDING TAXES AFTER THAT TIME PERIOD. |
| 27 | GRAYBAR ELECTRIC COMPANY INC 299 GARLINGTON RD GREENVILLE SC 29615 | 01-01139 W.R. GRACE & CO. | 1265 | $522.56 | (U) | CLAIM OMITS CREDIT MEMO (#170002382 TOTALLING $977.08). NET CREDIT BALANCE DUE GRACE OF $454.52. |
| 28 | HAGEN, STREIFF, NEWTON & OSHIRO 4667 MACARTHUR BLVD STE 400 NEWPORT BEACH CA 92660 | 01-01139 W.R. GRACE & CO. | 661 | $7,481.72 | (U) | SERVICE NOT REQUESTED OR AUTHORIZED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

5/4/2004 12:26:23 PM

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 5: EXHIBIT C - NO LIABILITY CLAIMS**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 29 | HAGEN, STREIFF, NEWTON & OSHIRO 4667 MACARTHUR BLVD STE 400 NEWPORT BEACH CA 92660 | 01-01139 W.R. GRACE & CO. | 662 | $21,168.00 | (U) | SERVICE NOT REQUESTED OR AUTHORIZED. |
| 30 | HANMER, LYNN K 7709 GROVEWOOD DR LAKE WORTH FL 33467 | 01-01140 W.R. GRACE & CO.- CONN. | 1709 | $5,000.00 | (P) | NO BASIS FOR CLAIM. LETTER STATES THAT AWARDS WOULD NOT BE GIVEN OUT DUE TO MERGER. |
| 31 | HUGHES ASSOCIATES INC CCG 317 S BRAND BLVD GLENDALE CA 91204 | 01-01139 W.R. GRACE & CO. | 680 | $10,000.00 | (U) | FILED BY COLLECTION AGENCY. NO KNOWN LIABILITY TO THIS ENTITY. |
| 32 | INTERTAPE POLYMER CORP 110 E MONTEE DE LIESSE ST LAURENT H4T1N4 CANADA | 01-01139 W.R. GRACE & CO. | 1836 | $12,005.00 | (U) | CREDITOR WAS TO ISSUE A CREDIT MEMO FOR THIS AMOUNT DUE TO QUALITY PROBLEMS WITH PRODUCT. |
| 33 | KANEB PIPE LINE OPERATING PARTNERSHIP LP EDWARD D DOHERTY 2435 N CENTRAL EXPWY STE 700 RICHARDSON TX 75080 | 01-01140 W.R. GRACE & CO.- CONN. | 4208 | $6,250,258.00 | (U) | PER MERGER AGREEMENT, GRACE'S ENVIRONMENTAL INDEMNITY TO KANEB EXPIRED 5 YEARS AFTER CLOSING DATE OF 12/21/92. |
| 34 | MARSHALLS OF MA INC 770 COCHITUATE RD ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT FRAMINGHAM MA 000001701 | 01-01140 W.R. GRACE & CO.- CONN. | 13233 | UNKNOWN | (A) | NO CURRENT LIABILITY. SPECULATIVE CLAIM FILED IN CONNECTION WITH 2 LEASES THAT HAVE NOT YET BEEN ASSUMED OR REJECTED. |
| 35 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI C/O MICHAEL CROSSEN DAVID C FIXLER RUBIN AND RUDMAN LLP 50 ROWES WHARF BOSTON MA 000002110 | 01-01140 W.R. GRACE & CO.- CONN. | 9693 | UNKNOWN | (U) | MATERIALS PLACED ON RUSSELL FIELD BY MBTA CONTRACTOR NOT GRACE AND GROUNDWATER FLOW IS FROM RUSSELL FIELD TO GRACE PROPERTY. |
| 36 | NC DEPT OF ENVIRONMENTAL AND NATURAL RESOURCES, SUPERFUND SECTION, DIVISION OF WASTE MANAGEMENT ATTN: W WALLACE FINLATOR JR NC DEPT OF JUSTICE PO BOX 629 RALEIGH NC 27602-0629 | 01-01139 W.R. GRACE & CO. | 13298 | $1,966,000.00 | (U) | NO RECORDS TO SHOW THAT GRACE MADE LEAD CHAMBER SULFURIC ACID AT SITE. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.  **(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 5: EXHIBIT C - NO LIABILITY CLAIMS**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 37 | NEW ENGLAND CONSTRUCTIN CO INC<br>DUFFY & SWEENEY LTD<br>ONE TURKS HEAD BLDG<br>STE 1200<br>PROVIDENCE RI 000002903 | 01-01139<br>W.R. GRACE & CO. | 14396 | $127,327.42 | (U) | NO KNOWN SALES TO CLAIMANT. |
| 38 | OFFICE DEPOT INC<br>ROBBIE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 443 | $4,758.17 | (U) | THE INVOICES SUBMITTED WITH THIS CLAIM ALSO APPEAR WITH CLAIM #444. |
| 39 | PEARSON SR, PETER P<br>PO BOX 26301<br>TUCSON AZ 85726 | 01-01139<br>W.R. GRACE & CO. | 2281 | $741,600.00 | (U) | NO INJURY MANIFEST. |
| 40 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 4704 | UNKNOWN | (U) | MATERIALS PLACED ON RUSSELL FIELD BY MBTA CONTRACTOR NOT GRACE AND GROUNDWATER FLOW IS FROM RUSSELL FIELD TO GRACE PROPERTY. |
| 41 | PETERS SMITH & CO<br>C/O CHARLES C TRASCHER III<br>PO BOX 2055<br>MONROE LA 71207 | 01-01139<br>W.R. GRACE & CO. | 9689 | $50,000.00 | (U) | NO BASIS FOR THE CLAIM. |
| 42 | PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON CT 06484-4361 | 01-01139<br>W.R. GRACE & CO. | 15164 | $51,244.00 | (U) | PER MEMO FROM PITNEY BOWES CREDIT CORPORATION DATED 2/9/04, GRACE DOES NOT OWE PITNEY BOWES FOR ANY PRE-PETITION INVOICES. |
| 43 | PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON CT 06484-4361 | 01-01139<br>W.R. GRACE & CO. | 15366 | $20,708.76 | (U) | PER MEMO FROM PITNEY BOWES CREDIT CORPORATION DATED 2/9/04, GRACE DOES NOT OWE PITNEY BOWES FOR ANY PRE-PETITION INVOICES. |
| 44 | PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON CT 06484-5151 | 01-01139<br>W.R. GRACE & CO. | 2708 | $1,001.58 | (U) | PER MEMO FROM PITNEY BOWES CREDIT CORPORATION DATED 2/9/04, GRACE DOES NOT OWE PITNEY BOWES FOR ANY PRE-PETITION INVOICES. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5: EXHIBIT C - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 45 | PRINCIPAL LIFE INSURANCE COMPANY C/O STEPHEN G SKRIVANEK ESQ THE PRINCIPAL FINANCIAL GROUP 711 HIGH ST DES MOINES IA 50392 | 01-01139 W.R. GRACE & CO. | 13302 | UNKNOWN | (S) | PURSUANT TO ASSIGNMENTS OF LEASE TO LESSEE AND DECLARATION OF MERGER OF FEE AND LEASEHOLD INTERESTS IN 1999, THE LEASE WAS EXTINGUISHED. |
| 46 | PRINCIPAL LIFE INSURANCE COMPANY C/O STEPHEN G SKRIVANEK ESQ THE PRINCIPAL FINANCIAL GROUP 711 HIGH ST DES MOINES IA 50392 | 01-01139 W.R. GRACE & CO. | 13303 | UNKNOWN | (S) | NO CURRENT LIABILITY. SPECULATIVE CLAIM. |
| 47 | PRINCIPAL LIFE INSURANCE COMPANY C/O STEPHEN G SKRIVANEK ESQ THE PRINCIPAL FINANCIAL GROUP 711 HIGH ST DES MOINES IA 50392 | 01-01139 W.R. GRACE & CO. | 13304 | $438,445.00 | (S) | CLAIM FILED BY LENDER UNDER FEE MORTGAGE. LOAN MATURED ON 10/1/03 AND WAS PAID OFF IN FULL. |
| 48 | ROCCO & ZWEIFACH C/O SAMUEL BARKIN HELLER EHRMAN WHITE & MCAULIFFE LLP 120 W 45TH ST NEW YORK NY 10036 | 01-01139 W.R. GRACE & CO. | 1205 | $19,454.00 | (U) | OBLIGATION OWED TO CLIENT AND NOT LAW FIRM. |
| 49 | SAP AMERICA INC BROWN & CONNERY LLP ATTN: STEPHANIE NOLAN DEVINEY PO BOX 539 360 HADDON AVENUE WESTMONT NJ 08108 | 01-01140 W.R. GRACE & CO.-CONN. | 161 | $2,250.00 | (U) | PAID BY GRACE EMPLOYEE VIA CORPORATE AMEX CARD. |
| 50 | SNACK INC C/O NEWCO MANAGEMENT COMPANY LLC ATTN: VAHE MELKONIAN 6320 CANOGA AVE #1430 WOODLAND HILLS CA 91367 | 01-01139 W.R. GRACE & CO. | 5740 | $543,258.00 | (U) | NO CURRENT LIABILITY. CLAIM IS FOR 1 YEAR'S RENT UNDER 12 LEASES GUARANTEED BY GRACE, NONE OF WHICH ARE IN DEFAULT. |
| 51 | SOLVAY MINERALS INC 3333 RICHMOND AVE HOUSTON TX 77098 | 01-01140 W.R. GRACE & CO.-CONN. | 410 | $56,894.70 | (U) | CLAIM ASSIGNED TO FIDELITY & DEPOSIT. SEE CLAIM #593. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative      (S) - Secured
(P) - Priority              (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

5/4/2004 12:26:24 PM

### In re: W.R. GRACE & CO., et al
### OMNIBUS 5: EXHIBIT C - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 52 | SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN: CREDIT & PAYMENT SERVICES<br>2131 WALNUT GROVE AVE<br>ROSEMEAD CA 91770 | 01-01139<br>W.R. GRACE & CO. | 6 | $16,100.53 | (U) | CLAIMANT STATED IN TELEPHONE CALL THAT THE CLAIM SHOULD HAVE BEEN WITHDRAWN. |
| 53 | STATE OF OHIO ENVIRONMENTAL PROTECTION A<br>C/O TIMOTHY J KERN ASST ATTY GEN<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS OH 43215-3428 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9557 | UNKNOWN | (P) | NON-OWNED SITE. GRACE SOLD PROPERTY IN 1987 WITH INDMENIFICATION TO PURCHASER. |
| 54 | SUFFOLK COUNTY TREASURER<br>C/O OFFICE OF ROBERT J CIMINO<br>SUFFOLK COUNTY ATTORNEY<br>H LEE DENNISON BLDG<br>100 VETERANS MEMORIAL HWY<br>HAUPPAUGE NY 11788-0099 | 01-01139<br>W.R. GRACE & CO. | 370 | $27,124.09 | (S) | PER CLAIMANT TAXES ARE PAID UP-TO-DATE. |
| 55 | SVERDRUP CIVIL INC<br>ATTN: MICHAEL J HIGGINS<br>CHIEF OPERATING OFFICER<br>13723 RIVERPORT DRIVE<br>MARYLAND HEIGHTS MO 63043 | 01-01139<br>W.R. GRACE & CO. | 576 | UNKNOWN | (U) | MATERIALS PLACED ON RUSSELL FIELD BY MBT CONTRACTOR PERINI NOT GRACE AND GROUNDWATER FLOW IS FROM RUSSELL FIELD TO GRACE |
| 56 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01194<br>REMEDIUM GROUP, INC. | 5539 | UNKNOWN | (U) | WORK IS BEING DONE BY THE RESPONSIBLE PARTY. |
| 57 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 5540 | UNKNOWN | (U) | WORK IS BEING DONE BY THE RESPONSIBLE PARTY. |
| 58 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1694 | $351,758.00 | (A) | GRACE HAS COMPLETED REMEDIATION TO MAXIMUM EXTENT PRACTICABLE. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority               (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 5: EXHIBIT C - NO LIABILITY CLAIMS**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 59 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185<br>HOMCO<br>INTERNATIONAL, INC. | 1695 | $351,758.00 | (A) | GRACE HAS COMPLETED REMEDIATION TO MAXIMUM EXTENT PRACITICABLE. |
| 60 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1719 | $351,758.00 | (U) | GRACE HAS COMPLETED REMEDIATION TO MAXIMUM EXTENT PRACTICABLE. |
| 61 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185<br>HOMCO<br>INTERNATIONAL, INC. | 1720 | $351,758.00 | (U) | GRACE HAS COMPLETED REMEDIATION TO MAXIMUM EXTENT PRACTICABLE. |
| 62 | WEEDSPORT ASSOCIATES LLC<br>C/O SCOTT ESTELLE PRESIDENT<br>CROSSROADS INDUSTRIAL PARK INC<br>PO BOX 220<br>WEEDSPORT NY 13166 | 01-01139<br>W.R. GRACE & CO. | 873 | UNKNOWN | (U) | EPA HAS SAMPLED SITE AND ISSUED A "NO FURTHER ACTION" LETTER. |

| | | |
|---|---|---|
| totals: | $468,025.28 | (S) |
| | $704,597.37 | (A) |
| | $6,072,534.92 | (P) |
| | $44,445,652.55 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority      (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.