# Exhibit D

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5: EXHIBIT D - UNLIQUIDATED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | ALLIED WASTE INDUSTRIES INC<br>15880 N GREENWAY HAYDEN LOOP<br>SCOTTSDALE AZ 85260 | 01-01140<br>W.R. GRACE & CO.-CONN. | 164 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 2 | BUI, KENT<br>3414 NE 22ND AVE<br>PORTLAND OR 97220 | 01-01139<br>W.R. GRACE & CO. | 1570 | BLANK | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 3 | BUREAU OF CUSTOMS AND BORDER PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN<br>UNKNOWN | (P)<br>(U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 4 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 5 | CROSSROADS INDUSTRIAL PARK INC<br>C/O SCOTT ESTELLE PRESIDENT<br>PO BOX 220<br>WEEDSPORT NY 13166 | 01-01139<br>W.R. GRACE & CO. | 874 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 6 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14050 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 7 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 8 | FIRST NORTHERN STAR LLC<br>C/O JOHN D DEMMY ESQ<br>STEVENS & LEE PC<br>300 DELAWARE AVE<br>8TH FLR STE 800<br>WILMINGTON DE 19801 | 01-01139<br>W.R. GRACE & CO. | 13949 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5: EXHIBIT D - UNLIQUIDATED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 9 | MARSHALLS OF MA INC<br>770 COCHITUATE RD<br>ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT<br>FRAMINGHAM MA 000001701 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13233 | UNKNOWN | (A) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 10 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI<br>C/O MICHAEL CROSSEN<br>DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 000002110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 11 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 12 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13302 | UNKNOWN | (S) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 13 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13303 | UNKNOWN | (S) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 14 | STATE OF OHIO ENVIRONMENTAL PROTECTION A<br>C/O TIMOTHY J KERN ASST ATTY GEN<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS OH 43215-3428 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9557 | UNKNOWN | (P) | CLAIMED AMOUNT IS UNLIQUIDATED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5: EXHIBIT D - UNLIQUIDATED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 15 | SVERDRUP CIVIL INC<br>ATTN: MICHAEL J HIGGINS<br>CHIEF OPERATING OFFICER<br>13723 RIVERPORT DRIVE<br>MARYLAND HEIGHTS  MO  63043 | 01-01139<br>W.R. GRACE & CO. | 576 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 16 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN  TX  78711-2548 | 01-01194<br>REMEDIUM GROUP, INC. | 5539 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 17 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN  TX  78711-2548 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 5540 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 18 | WEEDSPORT ASSOCIATES LLC<br>C/O SCOTT ESTELLE PRESIDENT<br>CROSSROADS INDUSTRIAL PARK INC<br>PO BOX 220<br>WEEDSPORT  NY  13166 | 01-01139<br>W.R. GRACE & CO. | 873 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |

totals:

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
                                                                                                                 (P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.