# Exhibit E

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5: EXHIBIT E - OTHER (INDIVIDUAL CLAIM OBJECTION) CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AKZO NOBEL POLYMER CHEMICALS LLC ATTN: MARK FILIPPINI 300 SOUTH RIVERSIDE PLAZA 22ND FLOOR NORTH CHICAGO  IL  60606-6697 | 01-01139 W.R. GRACE & CO. | 17 | $30,086.70 | (U) | CREDITOR OWES GRACE DUE TO OUTSTANDING CREDIT MEMOS. |
| 2 | EASTERN CONTROLS INC PO BOX 519 EDGEMONT  PA  19028 | 01-01139 W.R. GRACE & CO. | 2172 | $3,388.35 | (U) | CLAIM IS FOR A POST PETITION INVOICE DATED 7/27/01. NOT IN DEBTORS BOOKS. |
| 3 | GOYEN VALVE CORP 1195 AIRPORT RD LAKEWOOD  NJ  08701 | 01-01139 W.R. GRACE & CO. | 1353 | $178.95 | (U) | CLAIM INDICATES OPEN BALANCE. ORIGINAL INVOICE WAS PAID IN FULL. |
| | | | totals: | $33,654.00 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim.  The Debtors include such classification for the purpose of identifying the claim to which the objection applies.  The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.