```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                          Invoice Number        1138958
One Town Center Road                     Invoice Date          04/30/04
Boca Raton, FL   33486                   Client Number          172573
```

===========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

       Fees                                      8,898.50

               TOTAL BALANCE DUE UPON RECEIPT         $8,898.50
                                                                       =============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1138958<br>Invoice Date        04/30/04<br>Client Number        172573<br>Matter Number         60026 |

===========================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 03/01/04 | Bentz | Review of correspondence with counsel for non-debtor third party asbestos defendant regarding document issues. | .50 |
| 03/02/04 | Bentz | Review of documents produced to counsel for non-debtor third party asbestos defendant. | 1.70 |
| 03/04/04 | Bentz | Correspondence regarding document production and supplemental production to non-debtor third party asbestos defendant (.9); review of documents produced and to be produced (.6). | 1.50 |
| 03/04/04 | Cameron | E-mails regarding vermiculite sales to non-debtor third party asbestos defendant. | .40 |
| 03/05/04 | Bentz | Review of documents and correspondence from R. Murphy regarding subpoena from non-debtor third party asbestos defendant. | .40 |
| 03/06/04 | Cameron | Review additional documents from B. Murphy regarding vermiculite sales to non-debtor third party asbestos defendant (0.9); e-mails regarding same (0.3). | 1.20 |

```
172573 W. R. Grace & Co.                        Invoice Number   1138958
60026  Litigation and Litigation Consulting     Page      2
       April 30, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 03/08/04 | Cameron | Review documents relating to vermiculite sales to non-debtor third party defendant. | 1.40 |
| 03/09/04 | Bentz | Review of correspondence and possible supplemental production of documents to non-debtor third party asbestos defendant. | 2.60 |
| 03/09/04 | Cameron | Continue review of materials relating to vermiculite sales to non-debtor third party asbestos defendant. | .90 |
| 03/10/04 | Bentz | Review of documents to be produced to non-debtor third party asbestos defendant (2.4); preparation of letter to counsel re: same (.6). | 3.00 |
| 03/11/04 | Bentz | Corresponding with R. Finke and R. Murphy regarding supplemental document production. | .80 |
| 03/15/04 | Bentz | Review of correspondence regarding document production. | .20 |
| 03/16/04 | Muha | Review Omnibus Hearing agenda and e-mail D. Cameron re: same. | .10 |
| 03/19/04 | Bentz | Review of Debtors' reply to objection to continue exclusivity period. | .80 |
| 03/19/04 | Bentz | Review of agenda for omnibus hearing. | .40 |
| 03/25/04 | Restivo | Telephone call with R. Finke (0.6); e-mails with L. Flatley, et al. (0.4). | 1.00 |
| 03/30/04 | Atkinson | Telephone call with M. Murphy re: Lason-scanned documents. | .20 |
| 03/31/04 | Atkinson | Telephone call with M. Murphy (Casner and Edwards) and K. Hindman (Lit. Support) re: documents scanned by Lason pre-Bankruptcy (.3); database searches for particular documents and e-mail to M. Murphy re: same (.6); checking images and page | 1.30 |

```
172573  W. R. Grace & Co.                    Invoice Number   1138958
60026   Litigation and Litigation Consulting  Page    3
        April 30, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| | | amounts for Lason imaged documents (.4). | |
| 03/31/04 | Bentz | Review of prior briefs, research and Solow case file re: appeal. | 5.20 |
| 03/31/04 | Hindman | Telephone conference with M. Atkinson and M. Murphy re: image totals in document database for defense of resident class action. | .20 |
| | | TOTAL HOURS | 23.80 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| James J. Restivo Jr. | 1.00 at | $ 495.00 = | 495.00 |
| Douglas E. Cameron | 3.90 at | $ 465.00 = | 1,813.50 |
| James W Bentz | 17.10 at | $ 370.00 = | 6,327.00 |
| Andrew J. Muha | 0.10 at | $ 235.00 = | 23.50 |
| Maureen L. Atkinson | 1.50 at | $ 145.00 = | 217.50 |
| Karen L. Hindman | 0.20 at | $ 110.00 = | 22.00 |
| CURRENT FEES | | | 8,898.50 |
| TOTAL BALANCE DUE UPON RECEIPT | | | $8,898.50 |

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | | |
|---|---|---|
| W. R. Grace | Invoice Number | 1138959 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 04/30/04 |
| Boca Raton, FL 33487 | Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

      Fees                                                1,401.00

                       TOTAL BALANCE DUE UPON RECEIPT        $1,401.00
                                                                   =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1138959
5400 Broken Sound Blvd., N.W.            Invoice Date       04/30/04
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028
```

======================================================================

Re: (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 03/17/04 | Muha | E-mail to D. Cameron re: ZAI Science Trial budget. | .20 |
| 03/23/04 | Flatley | Message from Dr. Ilgren and follow up with R. Senftleben. | .30 |
| 03/25/04 | Atkinson | Telephone call to M. Murphy re: review of Lason-scanned documents and e-mail to K. Hindman re: same. | .20 |
| 03/29/04 | Bentz | Preparation for possible ZAI Science Trial arguments. | 1.60 |
| 03/30/04 | Bentz | Preparation for possible ZAI science trial arguments. | 1.60 |

```
                                         TOTAL HOURS   3.90
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Lawrence E. Flatley | 0.30 at | $ 470.00 = | 141.00 |
| James W Bentz | 3.20 at | $ 370.00 = | 1,184.00 |
| Andrew J. Muha | 0.20 at | $ 235.00 = | 47.00 |
| Maureen L. Atkinson | 0.20 at | $ 145.00 = | 29.00 |

```
                    CURRENT FEES                              1,401.00

                    TOTAL BALANCE DUE UPON RECEIPT           $1,401.00
```

```
                      REED SMITH LLP
                      PO Box 360074M
                 Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number   1138960<br>Invoice Date     04/30/04<br>Client Number    172573 |

===========================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

    Fees                                    813.50

        TOTAL BALANCE DUE UPON RECEIPT        $813.50
                                                =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1138960
5400 Broken Sound Blvd., N.W.            Invoice Date       04/30/04
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60029
```

======================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 03/08/04 | Muha | Review and forward January 2004 fee and expense details to Billing Department for final changes. | .50 |
| 03/10/04 | Lord | Revise and prepare RS 31st monthly fee application for e-filing and service (1.2); revise and e-file RS 31st monthly fee application (0.6); perfect electronic/hard service for same (0.2). | 2.00 |
| 03/10/04 | Muha | Final review of January 2004 monthly application (0.3); begin revisions to February 2004 DBR for fee application (0.3). | .60 |
| 03/12/04 | Muha | Continue revisions to February 2004 monthly fee and expense details. | .30 |
| 03/18/04 | Muha | Revise fee and expense details for February 2004 fee application. | .40 |
| 03/29/04 | Muha | Revise February 2004 fee and expense details. | .30 |
| | | TOTAL HOURS | 4.10 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Andrew J. Muha | 2.10 | at $ 235.00 = | 493.50 |
| John B. Lord | 2.00 | at $ 160.00 = | 320.00 |

```
172573 W. R. Grace & Co.                        Invoice Number   1138960
60029  Fee Applications-Applicant               Page     2
       April 30, 2004
```

```
                    CURRENT FEES                              813.50

                                                         ------------
             TOTAL BALANCE DUE UPON RECEIPT                   $813.50
                                                         ============
```