REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1138940 |
| One Town Center Road | Invoice Date      04/30/04 |
| Boca Raton, FL   33486 | Client Number     172573 |

===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

    Expenses                                      442.16

              TOTAL BALANCE DUE UPON RECEIPT           $442.16
                                                                 =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                        Invoice Number         1138940
One Town Center Road                   Invoice Date          04/30/04
Boca Raton, FL   33486                 Client Number          172573
                                       Matter Number           60026
```

====================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                          2.68
    Documentation Charge                      10.29
    Duplicating/Printing                     241.00
    Courier Service - Outside                 13.62
    Outside Duplicating                    1,090.97
    Expense Advance                         (916.40)

                CURRENT EXPENSES                           442.16
                                                       --------------

                TOTAL BALANCE DUE UPON RECEIPT           $442.16
                                                       ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1138940<br>Invoice Date        04/30/04<br>Client Number        172573<br>Matter Number         60026 |

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 03/23/04 | 561-362-1551/BOCA RATON, FL/13 | .74 |
| 03/31/04 | 617-426-5900/BOSTON, MA/18 | 1.08 |
| 03/31/04 | 617-426-5900/BOSTON, MA/15 | .86 |
| 03/22/04 | Documentation Charge - - Electronic docket retrieval service charges for Februrary 2004. | 10.29 |
| 02/24/04 | Duplicating/Printing | 10.00 |
| 02/29/04 | ATTY # 0856: 2 COPIES | .30 |
| 02/29/04 | ATTY # 0856: 2 COPIES | .30 |
| 02/29/04 | ATTY # 0856: 2 COPIES | .30 |
| 03/01/04 | ATTY # 0856: 1 COPIES | .15 |
| 03/01/04 | ATTY # 0856: 1 COPIES | .15 |
| 03/01/04 | ATTY # 0856: 1 COPIES | .15 |
| 03/01/04 | ATTY # 0856: 1 COPIES | .15 |
| 03/01/04 | ATTY # 0856: 1 COPIES | .15 |
| 03/01/04 | ATTY # 0559: 1 COPIES | .15 |
| 03/03/04 | ATTY # 0559: 5 COPIES | .75 |
| 03/04/04 | ATTY # 0559; 5 COPIES | .75 |
| 03/09/04 | ATTY # 0559: 2 COPIES | .30 |

```
172573  W. R. Grace & Co.                         Invoice Number   1138940
 60026  Litigation and Litigation Consulting      Page    2
        April 30, 2004
```

| Date | Description | Amount |
|---|---|---:|
| 03/09/04 | ATTY # 0559: 2 COPIES | .30 |
| 03/09/04 | ATTY # 0559: 6 COPIES | .90 |
| 03/09/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 03/09/04 | ATTY # 0559: 4 COPIES | .60 |
| 03/09/04 | ATTY # 0559: 11 COPIES | 1.65 |
| 03/09/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 03/09/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 03/09/04 | ATTY # 0559: 6 COPIES | .90 |
| 03/10/04 | ATTY # 0885: 1 COPIES | .15 |
| 03/10/04 | ATTY # 0885: 1 COPIES | .15 |
| 03/10/04 | ATTY # 0559: 6 COPIES | .90 |
| 03/10/04 | ATTY # 0885; 1312 COPIES | 196.80 |
| 03/11/04 | ATTY # 0885: 2 COPIES | .30 |
| 03/11/04 | ATTY # 0885: 2 COPIES | .30 |
| 03/11/04 | ATTY # 0885: 1 COPIES | .15 |
| 03/11/04 | ATTY # 0885: 1 COPIES | .15 |
| 03/11/04 | ATTY # 0718; 116 COPIES | 17.40 |
| 03/12/04 | ATTY # 0885; 4 COPIES | .60 |
| 03/16/04 | ATTY # 0885: 1 COPIES | .15 |
| 03/16/04 | ATTY # 0885: 1 COPIES | .15 |
| 03/29/04 | ATTY # 3963; 7 COPIES | 1.05 |
| 03/12/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 12.06 |
| 03/12/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 1.56 |

```
172573  W. R. Grace & Co.                          Invoice Number    1138940
60026   Litigation and Litigation Consulting       Page    3
        April 30, 2004
```

| Date | Description | Amount |
|---|---|---|
| 03/04/04 | COPYING - Outside Duplicating - - VENDOR:IKON DOCUMENT SERVICES--COPIES OF DOCUMENTS PRODUCED TO THIRD-PARTY NON-DEBTOR ASBESTOS DEFENDANT($916.40) AND SEPARATE COPIES OF OTHER GRACE-RELATED MATERIALS ($144.57). | 1060.97 |
| 03/19/04 | Outside Duplicating--Photocopy of academic reference manual relating to scientific evidence. | 30.00 |
| 03/31/04 | DEPOSIT REFUND FOR DUPLICATING COST--Re: documents produced in response to subpoena of third party non-debtor asbestos defendant. | -916.40 |

```
                        CURRENT EXPENSES                         442.16
                                                            ------------
                        TOTAL BALANCE DUE UPON RECEIPT         $442.16
                                                            ============
```