## Portia Partners, LLC

One Sound Shore Drive Suite 100
Greenwich, CT 06830



FILED

2004 MAY -5  PM 12: 14

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 30, 2004

United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware 19801
Attn.: Case Administrator for WR Grace
Case No. 01-1139

### Re: E-Mail Notification

To Whom It May Concern,

I am an ECF filer in your Court and have filed documents as attorney for Portia Partners, LLC. Because of this, I receive e-mail notification each time someone files documents in the WR Grace case. I called your Court's Help Desk and was told that in order to cease receiving e-mail notification in this case, I needed to make the request in writing and to send the request to the case administrator assigned to the case. Although I will continue to file documents in this case, I hereby request that you remove my name from the list of people receiving e-mail notifications. If you have any questions, please feel free to contact me at (203) 869-5444, or by e-mail at rginvestgrp@aol.com. Thank you for your attention to this matter.

**PORTIA PARTNERS, LLC**

By: _____
Name: Robert Gold
Title: Managing Director