## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., <u>et</u> <u>al</u>. ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **[Relates to Docket No. 5460]** |

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of a copy of the attached **Response of the Official Committee of Unsecured Creditors to the Application of the Debtors Pursuant to 11 U.S.C. §§ 105, 327 and 524(g)(4)(B)(i) for the Appointment of a Legal Representative for Future Asbestos Claimants** was made on May 7, 2004 upon:

> All of the parties identified on the attached Service List in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 7, 2004

_____
Michael R. Lastowski

WLM\196821.1