# Attachment B
# To Fee Application
## Summary of PwC's Fees By Professional
## March 2004

**Professional Profiles**
**WR Grace Time Tracking-Audit**
**For the Month Ended March 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Robert Eydt | Audit Partner | 20+ | 1,213 | 3.0 | 3,639 |
| Peter Woolf | Tax Partner | 20+ | 762 | 2.0 | 1,524 |
| Larry Farmer | Audit Partner | 34 | 743 | 3.3 | 2,452 |
| William Bishop | Audit Partner | 27 | 743 | 4.7 | 3,492 |
| Joeseph Divito | SPA Partner | 10+ | 821 | 4.0 | 3,284 |
| Michelle Gerety | Tax Senior Manager | 10 | 608 | 5.0 | 3,040 |
| Todd Hutcherson | Audit Senior Manager | 11 | 569 | 19.7 | 11,209 |
| Sandra David | Audit Manager | 6 | 487 | 2.5 | 1,218 |
| Will Choi | Audit Manager | 6 | 487 | 35.7 | 17,386 |
| Craig Cleaver | SPA Manager | 5 | 541 | 2.7 | 1,461 |
| Maureen Driscoll | SPA Senior Associate | 4 | 416 | 10.0 | 4,160 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 82.4 | 28,181 |
| Aimee Stickley | Audit Associate | 2 | 270 | 42.2 | 11,394 |
| Nicholas Stromann | Audit Associate | <1 | 197 | 28.4 | 5,595 |
| Lauren Misler | Audit Associate | <1 | 197 | 30.0 | 5,910 |
| | | TOTAL | | 275.60 | $ 103,944.00 |

| | |
|---|---|
| Total at Standard Rate | $ 103,944.00 |
| 55 % Accrual Rate Adjustment | $ 57,169.20 |
| Total at 45% Accrual Rate | $ 46,774.80 |
| Total Hours | 275.6 |

**Professional Profiles**
**WR Grace Time Tracking-Sarbanes-Oxley**
**For the Month Ended March 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann Schutte | Audit Manager | 7 | 487 | 70.0 | 34,090 |
| William Choi | Audit Manager | 5 | 487 | 16.4 | 7,987 |
| Maureen Driscoll | SPA Senior Associate | 4 | 416 | 7.7 | 3,203 |
| John Newstead | SPA Senior Manager | 15+ | 610 | 4.0 | 2,440 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 4.9 | 1,676 |
| Todd Hutcherson | Audit Senior Manager | 11 | 569 | 2.0 | 1,138 |
| | | TOTAL | | 105.0 | $ 50,533.80 |

| | |
|---|---|
| Total at Standard Rate | $ 50,533.80 |
| 35 % Accrual Rate Adjustment | $ 17,686.83 |
| Total at 65% Accrual Rate | $ 32,846.97 |
| Total Hours | 105.0 |
| | |
| Total Fees Requested March 2004 | $ 79,621.77 |
| Total Hours March 2004 | 380.6 |

{MCM9178.DOC}

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file)**

| | |
|---|---|
| Total Cost of Time Tracking | $ 8,052.50 |
| Less 55% rate reduction | $ 4,428.88 |
| Total Cost of Tracking Time Billed to Grace at 45% rates | $ 3,623.63 |
| Total Hours Spent Tracking Time | 36.9 |

## Summary of PwC's Fees By Project Category:
## March 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | **36.9** | **$3,623.63** |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- | | |

{MCM9178.DOC}

| Expenses | | |
|---|---|---|
| 24-Other | | |
| **25-Accounting/Auditing** | **380.6** | **$79,621.77** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **417.50** | **$83,245.40** |

**Expense Summary**
**March 2004**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $1,787.72 |
| **Lodging** | N/A | |
| **Sundry** | N/A | |
| **Business Meals** | N/A | 123,23 |
| **TOTAL:** | | $1,910.95 |

{MCM9178.DOC}