**EXHIBIT A**

**W. R. Grace & Co.**
**Time Summary Report-Time Tracking**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Larry Farmer** | | | | |
| 03/09/2004 | 0.40 | Review the January 2004 fee application prior to filing to the courts. | 743 | 297 |
| **Iluana Ogunloye** | | | | |
| 03/10/2004 | 1.0 | Meet with N Govic (PwC) to transition the time tracking information. | 157 | $ 157 |
| 03/22/2004 | 1.0 | Begin populating time and expense spreadsheets | 157 | $ 157 |
| 03/23/2004 | 2.0 | Update time and expense tracking spreadsheets | 157 | $ 314 |
| 03/24/2004 | 4.0 | Update time and expense tracking spreadsheets  Place reminder phone calls and send e-mail | 157 | $ 628 |
| 03/25/2004 | 2.0 | Update time and expense tracking spreadsheets.  Place reminder phone calls and send e-mail messages. | 157 | $ 314 |
| 03/26/2004 | 1.8 | Revised time and expense tracking spreadsheets.  Followed-up on delinquent submissions. | 157 | $ 283 |
| 03/26/2004 | 2.0 | Finalized time tracking spreadsheets and follow-up with staff | 157 | $ 314 |
| **Nina Govic** | | | | |
| 03/04/2004 | 1.5 | Review time tracking performed for January 2004 time and expense reporting purposes, send comments for adjustment of time/completion to N. Stromann (PwC) | 342 | $ 513 |
| 03/05/2004 | 0.9 | Work on time and expense reporting with N. Stromann (PwC) - review his work/changes | 342 | $ 308 |
| 03/08/2004 | 0.7 | Review the January 2004 time and expense filing and complete and mail to Larry Farmer (PwC) for final review | 342 | $ 239 |
| | 0.4 | Review the February 2004 work in progress report to prepare an email to be forwarded to the engagement team members for T&E filings | 342 | $ 137 |
| | 0.5 | Prepare directions on completion of the T&E filings to send to the new person in charge of the reporting process. | 342 | $ 171 |
| 03/09/2004 | 0.5 | Talk to Larry Farmer (PwC) regarding fee submission for January 2004 | 342 | $ 171 |
| | 0.3 | Finalize directions for tracking time. | 342 | $ 103 |
| 03/10/2004 | 0.9 | Meet with I. Ogunloye (PwC) to transition the time tracking information. | 342 | $ 308 |
| | 0.6 | Prepare information for mailing to request February 2004 time and expense reporting from engagement team members | 342 | $ 205 |
| 03/17/2004 | 0.7 | Work on Grace Performance Appraisals | 342 | $ 239 |
| 03/24/2004 | 0.4 | Work on Timetracking for the month of February 2003.  Reviewing time submissions from WR Grace staff | 342 | $ 137 |
| **Aimee Stickley** | | | | |
| 3/1/04 | 0.3 | Time and expense (bankruptcy reporting) | 270 | $ 81 |
| 3/8/04 | 0.3 | February time - bankruptcy reporting | 270 | $ 81 |
| **Lauren Misler** | | | | |
| 03/05/2004 | 0.4 | March 2004 Bankruptcy reporting update for Lauren Misler | 197 | $ 79 |
| 03/08/2004 | 1.1 | March 2004 Bankruptcy reporting update for Lauren Misler | 197 | $ 217 |
| **Nicholas Stromann** | | | | |
| 03/01/2004 | 1.4 | Compile personal time and expenses for the month of February | 197 | $ 276 |
| 03/02/2004 | 1.2 | Continue Compiling January Time and Expense Information as received | 197 | $ 236 |
| 03/03/2004 | 1.3 | Continue Compiling January Time and Expense Information as received | 197 | $ 256 |
| 03/04/2004 | 1.2 | Continue Compiling January Time and Expense Information as received | 197 | $ 236 |
| 03/05/2004 | 3.7 | Formatting January Time and Expense Files for Bankruptcy reporting-ensuring consistency and completeness and that reconciliation tabs agreed to personal tabs; creating "Other Time" and Time tracking spreadsheets | 197 | $ 729 |
| 03/08/2004 | 0.6 | Final Formatting of January 2004 Time Tracking File-adjusting printable areas | 197 | $ 118 |
| | 0.4 | Phone call and e-mail to Jeffrey Zartman (PwC) regarding January expenses | 197 | $ 79 |
| | 0.3 | Updating Zartman's (PwC) expenses for those amount disallowed | 197 | $ 59 |
| | 2.1 | Creating Files for February 2004 Time and Expense Reporting- pulling personnel, hours, and expenses from WIPS, setting up personal and reconciliation tabs; adding time tracking and expenses for myself, Aimee Stickley (PwC), and Lauren Misler (PwC) and adding expenses only for Nina Govic. | 197 | $ 414 |
| 03/10/2004 | 1.0 | Compiling personal Grace March Time and Expense information | 197 | $ 197 |
| **Total Hours** | **36.9** | | | **$ 8,052.50** |

| | | |
|---|---|---|
| **Total Cost of Time Tracking** | | $ 8,052.50 |
| **Less 55% rate reduction** | | $ 4,428.88 |
| **Total Cost of Tracking Time Billed to Grace at 45% rates** | | $ 3,623.63 |
| **Total Hours Spent Tracking Time** | | 36.9 |

**Professional Profiles**
**WR Grace Time Tracking-Audit**
**For the Month Ended March 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Robert Eydt | Audit Partner | 20+ | 1,213 | 3.0 | 3,639 |
| Peter Woolf | Tax Partner | 20+ | 762 | 2.0 | 1,524 |
| Larry Farmer | Audit Partner | 34 | 743 | 3.3 | 2,452 |
| William Bishop | Audit Partner | 27 | 743 | 4.7 | 3,492 |
| Joeseph Divito | SPA Partner | 10+ | 821 | 4.0 | 3,284 |
| Michelle Gerety | Tax Senior Manager | 10 | 608 | 5.0 | 3,040 |
| Todd Hutcherson | Audit Senior Manager | 11 | 569 | 19.7 | 11,209 |
| Sandra David | Audit Manager | 6 | 487 | 2.5 | 1,218 |
| Will Choi | Audit Manager | 6 | 487 | 35.7 | 17,386 |
| Craig Cleaver | SPA Manager | 5 | 541 | 2.7 | 1,461 |
| Maureen Driscoll | SPA Senior Associate | 4 | 416 | 10.0 | 4,160 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 82.4 | 28,181 |
| Aimee Stickley | Audit Associate | 2 | 270 | 42.2 | 11,394 |
| Nicholas Stromann | Audit Associate | <1 | 197 | 28.4 | 5,595 |
| Lauren Misler | Audit Associate | <1 | 197 | 30.0 | 5,910 |
| | | TOTAL | | 275.60 | $   103,944.00 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 103,944.00 |
| 55 % Accrual Rate Adjustment | $ | 57,169.20 |
| Total at 45% Accrual Rate | $ | 46,774.80 |
| Total Hours | | 275.6 |

**Professional Profiles**
**WR Grace Time Tracking-Sarbanes-Oxley**
**For the Month Ended March 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann Schutte | Audit Manager | 7 | 487 | 70.0 | 34,090 |
| William Choi | Audit Manager | 5 | 487 | 16.4 | 7,987 |
| Maureen Driscoll | SPA Senior Associate | 4 | 416 | 7.7 | 3,203 |
| John Newstead | SPA Senior Manager | 15+ | 610 | 4.0 | 2,440 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 4.9 | 1,676 |
| Todd Hutcherson | Audit Senior Manager | 11 | 569 | 2.0 | 1,138 |
| | | TOTAL | | 105.0 | $   50,533.80 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 50,533.80 |
| 35 % Accrual Rate Adjustment | $ | 17,686.83 |
| Total at 65% Accrual Rate | $ | 32,846.97 |
| Total Hours | | 105.0 |
| | | |
| Total Fees Requested March 2004 | $ | 79,621.77 |
| Total Hours March 2004 | | 380.6 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Robert Eydt** | | | | |
| **03/10/2004** | 3.0 | Reading Grace 10K and providing comments to N. Govic (PwC) and W. Choi (PwC) | 1213 | $  3,639 |
| | **3.0** | | | **$  3,639** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) | |
|------|-------|----------------------------------|-----------|---------|--|
| **Name:  Peter Woolf** | | | | | |
| **03/04/2004** | 1.00 | Discussion regarding final tax footnote included in the 10K report | 762 | $ | 762 |
| **03/30/2004** | 1.00 | Finalize provision files and discuss foreign tax issues | 762 | | 762 |
| **Totals** | **2.00** | | | **$** | **1,524** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Larry Farmer** | | | | |
| **03/05/2004** | 0.90 | Attend breakfast meeting with B. Tarola (Grace) and PwC audit team | 743 | $    669 |
| | 1.30 | Attend the WR Grace year end audit committee meeting. | 743 | 966 |
| **03/10/2004** | 1.10 | Review critical matters in the Grace database and sign-off the steps as cleared. | 743 | 817 |
| **Totals** | **3.30** | | | **$    2,452** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate |
|------|-------|--------------------------------|-----------|
| **Name:  William Bishop** | | | |
| **03/03/2004** | 2.70 | Attend audit committee meeting | 743 |
| **03/29/2004** | 2.00 | Attend company's quarterly legal reserve meeting | 743 |
| **Totals** | **4.70** | | |

| Cost ($) |
|---|
| $  2,006 |
| 1,486 |
| $  **3,492** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Joseph Divito** | | | | |
| **03/02/2004** | 4.00 | Review management comment letter report | 821 | $    3,284 |
| **Totals** | **4.00** | | | **$    3,284** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|------|-------|-------------------------------|-----------|---|----------|
| **Name:  Michelle Gerety** | | | | | |
| **03/03/2004** | 1.0 | Review footnote and discuss discrepancies with Peter Woolf (PwC) | 608 | $ | 608 |
| 03/12/2004 | 4.0 | Review files for completion and send package to Todd Hutcherson (PwC) in Maryland | 608 | $ | 2,432 |
| | **5.0** | | | $ | **3,040** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Todd Hutcherson** | | | | |
| **AUDIT** | | | | |
| **03/02/2004** | 1.20 | Review of and dicussion of Management Letter Comments | 569 | $ 683 |
| | 0.30 | Call with Craig Cleaver (PwC) | 569 | $ 171 |
| | 0.40 | Call with Maureen Driscoll (PwC) | 569 | $ 228 |
| | 0.40 | Audit Committee logistics | 569 | $ 228 |
| | 1.30 | Read and comment on final environmental write-up by Grace | 569 | $ 740 |
| **03/03/2004** | 1.80 | Breakfast meeting w/ Bob Tarola (Grace) and senior Grace management | 569 | $ 1,024 |
| | 2.40 | Audit Committee meeting | 569 | $ 1,366 |
| | 0.40 | Meeting with W. Choi (PwC) to review final draft of critical matters | 569 | $ 228 |
| | 1.80 | Revise critical matter write-ups for final sign-offs | 569 | $ 1,024 |
| | 0.40 | Read and review legal correspondnce | 569 | $ 228 |
| | 0.40 | Read and provide comments on mangement representation letter to be executed by Grace management | 569 | $ 228 |
| | 0.90 | Read and provide comments on updated environmental memos | 569 | $ 512 |
| **03/04/2004** | 0.60 | Read and review changes on Form 10-K tracked document | 569 | $ 341 |
| | 0.60 | Discussion with W. Choi (PwC) regarding legal correspondence | 569 | $ 341 |
| | 0.80 | Debrief meeing with W. Choi (PwC) | 569 | $ 455 |
| **03/10/2004** | 2.00 | Wrap up of MyClient database | 569 | $ 1,138 |
| **03/11/2004** | 2.00 | Final coordination and wrap in anticpation of filing of Form 10-K | 569 | $ 1,138 |
| **03/12/2004** | 2.00 | Read and proofe EDGAR version of Form 10-K and proof consents and reports thereof | 569 | $ 1,138 |
| **Totals** | **19.70** | | | **$   11,209** |
| **SARBANES-OXLEY** | | | | |
| **03/18/2004** | 1.3 | Attend internal meeting with Todd Hutcherson (PwC), Nina Govic (PwC), and William Choi (PwC) to discuss 404 engagement and planning issues - site visits and walkthroughs. | 569 | $ 740 |
| **03/29/2004** | 0.5 | Meet with William Choi (PwC) and Hermann Schutte (PwC) to discuss site matrix and client's approach to evaluating its significant sites. | 569 | $ 285 |
| **03/30/2004** | 0.2 | Meet with Brian Kenny (Grace), Ryan Heaps (Grace), William Choi and Hermann Schutte (PWC) to discuss the international site visits scheduling | 569 | $ 114 |
| | **2.00** | | | **$   1,138** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Sandra David** | | | | |
| **03/02/2004** | 1.00 | Finalize review of Accounts Receivable documentation in database steps | 487 | $ 487 |
| **03/03/2004** | 1.00 | Finalize review of accrual documentation in database steps | 487 | 487 |
| **03/09/2004** | 0.50 | Discussion with Rick Brown (Grace) regarding quarterly review procedures | 487 | 244 |
| **Totals** | **2.50** | | | **$ 1,218** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  William Choi** | | | | |
| **AUDIT** | | | | |
| 03/01/2004 | 1.8 | Review Remedium site visit memo and test spending information | 487 | $      877 |
| | 1.2 | Review database step on non-standard journal entries | 487 | 584 |
| | 1.6 | Review international reporting critical matter and ensure all issues have been resolved. | 487 | 779 |
| 03/02/2004 | 2.3 | Revise Representation letter to reflect Bob Tarola's (Grace) changes | 487 | 1,120 |
| | 2.4 | Review summary of management letter comments | 487 | 1,169 |
| 03/03/2004 | 4.5 | Attend Grace Audit Committee meeting including the pre-Audit Committee meeting and private session | 487 | 2,192 |
| | 3.1 | Draft and finalize WR Grace 2004 critical matters - preparing for final 10-K sign-off | 487 | 1,510 |
| | 0.8 | Revised Grace Representation letter based on discussions in the Audit Committee meeting | 487 | 390 |
| 03/04/2004 | 1.1 | Meeting with Tim Delbrugge (Grace)  to discuss Bob Tarola's comments on the Representation Letter draft #2 | 487 | 536 |
| | 0.6 | Meet with Dave Siegel (Grace) to discuss legal letter, particularly the paragraph on his responsibility | 487 | 292 |
| 03/05/2004 | 0.8 | Review David Siegel (Grace) revised legal letter | 487 | 390 |
| | 0.6 | Discussion with Michael Brown (Grace) on France silica deal (accounting for rebate issue) | 487 | 292 |
| 03/17/2004 | 1.3 | Review and research issue on 2004 Long-term Incentive Plan subsequent event issue | 487 | 633 |
| | 0.7 | Review final financial statement disclosure checklist | 487 | 341 |
| 03/18/2004 | 1.7 | Review captive insurance financial statement analytics and examine Grace summary is insurance | 487 | 828 |
| | 0.5 | Review the database step on identification of illegal acts and fraud | 487 | 244 |
| 03/19/2004 | 3.2 | Research issue on FRR 61 and disclosures regarding contingencies in the Management Discussion and Analysis section of Form 10-Q | 487 | 1,558 |
| | 1.4 | Research FAS 5 and met with Glen Herndon (Grace) to discuss Long Term Incentive Plan issue | 487 | 682 |
| 03/22/2004 | 0.8 | Reviewed audit step on performing review of January 2004 reporting package / creditor's report | 487 | 390 |
| | 0.7 | Reviewed testing of additional pension liability recorded | 487 | 341 |
| | 1.3 | Assess potential impact of correcting an error on ART's Financial Statements | 487 | 633 |
| 03/24/2004 | 1.2 | Review Grace's 2004-2007 LTIP filing information, draft issue memo for discussion | 487 | 584 |
| 03/29/2004 | 0.9 | Attend legal reserve meeting - Tarola (Grace), Delbrugge (Grace), Persinger (Grace), Joy (Grace), Hutcherson (pwc), Bishop (PwC), Siegel (Grace). | 487 | 438 |
| | 0.9 | Research on separate financial statement requirements (Rule 3-05) and discussion with Michael Brown (Grace) | 487 | 438 |
| | 0.3 | Talk to A. Stickley (PwC) about new integrated audit master file and changes to make to the 2004 database | 487 | 146 |
| **Totals** | **35.7** | | | **$     17,386** |
| **SARBANES-OXLEY** | | | | |
| 03/04/2004 | 3.2 | Meet with Hermann Schutte (PwC) to discuss 404 task plan and site visit schedule / prepared draft documentation review template | 416 | 1,331 |
| 03/17/2004 | 2.3 | Prepare for and attend internal meeting with Todd Hutcherson (PwC), Nina Govic (PwC), and Hermann Schutte (PwC) to discuss 404 engagement and planning issues - site visits and walkthroughs. | 416 | 957 |
| 03/18/2004 | 2.1 | Review site visit schedule and make revisions to reflect updates to Grace internal audit schedule | 416 | 874 |
| 03/19/2004 | 1.1 | Meet with Ryan Heap (Grace) to discuss site visit schedule and status of internal audit and protivity work. | 416 | 458 |
| 03/22/2004 | 0.5 | Meet with Barbara Summerset (grace) to discuss laptop and other logistical issues | 416 | 208 |
| | 2.3 | Review standard templates for risk and controls matrix | 416 | 957 |
| | 2.5 | Review management approach taken to determine significant accounts, material sites | 416 | 1,040 |
| 03/23/2004 | 1.4 | Meet with Ryan Heap (Grace) discuss issue on inventory controls over goods shipped, also discussed practical alternative controls | 416 | 582 |
| | 0.5 | Meet with Herman Schutte (PwC) to discuss issue on inventory controls issues at various sites and possible alternatives | 416 | 208 |
| 03/29/2004 | 0.5 | Meet with Herman Schutte (PwC) and Todd Hutcherson (PwC) to discuss site matrix and client's approach to evaluating its significant sites. | 416 | 208 |
| **Totals** | **16.4** | | | **$      4,534** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Craig Cleaver** | | | | |
| **03/08/04** | 1.50 | Conference call with IT management (Ed, G Bullock-Grace) and Internal Audit (Dana Guzzo, Barb Summerson-Grace) to discuss PwC IT audit report | 541 | $      812 |
| | 0.30 | Development of sample change control policies/controls and indexes to provide to Grace IT management. Requested following the conference call. | 541 | 162 |
| | 0.50 | Development of sample Security policies/controls and indexes to provide to Grace IT management.  Requested following the conference call. | 541 | 271 |
| **03/15/04** | 0.40 | Discussion with M Driscoll (PwC) about client request to change change control comment in report.  E-mail to client on the result of our decision not to make suggested changes | 541 | 216 |
| **Totals** | **2.70** | | | **$    1,461** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|-------------------------------|-----------|----------|
| **Name:  Maureen Driscoll** | | | | |
| **AUDIT** | | | | |
| **03/03/04** | 0.90 | Prepare February time reporting | 416 | $      374 |
| | 0.10 | Discuss Payroll SAS 70 and closing items with N. Govic (PwC) & A. Stickley (PwC) | 416 | 42 |
| | 0.10 | Update final report and send to Grace for review | 416 | 42 |
| **03/08/04** | 3.10 | Meet with Grace IT managers and internal audit to discuss IT observations / report | 416 | 1,290 |
| | 1.20 | Discuss engagement wrap up and future planning with N. Govic (PwC) | 416 | 499 |
| | 0.80 | Update final report based on feedback from meeting with Grace | 416 | 333 |
| **03/11/04** | 1.50 | Meet with C. Cleaver (PwC) to review changes made to report and make additional revisions | 416 | 624 |
| | 0.50 | Clarify security issue from report with G. Covington (Grace) | 416 | 208 |
| | 0.40 | Prepare and send communication to PwC Germany regarding work performed locally around IT controls | 416 | 166 |
| **03/15/04** | 1.40 | Discuss changes to report with E. Slotwinski (Grace) and B. Summerson (Grace) and C. Cleaver (PwC) and make additional changes based on discussions | 416 | 582 |
| **Totals** | **10.00** | | | **$    4,160** |
| **SARBANES-OXLEY** | | | | |
| **03/02/2004** | 0.50 | Schedule meetings with Protiviti/Grace and provide update to J. Newstead (PwC) on Grace's 404 efforts and PwC's involvement to date | 416 | $      208 |
| **03/10/2004** | 2.20 | Meet with Grace (B. Summerson, D. Guzzo, B. Kenny), PwC (M. Driscoll, J. Newstead) and Protiviti to discuss 404 documentation and efforts | 416 | 915 |
| | 2.80 | Meet with J. Newstead (PwC) to discuss 404 efforts to date and future planning | 416 | 1,165 |
| | 0.20 | Discuss potential segregation of duties issues with R. Heap (Grace) | 416 | 83 |
| **03/15/2004** | 1.20 | Review segregation of duties conflicts and discuss with N. Govic (PwC) | 416 | 499 |
| | 0.80 | Discuss planning and staffing efforts for 404 work with J. Newstead (PwC) | 416 | 333 |
| **Totals** | **7.70** | | | **$    3,203** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Nina Govic** | | | | |
| **AUDIT** | | | | |
| 03/01/2004 | 1.4 | Read Grace's FAS 143 Memo | 342 | $ 479 |
| | 1.2 | Research accounting surrounding FAS 143 | 342 | $ 410 |
| | 0.5 | Review prior year request sent to international teams for fee reporting purposes | 342 | $ 171 |
| | 0.5 | Discuss with A. Stickley (PwC) any open items and items which need to be completed this week | 342 | $ 171 |
| | 1.1 | Review 10K tie out performed by N. Stromann (PwC) and L.Misler (PwC) for accruacy and consistency | 342 | $ 376 |
| | 3.6 | Work on completing steps in the database relating to final analytical procedures including fluctuation analysis year on year and graphing changes in the revenue from period to period | 342 | $ 1,231 |
| | 0.3 | Review calendar prepared by L. Misler (PwC) for Sarbanes staff scheduling. | 342 | $ 103 |
| | 0.6 | Review open items in the ART database with Aimee Stickley (PwC) | 342 | $ 205 |
| | 0.4 | Review the ART audit committee report draft | 342 | $ 137 |
| | 0.4 | Review the ART representation letter draft | 342 | $ 137 |
| 03/02/2004 | 1.2 | Assign and delegate steps in the database to Lauren Misler (PwC) to complete | 342 | $ 410 |
| | 0.4 | Review prior year client deliverables to assure that none have been missed for 2003. | 342 | $ 137 |
| | 0.2 | Send William Choi (PwC) a copy of the international team contact list. | 342 | $ 68 |
| | 0.5 | Discuss timing of 10k review with M. Brown (Grace) | 342 | $ 171 |
| | 0.4 | Discuss open items in the 10k with M. Brown (Grace) | 342 | $ 137 |
| | 0.3 | Discuss open items in the 10k with N. Stromann (PwC) | 342 | $ 103 |
| | 0.6 | Review the representation letter to be signed by B. Tarola (Grace) with Tim Delbrugge (Grace) | 342 | $ 205 |
| | 0.7 | Review B. Tarola (Grace)'s changes to the rep letter with W. Choi (PwC) | 342 | $ 239 |
| | 0.4 | Review changes made to the represenation letter by W. Choi (PwC) | 342 | $ 137 |
| | 1.1 | Review legal letter D. Seigal (Grace) intends to provide in conjunction with the 10K | 342 | $ 376 |
| | 0.9 | Set up email to inquire about fee information to the international teams. | 342 | $ 308 |
| | 2.3 | Review changes in the next draft of the 10K | 342 | $ 787 |
| | 1.0 | Edit the management letter comments form the domestic audit teams. | 342 | $ 342 |
| 03/03/2004 | 1.3 | Review the version of the 10k to be sent to Edgar review that each number has been previously agreed to support and that the edgar version agrees to Grace's financials | 342 | $ 445 |
| | 1.0 | Review 10k tie out performed by L. Misler (PwC) and N. Stromann (PwC) | 342 | $ 342 |
| | 0.7 | Review international reporting with Lauren Misler (PwC) | 342 | $ 239 |
| | 0.3 | Discuss with Dana Guzzo (Grace) the Canadian benefit plan audit | 342 | $ 103 |
| | 0.8 | Read updated legal letter provided by Dave Seigal (Grace) and comment | 342 | $ 274 |
| | 0.7 | Read ART audit committee report again and send final draft to A. Stickley (PwC) | 342 | $ 239 |
| | 0.7 | Discuss Q1 2004 timing with M. Brown (Grace) and assess PwC's current staffing for 2004 | 342 | $ 239 |
| 03/04/2004 | 1.2 | Review second draft of the 10K submitted to Edgar Scan for filing for errors/changes from the 10K | 342 | $ 410 |
| | 0.7 | Meet with N. Fausto (Grace) and G. Herndon (Grace) to discuss the changes needed to be made to the Edgar filing prior to its release to the SEC | 342 | $ 239 |
| | 0.4 | Meet with W. Choi (PwC) to discuss the Grace Rep Letter and Legal letter | 342 | $ 137 |
| | 0.4 | Meet with B. Sarakis to discuss changes to the management represenation letter | 342 | $ 137 |
| | 0.6 | Meet with T. Delbrugge (Grace) to discuss B. Tarola (Grace) changes to the management represenation letter | 342 | $ 205 |
| | 0.2 | Review changes made to the management represenation letter | 342 | $ 68 |
| | 1.9 | Complete steps in the database related to the review of WR Grace's Board minutes | 342 | $ 650 |
| | 0.6 | Discuss J. Zartman's (PwC) performance on the WR Grace year end engagement with W. Choi (PwC) | 342 | $ 205 |
| | 1.1 | Review the international reporting sections of the database.  Adjust work performed, review deliverables received, compose reminders for delivables not sent. | 342 | $ 376 |
| | 0.4 | Draft an email to send to the interntional teams regarding 2004 audit fees | 342 | $ 137 |
| 03/05/2004 | 0.9 | Review final draft of 10K sent from Edgar | 342 | $ 308 |
| | 0.6 | Review recent news articles on Grace and print out for the engagement team. | 342 | $ 205 |
| | 1.7 | Obtain final signed legal letter from Dave Siegal (Grace) and review | 342 | $ 581 |
| | 1.6 | Obtain final signed management representation letter from M. Brown (Grace) and review | 342 | $ 547 |
| | 0.8 | Complete steps in the database in the completions section related to the 10K filing | 342 | $ 274 |
| 03/08/2004 | 3.2 | Review the open steps in the database. | 342 | $ 1,094 |
| | 0.9 | Review the management letter comments sent by the GPC team. | 342 | $ 308 |
| | 0.3 | Talk to April Marx (Grace) about updating the engagement contact listing | 342 | $ 103 |
| | 0.3 | Talk to Aimee Stickley (PwC) about completing the first quarter responsibility matrix. | 342 | $ 103 |
| | 1.2 | Send out international fee requests to all 20 international reporting teams. | 342 | $ 410 |
| 03/09/2004 | 0.4 | Talk to Dana Guzzo (Grace) regarding the approval of the Canadian Benefit Plan work | 342 | $ 137 |
| | 0.8 | Work on completion steps in the ART database section | 342 | $ 274 |
| | 2.8 | Review remaining open steps in the corporate database | 342 | $ 958 |
| | 0.8 | Talk to Dana Guzzo (Grace) regarding the January 2004 fee proposal | 342 | $ 274 |
| | 1.8 | Work on completion of steps related to subsequent events | 342 | $ 616 |

| | | | | |
|---|---|---|---|---|
| | 1.3 | Read and edit the memo on Grace environmental charges. | 342 | $ | 445 |
| | 0.5 | Aid Nick Stromann (PwC) in creating a 2004 Grace audit database | 342 | $ | 171 |
| 03/10/2004 | 1.6 | Review the ART financial statements.  Read through once | 342 | $ | 547 |
| | 3.2 | Complete the ART Automated disclsoure checklist | 342 | $ | 1,094 |
| | | Read the 212 page release from the public accounting oversight board related to rules on Sarbanes | | | |
| | 1.2 | Oxley | 342 | $ | 410 |
| 03/11/2004 | 1.1 | Finalize the International reporting steps in the Grace 2003 database | 342 | $ | 376 |
| | 0.8 | Talk to Michael Brown (Grace) and N. Fausto (Grace) about the FAS 132 quarterly disclosure | 342 | $ | 274 |
| | 0.4 | Talk to Aimee Stickley (PwC) about the status of the ART Finanacial statements | 342 | $ | 137 |
| | 2.3 | Finish the ART Financial Statement Disclosure Checklist | 342 | $ | 787 |
| | 1.4 | Review the US Management Letter Comments to be provided to Grace | 342 | $ | 479 |
| | 0.5 | Review steps related to Davison's Cincinnati inventory count. | 342 | $ | 171 |
| | 0.5 | Discuss billing information with Glenn Herndon (Grace) | 342 | $ | 171 |
| 03/15/2004 | 0.6 | Review inquiry sent from Venezulean audit team. | 342 | $ | 205 |
| | 0.3 | Discuss Venezuelan inquiry with Todd Hutcherson (PwC) | 342 | $ | 103 |
| | 0.4 | Discuss Venezuelan inquiry with M. Brown (Grace) | 342 | $ | 137 |
| | 0.4 | Respond to Venezuelan team with accounting guidence | 342 | $ | 137 |
| | 1.6 | Inquire as to sales employees compensation procedures with John Reilly (Grace) | 342 | $ | 547 |
| | 0.7 | Read PwC updated guidence on the PCAOB report as related to Grace. | 342 | $ | 239 |
| 03/16/2004 | 0.8 | Work on ART Sub-event completion steps | 342 | $ | 274 |
| | 2.2 | Start work on planning steps for 2004 audit to begin at first quarter of March 2004 | 342 | $ | 752 |
| | 0.7 | Review international correspondence on fees received from S. Africa | 342 | $ | 239 |
| | 0.6 | Review request from Hong Kong asking for additional fees for a tax engagement | 342 | $ | 205 |
| | 0.6 | Send Hong Kong request to Brian Kenny (Grace) | 342 | $ | 205 |
| 03/17/2004 | 0.7 | Discuss remainoh completion steps with W. Choi (PwC) | 342 | $ | 239 |
| | | Obtain for Nettie Fausto (Grace) a example pension disclosures for some of the 10Ks filed for | | | |
| | 1.1 | 12/31/2003 | 342 | $ | 376 |
| | 0.5 | Work on Grace Scheduling for 2004 engagement | 342 | $ | 171 |
| | | work on compiling Grace audit fees for the 2004 engagement, reconciling incurred by foreign teams in | | | |
| | 4.3 | 2003 vs. budgeted and estimates for 2004 | 342 | $ | 1,471 |
| 03/29/2004 | 1.0 | Call into the WR Grace quarterly divestiture reserve meeting. | 342 | $ | 342 |
| | **82.40** | | | **$** | **28,181** |

**SARBANES-OXLEY**

| | | | | |
|---|---|---|---|---|
| 03/11/2004 | 0.40 | Talk to Maureen Driscoll (Grace) about the previous day's Sarbanes meeting. | 342 | $ | 137 |
| 03/16/2004 | 0.40 | Talk to Ryan Heaps (Grace) about Sarbox timing and about obtaining an additional laptop | 342 | $ | 137 |
| | 0.30 | talk to William Choi (PwC) about the planning needed to be completed for Sarbanes | 342 | $ | 103 |
| | 0.40 | Set up Grace laptop loaned to us by Ryan Heaps (Grace) | 342 | $ | 137 |
| | 0.60 | Talk to R. Heaps (Grace) about Eliminica service transactions and how to test | 342 | $ | 205 |
| | 0.40 | Go through PwC's comments on the segregation of duties template with R. Heaps. | 342 | $ | 137 |
| | | Meet with R. Heaps (Grace) and W. Choi (PwC) to discuss Sarbanes 404 timing and coordination | | | |
| 03/17/2004 | 0.80 | issues | 342 | $ | 274 |
| | 0.30 | Review and edit the Sarbanes schedule. | 342 | $ | 103 |
| | | Meet with W. Choi, T. Hutcherson (PwC), H. Schutte (PwC) to discuss Grace 404 logistics and travel | | | |
| 03/18/2004 | 1.30 | schedule for 2004.  Discuss staffing, timing and travel requirements. | 342 | $ | 445 |
| **Totals** | **4.90** | | | **$** | **1,676** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Aimee Stickley** | | | | |
| **3/1/04** | 0.7 | together | 270 | $    189 |
| | 0.3 | Review the international fee data from the prior year and update charts for this information. | 270 | 81 |
| **3/3/04** | 0.3 | Discussion with N. Govic (PwC) on list of items to do. | 270 | 81 |
| | 0.8 | Reviewing the database for open items | 270 | 216 |
| | 0.7 | Detail on international deliverables outstanding/follow up - specifically Canada & Kuala Lumpur | 270 | 189 |
| | 0.4 | External review of database files | 270 | 108 |
| | 0.7 | Review workpapers in box for outstanding steps | 270 | 189 |
| | 0.3 | Grace inventory update | 270 | 81 |
| | 0.7 | Address accounts receivable coaching notes and management letter comments | 270 | 189 |
| | 2.8 | Reading Edgar version of annual report | 270 | 756 |
| **3/4/04** | 0.5 | Review 10-K Management Discussion and Analysis for corrections made | 270 | 135 |
| | 0.4 | Review 10-K Management Discussion and Analysis with Nettie Fausto (Grace) and Glenn Herndon (Grace) | 270 | 108 |
| | 0.4 | Discussion with N. Govic (PwC) on things to do for L. Misler (PwC) and N. Stromann (PwC) | 270 | 108 |
| **3/5/04** | 0.3 | Review 10-K for final changes on Edgar draft | 270 | 81 |
| **3/8/04** | 0.5 | Prepare and update the First Quarter responsibility matrix | 270 | 135 |
| | 0.4 | Explain interactive excel items with L. Misler (PwC) and review the documentation we have | 270 | 108 |
| | 0.3 | Discuss the responsibility matrix with N. Govic (PwC) | 270 | 81 |
| | 0.2 | Pointing titles on binders in office | 270 | 54 |
| | 0.3 | Address Fourth Quarter coaching note addressed on tie out | 270 | 81 |
| | 3.7 | Document and review information for Cincinnati inventory count | 270 | 999 |
| | 0.7 | Go through the database for steps to be included in the rolled forward database | 270 | 189 |
| | 0.3 | Read the international email for fee submissions and giving feedback to N. Govic (PwC) | 270 | 81 |
| **3/9/04** | 0.2 | Email to canada about fees | 270 | 54 |
| | 0.3 | Coach N. Stromann (PwC) about the independence partners outstanding | 270 | 81 |
| | 0.3 | Fee schedule update in correspondences received | 270 | 81 |
| | 0.3 | Coach N. Stromann (PwC) on Cincinnati inventory documentation | 270 | 81 |
| | 0.4 | Update Cincinnati inventory items | 270 | 108 |
| | 0.2 | Discuss deployment of client file for Grace with N. Govic (PwC) and N. Stromann (PwC) | 270 | 54 |
| | 0.6 | Review the status of the database for the outstanding open items - completing coaching notes | 270 | 162 |
| | 1.9 | Complete Cincinnati inventory documentation | 270 | 513 |
| | 0.7 | Going over database deployment with N. Stromann (PwC) | 270 | 189 |
| | 2.2 | Curtis bay inventory documentation | 270 | 594 |
| | 0.3 | Discuss with John Reilly (Grace) and N. Govic (PwC) on inventory procedures | 270 | 81 |
| **3/17/04** | 1.0 | Shredding and organization of files | 270 | 270 |
| **3/23/04** | 0.3 | Talking to N. Govic (PwC) about fees, going to glenn to ask about status of payment | 270 | 81 |
| | 0.2 | Clearing replication conflicts in database | 270 | 54 |
| **3/24/04** | 0.4 | Receive and sending LTIP info to William from glenn | 270 | 108 |
| **3/25/04** | 0.3 | Reviewing the grace database for open items | 270 | 81 |
| | 0.3 | Update accrued lead | 270 | 81 |
| | 0.5 | Update the sales incentive accrual documentation | 270 | 135 |
| | 1.0 | Update accrued commissions step | 270 | 270 |
| **3/29/04** | 0.3 | Talk to W. Choi (PwC) about new integrated audit master file - changes to make to 2004 database | 270 | 81 |
| | 0.4 | Receive the Grace payment - break out check amount and invoice, send to lockbox | 270 | 108 |
| | 1.0 | Grace completing steps and coaching notes -intangibles, deferreds | 270 | 270 |
| | 1.1 | Review the adjustments made and updating steps in the database with new amts | 270 | 297 |
| | 0.2 | Download this years database for Grace | 270 | 54 |
| | 0.4 | Delete the required audit steps in Grace database to be ready for integrated audit master set | 270 | 108 |
| **3/30/04** | 0.3 | Review repairs and maintenance step | 270 | 81 |
| | 0.5 | Accrued liability lead update | 270 | 135 |
| | 0.2 | Discuss open items with W. Choi (PwC) | 270 | 54 |
| | 0.1 | Email N. Stromann (PwC) about independence database | 270 | 27 |
| | 0.3 | Look through the database for the open items | 270 | 81 |
| | 0.3 | Tax memo from N. Govic (PwC) and complete step for tax work performed by Tax team | 270 | 81 |
| | 1.4 | Update and finish accrued commissions detail/documentation | 270 | 378 |
| | 0.6 | Clear replication conflicts in client file and communication file - updating international deliverables | 270 | 162 |
| | 0.5 | Database access, updating indpendence confirmations and going through who is open - email to J. Zartman (PwC) on open step, and email to N. Stromann (PwC) on independence questions | 270 | 135 |
| | 1.3 | FAS 34 documentation | 270 | 351 |
| **3/31/04** | 1.2 | FAS 34 documentation | 270 | 324 |
| | 0.4 | Review fixed asset reconciliation step | 270 | 108 |
| | 0.4 | Reassigned steps to be reviewed - working toward archive process | 270 | 108 |
| | 0.7 | work | 270 | 189 |
| | 0.8 | Management letter recommendation for open project detail | 270 | 216 |
| | 0.7 | Update Curtis Bay inventory step | 270 | 189 |
| | 1.2 | Depreciation expense follow up from C. Frick (formerly PwC) | 270 | 324 |

| | | | |
|---|---|---|---|
| 0.3 | Curtis Bay review and updating the spreadsheet with C. Frick's (formerly Grace) work on Hydroprocessing | 270 | 81 |
| 0.5 | Update international steps and new deliverable from Canada | 270 | 135 |
| **Totals** **42.2** | | | **$** **11,394** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Nicholas Stromann** | | | | |
| 03/01/2004 | 0.2 | Meet with Nina Govic (PwC) regarding management letter comments | 197 | 39 |
| | 0.8 | Meeting with Nettie Fausto (Grace) regarding 10-K Version #3 cash flows statement, DIP cash flows, and Footnotes 18 and 20 | 197 | 158 |
| | 0.5 | Update support for Footnotes 18 and 20 | 197 | 99 |
| | 1.4 | Update Management Letter Comments letter | 197 | 276 |
| | 0.8 | Update International Group Instructions and insert into the audit database | 197 | 158 |
| | 0.7 | Format fee schedule worksheets | 197 | 138 |
| 03/02/2004 | 2.5 | Tie out 10-K Version #4-Checking numbers for departure from Version #3 and review support for numbers that differ from Version #3, especially cash flows statement, accrued liabilities, and Libby reserve | 197 | 493 |
| | 0.5 | Agree year-end legal letter Exhibit to that from the Third Quarter | 197 | 99 |
| | 0.6 | Meeting with Nettie Fausto (Grace) regarding DIP cash flows statement | 197 | 118 |
| | 1.2 | Tie-out of DIP Cash Flow statement | 197 | 236 |
| 03/03/2004 | 3.5 | Tie out 10-K Version #5-Checking numbers for departure from Version #4 and transferring tickmarks to a clean copy of version #5 | 197 | 690 |
| 03/04/2004 | 1.8 | Automated Disclosure Checklist | 197 | 355 |
| | 1.8 | Addressing Coaching Notes in the Grace database for sections 7000, 7050, 5800 | 197 | 355 |
| | 1.6 | Conitnue Tie-out of 10-K Version #5 | | |
| 03/05/2004 | 0.3 | Update Communications Database for latest news article relating to Grace | 197 | 59 |
| 03/08/2004 | 0.8 | Addressing Coaching Notes in Grace Database for sections 8000, 8200, 8250, and 8800 | 197 | 158 |
| | 0.4 | Review guidance on how to create new audit database to prepare for creating 2004 Grace Database | 197 | 79 |
| | 0.4 | Phone call to GTS regarding pros and cons of rolling forward a database vs. creating a new one | 197 | 79 |
| | 3.0 | Begin Building workplan for 2004 WR Grace Audit Database | 197 | 591 |
| 03/09/2004 | 0.3 | Sent Independence Confirmation reminders to foreign PwC partners who had not yet submitted confirmations | 197 | 59 |
| | 1.5 | Continue Builling Workplan for 2004 WR Grace Database | 197 | 296 |
| | 0.8 | Data entry for WR Grace Cincinatti inventory documentation | 197 | 158 |
| | 3.0 | Completing Workplan for 2004 WR Grace Audit Database; Completing the deployment and replication steps | 197 | 591 |
| | **28.4** | | | **$   5,280** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Lauren Misler** | | | | |
| **03/01/2004** | 1.2 | Update the domestic Management Comment Letter compilation for formatting | 197 | $    236 |
| | 1.4 | Roll forward the fee payment schedule for the international reporting teams | 197 | 276 |
| | 0.7 | Update the 2004 Grace Calendar for team members scheduled to be on Grace throughout the year | 197 | 138 |
| | 1.3 | Update the permanent file binder to ensure inclusion of all new items acquired in 2003 as well as organizing format | 197 | 256 |
| | 0.6 | Update the communication file in order to receive all current documents from team members | 197 | 118 |
| | 0.9 | Reformat and edit Earnings Call document | 197 | 177 |
| | 1.1 | Update the Grace calendar for Sarbanes Oxley 404 work | 197 | 217 |
| | 0.8 | Update and searched through the external files for all working paper documentation for 2003 | 197 | 158 |
| **03/02/2004** | 1.2 | Update management letter comment document for all US Grace comments | 197 | 236 |
| | 1.6 | Review open items in database and worked on completing items in the completion phase | 197 | 315 |
| | 1.5 | Blue tick - review of new version of 10K | 197 | 296 |
| | 0.5 | Update international deliverable section of the database for all newly received items from foreign reporting | 197 | 99 |
| | 0.6 | Update corporate external files with new working papers | 197 | 118 |
| | 0.8 | Begin office clean-up and organization | 197 | 158 |
| | 0.3 | Update Benefit Plan binder | 197 | 59 |
| **03/03/2004** | 0.8 | Update international deliverables information and drafted emails to foreign PwC teams who had not yet reported certain items due for delivery | 197 | 158 |
| | 2.2 | Work on the final 10K Tie-Out new numbers and transfer of all tick marks | 197 | 433 |
| | 1 | Tie-out the forward of the 10K for all numbers and wording | 197 | 197 |
| | 1.2 | Update the independence database to ensure we have received independence confirmations from all PwC team members | 197 | 236 |
| | 0.4 | Create the Grace 2004 independence database | 197 | 79 |
| | 0.6 | Update the phone list for all current PwC Grace employees | 197 | 118 |
| | 0.8 | Update the 2002 Binders for preparation to return items to PwC offices | 197 | 158 |
| **03/04/2004** | 0.5 | Update international deliverable items for newly received reporting from foreign PwC teams | 197 | 99 |
| **03/05/2004** | 1.6 | Update international deliverable section for completeness and inclusion of all flux analysis for unreceived deliverable items | 197 | 315 |
| | 0.5 | Create benefit plan binder for 2001 5500 documents to return to PwC offices | 197 | 99 |
| | | | 197 | - |
| **03/08/2004** | 1.6 | Research and write explanation on use of SAP system and interactive excel for use in next year's audit to pull information for reporting | 197 | 315 |
| | 0.4 | Update the Grace Corporate Calender with important First Quarter dates | 197 | 79 |
| | 0.5 | Roll forward the First Quarter PBC lists for Corporate and Davison | 197 | 99 |
| | 1.8 | Address all coaching notes remaining in the database assigned | 197 | 355 |
| | 1 | Document inventory information for A. Stickley (PwC) | 197 | 197 |
| | 0.6 | Update the Grace Engagement Contact list for 2004. | 197 | 118 |
| **Totals** | **30.00** | | | **$    5,910** |

W. R. Grace & Co.
Time Summary Report
Month Ended March 31, 2004

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|

**Name: Herman Schutte**

**SARBANES-OXLEY**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| 03/04/2004 | 3.2 | Meet with William Choi (PwC) to discuss 404 task plan and site visit schedule / prepared draft documentation review template | 487 | $ 1,558 |
| 03/15/2004 | 2.0 | processes, including going through the Risk Control Matrixes to see what Assertions, Risks and Controls have been included | 487 | $ 974 |
| | 1.8 | Work on the Protiviti Portal to understand the system, view the various documentation and attachments included and to expand the view for the various risk control matrixes | 487 | $ 877 |
| | 3.2 | Work through the Canada - Valleyfield documents for the pilot done in Canada, including reading the various background information and narratives and documenting the effectiveness of the various subprocesses | 487 | $ 1,558 |
| 03/18/2004 | 1.3 | Attend internal meeting with Todd Hutcherson (PwC), Nina Govic (PwC), and William Choi (PwC) to discuss 404 engagement and planning issues - site visits and walkthroughs. | 487 | $ 633 |
| 03/19/2004 | 2.2 | Work through the Corporate processes, including the flowcharts and the risk matrixes | | |
| | 2.1 | Consult the PwC audit approach, as well as other Sarbanes Oxley documentation and training modules to understand the integrated audit approach and to develop guidelines for the 404 assignment | 487 | $ 1,023 |
| | 1.9 | Consult the PwC White paper on managements responsibility to determine what steps management should take and what is their responsibility in evaluating the design of controls and testing the controls in line with the PCAOB standard recently issued | 487 | $ 925 |
| | 1.8 | Work on the Protivity Portal to understand the available report writer and to generate reports for reviewing and discussion purposes | 487 | $ 877 |
| 03/22/2004 | 0.5 | Meet with Barbara Summerset (Grace) to discuss laptop and other logistical issues | 487 | $ 244 |
| | 1.5 | Work through documentation and the Protivit Portal documentation to develop a strategic level and operational level approach for the Sarbanes Oxley 404 assignment | 487 | $ 731 |
| | 1.0 | Consider management approach taken to determine significant accounts, material sites and develop approach for way forward to review process | 487 | $ 487 |
| 03/23/2004 | 0.6 | Join meeting between William Choi (PwC) and Ryan Heap (Grace) to discuss issue on inventory controls over goods shipped, also discussed practical alternative controls | 487 | $ 292 |
| | 0.5 | Meet with William Choi (PwC) to discuss issue on inventory controls issues at various sites and possible alternatives | 487 | $ 244 |
| | 0.4 | Consider and develop approach for the corporate level or company wide controls and process is place | 487 | $ 195 |
| | 2.0 | Generate and print reports on the Protiviti Portal for all the generic risk matrixes and flowchart that have been developed for use during the site visits by the internal audit team. Templates were printed for evaluation and background purposes | 487 | $ 974 |
| | 1.5 | Document the current status of all the sub-processes that have been completed on the Protiviti Protal for effectiveness (I.e whether they are effective or ineffective) | 487 | $ 731 |
| 03/24/2004 | 2.3 | Generate and print reports for all the Corporate processes that have been loaded onto the Protivite Portal for walkthrough purposes (including Background information, policies and procesedures, Exhibits, Remediation plans, Organizational structures, Flow chart and Risk matrixes) | 487 | $ 1,120 |
| | 3.2 | Generate and print reports for all the Davison processes that have been loaded onto the Protivite Portal for walkthrough purposes (including Background information, policies and procesedures, Exhibits, Remediation plans, Organizational structures, Flow chart and Risk matrixes) | 487 | $ 1,558 |
| | 1.5 | Generate and print reports for all the GPC processes that have been loaded onto the Protivite Portal for walkthrough purposes (including Background information, policies and procesedures, Exhibits, Remediation plans, Organizational structures, Flow chart and Risk matrixes) | 487 | $ 731 |
| 03/25/2004 | 2.0 | Work through the documentation under the Library lists on the Protiviti Portal | 487 | $ 974 |
| | 1.7 | Go through and generate overall project reports on the Protivit Portal (i.e effective controls, metigatd risks, effective processes, etc.) | 487 | $ 828 |
| | 1.3 | Consider and develop an overview approach and methodology to review the risk control matixes templates | 487 | $ 633 |
| | 2.0 | Get an understanding of and evaluate the flowcharts and risk matrixes templates for general ledger close, including the consolidation process | 487 | $ 974 |
| 03/26/2004 | 1.7 | Get an understanding of and evaluate the flowcharts and risk matrixes templates for general ledger close, including the consolidation process | 487 | $ 828 |
| | 1.4 | Get an understanding of and evaluate the flowcharts and risk matrixes for Financial Reporting and Disclosure process (including 10K/10Q and quaterly/annual reporting) | 487 | $ 682 |
| | 0.9 | Get an understanding of and evaluate the flowcharts and risk matrixes for Income tax computation process | 487 | $ 438 |
| | 1.8 | Get an understanding of and evaluate the flowcharts and risk matrixes for Vender Claims Process process (including Bankruptcy) | 487 | $ 877 |
| | 1.2 | Get an understanding of and evaluate the flowcharts and risk matrixes for Pensions and Post-Retirement Benefits Administration | 487 | $ 584 |

| Date | Hours | Description | | | Amount |
|------|-------|-------------|---|---|--------|
| 03/29/2004 | 2.0 | Get an understanding of and evaluate the flowcharts and risk matrixes for Process Funds | 487 | $ | 974 |
| | 1.8 | Get an understanding of and evaluate the flowcharts and risk matrixes for Manage Debt | 487 | $ | 877 |
| | 0.9 | Get an understanding of and evaluate the flowcharts and risk matrixes for Foreign exchange | 487 | $ | 438 |
| | 0.8 | Get an understanding of and evaluate the flowcharts and risk matrixes for Extention and maintenance of customer credit | 487 | $ | 390 |
| | 1.0 | Get an understanding of and evaluate the flowcharts and risk matrixes for Accounts receivable management | 487 | $ | 487 |
| | 0.5 | Meet with William Choi and Todd Hutcherson (PwC) to discuss site matrix and client's approach to evaluating its significant sites. | 487 | $ | 244 |
| 03/30/2004 | 0.2 | Meet with Brian Kenny, Ryan Heaps (Grace), William Choi and Todd Hutcherson (PWC) to discuss the international site visits scheduling | 487 | $ | 97 |
| | 1.1 | Get an understanding of and evaluate the flowcharts and risk matrixes for Applying cash receipts | 487 | $ | 536 |
| | 0.5 | Get an understanding of and evaluate the flowcharts and risk matrixes for Price List maintenance | 487 | $ | 244 |
| | 0.8 | Get an understanding of and evaluate the flowcharts and risk matrixes for Processing customer order | 487 | $ | 390 |
| | 0.7 | Get an understanding of and evaluate the flowcharts and risk matrixes for Processing customer credits | 487 | $ | 341 |
| | 0.6 | Get an understanding of and evaluate the flowcharts and risk matrixes for invoicing customers | 487 | $ | 292 |
| | 0.4 | Get an understanding of and evaluate the flowcharts and risk matrixes for processing manual invoices | 487 | $ | 195 |
| | 0.6 | Get an understanding of and evaluate the flowcharts and risk matrixes for processing costumer rebates and incentives | 487 | $ | 292 |
| | 0.5 | Get an understanding of and evaluate the flowcharts and risk matrixes for processing costumer consignment | 487 | $ | 244 |
| | 1.1 | Get an understanding of and evaluate the flowcharts and risk matrixes for processing Fixed assets - additions, disposals/sales | 487 | $ | 536 |
| 03/31/2004 | 2.4 | Get an understanding of and evaluate the flowcharts and risk matrixes for processing Vendor selection, Vendor Mastrer file selection, requesting goods and services, procuring goods and services and procurement card management | 487 | $ | 1,169 |
| | 3.2 | Recording production, Recording shipments, Maintenance of Bills of Materials, Third Party Warehouse Management, Physical Inventories, Customer returns, Vendor returns, Vendor Consignment and Specialized Inventory Accounting | 487 | $ | 1,558 |
| | 1.3 | Get an understanding of and evaluate the flowcharts and risk matrixes for recording accounts payable, processing accounts payable and expense report processing | 487 | $ | 633 |
| | 1.1 | Get an understanding of and evaluate the flowcharts and risk matrixes for Payroll approval, Payroll processing and employee information | 487 | $ | 536 |
| **Totals** | **70.00** | | | $ | **33,019** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended March 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  John Newstead** | | | | |
| **SARBANES-OXLEY** | | | | |
| **03/10/2004** | 3.00 | Meet with B Kenny, B Summerson & R Heaps (Grace) | 610 | $    1,830 |
| **03/11/2004** | 1.00 | Respond to a written request for information from B Kenny (Grace) | 610 | 610 |
| **Totals** | **4.00** | | | $    2,440 |