**EXHIBIT B**

|  | Date | Title | 3/1/04-3/15/04 Expenses | Description |
|---|---|---|---|---|

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended March 31, 2004**

| Name | Date | Title | Amount | Description |
|---|---|---|---|---|
| **Maureen Driscoll** | 03/08/2004 | Senior Associate | $ 100.38 | Mileage in Excess of Daily Commute (237 miles) *.375 + 11.50 tolls |
|  | 03/10/2004 | Senior Associate | $ 100.38 | Mileage in Excess of Daily Commute (237 miles) *.375 + 11.50 tolls |
|  |  |  | **$ 200.76** |  |
| **Hermann Schutte** | 03/15/2004 | Audit Manager | $ 26.64 | Mileage in Excess of Daily Commute (36 miles *.375 x2) |
|  | 03/19/2004 | Audit Manager | $ 26.64 | Mileage in Excess of Daily Commute (36 miles *.375 x2) |
|  | 03/22/2004 | Audit Manager | $ 26.64 | Mileage in Excess of Daily Commute (36 miles *.375 x2) |
|  | 03/23/2004 | Audit Manager | $ 26.64 | Mileage in Excess of Daily Commute (36 miles *.375 x2) |
|  | 03/24/2004 | Audit Manager | $ 26.64 | Mileage in Excess of Daily Commute (36 miles *.375 x2) |
|  | 03/25/2004 | Audit Manager | $ 26.64 | Mileage in Excess of Daily Commute (36 miles *.375 x2) |
|  | 03/29/2004 | Audit Manager | $ 26.64 | Mileage in Excess of Daily Commute (36 miles *.375 x2) |
|  | 03/30/2004 | Audit Manager | $ 26.64 | Mileage in Excess of Daily Commute (36 miles *.375 x2) |
|  | 03/31/2004 | Audit Manager | $ 26.64 | Mileage in Excess of Daily Commute (36 miles *.375 x2) |
|  |  |  | **$ 239.76** |  |
| **Lauren Misler** | 03/01/2004 | Audit Associate | $ 22.50 | Mileage in excess of daily commute (85-25)*.375 |
|  | 03/02/2004 | Audit Associate | $ 22.50 | Mileage in excess of daily commute (85-25)*.375 |
|  | 03/03/2004 | Audit Associate | $ 22.50 | Mileage in excess of daily commute (85-25)*.375 |
|  | 03/04/2004 | Audit Associate | $ 22.50 | Mileage in excess of daily commute (85-25)*.375 |
|  | 03/05/2004 | Audit Associate | $ 22.50 | Mileage in excess of daily commute (85-25)*.375 |
|  | 03/08/2004 | Audit Associate | $ 22.50 | Mileage in excess of daily commute (85-25)*.375 |
|  |  |  | **$ 135.00** |  |
| **Nina Govic** | 03/01/2004 | Audit Senior Associate | $ 45.00 | Overtime dinner for engagement team: Stromann, Stickley, Misler, Client |
|  | 03/02/2004 | Audit Senior Associate | $ 34.85 | Overtime dinner for engagement team: Stromann, Stickley, Misler |
|  | 03/01/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of daily commute (86 miles *.375) |
|  | 03/02/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of daily commute (86 miles *.375) |
|  | 03/03/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of daily commute (86 miles *.375) |
|  | 03/04/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of daily commute (86 miles *.375) |
|  | 03/05/2004 | Audit Senior Associate | $ 43.38 | Working lunch, for team including, Stromann, Stickley, Misler |
|  | 03/05/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of daily commute (86 miles *.375) |
|  | 03/08/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of daily commute (86 miles *.375) |
|  | 03/09/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of daily commute (86 miles *.375) |
|  | 03/10/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of daily commute (86 miles *.375) |
|  | 03/11/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of daily commute (86 miles *.375) |
|  | 03/15/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of daily commute (86 miles *.375) |
|  | 03/16/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of daily commute (86 miles *.375) |
|  | 03/17/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of daily commute (86 miles *.375) |
|  |  |  | **$ 511.43** |  |
| **William Choi** | 03/01/2004 | Audit Manager | $ 28.13 | Personal Car Mileage in excess of daily commute (75 miles *.375) |
|  | 03/02/2004 | Audit Manager | $ 28.12 | Personal Car Mileage in excess of daily commute (75 miles *.375) |
|  | 03/03/2004 | Audit Manager | $ 12.00 | Parking at the March audit committee meeting down town |
|  |  |  | **$ 68.25** |  |
| **William Bishop** | 03/03/2004 | Audit Partner | $ 11.00 | Parking at the March audit committee meeting down town |
|  |  |  | **$ 11.00** |  |
| **Nick Stromann** | 03/01/2004 | Audit Associate | $ 14.00 | Mileage in excess of daily commute (48 miles*.375)-$4 metro |
|  | 03/02/2004 | Audit Associate | $ 14.00 | Mileage in excess of daily commute (48 miles*.375)-$4 metro |
|  | 03/03/2004 | Audit Associate | $ 14.00 | Mileage in excess of daily commute (48 miles*.375)-$4 metro |
|  | 03/04/2004 | Audit Associate | $ 14.00 | Mileage in excess of daily commute (48 miles*.375)-$4 metro |
|  | 03/05/2004 | Audit Associate | $ 14.00 | Mileage in excess of daily commute (48 miles*.375)-$4 metro |
|  | 03/08/2004 | Audit Associate | $ 14.00 | Mileage in excess of daily commute (48 miles*.375)-$4 metro |
|  | 03/09/2004 | Audit Associate | $ 14.00 | Mileage in excess of daily commute (48 miles*.375)-$4 metro |
|  | 03/10/2004 | Audit Associate | $ 14.00 | Mileage in excess of daily commute (48 miles*.375)-$4 metro |
|  | 03/11/2004 | Audit Associate | $ 14.00 | Mileage in excess of daily commute (48 miles*.375)-$4 metro |
|  | 03/12/2004 | Audit Associate | $ 14.00 | Mileage in excess of daily commute (48 miles*.375)-$4 metro |
|  |  |  | **$ 140.00** |  |
| **Aimee Stickley** | 03/01/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/02/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/03/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/04/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/05/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/08/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/09/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/10/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/11/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/12/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/16/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/17/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/18/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/19/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/22/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/23/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/24/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/25/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/26/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/29/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  | 03/30/2004 | Audit Associate | $ 27.75 | Mileage in excess of daily commute (74 miles*.375) |
|  |  |  | **$ 582.75** |  |
| **Todd Hutcherson** | 03/03/2004 | Audit Senior Manager | $ 22.00 | Parking during the March 3, 2004 Audit Committee Meeting |
|  |  |  | **$ 22.00** |  |
|  |  | **Grand Total** | **$ 1,910.95** |  |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended March 31, 2004**

**Expenses for the period**
**3/1-3/15/04**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **Margaret Driscoll** | Audit | 03/08/2004 | $ 100.38 | | | | Personal car mileage in excess of daily commute (237 miles) *.375 + 11.50 tolls |
| | Audit | 03/10/2004 | $ 100.38 | | | | Personal car mileage in excess of daily commute (237 miles) *.375 + 11.50 tolls |
| **Hermann Schutte** | Sarbanes | 03/15/2004 | $ 26.64 | | | | Personal car mileage in excess of daily commute (36 miles *.375 x2) |
| | Sarbanes | 03/19/2004 | $ 26.64 | | | | Personal car mileage in excess of daily commute (36 miles *.375 x2) |
| | Sarbanes | 03/22/2004 | $ 26.64 | | | | Personal car mileage in excess of daily commute (36 miles *.375 x2) |
| | Sarbanes | 03/23/2004 | $ 26.64 | | | | Personal car mileage in excess of daily commute (36 miles *.375 x2) |
| | Sarbanes | 03/24/2004 | $ 26.64 | | | | Personal car mileage in excess of daily commute (36 miles *.375 x2) |
| | Sarbanes | 03/25/2004 | $ 26.64 | | | | Personal car mileage in excess of daily commute (36 miles *.375 x2) |
| | Sarbanes | 03/29/2004 | $ 26.64 | | | | Personal car mileage in excess of daily commute (36 miles *.375 x2) |
| | Sarbanes | 03/30/2004 | $ 26.64 | | | | Personal car mileage in excess of daily commute (36 miles *.375 x2) |
| | Sarbanes | 03/31/2004 | $ 26.64 | | | | Personal car mileage in excess of daily commute (36 miles *.375 x2) |
| **Lauren Misler** | Audit | 03/01/2004 | $ 22.50 | | | | Personal car mileage in excess of daily commute (85-25)*.375 = 22.50 |
| | Audit | 03/02/2004 | $ 22.50 | | | | Personal car mileage in excess of daily commute (85-25)*.375 = 22.50 |
| | Audit | 03/03/2004 | $ 22.50 | | | | Personal car mileage in excess of daily commute (85-25)*.375 = 22.50 |
| | Audit | 03/04/2004 | $ 22.50 | | | | Personal car mileage in excess of daily commute (85-25)*.375 = 22.50 |
| | Audit | 03/05/2004 | $ 22.50 | | | | Personal car mileage in excess of daily commute (85-25)*.375 = 22.50 |
| | Audit | 03/08/2004 | $ 22.50 | | | | Personal car mileage in excess of daily commute (85-25)*.375 = 22.50 |
| **Nina Govic** | Audit | 03/01/2004 | | | | $ 45.00 | Overtime dinner for engagement team: Stromann, Stickley, Misler, Client |
| | Audit | 03/02/2004 | | | | $ 34.85 | Overtime dinner for engagement team: Stromann, Stickley, Misler |
| | Audit | 03/01/2004 | $ 32.35 | | | | Personal car mileage in excess of daily commute (86 miles *.375) |
| | Audit | 03/02/2004 | $ 32.35 | | | | Personal car mileage in excess of daily commute (86 miles *.375) |
| | Audit | 03/03/2004 | $ 32.35 | | | | Personal car mileage in excess of daily commute (86 miles *.375) |
| | Audit | 03/04/2004 | $ 32.35 | | | | Personal car mileage in excess of daily commute (86 miles *.375) |
| | Audit | 03/05/2004 | | | | $ 43.38 | Working lunch, for team including, Stromann, Stickley, Misler |
| | Audit | 03/05/2004 | $ 32.35 | | | | Personal car mileage in excess of daily commute (86 miles *.375) |
| | Audit | 03/08/2004 | $ 32.35 | | | | Personal car mileage in excess of daily commute (86 miles *.375) |
| | Audit | 03/09/2004 | $ 32.35 | | | | Personal car mileage in excess of daily commute (86 miles *.375) |
| | Audit | 03/10/2004 | $ 32.35 | | | | Personal car mileage in excess of daily commute (86 miles *.375) |
| | Audit | 03/11/2004 | $ 32.35 | | | | Personal car mileage in excess of daily commute (86 miles *.375) |
| | Audit | 03/15/2004 | $ 32.35 | | | | Personal car mileage in excess of daily commute (86 miles *.375) |
| | Audit | 03/16/2004 | $ 32.35 | | | | Personal car mileage in excess of daily commute (86 miles *.375) |
| | Audit | 03/17/2004 | $ 32.35 | | | | Personal car mileage in excess of daily commute (86 miles *.375) |
| **William Choi** | Audit | 03/01/2004 | 28.13 | | | | Personal car mileage in excess of daily commute (75 miles x .375) |
| | | 03/02/2004 | 28.12 | | | | Personal Car Mileage in excess of daily commute (75 miles x .375) |
| | | 03/03/2004 | $ 12.00 | | | | Parking |
| **William Bishop** | Audit | 03/03/2004 | $ 11.00 | | | | Parking |
| **Nick Stromann** | Audit | 03/01/2004 | $ 14.00 | | | | Personal car mileage in excess of daily commute (48 miles*.375)-$4 metro |
| | Audit | 03/02/2004 | $ 14.00 | | | | Personal car mileage in excess of daily commute (48 miles*.375)-$4 metro |
| | Audit | 03/03/2004 | $ 14.00 | | | | Personal car mileage in excess of daily commute (48 miles*.375)-$4 metro |
| | Audit | 03/04/2004 | $ 14.00 | | | | Personal car mileage in excess of daily commute (48 miles*.375)-$4 metro |
| | Audit | 03/05/2004 | $ 14.00 | | | | Personal car mileage in excess of daily commute (48 miles*.375)-$4 metro |
| | Audit | 03/08/2004 | $ 14.00 | | | | Personal car mileage in excess of daily commute (48 miles*.375)-$4 metro |
| | Audit | 03/09/2004 | $ 14.00 | | | | Personal car mileage in excess of daily commute (48 miles*.375)-$4 metro |
| | Audit | 03/10/2004 | $ 14.00 | | | | Personal car mileage in excess of daily commute (48 miles*.375)-$4 metro |
| | Audit | 03/11/2004 | $ 14.00 | | | | Personal car mileage in excess of daily commute (48 miles*.375)-$4 metro |
| | Audit | 03/12/2004 | $ 14.00 | | | | Personal car mileage in excess of daily commute (48 miles*.375)-$4 metro |
| **Aimee Stickley** | Audit | 03/01/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/02/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/03/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/04/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/05/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/08/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/09/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/10/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/11/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/12/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/16/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/17/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/18/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/19/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/22/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/23/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/24/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/25/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/26/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/29/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| | Audit | 03/30/2004 | $ 27.75 | | | | Personal car mileage in excess of daily commute (74 miles*.375) |
| **Todd Hutcherson** | Audit | 03/03/2004 | $ 22.00 | | | | Parking during the March 3, 2004 Audit Committee Meeting |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 1,910.95 | $ 1,787.72 | $ - | $ - | $ 123.23 |