**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |

**ORDER APPROVING TWELFTH QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Upon consideration of the Twelfth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period January 1, 2004 through March 31, 2004, dated May 7, 2004 (the "Application"); and upon the Certification of W. Larry Farmer in support of the Application; and upon a hearing having been held before this Court to consider the Twelfth Quarterly Fee Application on _____ __, 2004; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Twelfth Quarterly Fee Application are approved, and it is further

ORDERED that the compensation for services rendered in the amount of $507,637.45 (plus $12,974.68 for preparing the related fee applications) and reimbursement of expenses incurred in the amount of $13,680.49 is hereby granted to PwC.

Dated: _____ __, 2004

 

 

                                                                                         _____
                                                                                        United States Bankruptcy Judge