**EXHIBIT B**

**Summary of PwC's Fees By Individual:**
**Twelfth Interim Quarterly Reporting Period**
**January 1, 2004 thru March 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 70.6 | 23,605 |
| Raymond Bromark | Audit Concurring Partner | 30+ | 1550 | 10.2 | 7,115 |
| Robert Eydt | Audit Partner | | 1213 | 3.0 | 1,638 |
| Brett Cohen | Audit Partner | 20+ | 1213 | 3.2 | 1,747 |
| James Schumacher | Audit Partner | 10+ | 743 | 1.0 | 334 |
| Joseph Divito | SPA Partner | 20+ | 821 | 7.0 | 2,586 |
| Peter Woolf | Tax Partner | 20+ | 762 | 64.5 | 22,117 |
| William Bishop | Audit Partner | 15+ | 743 | 23.3 | 8,608 |
| Tom Kalinosky | Audit Specialist | 5+ | 723 | 14.5 | 4,718 |
| Dale Jensen | FAS Partner | 20+ | 710 | 5.5 | 1,757 |
| Kevin Hassan | GHRS - Environmental Specialist | 7 | 674 | 1.0 | 303 |
| Marc Schwartz | Tax Senior Manager | 10 | 608 | 52.0 | 14,227 |
| Michelle Gerety | Tax Senior Manager | 10 | 608 | 58.5 | 16,006 |
| John Newstead | Audit Senior Manager | 20+ | 610 | 10.0 | 3,965 |
| Todd Hutcherson | Audit Manager | 11 | 569 | 147.3 | 38,957 |
| Christof Letzgus | Tax Manager | 6 | 565 | 1.0 | 254 |
| Craig Cleaver | SPA Manager | 5 | 541 | 26.2 | 6,833 |
| John McKey | SPA Manager | 7 | 541 | 0.6 | 146 |
| Maria Lopez | Tax Senior Associate | 4 | 520 | 36.0 | 8,424 |
| Lee Hillard | FAS Manager | 6 | 510 | 3.0 | 689 |
| Sandra David | Audit Manager | 6 | 487 | 75.2 | 16,480 |
| Will Choi | Audit Manager | 6 | 487 | 226.6 | 51,987 |
| Maureen Driscoll | SPA Senior Associate | 4 | 416 | 74.3 | 14,550 |
| James Heiberg | SPA Senior Associate | 3 | 416 | 39.0 | 7,301 |
| Hermann Schutte | Audit Manager | 5+ | 487 | 80.0 | 25,324 |
| Jason Roeder | FAS Senior Associate | 4 | 375 | 6.5 | 1,097 |
| Cynthia Unger | FAS Senior Associate | 4 | 375 | 1.0 | 169 |
| Jean Qi | Audit Senior Associate | 4 | 349 | 116.9 | 18,359 |
| Brian Krisch | SPA Senior Associate | 4 | 348 | 27.0 | 4,228 |
| Kenneth Feinstein | SPA Senior Associate | 4 | 348 | 1.0 | 157 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 129.2 | 19,884 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 368.6 | 57,535 |
| Elena Diaz-Pou | Tax Senior Associate | 4 | 321 | 2.0 | 289 |
| Joseph Meenan | SPA Associate | 1 | 279 | 8.0 | 1,004 |
| Aimee Stickley | Audit Associate | 2 | 270 | 232.0 | 28,188 |
| Jeffrey Zartman | Audit Associate | 2 | 270 | 191.7 | 23,292 |
| Bethanie Lydon | Audit Associate | 2 | 232 | 16.5 | 1,723 |
| Young Lee | Tax Associate | 1 | 228 | 57.0 | 5,848 |
| M Tierney Bravo | Tax Associate | 1 | 201 | 1.0 | 90 |
| Bianca Rodriguez | Audit Associate | 1 | 197 | 107.0 | 9,486 |
| Scott Tremble | Audit Associate | 2 | 197 | 113.3 | 10,044 |
| Nicholas Stromann | Audit Associate | <1 | 197 | 211.4 | 18,741 |

{MCM9189.DOC}

| Lauren Misler | Audit Associate | <1 | 197 | 210.8 | 18,687 |
|---|---|---|---|---|---|
| Michael McDonnell | Audit Associate | <1 | 174 | 116.2 | 9,098 |
| Nicholas Kray | Audit Associate | 2 | 223 | 0.5 | 50 |
|  |  |  | **Totals** | **2951.1** | **$ 507,637.45** |

**Summary of PwC's Fees By Project Category:**
**Twelfth Interim Quarterly Reporting Period**
**January 1, 2004 thru March 31, 2004**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **115.6** | **12,974.68** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |

| | | |
|---|---|---|
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **2,951.1** | **$507,637.45** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **3,066.7** | **$520,612.13** |

**EXHIBIT C**

{MCM9189.DOC}

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Twelfth Interim Reporting Period**
**January 1, 2004 thru March 31, 2004**

| Type of Expense | |
|---|---:|
| Transportation | $9,311.62 |
| Lodging | $1,154.63 |
| Sundry | $45.20 |
| Business Meals | $3,169.40 |
| **Grand Total for the Fee Period January 1, 2004 through March 31, 2004** | **$13,680.49** |

{MCM9189.DOC}