# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objection deadline: May 7, 2004 at 4:00 p.m.** |
| | : | **Hearing date:  May 24, 2004 at 12:00 p.m.** |
| | : | |
| | : | Related Doc. No. 5460 |

## LIMITED OBJECTION OF CERTAIN INSURERS' TO DEBTORS' MOTION TO APPOINT A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS

Certain Insurers[1], by and through their undersigned counsel, hereby submit this Limited Objection to Debtors' Application for the Appointment of a Legal Representative for Future Asbestos Claimants (the "Limited Objection") (Docket No. 5460).  In support of their Limited Objection, Certain Insurers incorporate the brief filed simultaneously with this Limited Objection.

Dated: May 7, 2004               COZEN O'CONNOR

/s/ Shelley A. Kinsella
_____
Shelley A. Kinsella (DE No. 4023)
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
(302) 295-2000 Telephone
(302) 295-2013 Facsimile

- and –

[Signatures continued on next page]

---

[1]  Certain Insurers are Federal Insurance Company and Royal & SunAlliance.

William P. Shelley (PA ID 40875)
Jacob C. Cohn (PA ID 54139)
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000 Telephone
(215) 665-2013 Facsimile

Attorneys for Federal Insurance Company

- and -

BIFFERATO, BIFFERATO & GENTILOLTTI
Ian Connor Bifferato (DE No. 3273)
1308 Delaware Avenue
The Buckner Building
Wilmington, Delaware 19899-2165
(302) 429-1900 Telephone

-and-

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
Carl J. Pernicone
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000 Telephone

Attorneys for Royal & SunAlliance