IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Hearing Date May 24, 2004 at 12:00 p.m. |

**RESPONSE OF THE OFFICIAL COMMITTEE
OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE DEBTORS'
APPLICATION FOR APPOINTMENT OF A LEGAL
<u>REPRESENTATIVE FOR THE FUTURE ASBESTOS CLAIMANTS</u>**

The Official Committee of Asbestos Personal Injury Claimants ("Asbestos Committee"), by and through the undersigned counsel, hereby submits this Response to the Application of Debtors Pursuant to 11 U.S.C. §§ 105, 327 and 524(g)(4)(B)(i) ("Motion"), for the Appointment of a Legal Representative for Future Asbestos Claimants. In support of the Response, the Asbestos Committee states as follows:

<u>**BACKGROUND**</u>

1. On April 2, 2001 (the "Petition Date"), W.R. Grace & Co. ("Grace") and its affiliated debtors and debtors in possession (collectively, the "Debtors") commenced the instant proceedings by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the Clerk of this Court. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. On the Petition Date, the Court entered an order authorizing the joint administration of these cases for procedural purposes.

{D0021606:1 }

2. No trustee or examiner has been appointed in these cases. On April 12, 2001, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the P.I. Committee, the Official Committee of Asbestos Property Damage Claimants (the "P.D. Committee") and the Official Committee of Unsecured Creditors (the "General Creditors' Committee,"). On June 18, 2001, the U.S Trustee appointed the Official Committee of Equity Security Holders (the "Equity Committee," and collectively with the P.I. Committee, the P.D. Committee, and the General Creditors Committee, the "Committees").

3. On April 19, 2004, the Debtors filed the Motion seeking the appointment of either David T. Austern, Eric D. Green, or Dean M. Trafelet as Legal Representative of the Future Asbestos Claimants (Futures' Representative"), as described in Section 524(g)(4)(B)(i) of the Bankruptcy Code.

## RESPONSE

4. The Asbestos Committee supports the appointment of either Eric D. Green or Dean M. Trafelet as Futures' Representative. Both of these gentlemen are eminently qualified and highly experienced and currently function in that capacity for other cases as noted by the Debtor. The Asbestos Committee does not foresee a conflict arising from their roles as Futures' Representatives in other asbestos bankruptcy cases.

5. The Asbestos Committee does not support David T. Austern for the appointment of Futures' Representative.

WHEREFORE, for the foregoing reasons, the Asbestos Committee respectfully requests that the Court enter an order appointing as Futures' Representative either Eric D. Green or Dean M. Trafelet.

{D0021606:1 }

| | |
|---|---|
| Date: May 7, 2004 | CAMPBELL & LEVINE, LLC |
| | |
| | /S/ M<span>ARLA</span> E<span>SKIN</span> |
| | Marla R. Eskin (I.D. #2989) |
| | Mark T. Hurford (I.D. #3229) |
| | 800 North King Street Suite 300 |
| | Wilmington, DE  19801 |
| | (302) 426-1900 |
| | |
| | -and- |
| | |
| | Elihu Inselbuch |
| | Caplin & Drysdale, Chartered |
| | 399 Park Avenue |
| | New York, NY  10022-4614 |
| | (212) 319-7125 |
| | |
| | -and- |
| | |
| | Peter Van N. Lockwood |
| | Nathan D. Finch |
| | Caplin & Drysdale, Chartered |
| | One Thomas Circle, N.W. |
| | Washington, D.C.  20005 |
| | (202) 862-5000 |
| | |
| | Counsel to the Official Committee of Asbestos Personal Injury Claimants of W.R. Grace & Company, et al. |

{D0021606:1 }