## **CERTIFICATE OF SERVICE**

  I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this Response and Objection of the Official Committee of Asbestos Property Damage Claimants to Application of Debtors Pursuant To 11 U.S.C. §§ 105, 327 and 524 (g)(4)(B)(i), For The Appointment of a Legal Representative For Future Asbestos Claimants was made on May 7, 2004, upon the following parties in the manner indicated:

  All parties on the attached Service List.

  Under penalty of perjury, I declare that the foregoing is true and correct.

           /s/ Theodore J. Tacconelli
           THEODORE J. TACCONELLI, ESQ.

TJT/ald
F:\Andrea\TJT\WRGraceCommittee\certs of service\CertofServ5704.wpd

## SERVICE LIST

**BY HAND DELIVERY**

Frank J. Perch, III, Esquire
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801


**BY FACSIMILE AND FIRST CLASS MAIL**

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Lewis Kruger, Esquire
Stroock & Stroock &  Lavan
180 Maiden Lane
New York, NY 10038-4982

Thomas M. Mayer, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022