IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | Related Doc. No. 5544 |

**CERTIFICATION OF SERVICE OF
LIMITED OBJECTION OF CERTAIN INSURERS' TO DEBTORS' MOTION TO
APPOINT A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS**

I, Shelley A. Kinsella, hereby certify that I am not less than 18 years of age and further certify that on May 7, 2004 I caused to be served a true and correct copy of the *Limited Objection of Certain Insurers' to Debtors' Motion to Appoint a Legal Representative for Future Asbestos Claimants* ("Limited Objection) together with a copy of the *Memorandum of Law in Support of the Limited Objection* ("Memorandum of Law") (Docket No. 5544) upon the parties identified on the service list attached hereto as Exhibit "A" via the manner indicated thereon.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 10, 2004
Wilmington, DE

                                                     COZEN O'CONNOR

                                                   /s/ Shelley A. Kinsella
                                                   _____
                                                   Shelley A. Kinsella (DE No. 4023)
                                                   1201 N. Market Street
                                                   Suite 1400
                                                   Wilmington, DE  19801
                                                   (302) 295-2000 Telephone
                                                   (302) 295-2013 Facsimile

                                                   Attorneys for Federal Insurance Company