## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2004, a copy of the foregoing Motion and Order for Admission Pro Hac Vice of Carl J. Pernicone was caused to be served by hand delivery upon the following:

Laura Davis Jones, Esq.
David W. Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705

By: _____
Ian Connor Bifferato (#3273)
**BIFFERATO, BIFFERATO & GENTILOTTI**
1308 Delaware Avenue, P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900 Telephone