IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: June 1, 2004 at 4:00 p.m.**
**Hearing Date: to be scheduled if necessary**

## FEE DETAIL FOR PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100  Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

March 31, 2004

Invoice Number  **60748**     **91100   00001**      **SEM**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:   February 29, 2004 | $101,006.81 |
| Payments received since last invoice, last payment received --   May 3, 2004 | $43,639.34 |
| Net balance forward | $57,367.47 |

Re:  W.R. Grace and Co.

---

**Statement of Professional Services Rendered Through**      **03/31/2004**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | | **CASE ADMINISTRATION [B110]** | | | |
| 03/01/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/01/04 | PEC | Update critical dates memo | 1.10 | 140.00 | $154.00 |
| 03/01/04 | DWC | Review January 2004 MOR. | 0.40 | 320.00 | $128.00 |
| 03/02/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/02/04 | PEC | Update critical dates memo | 0.30 | 140.00 | $42.00 |
| 03/02/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/03/04 | SLP | Maintain document control. | 4.30 | 70.00 | $301.00 |
| 03/03/04 | PEC | Update critical dates memo | 1.30 | 140.00 | $182.00 |
| 03/03/04 | PEC | Draft Notice of Agenda for 3/22 hearing | 1.80 | 140.00 | $252.00 |
| 03/03/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/04/04 | SLP | Maintain document control. | 4.30 | 70.00 | $301.00 |
| 03/04/04 | CMS | Prepare Hearing Notebook. | 4.70 | 60.00 | $282.00 |
| 03/04/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/04/04 | PEC | Review docket | 0.30 | 140.00 | $42.00 |
| 03/04/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 03/05/04 | RMO | Maintain document control. | 0.50 | 75.00 | $37.50 |
| 03/05/04 | CMS | Prepare Hearing Notebook. | 1.20 | 60.00 | $72.00 |
| 03/05/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/05/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 03/08/04 | SLP | Maintain document control. | 2.30 | 70.00 | $161.00 |
| 03/08/04 | CMS | Prepare Hearing Notebook. | 2.10 | 60.00 | $126.00 |
| 03/08/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/08/04 | PEC | Update critical dates memo | 0.60 | 140.00 | $84.00 |
| 03/09/04 | PEC | Review daily correspondence and pleadings and forward to | 0.30 | 140.00 | $42.00 |

**Invoice number  60748**      91100   00001                                    **Page   2**

| | | | | | |
|---|---|---|---|---|---|
| | | the appropriate parties | | | |
| 03/09/04 | PEC | Update critical dates memo | 1.00 | 140.00 | $140.00 |
| 03/09/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/09/04 | PEC | Telephone call with Brandon McCarthy regarding Request for 2/23 hearing transcript | 0.30 | 140.00 | $42.00 |
| 03/09/04 | PEC | Telephone call with Writers' Cramp to check the status of the 2/23 hearing transcript request | 0.30 | 140.00 | $42.00 |
| 03/10/04 | SLP | Maintain document control. | 1.30 | 70.00 | $91.00 |
| 03/10/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/10/04 | PEC | Update critical dates memo | 0.60 | 140.00 | $84.00 |
| 03/11/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 140.00 | $56.00 |
| 03/11/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 03/11/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/12/04 | CMS | Prepare Hearing Notebook. | 2.30 | 60.00 | $138.00 |
| 03/12/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/12/04 | PEC | Update critical dates memo | 1.00 | 140.00 | $140.00 |
| 03/15/04 | CMS | Prepare Hearing Notebook. | 1.20 | 60.00 | $72.00 |
| 03/15/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/15/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 03/15/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/16/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/16/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 03/16/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/17/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/17/04 | PEC | Update critical dates memo | 0.20 | 140.00 | $28.00 |
| 03/18/04 | DWC | Emails with T. Taconelli & P. Cuniff regarding telephonic appearances at 3/22 hearing. | 0.20 | 320.00 | $64.00 |
| 03/18/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/18/04 | PEC | Update critical dates memo | 1.10 | 140.00 | $154.00 |
| 03/18/04 | PEC | Review docket for updates | 0.30 | 140.00 | $42.00 |
| 03/23/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 03/23/04 | SLP | Maintain document control. | 2.00 | 70.00 | $140.00 |
| 03/24/04 | PEC | Review daily correspondence | 0.20 | 140.00 | $28.00 |
| 03/24/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 03/24/04 | PEC | Review docket | 0.30 | 140.00 | $42.00 |
| 03/25/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/25/04 | PEC | Update critical dates memo | 0.60 | 140.00 | $84.00 |
| 03/26/04 | SLP | Maintain document control. | 2.30 | 70.00 | $161.00 |
| 03/26/04 | CMS | Maintain Document Control. | 0.40 | 60.00 | $24.00 |
| 03/26/04 | PEC | Update critical dates memo | 1.20 | 140.00 | $168.00 |
| 03/26/04 | PEC | Review docket for updates | 0.20 | 140.00 | $28.00 |
| 03/26/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/29/04 | RMO | Maintain document control. | 0.30 | 75.00 | $22.50 |
| 03/29/04 | SLP | Maintain document control. | 30.00 | 70.00 | $2,100.00 |
| 03/29/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/29/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 03/29/04 | PEC | Review docket for updates | 0.20 | 140.00 | $28.00 |
| 03/29/04 | SEM | Forward 3rd Circuit filings to D. Carickhoff for handling. | 0.10 | 425.00 | $42.50 |
| 03/29/04 | DWC | Review and respond to S. Blatnick email regarding confidentiality agreement. | 0.20 | 320.00 | $64.00 |

**Invoice number  60748**    91100   00001                                    **Page  3**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 03/30/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/30/04 | PEC | Update critical dates memo | 0.50 | 140.00 | $70.00 |
| 03/30/04 | PEC | Review docket for updates | 0.20 | 140.00 | $28.00 |
| 03/31/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/31/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/31/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| | | **Task Code Total** | **86.60** | | **$8,024.50** |

**WRG CLAIM ANALYSIS NONASBESTOS**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 03/04/04 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |
| 03/05/04 | DWC | Review and respond to letter of Jose Flores of Obligado Cia. | 0.50 | 320.00 | $160.00 |
| 03/08/04 | PEC | Return calls to various parties regarding case status | 0.60 | 140.00 | $84.00 |
| 03/10/04 | PEC | Return various calls to creditors regarding case status | 0.60 | 140.00 | $84.00 |
| 03/15/04 | DWC | Telephone call with co-counsel regarding report on claims. | 0.20 | 320.00 | $64.00 |
| 03/16/04 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |
| 03/17/04 | DWC | Review draft of Claims Status Report and send comments to J. Baer. | 0.90 | 320.00 | $288.00 |
| 03/18/04 | PEC | Return calls to various parties regarding case status | 0.40 | 140.00 | $56.00 |
| 03/18/04 | PEC | Prepare Debtors' Status Report on Their Claims Reconciliation and Objection Process for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 140.00 | $56.00 |
| 03/18/04 | DWC | Finalize Status Report on claims. | 0.40 | 320.00 | $128.00 |
| 03/31/04 | PEC | Return calls to various creditors regarding case status | 0.40 | 140.00 | $56.00 |
| | | **Task Code Total** | **5.40** | | **$1,116.00** |

**WRG- EMPLOY. APP. , OTHERS**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 03/11/04 | PEC | Respond to request of Will Sparks of W.R.Grace for Retention Applications for Pitney, Hardin, Woodcock, Washburn and Reed Smith | 0.50 | 140.00 | $70.00 |
| 03/11/04 | DWC | Telephone call with W. Sparks regarding retention of lobbyist firm. | 0.30 | 320.00 | $96.00 |
| 03/15/04 | DWC | Review and revise motion to expand scope of Deloite's retention. | 0.80 | 320.00 | $256.00 |
| 03/19/04 | DWC | Finalize Deloitte expansion of services motion. | 1.80 | 320.00 | $576.00 |
| | | **Task Code Total** | **3.40** | | **$998.00** |

**EMPLOYEE BENEFIT/PENSION- B220**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 03/22/04 | DWC | Finalize motion for authority to implement 2004-2006 long-term incentive plan. | 1.20 | 320.00 | $384.00 |
| | | **Task Code Total** | **1.20** | | **$384.00** |

**WRG-FEE APPS., APPLICANT**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 03/02/04 | IDK | Emails with B. Ramseyer and Delaware accounting regarding January 2004 application and revise chart. | 0.20 | 525.00 | $105.00 |
| 03/09/04 | WLR | Correspondence to Liliana Gardiazabal regarding February 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 03/15/04 | WLR | Review correspondence from Peg Broadwater (.1) and | 0.30 | 375.00 | $112.50 |

| | | reply regarding January 2004 fee application. | | | |
|---|---|---|---|---|---|
| 03/15/04 | WLR | Review correspondence from Liliana Gardiazabal regarding January 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 03/15/04 | WLR | Prepare revised January 2004 fee application. | 0.40 | 375.00 | $150.00 |
| 03/16/04 | WLR | Review correspondence from Liliana Gardiazabal regarding January 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 03/16/04 | WLR | Review and revise January 2004 fee application. | 0.30 | 375.00 | $112.50 |
| 03/16/04 | WLR | Correspondence to Peg Broadwater regarding January 2004 fee application. | 0.20 | 375.00 | $75.00 |
| 03/16/04 | WLR | Update fee application status memo. | 0.10 | 375.00 | $37.50 |
| 03/18/04 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 145.00 | $29.00 |
| 03/18/04 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 145.00 | $29.00 |
| 03/19/04 | WLR | Draft 12th quarterly (January 1, 2004 to March 31, 2004) fee application. | 0.40 | 375.00 | $150.00 |
| 03/22/04 | WLR | Correspondence to Liliana Gardiazabal regarding February 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 03/24/04 | DWC | Review PSZYJW January fee application. | 0.20 | 320.00 | $64.00 |
| 03/25/04 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 145.00 | $29.00 |
| 03/25/04 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 145.00 | $29.00 |
| 03/25/04 | WLR | Prepare February 2004 fee application. | 0.60 | 375.00 | $225.00 |
| 03/25/04 | WLR | Correspondence to Liliana Gardiazabal regarding February 2004 fee application. | 0.20 | 375.00 | $75.00 |
| 03/25/04 | WLR | Review correspondence from Peg Broadwater regarding fee application status. | 0.10 | 375.00 | $37.50 |
| 03/25/04 | WLR | Review correspondence from Liliana Gardiazabal regarding February 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 03/26/04 | WLR | Review correspondence from Liliana Gardiazabal regarding February 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 03/26/04 | WLR | Correspondence to Liliana Gardiazabal regarding February 2004 fee application. | 0.20 | 375.00 | $75.00 |
| 03/26/04 | WLR | Prepare February 2004 fee application. | 0.20 | 375.00 | $75.00 |
| 03/29/04 | WLR | Review correspondence from Liliana Gardiazabal regarding February 2004 bill. | 0.10 | 375.00 | $37.50 |
| 03/29/04 | WLR | Review correspondence from Liliana Gardiazabal regarding february 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 03/30/04 | WLR | Correspondence to Liliana Gardiazabal regarding February 2004 fee application. | 0.20 | 375.00 | $75.00 |
| 03/30/04 | WLR | Prepare February 2004 fee application. | 0.20 | 375.00 | $75.00 |
| 03/31/04 | WLR | Review correspondence from Liliana Gardiazabal regarding February 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 03/31/04 | WLR | Draft and review February 2004 fee application. | 0.30 | 375.00 | $112.50 |
| 03/31/04 | WLR | Correspondence to Peg Broadwater regarding February 2004 fee application. | 0.20 | 375.00 | $75.00 |
| 03/31/04 | WLR | Update fee application status memo. | 0.10 | 375.00 | $37.50 |

**Task Code Total**                                              **6.10**                        **$2,122.50**

**WRG-FEE APPLICATIONS, OTHERS**

| 03/03/04 | PEC | Discuss Monthly Fee Applications with David Carickhoff | 0.30 | 140.00 | $42.00 |
|---|---|---|---|---|---|
| 03/03/04 | PEC | Correspond with Betsy Burn of NMR&S Regarding the August and September Monthly Fee Applications | 0.30 | 140.00 | $42.00 |
| 03/03/04 | DWC | Review and respond to B. Burnes emails regarding Nelson Mullins fee applications and meet with P. Cuniff regarding same. | 0.40 | 320.00 | $128.00 |
| 03/04/04 | PEC | Prepare Nelson Mullins August Monthly Fee Application | 0.50 | 140.00 | $70.00 |

**Invoice number  60748**     91100   00001                                    **Page   5**

| | | | | | |
|---|---|---|---|---|---|
| | | for filing and service (.4); Draft Affidavit of Service (.1) | | | |
| 03/04/04 | PEC | Prepare Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/05/04 | PEC | Prepare Kirkland & Ellis January Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/08/04 | PEC | Prepare Nelson Mullins October Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/08/04 | PEC | Prepare Nelson Mullins November Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/08/04 | PEC | Prepare Nelson Mullins December Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/08/04 | DWC | Review and respond to S. Bossay email regarding 3/22 hearing. | 0.20 | 320.00 | $64.00 |
| 03/10/04 | PEC | Draft Notice of Nelson Mullins Eleventh Quarterly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/10/04 | PEC | Prepare Deloitte & Touche August Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/10/04 | PEC | Prepare Deloitte & Touche September Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/10/04 | PEC | Prepare Deloitte & Touche July Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/11/04 | PEC | Draft Certificate of No Objection Regarding BMC's July Monthly Fee Application (.3); Draft Certificate of Service (.1) | 0.40 | 140.00 | $56.00 |
| 03/11/04 | DWC | Review Duff and Phelps fee application. | 0.20 | 320.00 | $64.00 |
| 03/15/04 | PEC | Prepare Certification of Counsel Regarding Tenth Quarter Project Category Summary for the Tenth Interim Fee Period and Certain Prior Amounts for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/15/04 | PEC | Prepare Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Tenth Period and Certain Prior Amounts for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/15/04 | DWC | Draft certifications of counsel regarding proposed omnibus fee order and fee categories and draft fee order. | 1.30 | 320.00 | $416.00 |
| 03/16/04 | PEC | Prepare Duff & Phelps First Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/16/04 | PEC | Prepare Casner & Edwards January Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/18/04 | PEC | Discuss Blackstone Eighth Quarterly Fee Application with David Carickhoff, Jr. | 0.20 | 140.00 | $28.00 |
| 03/23/04 | DWC | Telephone call with T. Scholes regarding Deloitte fee applications and CNOs. | 0.20 | 320.00 | $64.00 |
| 03/24/04 | PEC | Prepare Carella Byrne's February Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/25/04 | PEC | Discuss The Blackstone Group's Eighth Quarterly Fee Application with David Carickhoff, Jr. | 0.20 | 140.00 | $28.00 |
| 03/25/04 | PEC | Prepare The Blackstone Groups' Twentieth Monthly Fee Application for filing and service | 0.40 | 140.00 | $56.00 |
| 03/25/04 | PEC | Draft Certificate of No Objection Regarding Deloitte & Touche March Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/25/04 | PEC | Draft Certificate of No Objection Regarding Deloitte & Touche April Monthly Fee Application and Certificate of | 0.80 | 140.00 | $112.00 |

**Invoice number  60748**      91100    00001                          **Page   6**

| | | | | | |
|---|---|---|---|---|---|
| | | Service (.4); Prepare for filing and service (.4) | | | |
| 03/25/04 | PEC | Draft Certificate of No Objection Regarding Deloitte & Touche May Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/25/04 | PEC | Draft Certificate of No Objection Regarding Deloitte & Touche June Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/25/04 | PEC | Draft Certificate of No Objection Regarding Steptoe & Johnson October Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/25/04 | PEC | Draft Certificate of No Objection Regarding Steptoe & Johnson November Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/25/04 | PEC | Draft Certificate of No Objection Regarding Steptoe & Johnson December Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/25/04 | DWC | Review Blackstone 8th Quarterly fee applicaiton covering all of 2003. | 0.40 | 320.00 | $128.00 |
| 03/25/04 | DWC | Review and execute CNOs regarding Deloitte's March, April, May and June fee applications and Steptoe's October, November and December fee applications. | 0.50 | 320.00 | $160.00 |
| 03/26/04 | PEC | Draft Notice of The Blackstone Group's Eighth Quarterly Fee Application and Certificates of Service | 0.50 | 140.00 | $70.00 |
| 03/26/04 | PEC | Prepare The Blackstone Group's Eighth Quarterly Fee Application for filing and service | 0.50 | 140.00 | $70.00 |
| 03/29/04 | PEC | Prepare Protiviti Inc.'s January Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/29/04 | PEC | Prepare Pitney Hardin January Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/29/04 | PEC | Prepare Woodcock Washburn's January Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/30/04 | PEC | Draft Certificate of No Objection Regarding Kirkland & Ellis' January Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/30/04 | PEC | Draft Certificate of No Objection Regarding Nelson Mullins October Monthly Fee Application And Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/30/04 | PEC | Draft Certificate of No Objection Regarding Nelson Mullins November Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/30/04 | PEC | Draft Certificate of No Objection Regarding Nelson Mullins December Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/30/04 | DWC | Review and execute CNOs regarding Nelson Mullins October, November and December fee applications and Kirkland & Ellis January fee applications in Sealed Air and main case. | 0.50 | 320.00 | $160.00 |
| 03/31/04 | DWC | Exchange emails and telephone call to P. Bilouz regarding Duff & Phelps fee applications. | 0.40 | 320.00 | $128.00 |

|  |  |  |  |
|---|---|---|---|
| **Task Code Total** | | **25.30** | **$4,280.00** |

**LITIGATION (NON-BANKRUPTCY]**

| | | | | | |
|---|---|---|---|---|---|
| 03/02/04 | DWC | Review Libby Counsel mark up to contempt order and call | 0.70 | 320.00 | $224.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | with J. Kapp regarding same. | | | |
| 03/03/04 | DWC | Review J. Wisler (Maryland counsel) comments to Libby proposed changes to contempt order and email response to his comments. | 0.40 | 320.00 | $128.00 |
| 03/03/04 | DWC | Review CNA counsel email regarding contempt order and J. Baer's comments regarding same. | 0.40 | 320.00 | $128.00 |
| 03/04/04 | DWC | Telephone call with D. Cohn to review and revise proposed contempt order (.5); revise order and email to co-counsel, Maryland & CNA regarding same (.5). | 1.00 | 320.00 | $320.00 |
| 03/04/04 | DWC | Review 3rd Circuit order regarding motion for leave to file statement in support of recusal. | 0.20 | 320.00 | $64.00 |
| 03/04/04 | DWC | Review and revise agenda for 3/22 hearing. | 0.80 | 320.00 | $256.00 |
| 03/04/04 | PEC | Revise and review Agenda for 3/22 hearing | 1.50 | 140.00 | $210.00 |
| 03/05/04 | DWC | Review and execute stipulation with Oldcastle and draft certificate of counsel regarding same and email regarding same. | 0.90 | 320.00 | $288.00 |
| 03/05/04 | DWC | Finalize agenda draft and speak with J. Baer and J. Kapp regarding same. | 0.50 | 320.00 | $160.00 |
| 03/05/04 | PEC | Prepare Preliminary Agenda for 3/22 hearing | 1.00 | 140.00 | $140.00 |
| 03/05/04 | PEC | Review hearing binder for 3/22 hearing | 0.80 | 140.00 | $112.00 |
| 03/08/04 | DWC | Review J. Baer and D. Cohn emails regarding contempt order and revise the same accordingly and email to all parties. | 0.50 | 320.00 | $160.00 |
| 03/09/04 | DWC | Review D. Cohn, J. Wisler and J. Baer emails regarding contempt order; revise order and email regarding same. | 0.50 | 320.00 | $160.00 |
| 03/11/04 | DWC | Draft certification of counsel regarding contempt motion and emails with counsel for Continental Casualty regarding same. | 0.50 | 320.00 | $160.00 |
| 03/11/04 | PEC | Prepare Certification of Counsel Regarding Gerard Contempt Motion (Adv. Pro. No. 01-771) for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 140.00 | $56.00 |
| 03/12/04 | DWC | Review response brief of Debtors regarding recusal issues before 3rd Circuit. | 0.90 | 320.00 | $288.00 |
| 03/15/04 | DWC | Finalize agenda for filing. | 0.50 | 320.00 | $160.00 |
| 03/15/04 | PEC | Revise and review 3/22 Agenda | 1.00 | 140.00 | $140.00 |
| 03/15/04 | PEC | Review Preliminary Hearing binder | 1.00 | 140.00 | $140.00 |
| 03/15/04 | PEC | E-mail Preliminary Agenda for 3/22 hearing to Chambers | 0.20 | 140.00 | $28.00 |
| 03/18/04 | DWC | Telephone call with W. Sparks regarding agenda for 3/22 hearing. | 0.10 | 320.00 | $32.00 |
| 03/18/04 | DWC | Analysis regarding contempt motion fees and expenses to be reimbursed by Libby Counsel. | 0.90 | 320.00 | $288.00 |
| 03/19/04 | DWC | Amend agenda; email court regarding same and of Status Report. | 0.50 | 320.00 | $160.00 |
| 03/19/04 | DWC | Finalize motion to approve settlement with Dunbar regarding real estate taxes. | 1.20 | 320.00 | $384.00 |
| 03/19/04 | DWC | Review draft motion regarding long-term incentive program. | 0.80 | 320.00 | $256.00 |
| 03/19/04 | DWC | Finalize motion to extend 365(d)(4) period to assume or reject leases and emails regarding same. | 1.40 | 320.00 | $448.00 |
| 03/22/04 | DWC | Prepare for hearing (3.5); attend hearing (1.4); confer with J. Baer, W. Sparks & M. Shelnity regarding results of hearing (1.3); draft memo regarding results of hearing (.6). | 6.80 | 320.00 | $2,176.00 |
| 03/23/04 | DWC | Review materials relevant to 3/26 oral argument and email National Union counsel and court regarding same. | 0.90 | 320.00 | $288.00 |
| 03/23/04 | DWC | Prepare requests to back date filings because electronic docket down. | 0.80 | 320.00 | $256.00 |
| 03/29/04 | DWC | Email with J. Baer regarding oral argument on National Union summary judgment motions. | 0.20 | 320.00 | $64.00 |
| 03/31/04 | DWC | Email with S. Blatnick regarding Wesconn discovery and confidentiality issues. | 0.40 | 320.00 | $128.00 |

**Invoice number  60748**    91100   00001                              **Page   8**

| 03/31/04 | DWC | Review memos regarding recent filings. | 0.40 | 320.00 | $128.00 |
|---|---|---|---|---|---|

|  |  | **Task Code Total** | **28.10** |  | **$7,930.00** |
|---|---|---|---|---|---|

### PLAN & DISCLOSURE STMT. [B320]

| 03/08/04 | DWC | Review PIT committee objection to exclusivity extension. | 0.40 | 320.00 | $128.00 |
|---|---|---|---|---|---|
| 03/11/04 | DWC | Telephone call with S. Blatnick regarding responding to PI committee objection to exclusivitiy extension. | 0.20 | 320.00 | $64.00 |
| 03/12/04 | DWC | Review and provide comments to co-counsel on reply in support of exclusivity extension. | 0.80 | 320.00 | $256.00 |
| 03/15/04 | DWC | Draft motion for leave to respond to P.I. committee objection to excusivity; and review reply. | 1.20 | 320.00 | $384.00 |

|  |  | **Task Code Total** | **2.60** |  | **$832.00** |
|---|---|---|---|---|---|

### STAY LITIGATION [B140]

| 03/19/04 | DWC | Review Mass. Department of Environmental Protection's lift stay motion. | 0.40 | 320.00 | $128.00 |
|---|---|---|---|---|---|
| 03/22/04 | DWC | Review J. Wasserson letter regarding withdrawal of Neutocrete stay relief motion and email him regarding same. | 0.30 | 320.00 | $96.00 |

|  |  | **Task Code Total** | **0.70** |  | **$224.00** |
|---|---|---|---|---|---|

|  | **Total professional services:** | **159.40** | **$25,911.00** |
|---|---|---|---|

**Costs Advanced:**

| 01/26/2004 | AT | Auto Travel Expense---Eagle Limo Service.(J.Kapp) [E109] | $77.44 |
|---|---|---|---|
| 02/03/2004 | BM | Business Meal---Cavanugh's. [E111] | $19.00 |
| 02/23/2004 | AT | Auto Travel Expense---Eagle Limo Service.(J.Kapp) [E109] | $92.57 |
| 02/23/2004 | DH | DHL | $11.91 |
| 02/23/2004 | DH | DHL | $13.13 |
| 02/23/2004 | DH | DHL | $8.13 |
| 02/24/2004 | DH | DHL | $19.23 |
| 02/24/2004 | DH | DHL | $10.08 |
| 02/24/2004 | DH | DHL | $15.57 |
| 02/25/2004 | DH | DHL | $7.98 |
| 02/25/2004 | DH | DHL | $7.98 |
| 02/25/2004 | DH | DHL | $8.13 |
| 02/25/2004 | DH | DHL | $11.91 |
| 02/25/2004 | DH | DHL | $13.13 |
| 02/25/2004 | RE | (F2 CORR 98 @0.15 PER PG) | $14.70 |
| 02/25/2004 | RE | (F2 CORR 292 @0.15 PER PG) | $43.80 |
| 02/25/2004 | RE | (F2 CORR 1920 @0.15 PER PG) | $288.00 |
| 02/27/2004 | DH | DHL | $7.98 |
| 02/27/2004 | DH | DHL | $13.13 |
| 02/27/2004 | DH | DHL | $8.13 |
| 02/27/2004 | DH | DHL | $11.91 |
| 03/01/2004 | DC | TriState | $20.60 |
| 03/01/2004 | DH | DHL | $12.08 |
| 03/01/2004 | DH | DHL | $13.32 |
| 03/01/2004 | DH | DHL | $8.25 |
| 03/02/2004 | DH | DHL | $15.79 |
| 03/02/2004 | DH | DHL | $13.32 |
| 03/02/2004 | DH | DHL | $8.77 |
| 03/02/2004 | DH | DHL | $8.09 |

**Invoice number  60748**     91100   00001                                      **Page   9**

| | | | |
|---|---|---|---|
| 03/02/2004 | RE | (G7 CORR 171 @0.15 PER PG) | $25.65 |
| 03/02/2004 | RE | (G7 CORR 715 @0.15 PER PG) | $107.25 |
| 03/02/2004 | RE | (F6 AGR 9 @0.15 PER PG) | $1.35 |
| 03/02/2004 | RE | (F6 AGR 4 @0.15 PER PG) | $0.60 |
| 03/02/2004 | RE | (F5 AGR 30 @0.15 PER PG) | $4.50 |
| 03/02/2004 | RE | (F6 AGR 5 @0.15 PER PG) | $0.75 |
| 03/02/2004 | RE | (F4 AGR 1507 @0.15 PER PG) | $226.05 |
| 03/02/2004 | RE | (F3 EQU 1817 @0.15 PER PG) | $272.55 |
| 03/02/2004 | RE | (F4 AGR 2527 @0.15 PER PG) | $379.05 |
| 03/03/2004 | DH | DHL | $29.68 |
| 03/03/2004 | DH | DHL | $29.68 |
| 03/03/2004 | DH | DHL | $29.68 |
| 03/03/2004 | DH | DHL | $14.94 |
| 03/03/2004 | FE | Federal Express [E108] | $31.93 |
| 03/03/2004 | RE | (G7 CORR 1672 @0.15 PER PG) | $250.80 |
| 03/04/2004 | DC | TriState | $54.00 |
| 03/04/2004 | DC | TriState | $77.25 |
| 03/04/2004 | DC | TriState | $15.00 |
| 03/04/2004 | DH | DHL | $8.09 |
| 03/04/2004 | DH | DHL | $8.09 |
| 03/04/2004 | DH | DHL | $7.23 |
| 03/04/2004 | DH | DHL | $11.97 |
| 03/04/2004 | DH | DHL | $8.25 |
| 03/04/2004 | PO | Postage | $4.75 |
| 03/04/2004 | PO | Postage | $6.85 |
| 03/04/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 03/04/2004 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 03/04/2004 | RE | (F5 CORR 410 @0.15 PER PG) | $61.50 |
| 03/04/2004 | RE | (F6 AGR 87 @0.15 PER PG) | $13.05 |
| 03/04/2004 | RE | (F6 AGR 78 @0.15 PER PG) | $11.70 |
| 03/04/2004 | RE | (G7 CORR 3514 @0.15 PER PG) | $527.10 |
| 03/04/2004 | RE | (F0 CORR 37 @0.15 PER PG) | $5.55 |
| 03/04/2004 | RE | (F3 EQU 231 @0.15 PER PG) | $34.65 |
| 03/05/2004 | DC | TriState | $15.00 |
| 03/05/2004 | DH | DHL | $8.09 |
| 03/05/2004 | DH | DHL | $8.09 |
| 03/05/2004 | DH | DHL | $12.08 |
| 03/05/2004 | DH | DHL | $8.25 |
| 03/05/2004 | PO | Postage | $9.13 |
| 03/05/2004 | PO | Postage | $8.30 |
| 03/05/2004 | RE | (G7 CORR 198 @0.15 PER PG) | $29.70 |
| 03/05/2004 | RE | (F6 DOC 32 @0.15 PER PG) | $4.80 |
| 03/05/2004 | RE | (F6 AGR 14 @0.15 PER PG) | $2.10 |
| 03/05/2004 | RE | (G7 CORR 217 @0.15 PER PG) | $32.55 |
| 03/05/2004 | RE | (F7 DOC 25 @0.15 PER PG) | $3.75 |
| 03/05/2004 | RE | (F7 DOC 94 @0.15 PER PG) | $14.10 |
| 03/05/2004 | RE | (F3 EQU 271 @0.15 PER PG) | $40.65 |
| 03/05/2004 | RE | (F7 AGR 2 @0.15 PER PG) | $0.30 |
| 03/05/2004 | RE | (F3 EQU 180 @0.15 PER PG) | $27.00 |
| 03/05/2004 | RE | (F8 AGR 108 @0.15 PER PG) | $16.20 |
| 03/05/2004 | RE | (F8 CORR 42 @0.15 PER PG) | $6.30 |
| 03/06/2004 | DC | TriState | $63.00 |
| 03/06/2004 | DC | TriState | $63.00 |
| 03/08/2004 | RE | (F8 AGR 114 @0.15 PER PG) | $17.10 |
| 03/08/2004 | RE | (F6 AGR 3 @0.15 PER PG) | $0.45 |
| 03/08/2004 | RE | (F7 AGR 232 @0.15 PER PG) | $34.80 |
| 03/08/2004 | RE | (G7 CORR 1227 @0.15 PER PG) | $184.05 |
| 03/08/2004 | RE | (F2 CORR 453 @0.15 PER PG) | $67.95 |
| 03/08/2004 | RE | (G7 CORR 316 @0.15 PER PG) | $47.40 |
| 03/08/2004 | RE | (G7 CORR 107 @0.15 PER PG) | $16.05 |

| 03/09/2004 | DH | DHL | $10.22 |
|---|---|---|---|
| 03/09/2004 | DH | DHL | $15.79 |
| 03/09/2004 | DH | DHL | $19.51 |
| 03/09/2004 | FX | (G6 CORR 3 @1.00 PER PG) | $3.00 |
| 03/09/2004 | FX | (G6 CORR 3 @1.00 PER PG) | $3.00 |
| 03/09/2004 | FX | (G6 CORR 3 @1.00 PER PG) | $3.00 |
| 03/09/2004 | FX | (G6 CORR 3 @1.00 PER PG) | $3.00 |
| 03/09/2004 | FX | (G6 CORR 3 @1.00 PER PG) | $3.00 |
| 03/09/2004 | FX | (G6 CORR 3 @1.00 PER PG) | $3.00 |
| 03/09/2004 | TR | Transcript---Writer's Cramp.(TM) [E116] | $171.82 |
| 03/10/2004 | DC | TriState | $63.00 |
| 03/10/2004 | DC | TriState | $279.00 |
| 03/10/2004 | DC | TriState | $38.63 |
| 03/10/2004 | DH | DHL | $11.97 |
| 03/10/2004 | DH | DHL | $8.09 |
| 03/10/2004 | DH | DHL | $10.22 |
| 03/10/2004 | DH | DHL | $15.79 |
| 03/10/2004 | DH | DHL | $20.74 |
| 03/10/2004 | PO | Postage | $42.35 |
| 03/10/2004 | PO | Postage | $130.20 |
| 03/10/2004 | RE | (G7 CORR 927 @0.15 PER PG) | $139.05 |
| 03/10/2004 | RE | (F7 FEE 2 @0.15 PER PG) | $0.30 |
| 03/10/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 03/10/2004 | RE | (F6 AGR 108 @0.15 PER PG) | $16.20 |
| 03/10/2004 | RE | (F3 EQU 142 @0.15 PER PG) | $21.30 |
| 03/10/2004 | RE | (F3 EQU 195 @0.15 PER PG) | $29.25 |
| 03/10/2004 | RE | (F3 EQU 544 @0.15 PER PG) | $81.60 |
| 03/10/2004 | RE | (F7 DOC 126 @0.15 PER PG) | $18.90 |
| 03/10/2004 | RE | (F2 CORR 127 @0.15 PER PG) | $19.05 |
| 03/10/2004 | RE | (F4 AGR 956 @0.15 PER PG) | $143.40 |
| 03/10/2004 | RE | (F3 EQU 1729 @0.15 PER PG) | $259.35 |
| 03/11/2004 | DC | TriState | $15.00 |
| 03/11/2004 | DC | TriState | $20.60 |
| 03/11/2004 | DC | TriState | $71.50 |
| 03/11/2004 | DH | DHL | $14.55 |
| 03/11/2004 | DH | DHL | $9.69 |
| 03/11/2004 | DH | DHL | $17.03 |
| 03/11/2004 | PO | Postage | $6.60 |
| 03/11/2004 | RE | (F6 AGR 22 @0.15 PER PG) | $3.30 |
| 03/11/2004 | RE | (F3 EQU 947 @0.15 PER PG) | $142.05 |
| 03/11/2004 | RE | (F4 CORR 242 @0.15 PER PG) | $36.30 |
| 03/11/2004 | RE | (F4 CORR 27 @0.15 PER PG) | $4.05 |
| 03/11/2004 | RE | (F2 CORR 156 @0.15 PER PG) | $23.40 |
| 03/12/2004 | DH | DHL | $8.09 |
| 03/12/2004 | DH | DHL | $9.69 |
| 03/12/2004 | DH | DHL | $14.55 |
| 03/12/2004 | DH | DHL | $17.03 |
| 03/12/2004 | RE | (G8 CORR3 219 @0.15 PER PG) | $32.85 |
| 03/12/2004 | RE | (G8 CORR 1067 @0.15 PER PG) | $160.05 |
| 03/15/2004 | DC | Parcels | $18.00 |
| 03/15/2004 | DC | TriState | $270.00 |
| 03/15/2004 | DC | TriState | $15.00 |
| 03/15/2004 | DH | DHL | $8.09 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 7 @1.00 PER PG) | $7.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |

**Invoice number  60748**    91100   00001                                    **Page  11**

| Date | Type | Description | Amount |
|------|------|-------------|-------:|
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER·PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/15/2004 | PO | Postage | $411.84 |
| 03/15/2004 | PO | Postage | $3.96 |
| 03/15/2004 | RE | (F5 CORR 87 @0.15 PER PG) | $13.05 |
| 03/15/2004 | RE | (F5 DOC 28 @0.15 PER PG) | $4.20 |
| 03/15/2004 | RE | (F5 DOC 1 @0.15 PER PG) | $0.15 |
| 03/15/2004 | RE | (F6 AGR 228 @0.15 PER PG) | $34.20 |
| 03/15/2004 | RE | (F8 CORR 168 @0.15 PER PG) | $25.20 |
| 03/15/2004 | RE | (F8 CORR 6 @0.15 PER PG) | $0.90 |
| 03/15/2004 | RE | (G8 CORR 227 @0.15 PER PG) | $34.05 |
| 03/15/2004 | RE | (G8 CORR 75 @0.15 PER PG) | $11.25 |
| 03/15/2004 | RE | (F6 AGR 114 @0.15 PER PG) | $17.10 |
| 03/15/2004 | RE | (F5 CORR 42 @0.15 PER PG) | $6.30 |
| 03/15/2004 | RE | (F6 AGR 44 @0.15 PER PG) | $6.60 |
| 03/15/2004 | RE | (F3 EQU 2880 @0.15 PER PG) | $432.00 |
| 03/15/2004 | RE | (F0 AGR 3360 @0.15 PER PG) | $504.00 |
| 03/15/2004 | RE | (F2 AGR 3840 @0.15 PER PG) | $576.00 |
| 03/16/2004 | DC | TriState | $20.60 |
| 03/16/2004 | DH | DHL | $8.25 |
| 03/16/2004 | DH | DHL | $12.08 |
| 03/16/2004 | DH | DHL | $13.32 |
| 03/16/2004 | PO | Postage | $0.60 |
| 03/16/2004 | RE | (F5 AGR 47 @0.15 PER PG) | $7.05 |
| 03/16/2004 | RE | (F7 DOC 45 @0.15 PER PG) | $6.75 |

**Invoice number  60748**        91100   00001                **Page   12**

| | | | |
|---|---|---|---:|
| 03/16/2004 | RE | (F7 CORR 173 @0.15 PER PG) | $25.95 |
| 03/17/2004 | DH | DHL | $14.55 |
| 03/17/2004 | DH | DHL | $9.69 |
| 03/17/2004 | RE | (G8 CORR 901 @0.15 PER PG) | $135.15 |
| 03/17/2004 | RE | (G7 CORR 663 @0.15 PER PG) | $99.45 |
| 03/18/2004 | DC | TriState | $15.00 |
| 03/18/2004 | DC | Parcels | $14.80 |
| 03/18/2004 | DC | Parcels | $50.00 |
| 03/18/2004 | DC | TriState | $189.00 |
| 03/18/2004 | DC | TriState | $23.18 |
| 03/18/2004 | DH | DHL | $13.32 |
| 03/18/2004 | PO | Postage | $1.29 |
| 03/18/2004 | PO | Postage | $97.52 |
| 03/18/2004 | PO | Postage | $0.06 |
| 03/18/2004 | PO | Postage | $118.72 |
| 03/18/2004 | RE | (F5 AGR 40 @0.15 PER PG) | $6.00 |
| 03/18/2004 | RE | (F6 AGR 10 @0.15 PER PG) | $1.50 |
| 03/18/2004 | RE | (F7 DOC 40 @0.15 PER PG) | $6.00 |
| 03/18/2004 | RE | (F4 AGR 1004 @0.15 PER PG) | $150.60 |
| 03/18/2004 | RE | (G8 CORR 3973 @0.15 PER PG) | $595.95 |
| 03/18/2004 | RE | (G8 CORR 27 @0.15 PER PG) | $4.05 |
| 03/19/2004 | DC | TriState | $20.60 |
| 03/19/2004 | DH | DHL | $13.32 |
| 03/19/2004 | DH | DHL | $8.77 |
| 03/19/2004 | DH | DHL | $15.79 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 8 @1.00 PER PG) | $8.00 |
| 03/19/2004 | FX | (G3 CORR 9 @1.00 PER PG) | $9.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |

**Invoice number  60748**     91100   00001          **Page   13**

| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
|---|---|---|---|
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 03/19/2004 | RE | (F6 DOC 41 @0.15 PER PG) | $6.15 |
| 03/19/2004 | RE | (F5 DOC 23 @0.15 PER PG) | $3.45 |
| 03/22/2004 | DC | TriState | $288.00 |
| 03/22/2004 | DC | TriState | $15.00 |
| 03/22/2004 | PO | Postage | $793.10 |
| 03/22/2004 | PO | Postage | $138.86 |
| 03/22/2004 | PO | Postage | $136.74 |
| 03/22/2004 | RE | (F5 DOC 36 @0.15 PER PG) | $5.40 |
| 03/22/2004 | RE | (F6 AGR 44 @0.15 PER PG) | $6.60 |
| 03/22/2004 | RE | (F5 DOC 239 @0.15 PER PG) | $35.85 |
| 03/22/2004 | RE | (F5 DOC 162 @0.15 PER PG) | $24.30 |
| 03/22/2004 | RE | (F6 DOC 15 @0.15 PER PG) | $2.25 |
| 03/22/2004 | RE | (G8 CORR 3585 @0.15 PER PG) | $537.75 |
| 03/22/2004 | RE | (F7 DOC 764 @0.15 PER PG) | $114.60 |
| 03/22/2004 | RE | (F4 AGR 3585 @0.15 PER PG) | $537.75 |
| 03/22/2004 | RE | (F3 EQU 4080 @0.15 PER PG) | $612.00 |
| 03/22/2004 | RE | (F2 AGR 4781 @0.15 PER PG) | $717.15 |
| 03/22/2004 | RE | (F7 DOC 2 @0.15 PER PG) | $0.30 |
| 03/22/2004 | RE | (F0 AGR 7409 @0.15 PER PG) | $1,111.35 |
| 03/23/2004 | DC | TriState | $20.60 |
| 03/23/2004 | RE | (F5 DOC 102 @0.15 PER PG) | $15.30 |
| 03/24/2004 | DC | TriState | $15.00 |
| 03/24/2004 | RE | (F5 DEC 2 @0.15 PER PG) | $0.30 |
| 03/24/2004 | RE | (F8 AGR 86 @0.15 PER PG) | $12.90 |
| 03/24/2004 | RE | (F6 AGR 116 @0.15 PER PG) | $17.40 |
| 03/24/2004 | RE | (F5 CORR 115 @0.15 PER PG) | $17.25 |
| 03/24/2004 | RE | (F4 AGR 2637 @0.15 PER PG) | $395.55 |
| 03/24/2004 | RE | (F3 EQU 151 @0.15 PER PG) | $22.65 |
| 03/25/2004 | DC | TriState | $15.00 |
| 03/25/2004 | DC | TriState | $54.00 |
| 03/25/2004 | DH | DHL | $10.87 |
| 03/25/2004 | DH | DHL | $17.03 |
| 03/25/2004 | DH | DHL | $21.77 |
| 03/25/2004 | DH | DHL | $17.03 |
| 03/25/2004 | DH | DHL | $9.69 |
| 03/25/2004 | DH | DHL | $14.55 |
| 03/25/2004 | PO | Postage | $6.64 |
| 03/25/2004 | RE | (F6 AGR 387 @0.15 PER PG) | $58.05 |
| 03/25/2004 | RE | (F0 AGR 21 @0.15 PER PG) | $3.15 |
| 03/25/2004 | RE | (G8 FEE 375 @0.15 PER PG) | $56.25 |
| 03/25/2004 | RE | (F0 AGR 1192 @0.15 PER PG) | $178.80 |
| 03/25/2004 | RE | (F7 DOC 17 @0.15 PER PG) | $2.55 |
| 03/25/2004 | RE | (F7 DOC 36 @0.15 PER PG) | $5.40 |
| 03/25/2004 | RE | (F2 AGR 196 @0.15 PER PG) | $29.40 |
| 03/26/2004 | DC | TriState | $58.50 |
| 03/26/2004 | DC | TriState | $15.45 |
| 03/26/2004 | DC | TriState | $38.63 |
| 03/26/2004 | DC | TriState | $234.00 |

**Invoice number  60748**      91100   00001                                        **Page   14**

| | | | |
|---|---|---|---:|
| 03/26/2004 | DC | TriState | $63.00 |
| 03/26/2004 | DH | DHL | $8.77 |
| 03/26/2004 | DH | DHL | $13.32 |
| 03/26/2004 | DH | DHL | $15.79 |
| 03/26/2004 | PO | Postage | $5.40 |
| 03/26/2004 | PO | Postage | $0.60 |
| 03/26/2004 | PO | Postage | $42.35 |
| 03/26/2004 | PO | Postage | $124.20 |
| 03/26/2004 | RE | (G7 CORR 639 @0.15 PER PG) | $95.85 |
| 03/26/2004 | RE | (F6 AGR 28 @0.15 PER PG) | $4.20 |
| 03/26/2004 | RE | (G7 CORR 44 @0.15 PER PG) | $6.60 |
| 03/26/2004 | RE | (F6 AGR 169 @0.15 PER PG) | $25.35 |
| 03/26/2004 | RE | (F0 AGR 232 @0.15 PER PG) | $34.80 |
| 03/26/2004 | RE | (F7 DOC 145 @0.15 PER PG) | $21.75 |
| 03/26/2004 | RE | (F7 DOC 28 @0.15 PER PG) | $4.20 |
| 03/26/2004 | RE | (F7 AGR 82 @0.15 PER PG) | $12.30 |
| 03/26/2004 | RE | (F7 AGR 447 @0.15 PER PG) | $67.05 |
| 03/26/2004 | RE | (F7 CORR 134 @0.15 PER PG) | $20.10 |
| 03/26/2004 | RE | (F4 CORR 2720 @0.15 PER PG) | $408.00 |
| 03/26/2004 | RE | (F0 AGR 808 @0.15 PER PG) | $121.20 |
| 03/29/2004 | PO | Postage | $6.36 |
| 03/29/2004 | RE | (F6 AGR 3 @0.15 PER PG) | $0.45 |
| 03/29/2004 | RE | (F6 AGR 190 @0.15 PER PG) | $28.50 |
| 03/29/2004 | RE | (G7 CORR 333 @0.15 PER PG) | $49.95 |
| 03/29/2004 | RE | (F5 AGR 4 @0.15 PER PG) | $0.60 |
| 03/29/2004 | RE | (F6 AGR 53 @0.15 PER PG) | $7.95 |
| 03/29/2004 | RE | (F6 AGR 4 @0.15 PER PG) | $0.60 |
| 03/29/2004 | RE | (F4 AGR 212 @0.15 PER PG) | $31.80 |
| 03/29/2004 | RE | (F2 CORR 867 @0.15 PER PG) | $130.05 |
| 03/30/2004 | PO | Postage | $6.64 |
| 03/30/2004 | RE | (F0 CORR 15 @0.15 PER PG) | $2.25 |
| 03/30/2004 | RE | (F0 CORR 92 @0.15 PER PG) | $13.80 |
| 03/30/2004 | RE | (F7 DOC 22 @0.15 PER PG) | $3.30 |
| 03/30/2004 | RE | (F7 DOC 21 @0.15 PER PG) | $3.15 |
| 03/30/2004 | RE | (F4 AGR 1018 @0.15 PER PG) | $152.70 |
| 03/30/2004 | RE | (G8 DOC 155 @0.15 PER PG) | $23.25 |
| 03/31/2004 | RE | (G7 CORR 322 @0.15 PER PG) | $48.30 |
| 03/31/2004 | RE | (F6 AGR 82 @0.15 PER PG) | $12.30 |

**Total Expenses:**                                           **$19,056.44**

## Summary:

| | |
|---|---:|
| Total professional services | $25,911.00 |
| Total expenses | $19,056.44 |
| Net current charges | $44,967.44 |
| Net balance forward | $57,367.47 |
| **Total balance now due** | **$102,334.91** |

Remaining Trust Account Balance

## Billing Summary

| | | | | |
|---|---|---|---|---|
| CMS | Shaeffer, Christina M. | 11.90 | $60.00 | $714.00 |
| DWC | Carickhoff,  David W | 36.70 | $320.00 | $11,744.00 |
| IDK | Kharasch, Ira D. | 0.20 | $525.00 | $105.00 |
| LAG | Gilbert, Laurie A. | 0.80 | $145.00 | $116.00 |
| PEC | Cuniff, Patricia E. | 57.30 | $140.00 | $8,022.00 |
| RMO | Olivere, Rita M. | 1.00 | $75.00 | $75.00 |
| SEM | McFarland, Scotta E. | 0.10 | $425.00 | $42.50 |
| SLP | Pitman, L. Sheryle | 46.50 | $70.00 | $3,255.00 |
| WLR | Ramseyer, William L. | 4.90 | $375.00 | $1,837.50 |
| | | 159.40 | | $25,911.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CA | CASE ADMINISTRATION [B110] | 86.60 | $8,024.50 |
| CR02 | WRG CLAIM ANALYSIS NONASBESTOS | 5.40 | $1,116.00 |
| EA01 | WRG- EMPLOY. APP. , OTHERS | 3.40 | $998.00 |
| EB | EMPLOYEE BENEFIT/PENSION- B220 | 1.20 | $384.00 |
| FA | WRG-FEE APPS., APPLICANT | 6.10 | $2,122.50 |
| FA01 | WRG-FEE APPLICATIONS, OTHERS | 25.30 | $4,280.00 |
| LN | LITIGATION (NON-BANKRUPTCY] | 28.10 | $7,930.00 |
| PD | PLAN & DISCLOSURE STMT. [B320] | 2.60 | $832.00 |
| SL | STAY LITIGATION [B140] | 0.70 | $224.00 |
| | | 159.40 | $25,911.00 |

## Expense Code Summary

| | |
|---|---|
| Auto Travel Expense [E109] | $170.01 |
| Working Mealsl [E1 | $19.00 |
| Delivery/Courier Service | $2,248.94 |
| DHL- Worldwide Express | $881.03 |
| Federal Express [E108] | $31.93 |
| Fax Transmittal. [E104] | $922.00 |
| Postage [E108] | $2,103.06 |
| Reproduction Expense. [E101] | $12,508.65 |
| Transcript [E116] | $171.82 |
| | $19,056.44 |