IN THE UNITED STATES BANRKUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Shelley A. Kinsella, Esquire (the "Movant"), a member of the bar of this Court, pursuant to District Court Local Rule 83.5, hereby moves the admission *pro hac vice* of William P. Shelley, Esquire (the "Admittee") to represent Federal Insurance Company in the above-captioned chapter 11 case.

The Admittee is an active member in good standing with the Bars of Pennsylvania, New Jersey and New York. The Admittee is also an active member in good standing with the federal courts for the Eastern and Western Districts of Pennsylvania, for the District of New Jersey and for the Southern, Eastern, Western and Northern Districts of New York.

Dated: May 11, 2004
Wilmington, DE

COZEN O'CONNOR

*SA Kinsella*

Shelley A. Kinsella (DE No. 4023)
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
(302) 295-2000 Telephone
(302) 295-2013 Facsimile

WILM1\25364\1 113022.000

The Admittee certifies that I am eligible for admission *pro hac vice* to this Court, I am admitted to practice in good standing in the jurisdictions described above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Dated: May 11, 2004

/s/ W. P. Shelley
William P. Shelley
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013
Email: wshelley@cozen.com

Motion granted.

BY THE COURT:

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Dated: _____ 2004