## NOTICE OF CHANGE OF ADDRESS

Former Address:

Enron Entity
Attn: General Counsel
1400 Smith Street
Houston, Texas 77002
Telephone: 713.853.9714

**NEW ADDRESS SINCE MARCH 5, 2004:**

Enron Energy Services, Inc.
Attn: General Counsel   4HC7.325
4 Houston Center
1221 Lamar Street, Suite 1600
Houston, Texas 77010
Telephone: 713.853.9714

|  |  |
|---|---|
| **Enron Entity if Known:** | Enron Energy Services, Inc. "EES" |
| **Bankruptcy Action:** | W.R. Grace & Company |
| **Case Number:** | 01-01139 (JKF) |