# FERRY, JOSEPH & PEARCE, P.A.
### 824 Market Street, Suite 904
### P.O. Box 1351
### Wilmington, DE 19899

Tel:  (302) 575-1555   Fax:  (302)575-1714

WR Grace PD Committee                    April 1, 2004 – April 30, 2004

Inv #:         11942

**RE:   WR Grace PD Committee**

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|---|------|--------|
| B14 | Case Administration - | 5.80 | 1,204.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.20 | 495.00 |
| B18 | Fee Applications, Others - | 6.75 | 715.50 |
| B19 | Creditor Inquiries - | 0.10 | 22.50 |
| B25 | Fee Applications, Applicant - | 7.25 | 948.50 |
| B32 | Litigation and Litigation Consulting - | 5.10 | 1,147.50 |
| | **Total** | **27.20** | **$4,533.50** |
| | **Grand Total** | **27.20** | **$4,533.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Rick S. Miller | 215.00 | 0.70 | 150.50 |
| Theodore J. Tacconelli | 225.00 | 14.80 | 3,330.00 |
| Paralegal | 90.00 | 9.70 | 873.00 |
| Law Clerk | 90.00 | 2.00 | 180.00 |
| **Total** | | **27.20** | **$4,533.50** |

## DISBURSEMENT SUMMARY

| CA | *Expense -* | 1,106.67 |
|----|-------------|----------|
| **Total Disbursements** | | **$1,106.67** |

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Apr-01-04 | *Case Administration* - modify 2002 service list and labels re: fee auditor change of address | 0.10 | PL |
| Apr-02-04 | *Case Administration* - Confer with TJT re: results of 4/1/04 Committee teleconference | 0.30 | RSM |
| Apr-03-04 | *Case Administration* - review pleading re: Caplan Drysdale Feb 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Legal Analysis Systems Feb 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Campbell Levine Feb 2004 fee app | 0.10 | TJT |
| Apr-06-04 | *Case Administration* - teleconference with L Wright re: removal of local IRS office from 2002 service list | 0.10 | TJT |
| Apr-07-04 | *Case Administration* - review pleading re: PSZYJ&W Feb 2004 fee app | 0.10 | TJT |
| | *Case Administration* - update 2002 service list and labels re: 3 entry of appearances | 0.10 | PL |
| Apr-09-04 | *Case Administration* - review pleading re: K&E Feb. 2004 fee app | 0.20 | TJT |
| | *Case Administration* - review pleading re: Libby claimants' motion for relief from stay to take depositions | 0.10 | TJT |
| | *Case Administration* - modify 2002 service list and labels | 0.10 | PL |
| Apr-10-04 | *Case Administration* - review pleading re: limited obj of US Trustee to unsecured creditor committee's motion to retain Capstone | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtor's obj to MA EPA motion's for relief from stay | 0.20 | TJT |
| | *Case Administration* - review pleading re: Stroock Feb, 2004 fee app | 0.20 | TJT |
| | *Case Administration* - review pleading re: BMC Oct, 2003 fee app | 0.40 | TJT |
| | *Case Administration* - review pleading re: BMC Nov, 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: BMC Dec, 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of BMC quarterly fee app Oct-Dec, 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Nelson Mullens Nov, 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review debtor's monthly operating report for Feb, 2004 | 0.10 | TJT |
| Apr-12-04 | *Case Administration* - Review correspondence from 3rd Circuit re: recusal appeal | 0.10 | RSM |
| | *Case Administration* - review pleading re: Libby Claimants' motion to stay ruling on contempt motion re: Chakarian re: 01-771 | 0.20 | TJT |
| | *Case Administration* - review pleading re: Libby Claimants' motion for relief from stay to take depositions re: Chakarian re: 01-771 | 0.10 | TJT |
| | *Case Administration* - review pleading re: statement of Libby Claimant's regarding reduction of sanctions re: Chakarian re: 01-771 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Warren Smith & Assoc. March 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: FTI Polciano Jan-Feb 2004 fee | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | app | | |
| Apr-13-04 | *Case Administration* - review pleading re: Timothy Kane's revised motion to lift stay | 0.20 | TJT |
| Apr-14-04 | *Case Administration* - review corresp re: ltr from D Siegel re: Judge Fitzgerald re: financial update | 0.10 | TJT |
| Apr-16-04 | *Case Administration* - review pleading re: summary of Duane Morris quarterly fee app Oct-Dec 2003 | 0.10 | TJT |
| Apr-19-04 | *Case Administration* - review ltr re: Kirkpatrick has moved to new firm and forward to paralegal | 0.10 | TJT |
| Apr-20-04 | *Case Administration* - Review e-mail correspondence re: report on recusal hearings | 0.20 | RSM |
| | *Case Administration* - update 2002 service list and labels re: Kirk A. Patrick change of address | 0.10 | PL |
| Apr-22-04 | *Case Administration* - review pleading re: Richardson Patrick Jan., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Richardson Patrick Feb., 2004 fee app | 0.10 | TJT |
| Apr-23-04 | *Case Administration* - review pleading re: motion for leave to file reply filed by MA EPA Dept. and review proposed reply | 0.20 | TJT |
| Apr-26-04 | *Case Administration* - review pleading re: notice of change of address of Foster and Sear LLP and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - review ltr from D Siegel to Judge Fitzgerald re: financial information | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' statement of amounts paid to ordinary course professionals | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' third omnibus obj to claims nonsubstantive | 0.20 | TJT |
| | *Case Administration* - review pleading re: debtors' response to statement of Libby claimants re: sanctions re: Chakarian re: 01-771` | 0.10 | TJT |
| | *Case Administration* - review pleading re: Lukins Annis Nov., 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Lukins Annis Dec., 2003 fee app | 0.10 | TJT |
| Apr-27-04 | *Case Administration* - modify 2002 service list and labels re: change of address re: Sear & Foster | 0.10 | PL |
| | *Case Administration* - modify notice, fee request, and Certificate of Service for filing re: FJ&P March, 2004 fee app | 0.20 | PL |
| Apr-01-04 | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.50 | TJT |
| Apr-08-04 | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Apr-15-04 | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Apr-16-04 | *Committee, Creditors', Noteholders' or* - teleconference with committee | 0.40 | TJT |
| Apr-19-04 | *Committee, Creditors', Noteholders' or* -review agenda for 4/26/04 hearing | 0.10 | TJT |
| Apr-20-04 | *Committee, Creditors', Noteholders' or* -teleconference with J Sakalo re: 4/26/02 hearing coverage | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review corresp re: email from S Baena re: 4/26/04 hearing | 0.10 | TJT |

| | | | |
|---|---|---|---|
| Apr-21-04 | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - review amended agenda for 4/26/04 hearing | 0.10 | TJT |
| Apr-22-04 | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.40 | TJT |
| Apr-26-04 | *Committee, Creditors', Noteholders' or* -review pleading re: notice of cancellation of 5/18/04 hearing | 0.10 | TJT |
| Apr-29-04 | *Committee, Creditors', Noteholders' or* -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
| Apr-02-04 | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg Jan 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review email from L Flores re: HRA's 6th quarterly fee app | 0.10 | PL |
| | *Fee Applications, Others* - review HRA's 6th quarterly fee app with exhibits | 0.40 | PL |
| | *Fee Applications, Others* - revise notice re: HRA 6th quarterly fee app | 0.10 | PL |
| | *Fee Applications, Others* - prepare exhibits A-C for e-filing re: HRA 6th quarterly fee app | 0.30 | PL |
| | *Fee Applications, Others* - prepare fee request and notice for e-filing re: HRA's 6th quarterly fee app | 0.20 | PL |
| | *Fee Applications, Others* - draft Certificate of Service and prepare for e-filing re: HRA's 6th quarterly fee app | 0.20 | PL |
| | *Fee Applications, Others* - e-file and serve HRA's 6th quarterly fee app | 0.40 | PL |
| | *Fee Applications, Others* - draft Certificate of No Objection and prepare for e-filing re: Bilzin Feb., 2004 fee app | 0.30 | PL |
| | *Fee Applications, Others* - draft Certificate of Service and prepare for e-filing re: Bilzin Feb., 2004 Certificate of No Objection | 0.20 | PL |
| | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: Bilzin Feb., 2004 fee app | 0.30 | PL |
| | *Fee Applications, Others* - File Certificate of No Objection re: Bilzin's 31st Fee Application | 0.10 | LC |
| Apr-13-04 | *Fee Applications, Others* - Prepare Certificate of No Objections re: HRA's 16th and 17th monthly Fee Applications | 0.20 | LC |
| Apr-14-04 | *Fee Applications, Others* - review Certificate of No Objection re: HRA July-Nov 2003 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA Dec 2003 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review docket re: Certificates of No Objection for HRA fee apps | 0.10 | TJT |
| | *Fee Applications, Others* - Scan, file and serve Certificate of No Objections re: HRA's 16th and 17th Fee Application's | 0.25 | LC |
| Apr-28-04 | *Fee Applications, Others* - review email from L Flores re: fee auditor allegedly did not receive Bilzin 11th quarterly fee app | 0.10 | TJT |
| | *Fee Applications, Others* - confer with paralegal re: Bilzin 11th quarterly fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review email from L Flores and confer with T. Tacconelli re: service of Bilzin's 11th quarterly fee app | 0.10 | PL |

| | | | |
|---|---|---|---|
| | *Fee Applications, Others* - email L Flores and forward her email confirmation re: service of Bilzin's 11th quarterly fee app and trade emails with L Flores re: future service | 0.20 | PL |
| Apr-29-04 | *Fee Applications, Others* - review Bilzin Sumberg Feb., 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review Bilzin Sumberg March, 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review emails from L Flores re: Bilzin's Feb., 2004 and March, 2004 fee app | 0.10 | PL |
| | *Fee Applications, Others* - review time detail and prepare for e-filing re: Bilzin's Feb., 2004 fee app | 0.10 | PL |
| | *Fee Applications, Others* - review Bilzin's Feb., 2004 summary and prepare for e-filing | 0.30 | PL |
| | *Fee Applications, Others* - review Bilzin's Feb., 2004 notice and prepare for e-filing | 0.20 | PL |
| | *Fee Applications, Others* - draft Certificate of Service and prepare for e-filing re: Bilzin's Feb., 2004 fee app | 0.20 | PL |
| | *Fee Applications, Others* - review Bilzin's March, 2004 notice and prepare for e-filing | 0.20 | PL |
| | *Fee Applications, Others* - review Bilzin's March, 2004 summary and prepare for e-filing | 0.30 | PL |
| | *Fee Applications, Others* - draft Certificate of Service and prepare for e-filing re: Bilzin's March, 2004 fee app | 0.20 | PL |
| | *Fee Applications, Others* - e-file and serve Bilzin Feb., 2004 fee app | 0.40 | PL |
| | *Fee Applications, Others* - e-file and serve Bilzin March, 2004 fee app | 0.40 | PL |
| | *Fee Applications, Others* - Review Bilgin's 32nd fee application for filing | 0.10 | LC |
| | *Fee Applications, Others* - Review Bilgin's 33rd fee application for filing | 0.10 | LC |
| Apr-02-04 | *Litigation and Litigation Consulting* - review order from third circuit re: granting USG debtors' motion to extend word limit re: consolidated mandamus proceedings in third circuit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review order by third circuit denying Armstrong debtors motion to file papers in support of consolidated mandamus petitions | 0.10 | TJT |
| Apr-06-04 | *Litigation and Litigation Consulting* - review pleading re: joinder of Waters and Kraus LLP in Owens-Corning debtors answering brief re: consolidated mandamus proceedings in third circuit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review instructions from third circuit re: oral argument re: consolidated mandamus petitions in third circuit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: instructions from third circuit re: oral argument re: consolidated mandamus petitions in third circuit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: obj to KERP motion | 0.10 | TJT |
| Apr-07-04 | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: KERP motion obj | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | KERP motion obj | | |
| Apr-08-04 | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: obj to KERP motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: obj deadline to KERP motion has been extended by debtors for PD committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from J O'Neill re: 4/13/04 hearing will be telephonic | 0.10 | TJT |
| Apr-12-04 | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: obj to KERP motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: obj to KERP motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review reply of USG Debtors re: consolidated mandamus petitions in third circuit (1/2 time with Federal-Mogul) | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: reply of USG Unsecured Creditors Committee re: consolidated mandamus petitions in third circuit (1/2 time with Federal-Mogul) | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: not objecting to KERP motion | 0.10 | TJT |
| Apr-20-04 | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: debtors' motion to appoint futures rep. | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from A Danzeisen re: report on oral argument in third circuit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review report on oral argument in third circuit re: consolidated mandamus petitions (1/2 time with Federal-Mogul) | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - confer with R. Miller re: report on oral argument in third circuit re: consolidated mandamus petitions | 0.10 | TJT |
| Apr-22-04 | *Litigation and Litigation Consulting* - review pleading re: debtors' motion to appoint futures rep. | 0.20 | TJT |
| Apr-23-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: transcript of oral argument before third circuit re: consolidated mandamus petitions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: transcript of oral argument before third circuit re: consolidated mandamus petitions | 0.10 | TJT |
| Apr-24-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: letter brief to be submitted to third circuit re: standard on mandamus petitions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review ltr brief submitted by Kensington International re: standard on mandamus petitions (1/2 time with Federal-Mogul) | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review ltr brief submitted by Owens Corning debtors re: standard on mandamus petitions (1/2 time with Federal-Mogul) | 0.20 | TJT |

| | | | |
|---|---|---|---|
| Apr-30-04 | *Litigation and Litigation Consulting* - review transcript of 4/19/04 oral argument re: consolidated mandamus petitions in third circuit (1/2 time with Federal-Mogul) | 1.50 | TJT |
| Apr-01-04 | *Fee Applications, Applicant* - modify exhibits for filing re: FJ&P 11th quarterly fee app | 0.50 | PL |
| | *Fee Applications, Applicant* - calculate quarterly expenses re: FJ&P 11th quarterly fee app | 0.25 | PL |
| Apr-02-04 | *Fee Applications, Applicant* - review docket re: Certificate of No Objection re: Bilzin Sumberg Jan 2004 fee app | 0.10 | TJT |
| Apr-05-04 | *Fee Applications, Applicant* - review FJ&P quarterly fee app Oct-Dec 2003 prior to filing | 0.20 | TJT |
| | *Fee Applications, Applicant* - continue drafting FJ&P 11th quarterly fee request | 0.40 | PL |
| | *Fee Applications, Applicant* - review and finalize FJ&P 11th quarterly fee request and prepare for e-filing | 0.30 | PL |
| | *Fee Applications, Applicant* - draft Certificate of Service and prepare for e-filing re: FJ&P 11th quarterly fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - e-file and serve FJ&P 11th quarterly fee app | 0.40 | PL |
| Apr-12-04 | *Fee Applications, Applicant* - review corresp re: email from S Bossay re: Warren Smith & Assoc. change of address and forward to paralegal | 0.20 | TJT |
| Apr-13-04 | *Fee Applications, Applicant* - Reconcile WR Grace check in the amount of $21,946.03 with Fee Application invoices | 0.75 | LC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: Ferry, Joseph & Pearce's 34th Fee Application | 0.10 | LC |
| Apr-14-04 | *Fee Applications, Applicant* - review docket re: FJ&P Feb 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review Certificate of No Objection re: FJ&P Feb 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - Scan, file and serve Certificate of No Objection re: Ferry, Joseph & Pearce's 34th monthly Fee Application | 0.20 | LC |
| Apr-19-04 | *Fee Applications, Applicant* - draft fee request re: FJ&P March 2004 fee app | 0.25 | PL |
| | *Fee Applications, Applicant* - draft notice re: FJ&P March 2004 fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - draft Certificate of Service re: FJ&P March 2004 fee app | 0.20 | PL |
| Apr-21-04 | *Fee Applications, Applicant* - review FJ&P March 2004 time detail for fee app | 0.30 | TJT |
| | *Fee Applications, Applicant* - review FJ&P March, 2004 invoice re: FJ&P March, 2004 fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's 35th Monthly Fee Application fee detail | 0.10 | LC |
| Apr-22-04 | *Fee Applications, Applicant* - Review time details on March 2004 FJ&P fee app | 0.10 | RSM |
| Apr-23-04 | *Fee Applications, Applicant* - modify FJ&P March, 2004 time detail for filing | 0.40 | TJT |
| Apr-24-04 | *Fee Applications, Applicant* - review FJ&P March, 2004 time details | 0.40 | TJT |

| | | | |
|---|---|---|---|
| Apr-29-04 | *Fee Applications, Applicant* - review and modify FJ&P revised March, 2004 time detail and prepare for e-filing | 0.30 | PL |
| | *Fee Applications, Applicant* - modify documents and prepare for e-filing re: FJ&P March, 2004 fee app | 0.30 | PL |
| | *Fee Applications, Applicant* - Review FJ&P's 35th fee application for filing | 0.10 | LC |
| Apr-30-04 | *Fee Applications, Applicant* - review FJ&P March, 2004 fee app prior to filing | 0.20 | TJT |
| | *Fee Applications, Applicant* - confer with paralegal re: FJ&P March, 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - e-file and serve FJ&P March, 2004 fee app | 0.30 | PL |
| Apr-12-04 | *Creditor Inquiries* - review ltr from H Schultz re: removal from service list and forward to paralegal | 0.10 | TJT |
| | *Totals* | *27.20* | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Apr-05-04 | *Expense* - photocopy | 63.00 |
| | *Expense* - postage | 15.84 |
| | *Expense* - Reliable Copy Service | 170.05 |
| Apr-12-04 | *Expense* - Reliable Copy Service | 241.85 |
| Apr-16-04 | *Expense* - PACER Service Center - Period of 1/1/04 - 3/31/04 | 18.97 |
| | *Expense* - Tristate Courier & Carriage - delivery charge | 352.10 |
| Apr-21-04 | *Expense* - TriState Courier & Carriage | 216.70 |
| Apr-22-04 | *Expense* - PACER Service Center - Period of 1/1/04 - 3/31/04 | 3.78 |
| Apr-29-04 | *Expense* - copying cost | 14.40 |
| | *Expense* - postage | 4.42 |
| Apr-30-04 | *Expense* - copying cost | 3.90 |
| | *Expense* - postage | 1.66 |

|  |  |
|---|---:|
| *Totals* | *$1,106.67* |

| | |
|---|---:|
| **Total Fees & Disbursements** | **$5,640.17** |

**Balance Due Now**

$5,640.17