IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: June 1, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## THIRTIETH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 5, 2004

Bill Number  67074
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through March 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/01/04 | MTM | Conference with MEV re: status of O.M. Scott document project. | 0.10 Hrs | $19.00 |
| 03/01/04 | RM | Search for documents re: O.M. Scott. | 5.30 Hrs | $450.50 |
| 03/02/04 | RAM | Read Reed Smith attorney's letter to O.M. Scott's attorney; conference with MTM re: project. Telephone call from and to in-house counsel re: locating documents re: 2 licensees. | 0.10 Hrs | $22.00 |
| 03/02/04 | MTM | Conference with RM re: O.M. Scott document project. | 0.40 Hrs | $76.00 |
| 03/02/04 | RM | Search for documents re: O.M. Scott. | 6.00 Hrs | $510.00 |
| 03/03/04 | RAM | Telephone conference with in-house counsel re: A.D. Little documents (.1) and re: EPA's interest in two licensees' plant locations (.1). | 0.20 Hrs | $44.00 |
| 03/03/04 | MTM | Telephone call to ARA re: two Libby personnel files and masonry fill bag photos per request of in-house counsel (.2); receipt and review of personnel files requested by in-house counsel and letter to in-house counsel re: same (.1). | 0.30 Hrs | $57.00 |
| 03/03/04 | ARA | Locate and review Libby personnel files (2.1); telephone call to Merrill Corp to arrange to have files copied and oversee pick up and return of files by copy service (.7); telephone calls from MTM re: same (.3). | 3.10 Hrs | $263.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/04/04 | RAM | Emails from/to Reed Smith attorney re: O.M. Scott document review (.1). Review three documents for privilege (.2); send email and fax documents to in-house counsel for his review (.2); receive emails from in-house counsel and Reed Smith attorney agreeing that documents are privileged (.1). Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). | 0.90 Hrs | $198.00 |
| 03/04/04 | ARA | Per RAM's request, search for and locate licensee binders and produce them to MB (1.3). Per MTM's request, search for masonry fill bag photo binders (.5). Work on organization of document repository after relocation (1.2). | 3.00 Hrs | $255.00 |
| 03/05/04 | RAM | Finish review of O.M. Scott documents and send them to Reed Smith attorney (3.6); prepare and send email to Reed Smith attorney re: documents being sent to him (.2). | 3.80 Hrs | $836.00 |
| 03/05/04 | ARA | Quality control and return Libby personnel files to the production set (.7). Review Winthrop Square information binder to update location list (1.1). Inventory miscellaneous lists and indices to add to location list (1.9). Per MTM's request, search for and obtain O.M. Scott documents; produce documents to MTM (1.6). | 5.30 Hrs | $450.50 |
| 03/05/04 | MEV | Download and print selected documents filed in bankruptcy court for RAM (.3). Update bankruptcy court docket entries for RAM (.1). | 0.40 Hrs | $34.00 |
| 03/08/04 | RAM | Review and select license agreements to send to in-house counsel (.2). Review product brochures sent to in-house counsel (.1). | 0.30 Hrs | $66.00 |
| 03/08/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 4.20 Hrs | $357.00 |
| 03/09/04 | RAM | Draft letter to in-house counsel and send license agreements and memos to him (.1). Telephone conference with in-house counsel re: expert (.1); quickly review several expert witness deposition transcripts and A.D. Little reports (1.4). Telephone conferences with expert (.4) and in-house counsel re: same (.2); draft letter to expert (.2). | 2.40 Hrs | $528.00 |
| 03/09/04 | DBM | Search for documents re: asbestos notices to licensees (3.9); telephone call to in-house counsel re: same (.2). | 4.10 Hrs | $820.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/09/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 6.50 Hrs | $552.50 |
| 03/10/04 | RAM | Telephone conferences with in-house counsel re: two licensees (.1); telephone call to ARA re: searching for licensee documents (.1) and with DBM re: searching for documents for former licensee (.1). | 0.30 Hrs | $66.00 |
| 03/10/04 | DBM | Continue search for notices to licensees (2.8); telephone call to in-house counsel re: same (.1). | 2.90 Hrs | $580.00 |
| 03/10/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 6.30 Hrs | $535.50 |
| 03/11/04 | RAM | Telephone call to and from ARA re: status of locating documents re: notice to licensees (.1). Emails from/to Reed Smith attorney re: O.M. Scott documents (.1); conference with MTM re: same (.1). | 0.30 Hrs | $66.00 |
| 03/11/04 | DBM | Search for documents to licensees. | 1.50 Hrs | $300.00 |
| 03/11/04 | ARA | Search for and obtain documents re: O.M. Scott project. | 7.50 Hrs | $637.50 |
| 03/12/04 | DBM | Search for licensee documents (1.1); discussion with MTM re: results (.2). | 1.30 Hrs | $260.00 |
| 03/12/04 | MTM | Conference with DBM re: document project for in-house counsel. | 0.20 Hrs | $38.00 |
| 03/12/04 | ARA | Search for and obtain documents re: O.M. Scott. | 5.30 Hrs | $450.50 |
| 03/15/04 | RAM | Telephone conference with MTM re: status of obtaining licensee documents requested by in-house counsel; read email re: same. | 0.20 Hrs | $44.00 |
| 03/15/04 | MTM | Receipt and review of O.M. Scott documents (1.7); telephone call from ARA re: project (.2); conference with ARA re: documents obtained to date (.3). Telephone call to ARA re: searching for a specific letter to licensees (.2); draft and send email to RAM re: status of licensee project (.3). | 2.70 Hrs | $513.00 |
| 03/15/04 | ARA | Search for and obtain documents re: O.M. Scott (5.9); telephone call to and conference with MTM re: project (.2). Per MTM, search for and obtain letter to licensees (.3). | 6.40 Hrs | $544.00 |
| 03/15/04 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 03/16/04 | RAM | Read email from and telephone conference with MTM re: obtaining documents re: former licensee for in-house counsel. | 0.10 Hrs | $22.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/16/04 | MTM | Conference with ARA re: letter possibly sent to licensees re: OSHA standards (.3); telephone call from in-house counsel re: document review (.1); add additional documents to produce to in-house counsel and letter to him re: same (.3). | 0.70 Hrs | $133.00 |
| 03/16/04 | ARA | Review Attorney Review documents for letters to licensees (1.4); produce documents to MTM and discussion with MTM re: same (.3); quality control originals pulled for project (.4). Return expert deposition and licensee binders to respective collections (2.3). | 4.40 Hrs | $374.00 |
| 03/17/04 | MTM | Conference with ARA re: updating of lists of Winthrop Square locations after move to new area. | 0.20 Hrs | $38.00 |
| 03/17/04 | ARA | Update location lists with new information (5.1); conference with MTM re: same (.2). Search for binders in miscellaneous box re: update of location list (1.1). | 6.40 Hrs | $544.00 |
| 03/18/04 | RAM | Telephone call to/from expert re: whether A.D. Little reports were sent to Ohio attorney. | 0.10 Hrs | $22.00 |
| 03/18/04 | MTM | Receipt and review of email from in-house counsel re: Lason invoices (.1); receipt and review of response from Reed Smith paralegal re: same (.2); review file re: same (.4); email to in-house counsel and Reed Smith paralegal re: same (.3). | 1.00 Hrs | $190.00 |
| 03/18/04 | ARA | Update location lists with new information. | 6.10 Hrs | $518.50 |
| 03/19/04 | ARA | Update location lists with new information. | 5.20 Hrs | $442.00 |
| 03/22/04 | ARA | Update location lists with new information (1.2). Discussion with MB re: O.M. Scott documents (.3). Discussion with MTM re: O.M. Scott documents and Grace library project (.3). Review Cambridge library materials for any asbestos-related information that should be kept in the repository (3.9). | 5.70 Hrs | $484.50 |
| 03/25/04 | RAM | Read documents sent to in-house counsel re: communications to licensees re: asbestos. | 0.10 Hrs | $22.00 |
| 03/25/04 | MTM | Telephone call to Reed Smith paralegal re: time estimate to obtain more accurate count of images obtained from Lason. | 0.20 Hrs | $38.00 |
| 03/25/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 6.70 Hrs | $569.50 |
| 03/26/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 7.10 Hrs | $603.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/29/04 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $44.00 |
| 03/29/04 | MTM | Telephone call to Reed Smith paralegal re: time estimate on Lason image count reconciliation (.1); receive message from in-house counsel correcting total number of images invoiced by Lason and review Lason invoices re: same (.1). | 0.20 Hrs | $38.00 |
| 03/29/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository (3.6). Quality control and organize expert binders after they were relocated in the repository (.8). | 4.40 Hrs | $374.00 |
| 03/30/04 | MTM | Receipt and review of emails from Reed Smith re: Lason total image reconciliation. | 0.50 Hrs | $95.00 |
| 03/30/04 | ARA | Review some of the Cambridge library materials to discuss with MTM (.9). Quality control and organize expert witness binders after they were relocated in the repository (4.4). Telephone calls from and to JM re: delivery of product binders to Winthrop Square; oversee their delivery (.4). | 5.70 Hrs | $484.50 |
| 03/30/04 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.40 Hrs | $34.00 |
| 03/31/04 | MTM | Telephone call from Reed Smith paralegal re: new Lason totals (.4); conference call with Reed Smith paralegal re: same (.2); telephone call to Holme Roberts attorney re: problem reconciling total number of images received from Lason (.1); receipt and review of emails from Reed Smith paralegal re: Lason totals problem and respond to same (.4). | 1.10 Hrs | $209.00 |
| 03/31/04 | ARA | Quality control and organize expert witness binders after they were relocated in the repository. | 6.80 Hrs | $578.00 |
| 03/31/04 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| | | TOTAL LEGAL SERVICES | | $15,448.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 9.00 Hrs | 220/hr | $1,980.00 |
| DONNA B. MACKENNA | 9.80 Hrs | 200/hr | $1,960.00 |
| MATTHEW T. MURPHY | 7.60 Hrs | 190/hr | $1,444.00 |
| ANGELA R. ANDERSON | 106.10 Hrs | 85/hr | $9,018.50 |
| MARCI E. VANDERHEIDE | 1.00 Hrs | 85/hr | $85.00 |
| REGINA MERKEL | 11.30 Hrs | 85/hr | $960.50 |
| | 144.80 Hrs | | $15,448.00 |

TOTAL THIS BILL      $15,448.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 5, 2004

Bill Number  67075
File Number  0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through March 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/03/04 | RAM | Work on January fee application. | 1.40 Hrs | $308.00 |
| 03/04/04 | RAM | Work on January fee application. | 0.20 Hrs | $44.00 |
| 03/08/04 | RAM | Telephone calls from in-house counsels approving filing of fee application. | 0.10 Hrs | $22.00 |
| 03/09/04 | RAM | Send January fee application to Delaware counsel to file. | 0.10 Hrs | $22.00 |
| 03/29/04 | RAM | Work on February fee application. | 0.60 Hrs | $132.00 |
| 03/31/04 | RAM | Work on February fee application. | 0.20 Hrs | $44.00 |
| | | TOTAL LEGAL SERVICES | | $572.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.60 Hrs | 220/hr | $572.00 |
| | 2.60 Hrs | | $572.00 |

David B. Siegel

| | |
|---|---|
| TOTAL THIS BILL | $572.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 5, 2004

Bill Number  67076
File Number  0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through March 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/23/04 | RAM | Emails to/from in-house counsel re: ZAI sales information. | 0.10 Hrs | $22.00 |
| 03/24/04 | RAM | Telephone conference with MB re: sending ZAI sales information to in-house counsel. | 0.10 Hrs | $22.00 |
| 03/25/04 | RAM | Telephone call from and email to MTM re: ZAI sales information (.1); telephone conference with in-house counsel and MTM re: any documentation of ZAI sales (.3); telephone conference with MB re: obtaining ZAI sales documents from Lindholm case (.1). | 0.50 Hrs | $110.00 |
| 03/25/04 | MTM | Telephone call from in-house counsel re: ZAI sales (.2); review files and old RAM faxes re: same (.5); telephone call to in-house counsel re: same (.2); fax documents to in-house counsel re: same (.2); receipt and review of email chain to and from in-house counsels and RAM re: ZAI sales question (.1); conference with in-house counsel and RAM re: same (.1). | 1.30 Hrs | $247.00 |

David B. Siegel

|  | TOTAL LEGAL SERVICES | $401.00 |
| --- | --- | --- |

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 0.70 Hrs | 220/hr | $154.00 |
| --- | --- | --- | --- |
| MATTHEW T. MURPHY | 1.30 Hrs | 190/hr | $247.00 |
|  | 2.00 Hrs |  | $401.00 |

| | TOTAL THIS BILL | $401.00 |
| --- | --- | --- |