**<u>EXHIBIT B</u>**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 5, 2004

Bill Number  67077
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2004

EXCESS POSTAGE                                                                $3.95

FEDERAL EXPRESS
03/03/04   To RAM from MB on 2/11/04                          52.30
03/03/04   To Karen Alvarado from MTM on 1/29/04        32.52
                                                                                              $84.82

UPS DELIVERY SERVICE
03/08/04   UNITED PARCEL SERVICE - UPS delivery - 5 boxes of O.M.      123.50
                    Scott documents from RAM to Florida (1/28/04)
                                                                                              $123.50

OTHER DELIVERY SERVICES
03/03/04   BOSTON EXPRESS - To in-house counsel from RAM on      13.50
                    1/30/04
                                                                                              $13.50

PHOTOCOPYING

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2004

PHOTOCOPYING

| Date | Description | Amount | |
|------|-------------|--------|---|
| 03/04/04 | 24 copies. | 2.88 | |
| 03/04/04 | 6 copies. | 0.72 | |
| 03/04/04 | 1 copy. | 0.12 | |
| 03/09/04 | 75 copies. | 9.00 | |
| 03/09/04 | 739 copies. | 88.68 | |
| 03/15/04 | 9 copies. | 1.08 | |
| 03/16/04 | 91 copies. | 10.92 | |
| | | | $113.40 |

TELEPHONE

| Date | | Number | Amount | |
|------|---|--------|--------|---|
| 03/15/04 | 329 | 2395143631 | 0.88 | |
| 03/24/04 | 357 | 6174829710 | 2.20 | |
| 03/24/04 | 357 | 6174829710 | 1.10 | |
| 03/25/04 | 329 | 56136215339 | 1.54 | |
| 03/31/04 | AT&T | 6174263501 | 8.58 | |
| 03/31/04 | AT&T | 2162415310 | 5.57 | |
| 03/31/04 | AT&T | 6174263501 | 5.04 | |
| 03/31/04 | AT&T | 2165221058 | 4.78 | |
| 03/31/04 | AT&T | 6174263501 | 3.02 | |
| | | | | $32.71 |

RENT REIMBURSEMENT

| Date | Description | Amount | |
|------|-------------|--------|---|
| 03/01/04 | BOSTON CAPITAL INSTI - Rent  and utilities for document repository at One Winthrop Square -  March 2004 | 12,513.65 | |
| | | | $12,513.65 |

MISCELLANEOUS

| Date | Description | Amount | |
|------|-------------|--------|---|
| 03/05/04 | RECORDKEEPER ARCHIVE - monthly storage fee (3/04) | 395.10 | |
| | | | $395.10 |
| | | TOTAL DISBURSEMENTS | $13,280.63 |

David B. Siegel

TOTAL THIS BILL        $13,280.63

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 5, 2004

Bill Number  67078
File Number  0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through March 31, 2004

FEDERAL EXPRESS

| | | |
|---|---|---|
| 03/03/04 | To Scotta McFarland from RAM on 2/6/04 | 12.45 |
| 03/03/04 | To RAM from MB on 2/6/04 | 27.90 |
| 03/03/04 | To Scotta McFarland from RAM on 2/12/04 | 17.86 |
| | | $58.21 |

PHOTOCOPYING

| | | |
|---|---|---|
| 03/09/04 | 86 copies. | 10.32 |
| | | $10.32 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $68.53 |

David B. Siegel

TOTAL THIS BILL          $68.53