IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 1, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

March 16, 2004  
Invoice 613075  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 02/27/04 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/04 | Review memo from Ms. Duff regarding monitoring of site activities and follow-up regarding same. | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 01/06/04 | Review documents regarding site negotiations and prepare memo to Ms. Duff regarding monitoring of site activities. | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 02/02/04 | Organize and chronologize incoming documents for attorney review. | K. LUCAS | 0.20 hrs. | 65.00/hr | $13.00 |
| 02/03/04 | Review memos regarding special meeting notice. | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 02/04/04 | Review memos regarding soils issues at site (0.4); prepare memo to Ms. Duff regarding same (0.1). | J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |
| 02/09/04 | Review memo from Ms. Duff regarding coverage of PRP group conference calls. | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 02/19/04 | Review information for Steering Committee conference call and prepare information for Attorney Carlisle regarding same (0.2); telephone conference with her regarding coverage of meeting (0.1); follow-up conference with Attorney Carlisle regarding results and review memo from her on same (0.3). | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 02/19/04 | Confer with Attorney Melchers regarding information on Steering Committee conference call (0.2); participate in conference call (0.8); confer with Attorney Melchers regarding results of discussions (0.1); prepare memorandum to Attorney Melchers regarding same (0.3). | R.T. CARLISLE | 1.40 hrs. | 250.00/hr | $350.00 |
| 02/27/04 | Review memo and minutes of Steering Committee Meeting from Mr. English and prepare memo to Attorney Carlisle regarding meeting on soil disposition. | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |

**Fees for Legal Services** ............................................................................ **$863.00**

W.R. Grace & Co.

March 16, 2004
Invoice 613075  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 2.00 | 250.00 | 500.00 |
| R.T. CARLISLE | 1.40 | 250.00 | 350.00 |
| K. LUCAS | 0.20 | 65.00 | 13.00 |
| TOTAL | 3.60 | $239.72 | $863.00 |

**Net current billing for this invoice** ................................................................. $863.00

**GRAND TOTAL**......................................................................................... **$863.00**

W.R. Grace & Co.

March 16, 2004
Invoice 613075  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/27/04

Our Matter # 02399/06003
Beaco Road Site

---

| | |
|---|---|
| Fees for Professional Services | $863.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ............................................................. | **$863.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

March 16, 2004  
Invoice 613076  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 02/27/04 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| Date | Description | | | |
|---|---|---|---|---|
| 02/02/04 | Review memo from Ms. Duff regarding action items and follow-up regarding same.<br>J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 02/02/04 | Review and chronologize incoming documents for attorney review.<br>K. LUCAS | 0.20 hrs. | 65.00/hr | $13.00 |
| 02/03/04 | Revise outline/action items summary based on meeting with Ms. Duff (0.6); review pertinent documents and prepare response to Ms. Duff regarding her questions on actions going forward (0.7).<br>J.M. MELCHERS | 1.30 hrs. | 250.00/hr | $325.00 |
| 02/03/04 | Edit outline of projected work and confer with Attorney Melchers regarding same.<br>R.T. CARLISLE | 0.80 hrs. | 250.00/hr | $200.00 |
| 02/06/04 | Prepare for and telephone conference with EPA contact and prepare notes on same.<br>J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 02/09/04 | Review notes and prepare memo to Ms. Duff regarding telephone conference with EPA and review response.<br>J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 02/17/04 | Review documents and confer with Attorney Carlisle regarding acquisition of historical records (0.5); phone message to co-defendant (0.1).<br>J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 02/18/04 | Confer with Attorney Carlisle regarding review and analysis of documents from EPA (0.3); analysis of contract issues and documents (0.4).<br>J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 02/18/04 | Attempt to obtain information relevant to claims issues (0.1); confer with Paralegal Jennings regarding documents relevant to claims issues (0.2); confer with Attorney Melchers regarding document analysis pertinent to claims issues (0.3); review documents and summaries of same (1.5).<br>R.T. CARLISLE | 2.10 hrs. | 250.00/hr | $525.00 |

W.R. Grace & Co.
March 16, 2004
Invoice 613076  Page 2

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/19/04 | Review documents and summaries relating to claims issues. | R.T. CARLISLE | 2.00 hrs. | 250.00/hr | $500.00 |
| 02/20/04 | Pursue site documentation from PRP counsel. | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 02/23/04 | Organize and chronologize incoming documents for attorney review. | K. LUCAS | 0.10 hrs. | 65.00/hr | $6.50 |
| 02/26/04 | Confer with Attorney Carlisle regarding request to Mr. Doyle for legible copies of documents. | L.J. JENNINGS | 0.10 hrs. | 115.00/hr | $11.50 |

**Fees for Legal Services** .................................................................................................. **$2,356.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 4.40 | 250.00 | 1,100.00 |
| R.T. CARLISLE | 4.90 | 250.00 | 1,225.00 |
| L.J. JENNINGS | 0.10 | 115.00 | 11.50 |
| K. LUCAS | 0.30 | 65.00 | 19.50 |
| TOTAL | 9.70 | $242.89 | $2,356.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 02/03/2004 | Photocopies 2 Page(s) | 0.10 |
| 02/03/2004 | Telephone 1-202-789-6000 | 0.10 |
| 02/06/2004 | Photocopies 15 Page(s) | 0.75 |
| 02/06/2004 | Telephone 1-212-637-3165 | 0.35 |
| 02/17/2004 | Telephone 1-202-789-6000 | 0.10 |
| 02/18/2004 | Telephone 1-202-789-6000 | 0.10 |
| 02/26/2004 | Photocopies 499 Page(s) | 24.95 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$26.45**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 25.80 |
| Telephone | 0.65 |
| TOTAL | $26.45 |

**Net current billing for this invoice** .................................................................................. **$2,382.45**

**GRAND TOTAL**............................................................................................................... **$2,382.45**

W.R. Grace & Co.

March 16, 2004
Invoice 613076  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/27/04

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $2,356.00 |
| Charges for Other Services Provided/Expenses Incurred | $26.45 |
| **Net current billing for this invoice** | **$2,382.45** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  March 9, 2004
ATTN: Lydia Duff, Esq.  Invoice 611549 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #    02399/06032                      For Services Through 02/27/04
WR Grace #      063-KL-721490-01-0501221
Name of Matter: Charleston

| | | | | |
|---|---|---|---|---|
| 02/11/04 | Review request for information on wetlands issues raised for remediation (0.3); review information provided from Attorney Smith and craft response to client (0.4). | | | |
| | B.F. HAWKINS, JR. | 0.70 hrs. | 280.00/hr | $196.00 |
| 02/18/04 | Review and respond to request concerning access agreement. | | | |
| | B.F. HAWKINS, JR. | 0.30 hrs. | 280.00/hr | $84.00 |
| 02/18/04 | Review and mark up current draft of access letter. | | | |
| | R.T. CARLISLE | 0.40 hrs. | 250.00/hr | $100.00 |
| 02/19/04 | Comment on draft access letter relating to wetlands delineation. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 250.00/hr | $25.00 |
| 02/23/04 | Organize and chronologize incoming documents for attorney review. | | | |
| | K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |

**Fees for Legal Services** .................................................................................. **$424.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.00 | 280.00 | 280.00 |
| R.T. CARLISLE | 0.50 | 250.00 | 125.00 |
| K. LUCAS | 0.30 | 65.00 | 19.50 |
| TOTAL | 1.80 | $235.83 | $424.50 |

**Net current billing for this invoice** ................................................................. $424.50

**GRAND TOTAL**.................................................................................................. $424.50

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/27/04

Our Matter # 02399/06032
Charleston

---

| | |
|---|---|
| Fees for Professional Services | $424.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$424.50** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

Case 01-01139-AMC    Doc 5566-1    Filed 05/12/04    Page 10 of 15



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

March 16, 2004  
Invoice 613077  Page 1

Our Matter #          02399/06091                         For Services Through 02/27/04  
Name of Matter:       Fee Applications

| | | | | |
|---|---|---|---|---|
| 02/02/04 | Communications with Mr. Bossay regarding 10th Quarterly Fee Application (0.1); review and edit draft 10th Quarterly Fee Application and discuss needed changes with Paralegal Jennings (0.6). | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 02/02/04 | Review edits to draft 10th Quarterly Fee Application. | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 02/02/04 | Review and edit August and September Monthly Fee Applications and review 10th Quarterly Fee Application. | | | |
| | B.J. BURN | 0.60 hrs. | 190.00/hr | $114.00 |
| 02/02/04 | Revise August 2003 Fee Application (0.4); revise September 2003 Fee Application (0.4); revise October 2003 Fee Application (0.4); draft 10th Quarterly Application (3.5); discuss same with Attorney Melchers (0.7); revise 10th Quarterly Application (2.5); update WR Grace Bankruptcy Filings chart (0.7); update Grace docket per on-line research for same (0.3). | | | |
| | L.J. JENNINGS | 8.90 hrs. | 115.00/hr | $1,023.50 |
| 02/03/04 | Review and edit draft August, September and 10th Quarterly Fee Applications and review revised applications. | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 02/03/04 | Several conferences with Paralegal Jennings regarding September 2003 Fee Application, Filing chart percentage designations and August Fee Application and prepare memo to her regarding same. | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 02/03/04 | Finalize editing and review of 10th Quarterly Fee Application for August and September Fee Applications. | | | |
| | B.J. BURN | 0.50 hrs. | 190.00/hr | $95.00 |

W.R. Grace & Co.
March 16, 2004
Invoice 613077 Page 2

| Date | Description | | | |
|---|---|---|---|---|
| 02/03/04 | Revise September 2003 Fee Application, per Attorney Hawkins' request, then confer with Attorney Melchers regarding same (0.7); confer with Attorneys Hawkins and Melchers regarding questions about August 2003 Fee Application (0.5); file review for correspondence to client regarding total for August 2003 Fee Application (0.3); instruct Project Assistant Lucas to complete W.R. Grace Bankruptcy Filings Chart with "80%" and "100%" dollar figures for all monthly and quarterly reports (0.5); prepare September 2003 Fee Application materials for Attorneys Burn and Melchers for review and filing (0.5); collate August 2003 Fee Application materials and send same to Attorneys Burn and Melchers for review and filing (0.5); prepare 10th Quarterly Interim Fee Application materials for Attorneys Burn and Melchers for review and filing (0.6); coordinate discussions with Attorneys Hawkins and Melchers regarding amount requested for August 2003 Fee Application invoice (0.3); discuss all filings with Attorney Hawkins for his signature (0.4). | | | |
| | L.J. JENNINGS | 4.30 hrs. | 115.00/hr | $494.50 |
| 02/03/04 | Organize and chronologize incoming documents for attorney review. | | | |
| | K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |
| 02/03/04 | Update Bankruptcy Filing Chart with fee and expense information per instructions of Paralegal Jennings. | | | |
| | K. LUCAS | 1.70 hrs. | 65.00/hr | $110.50 |
| 02/04/04 | Prepare memo to Mr. Bossay (0.1); review final August, September and 10th Quarterly Fee Applications (0.2). | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 02/04/04 | Confer with Paralegal Jennings regarding Project Category Summary Chart and travel billing issues. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 02/04/04 | Final review of August, September and 10th Quarterly Fee Applications (0.1); forward same to co-counsel and follow-up on filing information (0.2); review and reply to email from co-counsel on contact information (0.1). | | | |
| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
| 02/04/04 | Coordinate with Attorneys Burn and Melchers to ensure September and August 2003 Fee Applications were emailed for filing (0.3); coordinate with Attorneys Burn and Melchers so that Mr. Bossay receives all necessary materials requested (0.4); on-line research to update Grace documents database with most recently filed fee applications, as well as to update docket tracking chart related to same (1.4); update Project Category Summary Chart to reflect 10th Quarterly information, then provide same to and discuss with Attorneys Melchers and Burn (0.5); file research to address travel billing issues, discuss same with Attorneys Melchers and Burn, then begin review draft October 2003 Fee Application to ensure travel issue is dealt with properly (0.6). | | | |
| | L.J. JENNINGS | 3.20 hrs. | 115.00/hr | $368.00 |
| 02/17/04 | Review and edit for privilege January Fee Application attachments. | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 02/19/04 | Prepare memo to Paralegal Jennings regarding status of October-December and 11th Quarterly Fee Applications and review response. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 02/19/04 | Follow-up with local counsel on filing of fee applications. | | | |
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 02/19/04 | Correspond with Attorney Melchers regarding status of October, November and December Fee Applications, as well as the 11th Quarterly Application. | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |

W.R. Grace & Co.
March 16, 2004
Invoice 613077 Page 3

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/22/04 | Review on-line docket for current filings in order to update Status Chart (0.8); complete first draft of October 2003 Fee Application for Attorney Burn's review (0.4); begin November 2003 Fee Application (0.6). | L.J. JENNINGS | 1.80 hrs. | 115.00/hr | $207.00 |
| 02/22/04 | Draft December 2003 Fee Application. | L.J. JENNINGS | 1.30 hrs. | 115.00/hr | $149.50 |
| 02/23/04 | Prepare memo to Paralegal Jennings regarding October - December Fee Applications. | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 02/24/04 | Review and edit October, November, December and 11th Quarterly Fee Applications. | J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 02/24/04 | Follow-up on status of fee applications not filed with local counsel. | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 02/24/04 | Prepare October 2003 Fee Application Package for Attorney Melchers' review (0.3); prepare November 2003 Fee Application Package for Attorney Melchers' review (0.3); prepare December 2003 Fee Application Package for Attorney Melchers' review (0.3); prepare 11th Quarterly Fee Application for Attorney Melchers' review (0.1); on-line research to check filing status of July, August, September 2003 Fee Applications, as well as 10th Quarterly Fee Applications, follow-up with Attorneys Melchers and Burn regarding same and potential contact with local counsel regarding status of same (0.4). | L.J. JENNINGS | 1.40 hrs. | 115.00/hr | $161.00 |
| 02/25/04 | Review memo from Mr. Bossay and telephone conference with him regarding same (0.2); memo and telephone call to Attorney Burn regarding follow-up on filing status of 10th Quarterly Fee Application (0.2); review memos from Attorney Burn regarding request and follow-up on filing of same (0.1); review memo from Mr. Bossay regarding verification of figures for filing of Schedule and Exhibit and instruction to Paralegal Jennings regarding verification of same (0.1). | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 02/25/04 | Several telephone conferences with Paralegal Jennings regarding edits, changes and additions needed on October, November and December and 11th Quarterly Fee Applications. | J.M. MELCHERS | 0.80 hrs. | 250.00/hr | $200.00 |
| 02/25/04 | Follow-up on status of applications forwarded and not filed (0.2); review emails from auditor regarding verification of spreadsheet figures (0.1). | B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 02/25/04 | Telephone conversation with Attorney Melchers regarding edits to October and November 2003 Fee Applications (0.4); telephone conversation with Attorney Melchers regarding edits to December 2003 Fee Application and 11th Quarterly Fee Application (0.4); follow-up with Administrative Assistant Johnson regarding edits to October and December Fee Applications (0.3). | L.J. JENNINGS | 1.10 hrs. | 115.00/hr | $126.50 |
| 02/26/04 | Review memos from Paralegal Jennings regarding lack of filing of monthly Fee Applications for September and October (0.1); review memo from Paralegal Jennings regarding review of Schedule and Exhibit calculations and memo to Mr. Bossay (0.1). | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |

W.R. Grace & Co.
March 16, 2004
Invoice 613077 Page 4

| | |
|---|---|
| 02/26/04 | Compare numbers for Mr. Bossay's 10th Interim Project Category Spreadsheet and Exhibit against internal figures to ensure the numbers match, correspond with Attorneys Melchers and Burn as well as Mr. Bossay regarding same (0.3); revise October 2003 Fee Application, per Attorney Melchers' request for write-off and updated filings on PACER (0.5); revise November 2003 Fee Application, per Attorney Melchers' request and updated filings on PACER (0.5); revise December 2003 Fee Application, per client's request for write-off, Attorney Melcher's revisions and updated filings on PACER (0.7); revise 11th Quarter "Quarterly" and prepare 11th Quarterly Summary Fee Application and discuss same with Attorneys Melchers and Burn (4.5). |

L.J. JENNINGS                 6.50 hrs.    115.00/hr                $747.50

02/27/04  Review revised 10th Quarterly and October, November and December Fee Applications and memos regarding changes on same (0.4); instructions to Paralegal Jennings regarding changes (0.3).
J.M. MELCHERS                 0.70 hrs.    250.00/hr                $175.00

02/27/04  Edit and revise October (0.2); November (0.2), December (0.2) and 11th Quarterly Fee Applications (0.3); follow-up on status of previously emailed applications (0.1).
B.J. BURN                     1.00 hrs.    190.00/hr                $190.00

02/27/04  Confer with Attorney Burn regarding November 2003 Fee Application, revise same (0.2); confer with Attorney Burn regarding December 2003 Fee Application, revise same (0.2); confer with Attorney Burn regarding 11th Quarterly and 11th Summary Fee Applications, revise same (0.3).
L.J. JENNINGS                 0.70 hrs.    115.00/hr                 $80.50

**Fees for Legal Services** .................................................................................. **$5,948.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 7.30 | 250.00 | 1,825.00 |
| B.J. BURN | 3.10 | 190.00 | 589.00 |
| L.J. JENNINGS | 29.60 | 115.00 | 3,404.00 |
| K. LUCAS | 2.00 | 65.00 | 130.00 |
| TOTAL | 42.00 | 141.62 | 5,948.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/02/2004 | Photocopies 10 Page(s) | 0.50 |
| 02/02/2004 | Photocopies 2 Page(s) | 0.10 |
| 02/02/2004 | Telephone 1-214-698-3868 | 0.15 |
| 02/03/2004 | Photocopies 75 Page(s) | 3.75 |
| 02/10/2004 | Photocopies 10 Page(s) | 0.50 |
| 02/23/2004 | Photocopies 5 Page(s) | 0.25 |
| 02/24/2004 | Photocopies 16 Page(s) | 0.80 |
| **Total Charges for Other Services Provided/Expenses Incurred** .................................. | | **$6.05** |

W.R. Grace & Co.

March 16, 2004
Invoice 613077 Page 5

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Photocopies | 5.90 |
| Telephone | 0.15 |
| TOTAL | $6.05 |

**Net current billing for this invoice** ................................................................................ **$5,954.05**

**GRAND TOTAL**............................................................................................................. **$5,954.05**

W.R. Grace & Co.

March 16, 2004
Invoice 613077 Page 6

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/27/04

Our Matter # 02399/06091
Fee Applications

---

| | |
|---|---|
| Fees for Professional Services | $5,948.00 |
| Charges for Other Services Provided/Expenses Incurred | $6.05 |
| **Net current billing for this invoice** ................................................................. | **$5,954.05** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC