**<u>Exhibit A</u>**
January Fee Application

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: April 5, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE THIRTY-FIRST MONTHLY INTERIM PERIOD
### FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

Name of Applicant:             Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession

Date of Retention:             July 19, 2001,
effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:         January 1, 2004 through January 31, 2004

Amount of Fees and Expenses sought as
actual, reasonable, and necessary:         $21,616.71

This is a: <u>X</u> monthly    _ interim    _ final application.

Prior Applications filed: Yes.

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Docket No. 5266

Date Filed 3/11/04

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/04 | $9,795.00 | $1,332.05 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the thirty-first application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 33 Years | Litigation | $495.00 | 4.70 | $2,326.50 |
| Lawrence E. Flatley | Partner | 28 Years | Litigation | $470.00 | 1.00 | $470.00 |
| Douglas E. Cameron | Partner | 19 Years | Litigation | $465.00 | 11.60 | $5,394.00 |
| James W. Bentz | Partner | 15 Years | Litigation | $370.00 | 32.80 | $12,136.00 |
| Andrew J. Muha | Associate | 3 Years | Litigation | $235.00 | 2.60 | $611.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $145.00 | 1.90 | $275.50 |
| John B. Lord | Paralegal | 11 Years | Litigation | $160.00 | 1.30 | $208.00 |
| Karen L. Hindmam | Lit. Support | 3 Years | Litigation | $110.00 | 1.00 | $110.00 |

Total Fees:  $21,531.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 41.80 | $15,098.50 |
| ZAI Science Trial | 12.70 | $5,958.50 |
| Fee Applications | 2.40 | $474.00 |
| **Total:** | **56.90** | **$21,531.00** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $0.39 | $1.94 |
| Duplicating/Printing | $29.85 | $4.65 |
| Outside Duplicating | $27.77 | ---- |
| Postage Expense | $13.55 | ---- |
| Courier Service – Outside | $7.56 | ---- |
| SUBTOTAL | $79.12 | $6.59 |
| TOTAL | | **$85.71** |

Dated:  March 11, 2004
Wilmington, Delaware

REED SMITH LLP

By:  /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575
    E-mail:  kgwynne@reedsmith.com

      and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    435 Sixth Avenue
    Pittsburgh, PA  15219
    Telephone:  (412) 288-3131
    Facsimile:  (412) 288-3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        1121499
One Town Center Road                     Invoice Date        03/09/04
Boca Raton, FL    33486                  Client Number         172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              15,098.50

              TOTAL BALANCE DUE UPON RECEIPT        $15,098.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1121499
One Town Center Road                     Invoice Date      03/09/04
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026


=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2004

| Date | Name | | Hours |
|------|------|------|------|
| 01/05/04 | Bentz | Conferences with R. Finke and counsel for third-party asbestos defendant regarding Grace documents. | .90 |
| 01/13/04 | Bentz | Review of third-party asbestos defendant's letter and document request (1.6); conference with R. Finke regarding same (.3); corresponding with M. Murphy regarding document request (.7). | 2.60 |
| 01/13/04 | Cameron | Review materials from R. Finke regarding Libby. | .90 |
| 01/14/04 | Bentz | Conference with J. Baer regarding request for documents from third-party asbestos defendant (.3); review of third-party asbestos defendant's request for Grace documents (.5). | .80 |
| 01/15/04 | Bentz | Conference with W. Sparks regarding Grace historical documents issue (.3); review of historical documents relating to third-party defendant's request for documents (1.0). | 1.30 |
| 01/15/04 | Cameron | E-mails with R. Finke regarding property damage issues (0.3); review e-mails regarding materials for Libby (0.2). | .50 |

172573  W. R. Grace & Co.                         Invoice Number  1121499
60026   Litigation and Litigation Consulting      Page   2
        March 9, 2004


| Date | Name | | Hours |
|------|------|---|-------|

01/16/04 Bentz      Conference call with R. Finke and      1.20
                    M. Murphy regarding response to
                    third-party asbestos defendant's
                    request for documents.

01/19/04 Atkinson   E-mail to Matthew Murphy (Casner &      .60
                    Edwards) and electronic database
                    searches for images on electronic
                    databases relating to historic
                    products.

01/19/04 Bentz      Conference with R. Finke regarding     1.00
                    response to third-party asbestos
                    defendants' request (.4); review
                    of third-party asbestos
                    defendant's request (.6).

01/20/04 Bentz      Conference with counsel for           3.20
                    third-party asbestos defendant and
                    R. Finke regarding requests for
                    documents, affidavit and other
                    information (.7); review of
                    documents and affidavit from
                    counsel for third-party asbestos
                    defendant (2.5).

01/20/04 Restivo    Draft response to audit letter.       1.20

01/21/04 Atkinson   E-mail to K. Hindman (Litigation       .20
                    Support) re: electronic database
                    searches:  scanned images relating
                    to historic products.

01/21/04 Bentz      Review of request for affidavit       1.10
                    (.3); conference with R. Finke
                    (.4) and corresponding with M.
                    Murphy (.4) regarding same.

01/21/04 Lord       Update 2002 Service List.              .10

01/22/04 Bentz      Conference with R. Finke regarding    3.60
                    third-party defendant's document
                    requests (1.1); negotiations with
                    counsel for same regarding
                    documents (1.8) and call to J.
                    Baer (0.7).

172573 W. R. Grace & Co.                          Invoice Number  1121499
60026  Litigation and Litigation Consulting       Page    3
       March 9, 2004


    Date    Name                                              Hours
 --------  -----------                                        -----

 01/23/04 Bentz          Review of subpoena from                2.90
                         third-party asbestos defendant
                         (1.3) and corresponding with R.
                         Finke regarding same (0.4); review
                         of options for responding to
                         subpoena (1.2).

 01/23/04 Cameron        E-mails and meeting regarding           .60
                         possible discovery issues relating
                         to asbestos/vermiculite.

 01/26/04 Bentz          Work on response to third-party        2.10
                         defendant's subpoenas (1.3);
                         conferences with J. Baer (0.3) and
                         R. Finke (0.5) regarding subpoenas.

 01/26/04 Cameron        Continued review of materials          .90
                         relating to discovery issues.

 01/26/04 Hindman        Work on devising method to report      1.00
                         size and scope of images and
                         documents in Grace document
                         electronic database.

 01/27/04 Atkinson       Summation searches for universe of     1.10
                         agricultural/horticultural
                         documents identified through
                         document reviews in Boston.

 01/27/04 Bentz          Corresponding with M. Murphy and       3.30
                         counsel for third-party asbestos
                         defendant regarding affidavit
                         (1.1); preparation of affidavit
                         (.7); conferences with counsel for
                         third-party asbestos defendant
                         regarding affidavit and subpoena
                         (.7); review of legal research
                         regarding automatic stay (.8).

 01/27/04 Muha           Review materials and meet with J.      .50
                         Bentz re: third-party discovery
                         against debtor in litigation in
                         which debtor is not a party.

 01/28/04 Bentz          Work on affidavit for third-party     3.00
                         asbestos defendant's request for
                         documents (1.4); corresponding
                         with R. Finke (1.1) and M. Murphy
                         (0.5) regarding J. Yang interview
                         and affidavit.

172573 W. R. Grace & Co.                          Invoice Number  1121499
60026  Litigation and Litigation Consulting       Page    4
       March 9, 2004

| Date | Name | | Hours |
|------|------|------|-------|

01/28/04 Cameron        Review multiple e-mails and draft        1.10
                        affidavit regarding discovery
                        requests.

01/29/04 Bentz          Calls with R. Finke, counsel for         3.40
                        third-party asbestos defendant and
                        M. Murphy regarding affidavit and
                        J. Yang interview (1.2); review of
                        proposed affidavits (.8);
                        conference with W. Sparks and
                        research regarding seller
                        disclosures (1.4).

01/30/04 Bentz          Formulating response to subpoenas        1.80
                        for production of documents (.5);
                        review of PA disclosure laws (1.3).

01/30/04 Muha           Revise memorandum re: counsel             .90
                        responsibilities in Grace
                        bankruptcy case.

                                                         ------
                                         TOTAL HOURS      41.80

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 1.20 | at | $ 495.00 | = | 594.00 |
| Douglas E. Cameron | 4.00 | at | $ 465.00 | = | 1,860.00 |
| James W Bentz | 32.20 | at | $ 370.00 | = | 11,914.00 |
| Andrew J. Muha | 1.40 | at | $ 235.00 | = | 329.00 |
| John B. Lord | 0.10 | at | $ 160.00 | = | 16.00 |
| Maureen L. Atkinson | 1.90 | at | $ 145.00 | = | 275.50 |
| Karen L. Hindman | 1.00 | at | $ 110.00 | = | 110.00 |

                        CURRENT FEES                     15,098.50


                                                     ------------
             TOTAL BALANCE DUE UPON RECEIPT           $15,098.50
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1121500
5400 Broken Sound Blvd., N.W.            Invoice Date        03/09/04
Boca Raton, FL 33487                     Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                             5,958.50

                        TOTAL BALANCE DUE UPON RECEIPT      $5,958.50
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1121500
5400 Broken Sound Blvd., N.W.        Invoice Date      03/09/04
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028


===========================================================================

Re: (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 01/05/04 | Cameron | Participate in conference call with W. Sparks and R. Finke regarding removal cost issues (.4); follow-up review of notes and materials from prior calls regarding removal cost issues (.5). | .90 |
| 01/06/04 | Flatley | E-mail message to E. Ilgren. | .20 |
| 01/07/04 | Cameron | Review materials relating to ZAI Science Trial for report to Court (.4); review summary judgment papers (.7). | 1.10 |
| 01/07/04 | Flatley | Meet with J. Bentz re: plans for oral argument. | .40 |
| 01/08/04 | Flatley | E-mails from J. Bentz, et al. re: scheduling issues (.10); messages to/from Dr. Ilgren (.10). | .20 |
| 01/10/04 | Cameron | Review various summary judgment materials and schedule relating to same. | 1.40 |
| 01/14/04 | Cameron | Additional review of summary judgment materials and argument schedule issues. | .80 |
| 01/16/04 | Cameron | Review materials relating to summary judgment papers for ZAI Science Trial argument/status report. | 1.40 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
     March 9, 2004

Invoice Number  1121500
Page   2

| Date | Name | | Hours |
|------|------|---|------|
| 01/20/04 | Bentz | Corresponding with J. Restivo, L. Flatley and D. Cameron regarding Science Trial hearing. | .60 |
| 01/20/04 | Cameron | Review e-mails and materials for summary judgment argument. | .90 |
| 01/21/04 | Cameron | E-mails regarding summary judgment argument. | .40 |
| 01/21/04 | Restivo | Conference call with R. Finke and R. Senftleben regarding hearing on ZAI. | .80 |
| 01/22/04 | Cameron | Meet with J. Restivo and e-mails regarding Science Trial summary judgment argument. | .70 |
| 01/22/04 | Flatley | Call with J. Restivo (.10); meet with J. Restivo re: scheduling (.10). | .20 |
| 01/22/04 | Restivo | Telephone calls to Beber (0.9) and Westbrook re: ZAI hearing (0.6). | 1.50 |
| 01/26/04 | Restivo | Telephone call with R. Finke er: ZAI hearing. | .50 |
| 01/27/04 | Restivo | Telephone call with W. Sparks (0.4); telephone call with E. Westbrook (0.3). | .70 |

TOTAL HOURS   12.70

| TIME SUMMARY | Hours | | | Rate | | Value |
|-------------|-------|---|---|------|---|-------|
| James J. Restivo Jr. | 3.50 | at | $ | 495.00 | = | 1,732.50 |
| Lawrence E. Flatley | 1.00 | at | $ | 470.00 | = | 470.00 |
| Douglas E. Cameron | 7.60 | at | $ | 465.00 | = | 3,534.00 |
| James W Bentz | 0.60 | at | $ | 370.00 | = | 222.00 |

CURRENT FEES                                     5,958.50

TOTAL BALANCE DUE UPON RECEIPT          $5,958.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1121674
5400 Broken Sound Blvd., N.W.        Invoice Date      03/09/04
Boca Raton, FL 33487                 Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                                    474.00


            TOTAL BALANCE DUE UPON RECEIPT          $474.00
                                               ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1121674
5400 Broken Sound Blvd., N.W.            Invoice Date        03/09/04
Boca Raton, FL 33487                     Client Number         172573
                                         Matter Number          60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2004

    Date   Name                                              Hours
    -------- -----------                                     -----

01/19/04 Muha          Review and revise DBR for December     .80
                       2003 fee application.

01/22/04 Lord          Research docket and prepare            .50
                       CNO/service for November monthly
                       fee application.

01/22/04 Muha          Revisions to fee and expense           .40
                       detail for December 2003 fee
                       application.

01/23/04 Lord          Update fee application service         .10
                       list.

01/27/04 Lord          E-file and complete service for        .50
                       CNO re: RS 29th monthly fee
                       application (.4); prepare
                       correspondence to R. Finke re:
                       same (.1).

01/29/04 Lord          E-mail to P. Lykens re: status of      .10
                       December fee application.

                                                            ------
                                            TOTAL HOURS       2.40


TIME SUMMARY               Hours          Rate         Value
-----------------------   ---------   --------------  -------
Andrew J. Muha            1.20  at  $  235.00  =       282.00
John B. Lord              1.20  at  $  160.00  =       192.00

                    CURRENT FEES                       474.00

172573  W. R. Grace & Co.                          Invoice Number   1121674
60029   Fee Applications-Applicant                 Page    2
        March 9, 2004


                                                        ------------
                      TOTAL BALANCE DUE UPON RECEIPT         $474.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1121503 |
| Invoice Date | 03/09/04 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

      Expenses                         79.12

              TOTAL BALANCE DUE UPON RECEIPT     $79.12
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1121503
One Town Center Road                     Invoice Date      03/09/04
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026


=============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                         0.39
        Duplicating/Printing                     29.85
        Postage Expense                          13.55
        Courier Service - Outside                 7.56
        Outside Duplicating                      27.77

                    CURRENT EXPENSES                        79.12
                                                   --------------

                    TOTAL BALANCE DUE UPON RECEIPT         $79.12
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1121503
One Town Center Road                     Invoice Date    03/09/04
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60026


=============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/02/03 | Postage Expense | 7.10 |
| 11/28/03 | Postage Expense | 5.25 |
| 01/05/04 | ATTY # 0349: 18 COPIES | 2.70 |
| 01/06/04 | ATTY # 0349: 11 COPIES | 1.65 |
| 01/12/04 | ATTY # 0559: 2 COPIES | .30 |
| 01/20/04 | Postage Expense | 1.20 |
| 01/20/04 | ATTY # 0349; 5 COPIES | .75 |
| 01/20/04 | ATTY # 0349; 49 COPIES | 7.35 |
| 01/20/04 | 410-531-4545/COLUMBIA, MD/2 | .11 |
| 01/20/04 | 410-531-4545/COLUMBIA, MD/2 | .11 |
| 01/20/04 | 410-531-4711/COLUMBIA, MD/2 | .17 |
| 01/20/04 | ATTY # 0349: 6 COPIES | .90 |
| 01/20/04 | ATTY # 0349: 6 COPIES | .90 |
| 01/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 01/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 01/21/04 | ATTY # 0349: 27 COPIES | 4.05 |
| 01/22/04 | Outside Duplicating- -VENDOR:CORPORATE EXPRESS DELIVERY BOX OF LABELS | 27.77 |

172573 W. R. Grace & Co.                          Invoice Number  1121503
60026  Litigation and Litigation Consulting        Page    2
       March 9, 2004


| | | |
|---|---|---|
| 01/22/04 | ATTY # 0885: 1 COPIES | .15 |
| 01/28/04 | ATTY # 0856: 1 COPIES | .15 |
| 01/28/04 | ATTY # 0559: 5 COPIES | .75 |
| 01/28/04 | ATTY # 0559: 5 COPIES | .75 |
| 01/28/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 01/29/04 | ATTY # 0885; 11 COPIES | 1.65 |
| 01/29/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 01/30/04 | ATTY # 0885; 12 COPIES | 1.80 |
| 01/30/04 | ATTY # 0885; 6 COPIES | .90 |
| 01/30/04 | ATTY # 0885; 1 COPIES | .15 |
| 01/30/04 | ATTY # 0559: 2 COPIES | .30 |
| 01/30/04 | ATTY # 0559: 2 COPIES | .30 |
| 01/30/04 | ATTY # 0885: 1 COPIES | .15 |
| 01/30/04 | ATTY # 0885: 2 COPIES | .30 |
| 01/30/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to William J.A. Sparks, W.R. Grace & Company (WILMINGTON DE 19801). | 7.56 |

                        CURRENT EXPENSES                    79.12
                                                      ------------
                TOTAL BALANCE DUE UPON RECEIPT            $79.12
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                           Invoice Number      1121504
5400 Broken Sound Blvd., N.W.         Invoice Date        03/09/04
Boca Raton, FL 33487                  Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

          Expenses                                 6.59

               TOTAL BALANCE DUE UPON RECEIPT           $6.59
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1121504
5400 Broken Sound Blvd., N.W.        Invoice Date       03/09/04
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028


===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                    1.94
        Duplicating/Printing                 4.65

                        CURRENT EXPENSES                    6.59
                                                     -------------

                        TOTAL BALANCE DUE UPON RECEIPT     $6.59
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number    1121504
5400 Broken Sound Blvd., N.W.         Invoice Date     03/09/04
Boca Raton, FL 33487                  Client Number     172573
                                      Matter Number      60028


=============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/16/03   561-362-1533/BOCA RATON, FL/11                .63

12/17/03   561-362-1533/BOCA RATON, FL/13                .74

12/22/03   561-362-1959/BOCA RATON, FL/1                 .11

12/23/03   561-362-1533/BOCA RATON, FL/8                 .46

01/05/04   ATTY # 0559: 1 COPIES                         .15

01/05/04   ATTY # 0559: 6 COPIES                         .90

01/05/04   ATTY # 0559: 12 COPIES                       1.80

01/20/04   ATTY # 0349: 1 COPIES                         .15

01/20/04   ATTY # 0349: 2 COPIES                         .30

01/20/04   ATTY # 0349: 1 COPIES                         .15

01/20/04   ATTY # 0349: 1 COPIES                         .15

01/20/04   ATTY # 0349: 1 COPIES                         .15

01/20/04   ATTY # 0349: 1 COPIES                         .15

01/20/04   ATTY # 0349: 1 COPIES                         .15

01/28/04   ATTY # 0559: 1 COPIES                         .15

01/29/04   ATTY # 0349; 3 COPIES                         .45

                        CURRENT EXPENSES                6.59
                                                 ------------

172573 W. R. Grace & Co.                    Invoice Number  1121504
60028  ZAI Science Trial                    Page   2
       March 9, 2004


                        TOTAL BALANCE DUE UPON RECEIPT        $6.59
                                                        =============