**Exhibit B**
February Fee Application

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 3, 2004 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE THIRTY-SECOND MONTHLY INTERIM
### PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

Name of Applicant:    Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:    July 19, 2001,
effective as of April 2, 2001

Period for which compensation and reimbursement is sought:    February 1, 2004 through February 29, 2004

Amount of fees and expenses sought as Actual, reasonable, and necessary:    $23,653.94

This an: X monthly    _ interim    _ final application.

Prior Applications filed: Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/04 | $9,795.00 | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the thirty-second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 33 Years | Litigation | $495.00 | .70 | $346.50 |
| Lawrence E. Flatley | Partner | 28 Years | Litigation | $470.00 | 16.30 | $7,661.00 |
| Douglas E. Cameron | Partner | 19 Years | Litigation | $465.00 | 15.90 | $7,393.50 |
| James W. Bentz | Partner | 15 Years | Litigation | $370.00 | 5.70 | $2,109.00 |
| Richard A. Keuler | Associate | 5 Years | Litigation | $280.00 | 3.20 | $896.00 |
| Andrew J. Muha | Associate | 3 Years | Litigation | $235.00 | 6.60 | $1,551.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $145.00 | .60 | $87.00 |
| John B. Lord | Paralegal | 11 Years | Litigation | $160.00 | 6.70 | $1,072.00 |

Total Fees:  $21,116.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 26.90 | $10,923.50 |
| ZAI Science Trial | 15.70 | $7,285.00 |
| Fee Applications | 13.10 | $2,907.50 |
| Total: | 55.70 | $21,116.00 |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $3.41 | $3.99 |
| Duplicating/Printing | $1,776.50 | $3.45 |
| Outside Duplicating | $343.65 | ---- |
| Postage Expense | ---- | $1.20 |
| Courier Service – Outside | $131.17 | ---- |
| Other Databases | $62.79 | ---- |
| Rail Travel Expense | ---- | $27.00 |
| Taxi Expense | ---- | $152.78 |
| Mileage Expense | ---- | $22.50 |
| Transportation | ---- | $9.50 |
| SUBTOTAL | $2,317.52 | $220.42 |
| TOTAL | | $2,537.94 |

Dated: April 8, 2004
Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
　　　Kurt F.Gwynne (No. 3951)
　　　1201 Market Street, Suite 1500
　　　Wilmington, DE 19801
　　　Telephone: (302) 778-7500
　　　Facsimile: (302) 778-7575
　　　E-mail: kgwynne@reedsmith.com

　　　　and

　　　James J. Restivo, Jr., Esquire
　　　Lawrence E. Flatley, Esquire
　　　Douglas E. Cameron, Esquire
　　　435 Sixth Avenue
　　　Pittsburgh, PA 15219
　　　Telephone: (412) 288-3131
　　　Facsimile: (412) 288-3063

　　　Special Asbestos Products Liability Defense
　　　Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1130083 |
| Invoice Date | 04/06/04 |
| Client Number | 172573 |

======================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                    10,923.50


                TOTAL BALANCE DUE UPON RECEIPT        $10,923.50
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1130083 |
| Invoice Date | 04/06/04 |
| Client Number | 172573 |
| Matter Number | 60026 |

==========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 02/02/04 | Bentz | Corresponding with R. Finke regarding response to subpoena by third-party non-debtor asbestos defendant (.5); work on response to subpoena (.9). | 1.40 |
| 02/02/04 | Lord | Update 2002 service list. | .40 |
| 02/03/04 | Bentz | Corresponding with R. Finke regarding response to third-party non-debtor asbestos defendant subpoena. | .30 |
| 02/03/04 | Restivo | Review Wolin opinion re: recusal. | .70 |
| 02/04/04 | Bentz | Memorandum regarding discovery requests and negotiations re: same (1.2); conference with W. Sparks regarding disclosures (0.3). | 1.50 |
| 02/05/04 | Bentz | Work on disclosures issues (.6); responding to subpoena from third-party non-debtor asbestos defendant (.3). | .90 |
| 02/05/04 | Cameron | Review materials from J. Bentz regarding third-party non-debtor discovery requests and potential responses. | .90 |

172573 W. R. Grace & Co.                          Invoice Number   1130083
60026  Litigation and Litigation Consulting        Page   2
       April 6, 2004

                                                               Hours
   Date   Name                                                 -----
-------- ----------

| Date | Name | | Hours |
|---|---|---|---|
| 02/06/04 | Bentz | Corresponding with R. Finke and W. Sparks regarding seller disclosure issues (.9); possible responses to subpoena for production of documents (.7). | 1.60 |
| 02/06/04 | Lord | Research docket for hearing date re: 11th interim fee application (.2); review and revise same (1.5). | 1.70 |
| 02/07/04 | Cameron | Review discovery requests and related correspondence from third-party non-debtor. | .80 |
| 02/07/04 | Flatley | Review J. Wolin opinion on motion for recusal. | 1.00 |
| 02/08/04 | Cameron | Review J. Bentz' memo and e-mails regarding open discovery request issues. | .80 |
| 02/09/04 | Cameron | Review additional discovery materials from J. Bentz (0.6); telephone call with J. Bentz regarding same (0.2). | .80 |
| 02/09/04 | Lord | Research docket and update 2002 Service List. | .40 |
| 02/12/04 | Cameron | Prepare for and participate in conference call with R. Finke regarding discovery issues. | .80 |
| 02/13/04 | Cameron | Meet with L. Flatley regarding witness meetings (0.3); review materials relating to discovery issues (0.8). | 1.10 |
| 02/17/04 | Atkinson | Review file contents reports re: Grace National Exhibits. | .30 |
| 02/17/04 | Cameron | Telephone call with W. Sparks (0.2); review of discovery issues (0.3). | .50 |
| 02/18/04 | Cameron | Meet with L. Flatley regarding witness issues. | .40 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       April 6, 2004

Invoice Number  1130083
Page    3

| Date | Name | | Hours |
|------|------|---|-------|
| 02/19/04 | Cameron | Telephone call with R. Finke regarding discovery subpoena (0.3); review correspondence relating to same (0.8). | 1.10 |
| 02/20/04 | Atkinson | Prepare EPA demonstrative chart for J. Restivo. | .30 |
| 02/20/04 | Cameron | Review discovery requests and subpoena from third-party non-debtor (0.9); telephone call with counsel for third-party non-debtor asbestos defendant (0.2); telephone call with R. Finke and B. Murphy regarding same (0.6). | 1.70 |
| 02/20/04 | Muha | Participate in part of conference call with Grace in-house and outside counsel re: third-party asbestos defendant request for documents. | .50 |
| 02/23/04 | Cameron | Review materials relating to open discovery issues (.60); e-mails re: same (.30). | .90 |
| 02/24/04 | Cameron | Review third-party non-debtor discovery issues. | .80 |
| 02/25/04 | Cameron | Review of documents to produce to third-party non-debtor asbestos defendant (1.4); e-mails regarding same (0.2). | 1.60 |
| 02/26/04 | Cameron | Continued review of documents for production to third-party non-debtor asbestos defendant (1.9); telephone call with B. Murphy regarding same (0.2). | 2.10 |
| 02/27/04 | Cameron | Telephone call with counsel for third-party non-debtor asbestos defendant regarding discovery (0.2); review documents for production (0.9); prepare and revise draft letter regarding same (0.5). | 1.60 |

TOTAL HOURS    26.90

172573  W. R. Grace & Co.
60026   Litigation and Litigation Consulting
        April 6, 2004

Invoice Number   1130083
Page    4

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| James J. Restivo Jr. | 0.70 | at | $ | 495.00 | = | 346.50 |
| Lawrence E. Flatley | 1.00 | at | $ | 470.00 | = | 470.00 |
| Douglas E. Cameron | 15.90 | at | $ | 465.00 | = | 7,393.50 |
| James W Bentz | 5.70 | at | $ | 370.00 | = | 2,109.00 |
| Andrew J. Muha | 0.50 | at | $ | 235.00 | = | 117.50 |
| John B. Lord | 2.50 | at | $ | 160.00 | = | 400.00 |
| Maureen L. Atkinson | 0.60 | at | $ | 145.00 | = | 87.00 |

CURRENT FEES                                    10,923.50

                                            ------------
TOTAL BALANCE DUE UPON RECEIPT               $10,923.50
                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1130084 |
| Invoice Date | 04/06/04 |
| Client Number | 172573 |

========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

   Fees                          7,285.00


         TOTAL BALANCE DUE UPON RECEIPT     $7,285.00
                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                                  Invoice Number      1130084
5400 Broken Sound Blvd., N.W.                Invoice Date      04/06/04
Boca Raton, FL 33487                         Client Number       172573
                                             Matter Number        60028

======================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2004

|  |  |  | Hours |
| --- | --- | --- | --- |
| Date | Name |  |  |
| 02/04/04 | Flatley | E-mails from/to R. Senftleben re: medical article. | .10 |
| 02/05/04 | Muha | Draft, review and analysis of Grace ZAI budget. | .40 |
| 02/07/04 | Flatley | Review J. Bentz memo (.20); review medical article forwarded by R. Senftleben and outline issues to raise with him (.50). | .70 |
| 02/09/04 | Flatley | E-mails on scheduling issues (.20); with J. Bentz re: witness meeting (.10); call with W. Sparks (.60); follow up on W. Sparks call, including e-mails (.20); call with W. Sparks (.20). | 1.30 |
| 02/12/04 | Flatley | Call with W. Sparks and follow up. | .30 |
| 02/13/04 | Flatley | Call with W. Sparks re: meeting preparation (1.00); preparation for and follow up on W. Sparks call (.40); with D. Cameron re: Sparks issue (.20). | 1.60 |
| 02/16/04 | Flatley | Preparation for 2/17 W. Sparks meeting (2.30); call with W. Sparks re: meeting arrangements (.50). | 2.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1130084
60028  ZAI Science Trial                    Page   2
       April 6, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|

| 02/17/04 | Flatley | Preparation for meeting in Philadelphia (1.50); meeting with W. Sparks (2.20); follow up with W. Sparks after main meeting (1.00); drafting memorandum and other follow-up on meeting (1.50). | 6.20 |
| 02/18/04 | Flatley | Follow up and reorganizing after Philadelphia meeting (.60); revisions to memorandum on meeting (.80); with D. Cameron (.20); call with W. Sparks and message for R. Finke (.30). | 1.90 |
| 02/23/04 | Flatley | Call with R. Finke re: meeting in Philadelphia. | .40 |

```
                                            ------
                                TOTAL HOURS  15.70
```

| TIME SUMMARY | Hours | Rate | | Value |
|--------------|-------|------|---|-------|
| Lawrence E. Flatley | 15.30 at | $ 470.00 | = | 7,191.00 |
| Andrew J. Muha | 0.40 at | $ 235.00 | = | 94.00 |

```
                    CURRENT FEES                    7,285.00


                                              ------------
          TOTAL BALANCE DUE UPON RECEIPT      $7,285.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

Invoice Number      1130085
Invoice Date       04/06/04
Client Number       172573

=========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

   Fees                                2,907.50

                 TOTAL BALANCE DUE UPON RECEIPT         $2,907.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1130085 |
| Invoice Date | 04/06/04 |
| Client Number | 172573 |
| Matter Number | 60029 |

=======================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2004

| Date | Name | | Hours |
|------|------|------|-------|
| 01/26/04 | Keuler | Revise documents prepared by J. Lord re: 29th monthly application. | .50 |
| 02/04/04 | Keuler | Review and revise 13th monthly fee application (0.3); review fee examiner's report (0.2); communications with D. Cameron re: fees (0.1). | .60 |
| 02/04/04 | Lord | Review and revise December monthly fee application (.6); prepare hard and electronic service for same (.2); e-file and perfect hard/electronic service for same (.5). | 1.30 |
| 02/04/04 | Muha | Finalize December 2003 monthly fee application. | .30 |
| 02/05/04 | Keuler | Review and revise fee applications for filing (0.5); review and respond e-messages sent by J. Lord (0.3); draft memo regarding status of actions to K. Gwynne (0.1). | .90 |
| 02/05/04 | Muha | Make final review of and revisions to 11th Quarterly Fee Application. | .60 |
| 02/09/04 | Lord | Continue to prepare interim fee application (1.1); discuss same with R. Keuler (.1). | 1.20 |

172573  W. R. Grace & Co.           Invoice Number  1130085
60029   Fee Applications-Applicant        Page   2
       April 6, 2004

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 02/11/04 | Keuler | Review and revise new fee application requests. | .40 |
| 02/11/04 | Lord | Prepare service for 11th quarterly fee application. | .20 |
| 02/11/04 | Muha | Begin to review and revise January 2004 DBR for fee application. | .40 |
| 02/12/04 | Keuler | Revise 11th Interim Quarterly Application. | .60 |
| 02/12/04 | Keuler | Met with J. Lord to discuss changes. | .20 |
| 02/12/04 | Lord | Discuss 11th quarterly fee application with R. Keuler (.1); revise and recalculate same (.8); e-file and perfect service for same (.5). | 1.40 |
| 02/13/04 | Muha | Review docket reports and draft e-mail re: ZAI Science Trial Budget | 2.90 |
| 02/16/04 | Muha | Revise DBR for January 2004 fee application. | .60 |
| 02/20/04 | Muha | Revise fee and expense detail for January 2004 fee application. | .60 |
| 02/25/04 | Muha | Attention to issue raised by Fee Auditor re: 10th Quarterly summary chart. | .30 |
| 02/27/04 | Lord | E-mail to P. Lykens re: January monthly fee application. | .10 |

                                ------
                      TOTAL HOURS  13.10

| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Andrew J. Muha | 5.70 | at $ | 235.00 | = | 1,339.50 |
| Richard A. Jr. Keuler | 3.20 | at $ | 280.00 | = | 896.00 |
| John B. Lord | 4.20 | at $ | 160.00 | = | 672.00 |

                                       2,907.50
                  CURRENT FEES         -----------

172573  W. R. Grace & Co.
60029   Fee Applications-Applicant
        April 6, 2004

TOTAL BALANCE DUE UPON RECEIPT        $2,907.50
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1130092 |
| Invoice Date | 04/06/04 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Expenses                    2,317.52

              TOTAL BALANCE DUE UPON RECEIPT       $2,317.52
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

Invoice Number      1130092
Invoice Date      04/06/04
Client Number       172573
Matter Number        60026

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/29/03 | Pacer electronic docket document retreival service: retrieval of items on debtor's bankruptcy docket. | 62.79 |
| 02/03/04 | ATTY # 0559: 6 COPIES | .90 |
| 02/03/04 | ATTY # 0710: 8 COPIES | 1.20 |
| 02/03/04 | ATTY # 0710: 4 COPIES | .60 |
| 02/03/04 | ATTY # 0710: 4 COPIES | .60 |
| 02/03/04 | ATTY # 0559; 10 COPIES | 1.50 |
| 02/03/04 | ATTY # 0559; 48 COPIES | 7.20 |
| 02/04/04 | ATTY # 0885: 2 COPIES | .30 |
| 02/04/04 | ATTY # 0559: 10 COPIES | 1.50 |
| 02/04/04 | ATTY # 0559: 6 COPIES | .90 |
| 02/04/04 | ATTY # 0559: 6 COPIES | .90 |
| 02/04/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/04/04 | ATTY # 0559: 11 COPIES | 1.65 |
| 02/04/04 | ATTY # 0559: 11 COPIES | 1.65 |
| 02/04/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 02/04/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 02/04/04 | ATTY # 0559: 12 COPIES | 1.80 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       April 6, 2004

Invoice Number   1130092
Page   2

| | | |
|---|---|---|
| 02/04/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/04/04 | ATTY # 0559: 4 COPIES | .60 |
| 02/04/04 | ATTY # 0559: 4 COPIES | .60 |
| 02/04/04 | ATTY # 0559: 4 COPIES | .60 |
| 02/04/04 | ATTY # 0718; 11 COPIES | 1.65 |
| 02/04/04 | ATTY # 0718: 8 COPIES | 1.20 |
| 02/04/04 | ATTY # 0718: 6 COPIES | .90 |
| 02/04/04 | ATTY # 0885: 19 COPIES | 2.85 |
| 02/04/04 | ATTY # 0718; 116 COPIES | 17.40 |
| 02/04/04 | Courier Service - Shipped from James Bentz, Reed Smith LLP - to Richard Finke, Esq., W.R. Grace & Company (BOCA RATON FL 33487). | 9.10 |
| 02/05/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/05/04 | ATTY # 0885: 2 COPIES | .30 |
| 02/05/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/05/04 | ATTY # 0559: 1 COPIES | .15 |
| 02/05/04 | ATTY # 0559: 4 COPIES | .60 |
| 02/05/04 | ATTY # 0559; 106 COPIES | 15.90 |
| 02/06/04 | ATTY # 0718: 12 COPIES | 1.80 |
| 02/06/04 | ATTY # 0885; 38 COPIES | 5.70 |
| 02/06/04 | ATTY # 0885; 26 COPIES | 3.90 |
| 02/07/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/09/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/09/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/09/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/09/04 | ATTY # 0887: 21 COPIES | 3.15 |
| 02/09/04 | ATTY # 0718: 4 COPIES | .60 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       April 6, 2004

Invoice Number  1130092
Page   3

| Date | Description | Amount |
|---|---|---|
| 02/09/04 | ATTY # 0718: 1 COPIES | .15 |
| 02/09/04 | ATTY # 0718: 4 COPIES | .60 |
| 02/09/04 | ATTY # 0718: 22 COPIES | 3.30 |
| 02/09/04 | ATTY # 0718: 11 COPIES | 1.65 |
| 02/10/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/10/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/10/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/10/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/10/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/11/04 | ATTY # 0559: 4 COPIES | .60 |
| 02/11/04 | ATTY # 0887: 21 COPIES | 3.15 |
| 02/12/04 | ATTY # 0718: 4 COPIES | .60 |
| 02/12/04 | ATTY # 0718: 4 COPIES | .60 |
| 02/12/04 | ATTY # 0718: 5 COPIES | .75 |
| 02/12/04 | ATTY # 0718: 4 COPIES | .60 |
| 02/12/04 | ATTY # 0718: 1 COPIES | .15 |
| 02/12/04 | ATTY # 0718: 1 COPIES | .15 |
| 02/12/04 | ATTY # 0718: 24 COPIES | 3.60 |
| 02/12/04 | ATTY # 0718: 1 COPIES | .15 |
| 02/12/04 | ATTY # 0718; 10 COPIES | 1.50 |
| 02/12/04 | ATTY # 0718; 1 COPIES | .15 |
| 02/12/04 | ATTY # 0718; 303 COPIES | 45.45 |
| 02/16/04 | ATTY # 0885; 13 COPIES | 1.95 |
| 02/17/04 | OUTSIDE DUPLICATING - - VENDOR: IKON DOCUMENT SERVICES--COPYING OF DOCUMENTS TO BE PRODUCED IN RESPONSE TO THIRD-PARTY NON-DEBTOR ASBESTOS DEFENDANT SUBPOENA. | 65.80 |
| 02/19/04 | 614-464-5460/COLUMBUS, OH/1 | .11 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       April 6, 2004

Invoice Number  1130092
Page   4

| Date | Description | Amount |
|---|---|---|
| 02/20/04 | 614-464-5460/COLUMBUS, OH/3 | .23 |
| 02/20/04 | 614-464-5460/COLUMBUS, OH/1 | .11 |
| 02/20/04 | ATTY # 0856; 8 COPIES | 8.00 |
| 02/20/04 | ATTY # 0856; 46 COPIES | 6.90 |
| 02/23/04 | ATTY # 0856; 1496 COPIES | 224.40 |
| 02/24/04 | ATTY # 0396: 4 COPIES | .60 |
| 02/24/04 | ATTY # 0396: 2 COPIES | .30 |
| 02/24/04 | ATTY # 0396: 6 COPIES | .90 |
| 02/24/04 | 585-263-1091/ROCHESTER, NY/50 | 2.85 |
| 02/25/04 | COPYING - OUTSIDE DUPLICATING - - VENDOR: IKON DOCUMENT SERVICES--COPYING OF DOCUMENTS TO BE PRODUCED IN RESPONSE TO THIRD-PARTY NON-DEBTOR ASBESTOS DEFENDANT SUBPOENA. | 277.85 |
| 02/25/04 | 401-431-4799/PROVIDENCE, RI/1 | .11 |
| 02/26/04 | ATTY # 0856: 15 COPIES | 2.25 |
| 02/26/04 | ATTY # 0559; 3135 COPIES | 470.25 |
| 02/27/04 | ATTY # 0856: 1 COPIES | .15 |
| 02/27/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/27/04 | ATTY # 0559; 597 COPIES | 89.55 |
| 02/27/04 | ATTY # 0559; 3089 COPIES | 463.35 |
| 02/27/04 | ATTY # 0559; 2351 COPIES | 352.65 |
| 02/27/04 | ATTY # 0559; 14 COPIES | 2.10 |
| 02/27/04 | ATTY # 0559; 2 COPIES | .30 |
| 02/27/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (Columbus, OH). | 19.80 |
| 02/27/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 4321). | 25.01 |

172573 W. R. Grace & Co.                        Invoice Number   1130092
60026  Litigation and Litigation Consulting     Page    5
       April 6, 2004

| | | |
|---|---|---|
| 02/27/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 25.01 |
| 02/27/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 25.01 |
| 02/27/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 9.55 |
| 02/27/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 8.65 |
| 02/27/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 9.04 |

                              CURRENT EXPENSES                    2,317.52
                                                              ------------
                    TOTAL BALANCE DUE UPON RECEIPT              $2,317.52
                                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1130092 |
| Invoice Date | 04/06/04 |
| Client Number | 172573 |
| Matter Number | 60026 |

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 3.41 |
| Duplicating/Printing | 1,776.50 |
| Other Databases | 62.79 |
| Courier Service - Outside | 131.17 |
| Outside Duplicating | 343.65 |
| CURRENT EXPENSES | 2,317.52 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $2,317.52 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1130093 |
| Invoice Date | 04/06/04 |
| Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

   Expenses                               220.42

             TOTAL BALANCE DUE UPON RECEIPT         $220.42
                                             ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1130093 |
| Invoice Date | 04/06/04 |
| Client Number | 172573 |
| Matter Number | 60028 |

==============================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 01/19/04 | 561-362-1959/BOCA RATON, FL/9 | .51 |
| 01/22/04 | 843-727-6513/CHARLESTON, SC/10 | .63 |
| 01/26/04 | 561-362-1533/BOCA RATON, FL/10 | .63 |
| 01/27/04 | 202-624-2500/WASHINGTON, DC/11 | .68 |
| 02/10/04 | ATTY # 0559; 14 COPIES | 2.10 |
| 02/16/04 | ATTY # 0396: 1 COPIES | .15 |
| 02/16/04 | ATTY # 0396: 1 COPIES | .15 |
| 02/16/04 | ATTY # 0396: 1 COPIES | .15 |
| 02/16/04 | ATTY # 0396: 1 COPIES | .15 |
| 02/16/04 | 302-652-5340/WILMINGTON, DE/1 | .11 |
| 02/16/04 | 917-319-2202/NEW YORK, NY/7 | .46 |
| 02/18/04 | ATTY # 0396: 2 COPIES | .30 |
| 02/18/04 | ATTY # 0396: 2 COPIES | .30 |
| 02/18/04 | 302-652-5340/WILMINGTON, DE/17 | .97 |
| 02/24/04 | Rail Travel Expense - - - VENDOR: LAWRENCE E. FLATLEY (PHILA., PA 2/17/04) (Relating to Meeting with client in Philadelphia). | 27.00 |
| 02/24/04 | Taxi Expense - --- VENDOR: LAWRENCE E. FLATLEY (PHILA., PA 2/17/04) (Relating to Meeting with client in Philadelphia). | 152.78 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       April 6, 2004

Invoice Number  1130093
Page    2

| Date | Description | Amount |
|------|-------------|-------:|
| 02/24/04 | Mileage Expense - - - VENDOR: LAWRENCE E. FLATLEY (PHILA., PA 2/17/04) (Relating to Meeting with client in Philadelphia). | 22.50 |
| 02/24/04 | Transportation - - LAWRENCE E. FLATLEY PARKING FOR MEETING IN PHILADELPHIA WITH CLIENT, 2/17/04. | 9.50 |
| 02/27/04 | Postage Expense | 1.20 |
| 02/27/04 | ATTY # 0559: 1 COPIES | .15 |

CURRENT EXPENSES                      220.42
                                  ------------
TOTAL BALANCE DUE UPON RECEIPT        $220.42
                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1130093 |
| Invoice Date | 04/06/04 |
| Client Number | 172573 |
| Matter Number | 60028 |

==================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 3.99 |
| Duplicating/Printing | 3.45 |
| Postage Expense | 1.20 |
| Transportation | 9.50 |
| Rail Travel Expense | 27.00 |
| Taxi Expense | 152.78 |
| Mileage Expense | 22.50 |

CURRENT EXPENSES                    220.42
                                -------------

TOTAL BALANCE DUE UPON RECEIPT        $220.42
                                =============