**Exhibit C**
March Fee Application

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: June 1, 2004 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE THIRTY-THIRD MONTHLY INTERIM PERIOD
### <u>FROM MARCH 1, 2004 THROUGH MARCH 31, 2004</u>

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2004 through March 31, 2004 |
| Amount of fees and expenses sought as actual, reasonable, and necessary: | $11,555.16 |

This an: <u>X</u> monthly      __ interim      __ final application.

Prior Applications filed:  Yes.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |

| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |

| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/04 | $9,795.00 | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the thirty-third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 33 Years | Litigation | $495.00 | 1.00 | $495.00 |
| Lawrence E. Flatley | Partner | 28 Years | Litigation | $470.00 | .30 | $141.00 |
| Douglas E. Cameron | Partner | 19 Years | Litigation | $465.00 | 3.90 | $1,813.50 |
| James W. Bentz | Partner | 15 Years | Litigation | $370.00 | 20.30 | $7,511.00 |
| Andrew J. Muha | Associate | 3 Years | Litigation | $235.00 | 2.40 | $564.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $145.00 | 1.70 | $246.50 |
| John B. Lord | Paralegal | 11 Years | Litigation | $160.00 | 2.00 | $320.00 |
| Karen L. Hindman | Lit. Support | 3 Years | Litigation | $110.00 | .20 | $22.00 |

Total Fees:  $11,113.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 23.80 | $8,898.50 |
| ZAI Science Trial | 3.90 | $1,401.00 |
| Fee Applications | 4.10 | $813.50 |
| **Total:** | **31.80** | **$11,113.00** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $2.68 | ---- |
| Duplicating/Printing | $241.00 | ---- |
| Duplicating – Outside | $1,090.97 | ---- |
| Courier Service – Outside | $13.62 | ---- |
| Documentation Charge | $10.29 | ---- |
| Expense Advance | (916.40) | ---- |
| SUBTOTAL | $442.16 | ---- |
| TOTAL | $442.16 | ---- |

Dated: May 6, 2004
      Wilmington, Delaware

REED SMITH LLP

By:  /s/ Kurt F. Gwynne
     Kurt F. Gwynne (No. 3951)
     1201 Market Street, Suite 1500
     Wilmington, DE  19801
     Telephone:  (302) 778-7500
     Facsimile:  (302) 778-7575
     E-mail: kgwynne@reedsmith.com

     and

     James J. Restivo, Jr., Esquire
     Lawrence E. Flatley, Esquire
     Douglas E. Cameron, Esquire
     435 Sixth Avenue
     Pittsburgh, PA  15219
     Telephone:  (412) 288-3131
     Facsimile:  (412) 288-3063

     Special Asbestos Products Liability Defense
     Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1138958
One Town Center Road                     Invoice Date      04/30/04
Boca Raton, FL   33486                   Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              8,898.50

              TOTAL BALANCE DUE UPON RECEIPT        $8,898.50
                                                  ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1138958
One Town Center Road                     Invoice Date       04/30/04
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 03/01/04 | Bentz | Review of correspondence with counsel for non-debtor third party asbestos defendant regarding document issues. | .50 |
| 03/02/04 | Bentz | Review of documents produced to counsel for non-debtor third party asbestos defendant. | 1.70 |
| 03/04/04 | Bentz | Correspondence regarding document production and supplemental production to non-debtor third party asbestos defendant (.9); review of documents produced and to be produced (.6). | 1.50 |
| 03/04/04 | Cameron | E-mails regarding vermiculite sales to non-debtor third party asbestos defendant. | .40 |
| 03/05/04 | Bentz | Review of documents and correspondence from R. Murphy regarding subpoena from non-debtor third party asbestos defendant. | .40 |
| 03/06/04 | Cameron | Review additional documents from B. Murphy regarding vermiculite sales to non-debtor third party asbestos defendant (0.9); e-mails regarding same (0.3). | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number  1138958
60026  Litigation and Litigation Consulting        Page    2
        April 30, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 03/08/04 | Cameron | Review documents relating to vermiculite sales to non-debtor third party defendant. | 1.40 |
| 03/09/04 | Bentz | Review of correspondence and possible supplemental production of documents to non-debtor third party asbestos defendant. | 2.60 |
| 03/09/04 | Cameron | Continue review of materials relating to vermiculite sales to non-debtor third party asbestos defendant. | .90 |
| 03/10/04 | Bentz | Review of documents to be produced to non-debtor third party asbestos defendant (2.4); preparation of letter to counsel re: same (.6). | 3.00 |
| 03/11/04 | Bentz | Corresponding with R. Finke and R. Murphy regarding supplemental document production. | .80 |
| 03/15/04 | Bentz | Review of correspondence regarding document production. | .20 |
| 03/16/04 | Muha | Review Omnibus Hearing agenda and e-mail D. Cameron re: same. | .10 |
| 03/19/04 | Bentz | Review of Debtors' reply to objection to continue exclusivity period. | .80 |
| 03/19/04 | Bentz | Review of agenda for omnibus hearing. | .40 |
| 03/25/04 | Restivo | Telephone call with R. Finke (0.6); e-mails with L. Flatley, et al. (0.4). | 1.00 |
| 03/30/04 | Atkinson | Telephone call with M. Murphy re: Lason-scanned documents. | .20 |
| 03/31/04 | Atkinson | Telephone call with M. Murphy (Casner and Edwards) and K. Hindman (Lit. Support) re: documents scanned by Lason pre-Bankruptcy (.3); database searches for particular documents and e-mail to M. Murphy re: same (.6); checking images and page | 1.30 |

172573 W. R. Grace & Co.                          Invoice Number  1138958
60026  Litigation and Litigation Consulting       Page   3
       April 30, 2004

       Date   Name                                                  Hours
     -------- -----------                                           -----
                           amounts for Lason imaged documents
                           (.4).

03/31/04 Bentz             Review of prior briefs, research          5.20
                           and Solow case file re: appeal.

03/31/04 Hindman           Telephone conference with M.               .20
                           Atkinson and M. Murphy re: image
                           totals in document database for
                           defense of resident class action.

                                                                   ------
                                              TOTAL HOURS           23.80


TIME SUMMARY                   Hours        Rate          Value
------------------------     ----------------------      -------
James J. Restivo Jr.          1.00   at  $  495.00  =     495.00
Douglas E. Cameron            3.90   at  $  465.00  =   1,813.50
James W Bentz                17.10   at  $  370.00  =   6,327.00
Andrew J. Muha                0.10   at  $  235.00  =      23.50
Maureen L. Atkinson           1.50   at  $  145.00  =     217.50
Karen L. Hindman              0.20   at  $  110.00  =      22.00

                           CURRENT FEES                            8,898.50


                                                                ------------
                   TOTAL BALANCE DUE UPON RECEIPT                  $8,898.50
                                                                ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number      1138959
5400 Broken Sound Blvd., N.W.                  Invoice Date      04/30/04
Boca Raton, FL 33487                           Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

          Fees                              1,401.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,401.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1138959 |
| Invoice Date | 04/30/04 |
| Client Number | 172573 |
| Matter Number | 60028 |

===========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 03/17/04 | Muha | E-mail to D. Cameron re: ZAI Science Trial budget. | .20 |
| 03/23/04 | Flatley | Message from Dr. Ilgren and follow up with R. Senftleben. | .30 |
| 03/25/04 | Atkinson | Telephone call to M. Murphy re: review of Lason-scanned documents and e-mail to K. Hindman re:  same. | .20 |
| 03/29/04 | Bentz | Preparation for possible ZAI Science Trial arguments. | 1.60 |
| 03/30/04 | Bentz | Preparation for possible ZAI science trial arguments. | 1.60 |

                                              ------
                              TOTAL HOURS     3.90

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 0.30 | at | $ 470.00 | = | 141.00 |
| James W Bentz | 3.20 | at | $ 370.00 | = | 1,184.00 |
| Andrew J. Muha | 0.20 | at | $ 235.00 | = | 47.00 |
| Maureen L. Atkinson | 0.20 | at | $ 145.00 | = | 29.00 |

                  CURRENT FEES                          1,401.00

                                                    ------------
                  TOTAL BALANCE DUE UPON RECEIPT      $1,401.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1138960
One Town Center Road                     Invoice Date       04/30/04
Boca Raton, FL    33486                  Client Number       172573


=============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                                813.50

                    TOTAL BALANCE DUE UPON RECEIPT          $813.50
                                                    =============

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


     W. R. Grace                        Invoice Number      1138960
     5400 Broken Sound Blvd., N.W.      Invoice Date       04/30/04
     Boca Raton, FL 33487               Client Number       172573
                                        Matter Number        60029
```

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 03/08/04 | Muha | Review and forward January 2004 fee and expense details to Billing Department for final changes. | .50 |
| 03/10/04 | Lord | Revise and prepare RS 31st monthly fee application for e-filing and service (1.2); revise and e-file RS 31st monthly fee application (0.6);  perfect electronic/hard service for same (0.2). | 2.00 |
| 03/10/04 | Muha | Final review of January 2004 monthly application (0.3); begin revisions to February 2004 DBR for fee application (0.3). | .60 |
| 03/12/04 | Muha | Continue revisions to February 2004 monthly fee and expense details. | .30 |
| 03/18/04 | Muha | Revise fee and expense details for February 2004 fee application. | .40 |
| 03/29/04 | Muha | Revise February 2004 fee and expense details. | .30 |

```
                                              ------
                                TOTAL HOURS    4.10
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Andrew J. Muha | 2.10 at $ 235.00 = | | 493.50 |
| John B. Lord | 2.00 at $ 160.00 = | | 320.00 |

```
172573  W. R. Grace & Co.                  Invoice Number  1138960
 60029  Fee Applications-Applicant         Page    2
        April 30, 2004


                        CURRENT FEES                        813.50


                                                        ------------
               TOTAL BALANCE DUE UPON RECEIPT            $813.50
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1138940
One Town Center Road                     Invoice Date        04/30/04
Boca Raton, FL    33486                  Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Expenses                              442.16

                TOTAL BALANCE DUE UPON RECEIPT          $442.16
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1138940
One Town Center Road                     Invoice Date      04/30/04
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                       2.68
        Documentation Charge                   10.29
        Duplicating/Printing                  241.00
        Courier Service - Outside              13.62
        Outside Duplicating                 1,090.97
        Expense Advance                      (916.40)

                CURRENT EXPENSES                         442.16
                                                   -------------

                TOTAL BALANCE DUE UPON RECEIPT          $442.16
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1138940
One Town Center Road                     Invoice Date     04/30/04
Boca Raton, FL    33486                  Client Number      172573
                                         Matter Number       60026


===========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/23/04 | 561-362-1551/BOCA RATON, FL/13 | .74 |
| 03/31/04 | 617-426-5900/BOSTON, MA/18 | 1.08 |
| 03/31/04 | 617-426-5900/BOSTON, MA/15 | .86 |
| 03/22/04 | Documentation Charge - - Electronic docket retrieval service charges for Februrary 2004. | 10.29 |
| 02/24/04 | Duplicating/Printing | 10.00 |
| 02/29/04 | ATTY # 0856: 2 COPIES | .30 |
| 02/29/04 | ATTY # 0856: 2 COPIES | .30 |
| 02/29/04 | ATTY # 0856: 2 COPIES | .30 |
| 03/01/04 | ATTY # 0856: 1 COPIES | .15 |
| 03/01/04 | ATTY # 0856: 1 COPIES | .15 |
| 03/01/04 | ATTY # 0856: 1 COPIES | .15 |
| 03/01/04 | ATTY # 0856: 1 COPIES | .15 |
| 03/01/04 | ATTY # 0856: 1 COPIES | .15 |
| 03/01/04 | ATTY # 0559: 1 COPIES | .15 |
| 03/03/04 | ATTY # 0559: 5 COPIES | .75 |
| 03/04/04 | ATTY # 0559; 5 COPIES | .75 |
| 03/09/04 | ATTY # 0559: 2 COPIES | .30 |

172573  W. R. Grace & Co.
60026  Litigation and Litigation Consulting
     April 30, 2004

Invoice Number  1138940
Page    2

| | | |
|---|---|---:|
| 03/09/04 | ATTY # 0559: 2 COPIES | .30 |
| 03/09/04 | ATTY # 0559: 6 COPIES | .90 |
| 03/09/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 03/09/04 | ATTY # 0559: 4 COPIES | .60 |
| 03/09/04 | ATTY # 0559: 11 COPIES | 1.65 |
| 03/09/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 03/09/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 03/09/04 | ATTY # 0559: 6 COPIES | .90 |
| 03/10/04 | ATTY # 0885: 1 COPIES | .15 |
| 03/10/04 | ATTY # 0885: 1 COPIES | .15 |
| 03/10/04 | ATTY # 0559: 6 COPIES | .90 |
| 03/10/04 | ATTY # 0885; 1312 COPIES | 196.80 |
| 03/11/04 | ATTY # 0885: 2 COPIES | .30 |
| 03/11/04 | ATTY # 0885: 2 COPIES | .30 |
| 03/11/04 | ATTY # 0885: 1 COPIES | .15 |
| 03/11/04 | ATTY # 0885: 1 COPIES | .15 |
| 03/11/04 | ATTY # 0718; 116 COPIES | 17.40 |
| 03/12/04 | ATTY # 0885; 4 COPIES | .60 |
| 03/16/04 | ATTY # 0885: 1 COPIES | .15 |
| 03/16/04 | ATTY # 0885: 1 COPIES | .15 |
| 03/29/04 | ATTY # 3963; 7 COPIES | 1.05 |
| 03/12/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 12.06 |
| 03/12/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 1.56 |

172573  W. R. Grace & Co.                              Invoice Number   1138940
60026   Litigation and Litigation Consulting           Page    3
        April 30, 2004

| | | |
|---|---|---|
| 03/04/04 | COPYING - Outside Duplicating - - VENDOR:IKON DOCUMENT SERVICES--COPIES OF DOCUMENTS PRODUCED TO THIRD-PARTY NON-DEBTOR ASBESTOS DEFENDANT($916.40) AND SEPARATE COPIES OF OTHER GRACE-RELATED MATERIALS ($144.57). | 1060.97 |
| 03/19/04 | Outside Duplicating--Photocopy of academic reference manual relating to scientific evidence. | 30.00 |
| 03/31/04 | DEPOSIT REFUND FOR DUPLICATING COST--Re: documents produced in response to subpoena of third party non-debtor asbestos defendant. | -916.40 |

                              CURRENT EXPENSES                    442.16
                                                              ------------
                    TOTAL BALANCE DUE UPON RECEIPT             $442.16
                                                              ============