**New York State Department of**
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany  NY  12205-0300

(518) 457-3160

**Administrative Expense Tax Liability**

Statement date:  5/5/2004

Case number:  01-01139 PJW
Refer to this number for inquiries

Total claim amount:  $50.00

Taxpayer ID#:  B-65-0331979-3
B-04-2937668-8
B-94-2361670-7
et al.

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DE  19801

This is a statement of tax liabilities for WRG (DELAWARE) INC., ADVACARE MANAGEMENT SERVICES, INC. and TIA MARIA WASHINGTON INC, et al..  Additional penalty and interest will accrue if paid after 5/10/2004.

Administrative Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| SALES | 02/29/2004 | L-023715172-1 | 0.00 | 50.00 | 0.00 | 50.00 | ACT |
|  |  |  |  | Total $ |  | 50.00 |  |

Current Annual Interest Rates by Tax Type: Sales and Use - 14%
Liability Type Descriptions: ACT - Actual Return Filed

*Marlene Centulla* (signature)

TC-987 (2/01)        040430180211000002