# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Chapter 11 |
| W.R. GRACE & CO., *et al.* | : | |
| | : | Case Number 01-1139 (JKF) |
| Debtors | : | |
| | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I certify that, on May 14, 2004, I caused to be served a copy of the United States Trustee's Statement Regarding Application Of The Debtors for the Appointment of a Legal Representative for Future Claimants via facsimile to the following person(s):

James Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Fax: (312) 861-2200

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young & Jones
919 Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899
Fax (302) 652-4400

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
Fax: (305) 374-7593

Michael Lastowski, Esquire
Duane Morris & Heckscher
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Fax 302-657-4901

Joanne Wills, Esquire
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801
Fax 302-426-9193

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, Delaware 19801
Fax: (302) 575-1714

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022-4614
Fax: (212) 644-6755

Marla Eskin, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801
Fax: (302) 426-9947

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Fax 212-806-6006

/s/ Chris N. Green
Chris N. Green, Paralegal