## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| W. R.  GRACE & CO., ET AL. | ) | **CASE NO. 01-01139 (JKF)** |
| | ) | |
| | ) | **(JOINTLY ADMINISTERED)** |
| Debtors | ) | |

## RESPONSE AND OBJECTION TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

Now come, Richard Cooksey, Case No. 01-01140, Claim 424 (Exhibit A) and Rocco Finello, Case No. 01-01140, Claim 426 (Exhibit B) through counsel, Melissa M. Olson, and for the reasons that follow, respond and object to the Debtors' Third Omnibus Objection to Claims (Non-Substantive).

The above named individuals were exposed to the asbestos products of the debtors and have suffered resulting injuries and / or death and submit supporting documentation of their injuries and claims.  Proofs of claim were filed in a timely manner on their behalf.

Section 502(b)(1) of the Bankruptcy Code states in pertinent part that all claims filed under this section are allowed except to the extent that, among other provisions, the claim is contingent or umatured.

The claims of the above named individuals are mature and enforceable as evidenced by the supporting documentation. The equities of each of the claims mandate that the claims be maintained and reviewed in the bankruptcy proceedings

Based on the foregoing reasons, the above named individuals respectfully request that the Debtors' Third Omnibus Objection to Claims (Non-Substantive) be denied and that their claims be maintained in this bankruptcy proceeding.

Embry and Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, Connecticut 06340
(860) 449-0341

By _____
Melissa M. Olson
Attorney for Rocco Finello and Richard Cooksey

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was mailed, postage prepaid, this *10th*

day of May, 2004, to following:

Clerk
United States Bankruptcy Court
Sixth Floor
824 Market Street
Wilmington, Delaware 19801

Kirkland & Ellis LLP
Attn:   Rachel R. Schulman
200 East Randolph Street, Suite 6500
Chicago, IL  60601

Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
Attn:   David W. Carickhoff, Jr.
919 North  Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)


_____
Melissa M. Olson

Legal Fee $5.00

# CONNECTICUT STATE DEPARTMENT OF HEALTH
Public Health Statistics Section—Hartford, Connecticut U.S.A.

## Certified Copy of Death Record

| 1 DECEDENT'S LEGAL NAME FIRST | MIDDLE | LAST | 2 SEX | 3 DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|
| Rocco | Michael | Finello | M | 06/23/2003 |

| 4 COUNTY OF DEATH | 5 TOWN OF DEATH | 6 PLACE OF DEATH (Check One) Hospital: ☐ ER/Outpatient ☐ DOA ☐ Inpatient | 7 OTHER ☐ Nursing Home ☑ Residence ☐ Other 54 E. Litchfield Rd |
|---|---|---|---|
| Litchfield | Litchfield | | |

| 8 DATE OF BIRTH (Month, Day, Year) | 9 AGE-Last Birthday | UNDER 1 YEAR Mos. / Days | UNDER 1 DAY Hours / Mins. | 10 CITY & STATE OF BIRTH (Country if not U.S) | 11 CITIZEN OF (Country) |
|---|---|---|---|---|---|
| 4/24/15 | 88 | a. | b. | Retsof, NY | USA |

| 12 ☐ MARRIED ☐ NEVER MARRIED ☑ WIDOWED ☐ DIVORCED ☐ LEGALLY SEPARATED | 13 LAST SPOUSE (if wife, give maiden name) Mary Carlucci | 14 WAS DECEASED A VETERAN IF YES GIVE WAR ☑ YES ☐ NO WW II | 15 BRANCH OF SERVICE Navy |
|---|---|---|---|

| 16 RESIDENCE STATE | 17 COUNTY | 18 TOWN | 19 NUMBER AND STREET |
|---|---|---|---|
| CT | Litchfield | Litchfield | 54 E. Litchfield Rd S |

| 20 FATHER – NAME FIRST | MIDDLE | LAST | 21 MOTHER – NAME FIRST | MIDDLE | MAIDEN |
|---|---|---|---|---|---|
| Michael | | Finello | Angelina | | Troisi |

| 22 INFORMANT – NAME | 23 MAILING ADDRESS | 24 RELATIONSHIP TO DECEASED |
|---|---|---|
| Dennis Finello | 54 E. Litchfield Rd South Litchfield, CT 06759 | Son |

**PART I. DEATH WAS CAUSED BY (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c))**

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

25

IMMEDIATE CAUSE

CONDITIONS, IF ANY WHICH GAVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST.

(a) DUE TO, OR AS A CONSEQUENCE OF:  Mesothelioma        3 years

(b) DUE TO, OR AS A CONSEQUENCE OF:

(c)

| 26 PART II. OTHER SIGNIFICANT CONDITIONS: CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE | 27 AUTOPSY ☐ Y ☑ N | 28 IF YES, were findings considered in determining cause of death: |
|---|---|---|

| 29 NURSE PRONOUNCEMENT TYPE OR PRINT NAME Thi Thi N Tu Rn Bsn | 30 DEGREE SIGNATURE | 31 DATE AND TIME PRONOUNCED MONTH 06 DAY 23 YEAR 2003 TIME 2:00 ☐A.M. ☑P.M. |
|---|---|---|

| 32 CERTIFICATION – PHYSICIAN Mo. Day Year I attended the deceased from 09 08 99 | Mo. Day Year T 06 23 03 | 33 AND LAST SAW HIM/HER ALIVE ON Month Day Year 06 16 03 | 34 ACTUAL OR PRESUMED DATE AND TIME OF DEATH 6-23-03 2:00 pm ☐A.M. ☑P.M. |
|---|---|---|---|

| 35 WAS CASE REFERRED TO MEDICAL EXAMINER ☐YES ☐NO | 36 SURGERY RELEVANT TO CONDITION REPORTED IN ITEM 25 (Name of Operation) | 37 (Date Performed) | 38 THE DECEDENT WAS PRONOUNCED DEAD: Month 6 Day 23 Year 03 Time 2:00 ☐A.M. ☑P.M. |
|---|---|---|---|

| 39 CERTIFIER – NAME (type or print) To the best of my knowledge, death occurred on the date and time and due to the causes stated. Debra S. Bandi | 40 SIGNATURE Debra S. Bandi DO | DEGREE OR TITLE |
|---|---|---|

| 41 MAILING – CERTIFIER (STREET) 200 Kennedy Dr | (CITY OR TOWN) Torrington | (STATE) CT | (ZIP) 06790 | 42 DATE SIGNED (Month, Day, Year) |
|---|---|---|---|---|

| 43 BURIAL, CREMATION, REMOVAL (Specify) Burial | 44 CEMETERY OR CREMATORY – NAME St. Francis New Cemetery | 45 LOCATION (CITY OR TOWN) Torrington | (STATE) CT |
|---|---|---|---|

| 46 DATE (MONTH, DAY, YEAR) 6/26/03 | 47 FUNERAL HOME – NAME AND ADDRESS (STREET, CITY OR TOWN, STATE, ZIP) LaPorta F.H. 82 Litchfield St, Torrington, CT 06790 |
|---|---|

| 48 FUNERAL DIRECTOR OR EMBALMER – SIGNATURE | 49 WAS BODY EMBALMED? ☑ YES ☐ NO IF YES, NAME OF EMBALMER: Timothy Cook | 50 LICENSE NUMBER 2314 |
|---|---|---|

THIS CERTIFICATE RECEIVED FOR RECORD ON  June 25 2003

BY Phyllis J. Burnell

***** ADMINISTRATIVE USE ONLY *****

| 51 OF HISPANIC ORIGIN? If yes, specify (e.g. Puerto Rican, Cuban, Mexican, etc) ☐ Y ☐ N | 52 RACE – White, Black, American Indian, Asian, Other race (Specify) white | 53 SOCIAL SECURITY NUMBER 043 07 6809 |
|---|---|---|

| 54 USUAL OCCUPATION (Give kind of work done during most working life, even if retired) Machine Operator | 55 KIND OF BUSINESS OR INDUSTRY Torin Mfg | 56 EDUCATION (Specify highest grade completed): Primary/Secondary: 10 College: |
|---|---|---|

**EXHIBIT B**

ALL-STATE LEGAL®

I certify that this is a true transcript of the information on the death record as recorded in this office.

Attest: Phyllis J. Burnell        Asst. Registrar of Vital Statistics

Dated  June 25, 2003        Town of  Litchfield

NOT GOOD WITHOUT SEAL OF CERTIFYING OFFICIAL

THE CHARLOTTE HUNGERFORD HOSPITAL

540 Litchfield Street, Torrington, CT 06790
Medical Director:   Saverio Ligato MD

UNIT #: H220278      DOB: 04/24/15   AGE/SEX: 84/M      ACCT #: V01960188
PATIENT: FINELLO, ROCCO M                              LOCATION: AMBMED
ATTENDING MD: POLITO, WILLIAM F.

Specimen:  99:S3521      Collected: 07/24/99      Received: 07/26/99
Spec type: S             Subm Dr  : POLITO, WILLIAM F.

## DIAGNOSIS

(BASED ON GROSS AND MICROSCOPIC EXAMINATION):

PLEURAL FLUID, CELL BLOCK: CLUSTERS OF MALIGNANT CELLS CONSISTENT
WITH A MALIGNANT MESOTHELIOMA (SEE COMMENT).

Comment: The cell block obtained from the pleural effusion consists
of three dimensional aggregate of malignant cells which are negative
for mucin and alcian blue with and without hyaluronidase .  In
addition, immunohistochemical stains for CEA, B72.3, leu-M1 and
cytokeratin 7 and 20 are negative whereas calretinin, vimentin
stain, and EMA are strongly positive.  This immunohistochemical
phenotype is consistent with a malignant mesothelioma.  If
clinically indicated, a pleural biopsy is suggested.

SAVERIO A. LIGATO, MD/mso

## CPT CODES

88305, 88313 X 2, 88342 X 8

CODES: T2Y610 - PLEURAL CYTOLOG
       T2Y610|M36300 - PLEURAL CYTOLOG|EFFUSION, NOS
       T2Y610|M90503 - PLEURAL CYTOLOG|MESOTHELIOMA, M

Signed (date reported, signed electronically)  Ligato, Saverio MD 08/03/99

UNIT #: H220278          PATIENT: FINELLO, ROCCO M          V#: V01960188

B-2

PATHOLOGY REPORT

RUN DATE: 08/03/99          **DEPARTMENT OF PATHOLOGY**                    PAGE 2

540 Litchfield Street, Torrington, CT 06790
Medical Director:  Saverio Ligato MD

| UNIT #: H220278 | PATIENT: FINELLO,ROCCO M | V#: V01960188 |
| --- | --- | --- |
| | (continued) | |

SPEC #: 99:S3521          RECD: 07/26/99-1004

PREOP & POST OP DX

PREOP: S/P THORACENTESIS          POSTOP: CELLBLOCK

TISSUES:
       A. PLEURAL CYTOLOGIC MATERIAL, NOS - CELLBLOCK THORACENTESIS FOR CYTOLOGY

Signed (date reported, signed electronically)  Ligato,Saverio MD 08/03/99

| UNIT #: H220278 | PATIENT: FINELLO,ROCCO M | V#:V01960188 |
| --- | --- | --- |

FM43-727-870(R593)

B-3

PATHOLOGY REPORT

THE CHARLOTTE HUNGERFORD HOSPITAL
TORRINGTON, CONNECTICUT 06790

**HISTORY AND PHYSICAL**

Page 1 of 2

**PATIENT'S NAME:** FINELLO, ROCCO M          **ROOM NUMBER:**  503
**PATIENT NUMBER:**         V01965950
**MEDICAL RECORD NUMBER:** H220278
**ATTENDING PHYSICIAN:**    WILLIAM F. POLITO, MD
**ADMISSION DATE:**         08/03/99

ADMITTING DIAGNOSES:    1.  MALIGNANT PLEURAL MESOTHELIOMA, LEFT
                            HEMITHORAX.
                        2.  HISTORY OF CARCINOMA OF THE BLADDER.
                        3.  GOUTY ARTHRITIS.

Mr. Rocco Finello is an 84-year-old white male with a history of
bladder cancer. He presented with a sudden onset of dyspnea and was
found to have a left sided pleural effusion. He underwent
thoracentesis on 7/24/99. The cell block revealed evidence of a
malignant pleural mesothelioma. On questioning the patient did note
that he had been exposed to asbestos in the past.

The patient has had a history of carcinoma of the bladder. He has
been treated with intravesical BCG and developed systemic
tuberculosis. His last cystoscopic examination was clear.

The patient also has a history of gout for which he takes Allopurinol.

**CURRENT ALLERGIES:** The patient states that he is allergic to
penicillin.

**PAST MEDICAL HISTORY:** Please see above. The patient has also had a
hernia repair done in 1995.

**FAMILY MEDICAL HISTORY:** Is remarkable for atherosclerotic coronary
vascular disease. The patient denies a family medical history of
carcinoma.

**SOCIAL HISTORY:** The patient lives with a companion. He is a
nonsmoker, nondrinker.

REVIEW OF SYSTEMS: Is unremarkable. The patient does note some
posterior left chest wall pain.

**PHYSICAL EXAMINATION:** On physical examination, the patient is a well
developed, well nourished white male in no apparent distress. On
presentation, he is afebrile. Pulse 88, blood pressure 148/76.

HEENT: Examination of the skull shows it to be normocephalic. The
scalp is atraumatic. Examination of the eyes shows the pupils to be
equal, round, reactive to light and accommodation. The extraocular
muscles are intact. Examination of the oral cavity shows the tongue
to be mid line. The oral mucosa is well hydrated.                B-4

NECK: Examination of the neck shows it to be supple. The trachea is
mid line. There is no thyromegaly. There is no cervical adenopathy.
HISTORY AND PHYSICAL

THE CHARLOTTE HUNGERFORD HOSPITAL
TORRINGTON, CONNECTICUT 06790

**HISTORY AND PHYSICAL**

Page 2 of 2

PATIENT'S NAME:   FINELLO, ROCCO M          ROOM NUMBER:   503
PATIENT NUMBER:          V01965950
MEDICAL RECORD NUMBER: H220278
ATTENDING PHYSICIAN:   WILLIAM F. POLITO, MD
ADMISSION DATE:          08/03/99

There is no jugular venous distension.   There is a soft carotid bruit heard best on the left side.

CHEST:  Examination of the chest shows lung sounds to be clear.   There is a diminished breath sounds at the left base.   The heart has a regular rhythm without murmurs, clicks or rubs.

ABDOMEN:  Examination of the abdomen shows it to be soft, nontender with active intestinal sounds.   There are no masses or organomegaly.

RECTAL:   Exam was deferred.

EXTREMITIES:   Examination of the lower extremities is unremarkable.  There is no swelling or cyanosis.   The feet are warm and dry with good pedal pulses.

ASSESSMENT:  1.  Malignant pleural mesothelioma.

PLAN:   The patient will be brought to the operating room today for a left thoracoscopic exam, pleural biopsy and pleurodesis.   I have explained the procedure to Mr. Finello and he is aware of the possible risk, complications which are recurrent pleural effusion and injury to the lung.   He appears to understand and wishes to proceed.

_____
WILLIAM F. POLITO, MD

WFP:MRI.SPH

D:  08/05/99
T:  08/06/99   09:22:42

cc:   WILLIAM F. POLITO, MD

B-5

**MEDICAL RECORD**

**REGISTRATION FORM**

PATIENT NO. U01965950

H2202?B

| ADMIT TYPE | SERVICE | ADM/SERV. DATE | ADM/SERV. TIME | ADMISSION PRIORITY | DISCHARGE DATE | DISCHARGE TIME | ROOM NO. / BED |
|---|---|---|---|---|---|---|---|
| IN | PHYR | 08/03/99 | 09:57 | E | 876/99 | | CMR-06 |

## PATIENT INFORMATION

| PATIENT NAME (LAST, FIRST, M.I.) | SEX | DATE OF BIRTH | AGE | RACE |
|---|---|---|---|---|
| FINELLO,ROCCO M | MALE | 04/24/15 | 84 | WHITE |

| ADDRESS | SOCIAL SECURITY NO. | PATIENT'S HOME PHONE |
|---|---|---|
| 54 EAST LITCHFIELD ROAD S,LITCHFIELD,CT 06759 | 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 | 860-482-0183 |

| ADMITTING DIAGNOSIS | | SURGERY | SMOKE | MARITAL STATUS |
|---|---|---|---|---|
| MESOTHELIOMA | PHYREF | N | WIDOW/WI |

| PHYSICIAN | PHYSICIAN ADDRESS |
|---|---|
| POLITO,WILLIAM F. | 538 LITCHFIELD STREET |

| PATIENT TYPE | PATIENT SERVICE | ACCOMMODATION | PATIENT OCCUPATION | EMP. STATUS | REFERRING PHYSICIAN |
|---|---|---|---|---|---|
| ADM | GENERAL SURGERY | SEMI | | | |

| CHURCH OR SYNAGOGUE | RELIGION | MAIDEN NAME | LOCAL TELEPHONE NO |
|---|---|---|---|
| CATH ST PETER | | | 860-482-0183 |

| PATIENT'S EMPLOYER | ADDRESS | TELEPHONE NO. |
|---|---|---|
| RETIRED | | |

## RELATIVE OR FRIEND TO NOTIFY

| NAME (LAST, FIRST, M.I.) | RELATIONSHIP TO PATIENT | TELEPHONE NO.(S) |
|---|---|---|
| FINELLO,DENNIS | SON | H860-482-0183   W |

| ADDRESS |
|---|
| 54 EAST LITCHFIELD ROAD S,LITCHFIELD,CT 06759 |

## RESPONSIBLE PERSON INFORMATION

| NAME (LAST, FIRST, M.I.) | RELATIONSHIP TO PATIENT | TELEPHONE NO.(S) | SOCIAL SECURITY NO. |
|---|---|---|---|
| FINELLO,ROCCO M | SAME AS PAT | 860-482-0183 | 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 |

| ADDRESS | RESPONSIBLE PERSON'S EMPLOYER | EMP. STATUS | EID |
|---|---|---|---|
| 54 EAST LITCHFIELD ROAD S,LITCHFIELD,CT 06759 | RETIRED | RET | PT |

| EMPLOYER ADDRESS | EMPLOYER TELEPHONE NO.(S) |
|---|---|
| | |

## INSURANCE INFORMATION

| CARRIER | SUBSCRIBER | IDENTIFICATION NO. | EFFECTIVE DATE |
|---|---|---|---|
| 1 MEDICARE | FINELLO,ROCCO M | 043076809A | |
| | | GROUP NAME | GROUP NUMBER |



QUADRAMED™

Dear Requestor:

QuadraMed has filled the attached correspondence requests for copies of patient records.

Should you have any questions regarding this service, please contact our office and one of our representatives will be happy to assist you with your needs.

Please note this information may have been disclosed to you from records whose confidentiality is protected by Federal Law and all applicable state laws. Federal Regulation (42 C.F.R., Part 2) prohibits you from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

Thank you for allowing us to serve you.

ROI Division Headquarters: 226 Airport Parkway • Suite 200 • San Jose, CA 95110 (408) 453-1600

B-6

_____ to _____

Signature _Rocco M. Finello_    Date _____

THE CHARLOTTE HUNGERFORD HOSPITAL
TORRINGTON, CONNECTICUT 06790

**DISCHARGE SUMMARY**

Page 1 of 2

| | |
|---|---|
| **PATIENT'S NAME:** FINELLO, ROCCO M | **ROOM NUMBER:** 503 |
| **PATIENT NUMBER:** V01965950 | |
| **MEDICAL RECORD NUMBER:** H220278 | |
| **ATTENDING PHYSICIAN:** WILLIAM F. POLITO, MD | |
| **ADMISSION DATE:** 08/03/99 | |
| **DISCHARGE DATE:** 08/06/99 | |

FINAL DIAGNOSIS:
1. Malignant pleural mesothelioma, left thorax.
2. History of carcinoma of the bladder.
3. Gouty arthritis.

HISTORY OF PRESENT ILLNESS:   Mr. Finello is an 84 year-old, white male who presented with the sudden onset of dyspnea and was found to have right-sided pleural effusion.   The patient underwent a thoracentesis on July 24, 1999.   Cell block revealed evidence of malignant pleural mesothelioma.   On questioning the patient did note exposure to asbestos in the past.

PAST MEDICAL HISTORY:   The patient has had a history of carcinoma of the bladder.   He was treated with intravascular BCG and developed systemic BCG.   His last cystoscopy was clear.   The patient also has a history of gouty arthritis for which he takes allopurinol.

ALLERGIES:   The patient states he is allergic to penicillin.

PAST SURGICAL HISTORY:   The patient has had a hernia repair done in 1995.

FAMILY MEDICAL HISTORY:   Family history is unremarkable save for atherosclerotic coronary vascular disease.

SOCIAL HISTORY:   The patient is a non smoker, non drinker.

PHYSICAL EXAMINATION:   On physical examination the patient was a well-developed, well-nourished, white male, in no apparent distress.   On presentation he was afebrile with a pulse of 88, blood pressure of 148/78.   Examination of the head shows the skull to be normocephalic, the scalp is atraumatic.   Examination of the eyes show the pupils to be equal, round and reactive to light and accommodation.   Extraocular muscles are intact. Examination of the oral cavity shows the tongue to be midline. The oral mucosa is well hydrated.   Examination of the neck shows it to be supple.   The trachea was midline.   There was no thyromegaly.   There is no cervical adenopathy.   There is no jugular venous distention.   There was a soft carotid bruit heard on the left side.   Examination of the left showed the lungs to be clear to auscultation and percussion.   There were slightly diminished breath sounds at the left base.   The heart had a

B-7

## THE CHARLOTTE HUNGERFORD HOSPITAL
### TORRINGTON, CONNECTICUT 06790

### DISCHARGE SUMMARY

Page 2 of 2

**PATIENT'S NAME:** FINELLO, ROCCO M     **ROOM NUMBER:**   503
**PATIENT NUMBER:**   V01965950
**MEDICAL RECORD NUMBER:** H220278
**ATTENDING PHYSICIAN:**   WILLIAM F. POLITO, MD
**ADMISSION DATE:**   08/03/99
**DISCHARGE DATE:**   08/06/99

regular rhythm without murmurs, clicks or rubs. Examination of the abdomen showed it to be soft, non tender with active intestinal sounds. There were no masses or organomegaly. Examination of the lower extremities are unremarkable. There is no swelling or cyanosis. Feet were warm and dry with good pedal pulses.

HOSPITAL COURSE: The patient was admitted and brought to the operating room on August 3, 1999. A left thorascopic examination was performed. At the time of thoracoscopy he was noted to have a thickened pleural plaque on the posterior aspect of the left parietal pleura. This was biopsied. He also had some thin plaque he noted on the anterior surface of the parietal pleura, as well as the diaphragmatic surface of the parietal pleura. The patient underwent a mechanical pleurodesis and a talc poudrage.

Postoperatively, the patient did well. He complained of mild chest tube discomfort on his first postoperative day. On the second postoperative day the patient had a low grade fever, complained of slight pleuritic chest pain. His chest x-ray was unremarkable.

On August 6, 1999 the patient stated he felt well. His chest tube was removed. Repeat chest x-ray failed to show any pneumothorax. The patient was thus discharged in the care of his family.

Discharge Plans: The patient was asked to continue his allopurinol. He was asked to continue his usual diet and physical activities. Plans were made for him to see Dr. Brandt for an oncologic follow up.

WILLIAM F. POLITO, MD

WP/lms
JOB 7730
D: 08/25/99
T: 08/27/99   08:46:02
cc: WILLIAM F. POLITO, MD
    DEBRA S. BRANDT, DO
    KENRICK E. HOM, MD

B-8

1a. FACILITY NAME (if not institution, give street and number)
Sarasota Memorial Hospital

1b. CITY, TOWN, OR LOCATION
Sarasota

10a. DECEDENT'S USUAL OCCUPATION
Laborer

10b. KIND OF BUSINESS/INDUSTRY
Construction

11. MARITAL STATUS — Married, Never Married, Widowed, Divorced (Specify)
Married

12. SURVIVING SPOUSE (If wife, give maiden name)
Sandra Merriett

13a. RESIDENCE — STATE
Florida

13b. COUNTY
Manatee

13c. CITY, TOWN, OR LOCATION
Bradenton

14. STREET AND NUMBER
5716 29th Court East

13d. INSIDE CITY LIMITS? (Yes or No)
No

13f. ZIP CODE
34203

14. WAS DECEDENT OF HISPANIC OR HAITIAN ORIGIN? (Specify No or Yes — If yes, specify Haitian, Cuban, Mexican, Puerto Rican, etc.)
No

15. RACE — American Indian, Black, White, etc. (Specify)
White

16. DECEDENT'S EDUCATION
12

17. FATHER'S NAME (First, Middle, Last)
Herman Cooksey

18. MOTHER'S NAME (First, Middle, Maiden Surname)
Catherine Merriett

19a. INFORMANT'S NAME (Type/Print)
Sandra H. Cooksey

19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code)
5716 29th Court East, Bradenton, Florida 34203

20a. METHOD OF DISPOSITION

20b. PLACE OF DISPOSITION (Name of cemetery, crematory, other)
Rose Hill Memorial Park

20c. LOCATION — City or Town, State
Rocky Hill, Connecticut

21a. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH
Edward Felch

21b. LICENSE NUMBER (Of Licensee)
4094

22. NAME AND ADDRESS OF FACILITY
Toale Brothers Funeral Home
40 N. Orange Avenue, Sarasota, Fla 34236

22a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated.
(Signature and Title)

22b. DATE SIGNED (Mo/Day/Yr)

22c. HOUR OF DEATH
6:40 A.

24. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER) (Type or Print)
Kirk G. Voelker, MD  1895 Floyd Street  Sarasota, Florida 34239

26. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

IMMEDIATE CAUSE (Final disease or condition resulting in death)
Respiratory Failure

DUE TO (OR AS A CONSEQUENCE OF):
Lung Cancer

DUE TO (OR AS A CONSEQUENCE OF):

DUE TO (OR AS A CONSEQUENCE OF):

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

27a. WAS AN AUTOPSY PERFORMED? (Yes or No)
No

31. PROBABLE MANNER OF DEATH (Specify) Natural, accident, suicide, homicide, or undetermined.
Natural

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

BY Sherie McDonald
CHIEF DEPUTY REGISTRAR

Dec 2 1997

WARNING:

7188486

VOID IF ALTERED OR ERASED

EXHIBIT
A
ALL-STATE LEGAL

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARK. SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THESE FEATURES. THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

DH 512, 9/95 (Replaces HRS Form 512)

**Arthur C. DeGraff, Jr., M.D.**

Suite 716
85 Seymour Street
Hartford, Connecticut 06106

———

Telephone (860) 249-8460
Fax (860) 724-3608

August 8, 2000

Attorney Stephen C. Embry
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340

Re: Richard Cooksey

Dear Attorney Embry:

I am sorry to hear of Mr. Cooksey's death in 12/98. In my letter of September 24, 1993 I detailed Mr. Cooksey's work history. I also obtained pulmonary function studies which demonstrated the presence of mild airway disease and reduced apparent diffusing capacity. I also obtained a chest CT which failed to demonstrate the presence of either pulmonary emphysema or pulmonary fibrosis. Mr. Cooksey's work history was significant in that from the early 1970s through the late 1980s he had intermittent and at some times heavy exposure to asbestos, in that he worked in areas where asbestos spray was used for insulation and he was exposed to asbestos in the process of building demolition. Although chest x-ray and chest CT at Jefferson X-Ray Group in Hartford were negative for evidence of pulmonary fibrosis, it is worth noting that Richard Cooksey's brother worked with Mr. Cooksey in similar jobs and had x-ray changes consistent with pleural plaque due to asbestos-related pleural disease.

I received from you a copy of Mr. Cooksey's Sarasota Hospital admission of 9/14/98 which refers to a history of "non-small cell carcinomas involving right and left lung s/p chemotherapy and radiation therapy and brachytherapy." At that time, lung function studies were performed which revealed moderate reduction in forced vital capacity and in one-second expiratory volume. Bronchoscopy was performed and did not reveal the presence of carcinoma. He was later admitted to Sarasota Hospital on 10/30/98 because of increasing shortness of breath. Marked increased heart rate was noted and arterial desaturation was also noted. The admitting diagnosis was of possible post-infective pneumonia, bilateral lung cancer and hypoxia secondary to atelectasis. Chest x-ray at the time of admission showed infiltrate in the left lower lobe and a mass in the right perihilar area most consistent with a diagnosis of bilateral lung cancer. As noted above, Mr. Cooksey died on 12/19/98. At the time of death he was 61 years old.

A-2

Sarasota Memorial Hospital, Sarasota, Fl                    DIC#: 1295065    PAGE: 01
09/14/98
     DATE OF ADMISSION: 09/14/98

     HISTORY OF PRESENT ILLNESS: THE PATIENT IS A 62 YEAR OLD GENTLEMAN WITH A
     HISTORY OF NONSMALL CELL CARCINOMAS INVOLVING THE RIGHT AND LEFT LUNG,
     STATUS POST CHEMOTHERAPY AND RADIATION THERAPY INCLUDING BRACHYTHERAPY
     TIMES THREE.   THE PATIENT PRESENTED TO MY OFFICE TODAY STATING THAT OVER
     THE LAST 3 WEEKS, HE HAS BECOME MARKEDLY MORE DYSPNEIC ON EXERTION.   HE CAN
     BARELY WALK ACROSS THE ROOM WITHOUT HAVING TO STOP AND REST.   HE HAS A
     COUGH PRODUCING OF GRAYISH SPUTUM AND HAS HAD FEVERS IN THE RANGE OF 101 TO
     102 WHICH SEEM TO COME AND GO.   HE ALSO HAD A RECENT LEFT SIDED CHEST PAIN
     WHICH IS MILDLY PLEURITIC, LOCATED NEAR HIS LEFT SCAPULA.   AFTER EVALUATION
     IN MY OFFICE TODAY, HE HAD A RESTING HEART RATE OF 126, WHICH INCREASED TO
     150 UPON AMBULATING A SHORT DISTANCE.   HE ALSO DESATURATED TO 82 PERCENT
     FROM A BASELINE OF 88 PERCENT UPON WALKING ONLY A FEW FEET.   THEREFORE, THE
     PATIENT IS BEING ADMITTED FOR A POSSIBLE PNEUMONIA.

     PAST MEDICAL HISTORY:  SIGNIFICANT FOR THE LUNG CANCER, AS MENTIONED ABOVE.
     THERE IS TOTAL RESOLUTION OF THE LEFT LUNG LESION WITH RADIATION
     CHEMOTHERAPY, UNFORTUNATELY ON BRONCHOSCOPY LAST MONTH, THERE WAS EVIDENCE
     OF CELLS CONSISTENT WITH PERSISTENT SQUAMOUS CELL CARCINOMA.   HE HAS A
     HISTORY OF BARRETT'S ESOPHAGUS WITH A RECENT ESOPHAGOGASTRODUODENOSCOPY,
     HISTORY OF COLON POLYPS FOLLOWED BY DR. SCOTT CORBETT.

     CURRENT MEDICATIONS INCLUDE:
     1.   PRILOSEC 20 MILLIGRAMS BY MOUTH TWICE A DAY.
     2.   VITAMINS.

     ALLERGIES:  NO KNOWN DRUG ALLERGIES.

     HABITS:  THE PATIENT HAS A GREATER THAN 100 PACK YEAR HISTORY OF SMOKING,
     QUIT SMOKING AT THE TIME OF DIAGNOSIS OF LUNG CANCER.

     FAMILY HISTORY:  SIGNIFICANT FOR BREAST CANCER IN HIS MOTHER.   HE HAS A
     SISTER WITH CANCER, HE IS UNSURE WHAT TYPE.

     SOCIAL HISTORY:  HE HAS TWO CHILDREN WHO ARE ALIVE AND WELL.   HE IS
     MARRIED.   HE IS A CONSTRUCTION WORKER.   HE HAS BEEN EXPOSED TO ASBESTOS IN
     THE PAST, BUT NEVER CARRIED THE DIAGNOSIS OF ASBESTOSIS.

     REVIEW OF SYSTEMS:  HE DOES NOT HAVE HEADACHE, VISUAL CHANGES OR NEUROLOGIC
     COMPLAINTS.   HE HAS REFLUX.   NO OTHER GASTROINTESTINAL OR GENITOURINARY
     COMPLAINTS.   NO MUSCULOSKELETAL COMPLAINTS.   NO HISTORY OF ANGINA, BUT DOES

D:09/14/98                                    -----------------------------------
T:09/15/98                                    !COOKSEY, RICHARD A
13410                                         !0500681  01-3370475    09/14/98
          09/14/98 ------------------------   !
                         K G VOELKER       MD !CC: L X CHU                    A-4
                                              !     G R GARTON
                                              !     R E FORD
                                              !
                                              !

------------------------------------------    !
HISTORY & PHYSICAL

Sarasota Memorial Hospital, Sarasota, Fl                    DIC#: 1295065  PAGE: 02
09/14/98

HAVE THE RECENT ONSET OF LEFT CHEST PAIN.  ALL OTHER SYSTEMS ARE REVIEWED
AND ARE NONCONTRIBUTORY.  HIS APPETITE IS NONCONTRIBUTORY OTHER THAN THE
FACT THAT HIS APPETITE IS MARKEDLY DECREASED.  HE HAS BEEN HAVING POOR BY
MOUTH INTAKE AND HAS HAD SOME WEIGHT LOSS APPROXIMATELY 5 POUNDS OVER THE
LAST MONTH.

                          PHYSICAL EXAMINATION

WEIGHT:  187 POUNDS.

VITAL SIGNS:  BLOOD PRESSURE IS 134/74, PULSE 126, RESPIRATORY RATE 26.

GENERAL APPEARANCE:  THE PATIENT IS AN ILL-LOOKING GENTLEMAN IN NO ACUTE
RESPIRATORY DISTRESS.

HEAD, EYES, EARS, NOSE AND THROAT:  NORMOCEPHALIC, ATRAUMATIC.  PUPILS WERE
EQUAL, ROUND AND REACTIVE TO LIGHT AND ACCOMMODATION.  EXTRAOCULAR MUSCLES
INTACT.

NECK:  SUPPLE.  NO JUGULAR VENOUS DISTENTION AT 45 DEGREES.  NO CAROTID
BRUITS.  NO THYROMEGALY OR BRUITS.

LUNGS:  MILDLY DECREASED BREATH SOUNDS IN THE RIGHT BASE WITHOUT WHEEZING
OR RHONCHI.

CARDIAC:  REGULAR RATE AND RHYTHM WITHOUT MURMUR, GALLOP OR RUB.

ABDOMEN:  NONTENDER, NONDISTENDED, NO HEPATOSPLENOMEGALY.

EXTREMITIES:  NO CLUBBING, CYANOSIS OR EDEMA.

CHEST X-RAY PERFORMED AT SARASOTA MEMORIAL HOSPITAL LAST WEEK IS NOT
AVAILABLE, BUT THE PATIENT RELATES THAT IT WAS INITIALLY READ AS RIGHT
LOWER LOBE ATELECTASIS.

ASSESSMENT AND PLAN:
FEVERS, TACHYCARDIA AND DESATURATION IN A PATIENT WITH LUNG CANCER.

ON MY LAST BRONCHOSCOPY, THE ORIFICE OF HIS RIGHT LOWER LOBE WAS RATHER
TENUOUS APPROXIMATELY 3 MILLIMETERS IN DIAMETER.  IT IS POSSIBLE THAT THIS
HAVE OCCLUDED CAUSING A POST OBSTRUCTIVE PNEUMONIA.  THE OTHER CONCERN IS
THAT HE COULD HAVE A PULMONARY EMBOLISM OR A CARDIOMYOPATHY OR PERICARDIAL

:09/14/98                           ----------------------------------
:09/15/98                           !COOKSEY, RICHARD A
3410                                !0500681  01-3370475    09/14/98
           09/14/98  ------------------ !
                       K G VOELKER      MD  !CC: L X CHU                      A-5
                                        !    G R GARTON
                                        !    R E FORD
                                        !
                                        !
                                        !
                                        !
--------------------------------------- !
HISTORY & PHYSICAL

Sarasota Memorial Hospital, Sarasota, Fl                    DIC#: 1295065   PAGE: 03
09/14/98
     EFFUSION, ALL CAUSING SIMILAR PRESENTATION.

     IN GENERAL, I AM UNCERTAIN AS TO THE ETIOLOGY OF HIS IMPRESSIVE TACHYCARDIA
     AND DESATURATION, BUT WE WILL ADMIT HIM FOR POSSIBLE POST OBSTRUCTION
     PNEUMONIA AND WORKUP AS OUTLINED ABOVE.

!COOKSEY,RICHARD A
!0500681  01-3370475    09/14/98
!
!CC: L X CHU
!    G R GARTON
!    R E FORD

Sarasota Memorial Hospital, Sarasota, Fl          DIC#: 1315606  PAGE: 01
10/30/98

DATE OF SERVICE: 10/30/1998

CHIEF COMPLAINT: SHORTNESS OF BREATH.

HISTORY OF PRESENT ILLNESS: THE PATIENT IS A 61-YEAR-OLD WHITE MALE WITH
HISTORY OF A LATERAL LUNG CANCER CURRENTLY UNDERGOING PHOTODYNAMIC THERAPY
BY DR. VOELKER COMES TO THE ECC COMPLAINING OF SOME INCREASING DYSPNEA
DESPITE MAXIMUM HOME OXYGEN 6 LITERS NASAL CANNULA. WIFE STATES WHENEVER HE
ATTEMPTS TO GET UP AND WALK TO THE BATHROOM, HIS PULSE OXIMETRY DROPS TO
THE 50-60 RANGE AND HE BECOMES MORE SHORT OF BREATH. HE IS SCHEDULED TO
HAVE A BRONCHOSCOPY TODAY BY DR. VOELKER AND TO CONTINUE HIS PHOTODYNAMIC
THERAPY. PRIOR TO THE PATIENT'S ARRIVAL, DR. VOELKER CALLED ME AND STATED
THAT HE WOULD BE IN TO SEE THE PATIENT. HE SUSPECTS THERE MAYBE A MUCUS
PLUG AND SOME ATELECTASIS. THE PATIENT HAS HAD NO CHEST PAIN. NO
DIAPHORESIS. NO FEVER. HE IS HERE FOR EVALUATION.

MEDICATIONS: HOME O2 AT 4 LITERS.

ALLERGIES: NONE.

PAST MEDICAL HISTORY: LUNG CANCER DIAGNOSED IN JANUARY OF THIS YEAR AND AS
STATED UNDERSTANDING CHEMOTHERAPY. WIFE STATES THERE IS NO "AIR GETTING
INTO THE BOTTOM OF HIS RIGHT LUNG".

PERSONAL PHYSICIAN: DR. VOELKER.

FAMILY HISTORY: NONCONTRIBUTORY.

REVIEW OF SYSTEMS: HE HAS NO COUGH, HEMOPTYSIS, PHLEGM PRODUCTIVE,
ABDOMINAL PAIN, SUBSTERNAL CHEST DISCOMFORT OR CARDIAC-TYPE SYMPTOMS.
REVIEW OF SYSTEMS OTHERWISE NEGATIVE.

PHYSICAL EXAMINATION: GENERAL APPEARANCE: THE PATIENT IS A WELL-DEVELOPED,
ALERT WHITE MALE. THE ROOM IS DARKENED DUE TO HIS PHOTOSENSITIVITY EVEN TO
FLORESCENT LIGHTS. HE IS ALERT, PLEASANT AND COOPERATIVE. PULSE OXIMETRY
READS 84-86% SATURATION ON O2 VIA MASK. HE IS PLEASANT, COOPERATIVE AND
ACCOMPANIED BY HIS WIFE WHO APPLIES MOST OF THE DETAILS. PULSE OXIMETRY
INITIALLY WAS 68% ON REBREATHER MASK. VITAL SIGNS: TEMPERATURE 96.9, PULSE
140, RESPIRATORY RATE 40, BLOOD PRESSURE 114/66. RESPIRATORY RATE DECREASED
NOW TO APPROXIMATELY 30.

EXAMINATION:

```
D:10/30/98                                    ------------------------------
T:10/30/98                                    !COOKSEY,RICHARD A
13721              SIGNATURE ON-FILE          !0500681   03-3645063   10/30/98
      10/30/98  ---------------------------   !
                J A DERESPINO          MD     !
                                              !
                                              !
                                              !
                                              !
                                              !
------------------------------------------    !                      A-7
  EMERGENCY RECORD                            !
```

Sarasota Memorial Hospital, Sarasota, Fl                    DIC#: 1315606   PAGE: 02
10/30/98

NECK: THE JUGULAR VENOUS PRESSURE FLAT IN THE UPRIGHT POSITION. NECK
SUPPLE. TRACHEA IS MIDLINE.
LUNGS: LUNG SOUNDS SHOW SOME RHONCHI SCATTERED BILATERALLY BUT GENERALLY
CLEAR WITH FAIR AIR MOVEMENT. THERE IS NO CREPITUS, BRUISING OR BONY
DEFORMITY OF THE CHEST WALL. NO TENDERNESS.
HEART: HEART RATE REGULAR WITHOUT MURMURS.
ABDOMEN: SOFT AND NONTENDER.
EXTREMITIES: UNREMARKABLE WITHOUT SIGNS OF CYANOSIS, EDEMA OR PHLEBITIS.

IT WAS DIFFICULT TO EXAM THE PATIENT DUE TO THE LACK OF SIGNIFICANT
LIGHTING.

INTERPRETATIONS:

X-RAY: CHEST X-RAY SHOWED INFILTRATE IN THE LEFT LOWER LOBE AND A
MASS IN THE RIGHT PERIHILAR AREA PROBABLY BOTH CONSISTENT WITH HIS
DIAGNOSIS OF BILATERAL LUNG CANCER. THERE WAS ALSO MINIMAL AERATION OF THE
RIGHT LOWER LOBE WHICH SEEMED TO BE COLLAPSED.

LABORATORY DATA: ARTERIAL BLOOD GASES ARE PENDING.

ED COURSE/PROCEDURES: DR. VOELKER WILL BE CONTACTED BY DR. REUBEN HOLLAND
WHEN THE RESULTS OF THE BLOOD GAS ARE KNOWN. THE PATIENT WILL BE ADMITTED
TO DR. VOELKER SERVICE AFTER EXAMINATION.

DIFFERENTIAL DIAGNOSIS:
1.   PNEUMONIA.
2.   BILATERAL LUNG CANCER.
3.   HYPOXEMIA SECONDARY TO ATELECTASIS.

CLINICAL IMPRESSION/ASSESSMENT/DIAGNOSIS:
1.   HYPOXEMIA PROBABLY SECONDARY TO ATELECTASIS.
2.   LUNG CANCER WITH ONGOING PHOTODYNAMIC THERAPY.

PLAN/COUNSELING/COORDINATION OF CARE:
1.   ADMIT.


:10/30/98
:10/30/98
3721                SIGNATURE ON-FILE            !COOKSEY,RICHARD A
        10/30/98  ----------------------------  !0500681  03-3645063   10/30/98
                  J A DERESPINO          MD      !
                                                 !
                                                 !
                                                 !
                                                 !
                                                 !
------------------------------------------------ !                      A-8
EMERGENCY RECORD                                 !

# Douglas A. Pohl, M.D., Ph.D.

35 Par Four Drive • Auburn, ME 04210
Residence: (207) 777-6256 • Fax: (207) 777-5093
Office: (207) 795-2356 • Fax: (207) 795-2336
E-mail: dpohl@cdh.net

July 15, 2002

Stephen C. Embry
Embry and Neusner
118 Poquonnock Road
Groton, CT 06340-1409

**RE:** **Richard Cooksey**
**Date of birth: 4/13/37**

Dear Mr. Embry,

Please forgive my tardiness in reviewing the slides you forwarded last month on Mr. Richard Cooksey. I was away on vacation for several weeks and have finally had a chance to review the pathology slides. My findings are summarized:

**CS98-1741.** These two slides are of bronchial washings obtained during a fiberoptic bronchoscopy procedure and show innumerable acute inflammatory cells suggesting an underlying pneumonia. No malignant cells are identified.

**CS98-1301.** These two slides are of bronchial washings obtained during fiberoptic bronchoscopy. These slides show a mixed population of inflammatory cells, pulmonary macrophages and columnar bronchial epithelial cells. Malignant cells are not seen.

**CS98-1302.** These two slides are of bronchoalveolar lavage material obtained during fiberoptic bronchoscopy. These slides show a rare enlarged atypical cells of indeterminate significance in a background of pulmonary macrophages and bronchial epithelial cells. No definitive malignant cells are identified.

**CS98-1303.** These two slides are of bronchial brushings obtained during fiberoptic bronchoscopy and show ciliated columnar bronchial epithelial cells. Against this background, there are clustered large neoplastic cells arranged in solid sheets. These cells have ovoid nuclei with a coarse clumped nuclear chromatin and moderately abundant cytoplasm. The cytoplasmic borders are distinct and intercellular tonofilaments are focally identified. The cytologic appearance of the tumor cells is diagnostic for a squamous cell carcinoma of bronchogenic origin.

**CS98-1304.** These two slides are of bronchial brushings obtained during a fiberoptic bronchoscopy procedure. One of these slides was received partially broken. The slides show focally clustered neoplastic cells with distinctly squamous appearing features. The

1

A-9

cells show moderate nuclear anisocytosis and exhibit a clumped nuclear chromatin with prominent nucleoli. The cytoplasm is abundant and orangeophilic with distinct borders. The cytologic appearance of the tumor cells is diagnostic for a squamous cell carcinoma of bronchogenic origin.

**CS98-1804.** These two slides are of bronchial washings obtained during fiberoptic bronchoscopy and show a mixed population of benign bronchopulmonary cells without evidence of malignancy.

**S98-31070.** This slide is of transbronchial biopsy tissue obtained during fiberoptic bronchoscopy. The slide shows both pulmonary alveolar tissue and bronchial tissue. The pulmonary alveolar tissue is atelectatic and shows evidence of an interstitial fibrosis. In a patient with asbestos exposure, this finding would be consistent with asbestosis. The tissue biopsy shows no evidence of malignancy.

**S98-41354.** These two slides show bronchial tissue with extensive necrosis and acute inflammatory infiltration. The necrosis and inflammation limits evaluation. No intact bronchial mucosa is observed. No malignancy is noted as well.

In summary, the pathology slides indicate that Mr. Cooksey has a squamous cell carcinoma of the lung. This tumor is felt to arise from metaplastic cells in the endobronchial tree. The malignant transformation of these cells is produced by repeated exposure to one or more lung carcinogens. With progressive cellular damage, the cell looses its ability to control growth leading to cancerous replication and the formation of a mass in the lung.

It is my understanding that Mr. Cooksey had been smoker in the past. The health hazards of smoking are well known. Smoking is known to cause all types of lung cancer, including squamous cell carcinoma. In view of Mr. Cooksey's smoking history, it is likely that his smoking played a partial role in the development of his lung cancer.

It is also my understanding that Mr. Cooksey had been exposed to asbestos during his work career. Long before the health risks of smoking were recognized, asbestos was shown to be a hazardous substance capable of causing a number of diseases including asbestosis and lung cancer. Asbestosis, a chronic potentially fatal fibrosing disease of the lungs, was first described shortly after the turn of the century by British factory inspectors in Great Britain. Dr. Cooke published the specific features of this disease in 1924 and 1927, leading to the worldwide recognition of asbestosis and the dangers of asbestos. In the 1930's, studies of workers suffering from asbestosis revealed the surprising occurrence of lung cancer in these workers. By World War II, it was fairly well accepted that asbestos exposure could cause lung cancer. Dr. Doll undertook an epidemiologic study of this matter following World War II to determine to what extent asbestos caused lung cancer. Dr. Doll's study noted that more than 17% of the asbestos workers comprising his study group had lung cancer, and that lung cancer was the specific cause of death of these workers. Dr. Doll's study indicated that asbestos was a potent carcinogen that could produce lung cancer in asbestos exposed workers.

A - 10

Later studies by Dr. Selikoff noted that the lung cancer risk related to smoking was amplified when an individual was also exposed to asbestos. Thus, a 15-fold smoking related cancer risk could be amplified to more than 50 fold if the smoker was also exposed to asbestos. Dr. Selikoff's observation explained the large numbers of cases of lung cancer observed among asbestos works, regardless of their smoking history.

Mr. Cooksey's pathology slides show an interstitial fibrosis compatible with asbestosis. Asbestosis typically occurs only in patients with past heavy asbestos exposure. Mr. Cooksey had also been a smoker during the time he was exposed to asbestos. Mr. Cooksey's pulmonary asbestosis confirms his past asbestos exposure and indicates that his exposure to asbestos was in fact quite heavy.

In view of Mr. Cooksey's past heavy asbestos exposure, the well documented cause and effect relationship between asbestos and lung cancer, and the synergistic effect of asbestos on lung cancer risk, it is my opinion, within a reasonable degree of medical certainty, that Mr. Cooksey's occupational exposure to asbestos was a significant contributing factor to the development of his lung cancer.

Douglas A. Pohl, M.D., Ph.D.
Pathologist

3

A – 11