Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                           01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-00D
                                        STATEMENT NO:      28

Costs and Expenses


PREVIOUS BALANCE                                   -$542.81


CREDIT BALANCE                                     -$542.81
                                                   ========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      32

Asset Analysis and Recovery



PREVIOUS BALANCE                                      $1,068.20



01/02/04 Payment - Thank you. (April, 2003 - 20%)        -825.90
01/02/04 Payment - Thank you. (May, 2003 - 20%)          -236.80
01/02/04 Payment - Thank you. (June, 2003 - 20%)           -5.50
                                                       ---------
         TOTAL PAYMENTS                                -1,068.20

         BALANCE DUE                                      $0.00
                                                       =====


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                            01/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      32

Asset Disposition

        PREVIOUS BALANCE                              $403.50

01/02/04 Payment - Thank you. (April, 2003 - 20%)        -15.90
01/02/04 Payment - Thank you. (May, 2003 - 20%)          -47.20
01/02/04 Payment - Thank you. (June, 2003 - 20%)         -42.40
01/02/04 Payment - Thank you. (September, 2003 - 80%)    -84.80
                                                      -------
        TOTAL PAYMENTS                                -190.30

        BALANCE DUE                                   $213.20
                                                      =======

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2004 |
| Wilmington  DE | ACCOUNT NO: 3000-03D |
|  | STATEMENT NO:      27 |

Business Operations

PREVIOUS BALANCE                                    $466.00

| | | HOURS | |
|---|---|---|---|
| 01/08/04 | | | |
| MTH | telephone conference with M. Berkin re Subsidiary Restructuring Motion and thoughts and opinions re same. | 0.30 | 82.50 |
| 01/09/04 | | | |
| MTH | Telephone conference with M. Berkin re: analysis of Debtors'  Motion re ART | 0.10 | 27.50 |
| 01/21/04 | | | |
| MRE | Review of memo regarding 3rd quarter results | 0.30 | 87.00 |
| PEM | Review 3d quarter report from financial advisor and correspondence re: same | 0.30 | 94.50 |
| 01/22/04 | | | |
| DAC | Review Tersigni's 3Review docket qiarter operating review | 0.20 | 75.00 |
| 01/27/04 | | | |
| MTH | Reviewing correspondence from A. Prills re Grace financials. | 0.30 | 82.50 |
| 01/30/04 | | | |
| MRE | Review of memo regarding 3rd quarter review | 0.20 | 58.00 |
| | | ---- | ------ |
| | FOR CURRENT SERVICES RENDERED | 1.70 | 507.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.20 | $375.00 | $75.00 |

W.R. Grace

Business Operations

| | | | |
|---|---|---|---|
| Philip E. Milch | 0.30 | 315.00 | 94.50 |
| Mark T. Hurford | 0.70 | 275.00 | 192.50 |
| Marla R. Eskin | 0.50 | 290.00 | 145.00 |

        TOTAL CURRENT WORK                          507.00


| | |
|---|---|
| 01/02/04 Payment - Thank you. (April, 2003 - 20%) | -1.90 |
| 01/02/04 Payment - Thank you. (June, 2003 - 20%) | -65.60 |
| 01/02/04 Payment - Thank you. (September, 2003 - 80%) | -42.40 |

        TOTAL PAYMENTS                            -109.90

        BALANCE DUE                               $863.10
                                                  =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                             01/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-04D
                                      STATEMENT NO:      32


Case Administration




    PREVIOUS BALANCE                            $1,556.10


                                          HOURS
01/16/04
    MTH Reviewing Debtors' Statement of Amount
        Paid to Ordinary Course Professionals for
        April through December 2003            0.20     55.00
                                               ----    -----
        FOR CURRENT SERVICES RENDERED          0.20     55.00

                    RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE     TOTAL
    Mark T. Hurford            0.20    $275.00     $55.00


    TOTAL CURRENT WORK                             55.00



01/02/04 Payment - Thank you. (April, 2003 - 20%)      -106.60
01/02/04 Payment - Thank you. (May, 2003 - 20%)          -5.50
01/02/04 Payment - Thank you. (June, 2003 - 20%)        -74.90
01/02/04 Payment - Thank you. (September, 2003 - 80%)  -358.00
01/27/04 Payment - Thank you. (October, 2003 - 80%)   -253.20
                                                      -------
    TOTAL PAYMENTS                                    -798.20

    BALANCE DUE                                    $812.90
                                                   =======



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:      32


Claims Analysis Objection & Resolution (Asbestos)




    PREVIOUS BALANCE                                  $3,484.00


                                            HOURS
01/16/04
    MTH Reviewing Asbestos PD Comm's Objection to
        Debtors Rule 3007 Relief Motion.              0.30      82.50

01/19/04
    MTH Reviewing correspondence from J. Kapp re
        Rule 3007 Motion                              0.10      27.50
                                                      ----    ------
    FOR CURRENT SERVICES RENDERED                     0.40    110.00

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
    Mark T. Hurford              0.40     $275.00     $110.00


    TOTAL CURRENT WORK                                 110.00


    BALANCE DUE                                      $3,594.00
                                                     =========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-06D
                                        STATEMENT NO:      32


Claims Analysis Objection & Resol. (Non-Asbestos)



        PREVIOUS BALANCE                            $576.60



                                          HOURS
01/06/04
    MTH Additional review of and work on Debtors'
        Motion relating to Omnibus Claims
        Objections (.2); Call to Jan Baer re same
        (.1) and discussion with LMP re same (.1)    0.40    110.00

01/08/04
    MTH Call from J. Kapp re Local Rule 3007-1
        Motion (.1); review of Debtors Motion for
        Case Management Order and Bar Date and
        revised Motion for Case Management Order
        and Bar Date and related Claims Bar Date
        Notice and Order entered re same (1.8);
        discussion with MRE re same (.1) and call
        to J. Kapp re position re same (.1)          2.10    577.50
    MRE Meeting with MTH regarding Debtors motion
        to exceed local rule relating objections
        to proofs of claim                           0.10     29.00
    MRE Review of Debtors brief relating to Royal
        Proof of Claim                               0.20     58.00

01/09/04
    MTH Telephone call to Sam at Kirkland and
        Ellis re 3007 Relief Motion.                 0.10     27.50
    MTH Reviewing Grace's Brief re Excusable
        Neglect and Royal Indemnity's Motion to
        File a Late Proof of Claim.                  0.50    137.50
    MTH telephone conference with J. Kapp re Rule
        3007 Motion.                                 0.10     27.50

01/13/04
    MRE Review of PD Committee's objection to

```
                                                      Page:  2
     W.R. Grace                                     01/31/2004
                                         ACCOUNT NO: 3000-06D
                                         STATEMENT NO:      32
     Claims Analysis Objection & Resol. (Non-Asbestos)
```

```
                                              HOURS
          motion for waiver of claims objection
          procedure                              0.20     58.00

01/16/04
     MTH Correspondence to J. Kapp re Rule 3007
         Motion.                                 0.20     55.00

01/19/04
     MRE Review of Debtors motion for leave and
         attached reply brief for motion regarding
         claims objection process               0.30     87.00
                                                 ----  --------
     FOR CURRENT SERVICES RENDERED              4.20  1,167.00

                      RECAPITULATION
     TIMEKEEPER              HOURS HOURLY RATE      TOTAL
     Mark T. Hurford          3.40    $275.00    $935.00
     Marla R. Eskin           0.80     290.00     232.00


     TOTAL CURRENT WORK                          1,167.00


01/02/04 Payment - Thank you. (April, 2003 - 20%)      -31.80
01/02/04 Payment - Thank you. (September, 2003 - 80%)  -21.20
01/27/04 Payment - Thank you. (October, 2003 - 80%)   -191.60
                                                      -------
     TOTAL PAYMENTS                               -244.60

     BALANCE DUE                                $1,499.00
                                                =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                  01/31/2004
Wilmington  DE                             ACCOUNT NO: 3000-07D
                                           STATEMENT NO:     32

Committee, Creditors, Noteholders, Equity Holders



PREVIOUS BALANCE                                   $25,462.90


                                           HOURS
01/03/04
    MRE Review of memorandum summarizing
        pleadings filed on 12/30/03                0.10     29.00
    MRE Review of memorandum summarizing
        pleadings filed on 12/29/03                0.10     29.00

01/05/04
    MTH Reviewing correspondence from Y. Thomas
        re committee correspondence  (.1) and
        Correspondence to DEM re same (.1)         0.20     55.00
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                                 0.30     28.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings;
        preparation, retrieval and distribution
        of documents relating to adversary
        proceeding memo                            0.30     28.50
    DEM Update Attorney Binder                      0.20     19.00
    MRE Review of memorandum summarizing
        pleadings filed from December 31, 2003
        through January 4, 2004                     0.10     29.00
    MTH Meeting with MRE re status of motions and
        various matters and pending deadlines.      0.20     55.00
    PEM Review daily memo re: pleadings filed       0.10     31.50
    MTH Review of memorandum summarizing
        pleadings filed on 12/30/03                 0.10     27.50

01/06/04
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

                                          HOURS

        distribution of documents relating to
        daily memo                              0.30      28.50
    MTH Review of memorandum summarizing
        pleadings filed on 1/5/04               0.10      27.50
    MTH Review of memorandum summarizing
        pleadings filed from 12/31/03 through
        1/4/04                                  0.10      27.50
    MTH Review of memorandum summarizing
        adversary case pleadings filed between
        12/22/03 through 1/4/04                 0.10      27.50

01/08/04
    MRE Review of memorandum summarizing
        pleadings filed on January 6, 2004      0.10      29.00
    DEM Distribution of documents relating to
        daily memo from January 7, 2004.        0.20      19.00
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                              0.30      28.50
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)         0.10       9.50
    MTH Prepare weekly recommendation memo      0.20      55.00
    MRE Review of memorandum summarizing
        pleadings filed on January 7, 2004      0.10      29.00
    MTH Review of memorandum summarizing
        pleadings filed on 1/6/04               0.10      27.50
    MTH Review of memorandum summarizing
        pleadings filed on 1/7/04               0.10      27.50

01/09/04
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                              0.30      28.50
    MTH Review of memorandum summarizing
        pleadings filed on 1/8/04               0.10      27.50
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)         0.10       9.50
    MTH Correspondence to Committee re weekly
        recommendation memoranda.               0.20      55.00
    MTH Reviewing correspondence from EI re
        recusal motion, case status.            0.10      27.50
    MTH Prepare weekly recommendation memo (fee
        applications)                           0.20      55.00

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Prepare weekly recommendation memo (motions) | 0.50 | 137.50 |
| MRE | Review of memorandum summarizing pleadings filed on January 8, 2003 | 0.10 | 29.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 75.00 |

01/11/04

| | | | |
|---|---|---|---|
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); and fee memo (.1) | 0.40 | 126.00 |

01/12/04

| | | | |
|---|---|---|---|
| DEM | Update Attorney Binder | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MAL | Updating Service List | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed from January 9, 2004 through January 11, 2004 | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed from 1/9/04 through 1/11/04 | 0.10 | 27.50 |

01/13/04

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on January 12, 2004 | 0.10 | 29.00 |
| MRE | Review of letter from Debtor to Judge Fitzgerald | 0.10 | 29.00 |
| MRE | Review of 2019 filed by Motley Rice | 0.10 | 29.00 |
| MK | Update committee members notification documents | 0.20 | 20.00 |

```
                                                        Page:  4
W.R. Grace                                            01/31/2004
                                         ACCOUNT NO: 3000-07D
                                         STATEMENT NO:      32
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing Affidavit of Bourdeau re ordinary course professionals. | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 1/12/04 | 0.10 | 27.50 |

01/14/04

| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
|---|---|---|---|
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on January 13, 2004 | 0.10 | 29.00 |
| PEM | Review memo re: daily pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed on 1/13/04 | 0.10 | 27.50 |

01/15/04

| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| MAL | Updating Service List | 0.10 | 9.50 |
| MTH | Reviewing correspondence from LMP to Committee re reimbursement of expenses | 0.10 | 27.50 |
| MTH | Reviewing correspondence from DEM re weekly memoranda | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on January 14, 2004 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 1/14/04 | 0.10 | 27.50 |

01/16/04

| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 1.00 | 95.00 |
|---|---|---|---|
| MTH | Correspondence to Committee re weekly recommendation memos | 0.20 | 55.00 |
| MTH | Prepare weekly recommendation memo (motions) | 0.50 | 137.50 |
| MTH | Prepare weekly recommendation memo | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | (motions) | 0.20 | 55.00 |
| PEM | Review weekly recommendation memo re: pending matters (.2); fee memo (.1) | 0.30 | 94.50 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 75.00 |
| MTH | Review of memorandum summarizing pleadings filed on 1/15/04 | 0.10 | 27.50 |

01/18/04
| MRE | Review of memorandum summarizing pleadings filed on January 15, 2004 | 0.10 | 29.00 |

01/19/04
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on January 16, 2004 | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| PEM | Review limited recusal pleadings | 0.50 | 157.50 |
| MTH | Review of memorandum summarizing pleadings filed from 1/16/04 through 1/18/04 | 0.10 | 27.50 |

01/20/04
| MAL | Attention to document management | 0.20 | 19.00 |
| MRE | Review of weekly recommendation memorandum | 0.20 | 58.00 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 58.00 |
| MTH | Preparation for meeting with MRE (.1); meeting with MRE re pending issues and motions and upcoming deadlines (.2) | 0.30 | 82.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.30 | 28.50 |

                                                    Page: 6
W.R. Grace                                          01/31/2004
                                       ACCOUNT NO: 3000-07D
                                       STATEMENT NO:      32
Committee, Creditors, Noteholders, Equity Holders

```
                                                  HOURS
01/21/04
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                                 0.40     38.00
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)            0.60     57.00
    MRE Review of memorandum summarizing
        pleadings filed on January 20, 2004        0.10     29.00
    MK  Attention to document organization         0.20     20.00

01/22/04
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)            0.10      9.50
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                                 0.30     28.50
    MTH Reviewing correspondence from PVNL re
        January Omnibus Hearing                    0.10     27.50
    MTH Reviewing correspondence from D. Cohn re
        response to EI memorandum                  0.10     27.50
    MRE Review of memorandum summarizing
        pleadings filed on January 21, 2004        0.10     29.00
    PEM Review daily memo of pleadings filed       0.10     31.50

01/23/04
    PEM Review weekly recommendation memo re:
        pending motions and matters (.2); fee
        memo (.1)                                  0.30     94.50
    DAC Review counsel's recommendation memo       0.20     75.00
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                                 0.30     28.50
    MTH Correspondence to Committee re weekly
        recommendation memoranda                   0.20     55.00
    MTH Prepare weekly recommendation memo (Fee
        Applications).                             0.30     82.50
    MTH Prepare weekly recommendation memo
        (Motions).                                 0.40    110.00
    MTH Review of memorandum summarizing
        pleadings filed on 1/22/04                 0.10     27.50
```

```
                                                            Page: 7
W.R. Grace                                                01/31/2004
                                            ACCOUNT NO: 3000-07D
                                            STATEMENT NO:      32
Committee, Creditors, Noteholders, Equity Holders
```

                                             HOURS

01/26/04
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                                    0.50     47.50
    DEM Update Attorney Binder - Weekly
        Recommendation Memo                           0.20     19.00
    MRE Review of memorandum summarizing
        pleadings filed on 1/23/04 through
        1/25/04                                       0.10     29.00
    MRE Review of memorandum summarizing
        pleadings filed on 1/22/04                    0.10     29.00
    MTH Review of memorandum summarizing
        pleadings filed from 1/23/04 through
        1/25/04                                       0.10     27.50
    MTH Reviewing two Orders signed 1/22/04           0.10     27.50

01/27/04
    MTH Review of memorandum summarizing
        pleadings filed on 1/26/04                    0.10     27.50
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                                    0.30     28.50
    MAL Attention to document management              0.10      9.50
    MRE Review of memorandum summarizing
        pleadings filed on January 27, 2004           0.10     29.00
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)               0.20     19.00
    PEM Review memo re: daily pleadings filed         0.10     31.50
    MTH Review of memorandum summarizing
        pleadings filed on 1/26/04                    0.10     27.50

01/28/04
    MRE Telephone conference with B. Spohn
        regarding committee member request            0.10     29.00
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)               0.10      9.50
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                                    0.40     38.00
    MRE Review of memorandum summarizing
        pleadings filed on 1/27/04                    0.10     29.00
    MTH Review of memorandum summarizing

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| | pleadings filed on 1/27/04 | 0.10 | 27.50 |
| **01/29/04** | | | |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| MRE | Review of memorandum summarizing pleadings filed on January 28, 2004 | 0.10 | 29.00 |
| **01/30/04** | | | |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.2); fee memo (.1) | 0.30 | 94.50 |
| MTH | Correspondence to Committee re weekly recommendation memoranda. | 0.20 | 55.00 |
| MTH | Prepare weekly recommendation memo (motion) (.3) and Prepare weekly recommendation memo (fee applications) (.2) | 0.50 | 137.50 |
| DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
| | | ----- | -------- |
| | FOR CURRENT SERVICES RENDERED | 24.30 | 4,793.50 |

## RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $375.00 | $300.00 |
| Philip E. Milch | 2.40 | 315.00 | 756.00 |
| Michele Kennedy | 0.40 | 100.00 | 40.00 |
| Mark T. Hurford | 6.80 | 275.00 | 1,870.00 |
| Marla R. Eskin | 2.60 | 290.00 | 754.00 |
| Margaret A. Landis | 0.50 | 95.00 | 47.50 |
| Diane E. Massey | 10.80 | 95.00 | 1,026.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 4,793.50 |

```
01/02/04 Payment - Thank you. (April, 2003 - 20%)             -923.40
01/02/04 Payment - Thank you. (May, 2003 - 20%)              -892.10
01/02/04 Payment - Thank you. (June, 2003 - 20%) (Amount
         of payment should be $974.90 but a reduction of
         $83.50 occurred pursuant to Fee Auditor's Report
         dated 9/26/03)                                      -891.40
01/02/04 Payment - Thank you. (September, 2003 - 80%)      -4,904.80
01/27/04 Payment - Thank you. (October, 2003 - 80%)       -5,617.60
                                                         ----------
         TOTAL PAYMENTS                                  -13,229.30

         BALANCE DUE                                     $17,027.10
                                                         ==========
```

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      31

Employee Benefits/Pension



    PREVIOUS BALANCE                              $1,256.40



01/02/04 Payment - Thank you. (June, 2003 - 20%)     -310.40
01/27/04 Payment - Thank you. (October, 2003 - 80%)  -424.80
                                                     -------
    TOTAL PAYMENTS                                   -735.20

    BALANCE DUE                                     $521.20
                                                    =======


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          01/31/2004
Wilmington  DE                      ACCOUNT NO: 3000-10D
                                    STATEMENT NO:     32


Employment Applications, Others



    PREVIOUS BALANCE                        $2,678.40



01/02/04 Payment - Thank you. (April, 2003 - 20%)        -9.10
01/02/04 Payment - Thank you. (May, 2003 - 20%)         -98.50
01/02/04 Payment - Thank you. (September, 2003 - 80%) -1,189.60
01/27/04 Payment - Thank you. (October, 2003 - 80%)    -278.00
                                                    ---------
    TOTAL PAYMENTS                          -1,575.20

    BALANCE DUE                             $1,103.20
                                                    =========



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

```
                        Campbell & Levine, LLC
                          1700 Grant Building
                         Pittsburgh, PA  15219
                           412-261-0310
```

```
                                                    Page: 1
        W.R. Grace                                  01/31/2004
        Wilmington  DE                     ACCOUNT NO: 3000-11D
                                           STATEMENT NO:      30


        Expenses



        PREVIOUS BALANCE                            $8,962.81
```

| Date | Description | Amount |
|---|---|---|
| 01/06/04 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 1/05/04 (C&D and C&L Nov. fee application) | 175.17 |
| 01/06/04 | FAX to Peter Lockwood - Daily Memo - 3 pages | 3.00 |
| 01/06/04 | FAX to Robert Spohn - Daily Memo - 3 pages | 3.00 |
| 01/06/04 | FAX to Andrew Katznelson - Daily Memo - 3 pages | 3.00 |
| 01/07/04 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 1/06/04 (LTC Nov. fee application) | 88.11 |
| 01/07/04 | FAX to Andrew Katznelson - Daily Memo - 4 pages | 4.00 |
| 01/07/04 | FAX to Robert Spohn - Daily Memo - 4 pages | 4.00 |
| 01/07/04 | FAX to Peter Lockwood - Daily Memo - 4 pages | 4.00 |
| 01/13/04 | Postage - LTC Oct. CNO - 3 @ .37 | 1.11 |
| 01/14/04 | MTH - Omni William Penn Hotel, Pittsburgh, PA on 12/15/03 (Split 1/3 with Owens Corning and Kaiser) | 40.77 |
| 01/16/04 | FAX to Peter Lockwood - Daily Memo - 10 pages | 10.00 |
| 01/16/04 | FAX to Robert Spohn - Daily Memo - 10 pages | 10.00 |
| 01/16/04 | FAX to Andrew Katznelson - Daily Memo - 10 pages | 10.00 |
| 01/16/04 | AT&T Long Distance Phone Calls | 4.24 |
| 01/26/04 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 1/23/04 (LAS amended 7th interim fee application) | 61.47 |
| 01/27/04 | FAX to Peter Lockwood - Daily Memo - 3 pages | 3.00 |
| 01/27/04 | FAX to Robert Spohn - Daily Memo - 3 pages | 3.00 |
| 01/27/04 | FAX to Andrew Katznelson - Daily Memo - 3 pages | 3.00 |
| 01/29/04 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 1/28/04 (C&D November CNO) | 57.00 |
| 01/30/04 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 1/29/04 (C&D and C&L December fee applications) | 178.17 |

```
                                                       Page: 2
         W.R. Grace                                 01/31/2004
                                        ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      30
         Expenses




01/31/04 Pacer Charges for the Month of December          510.30
                                                        --------
            TOTAL EXPENSES                              1,176.34

            TOTAL CURRENT WORK                          1,176.34


01/02/04 Payment - Thank you. (September, 2003 - 100%)   -371.95
01/27/04 Payment - Thank you. (October, 2003 - 100%)     -488.45
                                                        -------
            TOTAL PAYMENTS                               -860.40

            BALANCE DUE                               $9,278.75
                                                      =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:     30


Fee Applications, Applicant



      PREVIOUS BALANCE                            $4,783.00



                                          HOURS
01/05/04
      KJC Review and sign C&L November monthly fee
          application                       0.30     52.50

01/12/04
      MTH Begin reviewing pre-bill.         0.40    110.00

01/21/04
      MTH Reviewing pre-bill.               1.30    357.50
      MRE Review and revisions to December pre-bill  0.70    203.00

01/22/04
      MRE Meeting with MTH regarding pre-bill   0.10     29.00
      MRE Meeting with MTH regarding December
          pre-bill                          0.10     29.00
      MRE Additional revisions to December pre-bill  0.10     29.00
      MTH discussion with MRE re pre-bills (.1);
          additional review re same (.3)    0.40    110.00

01/28/04
      LMP Review case docket for Objections to C&L
          November 2003 Fee Application (.1);
          Prepare CNO re same (.2)          0.30     28.50
      MRE Review of final fee auditors report for
          C&L                               0.10     29.00
      KJC Review fee auditor's final report re C&L
          10th interim                      0.10     17.50
      KJC Review and sign CNO re C&L November fee
          application                       0.20     35.00
      LMP Electronic filing and service of Campbell
          & Levine's November CNO           0.30     28.50

```
                                                          Page: 2
        W.R. Grace                                        01/31/2004
                                             ACCOUNT NO: 3000-12D
                                             STATEMENT NO:      30

        Fee Applications, Applicant




                                               HOURS
01/29/04
        LMP Electronic filing and service of Campbell
            & Levine's December Monthly Application
            for Compensation                     0.30    28.50
        KJC Review and sign C&L December monthly fee
            application                           0.30    52.50
                                                 ----  --------
            FOR CURRENT SERVICES RENDERED        5.00  1,139.50

                        RECAPITULATION
        TIMEKEEPER               HOURS HOURLY RATE     TOTAL
        Mark T. Hurford          2.10   $275.00      $577.50
        Marla R. Eskin           1.10    290.00       319.00
        Kathleen J. Campbell     0.90    175.00       157.50
        Lauren M. Przybylek      0.90     95.00        85.50


        TOTAL CURRENT WORK                          1,139.50



01/02/04 Payment - Thank you. (April, 2003 - 20%)      -168.20
01/02/04 Payment - Thank you. (May, 2003 - 20%)        -145.60
01/02/04 Payment - Thank you. (June, 2003 - 20%) (Amount
         of payment should be $163.50 but a reduction of
         $120.00 occurred pursuant to Fee Auditor's Report
         dated 9/26/03)                                 -43.50
01/02/04 Payment - Thank you. (September, 2003 - 80%) -1,021.20
01/27/04 Payment - Thank you. (October, 2003 - 80%)    -637.20
                                                     ---------
        TOTAL PAYMENTS                              -2,015.70

        BALANCE DUE                                 $3,906.80
                                                    =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                      Page: 1
W.R. Grace                                          01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      17


Fee Applications, Others




        PREVIOUS BALANCE                          $6,513.70



                                           HOURS
01/05/04
        LMP Prepared Caplin & Drysdale's November Fee
            Application for filing (.3); Electronic
            filing and service of Application (.2)      0.20      19.00
        KJC Review C&D November monthly and sign COS
            re same                                    0.30      52.50
        LMP Review November Fee Application of
            Pitney, Hardin, Kipp & Szuch (.1); Update
            WR Grace Weekly Recommendation Memo (.1)    0.20      19.00
        LMP Review November Fee Application of Reed
            Smith (.1); Update Wr Grace Weekly
            Recommendation Memo (.1)                    0.20      19.00
        LMP Review November Fee Application of
            PSZYJ&W (.1); Update Wr Grace Weekly
            Recommendation Memo (.1)                    0.20      19.00
        LMP Review November Fee Application of
            Kirkland & Ellis (.1); Update Wr Grace
            Weekly Recommendation Memo (.1)             0.20      19.00
        LMP Review November Fee Application of Klett
            Rooney (.1); Update WRG Weekly
            Recommendation Memo (.1)                    0.20      19.00

01/06/04
        LMP Review email from D. Collins re: L
            Tersigni's November 2003 Bill (.1);
            Prepare LTC Nov Fee App for filing (.2);
            Electronic filing and service of
            Application (.2)                            0.50      47.50
        KJC Review LTC November Monthly fee
            application and sign COS re same            0.30      52.50

Fee Applications, Others


                                            HOURS

01/08/04
    KJC Review LTC November monthly fee
        application and sign COS re same        0.30     52.50
    MTH Reviewing Amended Order re 9th Interim.  0.10     27.50

01/09/04
    LMP Review November Fee Application of Holme,
        Roberts & Owen (.1); Update WrGrace
        Weekly Recommendation Memo (.1)         0.20     19.00
    LMP Review November Fee Application of
        Kramer, Levin, Naftalis & Frankel (.1);
        Update WrGrace Weekly Recommendation Memo
        (.1)                                    0.20     19.00

01/13/04
    KJC Review and sign CNO for LTC October
        monthly fee application                 0.20     35.00
    LMP Search docket for Objections to LTC Oct
        2003 Fee App (.1); Prepare Certification
        of No Objection to re: Oct Fee App(.2);
        Electronic filing and service of CNO (.2)  0.50     47.50

01/15/04
    MRE Review of e-mail from LMP regarding
        committee expenses                      0.10     29.00
    LMP Review November Fee Application of
        PricewaterhouseCoopers (.1); Update Wr
        Grace Weekly Recommendation Memo (.1)   0.20     19.00
    LMP Review December Fee Application of WHS &
        Associates (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)                0.20     19.00

01/20/04
    LMP Review November Fee Application of Ferry,
        Joseph & Pearce (.1); Update Wr Grace
        Weekly Recommendation Memo (.1)         0.20     19.00
    LMP Review July through September Interim Fee
        Application of Lukins & Annis(.1); Update
        Wr Grace Weekly Recommendation Memo (.1)  0.20     19.00

01/21/04
    LMP Review November Sealed Air Fee
        Application of Ferry, Joseph & Pearce
        (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)                0.20     19.00

W.R. Grace                                          01/31/2004
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:      17

Fee Applications, Others

                                                      HOURS
01/27/04
     LMP Review July through October Monthly Fee
         Applications of Protivit Inc (.2); Update
         Wr Grace Weekly Recommendation Memo (.1)      0.30      28.50
     LMP Review November Fee Application of
         Stroock & Stroock & Lavan (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)         0.20      19.00
     LMP Review November Fee Application of FTI
         Policano & Manzo (.1); Update Wr Grace
         Weekly Recommendation Memo (.1)               0.20      19.00
     LMP Review July through September Monthly Fee
         Applications of Steptoe & Johnson(.2);
         Update Wr Grace Weekly Recommendation
         Memo (.1)                                     0.30      28.50
     LMP Review November Fee Application of Casner
         & Edwards (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                      0.20      19.00
     LMP Review December Fee Application of
         Carella, Bryne, Bain, Gilfillan, Cecchi,
         Stewart & Olstein (.1); Update Wr Grace
         Weekly Recommendation Memo (.1)               0.20      19.00
     LMP Review November Fee Application of
         Woodcock Washburn (.1); Update Wr Grace
         Weekly Recommendation Memo (.1)               0.20      19.00
     LMP Review March Fee Application of Deloitte
         & Touche (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                      0.20      19.00
     LMP Review December Fee Application of
         PSZYJ&W (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                      0.20      19.00

01/28/04
     LMP Review case docket for Objections to C&D
         November 2003 Fee Application (.1);
         Prepare CNO re same (.2)                      0.30      28.50
     KJC Review and sign CNO re C&D November
         monthly fee application                       0.20      35.00
     KJC Review and sign CNO re C&D November
         Sealed Air fee application                    0.20      35.00
     LMP Electronic filing and service of Caplin &
         Drysdale's November CNO                       0.30      28.50

01/29/04
     LMP Electronic filing and service of Caplin &
         Drysdale's December Monthly Application

```
                                                    Page: 4
W.R. Grace                                          01/31/2004
                                      ACCOUNT NO: 3000-13D
                                      STATEMENT NO:      17

Fee Applications, Others
```

```
                                          HOURS
         for Compensation                  0.30      28.50
KJC Review C&D December monthly fee
         application and sign COS re same  0.30      52.50
LMP Electronic filing of Campbell & Levine's
         October through December Monthly
         Application for Compensation      0.20      19.00
LMP Electronic filing of Caplin & Drysdale's
         December Monthly Application for
         Compensation                      0.20      19.00

01/30/04
LMP Review December Fee Application of Klett
         Rooney Leiber & Schorling (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)  0.20  19.00
LMP Review November Fee Application of Bilzin
         Sumberg Baena Price & Axelrod (.1);
         Update Wr Grace Weekly Recommendation
         Memo (.1)                         0.20      19.00
                                          ----   --------
    FOR CURRENT SERVICES RENDERED          9.30   1,065.00

                   RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE    TOTAL
Mark T. Hurford                0.10   $275.00     $27.50
Marla R. Eskin                 0.10    290.00      29.00
Kathleen J. Campbell           1.80    175.00     315.00
Lauren M. Przybylek            7.30     95.00     693.50


    TOTAL CURRENT WORK                            1,065.00


01/02/04 Payment - Thank you. (April, 2003 - 20%)      -256.50
01/02/04 Payment - Thank you. (May, 2003 - 20%)        -343.40
01/02/04 Payment - Thank you. (June, 2003 - 20%)       -347.30
01/02/04 Payment - Thank you. (September, 2003 - 80%) -1,642.40
01/27/04 Payment - Thank you. (October, 2003 - 80%)  -1,033.20
                                                     ---------
    TOTAL PAYMENTS                                   -3,622.80

    BALANCE DUE                                     $3,955.90
                                                    =========
```

```
                                                        Page: 5
W.R. Grace                                            01/31/2004
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:       17

Fee Applications, Others
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                         01/31/2004
Wilmington  DE                      ACCOUNT NO: 3000-15D
                                    STATEMENT NO:      32


Hearings



        PREVIOUS BALANCE                          $8,049.90



                                        HOURS
01/15/04
      MRE Review of letter from J. Scoliard
          regarding argument                0.10     29.00
      MRE Drafting e-mail to MTH regarding Wolin
          hearing                           0.10     29.00

01/19/04
      MTH Discussion with MRE re January Omnibus
          Hearing.                          0.10     27.50
      MRE Review of agenda meeting with MTH
          regarding hearing                 0.20     58.00

01/21/04
      MTH Reviewing Amended Agenda and reviewing
          and revising memorandum re same (.4);
          Correspondence to PVNL and JWD re same
          (.1)                              0.50    137.50

01/22/04
      MAL Preparation of draft Omnibus Hearing Memo  0.30     28.50
      MRE Review of e-mail from MTH regarding
          omnibus hearing                   0.10     29.00
      MRE Review of e-mail from PVNL regarding
          omnibus hearing                   0.10     29.00

01/23/04
      DEM Preparation of attorney binder for
          omnibus hearing                   0.60     57.00

01/27/04
      MTH Reviewing proceeding minutes re 1/16/04    0.10     27.50
                                            ----   ------

```
                                                          Page: 2
         W.R. Grace                                     01/31/2004
                                          ACCOUNT NO: 3000-15D
                                          STATEMENT NO:      32

         Hearings




         FOR CURRENT SERVICES RENDERED                 2.20    452.00

                          RECAPITULATION
         TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
         Mark T. Hurford                0.70    $275.00   $192.50
         Marla R. Eskin                 0.60     290.00    174.00
         Margaret A. Landis             0.30      95.00     28.50
         Diane E. Massey                0.60      95.00     57.00


         TOTAL CURRENT WORK                                452.00


01/02/04 Payment - Thank you. (April, 2003 - 20%)           -59.70
01/02/04 Payment - Thank you. (May, 2003 - 20%)            -330.90
01/02/04 Payment - Thank you. (June, 2003 - 20%)            -94.60
01/02/04 Payment - Thank you. (September, 2003 - 80%)      -935.20
01/27/04 Payment - Thank you. (October, 2003 - 80%)       -780.80
                                                         ---------
         TOTAL PAYMENTS                                 -2,201.20

         BALANCE DUE                                    $6,300.70
                                                         =========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            01/31/2004
Wilmington  DE                         ACCOUNT NO: 3000-16D
                                       STATEMENT NO:      17


Litigation and Litigation Consulting




    PREVIOUS BALANCE                         $15,772.60



                                          HOURS
01/05/04
    MTH Reviewing correspondence from MRE and
        Nate Finch re various creditors in
        recusal motion                        0.10      27.50
    MTH telephone conference with MRE re
        information needed by Nate Finch (.1) and
        review of documents re same (.2)      0.30      82.50
    MTH Discussion with LMP re creditor
        information re recusal motion.         0.10      27.50

01/06/04
    MTH Reviewing supplemental affidavit of G.
        Morgan re Reaud Morgan Adversary matter.   0.10   27.50

01/08/04
    MRE Review of Wolin Order and e-mail to
        attorneys regarding same              0.10      29.00

01/09/04
    MRE Telephone conference with M. Berkin
        regarding bank/bond debt              0.10      29.00
    MRE Project for N. Finch regarding creditors
        committee                             0.50     145.00
    MRE Telephone conference with N. Finch
        regarding discovery                   0.10      29.00
    DAC Review Caplin memo re: Wolin discovery 0.10      37.50

01/11/04
    PEM Review memo from counsel re: recusal
        proceedings                           0.10      31.50

```
                                                            Page: 2
W.R. Grace                                                01/31/2004
                                          ACCOUNT NO: 3000-16D
                                          STATEMENT NO:      17
Litigation and Litigation Consulting
```

|  |  | HOURS |  |
|---|---|---|---|
| **01/15/04** |  |  |  |
| MRE | Review of Opposition of Libby Counsel to Contempt motion | 0.30 | 87.00 |
| MRE | Joinder in motion for contempt | 0.20 | 58.00 |
| MRE | Continental Response to Contempt motion | 0.20 | 58.00 |
| MRE | Review of Order dismissing contempt motion | 0.10 | 29.00 |
| **01/16/04** |  |  |  |
| MTH | Reviewing correspondence from EI re oral argument on recusal motions. | 0.10 | 27.50 |
| DAC | Review memo re: recusal briefs and argument | 0.10 | 37.50 |
| DAC | Review joint brief re: recusal motion | 0.30 | 112.50 |
| **01/18/04** |  |  |  |
| MRE | Review of Memo of law by the Debtor, Committee and FR (split with other cases) | 0.40 | 116.00 |
| MRE | Review of Grace's Response to Motion of DK to disqualify | 0.70 | 203.00 |
| MRE | Review of memo in support of DK motion for recusal | 0.70 | 203.00 |
| MRE | Review of declaration of J. Wills | 0.10 | 29.00 |
| **01/20/04** |  |  |  |
| MRE | Review of SJ Motion in Transcontinental | 0.10 | 29.00 |
| MRE | Review of Response of Continental Casualty Company regarding Gerard | 0.20 | 58.00 |
| MRE | Review of Debtors' Motion for Gerard | 0.20 | 58.00 |
| **01/21/04** |  |  |  |
| MRE | Review of Grace's Motion to Strike Certain Exhibits | 0.10 | 29.00 |
| **01/26/04** |  |  |  |
| MRE | Review of D.K. Acquisition Opposition to Motion to Strike Exhibits | 0.20 | 58.00 |
| MTH | Reviewing Opposition of DK Acquisition to Grace Objection to and Motion to Strike Exhibits (with attachments) | 1.50 | 412.50 |
| MTH | Reviewing Opposition of DK Acquisition to Grace's Objection to Motion to Strike and Exhibits thereto. | 1.50 | 412.50 |
|  |  | ---- | -------- |
|  | FOR CURRENT SERVICES RENDERED | 8.60 | 2,483.50 |

```
                                                    Page: 3
       W.R. Grace                                 01/31/2004
                                    ACCOUNT NO: 3000-16D
                                    STATEMENT NO:      17
       Litigation and Litigation Consulting
```

```
                       RECAPITULATION
       TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
       Douglas A. Campbell            0.50    $375.00     $187.50
       Philip E. Milch                0.10     315.00       31.50
       Mark T. Hurford                3.70     275.00    1,017.50
       Marla R. Eskin                 4.30     290.00    1,247.00


           TOTAL CURRENT WORK                             2,483.50


01/02/04 Payment - Thank you. (April, 2003 - 20%)          -74.20
01/02/04 Payment - Thank you. (June, 2003 - 20%)          -322.20
01/02/04 Payment - Thank you. (September, 2003 - 80%)     -836.40
01/27/04 Payment - Thank you. (October, 2003 - 80%)     -1,775.20
                                                        ---------
           TOTAL PAYMENTS                               -3,008.00

           BALANCE DUE                                 $15,248.10
                                                       ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

 

 

Page: 1

W.R. Grace                                            01/31/2004

Wilmington  DE                         ACCOUNT NO: 3000-17D

STATEMENT NO:      17

Plan and Disclosure Statement

 

 

 

PREVIOUS BALANCE                                    $951.70

 

```
                                              HOURS
01/03/04
    MRE Review of Debtor's Motion for Order
        Further Extending Exclusivity          0.10    29.00
                                               ----    -----
        FOR CURRENT SERVICES RENDERED          0.10    29.00
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 0.10 | $290.00 | $29.00 |

TOTAL CURRENT WORK                                  29.00

01/02/04 Payment - Thank you. (September, 2003 - 80%)      -254.00

BALANCE DUE                                       $726.70
                                                     =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                           01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-18D
                                        STATEMENT NO:     17

Relief from Stay Proceedings

PREVIOUS BALANCE                                     $292.60

                                           HOURS
01/13/04
    MTH Reviewing Debtors' Objection to
        Caterpillar Motion for Relief from Stay.     0.20    55.00

01/19/04
    MTH Reviewing Order Dismissing without
        prejudice the Debtors' Motion Finding
        Counsel for Gerard in Contempt.              0.10    27.50
                                                     ----    -----
        FOR CURRENT SERVICES RENDERED                0.30    82.50

                    RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
   Mark T. Hurford                0.30    $275.00    $82.50

        TOTAL CURRENT WORK                            82.50

01/02/04 Payment - Thank you. (April, 2003 - 20%)         -10.60
01/02/04 Payment - Thank you. (May, 2003 - 20%)           -96.00
01/02/04 Payment - Thank you. (June, 2003 - 20%)          -26.70
01/02/04 Payment - Thank you. (September, 2003 - 80%)     -78.40
01/27/04 Payment - Thank you. (October, 2003 - 80%)      -106.80
                                                     -------
        TOTAL PAYMENTS                               -318.50

        BALANCE DUE                                   $56.60
                                                     ======

W.R. Grace                                          01/31/2004
                                        ACCOUNT NO: 3000-18D
                                        STATEMENT NO:       17

Relief from Stay Proceedings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          01/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-19D
                                      STATEMENT NO:       7

Tax Issues

PREVIOUS BALANCE                                    $369.60

01/02/04 Payment - Thank you. (September, 2003 - 80%)     -96.00
01/27/04 Payment - Thank you. (October, 2003 - 80%)      -118.80
                                                        -------
         TOTAL PAYMENTS                                 -214.80

         BALANCE DUE                                    $154.80
                                                        =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    01/31/2004
Wilmington  DE                       ACCOUNT NO: 3000-20D
                                     STATEMENT NO:      16


Tax Litigation



    PREVIOUS BALANCE                              $468.80


    BALANCE DUE                                   $468.80
                                                  =======




                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                            01/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-22D
                                      STATEMENT NO:      21

Valuation



    PREVIOUS BALANCE                              $1,512.00



01/27/04 Payment - Thank you. (October, 2003 - 80%)      -261.60


    BALANCE DUE                                   $1,250.40
                                                  =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-23D
STATEMENT NO:      21


ZAI Science Trial



PREVIOUS BALANCE                                    $2,082.40


                                              HOURS
01/26/04
     MRE Review of Certificate of Counsel,
         regarding ZAI Trial                   0.10     29.00

01/27/04
     MRE Review of e-mail from MTH regarding
         continuation of ZAI trial             0.10     29.00
     MRE Review of e-mail from PVNL regarding ZAI
         trial                                 0.10     29.00
     MRE Review of additional e-mail from MTH
         regarding ZAI trial                   0.10     29.00
     MRE Review of e-mail from M. Berkin regarding
         ZAI trial                             0.10     29.00
     MTH Reviewing notice re rescheduling of ZAI
         Science Trial.                        0.10     27.50
     MTH Reviewing correspondence from PVNL re
         Science Trial.                        0.10     27.50
     MTH Reviewing correspondence from MEB re
         science trial.                        0.10     27.50
     MTH Correspondence to EI and PVNL re science
         trial.                                0.30     82.50
     MTH Telephone call to J. Baer re status of
         ZAI                                   0.10     27.50
     MTH telephone call to J. Kapp re status of
         ZAI                                   0.10     27.50

01/28/04
     MTH telephone call from J. Baer re ZAI status
         (.1) and Correspondence to PVNL and EI re
         same (.1)                             0.20     55.00

```
                                                    Page: 2
       W.R. Grace                                  01/31/2004
                                      ACCOUNT NO: 3000-23D
                                      STATEMENT NO:      21

       ZAI Science Trial




                                             HOURS
01/29/04
       MRE Review of e-mail from MTH regarding ZAI
           continuance                        0.10     29.00
       MRE Review of e-mail from PVNL regarding ZAI
           trial continuance                  0.10     29.00
                                              ----    ------
           FOR CURRENT SERVICES RENDERED      1.70    478.00
                        RECAPITULATION
       TIMEKEEPER                HOURS HOURLY RATE       TOTAL
       Mark T. Hurford           1.00    $275.00     $275.00
       Marla R. Eskin            0.70     290.00      203.00


           TOTAL CURRENT WORK                        478.00


01/02/04 Payment - Thank you. (June, 2003 - 20%)     -74.60
01/02/04 Payment - Thank you. (September, 2003 - 80%) -342.40
                                                     -------
           TOTAL PAYMENTS                           -417.00

           BALANCE DUE                            $2,143.40
                                                  =========




       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                              Page: 1
W.R. Grace                                               01/31/2004
Wilmington  DE                             ACCOUNT NO     3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| -542.81 | 0.00 | 0.00 | 0.00 | 0.00 | -$542.81 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 1,068.20 | 0.00 | 0.00 | 0.00 | -1,068.20 | $0.00 |
| 3000-02 Asset Disposition | | | | | |
| 403.50 | 0.00 | 0.00 | 0.00 | -190.30 | $213.20 |
| 3000-03 Business Operations | | | | | |
| 466.00 | 507.00 | 0.00 | 0.00 | -109.90 | $863.10 |
| 3000-04 Case Administration | | | | | |
| 1,556.10 | 55.00 | 0.00 | 0.00 | -798.20 | $812.90 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,484.00 | 110.00 | 0.00 | 0.00 | 0.00 | $3,594.00 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 576.60 | 1,167.00 | 0.00 | 0.00 | -244.60 | $1,499.00 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 25,462.90 | 4,793.50 | 0.00 | 0.00 | -13,229.30 | $17,027.10 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,256.40 | 0.00 | 0.00 | 0.00 | -735.20 | $521.20 |
| 3000-10 Employment Applications, Others | | | | | |
| 2,678.40 | 0.00 | 0.00 | 0.00 | -1,575.20 | $1,103.20 |
| 3000-11 Expenses | | | | | |
| 8,962.81 | 0.00 | 1,176.34 | 0.00 | -860.40 | $9,278.75 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,783.00 | 1,139.50 | 0.00 | 0.00 | -2,015.70 | $3,906.80 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 6,513.70 | 1,065.00 | 0.00 | 0.00 | -3,622.80 | $3,955.90 |
| 3000-15 Hearings | | | | | |
| 8,049.90 | 452.00 | 0.00 | 0.00 | -2,201.20 | $6,300.70 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 15,772.60 | 2,483.50 | 0.00 | 0.00 | -3,008.00 | $15,248.10 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 951.70 | 29.00 | 0.00 | 0.00 | -254.00 | $726.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 292.60 | 82.50 | 0.00 | 0.00 | -318.50 | $56.60 |
| 3000-19 Tax Issues | | | | | |
| 369.60 | 0.00 | 0.00 | 0.00 | -214.80 | $154.80 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-22 Valuation | | | | | |
| 1,512.00 | 0.00 | 0.00 | 0.00 | -261.60 | $1,250.40 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,082.40 | 478.00 | 0.00 | 0.00 | -417.00 | $2,143.40 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 86,168.40 | 12,362.00 | 1,176.34 | 0.00 | -31,124.90 | $68,581.84 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.