Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                            03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      34

Asset Disposition


PREVIOUS BALANCE                                     $297.20


                                         HOURS
03/08/04
    MRE Review of notice of sale of Mead property      0.10      29.00
    MRE Review of Debtors Objection to Jamaica
        supply agreement                               0.10      29.00

03/26/04
    MTH Reviewing debtors' motion to extend time
        to assume or reject leases.                    0.30      82.50
    MTH Reviewing Debtors' Motion re Settlement
        with Dunbar.                                   0.20      55.00
                                                       ----     ------
        FOR CURRENT SERVICES RENDERED                  0.70     195.50

                        RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
    Mark T. Hurford                  0.50    $275.00    $137.50
    Marla R. Eskin                   0.20     290.00      58.00


    TOTAL CURRENT WORK                                  195.50


03/02/04 Payment - Thank you.  (November, 2003 - 80%)      -21.20


    BALANCE DUE                                        $471.50
                                                       =======

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                03/31/2004
Wilmington  DE                              ACCOUNT NO: 3000-03D
                                            STATEMENT NO:      29

Business Operations


PREVIOUS BALANCE                                        $1,028.10


                                            HOURS
03/05/04
     MRE Review of e-mail regarding operating
         report                                0.10    29.00
                                               ----    -----
         FOR CURRENT SERVICES RENDERED         0.10    29.00

                      RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
     Marla R. Eskin                0.10    $290.00      $29.00


     TOTAL CURRENT WORK                                  29.00


03/15/04 Payment - Thank you. (December, 2003 - 80%)    -276.40


     BALANCE DUE                                        $780.70
                                                        =======


     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                              Page: 1
W.R. Grace                                                  03/31/2004
Wilmington  DE                              ACCOUNT NO: 3000-04D
                                            STATEMENT NO:      34

Case Administration

PREVIOUS BALANCE                                          $1,092.40

                                                    HOURS
03/05/04
    PEM Brief review of January MOR                 0.80    252.00
                                                    ----    ------
        FOR CURRENT SERVICES RENDERED               0.80    252.00

                        RECAPITULATION
TIMEKEEPER                     HOURS HOURLY RATE       TOTAL
Philip E. Milch                 0.80    $315.00     $252.00

    TOTAL CURRENT WORK                                      252.00

03/02/04 Payment - Thank you.  (November, 2003 - 80%)      -185.60
03/15/04 Payment - Thank you. (December, 2003 - 80%)        -66.80
                                                           -------
    TOTAL PAYMENTS                                         -252.40

    BALANCE DUE                                          $1,092.00
                                                         =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310


Page: 1
W.R. Grace                                                    03/31/2004
Wilmington  DE                              ACCOUNT NO: 3000-05D
                                            STATEMENT NO:      34


Claims Analysis Objection & Resolution (Asbestos)



PREVIOUS BALANCE                                        $3,623.00


                                            HOURS
03/02/04
    MTH Reviewing COC and proposed Order re Royal
        Indemnity Motion.                    0.10     27.50

03/25/04
    MRE Review of Order Granting Royal Indemnity
        Company's Motion for Leave to File a Late
        Proof of Claim                       0.10     29.00
    MTH Reviewing Order re Royal POC          0.10     27.50
                                             ----     -----
        FOR CURRENT SERVICES RENDERED         0.30     84.00

                      RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE    TOTAL
    Mark T. Hurford               0.20    $275.00   $55.00
    Marla R. Eskin                0.10     290.00    29.00


    TOTAL CURRENT WORK                                  84.00



03/02/04 Payment - Thank you.  (November, 2003 - 80%)    -1,019.20
03/15/04 Payment - Thank you. (December, 2003 - 80%)      -106.00
                                                        ---------
    TOTAL PAYMENTS                                      -1,125.20

    BALANCE DUE                                        $2,581.80
                                                       =========

_____

```
                                        ACCOUNT NO: 3000-05D
                                        STATEMENT NO:        34
Claims Analysis Objection & Resolution (Asbestos)
```

```
Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                           03/31/2004
Wilmington  DE                         ACCOUNT NO: 3000-06D
                                       STATEMENT NO:      34


Claims Analysis Objection & Resol. (Non-Asbestos)




    PREVIOUS BALANCE                              $1,527.50



                                         HOURS
03/25/04
    MTH Reviewing three requests to change filing
        date.                             0.10     27.50
                                          ----     -----
        FOR CURRENT SERVICES RENDERED     0.10     27.50
                     RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
    Mark T. Hurford             0.10    $275.00     $27.50


    TOTAL CURRENT WORK                              27.50


03/02/04 Payment - Thank you.  (November, 2003 - 80%)    -21.20
03/15/04 Payment - Thank you. (December, 2003 - 80%)    -170.40
                                                     -------
    TOTAL PAYMENTS                                  -191.60

    BALANCE DUE                                   $1,363.40
                                                  =========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                        03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      34


Committee, Creditors, Noteholders, Equity Holders




        PREVIOUS BALANCE                        $21,438.10



                                          HOURS
03/01/04
        DEM Review Pleadings and electronic filing
            notices; preparation, retrieval and
            distribution of documents relating to
            daily memo                            0.50     47.50
        DEM Update Attorney Binder - Weekly
            Recommendation Memo                   0.20     19.00
        DEM Revision of Weekly Recommendation Memo
            (adding new motions and orders)       0.20     19.00
        MRE Review of memorandum summarizing
            pleadings filed from February 27, 2004
            through February 29, 2004             0.10     29.00
        PEM Review daily memo re: pleadings filed 0.10     31.50
        MTH Review of memorandum summarizing
            pleadings filed from Feb 27 through Feb
            29, 2004.                             0.10     27.50

03/02/04
        MTH meeting with MRE re pending matters and
            objection deadlines.                 0.20     55.00
        MRE Meeting with MTH regarding upcoming
            motions and deadlines                0.20     58.00
        MRE Review of weekly recommendation
            memorandum                           0.20     58.00
        DEM Review Pleadings and electronic filing
            notices; preparation, retrieval and
            distribution of documents relating to
            daily memo                           0.20     19.00

03/03/04
        DEM Review Pleadings and electronic filing
            notices; preparation, retrieval and

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 3/2/04 | 0.10 | 27.50 |

03/04/04

| MAL | Attention to document management | 0.20 | 19.00 |
|---|---|---|---|
| DEM | Review of transcript in preparation of exhibits to opposition to exclusivity motion. | 0.50 | 47.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |

03/05/04

| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
|---|---|---|---|
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on March 4, 2004 | 0.10 | 29.00 |
| MTH | Correspondence to Committee re weekly recommendation memoranda. | 0.20 | 55.00 |
| MTH | Prepare weekly recommendation memo (fee applications) | 0.30 | 82.50 |
| MTH | Prepare weekly recommendation memo (motions) | 0.20 | 55.00 |
| MTH | Review of memorandum summarizing pleadings filed on 3/4/04 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 3/3/04 | 0.10 | 27.50 |
| PEM | Review daily memo of pleadings filed | 0.10 | 31.50 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters (.3); and fee memo (.1) | 0.40 | 126.00 |
| DAC | Review counsel's weekly memo | 0.20 | 75.00 |

03/08/04

| MRE | Addressing service issues to the committee | 0.10 | 29.00 |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of |  |  |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MRE | Telephone conference with IRS Bankruptcy Division regarding service | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed from March 5 through March 7, 2004 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed between 2/24/04 and 3/7/04 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed between 2/16/04 and 2/24/04 | 0.10 | 27.50 |

03/09/04

| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on March 8, 2004 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed from February 16 through February 23, 2004 in adversary matters | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed in adversaries from February 24, 2004 through March 7, 2004 | 0.10 | 29.00 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| MTH | Review of memorandum summarizing pleadings filed on 3/8/04 | 0.10 | 27.50 |

03/10/04

| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
|---|---|---|---|

03/11/04

| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
|---|---|---|---|
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing |  |  |

```
                                                           Page: 4
          W.R. Grace                                     03/31/2004
                                           ACCOUNT NO: 3000-07D
                                           STATEMENT NO:      34
          Committee, Creditors, Noteholders, Equity Holders




                                               HOURS
                pleadings filed on 3/10/04      0.10    27.50

     03/12/04
          DEM Review Pleadings and electronic filing
              notices; preparation, retrieval and
              distribution of documents relating to
              daily memo                        0.30    28.50

     03/15/04
          DEM Revision of Weekly Recommendation Memo
              (adding new motions and orders)   0.10     9.50
          MRE E-mail with W. Slocombe regarding status
              of case                           0.20    58.00
          MTH Correspondence to Committee re weekly
              recommendation memoranda.         0.20    55.00
          PEM Review weekly recommendation memo re:
              pending motions and matters (.3); fee
              memo (.1)                          0.40   126.00
          MTH Review of memorandum summarizing
              pleadings filed on 3/11/04        0.10    27.50

     03/16/04
          DEM Review Pleadings and electronic filing
              notices; preparation, retrieval and
              distribution of documents relating to
              daily memo                        0.40    38.00
          DEM Retrieval of document from docket and
              Preparation of e-mail attaching agenda to
              attorneys                         0.10     9.50
          PEM Review daily memo re: pleadings filed  0.10    31.50
          DAC Review counsel's recommendation memo   0.20    75.00
          MTH Review of memorandum summarizing
              pleadings filed between 3/12/04 and
              3/15/04                           0.10    27.50

     03/17/04
          MTH Review of memorandum summarizing
              pleadings filed on 2/16/04        0.10    27.50
          DEM Revision of Weekly Recommendation Memo
              (adding new motions and orders)   0.10     9.50
          DEM Revision of Weekly Recommendation Memo
              (highlighted calendar regarding agenda)  0.20    19.00
          DEM Review Pleadings and electronic filing
              notices; preparation, retrieval and
              distribution of documents relating to
              daily memo                        0.30    28.50
          MTH Review of memorandum summarizing
```

```
                                                        Page: 5
W.R. Grace                                            03/31/2004
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:       34
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| | pleadings filed on 3/16/04 | 0.10 | 27.50 |
| **03/18/04** | | | |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed March 12, 2004 through March 15, 2004 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 3/16/04 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 3/17/04 | 0.10 | 27.50 |
| **03/19/04** | | | |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| DEM | Retrieval of document from docket and preparation of e-mail to Walt Slocombe attaching same (status report). | 0.10 | 9.50 |
| MTH | Correspondence to Committee re weekly recommendation memoranda | 0.20 | 55.00 |
| DAC | Review weekly recommendation memo | 0.20 | 75.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| **03/22/04** | | | |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed between 3/19/04 and 3/21/04 | 0.10 | 27.50 |
| **03/23/04** | | | |
| MRE | Review of weekly recommendation memo | 0.20 | 58.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |

```
                                                          Page: 6
W.R. Grace                                              03/31/2004
                                            ACCOUNT NO: 3000-07D
                                            STATEMENT NO:      34
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MTH | Meeting with MRE re upcoming deadline and pending motions. | 0.20 | 55.00 |
| MTH | Reviewing correspondence from EI re omnibus hearing. | 0.20 | 55.00 |
| MTH | Review of memorandum summarizing pleadings filed on 3/22/04 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed between March 8 and March 22, 2004 | 0.10 | 27.50 |
| MRE | Meeting with MTH regarding omnibus hearing and upcoming motions and deadlines | 0.20 | 58.00 |

03/24/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Organization and distribution of adversary pleadings | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on March 23, 2004 | 0.10 | 29.00 |
| MRE | Review of memo from EI to Committee regarding hearing | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on March 17, 2004 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed 3/19/04 through 3/21/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 3/22/04 | 0.10 | 29.00 |
| PEM | Review memo from counsel to committee re: developments | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed on 3/23/04 | 0.10 | 27.50 |

03/25/04

|  |  |  |  |
|---|---|---|---|
| MAL | Updating Service List | 0.10 | 9.50 |

|     |                                                      | HOURS |        |
| --- | ---------------------------------------------------- | ----- | ------ |
| MAL | Organization and distribution of daily pleadings     | 0.20  | 19.00  |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| PEM | Review daily memo re: pleadings filed                | 0.10  | 31.50  |
| MRE | Review of memorandum summarizing pleadings filed on 3/24/04 | 0.10 | 29.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| MTH | Review of memorandum summarizing pleadings filed on 3/24/04 | 0.10 | 27.50 |

03/26/04

|     |                                                      |       |        |
| --- | ---------------------------------------------------- | ----- | ------ |
| DEM | Retrieval of document from docket and preparation of e-mail to Mike Berkin attaching same (5323) | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MTH | Prepare weekly recommendation memo                   | 0.50  | 137.50 |
| MTH | Prepare weekly recommendation memo (fee applications) | 0.10 | 27.50 |
| MTH | Correspondence to Committee re weekly recommendation memoranda. | 0.20 | 55.00 |
| DAC | Review counsel's recommendation memo                 | 0.20  | 75.00  |
| MTH | Review of memorandum summarizing pleadings filed on 3/25/04 | 0.10 | 27.50 |

03/27/04

|     |                                                      |       |        |
| --- | ---------------------------------------------------- | ----- | ------ |
| MRE | Review of memorandum summarizing pleadings filed on March 25, 2004 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 3/25/04 | 0.10 | 29.00 |

03/28/04

|     |                                                      |       |        |
| --- | ---------------------------------------------------- | ----- | ------ |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters (.2); fee memo (.1) | 0.30 | 94.50 |

03/29/04

|     |                                                      |       |        |
| --- | ---------------------------------------------------- | ----- | ------ |
| DEM | Update Attorney Binder - Weekly                      |       |        |

|     |                                                                                                              | HOURS |          |
| --- | ------------------------------------------------------------------------------------------------------------ | ----- | -------- |
|     | Recommendation Memo                                                                                          | 0.20  | 19.00    |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30  | 28.50    |
| MRE | Review of memorandum summarizing pleadings filed from March 26, 2004 through March 28, 2004                   | 0.10  | 29.00    |
| PEM | Review daily memo re: pleadings filed                                                                        | 0.10  | 31.50    |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed from March 26 through March 28, 2004                         | 0.10  | 27.50    |

03/30/04

|     |                                                                                                              |       |          |
| --- | ------------------------------------------------------------------------------------------------------------ | ----- | -------- |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30  | 28.50    |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders)                                        | 0.10  | 9.50     |
| MTH | Reviewing correspondence from EI re Future Rep.                                                               | 0.10  | 27.50    |
| MTH | Reviewing correspondence from S. Kazan re Future Rep.                                                         | 0.10  | 27.50    |
| MAL | Organization and distribution of daily pleadings                                                             | 0.10  | 9.50     |
| MRE | E-mails with M. Minella regarding status                                                                     | 0.20  | 58.00    |
| MRE | Review of memorandum summarizing pleadings filed on 3/29/04                                                   | 0.10  | 29.00    |
| MTH | Review of memorandum summarizing pleadings filed on 3/30/04                                                   | 0.10  | 27.50    |
| MTH | Review of memorandum summarizing pleadings filed on 3/29/04                                                   | 0.10  | 27.50    |

03/31/04

|     |                                                                                                              |       |          |
| --- | ------------------------------------------------------------------------------------------------------------ | ----- | -------- |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30  | 28.50    |
| PEM | Review daily memo of pleadings filed                                                                         | 0.10  | 31.50    |
|     |                                                                                                              | ----- | -------- |
|     | FOR CURRENT SERVICES RENDERED                                                                                | 23.50 | 4,511.00 |

RECAPITULATION

| TIMEKEEPER          | HOURS | HOURLY RATE | TOTAL    |
| ------------------- | ----- | ----------- | -------- |
| Douglas A. Campbell | 0.80  | $375.00     | $300.00  |

```
                                                         Page: 9
     W.R. Grace                                       03/31/2004
                                         ACCOUNT NO: 3000-07D
                                         STATEMENT NO:       34
     Committee, Creditors, Noteholders, Equity Holders
```

```
     Philip E. Milch                 2.50      315.00      787.50
     Mark T. Hurford                 5.00      275.00    1,375.00
     Marla R. Eskin                  3.10      290.00      899.00
     Margaret A. Landis              0.90       95.00       85.50
     Diane E. Massey                11.20       95.00    1,064.00


        TOTAL CURRENT WORK                               4,511.00


03/02/04 Payment - Thank you.  (November, 2003 - 80%)   -4,693.20
03/15/04 Payment - Thank you. (December, 2003 - 80%)    -3,484.80
                                                        ---------
        TOTAL PAYMENTS                                  -8,178.00

        BALANCE DUE                                    $17,771.10
                                                       ==========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                               03/31/2004
Wilmington  DE                           ACCOUNT NO: 3000-08D
                                         STATEMENT NO:      33

Employee Benefits/Pension


PREVIOUS BALANCE                                        $521.20


                                              HOURS
03/15/04
     MRE Review of e-mail from EI regarding long
         term incentive program                0.10    29.00
     PEM Review Grace long term incentive memo 0.30    94.50

03/17/04
     MTH Reviewing correspondence from EI re LTIP,
         memorandum from LTC CPA               0.40   110.00

03/25/04
     MRE Review of Motion to Implement Incentive
         Program                               0.30    87.00

03/26/04
     MTH Reviewing correspondence from MB re LTIP
         and response thereto.                 0.10    27.50
     MTH Correspondence to DEM re LTIP         0.10    27.50
     MTH Reviewing correspondence from DEM re MB
         re Grace LTIP motion.                 0.10    27.50
     MTH Reviewing correspondence from MB re
         employee LTIP motion.                 0.10    27.50
                                               ----   ------
         FOR CURRENT SERVICES RENDERED         1.50   430.50

                       RECAPITULATION
     TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
     Philip E. Milch            0.30    $315.00      $94.50
     Mark T. Hurford           0.80     275.00      220.00
     Marla R. Eskin            0.40     290.00      116.00

```
                                                       Page: 2
W.R. Grace                                           03/31/2004
                                        ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      33
Employee Benefits/Pension



    TOTAL CURRENT WORK                                  430.50


03/02/04 Payment - Thank you.  (November, 2003 - 80%)    -648.40


    BALANCE DUE                                      $303.30
                                                     =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                          Page: 1
W.R. Grace                                             03/31/2004
Wilmington  DE                         ACCOUNT NO: 3000-10D
                                       STATEMENT NO:      34

    Employment Applications, Others


    PREVIOUS BALANCE                              $1,179.20


                                       HOURS
03/25/04
    MRE Review of Motion to Expand Deloitte &
        Touche Services                     0.20     58.00

03/26/04
    MTH Reviewing Debtors'  Motion for Order
        expanding scope of retention of Deloitte
        & Touche                            0.40    110.00
                                           ----    ------
        FOR CURRENT SERVICES RENDERED       0.60    168.00

                    RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE    TOTAL
    Mark T. Hurford             0.40   $275.00    $110.00
    Marla R. Eskin             0.20    290.00      58.00


    TOTAL CURRENT WORK                            168.00


    BALANCE DUE                                $1,347.20
                                              =========



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              03/31/2004
Wilmington  DE                             ACCOUNT NO: 3000-11D
                                           STATEMENT NO:      32


Expenses



PREVIOUS BALANCE                              $9,303.69



03/02/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/01/04 (C&D, C&L and
         LAS January fee applications)                  202.65
03/05/04 Postage - LTC, C&D, C&L 11th interim CNOs - 3 @
         1.06                                             3.18
03/08/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/05/04 (Objection to
         the Debtors' Sixth Motion for an Order Extending
         Debtors' Exclusive Periods)                    666.39
03/08/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/05/04 (C&D and C&L
         CNO's regarding the Oct-Dec interim fee
         application)                                    70.56
03/09/04 Writer's Cramp, Inc. - Hearing transcript from
         2/23/04                                        402.71
03/11/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/10/04 (Notice of
         Filing Exhibit B)                              374.53
03/11/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/10/04 (LTC January
         fee application)                                89.61
03/13/04 Parcels, Inc. - Integrated Outsourced Services -
         Photocopying and service of 3rd Circuit Briefs on
         3/11/04                                        879.00
03/23/04 Postage - LAS, C&D, C&L Jan CNOs - 3 @ .84      2.52
03/23/04 Photocopying - 2 copies 4 pages (memo re: report
         re: 3/22 omnibus)                                0.80
03/24/04 FAX to Nicole Bruno - clocked-in cover page for
         ACC's Answer to D.K. Acquisition's Petition for
         Writ of Mandamus - 2 pages                      2.00
03/30/04 FAX to Nicole Bruno - Entry of Appearance in
         Appeal case - 3 pages                           3.00

W.R. Grace                                                    03/31/2004
                                                    ACCOUNT NO: 3000-11D
                                                    STATEMENT NO:      32

Expenses


03/31/04 Westlaw charges for March, 2004                          3.66
03/31/04 Pacer charges for the month of February                 93.03
03/31/04 Parcels, Inc. Integrated Outsourced Services to
         Klett Rooney Lieber & Shorling on 3/31/04                5.00
03/31/04 Parcels, Inc. Integrated Outsourced Services to
         Duane Morris LLP on 3/31/04                              5.00
03/31/04 Parcels, Inc. Integrated Outsourced Services to
         Office of the US Trustee on 3/31/04                      5.00
03/31/04 Parcels, Inc. Integrated Outsourced Services to
         Ferry & Joseph on 3/31/04                                5.00
03/31/04 Parcels, Inc. Integrated Outsourced Services to
         Pachulski Stang on 3/31/04                               5.00
03/31/04 Parcels, Inc. Integrated Outsourced Services to
         the Bayard Firm on 3/31/04                               5.00
                                                             --------
         TOTAL EXPENSES                                      2,823.64

         TOTAL CURRENT WORK                                  2,823.64


03/02/04 Payment - Thank you.  (November, 2003 - 100%)      -1,405.52
03/15/04 Payment - Thank you. (December, 2003 - 100%)       -6,110.08
                                                             ---------
         TOTAL PAYMENTS                                      -7,515.60

         BALANCE DUE                                        $4,611.73
                                                             =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      32

Fee Applications, Applicant

PREVIOUS BALANCE                              $5,066.30

                                         HOURS
03/01/04
     KJC Review and sign C&L January fee
         application                       0.30      52.50
     LMP Electronic filing and service of Campbell
         & Levine's January 2004 Monthly Fee App;
         Update Status chart               0.30      28.50

03/04/04
     LMP Draft Campbell & Levine's CNO regarding
         the 11th Interim Application for
         Compensation                      0.20      19.00

03/05/04
     LMP Electronic filing and service of Campbell
         & Levine's 11th Interim (October through
         December) Certification of No Objection  0.20      19.00
     KJC Review and sign CNO re C&L eleventh
         interim fee application           0.20      35.00
     KJC Review and sign CNO re C&L fourth interim
         Sealed Air fee application        0.20      35.00

03/10/04
     LMP Review payment from Grace; Update Fee
         Application status chart (.1); Email
         invoice information to D. Seitz   0.20      19.00

03/11/04
     MTH Reviewing pre-bill.               1.00     275.00

03/12/04
     LMP Review payment from Wr Grace for December
         2003 Monthly Fee Application (.1); Email

Page: 2
W.R. Grace                                              03/31/2004
                                          ACCOUNT NO: 3000-12D
                                          STATEMENT NO:      32

Fee Applications, Applicant

|  |  | HOURS |  |
|--|--|-------|--|
| | payment status to D. Seitz and update Fee Application status chart (.2) | 0.30 | 28.50 |
| **03/16/04** | | | |
| LMP | Retrieved and organized Campbell & Levine's 10th Interim Fee Application and corresponding Fee Auditor Final Report for Grace Fee Hearing binder | 0.30 | 28.50 |
| LMP | Retrieved and organized Caplin & Drysdale's 10th Interim Fee Application and corresponding Fee Auditor Final Report for Grace Fee Hearing binder | 0.30 | 28.50 |
| LMP | Retrieved and organized L Tersigni's 10th Interim Fee Application and corresponding Fee Auditor Final Report for Grace Fee Hearing binder | 0.30 | 28.50 |
| LMP | Retrieved and organized Legal Analysis Systems 10th Interim Fee Application and corresponding Fee Auditor Final Report for Grace Fee Hearing binder | 0.30 | 28.50 |
| **03/17/04** | | | |
| MRE | Review and revision of February pre-bill | 0.40 | 116.00 |
| **03/23/04** | | | |
| LMP | Review case docket for Objections to Campbell & Levine's January Fee Application (.1); Update and prepare C&L Jan CNO for filing (.2) | 0.30 | 28.50 |
| KJC | Review and sign CNO re C&L January fee application | 0.20 | 35.00 |
| LMP | Electronic filing and service of C&L's January 2004 Certification of No Objection | 0.20 | 19.00 |
| **03/31/04** | | | |
| KJC | Review and sign C&L February monthly fee application | 0.30 | 52.50 |
| LMP | Electronic filing and service of Campbell & Levine's February 2004 Fee Application (.3); Update Fee Application Status Chart (.1) | 0.40 | 38.00 |
| | | ---- | ------ |
| | FOR CURRENT SERVICES RENDERED | 5.90 | 914.50 |

```
                                                      Page: 3
        W.R. Grace                                  03/31/2004
                                       ACCOUNT NO:  3000-12D
                                       STATEMENT NO:      32

        Fee Applications, Applicant
```

```
                        RECAPITULATION
        TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
        Mark T. Hurford             1.00    $275.00    $275.00
        Marla R. Eskin              0.40     290.00     116.00
        Kathleen J. Campbell        1.20     175.00     210.00
        Lauren M. Przybylek         3.30      95.00     313.50


            TOTAL CURRENT WORK                           914.50


  03/02/04 Payment - Thank you.  (November, 2003 - 80%)    -553.20
  03/15/04 Payment - Thank you. (December, 2003 - 80%)     -498.00
                                                        ---------
            TOTAL PAYMENTS                             -1,051.20

            BALANCE DUE                                $4,929.60
                                                      =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              03/31/2004
Wilmington  DE                            ACCOUNT NO: 3000-13D
                                          STATEMENT NO:      19

Fee Applications, Others

PREVIOUS BALANCE                                         $5,375.90

                                          HOURS
03/01/04
    KJC Review C&D January fee application and
        sign COS re same                        0.30      52.50
    KJC Review LAS January fee application and
        sign COS re same                        0.30      52.50
    LMP Electronic filing and service of Caplin &
        Drysdale's January 2004 Monthly Fee
        Application; Update Fee App status chart 0.30      28.50
    LMP Electronic filing and service of Legal
        Analysis Systems January 2004 Monthly Fee
        Application; Update Fee App status chart 0.30      28.50
    LMP Review October through December Interim
        Fee Application of Wallace King Mararro &
        Branson; Update Wr Grace Weekly
        Recommendation Memo                     0.20      19.00
    LMP Review December through January Fee
        Application of Klett Rooney Lieber &
        Schorling; Update Wr Grace Weekly
        Recommendation Memo                     0.20      19.00
    LMP Review January Fee Application of Kramer
        Levin Naftalis & Frankel; Update Wr Grace
        Weekly Recommendation Memo              0.20      19.00
    LMP Review October through December Interim
        Fee Application of Casner & Edwards;
        Update Wr Grace Weekly Recommendation
        Memo                                    0.20      19.00
    LMP Review December Fee Application of
        Steptoe & Johnson; Update Wr Grace Weekly
        Recommendation Memo                     0.20      19.00
    LMP Review October through December Interim
        Fee Application of Woodcock Washburn;
        Update Wr Grace Weekly Recommendation

```
                                                      Page: 2
                                                      03/31/2004
W.R. Grace
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      19
```

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| | Memo | 0.20 | 19.00 |

**03/03/04**

| | | HOURS | |
|---|---|---|---|
| LMP | Review October through December Interim Fee Application of FTI Policano & Manzo; Update WrGrace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review October through December Interim Fee Application of Stroock & Stroock & Lavan; Update WrGrace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review January Fee Application of Ferry, Joseph & Pearce; Update WrGrace Weekly Recommendation Memo | 0.20 | 19.00 |

**03/04/04**

| | | | |
|---|---|---|---|
| LMP | Draft Caplin & Drysdale's CNO regarding the 11th Interim Application for Compensation | 0.20 | 19.00 |
| LMP | Draft L Tersigni CNO regarding the 11th Interim Application for Compensation | 0.20 | 19.00 |
| LMP | Draft L Tersingi's CNO regarding the December 2003 Monthly Application for Compensation | 0.20 | 19.00 |

**03/05/04**

| | | | |
|---|---|---|---|
| LMP | Electronic filing and service of Caplin & Drysdale's 11th Interim (October through December) Certification of No Objection | 0.20 | 19.00 |
| LMP | Electronic filing and service of L Tersigni's 11th Interim (October through December) Certification of No Objection | 0.20 | 19.00 |
| LMP | Electronic filing and service of L Tersigni's 11th Interim December Certification of No Objection | 0.20 | 19.00 |
| KJC | Review and sign CNO re C&D eleventh interim fee application | 0.20 | 35.00 |
| KJC | Review and sign CNO re LTC eleventh interim | 0.20 | 35.00 |
| KJC | Review and sign CNO re LTC December monthly fee application | 0.20 | 35.00 |
| KJC | Review and sign CNO re C&D sixth interim Sealed Air fee application | 0.20 | 35.00 |
| LMP | Review August and September Fee Applications of Nelson Mullins Riley & Scarborough(.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

```
                                                     Page: 3
W.R. Grace                                         03/31/2004
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      19

Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| 03/08/04 | | | |
| LMP | Review January Fee Application of Kirkland & Ellis(.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review December Fee Application of Bilzin, Sumberg, Baena, Price & Axelrod(.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| 03/09/04 | | | |
| LMP | Review email from D. Collins re: LTC January 2004 Bill (.1); Update and prepare Tersigni's January Application for Compensation (.2) | 0.30 | 28.50 |
| KJC | Review LTC January fee application and sign COS re same | 0.30 | 52.50 |
| LMP | Review October Fee Application of Nelson, Mullins, Riley & Scarborough (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review November Fee Application of Nelson, Mullins, Riley & Scarborough (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review December Fee Application of Nelson, Mullins, Riley & Scarborough (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review July through September Interim Fee Application of Ferry, Joseph & Pearce (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review April through June Interim Fee Application of Ferry, Joseph & Pearce (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| 03/12/04 | | | |
| LMP | Review January Fee Application of PwC, LLP (.1); Update WrGrace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review October through December Interim Fee Application of Nelson Mullins Riley & Scarborough (.1); Update WrGrace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review September Fee Application of Deloitte & Touche (.1); Update WrGrace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

                                              Page: 4
W.R. Grace                                    03/31/2004
                                   ACCOUNT NO: 3000-13D
                                   STATEMENT NO:      19

Fee Applications, Others


                                         HOURS

03/16/04
    LMP Review January Fee Application of Reed
        Smith (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)                 0.20      19.00
    MTH Reviewing correspondence from W. Weller
        re fee application and Correspondence to
        LMP re same.                             0.10      27.50

03/17/04
    LMP Review January Fee Application of Holme,
        Roberts & Owen (.1); Update Wr Grace
        Weekly Recommendation Memo (.1)          0.20      19.00
    LMP Review January Fee Application of Casner
        & Edwards (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)                 0.20      19.00
    LMP Review November through January Interim
        Fee Application of Duff & Phelps (.1);
        Update Wr Grace Weekly Recommendation
        Memo (.1)                                0.20      19.00
    LMP Review January Fee Application of Bilzin
        Sumberg Baena Price & Axelrod(.1); Update
        Wr Grace Weekly Recommendation Memo (.1)  0.20      19.00

03/18/04
    LMP Review January through February Fee
        Application of FTI Policano (.1); Update
        Wr Grace Weekly Recommendation Memo (.1)  0.20      19.00
    LMP Review January Fee Application of
        Stroock, Stroock & Lavan (.1); Update Wr
        Grace Weekly Recommendation Memo (.1)     0.20      19.00
    MRE Review of COC Regarding Tenth Quarter
        Project Category Summary                 0.10      29.00
    MRE Review of COC Regarding Order Approving
        Quarterly Fee Applications               0.10      29.00

03/23/04
    LMP Review case docket for Objections to C&D
        January Fee Application (.1); Update and
        prepare C&D Jan CNO for filing (.2)      0.30      28.50
    LMP Review case docket for Objections to
        LAS'January Fee Application (.1); Update
        and prepare LAS Jan CNO for filing (.2)  0.30      28.50
    KJC Review and sign CNO re LAS January fee
        application                              0.20      35.00
    KJC Review and sign CNO re C&D January fee
        application                              0.20      35.00
    LMP Electronic filing and service of C&D's

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | January 2004 Certification of No Objection | 0.20 | 19.00 |
| LMP | Electronic filing and service of LAS' January 2004 Certification of No Objection | 0.20 | 19.00 |

03/25/04
| LMP | Review January 2004 Fee Application of PSZYJ&W (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February 2004 Fee Application of Carella, Bryne, Bain, Gilfillan, Cecchi, Stewart & Olstein (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February 2004 Fee Application of Ferry, Joseph & Pearce (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review December 2003 Fee Application of Hamilton, Rabinovitz & Alschuler (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review July through November 2003 Monthly Fee Application of Hamilton, Rabinovitz & Alschuler (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

03/29/04
| LMP | Review email from D. Relles re: LAS' February 2004 Invoice (.1); Update and prepare Fee Application for filing (.3) | 0.40 | 38.00 |

03/30/04
| LMP | Review case docket for Objections to LTC January 2004 Fee Application (.1); Prepare CNO re same (.2) | 0.30 | 28.50 |
| KJC | Review and sign CNO re LTC January monthly fee application | 0.20 | 35.00 |

03/31/04
| LMP | Review October through December Interim Fee Application of Bilzin Sumberg Baena Price & Azelrod (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Fee Application of Protiviti, Inc. (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Fee Application of Pitney |  |  |

```
                                                       Page: 6
W.R. Grace                                           03/31/2004
                                            ACCOUNT NO: 3000-13D
                                            STATEMENT NO:      19

Fee Applications, Others
```

|     |                                                              | HOURS |          |
|-----|--------------------------------------------------------------|-------|----------|
|     | Hardin Kipp & Szuch (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Fee Application of Woodcock Washburn (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February Fee Application of Holme Roberts & Owen  (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| KJC | Review C&D February fee application and sign COS re same | 0.30 | 52.50 |
| KJC | Review LAS February fee application and sign COS re same | 0.20 | 35.00 |
| LMP | Electronic filing and service of Legal Analysis Systems February 2004 Fee Application (.3); Update Fee Application Status Chart (.1) | 0.40 | 38.00 |
| LMP | Electronic filing and service of Caplin & Drysdale's February 2004 Fee Application (.3); Update Fee Application Status Chart (.1) | 0.40 | 38.00 |

```
                                                 -----  --------
      FOR CURRENT SERVICES RENDERED              15.10  1,715.50

                       RECAPITULATION
```

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Mark T. Hurford | 0.10 | $275.00 | $27.50 |
| Marla R. Eskin | 0.20 | 290.00 | 58.00 |
| Kathleen J. Campbell | 2.80 | 175.00 | 490.00 |
| Lauren M. Przybylek | 12.00 | 95.00 | 1,140.00 |

```
      TOTAL CURRENT WORK                                  1,715.50


03/02/04 Payment - Thank you.  (November, 2003 - 80%)     -1,046.00
03/15/04 Payment - Thank you. (December, 2003 - 80%)        -723.20
                                                         ---------
      TOTAL PAYMENTS                                      -1,769.20

      BALANCE DUE                                        $5,322.20
                                                        =========


      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                          03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-14D
                                        STATEMENT NO:      29

Financing

    PREVIOUS BALANCE                                    $27.50

    BALANCE DUE                                         $27.50
                                                       ======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:     34

Hearings

PREVIOUS BALANCE                                   $7,872.70

                                           HOURS
03/09/04
     MRE Drafting e-mail to D. Cohn regarding
         February 23rd transcript                   0.10     29.00

03/11/04
     MTH Reviewing correspondence from Ted
         Tacconelli and response to same from MRE
         re: hearing transcript                     0.10     27.50

03/16/04
     MTH Reviewing correspondence from DEM re
         Agenda.                                    0.10     27.50

03/17/04
     DEM Preparation of attorney binder for
         omnibus hearing                            0.30     28.50
     DEM Continued Preparation of attorney binder
         for omnibus hearing                        0.20     19.00

03/19/04
     MTH telephone conference with EI re hearing.   0.10     27.50
     MTH telephone conference with D. Carikoff re
         Amended Agenda.                            0.10     27.50
     MTH Reviewing Amended Agenda and revising
         memorandum re same (.2); Correspondence
         to EI re same (.2)                         0.40     110.00

03/21/04
     MRE Preparation for hearing                    1.10     319.00

03/22/04
     MRE Preparation for hearing                    0.30     87.00

```
                                                        Page: 2
        W.R. Grace                                    03/31/2004
                                         ACCOUNT NO: 3000-15D
                                         STATEMENT NO:       34

        Hearings



                                              HOURS
        MRE Drafting e-mail to J. Davis regarding
            hearing                           0.50    145.00
        MAL Preparation of draft Hearing Memo  0.20     19.00
        MTH Reviewing correspondence from MRE re
            Agenda.                            0.10     27.50

03/24/04
        DAC Review report on 3/22 omnibus hearing  0.10   37.50
                                              ----    ------
            FOR CURRENT SERVICES RENDERED     3.70    931.50

                        RECAPITULATION
        TIMEKEEPER              HOURS HOURLY RATE      TOTAL
        Douglas A. Campbell      0.10  $375.00       $37.50
        Mark T. Hurford          0.90   275.00       247.50
        Marla R. Eskin           2.00   290.00       580.00
        Margaret A. Landis       0.20    95.00        19.00
        Diane E. Massey          0.50    95.00        47.50


            TOTAL CURRENT WORK                        931.50



03/02/04 Payment - Thank you.  (November, 2003 - 80%)    -475.20
03/15/04 Payment - Thank you. (December, 2003 - 80%)     -961.00
                                                      ---------
            TOTAL PAYMENTS                           -1,436.20

            BALANCE DUE                               $7,368.00
                                                      =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                03/31/2004
Wilmington  DE                              ACCOUNT NO: 3000-16D
                                            STATEMENT NO:      19


Litigation and Litigation Consulting




PREVIOUS BALANCE                                       $17,083.60



                                           HOURS
03/01/04
     MRE Review of order from the 3rd circuit
         regarding motion for leave to file
         supplemental appendix                   0.10     29.00

03/08/04
     MTH Reviewing notice of further proceedings
         re MVC litigation.                      0.10     27.50

03/11/04
     KJC Review draft 3CA brief re recusal       0.30     52.50
     KJC Discussion with MRE re revisions to 3CA
         brief re compliance with FRAP           0.10     17.50
     KJC Review revised and formatted ACC brief
         for 3CA                                 0.50     87.50
     MRE Review of 3rd circuit check list and
         initial review of brief                 0.40    116.00
     MRE Telephone conference with Parcels
         regarding service                       0.10     29.00
     MRE Additional telephone conference with J.
         Cunningham and B. Nicolai               0.20     58.00
     MRE E-mails with B. Nicolai regarding
         briefing                                0.20     58.00
     MRE Final review and revision to brief      0.80    232.00
     DEM Preparation of documents for filing with
         Third Circuit (Answer/Brief)            0.50     47.50

03/12/04
     MRE E-mail to N. Finch regarding service of
         briefs                                  0.10     29.00
     MRE E-mail with J. Cunningham regarding 3rd
         circuit briefs                          0.10     29.00

W.R. Grace

Litigation and Litigation Consulting

|  |  | HOURS |  |
|---|---|---|---|
| MRE | Addressing service issues with the 3rd circuit | 1.30 | 377.00 |
| DEM | Preparation of e-mails to individuals on e-mail service list for 3rd circuit attaching documents | 0.20 | 19.00 |
| **03/13/04** | | | |
| MRE | Review of e-mails from Parcels containing briefs | 0.30 | 87.00 |
| MTH | Reviewing correspondence from NDF re CA3 filing. | 0.10 | 27.50 |
| **03/14/04** | | | |
| MRE | E-mail to DEM regarding service to the Committee of briefs | 0.10 | 29.00 |
| **03/15/04** | | | |
| MRE | Telephone conference with N. Bruno regarding filing of briefs | 0.10 | 29.00 |
| PEM | Review 3rd Circuit briefs (Wolin) | 0.70 | 220.50 |
| **03/16/04** | | | |
| MRE | Drafting memo to EI regarding hearing | 1.50 | 435.00 |
| DAC | Review Fernwood's Mandamus petition and answer/response of ACC | 1.00 | 375.00 |
| **03/17/04** | | | |
| MRE | Preparation relating to hearing binder | 0.20 | 58.00 |
| **03/19/04** | | | |
| MTH | Correspondence to J Scoliard re service of CA3 briefs. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from MRE re CA3 filings and response thereto. | 0.10 | 27.50 |
| **03/22/04** | | | |
| MRE | Court appearance | 0.60 | 174.00 |
| **03/24/04** | | | |
| KJC | Discussion with NDF re docketing of ACC brief | 0.10 | 17.50 |
| KJC | Discussion with Bruno docketing of Grace ACC brief | 0.10 | 17.50 |
| KJC | Draft e-mail to NDF re discussion with Bruno in 3CA | 0.10 | 17.50 |
| MRE | E-mails and telephone conference with KJC regarding of briefs in 3rd circuit | 0.20 | 58.00 |

```
                                                    Page: 3
        W.R. Grace                                03/31/2004
                                        ACCOUNT NO: 3000-16D
                                        STATEMENT NO:      19
        Litigation and Litigation Consulting


                                             HOURS
        KJC Further discussion with Bruno re identity
            of briefs                        0.10     17.50

03/25/04
        KJC Telephone conference with Bruno re notice
            of appearance and location of brief   0.10     17.50
                                             -----  --------
            FOR CURRENT SERVICES RENDERED     10.50  2,844.00

                        RECAPITULATION
        TIMEKEEPER                 HOURS HOURLY RATE    TOTAL
        Douglas A. Campbell         1.00    $375.00   $375.00
        Philip E. Milch             0.70     315.00    220.50
        Mark T. Hurford             0.40     275.00    110.00
        Marla R. Eskin              6.30     290.00  1,827.00
        Kathleen J. Campbell        1.40     175.00    245.00
        Diane E. Massey             0.70      95.00     66.50


            TOTAL CURRENT WORK                        2,844.00



03/02/04 Payment - Thank you.  (November, 2003 - 80%)    -3,149.20
03/15/04 Payment - Thank you. (December, 2003 - 80%)     -8,246.40
                                                      ----------
            TOTAL PAYMENTS                          -11,395.60

            BALANCE DUE                              $8,532.00
                                                      =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                03/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-17D
                                        STATEMENT NO:       19

Plan and Disclosure Statement



        PREVIOUS BALANCE                              $5,112.20



                                               HOURS
03/01/04
        MRE Research regarding opposition to motion
            to extend exclusivity                  0.50    145.00
        MRE Further revisions to opposition to motion
            to extend exclusive periods            1.00    290.00
        MRE Drafting e-mail to EI regarding
            opposition to motion to extend exclusive
            periods                                0.10     29.00

03/03/04
        MRE Drafting e-mail to EI regarding
            opposition to exclusivity             0.20     58.00
        MTH Discussion with MRE re exclusivity
            motion.                                0.10     27.50
        MRE Discussion with MTH re: exclusivity   0.10     29.00

03/04/04
        MRE Drafting e-mail to DEM regarding exhibits
            to opposition to motion to extend
            exclusivity                            0.10     29.00
        MRE Review of e-mail from EI regarding
            opposition to motion to extend
            exclusivity                            0.10     29.00
        MTH Reviewing correspondence from EI re
            exclusivity motion, objection          0.10     27.50

03/05/04
        MRE Meeting with DEM regarding opposition to
            motion to extend exclusivity          0.10     29.00
        MRE Meeting with MTH regarding opposition to
            motion to extend exclusivity          0.10     29.00
        MRE Review of exhibits to opposition to

|     |                                                                 | HOURS |        |
|-----|-----------------------------------------------------------------|-------|--------|
|     | motion to extend exclusivity                                    | 0.70  | 203.00 |
| MRE | Final revisions to opposition to motion to extend exclusive periods | 1.10  | 319.00 |
| MRE | Drafting e-mail to EI and PVNL regarding opposition to motion to extend exclusive periods | 0.20  | 58.00  |
| DEM | Corrections to Objection to Exclusivity.                         | 0.20  | 19.00  |
| DEM | E-filing of Objection to 6th Motion Re: Exclusivity             | 0.30  | 28.50  |

**03/08/04**

|     |                                                                 |       |        |
|-----|-----------------------------------------------------------------|-------|--------|
| MRE | Review of e-mail from EI regarding opposition to motion to extend exclusivity | 0.10  | 29.00  |
| MRE | Review of e-mail from D. Cohn regarding motion to extend exclusivity | 0.10  | 29.00  |
| MRE | Drafting e-mail to DEM regarding opposition to motion to extend exclusivity | 0.10  | 29.00  |
| DAC | Review ACC's objection to extension of exclusivity              | 0.30  | 112.50 |
| DEM | Preparation of e-mail to committee attaching documents regarding opposition to exclusivity. | 0.20  | 19.00  |

**03/09/04**

|     |                                                                 |       |        |
|-----|-----------------------------------------------------------------|-------|--------|
| MRE | Drafting of notice of filing of exhibit                         | 0.60  | 174.00 |
| KJC | Review notice of filing of exhibit to objection to exclusivity motion and discussion with MRE re same | 0.20  | 35.00  |

**03/10/04**

|     |                                                                 |       |        |
|-----|-----------------------------------------------------------------|-------|--------|
| MTH | Reviewing correspondence from MRE re objection to exclusivity.  | 0.10  | 27.50  |
| DEM | Corrections and Preparation regarding Notice of Filing of Exhibit B. | 0.30  | 28.50  |
| DEM | Preparation and e-filing of Notice of Filing of Exhibit B       | 0.30  | 28.50  |

**03/16/04**

|     |                                                                 |       |        |
|-----|-----------------------------------------------------------------|-------|--------|
| MTH | Correspondence to MRE re Reply to objection re exclusivity.     | 0.10  | 27.50  |

**03/17/04**

|     |                                                                 |       |        |
|-----|-----------------------------------------------------------------|-------|--------|
| DEM | Preparation of e-mails to Elihu attaching documents (filings regarding 6th exclusivity motion). | 0.30  | 28.50  |

```
                                                       Page: 3
        W.R. Grace                                   03/31/2004
                                        ACCOUNT NO: 3000-17D
                                        STATEMENT NO:      19
        Plan and Disclosure Statement




                                             HOURS
  03/30/04
        MRE Review of e-mail from PVNL regarding
            futures representative               0.10     29.00
                                                 ----  --------
            FOR CURRENT SERVICES RENDERED        7.80  1,946.50

                       RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
        Douglas A. Campbell            0.30  $375.00     $112.50
        Mark T. Hurford                0.40   275.00      110.00
        Marla R. Eskin                 5.30   290.00    1,537.00
        Kathleen J. Campbell           0.20   175.00       35.00
        Diane E. Massey                1.60    95.00      152.00


        TOTAL CURRENT WORK                               1,946.50


  03/02/04 Payment - Thank you.  (November, 2003 - 80%)    -84.00


        BALANCE DUE                                     $6,974.70
                                                        =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              03/31/2004
Wilmington  DE                         ACCOUNT NO: 3000-18D
                                       STATEMENT NO:     19

Relief from Stay Proceedings

PREVIOUS BALANCE                                         $85.60

                                          HOURS
03/08/04
     MTH Reviewing COC and Stipulation resolving
         Stay Relief motion of Northeast.           0.20    55.00
                                                    ----    -----
         FOR CURRENT SERVICES RENDERED              0.20    55.00

                      RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
     Mark T. Hurford               0.20   $275.00     $55.00

     TOTAL CURRENT WORK                                 55.00

03/15/04 Payment - Thank you. (December, 2003 - 80%)       -63.60

     BALANCE DUE                                        $77.00
                                                       ======

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          03/31/2004
Wilmington  DE                      ACCOUNT NO: 3000-19D
                                    STATEMENT NO:        9


Tax Issues



      PREVIOUS BALANCE                              $154.80


                                        HOURS
03/26/04
      MTH Reviewing Motion of Mass. Dept. of
          Environmental Protection for Stay Relief
          and Setoff.                       0.30     82.50
                                            ----    -----
      FOR CURRENT SERVICES RENDERED         0.30     82.50

                    RECAPITULATION
      TIMEKEEPER              HOURS HOURLY RATE    TOTAL
      Mark T. Hurford         0.30    $275.00    $82.50


      TOTAL CURRENT WORK                             82.50


03/15/04 Payment - Thank you. (December, 2003 - 80%)    -63.60


      BALANCE DUE                                   $173.70
                                                    =======




      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                           03/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-20D
                                      STATEMENT NO:      18


Tax Litigation



    PREVIOUS BALANCE                                   $468.80


    BALANCE DUE                                        $468.80
                                                       =======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          03/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-22D
                                      STATEMENT NO:      23

Valuation


        PREVIOUS BALANCE                        $1,250.40


        BALANCE DUE                             $1,250.40
                                                =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    03/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-23D
                                      STATEMENT NO:     23


ZAI Science Trial



      PREVIOUS BALANCE                        $2,143.40



03/02/04 Payment - Thank you.  (November, 2003 - 80%)      -63.60


      BALANCE DUE                             $2,079.80
                                              =========




      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              03/31/2004
Wilmington  DE                          ACCOUNT NO    3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 297.20 | 195.50 | 0.00 | 0.00 | -21.20 | $471.50 |
| 3000-03 Business Operations | | | | | |
| 1,028.10 | 29.00 | 0.00 | 0.00 | -276.40 | $780.70 |
| 3000-04 Case Administration | | | | | |
| 1,092.40 | 252.00 | 0.00 | 0.00 | -252.40 | $1,092.00 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,623.00 | 84.00 | 0.00 | 0.00 | -1,125.20 | $2,581.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,527.50 | 27.50 | 0.00 | 0.00 | -191.60 | $1,363.40 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 21,438.10 | 4,511.00 | 0.00 | 0.00 | -8,178.00 | $17,771.10 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 521.20 | 430.50 | 0.00 | 0.00 | -648.40 | $303.30 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,179.20 | 168.00 | 0.00 | 0.00 | 0.00 | $1,347.20 |
| 3000-11 Expenses | | | | | |
| 9,303.69 | 0.00 | 2,823.64 | 0.00 | -7,515.60 | $4,611.73 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,066.30 | 914.50 | 0.00 | 0.00 | -1,051.20 | $4,929.60 |
| 3000-13 Fee Applications, Others | | | | | |
| 5,375.90 | 1,715.50 | 0.00 | 0.00 | -1,769.20 | $5,322.20 |
| 3000-14 Financing | | | | | |
| 27.50 | 0.00 | 0.00 | 0.00 | 0.00 | $27.50 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-15 Hearings | | | | | |
| 7,872.70 | 931.50 | 0.00 | 0.00 | -1,436.20 | $7,368.00 |
| | | | | | |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 17,083.60 | 2,844.00 | 0.00 | 0.00 | -11,395.60 | $8,532.00 |
| | | | | | |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 5,112.20 | 1,946.50 | 0.00 | 0.00 | -84.00 | $6,974.70 |
| | | | | | |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 85.60 | 55.00 | 0.00 | 0.00 | -63.60 | $77.00 |
| | | | | | |
| 3000-19 Tax Issues | | | | | |
| 154.80 | 82.50 | 0.00 | 0.00 | -63.60 | $173.70 |
| | | | | | |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| | | | | | |
| 3000-22 Valuation | | | | | |
| 1,250.40 | 0.00 | 0.00 | 0.00 | 0.00 | $1,250.40 |
| | | | | | |
| 3000-23 ZAI Science Trial | | | | | |
| 2,143.40 | 0.00 | 0.00 | 0.00 | -63.60 | $2,079.80 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 84,651.59 | 14,187.00 | 2,823.64 | 0.00 | -34,135.80 | $67,526.43 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.