**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

February 28, 2004

**Invoice No. 01404**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:   W.R. Grace

For services rendered in connection with the above-captioned matter during the period
January 1, 2004 through January 31, 2004 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 2.50 | $1,250.00 |
| Bradley Rapp- Managing Director | 40.00 | $19,000.00 |
| James Sinclair- Managing Director | 51.60 | $24,510.00 |
| Robert Mathews- Managing Director | 3.60 | $1,710.00 |
| Michael Berkin- Managing Director | 17.30 | $8,217.50 |
| Peter Rubsam - Director | 6.40 | $2,336.00 |
| Christopher Curti - Director | 2.00 | $730.00 |
| Aaron Prills - Manager | 69.60 | $19,140.00 |
| Dottie-Jo Collins - Manager | 9.00 | $2,475.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Research, Telephone, Xerox | $143.88 |
| **T O T A L** | $79,512.38 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                        by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

February 28, 2004

**Invoice No. 01404**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:   January 1-31, 2004

| Name | Schedule | Rate (2004) | Hours | Amount |
|------|----------|-------------|-------|--------|
| Loreto T. Tersigni | Schedule  A | $500 | 2.50 | $1,250.00 |
| Bradley Rapp | Schedule  A | $475 | 40.00 | $19,000.00 |
| James Sinclair | Schedule  A | $475 | 51.60 | $24,510.00 |
| Robert Mathews | Schedule  A | $475 | 3.60 | $1,710.00 |
| Michael Berkin | Schedule  A | $475 | 17.30 | $8,217.50 |
| Peter Rubsam | Schedule  A | $365 | 6.40 | $2,336.00 |
| Christopher Curti | Schedule  A | $365 | 2.00 | $730.00 |
| Aaron Prills | Schedule  A | $275 | 69.60 | $19,140.00 |
| Dottie-Jo Collins | Schedule  A | $275 | 9.00 | $2,475.00 |
| **Total  Professional  Services- Schedule A:** | | | **202.00** | **$79,368.50** |
| **Total Out of Pocket Expenses- Schedule C:** | | | | **$143.88** |
| **TOTAL  DUE  THIS  INVOICE** | | | | **$79,512.38** |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
            by Billing Matter Category.

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|--|---------|------|-------|------|--------|
| **Loreto Tersigni - President** | | | | | | |
| 1/21/04 | LT | Preparation of memorandum and related exhibits summarizing Q3'03 operating results for distribution to ACC | 07 | 1.20 | $500.00 | $600.00 |
| 1/21/04 | LT | Review engagement status and prepare discussion outline in preparation for meeting with counsel on 1/22/04 | 07 | 0.40 | $500.00 | $200.00 |
| 1/22/04 | LT | Allocation of half the round trip travel time: Old Greenwich, CT.-NYC to attend meeting with ACC counsel | 20 | 0.20 | $500.00 | $100.00 |
| 1/22/04 | LT | Meeting with ACC counsel to discuss status of various financial matters | 07 | 0.70 | $500.00 | $350.00 |
| | | **Sub-Total** | | 2.50 | | 1250.00 |
| **Bradley Rapp - Managing Director** | | | | | | |
| 1/12/03 | BR | Review of Grace 10-Q for the 1st quarter of 2003 for purpose of valuation of the Company | 21 | 3.20 | $475.00 | $1,520.00 |
| 1/12/03 | BR | Review of Grace 10-Q for the 2nd quarter of 2003 for purpose of valuation of the Company | 21 | 3.40 | $475.00 | $1,615.00 |
| 1/12/04 | BR | Review of Grace 10-Q for the 3rd quarter of 2003 for purpose of valuation of the Company | 21 | 3.10 | $475.00 | $1,472.50 |
| 1/12/04 | BR | Review of Hoover's website for most recent analysis of specialty chemical industry and competitors for purpose of valuation of the Company | 21 | 4.20 | $475.00 | $1,995.00 |
| 1/13/04 | BR | Review of Multex Investor website for most recent analysis of specialty chemical industry and competitors for purpose of valuation of the Company | 21 | 3.80 | $475.00 | $1,805.00 |
| 1/14/04 | BR | Review of Yahoo Finance website for most recent analysis of specialty chemical industry and competitors for purpose of valuation of the Company | 21 | 2.60 | $475.00 | $1,235.00 |
| 1/14/04 | BR | Review of Value Line database for most recent analysis of specialty chemical industry and competitors for purpose of valuation of the Company | 21 | 3.60 | $475.00 | $1,710.00 |
| 1/14/04 | BR | Review of most recent draft valuation report regarding Grace for purpose of valuation of the Company | 21 | 3.40 | $475.00 | $1,615.00 |
| 1/15/04 | BR | Preparation of comments on the most recent draft of LTC's valuation of Grace for purposes of updating valuation of the Company | 21 | 3.60 | $475.00 | $1,710.00 |
| 1/15/04 | BR | Review and comments on the latest version of LTC's NOL valuation for purpose of valuation of the Company | 21 | 2.50 | $475.00 | $1,187.50 |
| 1/17/04 | BR | Review of memoranda and periodicals regarding the requirements under the Sarbanes Oxley Act for purpose of on-going monitoring of bankruptcy proceedings and post-reorganization planning | 27 | 1.10 | $475.00 | $522.50 |
| 1/18/04 | BR | Review of selected portions of two-volume treatise on Sarbanes Oxley for purpose of on-going monitoring of bankruptcy proceedings and post-reorganization planning | 27 | 1.50 | $475.00 | $712.50 |
| 1/19/04 | BR | Research of valuation periodicals and treatises for latest developments in the treatment of specific company risk premiums for purpose of developing appropriate equity discount rates | 21 | 1.60 | $475.00 | $760.00 |
| 1/20/04 | BR | Analysis of articles in the Financial Analysts Journal relating to equity risk premiums for purpose of updating the cost of capital calculations in discounted cash flow valuation | 21 | 0.80 | $475.00 | $380.00 |
| 1/20/04 | BR | Analysis of articles in the Business Valuation Review relating to equity risk premiums for purpose of updating the cost of capital calculations in discounted cash flow valuation | 21 | 0.60 | $475.00 | $285.00 |
| 1/20/04 | BR | Analysis of articles in the Business Valuation Update relating to equity risk premiums for purpose of updating the cost of capital calculations in discounted cash flow valuation | 21 | 0.50 | $475.00 | $237.50 |
| 1/20/04 | BR | Analysis of articles in the Valuation Strategies relating to equity risk premiums for purpose of updating the cost of capital calculations in discounted cash flow valuation | 21 | 0.50 | $475.00 | $237.50 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| | | **Sub-Total** | | 40.00 | | $19,000.00 |

### James Sinclair - Managing Director

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/5/04 | JS | Review Motion to Restructure Certain Subsidiaries filed with US Bankruptcy Court, Delaware at request of counsel, draft memo requesting information,  for recommendation whether to object. | 07 | 3.50 | $475.00 | $1,662.50 |
| 1/5/04 | JS | Discuss Motion to Restructure with Berkin, e-mail memo to Company requesting information, for recommendation to counsel whether to object. | 07 | 0.50 | $475.00 | $237.50 |
| 1/6/04 | JS | Draft questions for conference call with management re Motion to Restructure for recommendation to counsel whether to object. | 07 | 2.00 | $475.00 | $950.00 |
| 1/6/04 | JS | Conference call with Francine Gilbert re arrangements for conference call re Motion to Restructure for recommendation to counsel whether to object. | 07 | 0.20 | $475.00 | $95.00 |
| 1/6/04 | JS | Review, analyze, revise Prills'  3rd Quarter Operating Review to counsel for monitoring and valuation. | 27 | 1.70 | $475.00 | $807.50 |
| 1/8/04 | JS | Review Motion to Restructure Certain Subsidiaries filed with US Bankruptcy Court, Delaware, expand questions for conference call with management for recommendation to counsel whether to object to Motion. | 07 | 1.80 | $475.00 | $855.00 |
| 1/8/04 | JS | Conference call with management to discuss Motion to Restructure for recommendation to counsel whether to object to Motion. | 07 | 1.00 | $475.00 | $475.00 |
| 1/8/04 | JS | Discuss conference call with Berkin and Prills for recommendation to counsel whether to object to Motion to Restructure. | 07 | 0.40 | $475.00 | $190.00 |
| 1/8/04 | JS | Revise NOL schedules, copy Rapp for comment, for valuation. | 21 | 2.60 | $475.00 | $1,235.00 |
| 1/8/04 | JS | Outline work to be done in preparation for conference at Company on 2/12/04 re 2003 results and Operating Plan for 2004 for monitoring, valuation and POR. | 21 | 1.30 | $475.00 | $617.50 |
| 1/9/04 | JS | Advise Blackstone, financial advisor to Grace, that Asbestos PI Claimants Committee was not filing an objection to the Motion to Restructure. | 26 | 0.40 | $475.00 | $190.00 |
| 1/9/04 | JS | Review Monthly Operating Review Summary for November, compare with MOR, draw up questions for Prills for monitoring and valuation. | 26 | 1.70 | $475.00 | $807.50 |
| 1/9/04 | JS | Reconcile cash flow variances between 11 months 2003 and 11 months 2002 operating performance for monitoring and valuation. | 21 | 2.70 | $475.00 | $1,282.50 |
| 1/9/04 | JS | Review "2003 Latest Estimate", compare with 11 months 2003 results, continue drafting questions for meeting at Company on 2/12/04 for monitoring and valuation. | 21 | 2.80 | $475.00 | $1,330.00 |
| 1/9/04 | JS | Review all NOL schedules developed by LTC and back-up information from Company, Projections (LTC's and Company's) in preparation for meeting with Rapp week of 1/12/04 for valuation for counsel. | 21 | 1.70 | $475.00 | $807.50 |
| 1/12/04 | JS | Note spread sheets and accompanying graphs of Company and comparables differ from 10K and 10Qs. Check with Rubsam, commence reconciliation of adjusted line items for valuation. | 21 | 0.70 | $475.00 | $332.50 |
| 1/13/04 | JS | Discuss with Tersigni meeting at Company on 2/12/04, work to be done in preparation, for valuation and monitoring. | 21 | 0.30 | $475.00 | $142.50 |
| 1/13/04 | JS | Finish reconciliation of adjusted line items in spread sheets of Company and comparables for valuation. | 21 | 2.20 | $475.00 | $1,045.00 |
| 1/13/04 | JS | Review with Prills November MOR Review for expansion of cash flow analysis, esp. working capital items, for monitoring. | 26 | 0.60 | $475.00 | $285.00 |
| 1/13/04 | JS | Discuss with Prills November MOR cash transfers, esp.$29 million from 3rd parties separate from receivable receipts of $83 million for monitoring. Have Prills write memo to Company for explanation. | 26 | 0.50 | $475.00 | $237.50 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/13/04 | JS | Review Chemical Week Forecast 2004 and Chemical & Engineering News "2003 Industry Review - Chemical Industry" (20pp.) of 12/22/03 in preparation for meeting at Company on 2/12/04 for updated valuation and monitoring. | 21 | 2.70 | $475.00 | $1,282.50 |
| 1/14/04 | JS | Discuss with Prills cash transfers from 3rd parties and review his memo to Company requesting explanation for monitoring. | 26 | 0.70 | $475.00 | $332.50 |
| 1/14/04 | JS | Review, analyze 5 year history of working capital line items, note major negative change from 1999-2000 level to 2001 which has continued. Expand questions for meeting at Company on 2/12/04 for valuation and monitoring. | 21 | 1.80 | $475.00 | $855.00 |
| 1/14/04 | JS | Review, analyze Chemical & Engineering News "World Chemical Outlook" (39 pp.) - 1/12/04 -in preparation for meeting at Company on 2/12/04 and for updated valuation and monitoring. | 21 | 3.30 | $475.00 | $1,567.50 |
| 1/14/04 | JS | Commence revising forecasts for updated valuation to counsel and in preparation for meeting at Company on 2/12/04. | 21 | 1.50 | $475.00 | $712.50 |
| 1/14/04 | JS | Review status of work to be done for valuation report to counsel and for monitoring. | 21 | 0.60 | $475.00 | $285.00 |
| 1/15/04 | JS | Continue revising projections for updated valuation to counsel and in preparation for meeting at Company on 2/12/04. | 21 | 1.90 | $475.00 | $902.50 |
| 1/15/04 | JS | Review Asia and Europe sections of Chemical & Engineering News "World Chemical Outlook" for revised projections (45% of sales) for updated valuation to counsel and in preparation for meeting on 2/12/04. | 21 | 1.80 | $475.00 | $855.00 |
| 1/16/04 | JS | Review, finalize 3rd Quarter 2003 Operating Review for monitoring; Prills to send to counsel. | 26 | 0.60 | $475.00 | $285.00 |
| 1/16/04 | JS | Review US, Canada and Latin America sections of Chemical & Engineering News "World Chemical Outlook" for revised projections (55% of sales) for updated valuation to counsel and in preparation for meeting on 2/12/04. | 21 | 1.70 | $475.00 | $807.50 |
| 1/21/04 | JS | Meet with Rapp to review and revise comparable companies, revise methodology for updated valuation for counsel. | 21 | 1.50 | $475.00 | $712.50 |
| 1/22/04 | JS | Review, analyze Grace Working Capital Review, discuss with Prills, request breakdown from Company for monitoring. | 26 | 0.80 | $475.00 | $380.00 |
| 1/22/04 | JS | Review conference call notes with Company, 11/13/03, and 3rd Quarter Financial Briefing to answer inquiry of ACC member for monitoring. | 26 | 0.80 | $475.00 | $380.00 |
| 1/22/04 | JS | Discuss with Prills, have him draft questions to the Company re the inquiry of the ACC for monitoring. | 26 | 0.40 | $475.00 | $190.00 |
| 1/22/04 | JS | Review, expand Prills' questions to Company re ACC inquiry for monitoring. | 26 | 0.50 | $475.00 | $237.50 |
| 1/26/04 | JS | Review Prills' November MOR Review, check against MOR, query table of intercompany transfers, have Prills inquire of the Company for monitoring. | 26 | 1.80 | $475.00 | $855.00 |
| 1/27/04 | JS | Discuss revisions to November MOR Review with Prills, request additional information and clarification from Company on current assets and liabilities for monitoring. | 26 | 0.60 | $475.00 | $285.00 |
| | | **Sub-Total** | | 51.60 | | $24,510.00 |

### Robert Mathews - Managing Director

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/12/04 | RM | Review Mercer consulting summary of pension accounting changes in 2004 and future years and potential impact on accounting, funding and valuation | 21 | 1.80 | $475.00 | $855.00 |
| 1/28/04 | RM | Review earnings announcement and impact of economic and industry variables including contingent liabilities for preliminary assessment of future financing feasibility | 21 | 1.80 | $475.00 | $855.00 |
| | | **Sub-Total** | | 3.60 | | $1,710.00 |

# W.R. Grace

# Schedule A

## Services Rendered during the Period: January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|

### Michael Berkin - Managing Director

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/5/04 | MB | Review Grace foreign subsidiary restructuring motion and related schedules and delegate analysis process | 26 | 1.70 | $475.00 | $807.50 |
| 1/5/04 | MB | Review 12/31/03 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 1/8/04 | MB | Analyze issues relating to motion related to foreign subsidiary restructuring | 26 | 1.50 | $475.00 | $712.50 |
| 1/8/04 | MB | Update ACC counsel on foreign subsidiary restructuring motion | 07 | 0.60 | $475.00 | $285.00 |
| 1/9/04 | MB | Review ART refinery motion at request of ACC counsel | 07 | 2.20 | $475.00 | $1,045.00 |
| 1/9/04 | MB | Analyze ART refinery motion for recommendation to ACC counsel | 07 | 1.60 | $475.00 | $760.00 |
| 1/13/04 | MB | Review 1/9/03 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 1/15/04 | MB | Review and update operational update memorandum to ACC | 07 | 1.80 | $475.00 | $855.00 |
| 1/19/04 | MB | Review account status, open issues and calendar for engagement status and planning | 26 | 1.20 | $475.00 | $570.00 |
| 1/20/04 | MB | Review fourth quarter German acquisition in connection with operating update to ACC counsel | 26 | 1.80 | $475.00 | $855.00 |
| 1/20/04 | MB | Perform final review of operational update memorandum to ACC | 26 | 1.20 | $475.00 | $570.00 |
| 1/20/04 | MB | Review 1/16/03 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 1/21/04 | MB | Prepare outline of account status and open issues for meeting with ACC counsel | 07 | 0.70 | $475.00 | $332.50 |
| 1/26/04 | MB | Review 1/23/03 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 1/27/04 | MB | Inquire to status of Zonolite science trial and reason for delay with ACC counsel and debtor financial advisor | 07 | 0.60 | $475.00 | $285.00 |
| 1/29/04 | MB | Review fourth quarter press release in connection with monitoring continuing operations and claims | 26 | 1.20 | $475.00 | $570.00 |
| | | **Sub-Total** | | 17.30 | | $8,217.50 |

### Peter Rubsam - Director

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/8/04 | PR | Update and review NOL presentation to ACC based on adjustment to taxable income | 21 | 0.50 | $365.00 | $182.50 |
| 1/9/04 | PR | Review and analyze WR Grace 2003 3Q 10Q for non recurring items for updated valuation | 21 | 1.40 | $365.00 | $511.00 |
| 1/12/04 | PR | Update historical financial statements operating profits of comparable companies to include equity earnings for updated valuation | 21 | 2.40 | $365.00 | $876.00 |
| 1/21/04 | PR | Review and analyze PPG January 8k on 2003 4Q estimates and 2004 outlook for updated valuation | 21 | 1.50 | $365.00 | $547.50 |
| 1/21/04 | PR | Review and analyze procedure of updating comparable companies history, organizational structure, segment analysis, growth factors, world economics for updating valuation and supporting documentation | 21 | 0.60 | $365.00 | $219.00 |
| | | **Sub-Total** | | 6.40 | | $2,336.00 |

### Christopher Curti - Director

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/19/04 | CC | Review cash flow and working capital analysis for 2002-2003, and for MOR data from December 03 to January 04; highlight significant issues | 28 | 2.00 | $365.00 | $730.00 |
| | | **Sub-Total** | | 2.00 | | $730.00 |

### Aaron Prills - Manager

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/7/04 | AP | Prepared a brief overview of November 2003 performance in order to be ready for tomorrow's conference call on the company and understand the latest month's performance. | 26 | 1.70 | $275.00 | $467.50 |
| 1/8/04 | AP | Participated in W. R. Grace conference call in regards to cash positions at foreign operations in order to understand the transfer amongst the operating subsidiaries and how this may impact monthly operating results in the future months. | 26 | 0.60 | $275.00 | $165.00 |
| 1/9/04 | AP | Prepared W. R. Grace Exhibit for Cash transfers of debtor entities to third parties, other debtor entities, and nonfiling entities in order to monitor the monthly net transfers in cash for the firm between entities and account for all cash transfers. | 26 | 1.10 | $275.00 | $302.50 |
| 1/9/04 | AP | Prepared W. R. Grace Balance Sheet for November 2003 versus December 31, 2002 in order to compare the change in balances over the last 11 months and highlight any significant changes in the monthly summary memo.  In addition, compared the debtor balances to the nondebtor balances in order to determine in which entities the majority of the assets reside. | 26 | 0.90 | $275.00 | $247.50 |
| 1/9/04 | AP | Prepared Grace's Statement of cash flow for November 2003 in order to analyze the change in cash position and determine what were the largest uses of cash during the month. | 26 | 1.00 | $275.00 | $275.00 |
| 1/9/04 | AP | Prepared Grace's Statement of Operations for the month ended November 30, 2003 in order to assess performance of the firm during the month and compare costs to produce versus prior months. | 26 | 0.90 | $275.00 | $247.50 |
| 1/9/04 | AP | Reviewed the notes associated with the W. R. Grace monthly operating report in order to understand management's thoughts on performance and YTD results in the preparation of the monthly operating report summary memo. | 28 | 1.80 | $275.00 | $495.00 |
| 1/9/04 | AP | Prepared the summary overview section of the November 2003 monthly operating review memo which highlights the performance and key balance changes within Grace during the month of November 2003. | 26 | 0.70 | $275.00 | $192.50 |
| 1/9/04 | AP | Prepared the balance sheet overview section of the Grace monthly operating report summary memo to provide insight into the changes in balances during the month of November and the impact on the Company. | 26 | 0.90 | $275.00 | $247.50 |
| 1/9/04 | AP | Prepared the Statement of Operations section of the monthly operating report memo for W. R. Grace in order to provide a summary on the firm's performance during the month along with some thoughts on how the year 2003 will look overall. | 26 | 0.70 | $275.00 | $192.50 |
| 1/9/04 | AP | Prepared the Cash Flow section of the Grace monthly operating report summary memo highlighting the cash provided by operating activities, major uses of cash during the month, and a summary of the transfer of cash between Grace entities. | 26 | 0.70 | $275.00 | $192.50 |
| 1/9/04 | AP | Prepared the analysis of both Davison and Performance divisions for the monthly operating report summary memo in order to highlight the performance of both these business units during the month of November 2003. | 26 | 0.70 | $275.00 | $192.50 |
| 1/14/04 | AP | Researched the cash transfers within W. R. Grace Conn in order to determine what happened to the net inflow of $2.7 million during the month and whether it stayed on Conn's balance sheet as a cash asset.  Prepared exhibit to show that the cash did in fact end up on the Grace Conn balance sheet for the month. | 28 | 2.20 | $275.00 | $605.00 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/14/04 | AP | Prepared final changes to the W. R. Grace November 2003 monthly operating report memo to include the $55.8 million increase in working capital items as one of the reasons for the decrease in operating cash flow to date. | 26 | 0.70 | $275.00 | $192.50 |
| 1/14/04 | AP | Prepared questions for Grace in regards to Transfers in (out) to third parties to better understand what types of firms are included in this classification which amounted to $29.9 million in cash during the month, and how these firms differ from those classified as Accounts Receivable - Third Parties. | 26 | 2.30 | $275.00 | $632.50 |
| 1/14/04 | AP | Prepared Consolidated Grace and Debtor entities balance sheet accounts for September 2002 in order to compare the change in working capital items for Q4 2002 versus Q4 2003 to see what is causing the $60 million difference in cash flow from increase in working capital items | 26 | 1.20 | $275.00 | $330.00 |
| 1/14/04 | AP | Prepared Grace's Debtor entities balance sheet accounts for October 2002 in order to compare the change in working capital items for Q4 2002 versus Q4 2003 to see what is causing the $60 million difference in cash flow from increase in working capital items | 26 | 1.20 | $275.00 | $330.00 |
| 1/14/04 | AP | Prepared Consolidated Grace and Debtor entities balance sheet accounts for November 2002 in order to compare the change in working capital items for Q4 2002 versus Q4 2003 to see what is causing the $60 million difference in cash flow from increase in working capital items | 26 | 1.00 | $275.00 | $275.00 |
| 1/14/04 | AP | Prepared Consolidated Grace and Debtor entities balance sheet accounts for December 2002 in order to compare the change in working capital items for Q4 2002 versus Q4 2003 to see what is causing the $60 million difference in cash flow from increase in working capital items | 26 | 1.00 | $275.00 | $275.00 |
| 1/16/04 | AP | Prepared updates to Grace third quarter memo to clarify the Libby, Montana estimated liability along with the total cash position of the firm as of September 30, 2003. | 26 | 1.30 | $275.00 | $357.50 |
| 1/16/04 | AP | Prepared the updated Exhibit A to the third quarter operating summary memo to counsel to add YTD performance figures to the Consolidated Income Statement in order to show how the firm has performed to date | 26 | 0.70 | $275.00 | $192.50 |
| 1/16/04 | AP | Prepared the updated Exhibit B to the third quarter operating summary memo to counsel to add YTD performance figures to the Sales and Operating Income from Core Operations by Business Unit in order to highlight the performance of each business unit the nine months ended September 30, 2003. | 26 | 0.80 | $275.00 | $220.00 |
| 1/16/04 | AP | Prepared updates to the Grace third quarter memo to counsel by adding YTD performance for the Davision Chemicals business in order to provide counsel with background on the firm's performance to date. | 26 | 1.60 | $275.00 | $440.00 |
| 1/16/04 | AP | Prepared updates to the Grace third quarter memo to counsel by adding YTD performance for the Performance Chemicals business in order to provide counsel with background on the division performance to date and how it performed relative to the plan. | 26 | 1.70 | $275.00 | $467.50 |
| 1/19/04 | AP | Prepared schedule to calculate the net change in working capital for the one year ending December 31, 2001 in order to have a historical perspective on the change in working capital to compare the current year to. | 26 | 1.50 | $275.00 | $412.50 |
| 1/19/04 | AP | Prepared exhibit to understand the net change in working capital for YTD through September 30, 2002 in order to compare the current year to the prior year and see if the swing in working capital is being driven by inventory. | 26 | 1.50 | $275.00 | $412.50 |
| 1/19/04 | AP | Prepared schedule to determine net change in working capital for YTD ended November 30, 2002 to understand what is causing the variance in working capital versus the prior year. | 26 | 1.50 | $275.00 | $412.50 |
| 1/19/04 | AP | Prepared schedule to calculate the net change in working capital for the one year ending December 31, 2002 to be able to compare to the current year as part of the assessment of the variance in working capital between 2002 and 2003. | 26 | 1.50 | $275.00 | $412.50 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/19/04 | AP | Prepared edits to Grace's third quarter 2003 memo to counsel to clarify the section in regards to the YTD performance in the Davision Chemicals segment to explain why the segment's catalyst product sales were behind the plan amount for 2003. | 26 | 1.30 | $275.00 | $357.50 |
| 1/20/04 | AP | Prepared updates to December 31, 2002 balance sheet as part of the working capital review analysis to adjust for the full consolidation of Advanced Refining Technologies, LLC that was previously reported as an equity method joint venture. | 26 | 1.80 | $275.00 | $495.00 |
| 1/20/04 | AP | Prepared adjustments to December 31, 2001 balance sheet which will be used for the working capital review analysis to allow for the full consolidation of Advanced Refining Technologies that was previously reported as an equity method joint venture. | 26 | 1.80 | $275.00 | $495.00 |
| 1/20/04 | AP | Prepared additional questions for the Grace open questions list which will be used at the 2003 review meeting in February.  Questions centered around the difference in cash used for working capital items during 2003 versus 2002 and energies costs for the firm during 2004. | 26 | 1.00 | $275.00 | $275.00 |
| 1/20/04 | AP | Prepared update to Grace Third quarter memo to counsel Exhibit B by breaking down pension expense by division to show the actual operating income for both the performance and the Davison business segments. | 26 | 1.10 | $275.00 | $302.50 |
| 1/21/04 | AP | Prepared breakdown of Grace's Other Current Liabilities for December 31, 2001 in order to create an exhibit to determine what changes within Other Current Liabilities is different between YTD November 2002 and YTD November 2003. | 26 | 0.50 | $275.00 | $137.50 |
| 1/21/04 | AP | Prepared breakdown of Grace's Other Current Liabilities for September 30, 2003 in order to create an exhibit to determine what changes within Other Current Liabilities is different between YTD November 2002 and YTD November 2003. | 26 | 0.50 | $275.00 | $137.50 |
| 1/21/04 | AP | Prepared breakdown of Grace's Other Current Liabilities for November 30, 2003 in order to create an exhibit to determine what changes within Other Current Liabilities is different between YTD November 2002 and YTD November 2003. | 26 | 0.50 | $275.00 | $137.50 |
| 1/21/04 | AP | Prepared breakdown of Grace's Other Current Liabilities for December 31, 2002 in order to create an exhibit to determine what changes within Other Current Liabilities is different between YTD November 2002 and YTD November 2003. | 26 | 0.50 | $275.00 | $137.50 |
| 1/21/04 | AP | Prepared breakdown of Grace's Other Current Liabilities for November 30, 2003 in order to create an exhibit to determine what changes within Other Current Liabilities is different between YTD November 2002 and YTD November 2003. | 26 | 0.50 | $275.00 | $137.50 |
| 1/22/04 | AP | Reviewed committee questions in regards to Grace's YTD performance for the nine months ended September 30, 2003 versus plan in order to determine which business units contributed to the underperformance. | 28 | 1.00 | $275.00 | $275.00 |
| 1/22/04 | AP | Prepared questions for Grace's management team in regards to the nine months under-performance of sales versus the plan for 2003 to understand what forces and markets were negatively impacting sales during 2003 to date. | 26 | 2.20 | $275.00 | $605.00 |
| 1/22/04 | AP | Spoke with management at the company in regards to the under-plan performance of sales during the first nine-months of 2003 to be able to draft a response to the committee in regards to questions of the underperformance. | 26 | 0.50 | $275.00 | $137.50 |
| 1/22/04 | AP | Prepared executive summary section of memo addressing the discussion with Grace's management in regards to the lower sales than plan during the first nine months of 2003 and broke down performance by the products in each segment to allow for further detail of sales. | 26 | 1.70 | $275.00 | $467.50 |
| 1/23/04 | AP | Prepared Davison Chemicals and Performance Chemicals summary section of memo addressing the discussion with Grace's management in regards to the lower sales than plan during the first nine months of 2003 and broke down performance by the products in each segment to allow for further detail of sales. | 26 | 2.50 | $275.00 | $687.50 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/23/04 | AP | Prepared updated Exhibit 5 for the Grace monthly operating report review to clarify the cash balances between filing and non-filing entities and show the variance and growth of the cash balances across time in order to report on the changes in cash balances between the filing and non-filing entities. | 26 | 1.20 | $275.00 | $330.00 |
| 1/23/04 | AP | Prepared the December 31, 2002 cash balances for Exhibit 5 in order to be able to compare the YTD change in cash balances through November 30, 2003. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared the March 31, 2003 cash balances between filing and non-filing entities for Exhibit 5 to determine the growth in cash between the quarters in 2003. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared the June 30, 2003 cash balances of both the filing and non-filing entities for Exhibit 5 to be able to compare the variance in cash balances between the quarters. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared the September 30, 2003 cash balances for the filing and non-filing entities to be used in Exhibit 5 in the monthly operating report review to compare the change in cash between entities over time. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared the November 30, 2003 cash balances for filing and non-filing entities to be able to compare the current month to prior months and understand the growth in cash and the actual change in balances YTD. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared question for Grace's management in regards to the difference in cash flow between the nine months ended November 30, 2003 and the prior year to understand better what is causing the significant shift in increases in working capital items. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared question for Grace's management about the schedule of cash receipts and disbursements in the monthly operating report to allow us to better understand the transfer of cash between the filing and non-filing entities. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared silica summary section of memo addressing the discussion with Grace's management in regards to the lower sales than plan during the first nine months of 2003 and calculated the actual sales excluding the impact of favorable currency translation. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared construction chemicals summary section of memo addressing the discussion with Grace's management in regards to the difference in sales between actual and plan during the first nine months of 2003 and calculated the actual sales excluding the impact of favorable currency translation. | 26 | 0.60 | $275.00 | $165.00 |
| 1/26/04 | AP | Prepared analysis of Grace's YTD sales through the third quarter 2003 excluding foreign currency gains using the new information that was available in the MOR Chart 24 in order to provide detail to counsel in regards to the questions on Grace's under-plan performance when excluding currency gains. | 26 | 2.00 | $275.00 | $550.00 |
| 1/27/04 | AP | Reviewed Grace's November 2003 monthly operating report for information on the cash value of life insurance policies to see if an explanation of the uses of the loans against these policies was provided. | 28 | 0.70 | $275.00 | $192.50 |
| 1/27/04 | AP | Prepared update to Monthly Operating Report for November 2003 to clarify the cash value of the life insurance policies that the firm currently owns to better understand the impact these values could have on the total cash position of the firm. | 26 | 0.90 | $275.00 | $247.50 |
| 1/27/04 | AP | Prepared additional questions regarding the November 2003 Grace monthly operating report for management to better understand some of the changes within the firm YTD. | 26 | 1.50 | $275.00 | $412.50 |
| 1/29/04 | AP | Spoke with Grace management in regards to the questions from the monthly operating report that we had prepared for the firm to clarify the questions and understand the answer to the cash-balance questions that we had submitted. | 26 | 0.70 | $275.00 | $192.50 |
| 1/29/04 | AP | Reviewed the Grace 10K from December 31, 2002 to determine the total in contingent liabilities for environmental remediation during the year in an effort to understand the increases in the provision during 2003 that amounted to over $152 million in pre-tax charges and understand why those increases were made. | 28 | 1.20 | $275.00 | $330.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period:  January 1-31, 2004**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/29/04 | AP | Reviewed the Grace 10Q from March 31, 2003 to determine the changes in contingent liabilities for environmental remediation during the quarter in an effort to understand the increases in the provision during the year that amounted to over $152 million in pre-tax charges and understand why those increases were made. | 28 | 1.20 | $275.00 | $330.00 |
| 1/29/04 | AP | Reviewed the Grace 10Q from June 30, 2003 to determine the changes in contingent liabilities for environmental remediation during the quarter in an effort to understand the increases in the provision during the year that amounted to over $152 million in pre-tax charges and understand why those increases were made. | 28 | 1.20 | $275.00 | $330.00 |
| 1/29/04 | AP | Reviewed the Grace 10Q from September 30, 2003 to determine the changes in contingent liabilities for environmental remediation during the quarter in an effort to understand the increases in the provision during the year that amounted to over $152 million in pre-tax charges and understand why those increases were made. | 28 | 1.20 | $275.00 | $330.00 |
| 1/29/04 | AP | Prepared schedule detailing the monthly changes in environmental remediation during 2003 and the ending estimated liability for the quarters in order to track the changes throughout the year and use as a reference to prepare additional questions for Grace's management on the topic. | 26 | 1.60 | $275.00 | $440.00 |
| | | **Sub-Total** | | 69.60 | | $19,140.00 |

**Dottie Collins - Manager**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/31/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 6.00 | $275.00 | $1,650.00 |
| 1/31/04 | DC | Assignment of Monthly Task Codes | 11 | 3.00 | $275.00 | $825.00 |
| | | **Sub-Total** | | 9.00 | | $2,475.00 |

### TOTAL   Schedule 'A'

| | Hours | Amount |
|---|-------|--------|
| | 202.00 | $79,368.50 |

# W.R. Grace

## Schedule  B

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/5/04 | JS | Review Motion to Restructure Certain Subsidiaries filed with US Bankruptcy Court, Delaware at request of counsel, draft memo requesting information,  for recommendation whether to object. | 07 | 3.50 | $475.00 | $1,662.50 |
| 1/5/04 | JS | Discuss Motion to Restructure with Berkin, e-mail memo to Company requesting information, for recommendation to counsel whether to object. | 07 | 0.50 | $475.00 | $237.50 |
| 1/6/04 | JS | Draft questions for conference call with management re Motion to Restructure for recommendation to counsel whether to object. | 07 | 2.00 | $475.00 | $950.00 |
| 1/6/04 | JS | Conference call with Francine Gilbert re arrangements for conference call re Motion to Restructure for recommendation to counsel whether to object. | 07 | 0.20 | $475.00 | $95.00 |
| 1/8/04 | JS | Review Motion to Restructure Certain Subsidiaries filed with US Bankruptcy Court, Delaware, expand questions for conference call with management for recommendation to counsel whether to object to Motion. | 07 | 1.80 | $475.00 | $855.00 |
| 1/8/04 | JS | Conference call with management to discuss Motion to Restructure for recommendation to counsel whether to object to Motion. | 07 | 1.00 | $475.00 | $475.00 |
| 1/8/04 | JS | Discuss conference call with Berkin and Prills for recommendation to counsel whether to object to Motion to Restructure. | 07 | 0.40 | $475.00 | $190.00 |
| 1/8/04 | MB | Update ACC counsel on foreign subsidiary restructuring motion | 07 | 0.60 | $475.00 | $285.00 |
| 1/9/04 | MB | Review ART refinery motion at request of ACC counsel | 07 | 2.20 | $475.00 | $1,045.00 |
| 1/9/04 | MB | Analyze ART refinery motion for recommendation to ACC counsel | 07 | 1.60 | $475.00 | $760.00 |
| 1/15/04 | MB | Review and update operational update memorandum to ACC | 07 | 1.80 | $475.00 | $855.00 |
| 1/21/04 | LT | Preparation of memorandum and related exhibits summarizing Q3'03 operating results for distribution to ACC | 07 | 1.20 | $500.00 | $600.00 |
| 1/21/04 | LT | Review engagement status and prepare discussion outline in preparation for meeting with counsel on 1/22/04 | 07 | 0.40 | $500.00 | $200.00 |
| 1/21/04 | MB | Prepare outline of account status and open issues for meeting with ACC counsel | 07 | 0.70 | $475.00 | $332.50 |
| 1/22/04 | LT | Meeting with ACC counsel to discuss status of various financial matters | 07 | 0.70 | $500.00 | $350.00 |
| 1/27/04 | MB | Inquire to status of Zonolite science trial and reason for delay with ACC counsel and debtor financial advisor | 07 | 0.60 | $475.00 | $285.00 |
| | | **TOTAL Project Category 07: Committee, Creditors', Noteholders** | | **19.20** | | **$9,177.50** |
| 1/31/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 6.00 | $275.00 | $1,650.00 |
| 1/31/04 | DC | Assignment of Monthly Task Codes | 11 | 3.00 | $275.00 | $825.00 |
| | | **TOTAL Project Category 11: Fee Application, Applicant** | | **9.00** | | **$2,475.00** |
| 1/22/04 | LT | Allocation of half the round trip travel time: Old Greenwich, CT.-NYC to attend meeting with ACC counsel | 20 | 0.20 | $500.00 | $100.00 |
| | | **TOTAL Project Category 20: Travel-NonWorking** | | **0.20** | | **$100.00** |
| 1/12/03 | BR | Review of Grace 10-Q for the 1st quarter of 2003 for purpose of valuation of the Company | 21 | 3.20 | $475.00 | $1,520.00 |
| 1/12/03 | BR | Review of Grace 10-Q for the 2nd quarter of 2003 for purpose of valuation of the Company | 21 | 3.40 | $475.00 | $1,615.00 |
| 1/8/04 | JS | Revise NOL schedules, copy Rapp for comment, for valuation. | 21 | 2.60 | $475.00 | $1,235.00 |
| 1/8/04 | JS | Outline work to be done in preparation for conference at Company on 2/12/04 re 2003 results and Operating Plan for 2004 for monitoring, valuation and POR. | 21 | 1.30 | $475.00 | $617.50 |
| 1/8/04 | PR | Update and review NOL presentation to ACC based on adjustment to taxable income | 21 | 0.50 | $365.00 | $182.50 |
| 1/9/04 | JS | Reconcile cash flow variances between 11 months 2003 and 11 months 2002 operating performance for monitoring and valuation. | 21 | 2.70 | $475.00 | $1,282.50 |

# W.R. Grace

**Schedule  B**

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/9/04 | JS | Review "2003 Latest Estimate", compare with 11 months 2003 results, continue drafting questions for meeting at Company on 2/12/04 for monitoring and valuation. | 21 | 2.80 | $475.00 | $1,330.00 |
| 1/9/04 | JS | Review all NOL schedules developed by LTC and back-up information from Company, Projections (LTC's and Company's) in preparation for meeting with Rapp week of 1/12/04 for valuation for counsel. | 21 | 1.70 | $475.00 | $807.50 |
| 1/9/04 | PR | Review and analyze WR Grace 2003 3Q 10Q for non recurring items for updated valuation | 21 | 1.40 | $365.00 | $511.00 |
| 1/12/04 | BR | Review of Grace 10-Q for the 3rd quarter of 2003 for purpose of valuation of the Company | 21 | 3.10 | $475.00 | $1,472.50 |
| 1/12/04 | BR | Review of Hoover's website for most recent analysis of specialty chemical industry and competitors for purpose of valuation of the Company | 21 | 4.20 | $475.00 | $1,995.00 |
| 1/12/04 | JS | Note spread sheets and accompanying graphs of Company and comparables differ from 10K and 10Qs. Check with Rubsam, commence reconciliation of adjusted line items for valuation. | 21 | 0.70 | $475.00 | $332.50 |
| 1/12/04 | RM | Review Mercer consulting summary of pension accounting changes in 2004 and future years and potential impact on accounting, funding and valuation | 21 | 1.80 | $475.00 | $855.00 |
| 1/12/04 | PR | Update historical financial statements operating profits of comparable companies to include equity earnings for updated valuation | 21 | 2.40 | $365.00 | $876.00 |
| 1/13/04 | BR | Review of Multex Investor website for most recent analysis of specialty chemical industry and competitors for purpose of valuation of the Company | 21 | 3.80 | $475.00 | $1,805.00 |
| 1/13/04 | JS | Discuss with Tersigni meeting at Company on 2/12/04, work to be done in preparation, for valuation and monitoring. | 21 | 0.30 | $475.00 | $142.50 |
| 1/13/04 | JS | Finish reconciliation of adjusted line items in spread sheets of Company and comparables for valuation. | 21 | 2.20 | $475.00 | $1,045.00 |
| 1/13/04 | JS | Review Chemical Week Forecast 2004 and Chemical & Engineering News "2003 Industry Review - Chemical Industry" (20pp.) of 12/22/03 in preparation for meeting at Company on 2/12/04 for updated valuation and monitoring. | 21 | 2.70 | $475.00 | $1,282.50 |
| 1/14/04 | BR | Review of Yahoo Finance website for most recent analysis of specialty chemical industry and competitors for purpose of valuation of the Company | 21 | 2.60 | $475.00 | $1,235.00 |
| 1/14/04 | BR | Review of Value Line database for most recent analysis of specialty chemical industry and competitors for purpose of valuation of the Company | 21 | 3.60 | $475.00 | $1,710.00 |
| 1/14/04 | BR | Review of most recent draft valuation report regarding Grace for purpose of valuation of the Company | 21 | 3.40 | $475.00 | $1,615.00 |
| 1/14/04 | JS | Review, analyze 5 year history of working capital line items, note major negative change from 1999-2000 level to 2001 which has continued. Expand questions for meeting at Company on 2/12/04 for valuation and monitoring. | 21 | 1.80 | $475.00 | $855.00 |
| 1/14/04 | JS | Review, analyze Chemical & Engineering News "World Chemical Outlook" (39 pp.) - 1/12/04 -in preparation for meeting at Company on 2/12/04 and for updated valuation and monitoring. | 21 | 3.30 | $475.00 | $1,567.50 |
| 1/14/04 | JS | Commence revising forecasts for updated valuation to counsel and in preparation for meeting at Company on 2/12/04. | 21 | 1.50 | $475.00 | $712.50 |
| 1/14/04 | JS | Review status of work to be done for valuation report to counsel and for monitoring. | 21 | 0.60 | $475.00 | $285.00 |
| 1/15/04 | BR | Preparation of comments on the most recent draft of LTC's valuation of Grace for purposes of updating valuation of the Company | 21 | 3.60 | $475.00 | $1,710.00 |
| 1/15/04 | BR | Review and comments on the latest version of LTC's NOL valuation for purpose of valuation of the Company | 21 | 2.50 | $475.00 | $1,187.50 |
| 1/15/04 | JS | Continue revising projections for updated valuation to counsel and in preparation for meeting at Company on 2/12/04. | 21 | 1.90 | $475.00 | $902.50 |
| 1/15/04 | JS | Review Asia and Europe sections of Chemical & Engineering News "World Chemical Outlook" for revised projections (45% of sales) for updated valuation to counsel and in preparation for meeting on 2/12/04. | 21 | 1.80 | $475.00 | $855.00 |

# W.R. Grace

**Schedule  B**

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/16/04 | JS | Review US, Canada and Latin America sections of Chemical & Engineering News "World Chemical Outlook" for revised projections (55% of sales) for updated valuation to counsel and in preparation for meeting on 2/12/04. | 21 | 1.70 | $475.00 | $807.50 |
| 1/19/04 | BR | Research of valuation periodicals and treatises for latest developments in the treatment of specific company risk premiums for purpose of developing appropriate equity discount rates | 21 | 1.60 | $475.00 | $760.00 |
| 1/20/04 | BR | Analysis of articles in the Financial Analysts Journal relating to equity risk premiums for purpose of updating the cost of capital calculations in discounted cash flow valuation | 21 | 0.80 | $475.00 | $380.00 |
| 1/20/04 | BR | Analysis of articles in the Business Valuation Review relating to equity risk premiums for purpose of updating the cost of capital calculations in discounted cash flow valuation | 21 | 0.60 | $475.00 | $285.00 |
| 1/20/04 | BR | Analysis of articles in the Business Valuation Update relating to equity risk premiums for purpose of updating the cost of capital calculations in discounted cash flow valuation | 21 | 0.50 | $475.00 | $237.50 |
| 1/20/04 | BR | Analysis of articles in the Valuation Strategies relating to equity risk premiums for purpose of updating the cost of capital calculations in discounted cash flow valuation | 21 | 0.50 | $475.00 | $237.50 |
| 1/21/04 | JS | Meet with Rapp to review and revise comparable companies, revise methodology for updated valuation for counsel. | 21 | 1.50 | $475.00 | $712.50 |
| 1/21/04 | PR | Review and analyze PPG January 8k on 2003 4Q estimates and 2004 outlook for updated valuation | 21 | 1.50 | $365.00 | $547.50 |
| 1/21/04 | PR | Review and analyze procedure of updating comparable companies history, organizational structure, segment analysis, growth factors, world economics for updating valuation and supporting documentation | 21 | 0.60 | $365.00 | $219.00 |
| 1/28/04 | RM | Review earnings announcement and impact of economic and industry variables including contingent liabilities for preliminary assessment of future financing feasibility | 21 | 1.80 | $475.00 | $855.00 |
| | | **TOTAL Project Category 21: Valuation** | | **78.50** | | **$36,583.50** |
| 1/5/04 | MB | Review Grace foreign subsidiary restructuring motion and related schedules and delegate analysis process | 26 | 1.70 | $475.00 | $807.50 |
| 1/5/04 | MB | Review 12/31/03 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 1/6/04 | JS | Review, analyze, revise Prills' 3rd Quarter Operating Review to counsel for monitoring and valuation. | 26 | 1.70 | $475.00 | $807.50 |
| 1/7/04 | AP | Prepared a brief overview of November 2003 performance in order to be ready for tomorrow's conference call on the company and understand the latest month's performance. | 26 | 1.70 | $275.00 | $467.50 |
| 1/8/04 | MB | Analyze issues relating to motion related to foreign subsidiary restructuring | 26 | 1.50 | $475.00 | $712.50 |
| 1/8/04 | AP | Participated in W. R. Grace conference call in regards to cash positions at foreign operations in order to understand the transfer amongst the operating subsidiaries and how this may impact monthly operating results in the future months. | 26 | 0.60 | $275.00 | $165.00 |
| 1/9/04 | JS | Advise Blackstone, financial advisor to Grace, that Asbestos PI Claimants Committee was not filing an objection to the Motion to Restructure. | 26 | 0.40 | $475.00 | $190.00 |
| 1/9/04 | JS | Review Monthly Operating Review Summary for November, compare with MOR, draw up questions for Prills for monitoring and valuation. | 26 | 1.70 | $475.00 | $807.50 |
| 1/9/04 | AP | Prepared W. R. Grace Exhibit for Cash transfers of debtor entities to third parties, other debtor entities, and nonfiling entities in order to monitor the monthly net transfers in cash for the firm between entities and account for all cash transfers. | 26 | 1.10 | $275.00 | $302.50 |
| 1/9/04 | AP | Prepared W. R. Grace Balance Sheet for November 2003 versus December 31, 2002 in order to compare the change in balances over the last 11 months and highlight any significant changes in the monthly summary memo.  In addition, compared the debtor balances to the nondebtor balances in order to determine in which entities the majority of the assets reside. | 26 | 0.90 | $275.00 | $247.50 |

# W.R. Grace

## Schedule   B

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/9/04 | AP | Prepared Grace's Statement of cash flow for November 2003 in order to analyze the change in cash position and determine what were the largest uses of cash during the month. | 26 | 1.00 | $275.00 | $275.00 |
| 1/9/04 | AP | Prepared Grace's Statement of Operations for the month ended November 30, 2003 in order to assess performance of the firm during the month and compare costs to produce versus prior months. | 26 | 0.90 | $275.00 | $247.50 |
| 1/9/04 | AP | Prepared the summary overview section of the November 2003 monthly operating review memo which highlights the performance and key balance changes within Grace during the month of November 2003. | 26 | 0.70 | $275.00 | $192.50 |
| 1/9/04 | AP | Prepared the balance sheet overview section of the Grace monthly operating report summary memo to provide insight into the changes in balances during the month of November and the impact on the Company. | 26 | 0.90 | $275.00 | $247.50 |
| 1/9/04 | AP | Prepared the Statement of Operations section of the monthly operating report memo for W. R. Grace in order to provide a summary on the firm's performance during the month along with some thoughts on how the year 2003 will look overall. | 26 | 0.70 | $275.00 | $192.50 |
| 1/9/04 | AP | Prepared the Cash Flow section of the Grace monthly operating report summary memo highlighting the cash provided by operating activities, major uses of cash during the month, and a summary of the transfer of cash between Grace entities. | 26 | 0.70 | $275.00 | $192.50 |
| 1/9/04 | AP | Prepared the analysis of both Davison and Performance divisions for the monthly operating report summary memo in order to highlight the performance of both these business units during the month of November 2003. | 26 | 0.70 | $275.00 | $192.50 |
| 1/13/04 | JS | Review with Prills November MOR Review for expansion of cash flow analysis, esp. working capital items, for monitoring. | 26 | 0.60 | $475.00 | $285.00 |
| 1/13/04 | JS | Discuss with Prills November MOR cash transfers, esp.$29 million from 3rd parties separate from receivable receipts of $83 million for monitoring. Have Prills write memo to Company for explanation. | 26 | 0.50 | $475.00 | $237.50 |
| 1/13/04 | MB | Review 1/9/03 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 1/14/04 | JS | Discuss with Prills cash transfers from 3rd parties and review his memo to Company requesting explanation for monitoring. | 26 | 0.70 | $475.00 | $332.50 |
| 1/14/04 | AP | Prepared final changes to the W. R. Grace November 2003 monthly operating report memo to include the $55.8 million increase in working capital items as one of the reasons for the decrease in operating cash flow to date. | 26 | 0.70 | $275.00 | $192.50 |
| 1/14/04 | AP | Prepared questions for Grace in regards to Transfers (in /out) to third parties to better understand what types of firms are included in this classification which amounted to $29.9 million in cash during the month, and how these firms differ from those classified as Accounts Receivable - Third Parties. | 26 | 2.30 | $275.00 | $632.50 |
| 1/14/04 | AP | Prepared Consolidated Grace and Debtor entities balance sheet accounts for September 2002 in order to compare the change in working capital items for Q4 2002 versus Q4 2003 to see what is causing the $60 million difference in cash flow from increase in working capital items | 26 | 1.20 | $275.00 | $330.00 |
| 1/14/04 | AP | Prepared Grace's Debtor entities balance sheet accounts for October 2002 in order to compare the change in working capital items for Q4 2002 versus Q4 2003 to see what is causing the $60 million difference in cash flow from increase in working capital items | 26 | 1.20 | $275.00 | $330.00 |
| 1/14/04 | AP | Prepared Consolidated Grace and Debtor entities balance sheet accounts for November 2002 in order to compare the change in working capital items for Q4 2002 versus Q4 2003 to see what is causing the $60 million difference in cash flow from increase in working capital items | 26 | 1.00 | $275.00 | $275.00 |
| 1/14/04 | AP | Prepared Consolidated Grace and Debtor entities balance sheet accounts for December 2002 in order to compare the change in working capital items for Q4 2002 versus Q4 2003 to see what is causing the $60 million difference in cash flow from increase in working capital items | 26 | 1.00 | $275.00 | $275.00 |

# W.R. Grace

## Schedule B

### Services Rendered during the Period: January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|------|---------|------|-------|------|--------|
| 1/16/04 | JS | Review, finalize 3rd Quarter 2003 Operating Review for monitoring; Prills to send to counsel. | 26 | 0.60 | $475.00 | $285.00 |
| 1/16/04 | AP | Prepared updates to Grace third quarter memo to clarify the Libby, Montana estimated liability along with the total cash position of the firm as of September 30, 2003. | 26 | 1.30 | $275.00 | $357.50 |
| 1/16/04 | AP | Prepared the updated Exhibit A to the third quarter operating summary memo to counsel to add YTD performance figures to the Consolidated Income Statement in order to show how the firm has performed to date | 26 | 0.70 | $275.00 | $192.50 |
| 1/16/04 | AP | Prepared the updated Exhibit B to the third quarter operating summary memo to counsel to add YTD performance figures to the Sales and Operating Income from Core Operations by Business Unit in order to highlight the performance of each business unit the nine months ended September 30, 2003. | 26 | 0.80 | $275.00 | $220.00 |
| 1/16/04 | AP | Prepared updates to the Grace third quarter memo to counsel by adding YTD performance for the Davision Chemicals business in order to provide counsel with background on the firm's performance to date. | 26 | 1.60 | $275.00 | $440.00 |
| 1/16/04 | AP | Prepared updates to the Grace third quarter memo to counsel by adding YTD performance for the Performance Chemicals business in order to provide counsel with background on the division performance to date and how it performed relative to the plan. | 26 | 1.70 | $275.00 | $467.50 |
| 1/17/04 | BR | Review of memoranda and periodicals regarding the requirements under the Sarbanes Oxley Act for purpose of on-going monitoring of bankruptcy proceedings and post-reorganization planning | 26 | 1.10 | $475.00 | $522.50 |
| 1/18/04 | BR | Review of selected portions of two-volume treatise on Sarbanes Oxley for purpose of on-going monitoring of bankruptcy proceedings and post-reorganization planning | 26 | 1.50 | $475.00 | $712.50 |
| 1/19/04 | MB | Review account status, open issues and calendar for engagement status and planning | 26 | 1.20 | $475.00 | $570.00 |
| 1/19/04 | AP | Prepared schedule to calculate the net change in working capital for the one year ending December 31, 2001 in order to have a historical perspective on the change in working capital to compare the current year to. | 26 | 1.50 | $275.00 | $412.50 |
| 1/19/04 | AP | Prepared exhibit to understand the net change in working capital for YTD through September 30, 2002 in order to compare the current year to the prior year and see if the swing in working capital is being driven by inventory. | 26 | 1.50 | $275.00 | $412.50 |
| 1/19/04 | AP | Prepared schedule to determine net change in working capital for YTD ended November 30, 2002 to understand what is causing the variance in working capital versus the prior year. | 26 | 1.50 | $275.00 | $412.50 |
| 1/19/04 | AP | Prepared schedule to calculate the net change in working capital for the one year ending December 31, 2002 to be able to compare to the current year as part of the assessment of the variance in working capital between 2002 and 2003. | 26 | 1.50 | $275.00 | $412.50 |
| 1/19/04 | AP | Prepared edits to Grace's third quarter 2003 memo to counsel to clarify the section in regards to the YTD performance in the Davision Chemicals segment to explain why the segment's catalyst product sales were behind the plan amount for 2003. | 26 | 1.30 | $275.00 | $357.50 |
| 1/20/04 | MB | Review fourth quarter German acquisition in connection with operating update to ACC counsel | 26 | 1.80 | $475.00 | $855.00 |
| 1/20/04 | MB | Perform final review of operational update memorandum to ACC | 26 | 1.20 | $475.00 | $570.00 |
| 1/20/04 | MB | Review 1/16/03 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 1/20/04 | AP | Prepared updates to December 31, 2002 balance sheet as part of the working capital review analysis to adjust for the full consolidation of Advanced Refining Technologies, LLC that was previously reported as an equity method joint venture. | 26 | 1.80 | $275.00 | $495.00 |
| 1/20/04 | AP | Prepared adjustments to December 31, 2001 balance sheet which will be used for the working capital review analysis to allow for the full consolidation of Advanced Refining Technologies that was previously reported as an equity method joint venture. | 26 | 1.80 | $275.00 | $495.00 |

# W.R. Grace

# Schedule  B

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/20/04 | AP | Prepared additional questions for the Grace open questions list which will be used at the 2003 review meeting in February.  Questions centered around the difference in cash used for working capital items during 2003 versus 2002 and energies costs for the firm during 2004. | 26 | 1.00 | $275.00 | $275.00 |
| 1/20/04 | AP | Prepared update to Grace Third quarter memo to counsel Exhibit B by breaking down pension expense by division to show the actual operating income for both the performance and the Davison business segments. | 26 | 1.10 | $275.00 | $302.50 |
| 1/21/04 | AP | Prepared breakdown of Grace's Other Current Liabilities for December 31, 2001 in order to create an exhibit to determine what changes within Other Current Liabilities is different between YTD November 2002 and YTD November 2003. | 26 | 0.50 | $275.00 | $137.50 |
| 1/21/04 | AP | Prepared breakdown of Grace's Other Current Liabilities for September 30, 2003 in order to create an exhibit to determine what changes within Other Current Liabilities is different between YTD November 2002 and YTD November 2003. | 26 | 0.50 | $275.00 | $137.50 |
| 1/21/04 | AP | Prepared breakdown of Grace's Other Current Liabilities for November 30, 2003 in order to create an exhibit to determine what changes within Other Current Liabilities is different between YTD November 2002 and YTD November 2003. | 26 | 0.50 | $275.00 | $137.50 |
| 1/21/04 | AP | Prepared breakdown of Grace's Other Current Liabilities for December 31, 2002 in order to create an exhibit to determine what changes within Other Current Liabilities is different between YTD November 2002 and YTD November 2003. | 26 | 0.50 | $275.00 | $137.50 |
| 1/21/04 | AP | Prepared breakdown of Grace's Other Current Liabilities for November 30, 2003 in order to create an exhibit to determine what changes within Other Current Liabilities is different between YTD November 2002 and YTD November 2003. | 26 | 0.50 | $275.00 | $137.50 |
| 1/22/04 | JS | Review, analyze Grace Working Capital Review, discuss with Prills, request breakdown from Company for monitoring. | 26 | 0.80 | $475.00 | $380.00 |
| 1/22/04 | JS | Review conference call notes with Company, 11/13/03, and 3rd Quarter Financial Briefing to answer inquiry of ACC member for monitoring. | 26 | 0.80 | $475.00 | $380.00 |
| 1/22/04 | JS | Discuss with Prills, have him draft questions to the Company re the inquiry of the ACC for monitoring. | 26 | 0.40 | $475.00 | $190.00 |
| 1/22/04 | JS | Review, expand Prills' questions to Company re ACC inquiry for monitoring. | 26 | 0.50 | $475.00 | $237.50 |
| 1/22/04 | AP | Prepared questions for Grace's management team in regards to the nine months under-performance of sales versus the plan for 2003 to understand what forces and markets were negatively impacting sales during 2003 to date. | 26 | 2.20 | $275.00 | $605.00 |
| 1/22/04 | AP | Spoke with management at the company in regards to the under-plan performance of sales during the first nine-months of 2003 to be able to draft a response to the committee in regards to questions of the underperformance. | 26 | 0.50 | $275.00 | $137.50 |
| 1/22/04 | AP | Prepared executive summary section of memo addressing the discussion with Grace's management in regards to the lower sales than plan during the first nine months of 2003 and broke down performance by the products in each segment to allow for further detail of sales. | 26 | 1.70 | $275.00 | $467.50 |
| 1/23/04 | AP | Prepared Davison Chemicals and Performance Chemicals summary section of memo addressing the discussion with Grace's management in regards to the lower sales than plan during the first nine months of 2003 and broke down performance by the products in each segment to allow for further detail of sales. | 26 | 2.50 | $275.00 | $687.50 |
| 1/23/04 | AP | Prepared updated Exhibit 5 for the Grace monthly operating report review to clarify the cash balances between filing and non-filing entities and show the variance and growth of the cash balances across time in order to report on the changes in cash balances between the filing and non-filing entities. | 26 | 1.20 | $275.00 | $330.00 |
| 1/23/04 | AP | Prepared the December 31, 2002 cash balances for Exhibit 5 in order to be able to compare the YTD change in cash balances through November 30, 2003. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared the March 31, 2003 cash balances between filing and non-filing entities for Exhibit 5 to determine the growth in cash between the quarters in 2003. | 26 | 0.60 | $275.00 | $165.00 |

# W.R. Grace

## Schedule  B

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|-----|---------|------|-------|------|--------|
| 1/23/04 | AP | Prepared the June 30, 2003 cash balances of both the filing and non-filing entities for Exhibit 5 to be able to compare the variance in cash balances between the quarters. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared the September 30, 2003 cash balances for the filing and non-filing entities to be used in Exhibit 5 in the monthly operating report review to compare the change in cash between entities over time. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared the November 30, 2003 cash balances for filing and non-filing entities to be able to compare the current month to prior months and understand the growth in cash and the actual change in balances YTD. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared question for Grace's management in regards to the difference in cash flow between the nine months ended November 30, 2003 and the prior year to understand better what is causing the significant shift in increases in working capital items. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared question for Grace's management about the schedule of cash receipts and disbursements in the monthly operating report to allow us to better understand the transfer of cash between the filing and non-filing entities. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared silica summary section of memo addressing the discussion with Grace's management in regards to the lower sales than plan during the first nine months of 2003 and calculated the actual sales excluding the impact of favorable currency translation. | 26 | 0.60 | $275.00 | $165.00 |
| 1/23/04 | AP | Prepared construction chemicals summary section of memo addressing the discussion with Grace's management in regards to the difference in sales between actual and plan during the first nine months of 2003 and calculated the actual sales excluding the impact of favorable currency translation. | 26 | 0.60 | $275.00 | $165.00 |
| 1/26/04 | JS | Review Prills' November MOR Review, check against MOR, query table of intercompany transfers, have Prills inquire of the Company for monitoring. | 26 | 1.80 | $475.00 | $855.00 |
| 1/26/04 | MB | Review 1/23/03 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 1/26/04 | AP | Prepared analysis of Grace's YTD sales through the third quarter 2003 excluding foreign currency gains using the new information that was available in the MOR Chart 24 in order to provide detail to counsel in regards to the questions on Grace's under-plan performance when excluding currency gains. | 26 | 2.00 | $275.00 | $550.00 |
| 1/27/04 | JS | Discuss revisions to November MOR Review with Prills, request additional information and clarification from Company on current assets and liabilities for monitoring. | 26 | 0.60 | $475.00 | $285.00 |
| 1/27/04 | AP | Prepared update to Monthly Operating Report for November 2003 to clarify the cash value of the life insurance policies that the firm currently owns to better understand the impact these values could have on the total cash position of the firm. | 26 | 0.90 | $275.00 | $247.50 |
| 1/27/04 | AP | Prepared additional questions regarding the November 2003 Grace monthly operating report for management to better understand some of the changes within the firm YTD. | 26 | 1.50 | $275.00 | $412.50 |
| 1/29/04 | MB | Review fourth quarter press release in connection with monitoring continuing operations and claims | 26 | 1.20 | $475.00 | $570.00 |
| 1/29/04 | AP | Spoke with Grace management in regards to the questions from the monthly operating report that we had prepared for the firm to clarify the questions and understand the answer to the cash-balance questions that we had submitted. | 26 | 0.70 | $275.00 | $192.50 |
| 1/29/04 | AP | Prepared schedule detailing the monthly changes in environmental remediation during 2003 and the ending estimated liability for the quarters in order to track the changes throughout the year and use as a reference to prepare additional questions for Grace's management on the topic. | 26 | 1.60 | $275.00 | $440.00 |
| | | **TOTAL Project Category 26: Business Analysis** | | **82.60** | | **$27,415.00** |
| 1/9/04 | AP | Reviewed the notes associated with the W. R. Grace monthly operating report in order to understand management's thoughts on performance and YTD results in the preparation of the monthly operating report summary memo. | 28 | 1.80 | $275.00 | $495.00 |

# W.R. Grace

## Schedule  B

### Services Rendered during the Period:  January 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 1/14/04 | AP | Researched the cash transfers within W. R. Grace Conn in order to determine what happened to the net inflow of $2.7 million during the month and whether it stayed on Conn's balance sheet as a cash asset.  Prepared exhibit to show that the cash did in fact end up on the Grace Conn balance sheet for the month. | 28 | 2.20 | $275.00 | $605.00 |
| 1/19/04 | CC | Review cash flow and working capital analysis for 2002-2003, and for MOR data from December 03 to January 04; highlight significant issues | 28 | 2.00 | $365.00 | $730.00 |
| 1/22/04 | AP | Reviewed committee questions in regards to Grace's YTD performance for the nine months ended September 30, 2003 versus plan in order to determine which business units contributed to the underperformance. | 28 | 1.00 | $275.00 | $275.00 |
| 1/27/04 | AP | Reviewed Grace's November 2003 monthly operating report for information on the cash value of life insurance policies to see if an explanation of the uses of the loans against these policies was provided. | 28 | 0.70 | $275.00 | $192.50 |
| 1/29/04 | AP | Reviewed the Grace 10K from December 31, 2002 to determine the total in contingent liabilities for environmental remediation during the year in an effort to understand the increases in the provision during 2003 that amounted to over $152 million in pre-tax charges and understand why those increases were made. | 28 | 1.20 | $275.00 | $330.00 |
| 1/29/04 | AP | Reviewed the Grace 10Q from March 31, 2003 to determine the changes in contingent liabilities for environmental remediation during the year in an effort to understand the increases in the provision during the year that amounted to over $152 million in pre-tax charges and understand why those increases were made. | 28 | 1.20 | $275.00 | $330.00 |
| 1/29/04 | AP | Reviewed the Grace 10Q from June 30, 2003 to determine the changes in contingent liabilities for environmental remediation during the quarter in an effort to understand the increases in the provision during the year that amounted to over $152 million in pre-tax charges and understand why those increases were made. | 28 | 1.20 | $275.00 | $330.00 |
| 1/29/04 | AP | Reviewed the Grace 10Q from September 30, 2003 to determine the changes in contingent liabilities for environmental remediation during the quarter in an effort to understand the increases in the provision during the year that amounted to over $152 million in pre-tax charges and understand why those increases were made. | 28 | 1.20 | $275.00 | $330.00 |
| | | **TOTAL Project Category 28: Data Analysis** | | **12.50** | | **$3,617.50** |

**TOTAL  Schedule  'B'**   **202.00**   **$79,368.50**

# W. R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
| --- | --- |
| Internet research/document download via PACER | $17.92 |
| Telephone | $66.66 |
| Xerox:    ( 593 x $0.10 per page) | $59.30 |
| **Total Expenses incurred from  January 1-31, 2004** | $143.88 |