**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

April 27, 2004

**Invoice No. 04304**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
800 N. King Street
Suite 300
**Wilmington, DE.   19801**

# RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period March 1, 2004 through March 31, 2004 as per the attached analysis.

| Professional Fees (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 7.80 | $3,900.00 |
| Robert Mathews- Managing Director | 2.30 | $1,092.50 |
| Michael Berkin- Managing Director | 8.30 | $3,942.50 |
| Peter Rubsam - Director | 3.40 | $1,241.00 |
| Aaron Prills - Manager | 10.10 | $2,777.50 |
| Cheryl Wright - Senior Consultant | 86.60 | $17,753.00 |
| Dottie-Jo Collins - Manager | 4.30 | $1,182.50 |

| Expenses   (see Schedule C) | | |
|---|---|---|
| Research, Telephone, Xerox | | $123.95 |
| **T O T A L** | | $32,012.95 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                        by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

April 27, 2004

**Invoice No. 04304**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.  19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:   March 1-31, 2004

| Name | Schedule | Rate (2004) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule  A | $500 | 7.80 | $3,900.00 |
| Robert Mathews | Schedule  A | $475 | 2.30 | $1,092.50 |
| Michael Berkin | Schedule  A | $475 | 8.30 | $3,942.50 |
| Peter Rubsam | Schedule  A | $365 | 3.40 | $1,241.00 |
| Aaron Prills | Schedule  A | $275 | 10.10 | $2,777.50 |
| Cheryl Wright | Schedule  A | $205 | 86.60 | $17,753.00 |
| Dottie-Jo Collins | Schedule  A | $275 | 4.30 | $1,182.50 |
| **Total  Professional  Services- Schedule A:** | | | 122.80 | $31,889.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $123.95 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $32,012.95 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
           by Billing Matter Category.

# W.R. Grace

# Schedule A

**Services Rendered during the Period: March 1-31, 2004**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 3/3/04 | LT | Review engagement status | 26 | 0.50 | $500.00 | $250.00 |
| 3/3/04 | LT | Review monthly fee application for January 2004 including timekeeper daily entries | 11 | 0.30 | $500.00 | $150.00 |
| 3/8/04 | LT | Preparation of updated Claims Recovery Analysis as requested by ACC counsel | 07 | 0.90 | $500.00 | $450.00 |
| 3/9/04 | LT | Review ACC's opposition to motion to extend exclusive period | 07 | 0.60 | $500.00 | $300.00 |
| 3/10/04 | LT | Review and analysis of monthly operating report for January 2004 | 26 | 1.70 | $500.00 | $850.00 |
| 3/11/04 | LT | Preparation of updated claims recovery analysis as requested by ACC counsel | 07 | 1.10 | $500.00 | $550.00 |
| 3/13/04 | LT | Preparation of memorandum to ACC counsel regarding 2004 Proposed LTIP | 07 | 0.60 | $500.00 | $300.00 |
| 3/22/04 | LT | Review and analysis of updated quarterly and annual forecasts of operations for 2004 | 26 | 1.30 | $500.00 | $650.00 |
| 3/30/04 | LT | Preparation of work plan outline and schedule of ongoing analysis and deliverable to ACC | 07 | 0.80 | $500.00 | $400.00 |
| | | **Sub-Total** | | **7.80** | | **$3,900.00** |
| **Robert Mathews - Managing Director** | | | | | | |
| 3/29/04 | RM | Review management's discussion of operational and financial information as contained in 10K report(Financial Supplement p85 -95) for 2003 | 26 | 1.10 | $475.00 | $522.50 |
| 3/30/04 | RM | Complete the review management's discussion of operational and financial information as contained in 10K report(financial Supplement( p95 -104) for 2003 | 26 | 1.20 | $475.00 | $570.00 |
| | | **Sub-Total** | | **2.30** | | **$1,092.50** |
| **Michael Berkin - Managing Director** | | | | | | |
| 3/2/04 | MB | Review 2/27/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 3/8/04 | MB | Review 3/5/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 3/11/04 | MB | Review LTIP motion at request of ACC counsel | 07 | 1.10 | $475.00 | $522.50 |
| 3/11/04 | MB | Review existing LTIP programs in connection with assessment of newly proposed LTIP program | 08 | 1.70 | $475.00 | $807.50 |
| 3/12/04 | MB | Prepare memorandum and related exhibits to ACC counsel summarizing proposed LTIP program | 07 | 1.30 | $475.00 | $617.50 |
| 3/23/04 | MB | Review 3/19/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 3/26/04 | MB | Review motion authorizing implementation of long-term incentive program | 08 | 1.40 | $475.00 | $665.00 |
| 3/26/04 | MB | Review McGowan affidavit supporting long-term incentive program | 08 | 0.90 | $475.00 | $427.50 |
| 3/29/04 | MB | Review account status, open issues and calendar for engagement status and planning | 26 | 0.70 | $475.00 | $332.50 |
| 3/29/04 | MB | Review 3/26/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| | | **Sub-Total** | | **8.30** | | **$3,942.50** |

**Peter Rubsam - Director**

# W.R. Grace

# Schedule A

### Services Rendered during the Period: March 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/4/04 | PR | Review and analyze Rohm and Haas February 8k 2004 full year outlook, 4th quarter results and segment review for valuation | 21 | 1.70 | $365.00 | $620.50 |
| 3/15/04 | PR | Review and analyze Albemarle January 8k 2004 full year outlook, 4th quarter results and segment review for valuation | 21 | 1.70 | $365.00 | $620.50 |
| | | **Sub-Total** | | 3.40 | | $1,241.00 |

**Aaron Prills - Manager**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/1/04 | AP | Reviewed W.R. Grace fourth quarter memo to counsel for clarity of the material changes of the firm during the year and the significant increases in reserves during the fourth quarter in order to be able to determine whether more information is required. | 28 | 1.10 | $275.00 | $302.50 |
| 3/4/04 | AP | Prepared updated cash flow statement for Grace's full-year summary memo to counsel to clarify the major impacts on cash during the year and highlight the projected uses of cash in the 2004 Grace plan. | 26 | 1.70 | $275.00 | $467.50 |
| 3/4/04 | AP | Prepared updates to the Grace 2004 projections memo to clarify the pre-tax operating earning that is being shown versus the pre-tax operating earnings from the exhibits and highlight the change in earnings between full year 2002 and 2003. | 26 | 1.20 | $275.00 | $330.00 |
| 3/22/04 | AP | Prepared information to better explain our questions regarding the administrative status of the Grace environmental issues and how these issues will be handled during the bankruptcy process. | 26 | 0.30 | $275.00 | $82.50 |
| 3/22/04 | AP | Reviewed the Grace updated 2004 projections that were provided to us by the organization to determine the updates that were made to gross margin and whether or not this will impact the projected 2004 results. | 28 | 1.00 | $275.00 | $275.00 |
| 3/23/04 | AP | Prepared updates to the Grace 2004 summary memo to counsel to incorporate additional information regarding the increases to the reserve for vermiculite mining. | 26 | 0.70 | $275.00 | $192.50 |
| 3/31/04 | AP | Prepared the Grace January 2004 Balance sheet exhibit as part of the monthly operating report review analysis in order to analyze trends within the key balances for the month. | 26 | 0.80 | $275.00 | $220.00 |
| 3/31/04 | AP | Prepared the January 2004 Statement of Operations for Grace in order to review the performance for the month as part of the monthly operating report review. | 26 | 0.80 | $275.00 | $220.00 |
| 3/31/04 | AP | Prepared the January 2004 Cash Flow statement exhibit for the month operating report review in order to understand the sources and uses of cash during the month. | 26 | 0.80 | $275.00 | $220.00 |
| 3/31/04 | AP | Prepared the January 2004 review of Grace's divisions (Davison and Performance) for the month to understand how each firm performed as part of the monthly operating report review. | 26 | 0.90 | $275.00 | $247.50 |
| 3/31/04 | AP | Prepared the Grace January 2004 Cash analysis in order to understand the liquidity of the firm as of January 31, 2004 as part of the monthly operating report review. | 26 | 0.80 | $275.00 | $220.00 |
| | | **Sub-Total** | | 10.10 | | $2,777.50 |

**Cheryl Wright - Senior Consultant**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/17/04 | CW | Review and analyze Rohm & Haas's 10K filing to update market multiples valuation and historical financial statements | 21 | 2.90 | $205.00 | $594.50 |
| 3/17/04 | CW | Prepare LTM financial statements for Rohm & Haas and update any prior periods for restated financial statements | 21 | 1.40 | $205.00 | $287.00 |
| 3/17/04 | CW | Review and analyze Engelhard Corp.'s 10K filing to update historical financial statements | 21 | 2.90 | $205.00 | $594.50 |
| 3/17/04 | CW | Prepare LTM financial statements for Engelhard Corp. and update any prior periods for restated financial statements | 21 | 1.10 | $205.00 | $225.50 |
| 3/18/04 | CW | Prepare LTM financial statements for Engelhard Corp. and update any prior periods for restated financial statements | 21 | 0.30 | $205.00 | $61.50 |

5

# W.R. Grace

# Schedule A

### Services Rendered during the Period: March 1-31, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/18/04 | CW | Review and analyze Lubrizol's 10K filing to update historical financial statements | 21 | 2.90 | $205.00 | $594.50 |
| 3/18/04 | CW | Prepare LTM financial statements for Lubrizol and update any prior periods for restated financial statements | 21 | 1.40 | $205.00 | $287.00 |
| 3/18/04 | CW | Review and analyze Cytec Industry's 10K filing to update historical financial statements | 21 | 2.90 | $205.00 | $594.50 |
| 3/18/04 | CW | Prepare LTM financial statements for Cytec Industries and update any prior periods for restated financial statements | 21 | 1.80 | $205.00 | $369.00 |
| 3/18/04 | CW | Review and analyze Albemarle's 10K filing to update historical financial statements | 21 | 2.30 | $205.00 | $471.50 |
| 3/19/04 | CW | Review and analyze Albemarle's 10K filing to update historical financial statements | 21 | 0.70 | $205.00 | $143.50 |
| 3/19/04 | CW | Prepare LTM financial statements for Albemarle and update any prior periods for restated financial statements | 21 | 1.40 | $205.00 | $287.00 |
| 3/19/04 | CW | Review and analyze Hercules's 10K filing to update historical financial statements | 21 | 2.90 | $205.00 | $594.50 |
| 3/19/04 | CW | Prepare LTM financial statements for Hercules and update any prior periods for restated financial statements | 21 | 1.60 | $205.00 | $328.00 |
| 3/19/04 | CW | Review and analyze Great Lakes Chemical's 10K filing to update historical financial statements | 21 | 2.80 | $205.00 | $574.00 |
| 3/19/04 | CW | Prepare LTM financial statements for Great Lakes Chemical and update any prior periods for restated financial statements | 21 | 1.40 | $205.00 | $287.00 |
| 3/22/04 | CW | Review and analyze Crompton's 10K filing to update historical financial statements | 21 | 2.80 | $205.00 | $574.00 |
| 3/22/04 | CW | Prepare LTM financial statements for Crompton and update any prior periods for restated financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/22/04 | CW | Prepare LTM financial statements for Crompton and update any prior periods for restated financial statements | 21 | 0.60 | $205.00 | $123.00 |
| 3/22/04 | CW | Review and analyze HB Fuller's 10K filing to update historical financial statements | 21 | 2.30 | $205.00 | $471.50 |
| 3/22/04 | CW | Prepare LTM financial statements for HB Fuller and update any prior periods for restated financial statements | 21 | 1.50 | $205.00 | $307.50 |
| 3/22/04 | CW | Review and analyze Cabot Corp's 10K filing to update historical financial statements | 21 | 2.30 | $205.00 | $471.50 |
| 3/22/04 | CW | Prepare LTM financial statements for Cabot Corp and update any prior periods for restated financial statements | 21 | 1.40 | $205.00 | $287.00 |
| 3/23/04 | CW | Review and analyze PPG Industry's 10K filing to update historical financial statements | 21 | 2.30 | $205.00 | $471.50 |
| 3/23/04 | CW | Prepare LTM financial statements for PPG Industries and update any prior periods for restated financial statements | 21 | 1.60 | $205.00 | $328.00 |
| 3/23/04 | CW | Review and analyze WR Grace's 10K filing to update historical financial statements | 21 | 2.80 | $205.00 | $574.00 |
| 3/24/04 | CW | Prepare LTM financial statements for WR Grace and update any prior periods for restated financial statements | 21 | 1.40 | $205.00 | $287.00 |
| 3/24/04 | CW | Calculate financial ratios for Rohm & Haas for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Engelhard Corp for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Lubrizol for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Cytec Industries for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Albemarle for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Hercules for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period: March 1-31, 2004**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/24/04 | CW | Calculate financial ratios for Great Lakes Chemical for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Crompton Corp for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for PPG Industries for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for HB Fuller for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Cabot Corp for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for WR Grace for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Prepare revenues graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/24/04 | CW | Prepare total assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/24/04 | CW | Prepare EBITDA graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/24/04 | CW | Restructure historical financial statements for Rohm & Haas to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/24/04 | CW | Restructure historical financial statements for Engelhard Corp. to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/24/04 | CW | Restructure historical financial statements for Lubrizol to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/24/04 | CW | Restructure historical financial statements for Cytec Industries to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/25/04 | CW | Restructure historical financial statements for Hercules to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/25/04 | CW | Restructure historical financial statements for Crompton Corp to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/25/04 | CW | Restructure historical financial statements for PPG Industries to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/25/04 | CW | Restructure historical financial statements for HB Fuller to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/25/04 | CW | Restructure historical financial statements for Cabot Corp to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/25/04 | CW | Prepare gross profit margin receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/25/04 | CW | Prepare EBITDA margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period: March 1-31, 2004**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/25/04 | CW | Prepare EBIT margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/25/04 | CW | Prepare EBITDA-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare EBIT-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare revenue growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare EBIT growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare EBITDA growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare debt-to-equity graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare debt-to-total capital graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare debt-to-EBITDA graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare days receivable graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/29/04 | CW | Prepare inventory turnover graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/29/04 | CW | Prepare quick ratio graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/29/04 | CW | Prepare current ratio graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for WR Grace | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Rohm & Haas | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Engelhard Corp | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Lubrizol | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Albemarle | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cytec Industries | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Hercules | 21 | 0.30 | $205.00 | $61.50 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period:  March 1-31, 2004**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Great Lake Chemicals | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Crompton Corp. | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for PPG Industries | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for HB Fuller | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cabot Corp | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for USG | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Rohm & Haas | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Engelhard | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Lubrizol | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Albemarle | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Cytec Industries | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Hercules | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Great Lake Chemicals | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for PPG Industries | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Crompton | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for HB Fuller | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Cabot Corp | 21 | 0.60 | $205.00 | $123.00 |
| | | **Sub-Total** | | 86.60 | | $17,753.00 |

**Dottie Collins - Manager**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/31/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 3.30 | $275.00 | $907.50 |
| 3/31/04 | DC | Assignment of Monthly Task Codes | 11 | 1.00 | $275.00 | $275.00 |
| | | **Sub-Total** | | 4.30 | | $1,182.50 |
| | | **TOTAL   Schedule 'A'** | | 122.80 | | $31,889.00 |

# W.R. Grace

## Schedule B

**Services Rendered during the Period: March 1-31, 2004**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/8/04 | LT | Preparation of updated Claims Recovery Analysis as requested by ACC counsel | 07 | 0.90 | $500.00 | $450.00 |
| 3/9/04 | LT | Review ACC's opposition to motion to extend exclusive period | 07 | 0.60 | $500.00 | $300.00 |
| 3/11/04 | LT | Preparation of updated claims recovery analysis as requested by ACC counsel | 07 | 1.10 | $500.00 | $550.00 |
| 3/11/04 | MB | Review LTIP motion at request of ACC counsel | 07 | 1.10 | $475.00 | $522.50 |
| 3/12/04 | MB | Prepare memorandum and related exhibits to ACC counsel summarizing proposed LTIP program | 07 | 1.30 | $475.00 | $617.50 |
| 3/13/04 | LT | Preparation of memorandum to ACC counsel regarding 2004 Proposed LTIP | 07 | 0.60 | $500.00 | $300.00 |
| 3/30/04 | LT | Preparation of work plan outline and schedule of ongoing analysis and deliverable to ACC | 07 | 0.80 | $500.00 | $400.00 |
| | | **TOTAL Project Category 07: Committee Matters** | | 6.40 | | $3,140.00 |
| 3/11/04 | MB | Review existing LTIP programs in connection with assessment of newly proposed LTIP program | 08 | 1.70 | $475.00 | $807.50 |
| 3/26/04 | MB | Review motion authorizing implementation of long-term incentive program | 08 | 1.40 | $475.00 | $665.00 |
| 3/26/04 | MB | Review McGowan affidavit supporting long-term incentive program | 08 | 0.90 | $475.00 | $427.50 |
| | | **TOTAL Project Category 08: Employee Benefits/Pension** | | 4.00 | | $1,900.00 |
| 3/3/04 | LT | Review monthly fee application for January 2004 including timekeeper daily entries | 11 | 0.30 | $500.00 | $150.00 |
| 3/31/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 3.30 | $275.00 | $907.50 |
| 3/31/04 | DC | Assignment of Monthly Task Codes | 11 | 1.00 | $275.00 | $275.00 |
| | | **TOTAL Project Category 11: Fee Application-Applicant** | | 4.60 | | $1,332.50 |
| 3/4/04 | PR | Review and analyze Rohm and Haas February 8k 2004 full year outlook, 4th quarter results and segment review for valuation | 21 | 1.70 | $365.00 | $620.50 |
| 3/15/04 | PR | Review and analyze Albemarle January 8k 2004 full year outlook, 4th quarter results and segment review for valuation | 21 | 1.70 | $365.00 | $620.50 |
| 3/17/04 | CW | Review and analyze Rohm & Haas's 10K filing to update market multiples valuation and historical financial statements | 21 | 2.90 | $205.00 | $594.50 |
| 3/17/04 | CW | Prepare LTM financial statements for Rohm & Haas and update any prior periods for restated financial statements | 21 | 1.40 | $205.00 | $287.00 |
| 3/17/04 | CW | Review and analyze Engelhard Corp.'s 10K filing to update historical financial statements | 21 | 2.90 | $205.00 | $594.50 |
| 3/17/04 | CW | Prepare LTM financial statements for Engelhard Corp. and update any prior periods for restated financial statements | 21 | 1.10 | $205.00 | $225.50 |
| 3/18/04 | CW | Prepare LTM financial statements for Engelhard Corp. and update any prior periods for restated financial statements | 21 | 0.30 | $205.00 | $61.50 |
| 3/18/04 | CW | Review and analyze Lubrizol's 10K filing to update historical financial statements | 21 | 2.90 | $205.00 | $594.50 |
| 3/18/04 | CW | Prepare LTM financial statements for Lubrizol and update any prior periods for restated financial statements | 21 | 1.40 | $205.00 | $287.00 |
| 3/18/04 | CW | Review and analyze Cytec Industry's 10K filing to update historical financial statements | 21 | 2.90 | $205.00 | $594.50 |
| 3/18/04 | CW | Prepare LTM financial statements for Cytec Industries and update any prior periods for restated financial statements | 21 | 1.80 | $205.00 | $369.00 |
| 3/18/04 | CW | Review and analyze Albemarle's 10K filing to update historical financial statements | 21 | 2.30 | $205.00 | $471.50 |
| 3/19/04 | CW | Review and analyze Albemarle's 10K filing to update historical financial statements | 21 | 0.70 | $205.00 | $143.50 |
| 3/19/04 | CW | Prepare LTM financial statements for Albemarle and update any prior periods for restated financial statements | 21 | 1.40 | $205.00 | $287.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: March 1-31, 2004**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/19/04 | CW | Review and analyze Hercules's 10K filing to update historical financial statements | 21 | 2.90 | $205.00 | $594.50 |
| 3/19/04 | CW | Prepare LTM financial statements for Hercules and update any prior periods for restated financial statements | 21 | 1.60 | $205.00 | $328.00 |
| 3/19/04 | CW | Review and analyze Great Lakes Chemical's 10K filing to update historical financial statements | 21 | 2.80 | $205.00 | $574.00 |
| 3/19/04 | CW | Prepare LTM financial statements for Great Lakes Chemical and update any prior periods for restated financial statements | 21 | 1.40 | $205.00 | $287.00 |
| 3/22/04 | CW | Review and analyze Crompton's 10K filing to update historical financial statements | 21 | 2.80 | $205.00 | $574.00 |
| 3/22/04 | CW | Prepare LTM financial statements for Crompton and update any prior periods for restated financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/22/04 | CW | Prepare LTM financial statements for Crompton and update any prior periods for restated financial statements | 21 | 0.60 | $205.00 | $123.00 |
| 3/22/04 | CW | Review and analyze HB Fuller's 10K filing to update historical financial statements | 21 | 2.30 | $205.00 | $471.50 |
| 3/22/04 | CW | Prepare LTM financial statements for HB Fuller and update any prior periods for restated financial statements | 21 | 1.50 | $205.00 | $307.50 |
| 3/22/04 | CW | Review and analyze Cabot Corp's 10K filing to update historical financial statements | 21 | 2.30 | $205.00 | $471.50 |
| 3/22/04 | CW | Prepare LTM financial statements for Cabot Corp and update any prior periods for restated financial statements | 21 | 1.40 | $205.00 | $287.00 |
| 3/23/04 | CW | Review and analyze PPG Industry's 10K filing to update historical financial statements | 21 | 2.30 | $205.00 | $471.50 |
| 3/23/04 | CW | Prepare LTM financial statements for PPG Industries and update any prior periods for restated financial statements | 21 | 1.60 | $205.00 | $328.00 |
| 3/23/04 | CW | Review and analyze WR Grace's 10K filing to update historical financial statements | 21 | 2.80 | $205.00 | $574.00 |
| 3/24/04 | CW | Prepare LTM financial statements for WR Grace and update any prior periods for restated financial statements | 21 | 1.40 | $205.00 | $287.00 |
| 3/24/04 | CW | Calculate financial ratios for Rohm & Haas for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Engelhard Corp for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Lubrizol for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Cytec Industries for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Albemarle for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Hercules for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Great Lakes Chemical for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Crompton Corp for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for PPG Industries for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for HB Fuller for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for Cabot Corp for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Calculate financial ratios for WR Grace for 2003, 3 year average, 5 year average, 3 year compound growth rates and 5 year compound growth rates | 21 | 0.60 | $205.00 | $123.00 |
| 3/24/04 | CW | Prepare revenues graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |

# W.R. Grace

## Schedule B

**Services Rendered during the Period: March 1-31, 2004**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/24/04 | CW | Prepare total assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/24/04 | CW | Prepare EBITDA graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/24/04 | CW | Restructure historical financial statements for Rohm & Haas to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/24/04 | CW | Restructure historical financial statements for Engelhard Corp. to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/24/04 | CW | Restructure historical financial statements for Lubrizol to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/24/04 | CW | Restructure historical financial statements for Cytec Industries to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/25/04 | CW | Restructure historical financial statements for Hercules to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/25/04 | CW | Restructure historical financial statements for Crompton Corp to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/25/04 | CW | Restructure historical financial statements for PPG Industries to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/25/04 | CW | Restructure historical financial statements for HB Fuller to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/25/04 | CW | Restructure historical financial statements for Cabot Corp to show equity earnings from affiliates as a non-operating item (excluded from EBIT and EBITDA) as WR Grace no longer shows any equity earnings in their financials | 21 | 0.20 | $205.00 | $41.00 |
| 3/25/04 | CW | Prepare gross profit margin receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/25/04 | CW | Prepare EBITDA margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/25/04 | CW | Prepare EBIT margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/25/04 | CW | Prepare EBITDA-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare EBIT-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare revenue growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare EBIT growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare EBITDA growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |

# W.R. Grace

# Schedule B

**Services Rendered during the Period: March 1-31, 2004**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/26/04 | CW | Prepare debt-to-equity graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare debt-to-total capital graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare debt-to-EBITDA graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/26/04 | CW | Prepare days receivable graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/29/04 | CW | Prepare inventory turnover graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/29/04 | CW | Prepare quick ratio graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/29/04 | CW | Prepare current ratio graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 1999 to LTM 12/31/03 and update links to historical financial statements | 21 | 0.90 | $205.00 | $184.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for WR Grace | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Rohm & Haas | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Engelhard Corp | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Lubrizol | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Albemarle | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cytec Industries | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Hercules | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Great Lake Chemicals | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Crompton Corp. | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for PPG Industries | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for HB Fuller | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cabot Corp | 21 | 0.30 | $205.00 | $61.50 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for USG | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Rohm & Haas | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Engelhard | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Lubrizol | 21 | 0.60 | $205.00 | $123.00 |

# W.R. Grace

## Schedule B

**Services Rendered during the Period: March 1-31, 2004**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Albemarle | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Cytec Industries | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Hercules | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Great Lake Chemicals | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for PPG Industries | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Crompton | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for HB Fuller | 21 | 0.60 | $205.00 | $123.00 |
| 3/30/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Cabot Corp | 21 | 0.60 | $205.00 | $123.00 |
| | | **TOTAL Project Category 21: Valuation** | | 90.00 | | $18,994.00 |
| 3/2/04 | MB | Review 2/27/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 3/3/04 | LT | Review engagement status | 26 | 0.50 | $500.00 | $250.00 |
| 3/4/04 | AP | Prepared updated cash flow statement for Grace's full-year summary memo to counsel to clarify the major impacts on cash during the year and highlight the projected uses of cash in the 2004 Grace plan. | 26 | 1.70 | $275.00 | $467.50 |
| 3/4/04 | AP | Prepared updates to the Grace 2004 projections memo to clarify the pre-tax operating earning that is being shown versus the pre-tax operating earnings from the exhibits and highlight the change in earnings between full year 2002 and 2003. | 26 | 1.20 | $275.00 | $330.00 |
| 3/8/04 | MB | Review 3/5/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 3/10/04 | LT | Review and analysis of monthly operating report for January 2004 | 26 | 1.70 | $500.00 | $850.00 |
| 3/22/04 | LT | Review and analysis of updated quarterly and annual forecasts of operations for 2004 | 26 | 1.30 | $500.00 | $650.00 |
| 3/22/04 | AP | Prepared information to better explain our questions regarding the administrative status of the Grace environmental issues and how these issues will be handled during the bankruptcy process. | 26 | 0.30 | $275.00 | $82.50 |
| 3/23/04 | MB | Review 3/19/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 3/23/04 | AP | Prepared updates to the Grace 2004 summary memo to counsel to incorporate additional information regarding the increases to the reserve for vermiculite mining. | 26 | 0.70 | $275.00 | $192.50 |
| 3/29/04 | RM | Review management's discussion of operational and financial information as contained in 10K report(Financial Supplement p85 -95) for 2003 | 26 | 1.10 | $475.00 | $522.50 |
| 3/29/04 | MB | Review account status, open issues and calendar for engagement status and planning | 26 | 0.70 | $475.00 | $332.50 |
| 3/29/04 | MB | Review 3/26/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 3/30/04 | RM | Complete the review management's discussion of operational and financial information as contained in 10K report(financial Supplement( p95 -104) for 2003 | 26 | 1.20 | $475.00 | $570.00 |

Case 01-01139-AMC   Doc 5581-3   Filed 05/14/04   Page 15 of 16

# W.R. Grace

## Schedule B

**Services Rendered during the Period: March 1-31, 2004**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/31/04 | AP | Prepared the Grace January 2004 Balance sheet exhibit as part of the monthly operating report review analysis in order to analyze trends within the key balances for the month. | 26 | 0.80 | $275.00 | $220.00 |
| 3/31/04 | AP | Prepared the January 2004 Statement of Operations for Grace in order to review the performance for the month as part of the monthly operating report review. | 26 | 0.80 | $275.00 | $220.00 |
| 3/31/04 | AP | Prepared the January 2004 Cash Flow statement exhibit for the month operating report review in order to understand the sources and uses of cash during the month. | 26 | 0.80 | $275.00 | $220.00 |
| 3/31/04 | AP | Prepared the January 2004 review of Grace's divisions (Davison and Performance) for the month to understand how each firm performed as part of the monthly operating report review. | 26 | 0.90 | $275.00 | $247.50 |
| 3/31/04 | AP | Prepared the Grace January 2004 Cash analysis in order to understand the liquidity of the firm as of January 31, 2004 as part of the monthly operating report review. | 26 | 0.80 | $275.00 | $220.00 |
| | | **TOTAL Project Category 26: Business Analysis** | | 15.70 | | $5,945.00 |
| 3/1/04 | AP | Reviewed W.R. Grace fourth quarter memo to counsel for clarity of the material changes of the firm during the year and the significant increases in reserves during the fourth quarter in order to be able to determine whether more information is required. | 28 | 1.10 | $275.00 | $302.50 |
| 3/22/04 | AP | Reviewed the Grace updated 2004 projections that were provided to us by the organization to determine the updates that were made to gross margin and whether or not this will impact the projected 2004 results. | 28 | 1.00 | $275.00 | $275.00 |
| | | **TOTAL Project Category 28: Data Analysis** | | 2.10 | | $577.50 |
| | | **TOTAL Schedule 'B'** | | 122.80 | | $31,889.00 |

# W. R. Grace  Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Internet research/document download via PACER | $20.02 |
| Telephone | $23.33 |
| Xerox:   ( 806 x $0.10 per page) | $80.60 |
| **Total Expenses incurred from  March 1-31, 2004** | **$123.95** |