```
Date: 03/23/04            Legal Analysis Systems, Inc.
Time: 8:00pm                                                                Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                         HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 02/20/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1       60.00
 #3112     Telephone calls and correspondence re: meetings at    600.00
           Mt. Sinai on developments in asbestos medical
           information
```

{D0020147:1 }

```
Date: 03/23/04              Legal Analysis Systems, Inc.
Time: 8:00pm                                                           Page 2

                      W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 02/03/04  Peterson   / (16) Plan and Disclosure Statement    0.2     120.00
 #3101     Review TDP values across trusts                  600.00

 02/05/04  Peterson   / (16) Plan and Disclosure Statement    0.3     180.00
 #3102     Work on analysis of payments to asbestos claimants 600.00

 02/05/04  Peterson   / (16) Plan and Disclosure Statement    0.1      60.00
 #3103     Telephone Relles re: analyses                    600.00

 02/05/04  Relles     / (16) Plan and Disclosure Statement    0.1      37.50
 #3301     telephone Peterson re: analysis requirements     375.00

 02/12/04  Peterson   / (16) Plan and Disclosure Statement    0.4     240.00
 #3104     Compile information from various trusts' payments; 600.00
           estimate parameters about payment percentage,
           percent involved

 02/13/04  Peterson   / (16) Plan and Disclosure Statement    0.4     240.00
 #3105     Work on compiling information from various trusts 600.00

 02/13/04  Relles     / (16) Plan and Disclosure Statement    0.1      37.50
 #3302     develop order statistics trends for settlement    375.00
           amounts of various defendants

 02/14/04  Peterson   / (16) Plan and Disclosure Statement    0.1      60.00
 #3106     Review data from trusts; correspondence with      600.00
           Lockwood

 02/15/04  Peterson   / (16) Plan and Disclosure Statement    0.1      60.00
 #3107     Work on analysis of forecasts of trusts' payments 600.00

 02/17/04  Peterson   / (16) Plan and Disclosure Statement    0.1      60.00
 #3110     Review analyses of trust payments                 600.00

 02/17/04  Relles     / (16) Plan and Disclosure Statement    0.1      37.50
 #3306     rerun projections, aggregating by status of Trusts 375.00

 02/20/04  Peterson   / (16) Plan and Disclosure Statement    0.7     420.00
 #3111     Work on analysis of payments across all trusts    600.00

 02/24/04  Peterson   / (16) Plan and Disclosure Statement    0.4     240.00
 #3113     Work on analysis of tort and trust payments       600.00

 02/25/04  Peterson   / (16) Plan and Disclosure Statement    0.2     120.00
 #3114     review analysis of tort and trust payments        600.00
```

```
Date: 03/23/04              Legal Analysis Systems, Inc.
Time: 8:00pm                                                          Page 3

                   W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 02/27/04  Peterson  / (16) Plan and Disclosure Statement     0.4     240.00
 #3115     Work on report on payments through tort and trusts 600.00

 02/28/04  Peterson  / (16) Plan and Disclosure Statement     0.2     120.00
 #3116     Finish compilation of parameters for estimating    600.00
           total trust payments
```

```
Date: 03/23/04              Legal Analysis Systems, Inc.
Time: 8:00pm                                                         Page 4

                        W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 02/15/04  Relles    / (28) Data Analysis                        0.2    75.00
 #3303     set up datasets to estimate expected payouts for   375.00
           existing, proposed, and future trusts

 02/15/04  Relles    / (28) Data Analysis                        0.2    75.00
 #3304     debug and run estimation programs                  375.00

 02/16/04  Peterson  / (28) Data Analysis                        0.2   120.00
 #3108     Work on analysis of forecasts of trusts' payments  600.00

 02/16/04  Peterson  / (28) Data Analysis                        0.1    60.00
 #3109     telephone Relles re: results of estimation process 600.00

 02/16/04  Relles    / (28) Data Analysis                        0.1    37.50
 #3305     telephone Peterson re: results of estimation process 375.00

 02/23/04  Relles    / (28) Data Analysis                        0.2    75.00
 #3307     download new Manville data, examine file structure, 375.00
           extract to flat files

 02/24/04  Relles    / (28) Data Analysis                        0.2    75.00
 #3308     fix SPSS dates, format and build analytical files, 375.00
           look at frequencies and listings

 02/25/04  Relles    / (28) Data Analysis                        0.4   150.00
 #3309     explore duplicates in Manville data; develop       375.00
           tabulations to describe trends over time

-----------------------------------------------------------------------------
```

{D0020147:1 }

```
Date: 03/23/04              Legal Analysis Systems, Inc.
Time: 8:00pm                                                              Page 5

                         W. R. Grace (continued)

                  Summary Of Time Charges, By Month and Activity
                         February 2004 - February 2004

 MONTH         ACTIVITY                                         HOURS     AMOUNT
 -------------------------------------------------------------------------------
 February  - (05) Claims Anal Objectn/Resolutn (Asbest)           0.1      60.00
 February  - (16) Plan and Disclosure Statement                   3.9    2272.50
 February  - (28) Data Analysis                                   1.6     667.50
 February  - (99) Total                                           5.6    3000.00

 Total     - (05) Claims Anal Objectn/Resolutn (Asbest)           0.1      60.00
 Total     - (16) Plan and Disclosure Statement                   3.9    2272.50
 Total     - (28) Data Analysis                                   1.6     667.50
 Total     - (99) Total                                           5.6    3000.00


-------------------------------------------------------------------------------
```

```
Date: 03/23/04              Legal Analysis Systems, Inc.
Time: 8:00pm                                                              Page 6

                   W. R. Grace (continued)

             Summary Of Time Charges, By Month and Person
                    February 2004 - February 2004

 MONTH       PERSON                                            HOURS    AMOUNT
 ------------------------------------------------------------------------------
 February  - Relles                                              1.6     600.00
 February  - Peterson                                            4.0    2400.00
 February  - Total                                               5.6    3000.00

 Total     - Relles                                              1.6     600.00
 Total     - Peterson                                            4.0    2400.00
 Total     - Total                                               5.6    3000.00


 ------------------------------------------------------------------------------
```

```
Date: 03/23/04              Legal Analysis Systems, Inc.
Time: 8:00pm                                                          Page 7

                    W. R. Grace (continued)

          Summary Of Time Charges, By Activity, Month, and Person
                      February 2004 - February 2004

MONTH       PERSON                                HOURS    RATE     AMOUNT
---------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

February  - Peterson                                0.1    600.      60.00

(16) Plan and Disclosure Statement

February  - Relles                                  0.3    375.     112.50
February  - Peterson                                3.6    600.    2160.00

(28) Data Analysis

February  - Relles                                  1.3    375.     487.50
February  - Peterson                                0.3    600.     180.00

---------------------------------------------------------------------------
```

{D0020147:1 }