```
Date: 04/21/04          Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 1


                 W. R. Grace, Inc. % Elihu Inselbuch
                 Caplin & Drysdale
                 399 Park Avenue, 27th Floor
                 New York, New York 10022


Date/Slip# Description                            HOURS/RATE   AMOUNT
--------------------------------------------------------------------
03/01/04  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 0.2    75.00
#4301     read Rand asbestos report                     375.00

03/02/04  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) 0.4   240.00
#4102     review and develop arguments re: Rand report (.3);  600.00
          telephone Relles (.1) re: Rand report

03/02/04  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 0.2    75.00
#4305     read Rand asbestos report                     375.00

03/02/04  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1    37.50
#4306     telephone Peterson re: Rand asbestos report; write  375.00
          email to Jim Hammitt re: review of Rand asbestos
          report

03/03/04  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) 0.2   120.00
#4104     review Rand report; telephone Finch re: report   600.00

03/04/04  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) 0.5   300.00
#4106     review Rand report and develop analyses to critique 600.00
          Rand report (.4); telephone Relles re: report (.1)

03/04/04  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1    37.50
#4309     telephone Peterson re: discuss Rand report, analyses 375.00
          related to its review

03/05/04  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) 0.4   240.00
#4107     work on review of Rand report (.3); telephone Relles 600.00
          (.1) re: same

03/07/04  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) 0.2   120.00
#4108     work on review of Rand report                 600.00

03/08/04  Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) 0.2   120.00
#4110     work on review of Rand report                 600.00

03/08/04  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1    37.50
#4312     frequency of mention of firms in various SICs   375.00

03/09/04  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1    37.50
#4314     read Rand ICJ report on asbestos liability     375.00
```

{D0020977:1 }

```
Date: 04/21/04           Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 2

            W. R. Grace (continued)


Date/Slip# Description                               HOURS/RATE   AMOUNT
------------------------------------------------------------------------
03/10/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.6    360.00
#4111     work on review of Rand report; review data compiled  600.00
          to address Rand issues

03/10/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1     37.50
#4315     email correspondence with Rand report reviewers      375.00

03/10/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1     37.50
#4316     build transition matrices for review of Rand report  375.00

03/11/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.7    420.00
#4112     work on review of Rand report; review data compiled  600.00
          to address Rand issues

03/11/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.3    112.50
#4317     read Rand ICJ report on asbestos liability           375.00

03/12/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.8    480.00
#4115     analysis and review of Rand report and issues        600.00

03/13/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 1.1    660.00
#4116     analysis and review of Rand report and issues (1.0); 600.00
          telephone Relles (.1) re: same

03/13/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.4    150.00
#4318     write introductory section to review of ICJ report   375.00
          (.3); telephone Peterson (.1) re: structure of
          review

03/14/04  Brelsford / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1     20.00
#4801     telephone Relles re: developing commented document   200.00
          to respond to draft Rand report

03/14/04  Brelsford / (05) Claims Anal Objectn/Resolutn (Asbest) 0.3     60.00
#4802     format commented document reviewing Rand report      200.00

03/14/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 1.6    960.00
#4118     analysis and review of Rand report and issues (1.5); 600.00
          telephone Relles (.1) re: same

03/14/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.6    225.00
#4319     telephone Peterson re: review of ICJ report (.1);    375.00
          read and revise Peterson review of ICJ report (.5)
```

{D0020977:1 }

Date: 04/21/04            Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 3

                    W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
03/15/04  Brelsford / (05) Claims Anal Objectn/Resolutn (Asbest) 0.3    60.00
#4804     format commented document reviewing Rand report      200.00

03/15/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 1.4   840.00
#4119     analysis and review of Rand report and issues        600.00

03/15/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.6   225.00
#4322     revise and edit Peterson review of ICJ report;       375.00
          produce final documents

03/17/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1    60.00
#4122     miscellaneous telephone calls with Relles re: ICJ    600.00
          report, graphics and analysis for Friday meeting
          with insulator union heads

03/17/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1    37.50
#4325     search through earlier reports re: Navigant decrease 375.00
          in liability estimates

03/17/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1    37.50
#4326     miscellaneous telephone calls with Peterson re: ICJ  375.00
          report, graphics and analysis for Friday meeting
          with insulator union heads

03/18/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.2   120.00
#4127     review CBO analyses of costs of compensating victims 600.00
          through alternative claims procedures

03/18/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1    60.00
#4128     telephone Relles re: results of Inselbuch            600.00
          conversation, status of ICJ paper

03/18/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1    37.50
#4330     telephone Peterson re: results of Inselbuch          375.00
          conversation, status of ICJ paper

03/24/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1    60.00
#4136     telephone Relles re: CBO report                      600.00

03/24/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.1    37.50
#4339     telephone Peterson re: CBO report                    375.00

03/25/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.6   360.00
#4137     review CBO documents and work on analysis in         600.00
          response

{D0020977:1 }

Date: 04/21/04          Legal Analysis Systems, Inc.
Time: 8:00am                                                      Page 4

                    W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
---------------------------------------------------------------------------
03/25/04   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    75.00
#4340      read CBO report, outline possible simulation study    375.00

03/26/04   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    60.00
#4138      telephone Relles (several) re: CBO analysis of costs  600.00
           of compensating asbestos victims

03/26/04   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    37.50
#4341      telephone Peterson re: CBO report, simulation study   375.00

03/26/04   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    37.50
#4342      telephone Peterson re: CBO report                    375.00

03/29/04   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    75.00
#4347      build tables and summaries to indicate why CBO is    375.00
           far off in their determination of pending claims

03/31/04   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    37.50
#4348      telephone Peterson re: CBO uncertainties report;     375.00
           develop briefing slides on CBO uncertainties

Date: 04/21/04          Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 5

              W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
03/01/04  Peterson  / (16) Plan and Disclosure Statement       0.6   360.00
#4101     work on analysis of current payments for claims     600.00
          (.5); telephone Relles (.1) re: same

03/01/04  Relles    / (16) Plan and Disclosure Statement       0.1    37.50
#4302     read Peterson memo on S.1125                         375.00

03/01/04  Relles    / (16) Plan and Disclosure Statement       0.1    37.50
#4303     telephone Peterson re: S.1125 memo                   375.00

03/01/04  Relles    / (16) Plan and Disclosure Statement       0.2    75.00
#4304     run sensitivity computations for Peterson memo       375.00

03/02/04  Peterson  / (16) Plan and Disclosure Statement       0.2   120.00
#4103     review documents re: alternative process for paying  600.00
          claims

03/02/04  Relles    / (16) Plan and Disclosure Statement       0.2    75.00
#4307     examine specific attorney payments relative to       375.00
          general levels of payment

03/03/04  Peterson  / (16) Plan and Disclosure Statement       0.4   240.00
#4105     complete and review memo on tort and trust           600.00
          compensation

03/03/04  Relles    / (16) Plan and Disclosure Statement       0.2    75.00
#4308     examine specific attorney payments relative to       375.00
          general levels of payment

03/05/04  Relles    / (16) Plan and Disclosure Statement       0.1    37.50
#4310     telephone Peterson re: review Manville summary       375.00
          tables

03/08/04  Peterson  / (16) Plan and Disclosure Statement       0.4   240.00
#4109     work on documents and analysis re: S.1125            600.00

03/08/04  Relles    / (16) Plan and Disclosure Statement       0.1    37.50
#4311     filings against Manville vs defendants in the tort   375.00
          system

03/09/04  Relles    / (16) Plan and Disclosure Statement       0.1    37.50
#4313     look for punitive damages information                375.00

03/12/04  Peterson  / (16) Plan and Disclosure Statement       0.1    60.00
#4113     review documents and arguments about alternative     600.00
          methods for compensating asbestos claims

Date: 04/21/04          Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 6

                W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
03/12/04   Peterson  / (16) Plan and Disclosure Statement      0.2    120.00
#4114      telephone various lawyers about alternative methods 600.00
           for compensating asbestos claimants

03/13/04   Peterson  / (16) Plan and Disclosure Statement      0.2    120.00
#4117      prepare analysis of percent of money by disease    600.00
           categories for asbestos trusts; telephone Finch re:
           analysis

03/16/04   Peterson  / (16) Plan and Disclosure Statement      0.4    240.00
#4120      review all documents re: costs of claims           600.00

03/16/04   Peterson  / (16) Plan and Disclosure Statement      0.1     60.00
#4121      telephone Relles re: collecting documents re: costs 600.00
           of claims

03/16/04   Relles    / (16) Plan and Disclosure Statement      0.1     37.50
#4323      go through all memos distributed in estimating total 375.00
           cost of asbestos litigation, send list to Peterson

03/16/04   Relles    / (16) Plan and Disclosure Statement      0.1     37.50
#4324      telephone Peterson re: collecting documents re:     375.00
           costs of claims

03/17/04   Peterson  / (16) Plan and Disclosure Statement      0.2    120.00
#4123      telephone Taylor; Forscey; Inselbuch & Finch all re: 600.00
           changes in methods for compensating asbestos claims

03/17/04   Peterson  / (16) Plan and Disclosure Statement      0.5    300.00
#4124      review and revise memo re: payments to asbestos     600.00
           claimants in tort and through trust process

03/17/04   Peterson  / (16) Plan and Disclosure Statement      0.1     60.00
#4125      review arguments about costs of alternative claims  600.00
           processes

03/18/04   Peterson  / (16) Plan and Disclosure Statement      0.4    240.00
#4126      correspondence with Taylor; locate and send         600.00
           documents about qualification for payments under
           claims criteria

03/18/04   Relles    / (16) Plan and Disclosure Statement      0.2     75.00
#4327      read and comment on Peterson memo to Inselbuch about 375.00
           average settlements

Date: 04/21/04          Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 7

                 W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
03/18/04  Relles   / (16) Plan and Disclosure Statement     0.1     37.50
#4328     revise and send attorney settlement values memo 375.00

03/18/04  Relles   / (16) Plan and Disclosure Statement     0.1     37.50
#4329     prepare materials for Palm Springs meeting      375.00

03/19/04  Peterson / (16) Plan and Disclosure Statement     0.3    180.00
#4129     meet with Relles to prepare for meeting with    600.00
          representatives of Insulators' Union

03/19/04  Peterson / (16) Plan and Disclosure Statement     0.2    120.00
#4130     lunch meeting with Insulators' Union re:         600.00
          compensating asbestos victims

03/19/04  Peterson / (16) Plan and Disclosure Statement     0.3    180.00
#4131     meet with Relles re: planning for further work for 600.00
          Insulators' Union

03/19/04  Peterson / (16) Plan and Disclosure Statement     0.1     60.00
#4132     review description of current asbestos litigation 600.00
          processes

03/19/04  Relles   / (16) Plan and Disclosure Statement     0.3    112.50
#4331     meet with Peterson to prepare for Insulators' Union 375.00
          meeting

03/19/04  Relles   / (16) Plan and Disclosure Statement     0.2     75.00
#4332     meet with Insulator's Union                      375.00

03/19/04  Relles   / (16) Plan and Disclosure Statement     0.3    112.50
#4333     meet with Peterson re: Insulators' Union follow-up 375.00
          work

03/21/04  Peterson / (16) Plan and Disclosure Statement     0.2    120.00
#4133     review payments for various categories in trust  600.00
          distribution procedures

03/21/04  Relles   / (16) Plan and Disclosure Statement     0.2     75.00
#4334     sort through old TDP runs for 6 defendants;      375.00
          summarize percentage by disease; send to Peterson

03/22/04  Peterson / (16) Plan and Disclosure Statement     0.3    180.00
#4134     telephone Forscey, Finch re: analysis of         600.00
          distributions of payments by Trust TDPs; re:
          analyses of exposures and payments

{D0020977:1 }

Date: 04/21/04          Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 8

                 W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
03/22/04   Peterson  / (16) Plan and Disclosure Statement     0.1      60.00
#4135      telephone Relles re: analysis of distributions of 600.00
           payments by Trust TDPs; re: analyses of exposures
           and payments

03/22/04   Relles    / (16) Plan and Disclosure Statement     0.1      37.50
#4335      update and send memos to Inselbuch and Finch     375.00

03/22/04   Relles    / (16) Plan and Disclosure Statement     0.1      37.50
#4336      correspondence with Finch, update disease        375.00
           distribution for all TDPs run

03/22/04   Relles    / (16) Plan and Disclosure Statement     0.1      37.50
#4337      telephone Peterson re: discuss analysis of recent 375.00
           exposures, discuss status of TDP analysis

03/24/04   Relles    / (16) Plan and Disclosure Statement     0.1      37.50
#4338      telephone Finch re: statistical issues in upcoming 375.00
           deposition

03/27/04   Peterson  / (16) Plan and Disclosure Statement     0.5     300.00
#4139      work on analysis of costs of compensating asbestos 600.00
           victims

03/27/04   Relles    / (16) Plan and Disclosure Statement     0.3     112.50
#4343      determine number of unresolved claimants against  375.00
           bankruptcy defendants and Manville

03/29/04   Peterson  / (16) Plan and Disclosure Statement     0.6     360.00
#4140      work on analysis of alternative methods for       600.00
           compensation asbestos claims (.5); telephone Relles
           (.1) re: same

03/30/04   Peterson  / (16) Plan and Disclosure Statement     0.8     480.00
#4141      work on analysis of costs under alternative methods 600.00
           for compensating asbestos victims

03/31/04   Peterson  / (16) Plan and Disclosure Statement     0.6     360.00
#4142      work on analysis of costs under alternative methods 600.00
           for compensating asbestos victims (.5); telephone
           Relles (.1) re: uncertainties report

Date: 04/21/04          Legal Analysis Systems, Inc.
Time: 8:00am                                                      Page 9

               W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
03/14/04   Relles    / (28) Data Analysis                    0.1     37.50
#4320      telephone Brelsford re: developing review document 375.00
           from Peterson rough notes

03/15/04   Brelsford / (28) Data Analysis                    0.1     20.00
#4803      telephone Relles re: developing review document from 200.00
           Peterson rough notes

03/15/04   Relles    / (28) Data Analysis                    0.1     37.50
#4321      telephone Brelsford re: developing review document 375.00

03/25/04   Brelsford / (28) Data Analysis                    0.1     20.00
#4805      update commented documents                      200.00

03/29/04   Relles    / (28) Data Analysis                    0.4    150.00
#4344      build datasets based on ten defendants' data:    375.00
           extract social security numbers, names, and numbers
           of open claims

03/29/04   Relles    / (28) Data Analysis                    0.2     75.00
#4345      link defendants' datasets, check output, eliminate 375.00
           inconsistencies

03/29/04   Relles    / (28) Data Analysis                    0.1     37.50
#4346      telephone Peterson re: results of linking        375.00
           defendants' data, produce analysis tables

--------------------------------------------------------------------------

{D0020977:1 }

```
Date: 04/21/04            Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 10

                  W. R. Grace (continued)

            Summary Of Time Charges, By Month and Activity
                    March 2004 - March 2004

   MONTH      ACTIVITY                                HOURS   AMOUNT
   --------------------------------------------------------------------
   March    - (05) Claims Anal Objectn/Resolutn (Asbest)  14.0   7220.00
   March    - (16) Plan and Disclosure Statement          11.2   5955.00
   March    - (28) Data Analysis                           1.1    377.50
   March    - (99) Total                                  26.3  13552.50

   Total    - (05) Claims Anal Objectn/Resolutn (Asbest)  14.0   7220.00
   Total    - (16) Plan and Disclosure Statement          11.2   5955.00
   Total    - (28) Data Analysis                           1.1    377.50
   Total    - (99) Total                                  26.3  13552.50
```

--------------------------------------------------------------------------------

{D0020977:1 }

```
Date: 04/21/04            Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 11

                W. R. Grace (continued)

             Summary Of Time Charges, By Month and Person
                    March 2004 - March 2004

MONTH       PERSON                              HOURS    AMOUNT
------------------------------------------------------------------------
March      - Relles                              8.3    3112.50
March      - Peterson                           17.1   10260.00
March      - Brelsford                           0.9     180.00
March      - Total                              26.3   13552.50

Total      - Relles                              8.3    3112.50
Total      - Peterson                           17.1   10260.00
Total      - Brelsford                           0.9     180.00
Total      - Total                              26.3   13552.50


------------------------------------------------------------------------------
```

Date: 04/21/04          Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 12

                    W. R. Grace (continued)

             Summary Of Time Charges, By Activity, Month, and Person
                       March 2004 - March 2004

MONTH      PERSON                          HOURS   RATE    AMOUNT
----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

March      - Relles                         4.0    375.   1500.00
March      - Peterson                       9.3    600.   5580.00
March      - Brelsford                      0.7    200.    140.00

(16) Plan and Disclosure Statement

March      - Relles                         3.4    375.   1275.00
March      - Peterson                       7.8    600.   4680.00

(28) Data Analysis

March      - Relles                         0.9    375.    337.50
March      - Brelsford                      0.2    200.     40.00

--------------------------------------------------------------------------------

{D0020977:1 }