**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 4080
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

February 29, 2004

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10505

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/1/2004 | WHS | detailed review of PWC 10th Int FR | 0.10 | 27.50 |
| 2/2/2004 | WHS | receive and review 3 misc pleadings | 0.10 | 27.50 |
| | SLB | draft e-mail to all Grace applicants requesting 10th Interim project category summaries (.8) ; e-mail G. Levin - Woodcock re. same (.2) | 1.00 | 110.00 |
| | SLB | telephone conference with J. Melchers - Nelson Mullins re. 10th Int. application (.3) | 0.30 | 33.00 |
| | SLB | complete draft of 10th Interim Final Report - HRO (1.4) | 1.40 | 154.00 |
| 2/3/2004 | SLB | telephone conference with P. Cuniff - Pachulski re project category summary (.3) | 0.30 | 33.00 |
| | WHS | detailed review of Lukins 10th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of CBBG 10th Int FR | 0.10 | 27.50 |
| | JBA | Electronic filing with court of Final Reports re: Holme Roberts 10th Interim (.1), PWC 10th Interim (.1), and Caplin 10th Interim (.2) | 0.40 | 16.00 |

214 698-3868

W.R. Grace & Co.    Page 2

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/3/2004 | AV | Update database with 07.03 - 09.03 10th Int. Invoice for Elzufon (.1); 07.03 - 09.03 10th Int. Invoice for Blizin (.1); 11.03 Monthly Invoice for Bilzin (.1); 11.03 Monthly Invoice for Protiviti (.1); 12.03 Monthly Invoice for Protiviti (.1) | 0.50 | 20.00 |
| | SLB | complete draft of 10th Interim Final Report - CBBG (2.1) ; complete draft of 10th Interim Final Report - Lukins (2.5) ; complete draft of 10th Interim Final Report - K&E (2.8) | 7.40 | 814.00 |
| | SLB | draft e-mail to PwC, Pachulski, Woodcock, Stroock, LAS and CBBG re. project summary sheets (.8) | 0.80 | 88.00 |
| 2/4/2004 | SLB | telephone conference with J. Sakalo re Bilzen 10th Int. response and Conway 10th Int. application (.3) | 0.30 | 33.00 |
| | SLB | complete draft of 10th Int. Final Report - Reed Smith (3.8) ; complete review of app. and draft of 10th Int. Final Report - Nelson Mullins (3.4) | 7.20 | 792.00 |
| | JBA | Update database with Nelson Mullins 10th Interim app and e-detail | 0.10 | 4.00 |
| | WHS | detailed review of Reed 10th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Nelson Mullins 10th Int FR | 0.10 | 27.50 |
| 2/5/2004 | WHS | detailed review of Protiviti 10th Int FR | 0.10 | 27.50 |
| | WHS | revise Conway 10th Int FR | 0.10 | 27.50 |
| | SLB | complete draft of 10th Int. Final Report - Protiviti (2.2) ; complete draft of 10th Int. Amended Final Reports - Elzufon and Kramer (.9) ; recheck all 10 Int. final report totals in preparation of preparing spread sheet (2.5) | 5.60 | 616.00 |
| | SLB | telephone conference (2) with J. Sakalo re Bilzen 10 Int. response and Conway status (.4) | 0.40 | 44.00 |
| | AV | Update database with 07.03 - 09.03 10th Int. Invoice for Steptoe (.1); 12.03 Monthly Invoice for Stroock (.1); 12.03 Monthly Invoice for FTI (.1) | 0.30 | 12.00 |
| | WHS | receive, review, and respond to e-mail from Scott Baena | 0.10 | 27.50 |

W.R. Grace & Co.  Page 3

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/5/2004 | JBA | Electronic filing with court of Final Reports re: CBBG 10th Interim (.2), Lukins 10th Interim (.1), Nelson 10th Interim (.1), Reed Smith 10th Interim (.1), and Conaway 10th Interim (.1) | 0.60 | 24.00 |
| | JBA | Update database with Reed Smith 12.03 e-detail | 0.10 | 4.00 |
| 2/6/2004 | SLB | complete draft of 10th Int. Final Report - Bilzin (.9) ; continue compilation of fee and expense totals for 10th Int. (1.4) ; update Grace status chart (.5) | 2.80 | 308.00 |
| | JBA | Electronic filing with court of Final Reports re: Amended Kramer 10th Interim (.2), Protiviti 10th Interim (.2), and Bilzin 10th (.1) | 0.50 | 20.00 |
| | JAW | detailed review of Kirkland December, 2003, monthly invoice (5.2); draft summary of same (0.3) | 5.50 | 742.50 |
| 2/9/2004 | PGS | Preparation of January 2004 Monthly Invoice for WHS | 0.50 | 40.00 |
| 2/10/2004 | AV | Update database with 11.03 Monthly Invoice for Ferry (.1) | 0.10 | 4.00 |
| | AV | Update database with 10th Int. Initial Report response for Carella (.1); 12.03 Monthly Invoice for Holme (.1); 10.03 - 12.03 11th Int. Invoice for Pachulski (.1); 12.03 Monthly Invoice for Reed (.1); 12.03 Monthly Invoice for Ferry (.1); 12.03 Monthly Invoice for PWC (.1) | 0.60 | 24.00 |
| 2/11/2004 | JBA | Update database with Conway 10th Interim App and e-detail, and Tersigni 12.03 e-detail | 0.10 | 4.00 |
| | SLB | review 10th Int. files and begin Project Category spreadsheet assembly and review (3.30) | 3.30 | 363.00 |
| 2/12/2004 | PGS | Electronic filing with court of January 2004 Monthly Invoice of WHS | 0.10 | 8.00 |
| | JBA | Electronic filing with court of Final Reports re: Amended Protiviti 10th Interim (.1), and Steptoe 10th Interim (.1) | 0.20 | 8.00 |
| | JBA | Update database with PWC 11th Interim App and e-detail | 0.10 | 4.00 |
| | SLB | begin review of 10th Interim application and initial report - BMC (3.2) | 3.20 | 352.00 |

W.R. Grace & Co. Page 4

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/12/2004 | SLB | complete initial review and compilation of all fees and expenses for 10th Interim spreadsheet (4.3) | 4.30 | 473.00 |
| | WHS | detailed review of Steptoe 10th Int FR | 0.10 | 27.50 |
| | AV | Update database with 12.03 Monthly Invoice for Wallace (.1); 12.03 Monthly Invoice for Woodcock (.1); 12.03 Monthly Invoice for Casner (.1); 01.04 Monthly Invoice for Carella (.1); 10.03 - 12.03 11th Int. Invoice for Holme (.1) | 0.50 | 20.00 |
| 2/13/2004 | SLB | continue review and draft of 10th Interim initial report - BMC (7.7) | 7.70 | 847.00 |
| | JBA | Update database with 11th Interim App and e-detail for: Campbell, Caplin, and Tersigni | 0.10 | 4.00 |
| | PGS | Preparation of CNO for December 2003 of WHS | 0.10 | 8.00 |
| 2/16/2004 | JBA | Update database with BMC 10th Interim app/e-detail | 0.10 | 4.00 |
| 2/17/2004 | JAW | detailed review of Woodcock December, 2003, monthly invoice (1.0); draft summary of same (0.1) | 1.10 | 148.50 |
| | JAW | detailed review of Wallace King December, 2003, monthly invoice (1.1); draft summary of same (0.3) | 1.40 | 189.00 |
| | JAW | detailed review of Carillo January, 2004, monthly invoice (1.1); draft summary of same (0.1) | 1.20 | 162.00 |
| | SLB | complete draft of 10th Int. Final Report - BMC (1.4) | 1.40 | 154.00 |
| | AV | Update database with 07.03 - 09.03 10th Int. Invoice for Conway (.1); 12.03 Monthly Invoice for Tersigni (.1); 10.03 - 12.03 11th Int. Invoice for Klett (.1) | 0.30 | 12.00 |
| | WHS | detailed review of BMC 10th Int FR | 0.10 | 27.50 |
| 2/18/2004 | JBA | Electronic filing with court of Final Report re: BMC 10th Interim | 0.10 | 4.00 |

W.R. Grace & Co.  Page 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/19/2004 | AV | Update database with 10.03 - 12.03 11th Int. Invoice for Reed (.1); 10.03 - 12.03 11th Int. Invoice for PWC (.1) | 0.20 | 8.00 |
| | PGS | Electronic filing with court of the 11th Interim Fee Application of WHS | 0.20 | 16.00 |
| | PGS | Preparation of 11th Interim Fee Application for the period Oct 1, 2003 - December 31, 2003 | 3.70 | 296.00 |
| 2/20/2004 | SLB | complete drafts of 10th Int. Amended final reports - RPWB, Lukins, Elzufon (8.6) | 8.60 | 946.00 |
| | JAW | detailed review of Stroock December, 2003, monthly invoice (0.9); draft summary of same (0.1) | 1.00 | 135.00 |
| | JAW | detailed review of Tersigni December, 2003, monthly invoice (1.0); draft summary of same (0.1) | 1.10 | 148.50 |
| 2/21/2004 | JAW | detailed review of FTI December, 2003, monthly invoice (1.6); draft summary of same (0.1) | 1.70 | 229.50 |
| 2/23/2004 | SLB | complete review and begin draft of Deloitte & Touche initial report (4.3) | 4.30 | 473.00 |
| | JAW | detailed review of PwC December, 2003, monthly invoice (2.1); draft summary of same (0.1) | 2.20 | 297.00 |
| 2/24/2004 | SLB | review and revise 10th Int. fee and expense charts in preparation for sending to all applicants (4.7) | 4.70 | 517.00 |
| | SLB | draft e-mails to Nelson Mullins and BMC re 10th Int. filings (.8) ; e-mail to Deloitte & Touche re April-June 2003 monthly applications (.3) | 1.10 | 121.00 |
| | SLB | telephone conference with J. Melchers - Nelson Mullins re 10th Int. filing (.3) ; telephone conference with Tony Scora - Deloitte re application process (.4) | 0.70 | 77.00 |
| | AV | Update database with 12.03 Monthly Invoice for Pitney (.1) | 0.10 | 4.00 |
| 2/25/2004 | SLB | draft e-mail to all applicants for fee and expense charts (2.1) | 2.10 | 231.00 |

W.R. Grace & Co. Page 6

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/25/2004 | SLB | review and correct 10th Int. fee and expense charts (5.7) | 5.70 | 627.00 |
| 2/26/2004 | JBA | draft Project Category Spreadsheet to send to applicatnts for approval | 0.20 | 8.00 |
| 2/27/2004 | SLB | e-mails to/from Pachulski, K&E, LAS, Reed Smith, CBBG, Casner, Woodcock, Caplin, RPWB, Stroock (4.4) | 4.40 | 484.00 |
| | SLB | continue to review and correct 10th Interim fee & expense charts (3.8) | 3.80 | 418.00 |

**For professional services rendered**     **108.90 $12,038.50**

Additional Charges :

| | Price | |
|---|---|---|
| Third party copies & document prep/setup of Amended Final Report of Kramer for the period 07/01/03 - 09/30/03; Final Report of Protiviti and Bilzin for the period 07/01/03 - 09/30/03 | 39.76 | 39.76 |
| Third party copies & document prep/setup of Final Report of Reed Smith, Nelson, Lukins, CBBG, Conway for the period 07/01/03 - 09/30/03 | 76.12 | 76.12 |
| Third party copies & document prep/setup of Final Report of Stroock for the period 07/01/03 - 09/30/03 | 14.27 | 14.27 |
| Third party copies & document prep/setup of Final Report of Wallace and LAS for the period 07/01/03 - 09/30/03 | 28.20 | 28.20 |
| Third party copies & document prep/setup of Final Report of Holme, PwC and Caplin for the period 07/01/03 - 09/30/03 | 45.18 | 45.18 |
| Third party copies & document prep/setup of Final Report of Kramer, Klett, Pitney, Tersigni, FTI, Woodcock Ferry and Pachulski for the period 07/01/03 - 09/30/03 | 100.96 | 100.96 |
| Third party copies & document prep/setup of Initial Report of Lukins, Pachulski, Wallace King, CBBG, Holme, LAS, Kirkland, Bilzin, Caplin, Protiviti, Richardson and PwC for the period 07/01/03 - 09/30/03; Final Report of Campbell, Casner, Elzufon, Duane and Reed Smith for the period of 07/01/03 - 09/30/03 | 65.41 | 65.41 |

**Total costs**     **$369.90**

W.R. Grace & Co. Page 7

**Amount**

**Total amount of this bill** $12,408.40

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alayne Volfson | 2.60 | 40.00 | $104.00 |
| James A Wehrmann | 15.20 | 135.00 | $2,052.00 |
| Jeff B. Allgood | 2.60 | 40.00 | $104.00 |
| Priscilla G Stidham | 4.60 | 80.00 | $368.00 |
| Stephen L. Bossay | 82.80 | 110.00 | $9,108.00 |
| Warren H Smith | 1.10 | 275.00 | $302.50 |