IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

* * * * * * * * * * * * * * * * * * * * * * * *
|  |  |
|---|---|
| In re | Chapter 11<br>Case No. 01-01139 (JKF)<br>Jointly Administered |
| W.R. GRACE & CO., *et al.*, | |
| Debtor. | **Hearing Date: May 24, 2004 at 12:00 p.m.**<br>**Related Main Case Docket Nos. 5424 and 5455**<br>**Adversary Docket Nos. 195 and 199** |

* * * * * * * * * * * * * * * * * * * * * * * *

## LIBBY CLAIMANTS' MOTION FOR LEAVE TO FILE LIBBY CLAIMANTS' RESPONSE TO OBJECTIONS TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND PRELIMINARY INJUNCTION TO TAKE PERPETUATION DEPOSITIONS[1]

Claimants injured by exposure to tremolite asbestos from the Debtors' operations in and near Libby, Montana[2] (the "Libby Claimants"), by and through their counsel, McGarvey, Heberling, Sullivan & McGarvey, P.C.; Cohn Khoury Madoff & Whitesell LLP; and Landis Rath & Cobb LLP, hereby request authority pursuant to Del.Bankr.LR 9006-1(d) to file a response (the "Response") to: (i) Debtors' Response in Objection to Libby Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions dated April 30, 2004 (the "Debtors' Objection") [Adversary Docket No. 199], (ii) Maryland Casualty Company's Conditional Objection to Libby Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions dated April 19, 2004 (the "Maryland Casualty Objection") [Main Case Docket No. 5455], and (iii) Objection of Continental Casualty Company to the Libby Claimants' Motions Requesting an Order (i)

---

[1] An identical pleading is being filed contemporaneously in Adversary Proceeding No. A-01-771 because the underlying relief being sought is from the Preliminary Injunction (as defined in the Motion) as well as from the automatic stay.

[2] As identified in the Verified Statement of Cohn Khoury Madoff & Whitesell LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 4807] filed in Case No. 01-01139 (JFK), as it may be amended and supplemented from time to time.

Deferring or Staying Entry of an Order on Debtors' Motion for Contempt of Court, and (ii) Seeking Relief from the Automatic Stay and Injunction dated April 19, 2004 (the "CNA Objection") [Adversary Docket No. 195]. The hearing on the Libby Claimants' Motion for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions dated April 8, 2004 (the "Motion") [Main Case Docket No. 5424] is currently scheduled for May 24, 2004, at 12:00 p.m.

The Libby Claimants seek leave to file the Response to: (i) address the objections raised by the Debtors, Maryland Casualty Company, and Continental Casualty Company, (ii) propose modified procedures to take perpetuation depositions, and (iii) respond to the misstatements and distortions contained in the Debtors' Objection. The Libby Claimants respectfully submit that the Response will assist the Court in making its determination with respect to the relief requested in the Motion.

WHEREFORE, the Libby Claimants respectfully request the entry of an Order granting the Libby Claimants authority to file the Response, a copy of which is attached hereto.

Dated: May 14, 2004

LANDIS RATH & COBB LLP

Adam G. Landis, Esq. (#3407)
Kerri Mumford, Esq. (#4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

- and -

Daniel C. Cohn
David B. Madoff
COHN KHOURY MADOFF & WHITESELL LLP
101 Arch Street
Boston, MA 02110
(617) 951-2505

- and -

Jon L. Heberling
MCGARVEY, HEBERLING, SULLIVAN &
  MCGARVEY, P.C.
745 South Main
Kalispell, MT 59904
(406) 752-5566

Counsel to the Libby Claimants