IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                    *    Chapter 11
In re                               *    Case No. 01-01139 (JKF)
                                    *    Jointly Administered
W.R. GRACE & CO., et al.,           *
                                    *    Hearing Date: May 24, 2004 at 12:00 p.m.
         Debtor.                    *    Related Main Case Docket Nos. 5424 and 5455
                                    *    Adversary Docket Nos. 195 and 199
* * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF MOTION

TO: The United States Trustee for the District of Delaware, counsel to the Debtors, Royal Indemnity Company, Continental Casualty Company, Transportation Insurance Company, Maryland Casualty Company, Montana Vermiculate Company, through its successor trustee Lawrence H. Sverdrup, and all parties requesting notice under Bankruptcy Rule 2002.

Claimants injured by exposure to tremolite asbestos from the Debtors' operations in and near Libby, Montana (the "Libby Claimants") have filed the attached **Motion for Leave to File Libby Claimants' Response to Objections to Motion for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions** (the "Motion").

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 17, 2004 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection upon the undersigned counsel to the Trust so as to be **received no later than 4:00 p.m. (ET) on May 17, 2004.**

A HEARING, IF NECESSARY, ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, WILMINGTON, DELAWARE 19801, ON MAY 24, 2004 AT 12:00 P.M.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 14, 2004                    LANDIS RATH & COBB LLP

_____
Adam G. Landis, Esq. (#3407)
Kerri Mumford, Esq. (#4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

- and -

Daniel C. Cohn
David B. Madoff
COHN KHOURY MADOFF & WHITESELL LLP
101 Arch Street
Boston, MA  02110
(617) 951-2505

- and -

Jon L. Heberling
MCGARVEY, HEBERLING, SULLIVAN &
  MCGARVEY, P.C.
745 South Main
Kalispell, MT  59904
(406) 752-5566

Counsel to the Libby Claimants