# Exhibit B

(Letter from Jon L. Heberling to Janet S. Baer dated October 15, 2003)

MAY-03-2004 02:10 PM   JonHeberling              406 6621552              P.01

## McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey  
Jon L. Heberling  
Roger M. Sullivan, Jr.  
Allan M. McGarvey  
John F. Lacey  

745 South Main  
Kalispell, Montana  
59901-5399  

*Telephones:*  
(406) 752-5566  
1-800-345-1763 (In State)  
1-800-406-7544 (out of State)  
*Fax:* (406) 752-7124  

October 15, 2003  

*Emails:* dmcgarvey@mcgarveylaw.com  
jheberling@mcgarveylaw.com  
amcgarvey@mcgarveylaw.com  
rsullivan@mcgarveylaw.com  
jlacey@mcgarveylaw.com  



Janet S. Baer  
Kirkland & Ellis  
W.R. Grace Counsel  
200 East Randolph Drive  
Chicago IL 60601  

Re: Ruben Fellenberg  

Dear Janet:

Ruben Fellenberg worked at W.R. Grace from 1958 to 1986. He is on oxygen. His deposition in his occupational disease case preserves his testimony. Enclosed is a copy. Our position for the Proof of Claim will be that the occupational disease deposition is sufficient. If you do not agree with this position, please let us know. If you wish to take his deposition for the bankruptcy proceedings, we will make arrangements.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN  
& McGARVEY  

*Dictated But Not Read*

JON L. HEBERLING

JLH:mgh  
Enclosure