# Exhibit C

(Notices of December Perpetuation Depositions)

**Bothe & Lauridsen, P.C.**
*Attorneys at Law*

NOV 1 2 2003

5 HIGHWAY 2 EAST
P.O. BOX 2020
COLUMBIA FALLS, MONTANA 59912

DAVID W. LAURIDSEN
LAURIE WALLACE
KENNETH S. THOMAS
KEVIN A. DUFF

JOHN H. BOTHE
(1951-1996)

(406) 892-2193
1 (800) 354-3262
FAX (406) 892-0207
E-MAIL legalpad@digisys.net

November 10, 2003

Ms. Janet S. Baer
KIRKLAND & ELLIS
WR Grace Counsel
200 E. Randolph Dr.
Chicago, IL 60601

Mr. Randy Cox
BNSF Counsel
P.O. Box 9199
Missoula, MT 59807-9199

Mr. Dana Christensen
CHRISTENSEN, MOORE, COCKRELL,
CUMMINGS & AXELBERG, P.C.
State of Montana Counsel
P.O. Box 7370
Kalispell, MT 59904-0370

Mr. Richard Gillespie
COLOR, REYNOLDS, DRAKE, JOHNSON,
& GILLESPIE
Maryland Casualty Counsel
P.O. Box 598
Helena, MT 59624

RE: LOUIE O'BRIEN
    RODNEY ERICKSON

Dear Counsel:

Enclosed please find copies of Orders from the Workers' Compensation Court allowing me to take pre-litigation perpetuation depositions of Louie O'Brien and Rodney Erickson in regard to their occupational disease claims against Champion International. I am providing you with copies of notices of deposition and inviting you to attend and ask questions. I am not able to accommodate any scheduling conflicts you might have with the dates and times of the depositions as Messrs. O'Brien and Erickson are quite ill and not expected to live much longer. As such, if you cannot attend the scheduled depositions, either send an associate in your place or simply advise me if you would like copies of the depositions and I will so advise the court reporter.

Page 2
November 10, 2003

Please call me if you have any questions.

Sincerely,

LAURIE WALLACE
BOTHE & LAURIDSEN, P.C.

LW/rs
Enc.
cc: Jon Heberling
    Leo Ward