# Exhibit D

(Letters from Jon L. Heberling to Janet S. Baer and
Richard E. Gillespie dated December 19, 2003)

**Law Offices of**
**McGarvey, Heberling, Sullivan & McGarvey, P.C.**

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

Telephones:
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
Fax: (406) 752-7124

December 19, 2003

Emails: dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

Janet S. Baer
Kirkland & Ellis
W.R. Grace Counsel
200 East Randolph Drive
Chicago IL 60601

COPY

Re:  Rodney Erickson

Dear Janet:

    Please refer to the letter of Laurie Wallace dated 11/10/03, notifying of the deposition to perpetuate testimony. The testimony included an exposure history and current health information. Counsel Dana Christensen for the State of Montana and Randy Cox for the Burlington Northern Railroad appeared and examined the witness. These are co-defendants with your client, and had parallel interests to your client in developing the exposure history. Enclosed is a copy of the deposition dated 12/1/03. If you wish to take an additional deposition to further examine, we will not object to that. If you wish to do so, we suggest you take the deposition at your earliest convenience, because our client is in poor health.

                                Yours sincerely,

                                McGARVEY, HEBERLING, SULLIVAN
                                    & McGARVEY

                                JON L. HEBERLING

JLH:joh
Enc.
cc:  Dan Cohn
     Laurie Wallace

*Law Offices of*
## McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

Telephones:
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
Fax: (406) 752-7124
Email: dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

December 19, 2003

Richard E. Gillespie
Keller, Reynolds, Drake et al
P.O. Box 598
Helena  MT  59624-0598

COPY

RE:   Rodney Erickson

Dear Mr. Gillespie:

Please refer to the letter of Laurie Wallace dated 11/10/03, notifying of the deposition to perpetuate testimony. The testimony included an exposure history and current health information. Counsel Dana Christensen for the State of Montana and Randy Cox for the Burlington Northern Railroad appeared and examined the witness. These are co-defendants with your client, and had parallel interests to your client in developing the exposure history. Enclosed is a copy of the deposition dated 12/1/03. If you wish to take an additional deposition to further examine, we will not object to that. If you wish to do so, we suggest you take the deposition at your earliest convenience, because our client is in poor health.

Enclosed is a copy of the complaint, which includes claims against Maryland Casualty.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

JON L. HEBERLING

JLH:joh
Enclosures
cc:   Dan Cohn
      Laurie Wallace

*Law Offices of*
## McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

Telephones:
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
Fax: (406) 752-7124

Emails: dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

December 19, 2003

Janet S. Baer
Kirkland & Ellis
W.R. Grace Counsel
200 East Randolph Drive
Chicago IL 60601

COPY

Re: Louie O'Brien

Dear Janet:

Please refer to the letter of Laurie Wallace dated 11/10/03, notifying of the deposition to perpetuate testimony. The testimony included an exposure history and current health information. Counsel Dana Christensen for the State of Montana and Randy Cox for the Burlington Northern Railroad appeared and examined the witness. These are co-defendants with your client, and had parallel interests to your client in developing the exposure history. Enclosed is a copy of the deposition dated 12/1/03. If you wish to take an additional deposition to further examine, we will not object to that. If you wish to do so, we suggest you take the deposition at your earliest convenience, because our client is in poor health.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

*Jon L. Heberling*

JON L. HEBERLING

JLH:joh
Enc.
cc: Dan Cohn
Laurie Wallace

*Law Offices of*
## McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

Telephones:
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
Fax: (406) 752-7124
Email: dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

December 19, 2003

Richard E. Gillespie
Keller, Reynolds, Drake et al
P.O. Box 598
Helena MT 59624-0598

COPY

RE: Louie O'Brien

Dear Mr. Gillespie:

Please refer to the letter of Laurie Wallace dated 11/10/03, notifying of the deposition to perpetuate testimony. The testimony included an exposure history and current health information. Counsel Dana Christensen for the State of Montana and Randy Cox for the Burlington Northern Railroad appeared and examined the witness. These are co-defendants with your client, and had parallel interests to your client in developing the exposure history. Enclosed is a copy of the deposition dated 12/1/03. If you wish to take an additional deposition to further examine, we will not object to that. If you wish to do so, we suggest you take the deposition at your earliest convenience, because our client is in poor health.

Enclosed is a copy of the complaint, which includes claims against Maryland Casualty.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

JON L. HEBERLING

JLH:joh
Enclosures
cc: Dan Cohn
    Laurie Wallace