# Exhibit E

(Letters from Jon L. Heberling to Janet S. Baer and
Richard E. Gillespie dated March 4, 2004)

*Law Offices of*
## McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

*Telephones:*
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
*Fax:* (406) 752-7124

March 4, 2004

*Emails:*
dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

COPY

Richard E. Gillespie
Keller, Reynolds, Drake et al
P.O. Box 598
Helena  MT  59624-0598

RE:   Louie O'Brien

Dear Mr. Gillespie:

We sent you the plaintiff's perpetuation deposition on 12/19/03. We have not heard from you. The plaintiff is still alive and can be made available for cross-examination should you choose to do so.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
      & McGARVEY

JON L. HEBERLING

JLH:joh

cc:  Dan Cohn

*Law Offices of*
## McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey  
Jon L. Heberling  
Roger M. Sullivan, Jr.  
Allan M. McGarvey  
John F. Lacey  

745 South Main  
Kalispell, Montana  
59901-5399  

Telephones:  
(406) 752-5566  
1-800-345-1763 (in State)  
1-800-406-7544 (out of State)  
Fax: (406) 752-7124  

March 4, 2004

Emails:  dmcgarvey@mcgarveylaw.com  
jheberling@mcgarveylaw.com  
amcgarvey@mcgarveylaw.com  
rsullivan @mcgarveylaw.com  
jlacey@mcgarveylaw.com  

Richard E. Gillespie  
Keller, Reynolds, Drake et al  
P.O. Box 598  
Helena  MT  59624-0598  



RE:  Rodney Erickson

Dear Mr. Gillespie:

    We sent you the plaintiff's perpetuation deposition on 12/19/03.  We have not heard from you.  The plaintiff is still alive and can be made available for cross-examination should you choose to do so.

                        Yours sincerely,

                        McGARVEY, HEBERLING, SULLIVAN  
                              & McGARVEY

                        JON L. HEBERLING

JLH:joh

cc:  Dan Cohn

*Law Offices of*
## McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

*Telephones:*
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
*Fax:* (406) 752-7124

March 4, 2004

*Emails:* dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

Janet S. Baer
Kirkland & Ellis
W.R. Grace Counsel
200 East Randolph Drive
Chicago IL 60601

COPY

Re:   Rodney Erickson

Dear Janet:

We sent you the plaintiff's perpetuation deposition on 12/19/03. We have not heard from you. The plaintiff is still alive and can be made available for cross-examination should you choose to do so.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

JON L. HEBERLING

JLH:joh

cc:  Dan Cohn

## Law Offices of
## McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

Telephones:
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
Fax: (406) 752-7124

Emails: dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

March 4, 2004

Janet S. Baer
Kirkland & Ellis
W.R. Grace Counsel
200 East Randolph Drive
Chicago IL 60601

COPY

Re:   Louie O'Brien

Dear Janet:

    We sent you the plaintiff's perpetuation deposition on 12/19/03. We have not heard from you. The plaintiff is still alive and can be made available for cross-examination should you choose to do so.

                          Yours sincerely,

                     McGARVEY, HEBERLING, SULLIVAN
                            & McGARVEY

                           JON L. HEBERLING

JLH:joh

cc: Dan Cohn