# Exhibit F

(Notice of Wilburn Deposition)

**TODD A. HAMMER**
**HAMMER, HEWITT & SANDLER, PLLC**
Attorneys at Law
P.O. Box 7310
Kalispell, MT 59904-0310
Telephone:  (406) 755-2225
Facsimile:  (406) 755-5155
Attorneys for Respondent



## IN THE WORKERS' COMPENSATION COURT OF THE STATE OF MONTANA

| | |
|---|---|
| **HAROLD WILBURN,**<br><br>                              Petitioner,<br><br>vs.<br><br><br>**TRANSPORTATION INSURANCE CO.,**<br><br>                    Respondent/Employer. | WCC NO.  2004-0943<br><br>**AMENDED**<br>**NOTICE OF DEPOSITION** |

**TO:   Petitioner and his attorneys, Laurie Wallace and Jon Heberling:**

   **PLEASE TAKE NOTICE** that Respondent will take the deposition of the following individual at the date, time, and place indicated:

**NAME:**     Harold Wilburn
**DATE:**     May 11, 2004
**TIME:**     10:30 a.m.
**PLACE:**    Lincoln County Courthouse
             Conference Room
             512 California Ave.
             Libby, MT 59923

**DEPOSITION TO BE TAKEN BEFORE:**  A Court Reporter, a Notary Public or other officer authorized by law to take depositions.

   The deposition is being taken for the purpose of (a) perpetuation of testimony, and/or (b) discovery.

DATED this 21st day of April. 2004.

HAMMER, HEWITT & SANDLER, PLLC

Todd A. Hammer
P.O. Box 7310
Kalispell, MT 59904-0310
Attorneys for Insurer/Respondent
Transportation Insurance Company

## CERTIFICATE OF SERVICE

I, TODD A. HAMMER, do hereby certify that on the 21st day of April, 2004, I served a copy of the foregoing **Amended Notice of Service** in the above matter by mailing a copy thereof, first class postage prepaid to:

Laurie Wallace
Bothe & Lauridsen, P.C.
P.O. Box 2020
Columbia Falls, MT 59912

Jon L. Heberling
McGarvey, Heberling, Sullivan & McGarvey
745 South Main
Kalispell, Montana 59901

Todd A. Hammer.