IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| | * | Case No. 01-01139 (JKF) |
| | * | Jointly Administered |
| W.R. GRACE & CO., *et al.*, | * | |
| | * | |
| Debtor. | * | Ref. Docket No. \_\_\_\_ |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER AUTHORIZING LIBBY CLAIMANTS LEAVE TO FILE LIBBY CLAIMANTS'
RESPONSE TO OBJECTIONS TO MOTION FOR RELIEF
FROM AUTOMATIC STAY AND PRELIMINARY INJUNCTION TO
TAKE PERPETUATION DEPOSITIONS**

Upon consideration of the Libby Claimants' Motion for Leave to File Libby Claimants' Response to Objections to Motion for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (the "Response"); and after due deliberation and sufficient cause appearing therefor, it is hereby so

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Libby Claimants are authorized to file the Response.

Dated: _____, 2004

    The Honorable Judith K. Fitzgerald
    United States Bankruptcy Judge

393.001-3101.doc