## **EXHIBIT A**

**Business Operations (.90 Hours; $ 468.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |
| Ronald E. Reinsel | .80 | $500 | 400.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/21/2004 | RER | 500.00 | 0.40 | Review 3rd quarter report. |
| 1/26/2004 | RER | 500.00 | 0.40 | Review 3rd quarter report. |
| 1/26/2004 | PVL | 685.00 | 0.10 | Review LTC memo re WRG 3d quarter results. |

**Total Task Code .03       .90**

**Case Administration (52.70 Hours; $ 15,848.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 4.30 | $780 | 3,354.00 |
| Peter Van N. Lockwood | 4.30 | $685 | 2,945.50 |
| Walter B. Slocombe | .40 | $560 | 224.00 |
| Albert G. Lauber | .20 | $540 | 108.00 |
| Julie W. Davis | 3.70 | $520 | 1,924.00 |
| Trevor W. Swett | .10 | $520 | 52.00 |
| Ronald E. Reinsel | .10 | $500 | 50.00 |
| Rita C. Tobin | 2.40 | $375 | 900.00 |
| Max C. Heerman | .10 | $295 | 29.50 |
| John P. Cunningham | .10 | $265 | 26.50 |
| Robert C. Spohn | 16.00 | $180 | 2,880.00 |
| Andrew D. Katznelson | 20.50 | $160 | 3,280.00 |
| Tracy L. Wantuck | .50 | $150 | 75.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0021788:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 1/5/2004 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/31/03 (.4). |
| 1/5/2004 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 1/5/2004 | RCT | 375.00 | 0.20 | Review schedules re: EI update. |
| 1/6/2004 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 1/6/2004 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/05/04 (.4). |
| 1/7/2004 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/06/04 (.4). |
| 1/8/2004 | RCS | 180.00 | 1.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/07/04 (.4); review docket for specific documents cited by attorney (.7). |
| 1/8/2004 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 1/8/2004 | RCT | 375.00 | 0.20 | Review schedules/local counsel report re: EI update. |
| 1/9/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/08/04 (.3). |
| 1/12/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/09/04 (.3). |
| 1/12/2004 | ADK | 160.00 | 1.00 | Review classify and annotate relevant material for EI; review and classify documents in order to create database regarding upcoming hearings and pre-trial status conferences for EI, PVNL and RCT. |
| 1/13/2004 | ADK | 160.00 | 0.50 | Review classify and annotate relevant material for EI; review and classify documents in order to create database regarding upcoming hearings and pre-trial status conferences for EI, PVNL and RCT. |
| 1/13/2004 | RCS | 180.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/12/04. (.2) Call to court |

{D0021788:1 }

| | | | | |
|---|---|---|---|---|
| | | | | clerk and Delaware Bankruptcy Court regarding pleading not listed on the docket. (.2) Forward documents in question to Delaware Clerk. (1) |
| 1/14/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/13/04. (.2) |
| 1/15/2004 | PVL | 685.00 | 0.40 | Review DK acq. et al recusal brief. |
| 1/15/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/14/04 (.2). |
| 1/16/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/15/04 (.2). |
| 1/16/2004 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 1/16/2004 | AGL | 540.00 | 0.20 | Review pending orders and motions. |
| 1/16/2004 | PVL | 685.00 | 0.50 | Review Grace recusal brief. |
| 1/20/2004 | PVL | 685.00 | 0.20 | Review 5 miscellaneous filings (.1); review motion to strike re recusal (.1). |
| 1/20/2004 | ADK | 160.00 | 1.50 | Performed review and organized Wolin Recusal documents for EI. |
| 1/20/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/16/04 (.3). |
| 1/21/2004 | ADK | 160.00 | 1.50 | Created table of contents for Wolin Recusal documents for EI. |
| 1/21/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/19/04 thru 1/20/04 (.3). |
| 1/22/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/21/04 (.2). |
| 1/22/2004 | PVL | 685.00 | 0.20 | Review CNA resp. re Gerard contempt (.1); review Grace resp. re Nat'l Union SJ motion (.1). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 1/23/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re EI update. |
| 1/23/2004 | PVL | 685.00 | 0.20 | Review agenda letter (.1); review LTC 3d quarter review (.1). |
| 1/23/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/22/04 (.2). |
| 1/25/2004 | PVL | 685.00 | 0.10 | Review DK Acq. oppo. to Grace motion to strike. |
| 1/26/2004 | ADK | 160.00 | 0.50 | Review, classify and annotate material for RCT. |
| 1/26/2004 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 1/27/2004 | PVL | 685.00 | 0.10 | Review Grace reply re motion to strike. |
| 1/27/2004 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 1/27/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/23/04 thru 1/26/04 (.3). |
| 1/28/2004 | RCS | 180.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/27/04 (.3); search correspondence files for various documents requested by attorney (.4). |
| 1/29/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/28/04 (.2). |
| 1/29/2004 | RCT | 375.00 | 0.20 | Review memos submitted re: claim valuation and impact on Trust/Debtor. |
| 1/29/2004 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material from Wolin Recusal documents for EI. |
| 1/30/2004 | RCT | 375.00 | 0.20 | Review recommendations from local counsel re: EI update. |
| 1/30/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/29/04 (.2). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 2/2/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/30/04 (.3). |
| 2/3/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/2/04 (.3). |
| 2/3/2004 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT re: Wolin Recusal matter. |
| 2/4/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/3/04 (.3). |
| 2/4/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 2/5/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/04/04 (.3). |
| 2/5/2004 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 2/6/2004 | PVL | 685.00 | 0.10 | Review 7 miscellaneous filings. |
| 2/6/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/05/04 (.3). |
| 2/6/2004 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT re: Wolin Recusal Motion. |
| 2/9/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/06/04 (.3). |
| 2/9/2004 | RCT | 375.00 | 0.20 | Review local counsel report re: EI update. |
| 2/10/2004 | PVL | 685.00 | 0.10 | Review 6 miscellaneous filings. |
| 2/13/2004 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 2/14/2004 | PVL | 685.00 | 0.10 | Review agenda letter. |

{D0021788:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 2/17/2004 | PVL | 685.00 | 0.20 | Review Grace reply re Gerard contempt motion. |
| 2/17/2004 | TLW | 150.00 | 0.50 | Review documents to identify relevant material, annotate pleadings and forward to file clerk. |
| 2/18/2004 | ADK | 160.00 | 1.00 | Review, classify and annotate relevant material for RCT. |
| 2/18/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/17/04 (.2). |
| 2/19/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/19/04 (.3). |
| 2/20/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/19/04 (.2). |
| 2/20/2004 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 2/23/2004 | PVL | 685.00 | 0.20 | Review Grace recusal filings. |
| 2/23/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/19/04 (.3). |
| 2/23/2004 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT re: Wolin Recusal matter. |
| 2/23/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 2/24/2004 | RCT | 375.00 | 0.20 | Review court filings and correspondence, 2/13 - 2/20. |
| 2/24/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/23/04 (.2). |
| 2/25/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/24/04 (.2). |

{D0021788:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 2/26/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/25/04 (.2). |
| 2/26/2004 | PVL | 685.00 | 0.10 | Review DK Acq. mot. to supp. record. |
| 2/26/2004 | ADK | 160.00 | 1.00 | Search and retrieve court document s for RCT and RER. |
| 2/27/2004 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 2/27/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/26/04 (.2). |
| 3/1/2004 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 3/2/2004 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 3/2/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/01/04 (.2). |
| 3/3/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/02/04 (.2). |
| 3/3/2004 | PVL | 685.00 | 0.10 | Review Grace reply re motion to seal. |
| 3/4/2004 | RCS | 180.00 | 1.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence retrieved 03/03/04 (.2). |
| 3/5/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/06/04 (.3). |
| 3/6/2004 | EI | 780.00 | 0.50 | Read Libby material. |
| 3/8/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/05/04 thru 03/08/04 (.3). |
| 3/9/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/9/04 (.3). |

{D0021788:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 3/9/2004 | EI | 780.00 | 0.70 | T/c Cooney and JWD re: Libby issues. |
| 3/10/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/6/04 (.3). |
| 3/11/2004 | JWD | 520.00 | 1.10 | Discuss status of case |
| 3/11/2004 | WBS | 560.00 | 0.10 | Status and staffing meeting, assignments. |
| 3/11/2004 | JPC | 265.00 | 0.10 | All hands litigation meeting. |
| 3/11/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/11/04 (.2); case status meeting (.1). |
| 3/11/2004 | PVL | 685.00 | 0.70 | Confer EI et al re status (.1); confer EI and JWD re Libby (.2); teleconference Biswas (.3); review Grace opposition to Nanocrete lift stay (.1). |
| 3/11/2004 | RER | 500.00 | 0.10 | Asbestos group status meeting. |
| 3/11/2004 | TWS | 520.00 | 0.10 | "All hands" meeting |
| 3/11/2004 | MCH | 295.00 | 0.10 | All hands litigation meeting. |
| 3/11/2004 | EI | 780.00 | 0.40 | Review of all cases for staff meeting in transit from NY to DC (1.7); conference with staff re: all agenda items (3.2); return to NY reviewing efforts (1.7). [Total time charge of 6.6 hours divided among 15 cases.] |
| 3/11/2004 | EI | 780.00 | 0.30 | Conference JWD/PVNL re: Libby. |
| 3/12/2004 | WBS | 560.00 | 0.30 | Rev staffing requirements, prep note of work to be done, notes for follow-up. |
| 3/12/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/12/04 (.3). |
| 3/15/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/15/04 (.3). |
| 3/15/2004 | EI | 780.00 | 0.40 | T/c JWD re: Libby issues (.2); t/c Cooney re: status (.2). |

{D0021788:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 3/15/2004 | PVL | 685.00 | 0.40 | Confer WBS re status. |
| 3/15/2004 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 3/16/2004 | EI | 780.00 | 1.00 | Teleconference Budd, Cooney, JWD re: Libby. |
| 3/16/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/16/04 (.2). |
| 3/16/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 3/17/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/17/04 (.3). |
| 3/18/2004 | PVL | 685.00 | 0.30 | Review DK acquisition recusal reply. |
| 3/18/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/18/04 (.2). |
| 3/19/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/19/04 (.2). |
| 3/19/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI. |
| 3/19/2004 | EI | 780.00 | 1.00 | Memo re: Libby. |
| 3/22/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic papers, pleadings and correspondence received 3/22/04 (.2). |
| 3/22/2004 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT |
| 3/22/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 3/23/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/23/04 (.1). |
| 3/24/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/24/04 (.1). |

{D0021788:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 3/24/2004 | PVL | 685.00 | 0.10 | Review EI memo re hearing. |
| 3/25/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/25/04 (.2). |
| 3/26/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/26/04 (.2). |
| 3/26/2004 | JWD | 520.00 | 2.60 | Review filings for week of 3/22 |
| 3/29/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 3/29/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/29/04 (.2). |
| 3/29/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 3/30/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/30/04 (.2). |
| 3/30/2004 | PVL | 685.00 | 0.20 | Review 15 miscellaneous filings. |
| 3/30/2004 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 3/31/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 3/31/04 (.2). |

**Total Task Code .04        52.70**


**Claim Analysis Objection & Resolution (Asbestos)(10.10 Hours; $ 2,772.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $685 | 137.00 |

{D0021788:1 }

| | | | |
|---|---|---|---|
| Max C. Heerman | .40 | $295 | 118.00 |
| John P. Cunningham | 9.50 | $265 | 2,517.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/23/2004 | PVL | 685.00 | 0.20 | Review Grace reply re PD omni cls. |
| 2/10/2004 | JPC | 265.00 | 1.10 | Rvw. recent developments in asbestos litigation (1.1). |
| 2/11/2004 | MCH | 295.00 | 0.20 | Review new case law regarding pleural disease claims. |
| 2/13/2004 | MCH | 295.00 | 0.20 | Update legal research regarding pleural disease claims. |
| 2/13/2004 | JPC | 265.00 | 1.20 | Review case law valuation materials and status reports re asbestos litigation. |
| 2/18/2004 | JPC | 265.00 | 2.60 | Review case law valuation materials and status reports re asbestos litigation. |
| 2/19/2004 | JPC | 265.00 | 2.30 | Review case law valuation materials and status reports re asbestos litigation. |
| 2/23/2004 | JPC | 265.00 | 1.40 | Review case law valuation materials and status reports re asbestos litigation. |
| 2/24/2004 | JPC | 265.00 | 0.90 | Review case law valuation materials and status reports re asbestos litigation. |

**Total Task Code .05**     **10.10**


**Committee, Creditors', Noteholders' or Equity Holders'(.40 Hours; $ 312.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $780 | 312.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/9/2004 | EI | 780.00 | 0.10 | Memo to Committee re: status and recusal motion. |

{D0021788:1 }

| 3/29/2004 | EI | 780.00 | 0.20 | T/c David Bernick re: appointment of futures rep. |
| 3/30/2004 | EI | 780.00 | 0.10 | Report to Committee on Bernick call. |

**Total Task Code .07        .40**


**Employee Benefits/Pension (.40 Hours; $ 302.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $780 | 234.00 |
| Peter Van N. Lockwood | .10 | $685 | 68.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/13/04 | PVL | 685.00 | 0.10 | Review prop. LTIP and LTC analysis. |
| 03/15/04 | EI | 780.00 | 0.30 | Report to Committee on Long Term Incentive Plan. |

**Total Task Code .08        .40**


**Employment Applications, Others (.10 Hours; $ 68.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 2/28/2004 | PVL | 685.00 | 0.10 | Review Capstone ret. opp. |

**Total Task Code .10        .10**


**Fee Applications, Applicant (14.90 Hours; $ 3,683.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

{D0021788:1 }

| | | | |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |
| Rita C. Tobin | 5.80 | $375 | 2,175.00 |
| Andrew D. Katznelson | 9.00 | $160 | 1,440.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/5/2004 | RCT | 375.00 | 0.10 | Conference with ADK re: January schedules. |
| 1/12/2004 | RCT | 375.00 | 0.50 | Review prebill. |
| 1/22/2004 | RCT | 375.00 | 0.30 | Review monthly fee applications. |
| 1/22/2004 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 1/22/2004 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 1/23/2004 | ADK | 160.00 | 0.50 | Worked on fee application. |
| 1/23/2004 | ADK | 160.00 | 0.50 | Worked on fee application. |
| 1/26/2004 | RCT | 375.00 | 0.50 | Review initial report (.2); conference with ADK (.2); email fee auditor (.1). |
| 1/26/2004 | RCT | 375.00 | 0.50 | Review initial report (.2); conference with ADK (.2); emails fee auditor (.1). |
| 1/27/2004 | RCT | 375.00 | 1.10 | Draft reply to fee auditor (1.0), email PVNL re: same (.1). |
| 1/28/2004 | RCT | 375.00 | 0.20 | Review fee schedules for 2/04. |
| 1/29/2004 | PVL | 685.00 | 0.10 | Review draft response to Smith. |
| 2/9/2004 | RCT | 375.00 | 0.50 | Review prebills. |
| 2/10/2004 | ADK | 160.00 | 1.00 | Worked on Fee Application. |
| 2/10/2004 | ADK | 160.00 | 1.00 | Worked on Fee Application. |
| 2/11/2004 | RCT | 375.00 | 0.50 | Review and edit exhibits. |
| 2/12/2004 | ADK | 160.00 | 0.50 | Worked on Fee Application. |
| 2/12/2004 | ADK | 160.00 | 0.50 | Worked on Fee Application. |
| 2/24/2004 | RCT | 375.00 | 0.30 | Review final fee apps. |

{D0021788:1 }

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 2/24/2004 | ADK | 160.00 | 1.00 | Worked on Fee Application. |
| 2/25/2004 | ADK | 160.00 | 0.50 | Worked on Fee Application. |
| 3/12/2004 | RCT | 375.00 | 0.20 | Review upcoming fee schedules with ADK. |
| 3/15/2004 | RCT | 375.00 | 0.10 | Conference with EI re: Weitz' fee app. |
| 3/18/2004 | RCT | 375.00 | 0.50 | Draft letter to Perry Weitz re: fees. |
| 3/24/2004 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 3/24/2004 | RCT | 375.00 | 0.50 | Review final fee application. |
| 3/25/2004 | ADK | 160.00 | 0.50 | Worked on Fee Application. |

**Total Task Code .12        14.90**

**Fee Applications, Others (.50 Hours; $ 342.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $685 | 342.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 2/8/2004 | PVL | 685.00 | 0.10 | Review 9 CNOs re fees. |
| 2/18/2004 | PVL | 685.00 | 0.10 | Review 4 fee applications. |
| 2/22/2004 | PVL | 685.00 | 0.10 | Review 5 fee applications. |
| 3/3/2004 | PVL | 685.00 | 0.10 | Review 4 fee applications. |
| 3/3/2004 | PVL | 685.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13        .50**

**Hearings (2.50 Hours; $ 1,950.00)**

{D0021788:1}

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.50 | $780 | 1,950.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/19/04 | EI | 780.00 | 0.30 | Prep for hearings and t/c M. Hurford. [Total time of 1.5 hours divided among 5 Delaware cases.] |
| 03/22/04 | EI | 780.00 | 1.80 | Reviewed agendas (.4); conf JWD/RER/Hurford/Eskin re: prep (.8). [Total time of 1.2 divided among 4 cases.]  Hearing in Wilmington (1.5) |
| 03/23/04 | EI | 780.00 | 0.40 | Edited report to Committee on hearing (.2); t/c Daily Deal re: result (.2). |

**Total Task Code .15        2.50**


**Litigation and Litigation Consulting (26.40 Hours; $ 11,427.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .90 | $780 | 702.00 |
| Peter Van N. Lockwood | 1.30 | $685 | 890.50 |
| Walter B. Slocombe | 4.80 | $560 | 2,688.00 |
| Albert G. Lauber | .80 | $540 | 432.00 |
| Nathan D. Finch | 12.70 | $440 | 5,588.00 |
| Rita C. Tobin | .80 | $375 | 300.00 |
| Brian A. Skretny | .10 | $265 | 26.50 |
| Andrew D. Katznelson | 5.00 | $160 | 800.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 2/2/2004 | RCT | 375.00 | 0.80 | Review Wolin opinion (.6) and telecon EI re: same (.2) |
| 2/6/2004 | EI | 780.00 | 0.20 | Memos re: motion to extend exclusivity. |
| 2/12/2004 | EI | 780.00 | 0.50 | Read Libby papers (.3); t/c JWD and memo (.2). |
| 2/16/2004 | AGL | 540.00 | 0.20 | Review pending orders/motions. |
| 2/23/2004 | AGL | 540.00 | 0.20 | Review pending orders/motions. |

{D0021788:1 }

Case 01-01139-AMC   Doc 5587-1   Filed 05/17/04   Page 16 of 20

- 16 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 2/24/2004 | PVL | 685.00 | 0.10 | Review Eskin memo re hearing. |
| 3/2/2004 | NDF | 440.00 | 0.50 | T/c Jan Baer and Jeff Posner re: insurance assets (.5). |
| 3/4/2004 | PVL | 685.00 | 0.10 | Review DK Acq. suppl. app. re recusal. |
| 3/4/2004 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for EI re: Wolin Recusal Appeal. |
| 3/4/2004 | EI | 780.00 | 0.20 | Reviewed exclusivity opp. |
| 3/6/2004 | PVL | 685.00 | 0.50 | Review DK Acq. recusal brief. |
| 3/7/2004 | NDF | 440.00 | 3.50 | Work on response to Grace Movants petition to recuse Wolin (3.5). |
| 3/8/2004 | NDF | 440.00 | 4.50 | Work on response to Grace Movants petition to recuse Wolin (4.5). |
| 3/8/2004 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for EI Re: Wolin Recusal Appeal. |
| 3/9/2004 | NDF | 440.00 | 4.00 | Work on response to Grace petitioners brief in Wolin recusal matter (4.0); |
| 3/10/2004 | PVL | 685.00 | 0.20 | Review draft ACC response re recusal. |
| 3/11/2004 | BAS | 265.00 | 0.10 | All hands meeting (.1). |
| 3/12/2004 | ADK | 160.00 | 0.50 | Review classify and annotate relevant material for EI re: Wolin Recusal Appeal. |
| 3/13/2004 | PVL | 685.00 | 0.40 | Review Grace recusal brief. |
| 3/15/2004 | WBS | 560.00 | 3.80 | Conference PVNL re status of pending matters, including Sealed Air Settlement, Libby issue, process points (.5), e-mails with Marla Eskin re status, contacts to be made with other counsel (.2); rev recent filings and pending matters, including draft opp to ext of exclusivity, Libby options, impact of Sealed Air Settlement on plan issues, filings re procedures for estimation (3.1). |
| 3/16/2004 | WBS | 560.00 | 0.60 | Review of filings re estimation/validity issues. |
| 3/16/2004 | AGL | 540.00 | 0.20 | Review pending orders and motions. |
| 3/16/2004 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material from Third Circuit Woiln Appeal for EI. |

{D0021788:1 }

| 3/18/2004 | ADK | 160.00 | 1.00 | Review, classify and annotate relevant material from Third Circuit Wolin Appeal for EI. |
| --- | --- | --- | --- | --- |
| 3/18/2004 | AGL | 540.00 | 0.20 | Review pending orders and motions and status report. |
| 3/19/2004 | WBS | 560.00 | 0.20 | Telephone conference Marla Eskin re status/e-mail to EI and others, plans to follow up. |
| 3/19/2004 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material from Third Circuit Wolin Appeal for EI. |
| 3/23/2004 | NDF | 440.00 | 0.20 | Read EI report to Committee re: exclusivity (.2). |
| 3/25/2004 | ADK | 160.00 | 0.50 | Organized Third Circuit Appeal court documents for EI and NDF. |
| 3/26/2004 | ADK | 160.00 | 1.00 | Organized Third Circuit Appeal court documents for EI and NDF. |
| 3/31/2004 | WBS | 560.00 | 0.20 | Rev filing on exclusivity/note to PVNL re Zonolite. |

**Total Task Code .16**        **26.40**


**Plan & Disclosure Statement (31.40 Hours; $ 16,922.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | 3.60 | $685 | 2,466.00 |
| Julie W. Davis | 27.80 | $520 | 14,456.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 1/30/2004 | JWD | 520.00 | 1.80 | Locate, e-mail TDPs, Trust Agreements for AWI, B&W, OC, PCC with memo to D. Cohn for Libby claimants |
| 2/6/2004 | PVL | 685.00 | 0.10 | E-mails EI re excl. |
| 2/11/2004 | PVL | 685.00 | 0.30 | Review draft Libby prop and TDP. |
| 2/13/2004 | PVL | 685.00 | 0.90 | Confer JWD re Libby proposed TDP. |

{D0021788:1 }

Case 01-01139-AMC    Doc 5587-1    Filed 05/17/04    Page 18 of 20

- 18 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 2/16/2004 | JWD | 520.00 | 4.70 | Review FAIR Act (1.2); draft memo, schedules re Libby claims (3.5) |
| 2/20/2004 | JWD | 520.00 | 5.40 | Review additional materials from Libby claimants (1.9); review relevant FAIR Act provisions (3.5) |
| 2/21/2004 | JWD | 520.00 | 3.10 | Revise, edit memo and schedules re Libby claims |
| 2/23/2004 | JWD | 520.00 | 0.90 | Revise, edit Libby claims material |
| 2/24/2004 | JWD | 520.00 | 2.50 | Meeting with PVNL, NDF re Fair Act Issues |
| 2/25/2004 | PVL | 685.00 | 0.80 | Confer EI re TDP issues (.3); review JWD memo re same (.5). |
| 2/27/2004 | PVL | 685.00 | 0.30 | Review draft excl. opposition and e-mail Eskin re same. |
| 3/2/2004 | PVL | 685.00 | 0.70 | Teleconference JWD re Libby draft memo re draft TDP. |
| 3/5/2004 | PVL | 685.00 | 0.10 | Review draft excl. oppo. |
| 3/9/2004 | JWD | 520.00 | 4.00 | Conference call with EI, J. Cooney re treatment of Libby claims (1.1); draft proposal re same (1.5); draft memo re proposal (.9); telephone conference with R. Budd re same (.5) |
| 3/11/2004 | JWD | 520.00 | 0.50 | Conference with EI, PVNL re Libby claims |
| 3/13/2004 | PVL | 685.00 | 0.10 | Review draft Libby TDP. |
| 3/16/2004 | JWD | 520.00 | 1.10 | Conference call re Libby claimants |
| 3/18/2004 | PVL | 685.00 | 0.10 | Review prop. TDP re Libby claims. |
| 3/19/2004 | PVL | 685.00 | 0.20 | Review EI memos to Budd et al re TDP (.1); review excl. reply (.1). |
| 3/22/2004 | JWD | 520.00 | 1.10 | Prepare for and attend hearing |
| 3/23/2004 | JWD | 520.00 | 1.90 | Draft report to ACC re 3/22 hearings |
| 3/25/2004 | JWD | 520.00 | 0.80 | Revise, edit memos re 3/22 hearing |

**Total Task Code .17          31.40**

{D0021788:1 }

**Travel – Non Working (.80 Hours; $ 312.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $390 | 312.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/22/04 | EI | 390.00 | 0.80 | Travel time from NY to Wilmington with train delay (7:15 am - 9:30 am)(1.3); return to NY (6:00 pm - 8:00 pm)(2.0). [Total travel time of 3.3 hours divided among 4 cases.] |

**Total Task Code .21**     .80

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $28.88 |
| Research Material | $256.76 |
| Air & Train Transportation | $342.92 |
| Meals Related to Travel | $33.89 |
| Court Reporting/Transcript Service | $410.33 |
| Travel Expenses - Hotel Charges | $348.35 |
| Travel Expenses - Ground Transportation | $43.33 |
| Travel Expenses - LD Calls on Hotel Bill | $1.66 |
| Local Transportation - DC | $16.66 |
| Local Transportation - NY | $5.25 |
| Database Research | $646.69 |
| Xeroxing | $607.95 |
| Postage | $0.37 |
| Telecopier/Equitrac | $21.90 |
| Long Distance-Equitrac In-House | $12.54 |
| **Total for Report** | **$2,777.48** |

{D0021788:1 }