**EXHIBIT B**

**Business Operations (.9 Hours; $ 468.50)**

  Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**    .9

**Case Administration (52.7 Hours; $ 15,848.50)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**    52.7

**Claim Analysis Objection & Resolution (Asbestos) (10.1 Hours; $ 2,772.50)**

  Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**    10.1

**Committee, Creditors', Noteholders' or Equity Holders' (.4 Hours; $ 312.00)**

  Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**    .4

**Employee Benefits/Pension (.4 Hours; $ 302.50)**

  Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**    .4

- 2 -

**Employment Applications, Others (.1 Hours; $ 68.50)**

      Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**             .1


**Fee Applications, Applicant (14.9 Hours; $ 3,683.50)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**             14.9


**Fee Applications, Others (.5 Hours; $ 342.50)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**             .5


**Hearings (2.5 Hours; $1,950.00)**

      Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**             2.5


**Litigation and Litigation Consulting (26.4 Hours; $11,427.00)**

      Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  26.4**

- 3 -

**Plan & Disclosure Statement (31.4 Hours; $16,922.00)**

      Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  31.4**

**Travel Non-working (.8 Hours; $312.00)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  .8**

{D0021789:1 }