## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $28.88 |
| Research Material | $256.76 |
| Air & Train Transportation | $342.92 |
| Meals Related to Travel | $33.89 |
| Court Reporting/Transcript Service | $410.33 |
| Travel Expenses - Hotel Charges | $348.35 |
| Travel Expenses - Ground Transportation | $43.33 |
| Travel Expenses - LD Calls on Hotel Bill | $1.66 |
| Local Transportation - DC | $16.66 |
| Local Transportation - NY | $5.25 |
| Database Research | $646.69 |
| Xeroxing | $607.95 |
| Postage | $0.37 |
| Telecopier/Equitrac | $21.90 |
| Long Distance-Equitrac In-House | $12.54 |
| **Total for Report** | **$2,777.48** |

{D0021790:1 }