```
Client Number:   4642                  Grace Asbestos Personal Injury Claimants                                  Page:      1
Matter       000                       Disbursements                                                           2/20/2004
                                                                                                         Print Date/Time:
                                                                                                               02/20/2004
                                                                                                                4:54:02PM
Attn:                                                                                                          Invoice #

                                         PREBILL  / CONTROL  REPORT
                                                         Trans Date Range:   1/1/1950  to: 1/31/2004
Matter       000
Disbursements
Bill Cycle:       Monthly           Style:          i1          Start:    4/16/2001
                                                       Last Billed : 1/23/2004                        13,655
```

Trust Amount Available

Total Expenses Billed To Date         $235,025.72

```
Billing Empl:        0120    Elihu Inselbuch
Responsible Empl:    0120    Elihu Inselbuch
Alternate Empl:      0120    Elihu Inselbuch
Originating Empl:    0120    Elihu Inselbuch
```

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0101 | RCS | Robert C. Spohn | 0.00 | 28.05 | 0.00 | 28.05 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 15.70 | 0.00 | 15.70 |
| 0187 | NDF | Nathan D. Finch | 0.00 | 1,145.89 | 0.00 | 1,145.89 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 1.50 | 0.00 | 1.50 |
| 0234 | RET | Rita E Tower | 0.00 | 136.50 | 0.00 | 136.50 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 57.15 | 0.00 | 57.15 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 677.01 | 0.00 | 677.01 |
|  |  |  | **0.00** | **2,061.80** | **0.00** | **2,061.80** |

**Total Fees**

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1581155 | Equitrac - Long Distance to 8054993572 | E | 01/02/2004 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 0.15 |
| 1581171 | Equitrac - Long Distance to 8054993572 | E | 01/02/2004 | 0999 | C&D | 0.00 | | $0.11 | 0.00 | | $0.11 | 0.26 |
| 1581172 | Equitrac - Long Distance to 8054993572 | E | 01/02/2004 | 0999 | C&D | 0.00 | | $0.11 | 0.00 | | $0.11 | 0.37 |
| 1581758 | Photocopy | E | 01/05/2004 | 0999 | C&D | 0.00 | | $1.50 | 0.00 | | $1.50 | 1.87 |
| 1581841 | Photocopy | E | 01/05/2004 | 0238 | SLG | 0.00 | | $12.60 | 0.00 | | $12.60 | 14.47 |
| 1582117 | Equitrac - Long Distance to 8054993572 | E | 01/07/2004 | 0999 | C&D | 0.00 | | $0.07 | 0.00 | | $0.07 | 14.54 |
| 1581472 | NDF expenses to New York for depositions on 12/29-30 for meals (split with 4018 and 2814) | E | 01/07/2004 | 0187 | NDF | 0.00 | | $26.14 | 0.00 | | $26.14 | 40.68 |

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                                     Page:   1
Matter     000                                  Disbursements                                                                                       2/20/2004
                                                                                                                                             Print Date/Time:
                                                                                                                                                  02/20/2004
                                                                                                                                                   4:54:02PM
Attn:                                                                                                                                             Invoice #
1581473    NDF expenses to New  York for depositions on       E  01/07/2004    0187    NDF          0.00         $81.00         0.00       $81.00    121.68
           12/29-30  for Delta shuttle (split with 4018 and
           2814)
1581474    NDF expenses to New  York for depositions on       E  01/07/2004    0187    NDF          0.00         $85.89         0.00       $85.89    207.57
           12/29-30 for Hotel Elysee (split with 4018 and
           2814)
1581475    NDF expenses to New  York for depositions on       E  01/07/2004    0187    NDF          0.00         $23.33         0.00       $23.33    230.90
           12/29-30  for cabs (split with 4018 and 2814)
1581476    NDF expenses to New  York for depositions on       E  01/07/2004    0187    NDF          0.00          $1.33         0.00        $1.33    232.23
           12/29-30 for phone calls on hotel bill (split
           with 4018 and 2814)
1582764    Photocopy                                          E  01/08/2004    0234    RET          0.00          $3.00         0.00        $3.00    235.23
1582771    Photocopy                                          E  01/08/2004    0999    C&D          0.00          $0.45         0.00        $0.45    235.68
1583023    Equitrac - Long Distance to 3128612000             E  01/09/2004    0999    C&D          0.00          $0.14         0.00        $0.14    235.82
1583059    Equitrac - Long Distance to 3128612162             E  01/09/2004    0999    C&D          0.00          $0.08         0.00        $0.08    235.90
1582272    Rizman Rappaport Dillon; Certified copy of         E  01/09/2004    0187    NDF          0.00        $410.33         0.00      $410.33    646.23
           transcript of DAvid Gross (split with 4018 ane
           2814)
1581663    NDF expenses in NY for Wolin deposition on 1/3-5   E  01/09/2004    0187    NDF          0.00          $7.75         0.00        $7.75    653.98
           for meals (split with 4018 and 2814)
1581664    NDF expenses in NY for Wolin deposition on 1/3-5   E  01/09/2004    0187    NDF          0.00         $49.00         0.00       $49.00    702.98
           for train fare (coach fare 72.00)  (split with
           4018 and 2814)
1581665    NDF expenses in NY for Wolin deposition on 1/3-5   E  01/09/2004    0187    NDF          0.00        $246.29         0.00      $246.29    949.27
           for Hotel Elysee (split with 4018 and 2814)
1581666    NDF expenses in NY for Wolin deposition on 1/3-5   E  01/09/2004    0187    NDF          0.00         $20.00         0.00       $20.00    969.27
           for cabs t/f home, Hotel, train station (split
           with 4018 and 2814)
1581667    NDF expenses in NY for Wolin deposition on 1/3-5   E  01/09/2004    0187    NDF          0.00         $16.17         0.00       $16.17    985.44
           for hotel valet service (split with 4018 and
           2814)
1581668    NDF expenses in NY for Wolin deposition on 1/3-5   E  01/09/2004    0187    NDF          0.00          $0.33         0.00        $0.33    985.77
           for phone call on hotel bill (split with 4018
           and 2814)
1581687    Federal Express to Lauren Przybylek from EI on     E  01/09/2004    0120    EI           0.00          $2.33         0.00        $2.33    988.10
           12/24
1583612    Fax Transmission to 17136501400                    E  01/09/2004    0999    C&D          0.00          $0.45         0.00        $0.45    988.55
1583613    Fax Transmission to 14067527124                    E  01/09/2004    0999    C&D          0.00          $0.45         0.00        $0.45    989.00
1583614    Fax Transmission to 13026565875                    E  01/09/2004    0999    C&D          0.00          $0.45         0.00        $0.45    989.45
1583615    Fax Transmission to 16179510679                    E  01/09/2004    0999    C&D          0.00          $0.45         0.00        $0.45    989.90
1583691    Photocopy                                          E  01/09/2004    0234    RET          0.00          $0.45         0.00        $0.45    990.35
1583801    Photocopy                                          E  01/09/2004    0232    LK           0.00          $1.50         0.00        $1.50    991.85
1583805    Photocopy                                          E  01/10/2004    0234    RET          0.00        $132.30         0.00      $132.30  1,124.15
1583072    Equitrac - Long Distance to 3128612000             E  01/10/2004    0999    C&D          0.00          $0.15         0.00        $0.15  1,124.30
1582938    DNF expenses to New York on 12/29 and 1/3 for      E  01/12/2004    0187    NDF          0.00        $112.67         0.00      $112.67  1,236.97
           Wolin deposition (split 3 ways between   for
           coach airfare
1583892    Photocopy                                          E  01/12/2004    0999    C&D          0.00          $2.10         0.00        $2.10  1,239.07
1583916    Photocopy                                          E  01/12/2004    0999    C&D          0.00          $0.15         0.00        $0.15  1,239.22
1583983    Photocopy                                          E  01/12/2004    0238    SLG          0.00          $2.40         0.00        $2.40  1,241.62
1584009    Photocopy                                          E  01/12/2004    0101    RCS          0.00          $0.75         0.00        $0.75  1,242.37
1584574    Equitrac - Long Distance to 9736454764             E  01/13/2004    0999    C&D          0.00          $0.21         0.00        $0.21  1,242.58
1584575    Equitrac - Long Distance to 3022522900             E  01/13/2004    0999    C&D          0.00          $0.38         0.00        $0.38  1,242.96
1584595    Equitrac - Long Distance to 2123108000             E  01/13/2004    0999    C&D          0.00          $0.06         0.00        $0.06  1,243.02
1584644    Equitrac - Long Distance to 8054993572             E  01/13/2004    0999    C&D          0.00          $0.14         0.00        $0.14  1,243.16
1585076    Photocopy                                          E  01/13/2004    0101    RCS          0.00         $27.30         0.00       $27.30  1,270.46
1585095    Photocopy                                          E  01/13/2004    0234    RET          0.00          $0.75         0.00        $0.75  1,271.21
1585103    Photocopy                                          E  01/13/2004    0999    C&D          0.00          $5.10         0.00        $5.10  1,276.31
1585124    Photocopy                                          E  01/13/2004    0999    C&D          0.00          $4.80         0.00        $4.80  1,281.11
1585158    Photocopy                                          E  01/13/2004    0238    SLG          0.00          $3.15         0.00        $3.15  1,284.26
1586062    Photocopy                                          E  01/14/2004    0238    SLG          0.00          $1.80         0.00        $1.80  1,286.06
1586851    Photocopy                                          E  01/15/2004    0999    C&D          0.00          $3.00         0.00        $3.00  1,289.06
1586863    Photocopy                                          E  01/15/2004    0999    C&D          0.00          $0.30         0.00        $0.30  1,289.36
1586867    Photocopy                                          E  01/15/2004    0999    C&D          0.00          $2.40         0.00        $2.40  1,291.76
1586871    Photocopy                                          E  01/15/2004    0999    C&D          0.00          $1.50         0.00        $1.50  1,293.26
1586872    Photocopy                                          E  01/15/2004    0999    C&D          0.00          $0.60         0.00        $0.60  1,293.86
1586873    Photocopy                                          E  01/15/2004    0999    C&D          0.00          $4.50         0.00        $4.50  1,298.36
1586875    Photocopy                                          E  01/15/2004    0999    C&D          0.00          $0.30         0.00        $0.30  1,298.66
1584979    Petty Cash  Cab to office and home for NDF on      E  01/15/2004    0187    NDF          0.00         $16.66         0.00       $16.66  1,315.32
           1/7,8,9 &10 (split with 4017 and 2814)
1590237    Fax Transmission to 14067527124                    E  01/16/2004    0999    C&D          0.00          $0.45         0.00        $0.45  1,315.77
1590240    Fax Transmission to 16179510679                    E  01/16/2004    0999    C&D          0.00          $0.45         0.00        $0.45  1,316.22
1590244    Fax Transmission to 17136501400                    E  01/16/2004    0999    C&D          0.00          $0.45         0.00        $0.45  1,316.67
```

```
Client Number:   4642           Grace Asbestos Personal Injury Claimants                                                              Page:       1
Matter       000                Disbursements                                                                                       2/20/2004
                                                                                                                              Print Date/Time:
                                                                                                                                   02/20/2004
                                                                                                                                   4:54:02PM
Attn:                                                                                                                              Invoice #
1590263    Photocopy                                        E  01/16/2004   0238   SLG    0.00      $4.20       0.00    $4.20    1,320.87
1590356    Photocopy                                        E  01/16/2004   0238   SLG    0.00      $2.70       0.00    $2.70    1,323.57
1590358    Photocopy                                        E  01/16/2004   0238   SLG    0.00      $2.10       0.00    $2.10    1,325.67
1590522    Photocopy                                        E  01/20/2004   0238   SLG    0.00      $4.05       0.00    $4.05    1,329.72
1590659    Photocopy                                        E  01/20/2004   0238   SLG    0.00     $14.70       0.00   $14.70    1,344.42
1590872    Photocopy                                        E  01/21/2004   0999   C&D    0.00     $18.30       0.00   $18.30    1,362.72
1590880    Photocopy                                        E  01/21/2004   0999   C&D    0.00      $5.10       0.00    $5.10    1,367.82
1588669    Equitrac - Long Distance to 9736452580           E  01/21/2004   0999   C&D    0.00      $0.06       0.00    $0.06    1,367.88
1588674    Equitrac - Long Distance to 9736452580           E  01/21/2004   0999   C&D    0.00      $0.13       0.00    $0.13    1,368.01
1591048    Photocopy                                        E  01/22/2004   0238   SLG    0.00      $2.70       0.00    $2.70    1,370.71
1591221    Photocopy                                        E  01/23/2004   0999   C&D    0.00      $0.45       0.00    $0.45    1,371.16
1591253    Photocopy                                        E  01/23/2004   0999   C&D    0.00      $4.05       0.00    $4.05    1,375.21
1591314    Photocopy                                        E  01/23/2004   0999   C&D    0.00      $8.10       0.00    $8.10    1,383.31
1586156    Pacer Service  used in New York office October   E  01/23/2004   0120   EI     0.00     $13.37       0.00   $13.37    1,396.68
           thru December
1591404    Photocopy                                        E  01/26/2004   0999   C&D    0.00      $0.75       0.00    $0.75    1,397.43
1591662    Photocopy                                        E  01/28/2004   0999   C&D    0.00      $1.35       0.00    $1.35    1,398.78
1592238    Photocopy                                        E  01/29/2004   0999   C&D    0.00      $1.50       0.00    $1.50    1,400.28
1592286    Photocopy                                        E  01/29/2004   0238   SLG    0.00      $2.25       0.00    $2.25    1,402.53
1587681    NDF return  business class train fare from NY on E  01/29/2004   0187   NDF    0.00     $49.00       0.00   $49.00    1,451.53
           12/30.  (split with 4018 and 2814)
1592458    Photocopy                                        E  01/30/2004   0238   SLG    0.00      $4.50       0.00    $4.50    1,456.03
1592674    Database Research-Westlaw research by NDF on 1/9 E  01/30/2004   0999   C&D    0.00    $564.85       0.00  $564.85    2,020.88
1593748    Database Research-Westlaw research by NDF on 1/15 E 01/30/2004   0999   C&D    0.00     $40.92       0.00   $40.92    2,061.80
Total Expenses                                                                            0.00  $2,061.80       0.00 $2,061.80


                    Matter Total Fees                                                                           0.00                    0.00


                    Matter Total Expenses                                                                   2,061.80                2,061.80


                    Matter Total                                                          0.00              2,061.80     0.00       2,061.80



                    Prebill Total Fees


                    Prebill Total Expenses                                                                 $2,061.80                $2,061.80


                    Prebill Total                                                         0.00             $2,061.80     0.00       $2,061.80
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |

```
Client Number:    4642              Grace Asbestos Personal Injury Claimants                              Page:    1
Matter      000                     Disbursements                                                      2/20/2004
                                                                                                  Print Date/Time:
                                                                                                       02/20/2004
                                                                                                       4:54:02PM
Attn:                                                                                                  Invoice #
41,745         05/22/2003            4,425.50             885.10
42,071         06/27/2003            3,191.00             638.20
42,258         07/25/2003            8,561.00           1,712.20
42,259         07/25/2003            3,420.50             684.10
42,620         08/28/2003            9,498.50             365.00
42,639         08/28/2003            1,935.50             387.10
42,905         09/29/2003            6,967.25           1,393.45
42,954         09/29/2003            3,733.00             746.60
43,207         10/28/2003            9,661.00           1,932.20
43,234         10/14/2003            1,845.50             369.10
43,556         11/20/2003           22,649.50           4,529.90
43,557         11/20/2003            5,865.50           5,865.50
43,916         12/29/2003            1,191.00           1,191.00
43,917         12/29/2003           28,792.17          28,792.17
44,174         01/23/2004           17,778.20          17,778.20
44,175         01/23/2004              476.00             476.00
                                 1,327,251.37         265,523.31
```

PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 2/29/2004

**Matter      000**
**Disbursements**
Bill Cycle:       Monthly         Style:        i1        Start:    4/16/2001

Last Billed : 2/26/2004                                                       13,655

Trust Amount Available

Total Expenses Billed To Date        $237,087.52

```
                                    Billing Empl:        0120    Elihu Inselbuch
                                    Responsible Empl:    0120    Elihu Inselbuch
                                    Alternate Empl:      0120    Elihu Inselbuch
                                    Originating Empl:    0120    Elihu Inselbuch
```

**Summary  by Employee**

|  |  |  | ---------- ACTUAL ---------- |  | ---------- BILLING--------- |  |
| --- | --- | --- | --- | --- | --- | --- |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0101 | RCS | Robert C. Spohn | 0.00 | 69.75 | 0.00 | 69.75 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 24.19 | 0.00 | 24.19 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 39.45 | 0.00 | 39.45 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 124.02 | 0.00 | 124.02 |
|  |  |  | **0.00** | **257.41** | **0.00** | **257.41** |

**Total Fees**

**Summary  by Employee**

|  |  |  | ---------- ACTUAL ---------- |  |  | ---------- BILLING--------- |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                      Page:    1
Matter      000                    Disbursements                                                                                 2/20/2004
                                                                                                                         Print Date/Time:
                                                                                                                              02/20/2004
                                                                                                                              4:54:02PM
Attn:                                                                                                                           Invoice #
Total Fees
```

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate (Actual) | Hours (Actual) | Amount (Actual) | Rate (Billing) | Hours (Billing) | Amount (Billing) | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1595948 | Photocopy | E | 02/02/2004 | 0238 | SLG | 0.00 | | $7.20 | 0.00 | | $7.20 | 7.20 |
| 1596011 | Photocopy | E | 02/03/2004 | 0101 | RCS | 0.00 | | $69.75 | 0.00 | | $69.75 | 76.95 |
| 1596022 | Photocopy | E | 02/03/2004 | 0238 | SLG | 0.00 | | $5.85 | 0.00 | | $5.85 | 82.80 |
| 1596081 | Photocopy | E | 02/03/2004 | 0999 | C&D | 0.00 | | $2.55 | 0.00 | | $2.55 | 85.35 |
| 1596241 | Photocopy | E | 02/04/2004 | 0238 | SLG | 0.00 | | $7.20 | 0.00 | | $7.20 | 92.55 |
| 1596577 | Photocopy | E | 02/06/2004 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 93.30 |
| 1596624 | Photocopy | E | 02/06/2004 | 0999 | C&D | 0.00 | | $5.40 | 0.00 | | $5.40 | 98.70 |
| 1596631 | Photocopy | E | 02/06/2004 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 99.45 |
| 1596632 | Photocopy | E | 02/06/2004 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 99.60 |
| 1596641 | Photocopy | E | 02/06/2004 | 0999 | C&D | 0.00 | | $4.50 | 0.00 | | $4.50 | 104.10 |
| 1596859 | Photocopy | E | 02/09/2004 | 0238 | SLG | 0.00 | | $3.60 | 0.00 | | $3.60 | 107.70 |
| 1594103 | Federal Express  to Warren Smith from EI on 1/29 | E | 02/09/2004 | 0120 | EI | 0.00 | | $14.37 | 0.00 | | $14.37 | 122.07 |
| 1594114 | Federal Express  to Layren Przybylek from EI on 1/23 | E | 02/09/2004 | 0120 | EI | 0.00 | | $2.35 | 0.00 | | $2.35 | 124.42 |
| 1597539 | Photocopy | E | 02/10/2004 | 0238 | SLG | 0.00 | | $1.80 | 0.00 | | $1.80 | 126.22 |
| 1597542 | Photocopy | E | 02/10/2004 | 0238 | SLG | 0.00 | | $7.50 | 0.00 | | $7.50 | 133.72 |
| 1597623 | Photocopy | E | 02/11/2004 | 0238 | SLG | 0.00 | | $3.00 | 0.00 | | $3.00 | 136.72 |
| 1597657 | Photocopy | E | 02/11/2004 | 0999 | C&D | 0.00 | | $1.50 | 0.00 | | $1.50 | 138.22 |
| 1598081 | Database Research - by NDF on Jan 15 | E | 02/12/2004 | 0999 | C&D | 0.00 | | $40.92 | 0.00 | | $40.92 | 179.14 |
| 1598853 | Photocopy | E | 02/12/2004 | 0999 | C&D | 0.00 | | $18.00 | 0.00 | | $18.00 | 197.14 |
| 1599503 | Photocopy | E | 02/13/2004 | 0999 | C&D | 0.00 | | $35.55 | 0.00 | | $35.55 | 232.69 |
| 1599508 | Photocopy | E | 02/13/2004 | 0999 | C&D | 0.00 | | $3.60 | 0.00 | | $3.60 | 236.29 |
| 1599932 | Photocopy | E | 02/17/2004 | 0238 | SLG | 0.00 | | $2.10 | 0.00 | | $2.10 | 238.39 |
| 1599942 | Photocopy | E | 02/17/2004 | 0999 | C&D | 0.00 | | $1.35 | 0.00 | | $1.35 | 239.74 |
| 1600937 | Photocopy | E | 02/19/2004 | 0999 | C&D | 0.00 | | $2.40 | 0.00 | | $2.40 | 242.14 |
| 1602171 | Photocopy | E | 02/23/2004 | 0238 | SLG | 0.00 | | $0.30 | 0.00 | | $0.30 | 242.44 |
| 1602206 | Photocopy | E | 02/23/2004 | 0999 | C&D | 0.00 | | $0.60 | 0.00 | | $0.60 | 243.04 |
| 1603462 | Photocopy | E | 02/25/2004 | 0999 | C&D | 0.00 | | $6.00 | 0.00 | | $6.00 | 249.04 |
| 1604645 | Photocopy | E | 02/26/2004 | 0238 | SLG | 0.00 | | $0.90 | 0.00 | | $0.90 | 249.94 |
| 1604403 | Air Freight & Express Mail - FedExp on 2/12 L P at Campbell & Levine | E | 02/27/2004 | 0120 | EI | 0.00 | | $7.47 | 0.00 | | $7.47 | 257.41 |
| **Total Expenses** | | | | | | **0.00** | | **$257.41** | **0.00** | | **$257.41** | |

```
              Matter Total Fees                                                                  0.00                                0.00


              Matter Total Expenses                                                            257.41                              257.41


              Matter Total                                                         0.00       257.41                    0.00       257.41



              Prebill Total Fees


              Prebill Total Expenses                                                          $257.41                             $257.41


              Prebill Total                                                        0.00       $257.41                   0.00       $257.41
```

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter      000 | Disbursements | 2/20/2004 |
| | | Print Date/Time: |
| | | 02/20/2004 |
| | | 4:54:02PM |
| Attn: | | Invoice # |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,258 | 07/25/2003 | 8,561.00 | 1,712.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,620 | 08/28/2003 | 9,498.50 | 365.00 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,905 | 09/29/2003 | 6,967.25 | 1,393.45 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,207 | 10/28/2003 | 9,661.00 | 1,932.20 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,556 | 11/20/2003 | 22,649.50 | 4,529.90 |
| 43,557 | 11/20/2003 | 5,865.50 | 5,865.50 |
| 43,916 | 12/29/2003 | 1,191.00 | 1,191.00 |
| 43,917 | 12/29/2003 | 22,939.00 | 4,587.80 |
| 44,174 | 01/23/2004 | 17,186.00 | 3,437.20 |
| 44,175 | 01/23/2004 | 476.00 | 476.00 |
| 44,595 | 02/26/2004 | 9,429.30 | 9,429.30 |
| | | 1,330,235.30 | 236,407.24 |

PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 3/31/2004

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | |
|---|---|---|---|---|---|---|
| | | | | Last Billed : 3/26/2004 | | 13,655 |

Trust Amount Available

Total Expenses Billed To Date        $237,344.93

| Billing Empl: | 0120 | Elihu Inselbuch |
|---|---|---|
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary   by Employee**

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                              Page:     1
Matter     000                                Disbursements                                                                                       2/20/2004
                                                                                                                                          Print Date/Time:
                                                                                                                                             02/20/2004
                                                                                                                                              4:54:02PM
Attn:                                                                                                                                         Invoice #
                                                        ---------- A C T U A L ----------          ---------- B I L L I N G---------
 Empl    Initials     Name                              Hours                 Amount               Hours                 Amount

 0120    EI           Elihu Inselbuch                    0.00                  82.61                0.00                  53.61
 0138    BAS          Brian A. Skretny                   0.00                   0.15                0.00                   0.15
 0187    NDF          Nathan D. Finch                    0.00                  14.00                0.00                   0.00
 0232    LK           Lauren  Karastergiou               0.00                   2.70                0.00                   2.70
 0234    RET          Rita E Tower                       0.00                  14.25                0.00                  14.25
 0238    SLG          Stacey L Gandy                     0.00                  68.25                0.00                  68.25
 0999    C&D          Caplin &. Drysdale                 0.00                 319.31                0.00                 319.31
                                                         0.00                 501.27                0.00                 458.27

Total Fees
```

```
Summary  by Employee
                                                        ---------- A C T U A L ----------                     ---------- B I L L I N G---------
 Empl    Initials     Name                              Rate           Hours              Amount              Rate           Hours              Amount

Total Fees
```

```
Detail Time / Expense  by  Date
                                                                                                         ---------- A C T U A L ----------    ---------- B I L L I N G---------
TransNo.     Description                           TransType  Trans Date   Work Empl      Rate    Hours           Amount       Rate   Hours         Amount  Cumulative

1607255      Photocopy                             E   03/01/2004   0999   C&D            0.00                    $0.90        0.00                 $0.90        0.90
1607827      Photocopy                             E   03/03/2004   0238   SLG            0.00                    $0.60        0.00                 $0.60        1.50
1608392      Photocopy                             E   03/04/2004   0999   C&D            0.00                    $3.75        0.00                 $3.75        5.25
1608619      Equitrac - Long Distance to 8054993572 E  03/05/2004   0999   C&D            0.00                    $1.64        0.00                 $1.64        6.89
1609364      Photocopy                             E   03/08/2004   0999   C&D            0.00                    $0.90        0.00                 $0.90        7.79
1609378      Photocopy                             E   03/08/2004   0999   C&D            0.00                    $0.90        0.00                 $0.90        8.69
1609380      Photocopy                             E   03/08/2004   0999   C&D            0.00                    $1.80        0.00                 $1.80       10.49
1609382      Photocopy                             E   03/08/2004   0999   C&D            0.00                    $1.20        0.00                 $1.20       11.69
1609383      Photocopy                             E   03/08/2004   0999   C&D            0.00                    $0.90        0.00                 $0.90       12.59
1609893      Equitrac - Long Distance to 2123199240 E  03/09/2004   0999   C&D            0.00                    $2.79        0.00                 $2.79       15.38
1609894      Equitrac - Long Distance to 3122366166 E  03/09/2004   0999   C&D            0.00                    $3.08        0.00                 $3.08       18.46
1610120      Photocopy                             E   03/09/2004   0238   SLG            0.00                    $0.45        0.00                 $0.45       18.91
1610122      Photocopy                             E   03/09/2004   0238   SLG            0.00                   $13.65        0.00                $13.65       32.56
1610747      Federal Express to Lauren Przybylek from EI on  E  03/11/2004   0120   EI     0.00                    $2.36        0.00                 $2.36       34.92
             2/25
1611130      Equitrac - Long Distance to 2123139307 E  03/11/2004   0999   C&D            0.00                    $1.38        0.00                 $1.38       36.30
1613413      Photocopy                             E   03/12/2004   0234   RET            0.00                   $14.25        0.00                $14.25       50.55
1613623      Photocopy                             E   03/15/2004   0999   C&D            0.00                    $0.90        0.00                 $0.90       51.45
1613635      Photocopy                             E   03/15/2004   0999   C&D            0.00                    $0.90        0.00                 $0.90       52.35
1613693      Photocopy                             E   03/15/2004   0232   LK             0.00                    $2.70        0.00                 $2.70       55.05
1613772      Research Material - Pacer Service Center  E  03/15/2004   0999   C&D         0.00                  $243.39        0.00               $243.39      298.44
             searches for the period October 1, 2003 -
             December 31, 2003
1613030      Equitrac - Long Distance to 2123198798 E  03/15/2004   0999   C&D            0.00                    $0.14        0.00                 $0.14      298.58
1614211      Photocopy                             E   03/16/2004   0238   SLG            0.00                   $14.70        0.00                $14.70      313.28
1614620      Photocopy                             E   03/17/2004   0999   C&D            0.00                    $0.60        0.00                 $0.60      313.88
1615465      Photocopy                             E   03/18/2004   0238   SLG            0.00                    $8.40        0.00                 $8.40      322.28
1615843      Fax Transmission to 12123440994       E   03/19/2004   0999   C&D            0.00                    $0.30        0.00                 $0.30      322.58
1615906      Photocopy                             E   03/19/2004   0999   C&D            0.00                    $1.80        0.00                 $1.80      324.38
1615949      Photocopy                             E   03/19/2004   0999   C&D            0.00                    $0.30        0.00                 $0.30      324.68
1615950      Photocopy                             E   03/19/2004   0999   C&D            0.00                    $1.20        0.00                 $1.20      325.88
1616349      Petty Cash  Late night working dinner for NDF  E  03/23/2004   0187   NDF    0.00                   $14.00        0.00                 $0.00      325.88
             and SRB on 3/8
1616598      Fax Transmission to 12145239157       E   03/23/2004   0999   C&D            0.00                    $0.30        0.00                 $0.30      326.18
1616600      Fax Transmission to 12145239157       E   03/23/2004   0999   C&D            0.00                    $0.15        0.00                 $0.15      326.33
1616605      Fax Transmission to 12145239158       E   03/23/2004   0999   C&D            0.00                    $0.60        0.00                 $0.60      326.93
1616606      Fax Transmission to 12145239157       E   03/23/2004   0999   C&D            0.00                    $0.15        0.00                 $0.15      327.08
1616609      Fax Transmission to 12148248100       E   03/23/2004   0999   C&D            0.00                    $0.60        0.00                 $0.60      327.68
1616612      Fax Transmission to 12145991171       E   03/23/2004   0999   C&D            0.00                    $0.60        0.00                 $0.60      328.28
1616614      Fax Transmission to 17136501400       E   03/23/2004   0999   C&D            0.00                    $0.60        0.00                 $0.60      328.88
```

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | Disbursements | | | | | | | | | 2/20/2004 |

Print Date/Time: 02/20/2004 4:54:02PM

| Attn: | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1616616 | Fax Transmission to 13125516759 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 329.48 |
| 1616618 | Fax Transmission to 18432169290 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 330.08 |
| 1616627 | Fax Transmission to 14067527124 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 330.68 |
| 1616628 | Fax Transmission to 13026565875 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 331.28 |
| 1616629 | Fax Transmission to 15108354913 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 331.88 |
| 1616630 | Fax Transmission to 12165750799 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 332.48 |
| 1616631 | Fax Transmission to 13053796222 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 333.23 |
| 1616632 | Fax Transmission to 14124718308 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 333.83 |
| 1616633 | Fax Transmission to 12123440994 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 334.43 |
| 1616634 | Fax Transmission to 16179510679 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 335.03 |
| 1616635 | Fax Transmission to 18432169450 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 335.63 |
| 1616636 | Fax Transmission to 12123445461 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 336.23 |
| 1616637 | Fax Transmission to 13024269947 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 336.38 |
| 1616638 | Fax Transmission to 14122615066 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 336.53 |
| 1616639 | Fax Transmission to 14122615066 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 336.68 |
| 1616640 | Fax Transmission to 14122615066 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 336.98 |
| 1616641 | Fax Transmission to 13024269947 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 337.43 |
| 1616642 | Fax Transmission to 12145239159 | E | 03/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 338.03 |
| 1616772 | Photocopy | E | 03/23/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 339.83 |
| 1616777 | Photocopy | E | 03/23/2004 | 0238 | SLG | 0.00 | $5.10 | 0.00 | $5.10 | 344.93 |
| 1617715 | Equitrac - Long Distance to 8054993572 | E | 03/25/2004 | 0999 | C&D | 0.00 | $0.66 | 0.00 | $0.66 | 345.59 |
| 1617906 | Photocopy | E | 03/25/2004 | 0999 | C&D | 0.00 | $17.25 | 0.00 | $17.25 | 362.84 |
| 1617947 | Photocopy | E | 03/25/2004 | 0238 | SLG | 0.00 | $24.30 | 0.00 | $24.30 | 387.14 |
| 1618227 | EI train from NY to Wilmington $164.00 (coach 106.00) and train from Wilmington to NY $157.00 (coach 99.00) on 3/22 (Split Grace, Owens, USG & Kairser) | E | 03/25/2004 | 0120 | EI | 0.00 | $80.25 | 0.00 | $51.25 | 438.39 |
| 1619537 | Photocopy | E | 03/29/2004 | 0138 | BAS | 0.00 | $0.15 | 0.00 | $0.15 | 438.54 |
| 1619574 | Photocopy | E | 03/29/2004 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 439.14 |
| 1620745 | Equitrac - Long Distance to 4152478300 | E | 03/30/2004 | 0999 | C&D | 0.00 | $1.06 | 0.00 | $1.06 | 440.20 |
| 1620919 | Fax Transmission to 12145239159 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 440.50 |
| 1620920 | Fax Transmission to 12145239157 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 440.80 |
| 1620921 | Fax Transmission to 12145239158 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 441.10 |
| 1620922 | Fax Transmission to 12145991171 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 441.40 |
| 1620923 | Fax Transmission to 17136501400 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 441.70 |
| 1620925 | Fax Transmission to 13125516759 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 442.00 |
| 1620926 | Fax Transmission to 18432169290 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 442.30 |
| 1620927 | Fax Transmission to 12148248100 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 442.75 |
| 1620928 | Fax Transmission to 14067527124 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 443.05 |
| 1620929 | Fax Transmission to 13026565875 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 443.35 |
| 1620930 | Fax Transmission to 15108354913 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 443.65 |
| 1620931 | Fax Transmission to 12165750799 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 443.95 |
| 1620932 | Fax Transmission to 13053796222 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 444.40 |
| 1620933 | Fax Transmission to 14124718308 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 444.70 |
| 1620934 | Fax Transmission to 12123440994 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 445.00 |
| 1620935 | Fax Transmission to 12123445461 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 445.15 |
| 1620936 | Fax Transmission to 16179510679 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 445.45 |
| 1620937 | Fax Transmission to 12123445461 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 445.60 |
| 1620938 | Fax Transmission to 18432169450 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 445.90 |
| 1620939 | Fax Transmission to 13024269947 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 446.05 |
| 1620940 | Fax Transmission to 14122615066 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 446.20 |
| 1620941 | Fax Transmission to 13024269947 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 446.35 |
| 1620942 | Fax Transmission to 14122615066 | E | 03/30/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 446.50 |
| 1621018 | Photocopy | E | 03/30/2004 | 0999 | C&D | 0.00 | $5.70 | 0.00 | $5.70 | 452.20 |
| 1621049 | Photocopy | E | 03/30/2004 | 0238 | SLG | 0.00 | $0.45 | 0.00 | $0.45 | 452.65 |
| 1622201 | Postage from New York Office for March 2004 | E | 03/31/2004 | 0999 | C&D | 0.00 | $0.37 | 0.00 | $0.37 | 453.02 |
| 1618875 | Local Transporation - NY - EI trip to Wilmington on 3/22 for recusal argument in 3rd Circuit Court NYO PC JE#26 | E | 03/31/2004 | 0999 | C&D | 0.00 | $5.25 | 0.00 | $5.25 | 458.27 |
| **Total Expenses** | | | | | | **0.00** | **$501.27** | **0.00** | **$458.27** | |

|  |  |  |
|---|---|---|
| Matter Total Fees | 0.00 | 0.00 |
| Matter Total Expenses | 501.27 | 458.27 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                              Page:    1
Matter     000                    Disbursements                                                                    2/20/2004
                                                                                                              Print Date/Time:
                                                                                                                  02/20/2004
                                                                                                                   4:54:02PM
Attn:                                                                                                            Invoice #
              Matter Total                                                   0.00          501.27        0.00       458.27



              Prebill Total Fees


              Prebill Total Expenses                                                      $501.27                  $458.27


              Prebill Total                                                  0.00        $501.27         0.00     $458.27
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,258 | 07/25/2003 | 8,561.00 | 1,712.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,620 | 08/28/2003 | 9,498.50 | 365.00 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,905 | 09/29/2003 | 6,967.25 | 1,393.45 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,207 | 10/28/2003 | 9,661.00 | 1,932.20 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,556 | 11/20/2003 | 22,649.50 | 4,529.90 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 43,917 | 12/29/2003 | 22,939.00 | 4,587.80 |
| 44,174 | 01/23/2004 | 17,186.00 | 3,437.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 44,595 | 02/26/2004 | 7,367.50 | 1,473.50 |
| 44,882 | 03/26/2004 | 18,711.91 | 18,711.91 |
| | | 1,346,885.41 | 241,137.35 |