## EXHIBIT D

### CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested |  | Paid |  |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 3/1/04; 5203 | 1/1/04-1/31/04 | $5,894.00 (80% of $7,367.50) | $ 2,061.8 | $5,894.00 (80% of $7,367.50) | $2,061.8 |
| 3/31/04; 5337 | 2/1/04-2/29/04 | $14,763.60 (80% of $18,454.50) | $ 257.41 | **Pending** | **Pending** |
| 4/30/04; 5509 | 3/1/04-3/31/04 | $22,870.00 (80% of $28,587.50) | $ 458.27 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative January to March, 2004 Hours | Cumulative January to March, 2004 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $         .00 | .2 | $       109.50 |
| Asset Disposition | .0 | $         .00 | 2.0 | $    1,250.00 |
| Business Operations | .9 | $     468.50 | 14.1 | $    5,538.50 |
| Case Administration | 52.7 | $  15,848.50 | 1,700.8 | $ 366,120.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 10.1 | $   2,772.50 | 1,266.8 | $ 354,542.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | $         .00 | 4.0 | $    2,243.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .4 | $     312.00 | 72.4 | $  39,147.50 |
| Employee Benefits/Pension | .4 | $     302.50 | 8.8 | $    4,525.50 |
| Employment Applications, Applicant | .1 | $       68.50 | 32.9 | $    8,282.50 |
| Employment Applications, Others | .0 | $         .00 | 39.1 | $  15,055.00 |

{D0021792:1 }
DOC# - 170098

| | | | | |
|---|---|---|---|---|
| Expenses | .0 | $ .00 | .0 | .00 |
| Fee Applications, Applicant | 14.9 | $ 3,683.50 | 260.8 | $ 64,435.00 |
| Fee Applications, Others | .5 | $ 342.50 | 107.5 | $ 39,127.50 |
| Financing | .0 | $ .00 | .1 | 62.50 |
| Hearings | 2.5 | $ 1,950.00 | 56.0 | $ 32,992.00 |
| Litigation and Litigation Consulting | 26.4 | $ 11,427.00 | 1,276.1 | $ 401,330.50 |
| Plan & Disclosure Statement | 31.4 | $ 16,922.00 | 50.9 | $ 27,100.50 |
| Relief from Stay Proceedings | .0 | $ .00 | .3 | $ 193.50 |
| Tax Issues | .0 | $ .00 | 62.0 | $ 19,831.50 |
| Tax Litigation | .0 | $ .00 | 26.6 | $ 8,733.50 |
| Travel-Non-Working | .8 | $ 312.00 | 301.0 | $ 57,155.25 |
| Valuation | .0 | .00 | .0 | .00 |
| ZAI Science Trial | .0 | $ .00 | 5.9 | $ 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | $ 170.00 |
| Fee Auditor Matters | .0 | $ .00 | 1.9 | $ 646.00 |
| **Totals** | **141.1** | **$54,409.50** | **5,290.7** | **$1,450,280.25** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 1/1/04 – 3/31/04 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 646.69 | $ 69,742.33 |

{D0021792:1 }

| | | |
|---|---:|---:|
| Research Material | 256.76 | 2,286.32 |
| Air Freight & Express Mail | 28.88 | 7,728.02 |
| Outside Local Deliveries | .00 | 696.21 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 1,155.80 |
| Outside Photocopy Service | .00 | 23,098.19 |
| Professional Fees & Expert Witness Fees | .00 | 14,365.55 |
| Court Reporting/Transcript Service | 410.33 | 4,555.52 |
| Miscellaneous Client Advances | .00 | 746.77 |
| Air & Train Transportation | 342.92 | 39,224.91 |
| Meals Related to Travel | 33.89 | 2,970.40 |
| Travel Expenses – Hotel Charges | 348.35 | 13,529.80 |
| Travel Expenses – Ground Transportation | 43.33 | 6,683.31 |
| Travel Expenses – Miscellaneous | .00 | 73.30 |
| Travel Expenses – LD Calls on Hotel Bill | 1.66 | 1,070.01 |
| Local Transportation - DC | 16.66 | 127.46 |
| Local Transportation – NY | 5.25 | 267.09 |
| Xeroxing | 607.95 | 42,431.55 |
| Postage | .37 | 152.24 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 21.90 | 1,510.90 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 12.54 | 1,754.94 |
| NYO Long Distance Telephone | .00 | 1,839.03 |
| Use of Cell/Home Phone | .00 | 529.61 |
| **TOTAL** | **$      $2,777.48** | **$      $237,803.20** |