# EXHIBIT 2

# 4th Omnibus Objection to Claims
# for WR Grace

**Total number of parties: 90**
**Preferred Mode of Service: US Mail (1st Class)**

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 8749 | AGA GAS INC, MEMBER OF THE LINDE GAS GROUP, PO BOX 94737, CLEVELAND, OH 44101-4737 |
| 8749 | ALABAMA POWER CO, PO BOX 12465, BIRMINGHAM, AL 35202-2465 |
| 8749 | AMERICAN WICK DRAIN CORP, ATTN: DAVIS CARMAN, 1209 AIRPORT RD, MONROE, NC 28110 |
| 8749 | AMERSHAM BIOSCIENCES, 800 CENTENNIAL AVE, PISCATAWAY, NJ 08855-1327 |
| 8749 | APPLIED INDUSTRIAL TECH AMERICAN BEARING, PO BOX 6925, CLEVELAND, OH 44101 |
| 8749 | ASHLAND INCORPORATED, PO BOX 2219, COLLECTION DEPT DS3, COLUMBUS, OH 43216 |
| 8749 | B & C FAB INC, 6325 N ORANGE BLOSSOM TRL #126, ORLANDO, FL 32810 |
| 8749 | BENTCO PALLET & CRATE LLC, PO BOX 750, EASTABOGA, AL 36260 |
| 8749 | BRADLEY SUPPLY CO, PO BOX 29096, CHICAGO, IL 60629 |
| 8749 | BROCK & COMPANY INC, 77 GREAT VALLEY PKWY, MALVERN, PA 19355 |
| 8749 | CARDINAL BUILDING MAINTENANCE INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 8749 | CARUCCIO, FRANK, OSBORNE & VISCONTI, 20 EASTBROOK RD STE 304, DEDHAM, MA 02026 |
| 8749 | CENTER ENTERPRISES INC DBA CENTRAL ELECT, PO BOX 7567, HOUSTON, TX 77270-7567 |
| 8749 | CHERCO SYSTEMS, 1638 RYAN ST, LAKE CHARLES, LA 70601 |
| 8749 | CHROMA COPY, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 8749 | CITY OF EL PASO, C/O DAVID G AELVOET, LINEBARGER HEARD GOGGAN ET AL, 310 S ST MARYS TENTH FLOOR, TOWER LIFE BLDG STE 1000, SAN ANTONIO, TX 78205 |
| 8749 | CITY OF MILWAUKEE, CITY TREASURER #1353, 200 E WELLS ST - ROOM 103, MILWAUKEE, WI 53202 |
| 8749 | CLARKE REYNOLDS ELECTRIC CO, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 8749 | COLEMANS PUMPING SERVICE, C/O JAMES COLEMAN, 190 STURKIE RD, WAGENER, SC 29164 |
| 8749 | CORROSION FLUID PRODUCTS CORP, 24450 INDOPLEX CIRCLE, FARMINGTON HILLS, MI 48332 |
| 8749 | CROMPTON SALES COMPANY INC, C/O MARY O NEIL, BENSON RD, MIDDLEBURY, CT 06749 |
| 8749 | DOMNERN SOMGIAT & BOONMA LAW OFFICE LIMI, 719 SI PHYA RD, BANGKOK, 10500THAILAND |
| 8749 | DONNELLY & DUNCAN INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 8749 | DONS DIESEL SERVICE INC, PO BOX 2438, HILLSBORO, MO 63050 |
| 8749 | DOUGLAS TECHNICAL SERVICES, 9 EASTERN LN, NEW MILFORD, CT 06776 |
| 8749 | EASTERN LIFT TRUCK CO INC, PO BOX 307, MAPLE SHADE, NJ 08052 |
| 8749 | ENGELHARD CORPORATION, ATTN STEPHEN MCINTYRE, 101 WOOD AVE 4TH FLR CREDIT, ISELIN, NJ 08830 |
| 8749 | EXXONMOBIL CHEMICAL COMPANY, LAW DEPT BANKRUPTCY MATTERS, 13501 KATY FREEWAY, HOUSTON, TX 77079 |
| 8749 | FREE-FLOW PACKAGING INTL DBA FP INTL, 1090 MILLS WAY, REDWOOD CITY, CA 94063 |
| 8749 | GLOBAL EQUIPMENT, 120B SATELLITE BLVD, SAWANEE, GA 30024 |
| 8749 | GREENVILLE COUNTY TAX COLLECTOR, 301 UNIVERSITY RDG STE 700, GREENVILLE, SC 29601 |
| 8749 | GULF PACIFIC AMERICA INC, MAR-GULF MANAGEMENT INC, 7083 HOLLYWOOD BLVD #650, HOLLYWOOD, CA 90028 |
| 8749 | HARRIS AUTOMATION SERVICES INC, C/O DIANE B HARRIS, PO BOX 890472, HOUSTON, TX 77289 |
| 8749 | HAYES MECHANICAL INC, 2160 N ASHLAND AVE, CHICAGO, IL 60614 |
| 8749 | HINDS CO TAX COLLECTOR, C/O NCTC, PO BOX 1727, JACKSON, MS 39215 |
| 8749 | HOMETOWN NEWS INC, DBA THE WOODRUFF NEWS, PO BOX 5211, SPARTANBURG, SC 29304-5211 |
| 8749 | HUGHES ASSOCIATES INC, 3610 COMMERCE DR #817, BALTIMORE, MD 21227 |
| 8749 | HUGHES SUPPLY INC, C/O LUIS D HERNANDEZ LEGAL DEPARTMEN, 20 N ORANGE AVE, STE 200, ORLANDO, FL 32801 |
| 8749 | ICI AMERICAS INC & INDOPCO, C/O W STEVEN BRYANT, LOCKE LIDDELL & SAPP LLP, 600 TRAVIS ST STE 2600, HOUSTON, TX 77002-3095 |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 8749 | J HARVARD CO, 3418 E MARDAN DR, LONG GROVE, IL 60047 |
| 8749 | JAY INDUSTRIAL TEC GROUP INC, 555 N WAYNE AVE, CINCINNATI, OH 45215 |
| 8749 | KATTEN MUCHIN ZAVIS ROSENMAN FKA ROSENMA, C/O JEFF J FRIEDMAN ESQ, 575 MADISON AVE, NEW YORK, NY 10022 |
| 8749 | KIMS RADIATOR & MFG CO INC, 2615 LENA ST, SULPHUR, LA 70665-7439 |
| 8749 | KONECRANES INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 8749 | LINATEX INC, 1550 AIRPORT RD, GALLATIN, TN 37066 |
| 8749 | LOUIS M ZIGMAN LAW CORPORATION, 473 S HOLT AVE, LOS ANGELES, CA 90048 |
| 8749 | M & M CONTROLS A DIVISION OF AIRECO INC, 9 E W AYLESBURY RD, TIMONIUM, MD 21093 |
| 8749 | MCJUNKIN CORPORATION, ATTN: MICHELE THOMPSON, PO BOX 513, CHARLESTON, WV 25322 |
| 8749 | MID-ATLANTIC INDUSTRIAL, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 8749 | MOVABLE WOOD BUILDINGS CO, 11804 HEMPSTEAD HWY, HOUSTON, TX 77092 |
| 8749 | N E BAYSTATE PRESS, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 8749 | NETZSCH INCORPORATED, 119 PICKERING WAY, EXTON, PA 19341 |
| 8749 | NEWARK ELECTRONICS, 4801 N RAVENSWOOD AVE, CHICAGO, IL 60640 |
| 8749 | NON METALLIC RESOURCES INC, PO BOX 81303, MOBILE, AL 36689 |
| 8749 | NSF INTERNATIONAL, 789 N DIXBORO RD, ANN ARBOR, MI 48105 |
| 8749 | NSTAR GAS, 800 BOYLSTON ST, 17TH FLOOR, BOSTON, MA 02119 |
| 8749 | OBRIEN & GERE ENGINEERS INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 8749 | PARKER HANNIFIN CORPORATION, 6035 PARKLAND BLVD, CLEVELAND, OH 44124 |
| 8749 | PCS IN A PINCH, 338 CLUBHOUSE RD, HUNT VALLEY, MD 21031 |
| 8749 | PORTER PIPE & SUPPLY CO, 303 S ROHLWING RD, ADDISON, IL 60101 |
| 8749 | PROVIA SOFTWARE INC, 5460 CORPORATE GROVE BLVD SE, GRAND RAPIDS, MI 49512-5500 |
| 8749 | R T VANDERBILT COMPANY INC, 30 WINFIELD ST, NORWALK, CT 06855 |
| 8749 | RED CAP MAINTENANCE INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 8749 | SCHENCK ACCURATE INC, 746 E MILWAUKEE ST, WHITEWATER, WI 53190 |
| 8749 | SCOTT SPECIALTY GASES, ATTN LOIS HAYES, 6141 EASTON RD, PLUMSTEADVILLE, PA 18949 |
| 8749 | SELLERS PROCESS EQUIPMENT CO, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 8749 | SIMPSON GUMPERTZ & HEGER, INC, 41 SEYON ST, BLDG 1 STE 500, WALTHAM, MA 02453 |
| 8749 | SOUTH CAROLINA ELECTRIC & GAS COMPANY SCPC, C/O SCANA SERVICES, 1426 MAIN ST MC 130, COLUMBIA, SC 29218 |
| 8749 | SPAULDING AND SLYE CONSTRUCTION LP, C/O BRUCE D LEVIN ESQ, BERNKOPF GOODMAN & BASEMAN LLP, 125 SUMMER STR, BOSTON, MA 02110 |
| 8749 | STANDARD REGISTER COMPANY, LILLIAN COMBS, 600 ALBANY ST, DAYTON, OH 45408 |
| 8749 | STATE OF MARYLAND CENTRAL COLLECTION UNI, C/O MICHAEL S FRIEDMAN, OFFICE OF THE ATTY GEN OF MD - DBM, 300 W PRESTON ST RM 407, BALTIMORE, MD 21201 |
| 8749 | STONE CONTAINER CORPORATION, ATTN: CREDIT DEPT, PO BO 2276, ALTON, IL 62002 |
| 8749 | T&D PROPERTIES, C/O TED RAKER, 11 BACHMAN ST, NEWNAN, GA 30263 |
| 8749 | TETRA TECHNOLOGIES INC, ATTN: CINDY BOLDT, 25025 I45 NORTH STE 600, THE WOODLANDS, TX 77380 |
| 8749 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, OFFICE OF THE ATTORNEY GENERAL, COLLECTION DIV BANKRUPTCY SECT, PO BOX 12548, AUSTIN, TX 78711-2548 |
| 8749 | THE CINCINNATI GAS & ELECTRIC CO, A SUBSIDIARY OF CINERGY CORP, 3300 CENTRAL PKWY 2ND FL, CINCINNATI, OH 45225 |
| 8749 | THOMAS PUBLISHING CO, 5 PENN PLAZA, NEW YORK, NY 10001 |
| 8749 | TOWN OF WINSHAM, COLLECTOR OF REVENUE, PO BOX 195, WILLIAMANTIC, CT 06226-0195 |
| 8749 | TRANSFERORS: GAC CHEMICAL CORP & IMERYS, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019 |
| 8749 | US FILTER CORP, 10 TECHNOLOGY DRIVE, LOWELL, MA 01851 |
| 8749 | US INTERNATIONAL SERVICES LTD, 113 KRESSON-GIBBSBORO RD, VOORHEES, NJ 08043 |
| 8749 | V & H EXCAVATING CO INC, 113 N MAIN ST, CROWN POINT, IN 46307 |
| 8749 | W K MERRIMAN INC, 7038 RIVER RD, PITTSBURGH, PA 15225 |
| 8749 | WALTER G COALE INC, PO BOX 39, CHURCHVILLE, MD 21028 |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 8749 | WELDING SERVICES INC, ATTN: DOUGLAS R THOMPSON, 1872-C INDEPENDENCE SQUARE, DUNWOODY, GA 30338 |
| 8749 | WELD-RITE SERVICE INC, ATTN: JOEL A STEIN, 6 W HUBBARD ST 8TH FL, CHICAGO, IL 60610 |
| 8749 | WESCO DISTRIBUTION INC, C/O JULIE QUAGLIANO ESQ, 3243 P ST NW, WASHINGTON, DC 20007 |
| 8749 | WESTSIDE BUILDING MATERIAL CORP, ATTN: JOE BOWERBANK, PO BOX 711, ANAHEIM, CA 92815 |
| 8749 | XEROX CORPORATION, LEGAL DEPT MS 1-2, ATTN: CATHY FLOWERS, 800 CARILLON PKWY, ST PETERSBURG, FL 33716 |
| 8749 | YORKE, JUDITH, YORKE ENGINEERING, 31726 RANCHO VIEJO RD STE 108, SAN JUAN CAPISTRANO, CA 92675 |

**Subtotal for this group: 90**