# EXHIBIT A

W. R. Grace
Responses Received to Debtors' Third Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s). Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Tape Rental Library, Inc. | None | 1350 | $1,825.07 | U | No Supporting Documentation | Expunge | In progress |
| Nelson, Dennis | None | 15367 | $250,000,000.00 | | Late Filed | Expunge | In progress |
| Nelson, Dennis | None | 15365 | $250,000,000.00 | | Late Filed | Expunge | In progress |
| State of Montana, Department of Environmental Quality | 5492 | 6100 | $8,510,022.16 | S, U | Amended; superceded by claim no. 15296 | Expunge | In progress |
| State of New Jersey, Division of Taxation | 5494 | 785 | $116,629.24 | A | Duplicate; Amended | Expunge | Claimant agrees with relief sought |
| State of New Jersey, Division of Taxation | 5494 | 15351 | $258,629.24 | A | Duplicate; Amended | Expunge | Claimant agrees with relief sought |
| Heyward, Gloria | None | 8689 | Unliquidated | U | No Supporting Documentation | Expunge | Claim will be expunged; Claimant will receive notice of PI bar date. |
| Potts, Jaqueline | None | 8542 | Unliquidated | U | No Supporting Documentation | Expunge | Claim will be expunged; Claimant will receive notice of PI bar date. |
| Leonard, Calvin | None | 1003 | $103,000.00 | U | No Supporting Documentation | Expunge | In progress |
| Cooksey, Richard | | 424 | $1,000,000.00 | U | No Supporting Documentation | Expunge | In progress |
| Finello, Rocco | | 426 | $1,000,000.00 | U | No Supporting Documentation | Expunge | In progress |
| Orange County Treasurer, Tax Collector | | 15357 | $22,774.20 | U | Late Filed | Expunge | In progress |
| Orange County Treasurer, Tax Collector | | 15318 | $27,053.18 | U | Duplicate; Late Filed | Expunge | In progress |
| Orange County Treasurer, Tax Collector | | 15317 | $27,053.18 | U | Late Filed | Expunge | In progress |
| Orange County Treasurer, Tax Collector | | 15314 | $42,002.53 | U | Late Filed | Expunge | In progress |

May 7, 2004