# EXHIBIT B
February Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: May 3, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE TWENTY-NINTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2004 through February 29, 2004 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $9,658.50  (80% = $7,726.80)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $13,088.71

This is an:    X monthly    ___ interim    ___ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

2

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | Pending | Pending |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | Pending | Pending |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | Pending | Pending |
| 4/7/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | Pending | Pending |

As indicated above, this is the twenty-ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately one hour, and the corresponding estimated compensation that will be requested in a future application is approximately $220.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

## Fee Summary
### (see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 37 | Litigation | $220.00 | 27.60 | $6,072.00 |
| Matthew T. Murphy | Associate | 16 | Litigation | $190.00 | 8.90 | $1,691.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 20 | Litigation | $85.00 | 10.90 | $926.50 |
| Marci E. VanDerHeide | Paralegal | 3 | Litigation | $85.00 | 9.60 | $816.00 |
| Regina Merkel | Paralegal | 6 | Litigation | $85.00 | 1.80 | $153.00 |
| TOTALS | | | | | 58.80 | $9,658.50 |

**Total Fees:**     **$9,658.50**

## Expense Summary
### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $1.06 |
| Federal Express | $64.73 |
| Outside Photocopying | $20.74 |
| Photocopying ($0.12/page) | $103.56 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $2.42 |
| Rent Reimbursement | $12,501.10 |
| Miscellaneous | $395.10 |
| TOTAL | $13,088.71 |

**Total Expenses:**     **$13,088.71**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 56.40 | $9,130.50 |
| Fee Applications, Applicant | 2.40 | $528.00 |
| Expenses | N/A | $13,088.71 |
| TOTALS | 58.80 | $22,747.21 |

Dated:  April 7, 2004                    CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/317138.1

6

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: May 3, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## TWENTY-NINTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 6, 2004

Bill Number 65983
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through February 29, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/02/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 5.40 Hrs | $459.00 |
| 02/03/04 | RAM | Telephone conference with in-house counsel re: when project of reviewing O.M. Scott documents should be completed. | 0.10 Hrs | $22.00 |
| 02/03/04 | MEV | Update bankruptcy court docket entries for RAM (.1); review docket entries for Certificate of No Objection filed for Casner & Edwards' October fee application (.1). | 0.20 Hrs | $17.00 |
| 02/06/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 5.50 Hrs | $467.50 |
| 02/09/04 | RAM | Begin review of O.M. Scott documents to determine relevancy before producing them to O.M. Scott's attorney (.5); telephone conference with in-house counsel re: same (.1). Read MTM's draft affidavit re: authenticating certain O.M. Scott documents and telephone call to MTM with my comments re: same (.2). | 0.80 Hrs | $176.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/10/04 | RAM | Telephone conference with MB re: locating first of 5 + boxes of possible O.M. Scott documents (.1). Read selected documents filed in bankruptcy court (.2). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.40 Hrs | $88.00 |
| 02/10/04 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 02/11/04 | RAM | Telephone call from MB that first box of O.M. Scott documents was located and is being sent to me for review. Telephone call from MTM re: scope of O.M. Scott document review. | 0.10 Hrs | $22.00 |
| 02/11/04 | MEV | Download and print selected documents filed in bankruptcy court for RAM | 0.30 Hrs | $25.50 |
| 02/13/04 | RAM | Send email to MB and telephone conference with her re: what documents to send to potential expert witness (.2). Read selected documents filed in bankruptcy court (.3). | 0.50 Hrs | $110.00 |
| 02/16/04 | RAM | Review documents for relevance before producing them to O.M. Scott's attorney. | 3.90 Hrs | $858.00 |
| 02/17/04 | RAM | Review documents for relevance before producing them to O.M. Scott's attorney (3.7). Review A.D. Little reports to send to potential expert witness (.7); telephone conference with MB re: which documents to send to expert (.2); draft letter to expert re: same (.2). Read updated bankruptcy court docket entries to select documents to read (.1). | 4.90 Hrs | $1,078.00 |
| 02/18/04 | RAM | Review documents for relevance before producing them to O.M. Scott's attorney. | 1.00 Hrs | $220.00 |
| 02/18/04 | MTM | Telephone call from in-house counsel requesting two additional Libby files and good quality photo of Masonry Fill bag (.1); review Masonry Fill product binder re: request for bag photo (.1). Review Libby Storage Box inventory re: two Libby personnel files (.2); | 0.40 Hrs | $76.00 |
| 02/19/04 | RAM | Review documents for relevance before producing them to O.M. Scott's attorney (3.3); telephone conference with in-house counsel to report on status of review(.1). | 3.40 Hrs | $748.00 |
| 02/19/04 | MTM | Review Winthrop Square for photo book, per in-house counsel's request for masonry fill bag photo. | 1.00 Hrs | $190.00 |
| 02/19/04 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.10 Hrs | $8.50 |
| 02/20/04 | RAM | Review documents for relevance before producing them to O.M. Scott's attorney (1.0); conference call with in-house counsel and Reed Smith attorney to discuss document review (.4). | 1.40 Hrs | $308.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/20/04 | MTM | Receipt and review of email from in-house counsel re: Lason proof of claim and status of our set off affidavit. | 0.10 Hrs | $19.00 |
| 02/23/04 | RAM | Review documents for relevance before producing them to O.M. Scott's attorney (4.1); telephone conference with MTM re: checking on whether several documents are on Grace's privilege list (.2); telephone conference with MB and prepare boxes of documents and ship them to Reed Smith attorney (.5). | 4.80 Hrs | $1,056.00 |
| 02/23/04 | MTM | Telephone call from RAM re: O.M. Scott document review project (.2); conference with MEV re: same (.2). | 0.40 Hrs | $76.00 |
| 02/24/04 | RAM | Prepare list of additional documents to be searched for by paralegal for my review prior to being produced to O.M. Scott's attorney (2.5); fax list to MTM (.1); telephone calls to MTM and MB re: same (.2). Draft email to Reed Smith attorney discussing and describing documents sent to him yesterday to be produced to O.M. Scott attorney (.3). Read selected documents filed in bankruptcy court (.2). | 3.30 Hrs | $726.00 |
| 02/24/04 | MTM | Receipt and review of email from RAM to Reed Smith attorney re: O.M. Scott documents (.1); telephone call to RAM re: same (.2); receipt and review of list of documents from RAM (.1). | 0.40 Hrs | $76.00 |
| 02/25/04 | RAM | Read email from Reed Smith attorney re: O.M. Scott documents and conditions of production. | 0.10 Hrs | $22.00 |
| 02/25/04 | MTM | Meet with MEV and RM at Winthrop Square re: O.M. Scott document project (1.8); receipt and review of possibly privileged documents from RAM re: O.M. Scott project (3.0). Draft letter to paralegal at Grace in Florida requesting information on privilege status of documents (.2); receipt and review of email from Reed Smith counsel re: O.M. Scott documents (.2). | 5.20 Hrs | $988.00 |
| 02/25/04 | MEV | Meet with MTM at Winthrop Square for training on searching for documents that refer to O.M. Scott. | 1.80 Hrs | $153.00 |
| 02/25/04 | RM | Meet with MTM at Winthrop Square for training on searching for documents that refer to O.M. Scott. | 1.80 Hrs | $153.00 |
| 02/26/04 | RAM | Telephone conference with MTM re: checking on privilege document issue; look for any special comments re: privilege on list of documents; telephone call to MTM re: what I found (.3). Telephone conference with Reed Smith attorney re: documents being produced (.1). | 0.40 Hrs | $88.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/26/04 | MTM | Telephone call from RAM re: O.M. Scott document project (.1); listen to voice mail re: privileged documents (.1); revise letter to in-house paralegal at Grace in Florida re: possibly privileged documents (.2); telephone call to in-house paralegal re: same (.2). | 0.60 Hrs | $114.00 |
| 02/26/04 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 02/27/04 | RAM | Read draft letter to O.M. Scott attorney from Reed Smith attorney; email my comments to Reed Smith attorney and read response. | 0.10 Hrs | $22.00 |
| 02/27/04 | MTM | Telephone call from MEV re: request for clarification of certain documents to be obtained (.1); receipt and review of draft letter to O.M. Scott attorneys from Reed Smith counsel and RAM's comments on same (.2); telephone call to RAM re: O.M. Scott project (.1); telephone call to MEV re: same (.1); telephone call to in-house paralegal at Grace re: results of privileged document search (.1); letter to Reed Smith counsel re: privileged documents (.2). | 0.80 Hrs | $152.00 |
| 02/27/04 | MEV | Search for and obtain documents with reference to O.M. Scott. | 7.00 Hrs | $595.00 |
| | | TOTAL LEGAL SERVICES | | $9,130.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 25.20 Hrs | 220/hr | $5,544.00 |
| MATTHEW T. MURPHY | 8.90 Hrs | 190/hr | $1,691.00 |
| ANGELA R. ANDERSON | 10.90 Hrs | 85/hr | $926.50 |
| MARCI E. VANDERHEIDE | 9.60 Hrs | 85/hr | $816.00 |
| REGINA MERKEL | 1.80 Hrs | 85/hr | $153.00 |
| | 56.40 Hrs | | $9,130.50 |

TOTAL THIS BILL $9,130.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 6, 2004

Bill Number 65984
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through February 29, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/03/04 | RAM | Notice from fee auditor approving our latest application and requesting quarterly summary. | 0.10 Hrs | $22.00 |
| 02/05/04 | RAM | Finalize December fee application (.1); send it to Delaware counsel to file (.1). | 0.20 Hrs | $44.00 |
| 02/10/04 | RAM | Review and sign quarterly fee application. | 0.20 Hrs | $44.00 |
| 02/29/04 | RAM | Work on January fee application. | 1.90 Hrs | $418.00 |
| | | | TOTAL LEGAL SERVICES | $528.00 |

## LEGAL SERVICES SUMMARY

| ROBERT A. MURPHY | 2.40 Hrs | 220/hr | $528.00 |
|------------------|----------|--------|---------|
| | 2.40 Hrs | | $528.00 |

Page 1

David B. Siegel

TOTAL THIS BILL          $528.00

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 6, 2004

Bill Number 65986
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through February 29, 2004

| | | | |
|---|---|---|---|
| EXCESS POSTAGE | | | $1.06 |
| **FEDERAL EXPRESS** | | | |
| 02/25/04 | To Gordon L Zucker from RAM on 2/18/04 | 31.39 | |
| 02/25/04 | To RAM from Mary B on 2/13/04 | 33.34 | |
| | | | $64.73 |
| **OUTSIDE PHOTOCOPYING** | | | |
| 02/06/04 | MERRILL COMM - Libby personnel files copied per MTM's request for in-house counsel | 20.74 | |
| | | | $20.74 |
| **PHOTOCOPYING** | | | |
| 02/02/04 | 6 copies. | 0.72 | |
| 02/05/04 | 7 copies. | 0.84 | |
| 02/13/04 | 159 copies. | 19.08 | |
| 02/13/04 | 21 copies. | 2.52 | |
| 02/18/04 | 114 copies. | 13.68 | |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 29, 2004

PHOTOCOPYING

| | | |
|---|---|---|
| 02/27/04 174 copies. | 20.88 | |
| | | $57.72 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 02/24/04 | 329 | 2395143631 | 0.88 | |
| 02/27/04 | 329 | 2395143631 | 0.44 | |
| 02/29/04 | 357 | 5613621584 | 1.10 | |
| | | | | $2.42 |

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 02/02/04 BOSTON CAPITAL INSTI - Rent and Utilities for document repository at One Winthrop Square - February 2004 | 12,501.10 | |
| | | $12,501.10 |

MISCELLANEOUS

| | | |
|---|---|---|
| 02/06/04 RECORDKEEPER ARCHIVE - Monthly storage fee (2/04) | 395.10 | |
| | | $395.10 |
| | TOTAL DISBURSEMENTS | $13,042.87 |

| | |
|---|---|
| TOTAL THIS BILL | $13,042.87 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 6, 2004

Bill Number 65987
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through February 29, 2004

PHOTOCOPYING

| | | |
|---|---|---|
| 02/05/04 | 75 copies. | 9.00 |
| 02/06/04 | 128 copies. | 15.36 |
| 02/12/04 | 179 copies. | 21.48 |

$45.84

TOTAL DISBURSEMENTS $45.84

TOTAL THIS BILL $45.84

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:               )

                  )

W. R. GRACE & CO., et al.,[1]    )

                  )

          Debtors.    )

Chapter 11

Case No. 01-1139 (JKF)
Jointly Administered

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )

                    )SS

COUNTY OF NEW CASTLE    )

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 13th day of April, 2004

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

1.  SUMMARY OF THE TWENTY-NINTH MONTHLY
    APPLICATION OF CASNER & EDWARDS, LLP FOR
    COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
    EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
    FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH
    FEBRUARY 29, 2004; AND

2.  FEE DETAIL FOR CASNER & EDWARDS' MONTHLY FEE
    APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2004
    THROUGH FEBRUARY 29, 2004.

Dated: April 13, 2004

_____
Patricia E. Cuniff

Sworn to and subscribed before
me this 13th day of April, 2004

_____
Notary Public
My Commission Expires: _6/12/06_

KATHLEEN M. WITTIG
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 12, 2005

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
**william.sparks@grace.com**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: mgz@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: currier@klettrooney.com and**
**jwaxman@klettrooney.com**
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:**
**james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP