## **EXHIBIT C**
March Fee Application

5563

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: June 1, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE THIRTIETH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004

Name of Applicant:                                   Casner & Edwards, LLP

Authorized to Provide Professional Services to:      W. R. Grace & Co., et al., Debtors and
                                                     Debtors-in-Possession

Date of Retention:                                   September 18, 2001,
                                                     effective as of September 18, 2001

Period for which compensation and                    March 1, 2004 through
reimbursement is sought:                             March 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $16,421.00  (80% = $13,136.80)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $13,349.16

This is an:    X̲ monthly    __ interim    __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | Pending | Pending |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | Pending | Pending |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | Pending | Pending |
| 5/5/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | Pending | Pending |

As indicated above, this is the thirtieth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 3.1 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $682.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 37 | Litigation | $220.00 | 12.30 | $2,706.00 |
| Donna B. MacKenna | Partner | 20 ½ | Litigation | $200.00 | 9.80 | $1,960.00 |
| Matthew T. Murphy | Associate | 16 | Litigation | $190.00 | 8.90 | $1,691.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 20 | Litigation | $85.00 | 106.10 | $9,018.50 |
| Marci E. VanDerHeide | Paralegal | 3 | Litigation | $85.00 | 1.00 | $85.00 |
| Regina Merkel | Paralegal | 6 | Litigation | $85.00 | 11.30 | $960.50 |
| TOTALS | | | | | 149.40 | $16,421.00 |

**Total Fees:**    **$16,421.00**

### Expense Summary
### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $3.95 |
| Federal Express | $143.03 |
| UPS Delivery Service | $123.50 |
| Other Delivery Services | $13.50 |
| Photocopying ($0.12/page) | $123.72 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $32.71 |
| Rent Reimbursement | $12,513.65 |
| Miscellaneous | $395.10 |
| TOTAL | $13,349.16 |

**Total Expenses:**    **$13,459.26**

5

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 144.80 | $15,448.00 |
| Fee Applications, Applicant | 2.60 | $572.00 |
| ZAI Science Trial | 2.00 | $401.00 |
| Expenses | N/A | $13,349.16 |
| TOTALS | $ 149.40 | $29,770.16 |

Dated:  May 5, 2004

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/319887

6

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: June 1, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## THIRTIETH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 5, 2004

Bill Number  67074
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through March 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/01/04 | MTM | Conference with MEV re: status of O.M. Scott document project. | 0.10 Hrs | $19.00 |
| 03/01/04 | RM | Search for documents re: O.M. Scott. | 5.30 Hrs | $450.50 |
| 03/02/04 | RAM | Read Reed Smith attorney's letter to O.M. Scott's attorney; conference with MTM re: project. Telephone call from and to in-house counsel re: locating documents re: 2 licensees. | 0.10 Hrs | $22.00 |
| 03/02/04 | MTM | Conference with RM re: O.M. Scott document project. | 0.40 Hrs | $76.00 |
| 03/02/04 | RM | Search for documents re: O.M. Scott. | 6.00 Hrs | $510.00 |
| 03/03/04 | RAM | Telephone conference with in-house counsel re: A.D. Little documents (.1) and re: EPA's interest in two licensees' plant locations (.1). | 0.20 Hrs | $44.00 |
| 03/03/04 | MTM | Telephone call to ARA re: two Libby personnel files and masonry fill bag photos per request of in-house counsel (.2); receipt and review of personnel files requested by in-house counsel and letter to in-house counsel re: same (.1). | 0.30 Hrs | $57.00 |
| 03/03/04 | ARA | Locate and review Libby personnel files (2.1); telephone call to Merrill Corp to arrange to have files copied and oversee pick up and return of files by copy service (.7); telephone calls from MTM re: same (.3). | 3.10 Hrs | $263.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/04/04 | RAM | Emails from/to Reed Smith attorney re: O.M. Scott document review (.1). Review three documents for privilege (.2); send email and fax documents to in-house counsel for his review (.2); receive emails from in-house counsel and Reed Smith attorney agreeing that documents are privileged (.1). Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). | 0.90 Hrs | $198.00 |
| 03/04/04 | ARA | Per RAM's request, search for and locate licensee binders and produce them to MB (1.3). Per MTM's request, search for masonry fill bag photo binders (.5). Work on organization of document repository after relocation (1.2). | 3.00 Hrs | $255.00 |
| 03/05/04 | RAM | Finish review of O.M. Scott documents and send them to Reed Smith attorney (3.6); prepare and send email to Reed Smith attorney re: documents being sent to him (.2). | 3.80 Hrs | $836.00 |
| 03/05/04 | ARA | Quality control and return Libby personnel files to the production set (.7). Review Winthrop Square information binder to update location list (1.1). Inventory miscellaneous lists and indices to add to location list (1.9). Per MTM's request, search for and obtain O.M. Scott documents; produce documents to MTM (1.6). | 5.30 Hrs | $450.50 |
| 03/05/04 | MEV | Download and print selected documents filed in bankruptcy court for RAM (.3). Update bankruptcy court docket entries for RAM (.1). | 0.40 Hrs | $34.00 |
| 03/08/04 | RAM | Review and select license agreements to send to in-house counsel (.2). Review product brochures sent to in-house counsel (.1). | 0.30 Hrs | $66.00 |
| 03/08/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 4.20 Hrs | $357.00 |
| 03/09/04 | RAM | Draft letter to in-house counsel and send license agreements and memos to him (.1). Telephone conference with in-house counsel re: expert (.1); quickly review several expert witness deposition transcripts and A.D. Little reports (1.4). Telephone conferences with expert (.4) and in-house counsel re: same (.2); draft letter to expert (.2). | 2.40 Hrs | $528.00 |
| 03/09/04 | DBM | Search for documents re: asbestos notices to licensees (3.9); telephone call to in-house counsel re: same (.2). | 4.10 Hrs | $820.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/09/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 6.50 Hrs | $552.50 |
| 03/10/04 | RAM | Telephone conferences with in-house counsel re: two licensees (.1); telephone call to ARA re: searching for licensee documents (.1) and with DBM re: searching for documents for former licensee (.1). | 0.30 Hrs | $66.00 |
| 03/10/04 | DBM | Continue search for notices to licensees (2.8); telephone call to in-house counsel re: same (.1). | 2.90 Hrs | $580.00 |
| 03/10/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 6.30 Hrs | $535.50 |
| 03/11/04 | RAM | Telephone call to and from ARA re: status of locating documents re: notice to licensees (.1). Emails from/to Reed Smith attorney re: O.M. Scott documents (.1); conference with MTM re: same (.1). | 0.30 Hrs | $66.00 |
| 03/11/04 | DBM | Search for documents to licensees. | 1.50 Hrs | $300.00 |
| 03/11/04 | ARA | Search for and obtain documents re: O.M. Scott project. | 7.50 Hrs | $637.50 |
| 03/12/04 | DBM | Search for licensee documents (1.1); discussion with MTM re: results (.2). | 1.30 Hrs | $260.00 |
| 03/12/04 | MTM | Conference with DBM re: document project for in-house counsel. | 0.20 Hrs | $38.00 |
| 03/12/04 | ARA | Search for and obtain documents re: O.M. Scott. | 5.30 Hrs | $450.50 |
| 03/15/04 | RAM | Telephone conference with MTM re: status of obtaining licensee documents requested by in-house counsel; read email re: same. | 0.20 Hrs | $44.00 |
| 03/15/04 | MTM | Receipt and review of O.M. Scott documents (1.7); telephone call from ARA re: project (.2); conference with ARA re: documents obtained to date (.3). Telephone call to ARA re: searching for a specific letter to licensees (.2); draft and send email to RAM re: status of licensee project (.3). | 2.70 Hrs | $513.00 |
| 03/15/04 | ARA | Search for and obtain documents re: O.M. Scott (5.9); telephone call to and conference with MTM re: project (.2). Per MTM, search for and obtain letter to licensees (.3). | 6.40 Hrs | $544.00 |
| 03/15/04 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 03/16/04 | RAM | Read email from and telephone conference with MTM re: obtaining documents re: former licensee for in-house counsel. | 0.10 Hrs | $22.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/16/04 | MTM | Conference with ARA re: letter possibly sent to licensees re: OSHA standards (.3); telephone call from in-house counsel re: document review (.1); add additional documents to produce to in-house counsel and letter to him re: same (.3). | 0.70 Hrs | $133.00 |
| 03/16/04 | ARA | Review Attorney Review documents for letters to licensees (1.4); produce documents to MTM and discussion with MTM re: same (.3); quality control originals pulled for project (.4). Return expert deposition and licensee binders to respective collections (2.3). | 4.40 Hrs | $374.00 |
| 03/17/04 | MTM | Conference with ARA re: updating of lists of Winthrop Square locations after move to new area. | 0.20 Hrs | $38.00 |
| 03/17/04 | ARA | Update location lists with new information (5.1); conference with MTM re: same (.2). Search for binders in miscellaneous box re: update of location list (1.1). | 6.40 Hrs | $544.00 |
| 03/18/04 | RAM | Telephone call to/from expert re: whether A.D. Little reports were sent to Ohio attorney. | 0.10 Hrs | $22.00 |
| 03/18/04 | MTM | Receipt and review of email from in-house counsel re: Lason invoices (.1); receipt and review of response from Reed Smith paralegal re: same (.2); review file re: same (.4); email to in-house counsel and Reed Smith paralegal re: same (.3). | 1.00 Hrs | $190.00 |
| 03/18/04 | ARA | Update location lists with new information. | 6.10 Hrs | $518.50 |
| 03/19/04 | ARA | Update location lists with new information. | 5.20 Hrs | $442.00 |
| 03/22/04 | ARA | Update location lists with new information (1.2). Discussion with MB re: O.M. Scott documents (.3). Discussion with MTM re: O.M. Scott documents and Grace library project (.3). Review Cambridge library materials for any asbestos-related information that should be kept in the repository (3.9). | 5.70 Hrs | $484.50 |
| 03/25/04 | RAM | Read documents sent to in-house counsel re: communications to licensees re: asbestos. | 0.10 Hrs | $22.00 |
| 03/25/04 | MTM | Telephone call to Reed Smith paralegal re: time estimate to obtain more accurate count of images obtained from Lason. | 0.20 Hrs | $38.00 |
| 03/25/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 6.70 Hrs | $569.50 |
| 03/26/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 7.10 Hrs | $603.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/29/04 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $44.00 |
| 03/29/04 | MTM | Telephone call to Reed Smith paralegal re: time estimate on Lason Image count reconciliation (.1); receive message from in-house counsel correcting total number of images invoiced by Lason and review Lason invoices re: same (.1). | 0.20 Hrs | $38.00 |
| 03/29/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository (3.6). Quality control and organize expert binders after they were relocated in the repository (.8). | 4.40 Hrs | $374.00 |
| 03/30/04 | MTM | Receipt and review of emails from Reed Smith re: Lason total image reconciliation. | 0.50 Hrs | $95.00 |
| 03/30/04 | ARA | Review some of the Cambridge library materials to discuss with MTM (.9). Quality control and organize expert witness binders after they were relocated in the repository (4.4). Telephone calls from and to JM re: delivery of product binders to Winthrop Square; oversee their delivery (.4). | 5.70 Hrs | $484.50 |
| 03/30/04 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.40 Hrs | $34.00 |
| 03/31/04 | MTM | Telephone call from Reed Smith paralegal re: new Lason totals (.4); conference call with Reed Smith paralegal re: same (.2); telephone call to Holme Roberts attorney re: problem reconciling total number of images received from Lason (.1); receipt and review of emails from Reed Smith paralegal re: Lason totals problem and respond to same (.4). | 1.10 Hrs | $209.00 |
| 03/31/04 | ARA | Quality control and organize expert witness binders after they were relocated in the repository. | 6.80 Hrs | $578.00 |
| 03/31/04 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |

TOTAL LEGAL SERVICES $15,448.00

David B. Siegel

Re: Litigation and Litigation Consulting

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 9.00 Hrs | 220/hr | $1,980.00 |
| DONNA B. MACKENNA | 9.80 Hrs | 200/hr | $1,960.00 |
| MATTHEW T. MURPHY | 7.60 Hrs | 190/hr | $1,444.00 |
| ANGELA R. ANDERSON | 106.10 Hrs | 85/hr | $9,018.50 |
| MARCI E. VANDERHEIDE | 1.00 Hrs | 85/hr | $85.00 |
| REGINA MERKEL | 11.30 Hrs | 85/hr | $960.50 |
| | 144.80 Hrs | | $15,448.00 |

TOTAL THIS BILL          $15,448.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 5, 2004

Bill Number 67075
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through March 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/03/04 | RAM | Work on January fee application. | 1.40 Hrs | $308.00 |
| 03/04/04 | RAM | Work on January fee application. | 0.20 Hrs | $44.00 |
| 03/08/04 | RAM | Telephone calls from in-house counsels approving filing of fee application. | 0.10 Hrs | $22.00 |
| 03/09/04 | RAM | Send January fee application to Delaware counsel to file. | 0.10 Hrs | $22.00 |
| 03/29/04 | RAM | Work on February fee application. | 0.60 Hrs | $132.00 |
| 03/31/04 | RAM | Work on February fee application. | 0.20 Hrs | $44.00 |
| | | TOTAL LEGAL SERVICES | | $572.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.60 Hrs | 220/hr | $572.00 |
| | 2.60 Hrs | | $572.00 |

Page 1

David B. Siegel

TOTAL THIS BILL          $572.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 5, 2004

Bill Number  67076
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through March 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/23/04 | RAM | Emails to/from in-house counsel re: ZAI sales information. | 0.10 Hrs | $22.00 |
| 03/24/04 | RAM | Telephone conference with MB re: sending ZAI sales information to in-house counsel. | 0.10 Hrs | $22.00 |
| 03/25/04 | RAM | Telephone call from and email to MTM re: ZAI sales information (.1); telephone conference with in-house counsel and MTM re: any documentation of ZAI sales (.3); telephone conference with MB re: obtaining ZAI sales documents from Lindholm case (.1). | 0.50 Hrs | $110.00 |
| 03/25/04 | MTM | Telephone call from in-house counsel re: ZAI sales (.2); review files and old RAM faxes re: same (.5); telephone call to in-house counsel re: same (.2); fax documents to in-house counsel re: same (.2); receipt and review of email chain to and from in-house counsels and RAM re: ZAI sales question (.1); conference with in-house counsel and RAM re: same (.1). | 1.30 Hrs | $247.00 |

David B. Siegel

|  | TOTAL LEGAL SERVICES | $401.00 |

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 0.70 Hrs | 220/hr | $154.00 |
| MATTHEW T. MURPHY | 1.30 Hrs | 190/hr | $247.00 |
| | 2.00 Hrs | | $401.00 |

|  | TOTAL THIS BILL | $401.00 |

## EXHIBIT B
### (Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 5, 2004

Bill Number  67077
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2004

EXCESS POSTAGE                                                            $3.95

FEDERAL EXPRESS

| | | | |
|---|---|---:|---:|
| 03/03/04 | To RAM from MB on 2/11/04 | 52.30 | |
| 03/03/04 | To Karen Alvarado from MTM on 1/29/04 | 32.52 | |
| | | | $84.82 |

UPS DELIVERY SERVICE

| | | | |
|---|---|---:|---:|
| 03/08/04 | UNITED PARCEL SERVICE - UPS delivery - 5 boxes of O.M. Scott documents from RAM to Florida (1/28/04) | 123.50 | |
| | | | $123.50 |

OTHER DELIVERY SERVICES

| | | | |
|---|---|---:|---:|
| 03/03/04 | BOSTON EXPRESS - To in-house counsel from RAM on 1/30/04 | 13.50 | |
| | | | $13.50 |

PHOTOCOPYING

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through March 31, 2004

PHOTOCOPYING

| 03/04/04 | 24 copies. | | 2.88 | |
| 03/04/04 | 6 copies. | | 0.72 | |
| 03/04/04 | 1 copy. | | 0.12 | |
| 03/09/04 | 75 copies. | | 9.00 | |
| 03/09/04 | 739 copies. | | 88.68 | |
| 03/15/04 | 9 copies. | | 1.08 | |
| 03/16/04 | 91 copies. | | 10.92 | |
| | | | | $113.40 |

TELEPHONE

| 03/15/04 | 329 | 2395143631 | 0.88 | |
| 03/24/04 | 357 | 6174829710 | 2.20 | |
| 03/24/04 | 357 | 6174829710 | 1.10 | |
| 03/25/04 | 329 | 56136215339 | 1.54 | |
| 03/31/04 | AT&T | 6174263501 | 8.58 | |
| 03/31/04 | AT&T | 2162415310 | 5.57 | |
| 03/31/04 | AT&T | 6174263501 | 5.04 | |
| 03/31/04 | AT&T | 2165221058 | 4.78 | |
| 03/31/04 | AT&T | 6174263501 | 3.02 | |
| | | | | $32.71 |

RENT REIMBURSEMENT

| 03/01/04 | BOSTON CAPITAL INSTI - Rent and utilities for document repository at One Winthrop Square - March 2004 | 12,513.65 | |
| | | | $12,513.65 |

MISCELLANEOUS

| 03/05/04 | RECORDKEEPER ARCHIVE - monthly storage fee (3/04) | 395.10 | |
| | | | $395.10 |

| | TOTAL DISBURSEMENTS | $13,280.63 |

David B. Siegel

TOTAL THIS BILL     $13,280.63

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 5, 2004

Bill Number  67078
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through March 31, 2004

FEDERAL EXPRESS

| | | |
|---|---|---|
| 03/03/04 | To Scotta McFarland from RAM on 2/6/04 | 12.45 |
| 03/03/04 | To RAM from MB on 2/6/04 | 27.90 |
| 03/03/04 | To Scotta McFarland from RAM on 2/12/04 | 17.86 |
| | | $58.21 |

PHOTOCOPYING

| | | |
|---|---|---|
| 03/09/04 | 86 copies. | 10.32 |
| | | $10.32 |

TOTAL DISBURSEMENTS        $68.53

David B. Siegel

TOTAL THIS BILL     $68.53

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

       Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 12th day of May, 2004 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

    **1.**    **SUMMARY OF THE THIRTIETH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

**LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004; AND**

2.   **FEE DETAIL FOR CASNER & EDWARDS, LLP'S THIRTIETH MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004.**

Dated: May 12, 2004

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 12th day of May, 2004

Notary Public
My Commission Expires: 02/11/06

91100-001\DOCS_DE:69393.19

-2-

DOCS_DE:69393.30

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail: _pvnl@capdale.com_**
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail: _rserrette@stroock.com_**
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: _jsakalo@bilzin.com_**
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail: _david.heller@lw.com_ and
_carol.hennessey@lw.com_**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail: _pbentley@kramerlevin.com_**
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP