## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 2/25/04 | 10/01/03 - 10/31/03 | $ 1,527.50 | $ 32.28 | $ 1,462.00 | $ 32.28 | $ 365.58 |
| 2/25/04 | 11/01/03 - 11/30/03 | $ 3,002.00 | $ 28.33 | $ 2,401.60 | $ 28.33 | $ 600.40 |
| 2/25/04 | 12/01/03 - 12/31/03 | $11,850.00 | $ 32.70 | $ 9,480.00 | $ 32.70 | $ 2,370.00 |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 12.10 | $4,779.50 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 24.90 | $11,900 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
|  | Total | 37.00 | 16,679.50 |

### CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 2.21 |
| Copies – Matter 32 (Fee Applications) | $ 9.75 |
| Copies – Matter 46 (Tax Litigation) | $ 46.50 |
| Computer Database Research | $ 0 |
| Working Meals | $ 0 |
| Federal Express/Overnight Messenger-Matter 32 | $ 18.02 |
| Facsimile | $ 16.00 |
| Postage | $ .83 |
| Hotel | $ 0 |
| Duplication Supplies | $ 0 |
| Parking | $ 0 |
| Airfare | $ 0 |
| Total | $ 93.31 |