# EXHIBIT C

SSL-DOCS1 1453035v3

## WR GRACE & CO
## ATTACHMENT B
## JANUARY 1, 2004 - MARCH 31, 2004

|  | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Greenberg, Mayer | 78.0 | $ 575 | $ 43,217.50 | 5 |
| Kruger, Lewis | 29.9 | 750 | 22,055.00 | 33 |
| Neidell, Martin | 3.3 | 725 | 2,392.50 | 31 |
| Pasquale, Kenneth | 37.7 | 575 | 21,177.50 | 4 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Eichler, Mark | 65.6 | 480 | 28,920.00 | 6 |
| Fox, Michael L. | 19.6 | 245 | 4,038.00 | 1 |
| Krieger, Arlene | 223.3 | 525 | 113,710.50 | 19 |
| Shainbrown, Ian S. | 5.4 | 255 | 1,377.00 | 2 |
| Strauss, Joseph E. | 18.4 | 445 | 8,188.00 | 3 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Caskadon, Alexandra | 48.8 | 195 | 9,088.50 | 2 |
| Defreitas, Vaughn | 36.3 | 130 | 4,509.00 | 16 |
| Mariano, Christine | 1.7 | 180 | 306.00 | 8 |
| Mohamed, David | 2.4 | 130 | 304.50 | 15 |
| Peters, Angelina | 1.2 | 115 | 138.00 | 4 |
|  |  |  |  |  |
| **SUBTOTAL** | 571.6 |  | $ 259,422.00 |  |
| **Less 50% Travel** | (8.9) |  | (4,565.00) |  |
| **TOTAL** | 562.7 |  | $ 254,857.00 |  |