# EXHIBIT D

SSL-DOCS1 1453035v3

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2004 - MARCH 31, 2004**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 147.68 |
| Meals | | 121.01 |
| Local Transportation | | 407.59 |
| Long Distance Telephone | | 1,847.28 |
| Duplicating Costs-in House | | 461.90 |
| Duplicating Costs-Outside | | 31.60 |
| Process Service & Calendar Watch | | 1,013.19[1] |
| In House Messenger Service | | 21.95 |
| Lexis/Nexis | | 461.25 |
| Travel Expenses - Transportation | | 3,264.52 |
| Travel Expenses - Lodging | | 558.80 |
| Travel Expenses - Meals | | 58.23 |
| Westlaw | | 1,570.36 |
| | | |
| **TOTAL** | | **$ 9,965.36** |

---

[1] This expense was incurred in a prior compensation period dated October 1, 2003 through December 31, 2003.

SSL-DOCS1 1453035v3