# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-4526

IN RE: D.K. ACQUISITION PARTNERS, L.P.; FERNWOOD ASSOCIATES, L.P. AND DEUTSCHE BANK TRUST COMPANY AMERICAS, Petitioners

## WRIT OF MANDAMUS

UNITED STATES OF AMERICA, THIRD JUDICIAL CIRCUIT: SS

To the Honorable Alfred M. Wolin, United States District Judge for the District of New Jersey,

GREETINGS:

    Whereas the Honorable Alfred M. Wolin on February 2, 2004 denied a motion seeking his recusal in In re W.R Grace, District of Delaware Bankruptcy Number 01-01139; and,

    Whereas, D.K. Acquisition Partners, L.P.; Fernwood Associates, L.P. and Deutsche Bank Trust Company Americas filed a Petition for Writ of Mandamus on November 21, 2003, requesting that this Court issue a writ of mandamus directing the said Honorable Alfred M. Wolin, to recuse himself from the matter; and,

    Whereas, the respondents, having filed an answers to the petitions, and

    Whereas, the within matter was argued by counsel April 19, 2004; and,

    Whereas, the Court on this date has entered an Order directing the Clerk of this Court to issue a writ of Mandamus in accordance with its opinion;

    Now therefore, the said Honorable Alfred M. Wolin, is hereby **REQUIRED** and **DIRECTED**, immediately upon receipt of this WRIT, and without unreasonable delay, to recuse himself from further participation in In re W.R. Grace, District of Delaware

Bankruptcy Number 01-01139, and the case is referred to Chief Judge Anthony J. Scirica of this Court for either appointment or reassignment of <u>In re W.R. Grace</u> to another judge within the Third Circuit pursuant to 28 U.S.C. § 292(b).

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk, United States Court of
Appeals for the Third Circuit

DATED: May 17, 2004