IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: June 7, 2004 at 4:00p.m.** |
| | | **Hearing Date :   TDB only if necessary** |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

```
W.R. GRACE & COMPANY                    May 10, 2004
5400 BROKEN SOUND BLVD., N.W.           Invoice No. 23604
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   04/30/04

Matter #           734680.1        VS. HONEYWELL INTERNATIONAL


## Litigation and Litigation Consulting


| | | | |
|---|---|---|---|
| 04/01/04 JMA | Phone - counsel for Special Master re: RAA Report: Transportation | .30 | 112.50 |
| 04/01/04 JMA | Conference with C. Marraro re: RAA Report: Excavation | 1.50 | 562.50 |
| 04/01/04 JMA | Conference with C. Marraro re: COPR toxicity issues relating to transportation and excavation RAA Reports | 1.50 | 562.50 |
| 04/01/04 JMA | Receipt and review letter from Parsons to Special Master with RAA Reports: Transportation and Excavation | .10 | 37.50 |
| 04/01/04 JMA | RCRA Fee Petition: Conference with C. Marraro re: items for oral argument | 1.70 | 637.50 |
| 04/01/04 JMA | RCRA Fee Petition - Conference with C. Marraro re: potential for evidentiary hearing | 1.20 | 450.00 |
| 04/01/04 JMA | Conference with C. Marraro re: RAA Report: Transportation | 1.00 | 375.00 |
| 04/01/04 JMA | Phone - R. Senftleben re: RAA Report: Transportation | .80 | 300.00 |
| 04/01/04 MEF | Review SI Group information | .50 | 125.00 |
| 04/02/04 JMA | Receipt and review email re: east and west crossing walls | .20 | 75.00 |
| 04/02/04 JMA | Receipt and review Notice of Electronic Filing re: withdrawal of motion re: perimeter wall | .10 | 37.50 |
| 04/02/04 JMA | Receipt and review letter from B. Terris re: RCRA Fee Petition | .10 | 37.50 |
| 04/02/04 JMA | Phone - C. Marraro re: settlement issues | .30 | 112.50 |
| 04/02/04 JMA | Receipt and review email from T. Pasuit re: all parties' meeting | .10 | 37.50 |

```
W.R. GRACE & COMPANY                              May 10, 2004
Client No.              734680              Page      2
INVOICE NO.             23604
```

| | | | | |
|---|---|---|---|---|
| 04/05/04 | JMA | RCRA Fee Petition - phone - C. Marraro re: oral argument | .30 | 112.50 |
| 04/05/04 | JMA | Conference with H. McGuire re: development issues | .30 | 112.50 |
| 04/05/04 | JMA | Phone - C. Marraro re: RAA Reports | .40 | 150.00 |
| 04/06/04 | JMA | RCRA Fee Petition - receipt and review email from D. Field re: scheduling oral argument | .30 | 112.50 |
| 04/06/04 | JMA | RCRA Fee Petition - phone - C. Marraro re: scheduling issues | .20 | 75.00 |
| 04/06/04 | JMA | Receipt and review email from counsel for Special Master re: JCMUA meeting | .10 | 37.50 |
| 04/06/04 | JMA | Phone - T. Pasuit re: JCMUA meeting | .10 | 37.50 |
| 04/06/04 | JMA | Conference with LF re: JCMUA meeting | .20 | 75.00 |
| 04/06/04 | JMA | RCRA Fee Petition - phone - C. Marraro re: scheduling | .20 | 75.00 |
| 04/06/04 | JMA | RCRA Fee Petition - phone D. Field voice mail re: scheduling | .10 | 37.50 |
| 04/06/04 | MEF | RCRA Fee Petition - phone with A. Granovsky at Judge Cavanaugh re: ECARG opening brief | .20 | 50.00 |
| 04/06/04 | MEF | RCRA Fee Petition - email to A. Granovsky at Judge Cavanaugh re: ECARG opening brief | .20 | 50.00 |
| 04/06/04 | MEF | RCRA Fee Petition - email from A. Granovsky at Judge Cavanaugh | .10 | 25.00 |
| 04/07/04 | JMA | Phone - C. Marraro re: comments to 100% design report - groundwater collection and treatment | .80 | 300.00 |
| 04/07/04 | JMA | RCRA Fee Petition - phone - C. Marraro re: scheduling | .20 | 75.00 |
| 04/07/04 | JMA | Preliminary review of Honeywell 100% design report - shallow groundwater collection and treatment | 1.70 | 637.50 |
| 04/07/04 | JMA | Phone - C. Marraro and M. Golladay re: 100% design report | .20 | 75.00 |
| 04/07/04 | JMA | Phone - C. Marraro re: remediation issues | .20 | 75.00 |
| 04/07/04 | MEF | Phone with Lem Thomas re: IRM report | .10 | 25.00 |

```
W.R. GRACE & COMPANY                              May 10, 2004
Client No.              734680                    Page    3
INVOICE NO.             23604
```

| Date | | Description | Hours | Amount |
|------|--|-------------|-------|--------|
| 04/07/04 | LF | Attend meeting in Jersey City with Sean Jackson, Honeywell's PR representative and various public employee groups re: status of remediation project | 4.30 | 387.00 |
| 04/07/04 | LF | Prepare memo re: topics discussed at the status of remediation meeting | .60 | 54.00 |
| 04/08/04 | JMA | Phone - C. Marraro re: comments to 100% design report groundwater collection and treatment | .40 | 150.00 |
| 04/08/04 | JMA | Phone - C. Marraro re: comments to 100% design report | .30 | 112.50 |
| 04/08/04 | JMA | Receipt and review letter from L. Thomas to L. Walsh | .20 | 75.00 |
| 04/08/04 | JMA | Conference with LF re: 4/7/04 JCIA meeting | .20 | 75.00 |
| 04/08/04 | JMA | Review First Amendment to Stipulation and Order re: immediate action items re: 100% design report groundwater collection and treatment | .30 | 112.50 |
| 04/08/04 | JMA | RCRA Fee Petition - receipt and review emails re: scheduling issues | .10 | 37.50 |
| 04/08/04 | JMA | Receipt and review memo from K. Brown re: 4/6/04 conference call | .30 | 112.50 |
| 04/08/04 | JMA | Memo to C. Marraro re: issues raised during 4/6/04 conference call | .20 | 75.00 |
| 04/08/04 | JMA | Receipt and review memo re: meeting with JCIA (4/7/04) | .40 | 150.00 |
| 04/08/04 | JMA | Memo to C. Marraro re: JCIA meeting | .20 | 75.00 |
| 04/08/04 | JMA | Receipt and review memo from K. Brown re: weekly conference call of 4/1/04 and prior conference call memo | .30 | 112.50 |
| 04/08/04 | JMA | Receipt and review notice of electronic filing re: Special Masters 5th Progress Report | .10 | 37.50 |
| 04/08/04 | JMA | Receipt and review 5th Progress Report from Special Master | .40 | 150.00 |
| 04/08/04 | JMA | Receipt and review letter from T. Pasuit re: special Master's 10th Fee Application | .10 | 37.50 |
| 04/08/04 | JMA | Receipt and review notice of electronic filing re: Special Master's 10th Fee Application | .10 | 37.50 |

```
W.R. GRACE & COMPANY                          May 10, 2004
Client No.              734680                Page      4
INVOICE NO.             23604
```

| | | | | |
|---|---|---|---|---|
| 04/08/04 | JMA | Receipt and review notice of motion re: Special Master's 10th Fee Application | .20 | 75.00 |
| 04/08/04 | JMA | Receipt and review Special Master's 10th Fee Application with exhibits | .70 | 262.50 |
| 04/08/04 | JMA | Receipt and review proposed Order re: Special Master's 10th Fee Application | .20 | 75.00 |
| 04/08/04 | JMA | Letter to Judge Cavanaugh re: Special Master's 10th Fee Application | .20 | 75.00 |
| 04/08/04 | JMA | Review of and comments to 100% design report groundwater treatment and collection re: comments by Grace | 2.00 | 750.00 |
| 04/08/04 | MEF | RCRA - PACER search re: order on immediate action items | .20 | 50.00 |
| 04/09/04 | JMA | Phone - C. Marraro re: comments to RAA Reports: Transportation and Excavation | .60 | 225.00 |
| 04/09/04 | JMA | Review letter from C. Marraro to Special Master re: Grace Defendants' comments to 100% groundwater treatment and collection | .40 | 150.00 |
| 04/09/04 | JMA | Receipt and review letter from L. Thomas to Special Master re: plaintiffs' comments to 100% design report groundwater treatment - collection | .30 | 112.50 |
| 04/09/04 | JMA | Receipt and review memo from K. Brown re: 100% design report groundwater collection and treatment | .40 | 150.00 |
| 04/09/04 | JMA | Review of and comments to RAA Report: Transportation | 4.80 | 1800.00 |
| 04/09/04 | MEF | Review memo from L. Florence re: 4/7/04 meeting at JCMUA | .30 | 75.00 |
| 04/10/04 | JMA | Review of and comments to RAA Report: Excavation | 4.60 | 1725.00 |
| 04/10/04 | JMA | Review of screening level risk assessment - excavation | 2.80 | 1050.00 |
| 04/12/04 | JMA | Receipt and review letter from Louis Berger Group to Parsons re: barging backfill | .30 | 112.50 |
| 04/12/04 | JMA | Review air quality analysis of truck traffic | 2.70 | 1012.50 |

```
W.R. GRACE & COMPANY                         May 10, 2004
Client No.              734680               Page    5
INVOICE NO.             23604
```

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/12/04 | JMA | Phone - C. Marraro re: Cr6 concentration grid - COPR samples | .30 | 112.50 |
| 04/12/04 | JMA | Phone - C. Marraro re: 4/14/04 meeting with Special Master and all parties | .40 | 150.00 |
| 04/12/04 | JMA | Mediation - phone - D. Weber | .10 | 37.50 |
| 04/12/04 | JMA | Receipt and review email from T. Pasuit | .10 | 37.50 |
| 04/12/04 | JMA | Phone - C. Marraro re: Grace comments to RAA Reports - Transportation and Excavation | .30 | 112.50 |
| 04/12/04 | MEF | Review Honeywell Web page re: Route 440 site | .60 | 150.00 |
| 04/13/04 | JMA | Phone - R. Senftleben re: all parties meeting | .40 | 150.00 |
| 04/13/04 | JMA | RCRA Fee Petition - phone - D. Cantor, C. Marraro re: scheduling | .20 | 75.00 |
| 04/13/04 | JMA | Appeal - email to all parties re: scheduling | .30 | 112.50 |
| 04/13/04 | JMA | Conference with C. Marraro re: Grace comments to RAA Reports - Transportation and Excavation | 3.00 | 1125.00 |
| 04/13/04 | JMA | Conference with C. Marraro and K. Brown re: Grace comments to RAA Reports - Transportation and Excavation | 5.50 | 2062.50 |
| 04/13/04 | JMA | RCRA Fee Petition - phone conference with C. Marraro, K. Millian, B. Terris - scheduling | .50 | 187.50 |
| 04/13/04 | JMA | RCRA Fee Petition - phone conference with D. Cantor - scheduling | .30 | 112.50 |
| 04/13/04 | JMA | RCRA Fee Petition - conference with C. Marraro re: scheduling | .20 | 75.00 |
| 04/13/04 | JMA | RCRA Fee Petition - phone conference with C. Marraro, K. Millian, B. Terris - scheduling | .30 | 112.50 |
| 04/13/04 | JMA | RCRA Fee Petition - phone - Judge Cavanaugh's chambers re: scheduling | .20 | 75.00 |
| 04/13/04 | JMA | RCRA Fee Petition - phone - T. Milch, C. Marraro re: scheduling | .20 | 75.00 |
| 04/13/04 | JMA | RCRA Fee Petition - phone - C. Marraro, K. Millian, B. Terris - scheduling | .30 | 112.50 |
| 04/13/04 | MEF | Research and review health standards - air, ground | 2.50 | 625.00 |

```
W.R. GRACE & COMPANY                              May 10, 2004
Client No.              734680             Page      6
INVOICE NO.             23604
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/04 | MEF | Appeal - PACER search re: briefing schedule | .20 | 50.00 |
| 04/14/04 | JMA | Phone - T. Milch re: scheduling | .10 | 37.50 |
| 04/14/04 | JMA | Phone - B. Terris re: scheduling | .10 | 37.50 |
| 04/14/04 | JMA | Phone conference with T. Milch, B. Terris, C. Marraro re: scheduling | .20 | 75.00 |
| 04/14/04 | JMA | Conference with C. Marraro and K. Brown re: preparation for meeting with Special Master | 3.00 | 1125.00 |
| 04/14/04 | JMA | Conference with C. Marraro, K. Brown and A. Nagy re: preparation for meeting with Special Master | 1.60 | 600.00 |
| 04/14/04 | JMA | Attend meeting with Special Master | 4.30 | 1612.50 |
| 04/14/04 | JMA | Conference with C. Marraro and K. Brown re: Grace Defendants' comments to Transportation and Excavation RAA | 1.00 | 375.00 |
| 04/14/04 | MEF | Appeal - review letter from A. Laws at 3rd Circuit re: briefing and scheduling order | .20 | 50.00 |
| 04/14/04 | MEF | Appeal - review briefing and scheduling order | .20 | 50.00 |
| 04/14/04 | MEF | Appeal - review checklist of Rule requirement for preparation of briefs and appendix | .20 | 50.00 |
| 04/14/04 | MEF | Appeal - review Order Establishing a Temporary Local Rule for Requests for Oral Argument by Video Conference | .20 | 50.00 |
| 04/14/04 | MEF | Appeal - review Honeywell pleadings | .30 | 75.00 |
| 04/14/04 | MEF | Appeal - memo to JMA re: Honeywell pleadings | .20 | 50.00 |
| 04/14/04 | MEF | Research - access to properties | .70 | 175.00 |
| 04/14/04 | MEF | Appeal - review 3rd Circuit rules re: briefs | .20 | 50.00 |
| 04/15/04 | JMA | Receipt and review letter from Louis Berger Group to Parsons - conditional approval of IRM 100% design groundwater treatment and collection | .30 | 112.50 |
| 04/15/04 | JMA | Conference with C. Marraro and K. Brown re: preparation of Grace Defendants' comments to Transportation and Excavation RAAs | 3.40 | 1275.00 |

W.R. GRACE & COMPANY                          May 10, 2004
Client No.              734680                Page    7
INVOICE NO.             23604

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 04/15/04 | JMA | Preparation and revisions to Grace Defendants' comments to Transportation and Excavation RAAs | 5.60 | 2100.00 |
| 04/15/04 | MEF | Appeal - review Rules re: brief lengths; determine quantification in the event overlength brief request to be made | .50 | 125.00 |
| 04/15/04 | MEF | Conference with JMA, CHM and Dr. Brown re: remediation issues | .90 | 225.00 |
| 04/16/04 | JMA | Phone - C. Marraro, A. Nagy and H. McGuire re: development issues | .60 | 225.00 |
| 04/16/04 | JMA | Phone - C. Marraro re: issues regarding RAA Reports and Development | .40 | 150.00 |
| 04/16/04 | JMA | Review Honeywell website re: SA7 | .90 | 337.50 |
| 04/16/04 | JMA | Letter to Special Master re: Honeywell website | .30 | 112.50 |
| 04/16/04 | JMA | Phone - counsel for Special Master re: Honeywell website | .30 | 112.50 |
| 04/17/04 | JMA | Receipt and review letter from Parsons with RAA Report: Groundwater Extraction | .10 | 37.50 |
| 04/17/04 | JMA | Review of and comments to RAA Report: Groundwater Extraction | 3.70 | 1387.50 |
| 04/19/04 | JMA | Appeal - phone - W. Mueller re: conference with Judge Ackerman | .20 | 75.00 |
| 04/19/04 | JMA | Appeal - phone - D. Webber re: conference with Judge Ackerman | .20 | 75.00 |
| 04/19/04 | JMA | Appeal - letter to Judge Ackerman re: appeal | .20 | 75.00 |
| 04/19/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group wit RAA Report: Groundwater Extraction | .20 | 75.00 |
| 04/19/04 | JMA | Receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 04/19/04 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh | .10 | 37.50 |
| 04/19/04 | JMA | Receipt and review Honeywell motion to admit Daniel Cantor pro hac vice | .50 | 187.50 |
| 04/19/04 | JMA | Receipt and review of notice of electronic filing re: Cantor pro hac vice motion | .10 | 37.50 |

```
W.R. GRACE & COMPANY                        May 10, 2004
Client No.            734680               Page      8
INVOICE NO.           23604
```

| | | |
|---|---|---|
| 04/19/04 JMA Phone - C. Marraro re: meeting with Special Master on 4/20/04 | .30 | 112.50 |
| 04/19/04 JMA Appeal - phone - C. Marraro re: page limitation and briefing schedule issues | .20 | 75.00 |
| 04/19/04 JMA Receipt and review email from S. Graham re: 11th Progress Report | .10 | 37.50 |
| 04/19/04 JMA Receipt and review letter from Parsons to Special Master | .10 | 37.50 |
| 04/19/04 JMA Receipt and review Honeywell Progress Report No. 11 | .80 | 300.00 |
| 04/19/04 JMA Appeal - Receipt and review letter from Third Circuit Clerk to T. Milch re: appeal brief and appendix requirements and checklists | .40 | 150.00 |
| 04/19/04 JMA Appeal - receipt and review briefing schedule | .20 | 75.00 |
| 04/20/04 JMA Conference with C. Marraro, A. Nagy and K. Brown re: 4/20 meeting with Special Master | 1.50 | 562.50 |
| 04/20/04 JMA Attend Special Master meeting with all parties | 3.00 | 1125.00 |
| 04/20/04 JMA Visit Site with C. Marraro, A. Nagy and K. Brown | 2.00 | 750.00 |
| 04/20/04 JMA Conference with C. Marraro, A. Nagy and K. Brown re: remediation issues | 1.50 | 562.50 |
| 04/20/04 JMA Conference with C. Marraro re: Honeywell Risk Assessment | .50 | 187.50 |
| 04/20/04 JMA Conference call with C. Marraro and Dr. Anderson re: response to Honeywell Risk Assessment | .50 | 187.50 |
| 04/20/04 MEF Voice mail - B. Hughes | .10 | 25.00 |
| 04/21/04 JMA Appeal - Conference with C. Marraro re: deferred joint appendix | .50 | 187.50 |
| 04/21/04 JMA Appeal - phone conference with Honeywell counsel and C. Marraro re: deferred appendix - joint motion | .20 | 75.00 |
| 04/21/04 JMA Appeal - Receipt and review letter from C. Anderson to Third Circuit Court of Appeals | .10 | 37.50 |

```
W.R. GRACE & COMPANY                          May 10, 2004
Client No.              734680                Page     9
INVOICE NO.             23604
```

04/21/04 JMA Appeal - Receipt and review Honeywell          .60    225.00
             application to increase pages for appellant
             brief

04/21/04 JMA Appeal - Conference with C. Marraro re:        .70    262.50
             opposition to Honeywell application for
             additional brief pages

04/21/04 JMA Appeal - Conference call with C. Marraro, K.   .60    225.00
             Millian, B. Terris re: Honeywell application
             for additional brief pages

04/21/04 JMA Phone - M. Daneker re: DEP meeting             .10     37.50

04/21/04 JMA Conference with LF re: DEP meeting             .30    112.50

04/21/04 MEF Appeal - conference with CHM re: appeal issues 1.00   250.00

04/21/04 MEF Appeal - receipt and review Honeywell's motion .50    125.00
             to file overlength briefs

04/21/04 MEF Appeal - phone with CHM and R. Millian re:     .20     50.00
             deferred appendix

04/21/04 MEF Appeal - phone with WFH re: appeal issues      .70    175.00

04/21/04 MEF Appeal - Conference with JMA re: brief lengths,.30     75.00
             appendix

04/21/04 MEF Appeal - review Federal Rules of Appellate     .40    100.00
             Procedure 29 and 30

04/21/04 MEF Appeal - phone with JMA, CHM and M. Sprague re: .20    50.00
             deferred appendix

04/21/04 MEF Appeal - review papers in connection with      .40    100.00
             response to Honeywell motion for overlength
             brief

04/22/04 JMA Receipt and review K. Brown comments to draft  .60    225.00
             of Grace Defendants' preliminary comments to
             RAA Report: Groundwater Extraction

04/22/04 JMA Revise and finalize Grace Defendants' comments 1.00   375.00
             to RAA Report: Groundwater Extraction

04/22/04 JMA Appeal - phone - C. Marraro re: additional time .30   112.50
             for Grace brief

04/22/04 JMA Phone - C. Marraro re: Grace comments to RAA   .40    150.00
             Report: Groundwater Extraction

```
W.R. GRACE & COMPANY                          May 10, 2004
Client No.            734680              Page    10
INVOICE NO.           23604
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/22/04 | JMA | Review notes, handouts, from 4/20/04 meeting and RAA Report re: Grace comments to RAA Report: Groundwater Extraction | 1.30 | 487.50 |
| 04/22/04 | JMA | Prepare draft of Grace Defendants' comments to RAA Report: Groundwater Extraction | 1.00 | 375.00 |
| 04/22/04 | LF | Attend meeting at DEP with Parsons representative | 5.70 | 513.00 |
| 04/23/04 | JMA | Appeal - review of and comments to Grace Defendants' motion to extend briefing schedule | 1.40 | 525.00 |
| 04/23/04 | JMA | Appeal - conference with MEF re: revisions to motion to extend briefing schedule | 1.50 | 562.50 |
| 04/23/04 | JMA | Appeal - Phone - C. Marraro re: motion to extend briefing schedule | .40 | 150.00 |
| 04/23/04 | JMA | Receipt and review email from S. Graham | .10 | 37.50 |
| 04/23/04 | JMA | Receipt and review letter from Parsons to PVSC re: chromium discharge | .40 | 150.00 |
| 04/23/04 | JMA | Receipt and review Honeywell IRM 100% Design Report Addendum | 1.00 | 375.00 |
| 04/23/04 | JMA | Letter to K. Brown re: Honeywell IRM 100% Design Addendum | .20 | 75.00 |
| 04/23/04 | JMA | Receipt and review memo from MEF re: condemnation of contaminated property and designation of a redeveloper; conference with MEF | .50 | 187.50 |
| 04/23/04 | JMA | Receipt and review memo from MEF re: Honeywell defenses; conference with MEF | .30 | 112.50 |
| 04/23/04 | JMA | Appeal - phone - C. Marraro re: motion to extend time for Grace Defendants' brief | .20 | 75.00 |
| 04/23/04 | MEF | Email to CHM re: memo to JMA re: affirmative defenses | .20 | 50.00 |
| 04/23/04 | MEF | Email to CHM re: 3rd Circuit Orders of Consolidation | .20 | 50.00 |
| 04/23/04 | MEF | Conference with JMA re: motion to modify briefing schedule | 1.50 | 375.00 |
| 04/23/04 | MEF | Revise motion to modify briefing schedule | 1.60 | 400.00 |

```
W.R. GRACE & COMPANY                          May 10, 2004
Client No.              734680                Page    11
INVOICE NO.             23604
```

04/23/04 MEF Phone with CHM re: motion to modify briefing      .20    50.00
             schedule

04/23/04 MEF Emails to CHM re: motion to modify briefing       .30    75.00
             schedule

04/23/04 MEF Receipt and review CHM declaration in support     .50   125.00
             of motion to modify briefing schedule

04/24/04 JMA Receipt and review email from counsel for         .10    37.50
             Special Master

04/24/04 JMA Receipt and review memo from K. Brown re:         .20    75.00
             groundwater extraction

04/24/04 JMA Receipt and review notice of electronic filing    .10    37.50
             re: pro hac vice Order - D. Cantor

04/24/04 JMA Receipt and review pro hac vice Order - D.        .20    75.00
             Cantor

04/24/04 JMA Receipt and review email from M. Daneker re:      .10    37.50
             DEP meeting

04/24/04 JMA Receipt and review email from SI Group re: RAA    .10    37.50
             Issues

04/24/04 JMA Receipt and review memo from K. Brown re: RAA     .40   150.00
             issues

04/25/04 MEF Email re: filing of motion to modify briefing     .30    75.00
             schedule

04/25/04 MEF Review Third Circuit rules re: filing             .30    75.00
             requirements for motions

04/25/04 MEF PACER search - review District Court and Third    .40   100.00
             Circuit dockets re: counsel in appeal

04/25/04 MEF Email to CHM, JMA and WFH re: response to         .20    50.00
             Honeywell's motion to file overlength brief

04/26/04 JMA Appeal - review of and comments to C. Marraro     .50   187.50
             Declaration re: motion to extend time for Grace
             Defendants' appeal  brief

04/26/04 JMA Receipt and review email from Arnold & Porter     .10    37.50

04/26/04 JMA Review of and comments to motion for deferred     .30   112.50
             appendix

```
W.R. GRACE & COMPANY                          May 10, 2004
Client No.              734680             Page      12
INVOICE NO.             23604
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 04/26/04 | JMA | Appeal - conference with MEF re: motion for deferred appendix | .30 | 112.50 |
| 04/26/04 | JMA | Appeal - phone conference with C. Marraro and MEF re: motion for deferred appendix | .40 | 150.00 |
| 04/26/04 | JMA | Phone - R. Senftleben re: mediation and RAA submittals | .40 | 150.00 |
| 04/26/04 | JMA | Phone - C. Marraro re: RAA issues | .30 | 112.50 |
| 04/26/04 | JMA | Appeal - phone - C. Marraro re: motion to extend time for Grace Defendants' appeal brief | .20 | 75.00 |
| 04/26/04 | JMA | Receipt and review letter from Parsons with subsurface investigation report | .10 | 37.50 |
| 04/26/04 | JMA | Receipt and review subsurface investigation report | 2.40 | 900.00 |
| 04/26/04 | MEF | Conference with JMA re: motion for deferred appendix | .30 | 75.00 |
| 04/26/04 | MEF | Voice mail - CHM re: motion to modify briefing schedule | .10 | 25.00 |
| 04/26/04 | MEF | Receipt and review email from M. G. Sprague re: draft motion for deferred appendix | .10 | 25.00 |
| 04/26/04 | MEF | Review draft motion for deferred appendix | .30 | 75.00 |
| 04/26/04 | MEF | Voice mail - CHM re: motion for deferred appendix | .10 | 25.00 |
| 04/26/04 | MEF | Review 3rd Circuit rules re: deferred appendix | .20 | 50.00 |
| 04/26/04 | MEF | Conference call with CHM and JMA re: motion to modify briefing schedule; motion for deferred appendix | .40 | 100.00 |
| 04/26/04 | LF | Prepare memo to JMA re: 4/22 meeting at DEP | .20 | 18.00 |
| 04/27/04 | JMA | Appeal - receipt and review email from C. Marraro to R. Sprague re: deferred appendix | .10 | 37.50 |
| 04/27/04 | JMA | Appeal - receipt and review memo from MEF re: counsel of record | .10 | 37.50 |
| 04/27/04 | JMA | Receipt and review email from S. Graham re: RAA Report Addendum | .10 | 37.50 |

```
W.R. GRACE & COMPANY                              May 10, 2004
Client No.              734680              Page      13
INVOICE NO.             23604
```

| | | | | |
|---|---|---|---|---|
| 04/27/04 | JMA | Appeal - receipt and review memo from MEF re: filing deadline on Honeywell motion for additional brief pages | .10 | 37.50 |
| 04/27/04 | JMA | Appeal - receipt and review email from K. Millian to M. Sprague re: deferred appendix | .10 | 37.50 |
| 04/27/04 | JMA | Appeal - receipt and review letter from C. Marraro to Clerk | .10 | 37.50 |
| 04/27/04 | JMA | Appeal - receipt and review Grace motion to modify briefing schedule | .50 | 187.50 |
| 04/27/04 | JMA | Receipt and review letter from M. Daneker to Special Mater re: groundwater IRM startup | .30 | 112.50 |
| 04/27/04 | JMA | Receipt and review letter from Parsons re: Addendum to Transportation RAA | .10 | 37.50 |
| 04/27/04 | JMA | Receipt and review Addendum to Transportation RAA re: Spud Barging | 2.00 | 750.00 |
| 04/27/04 | JMA | Appeal - phone - C. Marraro re: mediation issues | .20 | 75.00 |
| 04/27/04 | LF | Prepare memo to JMA re: 4/22 meeting | .80 | 72.00 |
| 04/28/04 | JMA | Appeal - meeting with C. Marraro and R. Senftleben re: mediation strategy | 1.00 | 375.00 |
| 04/28/04 | JMA | Appeal - attend mediation session with Judge Ackerman | 3.70 | 1387.50 |
| 04/28/04 | JMA | Appeal - conference with R. Senftleben re: mediation strategy | 1.70 | 637.50 |
| 04/28/04 | JMA | Conference with R. Senftleben re: development issues | 1.00 | 375.00 |
| 04/28/04 | JMA | Phone - C. Marraro re: mediation issues | .40 | 150.00 |
| 04/28/04 | JMA | Phone - C. Marraro and A. Nagy re: development issues | .50 | 187.50 |
| 04/28/04 | JMA | Phone - A. Nagy re: development issues | .30 | 112.50 |
| 04/28/04 | JMA | Phone - K. Millian re: development issues | .40 | 150.00 |
| 04/28/04 | JMA | Appeal - review notes and file for mediation session of 4/28/04 | .60 | 225.00 |

```
W.R. GRACE & COMPANY                              May 10, 2004
Client No.              734680              Page      14
INVOICE NO.             23604
```

| | | | |
|---|---|---|---|
| 04/28/04 MEF | Voice mail - WFH re: Honeywell motion for overlength brief | .20 | 50.00 |
| 04/28/04 MEF | Phone with L. Thomas re: opposition to Honeywell motion for overlength brief | .20 | 50.00 |
| 04/29/04 JMA | Appeal - receipt and review email from L. Thomas re: electronic filing of plaintiffs' response to Honeywell motion for additional brief pages | .10 | 37.50 |
| 04/29/04 JMA | Appeal - receipt and review letter to Case Manager from L. Thomas | .10 | 37.50 |
| 04/29/04 JMA | Appeal - receipt and review plaintiffs' response to Honeywell motion for additional brief pages | .20 | 75.00 |
| 04/29/04 JMA | Receipt and review Addendum No. 1 RAWP - Deep Groundwater Investigation | .80 | 300.00 |
| 04/29/04 JMA | Receipt and review Addendum No. 2 RAWP - Deep Groundwater (water level monitoring) | .70 | 262.50 |
| 04/29/04 JMA | Receipt and review memo from K. Brown re: 4/21/04 weekly conference call | .30 | 112.50 |
| 04/29/04 JMA | Appeal - receipt and review plaintiffs' draft response re: Honeywell motion for additional brief pages | .40 | 150.00 |
| 04/29/04 JMA | Receipt and review email from S. Graham | .10 | 37.50 |
| 04/29/04 JMA | Receipt and review email from L. Thomas re: plaintiffs' comments on RAA Report: Groundwater Extraction | .10 | 37.50 |
| 04/29/04 JMA | Receipt and review email from SI Group with K. Brown comments re: Addendum to 100% Design Report IRM | .20 | 75.00 |
| 04/29/04 JMA | Appeal - receipt and review letter from B. Terris re: appearance forms | .10 | 37.50 |
| 04/29/04 JMA | Appeal - receipt and review letter from B. Terris to Case Manager | .10 | 37.50 |
| 04/29/04 JMA | Appeal - receipt and review appearance forms - Terris and Millian | .20 | 75.00 |
| 04/29/04 JMA | Receipt and review email from SI Group | .10 | 37.50 |

```
W.R. GRACE & COMPANY                          May 10, 2004
Client No.              734680                Page     15
INVOICE NO.             23604
```

| | | | | |
|---|---|---|---|---|
| 04/29/04 | JMA | Receipt and review memo from K. Brown re: G.W. Technical meeting | .10 | 37.50 |
| 04/29/04 | JMA | Receipt and review email from S. Graham re: 100% Design Report - IRM | .10 | 37.50 |
| 04/29/04 | JMA | Receipt and review Addendum No. 2 to 100% Design Report - IRM | .30 | 112.50 |
| 04/29/04 | JMA | Receipt and review email from S. Graham re: Addendum to Deep Groundwater Work Plan | .10 | 37.50 |
| 04/29/04 | JMA | Receipt and review letter from Parsons to Special Master re: Addendum to Deep Groundwater Work Plan | .10 | 37.50 |
| 04/29/04 | JMA | Appeal - review of and comments to Grace response opposing Honeywell motion for additional brief pages | 1.00 | 375.00 |
| 04/29/04 | JMA | Appeal - review rule and cases on overlength brief | .70 | 262.50 |
| 04/29/04 | JMA | Appeal - conference with MEF re: revisions to Grace response | .50 | 187.50 |
| 04/29/04 | JMA | Appeal - receipt and review letter from C. Anderson to Clerk | .10 | 37.50 |
| 04/29/04 | JMA | Appeal - receipt and review joint motion for deferred appendix | .20 | 75.00 |
| 04/29/04 | JMA | Receipt and review letter from counsel for Special Master to M. Daneker re: immediate action issues | .30 | 112.50 |
| 04/29/04 | JMA | Receipt and review letter from Parsons to Special Master with correction sheet for RAA Report: Barrier Wall | .20 | 75.00 |
| 04/29/04 | JMA | Receipt and review email from SI Group | .10 | 37.50 |
| 04/29/04 | JMA | Receipt and review memo from K. Brown re: 4/26/04 weekly conference call | .20 | 75.00 |
| 04/29/04 | JMA | Receipt and review email from K. Millian to T. Pasuit re: Special Master conference call | .10 | 37.50 |
| 04/29/04 | JMA | Receipt and review email from counsel for Special Master re: conference call | .10 | 37.50 |

```
W.R. GRACE & COMPANY                          May 10, 2004
Client No.              734680                Page     16
INVOICE NO.             23604
```

| | | | | |
|---|---|---|---|---|
| 04/29/04 | JMA | Conference with C. Marraro re: B. Anderson comments | .60 | 225.00 |
| 04/29/04 | JMA | Letter to Special Master with Dr. Anderson's comments | .30 | 112.50 |
| 04/29/04 | JMA | Conference with C. Marraro re: development issues | 1.50 | 562.50 |
| 04/29/04 | JMA | RCRA Fee Petition - phone conference with C. Marraro and B. Terris re: Fee Petition hearing issues | .60 | 225.00 |
| 04/29/04 | MEF | Appeal - review ICO opposition to Honeywell motion for overlength brief | .50 | 125.00 |
| 04/29/04 | MEF | Appeal - research overlength briefs - grounds for granting/denying motion | 1.50 | 375.00 |
| 04/29/04 | MEF | Appeal - draft opposition to Honeywell motion to file overlength brief | 2.00 | 500.00 |
| 04/29/04 | MEF | Appeal - conference with JMA re: opposition to Honeywell's motion to expand word limits for briefing | .50 | 125.00 |
| 04/30/04 | JMA | RCRA Fee Petition - review case law re: requirement for evidentiary hearing on fee petitions | 3.50 | 1312.50 |
| 04/30/04 | JMA | Conference with C. Marraro and MEF re: strategy for Fee Petition hearing | 1.50 | 562.50 |
| 04/30/04 | JMA | Phone conference with C. Marraro and counsel for Jersey City | .50 | 187.50 |
| 04/30/04 | JMA | Conference with C. Marraro re: RAA issues - including right of way issues | 1.00 | 375.00 |
| 04/30/04 | JMA | Review of and comments to Dr. Anderson comments to Honeywell risk assessment - excavation | .50 | 187.50 |
| 04/30/04 | MEF | Appeal - review additional case law re: motion for oversize brief | .60 | 150.00 |
| 04/30/04 | MEF | Appeal - revise and finalize opposition to Honeywell motion for oversize brief | 1.00 | 250.00 |
| 04/30/04 | MEF | Appeal - prepare certificate of service of opposition | .30 | 75.00 |

```
W.R. GRACE & COMPANY                              May 10, 2004
Client No.              734680                    Page      17
INVOICE NO.             23604
```

04/30/04 MEF  Appeal - letter to A. Laws re: opposition to      .30     75.00
              Honeywell motion for oversize brief

04/30/04 MEF  RCRA Fee Petition - assist in preparation for    4.70   1175.00
              oral argument on fee petition including review
              of all case law and additional research

                                        Subtotal:             -----------
                                                               61,406.50


**Fee Applications, Applicant**

04/07/04 MEF  Fee Application - conference with JMA re:         .20     50.00
              certain expenses

04/07/04 MEF  Fee Application - review Local Bankruptcy Rules   .30     75.00
              re: expenses

04/07/04 MEF  Fee Application - review March 2004 fee detail  1.00    250.00

04/08/04 MEF  Fee Application - Prepare 25th Monthly Fee      1.50    375.00
              Application

04/08/04 MEF  Fee Application - review revised fee detail for  .30     75.00
              March 2004

04/12/04 JMA  Fee Application - review and execute Carella      .60    225.00
              Byrne fee application for March 2004

04/12/04 JMA  Fee Application - conference with MEF re:         .20     75.00
              Carella Byrne fee application - March 2004

04/12/04 MEF  Letter to P. Cuniff re: 25th Monthly Fee         .20     50.00
              Application

04/12/04 MEF  Email from S. Bossay re: change of address       .20     50.00

04/12/04 MEF  Finalize 25th Monthly Fee Application            .30     75.00

04/15/04 MEF  Fee Application - PACER search re: CNO for 24th   .20     50.00
              monthly fee application and filing of 25th fee
              application

04/20/04 MEF  PACER search - CNO for 24th Fee Application and   .20     50.00
              25th Monthly Fee Application

04/20/04 MEF  Fee Application - email to P. Cuniff re: status   .10     25.00
              of 25th Monthly Fee Application

04/20/04 MEF  Review CNO's for 23rd and 24th Monthly Fee       .20     50.00
              Applications

```
W.R. GRACE & COMPANY                          May 10, 2004
Client No.              734680                Page    18
INVOICE NO.             23604
```

| | | | |
|---|---|---:|---:|
| 04/22/04 MEF | PACER search - 25th Monthly Fee Application | .20 | 50.00 |
| 04/22/04 MEF | Fee Application - review fee detail from 23rd, 24th and 25th monthly fee application | 1.00 | 250.00 |
| 04/22/04 MEF | Fee Application - prepare Quarterly Project and Expense report | .80 | 200.00 |
| 04/22/04 MEF | Fee Application - draft 12th Quarterly Fee Application | 1.50 | 375.00 |
| 04/24/04 JMA | Fee Application - receipt and review Certification of No Objection Carella Byrne January 2004 | .20 | 75.00 |
| 04/24/04 JMA | Fee Application - receipt and review Certification of No Objection Carella Byrne February 2004 | .20 | 75.00 |
| 04/28/04 JMA | Fee Application - Review and execute 12th Quarterly Fee Application | .40 | 150.00 |
| 04/28/04 MEF | Email to S. Bossay re: fee detail for 25th Monthly Fee Application | .20 | 50.00 |
| 04/28/04 MEF | Revise and finalize 12th Quarterly Fee Application | 1.00 | 250.00 |
| 04/28/04 MEF | Letter to P. Cuniff re: 12th Quarterly Fee Application | .20 | 50.00 |
| 04/29/04 MEF | Fee Application - email from S. Bossay re: Fee Auditor's Initial Report re: 11th Quarterly Fee Application | .10 | 25.00 |
| 04/29/04 MEF | Fee Application - review Fee Auditor's Initial Report re: 11th Monthly Fee Application | .40 | 100.00 |
| 04/29/04 MEF | Fee Application - begin drafting response to Fee Auditor's initial report | .30 | 75.00 |

```
                                   Subtotal:      -----------
                                                    3,200.00


                                                 -------------
Total Fees:                                         64,606.50
```

```
W.R. GRACE & COMPANY                        May 10, 2004
Client No.              734680              Page     20
INVOICE NO.             23604
```

SUMMARY OF FEES:

| *-------------------------TIME AND FEE SUMMARY---------------------* | | | |
|---|---|---|---|
| *---------TIMEKEEPER---------* | RATE | HOURS | FEES |
| J M AGNELLO | 375.00 | 141.70 | 53137.50 |
| M E FLAX | 250.00 | 41.70 | 10425.00 |
| LAURA FLORENCE | 90.00 | 11.60 | 1044.00 |
| TOTALS | | 195.00 | 64606.50 |