**EXHIBIT B**

```
W.R. GRACE & COMPANY                                    May 10, 2004
Client No.              734680                          Page      19
INVOICE NO.             23604


        Disbursements


Travel Expense

04/08/04 Travel Expense JMA 3/1                              12.00
04/26/04 Travel Expense L. FLORENCE 4/22                     37.50

                                    SUBTOTAL:                49.50

Meals

04/07/04 Meals CLOUD 9  4/13 #399856 JMA, CHM, K.BROWN       12.98
04/07/04 Meals CLOUD 9  4/08 #369287/CHM/JMA/MEF             26.91
04/07/04 Meals FORTE 4/12 #1520 JMA/CHM                      24.17
04/14/04 Meals  CLOUD 9  4/14  JMA, CHM, A.NAGY, K.BROWN     40.93
04/15/04 Meals  FORTE  4/15  JMA, CHM, K.BROWN               30.48
04/21/04 Meals  CLOUD 9  4/21  MEF, CHM                      15.83
04/29/04 Meals - JMA, CHM, A.NAGY, K. BROWN (Business       302.70
         Dinner) 4/20/04

                                    SUBTOTAL:               454.00

Federal Express

04/28/04 THE UPS STORE (RETURN OF DOCUMENTS) TO K. BROWN     25.60
         4/23 # 19132625

                                    SUBTOTAL:                25.60

04/30/04 Photocopies                                        126.75
04/30/04 Faxes                                              235.00
04/30/04 Telephone                                          282.43
04/30/04 Additional Staff Time                              149.73
04/30/04 Computer Searches                                  335.52
04/30/04 Federal Express                                    135.18

                                                         -----------
Total Costs                                               1,793.71
                                                         -----------
Total Due this Matter                                    66,400.21
=============
```

# EXPENSE FORM

**NAME:** ___Laura Florence_____    **WEEK ENDING:** _____

(To total each column, highlight "0" in TOTAL, Press F9)

| ITEM | SUN. | MON. | TUE. | WED. | THURS. | FRI. | SAT. | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | 0 |
| Meals |  |  |  |  |  |  |  | 0 |
| Airfare |  |  |  |  | 31.50 |  |  | 31.50 |
| Mileage |  |  |  |  | 140 mi. |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
| Origination |  |  |  |  |  |  |  | 0 |
| Destination |  |  |  |  |  |  |  |  |
| Parking |  |  |  |  | 6.00 |  |  | 6.00 |
| Tolls |  |  |  |  |  |  |  | 0 |
| Entertain. |  |  |  |  |  |  |  | 0 |
| Tips |  |  |  |  |  |  |  | 0 |
| Misc.(Path Train) |  |  |  |  |  |  |  | 0 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |

37.50

### NON BILLABLE EXPENSE

| Date | Item | Place | Purpose | Guests/Bus.Relationship | |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

### ALLOCATION TO CLIENT

| Client/Matter Name | Client/Matter No. | Expense Date | Total Amount | Ent. | Bill |
|---|---|---|---|---|---|
| W.R. Grace | 734680.1 | 4/22/04 | 37.50 | ✓ |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |


Du/04

# EXPENSE FORM

NAME: _____JMA_____                        WEEK ENDING: _____3/6/04_____

(To total each column, highlight "0" in TOTAL, Press F9)

| ITEM | SUN. | MON. | TUE. | WED. | THURS. | FRI. | SAT. | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 2/29/04 | 3/1/04 | 3/2/04 | 3/3/04 | 3/4/04 | 3/5/04 | 3/6/04 |  |
| Meals |  |  |  |  |  |  |  | 0 |
| Airfare |  |  |  |  |  |  |  | 0 |
| Mileage |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
| Origination |  |  |  |  |  |  |  | 0 |
| Destination |  |  |  |  |  |  |  | 0 |
| Parking |  | 7.00 |  |  |  |  |  | 7.00 |
| Tolls |  | 5.00 |  |  |  |  |  | 5.00 |
| Entertain. |  |  |  |  |  |  |  | 0 |
| Tips |  |  |  |  |  |  |  | 0 |
| Misc.(Path Train) |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  |  |
| TOTAL | 0.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.00 |

### NON BILLABLE EXPENSE

| Date | Item | Place | Purpose | Guests/Bus.Relationship |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

### ALLOCATION TO CLIENT

| Client/Matter Name | Client/Matter No. | Expense Date | Total Amount | Ent. | Bill |
|---|---|---|---|---|---|
| W.R.Grace/Honeywell | 734680-1 | 3/1/04 | 12.00 | ✓ |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |