EXHIBIT "B"

Protiviti Inc.
W. R. Grace & Co. Preparation of Monthly Fee Applications
Period Covered: March 2004

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 17-Mar-04 | Review monthly activity for all Protiviti staff incurring time through March 15 and provide feedback / modifications as necessary | $ 275.00 | 4.0 | $ 1,100.00 |
| 18-Mar-04 | Continue to review monthly time and expense details for all Protiviti staff involved, push back schedules for additional information | $ 275.00 | 6.0 | $ 1,650.00 |
| 19-Mar-04 | Review time and expense summaries that require additional clarification | $ 275.00 | 1.5 | $ 412.50 |
| 19-Mar-04 | Update February monthly fee application document | $ 275.00 | 0.5 | $ 137.50 |
| 22-Mar-04 | Review last remaining expense summary and incorporate into fee application appendices | $ 275.00 | 1.0 | $ 275.00 |
| 22-Mar-04 | Finalize February monthly fee application and appendices and review prior to submitting to Marie Hendrixson for approval | $ 275.00 | 1.0 | $ 275.00 |
| 26-Mar-04 | Review March expenses incurred thus far this month given substantial increase in travel for documentation and testing at plant level | $ 275.00 | 3.0 | $ 825.00 |
| 29-Mar-04 | Reconcile check from bankruptcy court to monthly fee applications submitted and invoices in Protiviti accounting system | $ 275.00 | 2.5 | $ 687.50 |
| 30-Mar-04 | Reconcile time and expenses between employee summaries and time recorded in accounting system | $ 275.00 | 2.5 | $ 687.50 |
| | **Totals** | | **22.0** | **$ 6,050.00** |

**EXHIBIT "C"**

**Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: March 2004**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 26,686.87 |
| Lodging | N/A | $ 15,951.99 |
| Sundry | N/A | $ 970.64 |
| Business Meals | N/A | $ 4,937.20 |
| Total | | $ 48,546.70 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2004

**Name:** Victor Blanchard
**Level:** Associate Director

### Expense Detail / Expense Category

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 4-Mar-04 | Airfare from Baltimore to Paris | $ 4,923.50 | $ 4,923.50 | | | | $ 4,923.50 |
| 7-Mar-04 | Taxi from de Gaulle airport (Paris) to Gare de Lyon train station | $ 75.84 | $ 75.84 | | | | $ 75.84 |
| 7-Mar-04 | Train fare from Paris, France to Bourg en Bresse (nearest train station to Pieri) for Victor Blanchard | $ 63.81 | $ 63.81 | | | | $ 63.81 |
| 7-Mar-04 | Train fare from Paris, France to Bourg en Bresse (nearest train station to Pieri) for Matt Petito, Protiviti | $ 63.81 | $ 63.81 | | | | $ 63.81 |
| 7-Mar-04 | Train fare from Paris, France to Bourg en Bresse (nearest train station to Pieri) for John Barnes, Protiviti | $ 63.80 | $ 63.80 | | | | $ 63.80 |
| 8-Mar-04 | Lunch at McDonalds in Lons le Saunier - self | $ 12.01 | | | | $ 12.01 | $ 12.01 |
| 11-Mar-04 | Lunch at McDonalds in Lons le Saunier - self | $ 11.88 | | | | $ 11.88 | $ 11.88 |
| 12-Mar-04 | Taxi from le Meridien hotel to American Express office in Paris | $ 9.23 | $ 9.23 | | | | $ 9.23 |
| 19-Mar-04 | Airfare from Paris to Barcelona in lieu of traveling home second week | $ 206.10 | $ 206.10 | | | | $ 206.10 |
| 8-Mar-04 | Dinner in Hotel Parenthese restaurant - self, John Barnes, Matt Petito, Jerome Dirand, Samuel Ngambe, Kathryn Muller, Valerie Chantelauze (Epernon) | $ 194.02 | | | | $ 194.02 | $ 194.02 |
| 9-Mar-04 | Dinner in Hotel Parenthese restaurant - self, John Barnes, Matt Petito, Jerome Dirand, Samuel Ngambe, Kathryn Muller | $ 165.09 | | | | $ 165.09 | $ 165.09 |
| 9-Mar-04 | Sundry items purchased at Geant supermarket because they're not available in the hotel | $ 15.62 | | | $ 15.62 | | $ 15.62 |
| 10-Mar-04 | Dinner at Bistrot de Marronniers in Lons le Saunier - self, John Barnes, Matt Petito, Jerome Dirand, Samuel Ngambe, Kathryn Muller | $ 160.04 | | | | $ 160.04 | $ 160.04 |
| 12-Mar-04 | Hotel Parenthese in Lons le Saunier - lodging charge for 5 nights | $ 489.98 | | $ 489.98 | | | $ 489.98 |
| 12-Mar-04 | Dinner at Rail Restauration restaurant in Paris - self, Matt Petito | $ 20.07 | | | | $ 20.07 | $ 20.07 |
| 13-Mar-04 | Lunch at Café Constant in Paris - self, Matt Petito | $ 52.11 | | | | $ 52.11 | $ 52.11 |
| 14-Mar-04 | Dinner at Pizza Pino in Paris - self, Matt Petito | $ 75.45 | | | | $ 75.45 | $ 75.45 |
| 14-Mar-04 | Commuter train tickets from Paris, Gare de Montparnasse station to Epernon for 4 days travel | $ 44.12 | $ 44.12 | | | | $ 44.12 |
| 17-Mar-04 | Le Meridien hotel in Paris - lodging charge for 5 nights | $ 1,151.84 | | $ 1,151.84 | | | $ 1,151.84 |
| 17-Mar-04 | Le Meridien hotel in Paris - telephone charges during 5 nights stay | $ 47.58 | | | $ 47.58 | | $ 47.58 |
| 17-Mar-04 | Le Meridien hotel in Paris - charge for laundry (first two weeks items needed for following week) | $ 84.15 | | | $ 84.15 | | $ 84.15 |
| 18-Mar-04 | Dinner at Steak House in Lons le Saunier - self, Jerome Dirand, Samuel Ngambe, Kathryn Muller | $ 126.45 | | | | $ 126.45 | $ 126.45 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2004

| Date | Expense Detail | Amount | Expense Category | | | |
|---|---|---|---|---|---|---|
| 19-Mar-04 | Hotel Parenthese in Lons le Saunier - lodging charge for 2 nights | $ 197.06 | $ 197.06 | | | $ 197.06 |
| 19-Mar-04 | Train fare from Lons le Saunier to Paris to continue work at Pieri plant | $ 72.28 | | $ 72.28 | | $ 72.28 |
| 20-Mar-04 | Dinner at Sukaldari in Barcelona - self, Shaun Landers, Mahmoud Bah, Loren Van Loan, Matt Petito | $ 169.16 | | | $ 169.16 | $ 169.16 |
| 20-Mar-04 | Dinner at KFC in Barcelona - self | $ 13.73 | | | $ 13.73 | $ 13.73 |
| 21-Mar-04 | Le Meridien hotel in Paris - lodging charge for 1 night | $ 232.52 | $ 232.52 | | | $ 232.52 |
| 21-Mar-04 | Lunch at El Tobogan in Barcelona - self, Shaun Landers, Mahmoud Bah, Loren Van Loan, Matt Petito | $ 102.12 | | | $ 102.12 | $ 102.12 |
| 21-Mar-04 | Atrium Palace hotel in Barcelona - lodging for 2 nights in lieu of returning home | $ 405.65 | $ 405.65 | | | $ 405.65 |
| 21-Mar-04 | Lunch at Elite Aeropuertos in Barcelona - self, Matt Petito | $ 5.34 | | | $ 5.34 | $ 5.34 |
| 22-Mar-04 | Toll on French highway between Lons le Saunier and Bourg en Bresse | $ 4.16 | | $ 4.16 | | $ 4.16 |
| 22-Mar-04 | Train fare from Gare de Lyon in Paris to Bourg en Bresse | $ 76.07 | | $ 76.07 | | $ 76.07 |
| 22-Mar-04 | Taxi from Le Meridien hotel to Gare de Lyon train station | $ 12.22 | | $ 12.22 | | $ 12.22 |
| 22-Mar-04 | Breakfast at Croq Mistral - self | $ 2.38 | | | $ 2.38 | $ 2.38 |
| 22-Mar-04 | Dinner at Bistrot des Marronniers restaurant in Lons le Saunier - self, John Barnes, Jerome Dirand, Samuel Ngambe, Kathryn Muller | $ 148.92 | | | $ 148.92 | $ 148.92 |
| 23-Mar-04 | Lunch at La Siesta in Bletterans - self, John Barnes, Samuel Ngambe, Jerome Dirand, Kathryn Muller | $ 89.37 | | | $ 89.37 | $ 89.37 |
| 23-Mar-04 | Dinner at McDonald's in Lons le Saunier - self | $ 2.44 | | | $ 2.44 | $ 2.44 |
| 24-Mar-04 | Dinner at Relais Salines in Lons le Saunier - self, John Barnes, Samuel Ngambe, Jerome Dirand, Kathryn Muller | $ 199.89 | | | $ 199.89 | $ 199.89 |
| 25-Mar-04 | Dinner at McDonalds in Lons le Saunier - self | $ 15.40 | | | $ 15.40 | $ 15.40 |
| 26-Mar-04 | Toll on highway going to Bourg en Bresse from Lons le Saunier | $ 4.16 | | $ 4.16 | | $ 4.16 |
| 26-Mar-04 | Lunch at Auberge de la Croix in Saillenard - self, Samuel Ngambe, Jerome Dirand, Kathryn Muller | $ 124.39 | | | $ 124.39 | $ 124.39 |
| 26-Mar-04 | Laundry done at supermarket during third week in France | $ 51.56 | | $ 51.56 | | $ 51.56 |
| 27-Mar-04 | Toll on highway going to Geneva from Bourg en Bresse for Montblanc Tunnel | $ 8.81 | | $ 8.81 | | $ 8.81 |
| 27-Mar-04 | Parenthese Hotel lodging for 5 nights during Sarbanes work at Pieri plant | $ 436.07 | $ 436.07 | | | $ 436.07 |
| 27-Mar-04 | Diesel fuel for rental car (no fills til third week in France) | $ 50.24 | | $ 50.24 | | $ 50.24 |
| 28-Mar-04 | Bottle of water (in place of dinner) at Gare de Lyon train station | $ 3.20 | | | $ 3.20 | $ 3.20 |
| 28-Mar-04 | Toll on highway going from Geneva to Bourg en Bresse (in lieu of going home) | $ 13.70 | | $ 13.70 | | $ 13.70 |
| 28-Mar-04 | Train fare from Bourg en Bresse to Paris to continue Sarbanes at Epernon plant | $ 75.00 | | $ 75.00 | | $ 75.00 |
| 28-Mar-04 | Hotel Cornavin lodging for 1 night (in lieu of going home) | $ 121.64 | $ 121.64 | | | $ 121.64 |
| | Totals | $ 10,693.98 | $ 3,034.76 | $ 5,762.69 | $ 1,693.46 | $ 203.07 | $ 10,693.98 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2004

**Expense Detail**

Name: Leo Haviv
Level: Senior Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 13-Feb-04 | 180 miles (mileage in excess of normal daily commute) | $ 67.50 | $ 67.50 | | | | $ 67.50 |
| 13-Feb-04 | Parking at train station | $ 5.00 | | | $ 5.00 | | $ 5.00 |
| 3-Mar-04 | 100 miles (mileage in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| 4-Mar-04 | 100 miles (mileage in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| 5-Mar-04 | 100 miles (mileage in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| 8-Mar-04 | 100 miles (mileage in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| 9-Mar-04 | 80 miles (mileage in excess of normal daily commute) | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 10-Mar-04 | 80 miles (mileage in excess of normal daily commute) | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 10-Mar-04 | One night stay at the CourtyardMarriott at 8910 Stanford Boulevard Columbia MD 21045 | $ 174.90 | | $ 174.90 | | | $ 174.90 |
| 16-Mar-04 | 100 miles (mileage in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| 19-Mar-04 | 100 miles (mileage in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| 22-Mar-04 | 100 miles (mileage in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| 23-Mar-04 | 100 miles (mileage in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| | Totals | $ 607.40 | $ 427.50 | $ 174.90 | $ 5.00 | $ - | $ 607.40 |

Name: John Barnes
Level: Senior Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 4-Mar-04 | Lunch at Bertucci's for Kevin Strickler, Wally Adele, Matt Petito, John Barnes | $ 83.88 | | | | $ 83.88 | $ 83.88 |
| 4-Mar-04 | Airfare to France | $ 4,922.50 | $ 4,922.50 | | | | $ 4,922.50 |
| 25-Mar-04 | Lodging at Hotel Paranthese (20 Days) March 7-March 25 | $ 1,608.49 | | $ 1,608.49 | | | $ 1,608.49 |
| 7-Mar-04 | Baer Ovale-Lunch | $ 8.26 | | | | $ 8.26 | $ 8.26 |
| 7-Mar-04 | Dinner at McDonalds | $ 9.91 | | | | $ 9.91 | $ 9.91 |
| 9-Mar-04 | Breakfast for Tuesday from Geant for myself | $ 23.16 | | | | $ 23.16 | $ 23.16 |
| 9-Mar-04 | Lunch at Hotel LaCloche for Jerome Dirand, Kathryn Muller, Samuel Ngambe, Matt Petito, Valerie Chantelauze | $ 120.54 | | | | $ 120.54 | $ 120.54 |
| 11-Mar-04 | Lunch at McDonalds | $ 9.02 | | | | $ 9.02 | $ 9.02 |
| 11-Mar-04 | Dinner at McDonalds | $ 10.29 | | | | $ 10.29 | $ 10.29 |
| 12-Mar-04 | Dinner at McDonalds | $ 10.16 | | | | $ 10.16 | $ 10.16 |
| 12-Mar-04 | Snack at Geant | $ 6.76 | | | | $ 6.76 | $ 6.76 |
| 13-Mar-04 | Lunch for myself | $ 25.89 | | | | $ 25.89 | $ 25.89 |
| 13-Mar-04 | Gas for rental car | $ 36.98 | $ 36.98 | | | | $ 36.98 |
| 13-Mar-04 | Dinner for myself at Merkur | $ 42.24 | | | | $ 42.24 | $ 42.24 |

**Protiviti Inc.**
**W. R. Grace & Co. Expense Tracking**
**Period Covered: March 2004**

| Date | Expense Detail | Amount | Expense Category | | | Total |
|---|---|---|---|---|---|---|
| 13-Mar-04 | Snack at McDonalds | $ 15.24 | | | $ 15.24 | $ 15.24 |
| 13-Mar-04 | Food at Super U for Sunday Lunch and dinner | $ 48.44 | | | $ 48.44 | $ 48.44 |
| 13-Mar-04 | Toll for French highway | $ 18.16 | | $ 18.16 | | $ 18.16 |
| 14-Mar-04 | Rail ticket from paris to Bourg En Bresse in leiu of going home | $ 153.00 | $ 153.00 | | | $ 153.00 |
| 14-Mar-04 | Breakfast at bakery | $ 5.72 | | | $ 5.72 | $ 5.72 |
| 14-Mar-04 | Snack at Casino Cafeteria | $ 3.81 | | | $ 3.81 | $ 3.81 |
| 14-Mar-04 | Snack at McDonalds | $ 9.40 | | | $ 9.40 | $ 9.40 |
| 14-Mar-04 | Toll for French highway | $ 6.10 | | $ 6.10 | | $ 6.10 |
| 14-Mar-04 | Toll for French highway | $ 6.10 | | $ 6.10 | | $ 6.10 |
| 15-Mar-04 | Food from Geant | $ 2.44 | | | $ 2.44 | $ 2.44 |
| 16-Mar-04 | Dinner at McDonalds | $ 10.16 | | | $ 10.16 | $ 10.16 |
| 18-Mar-04 | Gas for rental car | $ 43.82 | | | | $ 43.82 |
| 18-Mar-04 | Bus ticket | $ 14.61 | | | | $ 14.61 |
| 18-Mar-04 | Laundry at Geant | $ 38.42 | | $ 38.42 | | $ 38.42 |
| 18-Mar-04 | Dinner from Geant | $ 40.11 | | | $ 40.11 | $ 40.11 |
| 18-Mar-04 | Toll for French highway | $ 4.32 | | $ 4.32 | | $ 4.32 |
| 19-Mar-04 | Dinner from Geant | $ 53.07 | | | $ 53.07 | $ 53.07 |
| 19-Mar-04 | Plane ticket for person coming to visit in leiu of going home | $ 434.79 | | | $ 434.79 | $ 434.79 |
| 19-Mar-04 | Train tickets from Bourg En Bresse to Paris in leiu of going home | $ 152.15 | | | | $ 152.15 |
| 19-Mar-04 | Taxi to hotel in Paris in leiu of going home | $ 25.40 | | | | $ 25.40 |
| 19-Mar-04 | Taxi in Paris | $ 12.70 | | | | $ 12.70 |
| 19-Mar-04 | Snack in Paris at Tabac Des Ternes | $ 34.29 | | | $ 34.29 | $ 34.29 |
| 21-Mar-04 | Le Meridein Hotel in Paris in leiu of going home (March 19-March 21) | $ 619.92 | $ 619.92 | | | $ 619.92 |
| 20-Mar-04 | Metro tickets | $ 5.72 | | | | $ 5.72 |
| 20-Mar-04 | Lunch in Paris at Le Grand Bistrot | $ 72.26 | | | $ 72.26 | $ 72.26 |
| 20-Mar-04 | Taxi in Paris | $ 15.24 | | | | $ 15.24 |
| 20-Mar-04 | Taxi in Paris | $ 12.70 | | | | $ 12.70 |
| 20-Mar-04 | Taxi in Paris | $ 12.70 | | | | $ 12.70 |
| 20-Mar-04 | Taxi in Paris | $ 14.22 | | | | $ 14.22 |
| 20-Mar-04 | Dinner in Paris at Café Pains | $ 65.28 | | | $ 65.28 | $ 65.28 |
| 21-Mar-04 | Metro in Paris | $ 12.70 | | | | $ 12.70 |
| 21-Mar-04 | Breakfast in Paris at Louve café | $ 18.54 | | | $ 18.54 | $ 18.54 |
| 21-Mar-04 | Lunch in Paris at Le Petit Elysee | $ 66.93 | | | $ 66.93 | $ 66.93 |
| 21-Mar-04 | Snack at McDonalds for myself | $ 6.86 | | | $ 6.86 | $ 6.86 |
| 21-Mar-04 | Taxi in Paris | $ 16.00 | | | | $ 16.00 |
| 21-Mar-04 | Dinner for myself in Paris at Brasserie Bofinger | $ 122.68 | | | $ 122.68 | $ 122.68 |
| 22-Mar-04 | Parking at Bourg-En Bresse | $ 12.70 | | $ 12.70 | | $ 12.70 |
| 22-Mar-04 | Train ticket from Paris to Bourg En Bresse | $ 76.07 | | | | $ 76.07 |
| 23-Mar-04 | Taxi to train station | $ 19.05 | | | | $ 19.05 |
| 23-Mar-04 | Dinner at McDonalds for myself | $ 10.29 | | | $ 10.29 | $ 10.29 |
| 25-Mar-04 | Train to Paris from Bourg en Bresse | $ 62.54 | | | | $ 62.54 |
| 25-Mar-04 | Taxi from Train Station to hotel in Paris | $ 55.37 | | | | $ 55.37 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2004

| Expense Detail | | | Expense Category | | | |
|---|---|---|---|---|---|---|
| Date | Description | Amount | Transportation | Lodging | Sundry | Totals |
| 25-Mar-04 | Hotel in Paris by Charles De Gaulle airport | $ 261.62 | | $ 261.62 | | $ 261.62 |
| 25-Mar-04 | Dinner in Paris at hotel | $ 26.67 | | | $ 26.67 | $ 26.67 |
| 25-Mar-04 | Toll for French highway | $ 5.21 | | | $ 5.21 | $ 5.21 |
| 26-Mar-04 | Transport to Airport | $ 6.35 | $ 6.35 | | | $ 6.35 |
| 26-Mar-04 | Breakfast at hotel-myself | $ 24.13 | | | $ 24.13 | $ 24.13 |
| 26-Mar-04 | Snack at Philadelphia airport | $ 5.00 | | | $ 5.00 | $ 5.00 |
| 26-Mar-04 | Mileage home (61 miles for round trip) | $ 22.50 | $ 22.50 | | | $ 22.50 |
| 26-Mar-04 | Parking at Airport | $ 12.00 | | | $ 12.00 | $ 12.00 |
| | Totals | $ 9,711.53 | $ 6,127.10 | $ 2,490.03 | $ 103.00 | $ 991.40 | $ 9,711.53 |

Name: Paul Pettit
Level: Senior Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Mar-04 | Lunch @ Brock with Travis Major, Daniel Puls | $ 12.55 | | | | $ 12.55 | $ 12.55 |
| 2-Mar-04 | Dinner @ Fuddruckers with Travis Major, Daniel Puls | $ 30.73 | | | | $ 30.73 | $ 30.73 |
| 2-Mar-04 | Water @ client | $ 1.00 | | | | $ 1.00 | $ 1.00 |
| 2-Mar-04 | Lunch @ Chicken Out with Travis Major, Daniel Puls | $ 23.07 | | | | $ 23.07 | $ 23.07 |
| 2-Mar-04 | Water @ hotel | $ 1.20 | | | | $ 1.20 | $ 1.20 |
| 3-Mar-04 | Hotel - 3 night stay @ $129/night + taxes | $ 426.90 | | $ 426.90 | | | $ 426.90 |
| 3-Mar-04 | Appetizers @ Old Ebbit Grill with Travis Major, Daniel Puls | $ 17.64 | | | | $ 17.64 | $ 17.64 |
| 3-Mar-04 | Dinner @ Old Ebbit Grill with Travis Major, Daniel Puls | $ 86.53 | | | | $ 86.53 | $ 86.53 |
| 5-Mar-04 | Rental Car - 5 days @ $51/day + taxes & fees | $ 330.88 | $ 330.88 | | | | $ 330.88 |
| 5-Mar-04 | 40 miles (mileage in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 5-Mar-04 | Tolls @ Harris County Toll Road Authority | $ 4.00 | $ 4.00 | | | | $ 4.00 |
| 7-Mar-04 | 52 miles (mileage in excess of normal daily commute) | $ 19.50 | $ 19.50 | | | | $ 19.50 |
| 7-Mar-04 | Airfare to/from BWI and Houston | $ 531.20 | $ 531.20 | | | | $ 531.20 |
| 8-Mar-04 | Lunch @ Uno Chicago Grill with Travis Major, Daniel Puls | $ 39.34 | | | | $ 39.34 | $ 39.34 |
| 8-Mar-04 | Water @ client | $ 1.00 | | | | $ 1.00 | $ 1.00 |
| 8-Mar-04 | Dinner @ Carrabba's Italian Grill with Travis Major, Daniel Puls | $ 64.09 | | | | $ 64.09 | $ 64.09 |
| 9-Mar-04 | Lunch @ Luna C Grille with Travis Major, Daniel Puls | $ 55.62 | | | | $ 55.62 | $ 55.62 |
| 9-Mar-04 | Water @ client | $ 1.00 | | | | $ 1.00 | $ 1.00 |
| 9-Mar-04 | Dinner @ Outback Steakhouse with Travis Major, Daniel Puls | $ 72.86 | | | | $ 72.86 | $ 72.86 |
| 9-Mar-04 | Water @ hotel | $ 1.20 | | | | $ 1.20 | $ 1.20 |
| 10-Mar-04 | Water @ client | $ 1.00 | | | | $ 1.00 | $ 1.00 |
| 10-Mar-04 | Dinner @ Chick Fil A with Travis Major | $ 19.23 | | | | $ 19.23 | $ 19.23 |
| 11-Mar-04 | Lunch @ Subway with Travis Major, Daniel Puls | $ 17.53 | | | | $ 17.53 | $ 17.53 |
| 11-Mar-04 | Water @ client | $ 1.00 | | | | $ 1.00 | $ 1.00 |
| 11-Mar-04 | Appetizers @ Bare Bones with Travis Major, Daniel Puls | $ 12.77 | | | | $ 12.77 | $ 12.77 |
| 11-Mar-04 | Dinner @ Bare Bones with Travis Major, Daniel Puls | $ 75.07 | | | | $ 75.07 | $ 75.07 |
| 12-Mar-04 | Hotel - 5 night stay @ $119/night + taxes | $ 655.70 | | $ 655.70 | | | $ 655.70 |
| 12-Mar-04 | Gas for rental car | $ 24.05 | $ 24.05 | | | | $ 24.05 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2004

| Expense Detail | | | Expense Category | |
|---|---|---|---|---|
| 12-Mar-04 | Water @ client | $ 1.00 | | $ 1.00 |
| 12-Mar-04 | Lunch @ Olive Garden with Travis Major, Daniel Puls | $ 30.10 | | $ 30.10 |
| 12-Mar-04 | Rental Car - 5 days @ $51/day + taxes & fees | $ 330.88 | $ 330.88 | |
| 12-Mar-04 | 40 miles (mileage in excess of normal daily commute) | $ 15.00 | $ 15.00 | |
| 12-Mar-04 | Tolls @ Harris County Toll Road Authority | $ 4.50 | $ 4.50 | |
| 15-Mar-04 | Airfare to/from BWI and Houston | $ 531.20 | $ 531.20 | |
| 16-Mar-04 | Lunch @ Chicken Out with Travis Major, Daniel Puls | $ 22.29 | | $ 22.29 |
| 16-Mar-04 | Water @ client | $ 1.00 | | $ 1.00 |
| 16-Mar-04 | Dinner @ Jordan's with Travis Major, Daniel Puls | $ 148.10 | | $ 148.10 |
| 17-Mar-04 | Hotel - 2 night stay @ $129/night + taxes | $ 283.80 | $ 283.80 | |
| 17-Mar-04 | Lunch @ TGI Friday's with Travis Major, Daniel Puls | $ 27.69 | | $ 27.69 |
| 17-Mar-04 | Dinner @ Ram's Head with Travis Major, Daniel Puls | $ 141.49 | | $ 141.49 |
| 19-Mar-04 | Rental Car - 4 days @ $51/day + taxes & fees | $ 264.70 | $ 264.70 | |
| | Totals | $ 4,343.40 | $ 2,070.91 | $ 1,366.40 | $ - | $ 906.09 | $ 4,343.40 |

Name: Cheryl Mathieu
Level: Senior Manager

\*\* This detail was inadvertently not included in the totals for expense reimbursement on the February 2004 fee application.

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 28-Jan-04 | Airfare from Denver to BWI | $ 170.20 | $ 170.20 | | | | $ 170.20 |
| 28-Jan-04 | Lodging at the Columbia Sheraton for one night | $ 190.45 | | $ 190.45 | | | $ 190.45 |
| 28-Jan-04 | Dinner at hotel alone | $ 18.00 | | | | $ 18.00 | $ 18.00 |
| 28-Jan-04 | Taxi from BWI airport to Columbia Sheraton | $ 10.00 | $ 10.00 | | | | $ 10.00 |
| 29-Jan-04 | Breakfast at hotel alone | $ 7.00 | | | | $ 7.00 | $ 7.00 |
| 29-Jan-04 | Taxi from hotel to Grace Columbia | $ 38.00 | $ 38.00 | | | | $ 38.00 |
| 29-Jan-04 | Lunch at Greek Taverna with Matt Petito to convey results of Portal and TSA system upgrades | $ 22.00 | | | | $ 22.00 | $ 22.00 |
| | Totals | $ 455.65 | $ 218.20 | $ 190.45 | $ - | $ 47.00 | $ 455.65 |

Name: Matthew Petito
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 6-Mar-04 | Airfare from BWI airport in Baltimore to Charles de Gaulle airport in Paris France as required and booked by the client (round trip) | $ 4,923.50 | $ 4,923.50 | | | | $ 4,923.50 |
| 7-Mar-04 | Lunch in Paris | $ 8.85 | | | | $ 8.85 | $ 8.85 |
| 10-Mar-04 | Lunch in Paris | $ 15.42 | | | | $ 15.42 | $ 15.42 |
| 11-Mar-04 | Dinner with Victor Blanchard in Paris | $ 18.45 | | | | $ 18.45 | $ 18.45 |
| 12-Mar-04 | Lodging in Lons de Sanuielle to audit the Pieri France manufacturing plant (5 nights) | $ 500.92 | | $ 500.92 | | | $ 500.92 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2004

| Date | Expense Detail | Amount | Expense Category | |
|---|---|---|---|---|
| 12-Mar-04 | Lunch with Victor Blanchard in Paris | $ 15.95 | | $ 15.95 |
| 12-Mar-04 | Train from Lons de Sanuielle to Paris France in preparation for audit of Epernon France manufacturing plant | $ 164.07 | | $ 164.07 |
| 12-Mar-04 | Taxi from train station in Paris France to hotel in Paris | $ 25.28 | 25.28 | |
| 12-Mar-04 | Dinner with Internal Audit and Protiviti staff in Paris | $ 72.05 | | $ 72.05 |
| 13-Mar-04 | Taxi from hotel to American Express office in Paris in preparation for audit of Epernon France manufacturing plant | $ 15.17 | 15.17 | |
| 15-Mar-04 | Weekly train pass from Paris to Epernon as required by the client (round trip tickets) | $ 111.23 | | $ 111.23 |
| 15-Mar-04 | Lunch in Paris | $ 4.42 | | $ 4.42 |
| 16-Mar-04 | Dinner in Paris | $ 12.64 | | $ 12.64 |
| 16-Mar-04 | Taxi to go to restaurant from hotel with Internal Audit and Protiviti staff | $ 18.96 | | $ 18.96 |
| 17-Mar-04 | Dinner in Paris | $ 6.32 | | $ 6.32 |
| 18-Mar-04 | Breakfast prior to boarding train in Montparnasse (hotel) | $ 6.32 | | $ 6.32 |
| 18-Mar-04 | Dinner with Victor Blanchard in Paris | $ 80.39 | | $ 80.39 |
| 18-Mar-04 | Taxi to go to restaurant from hotel with Internal Audit and Protiviti staff | $ 16.43 | | $ 16.43 |
| 19-Mar-04 | Airfare from Charles de Gaulle airport in Paris France to Barcelona Spain in lieu of returning home (round trip) | $ 206.10 | 206.10 | |
| 19-Mar-04 | Breakfast prior to boarding train in Montparnasse (hotel) | $ 7.58 | | $ 7.58 |
| 19-Mar-04 | Lodging in Montparnasse to audit the Epernon France manufacturing plant (7 nights) | $ 1,628.03 | 1,628.03 | $ 1,628.03 |
| 19-Mar-04 | Telephone charges at Montparnasse hotel for 7 nights | $ 11.88 | $ 11.88 | |
| 19-Mar-04 | Laundry services at Montparnasse hotel for 7 nights | $ 204.52 | $ 204.52 | |
| 21-Mar-04 | Taxi to go to restaurant from hotel with Internal Audit and Protiviti staff | $ 22.75 | 22.75 | |
| 21-Mar-04 | Taxi from Barcelona hotel to Barcelona airport for Internal Audit and Protiviti staff | $ 63.20 | 63.20 | |
| 21-Mar-04 | Dinner with Loren Van Loan, Mahmoud Bah and Shaun Landers in Barcelona | $ 221.39 | | $ 221.39 |
| 21-Mar-04 | Lodging in Barcelona Spain (2 nights) | $ 405.74 | 405.74 | $ 405.74 |
| 21-Mar-04 | Lunch at Barcelona airport | $ 17.44 | | $ 17.44 |
| 21-Mar-04 | Breakfast in Barcelona | $ 10.11 | | $ 10.11 |
| 22-Mar-04 | Taxi to go to restaurant from hotel with Internal Audit and Protiviti staff | $ 26.54 | 26.54 | |
| 22-Mar-04 | Breakfast prior to boarding train in Montparnasse (hotel) | $ 6.32 | | $ 6.32 |
| 22-Mar-04 | Taxi from hotel to restaurant with Internal Audit staff | $ 12.64 | 12.64 | |
| 23-Mar-04 | Breakfast prior to boarding train in Montparnasse (hotel) | $ 7.58 | | $ 7.58 |
| 23-Mar-04 | Lunch in Epernon | $ 7.58 | | $ 7.58 |
| 25-Mar-04 | Taxi to go to restaurant from hotel with Internal Audit and Protiviti staff | $ 25.28 | 25.28 | |
| 25-Mar-04 | Dinner with Fred Arias in Paris | $ 44.24 | | $ 44.24 |
| 26-Mar-04 | Dinner with Victor Blanchard in Paris | $ 21.49 | | $ 21.49 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2004

| Date | Expense Detail | | Expense Category | |
|---|---|---|---|---|
| | Description | Amount | | Totals |
| 26-Mar-04 | Lodging in Montparnasse to audit the Epernon France manufacturing plant (6 nights) | $ 1,395.45 | $ 1,395.45 | $ 1,395.45 |
| 26-Mar-04 | Telephone charges at Montparnasse hotel for 6 nights | $ 71.42 | $ 71.42 | $ 71.42 |
| 27-Mar-04 | Lodging in Geneva Switzerland (2 nights) | $ 190.86 | $ 190.86 | $ 190.86 |
| 27-Mar-04 | Taxi from Geneva hotel to restaurant with Victor Blanchard | $ 14.16 | | $ 14.16 |
| 27-Mar-04 | Lunch in Geneva | $ 9.23 | $ 9.23 | $ 9.23 |
| 28-Mar-04 | Roundtrip train ticket from Paris France to Geneva Switzerland in lieu of going home | $ 114.27 | | $ 114.27 |
| 28-Mar-04 | Dinner in Geneva | $ 21.36 | $ 21.36 | $ 21.36 |
| 28-Mar-04 | Taxi from train station in Paris to Montparnasse hotel with Victor Blanchard | $ 18.33 | | $ 18.33 |
| 29-Mar-04 | Taxi to go to restaurant from hotel with Internal Audit and Protiviti staff | $ 21.49 | | $ 21.49 |
| 30-Mar-04 | Dinner in Paris | $ 7.58 | $ 7.58 | $ 7.58 |
| 31-Mar-04 | Breakfast prior to boarding train in Montparnasse (hotel) | $ 15.17 | $ 15.17 | $ 15.17 |
| | Totals | $ 10,846.10 | $ 287.82 | $ 637.88 | $ 10,846.10 |

Name: Travis Major
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 4-Mar-04 | Fuel for rental car (leased by Pettit) | $ 20.00 | $ 20.00 | | | | $ 20.00 |
| 4-Mar-04 | Dinner for two (Travis and Kevin at Loonies? in Baltimore) | $ 31.47 | | | | $ 31.47 | $ 31.47 |
| 4-Mar-04 | Toll | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 5-Mar-04 | Lodging (5 nights, checked out on the 5th) | $ 654.50 | | $ 654.50 | | | $ 654.50 |
| 5-Mar-04 | Lunch for two (Travis and Daniel at Olive Garden) | $ 18.00 | | | | $ 18.00 | $ 18.00 |
| 5-Mar-04 | Fuel for rental car (leased by Pettit) | $ 6.65 | $ 6.65 | | | | $ 6.65 |
| 5-Mar-04 | 62 miles (miles in excess of normal daily commute, picked up by wife) | $ 23.25 | $ 23.25 | | | | $ 23.25 |
| 7-Mar-04 | Airfare (round trip Houston to Baltimore) | $ 531.20 | $ 531.20 | | | | $ 531.20 |
| 7-Mar-04 | 43 miles (Sunday oneway commute to Airport) | $ 16.13 | $ 16.13 | | | | $ 16.13 |
| 7-Mar-04 | Lunch for one (Travis at Houston Airport) | $ 5.96 | | | | $ 5.96 | $ 5.96 |
| 8-Mar-04 | Taxi (ride from Grace offices to hotel) | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 8-Mar-04 | Beverage | $ 3.29 | | | | $ 3.29 | $ 3.29 |
| 10-Mar-04 | Lunch for two (Travis and Daniel at Grace Café) | $ 8.67 | | | | $ 8.67 | $ 8.67 |
| 12-Mar-04 | Lodging (5 nights, checked out on the 12th) | $ 654.50 | | $ 654.50 | | | $ 654.50 |
| 12-Mar-04 | 31 miles (miles in excess of normal daily commute) | $ 11.63 | $ 11.63 | | | | $ 11.63 |
| 12-Mar-04 | Airport Parking (5 days of parking) | $ 63.00 | | | $ 63.00 | | $ 63.00 |
| 15-Mar-04 | Airfare (round trip Houston to Baltimore) | $ 531.20 | $ 531.20 | | | | $ 531.20 |
| 15-Mar-04 | 31 miles (miles in excess of normal daily commute) | $ 11.63 | $ 11.63 | | | | $ 11.63 |
| 15-Mar-04 | Lunch for one (Travis at Houston Airport) | $ 10.39 | | | | $ 10.39 | $ 10.39 |
| 18-Mar-04 | Lunch for two (Travis and Daniel at Uno Chicago Grill) | $ 30.00 | | | | $ 30.00 | $ 30.00 |
| 19-Mar-04 | Lodging (4 nights, checked out on the 19th) | $ 567.60 | | $ 567.60 | | | $ 567.60 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2004

| Expense Detail | | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
| 19-Mar-04 | Lunch for two (Travis and Daniel at Bob Evans) | $ 23.05 | | | | $ 23.05 | $ 23.05 |
| 19-Mar-04 | Fuel for rental car (leased by Pettit) | $ 19.00 | $ 19.00 | | | | $ 19.00 |
| 19-Mar-04 | 31 miles (mileage in excess of normal daily commute) | $ 11.63 | $ 11.63 | | | | $ 11.63 |
| 19-Mar-04 | Airport Parking (4 days of parking) | $ 49.00 | | | $ 49.00 | | $ 49.00 |
| | Totals | $ 3,333.73 | $ 1,214.30 | $ 1,876.60 | $ 112.00 | $ 130.83 | $ 3,333.73 |

Name: Brett Sanders
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 2-Mar-04 | 40 miles (mileage in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 3-Mar-04 | 40 miles (mileage in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| | Totals | $ 30.00 | $ 30.00 | $ - | $ - | $ - | $ 30.00 |

Name: Kevin Strickler
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 26-Feb-04 | Breakfast alone at Doubletree Hotel in Chicago | $ 20.00 | | | | $ 20.00 | $ 20.00 |
| 11-Mar-04 | Flight from Baltimore to Houston and back Tkt#0574899858163 Continental 3/15 to 3/19 | $ 542.00 | $ 542.00 | | | | $ 542.00 |
| 15-Mar-04 | Breakfast at Airport alone | $ 6.00 | | | | $ 6.00 | $ 6.00 |
| 15-Mar-04 | Lunch in restaurant in Houston alone | $ 7.00 | | | | $ 7.00 | $ 7.00 |
| 16-Mar-04 | Lunch in restaurant in Houston alone | $ 4.00 | | | | $ 4.00 | $ 4.00 |
| 17-Mar-04 | Dinner at Rodeo Houston alone | $ 36.00 | | | | $ 36.00 | $ 36.00 |
| 19-Mar-04 | Rental Car for 3/15 to 3/19 (Hertz) | $ 394.00 | $ 394.00 | | | | $ 394.00 |
| 19-Mar-04 | Flight from Baltimore to Houston and back Tkt#0574921665103 Continental 3/22 to 3/26 | $ 542.00 | $ 542.00 | | | | $ 542.00 |
| 19-Mar-04 | Dinner alone at Airport Pappadeaux Seafood | $ 37.00 | | | | $ 37.00 | $ 37.00 |
| 19-Mar-04 | Airport Parking at BWI | $ 35.00 | | | $ 35.00 | | $ 35.00 |
| 19-Mar-04 | Gas for Rental Car at Shell | $ 21.00 | $ 21.00 | | | | $ 21.00 |
| 19-Mar-04 | Hilton Hotel Houston, TX 3/15 to 3/19 Lodging | $ 370.00 | | $ 370.00 | | | $ 370.00 |
| 19-Mar-04 | Meals at Hilton Hotel Houston, TX 3/15 to 3/19 | $ 148.00 | | | | $ 148.00 | $ 148.00 |
| 19-Mar-04 | Tip for maid at Hilton Hotel | $ 5.00 | | | $ 5.00 | | $ 5.00 |
| 22-Mar-04 | Breakfast alone at airport | $ 2.00 | | | | $ 2.00 | $ 2.00 |
| 22-Mar-04 | Lunch alone at Sonics in Houston | $ 6.00 | | | | $ 6.00 | $ 6.00 |
| 23-Mar-04 | Lunch alone at Hartz's Chicken | $ 7.00 | | | | $ 7.00 | $ 7.00 |
| 24-Mar-04 | Lunch alone at a Houston deli | $ 6.00 | | | | $ 6.00 | $ 6.00 |
| 24-Mar-04 | Flight from Baltimore to Houston and back Tkt#5262792811708 Southwest 3/29 to 4/1 | $ 459.00 | $ 459.00 | | | | $ 459.00 |
| 25-Mar-04 | Lunch alone at a Jack in the Box | $ 6.00 | | | | $ 6.00 | $ 6.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2004

| Expense Detail | | | Expense Category | | |
|---|---|---|---|---|---|
| 26-Mar-04 | Rental Car for 3/22 to 3/26 (Hertz) | $ 306.00 | $ 306.00 | | $ 306.00 |
| 26-Mar-04 | Dinner alone at George Bush Intl Airport Houston | $ 24.00 | | $ 24.00 | $ 24.00 |
| 26-Mar-04 | Tip for dinner at George Bush Intl Airport Houston | $ 2.00 | $ 2.00 | | $ 2.00 |
| 26-Mar-04 | Tip for maid at Hilton Hotel | $ 10.00 | $ 10.00 | | $ 10.00 |
| 26-Mar-04 | Airport Parking at BWI | $ 35.00 | $ 35.00 | | $ 35.00 |
| 29-Mar-04 | Breakfast alone at Jack in the Box | $ 9.00 | | $ 9.00 | $ 9.00 |
| 31-Mar-04 | Breakfast alone at Shipley Donuts | $ 3.00 | | $ 3.00 | $ 3.00 |
| 31-Mar-04 | Lunch alone at Jack's Barbeque | $ 6.00 | | $ 6.00 | $ 6.00 |
| | Totals | $ 3,048.00 | $ 2,264.00 | $ 370.00 | $ 87.00 | $ 327.00 | $ 3,048.00 |

Name: Sarah Dilling
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 2-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 3-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 4-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 5-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 8-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 9-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 10-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 10-Mar-04 | Lunch to discuss Client Project Management at Bistro Sensations for Kina Beale and Sarah Dilling | $ 17.48 | | | | $ 17.48 | $ 17.48 |
| 10-Mar-04 | Lodging in Cambridge, MA for Computer Operations Review (2 Nights) | $ 219.30 | | $ 219.30 | | | $ 219.30 |
| 10-Mar-04 | Air Tran One Way Airfare 3/10 from Baltimore, MD to Cambridge, MA | $ 130.10 | $ 130.10 | | | | $ 130.10 |
| 11-Mar-04 | Actual dinner amount incurred for Kina Beale and Sarah Dilling at The Elephant Walk in Cambridge, MA | $ 78.36 | | | | $ 78.36 | $ 78.36 |
| 12-Mar-04 | Parking at BWI Airport for Cambridge, MA trip | $ 20.00 | | | $ 20.00 | | $ 20.00 |
| 12-Mar-04 | American Airlines One Way Airfare 3/12 from Cambridge, MA to Baltimore, MD | $ 178.60 | $ 178.60 | | | | $ 178.60 |
| 12-Mar-04 | Rental Car Gas Refuel in Cambridge, MA | $ 7.31 | $ 7.31 | | | | $ 7.31 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2004

| Date | Expense Detail | | Expense Category |
|---|---|---|---|
| 16-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 |
| 17-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 |
| 18-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 |
| 19-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 |
| 22-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 |
| 23-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 |
| 24-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 |
| 25-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 |
| 25-Mar-04 | Mileage to BWI Airport 16.76 miles drop off Lynn Bruneau | $ 6.38 | $ 6.38 |
| 26-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 |
| 30-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 |
| 31-Mar-04 | Mileage to(41.08)/from(41.08) Home(-10)/Grace subtract normal commute ~ 70 miles | $ 26.25 | $ 26.25 |
| | Totals | $ 1,156.28 | $ 821.14 | $ 219.30 | $ 20.00 | $ 95.84 | $ 1,156.28 |

Name: Daniel Puls
Level: Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 29-Feb-04 | Airfare (round trip Houston to Baltimore) | $ 531.20 | $ 531.20 | | | | $ 531.20 |
| 29-Feb-04 | 26 miles (miles in excess of normal daily commute) | $ 9.75 | $ 9.75 | | | | $ 9.75 |
| 29-Feb-04 | 21 miles (miles in excess of normal daily commute) | $ 7.88 | $ 7.88 | | | | $ 7.88 |
| 4-Mar-04 | Dinner at Chick Fil A - self | $ 5.23 | | | | $ 5.23 | $ 5.23 |
| 5-Mar-04 | Hotel for week of 02/29/04 - 03/05/05 at a rate of $129.00 per night. | $ 724.25 | | $ 724.25 | | | $ 724.25 |
| 5-Mar-04 | Dinner at Baltimore Airport - self | $ 16.00 | | | | $ 16.00 | $ 16.00 |
| 5-Mar-04 | Airfare (round trip from Baltimore instead of Houston) | $ 356.70 | $ 356.70 | | | | $ 356.70 |
| 8-Mar-04 | Safeway - bought food to eat at work for the week | $ 40.00 | | | | $ 40.00 | $ 40.00 |
| 10-Mar-04 | Safeway - bought food for dinner | $ 8.07 | | | | $ 8.07 | $ 8.07 |
| 12-Mar-04 | Hotel for week of 03/07/04 - 03/12/04 at a rate of $119.00 per night. Given a credit of $50.00 plus taxes for prior week charges at $129.00 per night. | $ 599.50 | | $ 599.50 | | | $ 599.50 |
| 12-Mar-04 | Airport Parking (13 days of offsite parking) | $ 89.75 | | | $ 89.75 | | $ 89.75 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2004

| Expense Detail | | Expense Category | | | | |
|---|---|---|---|---|---|---|
| Date | Description | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment |
| 15-Mar-04 | Airfare (round trip Houston to Baltimore) | $ 531.20 | $ 531.20 | | | |
| 17-Mar-04 | Parking while at dinner in Annapolis with Paul and Travis | $ 2.00 | | | $ 2.00 | |
| 18-Mar-04 | Dinner at Chick Fil A - self | $ 7.12 | | | | $ 7.12 |
| 19-Mar-04 | Hotel for 03/15/04 - 03/18/05 at a rate of $129.00 per night. | $ 567.60 | | $ 567.60 | | |
| 19-Mar-04 | Parking for week of 03/15/04 - 03/19/04 | $ 45.00 | | | $ 45.00 | |
| | Totals | $ 3,541.25 | $ 1,436.73 | $ 1,891.35 | $ 136.75 | $ 76.42 |

Name: Kina Beale
Level: Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 2-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 3-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 4-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 8-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 9-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 10-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 10-Mar-04 | Dinner at Pizzeria Uno with Sarah Dilling in Cambridge, MA | $ 8.33 | | | | $ 8.33 | $ 8.33 |
| 10-Mar-04 | 17 miles (excess mileage to BWI Airport from W.R. Grace) | $ 6.38 | $ 6.38 | | | | $ 6.38 |
| 10-Mar-04 | Tolls in Boston on drive from Logan Airport to Hotel | $ 4.00 | $ 4.00 | | | | $ 4.00 |
| 11-Mar-04 | Lunch at Bertucci's with Sarah Dilling in Cambridge, MA | $ 14.58 | | | | $ 14.58 | $ 14.58 |
| 12-Mar-04 | Lunch at Pizza Hut Express in Logan International Airport in Boston, MA | $ 8.37 | | | | $ 8.37 | $ 8.37 |
| 12-Mar-04 | 16 miles (excess mileage from BWI to home) | $ 6.00 | $ 6.00 | | | | $ 6.00 |
| 12-Mar-04 | Parking at BWI Airport | $ 16.00 | | | $ 16.00 | | $ 16.00 |
| 12-Mar-04 | Lodging in Cambridge (Hawthorne Suites), 2 nights | $ 217.20 | | $ 217.20 | | | $ 217.20 |
| 12-Mar-04 | AVIS Discounted Rental Car | $ 141.07 | $ 141.07 | | | | $ 141.07 |
| 12-Mar-04 | Total Airfare (AirTran to Boston, American Eagle to Baltimore) | $ 308.70 | $ 308.70 | | | | $ 308.70 |
| 15-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 16-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 17-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | | | | $ 2.25 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2004

| | Expense Detail | | Expense Category | |
|---|---|---|---|---|
| 18-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | |
| 19-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | |
| 22-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | |
| 23-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | |
| 24-Mar-04 | Mileage (15 miles) for travel to pick up Lynn Brueneau (the Engagement's Managing Director) from her hotel in Columbia, drive to W.R. Grace from hotel, drive to return Lynn Bruneau to her hotel, and drive home. All mileage expensed is in excess of my daily commute to the office. | $ 5.63 | $ 5.63 | |
| 25-Mar-04 | Mileage (13 miles) for travel to pick up Lynn Brueneau (the Engagement's Managing Director) from her hotel in Columbia, drive to W.R. Grace from hotel, and drive home. All mileage expensed is in excess of my daily commute to the office. | $ 4.88 | $ 4.88 | |
| 26-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | |
| 30-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | |
| 31-Mar-04 | Mileage (6 miles) for travel to and from client in excess of my daily commute to the office. | $ 2.25 | $ 2.25 | |
| | Totals | $ 779.39 | $ 514.91 | $ 217.20 | $ 16.00 | $ 31.28 | $ 779.39 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 48,546.70 | $ 26,686.87 | $ 15,951.99 | $ 970.64 | $ 4,937.20 | $ 48,546.70 |