# EXHIBIT B

Fed. ID #: 04-1378465
Invoice Number: 421435
Client Number: 085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

June 30, 2003

**FOR PROFESSIONAL SERVICES RENDERED** for the period from May 1, 2003 through May 31, 2003 in connection with W.R. Grace & Co.

$8,622.00

**TOTAL DUE**  <u>**$8,622.00**</u>

085440/141437
JJC:mjm

Mailed To:   Kelly Q. Driscoll, Esq.
Vice President
STATE STREET BANK AND TRUST COMPANY
Two International Place
34th Floor
Boston, MA 02110

**Please return this page with your remittance. Thank you.
Payment due within 30 days.**

LIBC/1878399.1

Fed. ID #:        04-1378465
Invoice Number:   421435
Client Number:    085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

June 30, 2003

**FOR PROFESSIONAL SERVICES RENDERED** for the period from May 1, 2003 through May 31, 2003 in connection with W.R. Grace & Co.

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/02/03 | Cleary, J. | 0.2 | Telephone conference with Ms. Driscoll regarding draft engagement letter; follow-up thereto. |
| 05/05/03 | Carr, S. | 0.4 | Telephone conference with Mr. Cleary. |
| 05/05/03 | Cleary, J. | 6.2 | Attention to Engagement and Indemnification Agreements and related issues (1.2); review and extensive revision of same (4.1); discussions with Ms. Ewing and Mr. Glosband regarding same and related matters ).4); telephone conference with Messrs. Carr and Hadden regarding securities law issues (.5). |
| 05/05/03 | Doherty, A. | 0.3 | Meeting with Mr. Glosband and Mr. Bilowz regarding DIP pleadings and engagement pleadings; email to Mr. Glosband regarding same; meeting with Mr. Rubin regarding docket search issues. |
| 05/05/03 | Bilowz, P. | 1.0 | Meeting with Mr. Glosband and Ms. Doherty regarding engagement; review pleadings. |
| 05/06/03 | Cleary, J. | 0.8 | Attention to finalizing draft of proposed engagement letter; telephone conference with Ms. Driscoll and Mr. Glosband regarding potential financial advisors. |

LIBC/1878399.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/06/03 | Glosband, D. | 1.5 | Telephone call from Mr. Cleary and Ms. Driscoll regarding financial advisors (.4); collect data and draft memorandum to Mses. Driscoll and Ewing with additional suggestions (.8); calls to Mr. Toor at Jefferies, Mr. Simon at Crossroads, Mr. Belinsky at Chanin (.3). |
| 05/14/03 | Cleary, J. | 0.2 | Telephone conference with Ms. Ewing regarding engagement letter and due diligence issues; follow-up telephone messages with Messrs. Remis and Glosband; review e-mail from Mr. Glosband. |
| 05/14/03 | Glosband, D. | 0.8 | Telephone call from Mr. Cleary, memorandum to Mr. Cleary regarding diligence, follow-up items. |
| 05/20/03 | Doherty, A. | 0.2 | Review memorandum from Mr. Glosband regarding tasks and strategy required within next few weeks. |
| 05/21/03 | Doherty, A. | 0.2 | Meeting with Mr. Bilowz regarding engagement of State Street by W.R. Grace. |
| 05/21/03 | Bilowz, P. | 0.2 | Meeting with Ms. Doherty regarding retention of State Street in W.R. Grace. |
| 05/22/03 | Bilowz, P. | 0.6 | Research regarding retention of State Street. |
| 05/29/03 | Cleary, J. | 0.1 | Telephone messages with Ms. Ewing regarding due diligence and timing; follow-up telephone message to Mr. Glosband. |
| 05/30/03 | Cleary, J. | 2.0 | Telephone conferences with Ms. Ewing and Messrs. Hadden and Glosband (.4); preliminary attention to diligence checklist and time line (.6); conference with Mr. Webster; conference with Messrs. Glosband and Hadden (.4); follow-up thereto (.6). |
| 05/30/03 | Hadden, J. | 1.1 | Review Grace website and preliminary review of SEC materials (.5); meet with Mr. Cleary and Mr. Glosband to discuss approach to diligence and time line (.6). |

LIBC/1878399.1

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 05/30/03 | Glosband, D. | 0.6 | Conference with Messrs. Cleary and Hadden regarding time line, diligence issues. |
| 05/30/03 | Webster, S. | 0.2 | Conference with Mr. Cleary regarding company stock fund issues. |

| | | | |
|---|---|---|---|
| **Total Hours** | | 16.6 | **Total Fees**     $8,622.00 |

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Carr, S. | 0.4 | $575.00 | $230.00 |
| Cleary, J. | 9.5 | 575.00 | 5,462.50 |
| Glosband, D. | 2.9 | 550.00 | 1,595.00 |
| Hadden, J. | 1.1 | 510.00 | 561.00 |
| Bilowz, P. | 1.8 | 245.00 | 441.00 |
| Doherty, A. | 0.7 | 365.00 | 255.50 |
| Webster, S. | 0.2 | 385.00 | 77.00 |
| **Total** | **16.6** | | **$8,622.00** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $8,622.00 |
| **Total Due** | **$8,622.00** |

085440/141437
JJC:mjm

Mailed To:   Kelly Q. Driscoll, Esq.
Vice President
STATE STREET BANK AND TRUST COMPANY
Two International Place
34th Floor
Boston, MA 02110

LIBC/1878399.1