# EXHIBIT C

Fed. ID #:      04-1378465
Invoice Number: 427048
Client Number:  085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

July 31, 2003

|  |  |
|---|---|
| **FOR PROFESSIONAL SERVICES RENDERED** for the period from June 1, 2003 through June 30, 2003 in connection with the Grace Company Stock Fund including preliminary review of bankruptcy case; preliminary review of SEC filings; preliminary attention to due diligence matters; preparation of projected time line; attention to negotiation and revision of Engagement and Indemnification Agreements and related exhibits; attention to obtaining Bankruptcy Court approval of engagement; preliminary review of draft pleading with respect to same; legal research regarding various related matters; attention to proposed asbestos litigation and attention to miscellaneous related matters. | $25,521.50 |
| Disbursements | $716.20 |
| **TOTAL DUE** | **$26,237.70** |

085440/141437
JJC:mjm

Mailed To:   Monet Ewing, Esq.
             STATE STREET BANK AND TRUST COMPANY
             State Street Financial Center
             One Lincoln Street
             Boston, MA 02111-2900

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

LIBC/1878397.1

Fed. ID #:       04-1378465
Invoice Number:  427048
Client Number:   085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

July 31, 2003

**FOR PROFESSIONAL SERVICES RENDERED** for the period from June 1, 2003 through June 30, 2003 in connection with the Grace Company Stock Fund including preliminary review of bankruptcy case; preliminary review of SEC filings; preliminary attention to due diligence matters; preparation of projected time line; attention to negotiation and revision of Engagement and Indemnification Agreements and related exhibits; attention to obtaining Bankruptcy Court approval of engagement; preliminary review of draft pleading with respect to same; legal research regarding various related matters; attention to proposed asbestos litigation and attention to miscellaneous related matters.

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 06/01/03 | Glosband, D. | 4.5 | Review Grace docket. |
| 06/02/03 | Cleary, J. | 1.9 | Telephone conferences with Messrs. Hadden, Glosband and Remis (.4); preparation for and conference call with Ms. Ewing and Messrs. Hadden and Glosband regarding diligence, timing, etc. (.8); follow-up thereto (.7) |
| 06/02/03 | Hadden, J. | 2.1 | Review SEC filings (1.4); telephone call with Mr. Cleary; meet with Mr. Cleary and Mr. Glosband (.4); call with Ms. Ewing to discuss time line and due diligence (.3). |
| 06/02/03 | Glosband, D. | 0.7 | Conference with Messrs. Cleary and Hadden, conference call with Ms. Ewing regarding time line. |
| 06/03/03 | Cleary, J. | 2.2 | Attention to drafting document request and proposed time line (.4); review file materials regarding same (.5); discussions with Ms. Ewing and Messrs. Glosband and Hadden regarding same (.3); e-mail to Ms. Ewing and Mr. Carrigan (.3); telephone conference with Mr. Carrigan regarding draft engagement letters (.7). |
| 06/03/03 | Remis, S. | 0.5 | Review Plan Request and Time Line. |

LIBC/1878397.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/03/03 | Hadden, J. | 0.3 | Reviewed time line and diligence request. |
| 06/03/03 | Glosband, D. | 1.9 | Conference with Ms. Doherty regarding draft pleading for engagement, screening, indemnity, regarding collect pleadings, case information for diligence (.8); review Grace website regarding same (1.1). |
| 06/03/03 | Webster, S. | 0.2 | Review document request list. |
| 06/03/03 | Doherty, A. | 1.0 | Review W.R. Grace docket (April through May, 2003) (.2); meeting with Mr. Glosband regarding engagement pleadings and case review issues (.8). |
| 06/04/03 | Cleary, J. | 0.5 | Review 8-K and related documents; e-mail to Ms. Ewing; review e-mail from Mr. Carrigan; e-mails and telephone messages with Ms. Ewing and Messrs. Carrigan, Hadden, Remis and Glosband. |
| 06/04/03 | Remis, S. | 0.5 | Attention to asbestos diligence; emails to Mr. Cleary; discussion with Ms. Williams. |
| 06/04/03 | Hadden, J. | 0.2 | Review materials; telephone call with Mr. Cleary. |
| 06/04/03 | Glosband, D. | 2.0 | Review latest 8-K's; 10-Q (.8); memorandum to Mr. Cleary, et al regarding stock plan, asbestos, environmental claims (1.2). |
| 06/04/03 | Doherty, A. | 0.7 | Attention to Hatch asbestos legislation; meeting with Mr. Bilowz regarding engagement papers and docket review. |
| 06/04/03 | Bilowz, P. | 0.7 | Meeting with Ms. Doherty regarding State Street engagement; research regarding engagement terms. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/05/03 | Cleary, J. | 1.5 | E-mails with Ms. Ewing and Mr. Carrigan regarding open issues (.3); telephone conference with Mr. Glosband regarding bankruptcy issues (.2); telephone conference with Ms. Ewing and Mr. Carrigan regarding issues with respect to engagement letter, indemnification agreement, document request and time line (.7); follow-up discussions with Mr. Glosband regarding related matters.(.3). |
| 06/05/03 | Glosband, D. | 2.0 | Memorandum from Mr. Cleary (.2), call with Messrs. Cleary and Carrigan and Ms. Ewing regarding approval timing, structure (.7), draft revisions to engagement to cover court approval for Screening Wall Indemnification (.8); conference with Mr. Bilowz regarding same issues for draft of approval pleading (.3). |
| 06/05/03 | Bilowz, P. | 0.6 | Meeting with Mr. Glosband regarding State Street engagement and revised procedure; research. |
| 06/06/03 | Cleary, J. | 4.5 | Attention to revision of engagement letter, indemnification agreement, time line, document request and investment guidelines (3.8); discussion with Messrs. Carrigan and Glosband and Mses. Driscoll and Ewing regarding same (.4); e-mail to Mr. Carrigan and Ms. Ewing (.3). |
| 06/06/03 | Glosband, D. | 0.7 | Telephone call from Mr. Cleary, review, edit revised engagement letter; conference with Ms. Doherty and Mr. Bilowz regarding review of bankruptcy documents. |
| 06/06/03 | Doherty, A. | 0.2 | Status meeting with Mr. Glosband and Mr. Bilowz. |
| 06/11/03 | Doherty, A. | 3.5 | Review various pleadings. |
| 06/11/03 | Bilowz, P. | 2.9 | Research indemnification provisions and screening procedures in Delaware (1.0); draft motion to approve indemnity (1.9). |
| 06/12/03 | Cleary, J. | 0.1 | Telephone conferences with Mr. Carrigan and Ms. Ewing; follow-up telephone message to Mr. Glosband, et al. |

LIBC/1878397.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/12/03 | Bilowz, P. | 2.6 | Draft and revise motion to approve indemnification and screening procedures. |
| 06/13/03 | Glosband, D. | 0.7 | Revise engagement motion. |
| 06/13/03 | Bilowz, P. | 1.7 | Revise State Street engagement pleading (.5); draft declaration regarding screening procedure (.7); draft proposed order (.5). |
| 06/14/03 | Doherty, A. | 1.3 | Review and revise memorandum regarding asbestos legislation. |
| 06/17/03 | Doherty, A. | 1.1 | Revisions to asbestos legislation memorandum. |
| 06/17/03 | Johnsen, N. | 4.2 | Review pleadings to determine status of various issues. |
| 06/19/03 | Cleary, J. | 0.3 | Telephone conference with Ms. Ewing; follow-up telephone message to and telephone conference with Mr. Glosband; review various e-mails. |
| 06/19/03 | Glosband, D. | 0.7 | Memorandum from Ms. Ewing, telephone call from Mr. Cleary, conference with Mr. Bilowz regarding engagement application, affidavit. |
| 06/19/03 | Bilowz, P. | 0.8 | Review various documents, including affidavit from Debtors' counsel; respond to voicemail from Mr. Cleary regarding status; meeting with Mr. Glosband regarding same. |
| 06/20/03 | Cleary, J. | 0.1 | E-mails and telephone messages regarding bankruptcy court filing. |
| 06/20/03 | Bilowz, P. | 0.8 | Telephone call with Ms. Huska regarding conflict check; telephone call with Mr. Lane regarding status and additional requirements; consult with Mr. Glosband regarding same. |
| 06/23/03 | Cleary, J. | 0.8 | Review numerous e-mails regarding Bankruptcy Court filing and related matters; draft responses to same; telephone conferences and telephone messages with Ms. Ewing and Messrs. Carrigan, Glosband and Bilowz. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/23/03 | Glosband, D. | 1.0 | Calls with Messrs. Cleary, Bilowz and Carrigan and Ms. Ewing regarding engagement procedural issues. |
| 06/23/03 | Bilowz, P. | 2.0 | Email to Mr. Lane regarding State Street application (.3); draft State Street affidavit (1.0); telephone call with Mr. Lane regarding UST requirements (.2); discuss same with Mr. Glosband (.3); telephone conference with Ms. Ewing and Mr. Carrigan (.2). |
| 06/24/03 | Cleary, J. | 0.4 | Review and revisions of draft affidavit; telephone message to Mr. Bilowz regarding same; review e-mail from Mr. Lane; telephone conference with Mr. Bilowz regarding same and related issues. |
| 06/24/03 | Glosband, D. | 0.6 | Memorandum from Mr. Lane regarding conference with US Trustee; conference with Ms. Doherty. |
| 06/24/03 | Doherty, A. | 0.5 | Meeting with Mr. Glosband regarding asbestos legislation memorandum. |
| 06/24/03 | Bilowz, P. | 0.4 | Attention to message from Mr. Cleary regarding comments to State Street pleading; review and revise pleading; create working group list. |
| 06/26/03 | Cleary, J. | 0.3 | Telephone conference with Ms. Ewing and telephone conference with Mr. Bilowz regarding call with U.S. Trustee's counsel; follow-up telephone message from Mr. Bilowz regarding same. |
| 06/26/03 | Remis, S. | 1.3 | Begin to compile diligence outline (.7); memorandum to Messrs. Cleary and Glosband on asbestos legislation (.6). |
| 06/26/03 | Bilowz, P. | 1.4 | Telephone conference with Mr. Lane and Mr. Perch regarding conference call (.2); pre-call meeting with Mr. Glosband (.3); conference call with Mr. Perch, Mr. Lane, Ms. Ewing and Mr. Glosband regarding State Street engagement (.7); telephone conference with Mr. Cleary regarding summary of call (.2). |

LIBC/1878397.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/27/03 | Cleary, J. | 0.2 | Review materials; telephone message to Mr. Bilowz regarding issues raised by U.S. Trustee's counsel. |
| 06/30/03 | Cleary, J. | 0.2 | Review materials regarding proposed asbestos legislation; follow-up telephone conference with Ms. Ewing. |

| | | | |
|---|---|---|---|
| **Total Hours** | | **59.3** | **Total Fees**  $25,521.50 |

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Cleary, J. | 13.0 | $575.00 | $7,475.00 |
| Glosband, D. | 14.8 | 550.00 | 8,140.00 |
| Hadden, J. | 2.6 | 510.00 | 1,326.00 |
| Remis, S. | 2.3 | 525.00 | 1,207.50 |
| Bilowz, P. | 13.9 | 245.00 | 3,405.50 |
| Doherty, A. | 8.3 | 365.00 | 3,029.50 |
| Johnsen, N. | 4.2 | 205.00 | 861.00 |
| Webster, S. | 0.2 | 385.00 | 77.00 |
| **Total** | **59.3** | | **$25,521.50** |

| Matter Disbursement Summary | Total |
|---|---|
| Total Duplicating Charge/Copy | $131.20 |
| Outside Professional Services | 585.00 |
| **Total Disbursements** | **$716.20** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $25,521.50 |
| Total Disbursements | 716.20 |
| **Total Due** | **$26,237.70** |

085440/141437
JJC:mjm

Mailed To:  Monet Ewing, Esq.
STATE STREET BANK AND TRUST COMPANY
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2900