# EXHIBIT D

Fed. ID #:        04-1378465
Invoice Number:   427056
Client Number:    085440

**STATE STREET BANK AND TRUST COMPANY**
**(W.R. Grace & Co.)**

August 11, 2003

**FOR PROFESSIONAL SERVICES RENDERED** for the period from July 1, 2003 through July 31, 2003 in connection with W.R. Grace & Co.

$12,350.00

Disbursements                                                          $759.82

**TOTAL DUE**                                                          **$13,109.82**

085440/141437
JJC:mjm

Mailed To:    Monet Ewing, Esq.
              STATE STREET BANK AND TRUST COMPANY
              State Street Financial Center
              One Lincoln Street
              Boston, MA 02111-2900

**Please return this page with your remittance. Thank you.**
**Payment due within 30 days.**

LIBC/1878396.1

Fed. ID #: 04-1378465
Invoice Number: 427056
Client Number: 085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

August 11, 2003

**FOR PROFESSIONAL SERVICES RENDERED** for the period from
July 1, 2003 through July 31, 2003 in connection with W.R. Grace & Co.

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/03 | Cleary, J. | 0.1 | Telephone message from and telephone conference with Mr. Glosband regarding draft pleading and related issues. |
| 07/01/03 | Glosband, D. | 0.7 | Review draft engagement pleadings, telephone call to Mr. Cleary regarding status of agreements, telephone call from Mr. Cleary regarding same; review Grace's proposed revisions to engagement indemnity; discuss same with Mr. Bilowz. |
| 07/01/03 | Bilowz, P. | 0.8 | Review draft engagement pleading sent by Mr. Lane; meeting with Mr. Glosband regarding same. |
| 07/02/03 | Cleary, J. | 1.5 | Preliminary review of comments and proposed revisions to draft engagement, etc. agreements; review draft pleading (.5); telephone conference with Mr. Glosband regarding same (.6); follow-up discussions with Mses. Ewing and Driscoll (.4). |
| 07/02/03 | Glosband, D. | 1.0 | Conference call with Messrs. Cleary and Bilowz regarding proposed revisions to Engagement Agreement, Indemnity (.6); conference with Mr. Bilowz regarding comments on draft engagement motion (.4). |
| 07/02/03 | Doherty, A. | 1.9 | Review docket for additional relevant information for bankruptcy chronology and summary (.6); review W.R. Grace news articles for background information (.9); review task list (.4). |

LIBC/1878396.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/02/03 | Bilowz, P. | 1.6 | Review revised draft agreements (1.0); telephone call with Mr. Glosband and Mr. Cleary regarding draft pleading and revised drafts (.6). |
| 07/08/03 | Cleary, J. | 0.8 | Further review of proposed revisions to engagement and indemnification agreements and of draft pleading; telephone conferences with Ms. Ewing and Mr. Glosband. |
| 07/09/03 | Cleary, J. | 1.6 | Preparation for and long telephone conference with Mr. Carrigan and Ms. Ewing regarding draft engagement and indemnification agreements and W.R. Grace proposed revisions thereto. |
| 07/10/03 | Cleary, J. | 0.1 | Telephone conference with Ms. Ewing regarding draft Engagement Agreement; telephone messages with Mr. Bilowz regarding status of same and related issues. |
| 07/16/03 | Doherty, A. | 0.2 | Attention to amendments to proposed asbestos legislation. |
| 07/17/03 | Cleary, J. | 2.6 | Preparation for and participation in long conference call with Messrs. Forgach and Carrigan and Ms. Ewing regarding draft engagement letter (2.1); follow-up thereto (.5). |
| 07/18/03 | Cleary, J. | 3.9 | Review and revision of draft Engagement and Indemnification Agreements and related Exhibits (3.1); telephone conference with Mr. Carrigan and e-mail to Ms. Ewing and Mr. Carrigan regarding same (.8). |
| 07/22/03 | Cleary, J. | 0.2 | Telephone conference with Mr. Glosband regarding revised draft agreements; follow-up telephone messages with Mr. Carrigan. |
| 07/22/03 | Glosband, D. | 1.0 | Review revised engagement agreement, indemnity; telephone call to Mr. Cleary with comments. |
| 07/23/03 | Glosband, D. | 0.5 | Draft conflict letter. |
| 07/25/03 | Cleary, J. | 0.3 | Review Mr. Carrigan's comments on draft agreements; follow-up thereto. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/28/03 | Cleary, J. | 0.2 | Telephone conference with Mr. Carrigan regarding draft Engagement Agreement; telephone message to Ms. Ewing regarding same. |
| 07/28/03 | Doherty, A. | 0.3 | Review and revise memorandum regarding FAIR Act. |
| 07/29/03 | Cleary, J. | 0.6 | Finalize revised draft documents; e-mail to Ms. Ewing regarding same and related matters. |
| 07/29/03 | Hadden, J. | 0.3 | Review emails and draft agreements. |
| 07/29/03 | Bilowz, P. | 2.0 | Revise pleading. |
| 07/30/03 | Cleary, J. | 1.0 | Telephone messages with Ms. Ewing regarding status of agreements; review and revision of Mr. Bilowz revised draft bankruptcy court pleadings; conference with Mr. Bilowz regarding same. |
| 07/30/03 | Glosband, D. | 1.0 | Review revised draft pleadings, conference with Mr. Bilowz regarding same. |
| 07/30/03 | Bilowz, P. | 1.2 | Telephone call with Mr. Cleary; meeting with Mr. Cleary; revise pleading. |
| 07/31/03 | Cleary, J. | 0.3 | Review and revision of revised draft pleading; telephone conference with Mr. Bilowz regarding same. |
| 07/31/03 | Bilowz, P. | 0.2 | Attention to voicemail message from Mr. Cleary; telephone call with Ms. Ewing regarding affidavit. |
| **Total Hours** | | **25.9** | **Total Fees** $12,350.00 |

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Cleary, J. | 13.2 | $575.00 | $7,590.00 |
| Glosband, D. | 4.2 | 550.00 | 2,310.00 |
| Hadden, J. | 0.3 | 510.00 | 153.00 |
| Bilowz, P. | 5.8 | 245.00 | 1,421.00 |
| Doherty, A. | 2.4 | 365.00 | 876.00 |
| **Total** | **25.9** | | **$12,350.00** |

LIBC/1878396.1

| **Matter Disbursement Summary** | **Total** |
|---|---|
| Total Duplicating Charge/Copy | $23.40 |
| Document Printing | 45.90 |
| Outside Professional Services | 330.00 |
| Legal Research | 360.52 |
| **Total Disbursements** | **$759.82** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $12,350.00 |
| Total Disbursements | 759.82 |
| **Total Due** | **$13,109.82** |

085440/141437
JJC:mjm

Mailed To:   Monet Ewing, Esq.
STATE STREET BANK AND TRUST COMPANY
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2900

- 4 -