# EXHIBIT E

Fed. ID #:         04-1378465
Invoice Number:    432820
Client Number:     085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

September 30, 2003

**FOR PROFESSIONAL SERVICES RENDERED** for the period from August 1, 2003 through August 31, 2003 in connection with W.R. Grace & Co.

$19,845.50

Disbursements $1,234.70

**TOTAL DUE** $21,080.20

085440/141437
JJC:mjm

Mailed To:   Monet Ewing, Esq.
             STATE STREET BANK AND TRUST COMPANY
             State Street Financial Center
             One Lincoln Street
             Boston, MA 02111-2900

**Please return this page with your remittance. Thank you.
Payment due within 30 days.**

LIBC/1878393.1

Fed. ID #:       04-1378465
Invoice Number:  432820
Client Number:   085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

September 30, 2003

**FOR PROFESSIONAL SERVICES RENDERED** for the period from
August 1, 2003 through August 31, 2003 in connection with W.R. Grace & Co.

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/01/03 | Bilowz, P. | 1.5 | Review comments from Mr. Cleary; revise engagement pleadings; send redline to Mr. Carrigan, Ms. Ewing and Mr. Lane. |
| 08/04/03 | Cleary, J. | 0.2 | Telephone conference with Ms. Ewing regarding revised draft agreements and related matters. |
| 08/11/03 | Cleary, J. | 0.1 | Telephone conference with Ms. Ewing regarding status, etc.; follow-up e-mails with Mr. Glosband. |
| 08/11/03 | Bilowz, P. | 0.3 | Email Mr. Glosband regarding status; email to and from Mr. Lane regarding Application and Affidavit. |
| 08/12/03 | Cleary, J. | 1.0 | Telephone conferences with Ms. Driscoll; telephone conference with Mr. Forgach regarding draft agreements; revise same; e-mail to Mr. Forgach. |
| 08/12/03 | Bilowz, P. | 1.5 | Revise affidavit (.5); email to Mr. Lane (.1); review revised engagement and indemnification agreements (.4); email to and from Mr. Cleary; email Ms. Ewing and Ms. Driscoll regarding Affidavit (.3) telephone conference with Ms. Driscoll (.2). |
| 08/13/03 | Cleary, J. | 0.7 | Review draft affidavit; telephone conference with Mr. Bilowz regarding same; telephone conferences and telephone messages with Ms. Driscoll and Messrs. Bilowz and Forgach. |

LIBC/1878393.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/13/03 | Bilowz, P. | 0.8 | Revise affidavit; telephone conference with Mr. Cleary; conference call with Ms. Driscoll; memorandum to Mr. Glosband; telephone conference with Mr. Lane regarding engagement pleading. |
| 08/14/03 | Glosband, D. | 1.8 | Review file (.4), prepare checklist to organize substantive work, conference with Ms. Doherty and Mr. Bilowz regarding same (1.0); regarding prepare memorandum for 8/19 planning meeting (.4). |
| 08/14/03 | Doherty, A. | 1.1 | Meeting with Mr. Glosband and Mr. Bilowz regarding case status and additional assignments (.4); review docket for pleadings providing insight into financial situation and asbestos claimants (.7). |
| 08/14/03 | Bilowz, P. | 0.4 | Meeting with Mr. Glosband and Ms. Doherty regarding State Street case status. |
| 08/15/03 | Cleary, J. | 0.1 | Telephone conference with Mr. Bilowz regarding bankruptcy court filing and related matters. |
| 08/15/03 | Doherty, A. | 4.9 | Further review of WR Grace docket for information to analyze case. |
| 08/15/03 | Bilowz, P. | 0.6 | Telephone conference with Ms. Driscoll regarding Affidavit; telephone conference with Mr. Cleary regarding status; telephone conference with Mr. Lane regarding Fidelity comments; email Mr. Cleary and Ms. Driscoll regarding same. |
| 08/18/03 | Cleary, J. | 0.2 | Telephone conferences with Mr. Bilowz and Ms. Driscoll. |
| 08/18/03 | Remis, S. | 1.3 | Review material and consider diligence plan for meeting. |
| 08/18/03 | Doherty, A. | 6.2 | Final review of docket for information relating to State Street's analysis (2.2); draft and revise outline of issues to be reviewed in bankruptcy case (4.0). |
| 08/18/03 | Bilowz, P. | 0.7 | Revise Affidavit; telephone calls with Mr. Fuentes; email to and from Mr. Lane. |

LIBC/1878393.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/18/03 | Johnsen, N. | 2.0 | Review and revise document summaries (1.8); prepare transfer of same to Ms. Doherty and Mr. Bilowz (.2). |
| 08/19/03 | Cleary, J. | 0.7 | Telephone messages to Ms. Ewing; meeting with team regarding diligence and other steps to be taken. |
| 08/19/03 | Remis, S. | 1.3 | Review material and attend meeting regarding status and strategy. |
| 08/19/03 | Williams, U. | 1.5 | Research regarding W.R. Grace's asbestos liabilities (1.1); conference with Messrs. Cleary, Glosband, Remis and Hadden regarding due diligence on W.R. Grace (.4). |
| 08/19/03 | Hadden, J. | 0.8 | Call with Mr. Cleary (.1); call with Mr. Dinwoodey (.1); meet with working group (.4); attention to due diligence; meet with Mr. Dinwoodey; review file (.2). |
| 08/19/03 | Glosband, D. | 1.5 | Review, revise draft worklist (1.1); conference with Messrs. Hadden, Remis, Williams and Dinwoodey to organize tasks (.4). |
| 08/19/03 | Doherty, A. | 1.0 | Final revisions to bankruptcy workplan outline; review memorandum from Ms. Johnsen regarding various pleadings; meeting with Mr. Bilowz regarding asbestos issues. |
| 08/19/03 | Bilowz, P. | 0.4 | Meeting with Mr. Glosband regarding status; review of pleadings. |
| 08/19/03 | Dinwoodey, J. | 1.0 | Discuss project with Mr. Hadden; meet to discuss status with Mr. Hadden, Mr. Cleary, et al. |
| 08/20/03 | Cleary, J. | 0.3 | Telephone conference with Ms. Ewing regarding timing and to do list; follow-up telephone message to team; review various e-mails regarding bankruptcy court filing. |
| 08/20/03 | Remis, S. | 1.2 | Review material concerning asbestos claims and Sealed Air matter. |
| 08/20/03 | Hadden, J. | 0.2 | Voice mails; due diligence. |

LIBC/1878393.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/20/03 | Dinwoodey, J. | 0.7 | Research recent public filings of W.R. Grace. |
| 08/21/03 | Williams, U. | 0.8 | Conference with Ms. Clark regarding research on asbestos litigation. |
| 08/21/03 | Clark, C. | 1.0 | Meet with Ms. Williams regarding scope of assignment regarding asbestos litigation. |
| 08/22/03 | Remis, S. | 0.7 | Attention to asbestos due diligence tasks. |
| 08/22/03 | Clark, C. | 2.7 | Review documents and websites regarding history and scope of asbestos litigation. |
| 08/25/03 | Cleary, J. | 0.3 | Preliminary review of draft amendment to trust agreement with Fidelity. |
| 08/25/03 | Clark, C. | 1.2 | Research asbestos litigation. |
| 08/26/03 | Cleary, J. | 0.5 | Telephone conference and emails with Ms. Ewing, et al., regarding timeline, diligence, etc; telephone conference with Mr. Glosband. |
| 08/26/03 | Glosband, D. | 0.6 | Conference with Ms. Doherty regarding collection, review of pleadings; memorandum regarding scheduling, telephone conference with Mr. Cleary. |
| 08/26/03 | Doherty, A. | 0.1 | Meeting with Mr. Glosband regarding status of analysis. |
| 08/28/03 | Remis, S. | 0.8 | Review material concerning asbestos liabilities. |
| 08/28/03 | Glosband, D. | 2.5 | Review checklists, update (1.7), conference with Ms. Doherty and Mr. Bilowz regarding format for digest memorandum for 9/10/03 meeting, topics to be reported, calendar (.8). |
| 08/28/03 | Doherty, A. | 1.0 | Attention to document request and information needed to perform case analysis; meeting with Mr. Bilowz and Mr. Glosband regarding strategy for initial client memorandum; attention to same. |
| 08/28/03 | Bilowz, P. | 1.8 | Prepare for and attend meeting with Mr. Glosband and Ms. Doherty regarding W.R. Grace case status (.8); PACER search (.4); review pleadings (.6). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/29/03 | Glosband, D. | 0.7 | Review exclusivity extension pleadings. |
| 08/29/03 | Doherty, A. | 0.4 | Attention to case analysis. |

| | Hours | | |
|---|---|---|---|
| **Total Hours** | 51.1 | **Total Fees** | **$19,845.50** |

**Matter Summary by Name**

| Name | Hours | Rate | Total |
|---|---|---|---|
| Cleary, J. | 4.1 | $575.00 | $2,357.50 |
| Glosband, D. | 7.1 | 550.00 | 3,905.00 |
| Hadden, J. | 1.0 | 510.00 | 510.00 |
| Remis, S. | 5.3 | 525.00 | 2,782.50 |
| Williams, U. | 2.3 | 430.00 | 989.00 |
| Bilowz, P. | 8.0 | 245.00 | 1,960.00 |
| Clark, C. | 4.9 | 245.00 | 1,200.50 |
| Dinwoodey, J. | 1.7 | 215.00 | 365.50 |
| Doherty, A. | 14.7 | 365.00 | 5,365.50 |
| Johnsen, N. | 2.0 | 205.00 | 410.00 |
| **Total** | **51.1** | | **$19,845.50** |

**Matter Disbursement Summary**

| | Total |
|---|---|
| Outside Professional Services | $705.00 |
| Legal Research | 529.70 |
| **Total Disbursements** | **$1,234.70** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $19,845.50 |
| Total Disbursements | 1,234.70 |
| **Total Due** | **$21,080.20** |

085440/141437
JJC:mjm

Mailed To:   Monet Ewing, Esq.
             STATE STREET BANK AND TRUST COMPANY
             State Street Financial Center
             One Lincoln Street
             Boston, MA 02111-2900

LIBC/1878393.1