# EXHIBIT G

Fed. ID #:        04-1378465
Invoice Number:   435790
Client Number:    085440

**STATE STREET BANK AND TRUST COMPANY**
**(W.R. Grace & Co.)**

October 29, 2003

**FOR PROFESSIONAL SERVICES RENDERED** for the period
from September 1, 2003 through September 30, 2003 in connection with
W.R. Grace & Co. including further review of bankruptcy docket and
related materials and documents; preparation of lengthy memorandum
summarizing and analyzing same; further attention to obtaining
bankruptcy court approval of engagement and related matters, further
attention to and review of material regarding asbestos litigation and
legislation and related matters, continued negotiation of State Street
engagement agreement and related matters, attention to Duff & Phelps
engagement agreement and related matters, attention to amendment to
Fidelity Trust Agreement and draft Operating Procedures and attention to
miscellaneous related matters.

|  |  |
|---|---|
|  | $54,371.50 |
| Disbursements | $2,494.60 |
| **TOTAL DUE** | **$56,866.10** |

085440/141437
JJC:mjm

Mailed To:    Monet Ewing, Esq.
             STATE STREET BANK AND TRUST COMPANY
             State Street Financial Center
             One Lincoln Street
             Boston, MA 02111-2900

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

LIBC/1878392.1

Fed. ID #:         04-1378465
Invoice Number:    442673
Client Number:     085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

December 11, 2003

**FOR PROFESSIONAL SERVICES RENDERED** FOR
PROFESSIONAL SERVICES RENDERED for the period from October 1, 2003
through October 31, 2003 in connection with W.R.Grace & Co. including further
review of bankruptcy docket and related materials and documents; attention to
Bankruptcy Court Application and hearing; preparation of memorandum
regarding asbestos litigation and legislation and related matters; continued
negotiation of State Street engagement agreement and related matters;
attention to Duff & Phelps engagement agreement and related matters;
attention to amendment to Fidelity Trust Agreement and draft Operating
Procedures and attention to miscellaneous related matters.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/03 | Cleary, J. | 1.0 | Telephone messages with Mr. Carrigan regarding draft engagement letter question; review same; preparation for and telephone conference with Ms. D'Aloia, et al regarding draft operating procedures. |
| 10/05/03 | Cleary, J. | 1.5 | Draft Fifteenth Amendment to Trust Agreement. |
| 10/06/03 | Cleary, J. | 0.5 | Telephone conference with Ms. Ewing regarding draft trust amendment and draft operating procedures. |
| 10/06/03 | Clark, C. | 4.3 | Revise memorandum regarding asbestos liability. |
| 10/08/03 | Glosband, D. | 0.6 | Review supplement to motion, attention to logistics for hearing, memorandum from Mr. Lane regarding same. |
| 10/09/03 | Cleary, J. | 1.1 | Review and revision of revised draft operating procedures; review and revision of draft Fifteenth Amendment to Trust Agreement; telephone conference with Mr. Carrigan regarding same. |

LIBC/1878391.1

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/09/03 | Remis, S. | 0.7 | Review draft memorandum regarding Grace asbestos litigation and general asbestos litigation issues. |
| 10/09/03 | Glosband, D. | 0.5 | Attention to hearing logistics, attendance by client, by GP. |
| 10/09/03 | Bilowz, P. | 0.1 | Email to Mr. Lane regarding hearing. |
| 10/10/03 | Cleary, J. | 1.0 | Finalize draft amendment to Trust Agreement; review Mr. Carrigan's comments on same; review plan document; telephone message to Mr. Carrigan; telephone conference with Mr. Glosband regarding bankruptcy hearing; review related e-mails. |
| 10/10/03 | Glosband, D. | 0.9 | Conference with Mr. Bilowz, conference call with Messrs. Bilowz and Cleary, try Ms. Ewing regarding hearing attendance; second call with Duff & Phelps regarding fees post-January. |
| 10/10/03 | Bilowz, P. | 0.1 | Telephone call with Mr. Glosband regarding Duff & Phelps application. |
| 10/14/03 | Cleary, J. | 0.1 | Telephone conference with Mr. Carrigan regarding draft amendment to trust agreement and draft operating procedures. |
| 10/14/03 | Bilowz, P. | 0.2 | Telephone call with Ms. Ewing regarding hearing and Duff & Phelps fees. |
| 10/14/03 | Clark, C. | 3.1 | Revise memorandum regarding potential asbestos liability. |
| 10/15/03 | Cleary, J. | 1.0 | Long telephone conference with Ms. Ewing and conference call with Mses. Ewing and Driscoll regarding draft amendment and operating procedures; follow-up thereto. |
| 10/15/03 | Remis, S. | 0.3 | Telephone conferences with Mr. Cleary and Ms. Williams; review status of diligence memorandum. |
| 10/15/03 | Williams, U. | 0.4 | Telephone conference with Mr. Remis; conference with Ms. Clark regarding memorandum on asbestos liability. |

- 2 -

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/15/03 | Clark, C. | 0.4 | Conference with Ms. Williams regarding Fresenius and Sealed Air settlements; research same. |
| 10/16/03 | Clark, C. | 7.0 | Revise memorandum regarding past and future asbestos liability (3.2); research settlements instigated in the Bankruptcy Court of asbestos claims.(3 .8) |
| 10/20/03 | Glosband, D. | 0.2 | Telephone call from Mr. Cleary, memorandum from Ms. Ewing with article on legislation. |
| 10/21/03 | Bilowz, P. | 0.2 | Telephone call with Mr. Lane and Ms. Baer regarding Duff & Phelps fee schedule. |
| 10/22/03 | Cleary, J. | 0.2 | Review plan document; telephone message to Mr. Forgach; review e-mails regarding bankruptcy hearing. |
| 10/22/03 | Glosband, D. | 0.3 | Memoranda regarding hearing coverage. |
| 10/23/03 | Cleary, J. | 1.6 | Preparation for and lengthy telephone conference with Mses. D'Aloia and Hays regarding draft amendment to Trust Agreement, revised draft Operating Procedures and related issues. |
| 10/23/03 | Bilowz, P. | 0.4 | Respond to inquiry from Mr. Lane; telephone call with Ms. Baer regarding logistics; email to Ms. Ewing. |
| 10/24/03 | Cleary, J. | 0.5 | Telephone conference with Ms. Ewing; telephone messages and e-mails with Messrs. Glosband, Remis and Hadden regarding status and scheduling; attention to related matters. |
| 10/24/03 | Glosband, D. | 0.5 | Memoranda, conference with Mr. Cleary regarding schedule of meetings. |
| 10/27/03 | Cleary, J. | 0.8 | Review revised draft trust amendment and operating procedures; e-mail to Ms. Ewing and Mr. Carrigan regarding same; follow-up e-mail regarding open operating procedure issues. |

- 3 -

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/27/03 | Glosband, D. | 1.5 | Review follow-up memorandum, conference with Mr. Bilowz regarding update docket, briefly review Rand Report (1.0); memorandum from Mr. Cleary with revised Fidelity documents (.5). |
| 10/28/03 | Cleary, J. | 0.4 | Review e-mail from Ms. Ewing regarding draft procedures; telephone message to Ms. D'Aloia regarding same; review e-mail from Mr. Carrigan regarding comments on draft documents; review e-mails regarding bankruptcy court hearing; follow-up with Messrs. Glosband and Bilowz. |
| 10/28/03 | Glosband, D. | 1.0 | Memorandum regarding hearing, conference with Mr. Bilowz, call with Ms. Baer regarding same, conference with Mr. Cleary. |
| 10/28/03 | Bilowz, P. | 0.6 | Review docket (.3); meeting with Mr. Glosband regarding hearing; telephone call with Ms. Baer (.2); telephone call with Mr. Fuentes regarding hearing (.1). |
| 10/30/03 | Williams, U. | 0.8 | Review draft memorandum on asbestos-related litigation. |

| **Total Hours** | **33.8** | **Total Fees** | **$14,381.50** |
|-----------------|----------|----------------|----------------|

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| Cleary, J. | 9.7 | $575.00 | $5,577.50 |
| Glosband, D. | 5.5 | 550.00 | 3,025.00 |
| Remis, S. | 1.0 | 525.00 | 525.00 |
| Williams, U. | 1.2 | 475.00 | 570.00 |
| Bilowz, P. | 1.6 | 245.00 | 392.00 |
| Clark, C. | 14.8 | 290.00 | 4,292.00 |
| **Total** | **33.8** | | **$14,381.50** |

- 4 -

| <u>Matter Disbursement Summary</u> | <u>Total</u> |
|---|---|
| Total Duplicating Charge/Copy | $240.40 |
| Toll Calls | 3.01 |
| Fax | 3.00 |
| Document Printing | 29.70 |
| Legal Research | 1,751.90 |
| **Total Disbursements** | **$2,028.01** |

**<u>Bill Summary</u>**

| Total Fees | $14,381.50 |
|---|---|
| Total Disbursements | 2,028.01 |
| **Total Due** | **<u>$16,409.51</u>** |

085440/141437
JJC:mjm

Mailed To:    Monet Ewing, Esq.
STATE STREET BANK AND TRUST COMPANY
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2900

LIBC/1878391.1