# EXHIBIT H

Fed. ID #:        04-1378465
Invoice Number:   444273
Client Number:    085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

December 31, 2003

**FOR PROFESSIONAL SERVICES RENDERED** for the period
from November 1, 2003 through November 30, 2003 in connection with
W.R. Grace & Co.

|  |  |
|---|---:|
|  | $35,105.50 |
| Disbursements | $2,885.61 |
| **TOTAL DUE** | **$37,991.11** |

085440/141437
JJC:sld

Mailed To:   Monet Ewing, Esq.
             STATE STREET BANK AND TRUST COMPANY
             State Street Financial Center
             One Lincoln Street
             Boston, MA 02111-2900

**Please return this page with your remittance. Thank you.
Payment due within 30 days.**

LIBC/1882730.1

Fed. ID #:        04-1378465
Invoice Number:   444273
Client Number:    085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

December 31, 2003

**FOR PROFESSIONAL SERVICES RENDERED** for the period from November 1, 2003 through November 30, 2003 in connection with W.R. Grace & Co.

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/03/03 | Cleary, J. | 0.2 | Telephone conference with Ms. Ewing regarding status, etc.; follow-up thereto. |
| 11/06/03 | Remis, S. | 1.5 | Review material concerning Grace litigation exposure. |
| 11/07/03 | Remis, S. | 0.8 | Review material concerning pending federal legislation. |
| 11/11/03 | Cleary, J. | 1.3 | Review revised draft trust amendment and Mr. Carrigan's comments on same (.6); telephone conference with Mr. Carrigan regarding same (.4); follow-up telephone messages to Ms. Ewing and e-mail to Ms. D'Aloia (.3). |
| 11/13/03 | Cleary, J. | 0.8 | Preparation for and telephone conference with Ms. D'Aloia regarding draft trust amendment and operating procedures; review revised drafts of same; e-mail to Ms. Ewing and Mr. Carrigan regarding same; telephone conference with Mr. Forgach. |
| 11/13/03 | Glosband, D. | 0.6 | Memoranda regarding scheduling for meetings at Grace. |
| 11/14/03 | Cleary, J. | 0.1 | Telephone conference with Ms. Ewing. |
| 11/17/03 | Remis, S. | 1.4 | Review memorandum and excerpts from public filings. |
| 11/17/03 | Williams, U. | 0.5 | Review memorandum from Ms. Clark and circulate. |

LIBC/1882730.1

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/17/03 | Glosband, D. | 1.0 | Review recent Section 524(g) analysis. |
| 11/18/03 | Cleary, J. | 0.1 | Review various e-mails. |
| 11/18/03 | Glosband, D. | 0.7 | Conference with Mr. Cleary and Mr. Bilowz (.2); memorandum from Mr. Cleary regarding engagement documents, regarding specifics of hearing (.5). |
| 11/19/03 | Cleary, J. | 0.2 | Telephone conference with Mr. Glosband regarding status, timing, etc.; e-mails with Messrs. Glosband and Bayston and Mses. Ewing and D'Aloia. |
| 11/19/03 | Remis, S. | 0.7 | Review updated memorandum of Grace litigation history and future exposure. |
| 11/19/03 | Glosband, D. | 5.5 | Review 9/30/03 10Q (1.0; review memorandum from Ms. Williams regarding asbestos analysis (1.5); collect Section 524(g) materials (3.0). |
| 11/19/03 | Bilowz, P. | 0.6 | Telephone call with Ms. Baer regarding engagement order and organization chart (.1); review docket and pleadings (.5). |
| 11/20/03 | Cleary, J. | 0.3 | Telephone conference with Mr. Hadden regarding corporate diligence; telephone conference with Mr. Glosband; attention to finalizing contracts. |
| 11/20/03 | Remis, S. | 1.5 | Email correspondence and telephone conferences concerning meeting with Grace (1.1); review materials for meeting (.4). |
| 11/20/03 | Hadden, J. | 0.4 | Call with Mr. Cleary; review materials. |
| 11/20/03 | Glosband, D. | 5.5 | Review 10Q (.5); review 524(g) research (1.0); work on draft memorandum to client (4.0) |
| 11/20/03 | Bilowz, P. | 1.8 | Meeting with Mr. Glosband regarding case research (.2); research Zonolite, Sealed Air, disqualification status (1.5); respond to request for documents by Mr. Borgston (.1). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/21/03 | Cleary, J. | 0.8 | Finalize State Street agreements; telephone conferences with Messrs. Glosband and Forgach regarding same; review draft memorandum regarding diligence issues from Mr. Glosband and comment on same. |
| 11/21/03 | Remis, S. | 2.6 | Compile and review materials for meeting with Grace representatives. |
| 11/21/03 | Williams, U. | 0.7 | Conferences with Mr. Remis and Ms. Clark regarding preparation for meeting with W.R. Grace; review materials for same. |
| 11/21/03 | Glosband, D. | 5.0 | Memorandum from Mr. Bilowz regarding J. Wolin, Sealed Air, future representation status; calls with Ms. Ewing and Messrs. Cleary, Bayston and Remis regarding trip agenda (1.5), complete memorandum (3.5). |
| 11/21/03 | Bilowz, P. | 1.8 | Research continued; draft status memorandum to Mr.[_)Glosband for Grace meeting. |
| 11/21/03 | Clark, C. | 2.5 | Review memoranda prepared Mr. Glosband for Monday meeting with client; read and summarize W. R. Grace's recent 10-Q Report; research the present status of S. 1125; speak with Mr. Remis and Ms. Williams regarding same. |
| 11/23/03 | Glosband, D. | 4.0 | Travel for meetings. |
| 11/24/03 | Remis, S. | 8.0 | Preparation for and diligence meeting at W.R.Grace in Columbia, Maryland. |
| 11/24/03 | Glosband, D. | 9.0 | Conference with Mr. Remis, review materials to prepare for meetings (1.0); meetings at W.R. Grace to begin diligence for State Street as investment manager; meeting with Ms. Ewing and Messrs. Bayston and Trost (Duff & Phelps), Messrs. Siegel, McGowan and Tarola of Grace (5.0); return travel (3.0). |

LIBC/1882730.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/25/03 | Cleary, J. | 0.5 | Telephone conferences with Mr. Ewing regarding status of Fidelity agreements and participant notice; follow-up e-mail to Mr. Petrin regarding operational issues; telephone messages with Ms. D'Aloia and Messrs. Remis and Glosband; review draft retention order; review draft SSgA description. |
| 11/25/03 | Glosband, D. | 1.5 | Begin memorandum on meetings at Grace. |
| 11/26/03 | Cleary, J. | 0.2 | E-mails with Mr. Petrin regarding operations issues; review proposed notice to participants; telephone messages to Ms. Driscoll regarding same. |
| 11/26/03 | Glosband, D. | 5.0 | Complete memoranda on meetings at Grace (4.5), memorandum to Mr. Bilowz regarding follow-up items (.5). |
| 11/28/03 | Glosband, D. | 0.5 | Organize materials from meeting at Grace; checklist. |
| 11/30/03 | Remis, S. | 0.5 | Review and revise memo of meeting at W.R. Grace. |

| | | | |
|---|---|---|---|
| **Total Hours** | | **68.1** | **Total Fees** $35,105.50 |

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Cleary, J. | 4.5 | $575.00 | $2,587.50 |
| Glosband, D. | 38.3 | 550.00 | 21,065.00 |
| Hadden, J. | 0.4 | 510.00 | 204.00 |
| Remis, S. | 17.0 | 525.00 | 8,925.00 |
| Williams, U. | 1.2 | 475.00 | 570.00 |
| Bilowz, P. | 4.2 | 245.00 | 1,029.00 |
| Clark, C. | 2.5 | 290.00 | 725.00 |
| **Total** | **68.1** | | **$35,105.50** |

LIBC/1882730.1

| **Matter Disbursement Summary** | **Total** |
|---|---|
| Total Duplicating Charge/Copy | $72.60 |
| Fax | 16.00 |
| Travel | 2,102.14 |
| Document Printing | 25.35 |
| Outside Professional Services | 270.00 |
| Legal Research | 399.52 |
| **Total Disbursements** | **$2,885.61** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $35,105.50 |
| Total Disbursements | 2,885.61 |
| **Total Due** | **$37,991.11** |

085440/141437
JJC:sld

Mailed To:   Monet Ewing, Esq.
STATE STREET BANK AND TRUST COMPANY
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2900