# EXHIBIT I

Fed. ID #:        04-1378465
Invoice Number:   447520
Client Number:    085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

January 30, 2004

**FOR PROFESSIONAL SERVICES RENDERED** for the period from December 1, 2003 through December 31, 2003 in connection with W.R. Grace & Co.

$30,185.50

Disbursements                                            $427.71

**TOTAL DUE**                                            **$30,613.21**

085440/141437
JJC:sld

Mailed To:   Monet Ewing, Esq.
             STATE STREET BANK AND TRUST COMPANY
             State Street Financial Center
             One Lincoln Street
             Boston, MA 02111-2900

**Please return this page with your remittance. Thank you.
Payment due within 30 days.**

LIBC/1882709.1

Fed. ID #:       04-1378465
Invoice Number:  447520
Client Number:   085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

January 30, 2004

**FOR PROFESSIONAL SERVICES RENDERED** for the period from December 1, 2003 through December 31, 2003 in connection with W.R. Grace & Co.

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/01/03 | Cleary, J. | 0.2 | Telephone conferences with Mses. Ewing and D'Aloia regarding draft operating procedures; review Mr. Glosband's memorandum regarding due diligence meeting. |
| 12/01/03 | Remis, S. | 0.7 | Review material concerning federal legislation; update analysis. |
| 12/01/03 | Clark, C. | 1.0 | Review memoranda written in case, including Mr. Glosband's Summary of last week's trip, in preparation for additional research. |
| 12/03/03 | Cleary, J. | 0.1 | Telephone messages with Ms. D'Aloia and telephone conference with Ms. Ewing regarding draft documents. |
| 12/03/03 | Glosband, D. | 0.3 | Memorandum from Mr. Remis with changes to memorandum of 11/24/03 visit to Grace. |
| 12/03/03 | Clark, C. | 0.6 | Speak with Mr. Bilowz regarding summary of memoranda; research internet message boards and chat rooms related to Grace. |
| 12/04/03 | Cleary, J. | 0.8 | Review revised draft Fidelity documents; telephone conference with Ms. Ewing regarding same and regarding draft participant notice from Grace; review and revision of draft participant notice; follow-up e-mails; review Mr. Glosband's revised memo. |

LIBC/1882709.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/04/03 | Glosband, D. | 0.9 | Telephone call from Mr. Hadden and Mr. Dinwoodey regarding implications of chapter 11 on corporate control, trading (.3); memorandum to Ms. Driscoll, et al with revised memorandum of 11/24/03 meetings (.6). |
| 12/04/03 | Clark, C. | 0.2 | Analyze news and other documents relating to the Sealed Air Settlement. |
| 12/04/03 | Dinwoodey, J. | 2.6 | Discuss various issues relating to securities law analysis with Mr. Hadden and review same (.7); attention to research with respect to same regarding applicability of Rule 144 and related issues (1.9). |
| 12/05/03 | Zemlin, R. | 0.4 | Research and advice to Mr. Hadden regarding 144 and related issues. |
| 12/05/03 | Hadden, J. | 0.7 | Meet with Mr. Dinwoodey; research resale restrictions; multiple calls. |
| 12/05/03 | Glosband, D. | 1.7 | Conference with Mr. Bilowz regarding memorandum for Fiduciary Committee (.9); memorandum from Stroock, memorandum to Mr. Bilowz regarding changes to engagement order (.8). |
| 12/05/03 | Bilowz, P. | 1.9 | Meeting with Mr. Glosband regarding status of case; memorandum to Fiduciary Committee (.9); review pleadings; draft memorandum (1.0). |
| 12/05/03 | Clark, C. | 0.6 | Prepare summary of the Litigation Department's October memorandum regarding Grace's future liability. |
| 12/07/03 | Dinwoodey, J. | 0.5 | Outline issues and structure of research relating to restrictions on stock sales by profit sharing plan. |
| 12/08/03 | Cleary, J. | 0.3 | Telephone conference with Mses. Ewing and Driscoll and Mr. Glosband regarding Fiduciary Committee meeting and related issues. |
| 12/08/03 | Hadden, J. | 0.4 | Attention to resale restrictions; research. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/08/03 | Glosband, D. | 3.5 | Calls with Mr. Cleary and Ms. Ewing regarding preparation for presentation (1.0); review Mr. Bilowz' draft memorandum (.4); begin revised memorandum (1.1); review Duff & Phelps slides (1.0). |
| 12/08/03 | Bilowz, P. | 2.4 | Draft memorandum to Fiduciary Committee regarding Grace summary |
| 12/09/03 | Cleary, J. | 2.0 | Telephone conferences with Messrs. Hadden and Remis and Ms. Ewing regarding initial Fiduciary Committee meeting; preparation for and conference call with Mses. Driscoll and Ewing and Messrs. Glosband and Remis regarding same; review Mr. Glosband's draft summary and Duff & Phelps presentation materials; conference with Mr. Hadden regarding securities law issues; follow-up thereto. |
| 12/09/03 | Remis, S. | 1.4 | Review and revise memorandum (.3); meeting and conference call with client (1.1). |
| 12/09/03 | Hadden, J. | 1.8 | Telephone call with Mr. Cleary; research issues related to resales by the Plan; prepare outline of issues; review draft outline from Mr. Glosband; review D&P presentation. |
| 12/09/03 | Glosband, D. | 3.0 | Complete draft outline (1.3); conference call with Messrs. Cleary, Driscoll and Remis and Ms. Ewing (1.1), revise outline, memorandum to Mr. Driscoll, et al (.6). |
| 12/09/03 | Dinwoodey, J. | 0.2 | Discuss research regarding various securities law issues with Mr. Hadden. |
| 12/10/03 | Cleary, J. | 2.0 | Review files; preparation for Fiduciary Committee meeting; discuss related matters with Messrs. Hadden, Glosband and Condon; telephone messages with Mr. Bayston; telephone conferences with Mses. Ewing and D'Aloia regarding document status; conference call with Messrs. Siegel, Hadden, et al regarding fact background. |
| 12/10/03 | Remis, S. | 0.6 | Review material for meeting. |

LIBC/1882709.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/10/03 | Williams, U. | 0.7 | Review draft presentation to State Street Investment Committee and conference with Mr. Remis regarding same. |
| 12/10/03 | Hadden, J. | 4.2 | Research resale issues in connection with Grace Plan; prepare legal memorandum to file summarizing analysis; meet with Mr. Dinwoodey; multiple calls with Grace, Fidelity, etc for factual information; read no-action letters and SEC releases; research Section 16 issues; related to sales by the Plan. |
| 12/10/03 | Glosband, D. | 2.0 | Telephone call from Mr. Cleary regarding analytical approach to determining range of stock values(.2); conference with Mr. Bilowz, skim notice regarding members of equity committee (.4); memoranda to conclude form of engagement order, revise language (1.4). |
| 12/10/03 | Dinwoodey, J. | 2.7 | Attention to research regarding various securities law matters (.8); revise research memorandum regarding same (1.2); discuss same with Mr. Hadden (.7). |
| 12/11/03 | Cleary, J. | 4.2 | Preparation for and attend Fiduciary Committee meeting (2.6); follow-up thereto; telephone conferences with Mr. Forgach regarding document status and related matters (1.6). |
| 12/11/03 | Tse, M. | 0.1 | Conference with Mr. Cleary regarding trustee status as affiliate. |
| 12/11/03 | Remis, S. | 3.0 | Telephone conferences with Grace representatives concerning asbestos bodily injury claims details (.5); prepare for and attend meeting at State Street (2.5). |
| 12/11/03 | Hadden, J. | 4.7 | Further research and revisions to memorandum on securities law issues related to resale of shares held by the Plan (1.8); meet with Mr. Dinwoodey (.4); meet with investment committee at offices of State Street to discuss preliminary analysis in connection with engagement (2.5). |

LIBC/1882709.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/11/03 | Dinwoodey, J. | 3.3 | Attention to research regarding various securities law issues (2.6); discuss same with Mr. Hadden (.4); review and revise memorandum regarding same (.3). |
| 12/12/03 | Cleary, J. | 0.5 | Draft initial notice to plan participants; telephone conferences with Ms. Ewing and Messrs. Glosband and Forgach and telephone messages with Ms. Driscoll. |
| 12/12/03 | Remis, S. | 0.2 | Telephone conference with Mr. Siegel regarding liability exposure projections. |
| 12/12/03 | Glosband, D. | 1.0 | Telephone call from Mr. Cleary (.3), review Grace fee procedures, memorandum to Mr. Cleary regarding same (.7). |
| 12/15/03 | Cleary, J. | 0.1 | Review articles on asbestos litigation. |
| 12/15/03 | Glosband, D. | 0.5 | Memorandum to Mr. Bilowz regarding follow-up, monitoring items. |
| 12/15/03 | Clark, C. | 0.1 | Review memorandum regarding recent developments prepared by Mr. Remis. |
| 12/16/03 | Remis, S. | 0.5 | Memorandum to client regarding future liability exposure issues. |
| 12/17/03 | Cleary, J. | 0.7 | Review draft plan amendment; telephone conference with Mr. Forgach regarding same. |
| 12/17/03 | Remis, S. | 0.2 | Review and circulate material concerning Grace-Libby environmental exposure. |
| 12/22/03 | Cleary, J. | 0.2 | E-mails with Ms. Ewing and Mr. Bayston. |
| 12/23/03 | Cleary, J. | 0.8 | Telephone conference with Ms. Ewing; review and revision of Ms. Ewing's draft memorandum to Fiduciary Committee; telephone conference with Ms. Ewing regarding same. |
| 12/31/03 | Cleary, J. | 1.3 | Review prior participant communication materials; draft notice to participants, clarification letter to Mr. Forgach and related e-mails; discuss same with Mr. Glosband. |
| 12/31/03 | Glosband, D. | 1.0 | Telephone call from Mr. Cleary (.3), review, revise plan participant communication (.7). |

| Total Hours | 62.8 | Total Fees | $30,185.50 |
|---|---|---|---|

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Cleary, J. | 13.2 | $575.00 | $7,590.00 |
| Glosband, D. | 13.9 | 550.00 | 7,645.00 |
| Hadden, J. | 11.8 | 510.00 | 6,018.00 |
| Remis, S. | 6.6 | 525.00 | 3,465.00 |
| Tse, M. | 0.1 | 575.00 | 57.50 |
| Williams, U. | 0.7 | 475.00 | 332.50 |
| Zemlin, R. | 0.4 | 575.00 | 230.00 |
| Bilowz, P. | 4.3 | 245.00 | 1,053.50 |
| Clark, C. | 2.5 | 290.00 | 725.00 |
| Dinwoodey, J. | 9.3 | 330.00 | 3,069.00 |
| **Total** | **62.8** | | **$30,185.50** |

| Matter Disbursement Summary | Total |
|---|---|
| Total Duplicating Charge/Copy | $104.55 |
| Travel | -577.98 |
| Document Printing | 26.10 |
| Legal Research | 875.04 |
| **Total Disbursements** | **$427.71** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $30,185.50 |
| Total Disbursements | 427.71 |
| **Total Due** | **$30,613.21** |

085440/141437
JJC:sld

Mailed To:    Monet Ewing, Esq.
              STATE STREET BANK AND TRUST COMPANY
              State Street Financial Center
              One Lincoln Street
              Boston, MA 02111-2900

-6-

LIBC/1882709.1