# EXHIBIT J

Disbursements
May 1, 2003 – December 31, 2003

|  |  |
| --- | --- |
| Photocopy | $1,245.65 |
| Outside Professional Services | 3,165.00 |
| Legal Research | 4,270.58 |
| Fax | 323.00 |
| Messenger | 15.25 |
| Toll Calls | 3.01 |
| Travel | 1,524.16 |
|  | $10,546.65 |

LIBC/1921704.1