# Bankruptcy Management Corporation

WR Grace

MONTHLY SUMMARY OF EXPENSES

For the Month of October 2003

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| **Postage/Shipping** | $51.68 |
| **Document Storage** | $388.60 |
| **B-Linx/Data Storage** | $850.00 |
| Monthly Total: | $1,290.28 |

**EXHIBIT 2**

| Inv.# | Client | Vendor | Amount | Date | Expense_TypeID | Description |
|---|---|---|---|---|---|---|
| WRG031031 | WR Grace | Fed Ex | $16.72 | 10/9/03 | Postage/Shipping | Paula Calbrath Tracking ID 79102716940 |
| WRG031031 | WR Grace | Fed Ex | $16.15 | 10/17/03 | Postage/Shipping | Michelle Datson Tracking ID 790443167450 |
| WRG031031 | WR Grace | Fed Ex | $18.81 | 10/27/03 | Postage/Shipping | Mollie Sprinkle Tracking ID 791043931478 |
| WRG031031 | WR Grace | BMC | $388.60 | 10/31/03 | Document Storage | 268 boxes |
| WRG031031 | WR Grace | BMC | $850.00 | 10/31/03 | B-Linx/Data Storage | B-Linx/Data Storage |

**EXHIBIT 2**



bmc
Bankruptcy Management Corporation

6096 Upland Terrace S
Seattle, WA 98118
(206) 725-5405

WR Grace

PRODUCTION INVOICE SUMMARY

| Invoice Number | | Production Date | | Total |
|---|---|---|---|---|
| Invoice # | 021-20031023-1 | 10/23/2003 | | $571.48 |
| | | | **Total** | $571.48 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

**EXHIBIT 2**


bmc
Bankruptcy Management Corporation

6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 10/23/2003
**Invoice #:** 021-20031023-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 2nd Omni 2 Order MF 6284 | 33 / 88 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 88 Pieces @ $1.06 each | $93.28 |
| | | | Production | Copy | 2904 Pieces @ $.15 each | $435.60 |
| | | | | Stuff/Mail | 88 Pieces @ $.10 each | $8.80 |
| | | | Supplies | InkJet Envelopes | 88 Pieces @ $.10 each | $8.80 |
| | | | | | **Total Due:** | **$571.48** |

**EXHIBIT 2**
*Invoice Due Upon Receipt*

# Bankruptcy Management Corporation

WR Grace

MONTHLY SUMMARY OF EXPENSES

For the Month of November 2003

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| **Document Storage** | $388.60 |
| **B-Linx/Data Storage** | $850.00 |
| Monthly Total: | $1,238.60 |

**EXHIBIT 2**

| Inv# | Client | Vendor | Amount | Date | ExpenseTypeID | Description |
|---|---|---|---|---|---|---|
| WRG031130 | WR Grace | BMC | $388.60 | 11/30/03 | Document Storage | 268 boxes |
| WRG031130 | WR Grace | BMC | $850.00 | 11/30/03 | B-Linx/Data Storage | B-Linx/Data Storage |

**EXHIBIT 2**

**bmc**
**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**(206) 725-5405**

WR Grace

PRODUCTION INVOICE SUMMARY

| Invoice Number | Production Date | | Total |
|---|---|---|---|
| Invoice # 021-20031112-1 | 11/12/2003 | | $91.92 |
| | | **Total** | $91.92 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

**EXHIBIT 2**

**bmc**
**Bankruptcy Management Corporation**
**6096 Upland Terrace South**
**Seattle, WA 98118**
**(206) 725-5405**

WR Grace

**Production Date:** 11/12/2003
**Invoice #:** 021-20031112-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 2 Order 3 MF 6676 | 25 / 14 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 14 Pieces @ $.83 each | $11.62 |
| | | | Production | Copy | 350 Pieces @ $.15 each | $52.50 |
| | | | | Stuff/Mail | 14 Pieces @ $.10 each | $1.40 |
| | | | Supplies | InkJet Envelopes | 14 Pieces @ $.10 each | $1.40 |
| | | | | | **Total Due:** | **$91.92** |

**EXHIBIT 2**
*Invoice Due Upon Receipt*

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG031231**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $388.60 |
| Pacer | $1,355.83 |
| Postage/Shipping | $32.71 |
| **Total** | **$2,627.14** |

**EXHIBIT 2**

| Inv # | Client | Vendor | Amount | Date | Expense_TypeID | Description |
|---|---|---|---|---|---|---|
| WRG031231 | WR Grace | Fed Ex | $16.64 | 12/4/03 | Postage/Shipping | Fred Zaremby Tracking ID 792524399932 |
| WRG031231 | WR Grace | Fed Ex | $16.07 | 12/11/03 | Postage/Shipping | Sam Blatnick Tracking ID 792529314692 |
| WRG031231 | WR Grace | BMC | $388.60 | 12/31/03 | Document Storage | 268 boxes |
| WRG031231 | WR Grace | Pacer | $1,355.83 | 12/31/04 | Pacer | Qrtly Court Doc dwnlds - 10/1-12/31 |
| WRG031231 | WR Grace | BMC | $850.00 | 12/31/04 | B-Linx/Data Storage | B-Linx/Data Storage |

**EXHIBIT 2**