# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Mar. 2, 2004 at 4:00p.m. |
| | | Hearing Date:    TDB only if necessary |

## SUMMARY COVERSHEET TO TWENTY-THIRD MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2003 THROUGH JANUARY 31, 2003

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | January 1, 2004 through January 31, 2004 |
| Amount of compensation sought as actual, reasonable and necessary | $65,299.50 for the period January 1, 2004 through January 31, 2004 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,038.45 for the period of January 1, 2004 through January 31, 2004 |

This is a:          Monthly interim application

Prior Applications filed:      Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|-------|---------------------------|-------------|-----------|------|------|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Application Pending | Application Pending |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Application Pending | Application Pending |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Application Pending | Application Pending |
|------|---------------------------|------------|---------|---------------------|---------------------|

As indicated above, this is the twenty-third application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 115.50 | $43,312.50 |
| Melissa E. Flax | Partner | $250 | 71.10 | $17,775.00 |
| Robert C. Scrivo | Associate | $225 | 13.60 | $3,060.00 |
| Laura Florence | Paralegal | $90 | 13.70 | $1,152.00 |

Total Fees          $65,299.50

Total Hours          213.90

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $310.65 |
| Westlaw/Pacer | $23.28 |
| Telephone | $248.29 |
| Faxes | $72.00 |
| FedEx | $174.50 |
| Travel | $18.28 |
| Messenger | $191.45 |
| Additional Staff Time | |
| Court Reporter (Hearing Transcript) | |
| Meals | |
| | |
| Total | $1,038.45 |

Dated:  February 6, 2004

**ATTACHMENT B**
**TO FEE APPLICATION**
**(January 1, 2004 through January 31, 2004)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 115.50 | $43,312.50 |
| Melissa E. Flax | Partner | $250 | 71.10 | $17,775.00 |
| Robert C. Scrivo | Associate | $225 | 13.60 | $3,060.00 |
| Laura Florence | Paralegal | $90 | 13.70 | $1,152.00 |

| | | |
|---|---|---|
| Grand Total: | | $65,299.50 |
| Blended Rate: | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $1,038.45 |
| Fee Applications, Applicant | 8.80 | $2,325.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 203.30 | $62,893.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | 1.80 | $81.00 |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $23.28 |
| Facsimile (with rates) | | $72.00 ($1.00 per page) |
| Long Distance Telephone | | $248.29 |
| In-House Reproduction | | $250.65 ($0.15 per page) |
| Outside Reproduction | | $60.00 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | LF 1/6/04 (mileage – 59 miles) (parking) | $13.28 $5.00 $18.28 |
| Out-Of-Town Travel<br><br>airfare<br>car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $174.50 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | $191.45 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |
| | | |

Dated:  February 6, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )    Chapter 11
                                                )
W. R. GRACE & CO. et al.[1]                     )    Case No. 01-01139 (JKF)
                                                )    (Jointly Administered)
           Debtors.                             )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.     I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 6th day of February, 2004

Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Mar.  , 2004 at 4:00p.m. |
| | | Hearing Date :  TDB only if necessary |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

February 6, 2004
Invoice No. 22527
Client No.  734680

For Professional Services Rendered through   01/31/04

Matter #          734680.1        VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| 01/02/04 JMA RCRA Fee Petition - receipt and review letter from B. Terris | | .10 | 37.50 |
| 01/02/04 JMA Receipt and review letter from T. Pasuit to Clerk | | .10 | 37.50 |
| 01/02/04 JMA Receipt and review Notice of Motion by Special Master - 7th Fee Application | | .20 | 75.00 |
| 01/02/04 JMA Receipt and review Special Master's Fee Application | | .80 | 300.00 |
| 01/02/04 JMA Receipt and review proposed form of Order | | .20 | 75.00 |
| 01/02/04 JMA Letter to Judge Cavanaugh | | .20 | 75.00 |
| 01/05/04 JMA Phone - counsel for Special Master re: RAWP motion and meeting schedule | | .40 | 150.00 |
| 01/05/04 JMA Phone - D. Field re: brief scheduling - RAWP motion | | .10 | 37.50 |
| 01/05/04 JMA Phone - C. Marraro re: Honeywell RAWP motion | | .20 | 75.00 |
| 01/05/04 JMA RCRA Fee Petition - phone - C. Marraro re: oral argument | | .20 | 75.00 |
| 01/05/04 JMA Phone - D. Field | | .10 | 37.50 |
| 01/05/04 JMA Receipt and review email from C. Marraro | | .10 | 37.50 |
| 01/05/04 JMA Phone - C. Marraro re: Honeywell RAWP motion | | .20 | 75.00 |
| 01/05/04 MEF Conference with LF re: transportation issues | | .30 | 75.00 |
| 01/05/04 LF  Phone call to Newark Assessor re: transportation issues | | .20 | 18.00 |
| 01/06/04 JMA RCRA Fee Petition - receipt and review letter from M. Caffrey to Clerk | | .10 | 37.50 |

W.R. GRACE & COMPANY                          February 6, 2004
Client No.           734680                   Page     2
INVOICE NO.          22527


01/06/04 JMA RCRA Fee Petition - receipt and review letter    .10    37.50
             from M. Caffrey to Judge Cavanaugh

01/06/04 JMA RCRA Fee Petition - Receipt and review           .50   187.50
             Honeywell reply brief - Motion to Strike ECARG
             reply papers

01/06/04 JMA RCRA Fee Petition - receipt and review M.        .10    37.50
             Caffrey letter to Clerk

01/06/04 JMA RCRA Fee Petition - receipt and review M.        .10    37.50
             Caffrey letter to Judge Cavanaugh

01/06/04 JMA RCRA Fee Petition - receipt and review           .40   150.00
             Honeywell reply brief - Motion to Strike ICO
             reply papers

01/06/04 JMA Phone - L. Walsh re: agenda for 1/9/04 meeting   .20    75.00

01/06/04 JMA Phone - C. Marraro re: RAWP motion and meetings  .40   150.00

01/06/04 JMA Phone - B. Lothian re: transportation issues     .20    75.00

01/06/04 MEF RCRA Fee Petition - receipt and review           .30    75.00
             Honeywell reply re: motion to strike portions
             of ECARG's reply papers

01/06/04 MEF Receipt and review Honeywell reply brief re:     .20    50.00
             motion to strike portions of ICO's reply papers

01/06/04 MEF T/c with M. Golladay re: transportation issues   .30    75.00

01/06/04 MEF T/cs with LF re: transportation issues           .30    75.00

01/06/04 MEF Review Honeywell's motion re: Summary Remedial  1.50   375.00
             Work Plan

01/06/04 MEF T/c with B. Bank's re: Honeywell Summary         .10    25.00
             Remedial Workplan motion

01/06/04 MEF Conference with LF re: results of research re:    .40   100.00
             transportation issues

01/06/04 MEF Email from T. Pasuit re: 1/9/04 meeting          .10    25.00

01/06/04 MEF Letter to B. Hughes re: exhibits to RAWP         .20    50.00

01/06/04 MEF Begin comparison of Honeywell proposed RAWP     1.20   300.00
             order and 12/12/03 revisions

W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680               Page      3
INVOICE NO.             22527


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/04 | LF | Research at Newark Tax Assessor's office re: transportation issues | 1.50 | 135.00 |
| 01/06/04 | LF | Research at Jersey City Tax Assessor's Office re: Transportation issues | 1.30 | 117.00 |
| 01/06/04 | LF | Conference with MEF re: transportation issues | .40 | 36.00 |
| 01/06/04 | LF | Prepare letter to Ed Toloza, Jersey City Tax Assessor re: transportation issues | .20 | 18.00 |
| 01/07/04 | JMA | Phone - C. Marraro re: RAWP | .40 | 150.00 |
| 01/07/04 | JMA | RCRA Fee Petition - commence review of RCRA Fee Petition papers for oral argument | 1.50 | 562.50 |
| 01/07/04 | JMA | Receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 01/07/04 | JMA | Phone - B. Lothian and MEF re: transportation issues | .20 | 75.00 |
| 01/07/04 | JMA | Receipt and review memo re: Rule 53 Amendments | .60 | 225.00 |
| 01/07/04 | JMA | Review of and comments to transportation video | 1.00 | 375.00 |
| 01/07/04 | JMA | Review ECARG transportation report | 1.50 | 562.50 |
| 01/07/04 | JMA | Initial review of Honeywell Notice of Motion for Order entering Honeywell RAWP, supporting brief, certification and proposed order | 2.00 | 750.00 |
| 01/07/04 | JMA | Conference with MEF re: preparation of comments to ECARG transportation report | 4.00 | 1500.00 |
| 01/07/04 | JMA | Conference with MEF re: memo re: Rule 53 Amendments | .40 | 150.00 |
| 01/07/04 | MEF | Continue and complete comparison of Honeywell's proposed RAWP order and 12/12/03 revisions | .50 | 125.00 |
| 01/07/04 | MEF | Begin preparation for oral argument on RCRA fee petition and motion to strike | .60 | 150.00 |
| 01/07/04 | MEF | Email from T. Pasuit re: 1/9/04 meeting | .10 | 25.00 |
| 01/07/04 | MEF | Conference with JMA re: Honeywell RAWP motion and Rule 53 | .40 | 100.00 |

W.R. GRACE & COMPANY                                February 6, 2004
Client No.            734680               Page      4
INVOICE NO.           22527

| Date | | Description | Hours | Amount |
|------|---|---|---|---|
| 01/07/04 | MEF | T/c with M. Williams re: Rule 53 memo | .20 | 50.00 |
| 01/07/04 | MEF | Review transportation videos re: RAWP | 1.00 | 250.00 |
| 01/07/04 | MEF | Review transportation report re: opposition to Honeywell RAWP | 1.00 | 250.00 |
| 01/07/04 | MEF | Conference with JMA re: opposition to Honeywell RAWP motion | 4.00 | 1000.00 |
| 01/07/04 | MEF | T/c with B. Hughes re: Honeywell RAWP motion | .70 | 175.00 |
| 01/07/04 | MEF | Memo re: transportation report | 1.50 | 375.00 |
| 01/08/04 | JMA | Appeal - Conference with C. Marraro re: mediation issues | 1.00 | 375.00 |
| 01/08/04 | JMA | Conference with MEF and C. Marraro re: transportation report issues | 3.40 | 1275.00 |
| 01/08/04 | JMA | Phone - C. Marraro and B. Lothian re: transportation report issues | 1.00 | 375.00 |
| 01/08/04 | JMA | Conference with C. Marraro re: transportation and traffic issues | 3.00 | 1125.00 |
| 01/08/04 | JMA | Conference with C. Marraro, MEF and B. Hughes re: Grace RAWP | .60 | 225.00 |
| 01/08/04 | MEF | Continue memo re: transportation report | 3.20 | 800.00 |
| 01/08/04 | MEF | Review memo from M. Williams re: Rule 53 | .50 | 125.00 |
| 01/08/04 | MEF | Research - retroactivity of amended rules | 1.50 | 375.00 |
| 01/08/04 | MEF | T/cs with B. Lothian re: transportation report | 1.00 | 250.00 |
| 01/08/04 | MEF | T/c with B. Hughes, JMA, CHM re: opposition to Honeywell RAWP motion | .60 | 150.00 |
| 01/08/04 | MEF | Conference with JMA and CHM re: transportation report | 3.70 | 925.00 |
| 01/08/04 | LF | Phone call with Jack Cipriano at Jersey City Tax Assessors Office regarding tax maps | .60 | 54.00 |
| 01/08/04 | LF | Prepare letter regarding tax maps | .20 | 18.00 |

W.R. GRACE & COMPANY                                    February 6, 2004
Client No.              734680                 Page     5
INVOICE NO.             22527


01/09/04 JMA Receipt and review letter from K. Coakley re:      .20    75.00
             RAWP Motion

01/09/04 JMA Receipt and review letter from K. Coakley re:      .10    37.50
             RAWP motion response date

01/09/04 JMA Receipt and review letter from B. Terris re:       .10    37.50
             RCRA Fee motion

01/09/04 JMA Receipt and review letter from Parsons to Louis    .20    75.00
             Berger Group re: data

01/09/04 JMA Receipt and review email re: Weja site             .20    75.00

01/09/04 JMA Receipt and review DEP correspondence re: Weja     .30   112.50
             site

01/09/04 JMA Receipt and review email from T. Pasuit re:        .20    75.00
             Special Master meetings and scheduling

01/09/04 JMA Review of and comments to K. Brown Declaration     .50   187.50
             re: Work Plan

01/09/04 MEF Prepare for meeting with Special Master and all   1.00   250.00
             parties re: transportation issues

01/09/04 MEF Attend meeting with Special Master and all        3.20   800.00
             counsel re: transportation issues

01/09/04 MEF Revise memo re: transportation report            1.00   250.00

01/09/04 MEF Conference with CHM and K. Brown re:              2.00   500.00
             transportation report

01/09/04 MEF Phone with CHM re: response to Honeywell RAWP      .20    50.00
             motion

01/09/04 MEF T/c with B. Lothian re: rail yards                .10    25.00

01/10/04 MEF Review letter from M. Golladay and enclosures     .60   150.00
             re: transportation issues

01/12/04 JMA Conference with MEF and C. Marraro re:            .50   187.50
             transportation video

01/12/04 JMA Phone conference with K. Millian, C. Marraro      .40   150.00
             and MEF

W.R. GRACE & COMPANY                                    February 6, 2004
Client No.               734680              Page       6
INVOICE NO.              22527


01/12/04 JMA Conference with MEF and C. Marraro re:          4.20  1575.00
             preparation of Work Plan Post Judgment Order
             Approving Work Plan and Joint Submission re:
             RAWP

01/12/04 JMA Review of and comments to B. Hughes' draft of  1.00   375.00
             portion of joint submission re: RAWP

01/12/04 JMA Conference with C. Marraro re: preparation of  3.00  1125.00
             joint submission re: RAWP

01/12/04 JMA Review Honeywell motion re: RAWP               1.20   450.00

01/12/04 MEF Conference with JMA and CHM re: work plan,     4.20  1050.00
             brief and transportation video

01/12/04 MEF T/cs with B. Lothian re: transportation report  .30    75.00

01/12/04 MEF Revise work plan                               1.40   350.00

01/12/04 MEF Email to K. Millian re: work plan and order     .20    50.00

01/12/04 MEF Email to B. Lothian re: transportation report   .20    50.00

01/12/04 MEF Prepare comparison - ECARG/ICO v. Honeywell     .30    75.00
             COPR removal schedules

01/12/04 MEF Email from K. Millian re: draft work plan and   .10    25.00
             order

01/12/04 RCS Remedial Action Workplan- Assist John Agnello, 1.20   270.00
             Esq. with preparation of joint submission by
             reviewing certain trial testimony.

01/12/04 LF  Phone calls with Jersey City Tax Assessors      .30    27.00
             office and Federal Express

01/12/04 LF  Prepare letter to Newark Tax Assessor's office  .20    18.00
             regarding tax maps

01/13/04 JMA Phone - C. Marraro re: RAWP                     .30   112.50

01/13/04 JMA Receipt and review email from Louis Berger      .10    37.50
             Group to Parsons

01/13/04 JMA Receipt and review Work Plan with two (2)       .60   225.00
             project areas approved by NJDEP (DuPont)

W.R. GRACE & COMPANY                                February 6, 2004
Client No.              734680              Page      7
INVOICE NO.             22527


| | | |
|---|---|---|
| 01/13/04 JMA Receipt and review email from Louis Berger<br>Group re: licensed hauler - tow boats | .10 | 37.50 |
| 01/13/04 JMA Preparation of Joint Memorandum - RAWP | 4.00 | 1500.00 |
| 01/13/04 JMA Phone - C. Marraro re: Joint Memorandum | .60 | 225.00 |
| 01/13/04 JMA Review plaintiffs' comments to Joint Order and<br>Work Plan | 1.00 | 375.00 |
| 01/13/04 JMA Phone - C. Marraro re: plaintiffs' comments to<br>Joint Order and Work Plan | .60 | 225.00 |
| 01/13/04 JMA Receipt and review email from Parsons to Louis<br>Berger Group re: groundwater sampling | .20 | 75.00 |
| 01/13/04 JMA Phone - counsel for Special Master re:<br>transportation issues | .60 | 225.00 |
| 01/13/04 JMA Conference with RCS re: transcript of cites re:<br>trucking | .40 | 150.00 |
| 01/13/04 JMA Review and revise Introduction - joint<br>submission - RAWP | .50 | 187.50 |
| 01/13/04 MEF Review email from B. Lothian re: transportation<br>report | .60 | 150.00 |
| 01/13/04 MEF Conference with LF re: Jersey City Tax Maps | .20 | 50.00 |
| 01/13/04 MEF T/c with WFH re: opposition to Honeywell work<br>plan motion | .20 | 50.00 |
| 01/13/04 MEF Revise transportation memo | 1.30 | 325.00 |
| 01/13/04 MEF Email to CHM re: transportation memo | .10 | 25.00 |
| 01/13/04 MEF Emails to/from B. Lothian re: exhibits | .40 | 100.00 |
| 01/13/04 MEF Phone with CHM re: work plan/transportation<br>report | .30 | 75.00 |
| 01/13/04 MEF Phone with CHM and K. Millian re: work plan | .10 | 25.00 |
| 01/13/04 MEF T/cs with M. Golladay re: Brown declaration | .30 | 75.00 |
| 01/13/04 MEF Review fax from CHM re: revisions to<br>transportation memo | .20 | 50.00 |

W.R. GRACE & COMPANY                                    February 6, 2004
Client No.              734680                  Page      8
INVOICE NO.             22527


| 01/13/04 MEF | Review email from K. Millian with redlined work plan | .40 | 100.00 |
|---|---|---|---|
| 01/13/04 MEF | Phone with B. Lothian re: exhibits and report | .30 | 75.00 |
| 01/13/04 MEF | Email to K. Millian re: transportation report | .10 | 25.00 |
| 01/13/04 MEF | Email to M. Golladay re: Brown Declaration and Work Plan | .20 | 50.00 |
| 01/13/04 RCS | Remedial Action Workplan- assist John Agnello, Esq. in preparation of joint submission by reviewing certain trial testimony and verifying citations. | 3.00 | 675.00 |
| 01/13/04 LF | Review tax maps from Jersey City regarding transportation issues | 1.70 | 153.00 |
| 01/14/04 JMA | Review of and comments to plaintiffs' portion of joint submission | 1.00 | 375.00 |
| 01/14/04 JMA | Revisions to joint submission | 3.90 | 1462.50 |
| 01/14/04 JMA | Phone - C. Marraro re: joint submission | 1.00 | 375.00 |
| 01/14/04 JMA | Phone - K. Millian re: joint submission | .40 | 150.00 |
| 01/14/04 JMA | Conference with MEF re: joint submission | .80 | 300.00 |
| 01/14/04 JMA | Phone - K. Millian re: joint submission | .30 | 112.50 |
| 01/14/04 JMA | Phone - C. Marraro re: joint submission | .30 | 112.50 |
| 01/14/04 JMA | Phone - C. Marraro re: site remediation issues | .50 | 187.50 |
| 01/14/04 MEF | Email to R. Sentfleben re: Brown declaration, work plan and order approving work plan | .20 | 50.00 |
| 01/14/04 MEF | T/c with K. Brown re: declaration | .10 | 25.00 |
| 01/14/04 MEF | Phone with M. Golladay re: work plan and declaration | .20 | 50.00 |
| 01/14/04 MEF | Revise work plan with ICO revisions | .50 | 125.00 |
| 01/14/04 MEF | Emails to/from K. Millian re: work plan | .30 | 75.00 |

W.R. GRACE & COMPANY                                     February 6, 2004
Client No.                  734680              Page      9
INVOICE NO.                 22527


01/14/04 MEF Receipt and review letter from M. Golladay re:      .20     50.00
             Brown declaration

01/14/04 MEF Email from B. Hughes with attachment re:            .30     75.00
             response to Honeywell work plan motion

01/14/04 MEF Conference with JMA re: brief in opposition to      .20     50.00
             Honeywell's RAWP motion

01/14/04 MEF Conference with JMA re: plaintiff's                 .60    150.00
             comments/changes/additions to brief in
             opposition to Honeywell RAWP motion

01/14/04 MEF Phone with CHM re: plaintiffs'                      .70    175.00
             comments/changes/additions to brief in
             opposition to RAWP motion

01/14/04 MEF Phone with CHM and K. Millian re: plaintiff's       .60    150.00
             comments to opposition brief

01/14/04 LF  Continue review of tax maps from Jersey City       1.00     90.00
             regarding transportation issues

01/15/04 JMA Phone - counsel for Special Master re:             .40    150.00
             permitting issues

01/15/04 JMA Review Langan Report for filing with joint         1.00    375.00
             submission and exhibits

01/15/04 JMA Phone - C. Marraro re: joint filing of RAWP        .40    150.00

01/15/04 JMA Review plaintiffs' comments to joint filing       1.20    450.00

01/15/04 MEF T/c with JMA re: conference call with CHM and      .20     50.00
             K. Millian

01/15/04 MEF T/c with JMA and CHM re: plaintiff's revisions     .20     50.00
             to brief

01/15/04 MEF Review plaintiffs' additional revisions to         .50    125.00
             brief in opposition to Honeywell RAWP motion

01/15/04 MEF Conference with JMA re: plaintiffs' additional     .60    150.00
             revisions to brief in opposition to Honeywell's
             RAWP motion

W.R. GRACE & COMPANY                                    February 6, 2004
Client No.              734680                Page      10
INVOICE NO.             22527


01/15/04 MEF Phone with CHM and JMA re: comments on          .20      50.00
             plaintiffs' additional revisions to brief in
             opposition to Honeywell RAWP motion

01/15/04 MEF Redline plaintiff's additional revised brief in .30      75.00
             opposition to Honeywell RAWP motion

01/15/04 MEF Conference call with CHM and K. Millian re:     .20      50.00
             final revisions to brief

01/15/04 MEF Revise and finalize papers (MEF Declaration,   4.20    1050.00
             brief, work plan, certificate of service,
             letters to Clerk and Judge) re: response to
             Honeywell's RAWP motion

01/15/04 LF  Prepare letter to Jersey City Tax Assessor      .20      18.00
             regarding additional tax map

01/16/04 JMA Receipt and review notice from Court re: Work   .20      75.00
             Plan motion

01/16/04 JMA Receipt and review email from Parsons re:       .10      37.50
             Honeywell's Eighth Progress Report

01/16/04 JMA Receipt and review letter from Parsons to       .10      37.50
             Special Master re: Honeywell's Eighth Progress
             Report

01/16/04 JMA Receipt and review Honeywell's Eighth Progress 1.40     525.00
             Report

01/16/04 JMA Receipt and review letter from Louis Berger     .30     112.50
             Group to Parsons re: Honeywell's Seventh
             Monthly Progress Report

01/16/04 JMA Receipt and review letter from B. Terris to     .20      75.00
             Judge Cavanaugh

01/16/04 JMA Receipt and review email from counsel for       .10      37.50
             Special Master

01/16/04 MEF Phone with CHM re: filing re: response to       .20      50.00
             Honeywell RAWP motion

01/18/04 MEF Review case law re: retroactivity of FRCP      1.00     250.00

01/19/04 JMA Prepare outline of issues for discussion at    1.30     487.50
             meeting with Special Master

W.R. GRACE & COMPANY                                February 6, 2004
Client No.              734680               Page      11
INVOICE NO.             22527


01/19/04 JMA Phone - C. Marraro re: outline              .20      75.00

01/19/04 JMA Phone - C. Marraro re: Work Plan issues     .60     225.00

01/19/04 JMA Phone conference with C. Marraro and MEF re:   .40   150.00
             transportation issues

01/19/04 JMA Phone - C. Marraro re: 1/20/04 meeting with    .20    75.00
             Special Master

01/19/04 JMA Phone - counsel for Special Master re: Work    .60   225.00
             Plan issues

01/19/04 MEF Review Advisory Committee Notes re: 2003       .50   125.00
             revisions to FRCP 53

01/19/04 MEF Memo to JMA re: retroactive application of    1.50   375.00
             amended federal rules

01/19/04 MEF Conference call with CHM and JMA re:           .40   100.00
             transportation issues

01/19/04 MEF Prepare for meeting with Special Master        .40   100.00

01/20/04 JMA Attend meeting with R. Senftleben, C. Marraro  1.50   562.50
             and K. Brown

01/20/04 JMA Attend meeting with Special Master           4.50  1687.50

01/20/04 JMA Appeal - attend meeting with C. Marraro, T.    1.50   562.50
             Milch, M. Daneker and Environ

01/20/04 JMA Meeting with C. Marraro re: Work Plan issues   2.50   937.50

01/21/04 JMA Phone - C. Marraro re: Work Plan remediation    .30   112.50
             issues

01/21/04 JMA Review notes of meeting with Special Master     .50   187.50

01/21/04 JMA Phone - counsel for Special Master              .50   187.50

01/21/04 JMA Appeal - phone - C. Marraro re: mediation       .30   112.50
             issues

01/21/04 JMA Phone - C. Marraro re: Work Plan issues         .30   112.50

01/21/04 JMA Phone - DEP Asst. Commissioner's office         .10    37.50

W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680                Page    12
INVOICE NO.             22527


01/21/04 JMA Phone - C. Marraro re: Work Plan issues          .20     75.00

01/21/04 JMA Review notes for meeting with Special Master     .40    150.00
             re: documents to be provided; letter to M.
             Daneker

01/21/04 JMA Letter to B. Mueller re: work Plan papers        .20     75.00

01/21/04 JMA Receipt and Review C. Marraro letter to T.       .20     75.00
             Milch re: License Agreement

01/21/04 JMA Receipt and review Judge Cavanaugh's Amended     .30    112.50
             Opinion

01/21/04 JMA Phone - C. Marraro re: Work Plan issues          .20     75.00

01/21/04 MEF Conference with JMA re: 1/20/04 meeting with     .30     75.00
             special master

01/21/04 MEF T/c with B. Hughes re: RCRA Fee Petition -       .40    100.00
             hearing and info re: reply to Honeywell
             argument re: ICO/ECARG RCRA cases

01/22/04 JMA Receipt and review letter from Parsons to Louis  .20     75.00
             Berger Group re: Field Data Sediments

01/22/04 JMA Receipt and review email from C. Salonish re:    .10     37.50
             1/8/04 conference call

01/22/04 JMA Receipt and review letter from Parsons to Louis  .30    112.50
             Berger Group re: groundwater sampling
             methodology

01/22/04 JMA Receipt and review memo re: need to amend        .50    187.50
             Special Master's Order to comply with Amended
             Rule 53

01/22/04 JMA Receipt and review letter from K. Millian to     .20     75.00
             Special Master

01/22/04 JMA Receipt and review email from M. Daneker re:     .20     75.00
             samples to TSDFs

01/22/04 JMA Review COPR sample list for RFP                  .30    112.50

01/22/04 JMA Receipt and review email from C. Salonish        .20     75.00
             (Honeywell Representative)

W.R. GRACE & COMPANY                                      February 6, 2004
Client No.              734680                     Page      13
INVOICE NO.             22527


01/22/04 JMA Phone - C. Marraro re: Work Plan                .30    112.50

01/23/04 JMA Phone - C. Marraro re: Work Plan                .30    112.50

01/23/04 JMA Phone - E. Hahn's secretary                     .10     37.50

01/23/04 JMA Phone - C. Marraro re: transportation issues    .20     75.00

01/23/04 JMA Phone - E. Hahn's secretary                     .10     37.50

01/23/04 JMA Phone - E. Hahn                                 .20     75.00

01/23/04 JMA Phone -- E. Hahn's secretary                    .10     37.50

01/23/04 JMA Phone - C. Marraro re: Work Plan issues         .50    187.50

01/24/04 JMA Phone - C. Marraro re: Work Plan                .30    112.50

01/24/04 JMA Review Judge Cavanaugh Decision and DEP        1.80    675.00
             regulations re: DEP meeting

01/26/04 JMA Phone - C. Marraro re: Work Plan issues         .40    150.00

01/26/04 JMA Receipt and review letter from M. Daneker to    .30    112.50
             Special Master

01/26/04 RCS Assist John Agnello, Esq. in preparation for   3.50    787.50
             meeting on remediation issues.

01/27/04 JMA Review trial exhibits for meeting with DEP     1.20    450.00

01/27/04 JMA Conference with C. Marraro re: meeting with DEP .60    225.00

01/27/04 JMA Attend meeting with DEP re:                    5.50   2062.50
             permitting/jurisdiction issues

01/27/04 JMA Phone conference with C. Marraro and R.         .50    187.50
             Senftleben re: DEP issues

01/27/04 JMA Conference with MEF re: cancellation of 1/28/04 .30    112.50
             mediation

01/27/04 JMA Receipt and review emails (3) from Judge        .50    187.50
             Ackerman's clerk re: cancellation and
             rescheduling mediation

01/27/04 JMA Phone - counsel for Special Master             .10     37.50

W.R. GRACE & COMPANY                                    February 6, 2004
Client No.                    734680          Page        14
INVOICE NO.                   22527

01/27/04 JMA Conference with C. Marraro re: Work Plan issues  2.00   750.00

01/27/04 JMA Conference with MEF re: rescheduling mediation    .20    75.00

01/27/04 MEF Phone with K. Millian re: mediation (3)           .40   100.00

01/27/04 MEF Review emails from D. Webber of Judge             .40   100.00
             Ackerman's chambers re: mediation (3)

01/27/04 MEF Phone with D. Webber of Judge Ackerman's re:      .20    50.00
             mediation; phone with JMA re: mediation

01/27/04 MEF Phone with CHM re: rescheduling mediation         .10    25.00

01/27/04 MEF T/c with L. Thomas re: rescheduling mediation     .20    50.00

01/27/04 MEF Phone with K. Millian re: rescheduling            .20    50.00
             mediation

01/27/04 LF  Continue review of Jersey City tax maps re:       .50    45.00
             transportation issues

01/28/04 JMA Review sample RFP submitted to TSDFs with         .70   262.50
             attachments

01/28/04 JMA Receipt and review letter from Parsons to        1.00   375.00
             Special Master with site inspections reports
             for 11/3/03, 11/17/03, 21/1/03, 12/15/03

01/28/04 JMA Phone - C. Marraro re: Work Plan issues           .50   187.50

01/28/04 JMA Conference with RCS re: comparison of deadline    .30   112.50
             dates in Work Plan submission

01/28/04 JMA Phone - counsel for Special Master re: Work       .40   150.00
             Plan issues

01/28/04 JMA Phone - C. Marraro re: Work Plan issues           .20    75.00

01/28/04 JMA Review of and comments to Special Master Report  2.70  1012.50
             and Recommendation re: Work Plan to be approved
             by Court

01/28/04 RCS Remedial Action Workplan- Meeting with John       .40    90.00
             Agnello, Esq. regarding comparison of parties
             deadline dates for Remedial Action Workplan.

W.R. GRACE & COMPANY                                    February 6, 2004
Client No.                734680              Page      15
INVOICE NO.               22527

01/28/04 RCS Remedial Action Workplan- review all parties      1.20    270.00
             submissions to the Court.

01/28/04 RCS Remedial Action Workplan- Prepare draft chart     1.50    337.50
             comparing all parties' tasks and deadline
             dates.

01/28/04 RCS Remedial Action Workplan- Review Special          1.50    337.50
             Master's comparison chart against ICO/ECARGS
             and Honeywell's submissions filed with Court
             for accuracy.

01/28/04 RCS Telephone communication to Thomas Pasuit, Esq.     .20     45.00
             regarding Special Master's Proposed Remediation
             Schedule Comparison.

01/29/04 JMA Phone - C. Marraro and A. Nagy re: development    1.00    375.00
             issues

01/29/04 JMA Phone - C. Marraro re: Work Plan issues            .80    300.00

01/29/04 JMA Phone - C. Marraro and K. Millian re: comments     .40    150.00
             to Special Master's Work Plan

01/29/04 JMA Draft ECARG portion of joint comments to          1.00    375.00
             Special Master's Work Plan

01/29/04 JMA Receipt and review memo from Langan re:            .40    150.00
             development issues

01/29/04 JMA Revise joint comments to Special Master's Work     .70    262.50
             Plan

01/29/04 JMA Phone - C. Marraro re: Work Plan                   .30    112.50

01/29/04 JMA Phone - A. Nagy, H. McGuire, C. Marraro re:        .80    300.00
             development issues

01/29/04 JMA Phone - A. Nagy and C. Marraro re: development     .80    300.00
             issues

01/29/04 JMA Phone - C. Marraro re: comments to Special        1.00    375.00
             Master's Work Plan

01/29/04 JMA Phone - A. Nagy, C. Marraro, Langa re:             .50    187.50
             development issues

W.R. GRACE & COMPANY                                    February 6, 2004
Client No.                    734680              Page      16
INVOICE NO.                   22527


01/29/04 RCS Remedial Action Workplan- receipt and review of    .20    45.00
             Special Master's Comparison Workplan Chart
             submitted electronically from Thomas Pasuit,
             Esq.

01/29/04 RCS Correspondence to Chris Marraro, Esq. regarding    .20    45.00
             Special Master's Remedial Action Workplan.

01/29/04 LF  Continue review of Jersey City tax maps re:        .30    27.00
             transportation issues

01/30/04 JMA Phone - C. Marraro re: ECARG comments to           .30   112.50
             Special Master's Work Plan

01/30/04 JMA Review C. Marraro revisions to ECARG comments      .20    75.00

01/30/04 JMA Phone - C. Marraro re: sediment sampling           .20    75.00
             results

01/30/04 JMA Letter to K. Brown re: sediment sampling           .20    75.00

01/30/04 JMA Revsions to ICO portion of joint comments to      1.00   375.00
             Special Master's Work Plan

01/30/04 JMA Review of and comments to plaintiffs' portion     1.30   487.50
             of joint comments to Special Master's Work Plan

01/30/04 JMA Phone - C. Marraro re: plaintiffs' portion of      .80   300.00
             joint comments

01/30/04 JMA Revisions to joint comments to Special Master's   2.30   862.50
             Work Plan

01/30/04 MEF Email from Judge Ackerman's chambers re:           .10    25.00
             mediation

01/30/04 MEF Revise draft response to Special Master Work      1.10   275.00
             Plan

01/30/04 RCS Remedial Action Workplan- review and proof read    .40    90.00
             ICO/ECARG Response to Special Master's
             Workplan.

01/30/04 RCS Remedial Action Workplan- prepare chart            .30    67.50
             amending Special Master's Chart to include
             ICO/ECARG's task numbers.

W.R. GRACE & COMPANY                                  February 6, 2004
Client No.                734680                      Page      17
INVOICE NO.               22527


01/30/04 LF   Complete review of Jersey City tax maps and      3.30    297.00
              prepare index re: transportation issues

01/31/04 MEF  Receipt and review emails from CHM re:            .30      75.00
              revisions to draft letter and chart re:
              response to Special Master proposed work plan

01/31/04 MEF  Email to K. Millian re: revisions to chart and   .40     100.00
              letter by CHM and additional revisions to
              letter

                                          Subtotal:        -------------
                                                             62893.50


## Fee Application, Applicants


01/06/04 MEF  Pacer search - status of CNO for November 2003   .20      50.00

01/09/04 MEF  Fee Application - email to P. Cuniff re:         .20      50.00
              CNO-21st fee application

01/10/04 MEF  Fee Application - review December 2003 fee       .60     150.00
              detail

01/10/04 MEF  Fee Application - begin preparing 22nd fee      1.00     250.00
              application

01/12/04 MEF  Fee Application - review revised fee detail      .50     125.00

01/12/04 MEF  Fee Application - continue preparing 22nd fee   1.00     250.00
              application

01/14/04 MEF  PACER search - CNO for 21st monthly fee          .20      50.00
              application

01/14/04 MEF  Email to P. Cuniff re: CNO for 21st monthly fee  .20      50.00
              application

01/16/04 JMA  Fee Application - review and execute Carella      .70     262.50
              Byrne 22nd monthly application

01/16/04 JMA  Conference with MEF re: 22nd monthly fee         .30     112.50
              application

01/16/04 MEF  Finalize 22nd Monthly Fee Application            .50     125.00

W.R. GRACE & COMPANY                          February 6, 2004
Client No.                734680             Page      18
INVOICE NO.               22527

01/16/04 MEF Letter to P. Cuniff re: 22nd Monthly Fee          .20    50.00
             Application

01/16/04 MEF PACER search - CNO for 21st monthly fee          .30    75.00
             application

01/20/04 MEF Pacer search - CNO for 21st monthly fee          .20    50.00
             application

01/20/04 MEF Email to P. Cuniff re: status of filing CNO for  .20    50.00
             21st monthly fee application

01/24/04 MEF Pacer search - 21st CNO and 22nd fee             .20    50.00
             application

01/24/04 MEF Email to P. Cuniff re: CNO - 21st monthly fee    .20    50.00
             application

01/26/04 MEF Email from S. Bossay re: Fee Auditor Initial     .20    50.00
             Report re: 10th Quarterly Fee Application

01/26/04 MEF Email to S. Bossay re: Fee Auditor Initial       .10    25.00
             Report re: 10th Quarterly

01/26/04 MEF Review Fee Auditor's Initial Report re: 10th     .40   100.00
             Quarterly Fee Application

01/27/04 MEF Fee Application - begin preparing response to    .50   125.00
             Fee Auditor's initial report - review previous
             fee applications

01/29/04 MEF PACER research - CNO re: November 2003 fee       .30    75.00
             application and December fee application filing

01/29/04 MEF Voice mail - P. Cuniff re: CNO                   .10    25.00

01/31/04 MEF PACER search - CNO for 21st fee application and  .20    50.00
             22nd fee application

01/31/04 MEF Email to D. Carickhoff re: status of CNO for     .30    75.00
             21st fee application and filing of 22nd fee
             application

                                        Subtotal:    ------------
                                                        2325.00

W.R. GRACE & COMPANY
Client No.            734680
INVOICE NO.           22527

February 6, 2004
Page      19

**Travel Non-Work**

01/06/04 LF   Travel non-work - Travel to/from Tax Assessors'   1.80     81.00
              (Jersey City and Newark Office) re:
              transportation issues

                                    **Subtotal:**     ------------
                                                         81.00

Total Fees:                                          ------------
                                                      65,299.50

W.R. GRACE & COMPANY
Client No.          734680
INVOICE NO.         22527

February 6, 2004
Page     21

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*     RATE   HOURS              FEES
J M AGNELLO                       375.00  115.50         43312.50
M E FLAX                          250.00   71.10         17775.00
RC SCRIVO                         225.00   13.60          3060.00
LAURA FLORENCE                     90.00   13.70          1152.00
                      TOTALS              213.90         65299.50
```

**EXHIBIT B**

```
W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680                Page      20
INVOICE NO.             22527
```

        Disbursements


Messenger

```
01/15/04 Messenger ON TIME 1/8                     35.45
01/16/04 Messenger MERCURY 1/13/04                 33.00
01/29/04 Messenger MERCURY 1/14/04                 33.00
01/29/04 Messenger MERCURY 1/15/04                 52.50
01/29/04 Messenger MERCURY 1/15/04                 12.50
01/29/04 Messenger MERCURY 1/15/04                 25.00

                              SUBTOTAL:           191.45
```

Travel Expense

```
01/14/04 Travel Expense L. FLORENCE 1/7            43.28
              (copy charges, mileage, parking)

                              SUBTOTAL:            43.28
```

Costs Advanced
(Outside Copies)

```
01/08/04 Costs Advanced - CITY OF JERSEY CITY 1/8/04    25.00
01/13/04 Costs Advanced - CITY OF NEWARK 1/13/04         5.00
01/14/04 Costs Advanced - CITY OF JERSEY CITY 1/14/04    5.00

                              SUBTOTAL:            35.00

01/31/04 Photocopies                             250.65
01/31/04 Faxes                                    72.00
01/31/04 Telephone                               248.29
01/31/04 Computer Searches                        23.28
01/31/04 Federal Express                         174.50
                                                -------------
Total Costs                                        1,038.45
                                                -------------
Total Due this Matter                             66,337.95
=============
```

3399

# EXPENSE FORM

**NAME: Laura Florence**

WEEK ENDING: _____

(To total each column, highlight "0" in TOTAL, Press F9)

| ITEM | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTAL |
|------|-----|-----|-----|-----|------|-----|-----|-------|
| | | | | | | | | 0 |
| Meals | | | | | | | | 0 |
| Airfare | | | 13.28 | | | | | 13.28 |
| Mileage | | | 58.7 | | | | | 0 |
| | | | | | | | | 0 |
| Origination | | | Roseland | | | | | 0 |
| Destination | | | Newark/ Jersey City | | | | | |
| Parking | | | $5.00 | | | | | 5.0 |
| Tolls | | | | | | | | 0 |
| Entertain. | | | | | | | | 0 |
| Tips | | | | | | | | 0 |
| Misc.(Path Train) | | | | | | | | 0 |
| Copying | | | $25.00 | | | | | 25. |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |

43.28

| NON RELEASED EXPENSE | | | | | |
|------|------|------|------|------|------|
| Date | Item | Desc. | Paid By | Client to be billed | |
| | | | | | |
| | | | | | |

| ALLOCATION TO CLIENT | | | | | |
|------|------|------|------|------|------|
| Client/Matter Name | Client/Matter # | Payable To | Total Amount | Rec? | Bill |
| W.R. Grace/Honeywell | 734680.1 | 1/6/04 | ~~$30.00~~ mileage | ✓ | |
| | | | 43.28 | | |
| | | | | | |
| | | | | | |



5/1/04