# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) Objection Deadline: Apr. 13, 2004 at 4:00p.m. |
| | Hearing Date:   TDB only if necessary |

**SUMMARY COVERSHEET TO TWENTY-FOURTH MONTHLY INTERIM
APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART &
OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
FEBRUARY 1, 2003 THROUGH FEBRUARY 29, 2003**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | February 1, 2004 through February 29, 2004 |
| Amount of compensation sought as actual, reasonable and necessary | $39,287.50 for the period February 1, 2004 through February 29, 2004 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,975.32 for the period of February 1, 2004 through February 29, 2004 |

This is a:                      Monthly interim application

Prior Applications filed:      Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|-------|---------------------------|-------------|-----------|------|------|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Application Pending | Application Pending |

As indicated above, this is the twenty-fourth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 81.50 | $30,4562.50 |
| Melissa E. Flax | Partner | $250 | 16.90 | $4,225.00 |
| Robert C. Scrivo | Associate | $225 | 20.00 | $4,500.00 |

Total Fees          $39,287.50

Total Hours          118.40

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $21.75 |
| Westlaw/Pacer | $2,294.36 |
| Telephone | $420.71 |
| Faxes | $140.00 |
| FedEx | $46.50 |
| Travel | $17.00 |
| Messenger | $35.00 |
| Additional Staff Time | |
| Court Reporter (Hearing Transcript) | |
| Meals | |
| | |
| Total | $2,975.32 |

Dated:  March 9, 2004

**ATTACHMENT B**
**TO FEE APPLICATION**
**(February 1, 2004 through February 29, 2004)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 115.50 | $30,562.50 |
| Melissa E. Flax | Partner | $250 | 71.10 | $4,225.00 |
| Robert C. Scrivo | Associate | $225 | 13.60 | $4,500.00 |

| | |
|---|---|
| Grand Total: | $39,287.50 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $2,975.32 |
| Fee Applications, Applicant | 14.40 | $3,775.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 104.00 | $35,512.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $2,294.36 |
| Facsimile (with rates) | | $140.00 ($1.00 per page) |
| Long Distance Telephone | | $420.71 |
| In-House Reproduction | | $21.75 ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | JMA 1/27/04 (parking) | $17.00 |
| Out-Of-Town Travel<br><br>airfare<br>car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $46.50 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | $35.00 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |
| | | |

Dated: March 9, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan,

Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New

Jersey, the United States District Court for the District of New Jersey, the United States Court of

Appeals for the Third Circuit, the State of New York, the United States District Courts for the

Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G  C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 14th day of March, 2004

Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline:** Ap r. 13 2004 at 4:00p.m. |
| | | **Hearing Date :   TDB only if necessary** |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy·Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

March 10, 2004
Invoice No. 22861
Client No.  734680

For Professional Services Rendered through   02/29/04

Matter #          734680.1      VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| 01/07/04 JMA | Conference with MEF re: memo re: Rule 53 Amendments | .40 | 150.00 |
| 02/02/04 JMA | Phone - C. Marraro re: additional changes from K. Millian re: joint comments to Special Master Work Plan | .30 | 112.50 |
| 02/02/04 JMA | Review K. Millian changes | .30 | 112.50 |
| 02/02/04 JMA | Finalize joint comments to Special Master Work Plan | .40 | 150.00 |
| 02/02/04 JMA | Conference with MEF re: amending Special Master Order per Amended Rule 53 | .50 | 187.50 |
| 02/02/04 MEF | Conference with JMA re: Special Master order and memo | .50 | 125.00 |
| 02/02/04 MEF | Revise and finalize letter to Judge Cavanaugh re: response to Special Master Work Plan | .40 | 100.00 |
| 02/02/04 MEF | Email to K. Millian and CHM re: final version of Judge Cavanaugh letter | .20 | 50.00 |
| 02/02/04 MEF | Voice mail - K. Millian | .10 | 25.00 |
| 02/02/04 MEF | T/c with CHM re: filing with Judge Cavanaugh | .20 | 50.00 |
| 02/02/04 MEF | T/c with K. Millian re: final letter to Judge Cavanaugh | .10 | 25.00 |
| 02/03/04 JMA | Phone - counsel for Special Master | .10 | 37.50 |
| 02/03/04 JMA | Phone - C. Marraro re: permitting issues | .40 | 150.00 |
| 02/03/04 JMA | Phone - counsel for Special Master | .10 | 37.50 |
| 02/03/04 JMA | Phone - C. Marraro re: Work Plan issues | .40 | 150.00 |
| 02/03/04 JMA | Receipt and review email from K. Coakley re: conference call | .10 | 37.50 |

W.R. GRACE & COMPANY                                    March 10, 2004
Client No.                734680              Page       2
INVOICE NO.               22861

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/04 | JMA | Receipt and review email from K. Millian re: conference call | .10 | 37.50 |
| 02/04/04 | JMA | Phone - C. Marraro re: DEP issues | .30 | 112.50 |
| 02/04/04 | JMA | Phone - Special Master's counsel re: DEP issues | .20 | 75.00 |
| 02/04/04 | JMA | Receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 02/04/04 | JMA | Receipt and review Honeywell final comments memorandum re: Work Plan | 1.00 | 375.00 |
| 02/04/04 | JMA | Receipt and review Certification of P. Tarnawski and related documents | .40 | 150.00 |
| 02/04/04 | JMA | Receipt and review Certification of R. Mutch and related documents | .50 | 187.50 |
| 02/04/04 | JMA | Receipt and review Certification of R. Harris and related documents | .40 | 150.00 |
| 02/04/04 | JMA | Receipt and review Certification of C. Wood and related documents | .70 | 262.50 |
| 02/04/04 | JMA | Receipt and review Certification of P. Herzbrun and related documents | .40 | 150.00 |
| 02/04/04 | JMA | Receipt and review Certification of W. Cunningham and related documents | .40 | 150.00 |
| 02/04/04 | JMA | Review notes for conference call with counsel for Special Master | .40 | 150.00 |
| 02/04/04 | JMA | Conference call with counsel for Special Master and parties | .40 | 150.00 |
| 02/04/04 | JMA | Phone - C. Marraro and K. Millian re: DEP issues | .30 | 112.50 |
| 02/04/04 | JMA | Phone - C. Marraro re: DEP issues | .20 | 75.00 |
| 02/04/04 | JMA | Phone - K. Millian re: DEP issues | .10 | 37.50 |
| 02/04/04 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh re: Work Plan Hearing | .10 | 37.50 |
| 02/04/04 | JMA | Appeal - receipt and review email from Judge Ackerman's clerk | .10 | 37.50 |
| 02/04/04 | JMA | Receipt and review letter from M. Daneker to counsel for Special Master re: Protective Order | .50 | 187.50 |

```
W.R. GRACE & COMPANY                              March 10, 2004
Client No.            734680                      Page      3
INVOICE NO.           22861
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 02/04/04 | JMA | Receipt and review Protective Order and compare to prior Protective Order | .50 | 187.50 |
| 02/04/04 | MEF | Review Order appointing Special Master and compare to amended Rule 53 | .50 | 125.00 |
| 02/05/04 | JMA | Phone - R. Senftleben | .10 | 37.50 |
| 02/05/04 | JMA | Phone - counsel for Special Master re: DEP issues | .20 | 75.00 |
| 02/05/04 | JMA | Phone - C. Marraro re: Work Plan and mediation issues | .70 | 262.50 |
| 02/05/04 | JMA | Appeal - meeting with R. Senftleben re: mediation | 1.50 | 562.50 |
| 02/05/04 | JMA | Phone - M. Golladay - SI Group re: status update | .20 | 75.00 |
| 02/05/04 | MEF | Prepare memo to JMA re: May 20 order appointing Special Master and amended Rule 53 | .50 | 125.00 |
| 02/06/04 | JMA | Appeal - meeting with R. Senftleben and C. Marraro re: appeal | 1.00 | 375.00 |
| 02/06/04 | JMA | Appeal - attend mediation with Judge Ackerman | 5.00 | 1875.00 |
| 02/06/04 | JMA | Appeal - meeting with R. Senftleben and C. Marraro re: mediation issues | 2.00 | 750.00 |
| 02/06/04 | JMA | Draft letter re: Protective Order | .40 | 150.00 |
| 02/07/04 | JMA | Phone - C. Marraro re: Work Plan issues | .30 | 112.50 |
| 02/07/04 | JMA | Conference with RCS re: Rule 53 and Special Master powers | .30 | 112.50 |
| 02/07/04 | RCS | Fed. Rule Civ.. Pro. Rule 53 and Special Master Powers- meeting with John Agnello, Esq. regarding research assignment on powers of Special Master relative to NJDEP. | .20 | 45.00 |
| 02/07/04 | RCS | Fed. Rule Civ. Pro. 53 and Special Master Powers: research regarding Special Masters powers on cleanup oversight relative to NJDEP. | 4.00 | 900.00 |
| 02/08/04 | RCS | Fed. Rule Civ. Pro. 53 and Special Master powers over cleanup relative to NJDEP. | 6.00 | 1350.00 |
| 02/09/04 | JMA | Phone - counsel for Special Master re: Work Plan issues | .50 | 187.50 |

W.R. GRACE & COMPANY                                    March 10, 2004
Client No.              734680                          Page      4
INVOICE NO.             22861

| | | | | |
|---|---|---|---|---|
| 02/09/04 JMA | Receipt and review letter from T. Pasuit to Clerk | | .10 | 37.50 |
| 02/09/04 JMA | Receipt and review Special Master's Notice of Motion re: 8th Fee Application | | .20 | 75.00 |
| 02/09/04 JMA | Receipt and review Special Master's 8th Fee Application | | .70 | 262.50 |
| 02/09/04 JMA | Receipt and review proposed Order re: Special Master's 8th Fee Application | | .20 | 75.00 |
| 02/09/04 JMA | Letter to Judge Cavanaugh re: Special Master Fee Application | | .20 | 75.00 |
| 02/09/04 JMA | Receipt and review letter from KydroQual and Parsons to Louis Berger Group re: deep lacustrine acquifer | | .20 | 75.00 |
| 02/09/04 JMA | Phone - C. Marraro re: Work Plan issues | | .40 | 150.00 |
| 02/09/04 MEF | Phone with B. Lothian's office | | .20 | 50.00 |
| 02/09/04 MEF | Letter to B. Lothian re: transportation issues | | .20 | 50.00 |
| 02/09/04 MEF | Review Honeywell submission re: transportation issues | | .30 | 75.00 |
| 02/09/04 RCS | Rule 53 Special Master - continued research re: power of Special Master | | 3.00 | 675.00 |
| 02/10/04 JMA | Phone - K. Millian | | .20 | 75.00 |
| 02/10/04 JMA | Revise letter re: Protective Order | | .30 | 112.50 |
| 02/10/04 JMA | Phone - C. Marraro re: Work Plan issues | | .30 | 112.50 |
| 02/10/04 JMA | Receipt and review email from C. Salonish re: site inspection | | .10 | 37.50 |
| 02/10/04 JMA | Receipt and review letter from Parsons to Special Master with Site Inspection Report | | .30 | 112.50 |
| 02/10/04 JMA | Phone - M. Daneker | | .10 | 37.50 |
| 02/10/04 JMA | Receipt and review letter from D. Field re: oral argument | | .10 | 37.50 |
| 02/10/04 JMA | Phone - M. Daneker's secretary | | .10 | 37.50 |
| 02/10/04 RCS | Rule 53 Special Master - continue research re: Special Master's authority relative to DEP | | 2.50 | 562.50 |

W.R. GRACE & COMPANY                          March 10, 2004
Client No.              734680              Page      5
INVOICE NO.             22861


| | | | |
|---|---|---|---|
| 02/11/04 JMA | Phone - counsel for Special Master | .10 | 37.50 |
| 02/11/04 JMA | Phone - C. Marraro and M. Daneker | .20 | 75.00 |
| 02/11/04 JMA | Phone - counsel for Special Master re: Work Plan | .20 | 75.00 |
| 02/11/04 JMA | Receipt and review final revisions to Work Plan by M. Daneker | .60 | 225.00 |
| 02/11/04 JMA | Phone - counsel for Special Master | .20 | 75.00 |
| 02/11/04 JMA | Phone - C. Marraro, counsel for Special Master and M. Daneker re: Work Plan | .20 | 75.00 |
| 02/11/04 JMA | Receipt and review letter from Special Master counsel to Clerk | .10 | 37.50 |
| 02/11/04 JMA | Receipt and review of Special Master's revised Work Plan | 1.30 | 487.50 |
| 02/11/04 JMA | Compare Special Master revised Work Plan to Honeywell and Joint Final comments | .90 | 337.50 |
| 02/11/04 JMA | Phone - C. Marraro re: Special Master's Work Plan revisions | 1.00 | 375.00 |
| 02/11/04 JMA | Phone - C. Marraro, K. Millian and M. Daneker re: Work Plan | .80 | 300.00 |
| 02/11/04 MEF | Phone with B. Lothian re: Honeywell's opposition | .20 | 50.00 |
| 02/11/04 MEF | Review recent case law re: CERCLA contribution claims | .50 | 125.00 |
| 02/11/04 RCS | Rule 53 Special Master - prepare draft memorandum of law re: special master authority to oversee cleanup | 2.30 | 517.50 |
| 02/12/04 JMA | Receipt and review letter from counsel for Special Master re: DEP meeting | .20 | 75.00 |
| 02/12/04 JMA | Phone conference with C. Marraro and R. Senftleben | .40 | 150.00 |
| 02/12/04 JMA | Appeal - receipt and review letter from Judge Ackerman | .20 | 75.00 |
| 02/12/04 JMA | Appeal - letter to C. Marraro re: mediation | .10 | 37.50 |

```
W.R. GRACE & COMPANY                                    March 10, 2004
Client No.              734680                  Page       6
INVOICE NO.             22861
```

| | | | | |
|---|---|---|---|---|
| 02/12/04 | JMA | Phone - counsel for Special Master re: Work Plan | .30 | 112.50 |
| 02/12/04 | JMA | Phone - C. Marraro re: Work Plan | .30 | 112.50 |
| 02/12/04 | RCS | Rule 53- Special Master's issues- preparation of memorandum of law regarding amendment to Rule 53 enacted in December 2003. | 1.50 | 337.50 |
| 02/13/04 | JMA | Conference with C. Marraro re: review of RCRA Fee Petition | 4.70 | 1762.50 |
| 02/13/04 | JMA | Conference with C. Marraro re: Protective Order issues | .90 | 337.50 |
| 02/13/04 | JMA | Conference with C. Marraro re: License Agreement issues | 1.40 | 525.00 |
| 02/13/04 | JMA | Conference with C. Marraro re: Work Plan issues | 1.00 | 375.00 |
| 02/13/04 | JMA | Phone conference with C. Marraro and M. Daneker re: Consent Order - Work Plan | .20 | 75.00 |
| 02/13/04 | JMA | Conference with C. Marraro re: review of final version of Work Plan/Consent Order | .50 | 187.50 |
| 02/13/04 | JMA | Execute Consent Order re: Final Work Plan and memo transmitting signature page | .20 | 75.00 |
| 02/13/04 | JMA | Phone conference with A. Nagy and C. Marraro re: development and Work Plan issues | .50 | 187.50 |
| 02/13/04 | RCS | Remedial Action workplan- prepare charts regarding Honeywell, ICO/ECARG and Special Master's  timetable for cleanup showing ICO/ECARG's task assignment numbers. | .30 | 67.50 |
| 02/13/04 | RCS | Remedial Action Workplan- memorandum to John Agnello, Esq. and Chris Marraro, Esq. regarding chart of Honeywell, ICO/ECARG and Special Master's timetable for cleanup showing ICO/ECARG's task assignment numbers. | .20 | 45.00 |
| 02/14/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: drilling delays | .20 | 75.00 |
| 02/14/04 | JMA | Receipt and review letter from Louis Berger Group to Parsons re: Honeywell Progress Report No. 8 | .20 | 75.00 |
| 02/14/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: sampling data | .20 | 75.00 |

W.R. GRACE & COMPANY                              March 10, 2004
Client No.              734680                    Page    7
INVOICE NO.             22861

02/14/04 JMA Receipt and review email from C. Salonish with    .10    37.50
             Parsons letter to Louis Berger Group

02/14/04 JMA Receipt and review Parsons letter re: sampling    .20    75.00
             for mediation

02/14/04 JMA Receipt and review email from C. Salonish with    .10    37.50
             Parsons letter to Louis Berger Group

02/14/04 JMA Receipt and review letter from T. Pasuit re:      .10    37.50
             Special Master's Fourth Progress Report

02/14/04 JMA Receipt and review Fourth Progress Report of      .70    262.50
             Special Master

02/14/04 JMA Receipt and review Order granting Special         .20    75.00
             Master's Seventh Fee Application

02/14/04 JMA Receipt and review email from Louis Berger        .10    37.50
             Group

02/14/04 JMA Receipt and review Louis Berger Group letter to   .30    112.50
             Parsons re: VAS Program

02/17/04 JMA Phone - C. Marraro and K. Millian re:            .30    112.50
             Protective Order

02/17/04 JMA Phone - C. Marraro and K. Millian re:            .30    112.50
             additional testing by Honeywell

02/17/04 JMA Phone - C. Marraro re: Protective Order          .40    150.00

02/17/04 JMA Phone - C. Marraro re: License Agreement issues  .60    225.00

02/17/04 JMA Receipt and review draft response by K. Millian  .30    112.50
             re: Protective Order

02/17/04 JMA Phone conference with C. Marraro re: Protective  .40    150.00
             Order

02/17/04 JMA Phone conference with C. Marraro and K. Millian  .50    187.50
             re: Protective Order

02/17/04 JMA Phone conference with C. Marraro, K. Millian     .50    187.50
             and M. Daneker re: Protective Order

02/17/04 JMA Phone - counsel for Special Master              .30    112.50

02/17/04 JMA Phone - C. Marraro re: meeting with Jersey City  .20    75.00

02/17/04 JMA Phone - C. Marraro re: Protective Order and      .30    112.50
             License Agreement issues

```
W.R. GRACE & COMPANY                              March 10, 2004
Client No.              734680                    Page      8
INVOICE NO.             22861
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 02/18/04 | JMA | Meeting with C. Marraro re: development issues | 1.00 | 375.00 |
| 02/18/04 | JMA | Meeting with A. Nagy, C. Marraro, H. McGuire re: development issues | .70 | 262.50 |
| 02/18/04 | JMA | Meeting with A. Nagy, C. Marraro, H. McGuire and M. Munley (Jersey City) re: development issues | .80 | 300.00 |
| 02/18/04 | JMA | Meeting with A. Nagy, C. Marraro, H. McGuire re: development issues | 3.00 | 1125.00 |
| 02/18/04 | JMA | Site visit with C. Marraro | 2.50 | 937.50 |
| 02/18/04 | JMA | Meeting with C. Marraro re: Work Plan and development issues | 1.70 | 637.50 |
| 02/18/04 | JMA | Receipt and review email from M. Daneker re: DEP meeting | .10 | 37.50 |
| 02/18/04 | JMA | Receipt and review email from C. Marraro re: DEP meeting | .10 | 37.50 |
| 02/18/04 | JMA | Receipt and review email from T. Pasuit re: Special Master meeting with DEP | .10 | 37.50 |
| 02/18/04 | JMA | Receipt and review email from R. Senftleben | .10 | 37.50 |
| 02/19/04 | JMA | Mediation - receipt and review letter from Judge Ackerman | .20 | 75.00 |
| 02/19/04 | JMA | Mediation - phone - C. Marraro re: mediation issues | .30 | 112.50 |
| 02/19/04 | JMA | Phone - C. Marraro re: Work Plan issues | .30 | 112.50 |
| 02/19/04 | JMA | Receipt and review letter from C. Marraro to T. Milch | .20 | 75.00 |
| 02/20/04 | JMA | Receipt and review email from H. Hall at Louis Berger Group | .10 | 37.50 |
| 02/20/04 | JMA | Receipt and review letter from T. Lewis to Parsons re: site submittals | .30 | 112.50 |
| 02/20/04 | JMA | Receipt and review site submittals charts for January | .50 | 187.50 |
| 02/20/04 | JMA | Receipt and review memo from Langan re: soils | .30 | 112.50 |
| 02/20/04 | JMA | Receipt and review letter from M. Caffrey to Judge Cavanaugh with executed Work Plan Order | .20 | 75.00 |

```
W.R. GRACE & COMPANY                                    March 10, 2004
Client No.              734680                          Page      9
INVOICE NO.             22861
```

| | | | |
|---|---|---|---|
| 02/20/04 JMA Receipt and review memo from RCS with Work Plan schedule chart comparison | .30 | 112.50 |
| 02/20/04 JMA Appeal - phone - C. Marraro re: mediation issues | .40 | 150.00 |
| 02/20/04 JMA Phone - C. Marraro and T. Milch re: License Agreement issues | .40 | 150.00 |
| 02/20/04 JMA Phone - C. Marraro re: License Agreement issues | .30 | 112.50 |
| 02/20/04 JMA Phone - counsel for Special Master | .40 | 150.00 |
| 02/20/04 JMA Phone - C. Marraro re: Remediation Work Plan issues | .30 | 112.50 |
| 02/23/04 JMA Receipt and review email from C. Salonish | .10 | 37.50 |
| 02/23/04 JMA Receipt and review letter from Parsons to Special Master re: Honeywell Ninth Progress Report | .10 | 37.50 |
| 02/23/04 JMA Receipt and review Honeywell Ninth Progress Report | .80 | 300.00 |
| 02/23/04 JMA Meeting with C. Marraro re: Remediation Work Plan issues | 2.00 | 750.00 |
| 02/23/04 JMA Appeal - meeting with C. Marraro re: appeal issues | 2.00 | 750.00 |
| 02/23/04 JMA Phone - C. Marraro re: development issues | .20 | 75.00 |
| 02/24/04 JMA Receipt and review email from C. Marraro to K. Brown | .10 | 37.50 |
| 02/24/04 JMA Receipt and review email from T. Pasuit re: scheduling | .10 | 37.50 |
| 02/24/04 JMA Receipt and review Stipulated Order approving Work Plan entered by Court | .20 | 75.00 |
| 02/24/04 JMA Phone - C. Marraro re: scheduling issues | .30 | 112.50 |
| 02/24/04 JMA Phone - C. Marraro re: scheduling issues | .20 | 75.00 |
| 02/24/04 JMA Receipt and review email re:schedule of meetings with Special Master and DEP | .20 | 75.00 |
| 02/24/04 JMA Review Work Plan Order for RAA deadlines | .30 | 112.50 |

W.R. GRACE & COMPANY                                    March 10, 2004
Client No.              734680                    Page      10
INVOICE NO.             22861

02/24/04 JMA Appeal - review of and comments to letter to      .40    150.00
             Mediation Director

02/25/04 JMA Appeal - Phone conference with C. Marraro re:     .40    150.00
             revisions to letter to Torregrossa

02/25/04 JMA Phone - C. Marraro re: Remedial Work Plan         .40    150.00
             issues

02/25/04 JMA Appeal - phone - C. Marraro re: mediation         .60    225.00
             strategy

02/25/04 JMA Appeal - receipt and review letter from L.        .20     75.00
             Thomas to J. Torregrossa

02/25/04 JMA Receipt and review letter from C. Marraro to      .20     75.00
             Torregrossa

02/26/04 JMA Receipt and review email from M. Daneker re:      .30    112.50
             Protective Order

02/26/04 JMA Review of and comments to revised Protective     1.00    375.00
             Order prepared by K. Millian

02/27/04 JMA Receipt and review letter from Parsons re:        .10     37.50
             design investigation report

02/27/04 JMA Phone - L Thomas re: Protective Order             .10     37.50

02/27/04 JMA Phone - R. Senftleben re: status                  .10     37.50

02/27/04 JMA Phone - M. Daneker re: Protective Order           .10     37.50

02/27/04 JMA Receipt and review Order granting special         .20     75.00
             Master's Eighth Fee Application

02/27/04 JMA Phone - C. Marraro re: Protective Order issues    .40    150.00

02/27/04 JMA Phone - C. Marraro re: scheduling                 .30    112.50

02/27/04 JMA Phone - C. Marraro and L. Thomas re: Protective   .20     75.00
             Order

02/27/04 JMA Review all Protective Order drafts and           1.20    450.00
             correspondence for conference call re: same

02/27/04 JMA Phone conference with C. Marraro and K. Millian   .50    187.50
             re: Protective Order issues

02/27/04 JMA Phone - C. Marraro and M. Daneker re:             .10     37.50
             Protective Order issues

```
W.R. GRACE & COMPANY                              March 10, 2004
Client No.              734680              Page      11
INVOICE NO.             22861
```

02/27/04 JMA Phone - C. Marraro re: scheduling issues          .30    112.50

02/28/04 JMA Receipt and review - RAA - Barrier Wall and      2.70   1012.50
             Groundwater Mondeling Report

02/29/04 JMA Phone - C. Marraro re: meeting with DEP           .30    112.50

                                          Subtotal:                 35,512.50

## Fee Applications, Applicants

02/01/04 MEF Email from D. Carickhoff re: status of CNO and    .10     25.00
             monthly fee application

02/01/04 MEF Draft response to Fee Auditor initial report      .80    200.00
             re: CBBG's 10th Quarterly fee application

02/02/04 MEF Email from S. Bossay re: 10th Quarterly Project   .10     25.00
             and Expense Report

02/02/04 MEF Email to S. Bossay re: 10th Quarterly Project     .10     25.00
             and Expense Report

02/03/04 JMA Review of and comments to fee auditor initial     .30    112.50
             report - 10th quarterly fee application

02/03/04 JMA Review and revise response to fee auditor         .30    112.50

02/03/04 MEF Revise response to Fee Auditor initial report    1.00    250.00
             re: 10th Quarterly Fee Application

02/03/04 MEF Letter to W. Smith re: CBBG response to Fee       .20     50.00
             Auditor initial report re: 10th Quarterly Fee
             Application

02/03/04 MEF Email to S. Bossay re: CBBG response to Fee       .20     50.00
             Auditor initial report re: 10th Quarterly Fee
             Application

02/03/04 MEF Prepare 11th Quarterly Fee Application           2.10    525.00

02/04/04 MEF Email from/to D. Carickoff re: CNO for November   .20     50.00
             2003 fee application and filing of December
             2003 fee application

02/04/04 MEF PACER search - CNO for November 2003             .20     50.00

02/04/04 MEF Review CNO for November 2003 fees and expenses    .20     50.00

W.R. GRACE & COMPANY                                    March 10, 2004
Client No.              734680                  Page        12
INVOICE NO.             22861


02/04/04 MEF Fee Application - review January 2004 Fee         .60     150.00
             Detail

02/05/04 JMA Fee Application - receipt and review              .20      75.00
             Certification of No Objection re: Carella Byrne
             November 2003 fee application

02/06/04 MEF Review revised fee detail for January 2004        .30      75.00

02/06/04 MEF Review fee auditor's Final Report regarding       .30      75.00
             10th Quarterly Fee Application

02/06/04 MEF Email to P. Cuniff re: December 2003 monthly      .10      25.00
             fee application

02/06/04 MEF PACER search - December 2003 fee application      .20      50.00

02/06/04 MEF Prepare 23rd monthly fee application             1.80     450.00

02/09/04 MEF Letter to P. Cuniff re: 22d and 23rd Monthly      .30      75.00
             Fee Applications

02/11/04 MEF PACER search - December 2003 fee application      .40     100.00

02/11/04 MEF Email to P. Cuniff re: status of December 2003    .30      75.00
             fee application filing and January 2003 fee
             application

02/11/04 MEF Email from P. Cuniff re: December and January     .20      50.00
             Fee Applications

02/11/04 MEF Fee Application - continue preparing 11th        1.00     250.00
             Quarterly Fee Application

02/11/04 MEF Review status of fee applications and payments    .50     125.00

02/13/04 JMA Fee Application - review of and comments to       .40     150.00
             11th quarterly fee application

02/13/04 JMA Conference with MEF re: 11th quarterly fee        .20      75.00
             application

02/13/04 MEF Finalize 11th Quarterly Fee Application           .90     225.00

02/13/04 MEF Letter to P. Cuniff re: 11th Quarterly Fee        .20      50.00
             Application

02/13/04 MEF Conference with JMA re: 11th Quarterly Fee        .20      50.00
             Application

```
W.R. GRACE & COMPANY                                    March 10, 2004
Client No.                    734680              Page       13
INVOICE NO.                   22861
```

```
02/27/04 MEF Review email from S. Bossay re: Exhibit A -        .30      75.00
             fees and expenses and project category
             spreadsheet

02/27/04 MEF Email to S. Bossay re: project category           .20      50.00
             spreadsheet

                                                        ------------
                                          Subtotal:        3,775.00


                                                        ------------
Total Fees:                                               39,287.50
```

```
W.R. GRACE & COMPANY                          March 10, 2004
Client No.              734680                Page     15
INVOICE NO.             22861
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE   HOURS            FEES
J M AGNELLO                      375.00   81.50        30562.50
M E FLAX                         250.00   16.90         4225.00
RC SCRIVO                        225.00   20.00         4500.00
                        TOTALS            118.40       39287.50
```

**EXHIBIT B**

W.R. GRACE & COMPANY                               March 10, 2004
Client No.                734680                   Page       14
INVOICE NO.               22861


          Disbursements


Messenger

02/09/04 Messenger MERCURY 2/2                           35.00

                                        SUBTOTAL:       35.00

Travel Expense

01/30/04 Travel Expense JMA 1/27                         17.00
             (parking)

                                        SUBTOTAL:       17.00

02/29/04 Photocopies                                    21.75
02/29/04 Faxes                                         140.00
02/29/04 Telephone                                     420.71
02/29/04 Computer Searches                            2294.36
02/29/04 Federal Express                                46.50
                                                  --------------
Total Costs                                                2,975.32
                                                  --------------

Total Due this Matter                                    42,262.82
=============