# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )     Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | )     Case No. 01-01139 (JKF) |
| | )     (Jointly Administered) |
| Debtors. | ) **Objection Deadline: May. 10, 2004 at 4:00p.m.** |
| | **Hearing Date:    TDB only if necessary** |

**SUMMARY COVERSHEET TO TWENTY-FIFTH MONTHLY INTERIM
APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART &
OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
MARCH 1, 2003 THROUGH MARCH 31, 2003**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | March 1, 2004 through March 31, 2004 |
| Amount of compensation sought as actual, reasonable and necessary | $35,380.00 for the period March 1, 2004 through March 31, 2004 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $877.91 for the period of March 1, 2004 through March 31, 2004 |

This is a:                     Monthly interim application

Prior Applications filed:      Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|-------|---------------------------|-------------|-----------|------|------|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
|------|---------------------------|------------|---------|------|------|
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Application Pending | Application Pending |
| ¼ | 02/01/04 through 02/29/04 | $31,430.00 | $2,975.32 | Application Pending | Application Pending |

As indicated above, this is the twenty-fifth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 89.50 | $33,562.50 |
| Melissa E. Flax | Partner | $250 | 7.00 | $1,750.00 |
| Robert C. Scrivo | Associate | $225 | .30 | $67.50 |

Total Fees      $35,380.00

Total Hours      96.80

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $69.90 |
| Westlaw/Pacer | $154.16 |
| Telephone | $99.88 |
| Faxes | $182.00 |
| FedEx | $31.00 |
| Travel | |
| Messenger | $96.54 |
| Additional Staff Time | |
| Court Reporter (Hearing Transcript) | |
| Meals | $244.43 |
| | |
| Total | $877.91 |

Dated:  April 8, 2004

**ATTACHMENT B**
**TO FEE APPLICATION**
**(March 1, 2004 through March 30, 2004)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 89.50 | $33,562.50 |
| Melissa E. Flax | Partner | $250 | 7.00 | $1,750.00 |
| Robert C. Scrivo | Associate | $225 | .30 | $67.50 |

| Grand Total: | | | | $35,380.00 |
|---|---|---|---|---|
| Blended Rate: | | | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $877.91 |
| Fee Applications, Applicant | 5.80 | $1,537.50 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 91.00 | $33,842.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

**EXPENSE SUMMARY**

| Expense Category (Examples) | Service Provider (If applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $154.16 |
| Facsimile (with rates) | | $182.00 ($1.00 per page) |
| Long Distance Telephone | | $99.88 |
| In-House Reproduction | | $69.90 ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | JMA 1/27/04 (parking) | |
| Out-Of-Town Travel<br><br>    airfare<br>    car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $31.00 |
| Postage | | |
| Other (Explain) - Working meal | 3/11/04 JMA, MEF, CHM, A. NAGY, K. BROWN | $244.43 |
| Messenger | | $96.54 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |

Dated:  April 8, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )      Chapter 11
                                                )
W. R. GRACE & CO. et al.[1]                     )      Case No. 01-01139 (JKF)
                                                )      (Jointly Administered)
            Debtors.                            )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 27th day of April, 2004

_____

Notary Public

My Commission Expires:

JEANNE A. SPERA
A Notary Public Of New Jersey
My Commission Expires August 13, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                )
                                      )        Chapter 11
                                      )
W. R. GRACE & CO. et al.[1]           )        Case No. 01-01139 (JKF)
                                      )        (Jointly Administered)
          Debtors.                    )  Objection Deadline: May./0, 2004 at 4:00p.m.
                                               Hearing Date :  TDB only if necessary


**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM MARCH 1, 2004 THROUGH MARCH 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: May.  , 2004 at 4:00p.m. |
| | | Hearing Date :  TDB only if necessary |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**E X H I B I T  A**

W.R. GRACE & COMPANY                          April 8, 2004
5400 BROKEN SOUND BLVD., N.W.                 Invoice No. 23161
BOCA RATON, FL 33487                          Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


For Professional Services Rendered through   03/31/04

Matter #          734680.1          VS. HONEYWELL INTERNATIONAL


**Litigation and Litigation Consulting**


| Date | | Description | Hours | Amount |
|------|---|------------|-------|--------|
| 03/01/04 | JMA | Receipt and review letter from Parsons re: RAA - Perimeter Wall | .20 | 75.00 |
| 03/01/04 | JMA | Preliminary review of Groundwater Modeling Report  re: Perimeter Wall selection | 1.30 | 487.50 |
| 03/01/04 | JMA | Review file for meeting with DEP and Special Master | 1.00 | 375.00 |
| 03/01/04 | JMA | Attend meeting with DEP and Special Master and all parties re: permits | 5.50 | 2062.50 |
| 03/02/04 | JMA | Revisions to Protective Order - TSDFs | .50 | 187.50 |
| 03/02/04 | JMA | Phone - K. Brown's office re: scheduling | .20 | 75.00 |
| 03/02/04 | JMA | Phone - K. Brown re: all parties meeting | .30 | 112.50 |
| 03/02/04 | JMA | Phone - K. Millian re: Protective Order | .30 | 112.50 |
| 03/02/04 | JMA | Revise draft Protective Order | .40 | 150.00 |
| 03/02/04 | JMA | Email to M. Daneker | .10 | 37.50 |
| 03/02/04 | JMA | Phone - B. Cunningham re: RAA - Perimeter Wall | .10 | 37.50 |
| 03/02/04 | JMA | Phone - C. Marraro re: meeting with DEP and Special Master and upcoming meeting with all parties | .80 | 300.00 |
| 03/02/04 | JMA | Phone - R. Senftleben re: all parties meeting | .20 | 75.00 |
| 03/02/04 | JMA | Phone - A. Nagy re: all parties meeting | .20 | 75.00 |
| 03/02/04 | JMA | Phone - M. Daneker | .10 | 37.50 |
| 03/03/04 | JMA | Review file for meeting with Special Master | 1.30 | 487.50 |
| 03/03/04 | JMA | Conference with K. Brown and R. Senftleben re: perimeter wall issues | 3.40 | 1275.00 |
| 03/03/04 | JMA | Attend meeting with Special Master and all parties re: perimeter wall issues | 3.00 | 1125.00 |

W.R. GRACE & COMPANY                                    April 8, 2004
Client No.                    734680              Page      2
INVOICE NO.                   23161

| | | | | |
|---|---|---|---|---|
| 03/03/04 | JMA | Conference with R. Senftleben, K. Brown and C. Marraro re: Work Plan issues | .90 | 337.50 |
| 03/03/04 | JMA | Conference with R. Senftleben and C. Marraro re: settlement strategy | 1.30 | 487.50 |
| 03/03/04 | JMA | Email to all counsel re: Protective Order | .20 | 75.00 |
| 03/04/04 | JMA | Email to counsel with Protective Order | .10 | 37.50 |
| 03/04/04 | JMA | Receipt and review email from K. Millian re: Protective Order | .10 | 37.50 |
| 03/04/04 | JMA | Revise Protective Order | .20 | 75.00 |
| 03/04/04 | JMA | Receipt and review email from M. Daneker re: Protective Order | .10 | 37.50 |
| 03/04/04 | JMA | Receipt and review email from counsel for Special Master re: revisions to Protective Order | .30 | 112.50 |
| 03/04/04 | JMA | Receipt and review email from C. Anderson re: revised Protective Order | .10 | 37.50 |
| 03/04/04 | JMA | Receipt and review revised Protective Order | .20 | 75.00 |
| 03/04/04 | JMA | Letter to M. Daneker | .20 | 75.00 |
| 03/04/04 | JMA | Review and executed Protective Order | .20 | 75.00 |
| 03/05/04 | JMA | Phone - C. Marraro re: Protective Order and settlement issues | .40 | 150.00 |
| 03/05/04 | JMA | Appeal - phone - L. Thomas re: mediation schedule | .10 | 37.50 |
| 03/05/04 | JMA | Appeal - phone - C. Marraro re: mediation schedule | .20 | 75.00 |
| 03/05/04 | JMA | Phone - C. Marraro re: transportation issues | .20 | 75.00 |
| 03/05/04 | JMA | Phone - counsel for Special Master | .50 | 187.50 |
| 03/05/04 | JMA | Phone - C. Marraro re: open issues with Special Master | .40 | 150.00 |
| 03/05/04 | JMA | Receipt and review Notice of Electronic Filing (NEC) | .20 | 75.00 |
| 03/05/04 | JMA | Receipt and review notice of motion by Special Master - 9th Fee Application | .20 | 75.00 |

W.R. GRACE & COMPANY                                          April 8, 2004
Client No.                    734680                    Page      3
INVOICE NO.                   23161

03/05/04 JMA Receipt and review Special Master's 9th Fee        .70    262.50
             Application

03/05/04 JMA Receipt and review proposed Order re: Special     .20     75.00
             Master's 9th Fee Application

03/05/04 JMA Letter to Judge Cavanaugh re: Special Master's    .20     75.00
             9th Fee Application

03/05/04 JMA Receipt and review letter from Parsons re:        .10     37.50
             Design Investigation Report

03/05/04 JMA Receipt and review letter from Parsons re:        .10     37.50
             Sediment Sampling Report

03/05/04 JMA Phone - C. Anderson                               .10     37.50

03/05/04 JMA Letter to M. Caffrey                              .20     75.00

03/05/04 JMA Receipt and review letter from Parsons re:        .10     37.50
             Groundwater Collection System

03/05/04 JMA Receipt and review preliminary drawings re:       .30    112.50
             Goundwater Collection System

03/05/04 JMA Receipt and review email from Langan with soil    .30    112.50
             memo

03/05/04 MEF Memo to JMA re: CERCLA case before Supreme        .20     50.00
             Court

03/08/04 JMA Phone - C. Marraro re: settlement issues          .30    112.50

03/08/04 JMA Appeal - receipt and review letter from T.        .30    112.50
             Milch to J. Torregrossa - Third Circuit
             Mediation Director

03/08/04 JMA Appeal - Phone - C. Marraro re: mediation         .30    112.50
             issues

03/08/04 JMA Receipt and review letter from D. Field to        .10     37.50
             Judge Cavanaugh

03/08/04 JMA Receipt and review letter from D. Field to        .10     37.50
             Clerk

03/09/04 JMA Phone - C. Marraro re: RAA - Perimeter Wall       .30    112.50

03/09/04 JMA Phone - C. Marraro and M. Daneker re: RAA         .30    112.50
             motion and License Agreement

03/09/04 JMA Phone - C. Marraro re: settlement strategy        .90    337.50

```
W.R. GRACE & COMPANY                                    April 8, 2004
Client No.              734680                 Page       4
INVOICE NO.             23161
```

| | | | |
|---|---|---|---|
| 03/09/04 JMA Phone - K. Coakleys' secretary | | .10 | 37.50 |
| 03/09/04 JMA Receipt and review email from C. Solanish re:<br>RAA - TSDF | | .10 | 37.50 |
| 03/09/04 JMA Receipt and review email from L. Walsh to C.<br>Solanish re: RAA-TSDF | | .10 | 37.50 |
| 03/09/04 JMA Receipt and review letter from Parsons re:<br>Sampling Data - Sediments | | .20 | 75.00 |
| 03/09/04 JMA Receipt and review Honeywell notice of motion<br>re: Protective Order | | .20 | 75.00 |
| 03/09/04 JMA Receipt and review Honeywell memorandum of law<br>re: Protective Order | | .80 | 300.00 |
| 03/09/04 JMA Receipt and review Declaration of P. Tarnaswsky<br>re:  Protective Order | | .40 | 150.00 |
| 03/09/04 JMA Receipt and review Declaration of M. Daneker<br>re: Protective Order | | .20 | 75.00 |
| 03/09/04 JMA Receipt and review Honeywell RAA-TSDFs, tables<br>and appendices | | 3.50 | 1312.50 |
| 03/10/04 JMA Phone - C.. Marraro re: RAA - TSDF | | .30 | 112.50 |
| 03/10/04 JMA Phone - R. Senftleben and C. Marraro re:<br>meeting with Special Master and parties | | .30 | 112.50 |
| 03/10/04 JMA Phone - counsel for Special Master re:  RAA<br>motion procedure | | .30 | 112.50 |
| 03/10/04 JMA Phone - K. Millian re: scheduling | | .20 | 75.00 |
| 03/10/04 JMA Phone - M. Daneker re: RAA - motion procedure | | .10 | 37.50 |
| 03/10/04 JMA Conference with A. Nagy and C. Marraro re: RAA<br>- Perimeter Wall, TSDFs | | 2.00 | 750.00 |
| 03/11/04 JMA Conference with C. Marraro,  A. Nagy and K.<br>Brown re: meeting with Special Master and all<br>parties | | 1.80 | 675.00 |
| 03/11/04 JMA Attend meeting with Special Master and all<br>parties | | 2.60 | 975.00 |
| 03/11/04 JMA Meeting with C. Marraro, K. Brown and A. Nagy<br>re: RAA - TSDFs | | 2.30 | 862.50 |

W.R. GRACE & COMPANY                                     April 8, 2004
Client No.              734680                  Page      5
INVOICE NO.             23161

03/11/04 JMA Conference with C. Marraro re: Remedial Action   2.00   750.00
             Work Plan and RAA issues

03/11/04 JMA Review Special Master's revisions to Work Plan    .50   187.50
             Order re: RAA resolution procedure

03/11/04 JMA Email to counsel for Special Master              .10    37.50

03/12/04 JMA Receipt and review proposed letter from         .30    112.50
             Honeywell re: meetings with Regulators (License
             Agreement)

03/12/04 JMA Receipt and review email from C. Marraro re:    .40    150.00
             revisions to letter re: meetings with
             Regulators

03/12/04 JMA Receipt and review email from M. Daneker        .10    37.50
             re:meetings with Regulators (License Agreement)

03/12/04 JMA Phone - C. Marraro re: Work Plan issues         .50    187.50

03/12/04 JMA Receipt and review email from M. Daneker re:    .10    37.50
             Restated Order RAWP

03/12/04 JMA Receipt and review Honeywell revisions to       .40    150.00
             Special Master's Restate Order RAWP

03/12/04 JMA Phone - C. Marraro re:Honeywell revisions to    .40    150.00
             Special Master's Restated Order

03/12/04 JMA Phone - C. Marraro re: revisions to letter re:  .50    187.50
             meetings with Regulators

03/12/04 JMA Review Special Master's draft of First          .40    150.00
             Amendment to Stipulation on Immediate Action
             Items

03/12/04 JMA Receipt and review email from H. Hall           .10    37.50

03/12/04 JMA Receipt and Review Special Master's Tracking     .40    150.00
             Summary - Outstanding Submittals

03/12/04 JMA Receipt and review Special Master's Tracking     .30    112.50
             Summary - Submittals received

03/15/04 JMA Receipt and review letter from C. Marraro to L.  .30    112.50
             Walsh re: Restated Order - RAWP

03/15/04 JMA Phone - C. Marraro re: scheduling               .20    75.00

03/15/04 JMA Conference with C. Marraro re: settlement       2.00   750.00
             strategy

W.R. GRACE & COMPANY                                    April 8, 2004
Client No.              734680                      Page      6
INVOICE NO.             23161

03/15/04 JMA Phone - counsel for special Master re: Restated    .30    112.50
             Order RAWP and weekly conference calls

03/15/04 JMA Appeal - conference with C. Marraro and A. Nagy   2.00    750.00
             re: mediation/settlement issues

03/15/04 JMA Appeal - attend mediation session with T.         1.00    375.00
             Milch, K. Adams, A. Nagy and C. Marraro

03/15/04 JMA Phone conference with R. Senftleben, A. Nagy       .60    225.00
             and C. Marraro re: mediation/settlement issues

03/15/04 MEF Conference with JMA re: RCRA Fee Petition          .50    125.00

03/16/04 JMA Receipt and review email from M. Daneker re:       .10     37.50
             IRM Stipulation

03/16/04 JMA Receipt and review Honeywell revisions to First    .30    112.50
             Amendment to Stipulation  - Immediate Action
             Items

03/16/04 JMA Receipt and review Notice of Electronic Filing     .10     37.50

03/16/04 JMA Receipt and review Protective Order entered by     .20     75.00
             Court

03/16/04 JMA Receipt and review email from M. Daneker re:       .10     37.50
             Restated Order - RAWP

03/16/04 JMA Phone - K. Brown re: weekly conference call        .10     37.50

03/16/04 JMA Appeal - Review mediation notes and              1.00    375.00
             correspondence for response letter to Honeywell

03/16/04 JMA Appeal - Prepare draft letter to Honeywell         .70    262.50

03/16/04 JMA Phone conference with C. Marraro re: response      .60    225.00
             letter to Honeywell re: mediation/appellate
             litigation

03/16/04 JMA Phone - C. Marraro re: responses to RAAs          .30    112.50

03/16/04 JMA Revisions to response letter to Honeywell re:      .40    150.00
             mediation and appellate litigation

03/16/04 JMA Phone - C. Marraro re: revisions to response to   .30    112.50
             Honeywell mediation/appellate litigation demand

03/17/04 JMA Phone - C. Marraro re: settlement strategy        .40    150.00

03/17/04 JMA Receipt and review email from A. Nagy with        .40    150.00
             chromium article

W.R. GRACE & COMPANY                                  April 8, 2004
Client No.               734680                  Page      7
INVOICE NO.              23161


03/17/04 JMA RCRA Fee Petition - Phone conference with C.      1.00    375.00
             Marraro re: issues relating to evidentiary
             hearing and Findings of Fact and Conclusions of
             Law

03/18/04 JMA Phone conference with C. Marraro and K. Brown      .50    187.50
             re: Grace comments to RAAs

03/18/04 JMA Phone - counsel for Special Master re:            .20     75.00
             revisions to Restated RAWP and IRM Stipulation

03/18/04 JMA Review RAA Report: TSDFs re: Grace comments      1.30    487.50

03/18/04 JMA Conference with C. Marraro re: preparation of    1.70    637.50
             Grace comments to RAA Report: TSDFs

03/18/04 JMA Review RAA Report: Perimeter Wall               1.70    637.50

03/18/04 JMA Conference with C. Marraro re: preparation of    2.00    750.00
             Grace comments to RAA Report: Perimeter Wall

03/18/04 JMA Receipt and review letter from K. Coakley re:     .20     75.00
             IRM Stipulation

03/18/04 JMA Review revisions to IRM Stipulation              .30    112.50

03/18/04 JMA Receipt and review letter from K. Coakley re:     .20     75.00
             Restated RAWP Order

03/18/04 JMA Receipt and review revisions to Restated RAWP    1.00    375.00
             Order

03/18/04 JMA Phone - Special Master' counsel - L. Walsh re:    .20     75.00
             revised IRM Stipulation and Restated Order

03/18/04 JMA Phone - R. Senftleben and C. Marraro re:         .30    112.50
             strategy

03/18/04 JMA Receipt and review email from T. Pasuit re:       .10     37.50
             revised Restated Order and IRM Stipulation

03/18/04 RCS RCRA Fee Petition- assist JMA with research.      .30     67.50

03/19/04 JMA Phone - C. Marraro re: Grace comments to RAA's    .40    150.00

03/19/04 JMA Revise Grace comments to RAA's                  .30    112.50

03/19/04 JMA Receipt and review email from T. Pasuit re:       .10     37.50
             Restated RAWP Order and First Amendment to IRM
             Stipulation

W.R. GRACE & COMPANY                          April 8, 2004
Client No.              734680                Page      8
INVOICE NO.             23161

| | | | |
|---|---|---|---|
| 03/19/04 JMA | Review and execute First Amendment to IRM Stipulation and Restated RAWP Order | .40 | 150.00 |
| 03/19/04 JMA | Letter to T. Pasuit | .10 | 37.50 |
| 03/19/04 JMA | Phone - C. Marraro and A. Nagy re: settlement strategy | .40 | 150.00 |
| 03/20/04 JMA | Phone - C. Marraro re: settlement strategy | .40 | 150.00 |
| 03/21/04 JMA | Appeal - phone - C. Marraro re: strategy on issues of mediation and appellate litigation | .40 | 150.00 |
| 03/21/04 JMA | Receipt and review email from K. Millian re: Restated Order-RAWP | .10 | 37.50 |
| 03/21/04 JMA | Receipt and review email from M. Daneker re: Restated Order-RAWP | .10 | 37.50 |
| 03/22/04 JMA | Letter to D. Field re: motion on barrier wall | .30 | 112.50 |
| 03/22/04 JMA | Phone - M. Golladay re: results of weekly conference call | .10 | 37.50 |
| 03/22/04 JMA | Receipt and review letter from D. Field to Judge Cavanaugh | .10 | 37.50 |
| 03/22/04 JMA | Phone - T. Pasuit's secretary re: conference call | .10 | 37.50 |
| 03/22/04 JMA | Phone - M. Golladay re: 3/22 conference call | .10 | 37.50 |
| 03/22/04 JMA | Receipt and review fax memo from M. Daneker with signature pages for IRM Stipulation and Restated Order-RAWP | .10 | 37.50 |
| 03/22/04 JMA | Receipt and review letter from T. Milch to J. Torregrossa | .20 | 75.00 |
| 03/22/04 JMA | Letter to R. Senftleben and A. Nagy | .20 | 75.00 |
| 03/22/04 JMA | Letter to A. Nagy and R. Senftleben re: Grace comments to RAA Reports | .20 | 75.00 |
| 03/22/04 JMA | Phone - A. Nagy | .20 | 75.00 |
| 03/22/04 JMA | Receipt and review email from C. Salonish re: Progress Report No. 10 | .10 | 37.50 |
| 03/22/04 JMA | Receipt and review Honeywell Progress Report No. 10 | .90 | 337.50 |

W.R. GRACE & COMPANY                                    April 8, 2004
Client No.            734680                    Page      9
INVOICE NO.           23161

| | | |
|---|---|---|
| 03/22/04 JMA Receipt and review letter from Parsons re: Honeywell Progress Report No. 10 | .10 | 37.50 |
| 03/22/04 JMA Receipt and review email from C. Salonish re: borings at east and west wall crossings | .10 | 37.50 |
| 03/22/04 JMA Receipt and review letter from Parsons re: east and west crossing wall borings | .10 | 37.50 |
| 03/22/04 JMA Review General Scope Plan and Boring Plan and sketches for east and west crossing walls | .50 | 187.50 |
| 03/22/04 JMA Compare east and west crossing wall boring plan with Case 5 of RAA Report: Perimeter Wall | .30 | 112.50 |
| 03/22/04 JMA Receipt and review email from counsel for Special Master re: weekly conference call | .10 | 37.50 |
| 03/22/04 JMA Phone - counsel for Special Master re: weekly conference call | .10 | 37.50 |
| 03/22/04 JMA Receipt and review email from C. Salonish re: sediment data | .10 | 37.50 |
| 03/22/04 JMA Receipt and review letter from Parsons to Special Master re: delay in sediment report | .20 | 75.00 |
| 03/22/04 JMA Receipt and review letter from D. Field re: barrier wall motion | .10 | 37.50 |
| 03/22/04 JMA Receipt and review letter from D. Field to Clerk with barrier wall motion | .10 | 37.50 |
| 03/22/04 JMA Receipt and review notice of motion to confirm barrier wall selection | .20 | 75.00 |
| 03/22/04 JMA Receipt and review Certification of P. Deming | .20 | 75.00 |
| 03/22/04 JMA Receipt and review Honeywell memorandum supporting barrier wall alternative | .50 | 187.50 |
| 03/22/04 JMA Phone - D. Field re: motion on barrier wall | .10 | 37.50 |
| 03/24/04 JMA Phone - counsel for Special Master re: scheduling | .30 | 112.50 |
| 03/24/04 JMA Phone - counsel for Special Master re: scheduling | .20 | 75.00 |
| 03/24/04 JMA Phone - C. Marraro re: scheduling | .20 | 75.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 03/24/04 | JMA | Phone - counsel for Special Master re: scheduling | .10 | 37.50 |
| 03/24/04 | JMA | Phone - M. Daneker's secretary | .10 | 37.50 |
| 03/24/04 | JMA | Receipt and review letter from plaintiffs to Special Master re: RAAs Perimeter Wall and TSDFs | .20 | 75.00 |
| 03/24/04 | JMA | Letter to R. Senftleben and A. Nagy | .20 | 75.00 |
| 03/24/04 | JMA | Phone - R. Senftleben re: status of remediation and mediation | .30 | 112.50 |
| 03/24/04 | JMA | Receipt and review Order granting Special Master's 9th Fee Application | .20 | 75.00 |
| 03/24/04 | JMA | Receipt and review email from Louis Berger Group to Parsons re: east and west crossing wall borings | .20 | 75.00 |
| 03/26/04 | JMA | Letter to A. Nagy and R. Senftleben re: RAA Reports and all parties' meeting | .20 | 75.00 |
| 03/26/04 | JMA | RCRA Fee Petition - letter to A. Nagy and R. Senftleben re: oral argument | .20 | 75.00 |
| 03/26/04 | JMA | Phone - R. Senftleben re: scheduling | .20 | 75.00 |
| 03/26/04 | JMA | RCRA Fee Petition - phone - L. Thomas re: oral argument date | .10 | 37.50 |
| 03/27/04 | JMA | Receipt and review notice of electronic filing re: IRM Stipulation | .10 | 37.50 |
| 03/27/04 | JMA | Receipt and review notice of electronic filing re: Restated Stipulated Order RAWP | .10 | 37.50 |
| 03/27/04 | JMA | Receipt and review email from T. Pasuit re: 4/13/04 all parties' meeting | .10 | 37.50 |
| 03/27/04 | JMA | Appeal - receipt and review letter from J. Torregrossa re: briefing schedule | .10 | 37.50 |
| 03/27/04 | JMA | RCRA Fee Petition - receipt and review letter from K. Millian to Court | .20 | 75.00 |
| 03/27/04 | JMA | Receipt and review letter from K. Coakley to Judge Cavanaugh with First Amendment to IRM Stipulation | .20 | 75.00 |

W.R. GRACE & COMPANY                                    April 8, 2004
Client No.                734680            Page      11
INVOICE NO.               23161


03/27/04 JMA Receipt and review letter from K. Coakley to        .30    112.50
             Judge Cavanaugh with Restated Stipulated Order
             RAWP

03/27/04 JMA Receipt and review email from M. Golladay with      .30    112.50
             memo from K. Brown re: 3/22/04 conference call

03/27/04 JMA Receipt and review email from A. Tamburro with      .30    112.50
             Louis Berger Group letter approving deep
             lacustrine acquifer test

03/28/04 MEF Appeal - Research - Third Circuit Mediation         .40    100.00
             rules

03/28/04 MEF Appeal - Memo to JMA re: Third Circuit              .30     75.00
             Mediation rules

03/29/04 JMA Phone - C. Marraro re: 4/13/04 all parties'         .20     75.00
             meeting

03/29/04 JMA Receipt and review email from C. Salonish re:       .10     37.50
             test pits

03/29/04 JMA Receipt and review letter from Parsons to Louis     .20     75.00
             Berger Group re: IRM test pits

03/29/04 JMA Receipt and review email from S. Jackson re:        .10     37.50
             all parties' meeting

03/29/04 JMA Receipt and review notice of electronic filing      .10     37.50
             re: Restated Stipulation and Order signed by
             Judge Cavanaugh

03/29/04 JMA Receipt and review executed and filed Restated      .20     75.00
             Stipulation and Order - RAWP

03/29/04 JMA Appeal - phone - C. Marraro re: briefing            .20     75.00
             schedule

03/29/04 JMA RCRA Fee Petition - phone - C. Marraro re: oral     .20     75.00
             argument

03/29/04 MEF Appeal - Research - articles re: Mediation          .50    125.00
             program

03/30/04 JMA Phone - C. Marraro re: remediation and RAA          .40    150.00
             issues

03/30/04 JMA Receipt and review email from Langan                .10     37.50
             Engineering re: development issues

03/31/04 JMA Phone - C. Marraro re: RAA Reports                  .30    112.50

```
W.R. GRACE & COMPANY                              April 8, 2004
Client No.              734680                     Page    12
INVOICE NO.             23161
```

| | | |
|---|---:|---:|
| 03/31/04 JMA Phone - counsel for Special Master | .20 | 75.00 |

|  |  |
|---|---:|
| Subtotal: | 33,842.50 |

## Fee Applications - Applicants

| | | |
|---|---:|---:|
| 03/05/04 MEF Pacer search - 11th Quarterly Fee Application | .20 | 50.00 |
| 03/09/04 MEF Fee Application - review February 2004 fee detail | .80 | 200.00 |
| 03/09/04 MEF Fee Application - begin preparing 24th Monthly Fee Application | 1.00 | 250.00 |
| 03/10/04 MEF Fee Application - review revised fee detail for February 2004 | .30 | 75.00 |
| 03/10/04 MEF Fee Application - revise 24th monthly fee application | .80 | 200.00 |
| 03/11/04 JMA Review and execute 24th Fee Application | .70 | 262.50 |
| 03/11/04 MEF Fee Application - finalize 24th Monthly Fee Application | .90 | 225.00 |
| 03/11/04 MEF Fee Application - letter to P. Cuniff re: 24th Monthly Fee Application | .20 | 50.00 |
| 03/23/04 MEF PACER search - status of 24th Monthly Fee Application | .20 | 50.00 |
| 03/23/04 MEF Email to P. Cuniff re: status of filing of 24th Monthly Fee Application | .20 | 50.00 |
| 03/23/04 MEF Email to S. Bossay re: fee detail for 24th Monthly Fee Application | .20 | 50.00 |
| 03/24/04 MEF Email from P. Cuniff re: 24th Monthly Fee Application | .20 | 50.00 |
| 03/24/04 MEF Email to P. Cuniff re: 24th Monthly Fee Application | .10 | 25.00 |

|  |  |
|---|---:|
| Subtotal: | 1,537.50 |

|  |  |
|---|---:|
| Total Fees: | 35,380.00 |

```
W.R. GRACE & COMPANY                    April 8, 2004
Client No.              734680          Page    14
INVOICE NO.             23161
```

SUMMARY OF FEES:

```
*------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*   RATE   HOURS           FEES
J M AGNELLO                     375.00   89.50        33562.50
M E FLAX                        250.00    7.00         1750.00
RC SCRIVO                       225.00     .30           67.50
                       TOTALS            96.80        35380.00
```

**E X H I B I T  B**

```
W.R. GRACE & COMPANY                          April 8, 2004
Client No.            734680                   Page      13
INVOICE NO.           23161
```

Disbursements

Messenger

03/26/04 Messenger ON TIME 3/17                    46.54

                                    SUBTOTAL:      46.54

Photocopies

03/03/04 Photocopies COLOR COPIES 3/3 (LOIS)        9.60

                                    SUBTOTAL:       9.60

Meals

03/11/04 Meals  JMA, MEF, CHM, A.NAGY & K. BROWN   244.43
         (3/11/04)

                                    SUBTOTAL:     244.43

Messenger - In House

03/25/04 Messenger - In House 3/5                  25.00
03/25/04 Messenger - In House 3/19                 25.00

                                    SUBTOTAL:      50.00

03/31/04 Photocopies                               60.30
03/31/04 Faxes                                    182.00
03/31/04 Telephone                                 99.88
03/31/04 Computer Searches                        154.16
03/31/04 Federal Express                           31.00
                                                -------------
Total Costs                                              877.91
                                                -------------
Total Due this Matter                              36,257.91
=============