# HOFFMAN
## CANVAS PRODUCTS, INC.

627 Gutman Avenue, Baltimore, MD 21218    410-371-9332    Fax  410-602-2468

May 13, 2004

Office of the Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
Sixth Floor
Wilmington, DE 19801

Re:   Hoffman Canvas Products, Inc.
      Docket 5405

Dear Sir or Madam:

The purpose of this letter is to file a written objection of transferring the claim by Hoffman Canvas Products, Inc. against W.R. Grace & Co. ( case # 01-01139 (JKF)) in the amount of $2,756.12 to Portia Partners LLC. Hoffman Canvas Products, Inc. retains all rights to the receipt of said claim.

For your convenience, enclosed is a copy of the referenced docket informing Hoffman Canvas Products, Inc. of the attempted transfer.

Thank you for your attention to this matter.

Sincerely,

*Carla R. Mandley*

Carla R. Mandley
President
CRR: Z 312 176 721

cc:   Bankruptcy Management Corporation
      Claims Reconciliation and Solicitation Consultant
      1330 East Franklin Avenue
      El Segundo, CA 90245
      CRR: P 423 812 913

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re                                           : Chapter 11
                                                : Case No. 01-01139 (JKF)
**W.R. GRACE & CO., et al.,**[1]                : (Jointly Administered)
                  Debtors.                      :

## AMENDED NOTICE RE DOCKET 5405

TO:   HOFFMAN CANVAS PRODUCTS INC
      627 GUTMAN AVE
      BALTIMORE, MD 21218

Pursuant to Rule 3001(e)(2) or (e)(4) of the Federal Rules of Bankruptcy Procedure, you are advised that there has been filed with the United States Bankruptcy Court for the District of Delaware, a Transfer to **PORTIA PARTNERS LLC** of your claim in the amount of **$2,756.12**.

If you do not object to this Transfer on or before twenty (20) days from the date of the mailing of this Notice (i.e., **May 4, 2004**), by filing a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, Sixth Floor, 824 Market Street, Wilmington, Delaware 19801, and serving a copy of the objection on the Claims Reconciliation and Solicitation Consultant listed below, **PORTIA PARTNERS LLC** will be substituted in your place as the claimant.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Proof of Service

I, Lisa Ruppaner, am over the age of eighteen years and not a party to the within action. I am employed by Bankruptcy Management Corporation, the Court Appointed Claims Reconciliation and Solicitation Consultant, for and on behalf of Rust Consulting, Inc., the Official Claims and Noticing Agent for the Clerk of the Court, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245. On May 4, 2004, I served a copy of the "Notice re Docket 5405" upon the following party:

HOFFMAN CANVAS PRODUCTS INC
627 GUTMAN AVE
BALTIMORE, MD 21218

PORTIA PARTNERS LLC
ONE SOUND SHORE DR
STE 100
GREENWICH, CT 06830

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2004

_____
Lisa Ruppaner

DATED: May 4, 2004

BANKRUPTCY MANAGEMENT CORPORATION
Claims Reconciliation and Solicitation Consultant
1330 East Franklin Avenue
El Segundo, California 90245

For and on behalf of Rust Consulting, Inc.
Official Claims and Noticing Agent for the Clerk of the Court