IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE

W.R. Grace & Co., *et al.*      Bankruptcy No. 01-1139 (JKF)
    Debtors                          Chapter 11
                                 Jointly Administered

**Related to Dkt. Nos. 5460, 5607 Hearing Date 5/24/04, Agenda Item 7**

## ORDER DENYING DEBTORS' MOTION FOR LEAVE TO FILE REPLY OR IN THE ALTERNATIVE RESCHEDULING THE MOTION TO APPOINT A LEGAL REPRESENTATIVE TO THE JUNE OMNIBUS DATE

AND NOW, this 21st day of May, 2004,

WHEREAS the Debtor's motion for leave to file reply at Docket No. 5607 was filed after the last date for final submissions to the Court for the hearing on May 24, 2004, according to the Case Management Order;

WHEREAS the motion fails to state a hearing date and related agenda number in the caption as required by the Case Management Order;

It is **ORDERED** that the motion for leave to file reply is **DENIED without prejudice**.

It is **FURTHER ORDERED** that if Debtors wish to renew their request for leave to file a reply the hearing on the motion to appoint a legal representative for future asbestos claimants will be continued to the next omnibus date in June, 2004. If Debtors choose to continue the motion to appoint a legal representative Debtors shall immediately file and serve an amended agenda reflecting the continuation of that motion. If such an amended agenda is filed it shall be transmitted to the Court in accordance with the Case Management Order.

*Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge