IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 20, 2004 at 4:00 p.m.** |

## NO ORDER REQUIRED CERTIFICATION
## OF NO OBJECTION REGARDING DOCKET NO. 5513

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Thirty-Fifth Monthy Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from March 1, 2004 through March 31, 2004 ("the Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than May 20, 2004 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $4,956.00 which represents 80% of the fees ($6,195.00) and $999.29 which represents 100% of the expenses requested in the Application for the period March 1, 2004 through March 31, 2004, upon the filing of this certification and without

[continued on next page]

the need for entry of a Court order approving the Application.

Dated: May 21, 2004                    FERRY, JOSEPH & PEARCE, P.A.

                                             /s/ Theodore J. Tacconelli
                                             Michael B. Joseph (No. 392)
                                             Theodore J. Tacconelli (No. 2678)
                                             824 Market Street, Suite 904
                                             P.O. Box 1351
                                             Wilmington, DE. 19899
                                             (302) 575-1555

                                             Co-Counsel to the Official Committee of Asbestos
                                             Property Damage Claimants