Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of October 1, 2003 through December 31, 2003

Summary of Services Rendered by Project Category

| Category Code | Category Description | Oct-Dec 2003 Hours | Bankruptcy Case Cumulative Hours | Adversary Proceeding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 6.8 | 360.1 | 0.0 | 360.1 |
| 11 | Fee Applications, Applicant | 19.4 | 573.0 | 249.0 | 822.0 |
| 14 | Hearings | 0.0 | 34.0 | 0.0 | 34.0 |
| 20 | Travel - Non-working | 0.0 | 121.1 | 0.0 | 121.1 |
| 24 | Other | 9.2 | 97.2 | 5058.2 | 5155.4 |
| 26 | Business Analysis (for financial advisors) | 6.1 | 787.6 | 0.0 | 787.6 |
| 27 | Corporate Finance (for financial advisors) | 6.7 | 1368.9 | 0.0 | 1368.9 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 494.0 | 0.0 | 494.0 |
| | TOTAL HOURS | 48.2 | 3835.9 | 5307.2 | 9143.1 |
| | TOTAL FEES | | 2,598,217 | 1,115,116 | 3,713,333 |

## Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of October 1, 2003 through December 31, 2003**

### Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Michael Gries, Member | 0.0 |
| Gregory Boyer, Managing Director | 15.3 |
| Stephanie Jones, Associate | 32.9 |
| **TOTAL** | **48.2** |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of October 1, 2003 through December 31, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 10/1/2003 | 7 | 0.2 | Review e-mail from JS re: futures representative in preparation for Committee Conference Call |
| WR Grace | S. Jones | 10/1/2003 | 7 | 0.2 | Review e-mail from JS re: futures representative in preparation for Committee Conference Call |
| WR Grace | G. Boyer | 10/1/2003 | 27 | 0.1 | Review e-mail from JS re: Galeras acquisition and silicosis claims |
| WR Grace | S. Jones | 10/1/2003 | 27 | 1.3 | Review e-mail from JS re: Galeras acquisition and silicosis claims; follow-up with research on silicosis claims |
| WR Grace | S. Jones | 10/2/2003 | 7 | 0.3 | Call to JS re: acquisition and silicosis research |
| WR Grace | G. Boyer | 10/2/2003 | 7 | 0.3 | Call to JS re: acquisition and silicosis research |
| WR Grace | G. Boyer | 10/2/2003 | 27 | 0.1 | Left voicemail for DB and reviewed corresponding email re: Galeras |
| WR Grace | S. Jones | 10/2/2003 | 7 | 0.4 | Committee Conference Call |
| WR Grace | G. Boyer | 10/2/2003 | 7 | 0.4 | Committee Conference Call |
| WR Grace | G. Boyer | 10/2/2003 | 27 | 0.8 | Preparation for committee call in anticipation of discussing a proposed acquisition |
| WR Grace | G. Boyer | 10/8/2003 | 24 | 0.5 | Review KWELMD motion per counsel's request |
| WR Grace | S. Jones | 10/9/2003 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 10/9/2003 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 10/9/2003 | 27 | 0.1 | Review email from DB re: Galeras |
| WR Grace | G. Boyer | 10/9/2003 | 24 | 1.0 | Review resume and contract for new Grace president |
| WR Grace | S. Jones | 10/9/2003 | 27 | 0.8 | Draft letter to PZ re: information request regarding Galeras |
| WR Grace | S. Jones | 10/9/2003 | 27 | 0.8 | Preparation for committee call in anticipation of discussing a proposed acquisition |
| WR Grace | G. Boyer | 10/9/2003 | 27 | 1.0 | Preparation for committee call in anticipation of discussing a proposed acquisition |
| WR Grace | G. Boyer | 10/9/2003 | 27 | 0.3 | Review and revise draft of letter to PZ re: information request regarding Galeras |
| WR Grace | S. Jones | 10/10/2003 | 27 | 0.3 | Correspond with JS re: Galeras info request letter; incorporate JS comments |
| WR Grace | S. Jones | 10/10/2003 | 27 | 0.1 | Forward Galeras info request letter to PZ |
| WR Grace | S. Jones | 10/10/2003 | 27 | 0.2 | Meeting with GB re: revised draft liability letter related to proposed acquisition |
| WR Grace | G. Boyer | 10/10/2003 | 27 | 0.1 | Review email correspondence from DB re: Galeras |
| WR Grace | G. Boyer | 10/10/2003 | 27 | 0.2 | Meeting with SJ re: revised draft liability letter related to proposed acquisition |
| WR Grace | S. Jones | 10/10/2003 | 27 | 0.4 | Revise letter to PZ re: Galeras information request and forward to JS for comment |
| WR Grace | G. Boyer | 10/10/2003 | 24 | 0.7 | Receive and review email from TT re: futures rep |
| WR Grace | S. Jones | 10/10/2003 | 24 | 0.6 | Receive and review email from TT re: futures rep |
| WR Grace | G. Boyer | 10/13/2003 | 27 | 0.1 | Review correspondence from PZ re: Galeras update |
| WR Grace | G. Boyer | 10/14/2003 | 26 | 0.1 | Receive email from JS re: Grace August operating results |
| WR Grace | S. Jones | 10/14/2003 | 26 | 0.5 | Receive email from JS re: Grace August operating results; research recent Company performance and respond |
| WR Grace | G. Boyer | 10/15/2003 | 24 | 0.6 | Meeting with SJ re: status update |
| WR Grace | S. Jones | 10/15/2003 | 24 | 0.6 | Meeting with GB re: status update |
| WR Grace | G. Boyer | 10/23/2003 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 10/24/2003 | 24 | 0.5 | Receive and review email from TT re: futures rep and review attached document |
| WR Grace | S. Jones | 10/24/2003 | 24 | 0.2 | Receive and review email from TT re: futures rep |
| WR Grace | S. Jones | 10/28/2003 | 24 | 0.4 | Receive and review email from TT re: Wolin recusal motion |
| WR Grace | G. Boyer | 10/28/2003 | 24 | 0.4 | Receive and review email from TT re: Wolin recusal motion |
| WR Grace | S. Jones | 10/29/2003 | 7 | 0.9 | Committee Conference Call |
| WR Grace | G. Boyer | 10/29/2003 | 7 | 0.9 | Committee Conference Call |
| WR Grace | G. Boyer | 10/29/2003 | 24 | 0.4 | Reviewed motion re: employment agreement for new president |
| WR Grace | G. Boyer | 10/30/2003 | 24 | 0.1 | Correspond with JS re: president's compensation package |
| WR Grace | S. Jones | 10/30/2003 | 26 | 2.0 | Receive and review Company's September 2003 operating report; perform comparative analyses with historical results and projected budget |
| WR Grace | G. Boyer | 10/31/2003 | 24 | 0.5 | Meeting with SJ re: September performance results |
| WR Grace | S. Jones | 10/31/2003 | 24 | 0.5 | Meeting with GB re: September performance results |
| WR Grace | S. Jones | 11/3/2003 | 11 | 0.5 | Fee Application—Compile time detail and expenses |
| WR Grace | G. Boyer | 11/3/2003 | 11 | 0.2 | Fee Application—Forward time detail to SJ |
| WR Grace | S. Jones | 11/6/2003 | 11 | 1.0 | Fee Application—Draft 10th Interim Fee Application |
| WR Grace | G. Boyer | 11/7/2003 | 26 | 0.5 | Received and review info package sent by Grace for quarterly results conference call |
| WR Grace | S. Jones | 11/11/2003 | 11 | 5.7 | Fee Application—Draft 10th Interim Fee Application |
| WR Grace | S. Jones | 11/12/2003 | 11 | 2.0 | Fee Application—Draft 10th Interim Fee Application |
| WR Grace | G. Boyer | 11/12/2003 | 26 | 0.5 | Review info package sent by Grace for quarterly results conference call |
| WR Grace | G. Boyer | 11/13/2003 | 26 | 1.5 | Preparation for Grace's earnings call |
| WR Grace | G. Boyer | 11/13/2003 | 26 | 1.0 | Grace's quarterly earnings call |
| WR Grace | G. Boyer | 11/14/2003 | 24 | 0.3 | Meeting with SJ re: status update |
| WR Grace | S. Jones | 11/14/2003 | 24 | 0.3 | Meeting with GB re: status update |
| WR Grace | S. Jones | 12/2/2003 | 24 | 1.4 | Committee Conference Call re: KWELMB/Grace Insurance Settlement; review follow-up memo sent by SB re same |
| WR Grace | S. Jones | 12/3/2003 | 24 | 0.2 | Fee Application—Correspondence with LC and Debtors re: filed CNOs |
| WR Grace | G. Boyer | 12/3/2003 | 11 | 0.1 | Review correspondence from SJ re: CNOs |
| WR Grace | S. Jones | 12/9/2003 | 11 | 0.3 | Follow-up with counsel re: CNOs; draft e-mail to Gb re: same |
| WR Grace | G. Boyer | 12/9/2003 | 11 | 0.1 | Review correspondence from SJ re: CNOs |
| WR Grace | S. Jones | 12/12/2003 | 11 | 4.1 | Draft Fee Application |
| WR Grace | S. Jones | 12/15/2003 | 11 | 0.6 | Fee Application—Receive and respond to email from WHS re: billing rates |
| WR Grace | S. Jones | 12/17/2003 | 7 | 0.3 | Review and respond to series of emails from AD re: scheduling the weekly Committee Conference Call |
| WR Grace | S. Jones | 12/17/2003 | 11 | 0.6 | Compile time detail and expense information for 10th Interim Fee Application |
| WR Grace | S. Jones | 12/18/2003 | 7 | 0.7 | Committee Conference Call |
| WR Grace | G. Boyer | 12/18/2003 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 12/18/2003 | 11 | 2.0 | Draft Fee Application |
| WR Grace | S. Jones | 12/19/2003 | 11 | 0.4 | Draft Fee Application |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of October 1, 2003 through December 31, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 12/30/2003 | 11 | 1.0 | Draft Fee Application |
| WR Grace | S. Jones | 12/31/2003 | 11 | 0.8 | Draft Fee Application |
| | | | | 1.8 | Total Hours |

| | LEGEND |
|---|---|
| AD | Allyn Danzeisen, Associate--Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| DB | David Blechman, Associate--Blackstone |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| FG | Francine Gilbert, Grace |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| LC | Lisa Coggins, Associate -- Ferry, Joseph & Pearce PA |
| MG | Michael Gries, Member -- CDG |
| MP | Mark Peterson, PI Asbestos Expert--Hamilton Rabinovitz |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry, Joseph & Pearce PA |
| TT | Ted Taconelli, Partner -- Ferry & Joseph PA |
| WHS | Warren Smith Associates, fee examiner |