5/21/04

Exhibit B
WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of October 1, 2003 through December 31, 2003

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| S. Jones | 11/11/03 | | | 19.38 | | | | 19.38 |
| S. Jones | 12/12/03 | | | 19.38 | | | | 19.38 |
| S. Jones Total | | 0.00 | 0.00 | 38.76 | 0.00 | 0.00 | 0.00 | 38.76 |
| Federal Express | 10/10/03 | | | | | | 9.41 | 9.41 |
| Federal Express Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.41 | 9.41 |
| Grand Total | | 0.00 | 0.00 | 38.76 | 0.00 | 0.00 | 9.41 | 48.17 |