5/24/04

Exhibit B
WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of January 1, 2004 through March 31, 2004

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer (train to BWI) | 2/12/04 | | | 250.00 | | | | 250.00 |
| G. Boyer | 2/12/04 | | | 18.36 | | | | 18.36 |
| G. Boyer Total | | 0.00 | 0.00 | 268.36 | 0.00 | 0.00 | 0.00 | 268.36 |
| | | | | | | | | |
| S. Jones | 2/11/04 | | | 8.00 | | | | 8.00 |
| S. Jones (cabs in New York) | 2/12/04 | | | 30.36 | | | | 30.36 |
| S. Jones (train to BWI) | 2/12/04 | | | 299.00 | | | | 299.00 |
| S. Jones (cabs in Baltimore) | 2/12/04 | | | 90.00 | | | | 90.00 |
| S. Jones | 2/26/04 | | | 8.00 | | | | 8.00 |
| S. Jones | 3/1/04 | | | 8.00 | | | | 8.00 |
| S. Jones | 3/15/04 | | | 19.38 | | | | 19.38 |
| S. Jones | 3/22/04 | | | 19.38 | | | | 19.38 |
| S. Jones Total | | 0.00 | 0.00 | 482.12 | 0.00 | 0.00 | 0.00 | 482.12 |
| | | | | | | | | |
| Federal Express | 2/6/04 | | | | | | 11.21 | 11.21 |
| Federal Express Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.21 | 11.21 |
| | | | | | | | | |
| Grand Total | | 0.00 | 0.00 | 750.48 | 0.00 | 0.00 | 11.21 | 761.69 |