**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF BILZIN SUMBERG DUNN BAENA**
**PRICE & AXELROD LLP FOR THE ELEVENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee

auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Bilzin

Sumberg Dunn Baena Price & Axelrod LLP for the Eleventh Interim Period.

**BACKGROUND**

1.      Bilzin Sumberg Dunn Baena Price & Axelrod LLP ("Bilzin") was retained as counsel

to the Official Committee of Asbestos Property Damage Claimants.  In the Application, Bilzin seeks

approval of fees totaling $53,078.25 and costs totaling $8,876.26 for its services from October 1,

2003, through December 31, 2003.

2.      In conducting this audit and reaching the conclusions and recommendations contained

herein, we reviewed in detail the Application in its entirety, including each of the time entries

included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2

of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended

Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications

for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals.  We served on Bilzen an initial report based on

our review, and received a response from Bilzen, portions of which response are quoted herein.

## DISCUSSION

3.      We noted two entries by ASD on December 15, 2003, totaling 15.20 hours and

$3,800.00 which required greater explanation.  The entries are provided below.

| 12/15/03 | ASD | 9.30 | 2,325.00 | Work travel to W.R. Grace hearing preparing for hearing (6.3); attend hearing (3.0) |
|----------|-----|------|----------|---|
| 12/15/03 | ASD | 5.90 | 1,475.00 | Return travel from hearing |

We asked Bilzen to  confirm that all non-working travel time was charged at 50% of normal rates,

and to explain why the travel hours were so much greater for this date than for similar trips listed in

the Application.  Bilzen responded as follows:

> The Report requests additional information regarding travel time for December 15,
> 2004.  The Fee Auditor is correct that the time billed on that date is higher than the
> usual time necessary to travel to Pittsburgh, however, there were extenuating
> circumstances that caused the increase.  As to the first entry, there were pilot delays
> that required the passengers to wait in the terminal until the pilots were available to
> fly.  On the return trip, another significant delay occurred due to mechanical
> difficulties with the aircraft that kept the flight at the gate for several hours.
> Undersigned counsel has noticed that the return trip was inappropriately billed at the
> full rate.  As the return flight was non-work travel, the $1,475.00 should be reduced
> to $737.50.

We accept this explanation and thus recommend a reduction of $737.50 in expenses.

## CONCLUSION

4.    Thus, we recommend approval of fees totaling $53,078.25 and costs totaling $8,138.76 ($8,876.26 minus $737.50) for Bilzen's  services from October 1, 2003, through December 31, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 24th day of May, 2004.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**

Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG DUNN BAENA PRICE &
AXELROD LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2385

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801