**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | |
| | § | **Chapter 11** |
| **W.R. GRACE & CO., et al** | § | **Jointly Administered** |
| | § | **Case No. 01-1139 (JJF)** |
| **Debtors** | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF PROTIVITI, INC.**
**FOR THE ELEVENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Application of Protiviti, Inc. for the Eleventh Interim Period (the "Application").

**BACKGROUND**

1.      Protiviti, Inc. (Protiviti) was retained as Sarbanes Oxley compliance advisors for the Debtors.  In the Application, Protiviti seeks approval of fees totaling $141,052.50 and expenses totaling $8,218.79 for its services from October 1, 2003,  through December 31, 2003.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals.  We served on Protiviti an initial report based on

our review, and received a response from Protiviti, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted a lodging expense for Kevin Strickler which may be

excessive.  The entry is provided below.

26-Sep-03      Lodging at the Holiday Inn, Toluca during pilot           $470.00

Paragraph II.E.1.of the Guidelines states, ". . .[f]actors relevant to a determination that the expense

is proper include the following: 1.  Whether the expense is reasonable and economical.  For example,

first class and other luxurious travel mode or accommodations will normally be objectionable."  We

suggest a reasonable ceiling of $250.00 ($300.00 for New York, San Francisco and certain foreign

cities) per night for hotel accommodations.  We asked Protiviti to provide the number of nights

represented by the expense entry.  Protiviti responded as follows:

> The explanation for this expense in the fee application may not have been complete.
> This lodging expense is for a period of five (5) nights, not one.  The average cost per
> night at this hotel was $94.00 USD.

We appreciate the response and offer no objection to this expense.

## CONCLUSION

4.      Thus, we recommend approval of fees totaling $141,052.50 and expenses totaling

$8,218.79 for Protiviti's services from October 1, 2003,  through December 31, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES**

By: _____
          Warren H. Smith
          Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 24th day of May, 2004.

_____
          Warren H. Smith

# SERVICE LIST
### Notice Parties

**The Applicant**

Marie Hendrixson
Protiviti, Inc.
The Wanamaker Building
100 Penn Square East
4th Floor
Philadelphia, PA 19107

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801