# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF STROOCK & STROOCK & LAVAN, LLP
## FOR THE ELEVENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Eleventh Interim Fee Application of Stroock & Stroock & Lavan, LLP (the "Application").

## BACKGROUND

1. Stroock & Stroock & Lavan, LLP ("Stroock") was retained as counsel to the Official Committee of Unsecured Creditors. In the Application, Stroock seeks approval of fees totaling $215,718.50 and costs totaling $5,950.82 for its services from October 1, 2003, through December 31, 2003, as well as payment of fees and costs of $100,349.50 for Chambers Associates Incorporated ("Chambers"), an asbestos issues expert[1].

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended

---

[1] We do not review the fees and expenses of Chambers per Stroock's request.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Stroock 11int 10-12.03.wpd

Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served on Stroock an initial report based on our review, and received a response from Stroock, portions of which response are quoted herein.

## DISCUSSION

3.   In our initial report, we noted three meal expenses totaling $122.82 for which there was insufficient detail to fairly assess the reasonableness of the charges.  The entries are provided below.

| Date | Description | Amount |
|---|---|---|
| 12/12/2003 | VENDOR: Seamless Web; INVOICE#: 33536; DATE:12/17/03 - Seh Ja Meh; | 28.15 |
| 12/22/2003 | VENDOR: Cavonberry's; INVOICE#: 113003; DATE: 11/30/2003 L Kruger 11/24/03 | 29.38 |
| 12/31/2003 | VENDOR: seamless Web Professional Solutions, Inc.; INVOICE#: 32310; DATE: 11/26/2003 Food Merchants Catering (Bway) 11/25/03 | 65.29 |

For each entry we asked Stroock to provide the number of diners and specify whether the expense represents breakfast, lunch or dinner.  Stroock responded as follows:

> The Report notes that Stroock seeks reimbursement in the aggregate amount of $122.82 in respect of three expenses for meals for which the Fee Auditor requests additional detail information.  (Report at paragraph 3).
>
> The first expense, in the amount of $28.15, was charged erroneously to this client. Stroock will therefore reduce the expenses it is requesting by $28.15.
>
> The second expense, in the amount of $29.38, occurred on November 24, 2003.  This expense was for lunch provided to approximately four representatives of Stroock and Navigant Consulting, the Creditors' Committee's asbestos issues expert, during a

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Stroock 11int 10-12.03.wpd

meeting to discuss asbestos liability-related matters.

The third expense, in the amount of $65.29, occurred on November 20, 2003. This expense was for breakfast provided to approximately six representatives of Stroock and FTI Consulting, Inc., the Creditors' Committee's financial advisor, during a meeting to discuss various tax-related matters.

We accept the explanation and thus recommend a reduction of $28.15 in expenses.

## CONCLUSION

4.      Thus, we recommend approval of fees totaling $215,718.50 and costs totaling $5,922.67 ($5,950.82 minus $28.15) for Stroock's services from October 1, 2003, through December 31, 2003. We offer no recommendation regarding payment of fees and costs of $100,349.50 for Chambers Associates Incorporated.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: /s/ Warren H. Smith

Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 24th day of May, 2004.

                                               Warren H. Smith

**SERVICE LIST**
<u>Notice Parties</u>

**The Applicant**

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Rose Serrette
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801