```
```

# EXHIBIT C

Hearing Date: May 24, 2004

# In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | COOKSEY, RICHARD<br>C/O STEPHEN C EMBRY ESQ<br>EMBRY & NEUSNER<br>118 POQUONNOCK ROAD<br>GROTON CT 06340 | 01-01140<br>W.R. GRACE & CO.-CONN. | 424 | $1,000,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 2 | FINELLO, ROCCO<br>C/O STEPHEN C EMBRY ESQ<br>EMBRY & NEUSNER<br>118 POQUONNOCK ROAD<br>GROTON CT 06340 | 01-01140<br>W.R. GRACE & CO.-CONN. | 426 | $1,000,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
 (P) - Priority        (U) - Unsecured

Page 1 of 1

5/18/2004 4:17:50 PM