# EXHIBIT D

Hearing Date: May 24, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ADP INVESTOR COMMUNICATION SERVICES<br>51 MERCEDES WAY<br>ATTN JOHN FARGNOLI<br>EDGEWOOD NY 11717 | 01-01139<br>W.R. GRACE & CO. | 1903 | $265.75 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 2 | ARDAMAN & ASSOC INC<br>8008 S ORANGE AVE<br>ORLANDO FL 32809 | 01-01139<br>W.R. GRACE & CO. | 1499 | $220.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 3 | BEAGLE, JOHN H<br>297 RIVER RD<br>ENOREE SC 29335 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 13745 | BLANK | (P) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 4 | BELLOCK, WAYNE<br>PO BOX 202<br>WHITE CASTLE LA 70788 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2592 | $100,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 5 | BERRY, SUSAN H<br>164 YELLOWTAIL RD<br>LIBBY MT 59923 | 01-01139<br>W.R. GRACE & CO. | 2698 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 6 | BRAZIEL, MARY<br>PO BOX 1154<br>NATALBANY LA 70451 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1230 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 7 | BRYE, JAMES E<br>4412 BRUNWICKS DR<br>EIGHT MILE AL 36613 | 01-01139<br>W.R. GRACE & CO. | 2173 | BLANK<br>BLANK | (P)<br>(U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 8 | CASCADE AQUA-TECH INC<br>11845 NE MARX<br>PORTLAND OR 97220 | 01-01139<br>W.R. GRACE & CO. | 1046 | $410.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 9 | CED<br>PO BOX 3225<br>LOUISVILLE KY 40201 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1068 | $1,665.31 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 10 | CHIKOUSKY, FRED & SARA<br>ATTN: FRED CHIKOUSKY<br>1720 HARRISON PL 7TH FL<br>HOLLYWOOD FL 33020 | 01-01139<br>W.R. GRACE & CO. | 1818 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 11 | CLINICAL SUPPLY COMPANY<br>5639 UNION CENTRE DR<br>WEST CHESTER OH 45069 | 01-01139<br>W.R. GRACE & CO. | 1289 | $3,118.91 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 7                                                                5/21/2004 11:16:01 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 12 | CONOPCO INC AND ITS OPERATING AND SUBSID<br>C/O HIH SONG KIM ESQ<br>390 PARK AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 14693 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 13 | CONSTRUCTION SPECIFICATIONS INSTITUTE<br>99 CANAL CENTER PLZ<br>ALEXANDRIA VA 22314 | 01-01139<br>W.R. GRACE & CO. | 2338 | $31,800.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 14 | CONTAINER DEPOT INDUSTRIES<br>8311 FISCHER RD<br>BALTIMORE MD 21222 | 01-01139<br>W.R. GRACE & CO. | 969 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 15 | COSEY, DENNIS B<br>3737 N 11TH ST<br>MILWAUKEE WI 53206 | 01-01139<br>W.R. GRACE & CO. | 1241 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 16 | COURTEMANCHE, LESLIE MARIE<br>97 FELLSMERE ST<br>LYNN MA 01904 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15348 | | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 17 | CUNNINGHAM, VERNON<br>515 WISCONSIN AVE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9826 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 18 | DAGOSTINO, RITA J<br>74 PARIS ST<br>MEDFORD MA 02155 | 01-01139<br>W.R. GRACE & CO. | 1348 | $2,000,000,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 19 | DOT RAIL SERVICE OF INDIANA INC<br>PO BOX 361<br>LA SALLE IL 61301 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15311 | $35,182.19 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 20 | EVCO HOUSE OF HOSE<br>2375 S 300 W<br>SALT LAKE CITY UT 84115 | 01-01139<br>W.R. GRACE & CO. | 2448 | $191.80 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 21 | FORT, AUDREY S<br>1980 CANTON ST<br>MACON GA 31204 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6332 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 22 | FORT, TONY L<br>1980 CANTON ST<br>MACON GA 31204 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6333 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 23 | FW DODGE DIV OF MCGRAW HILL COMPANIES<br>PO BOX 569<br>HIGHTSTOWN NJ 08520 | 01-01140<br>W.R. GRACE & CO.-CONN. | 586 | $3,996.92 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority              (U) - Unsecured

5/21/2004 11:16:01 AM

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 24 | GOULDS PUMPS INCORPORATED<br>ITT FLUID TECHNOLOGY LAW DEPT<br>10 MOUNTAINVIEW RD 3RD FLR<br>UPPER SADDLE RIVER NJ 07458 | 01-01139<br>W.R. GRACE & CO. | 14219 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 25 | HARLEYS AUTO PARTS INC<br>310 HAMPTON AVE NE<br>AIKEN SC 29801 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1528 | $798.76 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 26 | HASTEN, LINDA N<br>33430 BOWIE ST<br>WHITE CASTLE LA 70788 | 01-01139<br>W.R. GRACE & CO. | 2588 | $20,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 27 | HASTEN, LINDA N<br>33430 BOWIE ST<br>WHITE CASTLE LA 70788 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2589 | $20,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 28 | HBE CORPORATION AND/OR ADAMS MARK HOTEL<br>ARMSTRONG TEASDALE LLP<br>ATTN: RICHARD ENGEL JR<br>ONE METROPOLITAN SQ STE 2600<br>SAINT LOUIS MO 63102-2740 | 01-01139<br>W.R. GRACE & CO. | 13031 | UNKNOWN | (U) | EXPUNGE | SUSTAINED |
| 29 | HERNANDEZ, PEDRO<br>PO BOX 8267<br>PONCE PR 00732-8267 | 01-01139<br>W.R. GRACE & CO. | 15321 | $61,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 30 | HEYWARD, GLORIA J<br>C/O GLORIA HEYWARD<br>3615 BLUE RIDGE EXT #10<br>GRANDVIEW MO 64030 | 01-01139<br>W.R. GRACE & CO. | 8689 | BLANK<br>BLANK | (P)<br>(U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 31 | IDLEBURGH, SAMUEL<br>3893 N 4TH ST<br>MILWAUKEE WI 53212 | 01-01139<br>W.R. GRACE & CO. | 1015 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 32 | INDIANAPOLIS DRUM SERVICE DIV OF CDS INC<br>PO BOX 16141<br>LUDLOW KY 41016 | 01-01139<br>W.R. GRACE & CO. | 15347 | $200.63 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 33 | INDOPCO INC AND ITS OPERATING AND SUBSID<br>C/O HIH SONG KIM ESQ<br>390 PARK AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 14694 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 34 | KELLEY, KEITH<br>1600 W CARSON ST # 201<br>TORRANCE CA 90501 | 01-01139<br>W.R. GRACE & CO. | 1286 | $4,500.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 35 | KERR, ED<br>1308 EVANGELINE<br>DEARBORN HEIGHTS MI 48127 | 01-01139<br>W.R. GRACE & CO. | 1006 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 36 | KRESGE, KRISTI<br>1900 TOWNSEND AVE<br>HELENA MT 59601 | 01-01139<br>W.R. GRACE & CO. | 5995 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 37 | LINDSEY, JERRY L<br>4801 BASSWOOD DR<br>CHATTANOOGA TN 37416 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1651 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 38 | LUCAS, MELVINA Y<br>9411 ATLANTIC ST<br>MIRAMAR FL 33025 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5335 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 39 | LUGO, JESUS F<br>150 BUCK OWEN RD<br>SENECA SC 29678 | 01-01139<br>W.R. GRACE & CO. | 2746 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 40 | LUMMUS SUPPLY COMPANY INC.<br>1554 BOLTON RD<br>ATLANTA GA 30331 | 01-01139<br>W.R. GRACE & CO. | 923 | $269.78 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 41 | LUNA JR, APOLINAR<br>8319 N 22 LN<br>MCALLEN TX 78504 | 01-01139<br>W.R. GRACE & CO. | 1735 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 42 | MARTIN, J E<br>PO BOX 146<br>CROSS ANCHOR SC 29331 | 01-01139<br>W.R. GRACE & CO. | 7097 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 43 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2415 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 44 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2416 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 45 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2417 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 46 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2418 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 47 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2419 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
   (P) - Priority    (U) - Unsecured

5/21/2004 11:16:01 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 48 | MASSEY, GRANGER<br>297 RIVER RD<br>ENOREE SC 29335 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 13746 | BLANK | (P) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 49 | MATSON NAVIGATION COMPANY INC<br>4605 E ELWOOD ST STE 500<br>PHOENIX AZ 85040 | 01-01139<br>W.R. GRACE & CO. | 2408 | $324.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 50 | MAYER, CARMELITA<br>7251 W FITCH<br>CHICAGO IL 60631 | 01-01139<br>W.R. GRACE & CO. | 2142 | $750.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 51 | MOFFATT THOMAS BARRETT ROCK & FIELDS CHT<br>C/O CASEY ROBERTSON<br>101 S CAPITOL 10TH FLR<br>BOISE ID 83702 | 01-01139<br>W.R. GRACE & CO. | 2713 | $1,247.56 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 52 | NATL BUSINESS FURNITURE<br>735 NORTH WATER ST<br>PO BOX 514052 | 01-01140<br>W.R. GRACE & CO.-CONN. | 371 | $4,327.65 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 53 | NATL BUSINESS FURNITURE<br>735 N WATER ST<br>PO BOX 514052<br>MILWAUKEE MD 53203 | 01-01139<br>W.R. GRACE & CO. | 377 | $365.04 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 54 | NLB CORP<br>ATTN JULIE KEYES<br>29830 BECK RD<br>WIXOM MI 48393-2824 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3258 | $725.72 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 55 | NORTH BROWARD HOSPITAL DISTRICT<br>ATTN: WENDY ENNIS-VOLCY ESQ<br>LEGAL ACCTS DEPT<br>1608 SE 3RD AVE<br>FORT LAUDERDALE FL 33316 | 01-01139<br>W.R. GRACE & CO. | 1560 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 56 | OVERBY, LORETTA L<br>BOX 545<br>RANDLE WA 98377-0545 | 01-01139<br>W.R. GRACE & CO. | 3524 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 57 | PHILLIPS, PATTI<br>3756 CASEYS COVE<br>ELLENWOOD GA 30294 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1178 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 58 | POTTS, JACQUELYN<br>10736 SYCAMORE TER<br>KANSAS CITY MO 64134 | 01-01139<br>W.R. GRACE & CO. | 8542 | BLANK<br>BLANK | (P)<br>(U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority           (U) - Unsecured

Page 5 of 7

5/21/2004 11:16:01 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 59 | ROBINSON, JAMES L<br>1943 W KNEELAND ST<br>MILWAUKEE WI 53205 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1621 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 60 | ROGERS, DELORIS M<br>PO BOX 2447<br>BATON ROUGE LA 70821 | 01-01139<br>W.R. GRACE & CO. | 1889 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 61 | SAN FRANCISCO GRAVEL COMPANY<br>552 BERRY ST<br>SAN FRANCISCO CA 94107 | 01-01139<br>W.R. GRACE & CO. | 3527 | $8,000,000,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 62 | SCRUGGS, CARNELL<br>3757 FAULKNER DR<br>NASHVILLE TN 37211 | 01-01139<br>W.R. GRACE & CO. | 3363 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 63 | SOUTHER TANK TRANSPORT<br>PO BOX 327<br>HARLEYVILLE SC 29448 | 01-01139<br>W.R. GRACE & CO. | 2978 | $1,037.60 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 64 | STATE BOARD OF EQUILIZATION<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 15338 | $21,140.85 | (P) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 65 | STATE OF CALIFORNIA STATE BOARD OF EQUALIZATION<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 15323 | $89,042.08 | (P) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 66 | STROMQUIST & COMPANY<br>PO BOX 724688<br>ATLANTA GA 31139 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1677 | $78.51 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 67 | THE BRANCH GROUP INC TA REXEL COMMERCE<br>SILVERMAN & ASSOCIATES CHTD<br>11300 ROCKVILLE PIKE #908<br>ROCKVILLE MD 20852 | 01-01140<br>W.R. GRACE & CO.-CONN. | 589 | $3,426.94 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 68 | THE BRANCH GROUP, INC<br>T/A REXEL COMMERCE<br>SILVERMAN & ASSOCIATES, CHTD.<br>11300 ROCKVILLE PIKE STE 908<br>NORTH BETHESDA MD 20852 | 01-01139<br>W.R. GRACE & CO. | 880 | $3,656.43 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 69 | THE SHERWIN-WILLIAMS COMPANY<br>313 TECHNOLOGY DR<br>MALVERN PA 19355 | 01-01139<br>W.R. GRACE & CO. | 1533 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

5/21/2004 11:16:01 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 70 | THOMSEN, BETSY<br>5215 SE DIVISION ST<br>PORTLAND OR 97206 | 01-01139<br>W.R. GRACE & CO. | 3565 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 71 | TRAINOR, GLENICE W<br>PO BOX 935<br>STUART FL 34995 | 01-01139<br>W.R. GRACE & CO. | 1264 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 72 | TULLOCH, RUDOLPH G<br>521 WILLOWCREEK CT<br>SIMPSONVILLE SC 29681 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1283 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 73 | TURF DYNAMICS<br>C/O DON HOLDAWAY<br>4450 S CHEROKEE ST<br>ENGLEWOOD CO 80110 | 01-01139<br>W.R. GRACE & CO. | 15312 | $809.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 74 | UNILEVER UNITED STATES INC AND ITS OPERA<br>C/O HIH SONG KIM ESQ<br>390 PARK AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 14695 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 75 | WATSON-LENARD, SANDRA J<br>1303 NE SOUTH ST<br>JENSEN BEACH FL 34994 | 01-01139<br>W.R. GRACE & CO. | 1076 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 76 | WILSON MOVING & STORAGE CO INC<br>CHUCK WILSON<br>885 BAILEY AVE<br>BUFFALO NY 14206 | 01-01139<br>W.R. GRACE & CO. | 1360 | $30.63 | (S) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 77 | WILSON, MARCUS R<br>2201 DICKENS ST<br>MOBILE AL 36617 | 01-01139<br>W.R. GRACE & CO. | 15339 | BLANK | (T) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 78 | WILSON, MARCUS R<br>2201 DICKENS ST<br>MOBILE AL 36617 | 01-01139<br>W.R. GRACE & CO. | 15339 | BLANK | (T) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 79 | WILSON, MARCUS ROZHIA<br>2201 DICKENS STREET<br>MOBILE AL 36617 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15340 | | | LATE FILED<br>EXPUNGE | SUSTAINED |
| 80 | WR GRACE & CO<br>C/O TIM PURDUE<br>FULTON STATE HOSPITAL<br>600 E 5TH<br>FULTON MO 65251-1798 | 01-01139<br>W.R. GRACE & CO. | 2157 | $5,000.00 | (S) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
    (P) - Priority    (U) - Unsecured