# EXHIBIT E

# In re: W.R. GRACE & CO., et al

## OMNIBUS 3 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | ASHLAND INCORPORATED<br>C/O COLLECTION DEPT DS3<br>PO BOX 2219<br>COLUMBUS OH 43216 | 01-01139<br>Relief Requested: EXPUNGE | 2711 | $32,032.35 | (U) | ASHLAND INCORPORATED<br>PO BOX 2219<br>COLLECTION DEPT DS3<br>COLUMBUS OH 43216 | 01-01139 | 15349 | $40,641.07 | (U) |
| 2 | BALTIMORE GAS AND ELECTRIC COMPANY<br>PO BOX 1475<br>BALTIMORE MD 21203 | 01-01139<br>Relief Requested: EXPUNGE | 3079 | $729,713.58 | (U) | BALTIMORE GAS AND ELECTRIC COMPANY<br>PO BOX 1475<br>BALTIMORE MD 21203 | 01-01139 | 15320 | $179,719.73 | (U) |
| 3 | COMPUTER TASK GROUP INC<br>ATTN: MARK STUHMILLER<br>800 DELAWARE AVE<br>BUFFALO NY 14209 | 01-01140<br>Relief Requested: EXPUNGE | 177 | $16,376.00 | (U) | COMPUTER TASK GROUP INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139 | 649 | $4,380.00 | (U) |
| 4 | CONDEA VISTA COMPANY<br>PO BOX 74708<br>CHICAGO IL 60694-4708 | 01-01140<br>Relief Requested: EXPUNGE | 337 | $37,375.20 | (U) | SASOL NORTH AMERICA INC<br>PO BOX 74708<br>CHICAGO IL 60694-4708 | 01-01139 | 15359 | $37,375.20 | (U) |
| 5 | DALLAS COUNTY<br>C/O ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>DALLAS TX 75201-2644 | 01-01139<br>Relief Requested: EXPUNGE | 1992 | $3,914.13 | (S) | DALLAS COUNTY<br>C/O ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST, SUITE 1600<br>DALLAS TX 75201 | 01-01139 | 15313 | $6,076.05 | (S) |
| 6 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA<br>STOP ROOM 1140<br>BALTIMORE MD 21201 | 01-01198<br>Relief Requested: EXPUNGE | 509 | $77,484,675.40<br>$5,887.05 | (P)<br>(U) | DEPARTMENT OF THE TREASURY-INTERNAL<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01198 | 15361 | $35,245,049.60 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority           (U) - Unsecured

## In re: W.R. GRACE & CO., et al

### OMNIBUS 3 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

**Claim To Be Expunged**

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|
| 7 | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01140 | 463 | $198,765,753.35<br>$34,411.52 | (P)<br>(U) |
| 8 | ENTERGY GULF STATES INC<br>MAIL UNIT LJEF359<br>PO BOX 6008<br>NEW ORLEANS LA 70174<br>Relief Requested: EXPUNGE | 01-01139 | 406 | $637,294.92 | (U) |
| 9 | FIDELITY & DEPOSIT CO. OF MARYLAND<br>5026 CAMPBELL BLVD SUITE C<br>BALTIMORE MD 21236<br>Relief Requested: EXPUNGE | 01-01140 | 593 | $56,894.70 | (U) |
| 10 | GE INDUSTRIAL SYSTEMS<br>41 WOODFORD AVE<br>PLAINVILLE CT 06062-2334<br>Relief Requested: EXPUNGE | 01-01140 | 344 | $22,389.88 | (U) |
| 11 | HERCULES INCORPORATED<br>1313 N MARKET ST<br>WILMINGTON DE 19894-0001<br>Relief Requested: EXPUNGE | 01-01140 | 363 | $137,372.25 | (U) |
| 12 | INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, ROOM N-203<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204<br>Relief Requested: EXPUNGE | 01-01139 | 15305 | $1,131,073.61<br>$114,650.59 | (P)<br>(U) |

**Surviving Claim**

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| DEPT OF THE TREASURY-INTRNAL REVENUE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01140 | 830 | $311,165,753.35<br>$34,411.52 | (P)<br>(U) |
| CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ENTERGY GULF STATES INC<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9192 | $637,294.92 | (U) |
| CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF FIDELITY & DEPOSIT OF MARYLAND<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9185 | $56,894.70 | (U) |
| CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF GENERAL ELECTRIC CO<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9189 | $22,389.88 | (U) |
| CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF HERCULES INC<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9193 | $137,372.25 | (U) |
| INDIANA DEPARTMENT OF REVENUE<br>100 N SENATE AVE<br>BANKRUPTCY SECTION ROOM N-203<br>INDIANAPOLIS IN 46204 | 01-01139 | 15355 | $403,130.64<br>$40,348.43 | (P)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority             (U) - Unsecured

## In re: W.R. GRACE & CO., et al

### OMNIBUS 3 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 13 INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTSY SECTION RM N-203<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204 | 01-01139<br>Relief Requested: EXPUNGE | 15319 | $1,131,073.61<br>$114,650.59 | (P)<br>(U) | INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, ROOM N-203<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204 | 01-01139 | 15305 | $1,131,073.61<br>$114,650.59 | (P)<br>(U) |
| 14 LOS ANGELES COUNTY TAX COLLECTOR<br>ATTN: ELIZABETH MCDANIEL<br>PROPERTY TAX DIVISION<br>PO BOX 55484<br>LOS ANGELES CA 90054-0018 | 01-01139<br>Relief Requested: EXPUNGE | 2308 | $30,426.53 | (S) | LOS ANGELES COUNTY TAX COLLECTOR<br>PO BOX 54018<br>ATTN CAROLYNE HEAROD<br>LOS ANGELES CA 90054-0018 | 01-01139 | 15368 | $8,551.03 | (S) |
| 15 MASSACHUSETTS DEPARTMENT OF REVEN<br>C/O ANNE CHAN<br>BOX 55484<br>BOSTON MA 02205-5484 | 01-01140<br>Relief Requested: EXPUNGE | 4081 | $35,434,634.69 | (P) | THE COMMONWEALTH OF MASSACHUSETTS<br>C/O ANNE CHAN<br>TAX EXAMINER<br>BOX 55484<br>BOSTON MA 02205-5484 | 01-01140 | 15333 | $35,423,945.06 | (P) |
| 16 NEW YORK STATE DEPT OF TAXATION<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01146<br>Relief Requested: EXPUNGE | 850 | $8,072.09<br>$22,368.97 | (P)<br>(U) | NY STATE DEPT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01146 | 15316 | $7,509.78<br>$4,127.62 | (P)<br>(U) |
| 17 NEW YORK STATE DEPT OF TAXATION & FI<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01139<br>Relief Requested: EXPUNGE | 2704 | $114,257.19 | (U) | NEW YORK STATE DEPT OF TAXATION & FIN<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01139 | 15165 | $267,817.79 | (U) |
| 18 NEW YORK STATE DEPT OF TAXATION AND<br>BANCKRUPTSY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01140<br>Relief Requested: EXPUNGE | 2705 | $465.83<br>$10.41<br>$467.00 | (S)<br>(P)<br>(U) | NEW YORK STATE DEPARTMENT OF TAXATI<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01140 | 15350 | $465.83 | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  
(P) - Priority  
(S) - Secured  
(U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 19 | OEC FLUID HANDLING INC<br>PO BOX 2807<br>SPARTANBURG SC 29304<br>Relief Requested: EXPUNGE | 01-01140 | 15354 | $61,685.11 | (U) | OEC FLUID HANDLING INC<br>PO BOX 2807<br>SPARTANBURG SC 29304 | 01-01140 | 7592 | $61,685.11 | (U) |
| 20 | STATE OF CALIFORNIA STATE BOARD OF E<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055<br>Relief Requested: EXPUNGE | 01-01179 | 15323 | $89,042.08 | (P) | STATE BOARD OF EQUILIZATION<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 | 01-01179 | 15338 | $21,140.85 | (P) |
| 21 | STATE OF MONTANA DEPT OF ENVIRONME<br>C/O ATTORNEY GENERAL<br>BANKRUPTCY UNIT<br>PO BOX 201440<br>HELENA MT 59620-1440<br>Relief Requested: EXPUNGE | 01-01140 | 6100 | $39,000.00<br>$8,471,022.16 | (S)<br>(U) | STATE OF MONTANA DEPT OF ENVIRONMEN<br>ATTORNEY GENERAL<br>BANKRUPTCY UNIT<br>PO BOX 201440<br>HELENA MT 59620-1440 | 01-01140 | 15296 | $39,000.00<br>$8,471,022.16 | (S)<br>(U) |
| 22 | STATE OF NEW JERSEY DEPARTMENT OF T<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245<br>Relief Requested: EXPUNGE | 01-01140 | 15351 | $258,629.24 | (A) | STATE OF NEW JERSEY DEPARTMENT OF T<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140 | 15324 | $258,629.24 | (A) |
| 23 | STATE OF NEW JERSEY DEPT OF TREASUR<br>DIV OF TAXATION<br>PO BOX 245<br>TRENTON NJ 06895-0245<br>Relief Requested: EXPUNGE | 01-01140 | 785 | $116,629.24 | (A) | STATE OF NEW JERSEY DEPARTMENT OF T<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140 | 15324 | $258,629.24 | (A) |
| 24 | TN DEPT OF ENVIR & CONSERV<br>C/O TN ATTY GENERAL<br>BANKRUPTCY & COLLECTIONS DIV<br>PO BOX 202207<br>NASHVILLE TN 37202-0207<br>Relief Requested: EXPUNGE | 01-01139 | 18 | $1,729.58 | (U) | TN DEPT OF ENVIRONMENT AND CONSERVA<br>C/O TN ATTY GENERAL<br>BANKRUPTCY DIV<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 01-01139 | 12791 | $12,667.05 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative     (S) - Secured
(P) - Priority                  (U) - Unsecured

## In re: W.R. GRACE & CO., et al

### OMNIBUS 3 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 25 TURF DYNAMICS C/O DON HOLDAWAY 4450 S CHEROKEE ST ENGLEWOOD CO 80110 | 01-01139 Relief Requested: EXPUNGE | 15312 | $809.00 | (U) | TURF DYNAMICS ATTN: DON HOLDAWAY 4450 S CHEROKEE ST ENGLEWOOD CO 80110 | 01-01139 | 1536 | $809.00 | (U) |
| 26 US DEPT OF COMMERCE BUREAU OF INDUS ATTN: CHRISTINE LEE 14TH ST & CONSTITUTION AVE NW RM 3839 WASHINGTON DC 20230 | 01-01140 Relief Requested: EXPUNGE | 5524 | $561,000.00 | (U) | US DEPT OF COMMERCE BUREAU OF INDUS 14TH ST & CONSTITUTION AVE NW RM 3839 ATTN: CHRISTINE LEE WASHINGTON DC 20230 | 01-01140 | 15342 | $178,500.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured