# BILZIN SUMBERG BAENA PRICE & AXELROD LLP
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

May 24, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   79534

FOR PROFESSIONAL SERVICES RENDERED
　THROUGH April 30, 2004

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Atty - SLB
RE:　　01- Case Administration　　　　　　　　　　　　　　　　　　　　　Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/01/04 | WV | 0.70 | 77.00 | Pull Dockets |
| 04/02/04 | WV | 0.70 | 77.00 | Pull Docket |
| 04/03/04 | WV | 0.70 | 77.00 | (3/29/04) Pull Dockets |
| 04/03/04 | WV | 0.70 | 77.00 | (3/30/04) Pull Dockets |
| 04/03/04 | WV | 0.70 | 77.00 | (3/31/04) Pull Dockets |
| 04/05/04 | WV | 0.70 | 77.00 | Pull Dockets |
| 04/06/04 | WV | 0.70 | 77.00 | Pull dockets |
| 04/07/04 | ASD | 0.10 | 29.00 | Review order on argument at third circuit (.1). |
| 04/07/04 | ASD | 0.50 | 145.00 | Review KERP motion (.4); telephone conference with Ted Tacconelli regarding KERP motion (.1). |
| 04/07/04 | WV | 0.70 | 77.00 | Pull dockets |
| 04/08/04 | WV | 0.70 | 77.00 | Pull Documents |
| 04/09/04 | WV | 0.70 | 77.00 | Pull dockets |
| 04/12/04 | JMS | 0.20 | 58.00 | Voicemail from and to S. Jones regarding status |
| 04/12/04 | WV | 0.70 | 77.00 | Pull dockets. |
| 04/12/04 | WV | 0.30 | 33.00 | Pull docket and print out pleadings. |
| 04/13/04 | JMS | 0.20 | 58.00 | Review and update memo regarding open matters |
| 04/13/04 | WV | 0.70 | 77.00 | Pull dockets. |
| 04/13/04 | WV | 0.30 | 33.00 | Pull docket and print out pleadings. |
| 04/15/04 | WV | 0.70 | 77.00 | Pull dockets. |
| 04/16/04 | ASD | 0.80 | 232.00 | Review of email regarding DK Acquisition citing Bankruptcy Reform Act (.1); research and review reform act (.7). |
| 04/16/04 | WV | 0.70 | 77.00 | Pull dockets |
| 04/18/04 | ASD | 0.40 | 116.00 | Review arguments on appeal (.4). |
| 04/18/04 | ASD | 0.20 | 58.00 | Review debtors objection to Mass. Dept. Environmental Protection relief from stay (.2). |
| 04/19/04 | ASD | 2.20 | 638.00 | Attend oral argument on Wolin Recusal issue (split with USG). |
| 04/19/04 | JMS | 0.20 | 58.00 | Review agenda for 4/26 hearing |
| 04/19/04 | JMS | 0.60 | 174.00 | Email to committee regarding follow-up items from committee call (.4); review agenda for 4/26 hearing (.2) |
| 04/19/04 | WV | 0.70 | 77.00 | Pull Dockets. |
| 04/20/04 | JMS | 0.20 | 58.00 | Review docket |
| 04/21/04 | JMS | 1.00 | 290.00 | Review Libby claimant objection to K+E fees (.3); review agenda notice regarding rescheduled hearing (.2); review docket (.2); email to S. Baena regarding committee call (.3) |
| 04/21/04 | WV | 0.40 | 44.00 | Pull Docket and print out motions re structured relief. |
| 04/21/04 | WV | 0.70 | 77.00 | Pull Dockets |
| 04/22/04 | WV | 0.70 | 77.00 | Pull Dockets. |
| 04/23/04 | ASD | 0.90 | 261.00 | Review Kensington, et al. letter for standard of review (.2); review respondents letter for standard of review (.2); review futures record cites; (.2); review petitioner's record cites (.3). |
| 04/23/04 | SLB | 0.40 | 220.00 | Review report on status of claims (.3); email to J. Baer regarding same (.1). |
| 04/23/04 | WV | 0.70 | 77.00 | Pull Dockets. |

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 04/26/04 | ASD | 0.20 | 58.00 | Review correspondence regarding transcript correction (.1); email local counsel regarding obtaining transcript (.1). |
| 04/29/04 | ASD | 0.60 | 174.00 | Review appeal transcript (.4); email to committee members regarding same (.2). |

**PROFESSIONAL SERVICES** $4,123.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 12/31/03 | Postage | 0.37 |
| 04/01/04 | Long Distance Telephone(212) 872-1096 | 6.93 |
| 04/01/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4040452022; DATE: 4/4/2004 - Acct.#BILZIN01 | 23.90 |
| 04/07/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 04/08/04 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 04/08/04 | Long Distance Telephone(302) 575-1555 | 3.96 |
| 04/08/04 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 04/08/04 | Long Distance Telephone(312) 861-2000 | 2.97 |
| 04/13/04 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 04/13/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 171711388 DATE: 4/19/2004 | 11.77 |
| 04/14/04 | Long Distance Telephone(409) 883-4394 | 9.90 |
| 04/14/04 | Long Distance Telephone(803) 943-4444 | 1.98 |
| 04/14/04 | Long Distance Telephone(509) 455-9555 | 1.98 |
| 04/15/04 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 04/15/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 04/15/04 | Long Distance Telephone(215) 597-2995 | 2.97 |
| 04/16/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4041852786; DATE: 4/18/2004 - Acct. #BILZIN01 | 23.06 |
| 04/19/04 | Long Distance Telephone(409) 883-4394 | 10.89 |
| 04/20/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 04/20/04 | Long Distance Telephone(843) 524-5708 | 26.73 |
| 04/20/04 | Long Distance Telephone(409) 384-8444 | 25.74 |
| 04/21/04 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 04/21/04 | Long Distance Telephone(415) 989-1801 | 1.98 |
| 04/26/04 | Long Distance Telephone(302) 652-5340 | 7.92 |
| 04/26/04 | Long Distance Telephone(302) 652-5340 | 2.97 |
| 04/28/04 | Long Distance Telephone(409) 883-4394 | 2.97 |
| 04/29/04 | Long Distance Telephone(843) 524-5708 | 104.94 |

**TOTAL COSTS ADVANCED** $287.16

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.40 | 550.00 | $220.00 |
| Danzeisen, Allyn S | 5.90 | 290.00 | $1,711.00 |
| Sakalo, Jay M | 2.40 | 290.00 | $696.00 |
| Van Dijk, Wendy | 13.60 | 110.00 | $1,496.00 |
| *TOTAL* | *22.30* | | *$4,123.00* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Photocopies | $0.30 |
| Telecopies | $6.00 |
| Federal Express | $11.77 |
| Long Distance Telephone | $221.76 |
| Long Distance Telephone-Outside Services | $46.96 |
| Postage | $0.37 |
| TOTAL | $287.16 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**     **$4,410.16**

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

|  |  | Atty - SLB |
|---|---|---|
| **RE:** 02 - Debtors' Business Operations | | Client No. 74817/15538 |

| | | | | |
|---|---|---|---|---|
| 04/12/04 | JMS | 1.80 | 522.00 | Review motion to approve 2004-2006 LTIP (1.2); email from and to S. Baena thereon (.6) |
| 04/20/04 | JMS | 0.20 | 58.00 | Review payments to OCPs |

**PROFESSIONAL SERVICES** $580.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 2.00 | 290.00 | $580.00 |
| *TOTAL* | *2.00* | | *$580.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$580.00**

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 03 - Creditors Committee |  |  | Client No. 74817/15539 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/01/04 | SLB | 0.50 | 275.00 | Committee hearing (.5). |
| 04/07/04 | ASD | 0.30 | 87.00 | Email chairs regarding committee issues; review response (.2); telephone conference with Scott Baena regarding committee issues (.1). |
| 04/13/04 | SLB | 0.30 | 165.00 | Memo to committee regarding open items to be addressed (.3). |
| 04/14/04 | ASD | 0.30 | 87.00 | Telephone conference with committee co-chairs regarding committee issues and meeting (.3). |
| 04/15/04 | ASD | 0.10 | 29.00 | Email committee regarding meeting. |
| 04/16/04 | ASD | 0.60 | 174.00 | Prepare for and attend committee meeting (.6). |
| 04/16/04 | JMS | 0.40 | 116.00 | Committee call |
| 04/20/04 | ASD | 0.70 | 203.00 | Draft summary of oral argument for committee member. |
| 04/29/04 | JMS | 0.20 | 58.00 | Email to committee regarding meeting |

**PROFESSIONAL SERVICES** $1,194.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.80 | 550.00 | $440.00 |
| Danzeisen, Allyn S | 2.00 | 290.00 | $580.00 |
| Sakalo, Jay M | 0.60 | 290.00 | $174.00 |
| *TOTAL* | *3.40* |  | *$1,194.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,194.00

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 07 - Applicant's Fee Application | | | Client No. 74817/15543 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/02/04 | LMF | 0.80 | 96.00 | Review and edit prebills for February 2004 (.8). |
| 04/26/04 | LMF | 0.90 | 108.00 | Review final prebills for February and March for the fraudulent transfer matter and bankruptcy matters (.9). |
| 04/26/04 | JMS | 1.20 | 348.00 | Analyze missing $47,000 expense payment and telephone conferences with W. Sparks at W.R. Grace thereon (1.1); discuss with L. Flores (.1) |
| 04/28/04 | ASD | 0.20 | 58.00 | Research regarding 11th Interim Quarterly (.2). |
| 04/28/04 | LMF | 0.40 | 48.00 | Review court docket to confirm filing of 11th quarterly and send email to local counsel requesting that a copy be sent to fee auditor (.4). |
| 04/28/04 | LMF | 1.10 | 132.00 | Prepare notices and summaries for Bilzin's February and March fees and attend to filing same (1.1). |
| 04/28/04 | JMS | 0.20 | 58.00 | Telephone conference with S. Bossay regarding erroneously deducted expenses |
| 04/29/04 | ASD | 0.40 | 116.00 | Review fee auditor's report (.1); respond to same (.3). |

**PROFESSIONAL SERVICES** $964.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.60 | 290.00 | $174.00 |
| Sakalo, Jay M | 1.40 | 290.00 | $406.00 |
| Flores, Luisa M | 3.20 | 120.00 | $384.00 |
| *TOTAL* | *5.20* | | *$964.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$964.00**

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Atty - SLB |
| RE: | 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) |  |  | Client No. 74817/15545 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/02/04 | SLB | 0.70 | 385.00 | Email with proposed order for S. Blatnick and email response (.4); further email exchange with S. Blatnick (.3). |
| 04/12/04 | SLB | 0.50 | 275.00 | Email from and to J. Baer and revise proposed order on Gateway objections (.5). |
| 04/18/04 | JMS | 0.80 | 232.00 | Email from D. Speights regarding property damage claims (.2); research same and email to D. Speights thereon (.6) |

**PROFESSIONAL SERVICES**                                                                                           $892.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.20 | 550.00 | $660.00 |
| Sakalo, Jay M | 0.80 | 290.00 | $232.00 |
| *TOTAL* | *2.00* |  | *$892.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                                                      **$892.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  | Atty - SLB |
|---|---|---|
| RE: | 10 - Travel | Client No. 74817/15546 |

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 04/19/04 | ASD | 6.30 | 1,827.00 | Travel to and from oral argument. |

**PROFESSIONAL SERVICES** $1,827.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 6.30 | 290.00 | $1,827.00 |
| *TOTAL* | *6.30* | | *$1,827.00* |

**Less 50% Discount on Travel** -$913.50

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $913.50

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  | Atty - SLB |
|---|---|---|
| RE: | 18 - Plan & Disclosure Statement | Client No. 74817/15554 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/01/04 | ASD | 3.40 | 986.00 | Research regarding plan issues. |
| 04/02/04 | ASD | 3.10 | 899.00 | Research regarding plan issues (3.1). |
| 04/05/04 | SLB | 0.30 | 165.00 | Telephone conference with D. Speights and M. Dies regarding status of negotiations with debtor (.3). |
| 04/10/04 | JMS | 1.30 | 377.00 | Review email traffic regarding voting issues, futures representative |
| 04/12/04 | JMS | 0.70 | 203.00 | Review email traffic regarding voting issues |
| 04/14/04 | SLB | 0.40 | 220.00 | Telephone call from M. Dies regarding status (.4). |
| 04/19/04 | SLB | 0.30 | 165.00 | Telephone call from M. Dies regarding status (.3). |
| 04/19/04 | JMS | 2.10 | 609.00 | Telephone conference with S. Baena, M. Dies regarding status (.3); research regarding voting issues (1.8) |
| 04/23/04 | WV | 0.90 | 99.00 | Pull docket, download and print disclosure statement and all attachments. |

**PROFESSIONAL SERVICES** $3,723.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.00 | 550.00 | $550.00 |
| Danzeisen, Allyn S | 6.50 | 290.00 | $1,885.00 |
| Sakalo, Jay M | 4.10 | 290.00 | $1,189.00 |
| Van Dijk, Wendy | 0.90 | 110.00 | $99.00 |
| *TOTAL* | *12.50* |  | *$3,723.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $3,723.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 30 - Fee Application of Others | | Client No. 74817/17781 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/09/04 | ASD | 0.10 | 29.00 | Review fee apps. |
| 04/20/04 | WV | 0.70 | 77.00 | Pull Dockets. |
| 04/28/04 | ASD | 0.20 | 58.00 | Review 4 fee applications (.2). |
| 04/29/04 | JMS | 0.60 | 174.00 | Review ZAI counsel's monthly statement |
| 04/29/04 | JMS | 0.30 | 87.00 | Review Grace response to Libby claim regarding fees of K+E |

**PROFESSIONAL SERVICES** $425.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.30 | 290.00 | $87.00 |
| Sakalo, Jay M | 0.90 | 290.00 | $261.00 |
| Van Dijk, Wendy | 0.70 | 110.00 | $77.00 |
| *TOTAL* | *1.90* | | *$425.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $425.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
RE: 31 - Retention of Others  Client No. 74817/17782

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/01/04 | SLB | 0.30 | 165.00 | Email to D. Bernick regarding futures rep (.3). |
| 04/02/04 | SLB | 0.30 | 165.00 | Emails from and to M. Dies regarding futures rep (.3). |
| 04/06/04 | SLB | 0.50 | 275.00 | Telephone call from D. Bernick regarding futures rep, etc. (.2); email to D. Speights and M. Dies regarding same (.2); email from M. Dies regarding same (.1). |
| 04/12/04 | SLB | 0.50 | 275.00 | Email to D. Speights and M. Dies regarding futures rep (.2); email from M. Dies regarding same (.1); email to D. Speights and M. Dies and to D. Speights regarding same (.2). |
| 04/13/04 | SLB | 0.40 | 220.00 | Email to and from committee members regarding selection of Futures Rep (.4). |
| 04/15/04 | SLB | 0.40 | 220.00 | Email from J. Baer, forwarded to committee regarding Futures rep (.2); email from and to M. Dies regarding same (.2). |
| 04/15/04 | JMS | 0.30 | 87.00 | Conference with S. Baena regarding futures representative |
| 04/16/04 | JMS | 0.30 | 87.00 | Telephone conference with D. Speights regarding futures representative |
| 04/19/04 | SLB | 1.20 | 660.00 | Email to J. Baer regarding selection of futures rep (.4); telephone call from A. Danzeisen regarding hearing before third circuit (.2); review debtor application for appointment of future rep and interoffice conference with J. Sakalo regarding response thereto (.6). |
| 04/20/04 | SLB | 0.50 | 275.00 | Telephone call from M. Dies regarding future rep (.3); email from and to D. Speights regarding same (.2). |
| 04/20/04 | JMS | 1.80 | 522.00 | Research objection to futures representative |
| 04/21/04 | JMS | 1.30 | 377.00 | Research regarding objection to future claimants representative application |
| 04/27/04 | JMS | 1.30 | 377.00 | Research regarding application to retain future's representative |
| 04/28/04 | JMS | 0.20 | 58.00 | Conference with A. Danzeisen regarding objection to futures representative |

**PROFESSIONAL SERVICES** $3,763.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 4.10 | 550.00 | $2,255.00 |
| Sakalo, Jay M | 5.20 | 290.00 | $1,508.00 |
| *TOTAL* | *9.30* | | *$3,763.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $3,763.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| *Danzeisen, Allyn S* | *21.60* | $6,264.00 |
| *Baena, Scott L* | *7.50* | $4,125.00 |
| *Flores, Luisa M* | *3.20* | $384.00 |
| *Sakalo, Jay M* | *17.40* | $5,046.00 |
| *Van Dijk, Wendy* | *15.20* | $1,672.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**    **$17,491.00**

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| *Photocopies* | *$0.30* |
| *Telecopies* | *$6.00* |
| *Federal Express* | *$11.77* |
| *Long Distance Telephone* | *$221.76* |
| *Long Distance Telephone-Outside Services* | *$46.96* |
| *Postage* | *$0.37* |

**TOTAL COSTS ADVANCED THIS PERIOD**    *$287.16*

**Less 50% Discount on Travel**    *-$913.50*

**TOTAL AMOUNT DUE THIS PERIOD**    *$16,864.66*

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 04/30/04** <br> **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 4,123.00 | 287.16 | 4,410.16 |
| 02 - Debtors' Business Operations/15538 | 580.00 | 0.00 | 580.00 |
| 03 - Creditors Committee/15539 | 1,194.00 | 0.00 | 1,194.00 |
| 07 - Applicant's Fee Application/15543 | 964.00 | 0.00 | 964.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 892.00 | 0.00 | 892.00 |
| 10 - Travel/15546 | 913.50 | 0.00 | 913.50 |
| 18 - Plan & Disclosure Statement/15554 | 3,723.00 | 0.00 | 3,723.00 |
| 30 - Fee Application of Others/17781 | 425.00 | 0.00 | 425.00 |
| 31 - Retention of Others/17782 | 3,763.00 | 0.00 | 3,763.00 |
| Client Total | $16,577.50 | $287.16 | $16,864.66 |