EXHIBIT "C-1"
## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555   Fax:   (302) 575-1714

WR Grace PD Committee                    January 1, 2004 – January 31, 2004

Inv #:   10853

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 8.30 | 1,783.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.90 | 652.50 |
| B18 | Fee Applications, Others - | 5.05 | 508.50 |
| B25 | Fee Applications, Applicant - | 2.65 | 306.00 |
| B32 | Litigation and Litigation Consulting - | 47.00 | 10,573.00 |
| B33 | ZAI Science Trial | 0.10 | 22.50 |
| B35 | Travel/Non-working - | 8.00 | 900.00 |
| B37 | Hearings - | 1.30 | 292.50 |
| | **Total** | **75.30** | **$15,038.00** |
| | **Grand Total** | **75.30** | **$15,038.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Rick S. Miller | 215.00 | 4.60 | 989.00 |
| Theodore J. Tacconelli | 112.50 | 8.00 | 900.00 |
| Theodore J. Tacconelli | 225.00 | 55.60 | 12,510.00 |
| Paralegal | 90.00 | 7.10 | 639.00 |
| **Total** | | **75.30** | **$15,038.00** |

## DISBURSEMENT SUMMARY

| | | | |
|---|---|---|---|
| CA | Expense - | | $5,239.99 |
| **Total Disbursements** | | | **$5,239.99** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-01-04 | *Case Administration* - review pleading re: PSZYJ&W Sept 2003 fee app | 0.10 | TJT |
| Jan-03-04 | *Case Administration* - review pleading re: L Tersigni Oct 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Elzufon Austin Nov 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Lukins Annis Sept 2003 fee app | 0.10 | TJT |
| Jan-07-04 | *Case Administration* - Confer with TJT re: discovery issues in refusal hearing | 0.30 | RSM |
| Jan-08-04 | *Case Administration* - Review e-mail correspondence from co-counsel re: discovery issues | 0.10 | RSM |
| | *Case Administration* - Send A. Danziesen, Esquire deposition transcript exhibits via fed ex | 0.10 | PL |
| Jan-09-04 | *Case Administration* - Prepare and revise Certificate of Service with service list re: Committee's objection to Debtor's BLR 3007-1 motion | 0.10 | PL |
| Jan-12-04 | *Case Administration* - review debtors' obj to Caterpillar Financial's motion for relief from stay | 0.10 | TJT |
| | *Case Administration* - Assist in filing Committee's objection to Debtor's 3007-1 Motion | 0.10 | PL |
| Jan-13-04 | *Case Administration* - review pleading re: opposition of Libby claimants to debtors motion for contempt of court | 0.20 | TJT |
| | *Case Administration* - review pleading re: joinder of MD Casualty Co and debtors' motion to hold Libby claimants in contempt of court | 0.10 | TJT |
| | *Case Administration* - review pleading re: L Tersigni Nov 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Campbell Levine Nov 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Caplan Drysdale Nov 2003 fee app | 0.10 | TJT |
| Jan-14-04 | *Case Administration* - review pleading re: response of Continental Ins Co. to debtors' motion for contempt re: Chakarian re: 01-771 | 0.20 | TJT |
| Jan-15-04 | *Case Administration* - Confer with T. Tacconelli re: pending recusal hearing | 0.80 | RSM |
| | *Case Administration* - Confer with T. Tacconelli re: scheduling matters | 0.20 | RSM |
| | *Case Administration* - review order denying debtors' motion to hold counsel for C Gerard in contempt of court | 0.10 | TJT |
| Jan-16-04 | *Case Administration* - Review brief filed by opposing counsel and USG Debtors re: recusal | 0.20 | RSM |
| Jan-19-04 | *Case Administration* - E-mail to co-counsel re: Debtors motion for leave to reply | 0.10 | RSM |
| | *Case Administration* - Review hearing agenda | 0.10 | RSM |
| | *Case Administration* - E-mail to co-counsel re: hearing agenda | 0.10 | RSM |
| | *Case Administration* - Review Debtors Motion for Leave to File Reply | 0.10 | RSM |
| | *Case Administration* - review pleading re: debtors' motion to hold counsel for C Gerard in contempt of court re: Chakarian 01-771 | 0.20 | TJT |
| | *Case Administration* - review pleading re: debtors' response in support of National Union Co.'s motion for summary judgment w/ exhibits re: 02-1657 | 0.30 | TJT |
| | *Case Administration* - review pleading re: Lukins Annis quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' statement of amounts paid to ordinary course professionals from April, 2000 - December, 2003 | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Case Administration* - review pleading re: debtors' monthly operating report for Nov 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading W Smith & Assoc December 2003 fee app | 0.10 | TJT |
| Jan-21-04 | *Case Administration* - Confer with TJT re: pending issues and scheduling matters | 0.30 | RSM |
| | *Case Administration* - review pleading re: Carella Byrne Oct 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Casner Edwards Sept 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: PWC August 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: PWC Sept 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of PWC quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: K&E Oct 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Holme Roberts Oct 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: PSZYJ&W Oct 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: ReedSmith Oct 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of FTI Policano quarterly fee app July-Sept 2003 | 0.10 | TJT |
| Jan-22-04 | *Case Administration* - Attend Committee teleconference | 1.30 | RSM |
| Jan-23-04 | *Case Administration* - review transcript of 1/16/04 hearing before Judge Wolin | 0.50 | RSM |
| | *Case Administration* - review pleading JM Foster's response and obj to notice of transfer of claim by Long Acre Fund | 0.10 | TJT |
| Jan-24-04 | *Case Administration* - review pleading re: summary of Stroock quarterly fee app re: July-Sept 2003 | 0.10 | TJT |
| Jan-27-04 | *Case Administration* - Confer with TJT re: status of recusal matter | 0.30 | RSM |
| Jan-29-04 | *Case Administration* - review pleading re: certification of counsel re: order regarding restructuring debt in foreign subsidiaries | 0.10 | TJT |
| Jan-02-04 | *Committee, Creditors', Noteholders' or* - teleconference with committee | 0.60 | TJT |
| Jan-08-04 | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Jan-15-04 | *Committee, Creditors', Noteholders' or* -prepare email to J Sakalo re: teleconference with committee | 0.10 | TJT |
| Jan-17-04 | *Committee, Creditors', Noteholders' or* -review pleading re: notice of agenda for 1/26/04 hearing | 0.10 | TJT |
| Jan-21-04 | *Committee, Creditors', Noteholders' or* -prepare email to A Danzeisen re: teleconference with committee regarding current matters including recusal motion | 0.10 | TJT |
| Jan-22-04 | *Committee, Creditors', Noteholders' or* -teleconference with committee | 1.50 | TJT |
| Jan-29-04 | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.40 | TJT |
| Jan-08-04 | *Fee Applications, Others* - Prepare Certificate of No Objection with Certificate of Service re: Bilzin's 28th monthly Fee Application | 0.30 | PL |
| Jan-09-04 | *Fee Applications, Others* - File and serve Certificate of No Objection with Certificate of Service re: Bilzin 28th Fee Application | 0.25 | PL |
| Jan-28-04 | *Fee Applications, Others* - Assist A. DelCollo in preparation of filing and sevice of Bilzin's 29th monthly and 10th quarterly Fee Application | 0.20 | PL |
| | *Fee Applications, Others* - Teleconference with L. Flores re: revisions to | 0.10 | PL |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | the Bilzin Fee Applications | | |
| | (ALD) *Fee Applications, Others* - e-file and serve Bilzin Sumberg's 29th monthly fee app | 0.50 | PL |
| | (ALD) *Fee Applications, Others* - finalize Bilzin Sumberg's 29th monthly fee app for e-filing | 0.70 | PL |
| | (ALD) *Fee Applications, Others* - prepare Bilzin Sumberg's 29th monthly fee app for e-filing | 0.20 | PL |
| | (ALD) *Fee Applications, Others* - review email from L Flores re: Bilzin Sumberg's 29th monthly fee app | 0.10 | PL |
| | (ALD) *Fee Applications, Others* - confer with S Weiler re: filing of Bilzin Sumberg's 29th monthly and 10th interim fee apps | 0.20 | PL |
| Jan-29-04 | (ALD) *Fee Applications, Others* - finalize Bilzin Sumberg's 10 interim fee app | 1.10 | PL |
| | (ALD) *Fee Applications, Others* - prepare Bilzin Sumberg's 10 interim fee app for e-filing | 0.30 | PL |
| | (ALD) *Fee Applications, Others* - e-file and serve Bilzin Sumberg's 10 interim fee app | 0.60 | PL |
| | (ALD) *Fee Applications, Others* - review email from L Flores re: Bilzin Sumberg's 10th interim fee app | 0.10 | PL |
| Jan-05-04 | *Travel/Non-working* - travel to Newark, NJ for depositions in consolidated recusal motion | 2.00 | TJT |
| | *Travel/Non-working* - travel from Newark, NJ from depositions in consolidated recusal motion | 2.00 | TJT |
| Jan-06-04 | *Travel/Non-working* - travel to Newark, NJ for depositions in consolidated recusal motions | 2.00 | TJT |
| | *Travel/Non-working* - travel from Newark, NJ from depositions re: consolidated recusal motions | 2.00 | TJT |
| Jan-09-04 | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg Oct 2003 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review docket re: Bilzin Sumberg Oct 2003 fee app | 0.10 | TJT |
| Jan-28-04 | *Fee Applications, Others* - review email from L Flores re: Bilzin Sumberg quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Fee Applications, Others* - confer with paralegal re: Bilzin Sumberg quarterly fee app July-Sept 2003 | 0.10 | TJT |
| Jan-02-04 | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: Depositions on 1/5/04 and 1/6/04 in Newark, NJ re: consolidated recusal motions | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: ltr to Judge Wolin requesting that PD committee counsel be allowed to attend depositions on 1/5/14 and 1/6/04 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review ltr from A Danzeisen to Judge Wolin re: requesting authority to attend depositions on 1/5/04 and 1/6/04 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: final deposition order entered by Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review final deposition order re: discovery in consolidated recusal motions | 0.10 | TJT |
| Jan-04-04 | *Litigation and Litigation Consulting* - prepare for attendance at depositions | 2.50 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | occurring 1/5/04 (x3) and 1/6/04 (x2) | | |
| Jan-05-04 | *Litigation and Litigation Consulting* - confer with A Danzeisen re: deposition coverage | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - attend Deposition of Mark Brodsky | 5.50 | TJT |
| | *Litigation and Litigation Consulting* - attend Deposition of William Dreier | 2.70 | TJT |
| Jan-06-04 | *Litigation and Litigation Consulting* - Review Order from J. Wolin | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - E-mail to counsel re: J. Wolin's Order | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - attend deposition of Judson Hamlin re: consolidated recusal motions | 6.20 | TJT |
| | *Litigation and Litigation Consulting* - attend deposition of John Keefe re: consolidated recusal motions | 2.00 | TJT |
| Jan-07-04 | *Litigation and Litigation Consulting* - review discovery order dated 1/6/04 re: consolidated recusal motions | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Call to A Danzeisen re: 1/6/04 discovery order re: consolidated recusal motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconferences with A Danzeisen re: conference today with attorneys re: additional discovery and 1/6/04 discovery order re: consolidated recusal motions | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with counsel re: additional discovery re: consolidated recusal motions | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with E Wohlforth re: additional discovery re: consolidated recusal motions | 1.00 | TJT |
| Jan-08-04 | *Litigation and Litigation Consulting* - review email from A Danzeisen re: Deposition transcripts re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: continuation of discovery and related issues re: consolidated recusal motions | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - review email from A Danzeisen re: additional discovery re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review ltr from J Baer to Judge Wolin re: not necessary to go forward with depositions scheduled for 1/12/04 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - download and review order dated 1/8/04 re: additional discovery requests re: consolidated recusal motions | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: 1/8/04 discovery order re: consolidated recusal motions | 0.10 | TJT |
| Jan-09-04 | *Litigation and Litigation Consulting* - review deposition transcript of David Gross with exhibits | 4.80 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: Judge Wolin's decision on request to cancel depositions for 1/12/04 | 0.10 | TJT |
| Jan-10-04 | *Litigation and Litigation Consulting* - review deposition transcript and exhibits to deposition re: C Hamlin re: disclosure of settlement negotiations | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - start reviewing deposition transcript of F McGovern | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: obj to 3007-1 motion | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - review draft of obj to debtor's 3007-1 motion | 0.20 | TJT |
| Jan-12-04 | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: obj to debtors' 3007-1 motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review and revise obj to debtors 3007-1 motion | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: additional changes to obj to 3007-1 motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review revised obj to debtors' 3007 motion and prepare for e-filing | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - e-file obj to debtors' 3007-1 motion | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - con't reviewing F McGovern deposition transcript re: consolidated recusal motions | 1.80 | TJT |
| | *Litigation and Litigation Consulting* - review Brodsky deposition exhibits re: consolidated recusal motions | 0.30 | TJT |
| Jan-13-04 | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: oral argument re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: oral argument re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review debtors' brief re: mistake in law re: motion of Royal Ins Co to file late proof of claim | 0.20 | TJT |
| Jan-14-04 | *Litigation and Litigation Consulting* - review ltr from J Scoliard to Judge Wolin re: request by DK Acquisitions for oral argument re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: request by DK Acquisitions for oral argument re: consolidated recusal motion | 0.10 | TJT |
| Jan-15-04 | *Litigation and Litigation Consulting* - review submission of the official committee of unsecured creditors of Armstrong World Industries re: consolidated recusal motions | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review memorandum of USG debtors re: consolidated recusal motions | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review USG debtors' supplemental brief re: consolidated recusal motions | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review DK Acquisitions memorandum of law re: consolidated recusal motions | 0.50 | TJT |
| Jan-16-04 | *Litigation and Litigation Consulting* - review pleading re: notice of appeal by unsecured creditors committee in Owens Corning case re: order denying motion for structural relief to eradicate conflicts of interest | 0.10 | TJT |
| Jan-17-04 | *Litigation and Litigation Consulting* - review pleading re: W.R. Grace's response to DK Acquisitions' Motion to Recuse Judge Wolin | 1.20 | TJT |
| Jan-21-04 | *Litigation and Litigation Consulting* - review pleading re: debtors motion for leave to file reply to obj of PD Committee 3007-1 motion | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: briefs filed re: consolidated recusal motions | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen to committee re: debtors' motion for leave to file reply to PD Committee's obj to debtors' 3007-1 motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: brief filed by | 1.00 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Owens Corning debtors, PI Committee and futures rep in Owens Corning re: consolidated recusal motions | | |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: brief of Kensington International re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: brief of Kensington International, et al. re: consolidated recusal motions | 1.50 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: brief of Kensington International re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Jan-22-04 | *Litigation and Litigation Consulting* - review email from A Danzeisen to committee re: Kensington International, et al. brief re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from A Danzeisen re: 1/16/04 hearing transcript | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review USG debtors' 2nd supplemental brief re: consolidated recusal motions | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen to committee re: DK Acquisitions brief re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from A Danzeisen to committee re: brief of W.R. Grace re: consolidated recusal motions | 0.10 | TJT |
| Jan-23-04 | *Litigation and Litigation Consulting* - review pleading re: notice of statement of issues on appeal and record of appeal re: unsecured creditors committee's appeal of part denial of motion for structural relief to eradicate conflicts of interests | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - prepare email A Danzeisen re: notice of statement of issues on appeal and record on appeal re: unsecured creditors committee's appeal of part denial of motion for structural relief to eradicate conflicts of interests | 0.20 | TJT |
| Jan-25-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: transcript of 1/16/04 hearing re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review transcript of 1/16/04 hearing re: consolidated recusal motions | 2.50 | TJT |
| Jan-26-04 | *Litigation and Litigation Consulting* - review corresp re opposition of DK Acquisitions to WR Grace's motion to strike Yoselloff affidavit from exhibit | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: affidavit of A Yoseloff | 0.10 | TJT |
| Jan-27-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danziesen re: revised list of ex parte contacts with Judge Wolin re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review revised list of ex parte contacts with Judge Wolin re: consolidated recusal motions | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danziesen re: notes from Judge Dryer and Whitney Chelnick memorandum re: consolidated recusal motions | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - review Dryer notes and memorandum from Whitney Chelnick re: consolidated recusal motions | 0.50 | TJT |
| Jan-29-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: supplemental briefs re: opposition to motion for structural relief in Owens Corning | 0.10 | TJT |
| Jan-30-04 | *Litigation and Litigation Consulting* - review email from A Danzeisen re: AC&S opinion denying confirmation of plan | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review AC&S opinion denying confirmation of plan re: conflict regarding future's rep | 0.30 | TJT |
| Jan-31-04 | *Litigation and Litigation Consulting* - review Royal Insurance Co.'s response to debtor's memorandum of law regarding Royal's motion for leave to file late proof of claim | 0.20 | TJT |
| Jan-22-04 | *Hearings* - review amended agenda for 1/26/04 hearing | 0.10 | TJT |
| | *Hearings* - prepare email to A Danzeisen re: 1/26/04 hearing re: obj to debtors' 3007-1 relief motion | 0.10 | TJT |
| | *Hearings* - review corresp re: email from A Danzeisen re: coverage for 1/26/04 hearing | 0.10 | TJT |
| | *Hearings* - prepare email to A Danzeisen re: Royal Ins matter cont. | 0.10 | TJT |
| Jan-23-04 | *Hearings* - review second amended agenda for 1/26/04 hearing | 0.10 | TJT |
| Jan-24-04 | *Hearings* - prepare for 1/26/04 hearing re: opposition to debtor's motion for relief from local bank. rule 3007-1 | 0.30 | TJT |
| Jan-26-04 | *Hearings* - review corresp re: email from A Danzeisen re: 1/26/04 hearing coverage | 0.10 | TJT |
| | *Hearings* - retrieve voice mail message from J Sakalo re: 1/26/04 hearing status | 0.10 | TJT |
| | *Hearings* - teleconference with J Sakalo re: confirmation that 1/2/04 hearing is not going forward due to closing of Bankruptcy Court | 0.10 | TJT |
| Jan-28-04 | *Hearings* - review corresp re: email from J Sakalo re: con't hearing date for 1/26/04 hearing | 0.10 | TJT |
| | *Hearings* - prepare email to R Bello re: con't hearing date regarding canceled hearing on 1/26/04 | 0.10 | TJT |
| Jan-09-04 | *Fee Applications, Applicant* - Prepare Ferry, Joseph & Pearce 31st Fee Application re: November 2003 with related attachments | 0.25 | PL |
| Jan-12-04 | *Fee Applications, Applicant* - Prepare Certificate of No Objection with Certificate of Service re: Ferry, Joseph & Pearce 30th monthly Fee Application | 0.20 | PL |
| Jan-13-04 | *Fee Applications, Applicant* - review Certificate of No Objection re: FJ&P Oct 2003 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review docket for Certificate of No Objection re: FJ&P Oct 2003 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - File and serve Certificate of No Objection re: Ferry, Joseph & Pearce 30th monthly Fee Application | 0.25 | PL |
| Jan-14-04 | *Fee Applications, Applicant* - review FJ&P Nov 2003 time details | 0.30 | TJT |
| | *Fee Applications, Applicant* - Insert fee and expense detail data into Ferry, Joseph & Pearce 31st monthly Fee Application | 0.20 | PL |
| Jan-15-04 | *Fee Applications, Applicant* - prepare notice, fee app, and Certificate of Service for e-filing re: FJ&P 31st monthly fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - modify and prepare fee detail for e-filing re: | 0.50 | PL |

|            |                                                                                                                            |       |     |
| ---------- | -------------------------------------------------------------------------------------------------------------------------- | ----- | --- |
|            | FJ&P 31st monthly fee app                                                                                                  |       |     |
|            | *Fee Applications, Applicant* - e-file and serve FJ&P 31st monthly fee app                                                 | 0.25  | PL  |
|            | *Fee Applications, Applicant* - Assist in preparation for filing and service of Ferry, Joseph & Pearce 31st monthly Fee Application | 0.30  | PL  |
| Jan-24-04  | *ZAI Science Trial* - review pleading re: certification of counsel re: proposed scheduling order re: scheduling motion for summary judgment | 0.10  | TJT |
|            | Totals                                                                                                                     | 75.30 |     |

### DISBURSEMENTS

|           |                                                                        |          |
| --------- | ---------------------------------------------------------------------- | -------- |
| Jan-02-04 | *Expense* - Parcels, Inc.                                              | 145.00   |
|           | *Expense* - Parcels, Inc.                                              | 233.00   |
| Jan-13-04 | *Expense* - Copying cost                                               | 4.20     |
| Jan-15-04 | *Expense* - Reliable Copy Service                                      | 133.14   |
| Jan-16-04 | *Expense* - PACER Service Center - Period of 10/01/03 - 12/31/03       | 2.10     |
| Jan-23-04 | *Expense* - Rizman Rappaport Dillon & Rose - transcript                | 290.50   |
|           | *Expense* - Rizman Rappaport Dillon & Rose - transcript                | 1,231.00 |
|           | *Expense* - Rizman Rappaport Dillon & Rose - transcript                | 1,412.75 |
|           | *Expense* - Court Reporting Services, Inc.                             | 774.00   |
|           | *Expense* - Court Reporting Services, Inc.                             | 974.25   |
|           | *Expense* - PACER Service Center - Period of 10/01/03 - 12/31/03       | 7.35     |
| Jan-29-04 | *Expense* - copying cost                                               | 24.90    |
|           | *Expense* - postage                                                    | 7.80     |
|           | Totals                                                                 | $5,239.99 |

**Total Fees & Disbursements**   $20,277.99

**Balance Due Now**

$20,277.99