EXHIBIT "C-2"

# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                         February 1, 2004 – February 29, 2004

Inv #:   11137

**Attention:**

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 6.30 | 1,399.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.80 | 402.00 |
| B18 | Fee Applications, Others - | 2.40 | 243.00 |
| B25 | Fee Applications, Applicant - | 5.30 | 623.50 |
| B32 | Litigation and Litigation Consulting - | 4.40 | 990.00 |
| B36 | Plan and Disclosure Statement - | 0.20 | 45.00 |
| B37 | Hearings - | 5.90 | 1,327.50 |
| | **Total** | **26.30** | **$5,030.00** |
| | **Grand Total** | **26.30** | **$5,030.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Rick S. Miller | 215.00 | 1.00 | 215.00 |
| Theodore J. Tacconelli | 225.00 | 18.80 | 4,230.00 |
| Paralegal | 90.00 | 6.50 | 585.00 |
| **Total** | | **26.30** | **$5,030.00** |

## DISBURSEMENT SUMMARY

| CA | Expense - | 1,006.06 |
|---|---|---|
| | **Total Disbursements** | **$1,006.06** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-01-04 | *Case Administration* - review pleading re: Campbell Levine Dec. 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Caplan Drysdale Dec 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: affidavit of Robert Townsend re: con't employment as ordinary course professional for debtor | 0.10 | TJT |
| Feb-02-04 | *Case Administration* - review Wolin opinion | 0.20 | RSM |
| | *Case Administration* - confer with TJT re: Wolin opinion | 0.10 | RSM |
| | *Case Administration* - e-mail correspondence with co-counsel re: Wolin opinion | 0.10 | RSM |
| | *Case Administration* - review pleading re: debtors' motion to extend time to remove actions | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Elzufon Austin 10th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Duane Morris 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Casnar Edwards 10 interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Campbell Levine 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Stroock 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Woodcock and Washburn 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Klett Rooney 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: PSZYJ&W 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Kramer Levine 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: L Tersigni 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: FTI Policano 10 interim fee app | 0.10 | TJT |
| Feb-04-04 | *Case Administration* - review pleading re: fee auditor's final report re: Wallace King 10th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Legal Analysis Systems 10th interim quarterly fee app | 0.10 | TJT |
| Feb-07-04 | *Case Administration* - review pleading re: debtors 10th quarterly report of settlements re: Oct 2003-Dec 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors 10th quarterly asset sale report Oct 2003-Dec 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors monthly operating report re: Dec 2003 | 0.10 | TJT |
| Feb-09-04 | *Case Administration* - review pleading re: summary of Steptoe and | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Johnson's quarterly fee app July-Sept 2003 | | |
| | *Case Administration* - review pleading re: opposition of Libby claimants to debtor's motion for contempt of court re: Chakarian re: 01-771 | 0.10 | TJT |
| Feb-13-04 | *Case Administration* - review pleading re: joinder of MD Casualty Co in debtor's motion to find counsel for C Gerard in contempt re: Chakarian re: 01-771 | 0.20 | TJT |
| | *Case Administration* - review pleading re: debtor's reply to opposition of Libby Counsel to debtor's motion to find counsel for C Gerard in contempt of court re: Chakarian re: 01-771 | 0.20 | TJT |
| Feb-14-04 | *Case Administration* - review pleading re: fee auditor's final report re: ReedSmith 10th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: CDG 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Kramer Levine 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Protiviti Inc 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Bilzin Sumberg 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Lukins Annis 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Nelson Mullen's 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Caplan Drysdale 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Holme Roberts 10th interim fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Carella Burne 10th interim fee app | 0.10 | TJT |
| Feb-16-04 | *Case Administration* - review pleading re: Caplan Drydsale's monthly fee apps re: Oct-Dec 2003 | 0.20 | TJT |
| | *Case Administration* - review pleading re: Campbell Levine monthly fee apps re: Oct-Dec 2003 | 0.20 | TJT |
| | *Case Administration* - review pleading re: L Tersigni monthly fee apps re: Oct-Dec 2003 | 0.20 | TJT |
| Feb-20-04 | *Case Administration* - review pleading re: notice of substitution of counsel for GE and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - update 2002 service list and labels | 0.10 | PL |
| Feb-23-04 | *Case Administration* - teleconference with Mr. Sakalo re: 2/23/04 hearing | 0.10 | RSM |
| | *Case Administration* - review pleading re: fee auditor's final report re: BNC 10th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review ltr from D Siegel re: ltr to Judge Fitzgerald re: 2004 operating plan | 0.20 | TJT |
| Feb-24-04 | *Case Administration* - review pleading re: debtors' notice of future proceedings re: Chakarian re: 01-771 | 0.10 | TJT |
| Feb-29-04 | *Case Administration* - review pleading re: summary of ReedSmith quarterly | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | fee app Oct-Dec 2003 | | |
| | *Case Administration* - review pleading re: summary of PSZYJ&W quarterly fee app Oct-Dec 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Elzufon Austin quarterly fee app Oct-Dec 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Richardson Patrick quarterly fee app Oct-Dec 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Protiviti Inc quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Warren Smith & Assoc quarterly fee app Oct-Dec 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of K&E quarterly fee app Oct-Dec 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Pitney Harding quarterly fee app Oct-Dec 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of BMC quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Nelson Mullen's quarterly fee app July-Sept 2003 | 0.10 | TJT |
| Feb-05-04 | *Committee, Creditors', Noteholders' or* - review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.50 | TJT |
| Feb-12-04 | *Committee, Creditors', Noteholders' or* -review e-mail from R Ramphael re: teleconference with committee | 0.10 | TJT |
| Feb-19-04 | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.30 | TJT |
| Feb-25-04 | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Feb-26-04 | *Committee, Creditors', Noteholders' or* -attend committee teleconference | 0.30 | RSM |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.40 | TJT |
| Feb-09-04 | *Fee Applications, Others* - (ALD) prepare notice and Certificate of Service re: CDG's 10th interim fee app | 0.25 | PL |
| | *Fee Applications, Others* - Assist in final preparation and filing of CDG's 10th Interim Fee Request | 0.10 | PL |
| Feb-11-04 | *Fee Applications, Others* - (ALD) review email from S. Jones re: CDG 10th interim fee app | 0.10 | PL |
| | *Fee Applications, Others* - (ALD) review CDG's 10th interim fee app | 0.20 | PL |
| | *Fee Applications, Others* (ALD) -modify documents for CDG's 10th interim fee app | 0.20 | PL |
| | *Fee Applications, Others* - (ALD) prepare documents for e-filing re: CDG's 10th interim fee app | 0.25 | PL |
| | *Fee Applications, Others* - (ALD) e-file and serve CDG's 10th interim fee app | 0.50 | PL |
| | *Fee Applications, Others* - Review and assist in preparation for filing: Conway, Del Genio 10th interim Fee Request | 0.20 | PL |
| Feb-18-04 | *Fee Applications, Others* - Prepare Certificate's of No Objection re: Bilzin 29th Fee Application | 0.10 | PL |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Feb-19-04 | *Fee Applications, Others* - (ALD) prepare Certificate of No Objection and Certificate of No Objection Certificate of Service for e-filing re: Bilzin 29th monthly fee app | 0.10 | PL |
| | *Fee Applications, Others* - (ALD) e-file and serve Certificate of No Objection and Certificate of No Objection Certificate of Service re: Bilzin 29th monthly fee app | 0.20 | PL |
| Feb-05-04 | *Fee Applications, Others* - review Certificate of No Objection re: FJ&P Nov 2003 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review docket re: Certificate of No Objection re: FJ&P Nov 2003 fee app | 0.10 | TJT |
| Feb-02-04 | *Litigation and Litigation Consulting* - download and review pleading re: debtors motion for leave to file reply re: obj to motion to strike certain exhibits in joint appendix re: consolidated recusal motions | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: opinion by Judge Wolin re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - download and start reviewing opinion by Judge Wolin re: consolidated recusal motions | 0.90 | TJT |
| | *Litigation and Litigation Consulting* - confer with R Miller re: opinion by Judge Wolin and distribution to committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: additional comments on opinion by Judge Wolin re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - download and review order consolidated recusal motions | 0.10 | TJT |
| Feb-03-04 | *Litigation and Litigation Consulting* - download and review counter designation issues on appeal in Owens Corning case re: appeal of order denying in part motion for structural relief to eradicate conflicts of interest | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: counter designation of issues on appeal in Owens Corning case re: appeal of order denying in part motion for structural relief to eradicate conflicts of interest | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review Wall Street Journal article regarding opinion issued by Judge Wolin regarding consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to R Bello re: possible hearing on 2/9/04 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review and reconcile payments made by debtors for accuracy | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - confer with R. Miller re: Wolin opinion denying recusal and related issues | 0.20 | TJT |
| Feb-04-04 | *Litigation and Litigation Consulting* - download and review order entered by Third Circuit regarding briefing on consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: scheduling order issued by Third Circuit re: consolidated recusal motions | 0.10 | TJT |
| Feb-05-04 | *Litigation and Litigation Consulting* - review email from A Danzeisen re: scheduling order entered by Third Circuit in consolidated recusal motions | 0.10 | TJT |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| Feb-07-04 | *Litigation and Litigation Consulting* - review eratta ltr from Judge Wolin re: 2/2/04 opinion | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: eratta ltr order from Judge Wolin re: 2/2/04 opinion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review unsecured creditors committee's reply in support of motion for structural relief to eradicate conflicts of interest | 0.20 | TJT |
| Feb-16-04 | *Litigation and Litigation Consulting* - review pleading re: notice of agenda for 2/23/04 hearing in Owens Corning case re: check status of motion by unsecured creditors in Owens Corning for structural relief to eradicate conflicts of interest | 0.10 | TJT |
| Feb-20-04 | *Litigation and Litigation Consulting* - review email from J Sakalo re: obj to debtors' motion for relief from rule 3007-1 | 0.10 | TJT |
| Feb-25-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen to committee re: opening brief filed in third circuit re: consolidated motions to recuse Wolin | 0.10 | TJT |
| Feb-26-04 | *Litigation and Litigation Consulting* - teleconferences with A Danzeisen re: decision of court granting motion of Royal Insurance Co to file late proof of claim (x2) | 0.20 | TJT |
| Feb-27-04 | *Litigation and Litigation Consulting* - download and review certification of counsel re: order allowing Royal Ins. Co to file late proof of claim | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: certification of counsel regarding order allowing Royal Ins. Co to file late proof of claim | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: Amicus brief filed by American Ins Assoc in consolidated recusal proceedings before the third circuit | 0.10 | TJT |
| Feb-03-04 | *Hearings* - prepare email to J Sakalo re: still waiting for confirmation of hearing on 2/9/04 | 0.10 | TJT |
| | *Hearings* - review email from R Bello re: no hearing going forward on 2/9/04 disregard bank court website notice | 0.10 | TJT |
| | *Hearings* - prepare email to J Sakalo re: no hearing going forward on 2/9/04 disregard bank court website notice | 0.10 | TJT |
| | *Hearings* - con't reviewing opinion by Judge Wolin denying recusal re: consolidated recusal motions | 1.70 | TJT |
| Feb-13-04 | *Hearings* - review agenda for 2/23/04 hearing | 0.10 | TJT |
| Feb-19-04 | *Hearings* - teleconference with J Sakalo re: 2/23/04 hearing coverage | 0.10 | TJT |
| | *Hearings* - prepare email to D Carickoff re: 2/23/04 hearing re: appearance by other counsel | 0.10 | TJT |
| | *Hearings* - review corresp re: email from D Carickoff re: 2/23/04 hearing re: appearance by other counsel | 0.10 | TJT |
| | *Hearings* - prepare email to J Sakalo re: 2/23/04 hearing coverage | 0.10 | TJT |
| Feb-20-04 | *Hearings* - review amended agenda for 2/23/04 hearing | 0.10 | TJT |
| Feb-21-04 | *Hearings* - review corresp re: email from J Sakalo re: coverage for 2/23/04 hearing | 0.10 | TJT |
| Feb-22-04 | *Hearings* - review corrsep re: email from D Carickhoff re: attorneys | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | appearing by phone during 2/23/04 hearing | | |
| | *Hearings* - prepare email to J Sakalo re: 2/23/04 hearing coverage | 0.10 | TJT |
| | *Hearings* - prepare for hearing | 0.30 | TJT |
| Feb-23-04 | *Hearings* - review email from D Carickoff re: Call-in information for 2/23/04 hearing and forward to J Sakalo | 0.10 | TJT |
| | *Hearings* - attend bankruptcy court | 2.00 | TJT |
| | *Hearings* - review email from J Sakalo re: results of 2/23/04 hearing re: Call not placed through to court | 0.10 | TJT |
| | *Hearings* - prepare email to J Sakalo re: results of 2/23/04 hearing | 0.50 | TJT |
| Feb-01-04 | *Plan and Disclosure Statement* - review debtor's motion to extend exclusivity for filing plan of reorganization | 0.20 | TJT |
| Feb-02-04 | *Fee Applications, Applicant* - review pleading re: fee auditor's final report re: FJ&P 10th interim fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: Ferry, Joseph & Pearce 31st Interim Fee Application with Certificate of Service | 0.20 | PL |
| | *Fee Applications, Applicant* - Begin preparing Ferry, Joseph & Pearce 11th Quarterly Fee Request with attachments | 1.50 | PL |
| Feb-03-04 | *Fee Applications, Applicant* - confer with T. Tacconelli re: December 2003 fee application | 0.20 | RSM |
| | *Fee Applications, Applicant* - review time details for FJ&P Dec 2003 fee app | 0.60 | TJT |
| | *Fee Applications, Applicant* - Continue preparing Ferry, Joseph & Pearce 11th Quarterly Fee Request | 0.20 | PL |
| | *Fee Applications, Applicant* - Prepare Ferry, Joseph & Pearce 32nd Monthly Fee Application with related attachments | 0.20 | PL |
| Feb-04-04 | *Fee Applications, Applicant* - (ALD) finalize fee detail for e-filing re: FJ&P's 32nd monthly fee app | 0.40 | PL |
| | *Fee Applications, Applicant* - (ALD) prepare documents for e-filing re: FJ&P's 32nd monthly fee app | 0.10 | PL |
| | *Fee Applications, Applicant* - (ALD) e-file and serve FJ&P's 32nd monthly fee app | 0.40 | PL |
| | *Fee Applications, Applicant* - Revise and prepare for filing Ferry, Joseph & Pearce 32nd Monthly Fee Application | 0.20 | PL |
| | *Fee Applications, Applicant* - Continue preparing Ferry, Joseph & Pearce 11th Interim Fee Request | 0.20 | PL |
| Feb-05-04 | *Fee Applications, Applicant* - (ALD) prepare Certificate of No Objection and Certificate of Service for e-filing re: FJ&P's 31st monthly fee app | 0.10 | PL |
| | *Fee Applications, Applicant* - (ALD) e-file and serve Certificate of No Objection re: FJ&P 31st monthly fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - Review docket re: Ferry, Joseph & Pearce 31st monthly Fee Application and forward related Certificate of No Objection with COS to T. Tacconelli for review | 0.10 | PL |
| Feb-24-04 | *Fee Applications, Applicant* - review Certificate of No Objection re: FJ&P Dec 2003 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review docket re: Certificate of No Objection re: FJ&P Dec 2003 fee app | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of No Objection Certificate of Service re: FJ&P Dec 2003 fee app | 0.10 | PL |
|  | *Fee Applications, Applicant* - prepare Certificate of No Objection and Certificate of No Objection Certificate of Service for e-filing re: FJ&P Dec 2003 fee app | 0.10 | PL |
| Feb-25-04 | *Fee Applications, Applicant* - e-file and serve Certificate of No Objection re: FJ&P Dec 2003 fee app | 0.20 | PL |
|  | Totals | 26.30 |  |

### DISBURSEMENTS

| | | |
|---|---|---|
| Feb-02-04 | *Expense* - Federal Express | 79.01 |
| Feb-05-04 | *Expense* - photocopying | 7.00 |
|  | *Expense* - postage | 3.32 |
| Feb-09-04 | *Expense* - Filing fee | 308.00 |
|  | *Expense* - T. Tacconelli - Reimbursement for parking/cab fare 1/5-1/6 trip | 40.00 |
| Feb-11-04 | *Expense* - Parcels, Inc. | 282.00 |
|  | *Expense* - Federal Express | 74.13 |
| Feb-17-04 | *Expense* - Jacqueline Kashner, C.S.R. - transcript | 204.00 |
| Feb-24-04 | *Expense* - photocopying | 5.60 |
|  | *Expense* - postage | 3.00 |
|  | Totals | $1,006.06 |

**Total Fees & Disbursements**                                  $6,036.06

**Balance Due Now**

                                                                $6,036.06