## EXHIBIT "C-4"
# FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Tel:(302) 575-1555  Fax:(302) 575-1714

WR Grace PD Committee

### OMITTED DISBURSEMENTS

| | | |
|---|---|---:|
| May-01-03[1] | *Expense* - Parcels, Inc. | 110.00 |
| | *Expense* - Reliable Copy Service | 2,478.84 |
| | | |
| | ***Total Omitted Expenses*** | **$2,588.84** |

---

[1] Per discussion with the Debtors and Fee Auditor, Ferry Joseph & Pearce, P.A. ("FJ&P") is applying for $2,588.84 in expenses which was inadvertently omitted from its 10th Quarterly Fee Request filed on December 17, 2003. When this clerical error was discovered by FJ&P on May 10, 2004, the Fee Auditor's Final Report had already been filed and processed for the 11th Quarterly Fee Application period.