IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of the law firm listed below as counsel for The Chase Manhattan Bank for itself, and as agent under certain credit agreements, in the above-referenced cases:

    Mark D. Collins, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square, P.O. Box 551
    Wilmington, DE 19899
    Phone: 302-651-7700
    Fax: 302-651-7701
    E-mail: collins@rlf.com

Dated: May 27, 2004
        Wilmington, Delaware

                              /s/ *Mark D. Collins*
                            Mark D. Collins (No. 2981)
                            RICHARDS, LAYTON & FINGER, P.A.
                            One Rodney Square
                            P.O. Box 551
                            Wilmington Delaware 19899
                            (302) 651-7701

## CERTIFICATE OF SERVICE

I, Mark D. Collins, do hereby certify that on the 27th day of May 2004, I caused copies of the foregoing **Notice of Withdrawal of Appearance** to be served upon the parties and in the manner indicated below.

**Via First Class U.S. Mail**

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 N. Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

    /s/ *Mark D. Collins*
Mark D. Collins (No. 2981)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700