## DESIGNATION OF DISTRICT COURT JUDGE
## FOR SERVICE ON DISTRICT COURT

WHEREAS, in my judgment the public interest requires the designation and assignment of a District Judge to the United States District Court for the District of Delaware;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28 U.S.C. §292(b), I do designate and assign the Honorable Ronald L. Buckwalter of the United States District Court for the Eastern District of Pennsylvania to sit on the United States District Court for the District of Delaware in the matter of In Re: W.R.Grace, Dist. of Del. Bankruptcy No. 01-1139 which was previously assigned to the Honorable Alfred M. Wolin, Senior District Court Judge for the District of New Jersey by former Chief Judge Edward R. Becker;

The Honorable Ronald L. Buckwalter shall sit for such time as may be required to complete the business of In Re: W.R.Grace.

A TRUE COPY:

*[signature]*

ACTING CLERK

/s/ Anthony J. Scirica
Chief Judge of the United States Court of Appeals for the Third Circuit

Dated: May 27, 2004