**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) **Objections Due: July 2, 2004 at 4:00 p.m.** |
| | ) **Hearing Date: July 19, 2004 at 12:00 p.m.** |
| | ) |

**NOTICE OF MOTION FOR ENTRY OF ORDER MODIFYING THE AUTOMATIC
STAY PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE AND
FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(d)**

| | |
|---|---|
| To: Office of the United States Trustee | Parties Requesting Notice Pursuant to Fed.R.Bankr.P 2002 |
| Debtors' Counsel | |

PLEASE TAKE NOTICE that on May 27, 2004, Baker Hughes Oilfield Operations, Inc. ("Baker Hughes") filed the Motion For Entry Of Order Modifying The Automatic Stay Pursuant To Section 362(D) Of The Bankruptcy Code And Federal Rule Of Bankruptcy Procedure 4001(d) (the "Motion").

PLEASE TAKE FURTHER NOTICE that the objection deadline for the Motion is **July 2, 2004 at 4:00 p.m**. Any party in interest wishing to object to approval of the Motion must file a written objection ("Objection") with the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"), and serve a copy of such Objection upon the undersigned counsel for Baker Hughes on or before **July 2, 2004 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that a hearing to obtain approval of the Motion will be held before the Bankruptcy Court on **July 19, 2004 at 12:00 p.m.** before the Honorable Judith K. Fitzgerald, Chief United States Bankruptcy Court Judge, United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, 6th Floor; Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  May 27, 2004

ASHBY & GEDDES

Christopher S. Sontchi (I.D. No. 3159)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

- and -
FULBRIGHT & JAWORSKI LLP
Johnathan C. Bolton
Joseph F. Frost
1301 McKinney; Ste. 5100
Houston, TX  77010
(713) 651-5151

Attorneys for Baker Hughes Oilfield Operations, Inc.

143182.1

2