IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THIRTY-FIRST MONTHLY**
**APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO**
**THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2004**
**THROUGH FEBRUARY 29, 2004 [RE: DOCKET NO. 5521]**

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Thirty-First Monthly Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Equity Holders, filed on May 5, 2004 [Docket No.5521]. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed and served no later than 4:00 p.m. on May 25, 2004.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay Kramer Levin Naftalis & Frankel LLP $7,110.40 which represents 80% of the fees ($8,888.00) and $545.85, which represents 100% of the expenses, for an aggregate amount of $9,433.85, requested in the Application for the period February 1, 2004 through February 29, 2004, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                                  KLETT ROONEY LIEBER & SCHORLING
                                  A Professional Corporation

                                  By:   s/Rhonda L. Thomas
                                           Teresa K. D. Currier (No. 3080)
                                           Rhonda L. Thomas (No. 4053)
                                           1000 West Street, Suite 1410
                                           Wilmington, DE  19801
                                           (302) 552-4200

                                                  -and-

                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  Philip Bentley, Esquire
                                  Gary M. Becker, Esquire
                                  919 Third Avenue
                                  New York, NY 10022
                                  (212) 715-9100

                                  Counsel to the Official Committee of
                                  Equity Holders

Dated: May 28, 2004