# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 19, 2004
MATTER :  W9600-000
INVOICE : 174912

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  EXPENSES

| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 03/30/04 | REPRODUCTION OF DOCUMENTS | 9.30 |
| 04/01/04 | MESSENGER SERVICES -  TRISTATE COURIER & CARRIAGE | 288.00 |
| 04/01/04 | MESSENGER SERVICES -  TRISTATE COURIER & CARRIAGE | 20.60 |
| 04/06/04 | REPRODUCTION OF DOCUMENTS | 18.00 |
| 04/13/04 | MESSENGER SERVICES -  TRISTATE COURIER & CARRIAGE | 329.18 |
| 04/15/04 | FEDERAL EXPRESS -  FEDEX - # 1-720-54158 | 11.40 |
| 04/19/04 | MESSENGER SERVICES -  TRISTATE COURIER & CARRIAGE | 20.60 |
| 04/21/04 | REPRODUCTION OF DOCUMENTS | 7.35 |
| 04/23/04 | PARKING | 46.00 |
| 04/26/04 | REPRODUCTION OF DOCUMENTS | 12.75 |
| 04/28/04 | REPRODUCTION OF DOCUMENTS | 19.35 |

TOTAL EXPENSE ADVANCES :    782.53

TOTAL DUE   :    782.53

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 19, 2004
MATTER :  W9600-002
INVOICE : 174913

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04   T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 03/25/04 | RLT | REVIEWED NOTICE OF MOTION FOR ORDER EXTENDING TIME TO ASSUME OR REJECT. | .20 |
| 04/27/04 | TC | REVIEWED REPORT OF QUARTERLY ASSET SALES | .50 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 220.00 | .20 | 44.00 |
| T CURRIER | 465.00 | .50 | 232.50 |
| TOTALS | | .70 | 276.50 |

TOTAL FEES :        276.50

TOTAL DUE  :        276.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 19, 2004
MATTER :  W9600-003
INVOICE :  174914

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04   T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 04/07/04 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD FEBRUARY 2004 FILED BY W.R. GRACE & CO. | .50 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| R L THOMAS | 220.00 | .50 | 110.00 |
| TOTALS | | .50 | 110.00 |

TOTAL FEES :        110.00

TOTAL DUE  :        110.00

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   MAY 19, 2004
MATTER :  W9600-004
INVOICE : 174915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/26/04 | RLT | REVIEWED TRANSCRIPT OF HEARING HELD ON 3/22/04 | .30 |
| 03/29/04 | RLT | REVIEWED PLEADINGS SENT BY RTT | .60 |
| 04/02/04 | RTT | REVIEW E-NOTICES | .10 |
| 04/02/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 2.00 |
| 04/02/04 | RTT | REVIEW E-NOTICES | .10 |
| 04/06/04 | RTT | REVIEW E-NOTICES | .20 |
| 04/07/04 | RTT | REVIEW E-NOTICES | .10 |
| 04/12/04 | RTT | UPDATE 2002 | .10 |
| 04/13/04 | RTT | REVIEW E-NOTICES | .10 |
| 04/19/04 | RTT | REVIEW E-NOTICES | .20 |
| 04/20/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AGENDA RE 4/26/04 HEARING | .30 |
| 04/20/04 | TC | REVIEWED AGENDA NOTICE FOR HEARING 4/26 | .50 |
| 04/21/04 | RTT | REVIEW E-NOTICES | .20 |
| 04/22/04 | RTT | REVIEW E-NOTICES | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 19, 2004
MATTER :  W9600-004
INVOICE :  174915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 04/22/04 RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .80 |
| 04/22/04 RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED AGENDA RE 4/26/04 HEARING | .30 |
| 04/22/04 RTT | CALENDAR HEARING DATE FOR 5/18/04 | .10 |
| 04/27/04 RTT | REVIEW E-NOTICES | .10 |
| 04/27/04 TC | REVIEWED APPOINTMENT OF CHAPTER 7 TRUSTEE, FILED BY USTRUSTEE'S OFFICE | .30 |
| 04/28/04 RTT | REVIEW E-NOTICES | .20 |
| 04/30/04 RTT | REVIEW E-NOTICES | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .90 | 198.00 |
| R T TAYLOR | 130.00 | 5.30 | 689.00 |
| T CURRIER | 465.00 | .80 | 372.00 |
| TOTALS | | 7.00 | 1259.00 |

TOTAL FEES :              1,259.00

TOTAL DUE  :              1,259.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 19, 2004
MATTER :  W9600-006
INVOICE : 174916

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 03/25/04 | RLT | REVIEWED DEBTORS'S STATUS REPORT ON THEIR CLAIMS RECONCILIATION AND OBJECTION PROCESS | .30 |
| 03/29/04 | RLT | REVIEWED OBJECTION TO THE TRANSFER OF CLAIM FILED BY VANTON PUMP & EQUIPMENT CORP. | .30 |
| 04/05/04 | RLT | REVIEWED TRANSFER AGREEMENT. TRANSFER AGREEMENT 3001 (E) 2 TRANSFERORS:HYDRO-THERMAL CORP.(CLAIM NO.896, AMOUNT 28,155.00) TO LONGACRE MASTER FUND, LTD. FILED BY LONGACRE MASTER FUND, LTD | .10 |
| 04/15/04 | TC | REVIEWED DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NONSUBSTANTIVE) | .80 |
| 04/21/04 | RLT | REVIEWED OBJECTION TO TRANFER OF CLAIM TO PORTIA PARTNERS LLC FILED BY SNAP-ON INDUSTRIAL | .30 |
| 04/21/04 | TC | REVIEWED OBJECTION OF MARYLAND CASUALTY TO LIBBY CLAIMANTS | .60 |
| 04/27/04 | TC | REVIEWED RESPONSE TO OMNIBUS CLAIM OBJECTION | .50 |
| 04/27/04 | TC | REVIEWED RESPONSE TO CLAIMS OBJECTION FILED BY STATE OF NEW JERSEY | .30 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 19, 2004
MATTER :  W9600-006
INVOICE :  174916

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

### T I M E   S U M M A R Y

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| R L THOMAS   |        | 220.00 | 1.00  | 220.00  |
| T CURRIER    |        | 465.00 | 2.20  | 1023.00 |
|              | TOTALS |        | 3.20  | 1243.00 |

TOTAL FEES :            1,243.00

TOTAL DUE  :            1,243.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MAY 19, 2004
MATTER :   W9600-008
INVOICE :  174917

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/25/04 | RLT | REVIEWED NOTICE OF MOTION FOR LONG TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES | .20 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 220.00 | .20 | 44.00 |
| TOTALS | | .20 | 44.00 |

TOTAL FEES :                    44.00

TOTAL DUE  :                    44.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 19, 2004
MATTER :  W9600-010
INVOICE : 174918

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/25/04 | RLT | REVIEWED NOTICE OF MOTION REQUESTING APPROVAL OF AN ORDER AUTHORIZING THE EXPANSION OF THE SCOPE OF DELOITTE & TOUCHE SERVICES | .40 |
| 04/07/04 | RLT | REVIEWED LETTER RE AFFIDAVIT IN SUPPORT OF APPLICATION PURSUANT TO CPLR 1101 FILED BY DENNIS NELS | .10 |
| 04/14/04 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) OF CHRIS J. MITSOS, ATTORNEY OF RALPH NICOLLS MITSOS FLANNERY & CLARK FILED BY W.R. GRACE & CO. | .30 |
| 04/19/04 | RLT | REVIEWED MOTION TO APPOINT / APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. SECTIONS 105, 327 AND 524(G)(4)(B)(I), FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS FILED BY W.R. GRACE & CO | .40 |
| 04/20/04 | TC | REVIEWED NOTICE OF DEBTORS' APPLICATION FOR APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS | .60 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 220.00 | 1.20 | 264.00 |
| T CURRIER | 465.00 | .60 | 279.00 |
| TOTALS | | 1.80 | 543.00 |

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 19, 2004
MATTER :  W9600-010
INVOICE : 174918

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

TOTAL FEES :              543.00

TOTAL DUE  :              543.00

PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 19, 2004
MATTER : W9600-011
INVOICE : 174919

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/01/04 | RTT | DISCUSSION WITH T.CURRIER RE KRLS TWENTY EIGHTH MONTHLY FEE APPLICATION | .10 |
| 04/06/04 | RTT | E-FILE AND SERVE TWENTY-EIGHTH MONTHLY APPLICATION OF KRLS FOR THE PERIOD FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 | .80 |
| 04/06/04 | RTT | CALENDAR OBJECTION DEADLINE RE KRLS TWENTY-EIGHTH MONTHLY FEE APPLICATION | .10 |
| 04/15/04 | RTT | REVIEW/EDIT PRE BILLS FOR THE MONTH OF MARCH 2003 | 1.00 |
| 04/21/04 | RTT | REVIEW AND DISTRIBUTE PRE-BILL TO ACCOUNTING FOR THE PERIOD MARCH 2004 | .30 |
| 04/23/04 | RTT | DRAFT KRLS TWENTY-NINTH MONTHLY FEE APPLICATION FOR THE PERIOD MARCH 1, 2004 THROUGH MARCH 31, 2004 | 1.50 |
| 04/23/04 | RTT | REVIEW, EDIT AND COMPARE FINAL BILLS FOR THE MONTH OF MARCH 2004 | .50 |
| 04/26/04 | RTT | PREPARE EMAIL TO RLT RE KRLS 29TH FEE APPLICATION | .10 |
| 04/27/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS TWENTY-EIGHTH MONTHLY FEE APPLICATION | .10 |
| 04/27/04 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-EIGHTH MONTHLY FEE APPLICATION | .60 |
| 04/27/04 | TC | REVIEWED 10TH INTERIM FEE ORDER | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 19, 2004
MATTER :  W9600-011
INVOICE : 174919

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  FEE APPLICATIONS, APPLICANT

| Date | | Description | |
|---|---|---|---|
| 04/28/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-EIGHTH MONTHLY FEE APPLICATION | .60 |
| 04/28/04 | RTT | E-FILE AND SERVE KRLS TWENTY-NINTH MONTHLY FEE APPLICATION | .80 |
| 04/28/04 | RTT | CALENDAR OBJECTION D/L RE KRLS TWENTY-NINTH MONTHLY FEE APPLICATION | .10 |
| 04/29/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE CNO TO KRLS TWENTY-EIGHTH FEE APPLICATION AND KRLS TWENTY-NINTH FEE APPLICATION | .40 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R T TAYLOR | 130.00 | 7.00 | 910.00 |
| T CURRIER | 465.00 | .40 | 186.00 |
| TOTALS | | 7.40 | 1096.00 |

TOTAL FEES :        1,096.00

TOTAL DUE  :        1,096.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 19, 2004
MATTER :  W9600-012
INVOICE :  174920

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/25/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION REGARDING TWENTIETH APPLICATION OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W.R. GRACE & CO., AND ITS AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2003 THROUGH DECEMBER 31, 2003 | .20 |
| 03/26/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED | .20 |
| 03/26/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY BILZIN SUMBERG BAENA PRICE & AXELROD LLP | .20 |
| 03/26/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 FILED BY LEGAL ANALYSIS SYSTEMS, INC. | .10 |
| 03/26/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 FILED BY CAMPBELL & LEVINE, LLC. | .20 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 19, 2004
MATTER :  W9600-012
INVOICE :  174920

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 03/26/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED | | .10 |
| 03/26/04 RLT | REVIEWED SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO. ET AL., FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 | | .10 |
| 03/26/04 RLT | REVIEWED CERTIFICATE OF NO OBJECTION REGARDING JANUARY 2004 MONTHLY APPLICATION FOR COMPENSATION (RELATED DOCUMENT(S){5242 ) FILED BY L. TERSIGNI CONSULTING, P.C. | | .10 |
| 03/26/04 RLT | REVIEWED AND COMMENTED 28TH MONTHLY FEE APPLICATION. | | .30 |
| 03/29/04 RLT | REVIEWED SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO. ET AL., FOR THE MONTHLY INTERIM PERIOD OF JANUARY 1, 2004 THROUGH JANUARY 31, 2004 | | .10 |
| 03/29/04 RLT | REVIEWED SUMMARY COVERSHEET TO THIRTY-FOURTH INTERIM FEE APPLICATION OF PITNEY, HARDIN, KIPP & SZUCH LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2004 THROUGH JANUARY 31, 2004 | | .10 |
| 03/29/04 RLT | REVIEWED SEVENTH MONTHLY FEE APPLICATION OF PROTIVITI, INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 2004 | | .10 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 19, 2004
MATTER :  W9600-012
INVOICE : 174920

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 03/29/04 RLT | REVIEWED EIGHTH QUARTERLY INTERIM FEE APPLICATION OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W.R. GRACE & CO., AND ITS AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2003 THROUGH DECEMBER 31, 2003 | .20 |
| 04/05/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION MARCH 2004, MONTHLY INVOICE FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .10 |
| 04/05/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS, FOR THE PERIOD FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 | .10 |
| 04/07/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 | .20 |
| 04/07/04 RLT | REVIEWED THIRTY-FIFTH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 | .10 |
| 04/12/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION (TWELFTH) FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH FEBRUARY 3, 2004, FILED BY FTI POLICANO & MANZO | .20 |
| 04/14/04 RLT | REVIEWED PROPOSED ORDER RE: ELEVENTH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP | .10 |

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 19, 2004
MATTER :  W9600-012
INVOICE : 174920

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  FEE APPLICATIONS, OTHERS


| 04/14/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SUMMARY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE MONTHLY PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 | .10 |
|---|---|---|
| 04/14/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SUMMARY OF THE TWENTY-NINTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 | .10 |
| 04/14/04 RLT | REVIEWED STATEMENT OF PROFESSIONALS' COMPENSATION / DEBTORS' STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS FROM APRIL 2, 2001 THROUGH MARCH 31, 2004 FILED BY W.R. GRACE & CO | .30 |
| 04/14/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SUMMARY COVERSHEET TO THIRTY-FOURTH MONTHLY INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2004 THROUGH JANUARY 31, 2004 FILED BY WALLACE KING MARRARO & BRANSON | .10 |
| 04/14/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (TWENTIETH) OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003 FILED BY BANKRUPTCY MANAGEMENT CORPORATION | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 19, 2004
MATTER :  W9600-012
INVOICE : 174920

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| 04/14/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (NINETEENTH) OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003 FILED BY BANKRUPTCY MANAGEMENT CORPORATION | .10 |
|---|---|---|
| 04/14/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (TWENTY-FIRST) OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY BANKRUPTCY MANAGEMENT CORPORATION | .10 |
| 04/14/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SEVENTEENTH MONTHLY FEE APPLICATION, OF PRICEWATERHOUSECOOPERS, LLP, AUDITORS AND TAX CONSULTANTS TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2004 FILED BY PRICEWATERHOUSECOOPERS LLP | .10 |
| 04/14/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION (ELEVENTH) FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003, FILED BY DUANE MORRIS LLP. | .30 |
| 04/20/04 RLT | REVIEWED ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE TENTH PERIOD AND CERTAIN PRIOR AMOUNTS. | .20 |

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS
        DATE :    MAY 19, 2004
        MATTER :  W9600-012
        INVOICE :  174920

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 04/20/04 RLT | REVIEWED VERIFIED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR INTERIM PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003 FILED BY LUKINS & ANNIS, P.S | .10 |
| 04/20/04 RLT | REVIEWED APPLICATION FOR COMPENSATION TWENTY-FIFTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MARCH 1, 2004 THROUGH MARCH 31, 20 | .10 |
| 04/20/04 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-FIFTH INTERIM FEE APPLICATION OF PITNEY, HARDIN, KIPP & SZUCH LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 | .10 |
| 04/20/04 RLT | REVIEWED APPLICATION FOR COMPENSATION NINTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003 | .10 |
| 04/20/04 RLT | REVIEWED APPLICATION FOR COMPENSATION TENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 200 | .10 |

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MAY 19, 2004
MATTER :   W9600-012
INVOICE :  174920

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 04/20/04 RLT | REVIEWED APPLICATION FOR COMPENSATION ELEVENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 | | .10 |
| 04/20/04 RLT | REVIEWED VERIFIED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004 FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC. | | .10 |
| 04/20/04 RLT | REVIEWED VERIFIED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC | | .10 |
| 04/26/04 RTT | DOWNLOAD, REVIEW AND DISTRIBUTE ORDER APPROVING TENTH QUARTERLY FEE APPLICATIONS | | .30 |

## T I M E   S U M M A R Y

---------------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 5.10 | 1122.00 |
| R T TAYLOR | 130.00 | .30 | 39.00 |
| TOTALS | | 5.40 | 1161.00 |

TOTAL FEES :                         1,161.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MAY 19, 2004
MATTER :   W9600-012
INVOICE :  174920

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

TOTAL DUE   :                    1,161.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 19, 2004
MATTER :  W9600-014
INVOICE :  174921

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04   T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/19/04 | RLT | REVIEWED AGENDA FOR APRIL 26TH HEARING | .30 |
| 04/21/04 | RLT | REVIEWED AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 26, 2004 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD | .20 |
| 04/27/04 | TC | REVIEWED AGENDA NOTICE CANCELLING 5/18 HEARING | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 220.00 | .50 | 110.00 |
| T CURRIER | 465.00 | .20 | 93.00 |
| TOTALS | | .70 | 203.00 |

TOTAL FEES :        203.00

TOTAL DUE  :        203.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MAY 19, 2004
MATTER : W9600-015
INVOICE :  174922

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/25/04 | RLT | REVIEWED NOTICE OF MOTION OF WILLIAM DUNBAR SETTLEMENT | .20 |
| 03/25/04 | RLT | REVIEWED DEBTORS MOTION FOR LEAVE TO FILE DEBTORS' REPLY TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTO PERSONAL INJURY CLAIMANTS TO THE DEBTORS' SIXTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. 1121(D) EXTENDING DEBTORS' EXCLUSIVE PERIOD | .30 |
| 04/13/04 | TC | REVIEWED STATEMENT OF LIBBY VICTIMS AND LIBBY COUNSEL IN SUPPORT OF REDUCTION OF AMOUNT OF REQUESTED SANCTION | .50 |
| 04/13/04 | TC | REVIEWED LIBBY VICTIMS AND LIBBY COUNSEL TO DEFER OR STAY RULING ON CONTEMPT | .60 |
| 04/13/04 | TC | REVIEWED MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION MOTION FOR RELIEF | .50 |
| 04/14/04 | TC | REVIEWED MATERIALS SENT TO EQUITY COMMITTEE RE POTENTIAL FEDERAL ASBESTOS LITIGATION | .80 |
| 04/20/04 | TC | REVIEWED DEBTORS' RESPONSE TO LIBBY CLAIMANTS' STATEMENTS WITH RESPECT TO AMOUNT OF REQUESTED SANCTIONS | .90 |
| 04/24/04 | TC | REVIEWED MOTION FOR LEAVE TO FILE REPLY, AND REPLY, OF MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | .80 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 19, 2004
MATTER :  W9600-015
INVOICE :  174922

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .50 | 110.00 |
| T CURRIER | 465.00 | 4.10 | 1906.50 |
| TOTALS | | 4.60 | 2016.50 |

TOTAL FEES :          2,016.50

TOTAL DUE  :          2,016.50

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 19, 2004
MATTER :  W9600-017
INVOICE : 174923

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/09/04 | RLT | REVIEWED MOTION FOR RELIEF FROM STAY AND PRELIMINARY INJUNCTION TO TAKE PERPETUATION DEPOSITIONS FILED BY LIBBY CLAIMANTS | .40 |
| 04/09/04 | RLT | REVIEWED OBJECTION TO THE MOTION OF THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION FOR RELIEF FROM THE AUTOMATIC STAY AND SETOFF | .40 |
| 04/13/04 | TC | REVIEWED LIBBY CLAIMANTS MOTION FOR RELIEF FROM AUTOMATIC STAY AND PRELIMINARY INJUNCTION TO TAKE PERPETUATION DEPOSITIONS | .50 |
| 04/20/04 | RLT | REVIEWED MOTION FOR LEAVE TO FILE A REPLY TO DEBTORS' OBJECTION TO THE MOTION OF MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION FOR RELIEF FROM STAY AND SETOFF FILED BY MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | .30 |
| 04/21/04 | RLT | REVIEWED OBJECTION TO CONDITIONAL OBJECTION TO LIBBY CLAIMANTS' MOTION FOR RELIEF FROM AUTOMATIC STAY AND PRELIMINARY INJUCTION TO TAKE PERPETUATION DEPOSITIONS FILED BY MARYLAND CASUALTY COMPANY | .30 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 19, 2004
MATTER : W9600-017
INVOICE :  174923

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/04    T C

RE:  RELIEF FROM STAY PROCEEDINGS

### T I M E   S U M M A R Y

|               |        | RATE   | HOURS | TOTALS |
|---------------|--------|--------|-------|--------|
| R L THOMAS    |        | 220.00 | 1.40  | 308.00 |
| T CURRIER     |        | 465.00 | .50   | 232.50 |
|               | TOTALS |        | 1.90  | 540.50 |

TOTAL FEES :                    540.50

TOTAL DUE  :                    540.50

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**