IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: June 18, 2004 at 4:00 p.m.<br>Hearing Date: September 27, 2004 at 12:00 p.m. |

## TWELFTH QUARTERLY FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 26, 2003 THROUGH MARCH 31, 2004

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | December 26, 2003 through March 31, 2004 |
| Amount of fees to be approved as actual, reasonable and necessary: | $40, 575.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $3,110.03 |
| This is a(n):   _x_ interim | ___ final application. |

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications for the period December 26, 2003 through March 31, 2004:**

| Date Filed and <u>Docket No.</u> | <u>Period Covered</u> | <u>Requested Fees/ Expenses</u> | <u>Approved Fees/ Expenses</u> | <u>CNO/ Docket No.</u> |
|---|---|---|---|---|
| February 27, 2004 5187 | December 26, 2003 through January 31, 2004 | $16,269.00/ $1,034.60 | $13,015.20/ $1,034.60 | 5342 |
| April 6, 2004 5403 | February 1, 2004 through February 29, 2004 | $11,591.50/ $673.24 | $9,273.20/ $673.24 | 5501 |
| April 28, 2004 5502 | March 1, 2004 through March 31, 2004 | $12,715.00/ $1,402.19 | $10,172.00/ $1,402.19 | 5616 |

## SUMMARY OF TIME FOR BILLING PERIOD
## DECEMBER 26, 2003 THROUGH MARCH 31, 2004

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder; admitted DE 1992 and PA 1985 | $465 | 37.6 | $17,484.00 |
| Rhonda L. Thomas Associate; admitted DE 2001, PA 1998 and NJ 1998 | $220 | 70.7 | $15,554.00 |
| Frances A. Panchak Paralegal | $140 | 2.1 | $294.00 |
| Raelena Y. Taylor Paralegal | $130 | 55.0 | $7,150.00 |
| Susan J. Brown Legal Assistant | $85.00 | 1.1 | $93.50 |
| **TOTAL** | | **166.5** | **$40,575.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY[1] FOR BILLING PERIOD DECEMBER 26, 2003 THROUGH MARCH 31, 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 2.6 | $915.00 |
| Business Operations | 4.4 | $1,335.50 |
| Case Administration | 31.7 | $6,660.00 |
| Claims Analysis Objections & Resolution (Non-Asbestos) | 7.0 | $2,299.50 |
| Employee Benefits/Pension | 2.1 | $780.50 |
| Employment Applications Others | 2.6 | $792.50 |
| Fee Applications/Applicant | 26.9 | $4,220.00 |
| Fee Applications/ Others | 40.8 | $7,751.50 |
| Financing | 0.6 | $230.00 |
| Hearings | 15.0 | $3,695.50 |
| Litigation and Litigation Consulting | 23.0 | $8,686.00 |
| Plan and Disclosure Statement | 4.2 | $1,487.50 |
| Relief From Stay Proceedings | 3.3 | $1,167.00 |
| Travel/Non-Working | 2.0 | $440.00 |
| ZAI Science Trial | 0.3 | $115.00 |
| **TOTAL** | **166.5** | **$40,575.50** |

---

[1] Due to changes to the project categories required by the Court which occurred after the filing of the monthly fee application, but prior to the filing of this interim fee application, the number of hours and fees in certain categories may have been moved since the filing of the monthly fee applications. Specifically, at the beginning of this application period, Klett Rooney did not maintain a separate category for its fee applications, hearings, the ZAI science trial, objections to asbestos claims, or the fraudulent transfer action. Because Warren Smith, the Court appointed fee auditor, requested a chart detailing time entries in the new categories, the amounts of time and fees have been retroactively moved to the appropriate category.

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## DECEMBER 26, 2003 THROUGH MARCH 31, 2004

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $230.55 |
| Messenger Services (Courier) | $1,167.60 |
| Federal Express | $228.93 |
| Professional Services/Pacer/Virtual Docket | $14.63 |
| Duplicating Services | $1,420.32 |
| Parking | $48.00 |
| **TOTAL** | **$3,110.03** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").

Pursuant to the Amended Administrative Order, Klett Rooney respectfully requests that, for the period December 26, 2003 through March 31, 2004, it be allowed the total amount of fees of $40,575.50 and expenses in the total amount of $3,110.03.

            KLETT ROONEY LIEBER & SCHORLING
            A Professional Corporation

            By: /s/Rhonda L. Thomas
               Teresa K. D. Currier (No. 3080)
               Rhonda L. Thomas (No. 4053)
               1000 West Street, Suite 1410
               Wilmington, DE 19801
               (302) 552-4200

Dated: May 28, 2004      Co-Counsel to the Official Committee of Equity Holders