**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF KIRKLAND & ELLIS**
**FOR THE ELEVENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Kirkland & Ellis for the Eleventh Interim Period.

**BACKGROUND**

1. Kirkland & Ellis (K&E) was retained as counsel to the Debtors. In the Application, Kirkland & Ellis seeks approval of fees totaling $757,520.00 and costs totaling $20,717.44 for its services from October 1, 2003, through December 31, 2003.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on K&E an initial report based on our review, and received a response from K&E, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted four instances totaling $682.00 in which the time entries do not match the sum of the parenthetical entries. These are provided below.

On October 24, 2003, CL has a time entry listed for 3.50 hours for a total fee of $1,785.00. The parentheticals total only 3.30 hours for $1,683.00. The difference in fees is $102.00.

| | | | |
|---|---|---|---|
| 10/24/03 | CL | 3.50 | Review materials (1.8); discuss CERCLA issues and strategy (1.5). |

On October 22, 2003, JWK has a time entry listed for 1.20 hours for a total fee of $612.00. The parentheticals total only 0.80 hours for $408.00. The difference in fees is $204.00.

| | | | |
|---|---|---|---|
| 10/22/03 | JWK | 1.20 | Telephone conference with J. Nelvotney of Citadel re future claim representative motion (.1); attend to issues re future claim representation application (.5); review correspondence from Judge Hamlen re same (.2). |

On November 11, 2003, JSB has a time entry for 1.60 hours for a total fee of $1,000.00. The parentheticals total only 1.10 hours for $687.50. The difference in fees is $312.50.

| | | | |
|---|---|---|---|
| 11/11/2003 | JSB | 1.60 | Confer with M. Herford re Hamlin discovery responses to MVC 2nd Discovery (.3); confer with M. Davis re national union Brief, Barnett depositions and related matters (.3); confer re MVC/Royal Motion and National Union Brief (.5). |

On December 23, 2003, JSB has a time entry listed as 5.60 hours for a total fee of $3,500.00. The parentheticals total only 5.50 hours for $3,437.50. The difference in fees is $63.50.

| | | | |
|---|---|---|---|
| 12/23/03 | JSB | 5.60 | Attend to matters re Wolin recusal discovery (.5); confer with M. Davis re National Union/RMQ matter and related matters (.4); review electronic files re Wolin Recusal (2.0); review Siegel documents re same (.3); confer with D. Siegel re same and related issues (.3); review Subpoenas re K&E and Grace on Wolin issues (.3); confer with D. Siegel re results of |

> hearing with J. Wolin on discovery (.3); confer with various parties re sane and follow up on discovery (.8); review 3rd Circuit letter on Gerard brief (.4); revise RMQ/National Union Stipulation (.2).

We asked K&E to review the entries and address whether they represent inadvertent miscalculations.

K&E responded as follows:

> Based upon a review of the attorney's notes: (i) Mr. Lane's time for October 24, 2003 should be 3.30 hours, and K&E agrees with the reduction of $102.00; (ii) Mr. Kapp's time for October 22, 2003 should be 0.80 hours, and K&E agrees with the reduction of $204.00; (iii) Ms. Baer's time for November 11, 2003 should be 1.10 hours, and K&E agrees with the reduction of $312.50; and (iv) Ms. Baer's time for December 23, 2003 should be 5.50 hours, and K&E agrees with the reduction of $63.50. Therefore, K&E submits that a reduction totaling $682.00 is appropriate.

We appreciate the response and thus recommend a reduction of $682.00 in fees.

## CONCLUSION

4. Thus, we recommend approval of fees totaling $756,838.00 ($757,520.00 minus $682.00) and costs totaling $20,717.44 for K&E's services from October 1, 2003, through December 31, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
  Warren H. Smith
  Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 28th day of May, 2004.

_____
  Warren H. Smith

## SERVICE LIST
### Notice Parties

**The Applicant**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801