## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK &
### BRICKMAN, LLC FOR THE ELEVENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Eleventh Interim Period</u> (the "Application").

### BACKGROUND

1.      Richardson Patrick Westbrook & Brickman LLC ("RPWB") was appointed as lead special counsel to ZAI Claimants.  In the Application RPWB seeks approval of fees totaling $50,460.00 and costs totaling $17,216.00 for its services from October 1, 2003, through December 31, 2003.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals.  We served on RPWB an initial report based on

our review, and received a response from RPWB, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted that per RPWB's Appointment Order, the Court set a

total budget for ZAI counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the

Science Trial.  On July 28, 2003, the Court entered an Order increasing the budget by $950,000 per

side for additional attorney fees and expenses.   It is our understanding that the Court-prescribed

budget for ZAI counsel for prosecuting the Science Trial was exceeded in the prior interim period.

Further, we remain unaware of any subsequent order increasing counsel fees and/or expenses

regarding the Science Trial.  We asked RPWB to advise us if the firm's information or understanding

regarding the referenced fee and expense status differed from ours.  RPWB responded as follows:

> Thank you for your initial report in this matter.  While we are currently in discussions
> with Grace concerning the budget situation, we agree that under the current Order,
> bills in excess of the existing cap are not authorized to be paid.  We have continued
> to perform the activities we believe necessary to prepare the ZAI Claimants' case and
> understand we will need to deal with administrative payment matters.

We appreciate the response.

## CONCLUSION

4.      Thus, due to the aforementioned budget overage, we recommend approval of  fees

totaling $0 ($50,460.00 minus $50,460.00) and costs totaling $0 ($17,216.00 minus $17,216.00) for

RPWB's services from October 1, 2003, through December 31, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 28th day of May, 2004.

_____
Warren H. Smith

**SERVICE LIST**
<u>Notice Parties</u>

**<u>The Applicant</u>**

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook & Brickman
174 East Bay Street
Charleston, South Carolina 29401

**<u>Co-Counsel for ZAI Claimants</u>**

William D. Sullivan, Esq.
Charles J. Brown, III, Esq.
Elzufon, Austin, Reardon, Tarlov & Mondell,
PA
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

**<u>The Debtors</u>**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**<u>Counsel for the Debtors</u>**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**<u>Counsel for the Official Committee of Unsecured Creditors</u>**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**<u>Counsel to the Official Committee of Property Damage Claimants</u>**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**<u>Counsel to the Official Committee of Personal Injury Claimants</u>**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801