# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: April 13, 2004, at 4:00 p.m.** |
| | | **Hearing Date: Scheduled if Necessary (Negative Notice)** |

### THIRTY-FOURTH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

<u>Name of Applicant</u>:   Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJ&W").

<u>Authorized to Provide Professional Services to</u>:  The above-captioned debtors and debtors-in-possession.

<u>Date of Retention</u>:  May 3, 2001.

<u>Period for which Compensation and Reimbursement is Sought</u>:  January 1, 2004 through January 31, 2004.

<u>Amount of Compensation Sought as Actual, Reasonable and Necessary</u>:  $22,238.50.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCS_DE:90826.1



DOCKET #5344

DATE 3-2-0

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: $13,200.84.

This is a:     xx monthly          _ interim          _ final application.

The total time expended for preparation of this fee application is approximately 2

hours and the corresponding compensation requested is approximately $800.00.[2]

Prior Applications Filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 04/02/01-04/30/01 | $62,472.75 | $23,277.13 | $62,472.75 | $23,277.13 |
| 08/09/01 | 05/01/01-05/31/01 | $29,929.00 | $15,670.64 | $29,929.00 | $15,670.64 |
| 09/07/01 | 06/01/01-06/30/01 | $30,195.50 | $37,763.45 | $30,195.50 | $37,763.45 |
| 09/11/01 | 07/01/01-07/31/01 | $17,040.50 | $20,323.76 | $17,040.50 | $20,323.76 |
| 10/31/01 | 08/01/01-08/31/01 | $ 9,407.50 | $20,486.61 | $ 9,407.50 | $20,486.61 |
| 11/13/01 | 09/01/01-09/30/01 | $13,158.00 | $10,035.46 | $13,158.00 | $10,035.46 |
| 11/27/01 | 10/01/01-10/31/01 | $13,420.75 | $ 8,922.92 | $13,420.75 | $ 8,922.92 |
| 01/22/02 | 11/01/01-11/30/01 | $39,991.50 | $22,398.11 | $39,991.50 | $22,398.11 |
| 01/30/02 | 12/01/01 – 12/31/01 | $35,017.00 | $13,575.07 | $35,017.00 | $13,575.07 |
| 04/02/02 | 01/01/02 – 01/31/02 | $48,356.50 | $38,671.08 | $48,356.50 | $38,671.08 |
| 05/30/02 | 02/02/02 – 02/28/02 | $46,611.50 | $25,627.01 | $46,611.50 | $25,627.01 |
| 06/06/02 | 03/01/02 – 03/31/02 | $44,145.00 | $29,280.21 | $44,145.00 | $29,280.21 |
| 06/28/02 | 04/01/02 – 04/30/02 | $49,562.00 | $25,475.46 | $49,562.00 | $25,475.46 |
| 07/12/02 | 05/01/02 – 05/31/02 | $42,495.50 | $21,543.54. | $42,495.50 | $21,543.54 |
| 08/13/02 | 06/01/02 – 06/30/02 | $32,819.00 | $29,869.61 | $32,819.00 | $29,869.61 |
| 10/01/02 | 07/01/02 – 07/31/02 | $22,630.00 | $17,187.01 | $22,630.00 | $17,187.01 |
| 10/30/02 | 08/01/02 – | $34,536.00 | $45,540.43 | $34,536.00 | $45,540.43 |

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZYJ&W's subsequent fee applications.

| | 08/31/02 | | | | |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 – 09/30/02 | $32,858.50 | $33,313.79 | $32,858.50 | $33,313.79 |
| 12/30/02 | 10/01/02 – 10/31/02 | $19,370.50 | $24,488.86 | $19,370.50 | $24,488.86 |
| 01/21/03 | 11/01/02 – 11/30/02 | $25,948.50 | $31,181.03 | $25,948.50 | $31,181.03 |
| 01/30/03 | 12/01/02 – 12/31/02 | $16,407.00 | $14,016.95 | $16,407.00 | $14,016.95 |
| 03/18/03 | 01/01/03 – 01/31/03 | $25,984.50 | $19,035.00 | $25,984.50 | $19,035.00 |
| 04/23/05 | 02/01/03 – 02/28/03 | $18,094.50 | $23,616.14 | $18,094.50 | $23,616.14 |
| 06/17/03 | 03/01/03 – 03/31/03 | $15,853.00 | $15,586.33 | $15,853.00 | $15,586.33 |
| 07/21/03 | 04/01/03 – 04/30/03 | $12,134.00 | $17,776.64 | $12,134.00 | $17,776.64 |
| 08/13/03 | 05/01/03 – 05/31/03 | $13,234.50 | $16,624.15 | $13,234.50 | $16,624.15 |
| 09/02/03 | 06/01/03 – 06/30/03 | $11,1137.00 | $14,033.07 | $11,137.00 | $14,033.07 |
| 09/29/03 | 07/01/03 – 07/31/03 | $18,546.50 | $18,663.30 | $18,546.50 | $18,663.30 |
| 10/24/03 | 08/01/03 – 08/31/03 | $20,376.00 | $43,075.91 | $20,376.00 | $43,075.91 |
| 10/30/03 | 09/01/03 – 09/30/03 | $24,433.50 | $19,744.93 | $24,433.50 | $19,744.93 |
| 12/03/03 | 10/01/03 – 10/31/03 | $22,988.00 | $30,531.15 | $22,988.00 | $30,531.15 |
| 12/29/03 | 11/01/03 – 11/30/03 | $20,729.50 | $33,211.18 | $20,729.50 | $33,211.18 |
| 01/26/04 | 12/01/03 – 12/31/03 | $22,073.00 | $19,772.62 | Pending | Pending |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed[3] | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Shareholder 2000; Joined Firm 2000; Member of DE Bar since 1986 | $595.00 | .40 | $    238.00 |
| Scotta E. McFarland | Of Counsel 2000; Member of DE Bar since 2002; Member of CA Bar since 1993 | $425.00 | .20 | $    85.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $375.00 | 3.50 | $ 1,312.50 |
| David W. Carickhoff, Jr. | Associate 2000; Member of DE Bar since 1998 | $320.00 | 36.60 | $11,712.00 |
| Curtis A. Hehn | Associate 2001; Member of NJ Bar since 1997; Member of DE Bar since 2002 | $320.00 | .10 | $    32.00 |
| Rachel Lowry Werkheiser | Associate 2000; Member of DE Bar since 1998 | $295.00 | 2.60 | $   767.00 |
| Laurie A. Gilbert | Paralegal since 2001 | $145.00 | .80 | $    116.00 |
| Patricia E. Cuniff | Paralegal since 1998 | $140.00 | 45.30 | $ 6,342.00 |
| Rita M. Olivere | Case Management Assistant 2000 | $ 75.00 | .20 | $    15.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $ 70.00 | 2.30 | $   161.00 |
| Christina M. Shaeffer | Case Management Assistant 2001 | $ 60.00 | 24.30 | $ 1,458.00 |

Total Fees:    $22,238.50
Total Hours:      116.30
Blended Rate: $      191.22

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Case Administration | 52.00 | $5,883.00 |
| Claims Analysis Non-Abestos | 9.50 | $2,122.00 |
| Employment Applications, Others | 1.30 | $   264.50 |
| Fee Applications, Applicant | 5.40 | $1,846.00 |
| Fee Applications, Others | 9.70 | $1,643.50 |
| Litigation | 35.20 | $9,678.50 |

[3] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

-4-

| Plan & Disclosure Statement | 2.00 | $ 507.00 |
| ZAI Science Trial | 1.20 | $ 294.00 |

DOCS_DE:90826.1

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Auto Travel Expense | Eagle | $    182.08 |
| Conference Call | Genesys | $    990.40 |
| Delivery/Courier Service | Parcels, Tri-State | $2,121.63 |
| DHL – Worldwide Express | | $    704.01 |
| Federal Express | | $    581.87 |
| Fax Transmittal | | $1,444.00 |
| Outside Reproduction Expense | Digital Legal Service | $    338.58 |
| Pacer – Court Research | | $    658.70 |
| Postage | | $    870.17 |
| Reproduction Expense | Digital Legal Service | $5,309.40 |

Dated: _____3/23_____, 2004

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_Laura Davis Jones_

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

---

[4] PSZYJ&W may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

<u>VERIFICATION</u>

STATE OF DELAWARE    :
                          :
COUNTY OF NEW CASTLE  :

David W. Carickhoff, Jr., after being duly sworn according to law, deposes and says:

a)       I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., and have been admitted to appear before this Court.

b)       I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZYJ&W.

c)       I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                               David W. Carickhoff, Jr.

SWORN AND SUBSCRIBED
before me this 24th day of March, 2004.

_____
Notary Public
My Commission Expires: 02/11/06

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 13, 2004 at 4:00 p.m.**
**Hearing Date: to be scheduled if necessary**

## FEE DETAIL FOR PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:47806.1
03/24/04 3:18 PM

-1-

## PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

January 31, 2004

Invoice Number **60247**        **91100   00001        SEM**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---|
| Balance forward as of last invoice, dated:   December 31, 2003 | $119,144.89 |
| Payments received since last invoice, last payment received --   February 26, 2004 | $87,225.80 |
| Net balance forward | $31,919.09 |

Re:  W.R. Grace and Co.

| Statement of Professional Services Rendered Through | **01/31/2004** | | |
|---|---|---|---|
| | **Hours** | **Rate** | **Amount** |
| **CASE ADMINISTRATION [B110]** | | | |

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 01/05/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 01/05/04 | PEC | Update critical dates | 1.00 | 140.00 | $140.00 |
| 01/06/04 | CMS | Maintain Document Control. | 0.10 | 60.00 | $6.00 |
| 01/06/04 | PEC | Update Critical Dates | 1.20 | 140.00 | $168.00 |
| 01/06/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 140.00 | $56.00 |
| 01/07/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 01/07/04 | PEC | Update Critical Dates memo | 2.00 | 140.00 | $280.00 |
| 01/07/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 01/08/04 | CMS | Prepare Hearing Notebook. | 3.10 | 60.00 | $186.00 |
| 01/08/04 | DWC | Review D. Siegel 12/16 letter regarding operating results. | 0.20 | 320.00 | $64.00 |
| 01/08/04 | PEC | Review daily correspondence and pleadings and forward to appropriate parties | 0.30 | 140.00 | $42.00 |
| 01/08/04 | PEC | Review Docket | 0.20 | 140.00 | $28.00 |
| 01/08/04 | PEC | Update Critical Dates memo | 1.00 | 140.00 | $140.00 |
| 01/09/04 | CMS | Prepare Hearing Notebook. | 6.20 | 60.00 | $372.00 |
| 01/09/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 01/09/04 | PEC | Update Critical Dates memo | 0.50 | 140.00 | $70.00 |
| 01/12/04 | CMS | Prepare Hearing Notebook. | 3.20 | 60.00 | $192.00 |
| 01/12/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 01/12/04 | PEC | Update Critical Dates memo | 0.80 | 140.00 | $112.00 |
| 01/13/04 | SLP | Maintain document control. | 2.30 | 70.00 | $161.00 |
| 01/13/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 140.00 | $56.00 |
| 01/13/04 | PEC | Update Critical Dates memo | 0.30 | 140.00 | $42.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 01/14/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 01/14/04 | PEC | Update Critical Dates Memo | 1.10 | 140.00 | $154.00 |
| 01/15/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 01/15/04 | PEC | Update Critical Dates memo | 0.80 | 140.00 | $112.00 |
| 01/15/04 | PEC | Review Docket | 0.20 | 140.00 | $28.00 |
| 01/16/04 | CMS | Prepare Hearing Notebook. | 2.10 | 60.00 | $126.00 |
| 01/16/04 | PEC | Review docket for updates | 0.20 | 140.00 | $28.00 |
| 01/16/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 01/16/04 | PEC | Update Critical Dates memo | 0.80 | 140.00 | $112.00 |
| 01/20/04 | RMO | Maintain document control. | 0.10 | 75.00 | $7.50 |
| 01/20/04 | CMS | Prepare Hearing Notebook. | 3.20 | 60.00 | $192.00 |
| 01/21/04 | RMO | Maintain document control. | 0.10 | 75.00 | $7.50 |
| 01/21/04 | CMS | Prepare Hearing Notebook. | 0.10 | 60.00 | $6.00 |
| 01/21/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 140.00 | $56.00 |
| 01/21/04 | PEC | Update Critical Dates memo | 1.50 | 140.00 | $210.00 |
| 01/22/04 | DWC | Review D. Siegel letter regarding 2003 Audit (.2); review Kirkland & Ellis response to same (.4); draft response of PSZYJW and e-mail to Laura Davis Jones regarding same (2.5). | 3.10 | 320.00 | $992.00 |
| 01/22/04 | LDJ | Review audit response letter. | 0.20 | 595.00 | $119.00 |
| 01/22/04 | PEC | Review daily correspondence and pleadings and forward to appropriate parties | 0.30 | 140.00 | $42.00 |
| 01/22/04 | PEC | Update Critical Dates memo | 0.60 | 140.00 | $84.00 |
| 01/23/04 | CMS | Prepare Hearing Notebook. | 0.70 | 60.00 | $42.00 |
| 01/23/04 | PEC | Review daily correspondence and pleadings and forward to appropriate parties | 0.30 | 140.00 | $42.00 |
| 01/23/04 | PEC | Update Critical Dates memo | 0.80 | 140.00 | $112.00 |
| 01/27/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 01/27/04 | PEC | Update Critical Dates memo | 1.10 | 140.00 | $154.00 |
| 01/28/04 | DWC | E-mail with court re: rescheduling January 26th hearing to February 23rd | 0.20 | 320.00 | $64.00 |
| 01/29/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 01/29/04 | PEC | Update Critical Dates memo | 0.80 | 140.00 | $112.00 |
| 01/30/04 | CMS | Maintain Document Control. | 5.60 | 60.00 | $336.00 |
| 01/30/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 01/30/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 01/30/04 | PEC | Update Critical Dates memo | 1.00 | 140.00 | $140.00 |
| | | **Task Code Total** | **52.00** | | **$5,883.00** |

### WRG CLAIM ANALYSIS NONASBESTOS

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 01/06/04 | DWC | Review and revise brief regarding Royal's motion for leave to file late claim. | 0.80 | 320.00 | $256.00 |
| 01/08/04 | PEC | Return calls to various creditors regarding case status | 0.60 | 140.00 | $84.00 |
| 01/09/04 | PEC | File and serve Objection to Motion of Caterpillar Financial Services Corp to Compel Payment of Administrative Expense and for Relief from Stay (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/09/04 | DWC | Review and revise objection to Caterpillar motion. | 0.70 | 320.00 | $224.00 |
| 01/09/04 | DWC | Review and revise Caterpillar Objection. | 0.40 | 320.00 | $128.00 |
| 01/13/04 | DWC | Review PD committee objection to motion to waive LR 3007-1. | 0.40 | 320.00 | $128.00 |

**Invoice number  60247**      91100   00001                    **Page  3**

| | | | | | |
|---|---|---|---|---|---|
| 01/15/04 | PEC | Return calls to creditors regarding case status | 0.80 | 140.00 | $112.00 |
| 01/16/04 | PEC | File and serve Debtor's Motion to File Reply to the Property Damage Claimants Objection to Debtor's Motion for Limited Waiver of Del.Bankr.LR.3007-1 for the Purpose of Streamlining Objections to Certain Claims filed (.5); Draft Certificate of Service (.1) | 0.60 | 140.00 | $84.00 |
| 01/16/04 | PEC | Draft Certificate of No Objection regarding Motion For Entry of an Order Authorizing the Debtor's to Settle Massachusetts Corporate Excise Tax Refund Claim and Certificate of Service (.4); File and serve (.4) | 0.80 | 140.00 | $112.00 |
| 01/16/04 | PEC | Draft Certificate of No Objection Regarding Debtor's Motion to Authorize Debtor's to Amend the Credit Agreement with Advanced Refining Technologies and Certificate of Service (.4); File and serve (.4) | 0.80 | 140.00 | $112.00 |
| 01/16/04 | DWC | Review and revise reply to PD Committee objection to 3007 waiver motion; draft motion for lease to file same; emails with co-counsel regarding same. | 1.20 | 320.00 | $384.00 |
| 01/20/04 | DWC | Review emails regarding Royal Motion for Leave to file late claim. | 0.20 | 320.00 | $64.00 |
| 01/22/04 | DWC | Review objection to notice of transfer of J.M. Foster claim. | 0.30 | 320.00 | $96.00 |
| 01/23/04 | DWC | Review and revise proposed orders on First and Second omnibus claims objections. | 0.40 | 320.00 | $128.00 |
| 01/27/04 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |
| 01/29/04 | PEC | Return calls to various parties regarding case status | 0.50 | 140.00 | $70.00 |
| | | **Task Code Total** | **9.50** | | **$2,122.00** |

**WRG- EMPLOY. APP. , OTHERS**

| | | | | | |
|---|---|---|---|---|---|
| 01/09/04 | PEC | Prepare Affidavit Under 11 U.S.C. 327(e) of Karl S. Bourdeau Counsel of Beverage & Diamond P.C. for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/13/04 | DWC | Telephone call with C. Lane regarding Deloitte retention issues and Protiviti retention issues. | 0.30 | 320.00 | $96.00 |
| 01/29/04 | SEM | Telephone conference with P. Cuniff regarding affidavit of disinterestedness for ordinary course professional. | 0.10 | 425.00 | $42.50 |
| 01/29/04 | PEC | Prepare Affidavit Under 11 U.S.C. 327(e) of Robert J. Townsend For Filing And Service (.3); Draft Affidavit of Service (.1) | 0.40 | 140.00 | $56.00 |
| | | **Task Code Total** | **1.30** | | **$264.50** |

**WRG-FEE APPS., APPLICANT**

| | | | | | |
|---|---|---|---|---|---|
| 01/05/04 | WLR | Review correspondence from Ira D. Kharasch regarding fee application status. | 0.10 | 375.00 | $37.50 |
| 01/05/04 | WLR | Correspondence to Misty Lyles and Liliana Gardiazabal regarding fee application status. | 0.10 | 375.00 | $37.50 |
| 01/12/04 | WLR | Correspondence to Liliana Gardiazabal re: December 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 01/13/04 | WLR | Review correspondence from Liliana Gardiazabal re: December 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 01/13/04 | WLR | Prepare December 2003 fee application. | 0.40 | 375.00 | $150.00 |
| 01/13/04 | WLR | Correspondence to Liliana Gardiazabal re December 2003 fee application. | 0.20 | 375.00 | $75.00 |
| 01/14/04 | WLR | Review correspondence from Liliana Gardiazabal re December 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 01/15/04 | WLR | Prepare December 2003 fee application. | 0.50 | 375.00 | $187.50 |
| 01/15/04 | WLR | Correspondence to Liliana Gardiazabal re December 2003 | 0.20 | 375.00 | $75.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | fee application. |  |  |  |
| 01/15/04 | WLR | Review correspondence from Liliana Gardiazabal re December 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 01/15/04 | WLR | Review December 2003 fee application. | 0.30 | 375.00 | $112.50 |
| 01/15/04 | WLR | Ccorrespondence to Liliana Gardiazabal re December 2003 fee application. | 0.20 | 375.00 | $75.00 |
| 01/15/04 | WLR | Update fee application status memo. | 0.10 | 375.00 | $37.50 |
| 01/22/04 | WLR | Draft 11th quarterly (Oct 1, 2003 through Dec. 31, 2003) fee application. | 0.60 | 375.00 | $225.00 |
| 01/23/04 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 145.00 | $29.00 |
| 01/23/04 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 145.00 | $29.00 |
| 01/24/04 | WLR | Prepare January 2004 fee application draft. | 0.20 | 375.00 | $75.00 |
| 01/24/04 | LDJ | Review and finalize interim fee application (December 2003) | 0.20 | 595.00 | $119.00 |
| 01/26/04 | WLR | Review correspondence from Laurie Gilbert regarding fee application status. | 0.10 | 375.00 | $37.50 |
| 01/26/04 | DWC | Review PSZYJW December fee application. | 0.30 | 320.00 | $96.00 |
| 01/27/04 | DWC | Review and responsd to fee auditor's initial report on 10th Interim PSZYJW fee application. | 0.50 | 320.00 | $160.00 |
| 01/28/04 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 145.00 | $29.00 |
| 01/28/04 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 145.00 | $29.00 |
| 01/29/04 | WLR | Review correspondence from Ira Kharasch re December 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 01/31/04 | SEM | Review status of payment of account to PSZYJW. | 0.10 | 425.00 | $42.50 |
|  |  | **Task Code Total** | **5.40** |  | **$1,846.00** |
|  |  | **WRG-FEE APPLICATIONS, OTHERS** |  |  |  |
| 01/13/04 | DWC | Telephone call with V. Blanchard regarding Protiviti's fee application. | 0.20 | 320.00 | $64.00 |
| 01/13/04 | DWC | Review report on OCP fees through December 31, 2003. | 0.20 | 320.00 | $64.00 |
| 01/13/04 | PEC | Prepare Debtor's Quarterly Statement of Amounts Paid to Professionals to be filed and served (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/20/04 | DWC | Review Protivit's July fee application. | 0.30 | 320.00 | $96.00 |
| 01/21/04 | DWC | Review Protiviti August, September and October fee applications. | 0.50 | 320.00 | $160.00 |
| 01/22/04 | DWC | Telephone call with P. Bellows regarding State Street professionals' fee applications. | 0.30 | 320.00 | $96.00 |
| 01/22/04 | PEC | Prepare July Monthly Fee Application of Steptoe and Johnson for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/22/04 | PEC | Prepare August Monthly Fee Application of Steptoe and Johnson for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/22/04 | PEC | Prepare September Monthly Fee Application of Steptoe and Johnson for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/22/04 | PEC | Prepare November Monthly Fee Application of Wallace King for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/22/04 | PEC | Prepare November Monthly Fee Application of Casner and Edwards for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/22/04 | PEC | Prepare December Monthly Fee Application of Carella | 0.50 | 140.00 | $70.00 |

|  |  | Byrne for filing and service (.4); Draft Affidavit of Service (.1) |  |  |  |
|---|---|---|---|---|---|
| 01/22/04 | PEC | Prepare November Monthly Fee Application of Woodcock Washburn for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/22/04 | PEC | Prepare March Monthly Fee Application of Deloitte & Touche for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/23/04 | PEC | Prepare Protiviti July Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/23/04 | PEC | Prepare Protiviti August Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/23/04 | PEC | Prepare Protiviti September Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/23/04 | PEC | Prepare Protiviti October Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/27/04 | PEC | Telephone call to Stephen Bossay of Warren Smith and Associates regarding Protivity July-September Quarterly Fee Application | 0.30 | 140.00 | $42.00 |
| 01/27/04 | PEC | Telephone call to Victor Blanchard regarding drafting and filing Quarterly Fee Applications | 0.30 | 140.00 | $42.00 |
| 01/29/04 | RLW | Conference with Patty Cuniff re: fee application received for filing | 0.10 | 295.00 | $29.50 |
| 01/30/04 | PEC | Prepare Protiviti November Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/30/04 | PEC | Prepare Protiviti December Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
|  | **Task Code Total** |  | **9.70** |  | **$1,643.50** |

**LITIGATION (NON-BANKRUPTCY]**

| 01/05/04 | DWC | Review 1/5/04  memo regarding recent filings. | 0.20 | 320.00 | $64.00 |
|---|---|---|---|---|---|
| 01/06/04 | DWC | Review Judge Wolin 1/6 Discovery Order. | 0.20 | 320.00 | $64.00 |
| 01/07/04 | PEC | Draft Agenda for 1/26 hearing | 1.00 | 140.00 | $140.00 |
| 01/08/04 | DWC | Review and revise draft agenda for 1/26 hearing. | 0.90 | 320.00 | $288.00 |
| 01/08/04 | PEC | Revise and review Notice of Agenda for 1/26 hearing | 0.80 | 140.00 | $112.00 |
| 01/09/04 | DWC | Finalize draft agenda and emails and calls with co-counsel regarding same. | 0.80 | 320.00 | $256.00 |
| 01/09/04 | PEC | Revise and review 1/27 Preliminary Agenda | 0.80 | 140.00 | $112.00 |
| 01/09/04 | PEC | Review Preliminary Binders for Judge Fitzgerald | 0.80 | 140.00 | $112.00 |
| 01/13/04 | DWC | Review Libby Plaintiff objection to sanction motion. | 0.40 | 320.00 | $128.00 |
| 01/13/04 | DWC | Review Continental Casualty response regarding contempt motion. | 0.30 | 320.00 | $96.00 |
| 01/13/04 | DWC | Telephone call with R. Lopera regarding brief on Wolin recusal. | 0.20 | 320.00 | $64.00 |
| 01/13/04 | DWC | Emails with C. Lane and P. Cuniff regarding changes to agenda. | 0.40 | 320.00 | $128.00 |
| 01/14/04 | DWC | Review order on contempt motion and emails with co-counsel regarding same. | 0.30 | 320.00 | $96.00 |
| 01/14/04 | DWC | Review and respond to J. Baer email regarding Delaware procedural rule. | 0.30 | 320.00 | $96.00 |
| 01/14/04 | DWC | Review draft of recusal brief and emails regarding same. | 2.70 | 320.00 | $864.00 |
| 01/14/04 | DWC | Review and revise brief in support of National Uniton's summary judgment motion and emails with counsel regarding confidentiality issues. | 2.30 | 320.00 | $736.00 |
| 01/15/04 | DWC | Review final version of Wolin recusal brief for filing and emails regarding same. | 2.20 | 320.00 | $704.00 |
| 01/15/04 | DWC | Revise Motion for Contempt for Gerard counsel. | 0.80 | 320.00 | $256.00 |
| 01/15/04 | DWC | Review and revise brief in Support of National Uniton | 0.70 | 320.00 | $224.00 |

**Invoice number  60247**      91100   00001                                **Page  6**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | summary judgment. | | | |
| 01/15/04 | PEC | Prepare W.R. Grace's Response to Motion of D.K. Acquisition Partners to Disqualify the Honorable Alfred Wolin for Filing and Service | 0.50 | 140.00 | $70.00 |
| 01/16/04 | DWC | Finalize agenda. | 0.40 | 320.00 | $128.00 |
| 01/16/04 | PEC | Revise and review 1/26 Final Agenda | 0.80 | 140.00 | $112.00 |
| 01/16/04 | PEC | File and serve 1/26 Final Agenda (.4); Draft Certificate of Service (.1) | 0.80 | 140.00 | $112.00 |
| 01/16/04 | PEC | Prepare service list for 1/26 Agenda | 0.50 | 140.00 | $70.00 |
| 01/16/04 | PEC | Review Hearing Binders | 0.80 | 140.00 | $112.00 |
| 01/20/04 | DWC | Review and respond to emails regarding telephonic appearances at 1/26 hearing. | 0.40 | 320.00 | $128.00 |
| 01/20/04 | DWC | Amend agenda regarding 1/16 filings and continuances regarding National Union matter. | 0.40 | 320.00 | $128.00 |
| 01/20/04 | DWC | Review National Union's brief in support of summary judgment. | 0.70 | 320.00 | $224.00 |
| 01/20/04 | DWC | Telephone call with C. Lane regarding 1/26 agenda and status of matters. | 0.20 | 320.00 | $64.00 |
| 01/20/04 | DWC | Review amended brief regarding Wolin recusal and execute the same; emails regarding same. | 0.50 | 320.00 | $160.00 |
| 01/20/04 | DWC | Review scheduling order regarding National Union summary judgment. | 0.20 | 320.00 | $64.00 |
| 01/20/04 | DWC | Telephone call with W. Chipman regarding Exxon Mobile summary judgment motion. | 0.30 | 320.00 | $96.00 |
| 01/20/04 | DWC | Emails with J. Baer regarding National Union summary judgment motions. | 0.30 | 320.00 | $96.00 |
| 01/20/04 | DWC | Review and execute objection and motion to strike certain exhibits from Wolin joint appendix; emails regarding same. | 0.60 | 320.00 | $192.00 |
| 01/21/04 | DWC | Amend agenda; telephone calls and emails with co-counsel regarding same. | 0.50 | 320.00 | $160.00 |
| 01/21/04 | PEC | File and serve Amended Notice of Agenda (.3); Prepare Amended Service list (.2); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 01/21/04 | PEC | Review docket | 0.10 | 140.00 | $14.00 |
| 01/22/04 | DWC | Telephone call with S. Blatnick regarding Gerard appeal. | 0.20 | 320.00 | $64.00 |
| 01/22/04 | DWC | Draft second amended agenda; calls and emails with co-counsel. | 0.50 | 320.00 | $160.00 |
| 01/23/04 | DWC | Review Gerard appeal brief. | 1.20 | 320.00 | $384.00 |
| 01/23/04 | DWC | Review scheduling steps regarding National Union adversary and emails regarding same. | 0.40 | 320.00 | $128.00 |
| 01/23/04 | DWC | Emails with T. Tacconelli regarding 1/26 hearing. | 0.20 | 320.00 | $64.00 |
| 01/23/04 | DWC | Prepare for hearing on 1/26. | 1.50 | 320.00 | $480.00 |
| 01/26/04 | DWC | Respond to telephone calls and emails regarding cancelled hearing. | 0.50 | 320.00 | $160.00 |
| 01/27/04 | DWC | Review January 16 transcript of recusal proceedings before Judge Wolin. | 0.50 | 320.00 | $160.00 |
| 01/27/04 | DWC | Review and revise reply in support of motion to strike certain recusal exhibits and draft motion for leave to file reply (1.1); review D.K's opposition to motion to strike (.5). | 1.60 | 320.00 | $512.00 |
| 01/27/04 | DWC | Telephone calls and emails regarding Gerard 3rd Circuit filing; review 3rd Circuit rules regarding same. | 0.60 | 320.00 | $192.00 |
| 01/27/04 | DWC | Review memo regarding recent filings. | 0.20 | 320.00 | $64.00 |
| 01/27/04 | DWC | Emails with J. Kapp, W. Sparks and R. Bello regarding February 9 hearing dates. | 0.40 | 320.00 | $128.00 |
| 01/27/04 | PEC | File and serve Certification of Counsel regarding Foreign Subsidiary Restructuring Motion (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 01/28/04 | RLW | Review and prepare to file Motion in third Circuit to dismiss | 0.80 | 295.00 | $236.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/28/04 | CAH | Read correspondence regarding status of filing of 3rd circuit pleading. | 0.10 | 320.00 | $32.00 |
| 01/29/04 | RLW | Telephone call from Kirkland & Ellis (C. Lane) re: removal motion (.2); conference with Patty Cuniff re: same (.1) | 0.30 | 295.00 | $88.50 |
| 01/29/04 | RLW | Conference with Patty Cuniff re: settlement report | 0.10 | 295.00 | $29.50 |
| 01/30/04 | RLW | Review and revise removal extension motion | 0.30 | 295.00 | $88.50 |
| 01/30/04 | PEC | File and serve Debtor's Motion to Extend the Period Within Which the Debtor's May Remove Actions (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |

**Task Code Total**                                      **35.20**                **$9,678.50**

**PLAN & DISCLOSURE STMT. [B320]**

| | | | | | |
|---|---|---|---|---|---|
| 01/28/04 | RLW | Review, revise and draft notice re: motion to extend exclusivity | 0.80 | 295.00 | $236.00 |
| 01/29/04 | RLW | Follow-up and prepare to file motion to extend exclusivity | 0.20 | 295.00 | $59.00 |
| 01/29/04 | DWC | Review e-mails re: motion to extend exclusivity deadline, time to remove actions, and quarterly reports. | 0.40 | 320.00 | $128.00 |
| 01/29/04 | PEC | File and serve Motion to Extend Debtors' Exclusive Periods to File a Chapter 11 Plan (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |

**Task Code Total**                                      **2.00**                  **$507.00**

**WRG-ZAI SCIENCE TRIAL**

| | | | | | |
|---|---|---|---|---|---|
| 01/22/04 | DWC | Telephone call with J. Restivo regarding ZAI science trial continuance (.2); draft certificate of counsel and order regarding same (.5). | 0.70 | 320.00 | $224.00 |
| 01/22/04 | PEC | File and serve Certification of Counsel regarding Order Rescheduling Hearing Date with Respect to Argument on the Motion for Summary Judgment and Status Conference in the ZAI Science Trial (.4) Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |

**Task Code Total**                                      **1.20**                  **$294.00**

**Total professional services:**                   **116.30**               **$22,238.50**

**Costs Advanced:**

| | | | |
|---|---|---|---|
| 10/27/2003 | CC | Conference Call---Genesys Conferencing. [E105] | $108.46 |
| 11/17/2003 | CC | Conference Call---Genesys Conferencing. [E105] | $37.74 |
| 11/18/2003 | RE | (F3 EQU 1547 @0.15 PER PG) | $232.05 |
| 11/18/2003 | RE | (F3 EQU 357 @0.15 PER PG) | $53.55 |
| 11/18/2003 | RE | (F3 EQU 5456 @0.15 PER PG) | $818.40 |
| 11/18/2003 | RE | (F3 EQU 37 @0.15 PER PG) | $5.55 |
| 12/01/2003 | PAC | 91100 - 00001 PACER charges for 20031201 | $0.07 |
| 12/02/2003 | FE | Federal Express [E108] | $133.42 |
| 12/02/2003 | FE | Federal Express [E108] | $133.42 |
| 12/03/2003 | RE | (F0 EQU 88 @0.15 PER PG) | $13.20 |
| 12/05/2003 | PAC | 91100 - 00001 PACER charges for 20031205 | $50.47 |
| 12/12/2003 | PAC | 91100 - 00001 PACER charges for 20031212 | $65.38 |
| 12/14/2003 | AT | Auto Travel Expense---Eagle Limousine Service. Home to Airport (D.Carickhoff) [E109] | $89.54 |
| 12/15/2003 | AT | Auto Travel Expense---Eagle Limousine Service.Airport to Home.(D.Carickhoff) [E109] | $92.54 |
| 12/15/2003 | CC | Conference Call---Genesys Conferencing. [E105] | $844.20 |

**Invoice number  60247**        91100   00001                                    **Page  8**

| | | | |
|---|---|---|---:|
| 12/17/2003 | FE | Federal Express [E108] | $85.18 |
| 12/19/2003 | PAC | 91100 - 00001 PACER charges for 20031219 | $0.63 |
| 12/19/2003 | PAC | 91100 - 00001 PACER charges for 20031219 | $137.27 |
| 12/24/2003 | FE | Federal Express [E108] | $28.95 |
| 12/24/2003 | PAC | 91100 - 00001 PACER charges for 20031224 | $53.06 |
| 12/24/2003 | PAC | 91100 - 00001 PACER charges for 20031224 | $122.22 |
| 12/29/2003 | DC | TriState | $54.00 |
| 12/29/2003 | DC | TriState | $15.00 |
| 12/30/2003 | DH | DHL | $11.39 |
| 12/30/2003 | DH | DHL | $19.05 |
| 12/30/2003 | DH | DHL | $19.05 |
| 12/30/2003 | DH | DHL | $19.05 |
| 12/30/2003 | FE | Federal Express [E108] | $43.68 |
| 12/31/2003 | DH | DHL | $7.90 |
| 12/31/2003 | DH | DHL | $7.90 |
| 12/31/2003 | DH | DHL | $7.06 |
| 01/05/2004 | DH | DHL | $16.72 |
| 01/05/2004 | DH | DHL | $10.67 |
| 01/05/2004 | DH | DHL | $20.35 |
| 01/05/2004 | RE | (F4 AGR 1367 @0.15 PER PG) | $205.05 |
| 01/05/2004 | RE | (F4 AGR 397 @0.15 PER PG) | $59.55 |
| 01/05/2004 | RE | (F6 DOC 30 @0.15 PER PG) | $4.50 |
| 01/06/2004 | DC | TriState | $72.00 |
| 01/06/2004 | DC | TriState | $23.18 |
| 01/06/2004 | DC | TriState | $15.00 |
| 01/06/2004 | DH | DHL | $13.07 |
| 01/06/2004 | DH | DHL | $14.28 |
| 01/06/2004 | DH | DHL | $8.61 |
| 01/06/2004 | FE | Federal Express [E108] | $19.79 |
| 01/06/2004 | PO | Postage | $7.47 |
| 01/06/2004 | RE | (F6 AGR 40 @0.15 PER PG) | $6.00 |
| 01/06/2004 | RE | (F4 AGR 587 @0.15 PER PG) | $88.05 |
| 01/06/2004 | RE | (F5 AGR 45 @0.15 PER PG) | $6.75 |
| 01/06/2004 | RE | (F6 AGR 15 @0.15 PER PG) | $2.25 |
| 01/06/2004 | RE | (F2 CORR 200 @0.15 PER PG) | $30.00 |
| 01/06/2004 | RE | Reproduction Expense. [E101] | $0.45 |
| 01/07/2004 | DH | DHL | $8.61 |
| 01/07/2004 | DH | DHL | $14.28 |
| 01/07/2004 | DH | DHL | $13.07 |
| 01/07/2004 | RE | (F4 AGR 407 @0.15 PER PG) | $61.05 |
| 01/07/2004 | RE | (F4 AGR 45 @0.15 PER PG) | $6.75 |
| 01/07/2004 | RE | (F4 AGR 97 @0.15 PER PG) | $14.55 |
| 01/08/2004 | RE | (F6 AGR 13 @0.15 PER PG) | $1.95 |
| 01/08/2004 | RE | (F5 CORR 1687 @0.15 PER PG) | $253.05 |
| 01/08/2004 | RE | (F5 CORR 284 @0.15 PER PG) | $42.60 |
| 01/09/2004 | DC | TriState | $297.00 |
| 01/09/2004 | DC | TriState | $15.00 |
| 01/09/2004 | OR | Outside Reproduction Expense---Digital Legal Service. [E102] | $18.24 |
| 01/09/2004 | PAC | 91100 - 00001 PACER charges for 20040109 | $55.37 |
| 01/09/2004 | PO | Postage | $124.20 |
| 01/09/2004 | PO | Postage---Digital Legal Service. [E108] | $6.60 |
| 01/09/2004 | RE | (F5 CORR 3 @0.15 PER PG) | $0.45 |
| 01/09/2004 | RE | (F7 ANS 48 @0.15 PER PG) | $7.20 |
| 01/09/2004 | RE | (F2 CORR 730 @0.15 PER PG) | $109.50 |
| 01/09/2004 | RE | (F5 MOT 8 @0.15 PER PG) | $1.20 |
| 01/09/2004 | RE | (F5 CORR 48 @0.15 PER PG) | $7.20 |
| 01/10/2004 | DC | TriState | $72.00 |
| 01/13/2004 | DC | TriState | $45.00 |
| 01/13/2004 | DC | TriState | $15.00 |
| 01/13/2004 | DC | TriState | $63.00 |

| 01/13/2004 | DC | TriState | $15.00 |
|---|---|---|---|
| 01/13/2004 | DC | Parcels | $7.50 |
| 01/13/2004 | FX | Fax Transmittal. [E104] | $10.00 |
| 01/13/2004 | OR | Outside Reproduction Expense---Digital Legal Service. [E102] | $66.24 |
| 01/13/2004 | OR | Outside Reproduction Expense---Digital Legal Service.Velobinding [E102] | $4.50 |
| 01/13/2004 | OR | Outside Reproduction Expense---Digital Legal Service. Email [E102] | $25.00 |
| 01/13/2004 | OR | Outside Reproduction Expense---Digital Legal Service.PDF [E102] | $21.12 |
| 01/13/2004 | OR | Outside Reproduction Expense---Digital Legal Service.CD [E102] | $35.00 |
| 01/13/2004 | OR | Outside Reproduction Expense---Digital Legal Service. [E102] | $14.28 |
| 01/13/2004 | PO | Postage---Digital Legal Service. [E108] | $6.00 |
| 01/13/2004 | PO | Postage | $4.78 |
| 01/13/2004 | PO | Postage | $6.85 |
| 01/13/2004 | RE | (F6 AGR 4 @0.15 PER PG) | $0.60 |
| 01/13/2004 | RE | (F6 AGR 11 @0.15 PER PG) | $1.65 |
| 01/13/2004 | RE | (F4 CORR 3312 @0.15 PER PG) | $496.80 |
| 01/13/2004 | RE | (F7 DOC 62 @0.15 PER PG) | $9.30 |
| 01/13/2004 | RE | Reproduction Expense. [E101] | $5.25 |
| 01/14/2004 | FX | (G4 AGR 7 @1.00 PER PG) | $7.00 |
| 01/14/2004 | RE | Reproduction Expense. [E101] | $4.05 |
| 01/14/2004 | RE | Reproduction Expense. [E101] | $1.05 |
| 01/14/2004 | RE | (F5 CORR 2 @0.15 PER PG) | $0.30 |
| 01/14/2004 | RE | (F4 CORR 413 @0.15 PER PG) | $61.95 |
| 01/14/2004 | RE | (F4 CORR 51 @0.15 PER PG) | $7.65 |
| 01/14/2004 | RE | (F4 CORR 73 @0.15 PER PG) | $10.95 |
| 01/15/2004 | DC | TriState | $180.00 |
| 01/15/2004 | DC | TriState | $15.00 |
| 01/15/2004 | DH | DHL | $10.67 |
| 01/15/2004 | DH | DHL | $17.92 |
| 01/15/2004 | DH | DHL | $23.69 |
| 01/15/2004 | PAC | 91100 - 00001 PACER charges for 20040115 | $1.26 |
| 01/15/2004 | PO | Postage | $38.50 |
| 01/15/2004 | PO | Postage | $53.90 |
| 01/15/2004 | RE | Reproduction Expense. [E101] | $4.65 |
| 01/15/2004 | RE | (F4 AGR 217 @0.15 PER PG) | $32.55 |
| 01/15/2004 | RE | (F7 DOC 88 @0.15 PER PG) | $13.20 |
| 01/15/2004 | RE | (F7 DOC 89 @0.15 PER PG) | $13.35 |
| 01/15/2004 | RE | (F2 DOC 150 @0.15 PER PG) | $22.50 |
| 01/16/2004 | DC | TriState | $15.00 |
| 01/16/2004 | DH | DHL | $26.06 |
| 01/16/2004 | DH | DHL | $26.06 |
| 01/16/2004 | DH | DHL | $13.43 |
| 01/16/2004 | DH | DHL | $26.06 |
| 01/16/2004 | DH | DHL | $10.80 |
| 01/16/2004 | OF | Fax Transmittal---Digital Legal Service.Faxes [E104] | $702.00 |
| 01/16/2004 | OR | Outside Reproduction Expense---Digital Legal Service. [E102] | $142.56 |
| 01/16/2004 | PO | Postage | $5.40 |
| 01/16/2004 | PO | Postage---Digital Legal Service. [E108] | $31.90 |
| 01/16/2004 | RE | (F4 AGR 447 @0.15PER PG) | $67.05 |
| 01/16/2004 | RE | (F4 AGR 2077 @0.15 PER PG) | $311.55 |
| 01/16/2004 | RE | (F4 AGR 2847 @0.15 PER PG) | $427.05 |
| 01/16/2004 | RE | (F5 CORR 145 @0.15 PER PG) | $21.75 |
| 01/16/2004 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 01/16/2004 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 01/16/2004 | RE | (F6 AGR 10 @0.15 PER PG) | $1.50 |
| 01/16/2004 | RE | (F6 AGR 12 @0.15 PER PG) | $1.80 |
| 01/16/2004 | RE | (F6 AGR 60 @0.15 PER PG) | $9.00 |

**Invoice number  60247**          91100   00001                          **Page   10**

| | | | |
|---|---|---|---|
| 01/16/2004 | RE | (F6 AGR 62 @0.15 PER PG) | $9.30 |
| 01/16/2004 | RE | (F6 CORR 36 @0.15 PER PG) | $5.40 |
| 01/16/2004 | RE | (F7 DOC 206 @0.15 PER PG) | $30.90 |
| 01/17/2004 | DC | TriState | $54.00 |
| 01/17/2004 | DC | TriState | $63.00 |
| 01/17/2004 | PAC | 91100 - 00001 PACER charges for 20040117 | $58.45 |
| 01/20/2004 | DC | Parcels | $35.50 |
| 01/20/2004 | RE | (F2 CORR 2577 @0.15 PER PG) | $386.55 |
| 01/21/2004 | DH | DHL | $7.94 |
| 01/21/2004 | DH | DHL | $19.14 |
| 01/21/2004 | DH | DHL | $11.45 |
| 01/21/2004 | DH | DHL | $27.16 |
| 01/21/2004 | FE | Federal Express [E108] | $104.93 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/21/2004 | RE | (F4 AGR 122 @0.15 PER PG) | $18.30 |
| 01/21/2004 | RE | (F6 AGR 75 @0.15 PER PG) | $11.25 |
| 01/22/2004 | DH | DHL | $23.69 |
| 01/22/2004 | DH | DHL | $11.06 |
| 01/22/2004 | DH | DHL | $17.92 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 01/22/2004 | FX | (G3 CORR 7 @1.00 PER PG) | $7.00 |
| 01/22/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |

Invoice number  60247        91100  00001                                          **Page  11**

| | | | |
|---|---|---|---:|
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 6 @1.00 PER PG) | $6.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 01/22/2004 | OR | Outside Reproduction Expense---Digital Legal Service. [E102] | $10.56 |
| 01/22/2004 | OR | Outside Reproduction Expense---Digital Legal Service. [E102 | $1.08 |
| 01/22/2004 | PO | Postage---Digital Legal Service. [E108] | $8.40 |
| 01/22/2004 | RE | (F6 AGR 20 @0.15 PER PG) | $3.00 |
| 01/22/2004 | RE | (F6 AGR 4 @0.15 PER PG) | $0.60 |
| 01/22/2004 | RE | (F6 AGR 3 @0.15 PER PG) | $0.45 |
| 01/22/2004 | RE | (F6 AGR 13 @0.15 PER PG) | $1.95 |
| 01/22/2004 | RE | (F7 DOC 19 @0.15 PER PG) | $2.85 |
| 01/23/2004 | PAC | 91100 - 00001 PACER charges for 20040123 | $38.36 |
| 01/23/2004 | PO | Postage | $0.60 |
| 01/23/2004 | RE | (F8 AGR 4 @0.15 PER PG) | $0.60 |
| 01/23/2004 | RE | (F6 AGR 227 @0.15 PER PG) | $34.05 |
| 01/23/2004 | RE | (F6 AGR 15 @0.15 PER PG) | $2.25 |
| 01/23/2004 | RE | (F4 CORR 892 @0.15 PER PG) | $133.80 |
| 01/23/2004 | RE | Reproduction Expense. [E101] | $2.10 |
| 01/26/2004 | DC | Parcels | $39.50 |
| 01/26/2004 | DC | TriState | $15.00 |
| 01/26/2004 | DC | TriState | $15.00 |
| 01/26/2004 | DH | DHL | $16.72 |
| 01/26/2004 | DH | DHL | $14.28 |
| 01/26/2004 | DH | DHL | $9.51 |
| 01/26/2004 | RE | (F5 CORR 14 @0.15 PER PG) | $2.10 |
| 01/26/2004 | RE | (F5 DOC 108 @0.15 PER PG) | $16.20 |
| 01/27/2004 | DC | TriState | $15.00 |
| 01/27/2004 | DH | DHL | $19.14 |
| 01/27/2004 | DH | DHL | $10.03 |
| 01/27/2004 | DH | DHL | $15.50 |
| 01/27/2004 | FE | Federal Express [E108] | $32.50 |
| 01/27/2004 | RE | (F6 AGR 21 @0.15 PER PG) | $3.15 |
| 01/27/2004 | RE | (F6 AGR 96 @0.15 PER PG) | $14.40 |
| 01/27/2004 | RE | (F6 AGR 40 @0.15 PER PG) | $6.00 |
| 01/27/2004 | RE | (F6 AGR 18 @0.15 PER PG) | $2.70 |
| 01/27/2004 | RE | (F2 CORR 132 @0.15 PER PG) | $19.80 |
| 01/28/2004 | DC | Parcels | $107.50 |
| 01/28/2004 | DC | TriState | $15.00 |
| 01/28/2004 | PO | Postage | $1.80 |
| 01/28/2004 | RE | (F4 CORR 35 @0.15 PER PG) | $5.25 |
| 01/29/2004 | DC | TriState | $15.00 |
| 01/29/2004 | DC | TriState | $324.00 |
| 01/29/2004 | DC | TriState | $195.00 |
| 01/29/2004 | DC | TriState | $15.45 |
| 01/29/2004 | DH | DHL | $7.94 |
| 01/29/2004 | DH | DHL | $7.94 |
| 01/29/2004 | DH | DHL | $19.14 |
| 01/29/2004 | DH | DHL | $19.14 |

| | | | |
|---|---|---|---:|
| 01/29/2004 | DH | DHL | $11.45 |
| 01/29/2004 | PO | Postage | $1.00 |
| 01/29/2004 | PO | Postage | $127.80 |
| 01/29/2004 | PO | Postage | $115.54 |
| 01/29/2004 | PO | Postage | $0.83 |
| 01/29/2004 | PO | Postage | $106.00 |
| 01/29/2004 | RE | (F6 AGR 27 @0.15 PER PG) | $4.05 |
| 01/29/2004 | RE | (F6 AGR 15 @0.15 PER PG) | $2.25 |
| 01/29/2004 | RE | (F6 AGR 78 @0.15 PER PG) | $11.70 |
| 01/29/2004 | RE | (F4 AGR 1921 @0.15 PER PG) | $288.15 |
| 01/29/2004 | RE | (F2 CORR 717 @0.15 PER PG) | $107.55 |
| 01/29/2004 | RE | (F4 CORR 3586 @0.15 PER PG) | $537.90 |
| 01/30/2004 | DC | TriState | $15.00 |
| 01/30/2004 | DH | DHL | $19.14 |
| 01/30/2004 | DH | DHL | $10.67 |
| 01/30/2004 | DH | DHL | $16.72 |
| 01/30/2004 | DH | DHL | $22.58 |
| 01/30/2004 | PAC | 91100 - 00001 PACER charges for 20040130 | $76.09 |
| 01/30/2004 | PAC | 91100 - 00001 PACER charges for 20040130 | $0.07 |
| 01/30/2004 | RE | (F6 AGR 22 @0.15 PER PG) | $3.30 |
| 01/30/2004 | RE | (F5 CORR 97 @0.15 PER PG) | $14.55 |
| 01/30/2004 | RE | (F6 AGR 80 @0.15 PER PG) | $12.00 |
| 01/30/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 01/30/2004 | RE | (F4 AGR 202 @0.15 PER PG) | $30.30 |
| 01/30/2004 | RE | (F6 AGR 41 @0.15 PER PG) | $6.15 |
| 01/30/2004 | RE | (F7 DOC 42 @0.15 PER PG) | $6.30 |
| 01/30/2004 | RE | (F2 CORR 102 @0.15 PER PG) | $15.30 |
| 01/31/2004 | DC | TriState | $279.00 |
| 01/31/2004 | PO | Postage | $222.60 |

**Total Expenses:**                                     **$13,200.84**


## Summary:

| | |
|---|---:|
| Total professional services | $22,238.50 |
| Total expenses | $13,200.84 |
| Net current charges | $35,439.34 |
| Net balance forward | $31,919.09 |
| **Total balance now due** | **$67,358.43** |


### Billing Summary

| | | | | |
|---|---|---:|---:|---:|
| CAH | Hehn, Curtis A. | 0.10 | $320.00 | $32.00 |
| CMS | Shaeffer, Christina M. | 24.30 | $60.00 | $1,458.00 |
| DWC | Carickhoff, David W | 36.60 | $320.00 | $11,712.00 |
| LAG | Gilbert, Laurie A. | 0.80 | $145.00 | $116.00 |
| LDJ | Jones, Laura Davis | 0.40 | $595.00 | $238.00 |
| PEC | Cuniff, Patricia E. | 45.30 | $140.00 | $6,342.00 |

**Invoice number  60247**      91100    00001                          **Page  13**

| | | | | |
|---|---|---|---|---|
| RLW | Werkheiser, Rachel L. | 2.60 | $295.00 | $767.00 |
| RMO | Olivere, Rita M. | 0.20 | $75.00 | $15.00 |
| SEM | McFarland, Scotta E. | 0.20 | $425.00 | $85.00 |
| SLP | Pitman, L. Sheryle | 2.30 | $70.00 | $161.00 |
| WLR | Ramseyer, William L. | 3.50 | $375.00 | $1,312.50 |
| | | 116.30 | | $22,238.50 |

---

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CA | CASE ADMINISTRATION [B110] | 52.00 | $5,883.00 |
| CR02 | WRG CLAIM ANALYSIS NONASBESTOS | 9.50 | $2,122.00 |
| EA01 | WRG- EMPLOY. APP. , OTHERS | 1.30 | $264.50 |
| FA | WRG-FEE APPS., APPLICANT | 5.40 | $1,846.00 |
| FA01 | WRG-FEE APPLICATIONS, OTHERS | 9.70 | $1,643.50 |
| LN | LITIGATION (NON-BANKRUPTCY] | 35.20 | $9,678.50 |
| PD | PLAN & DISCLOSURE STMT. [B320] | 2.00 | $507.00 |
| ZA01 | WRG-ZAI SCIENCE TRIAL | 1.20 | $294.00 |
| | | 116.30 | $22,238.50 |

---

## Expense Code Summary

| | |
|---|---|
| Auto Travel Expense [E109] | $182.08 |
| Conference Call [E105] | $990.40 |
| Delivery/Courier Service | $2,121.63 |
| DHL- Worldwide Express | $704.01 |
| Federal Express [E108] | $581.87 |
| Fax Transmittal. [E104] | $742.00 |
| Fax Transmittal. [E104] | $702.00 |
| Outside Reproduction Expense | $338.58 |
| Pacer - Court Research | $658.70 |
| Postage [E108] | $870.17 |
| Reproduction Expense. [E101] | $5,309.40 |
| | $13,200.84 |