# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date:** April 26, 2004, 2004, at 4:00 p.m. |
| | | **Hearing Date:** Scheduled if Necessary (Negative Notice) |

## THIRTY-FIFTH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

Name of Applicant:   Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJ&W").

Authorized to Provide Professional Services to:  The above-captioned debtors and debtors-in-possession.

Date of Retention:  May 3, 2001.

Period for which Compensation and Reimbursement is Sought:  February 1, 2004 through February 29, 2004.

Amount of Compensation Sought as Actual, Reasonable and Necessary:  $20,551.50.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date 4.5.04
Docket # 5400

<u>Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary:</u> $13,096.88.

This is a:     <u>xx</u> monthly        _ interim        _ final application.

The total time expended for preparation of this fee application is approximately 2

hours and the corresponding compensation requested is approximately $800.00.[2]

Prior Applications Filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 04/02/01-04/30/01 | $62,472.75 | $23,277.13 | $62,472.75 | $23,277.13 |
| 08/09/01 | 05/01/01-05/31/01 | $29,929.00 | $15,670.64 | $29,929.00 | $15,670.64 |
| 09/07/01 | 06/01/01-06/30/01 | $30,195.50 | $37,763.45 | $30,195.50 | $37,763.45 |
| 09/11/01 | 07/01/01-07/31/01 | $17,040.50 | $20,323.76 | $17,040.50 | $20,323.76 |
| 10/31/01 | 08/01/01-08/31/01 | $ 9,407.50 | $20,486.61 | $ 9,407.50 | $20,486.61 |
| 11/13/01 | 09/01/01-09/30/01 | $13,158.00 | $10,035.46 | $13,158.00 | $10,035.46 |
| 11/27/01 | 10/01/01-10/31/01 | $13,420.75 | $ 8,922.92 | $13,420.75 | $ 8,922.92 |
| 01/22/02 | 11/01/01-11/30/01 | $39,991.50 | $22,398.11 | $39,991.50 | $22,398.11 |
| 01/30/02 | 12/01/01 – 12/31/01 | $35,017.00 | $13,575.07 | $35,017.00 | $13,575.07 |
| 04/02/02 | 01/01/02 – 01/31/02 | $48,356.50 | $38,671.08 | $48,356.50 | $38,671.08 |
| 05/30/02 | 02/02/02 – 02/28/02 | $46,611.50 | $25,627.01 | $46,611.50 | $25,627.01 |
| 06/06/02 | 03/01/02 – 03/31/02 | $44,145.00 | $29,280.21 | $44,145.00 | $29,280.21 |
| 06/28/02 | 04/01/02 – 04/30/02 | $49,562.00 | $25,475.46 | $49,562.00 | $25,475.46 |
| 07/12/02 | 05/01/02 – 05/31/02 | $42,495.50 | $21,543.54. | $42,495.50 | $21,543.54 |
| 08/13/02 | 06/01/02 – 06/30/02 | $32,819.00 | $29,869.61 | $32,819.00 | $29,869.61 |
| 10/01/02 | 07/01/02 – 07/31/02 | $22,630.00 | $17,187.01 | $22,630.00 | $17,187.01 |

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZYJ&W's subsequent fee applications.

| 10/30/02 | 08/01/02 – 08/31/02 | $34,536.00 | $45,540.43 | $34,536.00 | $45,540.43 |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 – 09/30/02 | $32,858.50 | $33,313.79 | $32,858.50 | $33,313.79 |
| 12/30/02 | 10/01/02 – 10/31/02 | $19,370.50 | $24,488.86 | $19,370.50 | $24,488.86 |
| 01/21/03 | 11/01/02 – 11/30/02 | $25,948.50 | $31,181.03 | $25,948.50 | $31,181.03 |
| 01/30/03 | 12/01/02 – 12/31/02 | $16,407.00 | $14,016.95 | $16,407.00 | $14,016.95 |
| 03/18/03 | 01/01/03 – 01/31/03 | $25,984.50 | $19,035.00 | $25,984.50 | $19,035.00 |
| 04/23/05 | 02/01/03 – 02/28/03 | $18,094.50 | $23,616.14 | $18,094.50 | $23,616.14 |
| 06/17/03 | 03/01/03 – 03/31/03 | $15,853.00 | $15,586.33 | $15,853.00 | $15,586.33 |
| 07/21/03 | 04/01/03 – 04/30/03 | $12,134.00 | $17,776.64 | $12,134.00 | $17,776.64 |
| 08/13/03 | 05/01/03 – 05/31/03 | $13,234.50 | $16,624.15 | $13,234.50 | $16,624.15 |
| 09/02/03 | 06/01/03 – 06/30/03 | $11,1137.00 | $14,033.07 | $11,137.00 | $14,033.07 |
| 09/29/03 | 07/01/03 – 07/31/03 | $18,546.50 | $18,663.30 | $18,546.50 | $18,663.30 |
| 10/24/03 | 08/01/03 – 08/31/03 | $20,376.00 | $43,075.91 | $20,376.00 | $43,075.91 |
| 10/30/03 | 09/01/03 – 09/30/03 | $24,433.50 | $19,744.93 | $24,433.50 | $19,744.93 |
| 12/03/03 | 10/01/03 – 10/31/03 | $22,988.00 | $30,531.15 | $22,988.00 | $30,531.15 |
| 12/29/03 | 11/01/03 – 11/30/03 | $20,729.50 | $33,211.18 | $20,729.50 | $33,211.18 |
| 01/26/04 | 12/01/03 – 12/31/03 | $22,073.00 | $19,772.62 | Pending | Pending |
| 03/24/04 | 01/01/04 – 01/31/04 | $22,238.50 | $13,200.84 | Pending | Pending |

-3-

| Name of Professional Individual | Position of the applicant, Number of years in that Position, Prior relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Shareholder 2000; Member of DE Bar since 1986 | $595.00 | .30 | $ 178.00 |
| Ira D. Kharasch | Shareholder 1987; Member of CA Bar since 1982 | $525.00 | .20 | $ 105.00 |
| Scotta E. McFarland | Of Counsel 2000; Member of DE Bar since 2002; Member of CA Bar since 1993 | $425.00 | .40 | $ 170.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $375.00 | 2.70 | $1,012.50 |
| David W. Carickhoff, Jr. | Associate 2000; Member of DE Bar since 1998 | $320.00 | 30.60 | $9,792.00 |
| Rachel Lowry Werkheiser | Associate 2000; Member of DE Bar since 1998 | $295.00 | .20 | $ 59.00 |
| Laurie A. Gilbert | Paralegal since 2001 | $145.00 | .40 | $ 145.00 |
| Patricia E. Cuniff | Paralegal since 1998 | $140.00 | 50.70 | $7,098.00 |
| Rita M. Olivere | Case Management Assistant 2000 | $ 75.00 | 1.10 | $ 82.50 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $ 70.00 | 20.20 | $ 1,414.00 |
| Christina M. Shaeffer | Case Management Assistant 2001 | $ 60.00 | 9.70 | $ 582.00 |

Total Fees:     $20,551.50
Total Hours:        116.50
Blended Rate: $     176.41

---

[3] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

| | | |
|---|---|---|
| Asset Disposition | .50 | $ 70.00 |
| Case Administration | 56.20 | $5,678.50 |
| Claim Analysis Nonasbestos | 3.60 | $ 846.00 |
| WRG-Fee Applications, Applicant | 8.90 | $2,840.00 |
| WRG-Fee Applications, Others | 22.40 | $3,928.00 |
| Litigation (Non-Bankruptcy) | 24.50 | $7,061.00 |
| Plan & Disclosure Statement | .40 | $ 128.00 |

## EXPENSE SUMMARY

| | | |
|---|---|---|
| Facsimile ($1.00/page) | | $1,074.00 |
| Reproduction ($.15 per page) | | $7,308.23 |
| Express Mail | Federal Express | $614.19 |
| Delivery/Courier Service | Parcels | $3,098.27 |
| Postage | | $1,002.19 |

Dated: _____ 4/5 _____, 2004

PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

---

[4] PSZYJ&W may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

DOCS_DE-91434.1

## VERIFICATION

STATE OF DELAWARE    :
                       :

COUNTY OF NEW CASTLE  :

David W. Carickhoff, Jr., after being duly sworn according to law, deposes and says:

a)      I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., and have been admitted to appear before this Court.

b)     I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZYJ&W.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

David W. Carickhoff, Jr

SWORN AND SUBSCRIBED
before me this 5th day of _April_, 2004.

Notary Public
My Commission Expires:  3-11-2006

**TIMOTHY M. O'BRIEN**
**Notary Public – Delaware**
**My Comm. Expires Mar. 11, 2006**

-1-

DOCS_DE:91434.1

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: April 26, 2004 at 4:00 p.m.
Hearing Date: to be scheduled if necessary

**FEE DETAIL FOR PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.'S MONTHLY FEE APPLICATION FOR
THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:47806.1
04/05/04 6:25 PM

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100  Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

February 29, 2004

Invoice Number    **60373**    **91100   00001**    **SEM**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

Balance forward as of last invoice, dated:   January 31, 2004                    $67,358.43

Net balance forward                                                              $67,358.43

Re:   W.R. Grace and Co.

Statement of Professional Services Rendered Through        **02/29/2004**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **ASSET DISPOSITION [B130]** | | | | |
| 02/05/04 | PEC | Prepare Debtor's Tenth Quarterly Report of Asset Sales for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| | **Task Code Total** | | **0.50** | | **$70.00** |
| | **CASE ADMINISTRATION [B110]** | | | | |
| 02/02/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/02/04 | PEC | Update critical dates memo | 1.20 | 140.00 | $168.00 |
| 02/03/04 | SLP | Maintain document control. | 4.00 | 70.00 | $280.00 |
| 02/03/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 140.00 | $56.00 |
| 02/03/04 | PEC | Update critical dates memo | 1.50 | 140.00 | $210.00 |
| 02/04/04 | SLP | Maintain document control. | 3.00 | 70.00 | $210.00 |
| 02/04/04 | CMS | Prepare Hearing Notebook. | 2.10 | 60.00 | $126.00 |
| 02/04/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/04/04 | PEC | Update critical dates memo | 1.10 | 140.00 | $154.00 |
| 02/04/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 02/05/04 | SLP | Maintain document control. | 3.30 | 70.00 | $231.00 |
| 02/05/04 | CMS | Prepare Hearing Notebook. | 6.90 | 60.00 | $414.00 |
| 02/05/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 02/05/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/05/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 02/05/04 | DWC | Review December 2003 MOR. | 0.40 | 320.00 | $128.00 |
| 02/05/04 | PEC | Prepare December Monthly Operating Report for filing and service | 0.30 | 140.00 | $42.00 |
| 02/06/04 | SLP | Maintain document control. | 4.00 | 70.00 | $280.00 |

**Invoice number  60373      91100   00001**                                    **Page  2**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 02/06/04 | CMS | Prepare Hearing Notebook. | 0.70 | 60.00 | $42.00 |
| 06/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/06/04 | PEC | Update critical dates memo | 0.20 | 140.00 | $28.00 |
| 02/09/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 02/09/04 | RMO | Maintain document control. | 0.10 | 75.00 | $7.50 |
| 02/09/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/09/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 02/09/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 02/09/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/10/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 02/10/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/10/04 | PEC | Update critical dates memo | 0.60 | 140.00 | $84.00 |
| 02/10/04 | PEC | Review docket for updates | 0.10 | 140.00 | $14.00 |
| 02/11/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 02/11/04 | PEC | Update critical dates memo | 1.10 | 140.00 | $154.00 |
| 02/12/04 | SLP | Maintain document control. | 2.30 | 70.00 | $161.00 |
| 02/12/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/12/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 02/13/04 | SLP | Maintain document control. | 2.00 | 70.00 | $140.00 |
| 02/13/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 02/13/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/13/04 | PEC | Review and revise Notice of Agenda for 2/23/04 Hearing | 0.80 | 140.00 | $112.00 |
| 13/04 | PEC | File and serve Notice of Agenda for 2/23 hearing | 0.60 | 140.00 | $84.00 |
| 02/13/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 02/13/04 | PEC | Update critical dates memo | 0.60 | 140.00 | $84.00 |
| 02/18/04 | SLP | Maintain document control. | 1.30 | 70.00 | $91.00 |
| 02/18/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/18/04 | PEC | Update critical dates memo | 1.20 | 140.00 | $168.00 |
| 02/19/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/19/04 | PEC | Update critical dates memo | 0.50 | 140.00 | $70.00 |
| 02/19/04 | PEC | Return calls to various creditors regarding case status | 0.60 | 140.00 | $84.00 |
| 02/20/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 140.00 | $56.00 |
| 02/20/04 | PEC | Update critical dates memo | 1.10 | 140.00 | $154.00 |
| 02/24/04 | SLP | Maintain document control. | 0.30 | 70.00 | $21.00 |
| 02/24/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/24/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 02/24/04 | PEC | Update critical dates memo | 2.00 | 140.00 | $280.00 |
| 02/24/04 | PEC | Return call to various creditors regarding case status | 0.60 | 140.00 | $84.00 |
| 02/24/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 02/25/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 02/25/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 02/26/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 26/04 | PEC | Update critical dates memo | 0.60 | 140.00 | $84.00 |
| 02/26/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 02/27/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 02/27/04 | PEC | Update critical dates memo | 0.30 | 140.00 | $42.00 |
| 02/27/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |

| | | Task Code Total | 56.20 | | $5,678.50 |
|---|---|---|---|---|---|

### WRG CLAIM ANALYSIS NONASBESTOS

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/04/04 | PEC | Return calls to various creditors regarding case status | 0.80 | 140.00 | $112.00 |
| 02/06/04 | DWC | Review Burrell Johnson letter. | 0.20 | 320.00 | $64.00 |
| 02/10/04 | PEC | Return calls to various creditors regarding case status | 0.40 | 140.00 | $56.00 |
| 02/26/04 | DWC | Telephone call with J. Kapp regarding Wesconn discovery. | 0.20 | 320.00 | $64.00 |
| 02/26/04 | DWC | Revise order regarding Pipeline claim objection and draft certification of counsel regarding same. | 0.80 | 320.00 | $256.00 |
| 02/27/04 | PEC | Prepare Certification of Counsel re: Debtor's First Omnibus Objection to Claims for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 02/27/04 | DWC | Review Royal's filed certification of counsel and draft order regarding leave to file late claim. | 0.30 | 320.00 | $96.00 |
| 02/29/04 | DWC | Review Wesconn discovery requests in conjunction with their proof of claim. | 0.40 | 320.00 | $128.00 |

| | | Task Code Total | 3.60 | | $846.00 |
|---|---|---|---|---|---|

### WRG-FEE APPS., APPLICANT

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/04 | WLR | Review and revise 11th quarterly (October 1, 2003 to December 31, 2003) fee application. | 0.30 | 375.00 | $112.50 |
| 02/03/04 | WLR | Correspondence to MaryRitchie Johnson regarding 11th quarterly (October 1, 2003 to December 31, 2003). | 0.20 | 375.00 | $75.00 |
| 03/04 | WLR | Update fee application status. | 0.10 | 375.00 | $37.50 |
| 02/03/04 | LAG | Email and telephone conferences regarding issues and timing of fee application | 0.20 | 145.00 | $29.00 |
| 02/03/04 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 145.00 | $29.00 |
| 02/03/04 | SEM | Consider issues regarding payment of PSZYJW fees. | 0.30 | 425.00 | $127.50 |
| 02/03/04 | LDJ | Review and finalize eleventh quarterly fee app | 0.30 | 595.00 | $178.50 |
| 02/04/04 | DWC | Review fee auditor final report on PSZYJW's fees. | 0.10 | 320.00 | $32.00 |
| 02/04/04 | DWC | Review and revise PSZYJW 11th Quarterly fee application. | 0.80 | 320.00 | $256.00 |
| 02/04/04 | IDK | Emails to MaryRitchie Johnson and Brad R. Godshall regarding 11th Quarterly draft and timing. | 0.20 | 525.00 | $105.00 |
| 02/06/04 | DWC | Prepare chart of fee categories for PSZYJW for 10th quarter. | 2.00 | 320.00 | $640.00 |
| 02/10/04 | WLR | Correspondence to Liliana Gardiazabal regarding January 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 02/12/04 | WLR | Review correspondence from Liliana Gardiazabal regarding January 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 02/13/04 | PEC | Prepare service list for 2/23 Monthly Fee Application and draft Certificate of Service | 0.60 | 140.00 | $84.00 |
| 02/18/04 | PEC | Draft Certificate of No Objection Regarding Pachulski, Stang, Ziehl, Young, Jones & Weintraub December Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 02/19/04 | SEM | Email exchange with Ira D. Kharasch and P. Cuniff regarding CNO for December fees. | 0.10 | 425.00 | $42.50 |
| 20/04 | WLR | Prepare January 2004 fee application. | 0.40 | 375.00 | $150.00 |
| 20/04 | WLR | Correspondence to Liliana Gardiazabal regarding January 2004 fee application. | 0.20 | 375.00 | $75.00 |
| 02/20/04 | WLR | Correspondence to Liliana Gardiazabal regarding January 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 02/22/04 | WLR | Review correspondence from Misty Lyles regarding | 0.10 | 375.00 | $37.50 |

|  |  | January 2004 fee application. |  |  |  |
|---|---|---|---|---|---|
| 14/04 | WLR | Review January 2004 fee application. | 0.20 | 375.00 | $75.00 |
| 02/24/04 | WLR | Correspondence to Liliana Gardiazabal regarding January 2004 fee application. | 0.20 | 375.00 | $75.00 |
| 02/24/04 | WLR | Review correspondence from Liliana Gardiazabal regarding January 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 02/24/04 | WLR | Review and revise January 2004 fee application. | 0.20 | 375.00 | $75.00 |
| 02/24/04 | WLR | Correspondence to MaryRitchie Johnson regarding January 2004 fee application. | 0.20 | 375.00 | $75.00 |
| 02/24/04 | WLR | Update fee application status memo. | 0.10 | 375.00 | $37.50 |
| 02/24/04 | WLR | Review January 2004 fee application. | 0.10 | 375.00 | $37.50 |
| 02/27/04 | DWC | Review fee auditor charts regarding fee requests and categories and email to S. Bossay regarding same. | 0.60 | 320.00 | $192.00 |

|  | **Task Code Total** | **8.90** | | **$2,840.00** |
|---|---|---|---|---|

**WRG-FEE APPLICATIONS, OTHERS**

| 02/02/04 | PEC | Prepare Kirkland & Ellis December Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
|---|---|---|---|---|---|
| 02/03/04 | PEC | Draft Certificate of No Objection regarding Woodcock Washburn October Monthly Fee Application and Certificate of Service (.5); Prepare for filing and service (.2) | 0.70 | 140.00 | $98.00 |
| 02/03/04 | DWC | Review and execute CNOs for Kirkland & Ellis November fees in Fresinius; Casner & Edwards October fees; Woodcock's October fees; Kirkland's November fees; PSZYJW's November fees; Carella Byrne's November fees; Pitney Hardin's November fees; Wallace King's October fees. | 0.80 | 320.00 | $256.00 |
| 02/05/04 | PEC | Draft Notice of Steptoe and Johnson Quarterly Fee Application for the Period of 7/1/03 through 9/30/03 and draft Certificate of Service (.5); Prepare for filing and service (.4) | 0.90 | 140.00 | $126.00 |
| 02/05/04 | PEC | Prepare Steptoe and Johnson Quarterly Fee Application for the period of 7/1/03 through 9/30/03 for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 140.00 | $56.00 |
| 02/11/04 | PEC | Prepare Woodcock and Washburn December Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 02/11/04 | PEC | Prepare Wallace King December Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 02/11/04 | PEC | Prepare Casner & Edwards December Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 02/11/04 | PEC | Prepare Carella Byrne January Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 02/18/04 | PEC | Draft Certificate of No Objection Regarding Carella Byrne December Monthly Fee application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 02/20/04 | PEC | Prepare Deloitte and Touche April Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 02/20/04 | PEC | Prepare Deloitte and Touche May Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 02/20/04 | PEC | Prepare Deloitte and Touche June Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 02/20/04 | PEC | Prepare Pitney and Hardin June Monthly Fee Application | 0.50 | 140.00 | $70.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | for filing and service (.4); Draft Affidavit of Service (.1) | | | |
| 20/04 | PEC | Draft Notice of First Quarterly Fee Application of Protiviti, Inc. for the Period of July 1 through September 30 (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 02/20/04 | PEC | Prepare Protiviti Inc.'s First Quarterly Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 140.00 | $84.00 |
| 02/20/04 | DWC | Review Protiviti 1st quarterly fee application. | 0.20 | 320.00 | $64.00 |
| 02/22/04 | DWC | Address W. Sparks' question regarding ZAI litigation and budget. | 0.50 | 320.00 | $160.00 |
| 02/25/04 | PEC | Draft Notice of K&E Eleventh Quarterly Fee App and Certificates of Service (.6); Prepare Quarterly Fee App for filing and service (.4) | 1.00 | 140.00 | $140.00 |
| 02/25/04 | PEC | Draft Notice of Pitney Hardin Eleventh Quarterly Fee App and Certificates of Service (.6); Prepare Quarterly Fee App for filing and service (.4) | 1.00 | 140.00 | $140.00 |
| 02/25/04 | PEC | Draft notice of BMC Tenth Quarterly Fee App and Certificates of Service (.6); Prepare Quarterly Fee App for filing and service (.4) | 1.00 | 140.00 | $140.00 |
| 02/25/04 | PEC | Draft Notice of Nelson Mullins Tenth Quarterly Fee App and Certificates of Service (.6); Prepare Quarterly Fee App for filing and service (.4) | 1.00 | 140.00 | $140.00 |
| 02/25/04 | DWC | Review quarterly fee applications of Nelson Mullins; BMC; Pitney Hardin; Kirkland & Ellis. | 0.90 | 320.00 | $288.00 |
| 02/26/04 | DWC | Review CNOs for Kirkland & Ellis's fee application in Frresinius matter; Kirkland & Ellis' December fee application; Protiviti 1st-6th fee applications. | 0.80 | 320.00 | $256.00 |
| 02/26/04 | DWC | Review creditor committee motion to retain Capstone as financial advisors. | 0.40 | 320.00 | $128.00 |
| 27/04 | PEC | Draft CNO re: Protiviti's November Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 02/27/04 | PEC | Draft CNO re: Protiviti's December Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 02/27/04 | PEC | Draft CNO re: Kirkland and Ellis December Fee App and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 02/27/04 | PEC | Draft CNO re: Protiviti July Fee App and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 02/27/04 | PEC | Draft CNO re: Protiviti's August Monthly Fee App and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 02/27/04 | PEC | Draft CNO re: Protiviti's September Monthly Fee App and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 02/27/04 | PEC | Draft CNO re: Protiviti's October Monthly Fee App and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 02/27/04 | DWC | Review 11th quarterly fee applications of Carella Byrne; Casner & Edwards; Woodcock Washburn; and Wallace King. | 0.80 | 320.00 | $256.00 |

| | | | | |
|---|---|---|---|---|
| **Task Code Total** | | | 22.40 | $3,928.00 |

## LITIGATION (NON-BANKRUPTCY]

| | | | | | |
|---|---|---|---|---|---|
| 02/02/04 | DWC | Review Judge Wolin opinion on recusal motion and order re: same and e-mails re: same | 1.40 | 320.00 | $448.00 |
| 02/03/04 | DWC | Review and revise notices of 4th Quarter 2003 sales of de minimis assets and settlement of litigation. | 0.40 | 320.00 | $128.00 |

**Invoice number  60373      91100   00001**                                    **Page  6**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/03/04 | DWC | Review motion to extend time to remove actions. | 0.50 | 320.00 | $160.00 |
| 02/03/04 | DWC | Review memo regarding recent filings date 1/30/04. | 0.20 | 320.00 | $64.00 |
| 02/04/04 | DWC | Review motion to dismiss Gerard appeal. | 0.20 | 320.00 | $64.00 |
| 02/04/04 | DWC | Review and revise draft agenda for 2/23 hearing. | 0.50 | 320.00 | $160.00 |
| 02/04/04 | DWC | Review 3rd Circuit briefing schedule order regarding recusal and email co-counsel regarding same. | 0.30 | 320.00 | $96.00 |
| 02/05/04 | PEC | Prepare Notice of Debtor's Tenth Quarterly Report of Settlements for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 02/06/04 | DWC | Review and revise reply regarding National Union summary judgment motion. | 0.50 | 320.00 | $160.00 |
| 02/06/04 | DWC | Review Maryland Casualty joinder to Gerard contempt motion. | 0.20 | 320.00 | $64.00 |
| 02/06/04 | DWC | Review Libby Claimants response to Gerard contempt motion. | 0.20 | 320.00 | $64.00 |
| 02/09/04 | RLW | Telephone call from Tiffany Wood re: third circuit filing on 1/28 (.1); conference with Patti Cuniff re: same (.1) | 0.20 | 295.00 | $59.00 |
| 02/11/04 | DWC | Email to W. Sparks regarding motion to restructure foreign subsidiaries. | 0.20 | 320.00 | $64.00 |
| 02/11/04 | DWC | Review and revise reply to Gerard opposition to contempt motion and call with J. Kapp regarding same. | 1.20 | 320.00 | $384.00 |
| 02/11/04 | PEC | Prepare Debtor's Response to the Opposition of Counsel to Debtor's Motion Requesting an Order Finding Parties in Contempt of Court for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 140.00 | $56.00 |
| 02/12/04 | DWC | Review and execute Caterpillar stipulation and emails regarding same. | 0.50 | 320.00 | $160.00 |
| 02/12/04 | DWC | Finalize agenda. | 0.50 | 320.00 | $160.00 |
| 02/12/04 | PEC | Revise and review 2/23 Notice of Agenda | 0.80 | 140.00 | $112.00 |
| 02/13/04 | DWC | Finalize agenda and execute same. | 0.20 | 320.00 | $64.00 |
| 02/18/04 | DWC | Review National Union sur-reply regarding limit to offset payments. | 0.30 | 320.00 | $96.00 |
| 02/18/04 | DWC | Address request for telephonic participation. | 0.20 | 320.00 | $64.00 |
| 02/19/04 | DWC | Address preparation of amended agenda, review same; respond to emails regarding same. | 0.50 | 320.00 | $160.00 |
| 02/19/04 | DWC | Emails with J. Baer regarding Montana Vermiculite litigation and preliminary injunction. | 0.20 | 320.00 | $64.00 |
| 02/19/04 | DWC | Emails with J. Baer and P. Zilly regarding District Court notices. | 0.20 | 320.00 | $64.00 |
| 02/19/04 | PEC | Draft Amended Agenda regarding 2/23 Omnibus Objection and Certificate of Service | 0.80 | 140.00 | $112.00 |
| 02/19/04 | PEC | File and serve Amended Notice of Agenda for 2/23 hearing | 0.50 | 140.00 | $70.00 |
| 02/19/04 | PEC | Review Supplements for 2/23 hearing binders to be sent to Chambers | 0.40 | 140.00 | $56.00 |
| 02/23/04 | DWC | Review notice regarding Montana Vermiculite status update. | 0.20 | 320.00 | $64.00 |
| 02/23/04 | DWC | Prepare for hearing and attend hearing. | 5.50 | 320.00 | $1,760.00 |
| 02/23/04 | DWC | Confer with J. Kapp and W. Sparks regarding results of hearing. | 0.80 | 320.00 | $256.00 |
| 02/24/04 | DWC | Draft memo regarding 2/23/04 hearing and strategies going forward. | 1.20 | 320.00 | $384.00 |
| 02/24/04 | DWC | Review notes from hearing regarding contempt motion and draft order regarding same and emails with J. Kapp regarding same. | 0.80 | 320.00 | $256.00 |
| 02/24/04 | DWC | Review emails regarding National Union summary judgment oral argument and email J. Baer regarding same. | 0.30 | 320.00 | $96.00 |
| 02/25/04 | DWC | Email to court regarding rescheduling oral argument on National Union summary judgment. | 0.20 | 320.00 | $64.00 |
| 02/25/04 | DWC | Review and respond to W. Sparks email regarding non-asbestos litigation. | 0.20 | 320.00 | $64.00 |
| 02/25/04 | DWC | Review J. Kapp revisions to contempt order and revise | 0.80 | 320.00 | $256.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | same and emails regarding same. |  |  |  |
| /26/04 | DWC | Finalize contempt order and email regarding same. | 0.40 | 320.00 | $128.00 |
| 02/26/04 | DWC | Telephone call with E. Wolff regarding Gerard appeal and address service issues. | 0.40 | 320.00 | $128.00 |
| 02/26/04 | DWC | Email P. Cuniff regarding hearing on National Union summary judgment motions. | 0.30 | 320.00 | $96.00 |
| 02/26/04 | DWC | Review CNO for removal motion. | 0.10 | 320.00 | $32.00 |
| 02/27/04 | DWC | Review email from D. Cohn regarding response to draft order and J. Wissler response to draft order regarding Gerard contempt. | 0.20 | 320.00 | $64.00 |
| 02/27/04 | DWC | Review and respond to T. Walsh email regarding Smoker issues. | 0.20 | 320.00 | $64.00 |
| 02/27/04 | PEC | Draft CNO regarding Debtor's Motion to Extend Period to Remove Actions and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |

|  |  |  |  |
|---|---|---|---|
| **Task Code Total** | | **24.50** | **$7,061.00** |

**PLAN & DISCLOSURE STMT. [B320]**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 02/04/04 | DWC | Review motion to extend exclusive period. | 0.40 | 320.00 | $128.00 |

|  |  |  |  |
|---|---|---|---|
| **Task Code Total** | | **0.40** | **$128.00** |

|  |  |  |
|---|---|---|
| **Total professional services:** | **116.50** | **$20,551.50** |

***Costs Advanced:***

| | | | |
|---|---|---|---|
| 02/02/2004 | DC | TriState | $63.00 |
| 02/02/2004 | DC | TriState | $15.00 |
| 02/02/2004 | DC | TriState | $20.60 |
| 02/02/2004 | PO | Postage | $9.13 |
| 02/02/2004 | RE | (F6 AGR 70 @0.15 PER PG) | $10.50 |
| 02/02/2004 | RE | (F6 AGR 18 @0.15 PER PG) | $2.70 |
| 02/02/2004 | RE | (F6 AGR 69 @0.15 PER PG) | $10.35 |
| 02/02/2004 | RE | (F4 AGR 2447 @0.15 PER PG) | $367.05 |
| 02/02/2004 | RE | (F4 CORR 324 @0.15 PER PG) | $48.60 |
| 02/02/2004 | RE | (F4 CORR 120 @0.15 PER PG) | $18.00 |
| 02/02/2004 | RE | (F2 AGR 186 @0.15 PER PG) | $27.90 |
| 02/02/2004 | RE | (F0 C 157 @0.15 PER PG) | $23.55 |
| 02/02/2004 | RE | Reproduction Expense. [E101] | $2.78 |
| 02/02/2004 | RE | Reproduction Expense. [E101] | $2.85 |
| 02/03/2004 | DC | TriState | $54.00 |
| 02/03/2004 | DC | TriState | $15.00 |
| 02/03/2004 | DH | DHL | $18.01 |
| 02/03/2004 | DH | DHL | $11.11 |
| 02/03/2004 | DH | DHL | $18.01 |
| 02/03/2004 | FE | Federal Express [E108] | $63.07 |
| 02/03/2004 | PO | Postage | $9.90 |
| 02/03/2004 | PO | Postage | $13.78 |
| 02/03/2004 | RE | (F8 FEE 7 @0.15 PER PG) | $1.05 |
| 02/03/2004 | RE | (F3 EQU 238 @0.15 PER PG) | $35.70 |
| 02/03/2004 | RE | (F5 CORR 126 @0.15 PER PG) | $18.90 |
| 02/03/2004 | RE | (F7 DOC 84 @0.15 PER PG) | $12.60 |
| 02/04/2004 | DC | TriState | $324.00 |
| 02/04/2004 | DC | TriState | $23.18 |
| 02/04/2004 | DC | TriState | $15.00 |
| 02/04/2004 | PO | Postage | $46.20 |
| 02/04/2004 | PO | Postage | $126.60 |
| 02/04/2004 | RE | (F5 CORR 51 @0.15 PER PG) | $7.65 |

| | | | |
|---|---|---|---|
| ~~\/04/2004 | RE | (F5 CORR 1407 @0.15 PER PG) | $211.05 |
| ~~2/04/2004 | RE | (F7 DOC 121 @0.15 PER PG) | $18.15 |
| 02/04/2004 | RE | (F6 DOC 25 @0.15 PER PG) | $3.75 |
| 02/04/2004 | RE | (F5 CORR 105 @0.15 PER PG) | $15.75 |
| 02/04/2004 | RE | (F7 DOC 92 @0.15 PER PG) | $13.80 |
| 02/04/2004 | RE | (F3 EQU 362 @0.15 PER PG) | $54.30 |
| 02/04/2004 | RE | (F3 EQU 33 @0.15 PER PG) | $4.95 |
| 02/04/2004 | RE | (F3 EQU 27 @0.15 PER PG) | $4.05 |
| 02/04/2004 | RE | (F3 EQU 902 @0.15 PER PG) | $135.30 |
| 02/04/2004 | RE | (F0 EQU 3037 @0.15 PER PG) | $455.55 |
| 02/04/2004 | RE | (F0 EQU 1 @0.15 PER PG) | $0.15 |
| 02/05/2004 | DC | Parcels | $7.50 |
| 02/05/2004 | DC | TriState | $45.00 |
| 02/05/2004 | DC | TriState | $23.18 |
| 02/05/2004 | DC | TriState | $270.00 |
| 02/05/2004 | DC | TriState | $15.00 |
| 02/05/2004 | DC | TriState | $20.60 |
| 02/05/2004 | DC | Parcels | $88.80 |
| 02/05/2004 | DH | DHL | $18.01 |
| 02/05/2004 | DH | DHL | $14.35 |
| 02/05/2004 | DH | DHL | $9.56 |
| 02/05/2004 | PO | Postage | $174.30 |
| 02/05/2004 | RE | (F3 EQU 2530 @0.15 PER PG) | $379.50 |
| 02/05/2004 | RE | (F0 EQU 2541 @0.15 PER PG) | $381.15 |
| 02/05/2004 | RE | (F0 EQU 77 @0.15 PER PG) | $11.55 |
| 02/05/2004 | RE | (F5 CORR 19 @0.15 PER PG) | $2.85 |
| 02/05/2004 | RE | (F5 CORR 3 @0.15 PER PG) | $0.45 |
| ~~\/05/2004 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| ~~2/05/2004 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 02/05/2004 | RE | (G7 CORR 1527 @0.15 PER PG) | $229.05 |
| 02/05/2004 | RE | (F5 CORR 81 @0.15 PER PG) | $12.15 |
| 02/05/2004 | RE | (F6 AGR 4 @0.15 PER PG) | $0.60 |
| 02/05/2004 | RE | (F6 AGR 6 @0.15 PER PG) | $0.90 |
| 02/05/2004 | RE | (F6 AGR 27 @0.15 PER PG) | $4.05 |
| 02/05/2004 | RE | (F7 DOC 103 @0.15 PER PG) | $15.45 |
| 02/06/2004 | DC | TriState | $20.60 |
| 02/06/2004 | DC | TriState | $72.00 |
| 02/06/2004 | DC | TriState | $15.00 |
| 02/06/2004 | DH | DHL | $11.91 |
| 02/06/2004 | DH | DHL | $19.23 |
| 02/06/2004 | DH | DHL | $10.08 |
| 02/06/2004 | PO | Postage | $3.00 |
| 02/06/2004 | RE | (G8 CORR 388 @0.15 PER PG) | $58.20 |
| 02/06/2004 | RE | (G8 CORR 1706 @0.15 PER PG) | $255.90 |
| 02/06/2004 | RE | (F5 CORR 102 @0.15 PER PG) | $15.30 |
| 02/06/2004 | RE | (F6 AGR 9 @0.15 PER PG) | $1.35 |
| 02/06/2004 | RE | (F6 AGR 18 @0.15 PER PG) | $2.70 |
| 02/06/2004 | RE | (F0 CORR 36 @0.15 PER PG) | $5.40 |
| 02/06/2004 | RE | (F0 CORR 6 @0.15 PER PG) | $0.90 |
| 02/07/2004 | DC | TriState | $18.00 |
| 02/09/2004 | DH | DHL | $15.57 |
| 02/09/2004 | DH | DHL | $10.72 |
| 02/09/2004 | DH | DHL | $22.68 |
| 02/09/2004 | DH | DHL | $16.80 |
| 02/10/2004 | DH | DHL | $7.98 |
| 02/10/2004 | DH | DHL | $14.35 |
| 02/10/2004 | DH | DHL | $9.56 |
| 02/10/2004 | DH | DHL | $16.80 |
| 02/11/2004 | DC | TriState | $108.00 |
| 02/11/2004 | DC | TriState | $15.00 |

**Invoice number  60373**        91100  00001                                **Page  9**

| | | | |
|---|---|---|---|
| 02/11/2004 | PO | Postage | $9.13 |
| 02/11/2004 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 02/11/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 02/11/2004 | RE | (F6 AGR 204 @0.15 PER PG) | $30.60 |
| 02/11/2004 | RE | (F6 AGR 20 @0.15 PER PG) | $3.00 |
| 02/11/2004 | RE | (F4 AGR 38 @0.15 PER PG) | $5.70 |
| 02/11/2004 | RE | (F7 DOC 17 @0.15 PER PG) | $2.55 |
| 02/11/2004 | RE | (F7 DOC 18 @0.15 PER PG) | $2.70 |
| 02/11/2004 | RE | (F2 CORR 259 @0.15 PER PG) | $38.85 |
| 02/11/2004 | RE | (F2 AGR 364 @0.15 PER PG) | $54.60 |
| 02/11/2004 | RE | (F2 AGR 1 @0.15 PER PG) | $0.15 |
| 02/12/2004 | DH | DHL | $7.98 |
| 02/12/2004 | DH | DHL | $11.91 |
| 02/12/2004 | DH | DHL | $7.98 |
| 02/12/2004 | DH | DHL | $7.98 |
| 02/12/2004 | DH | DHL | $7.13 |
| 02/12/2004 | RE | (F7 DOC 6 @0.15 PER PG) | $0.90 |
| 02/12/2004 | RE | (F7 AGR 1 @0.15 PER PG) | $0.15 |
| 02/12/2004 | RE | (F3 EQU 267 @0.15 PER PG) | $40.05 |
| 02/12/2004 | RE | (F3 EQU 857 @0.15 PER PG) | $128.55 |
| 02/12/2004 | RE | Reproduction Expense. [E101] | $6.00 |
| 02/13/2004 | DC | Parcels | $12.50 |
| 02/13/2004 | DH | DHL | $9.56 |
| 02/13/2004 | DH | DHL | $16.80 |
| 02/13/2004 | DH | DHL | $14.35 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/13/2004 | PO | Postage | $1.20 |
| 02/13/2004 | RE | (F5 AGR 7 @0.15 PER PG) | $1.05 |
| 02/13/2004 | RE | (F5 CORR 60 @0.15 PER PG) | $9.00 |
| 02/13/2004 | RE | (F5 AGR 52 @0.15 PER PG) | $7.80 |
| 02/13/2004 | RE | (F5 CORR 42 @0.15 PER PG) | $6.30 |
| 02/14/2004 | RE | (G7 CORR 1329 @0.15 PER PG) | $199.35 |
| 02/17/2004 | FE | Federal Express [E108] | $100.18 |
| 02/18/2004 | DC | TriState | $18.00 |
| 02/18/2004 | DC | TriState | $45.00 |
| 02/18/2004 | DC | TriState | $15.00 |

| | | | |
|---|---|---|---|
| ⌐2/18/2004 | DH | DHL | $9.56 |
| 2/18/2004 | DH | DHL | $14.35 |
| 02/18/2004 | DH | DHL | $18.01 |
| 02/18/2004 | PO | Postage | $1.52 |
| 02/18/2004 | PO | Postage | $4.80 |
| 02/18/2004 | RE | (G7 CORR 369 @0.15 PER PG) | $55.35 |
| 02/18/2004 | RE | (F6 AGR 11 @0.15 PER PG) | $1.65 |
| 02/18/2004 | RE | (G7 CORR 1297 @0.15 PER PG) | $194.55 |
| 02/18/2004 | RE | (F7 CORR 114 @0.15 PER PG) | $17.10 |
| 02/18/2004 | RE | (F4 AGR 58 @0.15 PER PG) | $8.70 |
| 02/19/2004 | DC | Parcels | $7.50 |
| 02/19/2004 | DH | DHL | $7.98 |
| 02/19/2004 | DH | DHL | $25.07 |
| 02/19/2004 | DH | DHL | $11.11 |
| 02/19/2004 | DH | DHL | $18.01 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| ⌐2/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 2/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| ⌐2/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 2/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 12124 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |

**Invoice number  60373**      91100    00001                                      **Page   11**

| | | | |
|---|---|---|---:|
| 2/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/19/2004 | RE | (G8 CORR 57 @0.15 PER PG) | $8.55 |
| 02/19/2004 | RE | (F6 AGR 52 @0.15 PER PG) | $7.80 |
| 02/19/2004 | RE | (F5 CORR 96 @0.15 PER PG) | $14.40 |
| 02/19/2004 | RE | (F6 AGR 12 @0.15 PER PG) | $1.80 |
| 02/19/2004 | RE | (F2 CORR 912 @0.15 PER PG) | $136.80 |
| 02/19/2004 | RE | (F2 CORR 677 @0.15 PER PG) | $101.55 |
| 02/20/2004 | DC | TriState | $63.00 |
| 02/20/2004 | DC | TriState | $279.00 |
| 02/20/2004 | DC | TriState | $15.00 |
| 02/20/2004 | FX | (G3 AGR 13 @1.00 PER PG) | $13.00 |
| 02/20/2004 | FX | (G3 AGR 13 @1.00 PER PG) | $13.00 |
| 02/20/2004 | FX | Fax Transmittal. [E104] | $8.00 |
| 02/20/2004 | RE | Reproduction Expense. [E101] | $1.20 |
| 02/20/2004 | RE | (G7 CORR 21 @0.15 PER PG) | $3.15 |
| 02/20/2004 | RE | (G7 CORR 247 @0.15 PER PG) | $37.05 |
| 02/20/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 02/20/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 02/20/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 02/20/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 02/20/2004 | RE | (F5 DOC 192 @0.15 PER PG) | $28.80 |
| 02/20/2004 | RE | (F7 DOC 111 @0.15 PER PG) | $16.65 |
| 02/20/2004 | RE | (F7 DOC 96 @0.15 PER PG) | $14.40 |
| 02/20/2004 | RE | (F7 FEE 113 @0.15 PER PG) | $16.95 |
| 02/20/2004 | RE | (F4 AGR 241 @0.15 PER PG) | $36.15 |
| 02/22/2004 | RE | Reproduction Expense. [E101] | $2.85 |
| 02/23/2004 | DC | TriState | $20.60 |
| 02/23/2004 | DC | TriState | $15.00 |
| 02/23/2004 | DC | TriState | $77.25 |
| 02/23/2004 | PO | Postage | $6.60 |
| 02/23/2004 | RE | Reproduction Expense. [E101] | $2.70 |
| 02/23/2004 | RE | (F6 AGR 12 @0.15 PER PG) | $1.80 |
| 02/23/2004 | RE | (F4 AGR 86 @0.15 PER PG) | $12.90 |
| 02/24/2004 | FE | Federal Express [E108] | $18.43 |
| 02/24/2004 | RE | Reproduction Expense. [E101] | $2.85 |
| 02/24/2004 | RE | Reproduction Expense. [E101] | $0.90 |
| 02/24/2004 | RE | (F3 CORR 39 @0.15 PER PG) | $5.85 |
| 02/24/2004 | RE | (F3 CORR 202 @0.15 PER PG) | $30.30 |
| 02/24/2004 | RE | (G8 CORR 1277 @0.15 PER PG) | $191.55 |
| 02/25/2004 | DC | TriState | $270.00 |
| 02/25/2004 | DC | TriState | $23.18 |
| 02/25/2004 | DC | TriState | $15.00 |
| 02/25/2004 | PO | Postage | $111.30 |
| 02/25/2004 | PO | Postage | $112.36 |
| 02/25/2004 | PO | Postage | $33.25 |
| 02/25/2004 | PO | Postage | $7.15 |
| 02/25/2004 | PO | Postage | $20.55 |
| 02/25/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 02/25/2004 | RE | (F6 AGR 66 @0.15 PER PG) | $9.90 |
| 02/25/2004 | RE | (F7 DOC 452 @0.15 PER PG) | $67.80 |
| 02/25/2004 | RE | (F7 DOC 282 @0.15 PER PG) | $42.30 |

**Invoice number   60373**      91100   00001                                      **Page   12**

| | | | |
|---|---|---|---:|
| 02/25/2004 | RE | (G7 CORR 2088 @0.15 PER PG) | $313.20 |
| 2/25/2004 | RE | (G8 CORR 3060 @0.15 PER PG) | $459.00 |
| 02/25/2004 | RE | (G7 CORR 2 @0.15 PER PG) | $0.30 |
| 02/25/2004 | RE | (F4 CORR 1920 @0.15 PER PG) | $288.00 |
| 02/25/2004 | RE | (F0 CORR 1 @0.15 PER PG) | $0.15 |
| 02/26/2004 | DC | TriState | $20.60 |
| 02/26/2004 | DC | TriState | $54.00 |
| 02/26/2004 | DC | TriState | $15.00 |
| 02/26/2004 | PO | Postage | $0.60 |
| 02/26/2004 | PO | Postage | $1.20 |
| 02/26/2004 | PO | Postage | $8.48 |
| 02/26/2004 | RE | (F6 AGR 3 @0.15 PER PG) | $0.45 |
| 02/26/2004 | RE | (F6 AGR 9 @0.15 PER PG) | $1.35 |
| 02/26/2004 | RE | (G8 CORR 12 @0.15 PER PG) | $1.80 |
| 02/26/2004 | RE | (F7 DOC 68 @0.15 PER PG) | $10.20 |
| 02/26/2004 | RE | (F6 AGR 9 @0.15 PER PG) | $1.35 |
| 02/26/2004 | RE | (F3 EQU 280 @0.15 PER PG) | $42.00 |
| 02/27/2004 | DC | TriState | $270.00 |
| 02/27/2004 | DC | TriState | $15.00 |
| 02/27/2004 | PO | Postage | $1.35 |
| 02/27/2004 | PO | Postage | $221.54 |
| 02/27/2004 | PO | Postage | $17.00 |
| 02/27/2004 | PO | Postage | $24.15 |
| 02/27/2004 | PO | Postage | $37.10 |
| 02/27/2004 | RE | (F8 CORR 93 @0.15 PER PG) | $13.95 |
| 02/27/2004 | RE | (F8 CORR 87 @0.15 PER PG) | $13.05 |
| 02/27/2004 | RE | (G7 CORR 57 @0.15 PER PG) | $8.55 |
| 2/27/2004 | RE | (G7 CORR 105 @0.15 PER PG) | $15.75 |
| 2/27/2004 | RE | (G7 CORR 132 @0.15 PER PG) | $19.80 |
| 02/27/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 02/27/2004 | RE | (F6 AGR 66 @0.15 PER PG) | $9.90 |
| 02/27/2004 | RE | (F5 AGR 2 @0.15 PER PG) | $0.30 |
| 02/27/2004 | RE | (F6 AGR 41 @0.15 PER PG) | $6.15 |
| 02/27/2004 | RE | (G7 CORR 282 @0.15 PER PG) | $42.30 |
| 02/27/2004 | RE | (F7 DOC 113 @0.15 PER PG) | $16.95 |
| 02/27/2004 | RE | (G8 CORR 1920 @0.15 PER PG) | $288.00 |
| 02/27/2004 | RE | (G7 CORR 1921 @0.15 PER PG) | $288.15 |
| 02/27/2004 | RE | (F7 DOC 41 @0.15 PER PG) | $6.15 |
| 02/27/2004 | RE | (F7 DOC 150 @0.15 PER PG) | $22.50 |
| 02/27/2004 | RE | (F5 DOC 140 @0.15 PER PG) | $21.00 |
| 02/27/2004 | RE | (F7 DOC 135 @0.15 PER PG) | $20.25 |
| 02/27/2004 | RE | (F4 CORR 738 @0.15 PER PG) | $110.70 |
| 02/27/2004 | RE | (F3 EQU 1494 @0.15 PER PG) | $224.10 |
| 02/27/2004 | RE | (F0 CORR 1908 @0.15 PER PG) | $286.20 |
| 02/27/2004 | RE | (F3 EQU 1854 @0.15 PER PG) | $278.10 |
| 02/28/2004 | DC | TriState | $459.00 |
| 02/28/2004 | DC | TriState | $23.18 |
| 02/28/2004 | DC | TriState | $117.00 |

## Total Expenses:                                          **$13,096.88**


## *Summary:*

| | |
|---|---:|
| Total professional services | $20,551.50 |
| Total expenses | $13,096.88 |
| | ———— |
| Net current charges | $33,648.38 |

**Invoice number  60373**          91100 · 00001                                              ·Page  **13**

Net balance forward                                    $67,358.43

**Total balance now due**                    $101,006.81
Remaining Trust Account Balance

## Billing Summary

| | | | | |
|---|---|---|---|---|
| CMS | Shaeffer, Christina M. | 9.70 | $60.00 | $582.00 |
| DWC | Carickhoff, David W | 30.60 | $320.00 | $9,792.00 |
| IDK | Kharasch, Ira D. | 0.20 | $525.00 | $105.00 |
| LAG | Gilbert, Laurie A. | 0.40 | $145.00 | $58.00 |
| LDJ | Jones, Laura Davis | 0.30 | $595.00 | $178.50 |
| PEC | Cuniff, Patricia E. | 50.70 | $140.00 | $7,098.00 |
| RLW | Werkheiser, Rachel L. | 0.20 | $295.00 | $59.00 |
| RMO | Olivere, Rita M. | 1.10 | $75.00 | $82.50 |
| SEM | McFarland, Scotta E. | 0.40 | $425.00 | $170.00 |
| SLP | Pitman, L. Sheryle | 20.20 | $70.00 | $1,414.00 |
| WLR | Ramseyer, William L. | 2.70 | $375.00 | $1,012.50 |
| | | 116.50 | | $20,551.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | ASSET DISPOSITION [B130] | 0.50 | $70.00 |
| CA | CASE ADMINISTRATION [B110] | 56.20 | $5,678.50 |
| CR02 | WRG CLAIM ANALYSIS NONASBESTOS | 3.60 | $846.00 |
| FA | WRG-FEE APPS., APPLICANT | 8.90 | $2,840.00 |
| FA01 | WRG-FEE APPLICATIONS, OTHERS | 22.40 | $3,928.00 |
| LN | LITIGATION (NON-BANKRUPTCY] | 24.50 | $7,061.00 |
| PD | PLAN & DISCLOSURE STMT. [B320] | 0.40 | $128.00 |
| | | 116.50 | $20,551.50 |

## Expense Code Summary

| | |
|---|---|
| Delivery/Courier Service | $3,098.27 |
| DHL- Worldwide Express | $432.51 |
| Federal Express [E108] | $181.68 |
| Fax Transmittal. [E104] | $1,074.00 |
| Postage [E108] | $1,002.19 |
| Reproduction Expense. [E101] | $7,308.23 |
| | $13,096.88 |