IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. LR. 83.5, Bank. L.R. 9010-1 and the attached certification, I, Peter B. McGlynn, a member in good standing of the bar in the Commonwealth of Massachusetts, the bars of the United States District Court for the District of Massachusetts, the United States Bankruptcy Court for the District of Massachusetts, the District of Connecticut and having been admitted *pro hac vice* in multiple jurisdictions, request admission, *pro hac vice*, before the Honorable Judith K. Fitzgerald, to represent Spaulding and Slye Construction LP ("Spaulding & Slye") in connection with Spaulding & Slye's prosecution of its Proof of Claim and defending against debtor's objection thereto.

Dated: June 1, 2004

Respectfully submitted,

Peter B. McGlynn, Esqire
BERNKOPF GOODMAN LLP
125 Summer Street, 13th Floor
Boston, MA 02110
(617) 790-3000 Telephone
(617) 790-3300 Facsimile
pmcglynn@bg-llp.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR. 85.3 and Bankr. LR. 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted and in good standing as a member of the jurisdictions described above, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and am generally familiar with this Court's Local Rules. See also Exhibit "A".

Dated: June 1, 2004

                                                          Peter B. McGlynn, Esquire
125 Summer Street, 13th Floor
Boston, MA 02110
(617) 790-3000 Telephone
(617) 790-3300 Facsimile
pmcglynn@bg-llp.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED the motion for admission *pro hac vice* is granted.

Date:_____

                                                          The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

# EXHIBIT "A"

Case 01-01139-AMC    Doc 5677    Filed 06/01/04    Page 3 of 4

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the eighteenth day of December A.D. 1975, said Court being the highest Court of Record in said Commonwealth:

## PETER B. MC GLYNN

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this twenty-seventh day of May in the year of our Lord two thousand and four.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116