# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## MARCH 1, 2004 THROUGH MARCH 31, 2004

Engagement Costs – NY Superfund

| Date | Description | Amount |
|---|---|---|
| 03/02/04 | PD UPS TO NYC; BEM; INV # 81207104 | 7.74 |
| 03/09/04 | PD UPS TO NEW YORK NY; BEM; CK# 258946 | 7.74 |
| 03/13/04 | PD UPS TO COLUMBIA MD; BEM; CK# 258946 | 59.37 |
| 03/13/04 | PD UPS TO MEMPHIS TN; MEW; CK# 258946 | 10.00 |
| 03/13/04 | PD UPS ADJUST; BEM; CK# 258946 | 10.39 |
| 03/17/04 | PD GEN MESS TO NEW YORK NY; CK# 259808[2] | 85.25 |
| 03/22/04 | PD GEN MESS TO NEW YORK NY; BEM; CK# 259808[3] | 92.25 |
| 03/24/04 | PD GEN MESS TO NEW YORK NY; CK# 259808[4] | 72.75 |
| 03/25/04 | PD MEAL EXPENSES; AJM[5] | 4.50 |
| 03/25/04 | PD MEAL EXPENSES; AJM[6] | 28.62 |
| 03/25/04 | PD MEAL EXPENSES; AJM[7] | 54.06 |
| 03/30/04 | Paid Acro Photo Print Inc. for services rendered #10501; S#5423[8] | 6526.95 |
| 03/31/04 | PD UPS TO MEMPHIS TN; MEW; CK# 258946 | 40.16 |
| 03/31/04 | DOCUMENT ACCESS FACILITY--ANNEX--MARCH 2004 | 2148.00 |
| | Duplicating | 446.60 |
| | Matter Total Engagement Cost | 9,594.38 |

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| | Duplicating | 111.44 |
| | Telephone | 8.28 |
| | Matter Total Engagement Cost | 119.72 |

---

[2] *See* Invoice No. 102849 dated 3/22/04 from General Messanger Service, Inc. attached hereto as Exhibit 1.

[3] *See* Invoice No. 102741 dated 3/29/04 from General Messenger Service, Inc. attached hereto as Exhibit 2.

[4] *Id.*

[5] See Pitney, Hardin, Kipp & Szuch Client Service Charge – Soda Bill dated 3/25/04 attached hereto as Exhibit 3.

[6] See email dated March 25, 2004 from Rachel Rosen to MenuOrder attached hereto as Exhibit 4.

[7] See email dated March 25, 3004 from Rachel Rosen to MenuOrder attached hereto as Exhibit 5.

[8] See Invoice No. 98429 dated 3/30/2004 and Statement dated 3/31/2004 from Acro Photo Print Inc. attached hereto as Exhibit 6.

Engagement Co/ts – Chapter 11 Administration

| | | |
|---|---|---:|
| 03/12/04 | PD UPS TO WILMINGTON DE; KMJ; CK# 258946 | 7.74 |
| | Duplicating | 22.12 |
| | Matter Total Engagement Cost | 29.86 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 02/20/04 | PD AMEX FOR TELEPHONE EXPENSES; AJM; CK# 258600 | 11.00 |
| | Computer Assisted Research | 36.15 |
| | Duplicating | 20.30 |
| | Matter Total Engagement Cost | 67.45 |

Engagement Costs -- Rising Sun Plaza Associates/ Slater, Robert

| | | |
|---|---|---:|
| 02/26/04 | PD UPS TO VOORHEES NJ; RDB; CK# 258945 | 7.74 |
| | Matter Total Engagement Cost | 7.74 |

# EXHIBIT 1



# GENERAL MESSENGER SERVICE, INC.

PITNEY HARDIN KIPP & SZUCH LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 102649 | 800 |
| INVOICE DATE | INVOICE TOTAL |
| 3/22/04 | 1,585.20 |

**ENTERED IN COMPUTER BY:**

ase tear at perforation and return top portion with your payment.

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | INVOICE TOTAL | PAGE |
|---|---|---|---|---|
| 800 | 102649 | 3/21/04 | 1,585.20 | 4 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| 3/17/04 | 734545 | RSH | PITNEY HARDIN KIPP & SZUCH LLP     US DISTICT COURT<br>200 CAMPUS DRIVE                             500 PEARL STREET<br>FLORHAM PARK    NJ 07932              NYC              NY 10022<br>Caller: RACHAEL/MARGETTI Time: 12:50       Wait: 56 Min<br>Signed: STAMPED              Time: 15:40<br>Your Ref.:082913.00009 | BASE RATE : 60.25<br>WAIT TIME : 18.75<br>INSURANCE : .25<br>TOLLS : 6.00 | 85.25 |
| | | | Total Charges for Ref. - 082913.00009:    85.25 | | |

# EXHIBIT 2

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 102741 | 800 |
| INVOICE DATE | INVOICE TOTAL |
| 3/29/04 | 2,167.50 |

# GENERAL MESSENGER SERVICE, INC.

PITNEY HARDIN KIPP & SZUCH LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

**ENTERED IN COMPUTER BY:**

Please tear at perforation and return top portion with your payment.

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | INVOICE TOTAL | PAGE |
|---|---|---|---|---|
| 800 | 102741 | 3/28/04 | 2,167.50 | 3 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| 3/22/04 | 734780 | RSH | PITNEY HARDIN KIPP & SZUCH LLP / 200 CAMPUS DRIVE / FLORHAM PARK  NJ 07932 / Caller: ROSE/MOFFITT  Time: 14:54 / Signed: R ROQUE-M/R 19TH FLOOR Time: 16:45 / PITNEY HARDIN / 685 3RD AVE / NYC  NY 10022 / Wght: 150 Lbs  Wait: 51 Min / Your Ref.:082913.000009 | BASE RATE: 60.25 / ADD'L WT.: 7.00 / WAIT TIME: 18.75 / INSURANCE: .25 / TOLLS: 6.00 | 92.25 |
| 3/24/04 | 734906 | RSH | PITNEY HARDIN KIPP & SZUCH LLP / 200 CAMPUS DRIVE / FLORHAM PARK  NJ 07932 / Caller: ROSE 7235  Time: 10:10 / Signed: R ROQUE-19TH FLR M/R  Time: 12:30 / PITNEY HARDIN / 685 3RD AVE / NYC  NY 10022 / Wait: 16 Min / Your Ref.:082913.000009 | BASE RATE: 60.25 / WAIT TIME: 6.25 / INSURANCE: .25 / TOLLS: 6.00 | 72.75 |

Total Charges for Ref. - 082913.000009:   165.00

INVOICE PAYMENT DUE UPON RECEIPT

TOTAL ▶ Continued

# EXHIBIT 3

Pitney Hardin Kipp & Szuch

Client Service Charge — Soda Bill

Date of Function __3/25/04__   Day of Week __Thursday__

Requested By __AJM__

$4.50 (circled)

Number of People __5__

Time __12:30__

Conference Room __4E__

Menu __Soda__

Special Instructions _____

Business Purpose _____

People Attending: _____

Client/Matter Nos. __82913.9__

Soda Bill __5 x .75 = 3.75__

Tax _____

Sub Total _____

20% __0.75__

Total Bill __4.50__

Secretary _____

Extension _____

# EXHIBIT 4

, James

**From:** Rosen, Rachel
**Sent:** Thursday, March 25, 2004 10:58 AM
**To:** MenuOrder
**Subject:** PHKS-#1103019-v1-MENU_ORDER_FORM.DOC

```
PHK&S Menu Order Form
(Address email to: MenuOrder )
Date of function:  3/25/04
Date of the week: Thursday
Time of function: 8:30 a.m.
Client/Matter #: 082913.9
Conference room: 4E
Number of people: 5
Requested By: ajm
Secretary name: rr

Extension: 8099

Meal type (Please specify Breakfast, Lunch, Dinner or Other):

Food Request: breakfast

Special Instructions: thanks

Business Purpose: ?????

People attending: ?????

(For 10 or more visitors)
Open Elevators(s)/Front Door at  ?????  am / till ?????  pm
If a sign is required, what should it say?


       (Address email to: MenuOrder )
DO NOT FILL IN (General Services use only):
```

Food Bill:    22.50

Tax:          1.35

Subtotal:     23.85            $23.85

20%           4.77

Total Bill:   28.62

1

# EXHIBIT 5

, Francis

**From:** Rosen, Rachel
**Sent:** Thursday, March 25, 2004 10:57 AM
**To:** MenuOrder
**Subject:** PHKS-#1103019-v1-MENU_ORDER_FORM.DOC

```
PHK&S Menu Order Form
(Address email to: MenuOrder )
Date of function:  3/25/04
Date of the week: Thursday
Time of function: 12:30 pm
Client/Matter #: 082913.9
Conference room: 4E
Number of people: 5
Requested By: ajm
Secretary name: rr

Extension: 8099

Meal type (Please specify Breakfast, Lunch, Dinner or Other):

Food Request: lunch

Special Instructions: thanks

Business Purpose: ?????

People attending: ?????

(For 10 or more visitors)
Open Elevators(s)/Front Door at  ?????  am / till ?????  pm
If a sign is required, what should it say?


       (Address email to: MenuOrder )
DO NOT FILL IN (General Services use only):
```

Food Bill:  42.50

Tax:  2.55

Subtotal:  45.05    $45.05

20%  9.01

Total Bill:  54.06

1

# EXHIBIT 6



**ACRO PHOTO PRINT INC**

DUPLICATING SERVICES
809-8999
90 MAIDEN LANE — NEW YORK, N.Y. 10038

| INVOICE NO. | INVOICE DATE |
|---|---|
| 3/30/2004 | 98429 |

SOLD TO: PITNEY, HARDIN, KIPP & SZUCH
P.O. BOX 1945
MORRISTOWN, NJ 07962
ATTN: BRIAN MOFFITT

ORDERED BY: BRIAN MOFFITT

| PURCHASE ORDER NO. | DATE SHIPPED | SHIP VIA | |
|---|---|---|---|
|  | 3/29/2004 | COURIER | |

| TERMS | PAYMENT DUE | CLIENT CHARGE NO. |
|---|---|---|
| NET 30 | 4/29/2004 | 082913.000009 |

| ITEM | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| COPIES | 40,220 | TOTAL COPIES ( 8 1/2x11 ) | 0.11 | 4,424.20T |
| BLUE-18x24 | 17 | OVERSIZED PRINTS (18x24) | 4.50 | 76.50T |
| BLUE-24x36 | 26 | OVERSIZED PRINTS (24x36) | 9.00 | 234.00T |
| BLUE-36x48 | 66 | OVERSIZED PRINTS (36x48) | 18.00 | 1,188.00T |
| DELIVERY | 1 | DELIVERY & COURIER PICKUP | 86.00 | 86.00T |

PAID..........
APPROVED..........
VENDOR NO. 10267
CHECK NO. 26018
CHARGE.... 10501

ok to pay

082913.000009

SUB TOTAL   $6,008.70

SALES TAX   $518.25

TOTAL   $6,526.95

*Thank You*

# Statement

Acro Photo Print, Inc
90 Maiden Lane
New York, NY 10038

| Date |
|---|
| 3/31/2004 |

**To:**
PITNEY, HARDIN, KIPP & SZUCH
P.O. BOX 1945
MORRISTOWN, NJ 07962
ATTN: BRIAN MOFFITT

| Amount Due | Amount Enc. |
|---|---|
| $6,526.95 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/29/2004 | Balance forward | | 0.00 |
| 03/30/2004 | INV #98429. Due 04/29/2004. | 6,526.95 | 6,526.95 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 6,526.95 | 0.00 | 0.00 | 0.00 | 0.00 | $6,526.95 |

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 8, 2004 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1176489A01051204

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey  
Dated: May 13, 2004

Respectfully submitted,  
PITNEY HARDIN LLP

*Anthony Marchetta*  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950