## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** June 21, 2004, at 4:00 p.m. |
| | | **Hearing Date:**    TBD only if necessary |

### FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 17 – Relief from Stay – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/9/2004 | James W Kapp | 0.40 | Review Libby claimants motions for relief from stay and injunction to take deposition. |
| 4/15/2004 | James W Kapp | 0.80 | Review Kane motion for relief from the automatic stay (.2); attend to issues re same (.6). |
| | Total hours: | 1.20 | |

**Matter 19 – Claims Analysis Objection & Resolution (Non-Asbestos) – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/1/2004 | David M Bernick, P.C. | 2.50 | Conduct telephone conference with J. Baer and J. Kapp re non-asbestos claims (.5), review of recusal briefs (2.0). |
| 4/1/2004 | Tiffany J Wood | 1.50 | Teleconference with BMC re Hepaco claim and follow up with S. Blatnick re same (.5); review newly filed pleadings and update central files re same (1.0). |
| 4/1/2004 | William F Hurley | 1.70 | Review and respond to memo from R. Schulman re certain property damage claims to be removed from the 4th and 5th omnibus claims objections (.2); review Gateway property damage claims on the 4th and 5th omnibus claims objections (.2); telephone conference with S. Herrschaft re removal of certain property damage claims in the 4th and 5th omnibus claims objections and open issues with regard to filing the 3rd omnibus claims objections (.3); review final version of objection, notice, and proposed order along with relevant exhibits in the 3rd omnibus claims objection and forward final drafts to D. Carickhoff at Pachulski for review and approval (.8); review voice memo from R. Schulman re property damage claims (.2). |
| 4/1/2004 | Samuel Blatnick | 0.50 | Call with David Nakashige and Tim Cremmins at Grace concerning response to Massachusetts Department of Environmental Protection's Motion for Setoff. |
| 4/1/2004 | Samuel Blatnick | 1.50 | Update and revise Wesconn confidentiality agreement. |
| 4/1/2004 | James W Kapp | 0.70 | Review modified confidentiality agreement for Wesconn re discovery dispute. |
| 4/1/2004 | Elli Leibenstein | 1.00 | Analyze issues re claims. |
| 4/2/2004 | Samuel Blatnick | 1.00 | Negotiate with counsel for Property Damage Committee concerning proposed language for Order for limited relief from Local Rule 3007-1 (.3); revise Order to reflect iterative changes (.7). |
| 4/5/2004 | Rachel Schulman | 2.00 | Review and revise omnibus objection (.6); prepare for and participate in telephone conferences re filing for May hearing (.5); review and revise exhibits re same (.4); exchange messages with W. Hurley re objections to claims and filings (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/5/2004 | William F Hurley | 2.20 | Review Delaware court local rules regarding guidelines for substantive objections (.3); prepare memo to R. Schulman re local rules and the application to various substantive objections (.4); revise notice, order and objection in 3rd omnibus claims objection (1.5). |
| 4/5/2004 | William F Hurley | 2.90 | Review and respond to memo from R. Schulman re confirmation with S. Herrschaft at BMC re filing of 3rd omnibus claims objection (.2); review correspondence and related documents from D. Carickhoff at Pachulski re revisions to 3rd omnibus claims objection, related order, and notice (.3); review same (.8); review correspondence from S. Herrschaft and attached revised standard notice and sample notice and exhibits to 3rd omnibus claims objection (.4); revise notice of hearing document for 3rd omnibus claims objection (.5); prepare correspondence to S. Herrschaft re revised notice of hearing for 3rd omnibus claims objection and forward same (.4); telephone conference with R. Schulman re revisions to 3rd omnibus claims objection and related local rules applicable to special objections (.3). |
| 4/6/2004 | Rachel Schulman | 4.50 | Work on preparations for filing omnibus objections 3, 4, and 5 (.6); review and revise omnibus objection 3 and order and notice and exhibits (.7); review and revise omnibus objection 4 and exhibits and order (.8); review and revise omnibus objection 5 and exhibits and order (.6); prepare for and participate in telephone conference and e-mails re upcoming filings and status of numerous issues re claims with client (1.2); review correspondence from client re upcoming telephone conference and filings (.4). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/6/2004 | William F Hurley | 2.30 | Prepare for and participate in telephone conference with R. Schulman and S. Herrschaft re filing and the timing of the 3rd, 4th and 5th omnibus claims objections and discuss specific claim objections (.4); confer with R. Schulman re revisions to 3rd omnibus objection and related order, filing of 3rd omnibus objection, and address specific objections (.4); confer with R. Schulman re planning for the 4th and 5th omnibus claims objections (.2); review and revise 3rd omnibus objection and review exhibits to same (.6); follow up meeting with R. Schulman re further revisions to 3rd omnibus objection to claims, notice and proposed order, and revise same (.7). |
| 4/7/2004 | Janet S Baer | 0.50 | Confer re 3rd, 4th and 5th omni objections. |
| 4/7/2004 | Rachel Schulman | 5.50 | Work on reviewing and revising omnibus objections and exhibits in preparation for filing omnibus objection 3 (.6); work on revisions to omnibus objection and exhibits in preparation for filing omnibus objection 4 (1.2); work on reviewing and revising omnibus objections for filing omnibus objection 5 (1.1); review tax claims forwarded from client re classification (.6); prepare for and attend office conference re status and update on all matters and issues facing filing (.6); work on reviewing claim issues for filing (1.4). |
| 4/7/2004 | William F Hurley | 0.60 | Prepare correspondence to D. Carickhof at Pachulski re revised 3rd omnibus claims objection and related documents and forward same (.2); review response to same (.1); prepare memo to E. Kratofil along with attached exhibits in 3rd, 4th and 5th omnibus claims objections for potential conflicts screening (.3). |

A-4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/7/2004 | William F Hurley | 3.20 | Review and respond to correspondence from S. Herrschaft at BMC re timing of the filing of the 3rd omnibus claims objection and review exhibits to same (.2); review email correspondence from S. Herrschaft at BMC re attached revised notice of filing for 3rd omnibus claims objection and review same (.3); review email from S. Herrschaft at BMC re classification of municipal tax claims (.2); review B-Linx database for proofs of claim of various municipal taxing authorities and forward same to R. Schulman for review (.3); revise drafts of 4th and 5th omnibus claims objections (1.5); meetings with R. Schulman re substantive revisions to the 4th and 5th omnibus claims objections and related documents (.4); review email and attached exhibits to the 4th and 5th omnibus claims objections from S. Herrschaft at BMC (.3). |
| 4/7/2004 | Samuel Blatnick | 1.00 | Draft letter to Hepaco, Inc. re their request for payment of pre-petition services (.7); telephone conference with HepaCo, Inc. representative re same (.3). |
| 4/7/2004 | James W Kapp | 0.20 | Revise letter to Hepaco, Inc. re late filed proof of claims. |
| 4/8/2004 | Janet S Baer | 0.70 | Confer re issues for 4th and 5th Omnibus objections (.3); review draft 3rd Onmibus objection and exhibits re same (.4). |
| 4/8/2004 | Rachel Schulman | 3.00 | Work on objections to claims and omnibus objections (2.1); draft declaration (.9). |
| 4/8/2004 | William F Hurley | 0.70 | Review and respond to correspondence from D. Carickhoff at Pachulski re preparation of final draft and filing of 3rd omnibus claims objection (.3); review and respond to correspondence from J. Baer to D. Carickhoff and R. Schulman re plans for filing pending claim objections (.2); confer with J. Baer re timing of filing 3rd omnibus claims objection, establishment of a claimant reply cut-off date, and client declaration in support of 3rd omnibus claims objection (.2). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/8/2004 | William F Hurley | 3.20 | Review and respond to voice memo from R. Schulman re declaration of claims manager and open issues with BMC re 4th and 5th omnibus claims objections (.2); telephone conference with R. Schulman re timing of the filing of 3rd, 4th and 5th omnibus claims objections (.3); review and make further revisions to the 4th and 5th omnibus claims objections (1.6); prepare for and participate in conferences with R. Schulman re open issues for filing the 3rd, 4th and 5th omnibus claims objections (.7); confer with K. Adams re signed declaration of claims manager as attachment to pending omnibus claims objections and open issues re filing same (.2); telephone conference with D. Carickhoff at Pachulski re status and timing of filing of 3rd omnibus claims objection (.2). |
| 4/8/2004 | James W Kapp | 1.50 | Review Wesconn confidentiality agreement (.6); attend to issues re same (.5); attend to issues re 3007 order (.4). |
| 4/8/2004 | Elli Leibenstein | 2.00 | Conference with T. Florence re claims (.5); review analysis (1.0); draft e-mail to D. Bernick (.5). |
| 4/9/2004 | Janet S Baer | 0.60 | Attend to matters re 3rd omnibus objections, issues and affidavit (.3); review correspondence re 3007 order issues (.3). |
| 4/9/2004 | Rachel Schulman | 1.50 | Telephone conferences and voice mail messages with W. Hurley and J. Baer re claims objections and upcoming filing of objections (.6); work on claims objection issues (.9). |
| 4/9/2004 | William F Hurley | 1.50 | Review and respond to voice message from R. Schulman re status of final version of 3rd omnibus claims objection and declaration and affidavit in support of same (.2); review exhibit in 3rd omnibus re claims with no supporting documentation and discuss same with S. Herrschaft at BMC (.3); review and revise final version of 3rd omnibus claims objection (.4); confer with S. Blatnick re Delaware court local rules with respect to filing 3rd omnibus claims objection (.2); review Delaware court local rules to check for compliance re filing of the 3rd omnibus claims objection (.2); confer with K. Adams on status of certain revisions to 3rd omnibus claims objection and notice thereto (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/11/2004 | Janet S Baer | 1.60 | Review U.S. Airways precedent re mediation program (.5); review litigation case summaries updated binder (.8); prepare prototype summary chart (.3). |
| 4/12/2004 | Janet S Baer | 1.50 | Confer with T. Wood re claims chart and alternative dispute resolution cases (.3); confer with R. Schulman re omnibus claim issues (.3); attend to further matters on claims issues (.5); review claims charts and pull claim summaries for D. Bernick (.4). |
| 4/12/2004 | Rachel Schulman | 8.60 | Telephone conferences re filing claim objections (1.2); telephone conferences re declaration in support of omni 3 (.5); office conference re status on claim objections and open issues to resolve (2.3); work on exhibits to claim objections and claims to be included in objections (2.6); work on filing claim objections (2.0). |
| 4/12/2004 | William F Hurley | 1.70 | Check critical dates memo from T. Wood for scheduling of the hearing for the 3rd omnibus claims objection (.2); review telephone memos from R. Schulman and J. Baer re revisions to 3rd omnibus claims objection and filing and conflicts review for same (.2); conferences with R. Schulman re final versions of 3rd omnibus claims objection, notice and declaration (.3); revise 3rd omnibus exhibits and check court's docket for BMC petition seeking appointment as claims agent (.3); prepare final revisions to 3rd omnibus objection and forward same along with order and exhibits to R. Schulman (.3); confer with R. Schulman re revisions to 4th and 5th omnibus claims objections (.2); review emails from S. Herrschaft at BMC re open issues pertaining to documents of the 3rd omnibus claims objection (.2); |
| 4/12/2004 | William F Hurley | 0.70 | Conference with R. Schulman re conflicts screening for filing of 3rd omnibus claims objection (.5); prepare correspondence to D. Carickhoff re scheduling of the 3rd omnibus claims objection and responses thereto (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/12/2004 | William F Hurley | 3.60 | Review memos from R. Schulman and S. Herrschaft at BMC re modifications to the 4th and 5th omnibus claims objections and filing of the 3rd omnibus claims objection (.3); review emails from J. Baer, R. Schulman and S. Herrschaft re open issues of the 3rd omnibus claims objection and scheduling of the filing for same (.3); confer with R. Schulman re outstanding issues for the 3rd, 4th and 5th omnibus claims objections (.4); telephone conference with C. Chiu re conflicts review and report prepared for the 3rd, 4th, and 5th omnibus claims objections (.2); review reports of C. Chiu re same and begin review of conflicts screening for 3rd omnibus claims objection (1.3); revise 4th and 5th omnibus claims objections and forward same to J. Baer for review (.9); confer with J. Baer re 4th and 5th omnibus claims objections and timeline for filing same (.2). |
| 4/13/2004 | Janet S Baer | 5.20 | Review claim status chart in preparation for claims call (1.0); confer with client re same and approach to claims resolution (.8); participate in claims call with Grace litigation attorneys re approach/alternatives for non-asbestos litigation (3.3). |
| 4/13/2004 | Rachel Schulman | 8.30 | Review conflict checks prior to filing claims objections (1.8); draft e-mails to attorneys re filing claims objections (1.7); read and review responses to e-mails re conflicts (.8); prepare for and participate in conference re litigation claims and procedures to handle claims (4.0). |
| 4/13/2004 | William F Hurley | 1.30 | Review and revise final version of 3rd omnibus claims objection and related documents (.4); review and respond to memo from R. Schulman and S. Herrschaft at BMC re conflicts screening and filing of 3rd omnibus claims objection (.2); confer with R. Schulman re preparation of filing of the 3rd omnibus claims objection and address the screening for potential conflicts with regard to claimants (.7). |
| 4/13/2004 | James W Kapp | 0.80 | Revise response to Wesconn discovery requests. |
| 4/14/2004 | Rachel Schulman | 6.80 | Telephone conferences re filing omnibus 3 (.8); work on reviewing conflict check before filing omnibus 3 (4.5); work on filing omnibus 3 (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/14/2004 | William F Hurley | 0.30 | Confer with R. Schulman re status of the screening for potential conflicts of interest in the 3rd omnibus claims objection. |
| 4/14/2004 | James W Kapp | 0.30 | Attend to issues re non-substantive omnibus objections to claims. |
| 4/15/2004 | Janet S Baer | 0.50 | Review 4th and 5th omnibus objections. |
| 4/15/2004 | James W Kapp | 2.00 | Revise response to Wesconn discovery requests (1.5); telephone conference with M. Cohn re same (.2); attend to issues re same (.3). |
| 4/16/2004 | Elli Leibenstein | 0.50 | Review e-mail re claims and analyze Peterson forecast. |
| 4/19/2004 | Rachel Schulman | 4.00 | Review e-mails re responses to claims call last week (1.2); work on conflicts check for omni's 4 and 5 (1.4); revise objections 4 and 5 for filing (1.4). |
| 4/19/2004 | William F Hurley | 0.30 | Confer with R. Schulman re status of 4th and 5th omnibus claims objections and follow up re same. |
| 4/19/2004 | Elli Leibenstein | 0.50 | Analyze issues re claims. |
| 4/20/2004 | Janet S Baer | 0.30 | Attend to matters re Omnibus claim objections. |
| 4/20/2004 | Rachel Schulman | 0.50 | Prepare for and attend office conference to discuss conflicts check (.3); review e-mails re upcoming filing (.2). |
| 4/20/2004 | William F Hurley | 2.10 | Perform conflicts review screening in advance of filing the 4th and 5th omnibus claims objections (1.5); confer with J. Baer re filing of the 4th and 5th omnibus claims objections and related exhibits thereto (.2); confer with R. Schulman re 4th and 5th omnibus claims objections and related conflicts review screening (.4). |
| 4/20/2004 | James W Kapp | 0.30 | Review and revise re Wesconn confidentiality agreement re discovery requests. |
| 4/21/2004 | William F Hurley | 3.60 | Confer with K. Adams re responses received in the conflicts screening memorandum circulated in advance of filing the 5th omnibus claims objection (.3); conduct conflicts screening review in conjunction with report of E. Kratofil in advance of the 5th omnibus claims objection (3.3). |
| 4/21/2004 | Samuel Blatnick | 0.50 | Revise 3007-1 order and distribute to counsel for interested parties for review. |
| 4/22/2004 | Janet S Baer | 0.80 | Review further tax information re call with Grace tax counsel on IRS claims/potential actions (.3); participate in call re tax counsel re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/22/2004 | Rachel Schulman | 1.10 | Telephone conferences re omni 3 and upcoming filing of omni 4 and 5 (.6); respond to claimant re omni 3 hearing participation by telephone and notify local counsel of same (.5). |
| 4/22/2004 | William F Hurley | 5.70 | Conference with R. Schulman re open issues requiring attention including conflicts screen in the 4th and 5th omnibus claims objections (.2); confer with K. Adams re status of responses received from conflicts screening memoranda in the 5th omnibus claims objection (.3); conduct conflicts screening and circulate conflicts screening memoranda in the 4th and 5th omnibus claims objections (5.2). |
| 4/23/2004 | Janet S Baer | 0.30 | Prepare correspondence re tax claim inquiries. |
| 4/23/2004 | William F Hurley | 4.70 | Handle conflicts screening review with respect to 5th omnibus claims objection (4.3); confer with K. Adams concerning status of results of conflicts screening memoranda circulated (.4). |
| 4/26/2004 | Rhonda Lopera | 2.50 | Review and analyze responses re third omnibus objection (1.5); internal conference re same (.5); review docket for filing of same (.5). |
| 4/26/2004 | Janet S Baer | 0.30 | Confer re claims procedure issues. |
| 4/26/2004 | Rachel Schulman | 1.20 | Respond to claimants re omni 3 objection filed (.5); research creditor status for counsel (.2); work on filing claim objections (.5). |
| 4/26/2004 | William F Hurley | 3.80 | Perform conflicts screening review and circulate conflicts screening memoranda in the 4th omnibus claims objection (2.3); prepare for the 4th and 5th omnibus claims objections for filing and service of notice and documents (.9); review and respond to memorandum with attachments from S. Herrschaft at BMC re the 5th omnibus claims objection (.3); confer with K. Adams re conflicts screening memoranda (.3). |
| 4/27/2004 | Janet S Baer | 0.80 | Prepare for and attend office conference re preparation of Grace claims matrix and review of mediation precedent. |
| 4/27/2004 | Rachel Schulman | 4.00 | Prepare for and attend office conference re proposed claims litigation report and how to proceed (1.0); read and review responses received to Omni 3 (.7); prepare for and participate in telephone conference re claims issues (.8); work on analysis of litigation claims issues (1.5). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/27/2004 | William F Hurley | 4.60 | Prepare chart of existing conflicts with respect to the claimants addressed by the 3rd, 4th, and 5th omnibus claims objections (1.1); confer with K. Adams re status of the screening for potential conflicts in the 4th and 5th omnibus claims objections (.4); review and respond to correspondence from S. Herrschaft at BMC re total claim numbers being objected to by the 4th and 5th omnibus claims objections (.2); exchange emails with R. Schulman re open issues with respect to filing the 4th and 5th omnibus claims objections, including results of conflicts screening (.4); forward conflicts status chart to R. Schulman for review and revising (.2); complete conflicts screening with respect to the 4th omnibus claims objection (2.3). |
| 4/27/2004 | Samuel Blatnick | 3.00 | Prepare for and attend office conference re plan to deal with claims and pending litigation (1.0); conduct research re treatment of state agencies for Sur Reply to Massachusetts Department of Environmental Protection's setoff motion (2.0). |
| 4/28/2004 | Rhonda Lopera | 1.50 | Review and organize claim objection responses re third omnibus objection (1.0); send same to BMC (.2); telephone conference with BMC re same (.3). |
| 4/28/2004 | William F Hurley | 2.90 | Handle conflicts screening, track for 4th and 5th omnibus claims objections (2.6); confer with K. Adams re preparation of 4th and 5th omnibus claims objections (.3). |
| 4/28/2004 | Samuel Blatnick | 4.00 | Draft Sur Reply to Massachusetts Department of Environmental Protection's setoff motion. |
| 4/29/2004 | Rhonda Lopera | 2.50 | Prepare status chart re third omnibus objection to claims (1.5); interoffice conference re same (.5); review docket re responses to omnibus objection (.5). |
| 4/29/2004 | Rachel Schulman | 4.30 | Review and revise omni 4 and 5 objections (1.8); review and revise draft of declaration for D. Siegel's signature (.5); telephone conferences re claims and issues for filing omni 4 and 5 (1.5); telephone conference re responses to omni 3 (.5). |
| 4/29/2004 | William F Hurley | 0.70 | Office conference re review of exhibits for potential conflicts claims in updating the claims status chart (.3); update potential conflicts status chart with regard to 3rd, 4th, and 5th omnibus claims objections and forward same to J. Baer (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/29/2004 | William F Hurley | 1.60 | Prepare correspondence to S. Herrschaft of BMC re list of potential conflicts for the 4th and 5th omnibus claims objections and forward updated conflicts status chart (.3); meeting with R. Schulman re 4th and 5th omnibus claims objections and responses received from claimants addressed by 3rd omnibus claims objection (.4); conference with L. Lopera re responses from claimants addressed by 3rd omnibus claims objection received to-date and review email from R. Lopera re same (.3); review and respond to emails with attached revised exhibits from S. Herrschaft re recent revisions to exhibits to 4th and 5th omnibus claims objections (.3); proofread exhibits for the 4th and 5th omnibus claims objections to assure that potential conflicts claims have been removed (.3). |
| 4/29/2004 | James W Kapp | 0.10 | Review correspondence from M. Shelnitz re Department of Labor withdrawal of claims. |
| 4/30/2004 | Rhonda Lopera | 3.50 | Review and analyze docket re responses to omnibus claim objection (.7); incorporate same into status chart for attorney review (.8); telephone conference with BMC re same (.5); interoffice conference re same (.5); retrieve case precedent re omnibus objections (1.0). |
| 4/30/2004 | William F Hurley | 1.00 | Telephone conference with E. Kratofil re procedures for amended disclosure statement with respect to potential conflicts (.2); review and respond to email from E. Kratofil re same (.2); review attached sample affidavit forwarded by E. Kratofil re same (.2); review correspondence with attachments from S. Herrschaft re modifications to exhibits to 4th and 5th omnibus claims objections (.2); review attachments re same (.2). |
| | Total hours: | 160.70 | |

A-12

## Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/1/2004 | James W Kapp | 0.10 | Review pleadings and correspondence. |
| 4/1/2004 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings and download same (1.0); review, organize and catalog pleadings for litigation support system (1.5). |
| 4/2/2004 | Rhonda Lopera | 2.50 | Retrieve pleadings and order for attorney review (.7); update critical dates memo and distribute same (.5); retrieve proof of claim for attorney review (.3); review and analyze pleadings and stipulations re incorporation into central file (1.0). |
| 4/2/2004 | Tiffany J Wood | 1.50 | Teleconference with BMC re confirmation of service and follow up with S. Blatnick re same (.5); review and duplicate newly received pleadings and send same to S. Pope (1.0). |
| 4/2/2004 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (1.0); review and organize documents forwarded by attorneys for inclusion in litigation support system (1.0); review, organize and catalog pleadings for litigation support system (1.0). |
| 4/5/2004 | Rhonda Lopera | 2.50 | Review and analyze asbestos case precedent (1.0); update and distribute binder re same (.5); review and analyze pleadings re incorporation into central file (1.0). |
| 4/5/2004 | Tiffany J Wood | 1.00 | Review docket and adversary dockets re status of motions and update motion status chart re same. |
| 4/5/2004 | Shirley A Pope | 0.50 | Review docket for newly filed pleadings and download same. |
| 4/6/2004 | Rhonda Lopera | 1.00 | Review docket re critical dates (.7); update and distribute same (.3). |
| 4/6/2004 | Tiffany J Wood | 2.00 | Review newly filed pleadings and update central files re same (1.0); analyze new correspondence and enter same into electronic filing database (1.0). |
| 4/6/2004 | James W Kapp | 0.20 | Review pleadings and correspondence. |
| 4/7/2004 | Rhonda Lopera | 1.50 | Review pleadings re affidavit of service (.5); interoffice conference re same (.3); review and analyze motion status chart (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/7/2004 | Tiffany J Wood | 2.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket and adversary dockets re status of motions and update status chart re same (1.0); retrieve pleadings and distribute same to S. Blatnick (.5). |
| 4/7/2004 | James W Kapp | 0.70 | Review pleadings and correspondence (.2); telephone conference with S. Chin from Highbridge Capital re status of Chapter 11 Cases (.4); review critical date memorandum (.1). |
| 4/7/2004 | Shirley A Pope | 0.80 | Prepare appellate briefs for attorney use. |
| 4/8/2004 | Rhonda Lopera | 2.50 | Review and analyze litigation cases re status of each (1.0); interoffice conference re same (.5); review and update status chart re same (1.0). |
| 4/8/2004 | Rhonda Lopera | 1.00 | Retrieve case management status order for attorney review (.5); retrieve proof of claim forms for attorney review (.5). |
| 4/8/2004 | Tiffany J Wood | 1.50 | Review newly filed pleadings and update central files re same (1.0); review docket, retrieve pleadings and follow up with S. Blatnick re same (.5). |
| 4/8/2004 | Samuel Blatnick | 1.00 | Review and update critical dates list (.2); motion status chart (.6); and notice of agenda for 4/26 hearing (.2). |
| 4/8/2004 | James W Kapp | 0.10 | Review pleadings and correspondence. |
| 4/8/2004 | Shirley A Pope | 0.50 | Review docket for newly filed pleadings and download same. |
| 4/9/2004 | Tiffany J Wood | 3.00 | Review docket re case management pleadings and duplicate and distribute same for attorney review (2.0); review docket re claims status report and send same to T. Freedman (.5); review docket and adversary dockets re status of motions and update status chart re same (.5). |
| 4/9/2004 | James W Kapp | 0.20 | Review pleadings and correspondence. |
| 4/9/2004 | Shirley A Pope | 1.50 | Review docket for newly filed pleadings and download same. |
| 4/12/2004 | Tiffany J Wood | 1.50 | Review docket re omnibus hearing transcript and distribute same for attorney review (.5); review adversary docket re objections and follow up with S. Blatnick re same (.5); review docket re claims status report and distribute same for attorney review (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/12/2004 | Samuel Blatnick | 1.00 | Meet with J. Baer re 3007-1 order and revise order to reflect final agreement with Property Damage Committee. |
| 4/12/2004 | James W Kapp | 0.50 | Telephone conference with L. Davis Jones re 4/26 hearing (.1); review pleadings and correspondence (.4). |
| 4/12/2004 | Shirley A Pope | 0.50 | Review docket for newly filed pleadings and download same. |
| 4/13/2004 | Rhonda Lopera | 3.00 | Review and analyze case precedent re 365(a) lease rejection (1.0); interoffice conference re same (.5); review and analyze pleadings re incorporation into central file (1.0); retrieve case management order per attorney request (.5). |
| 4/13/2004 | Tiffany J Wood | 4.00 | Review applications to appoint futures representatives and follow up with S. Blatnick re same (2.0); review docket re scheduling order and distribute same for attorney review (.5); review dockets re alternative dispute resolution procedure motions and prepare same for attorney review (1.5). |
| 4/13/2004 | Biographical Research | 1.80 | Biographical Research re David T. Austern. |
| 4/13/2004 | James W Kapp | 0.20 | Review pleadings and correspondence. |
| 4/13/2004 | Shirley A Pope | 0.80 | Review docket to verify appellate briefs entered in litigation support database system. |
| 4/14/2004 | Rhonda Lopera | 3.00 | Review and analyze claim objection and exhibit re same (1.0); office conference re same (.5); retrieve case precedent per attorney request (.5); telephone conference with BMC re exhibits and status of claim objection (.7); retrieve certificate of no objection re fee application (.3). |
| 4/14/2004 | Tiffany J Wood | 2.50 | Telephone conference with court clerk re schedule for omnibus hearing and follow up with J. Baer re same (.5); review dockets re alternative dispute resolution procedure motions and prepare same for attorney review (2.0). |
| 4/14/2004 | James W Kapp | 0.20 | Review pleadings and correspondence. |
| 4/14/2004 | Shirley A Pope | 1.80 | Review docket for newly filed pleadings and download (1.0); prepare documents for attorney review (.8). |
| 4/15/2004 | Rhonda Lopera | 2.00 | Review and analyze docket re critical dates (.7); update and revise same (.5); review and analyze hearing agenda re same (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/15/2004 | Tiffany J Wood | 2.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review dockets re alternative dispute resolution procedure motions and prepare same for attorney review (1.0); review docket re critical dates and update critical dates chart re same (1.0). |
| 4/15/2004 | Sorah Kim | 1.00 | Review, catalog and organize bankruptcy pleadings for Concordance Litigation Support System. |
| 4/15/2004 | Mark J Arnot | 3.10 | Prepare documents for attorney use re April 19, 2004 hearing. |
| 4/15/2004 | James W Kapp | 0.20 | Review pleadings and correspondence. |
| 4/15/2004 | Shirley A Pope | 3.50 | Review litigation support database system to locate documents for attorney use re April 19 hearing (1.0); locate, review and organize documents for attorney use re April 19 hearing (2.5). |
| 4/16/2004 | Rhonda Lopera | 1.50 | Revise/update critical dates (.5); interoffice conference re Libbey Claimants matter (.3); review and analyze docket re same (.7). |
| 4/16/2004 | Tiffany J Wood | 4.00 | Review attorney notes and revise critical dates chart re same (.5); review docket and adversary dockets re status of motions and update motion status chart re same (1.0); review central files and distribute case management orders to S. Pope for review (.5); review newly filed pleadings and update central files re same (1.5); retrieve adversary complaint and distribute same for attorney review (.5). |
| 4/16/2004 | Mark J Arnot | 8.50 | Locate, retrieve and organize documents for attorney use re April 19, 2004 hearing. |
| 4/16/2004 | Shirley A Pope | 6.00 | Review docket for newly filed pleadings and download same (1.0); locate, review and organize various CMO briefs for attorney use (4.0); retrieve, review and organize documents re April 19, 2004 hearing in Philadelphia (1.0). |
| 4/18/2004 | Mark J Arnot | 5.60 | Locate, retrieve and organize documents for attorney use re 4/19/04 hearing. |
| 4/18/2004 | Shirley A Pope | 7.80 | Locate, review and organize documents for attorney use re April 19, 2004 hearing concerning Judge Wolin recusal. |
| 4/19/2004 | Rhonda Lopera | 1.50 | Review and analyze docket re 4-26 hearing (.7); prepare pleadings re same (.5); review docket final order (.3). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/19/2004 | Janet S Baer | 0.50 | Review pleadings received and assign to appropriate parties. |
| 4/19/2004 | Tiffany J Wood | 2.00 | Review docket, retrieve various pleadings, and distribute same for attorney review (1.5); review newly filed pleadings and update central files re same (.5). |
| 4/19/2004 | Shirley A Pope | 0.50 | Review docket for newly filed pleadings. |
| 4/20/2004 | Rhonda Lopera | 2.50 | Review and analyze case dockets re asbestos case precedent (1.2); interoffice conference re same (.3); review and analyze pleadings re incorporation into central file (1.0). |
| 4/20/2004 | Tiffany J Wood | 3.50 | Review docket and adversary dockets re status of motions and update status chart re same (.5); review docket and central files for letters re fee approval and distribute same for attorney review (1.0); retrieve agenda and prepare hearing binder re omnibus hearing (2.0). |
| 4/20/2004 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for Concordance litigation support system entry (2.0). |
| 4/21/2004 | Rhonda Lopera | 1.50 | Review and analyze case precedent re filing of plan (.7); interoffice conference re same (.3); respond to creditor inquiries (.5). |
| 4/21/2004 | Tiffany J Wood | 2.00 | Retrieve docket and order and distribute same for attorney review (.5); retrieve Babcock & Wilcox docket and follow up with S. Blatnick re same (.5); review newly filed pleadings and update central files re same (1.0). |
| 4/21/2004 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings in adversarial proceeding, Chakarian and download same. |
| 4/22/2004 | Rhonda Lopera | 1.50 | Review and analyze pleadings re incorporation into central file (.7); review docket re lease extension motion (.5); review docket re lease extension order (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/22/2004 | Tiffany J Wood | 3.00 | Review docket and adversary dockets re various pleadings and distribute same for attorney review (1.0); retrieve omnibus objection and distribute same for attorney review (.5); review Rutland docket re plan and disclosure statement, print and distribute same for attorney review (1.0); review Eagle Picher docket re plan and disclosure statement and follow up with S. Blatnick re same (.5). |
| 4/22/2004 | Sorah Kim | 1.00 | Review, catalog and organize pleadings for Concordance Litigation Support System. |
| 4/23/2004 | Rhonda Lopera | 3.00 | Review and analyze docket re critical dates (1.0); interoffice conference re hearing dates (.3); retrieve exclusivity motion for attorney review (.2) review adversary docket re settlement motion (.5); update and distribute critical dates (.7); retrieve order re lease extension (.3). |
| 4/23/2004 | Tiffany J Wood | 2.00 | Retrieve docket and adversary dockets and distribute same to R. Lopera (.5); review docket re motion to lift stay and distribute same for attorney review (.5); review docket re critical dates and update critical dates chart re same (1.0). |
| 4/23/2004 | Sorah Kim | 4.50 | Review, catalog and organize pleadings for Concordance Litigation Support System. |
| 4/23/2004 | James W Kapp | 0.40 | Review pleadings and correspondence (.2); review first quarter earnings release (.2). |
| 4/23/2004 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for litigation support system database (.5); prepare documents for inclusion in Grace subject files (1.0). |
| 4/26/2004 | Tiffany J Wood | 4.00 | Review correspondence re 3rd circuit appeal and send same to W. Sparks (1.0); conduct teleconference with document retrieval service re order of transcript and follow up with J. Baer re same (.5); review docket re omnibus hearing transcript and retrieve same for S. Blatnick (.5); review docket and adversary dockets re settlement agreements and distribute same for attorney review (1.0); review docket re lease rejection and removal of actions motions and distribute same for attorney review (.5); review newly filed pleadings and update central files re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/26/2004 | Sorah Kim | 1.50 | Review, catalog and organize pleadings for Concordance Litigation Support System. |
| 4/26/2004 | James W Kapp | 1.00 | Review Daily Bankruptcy Review article re setback to asbestos reform bill (.1); review pleadings and correspondence (.5); review critical date list (.1); attend to issues re same (.3). |
| 4/27/2004 | Rhonda Lopera | 3.00 | Review and analyze docket re exclusivity and omnibus hearing dates (1.0); interoffice conference re same (.5); review and analyze case precedent re asbestos cases (1.0); update binder re same (.5). |
| 4/27/2004 | Tiffany J Wood | 1.00 | Review docket re omnibus objection and distribute same for attorney review. |
| 4/27/2004 | Mark J Arnot | 0.60 | Catalog and organize documents re 4/19/04 hearing. |
| 4/27/2004 | James W Kapp | 0.40 | Review pleadings and correspondence. |
| 4/27/2004 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings and download same (.5); review and revise litigation support database re pleadings (1.0); review and organize documents forwarded by attorney for inclusion in litigation support system (1.0). |
| 4/28/2004 | Rhonda Lopera | 1.50 | Review and analyze pleadings re critical dates (1.0); update and revise critical dates (.5). |
| 4/28/2004 | Tiffany J Wood | 2.00 | Review responses to omnibus objection and prepare chart of same for attorney review. |
| 4/28/2004 | James W Kapp | 0.50 | Attend status meeting re outstanding issues. |
| 4/29/2004 | Tiffany J Wood | 4.50 | Review docket re CNO's and send same to W. Sparks (.5); review docket re status of motions and update motion status chart re same (.5); review docket re responses to omnibus objection and update response log re same (.5); retrieve docket re Fuller Austin and distribute same to S. Blatnick (.5); review docket re correspondence from D. Siegel and follow up with R. Schulman re same (.5); review attorney notes and revise litigation summary chart re same (2.0). |
| 4/29/2004 | James W Kapp | 0.40 | Review Daily Bankruptcy Review article re appeal of Montana cleanup ruling (.1); review and distribute pleadings and correspondence (.3). |
| 4/29/2004 | Shirley A Pope | 1.00 | Review and organize documents re Wolin recusal hearing for inclusion in litigation support system. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/30/2004 | Rhonda Lopera | 1.50 | Review and analyze critical dates re deadlines (.5); review docket re same (.7); review adversary dockets (.3). |
| 4/30/2004 | Rhonda Lopera | 2.50 | Review and analyze central file correspondence re Libby claimants (1.0); interoffice conference re same (.5); review docket re 9-22-03 hearing transcript (.5); prepare same for review by attorney (.5). |
| 4/30/2004 | Samuel Blatnick | 2.50 | Meet with C. Lane re process for billing and transition to matters he was working on. |
| 4/30/2004 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for entry in litigation support system database (1.0); review, analyze and forward correspondence to attorney for action (.5). |
|  | Total hours: | 168.40 |  |

**Matter 21 – Claims Analysis Objection & Resolution (Asbestos) – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/31/2004 | David M Bernick, P.C. | 1.80 | Meeting with Creditors Committee and preparation for same. |
| | Total hours: | 1.80 | |

## Matter 23 – Business Operations – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/1/2004 | Christian J Lane | 1.00 | Telephone and email correspondence with client (.5) and opposing counsel (.5) re Caterpillar contracts. |
| | Total hours: | 1.00 | |

## Matter 27 – Employee Benefits/Pension – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/2/2004 | James W Kapp | 0.10 | Attend to issues re 401(K). |
| 4/8/2004 | James W Kapp | 0.20 | Telephone conference with E. Danzussen re LTIP motion. |
| | Total hours: | 0.30 | |

## Matter 28 – Litigation and Litigation Consulting – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/3/2004 | David M Bernick, P.C. | 4.50 | Conduct telephone conference with T. Florence re claims data (.5); conduct telephone conference with F. McGovern (.5); attend Grace meeting with proposed committee counsel (2.0); conduct telephone conference with C. Landau and A. Parrish re recusal brief (1.5). |
| 3/10/2004 | David M Bernick, P.C. | 2.80 | Revisions to Third Circuit brief. |
| 3/11/2004 | David M Bernick, P.C. | 3.00 | Further work on recusal brief. |
| 3/12/2004 | David M Bernick, P.C. | 2.50 | Continued drafting of recusal brief. |
| 3/17/2004 | David M Bernick, P.C. | 2.10 | Review of petition in Armstrong and conduct telephone conference with J. Rigas (1.3) review of report to court (.8). |
| 3/18/2004 | David M Bernick, P.C. | 2.00 | Review of recusal briefs. |
| 3/26/2004 | David M Bernick, P.C. | 1.50 | Conduct telephone conference with D. Siegel and J. Baer re case strategy. |
| 4/1/2004 | John C O'Quinn | 0.50 | Follow up and coordinate re preparing excerpts of record. |
| 4/1/2004 | Theodore L Freedman | 1.80 | Conference call with D. Siegal and Norris on options. |
| 4/5/2004 | John C O'Quinn | 0.30 | Review deposition materials identified by local counsel. |
| 4/5/2004 | Samuel Blatnick | 0.70 | Call with J. Hughes and M. Davis, Counsel for National Union, re strategy and plan for reviewing claims submitted pursuant to Texas and Alabama Protocols. |
| 4/6/2004 | Ashley C Parrish | 0.30 | Draft emails to W. Sparks re briefing issues (.1); telephone conferences with S. Pope re obtaining complete copies of filed briefs (.2). |
| 4/6/2004 | Rhonda Lopera | 1.00 | Review and analyze pleadings re Judge Wolin recusal (.7); review and analyze docket re same (.3). |
| 4/7/2004 | David M Bernick, P.C. | 2.30 | Preparation for recusal argument (1.8); conduct telephone conference with Monk re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/7/2004 | Janet S Baer | 1.00 | Confer re status of national union order and claims review, 3007 order and notice issues, Mass. setoff motion and futures rep motion (.5); confer with A. Krieger re Mass. matter (.3); confer with client re same (.2). |
| 4/7/2004 | David M Bernick, P.C. | 0.30 | Conduct telephone conference with Monk re recusal argument. |
| 4/8/2004 | Ashley C Parrish | 0.20 | Multiple e-mails to W. Sparks re briefing on recusal issues (.2). |
| 4/8/2004 | Christopher Landau | 0.80 | Edit Ninth Circuit brief for Libby Appeal. |
| 4/8/2004 | James W Kapp | 0.20 | Review correspondence from D. Cohen re contempt motion (.1); attend to issues re same (.1). |
| 4/8/2004 | Janet S Baer | 0.90 | Attend to matters re Smolker stay order (.4); review revised Mass. Response on Setoff (.5). |
| 4/8/2004 | John C O'Quinn | 1.50 | Review cited documents for inclusion in brief. |
| 4/9/2004 | Christopher Landau | 2.00 | Edit Ninth Circuit brief in Libby Appeal. |
| 4/9/2004 | James W Kapp | 2.70 | Attend to issues re contempt filings (.3); review Libby claimants motion to stay contempt ruling (.8); review statement in support of reduction of sanction amount (.4); telephone conference with D. Carickhoff re same (.1); develop strategys re response to sanction reduction motion (.3); develop strategy re response to stay contempt motion (.8). |
| 4/9/2004 | Janet S Baer | 1.50 | Review Gerard motion on contempt, perpetual depositions and fees (.5); confer re same (.7); respond to various inquiries from Gerard counsel (.3). |
| 4/9/2004 | John C O'Quinn | 0.50 | Assist C. Landau with edits to 9th Circuit brief. |
| 4/9/2004 | Samuel Blatnick | 2.50 | Review pleadings filed by the Libby Claimants (1.0); meeting with J. Baer and J. Kapp re response to same (.5); review National Union documents and draft memorandum re findings (1.0). |
| 4/11/2004 | Janet S Baer | 0.20 | Review National Union memo re order issue. |
| 4/12/2004 | Christopher Landau | 5.30 | Edit Ninth Circuit brief. |
| 4/12/2004 | James W Kapp | 0.10 | Review trustee objection to Capstone retention application. |
| 4/12/2004 | Janet S Baer | 1.10 | Confer re 3007 motion and National Union order (.3); confer with M. Davis (National Union attorney) re same (.2); prepare correspondence on 3007 Order and review draft order re same (.3); further attend to matters re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/12/2004 | John C O'Quinn | 2.00 | Research and clarify timelines in the memorandum; research factual questions. |
| 4/12/2004 | Samuel Blatnick | 9.50 | Research and draft response to Libby Claimants' request for reduction in contempt fees (7.5); draft outline for response to Libby Claimants' motion to stay contempt order (1.0); review documents for document production (1.0). |
| 4/12/2004 | Tiffany J Wood | 5.50 | Review information from client and prepare litigation summary chart re same (5.0); follow up with J. Baer re same (.5). |
| 4/13/2004 | David M Bernick, P.C. | 8.80 | Travel to New York and review of recusal briefs (5.8); meeting with L. Kruger (1.5); conduct telephone conference re non-asbestos litigation (1.0); conduct telephone conference re allocation of hearing time (.5). |
| 4/13/2004 | Christopher Landau | 1.50 | Discuss record issues with J. O'Quinn for 9th Circuit Libby Appeal. |
| 4/13/2004 | James W Kapp | 2.70 | Review Debtors objection to Libby statement to reduce sanctions (1.2); discuss strategy re objection re same (.8); review revised draft re same (.7). |
| 4/13/2004 | John C O'Quinn | 4.50 | Review documents with C. Landau for excerpts of record; coordinate with K. Coggon re excerpts of record; select portions of documents for inclusion; discuss brief with K. Coggon and C. Landau. |
| 4/13/2004 | Kenneth J Sturek | 1.20 | Review current draft of opening brief focusing on record materials for inclusion in record excerpts. |
| 4/13/2004 | Mark E Grummer | 0.40 | Exchange emails re KWELMB settlements and DOJ request for same, other subjects. |
| 4/13/2004 | Rhonda Lopera | 3.00 | Review and analyze litigation cases and docket summaries re status of each (2.5); interoffice conference re same (.5). |
| 4/13/2004 | Samuel Blatnick | 6.50 | Office conference re Grace's response to Wesconn's interrogatories and discovery requests (.5); office conference re Libby Claimants' request for reduction in contempt fees (.5); update and revise response to Libby Claimants' request for reduction in contempt fees (5.5). |
| 4/13/2004 | Toni L Wallace | 0.50 | Office conference with S. Blatnick re Gerard contempt invoice (.1); revise same (.4). |
| 4/14/2004 | David M Bernick, P.C. | 2.00 | Preparation for recusal argument. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/14/2004 | Ashley C Parrish | 0.20 | Telephone conference with W. Sparks re briefing on recusal issues (.2). |
| 4/14/2004 | Christopher Landau | 2.00 | Edit draft Ninth Circuit brief. |
| 4/14/2004 | James W Kapp | 1.90 | Review revised response to Libby sanction reduction motion. |
| 4/14/2004 | John C O'Quinn | 0.50 | Address briefing questions from K. Coggon and from C. Landau. |
| 4/14/2004 | Samuel Blatnick | 8.20 | Draft response/objections to Wesconn's discovery request and interrogatories (5.5); revise/update response and objection to Libby Claimants' motion for fee reduction (2.7). |
| 4/15/2004 | David M Bernick, P.C. | 6.30 | Preparation for recusal argument (5.8); conduct telephone conference with P. Norris (.5). |
| 4/15/2004 | Ashley C Parrish | 1.00 | Review reply briefs and pleadings for Third Circuit oral argument. (1.0). |
| 4/15/2004 | Janet S Baer | 0.30 | Confer re Futures Rep, Libby contempt and Gerard fees. |
| 4/15/2004 | John C O'Quinn | 2.00 | Edit brief in response to comments for K. Coggon re cites and address formatting questions (1.2); discuss brief with Bob Ermett (.2); cite changes suggested by David Siegel (.6). |
| 4/15/2004 | Kenneth J Sturek | 2.50 | Cite check appellants' brief for C. Landau and J. O'Quinn. |
| 4/15/2004 | Mark E Grummer | 1.20 | Review revised draft lippy appeal brief. |
| 4/15/2004 | Samuel Blatnick | 7.50 | Draft response to Libby Claimants' Motion to Stay Contempt Order (6.5); revise/update response and objections to Wesconn's interrogatories and production request (1.0). |
| 4/16/2004 | David M Bernick, P.C. | 7.30 | Conduct telephone conference with D. Siegel re plan (.3); preparation for recusal argument and conduct telephone conference with A. Parrish, C. Landau (7.0). |
| 4/16/2004 | Ashley C Parrish | 6.50 | Research various issues for D. Bernick for oral argument before the Third Circuit (5.6); telephone conference with D. Bernick and C. Landau re oral argument strategy (.8); telephone conference with clerk of court re use of exhibits at oral argument (.1) |
| 4/16/2004 | Christopher Landau | 0.50 | Assist D. Bernick in his preparation for oral argument in the Wolin Recusal appeal. |
| 4/16/2004 | Janet S Baer | 0.50 | Revise contempt and fee reply briefs. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/16/2004 | Kenneth J Sturek | 3.80 | Cite check opening brief for C. Landau and J. O'Quinn. |
| 4/16/2004 | Rhonda Lopera | 1.00 | Review and analyze pleadings re Judge Wolin recusal (.7); interoffice conference re same (.3). |
| 4/16/2004 | Samuel Blatnick | 4.20 | Review motion of Timothy Kane to life the automatic stay (.5); prepare Wesconn documents for production and send to Wesconn (.7); revise contempt fee reduction response to reflect revised/reduced invoice and review revised invoices (1.0); revise/update response to Libby Claimants (2.0). |
| 4/17/2004 | Janet S Baer | 2.00 | Revise contempt response brief (1.2); review letter and revised fee invoice re contempt fees (.3); review revised reply re contempt fees (.5). |
| 4/18/2004 | David M Bernick, P.C. | 9.50 | Preparation for recusal hearing and travel (9.0) revise futures motion (.5). |
| 4/18/2004 | Ashley C Parrish | 3.80 | Research additional issues for D. Bernick in advance of Third Circuit oral argument (2.0); prepare memorandum for D. Bernick re same (1.3); telephone conference with D. Bernick re same (.5). |
| 4/19/2004 | David M Bernick, P.C. | 10.00 | Preparation for and attend recusal argument. |
| 4/19/2004 | Ashley C Parrish | 0.20 | Telephone conference with M. Browdy re oral argument before the Third Circuit (.1); voicemail to C. Landau re same (.1). |
| 4/19/2004 | Christopher Landau | 2.30 | Edit draft of Ninth Circuit brief for the Libby Appeal. |
| 4/19/2004 | Janet S Baer | 2.30 | Conference re futures representative and contempt motions (.5); further revise same (.8); confer re CNA issues (.3); confer with W. Sparks re 3rd circuit oral argument on J. Wolin (.3); review Maryland and CNA responses re perpetual depositions and contempt (.4). |
| 4/19/2004 | John C O'Quinn | 1.20 | Review voicemail from B. Emmett and review brief in response; update brief based on cite check; address questions raised by C. Landau. |
| 4/19/2004 | Kenneth J Sturek | 4.50 | Complete the cite check of the law portion of the opening brief for C. Landau and J. O'Quinn; continue work on cites to the record excerpts. |
| 4/19/2004 | Mark E Grummer | 0.90 | Review revised draft Libby brief. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/19/2004 | Samuel Blatnick | 7.00 | Revise and update response to Libby Claimants motion for relief from automatic stay (3.5); revise and update response and objection to Libby Claimants' motion for fee reduction (2.5); draft cover letter requesting reduced fees and expenses from Libby Claimants for their contempt (1.0). |
| 4/20/2004 | Christopher Landau | 1.50 | Edit draft Ninth Circuit brief for Libby Appeal (.7); conference call with team re same (.3); discuss Third Circuit oral argument with D. Bernick (.5). |
| 4/20/2004 | Janet S Baer | 0.90 | Confer with D. Cohn and J. Hughes re issues on perpetuation depositions and objections re same (.4); review new information on Western Minerals (.2); review information on Joplin (.3). |
| 4/20/2004 | John C O'Quinn | 2.50 | Conference call with clients re brief; update record cites in brief. |
| 4/20/2004 | Kenneth J Sturek | 6.50 | Complete the cite check of the record excerpts cites in the opening brief for C. Landau and J. O'Quinn. |
| 4/20/2004 | Samuel Blatnick | 1.20 | Calls with M. Davis and J. Hughes re process and responsibilities for reviewing claims (.7); review Maryland and CNA's objections to Libby Claimants' motion for relief from automatic stay and preliminary injunction to take perpetuation depositions (.5). |
| 4/21/2004 | David M Bernick, P.C. | 1.60 | Meeting with J. Rice and F. McGovern (.3); conduct telephone conference with C. Landau (.8); conduct telephone conference with D. Siegel re plan strategy (.5). |
| 4/21/2004 | Christopher Landau | 1.50 | Edit draft Ninth Circuit brief for Libby Appeal. |
| 4/21/2004 | Janet S Baer | 0.60 | Confer with J. Hughes re perpetuation deposition issues (.2); confer re Kane matter (.2); confer with J. Posner re Kane (.2). |
| 4/21/2004 | John C O'Quinn | 4.00 | Discuss materials needed for citations with K. Coggon (.3); update pincites to record in brief (1.2); review excerpts of record and enter ER cites into brief and pincites (2.5). |
| 4/21/2004 | Kenneth J Sturek | 4.00 | Create index to excerpts of record for the opening brief at the request of J. O'Quinn. |
| 4/22/2004 | David M Bernick, P.C. | 0.30 | Conduct telephone conference with D. Siegel. |
| 4/22/2004 | Christopher Landau | 7.50 | Final review and edits to Ninth Circuit brief for Libby Appeal. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/22/2004 | Janet S Baer | 0.80 | Prepare response on Heberling deposition letter and revise same (.5); attend to matters re Kane and Heberling (.3). |
| 4/22/2004 | John C O'Quinn | 7.00 | Prepare brief for filing, including reviewing excerpts, add paragraph in response to comments, coordinate with C. Landau. |
| 4/22/2004 | Kenneth J Sturek | 4.50 | Finalize the individual volumes of the record excerpts for filing with the brief; check to make sure that all documents in the excerpts have been cited in the brief. |
| 4/22/2004 | Mark E Grummer | 1.90 | Receive email re Gluek Park site and cleanup request from DOJ/EPA and review files re prior evaluations of cleanup requests for non-owned expanding plant sites and prepare detailed email to team re same and proposing response to DOJ/EPA. |
| 4/23/2004 | Christopher Landau | 4.00 | Finalize and file Ninth Circuit brief for Libby Appeal. |
| 4/23/2004 | Janet S Baer | 3.50 | Review materials re Joplin matter (.2); confer re Heberling deposition matters (.2); confer re Kane deposition/stay matter (.2); participate in call re Joplin response on settlement proposal (1.0); confer with counsel for T. Kane re stay issues (.3); confer with J. Hughes re Gordon lumber discovery issues (.3); review draft order on perpetuating matter (.2); review further Kane information (1.0); review draft National Union order (.2); review correspondence re Gluek environmental claim and response re same (.3); revise Joplin agreement (.5). |
| 4/23/2004 | John C O'Quinn | 9.50 | Prepare corporate disclosure statement; prepare statutory addendum; review comments on indirect costs, give brief a final read-through; review draft amicus brief; correct excerpts of record; oversee filing. |
| 4/23/2004 | Kenneth J Sturek | 8.00 | Re-format the table of contents for the record excerpts; organize the statutory and regulatory addendum for J. O'Quinn; shepard the brief through reprographics and organize filing and service for C. Landau. |
| 4/23/2004 | Mark E Grummer | 2.90 | Review and prepare suggestions for Libby appeal brief. |
| 4/23/2004 | Samuel Blatnick | 0.50 | Draft cover letter for Wesconn document production. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/26/2004 | Janet S Baer | 1.80 | Conference re perpetuation deposition motion, order and related matters (.3); confer with J. Hughes re same (.2); prepare message re order on same (.3); revise Joplin Stipulation (.3); review 3rd circuit letter re Gerard appeal (.2); attend to matters re Joplin (.2); follow up on perpetual deposition and related contempt issue (.3). |
| 4/26/2004 | Samuel Blatnick | 9.50 | Review letters from counsel for Libby claiments and draft letter to D. Cohn re letters from J. Heberling and the Libby Claimants' desire to use perpetuation depositions for purposes of supporting proof of claims in the Grace bankruptcy cases (2.0); call with D. Cohn re perpetuation depositions and the purpose of their requested depositions (.5); research and draft debtors' objection to Libby Claimants' motion for leave from the automatic stay and preliminary injunction to take perpetuation depositions (7.0). |
| 4/27/2004 | Janet S Baer | 1.00 | Review J. Price revisions to Joplin agreement and comments re same (.3); confer with R. Emmett and B. Porter re same (.3); confer with counsel for Joplin re same (.2); review revised Herberling response letter (.2). |
| 4/27/2004 | Kenneth J Sturek | 0.80 | Call third circuit clerk's office re transcript of oral argument; call court reporting service re oral argument transcript at the request of A. Parrish. |
| 4/27/2004 | Samuel Blatnick | 0.50 | Revise and expand letter to D. Cohn re perpetuation depositions. |
| 4/28/2004 | Christopher Landau | 4.00 | Review draft amicus brief prepared by Latham & Watkins on indirect cost issue; discuss same with team for 9th Circuit Libby Appeal. |
| 4/28/2004 | Janet S Baer | 2.90 | Review further correspondence re Libby depositions and revise draft response to stay motion (2.0); confer re same (.4); review revised Joplin agreements (.2); confer re all outstanding litigation matters (.3). |
| 4/28/2004 | John C O'Quinn | 2.50 | Review draft amicus brief; discuss with K. Coggon and C. Landau. |
| 4/28/2004 | Samuel Blatnick | 2.50 | Draft motion for leave to file debtors' objection to Libby Claimants' motion for leave from the automatic stay and preliminary injunction to take perpetuation depositions. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/29/2004 | James W Kapp | 2.90 | Develop response strategy re Libby deposition request (.3); review debtor's response to motion for relief from stay to take prepetition depositions (2.0); attend to issues re same (.6). |
| 4/29/2004 | Janet S Baer | 4.10 | Further revise response re Libby claimants motion on perpetuation depositions (1.0); confer re same and strategy on matters going forward (.8); prepare letter re Wilburn deposition (.8); revise new version of response on perpetuation depositions (1.5). |
| 4/29/2004 | John C O'Quinn | 0.80 | Review 9th Circuit notice and draft statement of related cases. |
| 4/29/2004 | Mark E Grummer | 0.10 | Review exchange of emails re Gluek Park site. |
| 4/29/2004 | Michelle H Browdy | 0.50 | Review and analyze 3d circuit transcript from Wolin Recusal hearing. |
| 4/29/2004 | Samuel Blatnick | 4.00 | Research, re-draft and expand response to Libby Claimants' motion for leave to take perpetuation depositions. |
| 4/30/2004 | James W Kapp | 1.60 | Review revised response to Libby motion to take depositions (1.1); review transcripts re same (.5). |
| 4/30/2004 | Janet S Baer | 3.90 | Review and further revise response on Libby claimants perpetual depositions (1.5); review motion re asbestos registry issue and confer re same (.4); review new materials from J. Heberling re prospective depositions (.2); revise letter to L. Wallace re Wilburn deposition (.3); further revise and finalize Libby claimants' response (1.5). |
| 4/30/2004 | Samuel Blatnick | 5.00 | Research re response to Libby Claimants motion for leave to take perpetuation depositions (3.0); revise and finalize response and arrange for filing of same (2.0). |
| | Total hours: | 318.40 | |

## Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/8/2004 | Janet S Baer | 0.30 | Review draft agenda for April Omnibus hearing. |
| 4/8/2004 | James W Kapp | 0.50 | Review agenda for 4/26 omnibus hearing (.2); attend to issues re same (.3). |
| 4/19/2004 | Janet S Baer | 0.30 | Confer re outstanding issues for April omnibus hearing. |
| 4/26/2004 | Janet S Baer | 0.30 | Confer re status of pending matters set for May omnibus hearing. |
| 4/26/2004 | James W Kapp | 0.50 | Receive status re matters pending at adjourned hearing. |
|  | Total hours: | 1.90 |  |

## Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/7/2004 | Rosaline Langley | 2.00 | Draft fee application for the month of March. |
| 4/9/2004 | Toni L Wallace | 0.40 | Review docket for filing dates re fee applications and calendar same. |
| 4/20/2004 | Toni L Wallace | 0.10 | Telephone conference with billing department re March monthly fee application. |
| 4/23/2004 | Janet S Baer | 0.20 | Review correspondence/pleadings re outstanding fees in Sealed Air case. |
| 4/26/2004 | Rosaline Langley | 1.50 | Prepare March fee application. |
| 4/28/2004 | Toni L Wallace | 1.50 | Review and revise fee application (1.1); prepare exhibit B to same (.4). |
| 4/28/2004 | Rosaline Langley | 1.00 | Prepare summary chart for March fee application. |
| 4/28/2004 | James W Kapp | 0.30 | Attend to issues re preparation of fee application. |
| 4/29/2004 | Rosaline Langley | 5.00 | Prepare 12th quarterly fee application. |
| 4/30/2004 | Rosaline Langley | 7.00 | Prepare 12th quarterly fee application (4.0); revise March fee application and telephone conference with S. Mag and C. Lane re same (1.0); prepare to submit March Fee application for filing (2.0). |
| | Total hours: | 19.00 | |

## Matter 37 – Plan and Disclosure Statement – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/2/2004 | Theodore L Freedman | 1.00 | Various issues in connection with unsecured creditors plan. |
| 4/2/2004 | David M Bernick, P.C. | 1.30 | Conduct telephone conference with D. Siegel re plan strategy (.8); conduct telephone conference with T. Freedman re same (.5). |
| 4/5/2004 | Theodore L Freedman | 1.00 | Conference call with P. Zilly on plan issues. |
| 4/7/2004 | Janet S Baer | 0.80 | Conference call re Futures Rep (.4); confer with T. Freedman further re same and plan structure issues (.2); attend to matters re meeting with Committee on Plan (.2). |
| 4/7/2004 | Samuel Blatnick | 1.00 | Prepare for and attend office conference with J. Baer re motion to appoint futures' representative and other pending Grace matters. |
| 4/8/2004 | Janet S Baer | 0.50 | Confer with L. Krueger re meeting on Plan issues and coordinate same (.3); follow up re same (.2). |
| 4/8/2004 | Samuel Blatnick | 4.50 | Draft motion to appoint a future's representative (1.5); and research candidates (3.0). |
| 4/9/2004 | Janet S Baer | 0.60 | Confer with T. Freedman re status of Plan/claim analysis for UCC meeting (.3); confer with P. Lilly re same (.3). |
| 4/9/2004 | Theodore L Freedman | 1.00 | Review of documents (.7); conference call with J. Baer (.3). |
| 4/11/2004 | Janet S Baer | 0.30 | Review P. Zilly documents re Plan analysis. |
| 4/12/2004 | Theodore L Freedman | 0.50 | Conference call on proposed meeting. |
| 4/13/2004 | Janet S Baer | 2.00 | Participate in conference with counsel for the unsecured creditors committee re chapter 11 plan issues, structure, futures representative and related matters (1.5); follow up with client re same (.5). |
| 4/13/2004 | Samuel Blatnick | 3.00 | Research candidates for futures representative (1.5) and update application to reflect findings (1.5). |
| 4/13/2004 | Theodore L Freedman | 2.00 | Meeting with commercial creditors. |
| 4/15/2004 | Samuel Blatnick | 1.50 | Update and revise motion to appoint futures representative. |
| 4/15/2004 | Theodore L Freedman | 0.50 | Call on various statutory issues related to plan structuring. |
| 4/16/2004 | Janet S Baer | 1.50 | Revise application to appoint futures representative. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/19/2004 | Samuel Blatnick | 1.00 | Revise and update motion to appoint future's representative and file with Court. |
| 4/20/2004 | Janet S Baer | 0.80 | Confer with D. Siegel re: Futures' Representative and research on Plan issues (.3); confer with T. Freedman re same (.2); confer with S. Blatnick re same (.3); review E. Filon memo re Plan projection issues (.3). |
| 4/20/2004 | Samuel Blatnick | 7.00 | Research concerning the creation of 524(g) trust(s), channelling injunction(s), and voting classes for 524(g). |
| 4/20/2004 | Theodore L Freedman | 0.50 | Conference call with J. Baer re futures' representative. |
| 4/21/2004 | Janet S Baer | 1.10 | Confer with E. Filon re financial projections for plan purposes (.8); confer re status of 524(g) research (.3). |
| 4/21/2004 | Samuel Blatnick | 8.00 | Research and draft memorandum concerning the creation of trust(s), channelling injunction(s), and voting classes for 524(g) reorganization plans. |
| 4/22/2004 | Samuel Blatnick | 3.00 | Review reorganization plans and disclosure statements that include 524(g) trusts for treatment of trust and channeling injunction. |
| 4/23/2004 | Janet S Baer | 0.20 | Confer with G. Becker re futures representative motion/position. |
| 4/25/2004 | Janet S Baer | 0.60 | Review D. Austern testimony before Congress (.4); review most recent Grace 1st quarter earning release (.2). |
| 4/28/2004 | Theodore L Freedman | 0.50 | Conference call with J. Baer re futures' representative. |
| 4/29/2004 | Samuel Blatnick | 2.00 | Additional research on 524(g) and update memorandum re same. |
| | Total hours: | 47.70 | |

## Matter 38 – Employment Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/29/2004 | David M Bernick, P.C. | 1.00 | Conduct telephone conference with L. Krueger, S. Baena and E. Insulbuch re futures representatives. |
| 3/30/2004 | David M Bernick, P.C. | 1.80 | Conduct telephone conference with Bentley re future representative (.3); meeting with D. Siegel (1.5). |
| 4/6/2004 | Theodore L Freedman | 1.50 | Conference call on futures representative. |
| 4/6/2004 | David M Bernick, P.C. | 0.80 | Conduct telephone conference with re future representative. |
| 4/7/2004 | David M Bernick, P.C. | 0.80 | Conduct telephone conference with D. Siegel and T. Freedman re future representative and plan strategy. |
| 4/9/2004 | Christian J Lane | 1.00 | Correspondence with creditors committee counsel re Deloitte retention (.4); revise order (.6). |
|  | Total hours: | 6.90 |  |

## Matter 42 – Travel non-working – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/13/2004 | Janet S Baer | 1.50 | Travel from Chicago to New York for meeting with unsecured creditors and claims attorneys (billed at 1/2 time). |
| | Total hours: | 1.50 | |

### Matter 46 – Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/19/2004 | Todd F Maynes, P.C. | 1.00 | Telephone calls and emails re 505 procedures and various tax settlement options. |
| 4/21/2004 | Natalie H Keller | 0.20 | Conference with P. Shenoy re closing agreements and follow-up re same. |
| 4/22/2004 | Todd F Maynes, P.C. | 2.00 | Telephone calls and emails re bankruptcy issues (.4); research re Remedium fact pattern (1.6). |
| 4/23/2004 | Todd F Maynes, P.C. | 1.00 | Review of Remedium papers. |
| 4/29/2004 | Todd F Maynes, P.C. | 1.00 | Conference call re Remedium situation. |
| 4/30/2004 | Todd F Maynes, P.C. | 0.50 | Begin preparation of 505 memorandum. |
|  | Total hours: | 5.70 |  |