# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
| --- | --- |
| Airfare | $2,464.92 |
| Transportation to/from airport | $423.47 |
| Travel Meals | $26.00 |
| Overtime Transportation | $35.00 |
| **Total** | **$2,949.39** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/18/2004 | 931.86 | Samuel Blatnick, Airfare, Pittsburgh, 03/26/04 to 03/26/04, (Client Meeting), Airfare |
| 3/26/2004 | 931.86 | Janet Baer, Airfare, Pittsburgh, PA, 03/26/04 to 03/26/04, (Hearing) |
| 4/13/2004 | 601.20 | Janet Baer, Airfare, New York, 04/13/04 to 04/15/04, (Meeting) |
| 3/22/2004 | 64.10 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 3/26/2004 | 61.60 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 3/26/2004 | 63.70 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 3/26/2004 | 56.05 | Crown Coach - Transportation to/from airport, Samuel Blatnick |
| 3/26/2004 | 178.02 | Janet Baer, To/From Airport, Pittsburgh, PA, 03/26/04, (Meeting) |
| 3/26/2004 | 26.00 | Janet Baer, Travel Meal with Others, Pittsburgh, PA, 03/26/04, (Hearing) |
| 3/26/2004 | 35.00 | Samuel Blatnick, cabfare, Chicago, 03/26/04, (Overtime Transportation), Cab fare to airport |
| Total: | 2,949.39 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $181.69 |
| Fax Telephone Charge | $4.04 |
| Fax Charge | $21.75 |
| Standard Copies | $4,431.75 |
| Binding | $3.50 |
| Tabs/Indexes/Dividers | $8.10 |
| Scanned Images | $0.45 |
| Postage | $0.37 |
| Overnight Delivery | $21.81 |
| Local Transportation | $76.59 |
| Outside Copy/Binding Services | $218.15 |
| Library Document Procurement | $66.00 |
| Computer Database Research | $2,416.50 |
| Overtime Transportation | $197.50 |
| Overtime Meals - Attorney | $298.34 |
| **Total** | **$7,946.54** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 1/22/2004 | 14.95 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 01/22/04, (Document Production), Overtime Meal |
| 2/26/2004 | 10.00 | Library Document Procurement - Exposure (2/1/83 & March/April 1983). |
| 2/27/2004 | 0.75 | Fax page charge to 215-563-7996 |
| 3/1/2004 | 16.05 | David Bernick P.C., Cellular Service, Sprint, Jan 29 - Feb. 28, 03/01/04, (Telephone Charges) |
| 3/1/2004 | 128.81 | West Publishing-TP,Database Usage  3.04 |
| 3/2/2004 | 60.85 | West Publishing-TP,Database Usage  3.04 |
| 3/2/2004 | 15.77 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 03/02/04, (Document Production), Overtime Meal |
| 3/3/2004 | 28.26 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 03/03/04, (Document Production), Overtime Meal |
| 3/4/2004 | 22.46 | West Publishing-TP,Database Usage  3.04 |
| 3/4/2004 | 54.93 | West Publishing-TP,Database Usage  3.04 |
| 3/5/2004 | 1.53 | West Publishing-TP,Database Usage  3.04 |
| 3/5/2004 | 3.78 | West Publishing-TP,Database Usage  3.04 |
| 3/6/2004 | 6.90 | West Publishing-TP,Database Usage  3.04 |
| 3/6/2004 | 5.57 | West Publishing-TP,Database Usage  3.04 |
| 3/7/2004 | 0.51 | West Publishing-TP,Database Usage  3.04 |
| 3/8/2004 | 10.00 | Library Document Procurement - HR - Report 93-1453 (1974). |
| 3/8/2004 | 10.00 | Library Document Procurement - H. Report 103-835; Congressional Record H 10765 (10/4/94); S 14464 (10/6/94). |
| 3/8/2004 | 1.77 | West Publishing-TP,Database Usage  3.04 |
| 3/8/2004 | 441.58 | West Publishing-TP,Database Usage  3.04 |
| 3/8/2004 | 28.92 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 03/08/04, (Document Production), Overtime Meal |
| 3/9/2004 | 22.05 | West Publishing-TP,Database Usage  3.04 |
| 3/9/2004 | 46.30 | West Publishing-TP,Database Usage  3.04 |
| 3/9/2004 | 237.77 | West Publishing-TP,Database Usage  3.04 |
| 3/10/2004 | 105.90 | West Publishing-TP,Database Usage  3.04 |
| 3/10/2004 | 86.79 | West Publishing-TP,Database Usage  3.04 |
| 3/11/2004 | 4.91 | West Publishing-TP,Database Usage  3.04 |
| 3/11/2004 | 11.83 | West Publishing-TP,Database Usage  3.04 |
| 3/14/2004 | 23.93 | Janet Baer, Cellular Service, T-Mobile, 2/11/04-3/10/04, 03/14/04, (Telephone Charges) |
| 3/15/2004 | 0.20 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 3/15/2004 | 5.40 | Standard Copies |
| 3/15/2004 | 5.60 | Standard Copies |
| 3/15/2004 | 1.20 | Standard Copies |
| 3/15/2004 | 0.40 | Standard Copies |
| 3/15/2004 | 0.20 | Standard Copies |
| 3/15/2004 | 0.20 | Standard Copies |
| 3/15/2004 | 0.20 | Standard Copies |
| 3/15/2004 | 0.40 | Standard Copies |
| 3/15/2004 | 0.40 | Standard Copies |
| 3/15/2004 | 0.20 | Standard Copies |
| 3/15/2004 | 0.20 | Standard Copies |
| 3/15/2004 | 0.20 | Standard Copies |
| 3/15/2004 | 2.40 | Standard Copies |
| 3/15/2004 | 1.00 | Standard Copies |
| 3/15/2004 | 2.00 | Standard Copies |
| 3/15/2004 | 1.00 | Standard Copies |
| 3/15/2004 | 1.00 | Standard Copies |
| 3/15/2004 | 1.00 | Standard Copies |
| 3/15/2004 | 1.00 | Standard Copies |
| 3/15/2004 | 1.00 | Standard Copies |
| 3/15/2004 | 0.60 | Standard Copies |
| 3/15/2004 | 0.20 | Standard Copies |
| 3/15/2004 | 0.20 | Standard Copies |
| 3/15/2004 | 0.30 | Standard Copies |
| 3/15/2004 | 1.10 | Standard Copies |
| 3/15/2004 | 2.40 | Standard Copies |
| 3/15/2004 | 0.60 | Standard Copies |
| 3/15/2004 | 0.50 | Standard Copies |
| 3/15/2004 | 7.90 | Standard Copies |
| 3/15/2004 | 2.80 | Standard Copies |
| 3/15/2004 | 0.20 | Standard Copies |
| 3/15/2004 | 2.10 | Standard Copies |
| 3/15/2004 | 2.20 | Standard Copies |
| 3/15/2004 | 3.00 | Standard Copies |
| 3/15/2004 | 3.00 | Standard Copies |
| 3/15/2004 | 1.20 | Standard Copies |
| 3/15/2004 | 1.50 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 3/15/2004 | 1.20 | Standard Copies |
| 3/15/2004 | 1.40 | Standard Copies |
| 3/15/2004 | 1.30 | Standard Copies |
| 3/15/2004 | 1.40 | Standard Copies |
| 3/15/2004 | 3.30 | Standard Copies |
| 3/15/2004 | 1.00 | Standard Copies |
| 3/15/2004 | 3.10 | Standard Copies |
| 3/15/2004 | 1.90 | Standard Copies |
| 3/15/2004 | 1.30 | Standard Copies |
| 3/15/2004 | 2.70 | Standard Copies |
| 3/15/2004 | 0.90 | Standard Copies |
| 3/15/2004 | 4.70 | Standard Copies |
| 3/15/2004 | 10.40 | Standard Copies |
| 3/15/2004 | 11.40 | Standard Copies |
| 3/15/2004 | 5.00 | Standard Copies |
| 3/15/2004 | 5.20 | Standard Copies |
| 3/15/2004 | 2.30 | Standard Copies |
| 3/15/2004 | 4.20 | Standard Copies |
| 3/15/2004 | 3.00 | Standard Copies |
| 3/15/2004 | 3.20 | Standard Copies |
| 3/15/2004 | 10.30 | Standard Copies |
| 3/15/2004 | 3.30 | Standard Copies |
| 3/15/2004 | 8.40 | Standard Copies |
| 3/15/2004 | 14.40 | Standard Copies |
| 3/15/2004 | 5.50 | Standard Copies |
| 3/15/2004 | 10.30 | Standard Copies |
| 3/15/2004 | 8.30 | Standard Copies |
| 3/15/2004 | 0.20 | Standard Copies |
| 3/15/2004 | 2.50 | Standard Copies |
| 3/15/2004 | 0.10 | Standard Copies |
| 3/15/2004 | 0.10 | Standard Copies |
| 3/15/2004 | 0.20 | Standard Copies |
| 3/15/2004 | 0.10 | Standard Copies |
| 3/15/2004 | 0.10 | Standard Copies |
| 3/15/2004 | 0.10 | Standard Copies |
| 3/15/2004 | 16.00 | Standard Copies |
| 3/15/2004 | 11.40 | Standard Copies |

B-6

| Date | Amount | Description |
|------|-------:|-------------|
| 3/15/2004 | 0.60 | Standard Copies |
| 3/15/2004 | 1.30 | Standard Copies |
| 3/15/2004 | 1.40 | Standard Copies |
| 3/15/2004 | 1.20 | Standard Copies |
| 3/15/2004 | 0.30 | Standard Copies |
| 3/15/2004 | 0.40 | Standard Copies |
| 3/15/2004 | 0.90 | Standard Copies |
| 3/15/2004 | 76.59 | RED TOP CAB COMPANY - Local Transportation 03/04/2004 |
| 3/16/2004 | 3.00 | Standard Copies |
| 3/16/2004 | 2.10 | Standard Copies |
| 3/16/2004 | 1.70 | Standard Copies |
| 3/16/2004 | 1.90 | Standard Copies |
| 3/16/2004 | 1.10 | Standard Copies |
| 3/16/2004 | 1.10 | Standard Copies |
| 3/16/2004 | 1.40 | Standard Copies |
| 3/16/2004 | 1.00 | Standard Copies |
| 3/16/2004 | 0.50 | Standard Copies |
| 3/16/2004 | 2.80 | Standard Copies |
| 3/16/2004 | 1.20 | Standard Copies |
| 3/16/2004 | 12.10 | Standard Copies |
| 3/16/2004 | 0.10 | Standard Copies |
| 3/16/2004 | 8.30 | Standard Copies |
| 3/16/2004 | 0.20 | Standard Copies |
| 3/16/2004 | 2.50 | Standard Copies |
| 3/17/2004 | 2.40 | Standard Copies |
| 3/17/2004 | 3.20 | Standard Copies |
| 3/17/2004 | 3.00 | Standard Copies |
| 3/17/2004 | 3.50 | Standard Copies |
| 3/17/2004 | 2.80 | Standard Copies |
| 3/17/2004 | 1.20 | Standard Copies |
| 3/17/2004 | 0.40 | Standard Copies |
| 3/17/2004 | 0.60 | Standard Copies |
| 3/17/2004 | 0.30 | Standard Copies |
| 3/17/2004 | 2.40 | Standard Copies |
| 3/17/2004 | 2.50 | Standard Copies |
| 3/17/2004 | 43.80 | Standard Copies |
| 3/17/2004 | 1.70 | Standard Copies |

| Date | Amount | Description |
|------|-------|-------------|
| 3/17/2004 | 1.60 | Tabs/Indexes/Dividers |
| 3/18/2004 | 4.20 | Standard Copies |
| 3/18/2004 | 7.50 | Standard Copies |
| 3/18/2004 | 6.00 | Standard Copies |
| 3/18/2004 | 7.90 | Standard Copies |
| 3/18/2004 | 0.20 | Standard Copies |
| 3/18/2004 | 0.60 | Standard Copies |
| 3/18/2004 | 1.80 | Standard Copies |
| 3/18/2004 | 1.75 | Binding |
| 3/19/2004 | 4.70 | Standard Copies |
| 3/19/2004 | 5.00 | Standard Copies |
| 3/19/2004 | 4.00 | Standard Copies |
| 3/19/2004 | 4.70 | Standard Copies |
| 3/19/2004 | 1.60 | Standard Copies |
| 3/19/2004 | 4.00 | Standard Copies |
| 3/19/2004 | 1.70 | Standard Copies |
| 3/19/2004 | 2.30 | Standard Copies |
| 3/19/2004 | 0.60 | Standard Copies |
| 3/19/2004 | 0.50 | Standard Copies |
| 3/19/2004 | 1.20 | Standard Copies |
| 3/19/2004 | 4.60 | Standard Copies |
| 3/19/2004 | 4.70 | Standard Copies |
| 3/19/2004 | 1.60 | Standard Copies |
| 3/19/2004 | 4.00 | Standard Copies |
| 3/19/2004 | 7.99 | Fed Exp to:CHECK LABEL,BOSTON,MA from:MAILROOM |
| 3/21/2004 | 44.22 | West Publishing-TP,Database Usage 3.04 |
| 3/22/2004 | 6.65 | Telephone call to: LB AREA,CA 310-321-5532 |
| 3/22/2004 | 0.20 | Standard Copies |
| 3/23/2004 | 1.45 | Telephone call to: LB AREA,CA 310-321-5532 |
| 3/23/2004 | 0.60 | Standard Copies |
| 3/23/2004 | 0.40 | Standard Copies |
| 3/23/2004 | 22.84 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 03/23/04, (Document Preparation), Overtime Meal |
| 3/24/2004 | 0.62 | Telephone call to: PHILADELPH,PA 215-864-7000 |
| 3/24/2004 | 1.70 | Standard Copies |
| 3/24/2004 | 5.00 | Standard Copies |
| 3/24/2004 | 1.60 | Standard Copies |

B-8

| Date | Amount | Description |
|------|-------:|-------------|
| 3/24/2004 | 4.70 | Standard Copies |
| 3/24/2004 | 1.80 | Standard Copies |
| 3/24/2004 | 4.00 | Standard Copies |
| 3/24/2004 | 22.81 | West Publishing-TP,Database Usage  3.04 |
| 3/25/2004 | 1.66 | Telephone call to:  E CENTRAL,FL 561-866-6654 |
| 3/25/2004 | 5.40 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 3/25/2004 | 0.62 | Telephone call to:  WESTERN,TN 901-820-2065 |
| 3/25/2004 | 2.40 | Standard Copies |
| 3/25/2004 | 2.30 | Standard Copies |
| 3/25/2004 | 2.30 | Standard Copies |
| 3/25/2004 | 1.00 | Standard Copies |
| 3/25/2004 | 0.40 | Standard Copies |
| 3/25/2004 | 0.80 | Standard Copies |
| 3/25/2004 | 0.40 | Standard Copies |
| 3/25/2004 | 0.50 | Standard Copies |
| 3/25/2004 | 2.40 | Standard Copies |
| 3/25/2004 | 0.20 | Standard Copies |
| 3/25/2004 | 2.10 | Standard Copies |
| 3/25/2004 | 3.20 | Standard Copies |
| 3/25/2004 | 4.00 | Standard Copies |
| 3/25/2004 | 0.20 | Standard Copies |
| 3/25/2004 | 0.20 | Standard Copies |
| 3/25/2004 | 1.60 | Standard Copies |
| 3/25/2004 | 29.49 | West Publishing-TP,Database Usage  3.04 |
| 3/26/2004 | 12.89 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 3/26/2004 | 1.10 | Standard Copies |
| 3/26/2004 | 1.60 | Standard Copies |
| 3/26/2004 | 30.00 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 03/26/04, (Document Production), Overtime Meal |
| 3/29/2004 | 0.62 | Telephone call to:  STATE OF,DE 302-778-6442 |
| 3/29/2004 | 3.95 | Telephone call to:  NEWYORKCTY,NY 212-806-5544 |
| 3/29/2004 | 0.83 | Telephone call to:  NEWYORKCTY,NY 212-583-5395 |
| 3/29/2004 | 0.83 | Telephone call to:  NASHVILLE,TN 615-244-0030 |
| 3/29/2004 | 3.12 | Telephone call to:  E CENTRAL,FL 561-362-1533 |
| 3/29/2004 | 2.40 | Standard Copies |
| 3/29/2004 | 3.20 | Standard Copies |
| 3/29/2004 | 3.00 | Standard Copies |

| Date | Amount | Description |
|------|-------|-------------|
| 3/29/2004 | 3.00 | Standard Copies |
| 3/29/2004 | 3.58 | West Publishing-TP,Database Usage  3.04 |
| 3/30/2004 | 6.65 | Telephone call to:  COLUMBIA,MD 410-531-4795 |
| 3/30/2004 | 1.87 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 3/30/2004 | 1.66 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 3/30/2004 | 0.62 | Telephone call to:  E CENTRAL,FL 561-362-1533 |
| 3/30/2004 | 1.04 | Telephone call to:  WILMINGTON,DE 302-655-9200 |
| 3/30/2004 | 1.50 | Fax page charge to 302-652-5338 |
| 3/30/2004 | 6.80 | Standard Copies |
| 3/30/2004 | 2.40 | Standard Copies |
| 3/30/2004 | 51.90 | Standard Copies |
| 3/30/2004 | 6.60 | Standard Copies |
| 3/30/2004 | 17.00 | Standard Copies |
| 3/30/2004 | 6.60 | Standard Copies |
| 3/30/2004 | 0.40 | Standard Copies |
| 3/30/2004 | 52.30 | Standard Copies |
| 3/30/2004 | 0.60 | Standard Copies |
| 3/30/2004 | 3.10 | Standard Copies |
| 3/30/2004 | 0.20 | Standard Copies |
| 3/31/2004 | 2.49 | Telephone call to:  CAMBRIDGE,MA 617-498-3826 |
| 3/31/2004 | 1.04 | Telephone call to:  CARVERSVL,PA 215-297-8932 |
| 3/31/2004 | 5.50 | Standard Copies |
| 3/31/2004 | 0.60 | Standard Copies |
| 3/31/2004 | 0.20 | Standard Copies |
| 3/31/2004 | 0.10 | Standard Copies |
| 3/31/2004 | 1.75 | Binding |
| 3/31/2004 | 16.96 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 03/31/04, (Overtime Meals), Overtime Meal |
| 4/1/2004 | 2.49 | Telephone call to:  DENVER,CO 303-866-0408 |
| 4/1/2004 | 0.50 | Standard Copies |
| 4/1/2004 | 14.00 | Standard Copies |
| 4/1/2004 | 0.45 | Scanned Images |
| 4/2/2004 | 1.04 | Telephone call to:  E CENTRAL,FL 561-362-1532 |
| 4/2/2004 | 3.95 | Telephone call to:  COLUMBIA,MD 410-531-4795 |
| 4/2/2004 | 0.10 | Standard Copies |
| 4/2/2004 | 0.90 | Standard Copies |
| 4/2/2004 | 0.40 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 4/2/2004 | 4.00 | Standard Copies |
| 4/2/2004 | 0.60 | Standard Copies |
| 4/2/2004 | 0.70 | Standard Copies |
| 4/2/2004 | 0.10 | Standard Copies |
| 4/2/2004 | 1.80 | Standard Copies |
| 4/2/2004 | 21.00 | GELMAN LIBRARY INFORMATION SERIVCE - Library Document Procurement |
| 4/2/2004 | 15.00 | GELMAN LIBRARY INFORMATION SERIVCE - Library Document Procurement |
| 4/2/2004 | 14.00 | Overtime Transportation, N. Merenyuk, 3/4/04 |
| 4/2/2004 | 13.00 | Overtime Transportation, N. Merenyuk, 3/2/04 |
| 4/2/2004 | 13.00 | Overtime Transportation, N. Merenyuk, 3/9/04 |
| 4/2/2004 | 11.70 | Overtime Transportation, T. McCollom, 3/9/04 |
| 4/2/2004 | 7.10 | Overtime Transportation, T. McCollom, 3/5/04 |
| 4/5/2004 | 0.10 | Standard Copies |
| 4/5/2004 | 38.20 | Standard Copies |
| 4/5/2004 | 4.70 | Standard Copies |
| 4/5/2004 | 2.00 | Standard Copies |
| 4/5/2004 | 309.60 | Standard Copies |
| 4/5/2004 | 6.50 | Tabs/Indexes/Dividers |
| 4/5/2004 | 13.82 | Fed Exp to:NATALIE K. TOGNETTI, PARALEGAL,DENVER CO from:JOHN O'QUINN |
| 4/5/2004 | 35.84 | LEXISNEXIS COURTLINK INC. - Computer Database Research, Courtlink Charges - March 2004 |
| 4/5/2004 | 14.00 | Samuel Blatnick, cabfare, Chicago, 04/05/04, (Overtime Transportation), Cab fare home |
| 4/5/2004 | 25.61 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 04/05/04, (Document Production), Overtime Meal |
| 4/6/2004 | 2.91 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 4/6/2004 | 1.25 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 4/6/2004 | 0.83 | Telephone call to:  WASHINGTON,DC 202-456-1414 |
| 4/6/2004 | 0.30 | Standard Copies |
| 4/6/2004 | 12.50 | Standard Copies |
| 4/7/2004 | 0.83 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 4/7/2004 | 1.07 | Fax phone charge to 011-33153306644 |
| 4/7/2004 | 1.50 | Fax page charge to 011-33153306644 |
| 4/7/2004 | 0.20 | Standard Copies |
| 4/7/2004 | 0.30 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 4/7/2004 | 0.40 | Standard Copies |
| 4/7/2004 | 1.50 | Standard Copies |
| 4/7/2004 | 0.30 | Standard Copies |
| 4/7/2004 | 15.00 | Standard Copies |
| 4/7/2004 | 7.21 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 1/1/04 to 3/31/04 for Christopher Landau |
| 4/7/2004 | 144.62 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 1/1/04 to 3/31/04 for Shirley A. Pope |
| 4/7/2004 | 0.07 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 1/1/04 to 3/31/04 for Kathleen A. O'Neil |
| 4/7/2004 | 4.76 | PACER SERVICE CENTER - Computer Database Research, Pacer Usage chgs. 1/1/04 to 3/31/04 for J. Aguilar |
| 4/7/2004 | 32.34 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 1/1/04 to 3/31/04 for R. Lopera |
| 4/7/2004 | 1.89 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 1/1/04 to 3/31/04 for Kenneth Sturek |
| 4/7/2004 | 2.45 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 1/1/04 to 3/31/04 for John O'Quinn |
| 4/7/2004 | 4.13 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 1/1/04 to 3/31/04 for Scott Walker |
| 4/7/2004 | 28.91 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 1/1/04 to 3/31/04 for Aaron Weinberg |
| 4/7/2004 | 0.07 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage 1/1/04 to 3/31/04 |
| 4/7/2004 | 1.54 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage 1/1/04 to 3/31/04 |
| 4/7/2004 | 16.24 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage 1/1/04 to 3/31/04 |
| 4/7/2004 | 263.83 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage 1/1/04 to 3/31/04, T. McCollom |
| 4/7/2004 | 22.26 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage 1/1/04 to 3/31/04, T. McCollom |
| 4/7/2004 | 476.21 | PACER SERVICE CENTER - Computer Database Research, Pacer database usage, T Wallace, 1/01/04 to 3/31/04 |
| 4/7/2004 | 1.12 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 1/1/04 to 3/31/04 for Shirley A. Pope |
| 4/7/2004 | 17.43 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 1/1/04 to 3/31/04 for Melvin Marguerite |
| 4/7/2004 | 14.00 | Overtime Transportation, N. Merenyuk, 3/8/04 |
| 4/8/2004 | 0.50 | Telephone call to:  DENVER,CO 303-866-0408 |

| Date | Amount | Description |
|------|--------|-------------|
| 4/8/2004 | 2.29 | Telephone call to: CARVERSVL,PA 215-297-8932 |
| 4/8/2004 | 0.62 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 4/8/2004 | 1.50 | Fax page charge to 215-297-8920 |
| 4/8/2004 | 0.20 | Standard Copies |
| 4/9/2004 | 3.33 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 4/9/2004 | 0.62 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 4/9/2004 | 0.83 | Telephone call to: STATE OF,DE 302-778-6442 |
| 4/9/2004 | 2.29 | Telephone call to: BALTIMORE,MD 410-332-8600 |
| 4/9/2004 | 2.70 | Telephone call to: EDGARTOWN,MA 508-627-7116 |
| 4/9/2004 | 0.83 | Telephone call to: ALBANY,NY 518-433-2425 |
| 4/9/2004 | 1.25 | Telephone call to: PITTSBURGH,PA 412-288-6204 |
| 4/9/2004 | 0.83 | Telephone call to: WILMINGTON,DE 302-573-6491 |
| 4/9/2004 | 0.83 | Telephone call to: LITTLMIAMI,OH 513-575-4444 |
| 4/9/2004 | 0.62 | Telephone call to: LB AREA,CA 310-321-5532 |
| 4/9/2004 | 0.75 | Telephone call to: DENVER,CO 303-866-0408 |
| 4/9/2004 | 4.50 | Fax page charge to 617-498-4402 |
| 4/9/2004 | 0.40 | Standard Copies |
| 4/9/2004 | 1.40 | Standard Copies |
| 4/9/2004 | 2.90 | Standard Copies |
| 4/9/2004 | 2.50 | Standard Copies |
| 4/9/2004 | 0.80 | Standard Copies |
| 4/9/2004 | 1.80 | Standard Copies |
| 4/9/2004 | 0.30 | Standard Copies |
| 4/9/2004 | 1.00 | Standard Copies |
| 4/9/2004 | 0.20 | Standard Copies |
| 4/9/2004 | 0.30 | Standard Copies |
| 4/9/2004 | 0.40 | Standard Copies |
| 4/9/2004 | 0.20 | Standard Copies |
| 4/9/2004 | 2.60 | Standard Copies |
| 4/9/2004 | 2.70 | Standard Copies |
| 4/9/2004 | 2.30 | Standard Copies |
| 4/9/2004 | 2.40 | Standard Copies |
| 4/9/2004 | 0.60 | Standard Copies |
| 4/9/2004 | 1.30 | Standard Copies |
| 4/9/2004 | 0.50 | Standard Copies |
| 4/9/2004 | 1.00 | Standard Copies |
| 4/9/2004 | 5.10 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 4/9/2004 | 2.10 | Standard Copies |
| 4/9/2004 | 1.20 | Standard Copies |
| 4/9/2004 | 2.30 | Standard Copies |
| 4/9/2004 | 2.40 | Standard Copies |
| 4/9/2004 | 1.60 | Standard Copies |
| 4/9/2004 | 0.60 | Standard Copies |
| 4/9/2004 | 0.20 | Standard Copies |
| 4/9/2004 | 0.60 | Standard Copies |
| 4/9/2004 | 0.30 | Standard Copies |
| 4/9/2004 | 1.20 | Standard Copies |
| 4/9/2004 | 5.10 | Standard Copies |
| 4/11/2004 | 2.50 | Standard Copies |
| 4/12/2004 | 0.83 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 4/12/2004 | 1.25 | Telephone call to:  NEW YORK,NY 212-223-0400 |
| 4/12/2004 | 0.83 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 4/12/2004 | 0.62 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 4/12/2004 | 7.50 | Standard Copies |
| 4/12/2004 | 7.70 | Standard Copies |
| 4/12/2004 | 17.10 | Standard Copies |
| 4/12/2004 | 2.90 | Standard Copies |
| 4/12/2004 | 2.50 | Standard Copies |
| 4/12/2004 | 1.10 | Standard Copies |
| 4/12/2004 | 0.80 | Standard Copies |
| 4/12/2004 | 0.15 | Standard Copies NY |
| 4/12/2004 | 28.59 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 04/12/04, (Document Preparation), Overtime Meal |
| 4/13/2004 | 1.45 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 4/13/2004 | 4.48 | Telephone call to:  DENVER,CO 303-866-0408 |
| 4/13/2004 | 24.30 | Janet Baer, Cellular Service, T-Mobile, 3-11-04 - 4-12-04, 04/13/04, (Telephone Charges) |
| 4/13/2004 | 0.20 | Standard Copies |
| 4/13/2004 | 0.30 | Standard Copies |
| 4/13/2004 | 12.00 | Standard Copies |
| 4/13/2004 | 2.00 | Standard Copies |
| 4/13/2004 | 13.50 | Standard Copies |
| 4/13/2004 | 2.20 | Standard Copies |
| 4/13/2004 | 2.40 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 4/13/2004 | 2.50 | Standard Copies |
| 4/13/2004 | 2.20 | Standard Copies |
| 4/13/2004 | 5.10 | Standard Copies |
| 4/13/2004 | 0.20 | Standard Copies |
| 4/13/2004 | 2.20 | Standard Copies |
| 4/13/2004 | 5.70 | Standard Copies |
| 4/13/2004 | 0.50 | Standard Copies |
| 4/13/2004 | 28.49 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 04/13/04, (Document Preparation), Overtime Meal |
| 4/14/2004 | 1.45 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 4/14/2004 | 0.83 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 4/14/2004 | 0.83 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 4/14/2004 | 0.75 | Telephone call to:  WILMINGTON,DE 302-652-5340 |
| 4/14/2004 | 0.60 | Standard Copies |
| 4/14/2004 | 4.10 | Standard Copies |
| 4/14/2004 | 6.40 | Standard Copies |
| 4/14/2004 | 21.90 | Standard Copies |
| 4/14/2004 | 0.20 | Standard Copies |
| 4/14/2004 | 11.10 | Standard Copies |
| 4/14/2004 | 6.50 | Standard Copies |
| 4/14/2004 | 3.40 | Standard Copies |
| 4/14/2004 | 1.50 | Standard Copies |
| 4/14/2004 | 1.50 | Standard Copies |
| 4/14/2004 | 1.50 | Standard Copies |
| 4/14/2004 | 1.50 | Standard Copies |
| 4/14/2004 | 0.60 | Standard Copies |
| 4/14/2004 | 1.20 | Standard Copies |
| 4/14/2004 | 3.40 | Standard Copies |
| 4/14/2004 | 7.00 | Standard Copies |
| 4/14/2004 | 0.40 | Standard Copies |
| 4/14/2004 | 1.50 | Standard Copies |
| 4/14/2004 | 14.00 | Samuel Blatnick, cabfare, Chicago, 04/14/04, (Overtime Transportation), Cab fare home |
| 4/14/2004 | 23.95 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 04/14/04, (Document Preparation), Overtime Meal |
| 4/15/2004 | 7.47 | Telephone call to:  COLUMBIA,MD 410-531-4751 |
| 4/15/2004 | 0.83 | Telephone call to:  PITTSBURGH,PA 412-391-7005 |
| 4/15/2004 | 1.04 | Telephone call to:  ALEXANDRIA,VA 703-971-4343 |

| Date | Amount | Description |
|------|--------|-------------|
| 4/15/2004 | 1.04 | Telephone call to: PHLADELPHA,PA 610-353-2092 |
| 4/15/2004 | 1.87 | Telephone call to: PETALUMASW,CA 707-795-1738 |
| 4/15/2004 | 0.20 | Standard Copies |
| 4/15/2004 | 10.00 | Standard Copies |
| 4/15/2004 | 10.00 | Standard Copies |
| 4/15/2004 | 10.00 | Standard Copies |
| 4/15/2004 | 0.10 | Standard Copies |
| 4/15/2004 | 0.10 | Standard Copies |
| 4/15/2004 | 3.00 | Standard Copies |
| 4/15/2004 | 0.10 | Standard Copies |
| 4/15/2004 | 39.20 | Standard Copies |
| 4/15/2004 | 61.10 | Standard Copies |
| 4/15/2004 | 0.80 | Standard Copies |
| 4/15/2004 | 6.90 | Standard Copies |
| 4/15/2004 | 2.90 | Standard Copies |
| 4/15/2004 | 20.80 | Standard Copies |
| 4/15/2004 | 13.00 | Standard Copies |
| 4/15/2004 | 2.90 | Standard Copies |
| 4/15/2004 | 1.70 | Standard Copies |
| 4/15/2004 | 1.40 | Standard Copies |
| 4/15/2004 | 1.40 | Standard Copies |
| 4/15/2004 | 1.60 | Standard Copies |
| 4/15/2004 | 4.50 | Standard Copies |
| 4/15/2004 | 1.50 | Standard Copies |
| 4/15/2004 | 2.80 | Standard Copies |
| 4/15/2004 | 1.30 | Standard Copies |
| 4/15/2004 | 8.40 | Standard Copies |
| 4/15/2004 | 0.20 | Standard Copies |
| 4/15/2004 | 0.20 | Standard Copies |
| 4/15/2004 | 0.20 | Standard Copies |
| 4/15/2004 | 0.20 | Standard Copies |
| 4/15/2004 | 0.20 | Standard Copies |
| 4/16/2004 | 0.50 | Telephone call to: PHILADELPH,PA 215-597-2995 |
| 4/16/2004 | 0.10 | Standard Copies |
| 4/16/2004 | 0.60 | Standard Copies |
| 4/16/2004 | 0.20 | Standard Copies |
| 4/16/2004 | 0.20 | Standard Copies |

| Date | Amount | Description |
|------|-------|-------------|
| 4/16/2004 | 1.70 | Standard Copies |
| 4/16/2004 | 1.40 | Standard Copies |
| 4/16/2004 | 1.00 | Standard Copies |
| 4/16/2004 | 0.80 | Standard Copies |
| 4/16/2004 | 0.50 | Standard Copies |
| 4/16/2004 | 0.10 | Standard Copies |
| 4/16/2004 | 3.00 | Standard Copies |
| 4/16/2004 | 0.60 | Standard Copies |
| 4/16/2004 | 0.20 | Standard Copies |
| 4/16/2004 | 0.20 | Standard Copies |
| 4/16/2004 | 0.30 | Standard Copies |
| 4/16/2004 | 0.90 | Standard Copies |
| 4/16/2004 | 1.30 | Standard Copies |
| 4/16/2004 | 1.00 | Standard Copies |
| 4/16/2004 | 0.80 | Standard Copies |
| 4/16/2004 | 0.30 | Standard Copies |
| 4/16/2004 | 0.70 | Standard Copies |
| 4/16/2004 | 0.80 | Standard Copies |
| 4/16/2004 | 0.70 | Standard Copies |
| 4/16/2004 | 0.20 | Standard Copies |
| 4/16/2004 | 1.30 | Standard Copies |
| 4/16/2004 | 0.10 | Standard Copies |
| 4/16/2004 | 0.10 | Standard Copies |
| 4/16/2004 | 218.15 | 24 SEVEN COPIES, INC - Outside Copy/Binding Services, requested by S Pope |
| 4/17/2004 | 13.00 | Samuel Blatnick, cabfare, Chicago, 04/17/04, (Overtime Transportation), Cab fare home |
| 4/17/2004 | 17.00 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 04/17/04, (Document Production), Overtime Meal |
| 4/19/2004 | 1.50 | Fax page charge to 617-498-4402 |
| 4/20/2004 | 0.83 | Fax phone charge to 617-498-4402 |
| 4/20/2004 | 2.14 | Fax phone charge to 011-33153306644 |
| 4/20/2004 | 6.75 | Fax page charge to 617-498-4402 |
| 4/20/2004 | 3.00 | Fax page charge to 011-33153306644 |
| 4/21/2004 | 2.24 | Telephone call to:  DENVER,CO 303-866-0408 |
| 4/22/2004 | 0.75 | Telephone call to:  DENVER,CO 303-861-7000 |
| 4/22/2004 | 0.75 | Telephone call to:  DENVER,CO 303-866-0408 |
| 4/22/2004 | 0.30 | Standard Copies |

B-17

| Date | Amount | Description |
|------|-------:|-------------|
| 4/22/2004 | 0.20 | Standard Copies |
| 4/22/2004 | 533.00 | Standard Copies |
| 4/22/2004 | 3.40 | Standard Copies |
| 4/22/2004 | 569.00 | Standard Copies |
| 4/22/2004 | 14.00 | Samuel Blatnick, cabfare, Chicago, 04/22/04, (Overtime Transportation), Cab fare home |
| 4/22/2004 | 17.00 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 04/22/04, (Overtime Meals), Overtime Meal |
| 4/23/2004 | 292.40 | Standard Copies |
| 4/23/2004 | 114.20 | Standard Copies |
| 4/23/2004 | 33.60 | Standard Copies |
| 4/23/2004 | 80.50 | Standard Copies |
| 4/23/2004 | 241.90 | Standard Copies |
| 4/23/2004 | 196.70 | Standard Copies |
| 4/23/2004 | 156.00 | Standard Copies |
| 4/23/2004 | 239.20 | Standard Copies |
| 4/23/2004 | 59.80 | Standard Copies |
| 4/23/2004 | 46.40 | Standard Copies |
| 4/23/2004 | 345.40 | Standard Copies |
| 4/23/2004 | 53.60 | Standard Copies |
| 4/23/2004 | 0.37 | Postage |
| 4/23/2004 | 11.24 | VIRTUALDOCKET.COM - Computer Database Research, TA(10.60) Download of documents 4/23/04 |
| 4/26/2004 | 0.50 | Telephone call to:  SANFRNCSCO,CA 415-556-9974 |
| 4/26/2004 | 0.75 | Telephone call to:  SANFRNCSCO,CA 415-556-9753 |
| 4/26/2004 | 0.75 | Telephone call to:  PHILADELPH,PA 215-597-2995 |
| 4/26/2004 | 0.75 | Fax page charge to 215-829-0679 |
| 4/27/2004 | 12.00 | Overtime Transportation, N. Merenyuk, 3/5/04 |
| 4/27/2004 | 6.40 | Overtime Transportation, T. Wood, 3/15/04 |
| 4/28/2004 | 13.00 | Overtime Transportation, N. Merenyuk, 3/24/04 |
| 4/28/2004 | 14.00 | Overtime Transportation, N. Merenyuk, 3/26/04 |
| 4/28/2004 | 11.30 | Overtime Transportation, T. McCollom, 3/1/04 |
| 4/28/2004 | 13.00 | Overtime Transportation, N. Merenyuk, 3/3/04 |
| Total: | 7,946.54 | |