## EXHIBIT A

## Case Administration (9.50 Hours; $ 2,318.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .90 | $685 | 616.50 |
| Rita C. Tobin | 1.20 | $375 | 450.00 |
| Robert C. Spohn | 3.40 | $180 | 612.00 |
| Andrew D. Katznelson | 4.00 | $160 | 640.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 04/01/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/1/04 (.2). |
| 04/02/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/2/04 (.2). |
| 04/02/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI. |
| 04/05/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 04/05/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/5/04 (.2). |
| 04/06/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/6/04 (.2). |
| 04/07/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/7/04 (.1). |
| 04/08/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/08/04. (.2) |

| | | | | |
|---|---|---|---|---|
| 04/09/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/09/04. (.2) |
| 04/12/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/12/04. (.1) |
| 04/12/04 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT (.5); perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI (.5). |
| 04/13/04 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/13/04. (.2) Retrieve documents requested by attorney re appeal oral argument. (.2) |
| 04/13/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 04/14/04 | PVL | 685.00 | 0.40 | Review obj. re MA settlement motion (.2); review Libby motion re contempt (.1); review Libby cls. motion re depos (.1). |
| 04/14/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 04/14/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/14/04. (.1) |
| 04/15/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/15/04. (.1) |
| 04/16/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/16/04. (.1) |
| 04/19/04 | PVL | 685.00 | 0.20 | Review agenda letter (.1); review 3 omni cls. objs (.1). |

| 04/19/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/19/04. (.2) |
|---|---|---|---|---|
| 04/19/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT (.3); Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI and RCT (.2). |
| 04/20/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 04/20/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/20/04. (.1) |
| 04/21/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/21/04. (.1). |
| 04/21/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 04/22/04 | PVL | 685.00 | 0.10 | Review appl. re FCR. |
| 04/22/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/22/04 (.2). |
| 04/23/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/23/04 (.1). |
| 04/25/04 | PVL | 685.00 | 0.10 | Review 8 miscellaneous filings. |
| 04/26/04 | PVL | 685.00 | 0.10 | Teleconference EI. |
| 04/26/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 04/26/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/26//04 (.1). |
| 04/27/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |

- 4 -

| 04/27/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/27/04 (.1). |
| 04/27/04 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT (.5); perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI and RCT (.5). |
| 04/28/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/28/04 (.2). |
| 04/29/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/29/04 (.1). |
| 04/30/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and corresp. received 04.30.04 (.1). |

**Total Task Code .04**         **9.50**

## Claims Analysis Objections & Resolution (Asbestos) (.10 Hours; $ 68.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/23/04 | PVL | 685.00 | 0.10 | Review 2 responses re Liberty cls. |

**Total Task Code .05**         **.10**

## Claims Analysis Objections & Resolution (Non-Asbestos) (.40 Hours; $ 274.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | | .40 | $685 | 274.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/29/04 | PVL | 685.00 | 0.10 | Review e-mail. |
| 04/30/04 | PVL | 685.00 | 0.30 | Confer Eskin (.1); confer EI (.2). |

**Total Task Code .06      .40**


## Committee, Creditors', Noteholders' or Equity Holders'(.20 Hours; $ 156.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $780 | 156.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/06/04 | EI | 780.00 | 0.20 | Memo to Bernick re: futures representative. |

**Total Task Code .07      .20**


## Fee Applications, Applicant (5.10 Hours; $ 1,375.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.60 | $375 | 975.00 |
| Andrew D. Katznelson | 2.50 | $160 | 400.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/02/04 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant fee application working material for ADK, TB, and RCT. |
| 04/08/04 | RCT | 375.00 | 0.20 | Review fee app schedules and payments with ADK. |

{D0022202:1 }

| 04/12/04 | RCT | 375.00 | 0.50 | Review prebills. |
| 04/12/04 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 04/13/04 | RCT | 375.00 | 0.50 | Review exhibits to fee applications. |
| 04/19/04 | RCT | 375.00 | 0.50 | Review and edit fee app exhibits. |
| 04/21/04 | RCT | 375.00 | 0.30 | Review fee apps re: fee auditor query. |
| 04/21/04 | RCT | 375.00 | 0.10 | Review fee schedules for May 2004. |
| 04/22/04 | ADK | 160.00 | 1.00 | Worked on Fee Application. |
| 04/23/04 | RCT | 375.00 | 0.50 | Review final of fee app. |
| 04/23/04 | ADK | 160.00 | 0.50 | Worked on Fee Application. |

**Total Task Code .12**　　　**5.10**


## Fee Applications, Others (.60 Hours; $ 148.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |
| Andrew D. Katznelson | .50 | $160 | 80.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 04/03/04 | PVL | 685.00 | 0.10 | Review 3 fee applications and 5 fee CNOs. |
| 04/19/04 | ADK | 160.00 | 0.50 | Assisted TB with research of expense inquiry for Ness Motley. |

**Total Task Code .13**　　　**.60**


## Hearings (.80 Hours; $ 416.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|

| Julie W. Davis | | | .80 | $520 | 416.00 |
|----------------|--|--|-----|------|--------|

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 04/02/04 | JWD | 520.00 | 0.80 | Memo to EI re issues for next omnibus hearing |

**Total Task Code .15**      **.80**

## Plan & Disclosure Statement (.40 Hours; $ 312.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | .40 | $780 | 312.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 04/22/04 | EI | 780.00 | 0.10 | T/c Crames re: Futures Rep. |
| 04/23/04 | EI | 780.00 | 0.10 | T/c Cooney re: Trafelet. |
| 04/30/04 | EI | 780.00 | 0.20 | Memos re: Futures Rep. |

**Total Task Code .17**      **.40**

## Fee Auditor Matters (.50 Hours; $ 187.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Rita C. Tobin | .50 | $375 | 187.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 04/29/04 | RCT | 375.00 | 0.50 | Resolve fee app issue. |

**Total Task Code .32**      **.50**

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | 2.39 |
| Long Distance-Equitrac In-House | 0.89 |
| Research Material | 103.11 |
| Travel Expenses - Ground Transportation | 5.35 |
| Xeroxing | 66.00 |

Total    $ 177.74

{D0022202:1 }