**EXHIBIT B**

**Case Administration (9.5 Hours; $ 2,318.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        9.5**

**Claim Analysis Objection & Resolution (Asbestos) (.1 Hours; $ 68.50)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05        .1**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.4 Hours; $ 274.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06        .4**

**Committee, Creditors', Noteholders' or equity Holders' (.2 Hours; $156.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07        .2**

**Fee Applications, Applicant (5.1 Hours; $ 1,375.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        5.1**

{D0022203:1 }
DOC#151898

- 2 -

**Fee Applications, Others (.6 Hours; $ 148.50)**

        Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13      .6**

**Hearings (.8 Hours; $ 416.00)**

        Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15      .8**

**Plan and Disclosure Statement (.4 Hours; $ 312.00)**

        Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17      .4**

**Fee Auditor Matters (.5 Hours; $ 187.50)**

        Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32      .5**