## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 2.39 |
| Long Distance-Equitrac In-House | 0.89 |
| Research Material | 103.11 |
| Travel Expenses - Ground Transportation | 5.35 |
| Xeroxing | 66.00 |
| Total | $ 177.74 |

{D0022204:1 }