| Client Number: 4642 | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
|---|---|---|---|
| **Matter  000** | **Disbursements** | | 5/25/2004 |
| | | | Print Date/Time: |
| | | | 05/25/2004 |
| | | | 1:29:29PM |
| Attn: | | | Invoice # |

PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 4/30/2004

**Matter  000**
**Disbursements**
Bill Cycle:       Monthly         Style:      i1        Start:    4/16/2001

Last Billed : 4/28/2004                              13,655

Trust Amount Available

Total Expenses Billed To Date       $237,803.20

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu Inselbuch | 0.00 | 7.74 | 0.00 | 7.74 |
| 0234 | RET | Rita E Tower | 0.00 | 2.70 | 0.00 | 2.70 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 50.70 | 0.00 | 50.70 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 116.60 | 0.00 | 116.60 |
| | | | **0.00** | **177.74** | **0.00** | **177.74** |

**Total Fees**

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1623508 | Federal Express to Lauren Pryzbylek from EI on 3/25 | E | 04/02/2004 | 0120 | EI | 0.00 | | $2.39 | 0.00 | | $2.39 | 2.39 |
| 1624991 | Equitrac - Long Distance to 8054993572 | E | 04/07/2004 | 0999 | C&D | 0.00 | | $0.59 | 0.00 | | $0.59 | 2.98 |
| 1626405 | Charge & Ride; EI cab to train station for trip to Wilmington, Delaware on 3/22 | E | 04/12/2004 | 0120 | EI | 0.00 | | $5.35 | 0.00 | | $5.35 | 8.33 |
| 1626788 | Photocopy | E | 04/12/2004 | 0238 | SLG | 0.00 | | $1.35 | 0.00 | | $1.35 | 9.68 |
| 1626883 | Photocopy | E | 04/12/2004 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 10.58 |
| 1627633 | Photocopy | E | 04/13/2004 | 0238 | SLG | 0.00 | | $21.00 | 0.00 | | $21.00 | 31.58 |
| 1629272 | Photocopy | E | 04/14/2004 | 0238 | SLG | 0.00 | | $0.60 | 0.00 | | $0.60 | 32.18 |
| 1628528 | Pacer Service Center;  Public Access to Court | E | 04/15/2004 | 0999 | C&D | 0.00 | | $97.93 | 0.00 | | $97.93 | 130.11 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter     000** | | **Disbursements** | | | | | | | | 5/25/2004 |

Print Date/Time:
05/25/2004
1:29:29PM

Attn:                                                                                                                                                    Invoice #

| | Electronic records throughm March | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1630566 | Photocopy | E | 04/19/2004 | 0238 | SLG | 0.00 | $3.90 | 0.00 | $3.90 | 134.01 |
| 1631002 | Photocopy | E | 04/20/2004 | 0238 | SLG | 0.00 | $2.85 | 0.00 | $2.85 | 136.86 |
| 1632117 | Photocopy | E | 04/22/2004 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 139.26 |
| 1632205 | Photocopy | E | 04/22/2004 | 0238 | SLG | 0.00 | $18.60 | 0.00 | $18.60 | 157.86 |
| 1632719 | Photocopy | E | 04/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 158.46 |
| 1632802 | Photocopy | E | 04/23/2004 | 0999 | C&D | 0.00 | $7.20 | 0.00 | $7.20 | 165.66 |
| 1633707 | Equitrac - Long Distance to 3026524100 | E | 04/27/2004 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 165.77 |
| 1633743 | Equitrac - Long Distance to 3026524100 | E | 04/27/2004 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 165.87 |
| 1633770 | Equitrac - Long Distance to 3026524100 | E | 04/27/2004 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 165.96 |
| 1633963 | Photocopy | E | 04/27/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 166.56 |
| 1634246 | Pacer Service Center;  January 2004 thru March 31, 2004 usage | E | 04/28/2004 | 0999 | C&D | 0.00 | $5.18 | 0.00 | $5.18 | 171.74 |
| 1634431 | Photocopy | E | 04/28/2004 | 0234 | RET | 0.00 | $2.70 | 0.00 | $2.70 | 174.44 |
| 1635390 | Photocopy | E | 04/29/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 175.34 |
| 1635455 | Photocopy | E | 04/29/2004 | 0238 | SLG | 0.00 | $2.40 | 0.00 | $2.40 | 177.74 |
| **Total Expenses** | | | | | | 0.00 | $177.74 | 0.00 | $177.74 | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 177.74 | 177.74 |
| Matter Total | 0.00 | 177.74 | 0.00 | 177.74 |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $177.74 | $177.74 |
| Prebill Total | 0.00 | $177.74 | 0.00 | $177.74 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |

```
Client Number:   4642               Grace Asbestos Personal Injury Claimants                        Page:    1
Matter      000                     Disbursements                                                  5/25/2004
                                                                                              Print Date/Time:
                                                                                                   05/25/2004
                                                                                                    1:29:29PM
Attn:                                                                                              Invoice #
 43,556         11/20/2003                 22,649.50             4,529.90
 43,557         11/20/2003                  5,865.50             1,173.10
 43,916         12/29/2003                  1,191.00               238.20
 43,917         12/29/2003                 22,939.00             4,587.80
 44,174         01/23/2004                 17,186.00             3,437.20
 44,175         01/23/2004                    476.00                95.20
 44,595         02/26/2004                  7,367.50             1,473.50
 44,882         03/26/2004                 18,711.91            18,711.91
 45,209         04/28/2004                 29,045.77            29,045.77
                                        1,341,243.43           264,780.27
```