```
Date: 05/14/04            Legal Analysis Systems, Inc.
Time: 3:00pm                                                            Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
04/02/04   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5    300.00
#5102      review latest CBO letters on alternative treatment    600.00
           of asbestos claims; prepare materials in response

04/02/04   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1     60.00
#5103      telephone Relles re: HR&A spreadsheets, assumptions   600.00
           about payments

04/02/04   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2     75.00
#5301      search through HR&A files, find payment assumptions,  375.00
           summarize for Peterson

04/02/04   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1     37.50
#5302      telephone Peterson re: HR&A spreadsheets,             375.00
           assumptions about payments

04/03/04   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    240.00
#5104      Work on response to CBO analysis of treatment of      600.00
           asbestos claimants

04/04/04   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    120.00
#5105      Review CBO reports and letters during fall 2003 re:   600.00
           alternative treatment of asbestos liabilities

04/04/04   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5    300.00
#5107      Prepare materials on CBO's analysis of alternative    600.00
           treatment of asbestos claimants

04/04/04   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    150.00
#5304      edit, format, and prepare report on CBO estimate      375.00
           submitted by Holtz-Eakin in letter to J. Dennis
           Hastert

04/05/04   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1     60.00
#5109      telephone Relles re: revisions to CBO document        600.00

04/05/04   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    120.00
#5110      Review and revise materials responding to CBO's       600.00
           analysis of alternative treatment of asbestos
           liabilities

04/05/04   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3    112.50
#5306      revise review of CBO document                         375.00
```

{D0021820:1 }

```
Date: 05/14/04              Legal Analysis Systems, Inc.
Time: 3:00pm                                                          Page 2

                      W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 04/05/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1   37.50
 #5307     telephone Peterson re: revisions to CBO document       375.00

 04/06/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6  360.00
 #5112     work on response to CBO; telephone Taylor re: same     600.00

 04/06/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1   60.00
 #5113     telephone Relles re: response to CBO                   600.00

 04/06/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4  150.00
 #5308     work on response to CBO                                375.00

 04/06/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1   37.50
 #5309     telephone Peterson re: response to CBO                 375.00

 04/07/04  Brelsford / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5  100.00
 #5801     work on "response to CBO" document                     200.00

 04/07/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.1  660.00
 #5115     work on response to CBO                                600.00

 04/07/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1   60.00
 #5116     telephone Relles re: response to CBO                   600.00

 04/07/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4  150.00
 #5310     work on response to CBO                                375.00

 04/07/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1   37.50
 #5311     telephone Peterson re: response to CBO                 375.00

 04/08/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1   60.00
 #5119     review analyses of CBO estimates                       600.00

 04/10/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3  180.00
 #5123     prepare materials re: CBO's estimates of costs of      600.00
           alternative methods for compensating asbestos
           claimants

 04/11/04  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1   60.00
 #5128     review HR&A forecasts of asbestos liabilities under    600.00
           alternative payment processes

 04/13/04  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2   75.00
 #5320     run CBO projections with variations                    375.00
```

{D0021820:1 }

```
Date: 05/14/04              Legal Analysis Systems, Inc.
Time: 3:00pm                                                              Page 3

                       W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/13/04   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    75.00
 #5323      attend Senate staff and CBO meeting                   375.00

 04/13/04   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    75.00
 #5324      run simulations with variations of CBO projections   375.00

 04/25/04   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    60.00
 #5149      review Welch letter and Welch study re: incidence of 600.00
            nonmalignant disease
```

{D0021820:1 }

```
Date: 05/14/04              Legal Analysis Systems, Inc.
Time: 3:00pm                                                           Page 4

                    W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
04/09/04    Peterson  / (07) Committee, Creditors'             0.2      120.00
#5120       telephone Austern re: Manville Trust data sent to  600.00
            CBO re: alternative treatment of asbestos claimants;
            review data

04/12/04    Peterson  / (07) Committee, Creditors'             0.2      120.00
#5132       meeting with Finch to prepare compilation of       600.00
            materials re: alternative methods for compensating
            asbestos claimants

04/12/04    Peterson  / (07) Committee, Creditors'             0.1       60.00
#5133       meeting with Forscey, Finch, Relles re: alternative 600.00
            methods for compensating asbestos claimants

04/12/04    Relles    / (07) Committee, Creditors'             0.2       75.00
#5317       meeting with Finch re: CBO meeting                 375.00

04/12/04    Relles    / (07) Committee, Creditors'             0.1       37.50
#5319       meeting with Forscey, Finch, Peterson re:          375.00
            alternative methods for compensating asbestos
            claimants

04/13/04    Peterson  / (07) Committee, Creditors'             0.2      120.00
#5137       meet with Forscey and Finch to discuss Senate/CBO  600.00
            meeting

04/14/04    Peterson  / (07) Committee, Creditors'             0.3      180.00
#5138       meet with Forscey and Finch to discuss analyses of 600.00
            alternative methods for compensating asbestos
            claimants

04/23/04    Peterson  / (07) Committee, Creditors'             0.1       60.00
#5148       Telephone Forscey; email correspondence with Vest  600.00
            re: pending asbestos claims
```

{D0021820:1 }

```
Date: 05/14/04              Legal Analysis Systems, Inc.
Time: 3:00pm                                                              Page 5

                    W. R. Grace (continued)


Date/Slip#  Description                                     HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
04/01/04    Peterson  / (16) Plan and Disclosure Statement        0.3     180.00
#5101       Review materials on ability to pay claims under     600.00
            alternative procedures

04/05/04    Peterson  / (16) Plan and Disclosure Statement        0.2     120.00
#5108       Telephone Taylor; various attorneys re: alternative 600.00
            treatment of asbestos liabilities

04/05/04    Peterson  / (16) Plan and Disclosure Statement        0.2     120.00
#5111       Telephone Taylor; Levin; Penrod, others re:         600.00
            alternative treatment of asbestos liabilities

04/07/04    Peterson  / (16) Plan and Disclosure Statement        0.2     120.00
#5114       discussion with Perine about alternative methods for 600.00
            paying asbestos claims; assemble and send materials
            to Perine

04/08/04    Peterson  / (16) Plan and Disclosure Statement        0.1      60.00
#5117       telephone Levin, Perrine;  correspondence with both 600.00
            re: alternative treatment of asbestos claims

04/08/04    Peterson  / (16) Plan and Disclosure Statement        0.3     180.00
#5118       review new proposal for compensating asbestos       600.00
            claimants

04/11/04    Peterson  / (16) Plan and Disclosure Statement        0.6     360.00
#5129       Review materials on costs of compensating claimants 600.00
            under alternative procedures

04/11/04    Peterson  / (16) Plan and Disclosure Statement        0.5     300.00
#5130       Prepare and assemble materials for meeting re: costs 600.00
            of compensating claimants under alternative
            procedures

04/12/04    Peterson  / (16) Plan and Disclosure Statement        0.3     180.00
#5131       review handout materials with Relles                600.00

04/12/04    Peterson  / (16) Plan and Disclosure Statement        0.2     120.00
#5134       review materials for meeting on costs of alternative 600.00
            methods for compensating asbestos claimants

04/12/04    Relles    / (16) Plan and Disclosure Statement        0.3     112.50
#5318       review handout materials with Peterson              375.00
```

{D0021820:1 }

```
Date: 05/14/04              Legal Analysis Systems, Inc.
Time: 3:00pm                                                          Page 6

                        W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
04/13/04   Peterson  / (16) Plan and Disclosure Statement      0.3      180.00
#5135      prepare for meeting with Taylor and others re: CBO's 600.00
           estimates of alternative methods for compensating
           asbestos claimants

04/13/04   Peterson  / (16) Plan and Disclosure Statement      0.2      120.00
#5136      meeting with Senate staff and CBO re: CBO's        600.00
           estimates of alternative methods for compensating
           asbestos claimants

04/13/04   Relles    / (16) Plan and Disclosure Statement      0.1       37.50
#5325      email Peterson and Finch re: simulation results    375.00

04/14/04   Peterson  / (16) Plan and Disclosure Statement      0.2      120.00
#5139      review and finalize compilation of materials on    600.00
           alternative methods for compensating asbestos
           claimants

04/16/04   Peterson  / (16) Plan and Disclosure Statement      0.2      120.00
#5143      telephone Forscey; Seminario re: alternative methods 600.00
           for paying asbestos claimants

04/18/04   Peterson  / (16) Plan and Disclosure Statement      0.1       60.00
#5144      review CBO letter to Nichols re: costs of          600.00
           alternative methods for compensating asbestos
           victims

04/19/04   Peterson  / (16) Plan and Disclosure Statement      0.1       60.00
#5145      review and send to Budd estimates of liability     600.00
           regarding costs of alternative methods for
           compensating asbestos victims

04/20/04   Peterson  / (16) Plan and Disclosure Statement      0.1       60.00
#5146      telephone Relles re: CBO letter to Nickles; review 600.00
           CBO documents

04/20/04   Relles    / (16) Plan and Disclosure Statement      0.1       37.50
#5331      review letter to Nickles; prepare fax for Peterson; 375.00
           telephone Peterson re: same

04/23/04   Peterson  / (16) Plan and Disclosure Statement      0.4      240.00
#5147      Review materials re: vote and continuing           600.00
           negotiations; telephone Finch re: continuing
           negotiations
```

{D0021820:1 }

```
Date: 05/14/04              Legal Analysis Systems, Inc.
Time: 3:00pm                                                          Page 7

                    W. R. Grace (continued)


Date/Slip#  Description                                 HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
04/26/04    Peterson  / (16) Plan and Disclosure Statement    0.1      60.00
 #5152      review CBO documents; email memorandum to Hilton re:  600.00
            alternative methods for compensating asbestos
            victims
```

{D0021820:1 }

```
Date: 05/14/04            Legal Analysis Systems, Inc.
Time: 3:00pm                                                       Page 8

                 W. R. Grace (continued)


Date/Slip#  Description                               HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 04/04/04   Peterson  / (28) Data Analysis                0.1        60.00
 #5106      Work on analysis of total number of pending asbestos  600.00
            liability claimants

 04/04/04   Relles    / (28) Data Analysis                0.2        75.00
 #5303      build descriptions of open claims among the 10    375.00
            defendants, by disease and filing year

 04/05/04   Relles    / (28) Data Analysis                0.1        37.50
 #5305      summarize California cases in Manville data   375.00

 04/10/04   Peterson  / (28) Data Analysis                0.2       120.00
 #5121      Telephone Relles re: trip to Washington, Manville  600.00
            computations, types of materials re: alternative
            methods for paying asbestos claimants

 04/10/04   Peterson  / (28) Data Analysis                0.2       120.00
 #5122      review past analyses of costs of alternatives for  600.00
            compensating asbestos claimants to prepare for
            Washington meeting

 04/10/04   Peterson  / (28) Data Analysis                0.1        60.00
 #5124      review data on pending claims                600.00

 04/10/04   Peterson  / (28) Data Analysis                0.1        60.00
 #5125      analysis of claim disease categories based on  600.00
            Manville data

 04/10/04   Relles    / (28) Data Analysis                0.2        75.00
 #5312      telephone Peterson re: trip to Washington, Manville  375.00
            computations, types of materials to bring

 04/11/04   Peterson  / (28) Data Analysis                0.1        60.00
 #5126      telephone Relles re: materials to include for  600.00
            meeting about CBO estimates of payments under
            alternative methods for paying asbestos claimants

 04/11/04   Peterson  / (28) Data Analysis                0.2       120.00
 #5127      telephone Relles re: choice of printouts     600.00

 04/11/04   Relles    / (28) Data Analysis                0.5       187.50
 #5313      prepare for Senate staff and CBO meeting--review all  375.00
            products on S.1125 to date

 04/11/04   Relles    / (28) Data Analysis                0.1        37.50
 #5314      telephone Peterson re: materials             375.00
```

{D0021820:1 }

```
Date: 05/14/04              Legal Analysis Systems, Inc.
Time: 3:00pm                                                         Page 9

                   W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 04/11/04  Relles    / (28) Data Analysis                      0.3    112.50
 #5315     prepare for Senate staff and CBO meeting--assemble 375.00
           printouts for meetings

 04/11/04  Relles    / (28) Data Analysis                      0.2     75.00
 #5316     telephone Peterson re: choice of printouts         375.00

 04/13/04  Relles    / (28) Data Analysis                      0.1     37.50
 #5321     run LAS projections with variations                375.00

 04/13/04  Relles    / (28) Data Analysis                      0.3    112.50
 #5322     develop simulation model for S.2290                375.00

 04/14/04  Relles    / (28) Data Analysis                      0.2     75.00
 #5326     prepare spreadsheets showing LAS and CBO cash flows; 375.00
           send to Finch and Forscey

 04/14/04  Relles    / (28) Data Analysis                      0.3    112.50
 #5327     prepare state by state distributions of open claims; 375.00
           send to Finch and Forscey

 04/15/04  Brelsford / (28) Data Analysis                      0.3     60.00
 #5802     develop documented-briefing (text plus slides) on  200.00
           CBO forecasts

 04/15/04  Peterson  / (28) Data Analysis                      0.2    120.00
 #5140     telephone Relles re: modify cash flow models to fit 600.00
           S.2290 details

 04/15/04  Peterson  / (28) Data Analysis                      1.2    720.00
 #5141     Analysis of payments/interests using alternative   600.00
           assumptions of claims qualifications; draft
           materials

 04/15/04  Relles    / (28) Data Analysis                      0.2     75.00
 #5328     telephone Peterson re: modify cash flow models to  375.00
           fit S.2290 details

 04/15/04  Relles    / (28) Data Analysis                      0.3    112.50
 #5329     modify and rerun cash flow models                  375.00

 04/15/04  Relles    / (28) Data Analysis                      0.2     75.00
 #5330     review and edit Peterson briefing on S.2290; develop 375.00
           supporting spreadsheets and documentation for
           assessment of CBO model
```

{D0021820:1 }

```
Date: 05/14/04              Legal Analysis Systems, Inc.
Time: 3:00pm                                                            Page 10

                         W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
04/16/04   Brelsford / (28) Data Analysis                      0.2      40.00
#5803      work on documented-briefing re: CBO forecasts     200.00

04/16/04   Peterson  / (28) Data Analysis                      0.5     300.00
#5142      Analysis of payments/interests using alternative  600.00
           assumptions of claims qualifications; draft
           materials

04/25/04   Brelsford / (28) Data Analysis                      0.2      40.00
#5804      work on documented-briefing re: alternative methods 200.00
           for compensating asbestos victims

04/25/04   Peterson  / (28) Data Analysis                      0.4     240.00
#5150      work on graphics showing delays in payments and   600.00
           interests costs for alternative methods for
           compensating asbestos victims

04/25/04   Peterson  / (28) Data Analysis                      0.3     180.00
#5151      work on graphics for negotiations about alternative 600.00
           methods for compensating asbestos victims

04/28/04   Peterson  / (28) Data Analysis                      0.4     240.00
#5153      work on graphics to support negotiations about    600.00
           alternative methods for compensating asbestos
           victims

04/29/04   Peterson  / (28) Data Analysis                      0.2     120.00
#5154      telephone Relles re: design of graphics           600.00

04/29/04   Peterson  / (28) Data Analysis                      0.1      60.00
#5155      work on graphics for negotiations                 600.00

04/29/04   Relles    / (28) Data Analysis                      0.2      75.00
#5332      telephone Peterson re: design of graphics         375.00

04/29/04   Relles    / (28) Data Analysis                      0.3     112.50
#5333      develop graphics showing mismatch in funding and  375.00
           liability

04/30/04   Peterson  / (28) Data Analysis                      0.2     120.00
#5156      work on graphics                                   600.00

04/30/04   Relles    / (28) Data Analysis                      0.1      37.50
#5334      develop slides for Peterson; develop documented   375.00
           briefing
-------------------------------------------------------------------------------
```

{D0021820:1 }

```
Date: 05/14/04            Legal Analysis Systems, Inc.
Time: 3:00pm                                                          Page 11

                       W. R. Grace (continued)

                Summary Of Time Charges, By Month and Activity
                        April 2004 - April 2004

  MONTH      ACTIVITY                                        HOURS    AMOUNT
  ---------------------------------------------------------------------------
  April    - (05) Claims Anal Objectn/Resolutn (Asbest)        7.7    3812.50
  April    - (07) Committee, Creditors'                        1.4     772.50
  April    - (16) Plan and Disclosure Statement                5.1    2947.50
  April    - (28) Data Analysis                                9.0    4265.00
  April    - (99) Total                                       23.2   11797.50

  Total    - (05) Claims Anal Objectn/Resolutn (Asbest)        7.7    3812.50
  Total    - (07) Committee, Creditors'                        1.4     772.50
  Total    - (16) Plan and Disclosure Statement                5.1    2947.50
  Total    - (28) Data Analysis                                9.0    4265.00
  Total    - (99) Total                                       23.2   11797.50


-------------------------------------------------------------------------------
```

```
Date: 05/14/04              Legal Analysis Systems, Inc.
Time: 3:00pm                                                        Page 12

                        W. R. Grace (continued)

                Summary Of Time Charges, By Month and Person
                         April 2004 - April 2004

 MONTH      PERSON                                        HOURS     AMOUNT
 -------------------------------------------------------------------------
 April    - Relles                                          7.3    2737.50
 April    - Peterson                                       14.7    8820.00
 April    - Brelsford                                       1.2     240.00
 April    - Total                                          23.2   11797.50

 Total    - Relles                                          7.3    2737.50
 Total    - Peterson                                       14.7    8820.00
 Total    - Brelsford                                       1.2     240.00
 Total    - Total                                          23.2   11797.50


-----------------------------------------------------------------------------
```

{D0021820:1 }

```
Date: 05/14/04            Legal Analysis Systems, Inc.
Time: 3:00pm                                                        Page 13

                        W. R. Grace (continued)

            Summary Of Time Charges, By Activity, Month, and Person
                          April 2004 - April 2004

MONTH      PERSON                                HOURS    RATE    AMOUNT
-----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

April    - Relles                                  2.7    375.   1012.50
April    - Peterson                                4.5    600.   2700.00
April    - Brelsford                               0.5    200.    100.00

(07) Committee, Creditors'

April    - Relles                                  0.3    375.    112.50
April    - Peterson                                1.1    600.    660.00

(16) Plan and Disclosure Statement

April    - Relles                                  0.5    375.    187.50
April    - Peterson                                4.6    600.   2760.00

(28) Data Analysis

April    - Relles                                  3.8    375.   1425.00
April    - Peterson                                4.5    600.   2700.00
April    - Brelsford                               0.7    200.    140.00

-----------------------------------------------------------------------
```

{D0021820:1 }