Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-02D
STATEMENT NO: 35

Asset Disposition

| | |
|---|---|
| PREVIOUS BALANCE | $471.50 |
| BALANCE DUE | $471.50 |
| | ======= |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-03D
STATEMENT NO: 30

Business Operations

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $780.70 |
| | | HOURS | |
| 04/01/04 | MRE Review of memo from EI and attachments regarding losses | 0.30 | 87.00 |
| | | ---- | ----- |
| | FOR CURRENT SERVICES RENDERED | 0.30 | 87.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 0.30 | $290.00 | $87.00 |

| | | |
|---|---|---|
| | TOTAL CURRENT WORK | 87.00 |
| 04/15/04 | Payment - Thank you. (January, 2004 - 80%) | -405.60 |
| | BALANCE DUE | $462.10 |
| | | ======= |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1
04/30/2004
ACCOUNT NO: 3000-04D
STATEMENT NO: 35

W.R. Grace
Wilmington DE

Case Administration

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,092.00 |
| 04/08/04 | | | |
| PEM | Brief review of February MOR | 0.80 | 252.00 |
| MTH | Reviewing Affidavit of Dennis Nelson re Poor Person Status for an Inmate. | 0.10 | 27.50 |
| 04/27/04 | | | |
| MTH | reviewing Affidavit of Kavinoky re provision of immigration related services. | 0.10 | 27.50 |
| 04/30/04 | | | |
| MTH | reviewing affidavit of ordinary course professionals (2) | 0.10 | 27.50 |
| | | ---- | ------ |
| | FOR CURRENT SERVICES RENDERED | 1.10 | 334.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.80 | $315.00 | $252.00 |
| Mark T. Hurford | 0.30 | 275.00 | 82.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 334.50 |
| 04/15/04 Payment - Thank you. (January, 2004 - 80%) | -44.00 |
| BALANCE DUE | $1,382.50 |
| | ========= |

W.R. Grace

04/30/2004
ACCOUNT NO: 3000-04D
STATEMENT NO: 35

Case Administration

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-05D
STATEMENT NO: 35

Claims Analysis Objection & Resolution (Asbestos)

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $2,581.80 |
| 04/15/04 | Payment - Thank you. (January, 2004 - 80%) | -88.00 |
| | BALANCE DUE | $2,493.80 |
| | | ========= |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-06D
STATEMENT NO: 35

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE $1,363.40

| | | HOURS | |
|---|---|---|---|
| 04/28/04 | | | |
| | MTH Reviewing State of NJ's Response to Debtors' Third Omnibus Claims Objection. | 0.10 | 27.50 |
| | MTH Reviewing Montana's Response to Debtors' Claims Objection. | 0.10 | 27.50 |
| | | ---- | ----- |
| | FOR CURRENT SERVICES RENDERED | 0.20 | 55.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $275.00 | $55.00 |

TOTAL CURRENT WORK 55.00

04/15/04 Payment - Thank you. (January, 2004 - 80%) -933.60

BALANCE DUE $484.80
=======

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310



W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-07D
STATEMENT NO: 35

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE $17,771.10

| Date | Initials | Description | HOURS | Amount |
|---|---|---|---|---|
| 04/01/04 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| | MTH | Review of memorandum summarizing pleadings filed on 3/31/04 | 0.10 | 27.50 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| | MTH | Meeting with MRE re pending matters and objection deadlines. | 0.20 | 55.00 |
| | MRE | Review of weekly recommendation memo | 0.20 | 58.00 |
| | MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 58.00 |
| | DAC | Review memo re: FR status | 0.10 | 37.50 |
| 04/02/04 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| | DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| | MRE | Review of memorandum summarizing pleadings filed on March 30, 2004 | 0.10 | 29.00 |
| | PEM | Review weekly recommendation memo re: pending motions and matters (.2); fee memo (.1) | 0.30 | 94.50 |
| | DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
| | MTH | Prepare weekly recommendation memo (motions) | 0.40 | 110.00 |
| | MTH | Prepare weekly recommendation memo (fee applications) | 0.30 | 82.50 |

| | | HOURS | |
|---|---|---|---|
| 04/05/04 | | | |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Update Attorney Binder | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| PEM | Review daily pleadings filed memo | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed on 4/2/04 | 0.10 | 27.50 |
| 04/06/04 | | | |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MAL | Retrieval, organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on 3/31/04 | 0.10 | 29.00 |
| 04/07/04 | | | |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| 04/08/04 | | | |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| MTH | Prepare weekly recommendation memo | 0.30 | 82.50 |
| MRE | Review of memorandum summarizing pleadings filed on 4/6/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 4/5/04 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 4/7/04 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 4/6/04 | 0.10 | 27.50 |
| 04/12/04 | | | |
| DEM | Review Pleadings and electronic filing | | |

| Date | Init. | Description | HOURS | Amount |
|---|---|---|---|---|
| | | notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| | DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| | DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| | MRE | Review of memorandum summarizing pleadings filed from April 8, 2004 through April 11, 2004 | 0.10 | 29.00 |
| | DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
| | MTH | Reviewing correspondence from DEM to committee re weekly recommendation memoranda. | 0.10 | 27.50 |
| | MTH | Prepare weekly recommendation memo (motions) | 0.60 | 165.00 |
| | MTH | Prepare weekly recommendation memo (fee applications) | 0.30 | 82.50 |
| 04/13/04 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| | DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| | MTH | Review of memorandum summarizing adversary pleadings filed on March 29 through April 12 | 0.10 | 27.50 |
| | MTH | Review of memorandum summarizing pleadings filed on 4/12/04 | 0.10 | 27.50 |
| 04/14/04 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.30 | 28.50 |
| | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.50 | 47.50 |
| | MRE | Review of memorandum summarizing pleadings filed on 4/12/04 | 0.10 | 29.00 |
| | MRE | Review of memorandum summarizing adversary pleadings filed 3/29/04 through 4/12/04 | 0.10 | 29.00 |
| | PEM | Review weekly recommendation memo re: | | |

| Date | Init | Description | HOURS | Amount |
|---|---|---|---|---|
| | | pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| 04/15/04 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| | MTH | Review of memorandum summarizing pleadings filed on 4/14/04 | 0.10 | 27.50 |
| | MTH | Review of memorandum summarizing pleadings filed on 4/13/04 | 0.10 | 27.50 |
| 04/16/04 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | MTH | Correspondence to Committee re weekly recommendation memoranda | 0.20 | 55.00 |
| | DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
| | PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| | PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| | MTH | Prepare weekly recommendation memo (motions) (.5) and for fee applications (.3) | 0.80 | 220.00 |
| 04/18/04 | | | | |
| | MRE | Review of memorandum summarizing pleadings filed on April 13, 2004 | 0.10 | 29.00 |
| | MRE | Review of memorandum summarizing pleadings filed on April 14, 2004 | 0.10 | 29.00 |
| 04/19/04 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| | MRE | Review of memorandum summarizing pleadings filed 4/16/04 to 4/18/04 | 0.10 | 29.00 |
| | PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |

| | | HOURS | |
|---|---|---|---|
| 04/20/04 | | | |
| DEM | Retrieval of document from docket and preparation of e-mail to attorneys attaching same (agenda) | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders and agenda) | 0.30 | 28.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| MRE | E-mails with committee member and telephone conference with B. Spohn | 0.30 | 87.00 |
| MRE | Review of memorandum summarizing pleadings filed on 4/19/04 | 0.10 | 29.00 |
| 04/21/04 | | | |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on April 20, 2004 | 0.10 | 29.00 |
| MRE | Review of motion to appoint FR and e-mail to MTH regarding same | 0.40 | 116.00 |
| PEM | Review memo of daily pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed on 4/20/04 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed on March 29 through April 12 | 0.10 | 27.50 |
| 04/22/04 | | | |
| MTH | Reviewing correspondence from MRE re FR Application (.1) and response to same (.1) | 0.20 | 55.00 |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Preparation of e-mail to C&L attys and C&D regarding cancellation and rescheduling of omnibus hearing and attaching document regarding same. | 0.10 | 9.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| MTH | Reviewing memorandum re pending matters | | |

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| | | and upcoming objections. | 0.10 | 27.50 |
| | MTH | Discussion with MRE re Application to appoint FR | 0.10 | 27.50 |
| | MTH | Reviewing application to appoint FR | 0.40 | 110.00 |
| | MTH | Correspondence to EI re application to appoint FR | 0.20 | 55.00 |
| | MTH | Prepare weekly recommendation memo | 0.20 | 55.00 |
| | MTH | Review of memorandum summarizing pleadings filed on 4/21/04 | 0.10 | 27.50 |
| | MRE | Review of e-mail from MTH regarding FR | 0.10 | 29.00 |
| 04/23/04 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| | DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| | MTH | Prepare weekly recommendation memo (motions) | 1.00 | 275.00 |
| | MTH | Prepare weekly recommendation memo (fee apps) | 0.20 | 55.00 |
| | MTH | Reviewing correspondence from DEM to Committee re weekly recommendation memorandum | 0.10 | 27.50 |
| | PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| | MTH | Review of memorandum summarizing pleadings filed on 4/22/04 | 0.10 | 27.50 |
| | MRE | Review of memorandum summarizing pleadings filed on April 21, 2004 | 0.10 | 29.00 |
| | DAC | Review counsel's weekly recommendation memo | 0.20 | 75.00 |
| 04/25/04 | | | | |
| | MRE | Review of memorandum summarizing pleadings filed on April 22, 2004 | 0.10 | 29.00 |
| 04/26/04 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |

| | | HOURS | |
|---|---|---|---|
| | DEM Update Attorney Binder | 0.20 | 19.00 |
| | MAL Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| | MRE Review of memorandum summarizing pleadings filed in adversary cases from April 13, 2004 to April 25, 2004 | 0.10 | 29.00 |
| | DEM Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| | DEM Revision of Weekly Recommendation Memo (adding new motions and orders regarding Adversary Proceedings) | 0.20 | 19.00 |
| | MRE Review of memorandum summarizing pleadings filed from April 23, 2004 through April 25, 2004 | 0.10 | 29.00 |
| | MTH Review of memorandum summarizing pleadings filed from April 23 through April 25. | 0.10 | 27.50 |
| 04/27/04 | | | |
| | DEM Review Pleadings and electronic filing notices; preparation of daily memo | 0.30 | 28.50 |
| | DEM Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| | MAL Retrieval of documents, organization and distribution of daily pleadings | 0.40 | 38.00 |
| | MRE Review of memorandum summarizing pleadings filed on April 26, 2004 | 0.10 | 29.00 |
| | MTH Review of memorandum summarizing pleadings filed on 4/26/04 | 0.10 | 27.50 |
| 04/28/04 | | | |
| | DEM Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| | MAL Retrieval of documents, organization and distribution of daily pleadings | 0.40 | 38.00 |
| | DEM Revision of Weekly Recommendation Memo (Fee Applications) | 0.10 | 9.50 |
| | MRE Review of memorandum summarizing pleadings filed on April 27, 2004 | 0.10 | 29.00 |
| | MTH Review of memorandum summarizing pleadings filed on 4/27/04 | 0.10 | 27.50 |
| | PEM Review memo re: pleadings filed | 0.10 | 31.50 |
| 04/29/04 | | | |
| | MAL Retrieval of documents, organization and | | |

| | | | HOURS | |
|---|---|---|---|---|
| | | distribution of daily pleadings | 0.20 | 19.00 |
| | DEM | Revision of Weekly Recommendation Memo (fee applications) | 0.10 | 9.50 |
| | PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | MTH | Review of memorandum summarizing pleadings filed on 4/28/04 | 0.10 | 27.50 |
| 04/30/04 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| | MTH | telephone conference with MRE re FR application (.2) and Correspondence to MRE re same (.1) | 0.30 | 82.50 |
| | DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| | MTH | Reviewing correspondence from DEM to committee re weekly recommendation memoranda. | 0.10 | 27.50 |
| | MTH | Follow up telephone conference with MRE re Debtors' Application to Appoint FR | 0.10 | 27.50 |
| | PEM | Review weekly recommendation memo of pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| | MTH | Review of memorandum summarizing pleadings filed on 4/29/04 | 0.10 | 27.50 |
| | MTH | Prepare weekly recommendation memo (fee apps) | 0.40 | 110.00 |
| | MTH | Prepare weekly recommendation memo (motions) | 0.40 | 110.00 |
| | DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
| | MRE | Telephone conference with MTH regarding FR motion | 0.10 | 29.00 |
| | | | ----- | -------- |
| | | FOR CURRENT SERVICES RENDERED | 28.70 | 5,777.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.10 | $375.00 | $412.50 |
| Philip E. Milch | 2.60 | 315.00 | 819.00 |
| Mark T. Hurford | 8.70 | 275.00 | 2,392.50 |
| Marla R. Eskin | 3.10 | 290.00 | 899.00 |
| Margaret A. Landis | 3.40 | 95.00 | 323.00 |

W.R. Grace 04/30/2004
ACCOUNT NO: 3000-07D
STATEMENT NO: 35

Committee, Creditors, Noteholders, Equity Holders

| | | | |
|---|---|---|---|
| Diane E. Massey | 9.80 | 95.00 | 931.00 |

TOTAL CURRENT WORK 5,777.00

04/15/04 Payment - Thank you. (January, 2004 - 80%) -3,834.80

BALANCE DUE $19,713.30
==========

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-08D
STATEMENT NO: 34

Employee Benefits/Pension

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $303.30 |
| 04/02/04 | MTH Call to MB re LTI Program | 0.10 | 27.50 |
| | | ---- | ----- |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 27.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $275.00 | $27.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 27.50 |
| BALANCE DUE | $330.80 |
| | ======= |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-10D
STATEMENT NO: 35

Employment Applications, Others

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,347.20 |
| | | HOURS | |
| 04/15/04 | MTH Reviewing Affidavit of ordinary course professional Balph Nicolls | 0.10 | 27.50 |
| 04/19/04 | MTH Reviewing Limited Objection re OCUC Application to Retain Capstone. | 0.10 | 27.50 |
| | | ---- | ----- |
| | FOR CURRENT SERVICES RENDERED | 0.20 | 55.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $275.00 | $55.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 55.00 |
| BALANCE DUE | $1,402.20 |
| | ========= |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1
04/30/2004
ACCOUNT NO: 3000-11D
STATEMENT NO: 33

W.R. Grace
Wilmington DE

Expenses

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $4,611.73 |
| 04/12/04 | Parcels, Inc. Integrated Outsourced Services to Campbell & Levine 3/31/04 (photocopying, envelopes, postage, hand deliveries) | 218.80 |
| 04/21/04 | Postage - C&D, LAS, C&L Feb CNO - 3 @ .60 | 1.80 |
| 04/26/04 | Federal Express to Marcia M. Waldron, Clerk - United States Court of Appeals, Philadelphia, PA on 4/16/04 | 11.83 |
| 04/26/04 | Federal Express to Tracy Wantuck on 4/22/04 | 15.80 |
| 04/30/04 | Parcels, Inc. - Integrated Outsourced Services on 4/30/04 | 30.00 |
| 04/30/04 | Pacer charges for the month of March | 32.06 |
| | TOTAL EXPENSES | 310.29 |
| | TOTAL CURRENT WORK | 310.29 |
| 04/15/04 | Payment - Thank you. (January, 2004 - 100%) | -1,176.34 |
| | BALANCE DUE | $3,745.68 |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-12D
STATEMENT NO: 33

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $4,929.60 |
| 04/13/04 | | | |
| LMP | Review payment from W.R. Grace for January 2004 Fee Application; Update Fee Application chart (.2); Email Information to D. Seitz (.1) | 0.30 | 28.50 |
| 04/21/04 | | | |
| LMP | Review case docket for Objections to C&L's February 2004 Fee Applications (.1); Prepare and Update February CNO (.2) | 0.30 | 28.50 |
| LMP | Electronic filing and service of C&L's February 2004 CNO | 0.20 | 19.00 |
| KJC | Review and sign CNO re C&L February application | 0.20 | 35.00 |
| 04/26/04 | | | |
| LMP | Review email from D. Seitz re: Campbell & Levine's March 2004 Invoice (.1); Draft Excel spreadsheet of C&L hours and project category (.3); Prepare Application for filing (.2) | 0.60 | 57.00 |
| 04/29/04 | | | |
| MRE | Review of e-mail from S. Bossay regarding 11th interim and meeting with DEM regarding same | 0.20 | 58.00 |
| 04/30/04 | | | |
| KJC | Review and sign C&L March fee application | 0.30 | 52.50 |
| | | ---- | ------ |
| | FOR CURRENT SERVICES RENDERED | 2.10 | 278.50 |

W.R. Grace 04/30/2004
ACCOUNT NO: 3000-12D
STATEMENT NO: 33

Fee Applications, Applicant

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 0.20 | $290.00 | $58.00 |
| Kathleen J. Campbell | 0.50 | 175.00 | 87.50 |
| Lauren M. Przybylek | 1.40 | 95.00 | 133.00 |

TOTAL CURRENT WORK 278.50

04/15/04 Payment - Thank you. (January, 2004 - 80%) -911.60

BALANCE DUE $4,296.50
=========

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1
04/30/2004
ACCOUNT NO: 3000-13D
STATEMENT NO: 20

W.R. Grace
Wilmington DE

Fee Applications, Others

PREVIOUS BALANCE $5,322.20

| | | HOURS | |
|---|---|---|---|
| 04/06/04 | | | |
| LMP | Review February 2004 Fee Application of Kirkland & Ellis (.1); Update WrGrace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February 2004 Fee Application of PSZYJ&W (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review October through December Interim Fee Application of Ferry, Joseph & Pearce (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review July through December Interim Fee Application of Hamilton, Rabinovitz & Alschuler (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| 04/07/04 | | | |
| LMP | Review February Fee Application of Klett Rooney Lieber & Schorling (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February Fee Application of Stroock & Stroock & Lavan (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| 04/13/04 | | | |
| LMP | Review Final Interim Fee Application of FTI Policano & Manzo (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February Fee Application of Reed Smith (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review March Fee Application of Warren H. | | |

| | | | HOURS | |
|---|---|---|---|---|
| | | Smith & Associates (.1); Update Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |
| 04/14/04 | | | | |
| | LMP | Review February Fee Application of Casner & Edwards (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review December Fee Application of Bankruptcy Management Corporation (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review October Fee Application of Bankruptcy Management Corporation (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review November Fee Application of Bankruptcy Management Corporation (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review January Fee Application of Wallace King Mararro & Branson (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review February Fee Application of Woodcock Washburn (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| 04/15/04 | | | | |
| | MTH | Reviewing Certification of Farmer re Fee Application. | 0.10 | 27.50 |
| 04/19/04 | | | | |
| | LMP | Review February Fee Application of PWC, LLP (.1); Update W.R. Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review October through December Interim Fee Application of Duane Morris (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| 04/21/04 | | | | |
| | LMP | Review case docket for Objections to Caplin's February 2004 Fee Applications (.1); Prepare and Update February CNO (.2) | 0.30 | 28.50 |
| | LMP | Review case docket for Objections to LAS' February 2004 Fee Applications (.1); Prepare and Update February CNO (.2) | 0.30 | 28.50 |

| | | | HOURS | |
|---|---|---|---|---|
| | LMP | Electronic filing and service of LAS' February 2004 CNO | 0.20 | 19.00 |
| | LMP | Electronic filing and service of Caplin's February 2004 CNO | 0.20 | 19.00 |
| | KJC | Review and sign CNO re LAS February application | 0.20 | 35.00 |
| | KJC | Review and sign CNO re C&D February application | 0.20 | 35.00 |
| | LMP | Review email from A. Katznelson re missing Wr Grace payment (.1); Telephone correspondence with N. Bartey of Grace regarding status of check (.2) | 0.30 | 28.50 |
| 04/22/04 | | | | |
| | LMP | Review February Fee Application of Pitney Hardin Kipp & Szuch (.1); Update W.R. Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review March Fee Application of Carella Bryne Bain Gilfillan, Cecchi & Strewart (.1); Update W.R. Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review October, November and December Monthly Fee Applications of Deloitte & Touche (.2); Update W.R. Grace Weekly Recommendation Memo (.1) | 0.30 | 28.50 |
| | LMP | Review email from D. Relles re: LAS March Invoice (.1); Update and prepare LAS March 2004 Fee Application for filing (.3) | 0.40 | 38.00 |
| 04/23/04 | | | | |
| | LMP | Review February Fee Application of Richardson Patrick Westbrook & Brickman (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review January Fee Application of Richardson Patrick Westbrook & Brickman (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| 04/27/04 | | | | |
| | MRE | Meeting with LMP regarding applications | 0.20 | 58.00 |
| | LMP | Review email from D. Collins re: LTC February 2004 Invoice (.1); Update and prepare LTC February Fee Application for filing (.2) | 0.30 | 28.50 |
| | LMP | Review email from D. Collins re: LTC | | |

| Date | Initials | Description | HOURS | Amount |
|---|---|---|---|---|
| | | March 2004 Invoice (.1); Update and prepare LTC March Fee Application for filing (.2) | 0.30 | 28.50 |
| | MTH | Reviewing Order re Tenth Interims. | 0.10 | 27.50 |
| 04/29/04 | KJC | Review e-mail from D. Collins re Bossey e-mail re 11th interim | 0.10 | 17.50 |
| | MRE | E-mail to S. Bossay regarding L. Tersigni fee application | 0.10 | 29.00 |
| 04/30/04 | KJC | Review LAS March monthly and sign COS re same | 0.30 | 52.50 |
| | KJC | Review C&D March fee application and sign COS re same | 0.30 | 52.50 |
| | KJC | Review LTC March fee application and sign COS re same | 0.30 | 52.50 |
| | KJC | Review LTC February fee application and sign COS re same | 0.30 | 52.50 |
| | DEM | Preparation and e-filing of March 2004 Fee Applications - C&L, C&D, Tersigni (March & February), LAS. Preparation of e-mails to Warren Smith attaching same. | 1.50 | 142.50 |
| | | FOR CURRENT SERVICES RENDERED | 10.50 | 1,228.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $275.00 | $55.00 |
| Marla R. Eskin | 0.30 | 290.00 | 87.00 |
| Kathleen J. Campbell | 1.70 | 175.00 | 297.50 |
| Lauren M. Przybylek | 6.80 | 95.00 | 646.00 |
| Diane E. Massey | 1.50 | 95.00 | 142.50 |

TOTAL CURRENT WORK 1,228.00

04/15/04 Payment - Thank you. (January, 2004 - 80%) -852.00

BALANCE DUE $5,698.20

W.R. Grace 04/30/2004

ACCOUNT NO: 3000-13D

STATEMENT NO: 20

Fee Applications, Others

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-14D
STATEMENT NO: 30

Financing

| | |
|---|---|
| PREVIOUS BALANCE | $27.50 |
| BALANCE DUE | $27.50 |
| | ====== |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-15D
STATEMENT NO: 35

Hearings

| | | HOURS | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $7,368.00 |
| 04/02/04 | | | |
| MTH | Reviewing correspondence from JWD re April Omnibus (.1), reviewing documents re same (.1); Correspondence to JWD re same (.1) | 0.30 | 82.50 |
| 04/14/04 | | | |
| MTH | Reviewing correspondence from PVNL re April Omnibus hearing. | 0.10 | 27.50 |
| 04/19/04 | | | |
| MTH | Attending Third Circuit Court of Appeals hearing (split with Owens Corning) | 1.80 | 495.00 |
| 04/22/04 | | | |
| MTH | Reviewing Amended Notice of Agenda. | 0.10 | 27.50 |
| 04/26/04 | | | |
| MRE | Meeting with MTH regarding hearing | 0.30 | 87.00 |
| MTH | Reviewing correspondence from MRE re May 18 omnibus. | 0.10 | 27.50 |
| 04/27/04 | | | |
| MTH | Reviewing notice of cancellation of hearing. | 0.10 | 27.50 |
| 04/28/04 | | | |
| MTH | Reviewing correspondence from DEM re May 18 hearing and Notice re same. | 0.10 | 27.50 |
| | | ---- | ------ |
| | FOR CURRENT SERVICES RENDERED | 2.90 | 802.00 |

W.R. Grace

04/30/2004
ACCOUNT NO: 3000-15D
STATEMENT NO: 35

Hearings

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.60 | $275.00 | $715.00 |
| Marla R. Eskin | 0.30 | 290.00 | 87.00 |

TOTAL CURRENT WORK 802.00

04/15/04 Payment - Thank you. (January, 2004 - 80%) -361.60

BALANCE DUE $7,808.40
=========

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-16D
STATEMENT NO: 20

Litigation and Litigation Consulting

| | | HOURS | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $8,532.00 |
| 04/01/04 | | | |
| MTH | Reviewing COC and proposed Order re Libby Contempt Motion. | 0.10 | 27.50 |
| 04/26/04 | | | |
| MRE | Review of objection by Maryland Casualty to Libby request for stay of contempt order | 0.10 | 29.00 |
| MRE | Review of Continental's objection to Libby Claimant's motion to stay order | 0.10 | 29.00 |
| | | ---- | ----- |
| | FOR CURRENT SERVICES RENDERED | 0.30 | 85.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $275.00 | $27.50 |
| Marla R. Eskin | 0.20 | 290.00 | 58.00 |

| | | |
|---|---|---|
| | TOTAL CURRENT WORK | 85.50 |
| 04/15/04 | Payment - Thank you. (January, 2004 - 80%) | -1,986.80 |
| | BALANCE DUE | $6,630.70 |
| | | ========= |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1
04/30/2004
ACCOUNT NO: 3000-17D
STATEMENT NO: 20

W.R. Grace
Wilmington DE

Plan and Disclosure Statement

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $6,974.70 |
| 04/15/04 | Payment - Thank you. (January, 2004 - 80%) | -23.20 |
| | BALANCE DUE | $6,951.50 |
| | | ========= |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310



W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-18D
STATEMENT NO: 20

Relief from Stay Proceedings

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $77.00 |
| 04/13/04 | | | |
| MTH | Reviewing Statement of Libby Victims re Sanction Request | 0.40 | 110.00 |
| MTH | Reviewing Kane's Motion for Stay Relief. | 0.40 | 110.00 |
| 04/14/04 | | | |
| MRE | Review of Renewed Motion to Lift Stay | 0.30 | 87.00 |
| 04/16/04 | | | |
| MTH | Reviewing Libby Claimant's Motion for Stay Relief. | 0.40 | 110.00 |
| MTH | Reviewing Kane's Renewed Motion for Stay Relief. | 0.50 | 137.50 |
| 04/18/04 | | | |
| MRE | Review of Libby Claimant's motion to take deposition | 0.10 | 29.00 |
| | | ---- | ------ |
| | FOR CURRENT SERVICES RENDERED | 2.10 | 583.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.70 | $275.00 | $467.50 |
| Marla R. Eskin | 0.40 | 290.00 | 116.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 583.50 |
| 04/15/04 Payment - Thank you. (January, 2004 - 80%) | -66.00 |

W.R. Grace 04/30/2004

ACCOUNT NO: 3000-18D

STATEMENT NO: 20

Relief from Stay Proceedings

| | |
|---|---|
| BALANCE DUE | $594.50 |
| | ======= |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-19D
STATEMENT NO: 10

Tax Issues

| | |
|---|---|
| PREVIOUS BALANCE | $173.70 |
| BALANCE DUE | $173.70 |
| | ======= |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-20D
STATEMENT NO: 19

Tax Litigation

| | |
|---|---|
| PREVIOUS BALANCE | $468.80 |
| BALANCE DUE | $468.80 |
| | ======= |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-21D
STATEMENT NO: 11

Travel-Non-Working

| | | HOURS | |
|---|---|---|---|
| 04/19/04 | | | |
| | MTH Non-working travel time (billed at one-half normal rate and split with Owens Corning). | 1.00 | 137.50 |
| | | ---- | ------ |
| | FOR CURRENT SERVICES RENDERED | 1.00 | 137.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $137.50 | $137.50 |

TOTAL CURRENT WORK 137.50

BALANCE DUE $137.50
=======

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1
W.R. Grace 04/30/2004
Wilmington DE ACCOUNT NO: 3000-22D
STATEMENT NO: 24

Valuation

| | |
|---|---|
| PREVIOUS BALANCE | $1,250.40 |
| BALANCE DUE | $1,250.40 |
| | ========= |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO: 3000-23D
STATEMENT NO: 24

ZAI Science Trial

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $2,079.80 |
| 04/15/04 | Payment - Thank you. (January, 2004 - 80%) | -382.40 |
| | BALANCE DUE | $1,697.40 |
| | | ========= |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1

W.R. Grace
Wilmington DE

04/30/2004
ACCOUNT NO 3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 471.50 | 0.00 | 0.00 | 0.00 | 0.00 | $471.50 |
| 3000-03 Business Operations | | | | | |
| 780.70 | 87.00 | 0.00 | 0.00 | -405.60 | $462.10 |
| 3000-04 Case Administration | | | | | |
| 1,092.00 | 334.50 | 0.00 | 0.00 | -44.00 | $1,382.50 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,581.80 | 0.00 | 0.00 | 0.00 | -88.00 | $2,493.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,363.40 | 55.00 | 0.00 | 0.00 | -933.60 | $484.80 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 17,771.10 | 5,777.00 | 0.00 | 0.00 | -3,834.80 | $19,713.30 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 303.30 | 27.50 | 0.00 | 0.00 | 0.00 | $330.80 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,347.20 | 55.00 | 0.00 | 0.00 | 0.00 | $1,402.20 |
| 3000-11 Expenses | | | | | |
| 4,611.73 | 0.00 | 310.29 | 0.00 | -1,176.34 | $3,745.68 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,929.60 | 278.50 | 0.00 | 0.00 | -911.60 | $4,296.50 |
| 3000-13 Fee Applications, Others | | | | | |
| 5,322.20 | 1,228.00 | 0.00 | 0.00 | -852.00 | $5,698.20 |
| 3000-14 Financing | | | | | |
| 27.50 | 0.00 | 0.00 | 0.00 | 0.00 | $27.50 |

W.R. Grace
04/30/2004
ACCOUNT NO 3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-15 Hearings | | | | | |
| 7,368.00 | 802.00 | 0.00 | 0.00 | -361.60 | $7,808.40 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 8,532.00 | 85.50 | 0.00 | 0.00 | -1,986.80 | $6,630.70 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 6,974.70 | 0.00 | 0.00 | 0.00 | -23.20 | $6,951.50 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 77.00 | 583.50 | 0.00 | 0.00 | -66.00 | $594.50 |
| 3000-19 Tax Issues | | | | | |
| 173.70 | 0.00 | 0.00 | 0.00 | 0.00 | $173.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 0.00 | 137.50 | 0.00 | 0.00 | 0.00 | $137.50 |
| 3000-22 Valuation | | | | | |
| 1,250.40 | 0.00 | 0.00 | 0.00 | 0.00 | $1,250.40 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,079.80 | 0.00 | 0.00 | 0.00 | -382.40 | $1,697.40 |
| 67,526.43 | 9,451.00 | 310.29 | 0.00 | -11,065.94 | $66,221.78 |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.