IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 1, 2004 at 4:00 p.m.** |

## NO ORDER REQUIRED CERTIFICATION
## OF NO OBJECTION REGARDING DOCKET NO. 5558

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Thirty-Sixth Monthly Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from April 1, 2004 through April 30, 2004 ("the Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than June 1, 2004 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $3,626.80 which represents 80% of the fees ($4,533.50) and $1,106.67 which represents 100% of the expenses requested in the Application for the period April 1, 2004 through April 30, 2004, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: June 2, 2004                    FERRY, JOSEPH & PEARCE, P.A.

                                       /s/ Theodore J. Tacconelli
                                       Michael B. Joseph (No. 392)
                                       Theodore J. Tacconelli (No. 2678)
                                       824 Market Street, Suite 904
                                       P.O. Box 1351
                                       Wilmington, DE. 19899
                                       (302) 575-1555

                                       Co-Counsel to the Official Committee of Asbestos
                                       Property Damage Claimants