Peter P. Pearson
P.O. Box 26301
Tucson, AZ. 85726
(520) 247-1535
E-mail: drp2p@yahoo.com



# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Case No.: 01-01139 |
| | ) Claim Number 2281 |
| W.R. GRACE & CO., et al., | ) |
| | ) **Supplement to formal** |
| Debtor. | ) **response to the "Debtors'** |
| | ) **fifth omnibus objection to** |
| | ) **claims (substantive)".** |
| | ) |

    Peter P. Pearson, creditor, against the above entitled debtors hereby submits a Supplement to his formal response to the "Debtors' fifth omnibus objection to claims (substantive)".

    After contacting W.R. Grace Chemicals, the Creditor was able to secure some of the MSDS forms that were from the original G.R.M products. These products have since been discontinued; specifically, **Xylene** and **Toluene** and **Ethyl benzene** chemicals that were a base to the coating and primers that Creditor used. (**Exhibit 1: G.R.M. MSDS sheets)**.

Creditor has also attached e-mail correspondence W.R. Grace representative John J. Henningson, (**Exhibit 2: E-mail correspondence**).

These documents are attached as supplements and must be considered part of the original response that Creditor filed.  ( Exhibit 3 )


Respectfully Submitted this 28 day of May, 2004.

_____

Peter P. Pearson

1  Original and three (3) copies

2  Of the forgoing sent this

3  _28_ day of May, 2004.

4

   To:

5

6  United States Bankruptcy Court

7  District of Delaware

8  Attn: Clerk of the Court

9  824 Market Street

   Wilmington, Delaware. 19801

10 **CERTIFIED MAIL NUMBER: 7000-0600-0029-2649-3129**

11

12 One copy of the foregoing

13 Sent this _28_ day of May, 2004

14 To:

15

16 Kirkland & Ellis LLP

17 200 E. Randolph Drive

18 Chicago, Illinois. 60601

19 Attn: Rachel R. Schulman

20 **CERTIFIED MAIL NUMBER: 7000-0600-0029-2649-3112**

21

22

23  -And-

24

25

1  Pachulski, Stang, Ziehl, Young, Jones & Weintraub,
2  P.C.
3  919 North Market Street, 16th Floor
4  P.O. Box 8705
5  Wilmington, Delaware. 19899-8705
6  Attn: David W. Carickhoff, Jr.
7
8  **CERTIFIED MAIL NUMBER: 7003-0500-003-3706-2529**
9
10
11
12
13
14
15
16  Dated this 25th day of May,
    2004
17
18  By: _____
19      Peter P. Pearson
        P.O. Box 26301
20      Tucson, AZ. 85726
        (520) 247-1535
21      E-mail:
        drp2p@yahoo.com
22
23
24
25

# EXHIBIT 1

## G.R.M. MSDS sheets

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707

MSDS Date: 06/18/2003

## SECTION 1 - CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**Product Name:** Waterproofing Membrane
**MSDS Number:** M-85707
**Cancelled MSDS Number:** M-85703
**MSDS Date:** 06/18/2003
**Chemical Family Name:** Rubberized Asphalt Adhesive Sheet with Film and/or Mesh Comprising Various Components.
**Product Use:** Waterproofing Membrane.
**Chemical Formula:** Mixture-NA
**CAS # (Chemical Abstracts Service Number):** Mixture-NA

**Manufactured by:**

W.R.Grace & Co.-Conn.
62 Whittemore Avenue
Cambridge, MA 02140

Grace Canada, Inc.
294 Clements Road West
Ajax, Ontario L1S 3C6

**In Case of Emergency Call:**

In USA: (617) 876-1400   In Canada: (905) 683-8561

## SECTION 2 - COMPOSITION/INFORMATION ON INGREDIENTS

| Ingredient | CAS# | Percent (max) |
|---|---|---|
| Heavy Paraffinic Distillate Solvent Extract | 064742-04-7 | 10-25 |
| Petroleum Asphalt | 008052-42-4 | 50-100 |
| Styrene-Butadiene block copolymer | 009003-55-8 | 10-25 |

## SECTION 3 - HAZARDS IDENTIFICATION

**Emergency Overview:**
**Warning!**
Eye contact with rubberized asphalt residue on hands can cause irritation.
Skin contact with rubberized asphalt can cause irritation.
May be harmful if ingested.
May be harmful if absorbed through skin.
May cause teratogenic effects.
May produce local skin tumors.
Removal of release liner may generate a static electrical discharge (spark).
Release liners are slippery. Remove from work area immediately.

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name:  Waterproofing Membrane
MSDS ID Number:  M-85707                          MSDS Date:  06/18/2003

## HMIS Rating:

| | |
|---|---|
| Health: | 2* |
| Flammability: | 1 |
| Reactivity: | 0 |
| Personal Protective Equipment: | B (See Section 8) |

## Potential Health Effects:

### Inhalation:
Due to the physical nature of this product, inhalation is unlikely.
If heated, inhalation of vapor causes irritation, sore throat, coughing and breathing difficulty.
Effects include: Nausea, headache, dizziness and irritation.

### Eye Contact:
Eye contact with rubberized asphalt residue on hands can cause irritation

### Skin Contact:
Skin contact causes irritation.
Prolonged skin contact can result in dermatitis.
Contact with petroleum oils in this product, may produce serious toxic effects including skin cancer, liver damage, blood effects and effects on the unborn based on tests with laboratory animals. Animal tests indicate that prolonged and repeated skin contact to the oils in this product may produce local skin tumors.
Individuals with pre-existing skin disorders may be at increased risk for worsening their condition from exposure to this product.

### Skin Absorption:
Product can be absorbed through the skin upon prolonged contact resulting in systemic effects such as nausea, headache, and general discomfort.

### Ingestion:
Due to the physical nature of this product, ingestion is unlikely.
If ingested, causes burns to the linings of the mouth, esophagus and stomach.
Effects include: Nausea, vomiting and diarrhea.
Wash hands before eating.

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name:  Waterproofing Membrane
MSDS ID Number:  M-85707

MSDS Date:  06/18/2003

## SECTION 4 - FIRST AID MEASURES:

**Skin Contact:**
In case of skin contact, clean fingernails and wash skin with soap and water.  If residue remains, clean with waterless hand-cream or abrasive soap.  Never use solvents.
If discomfort or irritation persists, consult a physician.
Remove contaminated clothing and wash before reuse.

**Eye Contact:**
Flush eyes with water for at least 15 minutes while holding eyelids open.
Get immediate medical attention.

**Ingestion:**
If swallowed, contact a physician immediately.
Never give anything by mouth to an unconscious person.
The decision to induce vomiting should only be made by a physician.

**Inhalation:**
If symptoms develop, get fresh air.  If symptoms persist, consult a physician.
If breathing has stopped, give artificial respiration then oxygen if needed.
Get immediate medical attention.

## SECTION 5 - FIRE AND EXPLOSION HAZARD DATA

| | |
|---|---|
| **Flash Point:** | >210C (>410F) |
| **Flash Point Method:** | Open Cup |
| **Lower Explosion Limit:** | Not Available |
| **Upper Explosion Limit:** | Not Available |
| **Auto-Ignition Temperature:** | Not Available |

### NFPA Rating:

| | |
|---|---|
| **Health:** | 1 |
| **Flammability:** | 1 |
| **Reactivity:** | 0 |

**Extinguishing Media:** In case of fire, use water spray, dry chemical, Carbon dioxide or foam.

**Special Fire Fighting Procedures:**
Wear self-contained breathing apparatus and complete personal protective equipment when potential for exposure to vapors or products of combustion exist.  Avoid breathing hazardous vapors or products of combustion, keep upwind.  Isolate area and keep unnecessary people away.  Prevent run-off from fire control or dilution from entering streams or drinking water supplies.

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707

MSDS Date: 06/18/2003

**Unusual Fire and Explosion Hazards:**
None unless noted below.
Removal of release paper may create a static electric discharge (sparks). Do not remove where sparks may ignite flammable vapors.

## SECTION 6 - ACCIDENTAL RELEASE MEASURES:

**Spills/Leaks:**
Due to the physical nature of this product, spills are not possible.

## SECTION 7 - HANDLING AND STORAGE

**Precautionary Measures:**
Avoid contact with eyes, skin and clothing.
Practice good personal hygiene to avoid ingestion.
Use only with adequate ventilation.
Wash clothing before reuse.
Slippery when wet or covered with frost.
Do not apply where membrane odors may penetrate living areas.
To avoid skin contact, use gloves or barrier creams. Promptly cleanse hands with waterless hand cleaner, clean fingernails and wash with soap and water after handling.
Release liners are slippery. Remove from work area immediately after membrane application.
Consistent with good roofing practice, always wear fall protection when working on roof decks.
FOR PROFESSIONAL USE ONLY. KEEP OUT OF CHILDREN'S REACH.

# W. R. GRACE

## MATERIAL SAFETY DATA SHEET

Product Name:  Waterproofing Membrane
MSDS ID Number:  M-85707

MSDS Date:  06/18/2003

## SECTION 8 - EXPOSURE CONTROLS AND PERSONAL PROTECTIVE EQUIPMENT

### EXPOSURE GUIDELINES (US)

| Ingredient | ACGIH TLV | | | OSHA PEL | | | Other |
|---|---|---|---|---|---|---|---|
| | TWA | STEL | Ceiling | TWA | STEL | Ceiling | |
| Heavy Paraffinic Distillate Solvent Extract | - | - | - | - | - | - | - |
| Petroleum Asphalt | 0.5 mg/m3 TWA (inhalable fraction); (as benzene-soluble aerosol) | - | - | - | - | - | - |
| Styrene-Butadiene block copolymer | - | - | - | - | - | - | - |

### EXPOSURE GUIDELINES (CANADA)

Employers should consult local Provincial regulatory limits for exposure guidelines, which may vary locally.

**Engineering Controls:**          Not generally required.

**Personal Protective Equipment:**

**Respiratory Protection:** Respiratory protection is not generally required. If exposure limits are exceeded, wear approved respiratory protection.

**Skin Protection:** Use oil impervious gloves to avoid prolonged or repeated contact with rubberized asphalt residue.

**Eye Protection:** Not required for normal use.

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707

MSDS Date: 06/18/2003

**Work/Hygienic Practices:** Use good personal hygiene practices.
Avoid rubbing eyes while handling. Due to the physical nature of this product, ingestion is unlikely. Incidental ingestion of residue on hands can be avoided by using good personal hygiene practices.
This product contains compounds subject to exposure guidelines and/or identified as carcinogens. (See Sections 8 and 11). However, due to the physical nature of this product, these compounds are unlikely to reach exposure limits unless airborne dust or spray mist is created. To avoid skin contact, wear recommended gloves (see skin protection recommendation) and wash with soap and water after handling. Intermittent or occasional skin contact with petroleum asphalt is not expected to have serious health effects as long as good personal hygiene measures are taken. Promptly cleanse with waterless hand cleaner, clean fingernails and wash with soap and water after handling. All employees working with this product must exercise good and prudent personal hygiene practices.

## SECTION 9 - PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| **Physical State:** | Liquid |
| **Appearance/Odor:** | A black, rubberized asphalt adhesive layer on a grey/black plastic sheet with a paper or plastic release sheet. Petroleum odor. |
| **Odor Threshold:** (ppm) | Unknown |
| **pH:** | Not Applicable |
| **Vapor Pressure:** (Mm Hg) | Not Applicable |
| **Vapor Density:** (Air = 1) | Not Applicable |
| **Solubility In Water:** | Negligible |
| **Specific Gravity:** (Water = 1) | 1.0 - 1.1 |
| **Evaporation Rate:** (Butyl Acetate = 1) | Not Applicable |
| **Boiling Point:** | Not Applicable |
| **Viscosity:** | Not Available |
| **Bulk Density:** (Pounds/Cubic Foot)(Pcf) | ~70 |
| **% Volatiles (gr/L):** (70°F) (21°C) | Negligible |

## SECTION 10 - STABILITY AND REACTIVITY

| | |
|---|---|
| **Chemical Stability:** | Stable |
| **Conditions To Avoid:** | Heat, Oxidizing materials, Strong oxidizers and Water. |
| **Hazardous Polymerization:** | Will not polymerize. |
| **Hazardous Decomposition Products:** | Carbon dioxide, Carbon monoxide, Sulfur oxides and Low molecular weight hydrocarbons. |

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707

MSDS Date: 06/18/2003

## SECTION 11 - TOXICOLOGICAL INFORMATION

**Ingredient(No data unless listed.)**       **CAS Number**       **LD50 and LC50**

**Carcinogenicity:**

| Ingredient | IARC Group 1 | IARC Group 2A | IARC Group 2B | NTP Known | NTP Suspect | OSHA |
|---|---|---|---|---|---|---|
| Heavy Paraffinic Distillate Solvent Extract | No | No | No | No | No | No |
| Petroleum Asphalt | No | No | Yes | No | No | No |
| Styrene-Butadiene block copolymer | No | No | No | No | No | No |

Animal tests indicate that prolonged and repeated skin contact with the asphalt in this product may produce local skin tumors.

| | |
|---|---|
| **Mutagenicity:** | Not applicable. |
| **Teratogenicity:** | Petroleum oils in this product have caused effects on the unborn based on tests with laboratory animals. |
| **Reproductive Toxicity:** | Not applicable. |

## SECTION 12 - ECOLOGICAL INFORMATION

**Environmental Fate:**       No data available for product.
**Ecotoxicity:**       No data available for product.

## SECTION 13 - DISPOSAL CONSIDERATIONS

**Waste Disposal Procedures:**
Consult all regulations (federal, state, provincial, local) or a qualified waste disposal firm when characterizing waste for disposal. According to EPA (40 CFR § 261), waste of this product is not defined as hazardous. Dispose of waste in accordance with all applicable regulations.

## SECTION 14 - TRANSPORTATION INFORMATION

**Proper Shipping Name:**       Not Applicable
**UN/NA Number:**       Not Applicable
**Domestic Hazard Class:**       Nonhazardous
**Surface Freight Classification:**       Asphalt Mixture, N.O.I.B.N.
**Label/Placard Required:**       Not Applicable

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name:  Waterproofing Membrane
MSDS ID Number:  M-85707                          MSDS Date:  06/18/2003

## SECTION 15 - REGULATORY INFORMATION

### REGULATORY CHEMICAL LISTS:

### CERCLA (Comprehensive Response Compensation and Liability Act):
(None present unless listed below)

| Chemical Name | CAS # | Wt % | CERCLA RQ |
|---|---|---|---|

### SARA Title III (Superfund Amendments and Reauthorization Act)

**SARA Section 312/Tier I & II Hazard Categories:**

| | |
|---|---|
| Health Immediate (acute) | Yes |
| Health Delayed (chronic) | Yes |
| Flammable | No |
| Reactive | No |
| Pressure | No |

### 302 Reportable Ingredients (Identification Threshold 1%.):

| Chemical Name | CAS # | Wt % | SARA 302 TPQ |
|---|---|---|---|

### 313 Reportable Ingredients (Chemicals present below reporting threshold are exempt):

| Chemical Name | CAS # | Wt % |
|---|---|---|

### National Volatile Organic Compound Emission Standards For Architectural Coatings:

**Volatile Organic Content:**  (gr/L)    Not Applicable

### WHMIS Classification(s):                     D2 B

This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR).  This MSDS contains all the information required by the CPR.

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707

MSDS Date: 06/18/2003

## State Regulatory Information:

**California Proposition 65:** This product contains substances known to the state of California to cause cancer, birth defects or other reproductive harm.

## Massachusetts Hazardous Substance List(Identification threshold 0.001%(1ppm)):

| Chemical Name | CAS # | Wt % |
|---|---|---|
| Heavy Paraffinic Distillate Solvent Extract | 064742-04-7 | 21 |

## New Jersey Hazardous Substance List(Identification threshold (0.1%)):

| Chemical Name | CAS # | Wt % |
|---|---|---|

## Pennsylvania Hazardous Substance List(Identification threshold 0.01%):

| Chemical Name | CAS # | Wt % |
|---|---|---|

## CHEMICAL INVENTORY STATUS:

**All chemicals in this product are listed or exempt from listing in the following countries:**

| US | CANADA | | EUROPE | AUSTRALIA | JAPAN | KOREA | PHILIPPINES |
|---|---|---|---|---|---|---|---|
| TSCA | DSL | NDSL | EINECS/ELINCS | AICS | ENCS | ECL | PICCS |
| Yes | Yes | No | Yes | Yes | Not Determined | Yes | Yes |

# W. R. GRACE

## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707

MSDS Date: 06/18/2003

## SECTION 16 - OTHER INFORMATION

BITUTHENE® WATERPROOFING MEMBRANE 3000, 5000, 9004, 9016, 5004, 4008, 2000, 6000
BITUTHENE® WATERPROOFING MEMBRANE 374, CP
BITUTHENE® WATERPROOFING MEMBRANE STRIPS 3000, 5000, 3000-90
BITUTHENE® LOW TEMPERATURE WATERPROOFING MEMBRANE, MEMBRANE STRIPS
BITUTHENE® SYSTEM 4000 WATERPROOFING MEMBRANE, MEMBRANE STRIPS
PERM-A-BARRIER® WALL FLASHING, PERM-A-BARRIER® WALL MEMBRANE,
PERM-A-BARRIER® LOW TEMPERATURE MEMBRANE, PAB SYSTEM 4000
GRACE ICE & WATER SHIELD®, PRMA MEMBRANE
INSULWRAP P-300, P-400, P-460 AND P-500, PITTWRAP CW
GRACE® SELECT, VYCOR® V40 WEATHER BARRIER STRIPS, GRACE VYCOR® PLUS TAPES
GRACE® BASIK™
BITUSTIK™, HATCH TAPE, GRACE VYCOR DECK PROTECTOR

### Non-Hazardous Ingredient Disclosure:

| Chemical Name | CAS Number |
|---|---|
| | |

| | |
|---|---|
| **Prepared by:** | EH&S Department |
| **Approved by:** | EH&S Department |
| **Approved Date:** | 06/18/2003 |

### Disclaimer:

"The data included herein are presented in accordance with various environment, health and safety regulations. It is the responsibility of a recipient of the data to remain currently informed on chemical hazard information, to design and update its own program and to comply with all national, federal, state and local laws and regulations applicable to safety, occupational health, right-to-know and environmental protection."

M-85698 (Asia Pacific)          **MATERIAL SAFETY DATA SHEET**          Page 1 of 8

## SECTION 1 - CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

MSDS PREPARED BY:  Environmental Health Dept.-Grace Construction Products
W.R.Grace (Singapore) Pte. Ltd.
25 Tanjong Perjuru
Singapore  609024
          Telephone Number for Information and Emergency Response
65-2653033

| MSDS Number: M-85698     000001 | Cancels MSDS # - New | Date: 03/26/2002 |
|---|---|---|

| **Trade Names and Synonyms:** | **WATERPROOFING MEMBRANE (See Section 16 Of MSDS For Product ID/Trade Name)** |
|---|---|

**(SEE SECTION 16 FOR ADDITIONAL PRODUCT IDENTIFICATION)**

Chemical Names and Family:          Rubberized Asphalt Adhesive Sheet With Film and/or Mesh Comprising Various Components

Product Use:          Waterproofing Membrane
Formula:          Mixture-NA
CAS# (Chemical Abstract Service):          MIXTURE-N/A

## SECTION 2 - HAZARDOUS INGREDIENT AND MAJOR COMPONENT INFORMATION
### (See Section 11 for Complete Chemical Names)

|  |  |  | EXPOSURE LIMITS | |
|---|---|---|---|---|
| INGREDIENT: | Max.% By Wt. | OSHA | Exposure Limits ACGIH | OTHER |
| ASPHALT CAS#    08052-42-4/ 64742-93-4 | 70.00 | None Established | TLV 5 mg/m3 - TWA (Asphalt Fume) | NIOSH 5 mg/m3 |
| Heavy Paraffinic Distillate Solvent Extract CAS#    64742-04-7/ 64742-10-5 | 35.00 | None Established | None Established | Vendor Recommended: 0.2 mg/m3 -TWA (mist)- |

### EXPOSURE GUIDELINES - CANADA

Employers should check with provincial regulatory agencies for exposure guidelines, which may vary locally.

## SECTION 3 - HAZARDS IDENTIFICATION

### Emergency Overview:

Warning Statements:

WARNING!   MAY CAUSE SLIGHT IRRITATION.
MAY BE HARMFUL IF IN CONTACT WITH OR ABSORBED THROUGH THE
SKIN.

... Contains Asphalt CAS# 8052-42-4 or CAS# 64742-93-4, Heavy paraffinic
distillate solvent extract CAS# 64742-04-7 or CAS# 64742-10-5, Styrene
butadiene polymer CAS# 9003-55-8 and Film and/or Mesh Comprising
Various Components.

... Repeated skin contact with Rubberized asphalt adhesive in this
product may result in slight irritation.  Prolonged or repeated
skin contact with the Unprocessed naphthenic oils contained in
the Rubberized asphalt in this product may, without washing,
cause an increased risk of skin cancer, liver damage, blood
effects and effects on the unborn based on tests with laboratory
animals.  Skin cleansing studies with aromatic oils show that the
toxic effects are not likely to occur in humans if good personal
hygiene practices are used.

... Eye contact with oil residue on hands may result in irritation.

... Release liners are slippery.  Remove from work area immediately
after membrane application.

... Removal of the release liner may generate a static electrical
discharge (spark).

... Read and understand all Health and Safety information on the
product Label and Material Safety Data Sheet _before_ use.

**NPCA-HMIS Hazard Index:**
   o  Health:   2  *
   o  Flammability: 1
   o  Reactivity:  0
   o  Personal Protection: B
     (See Section 8)

### Potential Health Effects

Routes of Exposure:

Inhalation:
There are no known health effects due to inhalation.  Due to the
physical nature of this product, inhalation is unlikely.

Skin and Eye:
SKIN:  Prolonged or repeated contact with the Heavy paraffinic distillate
solvent extract in this product may produce serious toxic effects including skin
cancer.  Animal tests indicate that prolonged and repeated skin
contact to the oils in this product may produce local skin tumors.

EYE:  Eye contact with oil residue may result in irritation.

## SECTION 3 - HAZARDS IDENTIFICATION (Cont'd)

<u>Ingestion</u>:
There are no known health effects due to ingestion.  Due to the
physical nature of this product, ingestion is unlikely.  Wash hands
completely before eating.

<u>Carcinogenicity Information</u>:

**Heavy Paraffinic Distillate Solvent Extract:** This product contains
15-35% of a Heavy paraffinic distillate solvent extract which has been
shown to cause cancer in laboratory animals.  It is classified by IARC
as a positive human carcinogen.

**Petroleum Asphalt:** In March, 1987 the International Agency for
Research on Cancer (IARC) classified bitumens (such as the petroleum
asphalt in this product) as a Group 3 material, "not classifiable as
to its carcinogenicity to humans".  This classification was made
based on inadequate evidence for the carcinogenicity of undiluted
air-refined bitumens in experimental animals and inadequate evidence
that bitumens alone are carcinogenic to humans.  However, Asphalt
does contain a small amount of Polycyclic aromatic hydrocarbons which
have been shown to cause cancer and respiratory damage in animals.
NIOSH recently conducted mouse skin painting studies using selected
fractions of Asphalt fume condensate.  Skin application of the
condensate fractions resulted in skin tumors in laboratory mice.

Laboratory animals exposed to repeated applications of Asphalt
materials for their entire lifetime have developed skin tumors
primarily at the site of application.  The Asphalt material was not
washed off between exposures.  Intermittent or occasional skin
contact with petroleum Asphalts is not expected to have serious
health effects as long as good personal hygiene measures, such as
those outlined in this Material Safety Data Sheet, are followed.

No carcinogenic effects were observed during lifetime inhalation
studies with laboratory animals; although lung damage in the test
animals was observed.  Findings included bronchitis, pneumonitis and
abscess formation, among others, similar to problems caused by other
non-specific irritants.

---

## SECTION 4 - FIRST AID MEASURES

| | |
|---|---|
| SKIN: | In case of skin contact, promptly cleanse the area with waterless hand cleaner, thoroughly clean fingernails and follow by washing with soap and water. See Section 8 of the MSDS for further information. |
| EYE: | If eye irritation develops due to contact with oil residue on hands, flush eyes with plenty of water. Consult a physician if eye or skin irritation develops or if swallowed. |
| INHALATION: | If symptoms develop due to inhalation, get fresh air. If breathing is difficult, give oxygen. If not breathing, give artificial respiration. Get medical attention immediately. |
| INGESTION: | If swallowed, contact a physician immediately. The decision to induce vomiting should only be made by a physician. Never give anything by mouth to an unconscious person. |

---

## SECTION 5 - FIRE FIGHTING MEASURES

Flash Point: >210°C (>410°F)          Flammable Limits:
Method Used: Open Cup                      LEL NA          UEL NA
N.F.P.A. Rating: H-1  F-1  R-0

### Extinguishing Media

Water fog, alcohol foam, dry chemical or Carbon dioxide.

### Special Fire Fighting Procedures

Firefighters should be equipped with Self-Contained Breathing Apparatus (SCBA) to prevent inhalation of hazardous decomposition product.

### Unusual Fire and Explosion Hazards

Removal of the release liner may generate a static electrical discharge (spark). Do not remove release liner where spark may ignite flammable vapors.

---

## SECTION 6 - ACCIDENTAL RELEASE MEASURES

Waste of this product is not defined as hazardous according to U. S. EPA (40 CFR § 261.3).

## SECTION 7 - HANDLING AND STORAGE INFORMATION

Precautionary Measures:

- ... Promptly cleanse hands with waterless hand cleaner, clean fingernails and wash hands with soap and water after handling.
- ... Release liners are slippery.  Remove from work area immediately after membrane application.
- ... Do not remove release liner where spark may ignite flammable vapors.
- ... Slippery when wet or covered by frost.
- ... Consistent with good roofing practice, always wear fall protection when working on a roof deck.
- ... Do not apply where membrane odors may penetrate living areas.
- ... FOR PROFESSIONAL USE ONLY.  KEEP OUT OF CHILDREN'S REACH.

## SECTION 8 - EXPOSURE CONTROLS/PERSONAL PROTECTION

Ventilation:

Local Exhaust:   Not required for normal use.
Mechanical:      Not required for normal use.
Special:         Not Applicable
Other:           Not Applicable

Respiratory Protection:
Wear NIOSH-approved respiratory protection to prevent employee exposures from exceeding the limits specified in Section 2.

Skin Protection:
In order to avoid prolonged or repeated contact with oil residue, use of oil impervious gloves is recommended.

Eye Protection:
Not required for normal use.

Other Protective Clothing or Equipment:
Not Applicable

Work/Hygienic Practices:

Avoid rubbing eyes while handling.  Due to the physical nature of this product, ingestion is unlikely.  Incidental ingestion of rubberized asphalt residue on hands can be avoided by using good personal hygiene practices.

This product contains Heavy paraffinic distillate solvent extract. Heavy paraffinic distillate solvent extract contain high concentrations of Polycyclic aromatic compounds, some of which have been shown to cause skin cancer in humans, under conditions of poor personal hygiene and prolonged, repeated contact.  Certain components of these compounds have also produced harmful effects in laboratory animals after absorption through the skin. Although these effects have been principally to the liver and blood-forming organs, the unborn young of these animals may also be affected.  The animal experiments also showed that these effects can be prevented by thorough removal of the oil from the skin.  Skin cleansing studies with aromatic oils show that the toxic effects are not likely to occur in humans if good personal hygiene practices are used.

## SECTION 9 - PHYSICAL AND CHEMICAL PROPERTIES

Boiling Point:    Not Applicable          Specific Gravity($H_2O$=1) 1.0-1.1

Vapor Pressure (mm Hg.) Not Applicable    % Volatiles          Negligible

Vapor Density(AIR = 1) Not Applicable     Evaporation Rate     Not Applicable
                                          (Butyl Acetate = 1)

Solubility in Water: Negligible           pH                   Not Applicable

Bulk Density (#/cu. ft): ~70

Appearance and Odor: A black, rubberized asphalt adhesive layer
                     on a grey/black plastic sheet with a paper
                     or plastic release sheet.  Petroleum odor.

Odor Threshold:
 Unknown

## SECTION 10 - STABILITY AND REACTIVITY

Stable under normal conditions (yes or no):  YES
    Conditions or Materials to avoid (which may react or cause instability):
        Strong oxidizers

Hazardous Decomposition or Byproducts:
        Carbon monoxide, Sulfur oxides, Asphyxiants

Hazardous Polymerization:
        Not Applicable

  Conditions to Avoid:
        Not Applicable

## SECTION 11 - TOXICOLOGICAL INFORMATION

INGREDIENT                              TOXICITY DATA: $LD_{50}$ & $LC_{50}$
  (Chemical Name,
   CAS#, & Common Name)                 (See Section 2 for Exposure Limits)
**Asphalt**                             No Toxicity Data Available
  CAS# 8052-42-4/
     64742-93-4

**Heavy paraffinic distillate**         $LD_{50}$ Oral (Rat) = 5 g/kg
**solvent extract**
  CAS# 64742-04-7/
     64742-10-5

## SECTION 12 - ECOLOGICAL INFORMATION
None Available At This Time

## SECTION 13 - DISPOSAL CONSIDERATIONS

Consult all regulations (federal, state, provincial, local) or a
qualified waste disposal firm when characterizing waste for disposal.
Dispose of waste in accordance with all applicable regulations.

## SECTION 14 - TRANSPORT INFORMATION

Transportation Hazard Classification

PROPER SHIPPING: Nonhazardous
    NAME
HAZARD CLASS:              Nonhazardous
IDENTIFICATION #:          Not Applicable
LABEL(s) REQUIRED:         Not Applicable

Surface Freight Classification:      Asphalt Mixture, N.O.I.B.N.

## SECTION 15 - REGULATORY INFORMATION

(Not Meant To Be All Inclusive
Selected Regulations Represented)

### SARA TITLE III REPORTING INFORMATION
#### Tier I & II HAZARD CATEGORIES:

DELAYED (CHRONIC) HEALTH
IMMEDIATE (ACUTE) HEALTH

Contains Extremely Hazardous-SARA III Section 302 Ingredient:      NO
    Comments:

Contains Toxic Chemical Release-SARA III Section 313 Ingredient:   NO
    Comments:

## Other Government Reporting Requirements:

### CHEMICAL INVENTORY CERTIFICATION:

#### For U.S. Products ONLY
All ingredients contained in this product are included on the US EPA
Toxic Substances Control Act (TSCA) Inventory or exempt from listing on
the TSCA Inventory.

#### For Canadian Products ONLY
All ingredients contained in this product comply with the requirements
of the Canadian Environmental Protection Act (CEPA) and are listed
on the Domestic Substance List (DSL) or Non-Domestic Substance List (NDSL).

**MATERIAL SAFETY DATA SHEET**

**CALIFORNIA PROPOSITION 65 INFORMATION:** WARNING! This product contains substances known to the State of California to cause cancer, birth defects and other reproductive harm.

**WHMIS CLASS:** D-2B

This product has been classified in accordance with the hazard criteria of the Controlled Products Regulation **(CPR)**. This MSDS contains all the information required by the CPR.

Nonhazardous Ingredient Disclosure:
 Styrene butadiene polymer CAS# 9003-55-8 and Polyolefin film.

**SECTION 16 - OTHER INFORMATION**
The information contained in this Material Safety Data Sheet is applicable to the following products:

 BITUTHENE® WATERPROOFING MEMBRANE 3000, 5000, 9004, 9016, 5004, 4008, 2000, 6000
 BITUTHENE® WATERPROOFING MEMBRANE 374, CP, CP (LT), 2000LT, 3000LT
 BITUTHENE® WATERPROOFING MEMBRANE STRIPS 3000, 5000, 3000-90
 BITUTHENE® LOW TEMPERATURE WATERPROOFING MEMBRANE, MEMBRANE STRIPS
 BITUTHENE® SYSTEM 4000 WATERPROOFING MEMBRANE, MEMBRANE STRIPS
 PERM-A-BARRIER® WALL FLASHING, PERM-A-BARRIER® WALL MEMBRANE,
 PERM-A-BARRIER® LOW TEMPERATURE MEMBRANE, PAB SYSTEM 4000
 GRACE ICE & WATER SHIELD®, GRACE ICE & WATER SHIELD® (LT), PRMA MEMBRANE
 INSULWRAP P-300, P-400, P-460 AND P-500, PITTWRAP CW
 VYCOR® SELECT, VYCOR® V40 WEATHER BARRIER STRIPS, VYCOR® PLUS
 VYCOR® BASIK™
 BITUSTIK™, HATCH TAPE


And the low temperature variants (indicated by LT) for the above products.

This is to be used for the BIT 3000LT, BIT 2000LT, GRACE ICE & WATER SHIELD (LT), BIT CP (LT), where a low temperature compound will be used.

"THE DATA INCLUDED HEREIN ARE PRESENTED IN ACCORDANCE WITH VARIOUS ENVIRONMENT, HEALTH AND SAFETY REGULATIONS.  IT IS THE RESPONSIBILITY OF A RECIPIENT OF THIS DATA TO REMAIN CURRENTLY INFORMED ON CHEMICAL HAZARD INFORMATION, TO DESIGN AND UPDATE ITS OWN PROGRAM AND TO COMPLY WITH ALL NATIONAL, FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS APPLICABLE TO SAFETY, OCCUPATIONAL HEALTH, RIGHT-TO-KNOW AND ENVIRONMENTAL PROTECTION."

# DISCONTINUED PRODUCT AS OF 01/01/2000

M-85648                **MATERIAL SAFETY DATA SHEET**                Page 1 of 12

## SECTION 1 - CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

MSDS PREPARED BY:  Environmental Health Dept.-Grace Construction Products

| W.R.Grace & Co.-Conn. | Grace Canada, Inc. |
|---|---|
| 62 Whittemore Ave. | 294 Clements Rd. West |
| Cambridge, MA 02140 | Ajax, Ontario, L1S 3C6 |

Telephone Number for Information and Emergency Response

| In USA: (617) 876-1400 | In Canada: (905) 683-8561 |
|---|---|

**MSDS Number: M-85648     000001     Cancels MSDS # M-85635     Date: 09/29/1998**

| **Trade Names and Synonyms:** | **WATERPROOFING PRIMERS (See Section 16** |
|---|---|
| | **Of MSDS For Product ID/Trade Name)** |
| **(SEE SECTION 16 FOR ADDITIONAL** | |
| **PRODUCT IDENTIFICATION)** | |
| Chemical Names and Family: | Synthetic Rubber Solution in Organic Solvent |
| Product Use: | Horizontal and Vertical Grade Primer |
| Formula: | Mixture-NA |
| CAS# (Chemical Abstract Service): | MIXTURE-NA |

## SECTION 2 - HAZARDOUS INGREDIENT AND MAJOR COMPONENT INFORMATION
### (See Section 11 for Complete Chemical Names)

| INGREDIENT: | Max.% By Wt. | EXPOSURE LIMITS (See Section 8 for Canadian Limits) Exposure Limits | | |
|---|---|---|---|---|
| | | OSHA | ACGTH | OTHER |
| **NAPHTHENIC OIL CAS#   64742-52-5 | 5.00 | *PEL - 5mg/m3 *Oil Mist | *TLV - 5mg/m3 *Oil Mist | None Established |
| ETHYLBENZENE CAS#   00100-41-4 | 20.00 | PEL-100 ppm (435 mg/m$^3$)-TWA STEL-125 ppm (545 mg/m$^3$) | TLV-100 ppm (434 mg/m$^3$)-TWA STEL-125 ppm (543 mg/m$^3$) | NIOSH PEL-100ppmTWA (435 mg/m$^3$) STEL-125 ppm (545 mg/m$^3$) |
| TOLUENE CAS#   00108-88-3 | 1.00 | 100 ppm - TWA (375 mg/m$^3$-TWA) 150 ppm - STEL | 100 ppm - TWA (377 mg/m$^3$-TWA) 150 ppm - STEL | NIOSH 100 ppm - TWA 200 ppm - Ceiling |
| XYLENE CAS#   01330-20-7 | 65.00 | PEL-100ppm (435 mg/m$^3$)-TWA STEL-150ppm STEL-655 mg/m3-TWA | TLV-100ppm (434 mg/m$^3$)-TWA STEL-150ppm (651 mg/m$^3$) | NIOSH 100ppm (435 mg/m3 -TWA) STEL-150ppm STEL-655 mg/m3-TWA |

# DISCONTINUED PRODUCT AS OF 01/01/2000

M-85648                    **MATERIAL SAFETY DATA SHEET**                    Page 2 of 12

## SECTION 3 - HAZARDS IDENTIFICATION

**Emergency Overview:**

Warning Statements:

WARNING!  FLAMMABLE LIQUID.
- ... Mixture contains Xylene CAS# 1330-20-7, Ethyl benzene CAS# 100-41-1, Toluene CAS# 108-88-3, Severely hydrotreated heavy Naphthenic oil CAS# 64742-52-5, Hydrocarbon resin CAS# 68131-77-1, Styrene butadiene polymer CAS# 9003-55-8 and 1,4 Dialkylamino anthraquinone CAS# 71819-49-3.
- ... **VAPORS MAY IGNITE EXPLOSIVELY.**
- ... **VAPORS ARE HEAVIER THAN AIR AND MAY TRAVEL TO DISTANT SOURCES OF IGNITION AND FLASH BACK.**
- ... Harmful if swallowed or inhaled.
- ... Overexposure to vapors may cause dizziness, headache, weakness, euphoria, excitement, drowsiness, incoordination, cardiac distress, central nervous system depression, confusion, coma or death at high concentrations (See MSDS-Section 3).
- ... **FORCED VENTILATION AND/OR A NIOSH-APPROVED RESPIRATOR MUST BE USED WHEREVER EXPOSURES CANNOT BE MAINTAINED BELOW EXPOSURE LIMITS-CONSULT (See MSDS-SECTIONS 2 & 8).**
- ... May cause irritation to eyes, skin and respiratory tract.
- ... Read and understand all Health and Safety information on the product Label and Material Safety Data Sheet before use.

**NPCA-HMIS Hazard Index:**
- o  Health:        3     *
- o  Flammability: 3
- o  Reactivity:   0
- o  Personal Protection: B,G
       (See Section 8)

**Potential Health Effects**

Routes of Exposure:

Inhalation:

Read MSDS Sections 2 & 8 for current Exposure Limits before use.  May cause irritation of the nose, throat, and respiratory tract.  Inhalation may cause central nervous system depression and minor reversible effects upon liver and kidneys.  At high concentrations vapor may cause dizziness, staggering, drowsiness and unconsciousness.  Also, at very high concentrations, breathing vapors may cause pulmonary edema (excessive fluid in the lungs), anorexia (loss of appetite), nausea, vomiting, abdominal pain (pain in the stomach area), chemical pneumonitis (inflammation of the lungs), hemorrhage (bleeding), respiratory depression, coma or death.  Hearing loss, reproductive and mutagenic hazards are possible from repeated overexposure based on tests with laboratory animals.

The solvent in this product has a low order of acute oral and dermal toxicity, but minute amounts aspirated into the lungs during ingestion or vomiting may cause mild to severe pulmonary injury and possibly death.

## DISCONTINUED PRODUCT AS OF 01/01/2000

---

### SECTION 3 - HAZARDS IDENTIFICATION (Cont'd)

Skin and Eye:
Exposure to vapor may cause eye irritation.  Repeated exposure to high
concentrations of vapor may cause reversible eye damage.  Contact
with eyes or skin may cause irritation.  Prolonged or repeated contact
may defat skin (remove the natural protective oils) leading to irrita-
tion or dermatitis (inflammation) resulting in itching, redness and
rash.

Ingestion:
Based on ingredient information, the oral toxicity is estimated to be
low and, therefore, not expected to be harmful if swallowed in small
amounts.  However, actual toxicity of the finished product is unknown.
Therefore, ingestion of any amount should be avoided.  Ingestion may
cause symptoms similar to those of inhalation.  Aspiration of liquid
into lungs, which can be caused by vomiting, can cause systemic
effects similar to those of inhalation.

The solvent in this product has a low order of acute oral and dermal
toxicity, but minute amounts aspirated into the lungs during ingestion
or vomiting may cause mild to severe pulmonary injury and possibly
death.

Carcinogenicity Information:
    OSHA - No
    IARC - No
    NTP  - No

# DISCONTINUED PRODUCT AS OF 01/01/2000

---

## SECTION 4 - FIRST AID MEASURES

SKIN:          In case of skin contact, thoroughly clean fingernails and
               wash skin with soap and water, waterless hand creams or
               abrasive soap.  If irritation develops, consult a
               physician.

EYE:           In case of eye contact, flush eyes with plenty of water
               for 15 minutes and consult a physician.

INHALATION:    If symptoms develop due to inhalation, get fresh air.  If
               breathing is difficult, give oxygen.  If not breathing
               give artificial respiration.  Get medical attention
               immediately.

SWALLOWED:     If swallowed contact a physician immediately.  Decision to
               induce vomiting should only be made by a physician.  Never
               give anything by mouth to an unconscious person.

---

## SECTION 5 - FIRE FIGHTING MEASURES

Flash Point: ~80°F/27°C                    Flammable Limits:
Method Used: Tag Closed Cup (Xylene)        LEL 1.0        UEL 7.0
N.F.P.A. Rating:  H-2  F-3  R-0

Extinguishing Media

     Carbon dioxide; dry chemical or foam

Special Fire Fighting Procedures

     Water spray may be ineffective.  Water may be used to cool closed
     containers in order to prevent pressure build up and possible auto-
     ignition or explosion when exposed to extreme heat.  Fog nozzles
     are preferred if water is used.

Unusual Fire and Explosion Hazards

     Keep containers closed except when in use.  Keep away from heat,
     electrical equipment, sparks, and open flame.  Closed containers
     may explode when exposed to extreme heat.  Vapors are heavier than
     air and may travel along ground to ignition sources distant from
     materials handling point such as electrical equipment, smoking
     materials, welding torches, pilot lights, etc.  Extinguish all
     pilot lights and all sources of ignition.  Product or product
     residue can ignite explosively.  Do not cut, drill, grind, or weld
     on or near container whether empty or full.  Flammable Liquid -
     Class IB.

# DISCONTINUED PRODUCT AS OF 01/01/2000

**MATERIAL SAFETY DATA SHEET**

## SECTION 6 - ACCIDENTAL RELEASE MEASURES

### U.S. RELEASES

Because of the Xylene content (CAS# 1330-20-7) this product is
considered a hazardous substance under the U.S. EPA Clean Water Act.
Spills of this product must be reported to the National Response
Center at 1-800-424-8802. Spill reporting requirements and report-
able quantites vary by region. In case of any spill or release,
consult all applicable state and local regulations.

Observing all precautions noted above, absorb spilled product with an
inert noncombustible material and remove for disposal. Remove all
sources of ignition. Do not use metal shovels or other tools which
could create sparks.

Waste which results from the clean up of spilled product, absorbed by
a noncombustible absorbing media would not be considered a hazardous
waste once the Xylene (ignitable content) has evaporated.

Waste/rejected product consisting of unused liquid product in sealed
containers is an EPA Hazardous Waste #D001 (due to its ignitability).
Dispose of all waste at a disposal facility as permitted by applicable
government regulations.

### CANADIAN RELEASES

Prevent spills from entering drinking water supplies or streams.
Observing above precautions, collect liquid or solidify with an
inert noncombustible material and remove for disposal.

Dispose of all waste in accordance with all applicable government
regulations.

## SECTION 7 - HANDLING AND STORAGE INFORMATION

Precautionary Measures:

... **Forced ventilation is necessary in pits and other confined or poorly
    ventilated areas.  (See MSDS-Sections 2 & 8)**
... Avoid inhaling vapors or mists even when adequate ventilation
    is available.
... **KEEP AWAY FROM HEAT, SPARKS, OPEN FLAMES, ELECTRICAL EQUIPMENT,
    SMOKING MATERIALS, WELDING TORCHES, PILOT LIGHTS, ETC.**
... Enforce no-smoking policy for all trades present on job site.
... When working around heating and air conditioning systems, block air
    intake vents to prevent vapor from traveling into buildings.
... Avoid contact with eyes, skin and clothing.
... In case of fire use Carbon dioxide, dry chemical or foam.
... Keep container closed tightly when not in use to avoid unnecessary
    release of vapors and to prevent spills.
... Bond and ground containers if transfering product.
... Do not reuse empty containers.
... Do not cut, drill, grind or weld on or near container whether full
    or empty.
... FOR PROFESSIONAL USE ONLY.  KEEP OUT OF CHILDREN'S REACH.

# DISCONTINUED PRODUCT AS OF 01/01/2000

**MATERIAL SAFETY DATA SHEET**

## SECTION 8 - EXPOSURE CONTROLS/PERSONAL PROTECTION/CANADIAN EXPOSURE LIMITS

Ventilation:
Explosion-proof portable ventilation is required to prevent vapor
build up in spray applications or during application in enclosed or
depressed areas.  Vapors are heavier than air and will build up in
confined spaces without ventilation.  Vapor build up can be life
threatening.  Portable equipment such as a Coppus Vano] portable
blower/exhauster should be used in accordance with the manufacturer's
instructions.

Respiratory Protection:
A chemical cartridge respirator with organic vapor cartridge is
required at or above the Permissible Exposure Limit (PEL).  Consult
MSDS Section 2 for exposure limits.  A dust/mist cartridge or
prefilter may be needed in addition to control exposure to mists.
Supplied air or self-contained breathing apparatus is required at
higher exposure levels above the capabilities of a chemical cartridge
respirator.

# DISCONTINUED PRODUCT AS OF 01/01/2000

---

**SECTION 8 - EXPOSURE CONTROLS/PERSONAL PROTECTION/CANADIAN EXPOSURE LIMITS  (Cont'd)**

Skin Protection:
  PVA supported polyvinyl alcohol gloves are recommended.  Natural
  rubber gloves should not be used.

Eye Protection:
  Wear goggles to prevent exposure to high vapor concentrations.  Wear
  goggles, safety glasses or a full face shield to prevent contact due
  to splashing.

Other Protective Clothing or Equipment:
  Normal work clothes with long sleeves should be worn.

Work/Hygienic Practices:

  You and your personnel must completely understand the fire and explosion
  hazards before using solvent-based products.  Any of your employees or
  other contractor's personnel who come in contact with this product should
  be informed of all precautions required for safe handling.

  All containers for products which may involve safety hazards must be
  labeled to identify the precautions required.  Your personnel should be
  made aware of the precautions identified on the product labels as well as
  all the information contained above in this Material Safety Data Sheet
  and the following:

  1. · Smoking must not be permitted anywhere in the vicinity of the
       work when using solvent-based products.

  2. Use of flames, sparks, or electrical equipment shall not be
     permitted in or near the work area.  This includes welding,
     soldering, or other activities involving flames, sparks or high
     heat sources.  Do not cut, drill, grind, or weld on or near con-
     tainer whether empty or full.  Solvent vapors have been known to
     migrate from the work site.  Therefore, remote ignition sources
     should be extinguished.

  3. Positive ventilation may be required to avoid build up of solvent
     vapors.  Particular attention should be given to low areas such
     as pits, depressions or trenches which may collect vapors which
     are heavier than air.  Particular care must be taken in enclosed
     areas, or in situations where wind cannot naturally ventilate the
     work area.  Forced ventilation may be required if natural venti-
     lation is inadequate.  Careful review of the above respiratory
     protection and ventilation control is essential!

# DISCONTINUED PRODUCT AS OF 01/01/2000

## SECTION 8 - EXPOSURE CONTROLS/PERSONAL PROTECTION/CANADIAN EXPOSURE LIMITS (Cont'd)

| | | Provincial Exposure Limits | | | |
|---|---|---|---|---|---|
| Ingredients | ACGIH | ALBERTA | B.C. | ONTARIO | QUEBEC |
| XYLENE:<br>CAS# 1330-20-7 | 100ppm-8 hr TLV<br>150ppm-STEL | 100ppm-8 hr<br>150ppm-15 Min | 100ppm-8 hr<br>150ppm-15 Min | 100ppm-8hr TWAEV<br>150ppm-15 Min STEV | 100ppm-AVE<br>150ppm-Max |
| ETHYL BENZENE<br>CAS# 100-41-4 | 100ppm-TLV<br>125ppm-STEL | 100ppm-8 hr<br>125ppm-15 Min | 100ppm-8 hr<br>125ppm-15Min | 100ppm-TWAEV<br>125ppm-STEV | 100ppm-AVE<br>125ppm-Max |
| TOLUENE<br>CAS# 108-88-3 | 100ppm-TLV<br>150ppm-STEL | 100ppm-8 hr<br>150ppm-15 Min | 100ppm-8 hr<br>150ppm-15 Min | -----<br>----- | 100ppm-AVE<br>150ppm-Max |

0450f

# DISCONTINUED PRODUCT AS OF 01/01/2000

## SECTION 9 - PHYSICAL AND CHEMICAL PROPERTIES

Boiling Point:    280°F/138°C                    Specific Gravity($H_2O$=1) 0.9 (Xylene)
                  (estimated)

Vapor Pressure (mm Hg.) 6-10 (Xylene)            % Volatiles        ~80

Vapor Density(AIR = 1) 3.7 (Xylene)              Evaporation Rate   0.75 (Xylene)
                                                 (Butyl Acetate = 1)

Solubility in Water: Practically                 pH                 Not Available
                     Insoluble
Bulk Density (#/cu. ft): Not Applicable

Appearance and Odor: Smooth black liquid with aromatic
                     solvent odor.
Odor Threshold:
 Xylene = 1.1 ppm

## SECTION 10 - STABILITY AND REACTIVITY

Stable under normal conditions (yes or no):   YES
   Conditions or Materials to avoid (which may react or cause instability):
        Heat sources, sparks, open flame.

Hazardous Decomposition or Byproducts:
        Depending upon temperature and environmental conditions, a variety of
        decomposition products may be present including, but not limited to
        Methane, Propane, Carbon monoxide, Carbon dioxide, Acrolein, Halogen-
        ated compounds, Acids, Ketones and Aldehydes.

Hazardous Polymerization:
        Will not occur.

   Conditions to Avoid:
        None Known

# DISCONTINUED PRODUCT AS OF 01/01/2000

## SECTION 11 - TOXICOLOGICAL INFORMATION

| INGREDIENT (Chemical Name, CAS#, & Common Name) | TOXICITY DATA $LD_{50}$, $LC_{50}$ etc. (See Section 2 for Exposure Limits) |
|---|---|
| Xylene (Xylol, Dimethyl-benzene) (CAS# 1330-20-7) | $LD_{50}$ (Oral rat) = 4,300 mg/kg $LC_{50}$ (Inhalation rat) = 5,000ppm/ 4 hr. |
| Ethyl Benzene (CAS# 100-41-4) | $LD_{50}$ (Oral rat) = 3,500 mg/kg |
| Toluene (CAS# 108-88-3) | $LD_{50}$ (Oral rat) = 5,000 mg/kg |

## SECTION 12 - ECOLOGICAL INFORMATION

None Available At This Time

## SECTION 13 - DISPOSAL CONSIDERATIONS

### U.S. DISPOSAL

Waste which results from the clean-up of spilled product, absorbed by
a noncombustible absorbing media, would not be considered a hazardous
waste once the Xylene (ignitable content) has evaporated.

Waste/rejected product consisting of unused liquid product in sealed
containers IS an EPA Hazardous Waste #D001 (due to its ignitability).
Dispose of all waste at a disposal facility as permitted by applicable
government regulations.

Consult all regulations (federal, state, provincial, local etc.)or
a qualified waste disposal firm when characterizing waste for disposal.
Dispose of waste in accordance with all applicable regulations.

### CANADIAN DISPOSAL

Consult all regulations (federal, state, provincial, local etc.)or
a qualified waste disposal firm when characterizing waste for disposal.
Dispose of waste in accordance with all applicable regulations.

# DISCONTINUED PRODUCT AS OF 01/01/2000

M-85648                    **MATERIAL SAFETY DATA SHEET**                    Page 11 of 12

---

## SECTION 14 - TRANSPORT INFORMATION

**Transportation Hazard Classification**

| United States DOT | Canadian Regulations |
|---|---|
| PROPER SHIPPING: <br> NAME | TDG CLASS: |
| HAZARD CLASS:        Hydrocarbons,liquid,NOS | |
| IDENTIFICATION #:    (Xylene, Ethyl Benzene), | |
| LABEL(s) REQUIRED:   3, UN3295, III | |

Surface Freight Classification:      Not Applicable

---

|  | (Not Meant To Be All Inclusive |
|---|---|
| **SECTION 15 - REGULATORY INFORMATION** | Selected Regulations Represented) |

---

## SARA TITLE III REPORTING INFORMATION
### Tier I & II HAZARD CATEGORIES:      DELAYED (CHRONIC) HEALTH
                                        FIRE
                                        IMMEDIATE (ACUTE) HEALTH

   Contains Extremely Hazardous-SARA III Section 302 Ingredient:      NO
        Comments:

   Contains Toxic Chemical Release-SARA III Section 313 Ingredient:   YES
        Comments: Contains ~65% Xylene; ~20% Ethyl benzene; ~1% Toluene.

## Other Government Reporting Requirements:

### CHEMICAL INVENTORY CERTIFICATION:

### For U.S. Products ONLY
   All ingredients contained in this product are included on the US EPA
   Toxic Substances Control Act (TSCA) inventory or exempt from listing on
   the TSCA inventory.

### For Canadian Products ONLY
   All ingredients contained in this product comply with the requirements
   of the Canadian Environmental Protection Act (CEPA) and are listed
   on the Domestic Substance List (DSL) or Non-Domestic Substance List (NDSL).

**CALIFORNIA PROPOSITION 65 INFORMATION:**   WARNING!  The State of California
has determined that one or more substances in this product may cause cancer,
birth defects or other reproductive harm.

### VOLATILE ORGANIC COMPOUNDS:
This product meets the definition of "Quick Dry" under Architectural Coatings
regulations.

      Bituthene P-3000 Primer            VOC Content:  710 g/l
      Bituthene Green Concrete Primer    VOC Content:  710/g/l
      Bituthene Low VOC Content Primer   VOC Content:  450 g/l

# DISCONTINUED PRODUCT AS OF 01/01/2000

M-85648                      **MATERIAL SAFETY DATA SHEET**                      Page 12 of 12

**WHMIS CLASS:**
Class-B, Division-2:  Flammable Liquids

This product has been classified in accordance with the hazard criteria
of the Controlled Products Regulation **(CPR)**.  This MSDS contains all the
information required by the CPR.

2635f

Nonhazardous Ingredient Disclosure:

Hydrocarbon Resin CAS# 06831-77-1,
Styrene Butadiene Polymer CAS# 09003-55-8

## SECTION 16 - OTHER INFORMATION

The information contained in this Material Safety Data Sheet is applicable to
the following products:

Bituthene P-3000 Primer
Bituthene Green Concrete Primer
Bituthene Low VOC Content Primers

**DISCONTINUED PRODUCTS:**
PRMA Primer **(Discontinued 1995)**
Bituthene Low VOC Green Concrete Primer  **(Discontinued 9/12/94)**
Servi Wrap Primers **(Discontinued 1/98)**

"THE DATA INCLUDED HEREIN ARE PRESENTED IN ACCORDANCE WITH VARIOUS ENVIRONMENT, HEALTH
AND SAFETY REGULATIONS.  IT IS THE RESPONSIBILITY OF A RECIPIENT OF THIS DATA TO REMAIN
CURRENTLY INFORMED ON CHEMICAL HAZARD INFORMATION, TO DESIGN AND UPDATE ITS OWN PROGRAM
AND TO COMPLY WITH ALL NATIONAL, FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS
APPLICABLE TO SAFETY, OCCUPATIONAL HEALTH, RIGHT-TO-KNOW AND ENVIRONMENTAL PROTECTION."

o:\ehadocs\msds\watprf\WP Primers M-85648.doc

# EXHIBIT 2

**E-mail Correspondence from W.R. Grace.**

Page 1 of 2

Yahoo! Mail - drp2p@yahoo Case01-01139-AMC    Doc 5685    Filed 06/01/04    Page 37 of 46

Yahoo! My Yahoo! Mail

**YAHOO!** Mail

Welcome, **drp2p**
[Sign Out, My Account]

Search the web [Search]

powered by (hp)

Mail Home - Help



# Gas Prices Too High?



drp2p@yahoo.com [Sign Out]

Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾

Mail Upgrades - Search Mail - **Mail Options**

Check Mail | Compose

Printable View

Move to f

**Folders [Add]**

Previous | Next | Back to Messages

Delete | Reply ▾ | Forward ▾ | Spam

📭 **Inbox (1)**
🗒 Draft
🗃 Sent
🗑 **Bulk (1)** [Empty]
🗑 Trash [Empty]

**My Folders [Hide]**

📁 Japan
📁 business
📁 computer
📁 denessa
📁 employment
📁 of interest
📁 software
📁 work pcc

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** John.J.Henningson@grace.com  📖 Add to Address Book
**Date:** Tue, 25 May 2004 10:51:09 -0400
**Subject:** 📄 RE: MSDS issue
**To:** drp2p@yahoo.com

Peter, the GRM White coating was a Xylene based primer with a
pigment added. The product was discontinued prior to 1986 whe
sold or discontinued its roofing line of products.
I do not have an electronic copy of the MSDS and the informat
be quite outdated from a current regulatory perspective. I ha
attached
a copy of the MSDS for Water Proofing Primers (Also a Discont
Product) which was a more current Xylene based product. This
should
better represent the GRM White Coating product from a current
regulatory
perspective. Please let me know if you need additional inform

Best Regards,
John

-----Original Message-----
From: drp2p@yahoo.com [mailto:drp2p@yahoo.com]
Sent: Monday, May 24, 2004 5:53 PM
To: Henningson, John J.
Subject: RE: MSDS issue


Dear Mr. Henningson,
I do thank you for looking, even if the MSDS form is
out of date it will work for my purposes. The coating
was also used on the GRM 120 product as well;
providing that helps.

Respectfully Yours,

Peter

 **Check Your Credit For Free**

 Book now on Travelocity.com

 Get 3.9%* at RateMyMortgage

 A MasterCard Credit Comeback!

———— ——— ———— ——— ———— ——— ———— .
Do you Yahoo!?
Friends.  Fun.  Try the all-new Yahoo! Messenger.
http://messenger.yahoo.com/

**Attachment**

**WP_Primers_M_85648.PDF**
.PDF file

**Scan and Download Attachment**

Scan and Save to my Yahoo! Briefcase

| Delete | Reply ▾ | Forward ▾ | Spam |

Previous | Next | Back to Messages

Move to f...

Save

Check Mail     Compose

Mail Upgrades - Search Mail - **Mail Options**

Mail - Address Book - Calendar - Notepad

Address Book · Auctions · Autos · Briefcase · Calendar · Chat · Classifieds · Finance · Games · Geocities · Greetings · Groups · Health · Horoscopes · HotJobs · Kids · Mail · Maps · Member Directory · Messenger · Mobile · Movies · Music · My Yahoo! · News · PayDirect · Personals · Pets · Photos · Shopping · Sports · TV · Travel · Weather · Yellow Pages · more...

Copyright © 1994-2004 Yahoo! Inc. All rights reserved. Terms of Service - Copyright Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Page 1 of 2

Yahoo! Mail - drp2p Case 01-01139-AMC    Doc 5685    Filed 06/01/04    Page 39 of 46

  

Yahoo! My Yahoo! Mail

**YAHOO! Mail** ✉  Welcome, **drp2p**
[Sign Out, My Account]

Mail Home - Help

# Eat FREE at McDonald's !

YourGiftCards.

📧 **Mail** ▾ | 📇 **Addresses** ▾ | 📅 **Calendar** ▾ | 📝 **Notepad** ▾    drp2p@yahoo.com [Sign Out]

Mail Upgrades - Search Mail - **Mail Options**

Check Mail    Compose

**Folders** [Add]

📥 Inbox
📝 Draft
📤 Sent
📦 **Bulk (1)** [Empty]
🗑 Trash [Empty]

**My Folders** [Hide]

▢ Japan
▢ business
▢ computer
▢ denessa
▢ employment
▢ of interest
▢ software
▢ work pcc


**It's Free.**
**Check your Credit.**


**Free Checking**
w/ Direct Deposit


Get **3.9%*** at
RateMyMortgage

**Bad Credit?**
**Good MasterCard!**

Previous | Next | Back to Messages

Printable View -

Delete | Reply ▾ | Forward ▾ | Spam    Move to fold

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** John.J.Henningson@grace.com  Add to Address Book
**Date:** Mon, 24 May 2004 09:51:57 -0400
**Subject:** RE: FW: Grace Corp website feedback: EHS
**To:** drp2p@yahoo.com

I can remember this product from my early years as Grace. I
been able to locate an MSDS our roofing line of products wer
sold or discontinued over ten years ago. I will keep looking
MSDS
however it will be outdated fro a current regulatory perspec

John Henningson
Product Steward (Americas)
Grace Dept of EH&S

-----Original Message-----
From: drp2p@yahoo.com [mailto:drp2p@yahoo.com]
Sent: Friday, May 21, 2004 4:12 PM
To: Henningson, John J.
Subject: Re: FW: Grace Corp website feedback: EHS

Dear Mr. Henningson,
Thank you for replying to my request regarding the
MSDS form on the GRM product. There is another GRM
product which I need an MSDS form for, and that is the
white coating that went with the GRM 230 product. I
cannot recall the name of the coating, except the it
was part of the GRM 230 product line.

Hope you can find it.

Peter

Do you Yahoo!?
Yahoo! Domains - Claim yours for only $14.70/year
http://smallbusiness.promotions.yahoo.com/offer

| Delete | Reply ▼ | Forward ▼ | Spam |

Move to fol

Previous | Next | Back to Messages

Save N

| Check Mail | Compose |

Mail Upgrades - Search Mail - **Mail Options**

Mail - Address Book - Calendar - Notepad

Address Book · Auctions · Autos · Briefcase · Calendar · Chat · Classifieds · Finance · Games · Geocities · Greetings · Groups · Health · Horoscopes · HotJobs · Kids · Mail · Maps · Member Directory · Messenger · Mobile · Movies · Music · My Yahoo! · News · PayDirect · Personals · Pets · Photos · Shopping · Sports · TV · Travel · Weather · Yellow Pages · more...

Copyright © 1994-2004 Yahoo! Inc. All rights reserved. Terms of Service - Copyright Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Yahoo! My Yahoo! Mail

 **Mail**

Welcome, **drp2p**
[Sign Out, My Account]

Search
the web   [Search]

Mail Home - Help

  **Get a Free Price Quote** 

FordDirect.com

| ✉ **Mail** ▼ | 📖 **Addresses** ▼ | 📅 **Calendar** ▼ | 📝 **Notepad** ▼ | **drp2p@yahoo.com** [Sign Out] |

| Check Mail | Compose | | Mail Upgrades - Search Mail - **Mail Options** |

**Folders** [Add]

📥 **Inbox (1)**
📄 Draft
📄 Sent
📧 **Bulk (1)** [Empty]
🗑 Trash [Empty]

**My Folders** [Hide]

📁 Japan
📁 business
📁 computer
📁 denessa
📁 employment
📁 of interest
📁 software
📁 work pcc

**It's Free.**
**Check your Credit.**

**Refinance now**
for under 3%!

Get 3.9%* at
RateMyMortgage

Bad Credit?
Good MasterCard!

Previous | Next | Back to Messages

[ Delete ] [ Reply | ▼ ] [ Forward | ▼ ] [ Spam ]

Printabl

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** John.J.Henningson@grace.com  📖 Add to Address Book
**Date:** Wed, 19 May 2004 09:13:33 -0400
**Subject:** FW: Grace Corp website feedback: EHS
**To:** drp2p@yahoo.com
**CC:** David.J.Curreri@grace.com

Peter, I have been forwarded your e-mail concerning the MSDS
Membrane. As you have mentioned this is a discontinued produ
like to provide you with our current MSDS for
Grace Waterproofing Membrane. This MSDS is a generic documen
would
represent the GRM Membrane from a current regulatory standpo
this meets your needs and if you have questions or need addi
information please e-mail or call me at the number below.

John Henningson
Product Steward (Americas)
Grace Dept of EH&S
(617) 498-4560

-----Original Message-----
From: Fasting, Ted
Sent: Monday, May 17, 2004 7:17 AM
To: Curreri, David J.
Subject: FW: Grace Corp website feedback: EHS


Please reply accordingly.

Thanks

-----Original Message-----
From: drp2p@yahoo.com [mailto:drp2p@yahoo.com]
Sent: Friday, May 14, 2004 4:34 PM
To: Fasting, Ted
Subject: Grace Corp website feedback: EHS

Page 2 of 3

Yahoo! Mail - drp2p@yahoo.com      Case 01-00139-AMC    Doc 5685    Filed 06/01/04    Page 42 of 46

Feedback email from www.grace.com website re

Name:  Peter P. Pearson

Email: drp2p@yahoo.com

Message: Dear Sir / Madam,

Would you please provide me with the MSDS sheets for the GRM
Roof

Membrane) line of products that were discontinued in the earl
you do not have these archived please tell me where to get t

Thanks

**Plain Text Attachment** [ Download File | Save to my Yahoo! Briefcase ]

```
Received: from relay2.grace.com (relay2.grace.com 159.97.110
        by s7columb.corp.wrgrace.com (Samsung Contact SMTP R
        via ESMTP; Fri, 14 May 2004 16:29:14 -0400 (EDT)
Received: from server53.grace.com ([65.61.160.53])
        by relay2.grace.com with ESMTP; id i4EKTBqs026465
        for <ted.fasting@grace.com>; Fri, 14 May 2004 16:29:
(EDT)
Received: from server53 ([192.168.1.3]) by server53.grace.co
Microsoft SMTPSVC(5.0.2195.6713);
        Fri, 14 May 2004 15:34:05 -0500
Message-ID: <11810293.1084566845015.JavaMail.wrgrace@server5
Date: Fri, 14 May 2004 15:34:05 -0500 (CDT)
From: drp2p@yahoo.com
To: ted.fasting@grace.com
Subject: Grace Corp website feedback: EHS
Mime-Version: 1.0
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: 7bit
X-Mailer: ColdFusion MX Application Server
X-OriginalArrivalTime: 14 May 2004 20:34:05.0015 (UTC)
FILETIME=[CC912670:01C439F2]
```

**Attachment**



**Waterproofing_Membranes__AP._M_85698.doc**   View Attachment
    .doc file

**Scan and Download Attac**

Scan and Save to my Yaho

**Attachment**



**Waterproofing_Membrane_M_85707__Q_.doc**
.doc file

**Scan and Download Attach**

Scan and Save to my Yahoo!

View Attachment

Delete    Reply  ▼    Forward  ▼    Spam                                    M

Previous  |  Next  |  Back to Messages

Check Mail          Compose                          Mail Upgrades - Search Mail - **Mail Options**

Mail - Address Book - Calendar - Notepad

Address Book · Auctions · Autos · Briefcase · Calendar · Chat · Classifieds · Finance · Games · Geocities · Greetings · Groups · Health · Horoscopes · HotJobs · Kids · Mail · Maps · Member Directory · Messenger · Mobile · Movies · Music · My Yahoo! · News · PayDirect · Personals · Pets · Photos · Shopping · Sports · TV · Travel · Weather · Yellow Pages · more...

Copyright © 1994-2004 Yahoo! Inc. All rights reserved. Terms of Service - Copyright Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# Exhibit 3
# Affidavit from Peter P. Pearson

# AFFIDAVIT

State of Arizona )
                ) §
County of Pima )

    I, Peter P. Pearson, swear that the following information is true and correct to the best of my ability, under the penalty of perjury:

    1.) I have never before seen the MSDS forms that were sent to me by W.R. Grace Company.

    2.) The information contained in these documents explains the severity of the chemicals that I was exposed to.

    3.) The information contained in this Supplement to formal response to the "Debtors' fifth omnibus objection to claims (substantive)", does not in anyway take away from the original response that was filed.

Peter P. Pearson

Signed Before me this __27__ day of May, 2004.

Notary Public

My Commission Expires: 2-8-08

OFFICIAL SEAL
DANA L. COOPER
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Feb. 8, 2008

# Affidavit

County of Pima )
            ) §
State of Arizona )

I, Peter P. Pearson, swear that the following information is true and correct to the best of my ability; this under the penalty of perjury:

    1.) I am a creditor on the federal bankruptcy action against W.R. Grace & Co.

    2.) I am unable to electronically file the required filings in the IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE because I do not have proper authorization.

    3.) I do not have any electronic access to the Delaware U.S. District Court System, in the way of password access or other.

    4.) I do not have an attorney to help me with my pleadings

RESPECTFULLY Submitted this 01 day of June, 2004.

                /s/_____
                Peter P. Pearson

Peter P. Pearson
P.O. Box 26301
Tucson, AZ. 85726
(520) 247-1535
drp2p@yahoo.com