**BY HAND DELIVERY**

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
*Pachulski, Stang, Ziehl, Young Jones & Weintraub*
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Mr. Vito I. DiMaio
*Parcels, Inc.*
10th & King Streets
Wilmington, DE 19801

(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
*The Bayard Firm*
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark Hurford, Esquire
*Campbell & Levine, LLC*
800 North King Street, #301
Wilmington, DE 19801-3549

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
*Morris, Nichols Arsht & Tunnell*
1201 North Market Street
Wilmington, DE 19899

(Counsel to Travelers Casualty and Surety Company)
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
*Morris, Nichols Arsht & Tunnell*
1201 North Market Street
Wilmington, DE 19899

(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
*Richards, Layton & Finger, P.A.*
One Rodney Square
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
*Connolly Bove Lodge & Hutz LLP*
1220 Market Street, 10th Floor
Wilmington, DE 19899

(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
*Monzack and Monaco, P.A.*
1201 North Orange Street, Suite 400
Wilmington, DE 19801

(Counsel to Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
*Ferry & Joseph, P.A.*
824 Market Street, Suite 904
Wilmington, DE 19899

Mark S. Chehi, Esquire
*Skadden, Arps, Slate, Meagher & Flom LLP*
One Rodney Square
Wilmington, DE 19899-0636

Joseph Grey, Esquire
*Stevens & Lee*
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
*Duane, Morris & Heckscher LLP*
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
*Potter Anderson & Corroon LLP*
1313 North Market Street, 6th Floor
Wilmington, DE 19899

Frank J. Perch, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2207
Wilmington, DE 19801

(Counsel for General Electric Corporation)
Todd C. Schiltz, Esquire
*Wolf, Block, Schorr and Solis-Cohen LLP*
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Selinda A. Melnik, Esquire
*Smith, Katzenstein & Furlow LLP*
800 Delaware Avenue
Wilmington, DE 19899

(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
*White and Williams LLP*
824 North Market Street, Suite 902
Wilmington, DE 19801

(Counsel to Wachovia Bank, N.A.)
Adam G. Landis, Esquire
*Klett Rooney Lieber & Schorling*
1000 West Street, Suite 1410
Wilmington, DE 19801

(Counsel to First Union Leasing)
John D. Demmy, Esquire
*Stevens & Lee, P.C.*
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801

(Counsel to Potash Corp.)
Aaron A. Garber, Esquire
*Pepper Hamilton LLP*
1201 Market Street, Suite 1600
Wilmington, DE 19899-1709

(Counsel to Entergy Services, Inc.)
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
*Klett Rooney Lieber & Schorling*
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
*Elzufon Austin Reardon Tarlov & Mondell, P.A.*
300 Delaware Avenue, Suite 1700
Wilmington, DE 19899

Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
*Murphy Spadaro & Landon*
824 North Market Street
Wilmington, DE 19899-8989

(Counsel to Mark Hankin and HanMar Associates)
Thomas G. Whalen, Esquire
*Stevens & Lee, P.C.*
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
*Klett Rooney Lieber & Schorling*
1000 West Street, Suite 1410
Wilmington, DE 19899-1397

(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esquire
*Monzack and Monaco, P.A.*
1201 North Orange Street, Suite 400
Wilmington, DE 19801

(Counsel to Royal Insurance)
Megan N. Harper, Esquire
*Bifferato, Bifferator & Gentilotti*
1308 Delaware Avenue
Wilmington, DE 19899

(Counsel to The Delaware Division of Revenue)
Allison E. Reardon, Esquire
*Delaware Division of Revenue*
820 North French Street, 8th Floor
Wilmington, DE 19801

(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esquire
*Klehr, Harrison, Harvey, Branzburg & Ellers*
919 Market Street, Suite 1000
Wilmington, DE 19801

(L.A. Unified School District)
William F. Taylor, Jr., Esquire
*McCarter & English, LLP*
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

Frederick B. Rosner, Esquire
*Jaspan Schlesinger Hoffman, LLP*
1201 North Orange Street, Suite 1001
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
*Kirkland & Ellis*
200 East Randolph Drive
Chicago, IL 60601

(Canadian Counsel to Debtor)
Derrick Tay, Esquire
*Meighen Demers*
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4

(W. R. Grace & Co.)
David B. Siegel
*W.R. Grace and Co.*
7500 Grace Drive
Columbia, MD 21044

(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
*Caplin & Drysdale, Chartered*
399 Park Avenue, 27th Floor
New York, NY 10022

(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
*Stroock & Stroock & Lavan LLP*
180 Maiden Lane
New York, NY 10038-4982

(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
*Bilzin Sumberg Dunn Baena Price & Axelrod*
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

(Counsel to Equity Committee)
Philip Bentley, Esquire
*Kramer Levin Naftalis & Frankel LLP*
919 Third Avenue
New York, NY 10022-3852

(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
*Skadden, Arps, Slate, Meagher & Flom LLP*
Four Times Square
New York, NY 10036

(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
*Latham & Watkins*
Sears Tower, Suite 5800
Chicago, IL 60606

(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
*Motley Rice LLC*
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Todd Meyer, Esquire
*Kilpatrick Stockton*
1100 Peachtree Street
Atlanta, GA 30309

Office of Reorganization
*Securities & Exchange Commission*
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232

*Internal Revenue Service*
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Michael A. Berman, Esquire
*Securities and Exchange Commission*
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

*Secretary of Treasurer*
P.O. Box 7040
Dover, DE 19903

*Secretary of State*
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
*U.S. Department of Justice*
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

Jon L. Heberling, Esquire
*McGarvey, Heberling, Sullivan & McGarvey PC*
745 South Main Street
Kalispel, MT 59901

Patrick L. Hughes, Esquire
*Haynes & Boone LLP*
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

David S. Heller, Esquire
*Latham & Watkins*
Sears Tower, Suite 5800
Chicago, IL 60606

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Ira S. Greene, Esquire
*Hogan & Hartson LLP*
875 Third Avenue
New York, NY 10022-6225

James A. Sylvester, Esquire
*Intercat, Inc.*
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esquire
*Gibson, Dunn & Crutcher LLP*
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esquire
*Schneider National, Inc.*
P.O. Box 2545
3101 South Packerland
Green Bay, WI 54306

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
*McDermott, Will & Emery*
227 West Monroe Street
Chicago, IL 60606-5096

Charles L. Finke, Esquire
Brad Rogers, Esquire
Office of the General Counsel
*Pension Benefit Guaranty Corp*
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
*The Blackstone Group*
345 Park Avenue
New York, NY 10154

Josiah Rotenberg
*Quadrangle*
375 Park Avenue
New York, NY 10152

Jan M. Hayden, Esquire
William H. Patrick, Esquire
*Heller, Draper, Hayden, Patrick & Horn, L.L.C.*
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Joseph F. Rice
*Motley Rice LLC*
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

(Counsel to Asbestos Claimants)
Steven T. Baron, Esquire
*Silber Pearlman, LLP*
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

Bankruptcy Administration
*IOS Capital, Inc.*
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Alan R. Brayton, Esquire
*Brayton & Purcell*
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young, Esquire
*Wildman, Harrold, Allen & Dixon*
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Russell W. Budd
Alan B. Rich
*Baron & Budd, P.C.*
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer, Esquire
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline Boulevard, Suite 900
Corpus Christi, TX 78471

Courtney M. Labson, Esquire
*Ontario Mills LP*
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

T. Kellan Grant
*Wildman, Harrold, Allen & Dixon*
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Cindy Schultz
*Ingersoll-Rand Fluid Products*
One Aro Center
P.O. Box 151
Bryan, OH 43506

Alan Kolod, Esquire
*Moses & Singer LLP*
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6076

Mr. Thomas Moskie
*Bankers Trust Company*
Four Albany Street, Fourth Floor
New York, NY 10006

John P. Dillman, Esquire
*Linebarger Heard Goggan Blair Graham Peña & Sampson, LLP*
P.O. Box 3064
Houston, TX 77253-3064

Charles E. Gibson, III, Esquire
620 North Street, Suite 100
Jackson, MS 39202

Paul M. Baisier, Esquire
*Seyfarth Shaw*
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Christopher L. Beard, Esquire
*The Beard Group*
502 West Patrick Street
Frederick, MD 21701-4002

Bernice Conn, Esquire
*Robins, Kaplan, Miller & Ciresi LLP*
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Steven R. Schlesinger, Esquire
*Jaspan Schlesinger Hoffman LLP*
300 Garden City Plaza
Garden City, NY 11530

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
*Williams Bailey Law Firm, L.L.P.*
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Kimberly W. Osenbaugh
*Preston Gates & Ellis LLP*
925 4th Avenue, Suite 2900
Seattle, WA 98104-1158

*Delta Chemical Corporation*
2601 Cannery Avenue
Baltimore, MD 21226-1595

Steven T. Hoort, Esquire
*Ropes & Gray*
One International Place
Boston, MA 02110-2624

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
*Caplin & Drysdale, Chartered*
One Thomas Circle, N.W.
Washington, DC 20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Paul M. Matheny, Esquire
*The Law Offices of Peter G. Angelos, P.C.*
5905 Harford Road
Baltimore, MD 21214

Michael J. Urbis
*Jordan, Hyden, Womble & Culbreth, P.C.*
2390 Central Boulevard, Suite G
Brownsville, TX 78520

Mary A. Coventry
*Sealed Air Corporation*
Park 80 East
Saddle Brook, NJ 07663

John M. Klamann
*Klamann & Hubbard*
7101 College Boulevard, Suite 120
Overland Park, KS 66210

Joseph T. Kremer, Esquire
*Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP*
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul D. Henderson, Esquire
*Dies, Dies & Henderson*
1009 West Green Avenue
Orange, TX 77630

Robert Jacobs, Esquire
Maria Rosoff Eskin
*Jacobs & Crumplar, P.A.*
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Elizabeth S. Kardos, Esquire
*Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC*
One Riverfront Plaza
Newark, NJ 07102-5497

Thomas J. Noonan, Jr.
c/o *R& S Liquidation Company*
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Harry Lee, Esquire
*Steptoe & Johnson LLP*
1330 Connecticut Avenue, N.W.
Washington, DC 20036

(Counsel to Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
*Duane, Morris & Heckscher LLP*
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

(Tennessee Department of Environment and Conservation – Superfund)
Paul G. Sumers, Esquire
*Tennessee Attorney General's Office, Bankr. Unit*
P.O. Box 20207
Nashville, TN 37202-0207

(Counsel to numerous asbestos claimants)
Scott Wert, Esquire
*Foster & Sear, LLP*
524 East Lamar Boulevard, Suite 200
Arlington, TX 76011

(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
*Plastiras & Terrizzi*
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID 83536-9229

(Counsel to Weatherford U.S. Inc., and Weatherford International Inc.)
Peter S. Goodman, Esquire
*Andrews & Kurth LLP*
450 Lexington Avenue, 15th Floor
New York, NY 10017

Jonathan H. Alden, Esquire
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

*State Library of Ohio*
c/o Michelle T. Sutter
Revenue Recovery
101 East Town Street, Second Floor
Columbus, OH 43215

Rosa Dominy
Bankruptcy Administration
*IOS Capital, Inc.*
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*Greif, Inc.*
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
*Brown & Connery, LLP*
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
*Howard County Office of Law*
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

M. Diane Jasinski, Esquire
Michael D. Hess, Esquire
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY 10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

Russell W. Savory
*Gotten, Wilson & Savory, PLLC*
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

Credit Manager
*Belz Enterprises*
100 Peabody Place, Suite 1400
Memphis, TN 38103

James P. Ruggeri
Scott A. Shail
*Hogan & Harton L.L.P.*
555 Thirteenth Street,.N.W.
Washington, D.C. 20004-1109

Steven R. Bourne, Esquire
*Nutter, McClennen & Fish, LLP*
155 Seaport Boulevard
Boston, MA 02210-2604

Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
*Poyner & Spruill, L.L.P.*
One Wachovia Center
301 South College Street, Suite 2300
Charlotte, NC 28202

Daniel H. Slate, Esquire
*Hughes Hubbard & Reed LLP*
350 South Grand Avenue
Los Angeles, CA 90071-3442

Andrea L. Hazzard, Esquire
*Hughes Hubbard & Reed LLP*
One Battery Park Plaza
New York, NY 10004-1482

Authur Stein, Esquire
1041 West Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
*Meyers, Rodbell & Rosenbaum, P.A.*
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Maggie De La Rosa, Esquire
*Provost & Umphrey Law Firm, L.L.P.*
490 Park Street
Beaumont, TX 77701

Anne Marie P. Kelley, Esquire
*Dilworth Paxson, LLP*
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Dorine Vork, Esquire
*Stibbe, P.C.*
350 Park Avenue
New York, NY 10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

David Aelvoet, Esquire
*Linebarger Goggan Blair Graham Pena & Sampson, LLP*
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

(Counsel to Dow Chemical Company, Hampshire Chemical Corporation and Union Carbide Corporation)
Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Anne Marie P. Kelley, Esquire
*Dilworth Paxson, LLP*
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

(Counsel to General Electric Capital Corporation)
Ronald S. Beacher, Esquire
*Pitney, Hardin, Kipp & Szuch LLP*
685 3rd Avenue
New York, NY 10017-4024

Attn: Diane Stewart
*Peoples First Community Bank*
P.O. Box 59950
Panama City, FL  32412-0950

Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
*State of Tennessee*
425 5th Avenue North, Floor 2
Nashville, TN  37243

Jeffrey L. Glatzer, Esquire
*Anderson, Kill & Olick, P.C.*
1251 Avenue of the Americas
New York, NY  10020-1182

Thomas V. Askounis, Esquire
*Askounis & Borst, P.C.*
303 East Wacker Drive, Suite 1000
Chicago, IL  60601

Attn: Ted Weschler
*Peninsula Capital Advisors, L.L.C.*
404 East Main Street
Second Floor
Charlottesville, VA  22902

E. Katherine Wells, Esquire
*South Carolina Department of Health and Environmental Control*
2600 Bull Street
Columbia, SC  29201-1708

Michael H. Pinkerson, Esquire
James M. Garner, Esquire
*Sher Garner Cahill Richter Klein McAlister & Hilbert, L.L.C.*
909 Poydras Street, Suite 2800
New Orleans, LA  70112

William H. Johnson, Esquire
*Norfolk Southern Corporation*
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

(Counsel to Wells Fargo Bank Minnesota, National Association)
*Pillsbury Winthrop LLP*
One Battery Park Plaza
New York, NY  10004-1490

(Counsel to Wells Fargo Bank Minnesota, National Association)
Craig Barbarosh, Esquire
*Pillsbury Winthrop LLP*
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

(Counsel to Aldine Independent School District)
*Aldine Independent School District*
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

*DAP Products, Inc.*
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

Steven B. Flancher, Esquire
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  48992

(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
*Wilentz, Goldman & Spitzer*
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

(Counsel to LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
*Dechert Price & Rhoads*
200 Clarendon Street, 27th Floor
Boston, MA  02116-5021

(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
*Burt Barr Havins & O'Dea, L.L.P.*
1001 McKinney, Suite 500
Houston, TX  77002

(Counsel to The Texas Comptroller of Public Accounts)
Mark Browning, Esquire
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

(Counsel to Century Indemnity Company)
Leonard P. Goldberger, Esquire
*White & Williams LLP*
1800 One Liberty Place
Philadelphia, PA 19103-7395

(Comptroller of Public Accounts of the State of Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Cynthia C. Hemme, Esquire
Senior Counsel
*Nortel Networks, Inc.*
4010 East Chapel Hill-Nelson Highway
Research Triangle Park, NC 27709

(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
*Speights & Runyan*
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
*Quagliano & Seeger*
3243 P Street, NW
Washington, DC 20007

*General Motors Acceptance Corporation*
P.O. Box 5055
Troy, MI 48007-5055

(Counsel to Amalgamated Industries and Service Workers Benefit Fund)
Judith Greenspan, Esquire
*The Amalgamated Industries and Service Workers Benefit Fund*
730 Broadway, Tenth Floor
New York, NY 10003-9511

Donna J. Petrone, Esquire
*ExxonMobil Chemical Company*
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

(Counsel to Potash Corp.)
David W. Wirt, Esquire
*Winston & Strawn*
35 West Wacker Drive
Chicago, IL 60601

Alan H. Katz, Esquire
*Entergy Services, Inc.*
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

Sander L. Esserman
*Stutzman Bromberg, Esserman & Plifka*
2323 Bryan Street
Dallas, TX 75201-2689

(Counsel to Huntsman Corporation)
Randall A. Rios
*Floyd, Isgur, Rios & Wahrlich, P.C.*
700 Louisiana, Suite 4600
Houston, TX 77002

(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
*Lieff, Cabraser, Heimann & Bernstein, LLP*
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
*Hagens Berman LLP*
225 Franklin Street, 26th Floor
Boston, MA 02110

(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
*Shaw Gussis Domanskis Fishman & Glantz*
321 North Clark Street, Suite 800
Chicago, Illinois 60610

Scott Barker, Credit Manager
*Phelps Dodge Corp.*
(Formerly Climax Molybdenum Marketing Corporation)
One North Central Avenue
Phoenix, AZ 85004

*Coudert Brothers*
Attn: Joseph D. Farrell, Esquire
Edward H. Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

Margery N. Reed, Esquire
*Duane, Morris & Heckscher LLP*
4200 One Liberty Place
Philadelphia, PA 19103-7396

(Counsel to Marco Barbanti)
Darrell W. Scott
*Lukins & Annis, P.S.*
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

(Missouri Department of Revenue)
*Missouri Department of Revenue*
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

(Peters, Smith & Company)
Charles C. Trascher III, Esquire
*Snellings, Breard, Sartor, Inabnett & Trascher*
PO Box 2055
Monroe, LA 71207

(The Baupost Group LLC)
Gary M. Becker, Esquire
*Kramer Levin Naftalis & Frankel LLP*
919 Third Avenue
New York, NY 10022

Christopher R. Momjian
Senior Deputy Attorney General
*Office of Attorney General*
21 South 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

Denise A. Kuhn
*Office of Attorney General*
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

(Snack, Inc.)
*Gibson, Dunn & Crutcher LLP*
200 Park Avenue
New York, NY 10166

(Snack, Inc.)
Vahe Melkonian
*Newco Management Company, LLC*
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

(W.C. Baker, E.E. Jaques, B.H. Miller, M.R. Fisher, S.R. Ormsbee, M. Rea and the Fisher Trust)
Richard B. Spector, Esquire
Mark M. Monachino, Esquire
*Corbett & Steelman*
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086

(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esquire
*Adelman Lavine Gold and Levin*
Four Penn Center, Suite 900
Philadelphia, PA 19103

Michael Selig
*Westover Investments, L.L.C.*
555 Old Garth Road
Charlottesville, VA 22901

(Hearthside Residential Corp.)
Allan H. Ickowitz, Esq.
*Nossaman, Guthner, Knox & Elliott, LLP*
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

Philip J. Ward
Victoria Radd Rollins
*Williams & Connolly LLP*
725 Twelfth Street NW
Washington, DC 20005

Ralph R. Mabey, Esquire
Penrod W. Keith, Esquire
*LeBoeuf, Lamb, Greene & MacRae, LLP*
1000 Kearns Building
Salt Lake City, UT 84101

Kelley B. Gelb
700 Southeast Third Avenue, Suite 100
Fort Lauderdale, FL 33316-1186

Margaret A. Holland
Deputy Attorney General
*New Jersey Attorney General's Office*
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

Craig A. Slater, Esquire
*Harter, Secrest & Emery LLP*
Twelve Fountain Plaza, Suite 400
Buffalo, NY 14202

Rachel Jeanne Lehr
Deputy Attorney General
*Office of the Attorney General*
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

Larry A. Feind
133 Peachtree Street, N.E., 7th Floor
Atlanta, GA 30303

Bryan Shapiro
*Bear, Stearns & Co. Inc.*
383 Madison Avenue
New York, NY 10179

(Counsel to County Of Dallas)
Elizabeth Weller
*Linebarger Goggan Blair & Sampson, LLP*
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

Mr. Mark Hankin
*HanMar Associates, M.L.P.*
P.O. Box 26767
Elkins Park, PA 19027

(Counsel to Travelers Casualty and Surety Company)
Lynn K. Neuner, Esquire
*Simpson, Thacher, & Bartlett*
425 Lexington Avenue
New York, NY 10017-3954

(Counsel to Kaneb Pipe Line Operating Partnership LP and Support Terminal Services, Inc.)
Gerald G. Pecht, Esquire
*Fulbright & Jaworski, LLP*
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
*Berger & Montague, P.C.*
1622 Locust Street
Philadelphia, PA 19103-6365

(Counsel to CMGI)
Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
*Hale and Dorr LLP*
60 State Street
Boston, MA 02109

(Counsel to Louis S. Robles, Esquire and Robles Law Center, P.A.)
Nicholas J. LePore, III
*Schnader Harrison Segal & Lewis LLP*
1600 Market Street, Suite 3600
Philadelphia, PA 19103

(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
*Montgomery, McCracken, Walker & Rhoads*
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

*DACA V, LLC*
Attn:  Julie Bubnack
2120 West Washington Street
San Diego, CA  92110

(Counsel to Lawson Electric Co.)
Ronald D. Gorsline, Esquire
*Chambliss, Bahner, & Stophel, P.C.*
1000 Tallan Building, Suite 1000
Two Union Square
Chattanooga, TN  37402-2552

Jon Bauer
*Contrarian Capital Management, LLC*
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

(Counsel to County of San Diego)
Martha E. Romero, Esquire
*Law Offices of Martha E. Romero and Associates*
7743 South Painter Avenue, Suite E
Whittier, CA  90602

(Counsel to National Union Fire Insurance Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
*Zeichner Ellman & Krause*
575 Lexington Avenue
New York, NY  10022

(Counsel to The Burlington Northern and Santa Fe Railway Company)
Theresa L. Wasser, Esquire
*Burns, White & Hickton, LLC*
120 Fifth Avenue, Suite 2400
Pittsburgh, PA  15222

Scott Estelle, President
*Crossroads Industrial Park, Inc.*
P.O. Box 220
Weedsport, NY  13166

(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

(Counsel to Westcor)
Don C. Fletcher, Esquire
*The Cavanagh Firm, P.A.*
1850 North Central Avenue, Suite 2400
Phoenix, AZ  85004

(Carteret Venture)
Mr. Harvey Schultz
*The Schultz Organization*
4 Woods End
Ocean, NJ  07712-4181

(Counsel to State of New York, Dept. of Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
*New York State Department of Taxation and Finance*
340 East Main Street
Rochester, NY  14604

James J. Restivo, Esquire
*Reed Smith LLP*
435 Sixth Avenue
Pittsburgh, PA  15219

(Counsel to William B. Dunbar)
Ted N. Pettit, Esquire
*Case Bigelow & Lombardi*
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI  96813

(Counsel to West Group)
Michael S. Sandberg, Esquire
*Hellmuth & Johnson, PLLC*
10400 Viking Drive, Suite 560
Eden Prairie, MN  55344

(Counsel to Certain Underwriters at Lloyd's London)
Thomas J. Quinn, Esquire
*Mendes & Mount, LLP*
750 Seventh Avenue
New York, NY  10019-6829

(Counsel to the U.S. Environmental Protection Agency)
Jerel L. Ellington, Esquire
*U.S. Department of Justice*
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO 80202

(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
*FabelHaber LLC*
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Jenny J. Hyun, Esquire
*Weingarten Realty Investors*
2600 Citadel Plaza Drive
Houston, TX 77008

Brad N. Friedman
Rachel Fleishman
*Milberg Weiss Bershad Hynes & Lerach LLP*
One Pennsylvania Plaza
New York, NY 10119-0165

*Xerox Capital Services, LLC*
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

(Counsel to Royal Insurance)
Carl Pericone, Esquire
*Wilson, Elser, Moskowitz, Edelman, Dicker LLP*
150 East 42nd Street
New York, NY 10019-5639

(Counsel to James Grau, Anna Grau and Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esquire
*Bankemper & Jacobs*
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

(Counsel to Ben Bolt-Palito-Blanco ISD, Brownsville ISD, Cameron County, Hildalgo County, Orange Grove, Orange Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
*Linebarger Goggan Blair Pena & Sampson*
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

(Counsel to Carrollton-Farmers Branch Independent School District)
Andrea Sheehan, Esquire
*Law Offices Of Robert E. Luna, P.C.*
4411 North Central Expressway
Dallas, TX 75205

(Counsel to Cornell University)
Anthony F. Parise
*Cornell University*
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

(Counsel to Citadel Investment Group, LLC)
*Citadel Investment Group, L.L.C.*
Attn: S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

(Counsel to the Libby Mine Claimants)
David B. Madoff, Esquire
Daniel C. Cohn, Esquire
*Cohn Khoury Madoff & Whitesell LLP*
101 Arch Street
Boston, MA 02110

(Counsel to Enron Corp., et al.)
General Counsel
*Enron Energy Services*
1400 Smith Street
EB 0889
Houston, TX 77002

(Inventory Attorneys on behalf of all clients of the Robles law firm)
Thomas Tew, Esquire
Jeffrey Tew, Esquire
*Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymong & Levin, LLP*
201 South Biscayne Boulevard, Suite 2600
Miami, FL 33131

(Counsel to Town of Acton, MA)
Thomas O. Bean
*Nutter, McClennen & Fish, LLP*
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

(Federal Insurance Company)
Jacob C. Cohn, Esquire
*Cozen O'Connor*
1900 Market Street
Philadelphia, PA 19103

*Contrarian Capital Trade Claims LP*
Attn: Alisa Minsch
411 West Putnam Avenue S-225
Greenwich, CT 06830-6263

*Debt Acquisition Co of America V LLC*
2120 West Washington Street
San Diego, CA 92110-2052

*Longacre Master Fund Ltd.*
Attn: Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY 10019-5818

*Sierra Asset Management LLC*
2699 White Road, Suite 225
Irvine, CA 92614-6264

*Trade-Debt.Net*
P.O. Box 1487
West Babylon, NY 11704-0487

Edward B. Cottingham, Jr.
*Motley Rice LLC*
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

(Counsel for State Street Global Advisors)
Daniel M. Glosband, Esquire
Peter D. Bilowz, Esquire
*Goodwin Procter LLP*
Exchange Place
Boston, MA 02109

(Fireman's Fund Insurance Company)
Jeffrey Kaufman, Esquire
Gerald F. Ellersdorfer, Esquire
*Kaufman & Logan LLP*
100 Spear Street, 12th Floor
San Francisco, CA 94105

Ed Cottingham, Jr., Esquire
*Motley Rice LLP*
28 Bridgeside Boulevard
P. O. Box 1792
Mount Pleasant, SC 29465

John Preefer, Esquire
60 East 42nd Street, Suite 1201
New York, NY 10165