IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul S. Logan, Esquire of the firm Stoel Rives LLP to represent *CHL Administration, Inc.* in the above referenced cases.

**BLANK ROME LLP**

Dated: June 3, 2004

Elio Battista, Jr. (DE No. 3814)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

Counsel for CHL Administration, Inc.

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: _____

_____
THE HONORABLE JUDITH K. FITZGERALD

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Oregon and the United States District Court for the District of Oregon. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: 6/2/2004

*[signature]*
Paul S. Logan
**STOEL RIVES LLP**
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone:   (503) 294-9537
Facsimile:   (503) 220-2480
Email:       pslogan@stoel.com