**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF DELOITTE & TOUCHE LLP**
**FOR THE ELEVENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Deloitte & Touche LLP for the Eleventh Interim Period (the "Application").

**BACKGROUND**

1. Deloitte & Touche LLP ("Deloitte") was retained as advisor regarding custom procedures review services, tax advice, and compensation and benefits services to the Debtors and Debtors in Possession. In the Application, Deloitte seeks approval of fees totaling $651,908.00 and costs totaling $21,761.00 for its services from February 4, 2003, through December 31, 2003.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Deloitte an initial report based on our review, and received a response from Deloitte, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted that this is Deloitte's first Application in this case and that the firm was retained on February 4, 2003.

4. We noted six lodging expenses totaling $1,867.00 which may be excessive. The entries are provided below.

| | | | | |
|---|---|---|---|---|
| 4/21/2003 | JZ | Accomodations | Hotel Accomodations in Columbia | 286 |
| 4/21/2003 | KO | Accomodations | Hotel Accomodations in Columbia | 286 |
| 4/21/2003 | NB | Accomodations | Hotel Accomodations in Columbia | 321 |
| 4/21/2003 | AP | Accomodations | Hotel Accomodations in Columbia | 286 |
| 5/13/2003 | RR | Custom Audit/FA | Hotel room | 363 |
| 5/15/2003 | MS | Custom Audit/FA | Hotel room | 325 |

Paragraph II.E.1. of the Guidelines states, ". . .[f]actors relevant to a determination that the expense is proper include the following: 1. Whether the expense is reasonable and economical. For example, first class and other luxurious travel mode or accommodations will normally be objectionable." Except for New York City and San Francisco at $300 per night, we recommend a reasonable ceiling of $250 per night for lodging. We asked Deloitte to explain why the referenced lodging expenses should not be viewed as excessive. Deloitte responded as follows:

> ...we would like to take a voluntary reduction to $250 per night for the lodging expense entries listed in paragraph 4 of the Application of Deloitte & Touche LLP for the Eleventh Interim Period, pursuant to the Fee Auditor's recommendation in that paragraph.

We appreciate the response and thus recommend a reduction of $367.00 in expenses.

## CONCLUSION

5.    Thus, we recommend approval of fees totaling $651,908.00 and costs totaling $21,394.00 ($21,761.00 minus $367.00) for Deloitte's services from February 4, 2003, through December 31, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 3rd day of June, 2004.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Tim Tuerff, Partner
Deloitte & Touche LLP
555 West 12th Street
Suite 500
Washington, DC 20004-1207

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801