IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| W. R. GRACE & CO., et al, | ) <br> ) Case No. 01-01139 (JKF) <br> ) |
| Debtor. | ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   §
                    §  SS:
NEW CASTLE COUNTY   §

    Bruna Cintorino, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, attorneys for the Debtor and Debtor in Possession in the above captioned action, and that on the 3rd day of June, 2004, she caused copies of the following to be served upon the attached as follows: via First Class U.S. Mail and Hand Delivery:

    Response of ExxonMobil Chemical Company to Debtors' Fourth Omnibus Objectioin to Claims (Substantive) [Docket No. 5691]

_____
Bruna Cintorino

SWORN TO AND SUBSCRIBED before me, a
Notary Public for the State and County
aforesaid, on the day and year aforesaid.
Dated: June 3, 2004

_____
Notary Public

\\DEL-SRV01\85973v01

ELIZABETH C. THOMAS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 22, 2004

Rachel R. Schulman, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Suite 6500
Chicago, IL 60601

David W. Carickhoff, Jr.
919 North Market Street
16th Floor
Wilmington, DE 19801