## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., ET AL., | ) | |
| | ) | Case No. 01-01139(JKF) |
| Debtor | ) | |
| | ) | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
### OF ALL NOTICES AND DOCUMENTS

**Please take notice that** Spaulding and Slye Construction Limited Partnership (hereinafter "Spaulding & Slye") hereby enters its appearance by and through its counsel,

Bruce D. Levin, Esquire
Bernkopf Goodman LLP,
125 Summer Street, Suite 1300
Boston Massachusetts 02110
blevin@bg-llp.com

pursuant to 11 U.S.C. §1109 and Bankruptcy Rules 2002, 9007, and 9010 (b). The undersigned hereby requests that they be served with copies of all notices, papers and orders required to be given or served in accordance with Bankruptcy Rule 2002 and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegram, telex or otherwise, which effects the above-captioned Debtor or the property of the Debtor file by any party in the above referenced case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of Spaulding & Slye's rights (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Spaulding & Slye is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Spaulding & Slye expressly reserves.

Dated: June 3, 2004

> SPAULDING AND SLYE CONSTRUCTION
> LIMITED PARTNERSHIP,
> By its attorney,
>
> _____
> BRUCE D. LEVIN
> BERNKOPF, GOODMAN LLP
> 125 Summer Street, Suite 1300
> Boston, Massachusetts 02110
> Telephone: (617) 790-3000
> Facsimile:  (617) 790-3300