IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Bruce D. Levin, hereby certify that on this 3rd day of June 2004, I caused to be served a true copy of the **RESPONSE OF SPAULDING & SLYE CONSTRUCTION LP (CLAIM NO. 203) TO DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)** via Federal Express, Priority Delivery, postage pre-paid, upon the following:

Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Kirkland & Ellis
Attn: Rachel R. Schulman
200 East Randolph Drive, Suite 6500
Chicago, Ill 60601

Pachulski, Stang, Ziehl et al.
Attn: David W. Carickhoff, Jr.
919 N. Market Str., 16th Floor
PO Box 8705
Wilmington, DE 19899-8705
(courier 19801)

Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

_____
Bruce D. Levin