## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on June 3, 2004 upon:

Rachel R. Schulman, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive, Suite 6500
Chicago, IL 60601
**(Via Facsimile and US Regular Mail)**

David W. Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub, PC
919 N. Market Street, 16th Floor
Wilmington, DE 19801
**(Via Hand Delivery)**

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 3, 2004

Kristie L. Dalton