IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Related Doc. No. 5460, 5645 |

**NOTICE OF APPEAL
OF FEDERAL INSURANCE COMPANY FROM ORDER GRANTING APPLICATION
OF DEBTORS PURSUANT TO 11 U.S.C. §§105, 327 AND 524(g)(4)(B)(i), FOR THE
APPOINTMENT OF A LEGAL REPRESENTATIVE FOR
<u>FUTURE ASBESTOS CLAIMANTS</u>**

Federal Insurance Company (the "Appellant"), pursuant to 28 U.S.C. §158(a) hereby appeals from the "Order Granting Application of Debtors Pursuant to 11 U.S.C. §§105, 327 and 524(g)(4)(B)(i), for the Appointment of a Legal Representative for Future Asbestos Claimants" entered by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge on May 24, 2004 (Doc. No. 5645) (the "Order").

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Debtor**

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19899
Telephone: 302-652-4100

David M. Bernick, P.C., Esquire
Janet S. Baer, Esquire
James W. Kapp, III, Esquire
Samuel L. Blatnick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Telephone: 312-861-2000

| | |
|---|---|
| **United States Trustee** | Frank J. Perch, III, Esquire<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801<br>Telephone:  302-573-6491 |
| **Legal Representative for Future Claimants** | David T. Austern<br>c/o Claims Resolution Management Corporation<br>Legal Department<br>8260 Willow Oaks Corporate Drive<br>6th Floor<br>P.O. Box 10415<br>Fairfax, VA  22031<br>Telephone:  703-204-9300 |
| **Official Committee of Equity Security Holders** | Teresa K.D. Currier, Esquire<br>Klett Rooney Lieber & Schorling<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801<br>Telephone:  302-552-4200<br><br>Philip Bentley, Esquire<br>Gary M. Becker, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022<br>Telephone:  212-715-9100 |
| **Official Committee of Asbestos Personal Injury Claimants of W.R. Grace & Company, et al.** | Marla R. Eskin, Esquire<br>Mark T. Hurford, Esquire<br>Campbell & Levine, LLC<br>800 North King Street, Suite 300<br>Wilmington, DE  19801<br>Telephone:  302-426-1900<br><br>Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue<br>New York, NY  10022<br>Telephone:  212-319-7125 |

|  |  |
|---|---|
|  | Peter Van N. Lockwood, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC  20005<br>Telephone:  202-862-5000 |
| **Official Committee of Asbestos Property Damage Claimants** | Scott L. Baena, Esquire<br>Jay M. Sakalo, Esquire<br>Bilzin Sumberg Baena Price & Axelrod, LLP<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL  33131<br>Telephone:  305-374-7580 |
|  | Theodore J. Tacconelli, Esquire<br>Ferry Joseph & Pearce, P.A.<br>824 Market Street<br>Suite 904<br>Wilmington, DE  19899<br>Telephone:  302-575-1555 |
| **Official Committee of Unsecured Creditors of W.R. Grace & Co., et al.** | Michael R. Lastowski, Esquire<br>William S. Katchen, Esquire<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE  19801<br>Telephone:  302-657-4942 |
|  | Lewis Kruger, Esquire<br>Kenneth Pasquale, Esquire<br>Stoock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038<br>Telephone:  212-806-5400 |
| **Certain Underwriters at Lloyd's London and Certain London Market Companies** | Francis J. Murphy, Esquire<br>Murphy Spadaro & Landon<br>1011 Centre Road<br>Suite 210<br>Wilmington, DE  19805<br>Telephone:  302-472-8100 |

|  |  |
|---|---|
|  | James Sottile, Esquire<br>Joseph L. Ruby, Esquire<br>Baach Robinson & Lewis PLLC<br>One Thomas Circle, N.W.<br>Suite 200<br>Washington, DE  20005<br>Telephone:  202-833-8900 |
| **Royal & SunAlliance** | Ian Connor Bifferato, Esquire<br>Bifferato, Bifferato & Gentiloltti<br>1308 Delaware Avenue<br>The Buckner Building<br>Wilmington, DE  19899<br>Telephone:  302-429-1900 |
|  | Carl J. Pernicone, Esquire<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>150 East 42nd Street<br>New York, NY  10017<br>Telephone:  212-490-3000 |

Dated: June 3, 2004

COZEN O'CONNOR

/s/ Shelley A. Kinsella
_____
Shelley A. Kinsella (DE No. 4023)
1201 N. Market Street
Suite 1400
Wilmington, DE  19801
(302) 295-2000 Telephone
(302) 295-2013 Facsimile

- and –

William P. Shelley (PA ID 40875)
Jacob C. Cohn (PA ID 54139)
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000 Telephone
(215) 665-2013 Facsimile

Attorneys for Federal Insurance Company

WILM1\25753\1 113022.000