**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

**CERTIFICATION OF SERVICE OF NOTICE OF APPEAL
OF FEDERAL INSURANCE COMPANY FROM ORDER GRANTING APPLICATION
OF DEBTORS PURSUANT TO 11 U.S.C. §§105, 327 AND 524(g)(4)(B)(i), FOR THE
APPOINTMENT OF A LEGAL REPRESENTATIVE FOR
<u>FUTURE ASBESTOS CLAIMANTS</u>**

I, Shelley A. Kinsella, hereby certify that I am not less than 18 years of age and further certify that on June 3, 2004 I caused to be served a true and correct copy of *Notice of Appeal of Federal Insurance Company from Order Granting Application of Debtors Pursuant 11 U.S.C. §§105, 327 and 524 (g)(4)(B)(i), for the Appointment of a Legal Representative for Future Asbestos Claimants* upon the parties identified on the service list attached hereto as Exhibit "A" via regular first class mail, postage pre-paid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 3, 2004
      Wilmington, DE

                                          COZEN O'CONNOR

                                          /s/ Shelley A. Kinsella

                                          _____
                                          Shelley A. Kinsella (DE No. 4023)
                                          1201 N. Market Street
                                          Suite 1400
                                          Wilmington, DE  19801
                                          (302) 295-2000 Telephone
                                          (302) 295-2013 Facsimile

                                          Attorneys for Federal Insurance Company

# EXHIBIT "A" - SERVICE LIST

| **PARTY** | **COUNSEL** |
|---|---|
| **Debtor** | Laura Davis Jones, Esquire<br>David W. Carickhoff, Jr., Esquire<br>Pachulski Ziehl Stang Ziehl Young Jones<br>919 N. Market Street, 16th Floor<br>Wilmington, DE 19899<br>Telephone: 302-652-4100<br><br>David M. Bernick, P.C., Esquire<br>Janet S. Baer, Esquire<br>James W. Kapp, III, Esquire<br>Samuel L. Blatnick, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Telephone: 312-861-2000 |
| **United States Trustee** | Frank J. Perch, III, Esquire<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801<br>Telephone: 302-573-6491 |
| **Legal Representative for Future Claimants** | David T. Austern<br>c/o Claims Resolution Management Corporation<br>Legal Department<br>8260 Willow Oaks Corporate Drive<br>6th Floor<br>P.O. Box 10415<br>Fairfax, VA 22031<br>Telephone: 703-204-9300 |
| **Official Committee of Equity Security Holders** | Teresa K.D. Currier, Esquire<br>Klett Rooney Lieber & Schorling<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302-552-4200 |

|  |  |
|---|---|
|  | Philip Bentley, Esquire<br>Gary M. Becker, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022<br>Telephone:  212-715-9100 |
| **Official Committee of Asbestos Personal Injury Claimants of W.R. Grace & Company, et al.** | Marla R. Eskin, Esquire<br>Mark T. Hurford, Esquire<br>Campbell & Levine, LLC<br>800 North King Street, Suite 300<br>Wilmington, DE  19801<br>Telephone:  302-426-1900 |
|  | Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue<br>New York, NY  10022<br>Telephone:  212-319-7125 |
|  | Peter Van N. Lockwood, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC  20005<br>Telephone:  202-862-5000 |
| **Official Committee of Asbestos Property Damage Claimants** | Scott L. Baena, Esquire<br>Jay M. Sakalo, Esquire<br>Bilzin Sumberg Baena Price & Axelrod, LLP<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL  33131<br>Telephone:  305-374-7580 |
|  | Theodore J. Tacconelli, Esquire<br>Ferry Joseph & Pearce, P.A.<br>824 Market Street<br>Suite 904<br>Wilmington, DE  19899<br>Telephone:  302-575-1555 |

| | |
|---|---|
| **Official Committee of Unsecured Creditors of W.R. Grace & Co., et al.** | Michael R. Lastowski, Esquire<br>William S. Katchen, Esquire<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE  19801<br>Telephone:  302-657-4942<br><br>Lewis Kruger, Esquire<br>Kenneth Pasquale, Esquire<br>Stoock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038<br>Telephone:  212-806-5400 |
| **Certain Underwriters at Lloyd's London and Certain London Market Companies** | Francis J. Murphy, Esquire<br>Murphy Spadaro & Landon<br>1011 Centre Road<br>Suite 210<br>Wilmington, DE  19805<br>Telephone:  302-472-8100<br><br>James Sottile, Esquire<br>Joseph L. Ruby, Esquire<br>Baach Robinson & Lewis PLLC<br>One Thomas Circle, N.W.<br>Suite 200<br>Washington, DE  20005<br>Telephone:  202-833-8900 |
| **Royal & SunAlliance** | Ian Connor Bifferato, Esquire<br>Bifferato, Bifferato & Gentiloltti<br>1308 Delaware Avenue<br>The Buckner Building<br>Wilmington, DE  19899<br>Telephone:  302-429-1900<br><br>Carl J. Pernicone, Esquire<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>150 East 42nd Street<br>New York, NY  10017<br>Telephone:  212-490-3000 |