IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & COMPANY, | : | Case No. 01-1139 (JKF) |
| et al., | : | |
| Debtors. | : | |

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on June 4, 2004, a copy of the United States' **RESPONSE TO OBJECTION TO CLAIM** was served, as indicated, upon:

Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
ATTN: Rachel R. Schulman
via facsimile (312) 861-2200

Pachulski Stang Ziehl Young Jones
& Weintraub P.C.
919 N. Market Street, 16th Floor
PO Box 8705
Wilmington, DE 19801
ATTN: David W. Carickhoff, Jr.
via facsimile (302) 652-4400

Office of United States Trustee
2207 Federal Building
844 King Street
Wilmington, DE 19801
via facsimile (302) 573-6497

W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044
via U.S. Mail

/s/ Kathie Gray
_____
Kathie Gray