## CERTIFICATE OF SERVICE

I, *Elio Battista, Jr.*, certify that I am not less than 18 years of age and that on June 4, 2004, I caused the attached *Creditor CHL Administration, Inc.'s Response to Debtors' Fifth Omnibus Objection to Claims (Substantive) [Dkt. No. 5527]* to be served on the persons listed below in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

                                                     Elio Battista, Jr.

**BY HAND DELIVERY**

David W. Carickhoff, Jr., Esquire
*Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.*
919 North Market Street, 16th Floor
Wilmington, DE 19801

**BY FACSIMILE AND FIRST CLASS MAIL**

Rachel R. Schulman, Esquire
*Kirkland & Ellis LLP*
200 East Randolph Drive, Suite 6500
Chicago, IL 50501
(312) 861-2000; (312) 861-2200 (Fax)