# **EXHIBIT B**



**Figure 1
Chas. H. Lilly Facility
Site Location**

BRIDGEWATER GROUP, INC.

Exhibit B