# **EXHIBIT C**

# Oregon DEQ

Home > Programs> Cleanup & Spills > ECSI Query > ECSI Site Details

## Environmental Cleanup Site Information (ECSI) Database
## Site Summary Report - Details for Site ID 102

This report shows data entered as of June 2, 2004 at 4:44:54 PM

This report contains site details, organized into the following sections: 1) Site Photos (appears only if the site has photos); 2) General Site Information; 3) Site Characteristics; 4) Substance Contamination Information; 5) Investigative, Remedial and Administrative Actions; and 6) Site Environmental Controls (i.e., institutional or engineering controls; appears only if DEQ has applied one or more such controls to the site). A key to certain acronyms and terms used in the report appears at the bottom of the page.

Go to DEQ's Facility Profiler to see a site map as well is information on what other DEQ programs may be active at this site.

### General Site Information

| | | |
|---|---|---|
| Site ID: 102 | Site Name: Charles H. Lilly Co. | CERCLIS No: 009413865 |
| Address: | 7737 NE Killingsworth ST Portland 97218 | |
| | County: Multnomah | Region: Northwest |
| Other location information: | North side of NE Killingsworth St. between NE 77th and 78th Avenues. | |
| | Investigation Status: Listed on CRL or Inventory | NPL Site: No | Orphan Site: No   Study Area: No |
| Property: | Twnshp/Range/Sect: 1N , 2E , 17 | | Tax Lots: 700 (R94217 1170) |
| | Latitude: 45.5627 deg. | Longitude: -122.5827 deg. | Site Size: 5.6 acres |
| Other Site Names: | Chas H. Lilly Company<br>CHL Administration<br>Lilly-Miller | | |

### Site Characteristics

**General Site Description:**

**Site History:** In the early 1950s the site was developed as a Kaiser Frazer automobile plant. Auto manufacturing took place in the existing main warehouse building. The plant was later taken over by Willy's motors and auto manufacturing ceased in the late 1950s. The facility was then leased to the Screw Machine Company but the nature of their operations is unknown. In 1959 Miller Products Company acquired the site and began formulating horticultural chemicals in newly built buildings 2-7. In 1966 W.R. Grace & Company purchased certain assets of Miller including this facility. Chas. H. Lilly has owned the facility since 1970 and ceased production in 1996. The business was sold in 1998, the name was changed to CHL, and the property was retained.

**Contamination Information:** In 1971, approximately 2000 lbs powdered and 200 gal. liquid DDT were disposed of beneath a warehouse at the site. The disposal area was a concrete-lined pit 150'x 6'x 5' deep that was later filled and capped with concrete to make the floor of the building. (5/24/90 ALB) BTEX compounds have been found in soil around a gasoline UST that was last used in 1976. Hydrocarbons were detected in the soil surrounding a fuel-oil UST still in use. 2,4-D has been detected in soil near a drywell, presumably carried there by runoff from elsewhere on site. 2,4-D, dichloropropene, and pentachlorophenol were found in sediments taken from a stormwater interception trench presumably carried there by surface water runoff from elsewhere on-site. Ethylbenzene, 0-xylene, toluene, and petroleum hydrocarbons were found in surface soils in the northwest corner of the site, in and around the NW tank farm, as were dieldrin, toxaphene, 2,4-D, and 2,4,5-T. In this area, incidental small spills and leaks from receiving and handling of materials are likely to have occurred. Aldrin, chlordane, toxaphene, 2,4-D, and dicamba were found in the groundwater and associated soils from a monitoring well installed near the NE corner of the site. Traces of lindane, DDT, DDE, and DDD were found in the soil

Exhibit C

near the underground concrete bunker that had previously been used to store DDT products. Most containers were broken by the time the bunker was emptied in 1989. (GMW 12/2/96) Review of Chas. Lilly's quarterly monitoring data for the on-site monitoring well shows an apparently declining trend of pesticides and herbicides in shallow groundwater in this location. (7/9/02 SRP/RKW) Further groundwater assessment began in 1999. Two additional shallow and three deep monitoring wells were installed on the north end of the property. Pesticides such as DDT, aldrin, dieldrin, dinoseb, silvex, lindane, gamma-chlordane and toxaphene were found in shallow and deep groundwater.

**Manner and Time of Release:** On-site disposal of discontinued pesticide products. Also UST leaks, spills, runoff into dry wells, and past operating practices. Time of release: unknown.

**Hazardous Substances/Waste Types:** Solid pesticides: 2,4-D (D016); 2,4,5-T (U232); pentachlorophenol (U242); dieldrin (P037); lindane (U129); DDT (U061); DDE (U060); DDD (U060); toxaphene (P123); chlordane (U036); aldrin (P004). Liquid pesticides: toxaphene (P123); chlordane (U036); aldrin (P004); benzene (U019); toluene (U220); xylene (U239).

**Pathways:** Pesticides apparently entered shallow groundwater through site dry wells and moved downward to the deeper aquifer. The site is located in an area of mixed industrial, residential, and open-space uses. The site is secured by a chain-link fence.

**Environmental/Health Threats:** Potential migration of contaminated groundwater to water supply wells.

**Status of Investigative or Remedial Action:** Bulk-stored DDT products removed; traces remain in nearby soils. Surface spill near NW tank farm was cleaned up, with most of the contaminated soil removed. Chas Lilly submitted a PA to DEQ 1/91; DEQ reviewed and commented on the PA 5/92, and Chas Lilly submitted responses to DEQ's comments. (GMW 12/2/96) An RI/FS is needed at this site, due to the many years of pesticide and herbicide handling, past documentation of soil and groundwater contamination, and site proximity to the City of Portland's Columbia South Shore Wellfield. In particular, it appears that building drains and exterior dry wells have enabled surface runoff and spills to enter the subsurface, suggesting the need for more groundwater data points and site-specific hydrogeological information. (7/9/02 RKW/SRP) Proposal for RI submitted to DEQ 2/15/02. Field work planned for Summer 2002 includes a geophysical survey of drywell and wastewater piping systems at the facility and installation of an off-site groundwater well. A work plan for an IRAM to take the drywell systems off-line and hook up the facility to the City of Portland stormwater system is being prepared.

**Data Sources:** Inspection reports; correspondence from owner and/or operator; Notice of Violation Letter; EPA Generator Notification Form; hazardous waste manifests; "Preliminary Assessment/Site Investigation, Charles H. Lilly Co., 7737 NE Killingsworth St., Portland, Oregon," HartCrowser, 4/6/90; Addendum to HartCrowser PA (prepared by Charles H. Lilly Co.), 4/16/91.

### Substance Contamination Information

| Substance | Media Contaminated | Concentration Level | Date Recorded |
| --- | --- | --- | --- |
| ALDRIN | Groundwater | 0.9 ppb | 4/8/1999 |
| ALDRIN | Groundwater | 1.8 ppb | 1/8/1996 |
| ALDRIN | Soil | 90 ppm | |
| BENZENE | Soil | 18 ppm | |
| BHC,gamma- | Groundwater | 2.5 ppb | 1/8/1996 |
| BHC,gamma- | Soil | trace | |
| CHLORDANE | Groundwater | 31 ppb | 1/8/1996 |
| CHLORDANE | Groundwater | 0.8 ppb | 8/8/1999 |
| CHLORDANE | Soil | 0.51 ppm | |
| DDD,p,p'- | Groundwater | 0.6 ppb | 4/8/1999 |
| DDD,p,p'- | Soil | trace | |
| DDE,p,p'- | Soil | trace | |
| DDT,p,p'- | Groundwater | 0.5 ppb | 4/8/1999 |
| DDT,p,p'- | Soil | trace | |
| DICAMBA | Groundwater | 3.7 ppb | 4/8/1999 |
| DICAMBA | Groundwater | 12 ppb | 4/1/1996 |
| DICAMBA | Soil | 0.086 ppm | |
| DICHLOROPROP | Soil | 3 ppm | |

| Chemical | Medium | Concentration | Date |
|---|---|---|---|
| DIELDRIN | Groundwater | 3 ppb | 1/8/1996 |
| DIELDRIN | Groundwater | 1.5 ppb | 4/8/1999 |
| DIELDRIN | Soil | 0.26 ppm | |
| DINOSEB | Groundwater | 0.5 ppb | 4/8/1999 |
| ENDRIN | Groundwater | 0.8 ppb | 4/8/1999 |
| ETHYLBENZENE | Soil | 1.1 ppm | |
| FLUORANTHENE | Soil | 25 ppm | |
| PENTACHLOROPHENOL | Groundwater | 0.7 ppb | 4/1/1996 |
| PENTACHLOROPHENOL | Soil | 1 ppm | |
| SILVEX | Groundwater | 1 ppb | 4/8/1999 |
| T,2,4,5- | Groundwater | 1.2 ppb | 1/8/1996 |
| T,2,4,5- | Soil | 1.5 ppm | |
| TOLUENE | Soil | 0.16 ppm | |
| TOLUENEDIAMINE,2,4- | Soil | 35 ppm | |
| TOLUENEDIAMINE,2,4- | Soil | 12.8 ppm | |
| TOTAL PETROLEUM HYDROCARBONS (TPH) | Soil | 381 ppm | |
| TOXAPHENE | Groundwater | 30 ppb | 1/8/1996 |
| TOXAPHENE | Groundwater | 30 ppb | 4/8/1999 |
| TOXAPHENE | Soil | 30 ppm | |
| XYLENEs | Soil | 2.8 ppm | |

### Investigative, Remedial and Administrative Actions

| Action | Start Date | Compl. Date | Resp. Staff | Lead Pgm |
|---|---|---|---|---|
| Site added to CERCLIS | 08/17/1979 | | | |
| EPA Basic Preliminary Assessment | 11/01/1983 | 09/28/1984 | | |
| No Further Remedial Action Planned under Federal program | 09/28/1984 | 09/28/1984 | | |
| Site added to database | 07/26/1988 | | Michael Zollitsch | SAS |
| Responsible party notified re 11/88 Inventory listing | 11/30/1988 | | | SAS |
| SITE EVALUATION | 05/24/1990 | 05/24/1990 | Aaron Bodor | SAS |
| Listing Review completed | 12/13/1990 | 12/13/1990 | Matt McClincy | SAS |
| Proposal for Confirmed Release List recommended | 12/14/1990 | 12/14/1990 | Matt McClincy | SAS |
| PRELIMINARY ASSESSMENT EQUIVALENT | 01/29/1991 | 06/01/1992 | Karl Morgenstern | SAS |
| Facility proposed for Confirmed Release List | 06/27/1991 | 06/27/1991 | Aaron Bodor | SAS |
| Remedial Action recommended (RA) | 06/02/1992 | 06/02/1992 | Karl Morgenstern | SAS |
| SITE PRIORITY EVALUATION FOR FURTHER ACTION | 05/15/1994 | 05/15/1994 | Heather Schijf | SAS |
| SRS Waiting List | 05/16/1994 | 01/09/2002 | Heather Schijf | SAS |
| SITE PRIORITY EVALUATION FOR FURTHER ACTION | 10/09/1996 | 12/02/1996 | Gil Wistar | SAS |
| Proposal for Confirmed Release List recommended | 12/02/1996 | 12/02/1996 | Gil Wistar | SAS |
| Proposal for Inventory recommended | 12/02/1996 | 12/02/1996 | Gil Wistar | SAS |
| Facility proposed for Confirmed Release List | 01/08/1997 | 01/08/1997 | Gil Wistar | SAS |
| Facility proposed for Inventory | 01/08/1997 | 01/08/1997 | Gil Wistar | SAS |
| Facility placed on Confirmed Release List | 03/18/1997 | 03/18/1997 | Kim Van Patten | SAS |
| Facility placed on Inventory | 03/18/1997 | 03/18/1997 | Kim Van Patten | SAS |
| Letter Agreement | 01/09/2002 | | Robert Williams | SRS |
| REMEDIAL INVESTIGATION (Primary Action) | 07/09/2002 | | Robert Williams | SRS |

**Key to certain acronyms and terms in this report:**
**CERCLIS No.:** The U.S. EPA's Hazardous Waste Site identification number, shown only if EPA has

been involved at the site.

**Region:** DEQ divides the state into three regions, Eastern, Northwest, and Western; the regional office shown is responsible for site investigation/cleanup.

**NPL Site:** Is this site on EPA's National Priority List (i.e., a federal Superfund site)? (Y/N).

**Orphan Site:** Has DEQ's Orphan Program been active at this site? (Y/N). The Orphan Program uses state funds to clean up high-priority sites where owners and operators responsible for the contamination are absent, or are unable or unwilling to use their own resources for cleanup.

**Study Area:** Is this site a Study Area? (Y/N). Study Areas are groupings of individual ECSI sites that may be contributing to a larger, area-wide problem. ECSI assigns unique Site ID numbers to both individual sites and to Study Areas.

**Pathways:** A description of human or environmental resources that site contamination could affect.

**Lead Pgm:** This column refers to the Cleanup Program affiliation of the DEQ employee responsible for the action shown. SAS or SAP = Site Assessment; VCS or VCP = Voluntary Cleanup; ICP = Independent Cleanup; SRS or SRP = Site Response (enforcement cleanup); ORP = Orphan Program.

You may be able to obtain more information about this site by contacting Robert Williams via email or contact the Northwest regional office. If this does not work, you may contact Gil Wistar at (503) 229-5512, or via email at wistar.gil@deq.state.or.us.

*DEQ Online* is the official web site for the Oregon Department of Environmental Quality.