# **EXHIBIT D**

# Oregon

John A. Kitzhaber, M.D., Governor

**Department of Environmental Quality**
Northwest Region
2020 SW Fourth Avenue
Suite 400
Portland, OR 97201-4987
(503) 229-5263 Voice
TTY (503) 229-5471

September 19, 2001

Fred Trullinger
CHL Administration
PO Box 6029
Portland Oregon 97228

RE: Charles H Lilly
7737 NE Killingsworth Street
Portland, Oregon
ECSI #102

Dear Mr. Trullinger:

I am writing to notify you that I have been named project manger for the Charles H. Lilly facility located in NE Portland. In the preliminary assessment/site investigation work completed in 1991, low to moderate concentrations of pesticide contamination was discovered in soil and groundwater. According to our file no significant environmental work other than quarterly sampling of the single site monitoring well has occurred since October 1996. The full magnitude and extent of contamination has yet to be determined. If additional work has occurred please submit information and results to the Department by October 12, 2001.

The site is listed on the Confirmed Release List and the Inventory. The Department's Site Assessment Section has recommended a Remedial Investigation/Feasibility Study and given the site a high priority. The many years of operation as a pesticide handling facility (under several owners), the proximity to the Columbia Slough and Portland Wellfield water supply wells, and unknown operating procedures of past owners all contribute to the high priority.

The building drains and exterior dry wells appear to have enabled surface runoff, process wastewater, and/or incidental spills to migrate to the subsurface. Additional groundwater monitoring points and site-specific hydrogeologic information will be needed to assess current conditions. The dry wells have not been registered with the Department's Underground Injection Control (UIC) program. The wells must be registered and if they are inactive then they will need to be properly abandoned. More information is available at the Department's website at http://www.deq.state.or.us/wq/groundwa/uichome.htm.

I will be out of the office through October 12 but will contact you on my return so that we can arrange a meeting. I look forward to working with you on this project. If you have any questions, I can be contacted at:

- Phone: (503) 229-6802
- Fax: (503) 229-6945
- Email: williams.robert.k@deq.state.or.us

Exhibit D



Sincerely,

Robert Williams
Project Manager

cc: Barbara Priest, HQ

(rkw:RKW)