# **EXHIBIT F**

| Chemical | CAS # | First Registered or Began Common Domestic Use | Status | Reference |
|---|---|---|---|---|
| Aldrin | 309-00-2 | 1950s | Cancelled 1970, very limited special use authorized by EPA in 1972. Only U.S. manufacturer voluntarily cancelled in 1987. | ATSDR; EPA-PBT |
| Chlordane | 57-74-9 | 1948 | Cancelled for food crops in 1978; limited uses until 1988. | ATSDR; EPA-PBT |
| DDD | 72-54-8 | 1940s | See DDT; a component of technical DDT (~4%), also a decomposition product of DDT. | ATSDR; EPA-PBT |
| DDT | 50-29-3 | 1940s | Banned from use in U.S. after 1/1/1973; produced for export through mid-1980s. | ATSDR; EPA-PBT |
| Dieldrin | 60-57-1 | 1950s | Cancelled 1970, very limited special use authorized by EPA in 1972. Only U.S. manufacturer voluntarily cancelled in 1987. | ATSDR; EPA-PBT |
| Heptachlor | 76-44-8 | 1952 | Most uses cancelled in 1974, all uses banned in 1988. | ATSDR |
| Heptachlor Epoxide | 1024-57-3 | 1952 | Breakdown product of Heptachlor, not separately manufactured. | ATSDR |
| Lindane (gamma BHC, gamma Hexachlorocyclohexane, gamma-HCH) | 58-89-9 | 1940s | Most uses cancelled by 1985; no longer manufactured in U.S. since 1976, Restricted Use Pesticide. | ATSDR; Extoxnet |
| Alpha-Hexachlorocyclohexane (alpha-BHC) | 319-84-6 | 1940s | See Lindane. A manufacturing by-product from production of Lindane, not a separately manufactured pesticide. | ATSDR |
| Toxaphene | 8001-35-2 | 1947 | Most uses cancelled in 1982, all uses cancelled in 1990. | ATSDR; EPA-PBT |

**Reference Source Information:**

Aldrin/Dieldrin:  http://www.atsdr.cdc.gov/toxprofiles/tp1-c5.pdf

Chlordane:  http://www.atsdr.cdc.gov/toxprofiles/tp31-c4.pdf
http://www.epa.gov/opptintr/pbt/chlordane.htm

DDT, DDD, DDE:  http://www.atsdr.cdc.gov/toxprofiles/tp35-c5.pdf
http://www.epa.gov/opptintr/pbt/ddt.htm

Heptachlor:  http://www.atsdr.cdc.gov/toxprofiles/tp12-c4.pdf

Heptachlor Epoxide:  http://www.atsdr.cdc.gov/toxprofiles/tp12-c1.pdf

Alpha-Hexachlorocyclohexane (alpha-BHC):  http://www.atsdr.cdc.gov/toxprofiles/tp43-c1.pdf

Lindane:  http://www.atsdr.cdc.gov/toxprofiles/tp43-c5.pdf
http://www.atsdr.cdc.gov/toxprofiles/tp43-c1.pdf
http://extoxnet.orst.edu/pips/lindane.htm

Toxaphene:  http://www.epa.gov/opptintr/pbt/toxaphene.htm
http://www.atsdr.cdc.gov/toxprofiles/tp94-c4.pdf

1