

**MAUL**
**FOSTER**
**ALONGI**
ENVIRONMENTAL & ENGINEERING CONSULTANTS

# Invoice

Invoice Number: 5723
Invoice Date: September 04, 2003

PORTLAND, OREGON
■
SEATTLE, WASHINGTON
■
VANCOUVER, WASHINGTON

CHL Administration, Inc.
PO Box 6029
Portland OR 97228-6029

**Project: 8074.01.02**
**CHL Administration, Inc. - Remedial**
**Investigation / Feasibility Study**

Project Manager: James J. Maul

Professional Services Through: 08/31/03

Remedial Investigation / Feasibility Study

| Professional Services | $3,904.00 |
|---|---|

| Expenses | $110.00 |
|---|---|

| Invoice Amount | *$4,014.00* |
|---|---|

**TERMS: Net 30**

### Aged Receivables

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $5,756.35 | $0.00 | $0.00 | $0.00 | $0.00 |


MAUL
FOSTER
ALONGI

Project: 8074.01.02

Invoice Number:  5723

September 04, 2003

Page 2 of 3

## Task 01--Project Management

**Professional Services**

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Project Hydrogeologist | Eric A. Roth | Project Communications | 08/08/03 | 0.25 | 100.00 | 25.00 |
| Principal Hydrogeologist | James J. Maul | Attend Meeting | 08/12/03 | 1.00 | 150.00 | 150.00 |
| Staff Environmental Scientist | Ashley A. Burt | Prepare Document | 08/15/03 | 0.25 | 70.00 | 17.50 |
| Staff Environmental Scientist | Ashley A. Burt | Prepare Document | 08/15/03 | 0.25 | 70.00 | 17.50 |

Professional Services Total: $210.00

Task 01 Total: **$210.00**

## Task 02--RI Work Plan Preparation

**Professional Services**

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Staff Geologist | Alan R. Hughes | Project Communications | 08/08/03 | 0.50 | 80.00 | 40.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 08/12/03 | 3.50 | 80.00 | 280.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 08/12/03 | 2.50 | 100.00 | 250.00 |
| Senior Geologist | Ulysses S Cooley | Attend Meeting | 08/12/03 | 1.00 | 110.00 | 110.00 |
| Senior Geologist | Ulysses S Cooley | Communications with Staff | 08/13/03 | 0.50 | 110.00 | 55.00 |
| Senior Geologist | Ulysses S Cooley | Prepare Workplan | 08/13/03 | 1.50 | 110.00 | 165.00 |
| Staff Geologist | Alan R. Hughes | Project Communications | 08/19/03 | 0.50 | 80.00 | 40.00 |
| Staff Geologist | Alan R. Hughes | Project Communications | 08/22/03 | 1.00 | 80.00 | 80.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 08/25/03 | 2.50 | 80.00 | 200.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 08/26/03 | 7.00 | 80.00 | 560.00 |
| Staff Environmental Scientist | Colin A. Price | Prepare Quality Assurance Project Plan | 08/26/03 | 4.00 | 72.00 | 288.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 08/27/03 | 2.50 | 80.00 | 200.00 |
| Senior Engineer | Alistaire W. Clary | Review Report | 08/27/03 | 1.50 | 100.00 | 150.00 |
| Senior Engineer | Alistaire W. Clary | Review Report | 08/28/03 | 4.00 | 100.00 | 400.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 08/29/03 | 6.00 | 80.00 | 480.00 |
| Senior Engineer | Alistaire W. Clary | Review Report | 08/29/03 | 0.50 | 100.00 | 50.00 |

Professional Services Total: $3,348.00

Task 02 Total: **$3,348.00**

## Task 05--Groundwater Monitoring

**Professional Services**

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Environmental Technician | Russell G. Adams | Prepare for Field Work | 08/18/03 | 0.50 | 68.00 | 34.00 |
| Environmental Technician | Russell G. Adams | Complete Field Paperwork | 08/20/03 | 1.00 | 68.00 | 68.00 |
| Environmental Technician | Russell G. Adams | Travel To/From Site | 08/20/03 | 1.00 | 68.00 | 68.00 |
| Environmental Technician | Russell G. Adams | Measure Water Levels | 08/20/03 | 2.00 | 68.00 | 136.00 |
| Staff Geologist | Alan R. Hughes | Prepare Table(s) | 08/22/03 | 0.50 | 80.00 | 40.00 |

Professional Services Total: $346.00

| Expenses | Charge |
|---|---|
| Water level probe | 35.00 |
| Safety (level D PPE) | 25.00 |
| Van usage | 50.00 |

**MAUL**
**FOSTER**
**ALONGI**

Project: 8074.01.02

Invoice Number:  5723

September 04, 2003

Page 3 of 3

## _Groundwater Monitoring Continued..._

|  |  | Charge |
|---|---|---|
| **Expenses** | | |
| | Expenses Total: | $110.00 |
| | **Task 05 Total:** | _$456.00_ |

**Total Invoice Amount**                                    _$4,014.00_

7223 NE Hazel Dell Avenue, Suite B   |   Vancouver, Washington  98665   |   PHONE 360.694.2691   |   FAX 360.906.1958   |   TIN: 91-1730412



**MAUL**
**FOSTER**
**ALONGI**
ENVIRONMENTAL & ENGINEERING CONSULTANTS

# Invoice

Invoice Number:  5946
Invoice Date:  October 14, 2003

PORTLAND, OREGON
■
SEATTLE, WASHINGTON
■
VANCOUVER, WASHINGTON

CHL Administration.  Inc.
PO Box 6029
Portland  OR 97228-6029

**Project: 8074.01.02**
**CHL Administration, Inc. - Remedial**
**Investigation / Feasibility Study**

Project Manager:  James J. Maul

Professional Services Through: 9/30/2003

Remedial Investigation / Feasibility Study

| Professional Services | $11,955.50 |
|---|---|

| Expenses | $633.10 |
|---|---|

| Invoice Amount | *$12,588.60* |
|---|---|

TERMS: Net 30

**Aged Receivables**

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $12,588.60 | $4,014.00 | $0.00 | $0.00 | $0.00 |

7223 NE Hazel Dell Avenue, Suite B  │  Vancouver, Washington  98665  │  PHONE 360.694.2691  │  FAX 360.906.1958  │  TIN: 91-1730412



**MAUL FOSTER ALONGI**

Project: 8074.01.02

Invoice Number: 5946

October 14, 2003

Page 2 of 4

## *Task 01--Project Management*

### Expenses

| | Charge |
|---|---|
| Bonded paper plots - 8.5 x 11 | 1.95 |
| Bonded paper plots - 11 x 17 | 33.80 |
| CADD/Modeling | 100.00 |
| Color high resolution paper plots - 11 x 17 | 7.80 |
| **Expenses Total:** | **$143.55** |
| **Task 01 Total:** | **$143.55** |

## *Task 02--RI Work Plan Preparation*

### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Staff Environmental Scientist | Colin A. Price | Prepare Table(s) | 9/3/2003 | 0.50 | 72.00 | 36.00 |
| Project Environmental Scientist | Andrew J. Riddell | Prepare Quality Assurance Project Plan | 9/8/2003 | 7.00 | 82.00 | 574.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 9/8/2003 | 7.00 | 80.00 | 560.00 |
| Staff Environmental Scientist | Colin A. Price | Prepare Table(s) | 9/8/2003 | 1.50 | 72.00 | 108.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 9/9/2003 | 3.00 | 80.00 | 240.00 |
| Project Administrator | Kimberly M. Hatfield | Prepare Workplan | 9/9/2003 | 1.00 | 74.00 | 74.00 |
| Senior Geologist | Ulysses S. Cooley | Prepare Workplan | 9/9/2003 | 0.50 | 110.00 | 55.00 |
| CADD Drafter | Jamie L. Ness | Computer Aided Design & Drafting (CADD) | 9/11/2003 | 0.50 | 72.00 | 36.00 |
| Senior Geologist | Ulysses S. Cooley | Prepare Workplan | 9/11/2003 | 0.50 | 110.00 | 55.00 |
| Project Environmental Scientist | Andrew J. Riddell | Prepare Quality Assurance Project Plan | 9/12/2003 | 6.00 | 82.00 | 492.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 9/12/2003 | 4.50 | 80.00 | 360.00 |
| Staff Environmental Scientist | Colin A. Price | Prepare Table(s) | 9/12/2003 | 0.50 | 72.00 | 36.00 |
| CADD Drafter | Jamie L. Ness | Computer Aided Design & Drafting (CADD) | 9/12/2003 | 3.00 | 72.00 | 216.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 9/16/2003 | 0.50 | 80.00 | 40.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 9/17/2003 | 1.50 | 80.00 | 120.00 |
| Principal Hydrogeologist | James J. Maul | Prepare Workplan | 9/17/2003 | 6.00 | 150.00 | 900.00 |
| CADD Drafter | Alex J. Young | Computer Aided Design & Drafting (CADD) | 9/18/2003 | 2.50 | 62.00 | 155.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 9/18/2003 | 3.50 | 80.00 | 280.00 |
| Principal Hydrogeologist | James J. Maul | Prepare Workplan | 9/18/2003 | 3.00 | 150.00 | 450.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 9/19/2003 | 0.50 | 80.00 | 40.00 |
| Principal Hydrogeologist | James J. Maul | Prepare Workplan | 9/19/2003 | 4.00 | 150.00 | 600.00 |
| CADD Drafter | Jamie L. Ness | Computer Aided Design & Drafting (CADD) | 9/19/2003 | 2.50 | 72.00 | 180.00 |
| Office Administrator | Megan A. Grimm | Prepare Document | 9/19/2003 | 4.00 | 55.00 | 220.00 |
| Principal Hydrogeologist | James J. Maul | Prepare Workplan | 9/22/2003 | 7.00 | 150.00 | 1,050.00 |
| Office Administrator | Megan A. Grimm | Prepare Document | 9/22/2003 | 4.25 | 55.00 | 233.75 |
| Principal Hydrogeologist | James J. Maul | Prepare Workplan | 9/23/2003 | 6.00 | 150.00 | 900.00 |
| CADD Drafter | Jamie L. Ness | Computer Aided Design & Drafting (CADD) | 9/23/2003 | 5.00 | 72.00 | 360.00 |
| Office Administrator | Megan A. Grimm | Prepare Document | 9/23/2003 | 6.25 | 55.00 | 343.75 |
| Principal Hydrogeologist | James J. Maul | Prepare Workplan | 9/24/2003 | 1.00 | 150.00 | 150.00 |
| Administrative Assistant | Jerusha D. Adams | Prepare Document | 9/25/2003 | 1.25 | 50.00 | 62.50 |
| Principal Hydrogeologist | James J. Maul | Prepare Workplan | 9/25/2003 | 6.00 | 150.00 | 900.00 |
| Office Administrator | Megan A. Grimm | Prepare Document | 9/25/2003 | 1.50 | 55.00 | 82.50 |



Project: 8074.01.02

Invoice Number: 5946

October 14, 2003

Page 3 of 4

## RI Work Plan Preparation Continued...

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Principal Hydrogeologist | James J. Maul | Prepare Workplan | 9/26/2003 | 1.00 | 150.00 | 150.00 |
| CADD Drafter | Alex J. Young | Computer Aided Design & Drafting (CADD) | 9/29/2003 | 0.50 | 62.00 | 31.00 |
| Office Administrator | Megan A. Grimm | Prepare Document | 9/29/2003 | 3.00 | 55.00 | 165.00 |
| Office Administrator | Megan A. Grimm | Produce Document | 9/29/2003 | 3.75 | 55.00 | 206.25 |
| Office Administrator | Megan A. Grimm | Produce Document | 9/30/2003 | 2.25 | 55.00 | 123.75 |
| | | Professional Services Total: | | | | $10,585.50 |

| Expenses | Charge |
|---|---|
| Bonded paper plots - 11 x 17 | 5.20 |
| CADD/Modeling | 180.00 |
| Mileage expense | 17.00 |
| Production | 42.35 |
| Safety (level D PPE) | 50.00 |
| Expenses Total: | $294.55 |
| Task 02 Total: | $10,880.05 |

## Task 03--On-Site Investigation
### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Environmental Technician | Russell G. Adams | Coordinate Subcontractors | 9/2/2003 | 1.00 | 68.00 | 68.00 |
| Environmental Technician | Russell G. Adams | Mobilize/Demobilize | 9/3/2003 | 1.00 | 68.00 | 68.00 |
| Environmental Technician | Russell G. Adams | Conduct Field Work | 9/3/2003 | 2.50 | 68.00 | 170.00 |
| Senior Geologist | Ulysses S. Cooley | Communications with Subcontractor | 9/12/2003 | 2.50 | 110.00 | 275.00 |
| Staff Geologist | Alan R. Hughes | Conduct Field Work | 9/15/2003 | 1.00 | 80.00 | 80.00 |
| Staff Geologist | Alan R. Hughes | Prepare Report | 9/15/2003 | 5.00 | 80.00 | 400.00 |
| Senior Geologist | Ulysses S. Cooley | Review Regulations | 9/17/2003 | 0.50 | 110.00 | 55.00 |
| | | Professional Services Total: | | | | $1,116.00 |

| Expenses | Charge |
|---|---|
| Van usage | 50.00 |
| Expenses Total: | $50.00 |
| Task 03 Total: | $1,166.00 |

## Task 04--Install Off-Site Groundwater Monitoring Wells
### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Project Hydrogeologist | Eric A. Roth | Project Communications | 9/23/2003 | 0.50 | 100.00 | 50.00 |
| | | Professional Services Total: | | | | $50.00 |
| | | Task 04 Total: | | | | $50.00 |

## Task 05--Groundwater Monitoring
### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Environmental Technician | Russell G. Adams | Prepare for Field Work | 9/17/2003 | 0.50 | 68.00 | 34.00 |
| Environmental Technician | Russell G. Adams | Complete Field Paperwork | 9/18/2003 | 0.50 | 68.00 | 34.00 |



**MAUL**
**FOSTER**
**ALONGI**

Project: 8074.01.02                    Invoice Number:  5946

October 14, 2003                       Page 4 of 4

## Groundwater Monitoring Continued...

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|-------|----------|------------|------|-------|------|--------|
| Environmental Technician | Russell G. Adams | Travel To/From Site | 9/18/2003 | 1.00 | 68.00 | 68.00 |
| Environmental Technician | Russell G. Adams | Measure Water Levels | 9/18/2003 | 1.00 | 68.00 | 68.00 |
| | | *Professional Services Total:* | | | | $204.00 |

**Expenses**

| | Charge |
|---|--------|
| Water level probe | 70.00 |
| Safety (level D PPE) | 25.00 |
| Van usage | 50.00 |
| *Expenses Total:* | $145.00 |
| ***Task 05 Total:*** | **$349.00** |

**Total Invoice Amount**                              **$12,588.60**

**■ MAUL**
**■■ FOSTER**
**■ ■■ ALONGI**
ENVIRONMENTAL & ENGINEERING CONSULTANTS

# Invoice

Invoice Number:  6013
Invoice Date:  November 06, 2003

PORTLAND, OREGON
■
SEATTLE, WASHINGTON
■
VANCOUVER, WASHINGTON

CHL Administration,  Inc.
PO Box 6029
Portland  OR 97228-6029

**Project: 8074.01.02**
**CHL Administration, Inc. - Remedial**
**Investigation / Feasibility Study**

Project Manager:  James J. Maul

Professional Services Through: 10/31/2003

Remedial Investigation / Feasibility Study

| | |
|---|---|
| **Professional Services** | **$482.50** |

| | |
|---|---|
| **Expenses** | **$268.70** |

| | |
|---|---|
| **Invoice Amount** | **$751.20** |

**TERMS: Net 30**

**Aged Receivables**

| Current | 31-60 Days | 61-90 Days | 91-120 Days | ≥ 120 Days |
|---|---|---|---|---|
| $13,339.80 | $0.00 | $0.00 | $0.00 | $0.00 |



**Project:** 8074.01.02

**Invoice Number:** 6013

November 06, 2003                    Page 2 of 2

## Task 05--Groundwater Monitoring

### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|-------|----------|-----------|------|-------|------|--------|
| Staff Geologist | Anthony Bharwada | Measure Water Levels | 10/22/2003 | 2.00 | 75.00 | 150.00 |
| Office Administrator | Megan A. Grimm | Prepare for Field Work | 10/22/2003 | 0.25 | 55.00 | 13.75 |
| Environmental Technician | Russell G. Adams | Prepare for Field Work | 10/22/2003 | 0.50 | 68.00 | 34.00 |
| Environmental Technician | Russell G. Adams | Complete Field Paperwork | 10/22/2003 | 0.50 | 68.00 | 34.00 |
| Environmental Technician | Russell G. Adams | Travel To/From Site | 10/22/2003 | 0.50 | 68.00 | 34.00 |
| Environmental Technician | Russell G. Adams | Measure Water Levels | 10/22/2003 | 1.00 | 68.00 | 68.00 |

Professional Services Total: **$333.75**

### Expenses

| | Charge |
|---|--------|
| Safety (level D PPE) | 50.00 |

Expenses Total: **$50.00**

Task 05 Total: **$383.75**

## Task 06--Reporting

### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|-------|----------|-----------|------|-------|------|--------|
| Administrative Assistant | Diana J. Cederstrom | Produce Document | 10/10/2003 | 0.25 | 55.00 | 13.75 |
| Office Administrator | Megan A. Grimm | Prepare Response | 10/20/2003 | 2.00 | 55.00 | 110.00 |
| Administrative Assistant | Jerusha D. Adams | Produce Document | 10/21/2003 | 0.50 | 50.00 | 25.00 |

Professional Services Total: **$148.75**

### Expenses

| | Charge |
|---|--------|
| Production Expense - notebook 1 1/2 - 2" | 57.00 |
| Production Expense - photocopies | 148.20 |
| Production Expense - specialty papers | 13.50 |

Expenses Total: **$218.70**

Task 06 Total: **$367.45**

## Total Invoice Amount                    **$751.20**

7223 NE Hazel Dell Avenue, Suite B  |  Vancouver, Washington 98665  |  PHONE 360.694.2691  |  FAX 360.906.1958  |  TIN: 91-1730412



# Invoice

Invoice Number:  6167
Invoice Date:  December 10, 2003

CHL Administration,  Inc.
PO Box 6029
Portland  OR 97228-6029

PORTLAND, OREGON
SEATTLE, WASHINGTON
VANCOUVER, WASHINGTON

**Project: 8074.01.02**
**CHL Administration, Inc. - Remedial**
**Investigation / Feasibility Study**

Project Manager: Eric A. Roth

Professional Services Through: 11/30/2003

Remedial Investigation / Feasibility Study

| | |
|---|---|
| **Professional Services** | **$2,778.75** |

| | |
|---|---|
| **Expenses** | **$150.84** |

| | |
|---|---|
| **Subcontractors** | **$1,558.25** |

| | |
|---|---|
| **Invoice Amount** | **$4,487.84** |

**TERMS: Net 30**

## Aged Receivables

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $4,487.84 | $751.20 | $0.00 | $0.00 | $0.00 |

7223 NE Hazel Dell Avenue, Suite B  |  Vancouver, Washington  98665  |  PHONE 360.694.2691  |  FAX 360.906.1958  |  TIN: 91-1730412



**MAUL FOSTER ALONGI**

Project: 8074.01.02

Invoice Number: 6167

December 10, 2003

Page 2 of 3

## Task 01--Project Management
### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Administrative Assistant | Christina A. Sarkinen | Produce Document | 11/6/2003 | 0.25 | 55.00 | 13.75 |
| Project Hydrogeologist | Eric A. Roth | Attend Meeting | 11/11/2003 | 2.00 | 100.00 | 200.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 11/11/2003 | 0.50 | 100.00 | 50.00 |
| Principal Hydrogeologist | James J. Maul | Communications with Client | 11/11/2003 | 1.00 | 150.00 | 150.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 11/12/2003 | 1.50 | 100.00 | 150.00 |
| Project Administrator | Kimberly M. Hatfield | Review Budget | 11/13/2003 | 1.50 | 74.00 | 111.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 11/20/2003 | 2.00 | 100.00 | 200.00 |
| Principal Hydrogeologist | James J. Maul | Project Communications | 11/21/2003 | 3.00 | 150.00 | 450.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 11/25/2003 | 2.50 | 100.00 | 250.00 |
| Staff Geologist | Anthony J. Silva | Attend Meeting | 11/26/2003 | 2.50 | 80.00 | 200.00 |

*Professional Services Total:* **$1,774.75**

**Task 01 Total:** **$1,774.75**

## Task 02--RI Work Plan Preparation
### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Project Hydrogeologist | Eric A. Roth | Project Communications | 11/6/2003 | 2.00 | 100.00 | 200.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 11/7/2003 | 4.00 | 100.00 | 400.00 |

*Professional Services Total:* **$600.00**

**Task 02 Total:** **$600.00**

## Task 05--Groundwater Monitoring
### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Staff Geologist | Alan R. Hughes | Prepare Table(s) | 11/7/2003 | 0.50 | 80.00 | 40.00 |
| Environmental Technician | Russell G. Adams | Prepare for Field Work | 11/18/2003 | 0.50 | 68.00 | 34.00 |
| Staff Geologist | Alan R. Hughes | Prepare Table(s) | 11/24/2003 | 0.50 | 80.00 | 40.00 |
| Environmental Technician | Russell G. Adams | Complete Field Paperwork | 11/24/2003 | 0.50 | 68.00 | 34.00 |
| Environmental Technician | Russell G. Adams | Travel To/From Site | 11/24/2003 | 1.00 | 68.00 | 68.00 |
| Environmental Technician | Russell G. Adams | Measure Water Levels | 11/24/2003 | 1.00 | 68.00 | 68.00 |
| Staff Geologist | Alan R. Hughes | Prepare Figure(s) | 11/25/2003 | 1.50 | 80.00 | 120.00 |

*Professional Services Total:* **$404.00**

### Subcontractors

| | Date | Charge |
|---|---|---|
| Chase, Jones & Associates, Inc. | 10/7/2003 | 1,558.25 |

*Subcontractors Total:* **$1,558.25**

### Expenses

| | Charge |
|---|---|
| Radio Phone | 15.00 |
| Water level probe | 35.00 |
| Safety (level D PPE) | 25.00 |
| Van usage | 50.00 |



Project: 8074.01.02

Invoice Number: 6167

December 10, 2003

Page 3 of 3

| Groundwater Monitoring Continued... | | Charge |
|---|---|---|
| **Expenses** | | 25.84 |
| Vehicle Rental | | |
| | *Expenses Total:* | $150.84 |
| | *Task 05 Total:* | *$2,113.09* |

**Total Invoice Amount**      *$4,487.84*


MAUL
FOSTER
ALONGI

**Billed Time and Expense Detail**

Reporting Period:                                       03/01/2002 to 08/31/2002

Selection: Client
(Client ID One of: '8074'?)

**Project: 8074.01.01    CHL Administration, Inc. - Requested Consultation**

| Invoice Date: | 03/11/2002 | Number: | 3800 | Amount: | 2,517.40 |
|---|---|---|---|---|---|

## *Task 00--Environmental Site Assessment*

**Professional Services**

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Administrative Assistant | Christina A. Sarkinen | Produce Document | 02/08/2002 | 0.25 | 55.00 | 13.75 |
| Administrative Assistant | Crystal G. Boon | Produce Document | 02/15/2002 | 1.00 | 45.00 | 45.00 |
| *RI and Groundwater Assessment Final Report.* | | | | | | |
| Project Geologist | Cynthia M. Stine | Revise Report | 01/31/2002 | 1.50 | 95.00 | 142.50 |
| *Revise draft RI scoping document.* | | | | | | |
| Principal Hydrogeologist | James J. Maul | Prepare Report | 01/30/2002 | 4.00 | 135.00 | 540.00 |
| *Meet with Morford, review report, phone with client.* | | | | | | |
| Principal Hydrogeologist | James J. Maul | Prepare Report | 01/31/2002 | 1.50 | 135.00 | 202.50 |
| *Modify report.* | | | | | | |
| CAD Drafter | Jamie L. Ness | Computer Aided Design & Drafting (CADD) | 01/31/2002 | 2.00 | 65.00 | 130.00 |
| *Modify figures.* | | | | | | |
| Office Administrator | Megan A. Grimm | Produce Document | 02/04/2002 | 4.50 | 50.00 | 225.00 |
| *Produced Draft Report.* | | | | | | |
| Office Administrator | Megan A. Grimm | Produce Document | 02/15/2002 | 4.50 | 50.00 | 225.00 |
| *Produce Final Report.* | | | | | | |
| Administrative Assistant | Patricia A. Kuper | Prepare Report | 01/30/2002 | 1.00 | 50.00 | 50.00 |
| *Insert Edits into report and print for review.* | | | | | | |
| Administrative Assistant | Patricia A. Kuper | Produce Document | 01/31/2002 | 0.75 | 50.00 | 37.50 |
| *Insert edits into text of report* | | | | | | |
| Administrative Assistant | Patricia A. Kuper | Prepare Report | 02/01/2002 | 0.50 | 50.00 | 25.00 |
| *Started reading through report* | | | | | | |
| Administrative Assistant | Patricia A. Kuper | Review Report | 02/04/2002 | 1.00 | 50.00 | 50.00 |
| *Read report for grammatical and punctuation errors* | | | | | | |

*Professional Services Total:*  1686.25

| Expenses | Date | Units | Rate | Charge |
|---|---|---|---|---|
| [Parking] Parking | 01/30/2002 | 1.00 | 2.09 | 2.09 |
| [Copies] Photo copies | 02/04/2002 | 1.00 | 120.98 | 120.98 |
| [Color] Color copies | 02/15/2002 | 1.00 | 22.89 | 22.89 |
| [Courier] Courier service | 02/04/2002 | 1.00 | 43.95 | 43.95 |
| [Courier] Courier service | 02/15/2002 | 1.00 | 43.95 | 43.95 |
| [Color] Color copies | 02/19/2002 | 1.00 | 3.27 | 3.27 |
| [Mileage] Mileage expense | 01/30/2002 | 32.00 | 0.50 | 16.00 |
| [PNote1] Production expense - notebook 1/2 - 1" | 02/15/2002 | 7.00 | 2.50 | 17.50 |
| [PPhot] Production Expense - photocopies | 02/15/2002 | 1,672.00 | 0.10 | 167.20 |
| [PSpeci] Production Expense - specialty papers | 02/15/2002 | 88.00 | 0.15 | 13.20 |
| [HR08] Color high resolution paper plots - 8.5 x 11 | 02/15/2002 | 9.00 | 1.30 | 11.70 |
| [HR11] Color high resolution paper plots - 11 x 17 | 02/15/2002 | 9.00 | 2.60 | 23.40 |
| [Bond11] Bonded paper plots - 11 x 17 | 01/31/2002 | 11.00 | 1.30 | 14.30 |
| [CADD] CADD/Modeling | 01/31/2002 | 2.00 | 15.00 | 30.00 |

*Expenses Total:*  530.43

**Task 00 Total:**  2216.68

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    05/14/91
INVOICE NUMBER    794368
JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 04/30/91

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 04/17/91 | Photocopies | .00 |
| | **TOTAL CURRENT CHARGES** | .00 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE  04/16/92
INVOICE NUMBER  1161208
JMM

| DATE | CURRENT SERVICES THROUGH 03/31/92 | 240.00 |
|---|---|---|
| | | + 39.00 |
| 03/20/92 | TELEPHONE CONFERENCE WITH SAFECO CONCERNING ITS INVESTIGATION OF THE SITE | |
| 03/23/92 | DRAFT LETTERS TO SAFECO AND STONEWALL; REVIEW FILE RE STATUS OF INSURANCE COVERAGE; OFFICE CONFERENCE RE SAME | |
| 03/23/92 | PREPARE LETTERS IN RESPONSE TO INSURERS' REQUESTS FOR INFORMATION | |
| 03/24/92 | FINALIZE LETTERS TO INSURERS; DRAFT LETTER TO MR. TRULLINGER RE SAME | |

TOTAL CURRENT SERVICES                240.00
                                        0.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    05/19/92
INVOICE NUMBER  1227633
                JMM

DATE        CURRENT SERVICES THROUGH 04/30/92

04/03/92  REVIEW LETTER FROM STONEWALL; PREPARE RESPONSE
          TO STONEWALL
04/13/92  REVIEW STATUS OF INSURANCE COVERAGE; DRAFT
          LETTER TO STONEWALL INSURANCE COMPANY
04/20/92  REVIEW CORRESPONDENCE FROM SAFECO RE POTENTIAL
          CLAIM
04/22/92  REVIEW LETTER FROM SAFECO REQUESTING
          OPPORTUNITY TO INTERVIEW LILLY EMPLOYEES;
          PREPARE RESPONSE

   TOTAL CURRENT SERVICES                        95.00
                                                 0.00

**STOEL RIVES LLP**
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268

(503) 224-3380

Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

| | |
|---|---|
| INVOICE DATE | 07/21/92 |
| INVOICE NUMBER | 1296691 |
| | JMM |

**DATE          CURRENT SERVICES THROUGH 06/30/92**

06/02/92  REVIEW MEMORANDUM AND CORRESPONDENCE REGARDING
          INSURANCE CLAIM

06/15/92  OFFICE CONFERENCE RE STATUS OF INSURANCE
          COVERAGE, RESPONSE TO SAFECO'S DEMANDS; REVIEW
          FILE AND DRAFT MEMORANDUM RE SAME

06/15/92  DEVELOP AND REFINE STRATEGY FOR RESPONDING TO
          SAFECO'S REQUEST TO CONDUCT SITE INVESTIGATION
          AND TAKE STATEMENTS FROM LILLY MANAGEMENT

06/15/92  OFFICE CONFERENCE REGARDING INSURANCE COVERAGE
          AND RESPONSE TO INSURERS DEMANDS TO INSPECT
          FACILITY AND INTERVIEW EMPLOYEES

06/16/92  REVIEW INSURANCE ISSUES; TELEPHONE CALL TO MR.
          TRULLINGER; LETTER TO MR. TRULLINGER REGARDING
          SAME

06/23/92  DRAFT LETTER TO SAFECO DENYING REQUEST FOR
          PRECLAIM INVESTIGATION

06/23/92  REVIEW LETTER TO SAFECO DECLINING SAFECO'S
          REQUEST TO CONDUCT INTERVIEWS OF LILLY
          PERSONNEL

**TOTAL CURRENT SERVICES**                     385.00
                                                0.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE  10/12/94
INVOICE NUMBER  2544678
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  09/30/94**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $

**TOTAL BALANCE DUE**                                    $

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    10/12/94
INVOICE NUMBER   2544678
                JMM

**DATE**          **CURRENT SERVICES THROUGH 09/30/94**

09/12/94  TELEPHONE CALL TO MR. GRIFFELS RE FURTHER
          SAFECO INVESTIGATION; REVIEW CORRESPONDENCE
          FROM MR. GRIFFELS
09/20/94  TELEPHONE CALL TO SAFECO CLAIMS INVESTIGATOR

**TOTAL CURRENT SERVICES**                          46.00
                                                    0.00

**STOEL RIVES LLP**
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    11/16/94
INVOICE NUMBER    2550310
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  10/31/94**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $

**TOTAL BALANCE DUE**                                            $

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    11/16/94
INVOICE NUMBER  2550310
                JMM

**DATE**        **CURRENT SERVICES THROUGH 10/31/94**

10/18/94  REVIEW CORRESPONDENCE FROM SAFECO; DRAFT
          RESPONSE
10/19/94  REVIEW OCTOBER 12TH LETTER FROM SAFECO AND MR.
          KAPLAN'S LETTER OF OCTOBER 18TH TO SAFECO;
          OFFICE CONFERENCE REGARDING RESPONSE TO
          SAFECO'S REQUEST TO REINVESTIGATE
10/31/94  REVIEW LETTER DATED OCTOBER 27 FROM SAFECO
          REPEATING DEMAND FOR SITE HISTORY INFORMATION

   **TOTAL CURRENT SERVICES**                          ~~110.00~~
                                                       0.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268

(503) 224-3380

Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE   12/20/94
INVOICE NUMBER   2554717
JMM

DATE          CURRENT SERVICES THROUGH 11/30/94

11/01/94  REVIEW AND ANALYZE LETTER FROM SAFECO
11/01/94  REVIEW CORRESPONDENCE
11/02/94  TELEPHONE CALL TO MR. GRIFFITH AND DRAFT LETTER
          TO MS. LEFEVER RE SAFECO COVERAGE
11/07/94  REVIEW LETTER DATED NOVEMBER 3, 1994, TO SAFECO

    TOTAL CURRENT SERVICES                                85.00
                                                         0.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    04/17/95
INVOICE NUMBER    2569093
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   03/31/95**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $

**TOTAL BALANCE DUE**                                      $

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

001923,0  CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE   04/17/95
INVOICE NUMBER   2569093
JMM

DATE        CURRENT SERVICES THROUGH 03/31/95

03/02/95  TELEPHONE CALL TO HARTFORD CLAIMS ADJUSTER RE
          NORTH PORTLAND FACILITY

TOTAL CURRENT SERVICES                        30.00
                                              0.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE   06/14/95
INVOICE NUMBER   2576338
JMM

**DATE**        **CURRENT SERVICES THROUGH 05/31/95**

05/08/95  DRAFT LETTER TO HARTFORD RE NORTH PORTLAND SITE
05/17/95  TELEPHONE CALL TO MR. WILLIAMS RE NORTH
          PORTLAND SITE, COVERAGE ISSUES
05/22/95  REVIEW CORRESPONDENCE FROM HARTFORD
05/23/95  REVIEW FILE FOR MATERIAL TO RESPOND TO HARTFORD

   **TOTAL CURRENT SERVICES**                          90.00
                                                       0.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE   09/12/95
INVOICE NUMBER   2587287
JMM

**DATE**       **CURRENT SERVICES THROUGH 08/31/95**

08/01/95 DRAFT RESPONSE TO HARTFORD ON INSURANCE ISSUES

   **TOTAL CURRENT SERVICES**                           ~~28.00~~
                                                        0.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    12/14/95
INVOICE NUMBER  2598931
                JMM

**DATE**          **CURRENT SERVICES THROUGH 11/30/95**

11/29/95 RESPOND TO COVERAGE LETTER FROM STONEWALL

   **TOTAL CURRENT SERVICES**                                15.00
                                                             0.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC                    INVOICE DATE    03/11/96
SUSAN MONTI, SECRETARY                     INVOICE NUMBER   2609251
PO BOX 6029                                                JMM
PORTLAND, OR   97228-6029


0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  02/29/96**

Current Activity:

Fees For Professional Services
(See attached for Detail)                        $

**TOTAL BALANCE DUE**                                      $

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC               INVOICE DATE   03/11/96
00002    ENVIRONMENTAL MATTERS                 INVOICE NUMBER  2609251
                                                               JMM

**DATE**        **CURRENT SERVICES THROUGH 02/29/96**

02/29/96 ~~TELEPHONE CALL TO AIG ADJUSTORS RE THAN CLAIM~~

   **TOTAL CURRENT SERVICES**                              ~~15.00~~
                                                            0.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    05/14/96
INVOICE NUMBER    2617218
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  04/30/96**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $

**TOTAL BALANCE DUE**                                    $

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.



www.hartcrowser.com

*Delivering smarter solutions*

Anchorage

February 11, 2004

Mr. Paul Logan
Stoel Rives, LLP
900 SW Fifth Avenue, Suite 2600
Portland, Oregon  97204

Boston

**Re:    Costs for Hart Crowser Work on Behalf of CHL Administration, Inc. ("CHL")**

Denver

Dear Mr. Logan:

As per your request, we have searched our records for RI/FS work that Hart Crowser has performed in connection with CHL's facility located at 7737 NE Killingsworth, Portland, Oregon (the "Site"). This work included the Preliminary Assessment/Site Investigation report for the Site dated April 6, 1990, and related work that followed. Our records indicated that the Chas H. Lilly Company (CHL's previous name) was billed as follows:

Edmonds

April 6, 1990 report:   $8,064

August 1990 bill:    $42,600

October 1990 bill:   $32,423

Eureka

February 1991 bill:   $45,293

Unfortunately, we no longer have records of the corresponding invoices. The above totals were provided by a project manager who is no longer employed by Hart Crowser.

Jersey City

Sincerely,

HART CROWSER, INC.

Long Beach

DAVID K. ECKBERG
General Counsel/Corporate Secretary

Portland

RECEIVED
STOEL RIVES LLP
By____ 2/19/04

Seattle

Five Centerpointe Drive, Suite 240
Lake Oswego, Oregon 97035-8652
Fax 503.620.6918
Tel  503.620.7284

**STOEL RIVES LLP**
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

| | |
|---|---|
| INVOICE DATE | 05/11/99 |
| INVOICE NUMBER | 2747637 |
| | JMM |

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  04/30/99**

Current Activity:

Fees For Professional Services
(See attached for Detail)                $    1,995.00

**TOTAL BALANCE DUE**                              $    1,995.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    05/11/99
INVOICE NUMBER  2747637
                JMM

**DATE**          **CURRENT SERVICES THROUGH 04/30/99**

03/31/99  TELEPHONE CALL FROM MR. TRULLINGER RE
          SETTLEMENT AGREEMENT
04/02/99  REVIEW SETTLEMENT AGREEMENT; TELEPHONE CALL TO
          MR. HEDRICK RE SETTLEMENT RESPONSE; REVIEW
          PURCHASE AND SALE AGREEMENT; OFFICE CONFERENCE
          RE SAME
04/05/99  TELEPHONE CALL TO MR. HEDRICK RE SETTLEMENT
          STATUS; DRAFT MEMORANDUM RE STATUS OF
          SETTLEMENT TO MR. BABSON; REVIEW INDEMNITY
          PROVISIONS; REVIEW SETTLEMENT AGREEMENT
04/07/99  OFFICE CONFERENCE RE PROP 65 ISSUE
04/14/99  TELEPHONE CALL FROM MR. TRULLINGER RE PROP 65
          SETTLEMENT; TELEPHONE CALL TO MR. HEDRICK RE
          SAME
04/16/99  TELEPHONE CALL FROM MR. BAYUK REGARDING DRUM
          FIRE AND BULGING DRUM; LEGAL RESEARCH
          CHARACTERIZATION OF INVESTIGATION DERIVED
          WASTE; EMAIL TO MR. TRULLINGER RE SAME
04/19/99  TELEPHONE CALL FROM MR. TRULLINGER REGARDING
          MANAGEMENT OF INVESTIGATION DERIVED WASTE;
          TELEPHONE CALL TO MR. BAYUK REGARDING SAME;
          TELEPHONE CALL FROM MR. BAYUK RE STATUS OF
          EMERGENCY RESPONSE
04/20/99  TELEPHONE CALL TO MR. BAYUK TO PREPARE FOR CALL
          TO DEQ; TELEPHONE CALL TO MR. ST. LOUIS OF DEQ
          TO REPORT SITE CONDITIONS; EMAIL TO MR.
          TRULLLINGER DOCUMENTING SAME

**TOTAL CURRENT SERVICES**                          **1,995.00**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    05/14/96
INVOICE NUMBER  2617218
JMM

| DATE | CURRENT SERVICES THROUGH 04/30/96 | |
|------|-----------------------------------|---|
| 04/01/96 | ~~REVIEW CORRESPONDENCE FROM INSURERS~~ | |
| | **TOTAL CURRENT SERVICES** | ~~15.00~~ 0.00 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    06/15/99
INVOICE NUMBER    2752162
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   05/31/99**

Current Activity:

Fees For Professional Services          $        40.00
(See attached for Detail)

**TOTAL BALANCE DUE**                         $        **40.00**

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    06/15/99
INVOICE NUMBER  2752162
                JMM

**DATE          CURRENT SERVICES THROUGH 05/31/99**

05/05/99  TELEPHONE CALL FROM MR. TRULINGER RE STATUS OF
          PROPOSITION 65 LAWSUIT; TELEPHONE CALL TO MR.
          HEDRICK RE SAME

   **TOTAL CURRENT SERVICES**                              **40.00**



**STOEL RIVES** LLP

ATTORNEYS AT LAW

900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
Telephone (503) 224-3380
Fax (503) 220-2480
Billing Inquiries 1-800-305-8453

| 0019230 | CHL ADMINISTRATION, INC | INVOICE DATE | 04/22/02 |
| 00002 | ENVIRONMENTAL MATTERS | INVOICE NUMBER | 2914123 |
| | | | JMM |

Employer's Identification No. 93-0408771

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 03/31/02

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 03/27/02 | Photocopies | 4.90 |
| | **TOTAL CURRENT CHARGES** | **$4.90** |



**State of Oregon**
**Department of Environmental Quality**

### INVOICE

Site Name:    CHARLES H. LILLY CO. III
**Project No: 21916000**
Authorization:

**Invoice Number:    HSRAF04-1587**
Invoice Date:        1/27/2004

CHL Administration
Attn: Fred Trullinger
PO Box 6029
Portland, OR 97228

**Payment Due:    2/26/2004**

Project Expenditures:

Personal Services

**Billing Period**
*12/03*

2,016.37

**Total Current Charges:**  $   2,016.37

| Previous Balance | Billing Period Expenditures | Interest | Total Balance Due |
|---|---|---|---|
| 3,831.76 | 2,016.37 | 0.00 | 5,848.13 |

-------------------------- Cut here and return this portion with payment --------------------------

Remit and make checks payable to:

Dept. of Environmental Quality
Attn: Business Office
811 SW Sixth Avenue
Portland, OR 97204-1390

Check box if your address has changed and complete back of invoice: ☐

Site Name:    CHARLES H. LILLY CO. III

Project No:    21916000

Invoice Number:    HSRAF04-1587

Amount Enclosed:

| Current | 31-60 Days | 61-90 Days | 90+ Days | Total Due |
|---|---|---|---|---|
| 5,848.13 | 0.00 | 0.00 | 0.00 | 5,848.13 |

# DEQ TIME REPORTING - DAILY LOG

January 23, 2004                           1

**Project : Charles H. Lilly Co. III**

**Project No #: 219160-00   QTime No #: 29443**

**FROM Month Of December, 2003 TO December, 2003**

| DATE | STAFF NAME | PROJECT ACTIVITIES | HOURS |
|------|-----------|-------------------|-------|
| December 01, 2003 | Robert Williams | Analysis and Planning:  GW flow direction | 0.70 |
| | | **Daily Total:** | **0.70** |
| December 02, 2003 | Robert Williams | Document Preparation:  RI work plan | 4.20 |
| | | **Daily Total:** | **4.20** |
| December 03, 2003 | Mark Pugh | Document Review:  review comments to work plan | 0.80 |
| December 03, 2003 | Robert Williams | Document Review:  final RI wkpln review and comments | 5.30 |
| | | **Daily Total:** | **6.10** |
| December 04, 2003 | Robert Williams | Communication: proposed site visit and RI discussion | 0.40 |
| | | **Daily Total:** | **0.40** |
| December 05, 2003 | Robert Williams | Document Preparation:  Incorporate Pugh comments to RI review | 1.50 |
| | | **Daily Total:** | **1.50** |
| December 08, 2003 | Robert Williams | Document Preparation:  finalize comments for mail out | 0.80 |
| | | **Daily Total:** | **0.80** |
| December 09, 2003 | Gerald Gamolo | Clerical/Admin Support:  Copying & mailing | 0.25 |
| December 09, 2003 | Robert Williams | Document Review:  well siting figure analysis | 1.70 |
| | | **Daily Total:** | **1.95** |
| December 10, 2003 | Robert Williams | Document Review:  well siting figure, coordination | 0.50 |
| | | **Daily Total:** | **0.50** |
| December 11, 2003 | Mark Pugh | Site Visit:  site visit | 2.00 |
| December 11, 2003 | Robert Williams | Site Visit:  site visit, well siting | 2.00 |
| | | **Daily Total:** | **4.00** |
| December 30, 2003 | Robert Williams | Communication:  discussion of fieldwork with contractor, research well locations | 0.50 |
| | | **Daily Total:** | **0.50** |
| | | **Grand Total:** | **20.65** |



**State of Oregon**
**Department of Environmental Quality**

## INVOICE

Site Name:   CHARLES H. LILLY CO. III
Project No:  21916000
Authorization:

Invoice Number:   **HSRAF04-1278**
Invoice Date:     12/22/2003

CHL Administration
Attn: Fred Trullinger
PO Box 6029
Portland, OR  97228

**Payment Due:**   1/21/2004

| Project Expenditures: | Billing Period *11/03* |
|---|---|
| Personal Services | 3,831.76 |
| **Total Current Charges:** | $ 3,831.76 |

| Previous Balance | Billing Period Expenditures | Interest | Total Balance Due |
|---|---|---|---|
| 174.17 | 3,831.76 | 0.00 | **4,005.93** |

------------------- Cut here and return this portion with payment -------------------

Remit and make checks payable to:

Dept. of Environmental Quality
Attn: Business Office
811 SW Sixth Avenue
Portland, OR  97204-1390

Check box if your address has changed and complete back of invoice:  ☐

Site Name:   CHARLES H. LILLY CO. III

Project No:  21916000

Invoice Number:   HSRAF04-1278

Amount Enclosed:

| Current | 31-60 Days | 61-90 Days | 90+ Days | Total Due |
|---|---|---|---|---|
| 4,005.93 | 0.00 | 0.00 | 0.00 | 4,005.93 |

January 16, 2004

**Project :   Charles H. Lilly Co. III**

**Project No #:  219160-00          QTime No #:  29443**

**FROM Month Of November, 2003 TO November, 2003**

| DATE | STAFF NAME | PROJECT ACTIVITIES | HOURS |
|------|-----------|-------------------|-------|
| November 05, 2003 | Gerald Garnolo | Clerical/Admin Support:  Filing | 0.17 |
| | | **Daily Total:** | 0.17 |
| November 07, 2003 | Robert Williams | Document Review:  review wkpln, plan meeting | 1.50 |
| | | **Daily Total:** | 1.50 |
| November 10, 2003 | Robert Williams | Coordination:  reschedule meeting | 0.40 |
| | | **Daily Total:** | 0.40 |
| November 12, 2003 | Robert Williams | Document Review:  wkplan review and ph calls with MFA | 1.80 |
| | | **Daily Total:** | 1.80 |
| November 13, 2003 | Robert Williams | Document Review:  review RI workpln | 2.00 |
| | | **Daily Total:** | 2.00 |
| November 17, 2003 | Robert Williams | Document Review:  review RI | 2.50 |
| | | **Daily Total:** | 2.50 |
| November 18, 2003 | Robert Williams | Document Review:  review RI wkpln/comments | 3.20 |
| | | **Daily Total:** | 3.20 |
| November 19, 2003 | Robert Williams | Document Review:  review RI wkpln, comments | 4.40 |
| | | **Daily Total:** | 4.40 |
| November 20, 2003 | Bruce Gilles | Meeting:  Williams & Pugh - RI Work Plan | 1.00 |
| November 20, 2003 | Mark Pugh | Document Review:  review RI work plan | 2.00 |
| | | Analysis and Planning:  internal meeting to discuss work plan | 1.20 |
| November 20, 2003 | Robert Williams | Document Review:  RI review and comment, internal meeting | 6.20 |
| | | **Daily Total:** | 10.40 |
| November 21, 2003 | Mark Pugh | Analysis and Planning:  internal meeting and prep for meeting | 0.70 |
| | | Meeting:  meeting | 1.50 |
| November 21, 2003 | Robert Williams | Meeting:  meeting | 1.60 |
| | | Coordination:  pre and post-meeting coordination | 1.50 |
| November 21, 2003 | Terry Hosaka | Meeting:  Meeting on RI Workplan | 1.00 |
| | | **Daily Total:** | 6.30 |
| | | **Grand Total:** | 32.67 |



**State of Oregon**
**Department of Environmental Quality**

## INVOICE

Site Name:    CHARLES H. LILLY CO. III                    Invoice Number:    HSRAF02-2044
Project No:   21916000                                    Invoice Date:      3/26/2002
Authorization:

CHL Administration
Attn: Fred Trullinger                                     Payment Due:    **4/25/2002**
PO Box 6029
Portland, OR  97228

|                           | Billing Period 02/02 |
|---------------------------|---------------------:|
| Project Expenditures:     |                      |
| Personal Services         | 432.52               |
| **Total Current Charges:**| $ 432.52             |

| Previous Balance | Billing Period Expenditures | Interest | Total Balance Due |
|:----------------:|:---------------------------:|:--------:|:-----------------:|
| -82.29           | 432.52                      | 0.00     | 350.23            |

-------------------- Cut here and return this portion with payment --------------------

Remit and make checks payable to:                Check box if your address has changed and
                                                 complete back of invoice:   ☐
Dept. of Environmental Quality
Attn:  Business Office
811 SW Sixth Avenue
Portland, OR  97204-1390

Site Name:    CHARLES H. LILLY CO. III           Invoice Number:    HSRAF02-2044

Project No:   21916000                           Amount Enclosed:

| Current | 31-60 Days | 61-90 Days | 90+ Days | Total Due |
|:-------:|:----------:|:----------:|:--------:|:---------:|
| 350.23  | 0.00       | 0.00       | 0.00     | 350.23    |

January    16, 2004

### DEQ TIME REPORTING - DAILY LOG
Project: Charles H. Lilly Co. III - Portland
DEQ Accounting#: 219160    TAS ID#:        15982
For Month of February  2002

| DATE | STAFF NAME | PROJECT ACTIVITIES | ACTIVITY HOURS |
|------|-----------|-------------------|----------------|
| Feb 19 | Robert Williams | Document Review:  discuss with Mark Pugh, reviewer | .3 |
| | | Daily Total: | .3 |
| Feb 21 | Mark Pugh | Document Review:  review RI proposal | 2.5 |
| | | Daily Total: | 2.5 |
| Feb 22 | Mark Pugh | Document Prep:  comments to RI proposal | 1.0 |
| | | Daily Total: | 1.0 |
| | | | 3.8 |

(dls_cstm_cmnt.sql)



**State of Oregon**
**Department of Environmental Quality**

## INVOICE

Site Name:   CHARLES H. LILLY CO. III
Project No:  21916000
Authorization:

Invoice Number:   HSRAF02-1720
Invoice Date:     2/25/2002

CHL Administration
Attn: Fred Trullinger
PO Box 6029
Portland, OR  97228

**Payment Due:**   3/27/2002

|  | | Billing Period<br>*01/02* |
|---|---|---|
| Project Expenditures: | | |
| Personal Services | | 167.00 |
| | Total Current Charges: | $  167.00 |

| Previous<br>Balance | Billing Period<br>Expenditures | Interest | Total<br>Balance Due |
|---|---|---|---|
| -249.29 | 167.00 | 0.00 | -82.29 |

**DO NOT PAY.  For Informational purposes only.**

-------------------- Cut here and return this portion with payment --------------------

Remit and make checks payable to:

Dept. of Environmental Quality
Attn:  Business Office
811 SW Sixth Avenue
Portland, OR  97204-1390

Check box if your address has changed and
complete back of invoice:  ☐

Site Name:   CHARLES H. LILLY CO. III

Project No:   21916000

Invoice Number:   HSRAF02-1720

Amount Enclosed:

| Current | 31-60 Days | 61-90 Days | 90+ Days | Total Due |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

January  16, 2004                                                     Page:        1

DEQ TIME REPORTING - DAILY LOG
Project: Charles H. Lilly Co. III - Portland
DEQ Accounting#: 219160      TAS ID#:      15982
For Month of January   2002

| DATE | STAFF NAME | PROJECT ACTIVITIES | ACTIVITY HOURS |
|------|-----------|--------------------|----------------|
| Jan 04 | Robert Williams | Communication:  letter agreement | .2 |
| | | Daily Total: | .2 |
| Jan 10 | Robert Williams | Coordination:  letter agreement processing | .3 |
| | | Daily Total: | .3 |
| Jan 15 | Dawn Gomez | Financial Management:  Process Letter Agreement | .5 |
| | | Daily Total: | .5 |
| Jan 17 | Crystal Montgomery | Clerical/Admin Support:  general filing | .3 |
| | | Daily Total: | .3 |
| Jan 30 | Dave St. Louis | Communication:  Call from Mark M. on need to have insurance carriers review RI plan. | .3 |
| | | Daily Total: | .3 |
| Jan 31 | Dave St. Louis | Meetings:  Update Bob on RI plan extension. | .2 |
| | Robert Williams | Communication:  discuss report due date | .1 |
| | | Daily Total: | .3 |
| | | | 1.9 |

(dls_cstm_cmnt.sql)

**State of Oregon**
Department of Environmental Quality

## INVOICE

| | |
|---|---|
| Site Name:   CHARLES H. LILLY CO. III | Invoice Number:   HSRAF02-1375 |
| Project No:  21916000 | Invoice Date:   1/29/2002 |
| Authorization: | |

CHL Administration
Attn:  Fred Trullinger                          **Payment Due:**     2/28/2002
PO Box 6029
Portland, OR  97228

Project Expenditures:

Billing Period
*From  08/01  to  12/01*

Personal Services                                              4,750.71

**Total Current Charges:**      $      4,750.71

| Previous Balance | Billing Period Expenditures | Interest | Total Balance Due |
|---|---|---|---|
| -5,000.00 | 4,750.71 | 0.00 | -249.29 |

**DO NOT PAY.  For Informational purposes only.**

---------------- Cut here and return this portion with payment ----------------

Remit and make checks payable to:          Check box if your address has changed and
                                           complete back of invoice:  ☐

Dept. of Environmental Quality
Attn:  Business Office
811 SW Sixth Avenue
Portland, OR  97204-1390

| | | | |
|---|---|---|---|
| Site Name:    CHARLES H. LILLY CO. III | | Invoice Number:    HSRAF02-1375 | |
| Project No:   21916000 | | Amount Enclosed: | |

| Current | 31-60 Days | 61-90 Days | 90+ Days | Total Due |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

January  16, 2004                                                Page:        1

DEQ TIME REPORTING - DAILY LOG
Project: Charles H. Lilly Co. III - Portland
DEQ Accounting#: 219160      TAS ID#:      15982
For Months August    2001 Through December  2001

| DATE | STAFF NAME | PROJECT ACTIVITIES | ACTIVITY HOURS |
|------|-----------|--------------------|----------------|
| Aug 30 | Robert Williams | Document Review:  review file | .5 |
| | | Daily Total: | .5 |
| Aug 31 | Robert Williams | Document Review:  review file | .7 |
| | | Daily Total: | .7 |
| Sep 04 | Robert Williams | Analysis and Planning:  project background research | 2.3 |
| | Dave St. Louis | Meetings:  Meet with Bob Williams on project startup; call Russ Goddard on payment history. | .4 |
| | | Daily Total: | 2.7 |
| Sep 05 | Robert Williams | Analysis and Planning:  reserach company/property ownership, arrange billing. | 1.0 |
| | | Daily Total: | 1.0 |
| Sep 06 | Robert Williams | Document Review:  review old file | .8 |
| | | Daily Total: | .8 |
| Sep 13 | Robert Williams | Document Review:  file review and SI sample data mapping | 4.0 |
| | | Daily Total: | 4.0 |
| Sep 14 | Robert Williams | Document Review:  review file and discuss with Bruce Gilles | 4.6 |
| | | Daily Total: | 4.6 |
| Sep 17 | Robert Williams | Document Prep:  research air photos and prepare intro letter | 2.6 |
| | | Daily Total: | 2.6 |
| Sep 18 | Robert Williams | Document Prep:  finalize intro letter. Examine air photos | 1.1 |
| | | Daily Total: | 1.1 |
| Oct 30 | Callie Tipton | Clerical/Admin Support:  Filing | .3 |
| | | Daily Total: | .3 |
| Oct 31 | Robert Williams | Communication:  phone call to CHL mgt. | .2 |
| | | Daily Total: | .2 |
| Nov 09 | Callie Tipton | Clerical/Admin Support:  Filing | .1 |
| | | Daily Total: | .1 |
| Nov 13 | Robert Williams | Communication:  phone call | .2 |

(dls_cstm_cmnt.sql)

January   16, 2004                                                    Page:        2

DEQ TIME REPORTING - DAILY LOG
Project: Charles H. Lilly Co. III - Portland
DEQ Accounting#: 219160      TAS ID#:      15982
For Months August    2001 Through December  2001

| DATE | STAFF NAME | PROJECT ACTIVITIES | ACTIVITY HOURS |
|------|-----------|--------------------|----------------|
| | | | |
| | | Daily Total: | .2 |
| Nov 15 | Robert Williams | Document Prep:  draft letter agreement prep | 1.8 |
| | | Daily Total: | 1.8 |
| Nov 19 | Robert Williams | Document Prep:  proposed letter agreement | .8 |
| | Dave St. Louis | Meetings:  Review status on project start with Bruce Gilles. | .1 |
| | | Daily Total: | .9 |
| Nov 20 | Bruce Gilles | Document Prep:  Letter Agreement SOW | 1.5 |
| | Bruce Gilles | Document Review:  Draft letter agreement from Bob Williams | .5 |
| | Robert Williams | Analysis and Planning:  planning letter agreement | .3 |
| | | Daily Total: | 2.3 |
| Nov 21 | Robert Williams | Analysis and Planning:  revisions to letter agreement, file research, site summary revision. | 4.0 |
| | | Daily Total: | 4.0 |
| Nov 26 | Dave St. Louis | Document Review:  Review and comment on draft letter agreement. | .3 |
| | Robert Williams | Document Prep:  revisions to letter agreement | .3 |
| | | Daily Total: | .6 |
| Nov 27 | Robert Williams | Analysis and Planning:  final revisions to letter agreement, prep for meeting | 2.8 |
| | | Daily Total: | 2.8 |
| Nov 28 | Robert Williams | Meetings:  prep for kick-off meeting, meeting, and follow-up meeting with Dave StLouis | 4.0 |
| | Dave St. Louis | Meetings:  Meet with Bob Williams; review file; review wellfield issues. Voice mails to Mark M. | 1.0 |
| | | Daily Total: | 5.0 |
| Nov 29 | Dave St. Louis | Meetings:  Update Bob Williams on calls from Mark M. | .1 |
| | Robert Williams | Meetings:  discuss with Dave StLouis | .1 |
| | | Daily Total: | .2 |
| Nov 30 | Dave St. Louis | Communication:  Call Mark Morford on project start. | .2 |
| | | Daily Total: | .2 |
| Dec 04 | Robert Williams | Communication:  set followup meeting time | .2 |
| | | Daily Total: | .2 |

(dls_cstm_cmnt.sql)

DEQ TIME REPORTING - DAILY LOG
Project: Charles H. Lilly Co. III - Portland
DEQ Accounting#: 219160     TAS ID#:     15982
For Months August    2001 Through December  2001

| DATE | STAFF NAME | PROJECT ACTIVITIES | ACTIVITY HOURS |
|------|-----------|--------------------|----------------|
| Dec 17 | Robert Williams | Meetings:  prep for meeting and meeting with RP, atty., and consultant. | 2.7 |
| | Bruce Gilles | Meetings:  Williams//Lilly reps. | 2.0 |
| | Dave St. Louis | Meetings:  Meet with Company and team on approach to RI and IRAM, and form of agreement. | 1.9 |
| | Bruce Gilles | Analysis and Planning:  Prep for meeting | .3 |
| | Janelle Waggy | Records Management:  ECSI record update. | .2 |
| | | Daily Total: | 7.1 |
| Dec 19 | Robert Williams | Document Prep:  revise letter agreement, prepare additional documents | 2.0 |
| | | Daily Total: | 2.0 |
| Dec 20 | Robert Williams | Document Prep:   finalize letter agreement and extra documentation. | 1.0 |
| | Dave St. Louis | Document Review:  Review, sign revised letter agreement. | .2 |
| | | Daily Total: | 1.2 |
| | | | 47.1 |

(dls_cstm_cmnt.sql)



## State of Oregon
## Department of Environmental Quality

### INVOICE

***COPY***

Site Name:   CHARLES H. LILLY COMPANY II
**Project No:** 21915000
Authorization:

**Invoice Number:**   **HSRAF97-2582**
Invoice Date:   7/29/1997

Charles H. Lilly Company
Attn: Nick Williams
7737 N.E. Killingsworth
Portland, OR  97218

**Payment Due:**   **8/28/1997**

Project Expenditures:

Billing Period
*From 10/96 to 06/97*

Personal Services

548.81

Total Current Charges:   $   548.81



| Previous Balance | Billing Period Expenditures | Interest | Total Balance Due |
|---|---|---|---|
| 0.00 | 548.81 | 0.00 | 548.81 |

Site Assessment charges

-------------------------------- Cut here and return this portion with payment ----------------------------------------

Remit and make checks payable to:

Dept. of Environmental Quality
Attn: Business Office
811 SW Sixth Avenue
Portland, OR  97204-1390

Check box if your address has changed and complete back of invoice:  ☐

Site Name:   CHARLES H. LILLY COMPANY II

Project No:   21915000

Invoice Number:   **HSRAF97-2582**

Amount Enclosed:

| Current | 31-60 Days | 61-90 Days | 90+ Days | Total Due |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

DEQ TIME REPORTING - DAILY LOG
Project: Charles H. Lilly Company II - Portland
DEQ Accounting#: 219150      TAS ID#:      6000
For Months October   1996 Through June    1997

| DATE | STAFF NAME | PROJECT ACTIVITIES | ACTIVITY HOURS |
|------|-----------|--------------------|----------------|
| Oct 09 | Gil Wistar | Document Prep | 1.5 |
|  | Gil Wistar | Document Review | 1.0 |
|  |  | Daily Total: | 2.5 |
| Oct 10 | Gil Wistar | Document Prep | 1.5 |
|  |  | Daily Total: | 1.5 |
| Oct 11 | Gil Wistar | Document Prep | .5 |
|  |  | Daily Total: | .5 |
| Oct 18 | Tina Leppaluoto | Financial Management | .5 |
|  |  | Daily Total: | .5 |
| Dec 02 | Gil Wistar | Document Review | 2.0 |
|  |  | Daily Total: | 2.0 |
| Dec 03 | Gil Wistar | Document Prep | .5 |
|  |  | Daily Total: | .5 |
| Dec 04 | Gil Wistar | Document Prep | .5 |
|  |  | Daily Total: | .5 |
| Dec 30 | Kim Van Patten | Document Prep | 1.0 |
|  | Kim Van Patten | Clerical/Admin Support | .5 |
|  |  | Daily Total: | 1.5 |
| Mar 11 | Kim Van Patten | Document Prep | 1.0 |
|  | Kim Van Patten | Document Review | .5 |
|  |  | Daily Total: | 1.5 |
|  |  |  | 11.0 |

(dls_cstm_cmnt.sql)

# Invoice

**MAUL
FOSTER
ALONGI**
ENVIRONMENTAL & ENGINEERING CONSULTANTS

Invoice Number:  6272
Invoice Date:  January 16, 2004

PORTLAND, OREGON
■
SEATTLE, WASHINGTON
■
VANCOUVER, WASHINGTON

CHL Administration,  Inc.
PO Box 6029
Portland  OR 97228-6029

**Project: 8074.01.02**
**CHL Administration, Inc. - Remedial
Investigation / Feasibility Study**

Project Manager:  Eric A. Roth

Professional Services Through: 12/31/2003

Remedial Investigation / Feasibility Study

| | |
|---|---|
| **Professional Services** | **$6,930.75** |

| | |
|---|---|
| **Expenses** | **$207.90** |

| | |
|---|---|
| **Invoice Amount** | **$7,138.65** |

**TERMS: Net 30**

## Aged Receivables

| <u>Current</u> | <u>31-60 Days</u> | <u>61-90 Days</u> | <u>91-120 Days</u> | <u>> 120 Days</u> |
|---|---|---|---|---|
| $7,138.65 | $4,487.84 | $0.00 | $0.00 | $0.00 |

cc: Paul Logan

7223 NE Hazel Dell Avenue, Suite B  |  Vancouver, Washington 98665  |  PHONE 360.694.2691  |  FAX 360.906.1958  |  TIN: 91-1730412



**MAUL**
**FOSTER**
**ALONGI**
ENVIRONMENTAL & ENGINEERING CONSULTANTS

# Invoice

Invoice Number:  6271
Invoice Date:  January 16, 2004

PORTLAND, OREGON
■
SEATTLE, WASHINGTON
■
VANCOUVER, WASHINGTON

CHL Administration,  Inc.
PO Box 6029
Portland  OR 97228-6029

**Project: 8074.01.01**

**CHL Administration, Inc. - Requested Consultation**

Project Manager:  James J. Maul

Professional Services Through: 12/31/2003

---

Requested Consultation

| Professional Services | $688.75 |
|---|---|

| Expenses | $44.85 |
|---|---|

| Invoice Amount | *$733.60* |
|---|---|

**TERMS: Net 30**

## Aged Receivables

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $733.60 | $0.00 | $0.00 | $0.00 | $0.00 |

cc: Paul Logan

7223 NE Hazel Dell Avenue, Suite B  |  Vancouver, Washington 98665  |  PHONE 360.694.2691  |  FAX 360.906.1958  |  TIN: 91-1730412

**MAUL FOSTER ALONGI**
ENVIRONMENTAL & ENGINEERING CONSULTANTS

Project: 8074.01.01

Invoice Number:  6271

January 16, 2004

Page 2 of 2

## Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Principal Hydrogeologist | James J. Maul | Project Communications | 12/22/2003 | 4.50 | 150.00 | 675.00 |
| Administrative Assistant | Jerusha D. Adams | Produce Document | 12/23/2003 | 0.25 | 55.00 | 13.75 |
| | | | Professional Services Total: | | | $688.75 |

## Expenses

| | Charge |
|---|---|
| Courier service | 27.45 |
| Mileage expense | 17.00 |
| Production Expense - photocopies | 0.40 |
| Expenses Total: | $44.85 |

## Total Invoice Amount                         $733.60

# Invoice



Invoice Number:  6338
Invoice Date:  February 10, 2004

PORTLAND, OREGON
•
SEATTLE, WASHINGTON
•
VANCOUVER, WASHINGTON

CHL Administration,  Inc.
PO Box 6029
Portland  OR 97228-6029

**Project: 8074.01.01**

**CHL Administration, Inc. - Requested Consultation**

Project Manager:  James J. Maul

Professional Services Through: 1/31/2004

Requested Consultation

| | |
|---|---|
| **Professional Services** | **$266.50** |

| | |
|---|---|
| **Expenses** | **$12.65** |

| | |
|---|---|
| **Invoice Amount** | *$279.15* |

R E C E _ _
STOEL RIVES LLP
By _au_ 2/13/04

**TERMS: Net 30**

## Aged Receivables

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $1,012.75 | $0.00 | $0.00 | $0.00 | $0.00 |

cc: Paul Logan

7223 NE Hazel Dell Avenue, Suite B  |  Vancouver, Washington  98665  |  PHONE 360.694.2691  |  FAX 360.906.1958  |  TIN: 91-1730412


■■ MAUL
■■ FOSTER
■ ■ ■ ALONGI

## Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amoun |
|-------|----------|-----------|------|-------|------|-------|
| Project Administrator | Kimberly M. Hatfield | Communications with Counsel or Attorney | 1/20/2004 | 2.25 | 74.00 | 166.5( |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/22/2004 | 1.00 | 100.00 | 100.0( |
| | | | *Professional Services Total:* | | | $266.5( |

## Expenses

| | | Charg |
|---|---|---|
| Parking | | 12.6: |
| | *Expenses Total:* | $12.6: |

## Total Invoice Amount                          *$279.15*

# Invoice

**MAUL FOSTER ALONGI**
ENVIRONMENTAL & ENGINEERING CONSULTANTS

Invoice Number:  6339
Invoice Date:  February 10, 2004

PORTLAND, OREGON
■
SEATTLE, WASHINGTON
■
VANCOUVER, WASHINGTON

CHL Administration, Inc.
PO Box 6029
Portland  OR 97228-6029

**Project: 8074.01.02**
**CHL Administration, Inc. - Remedial Investigation / Feasibility Study**

Project Manager:  Eric A. Roth

Professional Services Through: 1/31/2004

Remedial Investigation / Feasibility Study

| | |
|---|---|
| **Professional Services** | **$13,777.75** |

| | |
|---|---|
| **Expenses** | **$2,806.89** |

| | |
|---|---|
| **Subcontractors** | **$379.50** |

| | |
|---|---|
| **Invoice Amount** | **$16,964.14** |

STOEL RIVES LLP
By *a* 2/13/04

**TERMS: Net 30**

## Aged Receivables

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $24,102.79 | $0.00 | $0.00 | $0.00 | $0.00 |

cc: Paul Logan

7223 NE Hazel Dell Avenue, Suite B  |  Vancouver, Washington  98665  |  PHONE 360.694.2691  |  FAX 360.906.1958  |  TIN: 91-1730412

Project: 8074.01.02   Invoice Number: 6339

February 10, 2004                    Page 2 of 4


■■ MAUL ·
■■ FOSTER
■■ ALONGI

## Task 01--Project Management
### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amou |
|---|---|---|---|---|---|---|
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/5/2004 | 5.50 | 100.00 | 550 |
| Staff Geologist | Anthony J. Silva | Project Setup | 1/5/2004 | 1.00 | 80.00 | 80 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/9/2004 | 4.00 | 100.00 | 400 |
| Project Hydrogeologist | Eric A. Roth | Review Budget | 1/12/2004 | 0.25 | 100.00 | 25 |
| Administrative Assistant | Diana J. Cederstrom | Produce Document | 1/13/2004 | 0.25 | 55.00 | 13 |
| Environmental Technician | Russell G. Adams | Prepare for Field Work | 1/13/2004 | 1.00 | 68.00 | 68 |
| Principal Hydrogeologist | James J. Maul | Project Communications | 1/14/2004 | 1.00 | 150.00 | 150 |
| Environmental Technician | Russell G. Adams | Prepare for Field Work | 1/14/2004 | 1.00 | 68.00 | 68. |
| Principal Hydrogeologist | James J. Maul | Project Communications | 1/15/2004 | 1.00 | 150.00 | 150. |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/23/2004 | 1.00 | 100.00 | 100. |
| Principal Hydrogeologist | James J. Maul | Project Communications | 1/23/2004 | 1.00 | 150.00 | 150. |
| Staff Geologist | Anthony J. Silva | Obtain Historical Information | 1/26/2004 | 3.50 | 80.00 | 280. |

Professional Services Total: $2,034.7

Task 01 Total: $2,034.7

## Task 03--On-Site Investigation
### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amou |
|---|---|---|---|---|---|---|
| Technical Editor/Illustrator | Anne M. Fleming | Prepare Letter | 1/2/2004 | 0.75 | 60.00 | 45.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/2/2004 | 7.00 | 100.00 | 700.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/12/2004 | 4.50 | 100.00 | 450.0 |
| Staff Geologist | Alan R. Hughes | Prepare for Field Work | 1/13/2004 | 1.00 | 80.00 | 80.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/13/2004 | 3.00 | 100.00 | 300.0 |
| Project Hydrogeologist | Eric A. Roth | Conduct Field Work | 1/14/2004 | 4.50 | 100.00 | 450.0 |
| Staff Geologist | Alan R. Hughes | Conduct Site Walk | 1/15/2004 | 0.50 | 80.00 | 120.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/15/2004 | 3.50 | 100.00 | 350.0 |
| Staff Geologist | Alan R. Hughes | Prepare for Field Work | 1/16/2004 | 2.00 | 80.00 | 160.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/16/2004 | 1.50 | 100.00 | 150.0 |
| Environmental Technician | Russell G. Adams | Prepare for Field Work | 1/16/2004 | 2.00 | 68.00 | 136.0 |
| Principal Engineer | David R. Gorman | Communications with Staff | 1/19/2004 | 0.50 | 125.00 | 62.50 |
| Environmental Technician | Russell G. Adams | Prepare for Field Work | 1/19/2004 | 1.50 | 68.00 | 102.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/28/2004 | 3.00 | 100.00 | 300.00 |
| Staff Geologist | Anthony J. Silva | Project Setup | 1/28/2004 | 3.50 | 80.00 | 280.00 |
| Staff Geologist | Anthony J. Silva | Project Communications | 1/28/2004 | 2.00 | 80.00 | 160.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/29/2004 | 2.00 | 100.00 | 200.00 |
| Staff Geologist | Anthony J. Silva | Project Setup | 1/29/2004 | 8.00 | 80.00 | 640.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/30/2004 | 1.00 | 100.00 | 100.00 |
| Staff Geologist | Anthony J. Silva | Project Setup | 1/30/2004 | 2.50 | 80.00 | 200.00 |

Professional Services Total: $4,985.50

### Subcontractors

| | Date | Charge |
|---|---|---|
| Locates Down Under, Inc. | | |
| | 1/26/2004 | 379.50 |

Subcontractors Total: $379.50

### Expenses

Charge



**MAUL FOSTER ALONGI**

### On-Site Investigation Continued...

#### Expenses

| | Char |
|---|---|
| Field supplies | 106. |
| Mileage expense | 41. |
| Safety (level D PPE) | 25. |
| Shipping | 2. |

| | |
|---|---|
| *Expenses Total:* | **$175.2** |
| **Task 03 Total:** | **$5,540.2** |

## Task 04--Install Off-Site Groundwater Monitoring Wells

### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amoun |
|---|---|---|---|---|---|---|
| Staff Geologist | Anthony J. Silva | Conduct Site Walk | 1/5/2004 | 3.00 | 80.00 | 240.0 |
| Staff Geologist | Anthony J. Silva | Prepare for Field Work | 1/8/2004 | 6.00 | 80.00 | 480.0 |
| Project Administrator | Kimberly M. Hatfield | Produce Document | 1/9/2004 | 0.25 | 55.00 | 13.7 |
| Staff Geologist | Anthony J. Silva | Prepare for Field Work | 1/9/2004 | 1.50 | 80.00 | 120.0 |
| CAD Drafter | Jamie L. Ness | Computer Aided Design & Drafting (CADD) | 1/13/2004 | 1.50 | 72.00 | 108.0 |
| Technical Editor/Illustrator | Anne M. Fleming | Prepare Letter | 1/14/2004 | 1.25 | 60.00 | 75.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/14/2004 | 0.50 | 100.00 | 50.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/15/2004 | 1.50 | 100.00 | 150.0 |
| Staff Geologist | Anthony J. Silva | Project Setup | 1/19/2004 | 1.00 | 80.00 | 80.0 |
| Staff Geologist | Anthony J. Silva | Conduct Site Walk | 1/19/2004 | 3.00 | 80.00 | 240.0 |
| CAD Drafter | Jamie L. Ness | Computer Aided Design & Drafting (CADD) | 1/20/2004 | 1.00 | 72.00 | 72.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/21/2004 | 0.50 | 100.00 | 50.0 |

| | |
|---|---|
| *Professional Services Total:* | **$1,678.75** |

#### Expenses

| | Charge |
|---|---|
| Vehicle Rental | 174.31 |

| | |
|---|---|
| *Expenses Total:* | **$174.31** |
| **Task 04 Total:** | **$1,853.06** |

## Task 05--Groundwater Monitoring

### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/19/2004 | 1.50 | 100.00 | 150.00 |
| Staff Geologist | Anthony Bharwada | Prepare for Field Work | 1/20/2004 | 2.00 | 75.00 | 150.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/20/2004 | 2.50 | 100.00 | 250.00 |
| Staff Geologist | Anthony J. Silva | Prepare for Field Work | 1/20/2004 | 4.50 | 80.00 | 360.00 |
| Staff Geologist | Anthony J. Silva | Mobilize/Demobilize | 1/20/2004 | 3.00 | 80.00 | 240.00 |
| Staff Geologist | Anthony Bharwada | Prepare for Field Work | 1/21/2004 | 0.25 | 75.00 | 18.75 |
| Staff Geologist | Anthony Bharwada | Conduct Groundwater Sampling | 1/21/2004 | 9.25 | 75.00 | 693.75 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/21/2004 | 0.50 | 100.00 | 50.00 |
| Staff Geologist | Anthony J. Silva | Conduct Groundwater Sampling | 1/21/2004 | 10.00 | 80.00 | 800.00 |
| Staff Geologist | Anthony Bharwada | Conduct Groundwater Sampling | 1/22/2004 | 8.50 | 75.00 | 637.50 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 1/22/2004 | 1.00 | 100.00 | 100.00 |
| Staff Geologist | Anthony J. Silva | Conduct Groundwater Sampling | 1/22/2004 | 7.50 | 80.00 | 600.00 |
| Staff Geologist | Anthony Bharwada | Mobilize/Demobilize | 1/23/2004 | 2.25 | 75.00 | 168.75 |
| Staff Geologist | Anthony Bharwada | Complete Field Paperwork | 1/23/2004 | 0.75 | 75.00 | 56.25 |

Project: 8074.01.02                    Invoice Number: 6339

February 10, 2004                    Page 4 of 4

**■■ MAUL**
**■■ FOSTER**
**■■ ALONGI**

## Groundwater Monitoring Continued...

| Title | Employee | | Labor Code | Date | Hours | Rate | Amt |
|---|---|---|---|---|---|---|---|
| Project Hydrogeologist | Eric A. Roth | | Project Communications | 1/23/2004 | 0.50 | 100.00 | 5 |
| Staff Geologist | Anthony J. Silva | | Complete Field Paperwork | 1/23/2004 | 2.00 | 80.00 | 16 |
| Project Hydrogeologist | Eric A. Roth | | Project Communications | 1/26/2004 | 1.00 | 100.00 | 10 |
| Project Administrator | Kimberly M. Hatfield | | Produce Document | 1/26/2004 | 0.25 | 55.00 | 1 |
| Staff Geologist | Anthony J. Silva | | Prepare Figure(s) | 1/26/2004 | 3.00 | 80.00 | 24 |
| Staff Geologist | Anthony J. Silva | | Project Communications | 1/27/2004 | 1.00 | 80.00 | 8 |
| Staff Geologist | Anthony J. Silva | | Prepare Table(s) | 1/27/2004 | 2.00 | 80.00 | 16 |

Professional Services Total:    $5,078

### Expenses

| | Cha |
|---|---|
| Bailer bottom emptying device(s) | 10 |
| Bailer(s) (disposable) | 126 |
| CADD/Modeling | 50 |
| Combination pH/tem/conductance meter | 100. |
| Decontamination Kit | 20. |
| Generator/Inverter | 120. |
| Distilled water | 21. |
| Mega Monsoon Pump w/ Controller | 130. |
| Perisaltic pump (large) | 100.0 |
| Radio Phone | 30.0 |
| Turbidity meter | 60.0 |
| Water level probe | 70.0 |
| Fee | 610.5 |
| Field supplies | 443.4 |
| Fuel for rental vehicle | 18.7 |
| Mileage expense | 32.5 |
| Peristaltic pump tubing (1/2" x 3/8") | 240.0 |
| Peristaltic pump tubing (7/8 x 1/2"") | 72.0 |
| Safety (level D PPE) | 150.0 |
| Shipping | 2.6 |
| Van usage | 50.00 |

Expenses Total:    $2,457.33

Task 05 Total:    $7,536.08

## Total Invoice Amount

$16,964.14