

**STOEL RIVES LLP**
ATTORNEYS AT LAW

900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
*Telephone* (503) 224-3380
*Fax* (503) 220-2480
*Billing Inquiries* 1-800-305-8453

0019230
00002

**CHL ADMINISTRATION, INC
ENVIRONMENTAL MATTERS**

INVOICE DATE        01/20/04
INVOICE NUMBER      3025206
JMM

Employer's Identification No. 93-0408771

| DATE | CURRENT SERVICES THROUGH 12/31/03 |
|---|---|
| 12/11/03 | Review work plan comments from DEQ; voice mail to Jim Maul re same |
| 12/12/03 | Telephone call from Jim Maul re response to DEQ comments on work plan; legal research DEQ jurisdiction over indoor conditions; telephone call to Fred Trullinger re same |
| 12/15/03 | Work on Oregon OSHA issue involving indoor air quality issues raised by DEQ |
| 12/18/03 | Research DEQ authority to demand cleanup of alleged indoor contamination not released to the environment; research case law on whether indoor air contamination is a threatened release if such air could escape building |
| 12/18/03 | Legal research scope of DEQ authority |
| 12/19/03 | Office conference re researching workplace certified industrial hygenist |
| *12/19/03 | Review client files to locate report submitted by Certified Industrial Hygienist; meet with attorney to refine search criteria |
| 12/22/03 | Legal research and analyze Oregon waste pesticide rule as it will apply to investigation derived waste; draft IDW section of SAP in response to DEQ demands |
| *12/23/03 | Continue review of client files to obtain copy of Certified Environmental Hygienist Report to provide to attorney for review; flag draft version of report |
| 12/29/03 | Office conference re results of file research on reports from certified industrial hygienists on indoor air quality at the NE Killingsworth site; review materials |
| *12/29/03 | Meet with attorney and provide file copy of Certified Industrial Hygienist draft report for review |
| 12/30/03 | Review files for Kennedy/Jenks industrial hygiene survey report;  telephone call to Jim Maul at Maul, Foster & Alongi re same; e-mail to Ali Clary at Maul, Foster & Alongi re same |
| 12/31/03 | Telephone call to Maul, Foster & Alongi re correspondence on pending RI work |

**TOTAL CURRENT SERVICES**                    **$3,200.50**

\* NON-ATTORNEY TIME



STOEL
RIVES
LLP

ATTORNEYS AT LAW

900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
*Telephone* (503) 224-3380
*Fax* (503) 220-2480
*Billing Inquiries* 1-800-305-8453

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

| | |
|---|---|
| INVOICE DATE | 01/20/04 |
| INVOICE NUMBER | 3025206 |
| | JMM |

Employer's Identification No. 93-0408771

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 12/31/03

| DATE | ITEM | AMOUNT |
|---|---|---|
| 12/31/03 | Photocopies | .10 |
| | **TOTAL CURRENT CHARGES** | **$0.10** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    10/17/90
INVOICE NUMBER    570057
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   09/30/90**

Current Activity:

Fees For Professional Services
(See attached for Detail)                      $        125.50

Disbursements and Other Charges                         (7.20)

**TOTAL BALANCE DUE**                          $        118.30

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    10/17/90
INVOICE NUMBER    570057
JMM

| DATE | CURRENT SERVICES THROUGH 09/30/90 |
|---|---|
| 09/07/90 | REVIEW AGREEMENT CONCERNING DISBURSEMENT OF FUNDS |
| 09/14/90 | TELEPHONE CALL FROM MR. WILLIAMS RE DEQ VOLUNTARY SITE INITIATIVE |

TOTAL CURRENT SERVICES                              125.50

**STOEL RIVES LLP**
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    10/17/90
INVOICE NUMBER    570057
JMM

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 09/30/90**

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 09/27/90 | Photocopies | -7.20 |
| | **TOTAL CURRENT CHARGES** | -7.20 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC                    INVOICE DATE    11/15/90
SUSAN MONTI, SECRETARY                      INVOICE NUMBER   619411
PO BOX 6029                                                JMM
PORTLAND, OR   97228-6029

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   10/31/90**

Current Activity:

Fees For Professional Services              $       486.50
(See attached for Detail)

Disbursements and Other Charges                     12.20

**TOTAL BALANCE DUE**                          $       498.70

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

**STOEL RIVES LLP**
**ATTORNEYS**
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC

00002  ENVIRONMENTAL MATTERS

INVOICE DATE  11/15/90

INVOICE NUMBER    619411
                  JMM

**DATE**          **CURRENT SERVICES THROUGH 10/31/90**

10/04/90  TELEPHONE CALL FROM MR. TRULLINGER REGARDING
          POSSIBILITY OF DEQ ASSURANCE FOR PROSPECTIVE
          BUYER

10/18/90  REVIEW HART & CROWSER AND RIEDEL REPORTS;
          TELEPHONE CALL TO MR. WESTENDORF RE CLAIM

10/22/90  TELEPHONE CALL FROM MR. MAYO REGARDING
          SUPPLEMENTAL DISTRIBUTION OF FIFRA REGISTERED
          PRODUCT; DRAFT SUPPLEMENTAL DISTRIBUTION
          AGREEMENT

10/24/90  TELEPHONE CALL TO MR. WESTENDORF RE
          HART-CROWSER STUDY

10/25/90  TELEPHONE CALL TO MR. WESTENDORF; SEND COPIES
          OF REPORTS TO MR. WESTENDORF

**TOTAL CURRENT SERVICES**                                    486.50

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE   11/15/90
INVOICE NUMBER   619411
JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 10/31/90

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 10/31/90 | Photocopies | 4.20 |
| 10/25/90 | Telecopier/Telex | 8.00 |
| | **TOTAL CURRENT CHARGES** | **12.20** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    03/18/91
INVOICE NUMBER    737999
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

### STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  02/28/91

Current Activity:

Fees For Professional Services              $      77.50
(See attached for Detail)

Disbursements and Other Charges                    56.28

**TOTAL BALANCE DUE**                        $      133.78

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    03/18/91
INVOICE NUMBER    737999
JMM

**DATE**          **CURRENT SERVICES THROUGH 02/28/91**

02/13/91  TELEPHONE CALL TO MR. WILLIAMS REGARDING RADIAN
          PLANT INSPECTION

02/20/91  TELEPHONE CALL FROM MR. WILLIAMS REGARDING
          RADIAN INSPECTION
02/22/91  REVIEW MEMORANDUM FROM MR. WILLIAMS ON RADIAN
          PLANT VISIT

**TOTAL CURRENT SERVICES**                              77.50

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    03/18/91
INVOICE NUMBER      737999
                 JMM

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 02/28/91

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 02/25/91 | Photocopies | 119.20 |
| 02/06/91 | Long Distance Service | 3.08 |
| 02/28/91 | - PAYMENT OF PHOTOCOPY CHARGES FROM SEIBELS, BRUCE & CO | -66.00 |
| | **TOTAL CURRENT CHARGES** | 56.28 |

**STOEL RIVES LLP**
**ATTORNEYS**
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC                    INVOICE DATE    04/18/91
SUSAN MONTI, SECRETARY                     INVOICE NUMBER   747162
PO BOX 6029                                                JMM
PORTLAND, OR  97228-6029


0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  03/31/91**

Current Activity:

**Fees For Professional Services**
(See attached for Detail)              $       325.00

Disbursements and Other Charges              8.80

**TOTAL BALANCE DUE**                           $     333.80

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE    04/18/91
00002    ENVIRONMENTAL MATTERS                      INVOICE NUMBER   747162
                                                                     JMM

**DATE**            **CURRENT SERVICES THROUGH 03/31/91**

03/04/91  REVIEW LETTER FROM DEQ REGARDING PRELIMINARY
          ASSESSMENT; TELEPHONE CALL TO MR. WILLIAMS
          REGARDING SAME
03/05/91  REVIEW AND REVISE MR. WILLIAMS' DRAFT LETTER TO
          DEQ
03/26/91  TELEPHONE CALL FROM MR. WILLIAMS REGARDING DEQ
          PRELIMINARY ASSESSMENT
03/30/91  LETTER TO MR. WILLIAMS REGARDING DEQ OVERSIGHT
          PROPOSAL

   **TOTAL CURRENT SERVICES**                                    325.00

**STOEL RIVES LLP**
**ATTORNEYS**
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    04/18/91
INVOICE NUMBER   747162
                 JMM

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 03/31/91**

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 03/31/91 | Photocopies | 4.80 |
| 03/05/91 | Telecopier/Telex | 4.00 |
| | **TOTAL CURRENT CHARGES** | **8.80** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    05/14/91
INVOICE NUMBER    794368
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  04/30/91**

Current Activity:

Fees For Professional Services
(See attached for Detail)                  $        390.50

**TOTAL BALANCE DUE**                                  $       390.50

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

**STOEL RIVES LLP**
**ATTORNEYS**
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE   05/14/91
INVOICE NUMBER   794368
JMM

| DATE | CURRENT SERVICES THROUGH 04/30/91 |
|------|-----------------------------------|
| 04/01/91 | REVIEW MEMORANDUM FROM MR. WILLIAMS; FINALIZE LETTER FROM MR. WILLIAMS REGARDING VOLUNTARY CLEANUP PROPOSAL |
| 04/15/91 | REVIEW PRELIMINARY ASSESSMENT SUPPLEMENT PREPARED BY MR. WILLIAMS; TELEPHONE CONFERENCE WITH MR. WILLIAMS REGARDING SAME |

**TOTAL CURRENT SERVICES**                                390.50

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    06/19/91
INVOICE NUMBER   829528
                 JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   05/31/91**

Current Activity:

Fees For Professional Services          $       185.00
(See attached for Detail)

Disbursements and Other Charges                 16.29

**TOTAL BALANCE DUE**                    $       201.29

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    06/19/91
INVOICE NUMBER    829528
JMM

DATE          CURRENT SERVICES THROUGH 05/31/91

05/28/91 LEGAL RESEARCH REGARDING NOTICE OF TAX
         ASSESSMENT AND PENALTIES FOR DISPOSAL OF
         HAZARDOUS WASTE IN CALIFORNIA; TELEPHONE CALL
         TO MR. WILLIAMS REGARDING CALIFORNIA TAX LAW
         REQUIRING NOTICE OF ASSESSMENT
05/28/91 TELEPHONE CALL TO MR. WILLIAMS REGARDING
         CALIFORNIA HAZARDOUS WASTE FEES
05/29/91 DRAFT LETTER TO BOARD OF EQUALIZATION REGARDING
         TAX ASSESSMENT FOR WASTE DISPOSAL

   TOTAL CURRENT SERVICES                          185.00

**STOEL RIVES LLP**
**ATTORNEYS**
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

| | |
|---|---|
| INVOICE DATE | 06/19/91 |
| INVOICE NUMBER | 829528 |
| | JMM |

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 05/31/91

| DATE | ITEM | AMOUNT |
|---|---|---|
| 05/31/91 | Photocopies | 1.00 |
| 05/29/91 | Long Distance Service | 1.29 |
| 05/29/91 | Telecopier/Telex | 14.00 |
| | **TOTAL CURRENT CHARGES** | **16.29** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR 97228-6029

INVOICE DATE      09/17/91
INVOICE NUMBER      923561
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   08/31/91**

Current Activity:

Fees For Professional Services
(See attached for Detail)              $        33.00

**TOTAL BALANCE DUE**                        $        33.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE    09/17/91
00002    ENVIRONMENTAL MATTERS                       INVOICE NUMBER   923561
                                                                      JMM

DATE           CURRENT SERVICES THROUGH 08/31/91

08/02/91  TELEPHONE CALL FROM MR. WILLIAMS REGARDING
          GROUND WATER MONITORING RESULTS

   TOTAL CURRENT SERVICES                                       33.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC                    INVOICE DATE   12/13/91
SUSAN MONTI, SECRETARY                     INVOICE NUMBER   1021063
PO BOX 6029                                              JMM
PORTLAND, OR  97228-6029


0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  11/30/91**

Current Activity:

Fees For Professional Services
(See attached for Detail)           $        145.00

**TOTAL BALANCE DUE**                         $        145.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230  CHL ADMINISTRATION, INC
)0002    ENVIRONMENTAL MATTERS

INVOICE DATE   12/13/91
INVOICE NUMBER   1021063
JMM

**DATE**          **CURRENT SERVICES THROUGH 11/30/91**

11/25/91  REVIEW CORRESPONDENCE REGARDING IDAHO SITE;
          REVIEW AND REVISE DRAFT LETTER IN RESPONSE TO
          SAME; TELEPHONE CALL TO MR. WILLIAMS REGARDING
          SAME
11/26/91  REVIEW REPORT OF KEROSENE RELEASE

**TOTAL CURRENT SERVICES**                              **145.00**

**STOEL RIVES LLP**
ATTORNEYS
900  SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC                    INVOICE DATE    01/17/92
SUSAN MONTI, SECRETARY                     INVOICE NUMBER    1059405
PO BOX 6029                                               JMM
PORTLAND, OR   97228-6029


0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  12/31/91**

Current Activity:

Fees For Professional Services
(See attached for Detail)          $      57.00

**TOTAL BALANCE DUE**                        $      57.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC              INVOICE DATE   01/17/92
00002    ENVIRONMENTAL MATTERS                INVOICE NUMBER  1059405
                                                             JMM

DATE          CURRENT SERVICES THROUGH 12/31/91

12/02/91  TELEPHONE CALL FROM MR. WILLIAMS REGARDING
          KEROSENE RELEASE REPORT


TOTAL CURRENT SERVICES                                    57.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    04/16/92
INVOICE NUMBER    1161208
                        JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  03/31/92**

Current Activity:

**Fees For Professional Services**
**(See attached for Detail)**                 $        0.00

**Disbursements and Other Charges**                   2.20

**TOTAL BALANCE DUE**                         $        2.20

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    04/16/92
INVOICE NUMBER    1161208
JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 03/31/92

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 03/31/92 | Photocopies | 2.20 |
| | TOTAL CURRENT CHARGES | 2.20 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    05/19/92
INVOICE NUMBER   1227633
                JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  04/30/92**

Current Activity:

Fees For Professional Services
(See attached for Detail)            $         0.00

Disbursements and Other Charges                1.20

**TOTAL BALANCE DUE**                     $         1.20

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    05/19/92
INVOICE NUMBER  1227633
               JMM

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 04/30/92

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 04/27/92 | Photocopies | 1.20 |
| | TOTAL CURRENT CHARGES | 1.20 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    06/17/92
INVOICE NUMBER    1261181
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  05/31/92**

Current Activity:

Fees For Professional Services
(See attached for Detail)          $       138.00

Disbursements and Other Charges            5.80

**TOTAL BALANCE DUE**                  $       143.80

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

**STOEL RIVES LLP**
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    06/17/92
INVOICE NUMBER  1261181
                JMM

**DATE**        **CURRENT SERVICES THROUGH 05/31/92**

05/11/92  TELEPHONE CALL FROM MR. WILLIAMS REGARDING DEQ
          REQUEST FOR INFORMATION; REVIEW DEQ LETTER
          REGARDING SAME
05/13/92  TELEPHONE CALL TO CLIENT RE INTERVIEWS WITH
          LILLY EMPLOYEES; OFFICE CONFERENCE RE SAME
05/13/92  TELEPHONE CALL FROM MR. WILLIAMS REGARDING SITE
          ASSESSMENT ISSUES AND RESPONSE TO DEQ REQUEST
          FOR ADDITIONAL INFORMATION

**TOTAL CURRENT SERVICES**                              138.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    06/17/92
INVOICE NUMBER  1261181
                JMM

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 05/31/92**

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 05/31/92 | Photocopies | 5.80 |
| | **TOTAL CURRENT CHARGES** | 5.80 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR 97228-6029

INVOICE DATE    07/21/92
INVOICE NUMBER    1296691
JMM

)019230    CHL ADMINISTRATION, INC
)0002    ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  06/30/92**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $        0.00

Disbursements and Other Charges                    2.00

**TOTAL BALANCE DUE**                                    $        2.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    07/21/92
INVOICE NUMBER  1296691
                JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 06/30/92

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 06/30/92 | Photocopies | 2.00 |
| | TOTAL CURRENT CHARGES | 2.00 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    08/18/92
INVOICE NUMBER    1330339
JMM

019230   CHL ADMINISTRATION, INC
0002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  07/31/92**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $        52.00

Disbursements and Other Charges                        0.40

**TOTAL BALANCE DUE**                           $        52.40

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE   08/18/92
INVOICE NUMBER   1330339
JMM

**DATE**          **CURRENT SERVICES THROUGH 07/31/92**

07/31/92 TELEPHONE CALL FROM MR. WILLIAMS REGARDING SOIL
         SAMPLING

**TOTAL CURRENT SERVICES**                                    52.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230 CHL ADMINISTRATION, INC
)0002   ENVIRONMENTAL MATTERS

INVOICE DATE    08/18/92
INVOICE NUMBER   1330339
                JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 07/31/92

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 07/20/92 | Photocopies | .40 |
| | **TOTAL CURRENT CHARGES** | .40 |

STOEL RIVES LLP
ATTORNEYS
900  SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    09/18/92
INVOICE NUMBER    1367436
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   08/31/92**

Current Activity:

Fees For Professional Services          $      470.00
(See attached for Detail)

**TOTAL BALANCE DUE**                          $      470.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    09/18/92
INVOICE NUMBER   1367436
JMM

**DATE**        **CURRENT SERVICES THROUGH 08/31/92**

08/03/92  LETTER FROM MR. WILLIAMS REGARDING SOIL
          EXCAVATION
08/17/92  CONFERENCE WITH MSSRS. GRIFFITH, WILLIAMS AND
          TRULLINGER REGARDING RESULTS OF RECENT
          INVESTIGATION; INSPECT AREAS OF PLANT SITE
          RELATED TO SAME

   **TOTAL CURRENT SERVICES**                           470.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    10/19/92
INVOICE NUMBER    1402827
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

## STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   09/30/92

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $        85.00

Disbursements and Other Charges                       5.40

**TOTAL BALANCE DUE**                            $        90.40

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE    10/19/92
00002    ENVIRONMENTAL MATTERS                       INVOICE NUMBER   1402827
                                                                     JMM

**DATE**        **CURRENT SERVICES THROUGH 09/30/92**

09/24/92 REVIEW PROPOSED SEDIMENT SAMPLING PLAN;
         TELEPHONE CALL TO MR. WILLIAMS REGARDING SAME

   **TOTAL CURRENT SERVICES**                                   **85.00**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE   10/19/92
INVOICE NUMBER  1402827
               JMM

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 09/30/92

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 09/30/92 | Photocopies | 1.40 |
| 09/24/92 | Telecopier/Telex | 4.00 |
| | **TOTAL CURRENT CHARGES** | **5.40** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    01/20/93
INVOICE NUMBER    1486773
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  12/31/92**

Current Activity:

| | | |
|---|---|---|
| Fees For Professional Services (See attached for Detail) | $ | 91.00 |
| Disbursements and Other Charges | | 10.60 |
| **TOTAL BALANCE DUE** | $ | 101.60 |

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE      01/20/93
INVOICE NUMBER    1486773
                  JMM

**DATE**        **CURRENT SERVICES THROUGH 12/31/92**

12/02/92  TELEPHONE CALL TO MR. ANDERSON RE STATUS;
          OFFICE CONFERENCE RE SAME

12/23/92  REVIEW LETTER TO MR. KAPLAN RE TECHNICAL
          MEETING; CONFERENCE WITH MR. KAPLAN

                                                    91.00

**TOTAL CURRENT SERVICES**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230 CHL ADMINISTRATION, INC
)0002    ENVIRONMENTAL MATTERS

INVOICE DATE    01/20/93
INVOICE NUMBER    1486773
JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 12/31/92

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 12/22/92 | Photocopies | 10.60 |
| | **TOTAL CURRENT CHARGES** | **10.60** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE   02/22/93
INVOICE NUMBER   1552099
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

## STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   01/31/93

Current Activity:

Fees For Professional Services
(See attached for Detail)                  $        666.00

Disbursements and Other Charges                     0.20

**TOTAL BALANCE DUE**                      $        666.20

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    02/22/93
INVOICE NUMBER  1552099
                JMM

DATE  ,    CURRENT SERVICES THROUGH 01/31/93

01/11/93  TELEPHONE CALL TO BLAIR LOFTIS AT HAI RE STATUS
          OF INVESTIGATION OF "VAT" AT MAIN OFFICE ANNEX
01/11/93  CONFERENCE WITH MANAGEMENT RE LONG-TERM
          STRATEGIES FOR ADDRESSING CONDITIONS AT
          PORTLAND PLANT

TOTAL CURRENT SERVICES                               666.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE    02/22/93
00002     ENVIRONMENTAL MATTERS                      INVOICE NUMBER   1552099
                                                                      JMM


CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 01/31/93

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 01/25/93 | Photocopies | .20 |
| | TOTAL CURRENT CHARGES | .20 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

| | |
|---|---|
| INVOICE DATE | 03/18/93 |
| INVOICE NUMBER | 1589771 |
| | JMM |

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  02/28/93**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $      165.00

Disbursements and Other Charges                      4.00

**TOTAL BALANCE DUE**                          $      169.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE   03/18/93
INVOICE NUMBER   1589771
JMM

**DATE**          **CURRENT SERVICES THROUGH 02/28/93**

02/11/93  REVIEW ENVIRONMENTAL POLICY; LETTER TO MR.
          WILLIAMS RE SAME
02/14/93  COMPLETE LETTER TO MR. WILLIAMS RE CORPORATE
          ENVIRONMENTAL POLICY

**TOTAL CURRENT SERVICES**                         **165.00**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230  CHL ADMINISTRATION, INC
)0002    ENVIRONMENTAL MATTERS

INVOICE DATE    03/18/93
INVOICE NUMBER   1589771
JMM

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 02/28/93**

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 02/28/93 | Photocopies | 4.00 |
| | **TOTAL CURRENT CHARGES** | 4.00 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE   04/20/93
INVOICE NUMBER   1667038
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   03/31/93**

Current Activity:

Fees For Professional Services
(See attached for Detail)                  $      1815.00

Disbursements and Other Charges                   195.72

**TOTAL BALANCE DUE**                        $      2010.72

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230 CHL ADMINISTRATION, INC
)0002   ENVIRONMENTAL MATTERS

INVOICE DATE   04/20/93
INVOICE NUMBER   1667038
JMM

**DATE**       **CURRENT SERVICES THROUGH 03/31/93**

03/22/93  TELEPHONE CALL FROM MR. WILLIAMS RE FORMULATION
          BY ORCO; ANALYZE LIABILITY RISKS; BEGIN
          DRAFTING MEMORANDUM RE SAME; OFFICE CONFERENCE
          RE LEGAL RESEARCH
03/22/93  OFFICE CONFERENCE RE ORCO MATTER; ANALYZE
          ISSUES RE POTENTIAL LIABILITY AT ORCO FACILITY
03/23/93  RESEARCH RE POTENTIAL LIABILITY UNDER CERCLA
          AND COMMON LAW FOR DEALINGS WITH ORCO;
          TELEPHONE CALL TO MR. WILLIAMS AND DRAFT
          MEMORANDUM RE SAME
03/23/93  OFFICE CONFERENCE REGARDING OSHA ISSUES
03/23/93  TELEPHONE CALL FROM MR. WILLIAMS RE ORCO MATTER
03/23/93  REVIEW DRAFT ANSWER TO COMPLAINT

03/24/93  RESEARCH RE POTENTIAL LIABLIITY AT ORCO SITE ON
          ULTRAHAZARDOUS LIABILITY, NEGLIGENT ENTRUSTMENT
          THEORIES; DRAFT MEMORANDUM RE COMMON LAW
          LIABILITY
03/25/93  RESEARCH RE POTENTIAL LIABLIITY TO ORCO
          EMPLOYEES; DRAFT MEMORANDUM RE CLEANUP OF ORCO
          FACILITY
03/25/93  REVIEW LEGAL ANALYSIS RE ISSUES RAISED BY ORCO
          FORMULATION
03/26/93  FINALIZE MEMORANDUM ON USE OF CONTRACT
          FORMULATOR
03/26/93  TELEPHONE CALL FROM MR. WILLIAMS RE MINIMIZING
          LIABILITY RISK ASSOCIATED WITH ORCO CONTRACT

**TOTAL CURRENT SERVICES**                              1815.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    04/20/93
INVOICE NUMBER   1667038
                 JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 03/31/93

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 03/27/93 | Photocopies | 6.00 |
| 03/22/93 | Telecopier/Telex | 3.00 |
| 03/23/93 | Computerized Research - Other | 47.73 |
| 03/24/93 | Computerized Research - Other | 138.99 |
| | TOTAL CURRENT CHARGES | 195.72 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE   07/20/93
INVOICE NUMBER   1787505
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  06/30/93**

Current Activity:

Fees For Professional Services
(See attached for Detail)          $       830.00

Disbursements and Other Charges            9.57

**TOTAL BALANCE DUE**                        $       839.57

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    07/20/93
INVOICE NUMBER  1787505
                JMM

| DATE | CURRENT SERVICES THROUGH 06/30/93 |
|------|-----------------------------------|
| 06/03/93 | CONFERENCE WITH MR. WILLIAMS RE SEWER ISSUES FOR SEATTLE FACILITY |
| 06/04/93 | TELEPHONE CALL TO MS. LEFEBVRE RE STATUS OF ENVIRONMENTAL MATTERS AT PORTLAND FACILITY; OFFICE CONFERENCE RE SAME |
| 06/15/93 | TELEPHONE CALL FROM MR. MYERS RE ENVIRONMENTAL ISSUES RAISED BY PROPOSED ACQUISITION OF LAWN AND GARDEN SUPPLY |
| 06/16/93 | LEGAL RESEARCH AND ANALYSIS RE SUCCESSOR LIABILITY ISSUES; DRAFT MEMORANDUM TO MR. MYERS OUTLINING ISSUES FOR CONSIDERATION AND STRUCTURING PROPOSED ACQUISITION OF LAWN AND GARDEN SUPPLY |
| 06/28/93 | REVIEW MEMORANDUM FOR MR. WILLIAMS RE LAWN AND GARDEN SUPPLY COMPANY |

TOTAL CURRENT SERVICES                           830.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230 CHL ADMINISTRATION, INC
)0002   ENVIRONMENTAL MATTERS

INVOICE DATE    07/20/93
INVOICE NUMBER   1787505
                JMM

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 06/30/93

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 06/23/93 | Photocopies | 7.80 |
| 06/17/93 | Postage | .98 |
| 06/04/93 | Long Distance Service | .79 |
| | **TOTAL CURRENT CHARGES** | **9.57** |