STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

| | |
|---|---|
| INVOICE DATE | 08/20/93 |
| INVOICE NUMBER | 1827666 |
| | JMM |

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   07/31/93**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $       755.00

**TOTAL BALANCE DUE**                                      **$       755.00**

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

**STOEL RIVES LLP**
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    08/20/93
INVOICE NUMBER   1827666
JMM

**DATE**        **CURRENT SERVICES THROUGH 07/31/93**

07/12/93 REVIEW MEMORANDUM FROM MR. WILLIAMS RE
         ENVIRONMENTAL CONDITION OF LGS
07/13/93 TELEPHONE CALL TO MR. WILLIAMS RE QUESTIONS ON
         HIS REVIEW OF LAWN AND GARDEN SUPPLY
07/15/93 CONFERENCE WITH CLIENT'S MANAGEMENT AT CLIENT'S
         FACILITY RE ENVIRONMENTAL ISSUES RAISED BY
         PROPOSED ACQUISITION OF LAWN & GARDEN SUPPLY;
         SUMMARIZE NOTES TO FILE
07/19/93 TELEPHONE CALL FROM MR. WILLIAMS RE DISCLOSURE
         OF TEST RESULTS TO LAWN & GARDEN SUPPLY

**TOTAL CURRENT SERVICES**                            755.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    09/16/93
INVOICE NUMBER    1875211
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  08/31/93**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $        35.00

**TOTAL BALANCE DUE**                              $        35.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230 CHL ADMINISTRATION, INC
)0002   ENVIRONMENTAL MATTERS

INVOICE DATE      09/16/93
INVOICE NUMBER    1875211
                  JMM

**DATE**          **CURRENT SERVICES THROUGH 08/31/93**

08/03/93 TELEPHONE CALL FROM MR. WILLIAMS RE LGS GIBSON
         MATERIAL

**TOTAL CURRENT SERVICES**                                    **35.00**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    10/25/93
INVOICE NUMBER    1946140
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   09/30/93**

Current Activity:

Fees For Professional Services
(See attached for Detail)              $       155.00

**TOTAL BALANCE DUE**                           $      155.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    10/25/93
INVOICE NUMBER  1946140
                JMM

**DATE**        **CURRENT SERVICES THROUGH 09/30/93**

09/07/93  TELEPHONE CALL FROM MR. WILLIAMS RE LAWN AND
          GARDEN SUPPLY; REVIEW MATERIALS PROVIDED BY MR.
          WILLIAMS
09/10/93  REVIEW DEMAND LETTER RE FIFRA REGISTRATIONS

**TOTAL CURRENT SERVICES**                          155.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    11/18/93
INVOICE NUMBER    1955864
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   10/31/93**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $         195.00

**TOTAL BALANCE DUE**                                        $       195.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    11/18/93
INVOICE NUMBER   1955864
                 JMM

| DATE | CURRENT SERVICES THROUGH 10/31/93 |
|------|-----------------------------------|
| 10/15/93 | TELEPHONE CALL FROM MR. WILLIAMS RE REVIEW OF PROPOSED FORMULATOR |
| 10/15/93 | OFFICE CONFERENCE RE POTENTIAL "ARRANGER" LIABILITY UNDER CERCLA |
| 10/18/93 | TELEPHONE CALL TO MR. WILLIAMS RE CONTRACT TERMINATION ISSUES; REVIEW RESEARCH RE SAME |

**TOTAL CURRENT SERVICES**                          195.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE   12/16/93
INVOICE NUMBER    2028098
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  11/30/93**

Current Activity:

Fees For Professional Services
(See attached for Detail)            $       18.00

**TOTAL BALANCE DUE**                        $      18.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

019230 CHL ADMINISTRATION, INC
0002   ENVIRONMENTAL MATTERS

INVOICE DATE   12/16/93
INVOICE NUMBER   2028098
JMM

| DATE | CURRENT SERVICES THROUGH 11/30/93 | |
|---|---|---|
| 11/01/93 | REVIEW GROUNDWATER MONITORING RESULTS | |
| | **TOTAL CURRENT SERVICES** | 18.00 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE   06/20/94
INVOICE NUMBER   2530235
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

## STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  05/31/94

Current Activity:

**Fees For Professional Services**
(See attached for Detail)                    $        102.50

Disbursements and Other Charges                      11.10

**TOTAL BALANCE DUE**                            $        113.60

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.   A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    06/20/94
INVOICE NUMBER  2530235
                JMM

**DATE**        **CURRENT SERVICES THROUGH 05/31/94**

05/23/94  REVIEW DEQ INVOICE ON OVERSIGHT COSTS;
          TELEPHONE CALL TO MR. WILLIAMS RE SAME

05/25/94  TELEPHONE CALL FROM MR. WILLIAMS RE DEQ
          OVERSIGHT COST
05/27/94  REVIEW AND REVISE LETTER TO DEQ RE OVERSIGHT
          COSTS

   **TOTAL CURRENT SERVICES**                        102.50

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    06/20/94
INVOICE NUMBER   2530235
                 JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 05/31/94

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 05/31/94 | Photocopies | 9.60 |
| 05/25/94 | Postage | 1.50 |
| | **TOTAL CURRENT CHARGES** | **11.10** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    09/15/94
INVOICE NUMBER    2542027
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  08/31/94**

Current Activity:

Fees For Professional Services
(See attached for Detail)                 $        37.00

**TOTAL BALANCE DUE**                                    $        37.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    09/15/94
INVOICE NUMBER    2542027
                 JMM

DATE          CURRENT SERVICES THROUGH 08/31/94

08/15/94  OFFICE CONFERENCE RE STATUS OF NORTH PORTLAND
          SITE CLAIM

          TOTAL CURRENT SERVICES                          37.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    12/20/94
INVOICE NUMBER    2554717
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  11/30/94**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $        0.00

Disbursements and Other Charges                       0.60

**TOTAL BALANCE DUE**                             $        0.60

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    12/20/94
INVOICE NUMBER  2554717
                JMM

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 11/30/94**

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 11/07/94 | Photocopies | .60 |
| | **TOTAL CURRENT CHARGES** | .60 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    03/14/95
INVOICE NUMBER    2564605
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   02/28/95**

Current Activity:

Fees For Professional Services
(See attached for Detail)                $        145.00

**TOTAL BALANCE DUE**                            $       145.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    03/14/95
INVOICE NUMBER    2564605
JMM

| DATE | CURRENT SERVICES THROUGH 02/28/95 |
|------|-----------------------------------|
| 02/10/95 | TELEPHONE CALL FROM MR. MYERS RE GROUNDWATER MONITORING RESULTS FOR RIVERGATE FACILITY; REVIEW LEASE RE REPORTING OBLIGATIONS TO LANDLORD |
| 02/13/95 | TELEPHONE CALL FROM MR. MYERS RE REPORTING OF GROUNDWATER SAMPLING TO LANDLORD UNDER RIVERGATE LEASE |

TOTAL CURRENT SERVICES                          145.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    06/14/95
INVOICE NUMBER    2576338
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  05/31/95**

Current Activity:

**Fees For Professional Services**
**(See attached for Detail)**           $      0.00

Disbursements and Other Charges              4.80

**TOTAL BALANCE DUE**                             $      4.80

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE      06/14/95
INVOICE NUMBER    2576338
                  JMM

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 05/31/95

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 05/22/95 | Photocopies | 4.80 |
| | **TOTAL CURRENT CHARGES** | 4.80 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    09/12/95
INVOICE NUMBER    2587287
JMM

0019230   CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   08/31/95**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $         0.00

Disbursements and Other Charges                        0.10

**TOTAL BALANCE DUE**                              $      0.10

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    09/12/95
INVOICE NUMBER  2587287
                JMM

### CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 08/31/95

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 08/08/95 | Photocopies | .10 |
| | **TOTAL CURRENT CHARGES** | **.10** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    12/14/95
INVOICE NUMBER    2598931
JMM

)019230   CHL ADMINISTRATION, INC
)0002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  11/30/95**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $           0.00

Disbursements and Other Charges                          0.15

**TOTAL BALANCE DUE**                             $           0.15

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    12/14/95
INVOICE NUMBER   2598931
JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 11/30/95

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 11/30/95 | Photocopies | .15 |
| | TOTAL CURRENT CHARGES | .15 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE   01/16/96
INVOICE NUMBER   2602706
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  12/31/95**

Current Activity:

Fees For Professional Services
(See attached for Detail)                $        22.00

**TOTAL BALANCE DUE**                                $        **22.00**

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE   01/16/96
INVOICE NUMBER  2602706
JMM

**DATE**       **CURRENT SERVICES THROUGH 12/31/95**

12/29/95 TELEPHONE CALL TO MR. MYERS RE ENVIRONMENTAL
         MATTERS DISCUSSED IN AUDIT LETTER RESPONSE

  **TOTAL CURRENT SERVICES**                              **22.00**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

| | |
|---|---|
| INVOICE DATE | 02/15/96 |
| INVOICE NUMBER | 2606791 |
| | JMM |

)019230   CHL ADMINISTRATION, INC
)0002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   01/31/96**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $       485.00

**TOTAL BALANCE DUE**                                    $       485.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE   02/15/96
INVOICE NUMBER   2606791
JMM

**DATE        CURRENT SERVICES THROUGH 01/31/96**

\*01/02/96  RESEARCH RE STATUS OF KILLINGSWORTH SITE
           RELATIVE TO CERCLIS LIST; TECHNICAL RESEARCH RE
           CERCLIS STATUS OF A "DELISTED" SITE; OFFICE
           CONFERENCE RE SAME
 01/02/96  TELEPHONE CALL FROM MR. WILLIAMS RE CERCLIS
           LISTING; REVIEW CERCLIS LISTING RE SAME; REVIEW
           FILE AND CERCLIS HISTORY; LETTER TO MR.
           WILLIAMS RE SAME
 01/03/96  REVIEW AUDIT LETTER RESPONSE RE ENVIRONMENTAL
           MATTERS; REVISE LETTER TO MR. WILLIAMS RE
           CERCLIS LISTING

   **TOTAL CURRENT SERVICES**                        **485.00**

\* NON-ATTORNEY TIME

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC                          INVOICE DATE     04/12/96
SUSAN MONTI, SECRETARY                           INVOICE NUMBER    2613247
PO BOX 6029                                                       JMM
PORTLAND, OR  97228-6029


0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  03/31/96

Current Activity:

Fees For Professional Services
(See attached for Detail)              $        75.00

**TOTAL BALANCE DUE**                              $       75.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE    04/12/96
00002    ENVIRONMENTAL MATTERS                       INVOICE NUMBER   2613247
                                                                     JMM

DATE            CURRENT SERVICES THROUGH 03/31/96

03/05/96  OFFICE CONFERENCE RE APPRAISAL OF KILLINGSWORTH
          PROPERTY; TELEPHONE CALL TO MR. MEYERS RE
          POSSIBLE APPROACHES TO SAME

     TOTAL CURRENT SERVICES                                           75.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    06/12/96
INVOICE NUMBER    2620380
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   05/31/96**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $        120.00

**TOTAL BALANCE DUE**                                   $       120.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE     06/12/96
INVOICE NUMBER   2620380
                 JMM

DATE        CURRENT SERVICES THROUGH 05/31/96

05/30/96 REVIEW COOK DEMAND LETTER; ANALYZE DAMAGES AND
         POTENTIAL CLAIMS; TELEPHONE CALL TO MR.
         TRULLINGER RE SAME

   TOTAL CURRENT SERVICES                              120.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    07/18/96
INVOICE NUMBER    2626182
JMM

)019230   CHL ADMINISTRATION, INC
)0002     ENVIRONMENTAL MATTERS

<u>STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   06/30/96</u>

Current Activity:

Fees For Professional Services           $        225.00
(See attached for Detail)

Disbursements and Other Charges                   1.20

**TOTAL BALANCE DUE**                         $        226.20

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    07/18/96
INVOICE NUMBER  2626182
                JMM


**DATE**        **CURRENT SERVICES THROUGH 06/30/96**

06/17/96  TELEPHONE CALL TO MR. MORRIS RE CLAIMS AGAINST
          LILLY
06/18/96  DRAFT RESPONSE TO COOK DEMAND LETTER; TELEPHONE
          CALL TO MR. TRULLINGER RE SAME

**TOTAL CURRENT SERVICES**                          **225.00**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    07/18/96
INVOICE NUMBER   2626182
                JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 06/30/96

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 06/24/96 | Photocopies | 1.20 |
| | TOTAL CURRENT CHARGES | 1.20 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE   08/14/96
INVOICE NUMBER   2628412
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   07/31/96**

Current Activity:

Fees For Professional Services
(See attached for Detail)              $     7,285.00

Disbursements and Other Charges              2.25

**TOTAL BALANCE DUE**                        $     7,287.25

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE    08/14/96
00002    ENVIRONMENTAL MATTERS                       INVOICE NUMBER   2628412
                                                                      JMM

**DATE**          **CURRENT SERVICES THROUGH 07/31/96**

07/01/96  DRAFT SERVICES CONTRACT FOR ENVIRONMENTAL
          CONSULTING; DRAFT LETTER REQUEST FOR RETENTION
          OF CONSULTANT; DRAFT LETTER TO MR. TRULLINGER
          REGARDING DRAFT CONTRACT
07/01/96  LETTER FROM MR. WILLIAMS RE DEQ INSPECTION
07/24/96  REVIEW CORRESPONDENCE RE DECOMMISSIONING OF
          MAIN PLANT
07/25/96  REVIEW NOTICE OF NON-COMPLIANCE FROM DEQ AND
          DEQ INSPECTION REPORT; TELEPHONE CALL TO MR.
          WILLIAMS RE SAME
07/26/96  CONFERENCE WITH MR. WILLIAMS RE FACTS
          UNDERLYING NOTICE OF NONCOMPLIANCE AND STRATEGY
          FOR RESPONSE TO SAME; OUTLINE PROBABLE
          RAMIFICATIONS FOR PLANT CLOSURE AND PROPOSED
          TRANSACTION WITH RINGER; PRELIMINARY LEGAL
          RESEARCH AND ANALYSIS RE SAME; CONFERENCE WITH
          MR. MYERS RE SAME; OFFICE CONFERENCE RE FOLLOW
          UP
07/26/96  OFFICE CONFERENCE RE BACKGROUND CONCERNING 1996
          ENFORCEMENT ACTION; OFFICE CONFERENCE WITH MR.
          WILLIAMS RE STRATEGY AND RESPONSE TO DEQ NOTICE
          OF NON- COMPLIANCE AND ALLEGED VIOLATIONS;
          PREPARE LIST OF MATERIALS FOR MR. WILLIAMS TO
          PROVIDE AND ISSUES FOR FURTHER INVESTIGATION
07/26/96  MEETING WITH MR. MYERS AND MR. MORFORD TO
          DISCUSS PENDING ENVIRONMENTAL ISSUES
07/26/96  CONFERENCE RE ENVIRONMENTAL ISSUES AT
          KILLINGSWORTH PROJECT
07/28/96  VOICE MAIL MESSAGE RE MEETING TO DISCUSS WORK

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE      08/14/96
INVOICE NUMBER    2628412
                  JMM

DATE          **CURRENT SERVICES THROUGH 07/31/96**

            AND ALLOCATION OF SAME
07/29/96    OFFICE CONFERENCE RE RESPONSE TO NOTICE OF
            NONCOMPLIANCE; TELEPHONE CALL FROM MR. WILLIAMS
            RE PROGRESS ON PREPARATION OF MATERIALS FOR
            RESPONSE TO NOTICE OF NONCOMPLIANCE AND
            INVENTORY OF CONTAINERS; TELEPHONE CONFERENCE
            WITH MR. RALSTON (HAHN & ASSOCIATES) RE
            INVENTORY OF DRUMS AND ASSISTANCE IN RESPONSE
            TO NOTICE OF NONCOMPLIANCE; BEGIN LEGAL
            RESEARCH RE CHARACTERIZATION OF EMPTY
            CONTAINERS, INCLUDING AEROSOL CANS; BEGIN LEGAL
            RESEARCH CONCERNING DISTINCTION BETWEEN
            DEFINITIONS OF TANK, SUMP, AND SURFACE
            EMPOUNDMENTS
07/29/96    REVIEW FILE MATERIALS; OFFICE CONFERENCE RE
            SAME; TELEPHONE CONFERENCE WITH MR. WILLIAMS
            AND MS. SAFFORD REGARDING NON ISSUES; TELEPHONE
            CALL TO MR. RALSTON REGARDING SAME; LEGAL
            RESEARCH REGARDING CHANGES TO OREGON PESTICIDE
            LISTING
07/30/96    BEGIN LEGAL RESEARCH CONCERNING "IN PROCESS"
            CONTAINERS; OFFICE CONFERENCE WITH MR. RALSTON
            AND MR. CHAN RE BACKGROUND AND SCOPE OF WORK
            FOR RESPONSE TO DEQ NOTICE OF NONCOMPLIANCE
07/30/96    OFFICE CONFERENCE RE LEGAL STATUS OF RINSEATE;
            LEGAL RESEARCH REGARDING HAZARDOUS WASTE
            REGULATION OF COMMERCIAL PRODUCTS; TELEPHONE
            CONFERENCE WITH MESSRS. CHAN AND RALSTON
            REGARDING DRUM INVENTORY; DRAFT RESPONSE TO

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE     08/14/96
INVOICE NUMBER   2628412
                 JMM

**DATE**        **CURRENT SERVICES THROUGH 07/31/96**

            NON; TELEPHONE CALL FROM MR. WILLIAMS REGARDING
            STATUS OF RESPONSE
07/31/96    CONTINUE LEGAL RESEARCH RE ISSUES RAISED IN
            NOTICE OF NONCOMPLIANCE, INCLUDING
            CHARACTERIZATION OF RINSATE CONTAINERS; OFFICE
            CONFERENCE RE SAME
07/31/96    TELEPHONE CONFERENCE WITH MESSRS. WILLIAMS AND
            TRULLINGER REGARDING NON; TELEPHONE CONFERENCE
            WITH MR. RALSTON OF HAHN AND MS. SAFFORD
            REGARDING FINDINGS AT LILLY FACILITY; DRAFT
            RESPONSE TO NON; LEGAL RESEARCH REGARDING
            COMMERCIAL CHEMICAL PRODUCT EXEMPTION

   **TOTAL CURRENT SERVICES**                         7,285.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    08/14/96
INVOICE NUMBER  2628412
JMM

### CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 07/31/96

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 07/31/96 | Photocopies | 2.25 |
| | **TOTAL CURRENT CHARGES** | **2.25** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    10/18/96
INVOICE NUMBER    2636892
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  08/31/96**

Current Activity:

**Fees For Professional Services**
(See attached for Detail)              $      400.00

Disbursements and Other Charges               39.05

**TOTAL BALANCE DUE**                                    $      439.05

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230  CHL ADMINISTRATION, INC
)0002    ENVIRONMENTAL MATTERS

INVOICE DATE     10/18/96
INVOICE NUMBER   2636892
                 JMM

DATE          **CURRENT SERVICES THROUGH 08/31/96**

08/05/96  TELEPHONE CALL TO MR. TRULLINGER RE STATUS OF
          COOK BROS. MATTER; TELEPHONE CALL TO MR.
          MORRIS'S OFFICE RE SAME
08/06/96  VOICE MAILS RE ADDITIONAL DEVELOPMENTS ON
          NOTICE OF NONCOMPLIANCE AND REGARDING RINGER
          TRANSACTION; OFFICE CONFERENCE RE ADDITIONAL
          ISSUES
08/07/96  TELEPHONE CALL TO MR. MORRIS, MR. TRULLINGER RE
          COOK BROS. CLAIM
08/08/96  TELEPHONE CALL FROM MR. TRULLINGER RE FUTURE
          MANAGEMENT OF KILLINGSWORTH PROPERTY

**TOTAL CURRENT SERVICES**                          **400.00**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    10/18/96
INVOICE NUMBER  2636892
                JMM

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 08/31/96**

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 08/29/96 | Photocopies | 39.05 |
| | **TOTAL CURRENT CHARGES** | **39.05** |