**STOEL RIVES LLP**
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    10/22/96
INVOICE NUMBER    2637117
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  10/18/96**

Current Activity:

Fees For Professional Services
(See attached for Detail)                 $        1037.00

Disbursements and Other Charges                     14.25

**TOTAL BALANCE DUE**                           $      1051.25

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    10/22/96
INVOICE NUMBER   2637117
                JMM

| DATE | CURRENT SERVICES THROUGH 10/18/96 |
|------|-----------------------------------|

09/03/96  TELEPHONE CALL FROM MR. WILLIAMS RE TRENCH
          INTEGRITY TEST; REVIEW DRAFT LETTER FROM
          KENNEDY/JENKS RE INTEGRITY TEST

09/25/96  RESEARCH REGARDING CERCLIS AND NPL LISTINGS
09/25/96  TELEPHONE CALLS RE BUILDING CLOSURE REPORT WITH
          MR. WILLIAMS AND MESSRS. DREWS AND GRAVES OF
          KENNEDY/JENKS CONSULTANTS; DRAFT LANGUAGE FOR
          CIH RELEASE REPORT; OFFICE CONFERENCE RE
          RELEASE REPORT; TELEPHONE CALL FROM MR.
          WILLIAMS RE DISPOSAL OF WASTES
09/30/96  TELEPHONE CALL TO MR. GRAVES RE CIH REPORT;
          TELEPHONE CALL FROM MR. WILLIAMS RE CIH WORK

TOTAL CURRENT SERVICES                              1,037.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    10/22/96
INVOICE NUMBER    2637117
JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 10/18/96

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 09/30/96 | Photocopies | 4.00 |
| 09/12/96 | Messenger Service | 10.25 |
| | **TOTAL CURRENT CHARGES** | **14.25** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    01/17/97
INVOICE NUMBER    2646745
                 JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   12/31/96**

Current Activity:

Fees For Professional Services
(See attached for Detail)              $        645.00

**TOTAL BALANCE DUE**                                $        645.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

| | |
|---|---|
| INVOICE DATE | 01/17/97 |
| INVOICE NUMBER | 2646745 |
| | JMM |

**DATE         CURRENT SERVICES THROUGH 12/31/96**

12/23/96  TELEPHONE CALL FROM MR. TRULLINGER RE
          CONFIDENTIALITY AGREEMENT WITH MR. PELETT;
          DRAFT AGREEMENT
12/24/96  DRAFT CONFIDENTIALITY AGREEMENT FOR PELETT
          TRANSACTION; LETTER TO MR. RESER OF CUSHMAN
          WAKEFIELD RE SAME
12/30/96  RESEARCH POTENTIAL PROPERTY TAX RELIEF FOR
          ENVIRONMENTAL CONTAMINATION
12/31/96  RESEARCH RULES RE VALUATION OF CONTAMINATED
          PROPERTY; PREPARE MEMO RE SAME; TELEPHONE CALL
          TO DEPARTMENT OF REVENUE RE SAME

**TOTAL CURRENT SERVICES**                                    **645.00**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    02/14/97
INVOICE NUMBER    2649394
                    JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   01/31/97**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $      330.00

Disbursements and Other Charges                     1.20

**TOTAL BALANCE DUE**                        $      331.20

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.   A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE   02/14/97
INVOICE NUMBER   2649394
JMM

**DATE**        **CURRENT SERVICES THROUGH 01/31/97**

12/30/96 OFFICE CONFERENCE RE ENVIRONMENTAL LIABILITY
         TAX RULE FOR TAX RELIEF OF CONTAMINATED
         PROPERTIES
01/02/97 OFFICE CONFERENCE RE TAX CODE FOR CONTAMINATED
         PROPERTIES; REVIEW TAX RULES; TELEPHONE CALL TO
         MR. TRULLINGER RE SAME
01/13/97 REVIEW PROPOSED LISTING ON CONFIRMED RELEASE
         LIST
01/14/97 REVIEW PROPOSED CONFIRMED RELEASE LISTING;
         TELEPHONE CALL TO MR. TRULLINGER RE SAME
01/27/97 TELEPHONE CALL FROM MR. TRULLINGER RE OPTIONS
         FOR SALE OF PROPERTY

**TOTAL CURRENT SERVICES**                          330.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE    02/14/97
00002    ENVIRONMENTAL MATTERS                       INVOICE NUMBER   2649394
                                                                      JMM


CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 01/31/97

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 01/14/97 | Photocopies | 1.20 |
| | **TOTAL CURRENT CHARGES** | **1.20** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    04/15/97
INVOICE NUMBER    2656462
                  JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   03/31/97**

Current Activity:

**Fees For Professional Services**
(See attached for Detail)              $        748.50

Disbursements and Other Charges                 0.40

**TOTAL BALANCE DUE**                         $      748.90

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE   04/15/97
INVOICE NUMBER   2656462
JMM

| DATE | CURRENT SERVICES THROUGH 03/31/97 |
|------|-----------------------------------|
| 03/07/97 | TELEPHONE CALL FROM MR. TRULLINGER RE SALE OF TANKS AND INDEMNITY; REVIEW TERMS OF SALE; DRAFT OUTLINE OF AGREEMENT |
| 03/08/97 | DRAFT BILL OF SALE AND SALE AGREEMENT |
| 03/10/97 | TELEPHONE CALL TO MR. TRULLINGER RE DRAFT BILL OF SALE AND INDEMNITY AGREEMENT |
| 03/26/97 | TELEPHONE CALL TO MR. DREWS OF KENNEDY/JENKS CONSULTANTS RE CLOSURE LETTER OF WAREHOUSE |
| 03/31/97 | REVIEW METHODOLOGY AND REVISE CLOSURE LETTER FOR WAREHOUSE CLEANING; TELEPHONE CALL TO MR. DREWS RE SAME |

**TOTAL CURRENT SERVICES**                                748.50

**STOEL RIVES LLP**
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE    04/15/97
00002    ENVIRONMENTAL MATTERS                      INVOICE NUMBER    2656462
                                                                    JMM

### CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 03/31/97

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 03/24/97 | Photocopies | .40 |
| | **TOTAL CURRENT CHARGES** | **.40** |

**STOEL RIVES LLP**
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE     07/10/97
INVOICE NUMBER    2667101
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  06/30/97**

Current Activity:

| | | |
|---|---|---|
| Fees For Professional Services (See attached for Detail) | $ | 65.00 |
| Disbursements and Other Charges | | 0.25 |
| **TOTAL BALANCE DUE** | $ | **65.25** |

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE   07/10/97
00002    ENVIRONMENTAL MATTERS                       INVOICE NUMBER  2667101
                                                                     JMM


**DATE**          **CURRENT SERVICES THROUGH 06/30/97**

06/12/97  TELEPHONE CALL FROM MR. TRULLINGER RE BILL OF
          SALE AND AGREEMENT; FINALIZE SAME AND SEND TO
          CLIENT

    **TOTAL CURRENT SERVICES**                             **65.00**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230 CHL ADMINISTRATION, INC
)0002   ENVIRONMENTAL MATTERS

INVOICE DATE     07/10/97
INVOICE NUMBER    2667101
                 JMM

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 06/30/97**

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 06/27/97 | Photocopies | .25 |
| | **TOTAL CURRENT CHARGES** | .25 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC                     INVOICE DATE    08/12/97
SUSAN MONTI, SECRETARY                      INVOICE NUMBER   2670812
PO BOX 6029                                                 JMM
PORTLAND, OR   97228-6029


0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   07/31/97**

Current Activity:

Fees For Professional Services
(See attached for Detail)              $       30.00

**TOTAL BALANCE DUE**                            $       30.00


STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230  CHL ADMINISTRATION, INC
)0002    ENVIRONMENTAL MATTERS

INVOICE DATE    08/12/97
INVOICE NUMBER   2670812
                JMM

**DATE**          **CURRENT SERVICES THROUGH 07/31/97**

07/24/97 TELEPHONE CALL FROM MR. TRULLINGER RE RIEDEL
         LAND FILL INVESTIGATION

**TOTAL CURRENT SERVICES**                              30.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC                          INVOICE DATE    11/14/97
SUSAN MONTI, SECRETARY                           INVOICE NUMBER   2682287
PO BOX 6029                                                      JMM
PORTLAND, OR  97228-6029

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  10/31/97**

Current Activity:

Fees For Professional Services
(See attached for Detail)              $        35.00

Disbursements and Other Charges                 0.15

**TOTAL BALANCE DUE**                    $       35.15

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE   11/14/97
INVOICE NUMBER  2682287
               JMM

**DATE**        **CURRENT SERVICES THROUGH 10/31/97**

10/28/97 TELEPHONE CALL TO MR. MYERS

**TOTAL CURRENT SERVICES**                                    35.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    11/14/97
INVOICE NUMBER  2682287
                JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 10/31/97

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 10/31/97 | Photocopies | .15 |
| | **TOTAL CURRENT CHARGES** | .15 |

he

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

| | |
|---|---|
| INVOICE DATE | 07/17/98 |
| INVOICE NUMBER | 2710762 |
| | JMM |

)019230   CHL ADMINISTRATION, INC
)0002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   06/30/98**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $        180.00

Disbursements and Other Charges                      20.35

**TOTAL BALANCE DUE**                         $        200.35

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                     INVOICE DATE    07/17/98
00002    ENVIRONMENTAL MATTERS                       INVOICE NUMBER  2710762
                                                                     JMM

**DATE**          **CURRENT SERVICES THROUGH 06/30/98**

06/01/98 OFFICE CONFERENCE RE DISCLOSURE SCHEDULE FOR
         OFFSITE DISPOSAL SITES; RESEARCH LAW RE SAME;
         OFFICE CONFERENCE RE SAME
06/04/98 WORK WITH FILE RE ENVIRONMENTAL REPORTS;
         TELEPHONE CALL TO MR. NATHANSON RE ORIGINAL
         DOCUMENTS; OFFICE CONFERENCE RE FILES; LETTER
         TO MR. MAUL RE REPORTS

   **TOTAL CURRENT SERVICES**                                180.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230 CHL ADMINISTRATION, INC
)0002   ENVIRONMENTAL MATTERS

INVOICE DATE     07/17/98
INVOICE NUMBER    2710762
JMM

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 06/30/98

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 06/08/98 | Photocopies | 9.85 |
| 06/12/98 | SPECIAL COPY - VENDOR: TECHNICAL IMAGING SERVICES FOR COPIES ON 6/4/98 - P-S | 10.50 |
| | TOTAL CURRENT CHARGES | 20.35 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    12/16/98
INVOICE NUMBER    2729883
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  11/30/98**

Current Activity:

**Fees For Professional Services**
(See attached for Detail)                    $        66.50

**TOTAL BALANCE DUE**                                    $        66.50

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230 CHL ADMINISTRATION, INC
)0002   ENVIRONMENTAL MATTERS

INVOICE DATE   12/16/98
INVOICE NUMBER   2729883
JMM

**DATE**        **CURRENT SERVICES THROUGH 11/30/98**

11/05/98 TELEPHONE CONFERENCE WITH MR. MAUL RE STATUS OF
         INVESTIGATION
11/17/98 TELEPHONE CONFERENCE WITH MESSRS. SCROGGIN AND
         MORFORD RE CLEANUP AGREEMENT; TELEPHONE CALL TO
         MR. BURKHOLDER RE SAME

   **TOTAL CURRENT SERVICES**                                66.50

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    02/09/99
INVOICE NUMBER   2735885
                 JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

## STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   01/31/99

Current Activity:

**Fees For Professional Services**
(See attached for Detail)                  $        493.40

**TOTAL BALANCE DUE**                                $      493.40

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    02/09/99
INVOICE NUMBER  2735885
                JMM

**DATE**        **CURRENT SERVICES THROUGH 01/31/99**

01/21/99  TELEPHONE CALL TO MR. ROTHMAN RE STATUS OF
          PROPOSITION 65 LAWSUITS; DRAFT LETTER TO MR.
          TRULLINGER RE SAME;

01/22/99  OFFICE CONFERENCE RE PROP 65 STRATEGY

01/27/99  LETTER TO MR. TRULLINGER RE STATUS OF
          PROPOSITION 65 CLAIM

   **TOTAL CURRENT SERVICES**                              493.40

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    03/10/99
INVOICE NUMBER    2739738
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

## STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   02/28/99

Current Activity:

**Fees For Professional Services**
(See attached for Detail)                    $        472.40

Disbursements and Other Charges                       1.40

**TOTAL BALANCE DUE**                             $       473.80

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                INVOICE DATE    03/10/99
00002    ENVIRONMENTAL MATTERS                   INVOICE NUMBER  2739738
                                                                 JMM

**DATE**        **CURRENT SERVICES THROUGH 02/28/99**

02/01/99  TELEPHONE CALL TO MR. ROTHMAN RE STATUS OF
          SETTLEMENT; DRAFT LETTER TO MR. TRULLINGER RE
          SAME

02/02/99  DRAFT LETTER TO MR. TRULLINGER RE STATUS OF
          PROPOSITION 65 LAWSUIT; OFFICE CONFERENCE RE
          SAME

02/03/99  EXCHANGE EMAILS WITH MR. BAYUK OF EMCON
          REGARDING DEQ INQUIRIES IN CONNECTION WITH
          KILLINGSWORTH LANDFILL

02/08/99  TELEPHONE CALL TO MR. MOLLUSKY AT DEQ; EMAIL TO
          MR. TRULLINGER REGARDING SAME

02/17/99  FINALIZE LETTER TO MR. TRULLINGER RE PROP 65
          MATTER; TELEPHONE CALL TO MR. ROTHMAN RE STATUS
          OF LAWSUITS

**TOTAL CURRENT SERVICES**                                472.40

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    03/10/99
INVOICE NUMBER   2739738
                 JMM

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 02/28/99**

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 02/22/99 | Photocopies | 1.40 |
| | **TOTAL CURRENT CHARGES** | **1.40** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    04/13/99
INVOICE NUMBER    2743764
JMM

0019230    CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   03/31/99**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $         675.00

Disbursements and Other Charges                      0.95

**TOTAL BALANCE DUE**                              $         675.95

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

| | | |
|---|---|---|
| 0019230  CHL ADMINISTRATION, INC | INVOICE DATE | 04/13/99 |
| 00002    ENVIRONMENTAL MATTERS | INVOICE NUMBER | 2743764 |
| | | JMM |

**DATE**　　　　**CURRENT SERVICES THROUGH 03/31/99**

03/02/99  TELEPHONE CALLS RE PROP 65 LAWSUIT WITH MR.
　　　　　TRULLINGER
03/03/99  TELEPHONE CALL TO MR. HEDRICK RE PROP 65
　　　　　LAWSUIT; MEMORANDUM TO FILE RE SAME
03/05/99  TELEPHONE CALL TO MR. TRULLINGER RE PROP 65 AND
　　　　　SETTLEMENT EFFORTS
03/15/99  TELEPHONE CALL FROM MR. TRULLINGER RE PROP 65
　　　　　CASE; TELEPHONE CALL TO MR. HEDRICK RE STATUS
　　　　　OF SETTLEMENT; EMAIL TO MR. TRULLINGER RE SAME
03/24/99  TELEPHONE CALLS RE SETTLEMENT AGREEMENT; REVIEW
　　　　　SETTLEMENT AGREEMENT

**TOTAL CURRENT SERVICES**　　　　　　　　　　　　　　**675.00**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    04/13/99
INVOICE NUMBER  2743764
                JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 03/31/99

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 03/30/99 | Photocopies | .95 |
| | TOTAL CURRENT CHARGES | .95 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC                    INVOICE DATE    05/11/99
SUSAN MONTI, SECRETARY                     INVOICE NUMBER   2747637
PO BOX 6029                                                JMM
PORTLAND, OR  97228-6029


0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  04/30/99**

Current Activity:

**Fees For Professional Services**
(See attached for Detail)            $     1,995.00

**TOTAL BALANCE DUE**                          $     1,995.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE    05/11/99
00002    ENVIRONMENTAL MATTERS                       INVOICE NUMBER   2747637
                                                                      JMM


**DATE**          **CURRENT SERVICES THROUGH 04/30/99**

03/31/99  TELEPHONE CALL FROM MR. TRULLINGER RE
          SETTLEMENT AGREEMENT
04/02/99  REVIEW SETTLEMENT AGREEMENT; TELEPHONE CALL TO
          MR. HEDRICK RE SETTLEMENT RESPONSE; REVIEW
          PURCHASE AND SALE AGREEMENT; OFFICE CONFERENCE
          RE SAME
04/05/99  TELEPHONE CALL TO MR. HEDRICK RE SETTLEMENT
          STATUS; DRAFT MEMORANDUM RE STATUS OF
          SETTLEMENT TO MR. BABSON; REVIEW INDEMNITY
          PROVISIONS; REVIEW SETTLEMENT AGREEMENT
04/07/99  OFFICE CONFERENCE RE PROP 65 ISSUE
04/14/99  TELEPHONE CALL FROM MR. TRULLINGER RE PROP 65
          SETTLEMENT; TELEPHONE CALL TO MR. HEDRICK RE
          SAME
04/16/99  TELEPHONE CALL FROM MR. BAYUK REGARDING DRUM
          FIRE AND BULGING DRUM; LEGAL RESEARCH
          CHARACTERIZATION OF INVESTIGATION DERIVED
          WASTE; EMAIL TO MR. TRULLINGER RE SAME
04/19/99  TELEPHONE CALL FROM MR. TRULLINGER REGARDING
          MANAGEMENT OF INVESTIGATION DERIVED WASTE;
          TELEPHONE CALL TO MR. BAYUK REGARDING SAME;
          TELEPHONE CALL FROM MR. BAYUK RE STATUS OF
          EMERGENCY RESPONSE
04/20/99  TELEPHONE CALL TO MR. BAYUK TO PREPARE FOR CALL
          TO DEQ; TELEPHONE CALL TO MR. ST. LOUIS OF DEQ
          TO REPORT SITE CONDITIONS; EMAIL TO MR.
          TRULLLINGER DOCUMENTING SAME


**TOTAL CURRENT SERVICES**                                      1,995.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR 97228-6029

INVOICE DATE    06/15/99
INVOICE NUMBER    2752162
                 JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  05/31/99**

Current Activity:

**Fees For Professional Services**
(See attached for Detail)          $          40.00

**TOTAL BALANCE DUE**                      $         40.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230 CHL ADMINISTRATION, INC
)0002   ENVIRONMENTAL MATTERS

INVOICE DATE     06/15/99
INVOICE NUMBER    2752162
                  JMM

**DATE**          **CURRENT SERVICES THROUGH 05/31/99**

05/05/99 TELEPHONE CALL FROM MR. TRULINGER RE STATUS OF
         PROPOSITION 65 LAWSUIT; TELEPHONE CALL TO MR.
         HEDRICK RE SAME

  **TOTAL CURRENT SERVICES**                              **40.00**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE   01/11/00
INVOICE NUMBER   2780866
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   12/31/99**

Current Activity:

Fees For Professional Services
(See attached for Detail)              $       395.00

**TOTAL BALANCE DUE**                           $       395.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC                    INVOICE DATE   01/11/00
00002    ENVIRONMENTAL MATTERS                     INVOICE NUMBER   2780866
                                                                  JMM


**DATE**        **CURRENT SERVICES THROUGH 12/31/99**

12/20/99  TELEPHONE CALL FROM MR. TRULLINGER RE LEASE
          LANGUAGE; DRAFT ENVIRONMENTAL LEASE LANGUAGE;
          REVIEW FILE MATERIAL FOR ENVIRONMENTAL REPORTS;
          TELEPHONE CALL TO MAUL FOSTER & ALONGI RE FINAL
          REPORT
12/28/99  DRAFT INDEMNITY LANGUAGE FOR LEASE; TELEPHONE
          CALL TO MR. TRULLINGER RE SAME
12/29/99  TELEPHONE CALL FROM MR. TRULLINGER RE LEASE
          LANGUAGE; LETTER TO MR. TRULLINGER RE SAME

   **TOTAL CURRENT SERVICES**                              395.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    03/15/00
INVOICE NUMBER    2789623
                 JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  02/29/00**

Current Activity:

Fees For Professional Services
(See attached for Detail)               $        60.00

**TOTAL BALANCE DUE**                            $      60.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE    03/15/00
00002    ENVIRONMENTAL MATTERS                      INVOICE NUMBER   2789623
                                                                     JMM


**DATE**          **CURRENT SERVICES THROUGH 02/29/00**

02/01/00  TELEPHONE CALLS RE STATUS OF CONSENT DECREE TO
          MESSRS. BURKHOLDER, MORGENSTERN AND MARTIN OF
          DEQ

   **TOTAL CURRENT SERVICES**                                    60.00



## STOEL RIVES LLP

ATTORNEYS AT LAW

900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
Telephone (503) 224-3380
Fax (503) 220-2480
Billing Inquiries 1-800-305-8453

TO:   CHL ADMINISTRATION, INC
      SUSAN MONTI, SECRETARY
      PO BOX 6029
      PORTLAND, OR  97228-6029

| INVOICE DATE | 04/22/02 |
|---|---|
| INVOICE NUMBER | 2914123 |
| | JMM |

Employer's Identification No. 93-0408771

0019230     CHL ADMINISTRATION, INC

### STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  03/31/02

| | |
|---|---|
| Balance From Previous Statement | $0.00 |
| Payments Received | .00 |
| Current Activity: | |
| Fees For Professional Services (See attached for detail) | $3,045.00 |
| Current Amount | 3,045.00 |
| **TOTAL BALANCE DUE** | $3,045.00 |

Statements are due within 30 days after the invoice date printed on the statement.  A monthly late fee equal to 9 percent per annum, commencing on the due date, will
be charged on all amounts not paid within 60 days after the invoice date.



**STOEL RIVES** LLP
ATTORNEYS AT LAW

900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
Telephone (503) 224-3380
Fax (503) 220-2480
Billing Inquiries 1-800-305-8453

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

INVOICE DATE     04/22/02
INVOICE NUMBER   2914123
                 JMM

Employer's Identification No. 93-0408771

**DATE**              **CURRENT SERVICES THROUGH 03/31/02**
02/01/02   Review information on Grace claim; analyze prior denials, effect of Grace bankruptcy
02/01/02   Office conference re effect of WR Grace's Chapter 11 on contribution claims; locate and review files from past litigation (involving another client) against WR Grace for contribution claims; research status of WR Grace's Chapter 11 proceedings, especially bar date on new claims
02/04/02   Read and respond to intraoffice email re demand letter to WR Grace; review files on past successful contribution claim against WR Grace for another client; research corporate status/merger history of insurance companies who may have merger but who no longer exist on their own; office conference with Jeanette Cotting re status of WR Grace in Chapter 11 and CHL's options for recovering from Grace
02/04/02   Review security interest questions
02/06/02   Review bankruptcy court rulings and motions re WR Grace; office conference with Jeanette Cotting re same; office conference with Scott Kaplan re proceeding with the proof of claim and other options to deal with the claim while WR Grace is in bankruptcy; draft proof of claim
02/07/02   Review remedial reports; office conference re bankruptcy claim
02/07/02   Draft proof of claim; search files for environmental assessments of the NE Killingsworth property; office conference with Jeanette Cotting re amount of damages to claim when they are unliquidated and re date of loss

02/12/02   Office conference re proof of claim and whether or not to claim unliquated or specify damages
02/13/02   Telephone call from Fred Trullinger and voicemail to David St. Louis regarding submittal of RI proposal
02/14/02   Arrange delivery of RI proposal
02/18/02   Organize file; draft proof of claim; internal email re liquidated damages and possible contract indemnification claim
02/19/02   Read and respond to email; search files for and review research on potential claims vs. Grace re the land sale contract; summarize research for Scott Kaplan

**TOTAL CURRENT SERVICES**                                    3,045.00



**State of Oregon**
**Department of Environmental Quality**

## INVOICE

Site Name:   CHARLES H. LILLY CO. III
Project No:  21916000
Authorization:

|  | |
|---|---|
| **Invoice Number:** | **HSRAF04-1883** |
| **Invoice Date:** | 2/23/2004 |

CHL Administration
Attn:  Fred Trullinger
PO Box 6029
Portland, OR  97228

**Payment Due:**    3/24/2004

| Project Expenditures: | Billing Period |
|---|---|
| | *01/04* |
| Personal Services | 734.53 |
| **Total Current Charges:** | **$    734.53** |

| Previous Balance | Billing Period Expenditures | Interest | Total Balance Due |
|---|---|---|---|
| 5,848.13 | 734.53 | 0.00 | 6,582.66 |

-------------------------- Cut here and return this portion with payment --------------------------

**Project :**   **Charles H. Lilly Co. III**

**Project No #:   219160-00**         **QTime No #:   29443**

**FROM Month Of January, 2004 TO January, 2004**

| ATE | STAFF NAME | PROJECT ACTIVITIES | HOURS |
|---|---|---|---|
| nuary 12, 2004 | Robert Williams | Coordination:  scheduling drilling | 0.70 |
| | | **Daily Total:** | **0.70** |
| nuary 13, 2004 | Robert Williams | Document Preparation:  prepare HASP | 1.60 |
| | | **Daily Total:** | **1.60** |
| nuary 14, 2004 | Robert Williams | Communication:  drilling locations discussion | 0.50 |
| | | **Daily Total:** | **0.50** |
| nuary 15, 2004 | Mark Pugh | Analysis and Planning:  project planning | 0.30 |
| nuary 15, 2004 | Robert Williams | Coordination:  locations comm, site visit?, revise HASP | 1.40 |
| | | **Daily Total:** | **1.70** |
| nuary 16, 2004 | Dawn Gomez | Clerical/Admin Support:  Make copies of all past invoices, print time log reports, send to Eric Roth. | 1.50 |
| nuary 16, 2004 | Gerald Gamolo | Clerical/Admin Support:  Copying | 0.50 |
| nuary 16, 2004 | Robert Williams | Coordination:  consultant missing documents | 0.50 |
| | | **Daily Total:** | **2.50** |
| anuary 20, 2004 | Robert Williams | Communication:  email followup | 0.10 |
| | | **Daily Total:** | **0.10** |
| anuary 28, 2004 | Robert Williams | Coordination:  HASP | 0.20 |
| | | **Daily Total:** | **0.20** |
| anuary 30, 2004 | Robert Williams | Communication:  sampling plan revision | 0.50 |
| | | **Daily Total:** | **0.50** |
| | | **Grand Total:** | **7.80** |

# STOEL RIVES LLP
**ATTORNEYS AT LAW**

900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
Telephone (503) 224-3380
Fax (503) 220-2480
Billing Inquiries 1-800-305-8453

| | | | |
|---|---|---|---|
| 0019230 | CHL ADMINISTRATION, INC | INVOICE DATE | 02/19/04 |
| 00002 | ENVIRONMENTAL MATTERS | INVOICE NUMBER | 3031874 |
| | | | JMM |

Employer's Identification No. 93-0408771

| DATE | CURRENT SERVICES THROUGH 01/31/04 |
|---|---|
| 01/12/04 | Telephone call from Eric Roth at Maul Foster re industrial hygienist report |
| 01/13/04 | Telephone call from Eric Roth at Maul Foster re industrial hygienist report and re bonding requirements for monitoring well in public right-of-way |
| 01/13/04 | Review City of Portland's demand for bond for monitoring well; telephone call to Jim Maul re same |
| 01/15/04 | Telephone call to Jim Maul re additional historical information |
| 01/16/04 | Additional information from Richard Oliphant |
| 01/19/04 | E-mails re dry well locations |

**TOTAL CURRENT SERVICES**                                        **$368.50**

# STOEL RIVES LLP

ATTORNEYS AT LAW

900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
*Telephone* (503) 224-3380
*Fax* (503) 220-2480
*Billing Inquiries* 1-800-305-8453

| | | | |
|---|---|---|---|
| 0019230 | CHL ADMINISTRATION, INC | INVOICE DATE | 02/19/04 |
| 00002 | ENVIRONMENTAL MATTERS | INVOICE NUMBER | 3031874 |
| | | | JMM |

Employer's Identification No. 93-0408771

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 01/31/04

| DATE | ITEM | AMOUNT |
|---|---|---|
| 01/31/04 | Photocopies | 9.40 |
| | **TOTAL CURRENT CHARGES** | **$9.40** |

# STOEL RIVES LLP

**ATTORNEYS AT LAW**

900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
Telephone (503) 224-3380
Fax (503) 220-2480
Billing Inquiries 1-800-305-8453

0019230      CHL ADMINISTRATION, INC
00002        ENVIRONMENTAL MATTERS

INVOICE DATE      03/17/04
INVOICE NUMBER    3036443
                  JMM

Employer's Identification No. 93-0408771

| DATE | CURRENT SERVICES THROUGH 02/29/04 |
|------|-----------------------------------|
| 02/10/04 | Telephone call from Fred Trullinger re hiring certified industrial hygienist to meet DEQ's demands |
| 02/11/04 | Telephone call from Jim Maul re discovery of oil in subsurface |

**TOTAL CURRENT SERVICES**                    **$182.50**



STOEL
RIVES
LLP
ATTORNEYS AT LAW

.00 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
Telephone (503) 224-3380
Fax (503) 220-2480
Billing Inquiries 1-800-305-8453

0019230    **CHL ADMINISTRATION, INC**
00002      **ENVIRONMENTAL MATTERS**

INVOICE DATE       03/17/04
INVOICE NUMBER     3036443
                   JMM

Employer's Identification No. 93-0408771

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 02/29/04

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 02/23/04 | Photocopies | .30 |
| | **TOTAL CURRENT CHARGES** | **$0.30** |



# Invoice

Invoice Number:  6439
Invoice Date:  March 10, 2004

CHL Administration,  Inc.
PO Box 6029
Portland  OR 97228-6029

**Project: 8074.01.02**
**CHL Administration, Inc. - Remedial**
**Investigation / Feasibility Study**

Project Manager:  Eric A. Roth

Professional Services Through: 2/29/2004

Remedial Investigation / Feasibility Study

| | |
|---|---|
| **Professional Services** | **$27,892.00** |

| | |
|---|---|
| **Expenses** | **$3,917.50** |

| | |
|---|---|
| **Subcontractors** | **$58,349.28** |

| | |
|---|---|
| **Invoice Amount** | **$90,158.78** |

RECEIVED
STOEL RIVES LLP
By_____

**TERMS: Net 30**

## Aged Receivables

| Current | 31-60 Days | 61-90 Days | 91-120 Days | > 120 Days |
|---|---|---|---|---|
| $107,122.92 | $0.00 | $0.00 | $0.00 | $0.00 |

cc: Paul Logan

7223 NE Hazel Dell Avenue, Suite B  |  Vancouver, Washington 98665  |  phone 360.694.2691  |  fax 360.906.1958  |  TIN: 91-1730412



## *Task 01--Project Management*
### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Project Administrator | Ruth M. Bulwinkle | Produce Document | 2/2/2004 | 0.25 | 55.00 | 13. |
| Project Hydrogeologist | Eric A. Roth | Review Budget | 2/3/2004 | 0.25 | 100.00 | 25. |
| Administrative Assistant | Diana J. Cederstrom | Produce Document | 2/6/2004 | 0.25 | 55.00 | 13. |
| Principal Hydrogeologist | James J. Maul | Project Communications | 2/8/2004 | 2.00 | 150.00 | 300. |
| Principal Hydrogeologist | James J. Maul | Project Communications | 2/9/2004 | 1.00 | 150.00 | 150. |
| Administrative Assistant | Diana J. Cederstrom | Produce Document | 2/10/2004 | 0.25 | 55.00 | 13. |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/10/2004 | 2.50 | 100.00 | 250. |
| Principal Hydrogeologist | James J. Maul | Project Communications | 2/10/2004 | 4.00 | 150.00 | 600. |
| Project Hydrogeologist | Eric A. Roth | Attend Meeting | 2/11/2004 | 2.00 | 100.00 | 200. |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/11/2004 | 2.00 | 100.00 | 200. |
| Administrative Assistant | Jerusha D. Adams | Prepare Document | 2/11/2004 | 0.25 | 50.00 | 12. |
| Project Hydrogeologist | Eric A. Roth | Attend Meeting | 2/18/2004 | 2.00 | 100.00 | 200. |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/18/2004 | 2.00 | 100.00 | 200. |
| Administrative Assistant | Jerusha D. Adams | Produce Document | 2/18/2004 | 1.25 | 55.00 | 68.7 |
| Project Administrator | Kimberly M. Hatfield | Review Budget | 2/18/2004 | 2.00 | 74.00 | 148.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/19/2004 | 2.50 | 100.00 | 250.0 |
| Project Administrator | Kimberly M. Hatfield | Review Budget | 2/19/2004 | 1.00 | 74.00 | 74.0 |

Professional Services Total:   **$2,719.5**

### Expenses

| | Charg |
|---|---|
| Meals | 28.2 |
| Production Expense - comb binder | 11.4( |
| Production Expense - photocopies | 30.3( |
| Production Expense - specialty papers | .9( |
| Production Expense - tabs | 24.0( |

Expenses Total:   **$94.89**

Task 01 Total:   **$2,814.39**

## *Task 03--On-Site Investigation*
### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Staff Geologist | Alan R. Hughes | Mobilize/Demobilize | 2/2/2004 | 0.50 | 80.00 | 40.00 |
| Staff Geologist | Alan R. Hughes | Travel To/From Site | 2/2/2004 | 1.00 | 80.00 | 80.00 |
| Staff Geologist | Alan R. Hughes | Conduct Field Work | 2/2/2004 | 3.00 | 80.00 | 240.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/2/2004 | 1.50 | 100.00 | 150.00 |
| Environmental Technician | Russell G. Adams | Mobilize/Demobilize | 2/2/2004 | 0.50 | 68.00 | 34.00 |
| Environmental Technician | Russell G. Adams | Travel To/From Site | 2/2/2004 | 1.50 | 68.00 | 102.00 |
| Environmental Technician | Russell G. Adams | Conduct Field Work | 2/2/2004 | 3.00 | 68.00 | 204.00 |
| Staff Geologist | Anthony J. Silva | Mobilize/Demobilize | 2/2/2004 | 3.50 | 80.00 | 280.00 |
| Staff Geologist | Anthony J. Silva | Conduct Field Work | 2/2/2004 | 3.50 | 80.00 | 280.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/3/2004 | 1.50 | 100.00 | 150.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/4/2004 | 5.50 | 100.00 | 550.00 |
| Principal Hydrogeologist | James J. Maul | Coordinate Staff | 2/4/2004 | 1.00 | 150.00 | 150.00 |
| Staff Geologist | Anthony J. Silva | Complete Field Paperwork | 2/4/2004 | 2.00 | 80.00 | 160.00 |



## On-Site Investigation Continued...

| Title | Employee | Labor Code | Date | Hours | Rate | Amou |
|---|---|---|---|---|---|---|
| Staff Geologist | Anthony J. Silva | Observe Drilling | 2/4/2004 | 10.50 | 80.00 | 840. |
| Staff Geologist | Alan R. Hughes | Travel To/From Site | 2/5/2004 | 1.50 | 80.00 | 120. |
| Staff Geologist | Alan R. Hughes | Observe Drilling | 2/5/2004 | 8.00 | 80.00 | 640. |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/5/2004 | 1.50 | 100.00 | 150. |
| Project Administrator | Ruth M. Bulwinkle | Produce Document | 2/5/2004 | 2.00 | 55.00 | 110. |
| Staff Geologist | Anthony J. Silva | Observe Drilling | 2/5/2004 | 12.50 | 80.00 | 1,000. |
| Staff Geologist | Alan R. Hughes | Travel To/From Site | 2/6/2004 | 1.00 | 80.00 | 80. |
| Staff Geologist | Alan R. Hughes | Observe Drilling | 2/6/2004 | 8.00 | 80.00 | 640.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/6/2004 | 2.50 | 100.00 | 250.0 |
| Principal Hydrogeologist | James J. Maul | Coordinate Staff | 2/6/2004 | 3.00 | 150.00 | 450.0 |
| Staff Geologist | Anthony J. Silva | Observe Drilling | 2/6/2004 | 12.50 | 80.00 | 1,000.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/7/2004 | 6.00 | 100.00 | 600.0 |
| Staff Geologist | Anthony J. Silva | Observe Drilling | 2/7/2004 | 12.50 | 80.00 | 1,000.0 |
| Staff Geologist | Alan R. Hughes | Mobilize/Demobilize | 2/8/2004 | 0.50 | 80.00 | 40.0 |
| Staff Geologist | Anthony J. Silva | Observe Drilling | 2/8/2004 | 12.00 | 80.00 | 960.0 |
| Environmental Technician | Russell G. Adams | Prepare for Field Work | 2/9/2004 | 0.50 | 68.00 | 34.0 |
| Environmental Technician | Russell G. Adams | Prepare for Field Work | 2/9/2004 | 4.00 | 68.00 | 272.0 |
| Environmental Technician | Russell G. Adams | Prepare for Field Work | 2/9/2004 | 1.00 | 68.00 | 68.0 |
| Staff Geologist | Anthony J. Silva | Complete Field Paperwork | 2/9/2004 | 1.00 | 80.00 | 80.0 |
| Staff Geologist | Anthony J. Silva | Observe Drilling | 2/9/2004 | 12.00 | 80.00 | 960.0 |
| Staff Geologist | Anthony J. Silva | Observe Drilling | 2/10/2004 | 12.50 | 80.00 | 1,000.0 |
| Staff Geologist | Anthony J. Silva | Mobilize/Demobilize | 2/11/2004 | 2.00 | 80.00 | 160.0 |
| Staff Geologist | Anthony J. Silva | Observe Drilling | 2/11/2004 | 9.00 | 80.00 | 720.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/12/2004 | 2.50 | 100.00 | 250.0 |
| Project Administrator | Ruth M. Bulwinkle | Produce Document | 2/12/2004 | 1.00 | 55.00 | 55.0 |
| Staff Geologist | Anthony J. Silva | Complete Field Paperwork | 2/12/2004 | 7.50 | 80.00 | 600.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/13/2004 | 0.50 | 100.00 | 50.0 |
| Staff Geologist | Anthony J. Silva | Complete Field Paperwork | 2/16/2004 | 7.00 | 80.00 | 560.0 |
| Staff Geologist | Alan R. Hughes | Prepare Table(s) | 2/17/2004 | 0.50 | 80.00 | 40.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/17/2004 | 2.50 | 100.00 | 250.0 |
| Environmental Technician | Russell G. Adams | Complete Field Paperwork | 2/17/2004 | 0.50 | 68.00 | 34.00 |
| Staff Geologist | Anthony J. Silva | Complete Field Paperwork | 2/17/2004 | 3.00 | 80.00 | 240.00 |
| Staff Geologist | Anthony J. Silva | Prepare Geologic Logs | 2/17/2004 | 4.50 | 80.00 | 360.00 |
| Principal Hydrogeologist | James J. Maul | Project Communications | 2/18/2004 | 6.00 | 150.00 | 900.00 |
| Environmental Technician | Russell G. Adams | Complete Field Paperwork | 2/18/2004 | 3.00 | 68.00 | 204.00 |
| Staff Geologist | Anthony J. Silva | Prepare Geologic Logs | 2/18/2004 | 4.50 | 80.00 | 360.00 |
| Principal Engineer | David R. Gorman | Communications with Staff | 2/19/2004 | 0.50 | 125.00 | 62.50 |
| Principal Hydrogeologist | James J. Maul | Project Communications | 2/19/2004 | 1.00 | 150.00 | 150.00 |
| Staff Geologist | Anthony J. Silva | Prepare for Field Work | 2/19/2004 | 3.00 | 80.00 | 240.00 |
| Staff Geologist | Anthony J. Silva | Prepare Geologic Logs | 2/19/2004 | 3.50 | 80.00 | 280.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/20/2004 | 0.50 | 100.00 | 50.00 |
| Staff Geologist | Anthony J. Silva | Prepare Geologic Logs | 2/20/2004 | 6.00 | 80.00 | 480.00 |
| Staff Geologist | Anthony J. Silva | Prepare Geologic Logs | 2/23/2004 | 8.00 | 80.00 | 640.00 |
| Staff Geologist | Alan R. Hughes | Prepare for Field Work | 2/24/2004 | 0.50 | 80.00 | 40.00 |
| Staff Geologist | Anthony J. Silva | Prepare for Field Work | 2/24/2004 | 1.00 | 80.00 | 80.00 |
| Staff Geologist | Anthony J. Silva | Prepare Geologic Logs | 2/24/2004 | 3.00 | 80.00 | 240.00 |
| Staff Geologist | Alan R. Hughes | Travel To/From Site | 2/25/2004 | 1.50 | 80.00 | 120.00 |
| Staff Geologist | Alan R. Hughes | Conduct Soil Sampling | 2/25/2004 | 7.00 | 80.00 | 560.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/25/2004 | 1.00 | 100.00 | 100.00 |
| Staff Geologist | Anthony J. Silva | Conduct Soil Sampling | 2/25/2004 | 10.50 | 80.00 | 840.00 |

Project: 8074.01.02              ( Invoice Number: 6439              (



March 10, 2004                          Page 4 of 6

## *On-Site Investigation Continued...*

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Staff Geologist | Anthony Bharwada | Complete Field Paperwork | 2/26/2004 | 2.25 | 75.00 | 168.7 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/26/2004 | 0.50 | 100.00 | 50.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/26/2004 | 3.00 | 100.00 | 300.0 |
| Staff Geologist | Anthony J. Silva | File Maintenance | 2/26/2004 | 2.00 | 80.00 | 160.0 |
| Staff Geologist | Anthony J. Silva | Complete Field Paperwork | 2/26/2004 | 3.00 | 80.00 | 240.0 |
| Staff Geologist | Anthony J. Silva | Prepare Geologic Logs | 2/26/2004 | 2.50 | 80.00 | 200.0 |
| Staff Geologist | Anthony J. Silva | Prepare Table(s) | 2/26/2004 | 2.00 | 80.00 | 160.0 |
| Staff Geologist | Anthony Bharwada | Complete Field Paperwork | 2/27/2004 | 3.00 | 75.00 | 225.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/27/2004 | 1.50 | 100.00 | 150.0 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/27/2004 | 2.00 | 100.00 | 200.0 |
| Staff Geologist | Anthony J. Silva | Prepare Geologic Logs | 2/27/2004 | 6.00 | 80.00 | 480.0 |

*Professional Services Total:*   $23,713.2

| Subcontractors | Date | Charge |
|---|---|---|
| Boart Longyear Company | 2/16/2004 | 48,002.7 |
| Ashland Brothers Concrete Sawing | 2/29/2004 | 902.7 |

*Subcontractors Total:*   $48,905.4

| Expenses | Charge |
|---|---|
| Bailer bottom emptying device(s) | 1.5 |
| Bailer(s) (disposable) | 18.0 |
| Bucket w/ lid, 5-gallon | 20.0 |
| Decontamination Kit | 90.0 |
| Hand Tools | 2.5 |
| Distilled water | 14.0 |
| Perisaltic pump (large) | 50.0 |
| PID meter | 500.0 |
| Radio Phone | 60.0 |
| Water level probe | 70.0 |
| Field supplies | 16.76 |
| Fuel for rental vehicle | 60.81 |
| Meals | 88.77 |
| Mileage expense | 108.00 |
| Peristaltic pump tubing (1/2" x 3/8") | 10.00 |
| Peristaltic pump tubing (7/8 x 1/2"") | 27.00 |
| Safety (level D PPE) | 400.00 |
| Vehicle Rental | 416.99 |
| PID meter | 500.00 |

*Expenses Total:*   $2,454.33

*Task 03 Total:*   $75,073.06

## *Task 04--Install Off-Site Groundwater Monitoring Wells*
### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/11/2004 | 0.50 | 100.00 | 50.00 |


MAUL
FOSTER
ALONGI

## Install Off-Site Groundwater Monitoring Wells Continued...

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|-------|----------|------------|------|-------|------|--------|
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/18/2004 | 0.50 | 100.00 | 50.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/26/2004 | 0.50 | 100.00 | 50.00 |
| Project Administrator | Ruth M. Bulwinkle | Produce Document | 2/26/2004 | 0.50 | 55.00 | 27.50 |
| Project Administrator | Ruth M. Bulwinkle | Produce Document | 2/27/2004 | 0.25 | 55.00 | 13.75 |

Professional Services Total: **$191.25**

Task 04 Total: **$191.25**

## Task 05--Groundwater Monitoring

### Professional Services

| Title | Employee | Labor Code | Date | Hours | Rate | Amount |
|-------|----------|------------|------|-------|------|--------|
| CAD Drafter | Jamie L. Ness | Computer Aided Design & Drafting (CADD) | 2/4/2004 | 1.50 | 72.00 | 108.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/11/2004 | 1.50 | 100.00 | 150.00 |
| Environmental Technician | Russell G. Adams | Prepare for Field Work | 2/16/2004 | 0.50 | 68.00 | 34.00 |
| Environmental Technician | Russell G. Adams | Travel To/From Site | 2/17/2004 | 1.00 | 68.00 | 68.00 |
| Environmental Technician | Russell G. Adams | Measure Water Levels | 2/17/2004 | 1.00 | 68.00 | 68.00 |
| Project Hydrogeologist | Eric A. Roth | Project Communications | 2/18/2004 | 1.50 | 100.00 | 150.00 |
| Environmental Technician | Russell G. Adams | Complete Field Paperwork | 2/18/2004 | 0.50 | 68.00 | 34.00 |
| Project Environmental Scientist | Andrew J. Riddell | Prepare Report | 2/24/2004 | 2.00 | 82.00 | 164.00 |
| Project Environmental Scientist | Andrew J. Riddell | Review Data | 2/24/2004 | 1.00 | 82.00 | 82.00 |
| Project Environmental Scientist | Andrew J. Riddell | Prepare Table(s) | 2/26/2004 | 2.00 | 82.00 | 164.00 |
| Project Environmental Scientist | Andrew J. Riddell | Import Data | 2/26/2004 | 1.00 | 82.00 | 82.00 |
| Project Environmental Scientist | Andrew J. Riddell | Update Database | 2/26/2004 | 2.00 | 82.00 | 164.00 |

Professional Services Total: **$1,268.00**

### Subcontractors

| | Date | Charge |
|-|------|--------|
| Specialty Analytical | 2/11/2004 | 9,443.80 |

Subcontractors Total: **$9,443.80**

### Expenses

| | Charge |
|-|--------|
| Bailer bottom emptying device(s) | 10.50 |
| Bailer(s) (disposable) | 126.00 |
| CADD/Modeling | 30.00 |
| Combination pH/tem/conductance meter | 100.00 |
| Decontamination Kit | 20.00 |
| Generator/Inverter | 120.00 |
| Distilled water | 21.00 |
| Mega Monsoon Pump w/ Controller | 130.00 |
| Perisaltic pump (large) | 100.00 |
| Radio Phone | 30.00 |
| Turbidity meter | 60.00 |
| Water level probe | 105.00 |
| Field supplies | 34.98 |
| Color high resolution paper plots - 11 x 17 | 15.60 |
| Production Expense - photocopies | 3.20 |
| Peristaltic pump tubing (1/2" x 3/8") | 240.00 |



Project: 8074.01.02 | Invoice Number: 6439

March 10, 2004                    Page 6 of 6

### Groundwater Monitoring Continued...

| Expenses | Charge |
|---|---|
| Peristaltic pump tubing (7/8 x 1/2"") | 72.0( |
| Van usage | 150.0( |
| Expenses Total: | $1,368.2( |
| Task 05 Total: | $12,080.0( |

**Total Invoice Amount**                              **$90,158.78**

7223 NE Hazel Dell Avenue, Suite B | Vancouver, Washington 98665 | PHONE 360.694.2691 | FAX 360.906.1958 | TIN: 91-1730412