

**STOEL RIVES LLP**

ATTORNEYS AT LAW



900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
*Telephone* (503) 224-3380
*Fax* (503) 220-2480
*Billing Inquiries* 1-800-305-8453

0019230        CHL ADMINISTRATION, INC
00002          ENVIRONMENTAL MATTERS

INVOICE DATE        01/20/04
INVOICE NUMBER      3025206
                    JMM

Employer's Identification No. 93-0408771

| DATE | CURRENT SERVICES THROUGH 12/31/03 |
|------|-----------------------------------|
| 12/11/03 | Review work plan comments from DEQ; voice mail to Jim Maul re same |
| 12/12/03 | Telephone call from Jim Maul re response to DEQ comments on work plan; legal research DEQ jurisdiction over indoor conditions; telephone call to Fred Trullinger re same |
| 12/15/03 | Work on Oregon OSHA issue involving indoor air quality issues raised by DEQ |
| 12/18/03 | Research DEQ authority to demand cleanup of alleged indoor contamination not released to the environment; research case law on whether indoor air contamination is a threatened release if such air could escape building |
| 12/18/03 | Legal research scope of DEQ authority |
| 12/19/03 | Office conference re researching workplace certified industrial hygenist |
| *12/19/03 | Review client files to locate report submitted by Certified Industrial Hygienist; meet with attorney to refine search criteria |
| 12/22/03 | Legal research and analyze Oregon waste pesticide rule as it will apply to investigation derived waste; draft IDW section of SAP in response to DEQ demands |
| *12/23/03 | Continue review of client files to obtain copy of Certified Environmental Hygienist Report to provide to attorney for review; flag draft version of report |
| 12/29/03 | Office conference re results of file research on reports from certified industrial hygienists on indoor air quality at the NE Killingsworth site; review materials |
| *12/29/03 | Meet with attorney and provide file copy of Certified Industrial Hygienist draft report for review |
| 12/30/03 | Review files for Kennedy/Jenks industrial hygiene survey report; telephone call to Jim Maul at Maul, Foster & Alongi re same; e-mail to Ali Clary at Maul, Foster & Alongi re same |
| 12/31/03 | Telephone call to Maul, Foster & Alongi re correspondence on pending RI work |

**TOTAL CURRENT SERVICES**                           **$3,200.50**

\* NON-ATTORNEY TIME



# STOEL RIVES LLP

### ATTORNEYS AT LAW

900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
*Telephone* (503) 224-3380
*Fax* (503) 220-2480
*Billing Inquiries* 1-800-305-8453

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

| | |
|---|---|
| INVOICE DATE | 01/20/04 |
| INVOICE NUMBER | 3025206 |
| | JMM |

Employer's Identification No. 93-0408771

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 12/31/03

| DATE | ITEM | AMOUNT |
|---|---|---|
| 12/31/03 | Photocopies | .10 |
| | **TOTAL CURRENT CHARGES** | **$0.10** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    10/17/90
INVOICE NUMBER   570057
                 JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

## STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  09/30/90

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $        125.50

Disbursements and Other Charges                        (7.20)

**TOTAL BALANCE DUE**                             $        118.30

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE    10/17/90
00002    ENVIRONMENTAL MATTERS                      INVOICE NUMBER    570057
                                                                      JMM

**DATE**          **CURRENT SERVICES THROUGH 09/30/90**

09/07/90 REVIEW AGREEMENT CONCERNING DISBURSEMENT OF
         FUNDS
09/14/90 TELEPHONE CALL FROM MR. WILLIAMS RE DEQ
         VOLUNTARY SITE INITIATIVE

   **TOTAL CURRENT SERVICES**                              **125.50**

**STOEL RIVES LLP**
**ATTORNEYS**
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                 INVOICE DATE    10/17/90
00002    ENVIRONMENTAL MATTERS                    INVOICE NUMBER    570057
                                                                  JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 09/30/90

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 09/27/90 | Photocopies | -7.20 |
| | **TOTAL CURRENT CHARGES** | -7.20 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC                    INVOICE DATE   11/15/90
SUSAN MONTI, SECRETARY                     INVOICE NUMBER   619411
PO BOX 6029                                           JMM
PORTLAND, OR  97228-6029


0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

## STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  10/31/90

Current Activity:

Fees For Professional Services
(See attached for Detail)              $        486.50

Disbursements and Other Charges                 12.20

**TOTAL BALANCE DUE**                           $       498.70


STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

# STOEL RIVES LLP
## ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE   11/15/90
INVOICE NUMBER   619411
JMM

| DATE | CURRENT SERVICES THROUGH 10/31/90 |
|---|---|
| 10/04/90 | TELEPHONE CALL FROM MR. TRULLINGER REGARDING POSSIBILITY OF DEQ ASSURANCE FOR PROSPECTIVE BUYER |
| 10/18/90 | REVIEW HART & CROWSER AND RIEDEL REPORTS; TELEPHONE CALL TO MR. WESTENDORF RE CLAIM |
| 10/22/90 | TELEPHONE CALL FROM MR. MAYO REGARDING SUPPLEMENTAL DISTRIBUTION OF FIFRA REGISTERED PRODUCT; DRAFT SUPPLEMENTAL DISTRIBUTION AGREEMENT |
| 10/24/90 | TELEPHONE CALL TO MR. WESTENDORF RE HART-CROWSER STUDY |
| 10/25/90 | TELEPHONE CALL TO MR. WESTENDORF; SEND COPIES OF REPORTS TO MR. WESTENDORF |

**TOTAL CURRENT SERVICES**                                     486.50

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    11/15/90
INVOICE NUMBER    619411
                 JMM

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 10/31/90

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 10/31/90 | Photocopies | 4.20 |
| 10/25/90 | Telecopier/Telex | 8.00 |
| | TOTAL CURRENT CHARGES | 12.20 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    03/18/91
INVOICE NUMBER    737999
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

## STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  02/28/91

Current Activity:

| | | |
|---|---|---|
| Fees For Professional Services (See attached for Detail) | $ | 77.50 |
| Disbursements and Other Charges | | 56.28 |
| **TOTAL BALANCE DUE** | $ | 133.78 |

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.   A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE   03/18/91
INVOICE NUMBER   737999
JMM

DATE           CURRENT SERVICES THROUGH 02/28/91

02/13/91  TELEPHONE CALL TO MR. WILLIAMS REGARDING RADIAN
          PLANT INSPECTION

02/20/91  TELEPHONE CALL FROM MR. WILLIAMS REGARDING
          RADIAN INSPECTION
02/22/91  REVIEW MEMORANDUM FROM MR. WILLIAMS ON RADIAN
          PLANT VISIT

TOTAL CURRENT SERVICES                              77.50

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

| | |
|---|---|
| INVOICE DATE | 03/18/91 |
| INVOICE NUMBER | 737999 |
| | JMM |

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 02/28/91**

| DATE | ITEM | AMOUNT |
|---|---|---|
| 02/25/91 | Photocopies | 119.20 |
| 02/06/91 | Long Distance Service | 3.08 |
| 02/28/91 | - PAYMENT OF PHOTOCOPY CHARGES FROM SEIBELS, BRUCE & CO | -66.00 |
| | **TOTAL CURRENT CHARGES** | **56.28** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR 97228-6029

INVOICE DATE   04/18/91
INVOICE NUMBER   747162
JMM

0019230   CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   03/31/91**

Current Activity:

**Fees For Professional Services**
**(See attached for Detail)**                $       325.00

Disbursements and Other Charges                8.80

**TOTAL BALANCE DUE**                                $       333.80

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    04/18/91
INVOICE NUMBER   747162
                JMM

**DATE**        **CURRENT SERVICES THROUGH 03/31/91**

03/04/91  REVIEW LETTER FROM DEQ REGARDING PRELIMINARY
          ASSESSMENT; TELEPHONE CALL TO MR. WILLIAMS
          REGARDING SAME
03/05/91  REVIEW AND REVISE MR. WILLIAMS' DRAFT LETTER TO
          DEQ
03/26/91  TELEPHONE CALL FROM MR. WILLIAMS REGARDING DEQ
          PRELIMINARY ASSESSMENT
03/30/91  LETTER TO MR. WILLIAMS REGARDING DEQ OVERSIGHT
          PROPOSAL

**TOTAL CURRENT SERVICES**                          325.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    04/18/91
INVOICE NUMBER    747162
JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 03/31/91

| DATE | ITEM | AMOUNT |
|---|---|---|
| 03/31/91 | Photocopies | 4.80 |
| 03/05/91 | Telecopier/Telex | 4.00 |
| | TOTAL CURRENT CHARGES | 8.80 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    05/14/91
INVOICE NUMBER    794368
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  04/30/91**

Current Activity:

Fees For Professional Services
(See attached for Detail)            $       390.50

**TOTAL BALANCE DUE**                                $     390.50

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

**STOEL RIVES LLP**
**ATTORNEYS**
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

| | |
|---|---|
| INVOICE DATE | 05/14/91 |
| INVOICE NUMBER | 794368 |
| | JMM |

**DATE**        **CURRENT SERVICES THROUGH 04/30/91**

04/01/91 REVIEW MEMORANDUM FROM MR. WILLIAMS; FINALIZE
         LETTER FROM MR. WILLIAMS REGARDING VOLUNTARY
         CLEANUP PROPOSAL
04/15/91 REVIEW PRELIMINARY ASSESSMENT SUPPLEMENT
         PREPARED BY MR. WILLIAMS; TELEPHONE CONFERENCE
         WITH MR. WILLIAMS REGARDING SAME


**TOTAL CURRENT SERVICES**                                    390.50

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    06/19/91
INVOICE NUMBER    829528
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   05/31/91**

Current Activity:

| | | |
|---|---|---|
| Fees For Professional Services (See attached for Detail) | $ | 185.00 |
| Disbursements and Other Charges | | 16.29 |
| **TOTAL BALANCE DUE** | $ | 201.29 |

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                    INVOICE DATE   06/19/91
00002    ENVIRONMENTAL MATTERS                      INVOICE NUMBER    829528
                                                                    JMM


**DATE**          **CURRENT SERVICES THROUGH 05/31/91**

05/28/91  LEGAL RESEARCH REGARDING NOTICE OF TAX
          ASSESSMENT AND PENALTIES FOR DISPOSAL OF
          HAZARDOUS WASTE IN CALIFORNIA; TELEPHONE CALL
          TO MR. WILLIAMS REGARDING CALIFORNIA TAX LAW
          REQUIRING NOTICE OF ASSESSMENT
05/28/91  TELEPHONE CALL TO MR. WILLIAMS REGARDING
          CALIFORNIA HAZARDOUS WASTE FEES
05/29/91  DRAFT LETTER TO BOARD OF EQUALIZATION REGARDING
          TAX ASSESSMENT FOR WASTE DISPOSAL

   **TOTAL CURRENT SERVICES**                               185.00

**STOEL RIVES LLP**
**ATTORNEYS**
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

| | |
|---|---|
| INVOICE DATE | 06/19/91 |
| INVOICE NUMBER | 829528 |
| | JMM |

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 05/31/91**

| DATE | ITEM | AMOUNT |
|---|---|---|
| 05/31/91 | Photocopies | 1.00 |
| 05/29/91 | Long Distance Service | 1.29 |
| 05/29/91 | Telecopier/Telex | 14.00 |
| | **TOTAL CURRENT CHARGES** | **16.29** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC                    INVOICE DATE   09/17/91
SUSAN MONTI, SECRETARY                     INVOICE NUMBER   923561
PO BOX 6029                                             JMM
PORTLAND, OR   97228-6029

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   08/31/91**

Current Activity:

Fees For Professional Services
(See attached for Detail)              $        33.00

**TOTAL BALANCE DUE**                          $        33.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.   A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    09/17/91
INVOICE NUMBER    923561
JMM

DATE            CURRENT SERVICES THROUGH 08/31/91

08/02/91 TELEPHONE CALL FROM MR. WILLIAMS REGARDING
         GROUND WATER MONITORING RESULTS

  TOTAL CURRENT SERVICES                              33.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    12/13/91
INVOICE NUMBER    1021063
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  11/30/91**

Current Activity:

Fees For Professional Services
(See attached for Detail)              $      145.00

**TOTAL BALANCE DUE**                           $      145.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230  CHL ADMINISTRATION, INC
)0002    ENVIRONMENTAL MATTERS

INVOICE DATE    12/13/91
INVOICE NUMBER   1021063
               JMM

**DATE**        **CURRENT SERVICES THROUGH 11/30/91**

11/25/91  REVIEW CORRESPONDENCE REGARDING IDAHO SITE;
          REVIEW AND REVISE DRAFT LETTER IN RESPONSE TO
          SAME; TELEPHONE CALL TO MR. WILLIAMS REGARDING
          SAME
11/26/91  REVIEW REPORT OF KEROSENE RELEASE

   **TOTAL CURRENT SERVICES**                          **145.00**

**STOEL RIVES LLP**
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

| | |
|---|---|
| INVOICE DATE | 01/17/92 |
| INVOICE NUMBER | 1059405 |
| | JMM |

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  12/31/91**

Current Activity:

Fees For Professional Services
(See attached for Detail)              $      57.00

**TOTAL BALANCE DUE**                      $      57.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    01/17/92
INVOICE NUMBER   1059405
JMM

**DATE**        **CURRENT SERVICES THROUGH 12/31/91**

12/02/91 TELEPHONE CALL FROM MR. WILLIAMS REGARDING
         KEROSENE RELEASE REPORT


**TOTAL CURRENT SERVICES**                             57.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    04/16/92
INVOICE NUMBER    1161208
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  03/31/92**

Current Activity:

**Fees For Professional Services**
**(See attached for Detail)**                    $        0.00

**Disbursements and Other Charges**                       2.20

**TOTAL BALANCE DUE**                              $        2.20

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE      04/16/92
INVOICE NUMBER     1161208
                   JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 03/31/92

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 03/31/92 | Photocopies | 2.20 |
| | TOTAL CURRENT CHARGES | 2.20 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC                    INVOICE DATE    05/19/92
SUSAN MONTI, SECRETARY                     INVOICE NUMBER  1227633
PO BOX 6029                                              JMM
PORTLAND, OR  97228-6029


0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  04/30/92**

Current Activity:

**Fees For Professional Services**
**(See attached for Detail)**              $        0.00

Disbursements and Other Charges                    1.20

**TOTAL BALANCE DUE**                            $       1.20


STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    05/19/92
INVOICE NUMBER   1227633
                JMM

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 04/30/92

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 04/27/92 | Photocopies | 1.20 |
| | **TOTAL CURRENT CHARGES** | 1.20 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    06/17/92
INVOICE NUMBER    1261181
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   05/31/92**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $        138.00

Disbursements and Other Charges                        5.80

**TOTAL BALANCE DUE**                         $       143.80

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE   06/17/92
INVOICE NUMBER  1261181
               JMM

**DATE**        **CURRENT SERVICES THROUGH 05/31/92**

05/11/92  TELEPHONE CALL FROM MR. WILLIAMS REGARDING DEQ
          REQUEST FOR INFORMATION; REVIEW DEQ LETTER
          REGARDING SAME
05/13/92  TELEPHONE CALL TO CLIENT RE INTERVIEWS WITH
          LILLY EMPLOYEES; OFFICE CONFERENCE RE SAME
05/13/92  TELEPHONE CALL FROM MR. WILLIAMS REGARDING SITE
          ASSESSMENT ISSUES AND RESPONSE TO DEQ REQUEST
          FOR ADDITIONAL INFORMATION

**TOTAL CURRENT SERVICES**                           138.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    06/17/92
INVOICE NUMBER  1261181
                JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 05/31/92

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 05/31/92 | Photocopies | 5.80 |
| | TOTAL CURRENT CHARGES | 5.80 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    07/21/92
INVOICE NUMBER    1296691
JMM

)019230   CHL ADMINISTRATION, INC
)0002    ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   06/30/92**

Current Activity:

Fees For Professional Services
(See attached for Detail)                 $          0.00

Disbursements and Other Charges                      2.00

**TOTAL BALANCE DUE**                          $        2.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    07/21/92
INVOICE NUMBER    1296691
JMM

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 06/30/92**

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 06/30/92 | Photocopies | 2.00 |
| | **TOTAL CURRENT CHARGES** | 2.00 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE   08/18/92
INVOICE NUMBER   1330339
JMM

0019230   CHL ADMINISTRATION, INC
0002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   07/31/92**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $        52.00

Disbursements and Other Charges                       0.40

**TOTAL BALANCE DUE**                          $        52.40

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.   A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    08/18/92
INVOICE NUMBER  1330339
                JMM

**DATE**        **CURRENT SERVICES THROUGH 07/31/92**

07/31/92 TELEPHONE CALL FROM MR. WILLIAMS REGARDING SOIL
         SAMPLING

                                                          52.00
    **TOTAL CURRENT SERVICES**

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230 CHL ADMINISTRATION, INC
)0002   ENVIRONMENTAL MATTERS

INVOICE DATE   08/18/92
INVOICE NUMBER   1330339
JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 07/31/92

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 07/20/92 | Photocopies | .40 |
| | TOTAL CURRENT CHARGES | .40 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    09/18/92
INVOICE NUMBER    1367436
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   08/31/92**

Current Activity:

Fees For Professional Services
(See attached for Detail)                $       470.00

**TOTAL BALANCE DUE**                          $       470.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    09/18/92
INVOICE NUMBER   1367436
JMM

**DATE**         **CURRENT SERVICES THROUGH 08/31/92**

08/03/92  LETTER FROM MR. WILLIAMS REGARDING SOIL
          EXCAVATION
08/17/92  CONFERENCE WITH MSSRS. GRIFFITH, WILLIAMS AND
          TRULLINGER REGARDING RESULTS OF RECENT
          INVESTIGATION; INSPECT AREAS OF PLANT SITE
          RELATED TO SAME

   **TOTAL CURRENT SERVICES**                           470.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE   10/19/92
INVOICE NUMBER   1402827
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   09/30/92**

Current Activity:

Fees For Professional Services
(See attached for Detail)                      $        85.00

Disbursements and Other Charges                         5.40

**TOTAL BALANCE DUE**                            $        90.40

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE   10/19/92
INVOICE NUMBER   1402827
JMM

| DATE | CURRENT SERVICES THROUGH 09/30/92 |
|------|-----------------------------------|
| 09/24/92 | REVIEW PROPOSED SEDIMENT SAMPLING PLAN; TELEPHONE CALL TO MR. WILLIAMS REGARDING SAME |

**TOTAL CURRENT SERVICES**                                            85.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC                          INVOICE DATE    10/19/92
00002    ENVIRONMENTAL MATTERS                            INVOICE NUMBER   1402827
                                                                          JMM

### CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 09/30/92

| DATE | ITEM | AMOUNT |
|------|------|-------:|
| 09/30/92 | Photocopies | 1.40 |
| 09/24/92 | Telecopier/Telex | 4.00 |
| | **TOTAL CURRENT CHARGES** | **5.40** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    01/20/93
INVOICE NUMBER    1486773
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   12/31/92**

Current Activity:

Fees For Professional Services
(See attached for Detail)                  $        91.00

Disbursements and Other Charges                    10.60

**TOTAL BALANCE DUE**                       $        101.60

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE   01/20/93
INVOICE NUMBER   1486773
JMM

| DATE | CURRENT SERVICES THROUGH 12/31/92 |
|---|---|
| 12/02/92 | TELEPHONE CALL TO MR. ANDERSON RE STATUS; OFFICE CONFERENCE RE SAME |
| 12/23/92 | REVIEW LETTER TO MR. KAPLAN RE TECHNICAL MEETING; CONFERENCE WITH MR. KAPLAN |

**TOTAL CURRENT SERVICES**                                        91.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230 CHL ADMINISTRATION, INC
)0002   ENVIRONMENTAL MATTERS

INVOICE DATE    01/20/93
INVOICE NUMBER   1486773
                JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 12/31/92

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 12/22/92 | Photocopies | 10.60 |
| | **TOTAL CURRENT CHARGES** | **10.60** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE    02/22/93
INVOICE NUMBER    1552099
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   01/31/93**

Current Activity:

Fees For Professional Services
(See attached for Detail)                    $        666.00

Disbursements and Other Charges                       0.20

**TOTAL BALANCE DUE**                              $        666.20

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230  CHL ADMINISTRATION, INC
)0002    ENVIRONMENTAL MATTERS

INVOICE DATE    02/22/93
INVOICE NUMBER   1552099
JMM

DATE    .    CURRENT SERVICES THROUGH 01/31/93

01/11/93  TELEPHONE CALL TO BLAIR LOFTIS AT HAI RE STATUS
          OF INVESTIGATION OF "VAT" AT MAIN OFFICE ANNEX
01/11/93  CONFERENCE WITH MANAGEMENT RE LONG-TERM
          STRATEGIES FOR ADDRESSING CONDITIONS AT
          PORTLAND PLANT


TOTAL CURRENT SERVICES                                  666.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE      02/22/93
INVOICE NUMBER    1552099
                  JMM

CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 01/31/93

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 01/25/93 | Photocopies | .20 |
| | TOTAL CURRENT CHARGES | .20 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    03/18/93
INVOICE NUMBER    1589771
JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH  02/28/93**

Current Activity:

Fees For Professional Services          $       165.00
(See attached for Detail)

Disbursements and Other Charges                 4.00

**TOTAL BALANCE DUE**                                   $       169.00

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC          INVOICE DATE   03/18/93
00002   ENVIRONMENTAL MATTERS            INVOICE NUMBER   1589771
                                                          JMM


DATE         CURRENT SERVICES THROUGH 02/28/93

02/11/93 REVIEW ENVIRONMENTAL POLICY; LETTER TO MR.
         WILLIAMS RE SAME
02/14/93 COMPLETE LETTER TO MR. WILLIAMS RE CORPORATE
         ENVIRONMENTAL POLICY

   TOTAL CURRENT SERVICES                          165.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE      03/18/93
INVOICE NUMBER    1589771
                  JMM

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 02/28/93**

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 02/28/93 | Photocopies | 4.00 |
| | **TOTAL CURRENT CHARGES** | 4.00 |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR   97228-6029

INVOICE DATE     04/20/93
INVOICE NUMBER     1667038
JMM

0019230    CHL ADMINISTRATION, INC
00002      ENVIRONMENTAL MATTERS

## STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   03/31/93

Current Activity:

Fees For Professional Services
(See attached for Detail)                  $     1815.00

Disbursements and Other Charges                195.72

**TOTAL BALANCE DUE**                            $     2010.72

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

)019230  CHL ADMINISTRATION, INC
)0002    ENVIRONMENTAL MATTERS

INVOICE DATE    04/20/93
INVOICE NUMBER   1667038
JMM

**DATE**        **CURRENT SERVICES THROUGH 03/31/93**

03/22/93  TELEPHONE CALL FROM MR. WILLIAMS RE FORMULATION
          BY ORCO; ANALYZE LIABILITY RISKS; BEGIN
          DRAFTING MEMORANDUM RE SAME; OFFICE CONFERENCE
          RE LEGAL RESEARCH
03/22/93  OFFICE CONFERENCE RE ORCO MATTER; ANALYZE
          ISSUES RE POTENTIAL LIABILITY AT ORCO FACILITY
03/23/93  RESEARCH RE POTENTIAL LIABILITY UNDER CERCLA
          AND COMMON LAW FOR DEALINGS WITH ORCO;
          TELEPHONE CALL TO MR. WILLIAMS AND DRAFT
          MEMORANDUM RE SAME
03/23/93  OFFICE CONFERENCE REGARDING OSHA ISSUES
03/23/93  TELEPHONE CALL FROM MR. WILLIAMS RE ORCO MATTER
03/23/93  REVIEW DRAFT ANSWER TO COMPLAINT

03/24/93  RESEARCH RE POTENTIAL LIABLIITY AT ORCO SITE ON
          ULTRAHAZARDOUS LIABILITY, NEGLIGENT ENTRUSTMENT
          THEORIES; DRAFT MEMORANDUM RE COMMON LAW
          LIABILITY
03/25/93  RESEARCH RE POTENTIAL LIABLIITY TO ORCO
          EMPLOYEES; DRAFT MEMORANDUM RE CLEANUP OF ORCO
          FACILITY
03/25/93  REVIEW LEGAL ANALYSIS RE ISSUES RAISED BY ORCO
          FORMULATION
03/26/93  FINALIZE MEMORANDUM ON USE OF CONTRACT
          FORMULATOR
03/26/93  TELEPHONE CALL FROM MR. WILLIAMS RE MINIMIZING
          LIABILITY RISK ASSOCIATED WITH ORCO CONTRACT

**TOTAL CURRENT SERVICES**                              1815.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230  CHL ADMINISTRATION, INC
00002    ENVIRONMENTAL MATTERS

INVOICE DATE    04/20/93
INVOICE NUMBER   1667038
                 JMM

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 03/31/93**

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 03/27/93 | Photocopies | 6.00 |
| 03/22/93 | Telecopier/Telex | 3.00 |
| 03/23/93 | Computerized Research - Other | 47.73 |
| 03/24/93 | Computerized Research - Other | 138.99 |
| | **TOTAL CURRENT CHARGES** | **195.72** |

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

CHL ADMINISTRATION, INC
SUSAN MONTI, SECRETARY
PO BOX 6029
PORTLAND, OR  97228-6029

INVOICE DATE    07/20/93
INVOICE NUMBER    1787505
                 JMM

0019230   CHL ADMINISTRATION, INC
00002     ENVIRONMENTAL MATTERS

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH   06/30/93**

Current Activity:

| | | |
|---|---|---|
| Fees For Professional Services (See attached for Detail) | $ | 830.00 |
| Disbursements and Other Charges | | 9.57 |
| **TOTAL BALANCE DUE** | $ | 839.57 |

STATEMENTS ARE DUE WITHIN 30 DAYS AFTER THE INVOICE DATE PRINTED ON THE STATEMENT.  A MONTHLY LATE FEE EQUAL TO 9 PERCENT PER
ANNUM, COMMENCING ON THE DUE DATE, WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN 60 DAYS AFTER THE INVOICE DATE.

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR  97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE    07/20/93
INVOICE NUMBER  1787505
                JMM

| DATE | CURRENT SERVICES THROUGH 06/30/93 |
|------|-----------------------------------|
| 06/03/93 | CONFERENCE WITH MR. WILLIAMS RE SEWER ISSUES FOR SEATTLE FACILITY |
| 06/04/93 | TELEPHONE CALL TO MS. LEFEBVRE RE STATUS OF ENVIRONMENTAL MATTERS AT PORTLAND FACILITY; OFFICE CONFERENCE RE SAME |
| 06/15/93 | TELEPHONE CALL FROM MR. MYERS RE ENVIRONMENTAL ISSUES RAISED BY PROPOSED ACQUISITION OF LAWN AND GARDEN SUPPLY |
| 06/16/93 | LEGAL RESEARCH AND ANALYSIS RE SUCCESSOR LIABILITY ISSUES; DRAFT MEMORANDUM TO MR. MYERS OUTLINING ISSUES FOR CONSIDERATION AND STRUCTURING PROPOSED ACQUISITION OF LAWN AND GARDEN SUPPLY |
| 06/28/93 | REVIEW MEMORANDUM FOR MR. WILLIAMS RE LAWN AND GARDEN SUPPLY COMPANY |

TOTAL CURRENT SERVICES                              830.00

STOEL RIVES LLP
ATTORNEYS
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR   97204-1268
(503) 224-3380
Billing Inquiries 1-800-305-8453

0019230 CHL ADMINISTRATION, INC
00002   ENVIRONMENTAL MATTERS

INVOICE DATE     07/20/93
INVOICE NUMBER   1787505
                 JMM

### CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 06/30/93

| DATE | ITEM | AMOUNT |
|------|------|--------|
| 06/23/93 | Photocopies | 7.80 |
| 06/17/93 | Postage | .98 |
| 06/04/93 | Long Distance Service | .79 |
| | **TOTAL CURRENT CHARGES** | **9.57** |