UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) <br> ) <br> W. R. GRACE & CO., et al ) <br> ) <br> Debtor ) <br> ) <br> ) <br> _____ ) | CHAPTER 11 <br><br> Case # 01-1130 through <br> 01-1200 (JJF) <br> Jointly Administered |

### NSTAR GAS COMPANY'S RESPONSE TO THE
### DEBTOR'S OBJECTION TO PROOF OF CLAIMS

To the Honorable United States Bankruptcy Judge:

NOW comes NSTAR Gas Company, a creditor in the above-captioned proceeding, and by and through the undersigned counsel, hereby responds to the Debtors' objections to it's proof of claim in this proceeding as follows:

1. The Debtor has objected to the Proof of Claim filed by NSTAR Gas Company in this matter as follows:

    (a) Proof of Claim in the amount of $14,773.55.

2. The Debtor seeks to reduce the claim to $7,132.59 on the basis of a partial payment allegedly made on March 14, 2001.

3. In further support of NSTAR Gas Company's Proof of Claim, it has attached hereto as Exhibit "A" complete copies of business records of NSTAR Gas Company setting forth the accounts and the payment and billing history for the applicable period.

4. These records show that the Debtor maintained two accounts and that the total outstanding balance at the time of filing was $14,773.55.

WHEREFORE, NSTAR Gas Company respectfully requests that this Court enter an Order:

1. Denying the Debtor's Objection to its Proof of Claim;

2. Allowing NSTAR Gas Company's Proof of Claim in the amount filed; and

2. Granting such other and further relief as is just.

Respectfully submitted,
NSTAR Gas Company
By its attorney,

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail/hand on 6/2/04

Michael K. Callahan
BBO# 546660
NSTAR Electric & Gas Corporation
800 Boylston Street, 17th Floor
Boston, Massachusetts 02199
(617) 424-2102

```
1162-398-0023  W W R GRACE CO              H* (617) 498-4416         CR C3S
DV 34 G    CY 21 62 WHITTEMORE AVE         CAM 02140 DS  RATE:3007
MORE
```

| HS | TRAN DATE | TYPE | DEBIT | CREDIT | BATCH# | BALANCE | ALOC |
|---|---|---|---|---|---|---|---|
| 1  |          | WRITE OFF BAL |         |         |        | 4806.90 | |
| 2  | 06/14/01 | WRITE OFF     |         | 4806.90 | WOS614 | 0.00    | |
| 3  | 06/07/01 | ARREARS BILL  |         |         |        | 4806.90 | |
| 4  | 05/29/01 | ARREARS BILL  |         |         |        | 4806.90 | |
| 5  | 05/07/01 | CYCLE BILL    | 129.94  |         |        | 4806.90 | |
| 6  | 05/07/01 | SALES TAX     | 6.42    |         |        | 4676.96 | |
| 7  | 05/07/01 | CANCELLED BIL |         | 836.30  |        | 4670.54 | |
| 8  | 05/07/01 | CANCEL SALES  |         | 41.06   |        | 5506.84 | |
| 9  | 05/07/01 | CANCEL LATE P |         | 58.85   | NS507  | 5547.90 | |
| 10 | 05/04/01 | CYCLE BILL    | 836.30  |         |        | 5606.75 | |
| 11 | 05/04/01 | LATE PAYMENT  | 58.85   |         |        | 4770.45 | |
| 12 | 05/04/01 | SALES TAX     | 41.06   |         |        | 4711.60 | |
| 13 | 04/03/01 | CYCLE BILL    | 1942.78 |         |        | 4670.54 | |
| 14 | 04/03/01 | LATE PAYMENT  | 32.74   |         |        | 2727.76 | |
| 15 | 04/03/01 | SALES TAX     | 96.38   |         |        | 2695.02 | |
| 16 | 03/05/01 | CYCLE BILL    | 2475.61 |         |        | 2598.64 | |

```
PF01: HELP PF02: FIND  PF07: BACK PF08: FORW PF09: SPAR PF11: BHIS  NEXT   ABAL
```


EXHIBIT "A"

```
1162-398-0023 W W R GRACE CO            H* (617) 498-4416         CR C3S
DV 34 G    CY 21 62 WHITTEMORE AVE      CAM 02140 DS  RATE:3007
MORE
 HS TRAN DATE    TYPE            DEBIT    CREDIT  BATCH#    BALANCE ALOC
 17 03/05/01  SALES TAX         123.03                        123.03
 18 02/26/01  CUST PAYMENT              2034.57   10126         0.00
 19 02/06/01  CYCLE BILL       1938.40                        2034.57
 20 02/06/01  SALES TAX          96.17                          96.17
 21 01/25/01  CUST PAYMENT              2608.81   10125         0.00
 22 01/05/01  CYCLE BILL       2485.30                        2608.81
 23 01/05/01  SALES TAX         123.51                         123.51
 24 12/29/00  CUST PAYMENT               769.14   10529         0.00
 25 12/11/00  OFFCYCLE BILL     733.24                         769.14
 26 12/11/00  SALES TAX          35.90                          35.90
 27 11/27/00  CUST PAYMENT               282.88   10827         0.00
 28 11/09/00  CUST PAYMENT               132.88   12309       282.88
 29 11/06/00  CYCLE BILL        268.62                         415.76
 30 11/06/00  LATE PAYMENT        1.59                         147.14
 31 11/06/00  SALES TAX          12.67                         145.55
 32 10/02/00  CYCLE BILL        123.04                         132.88

PF01: HELP PF02: FIND  PF07: BACK PF08: FORW PF09: SPAR PF11: BHIS  NEXT   ABAL
```

```
1162-398-0023  W W R GRACE CO           H* (617) 498-4416         CR C3S
DV 34 G    CY 21 62 WHITTEMORE AVE      CAM 02140 DS   RATE:3007
MORE
HS TRAN DATE      TYPE           DEBIT      CREDIT    BATCH#    BALANCE ALOC
33 10/02/00   LATE PAYMENT         .05                             9.84
34 10/02/00   SALES TAX           5.39                             9.79
35 10/02/00   CUST PAYMENT                  103.05    10102        4.40
36 09/06/00   CYCLE BILL        103.05                            107.45
37 09/06/00   SALES TAX           4.40                             4.40
38 08/23/00   CUST PAYMENT                  100.25    10223        0.00
39 08/02/00   CYCLE BILL         96.20                            100.25
40 08/02/00   SALES TAX           4.05                             4.05
41 07/20/00   CUST PAYMENT                  105.06    30120        0.00
42 07/03/00   CYCLE BILL        100.77                            105.06
43 07/03/00   SALES TAX           4.29                             4.29
44 06/29/00   CUST PAYMENT                  102.66    10029        0.00
45 06/07/00   CYCLE BILL         98.49                            102.66
46 06/07/00   SALES TAX           4.17                             4.17
47 05/24/00   CUST PAYMENT                  267.65    11424        0.00
48 05/04/00   CYCLE BILL        255.62                            267.65

PF01: HELP PF02: FIND   PF07: BACK PF08: FORW PF09: SPAR PF11: BHIS   NEXT   ABAL
```

```
ABAL     CIS PROD R470    ACCOUNT BALANCE HISTORY           MBL  10:09 05/26/04
```
Case 01-01139-AMC    Doc 5714    Filed 06/03/04    Page 6 of 8

```
1150-183-0027 W W R GRACE & CO              0 (617) 498-4418 0000      CR B2S
DV 34 G    CY 21 62 WHITTEMORE AVE          CAM 02140 ASP RATE:3067
MORE
```

| HS | TRAN DATE | TYPE | DEBIT | CREDIT | BATCH# | BALANCE ALOC |
|---|---|---|---|---|---|---|
| 1 |  | WRITE OFF BAL |  |  |  | 9966.65 |
| 2 | 06/14/01 | OFFCYCLE BILL | 9966.65 |  |  |  |
| 3 | 06/14/01 | CANCELLED BIL |  | 10084.69 |  |  |
| 4 | 06/14/01 | WRITE OFF |  | 10084.69 | WOS614 | 0.00 |
| 5 | 06/12/01 | CANCELLED BIL |  | 51.45 |  | 10084.69 |
| 6 | 05/29/01 | OFFCYCLE BILL | 51.45 |  |  | 10136.14 |
| 7 | 05/25/01 | CANCELLED BIL |  | 168.13 |  | 10084.69 |
| 8 | 05/10/01 | OFFCYCLE BILL | 168.13 |  |  | 10252.82 |
| 9 | 05/10/01 | CANCELLED BIL |  | 5053.70 |  | 10084.69 |
| 10 | 05/10/01 | CANCEL LATE P |  | 191.40 | NS510 | 15138.39 |
| 11 | 05/08/01 | CYCLE BILL |  |  |  | 15329.79 |
| 12 | 05/07/01 | CYCLE BILL | 5053.70 |  |  | 15329.79 |
| 13 | 05/07/01 | LATE PAYMENT | 127.87 |  |  | 10276.09 |
| 14 | 04/06/01 | CYCLE BILL | 5042.37 |  |  | 10148.22 |
| 15 | 04/06/01 | LATE PAYMENT | 63.53 |  |  | 5105.85 |
| 16 | 03/08/01 | CYCLE BILL | 5042.32 |  |  | 5042.32 |

```
PF01: HELP PF02: FIND  PF07: BACK PF08: FORW PF09: SPAR PF11: BHIS   NEXT   ABAL
```

```
1150-183-0027  W W R GRACE & CO              0  (617) 498-4418 0000      CR B2S
DV 34 G    CY 21  62 WHITTEMORE AVE          CAM 02140 ASP RATE:3067
MORE
HS TRAN DATE      TYPE              DEBIT      CREDIT    BATCH#    BALANCE    ALOC
33 08/01/00   CUST PAYMENT                    1994.75    10501        0.00
34 07/07/00   CYCLE BILL           983.68                          1994.75
35 07/07/00   SALES TAX EXE                                        1011.07
36 07/05/00   CYCLE BILL           969.30                          1011.07
37 07/05/00   LATE PAYMENT            .50                            41.77
38 07/05/00   SALES TAX EXE                                          41.27
39 05/31/00   CUST PAYMENT                    5324.30    10231        41.27
40 05/12/00   OFFCYCLE BILL       5324.30                           5365.57
41 05/12/00   SALES TAX EXE                                          41.27
42 04/13/00   OFFCYCLE BILL       5315.07                             41.27
43 04/13/00   SALES TAX EXE                                         5273.80-
44 03/21/00   CUST PAYMENT                   10634.14    10021      5273.80-
45 03/20/00   TRANSFER AMOU                   5273.80    NS320      5360.34
46 03/08/00   CYCLE BILL          5297.05                          10634.14
47 03/08/00   LATE PAYMENT          63.29                           5337.09
48 03/08/00   SALES TAX EXE                                         5273.80

PF01: HELP  PF02: FIND   PF07: BACK  PF08: FORW  PF09: SPAR  PF11: BHIS   NEXT    ABAL
```

```
1150-183-0027  W W R GRACE & CO          O  (617) 498-4418 0000    CR B2S
DV 34 G   CY 21 62 WHITTEMORE AVE           CAM 02140 ASP RATE:3067
MORE
 HS TRAN DATE      TYPE          DEBIT       CREDIT   BATCH#     BALANCE ALOC
 17 02/27/01  CUST PAYMENT                  4980.63   10627         0.00
 18 02/20/01  CUST PAYMENT                  4988.90   30420      4980.63
 19 02/20/01  CUST PAYMENT                  5018.65   30420      9969.53
 20 02/07/01  CYCLE BILL        4980.63                         14988.18
 21 01/25/01  OFFCYCLE BILL     4988.90                         10007.55
 22 01/24/01  OFFCYCLE BILL     5018.65                          5018.65
 23 12/05/00  CUST PAYMENT                   999.38   10005         0.00
 24 11/15/00  OFFCYCLE BILL      987.52                           999.38
 25 11/09/00  CUST PAYMENT                   988.02   12309        11.86
 26 11/07/00  ARREARS BILL                                        999.88
 27 11/07/00  LATE PAYMENT        11.86                           999.88
 28 10/06/00  CYCLE BILL         988.02                           988.02
 29 10/02/00  CUST PAYMENT                   986.53   10102         0.00
 30 09/08/00  OFFCYCLE BILL      986.53                           986.53
 31 08/23/00  CUST PAYMENT                   986.56   10223         0.00
 32 08/07/00  CYCLE BILL         986.56                           986.56

PF01: HELP PF02: FIND  PF07: BACK PF08: FORW PF09: SPAR PF11: BHIS   NEXT   ABAL
```