IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & Co., *et al.*, | : | |
| | : | Case No. 01-01139 (JKF) |
| Debtors. | : | |
| | : | |
| | : | (Jointly Administered) |

## NEW ENGLAND CONSTRUCTION COMPANY, INC.'S RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) (CLAIM No. 14396)

Claimant New England Construction Company, Inc. ("NEC") hereby responds to the debtors' objection to its claim (Claim No. 14396)(the "Claim") based the assertion that W.R.Grace & Co. ("Grace") has no liability to NEC because it has no knowledge of sales to NEC. In support of its response and objection to the disallowance of its Claim, NEC states the following:

1. On or about March 27, 2002, the American Arbitration Association entered an Award (the "Award") against NEC in the amount of $127,327.42 for damages related to the defective condition of a building constructed by NEC in late 1997 and early 1998 for Circuit Real Estate, Inc. (the "Building").

2. A basis of the Award against NEC was the failure of the Addiment Block Plus W-10 and/or Mortar Tite masonry additive (the "Dry Block"), manufactured by Addiment Incorporated ("Addiment"), predecessor in interest to Grace. In or about 1997, Anthony Corrado, Inc. ("Corrado") purchased the Dry Block from Addiment and used it in the masonry blocks used for the construction of the

Building. A certification for the Addiment Block Plus W-10 and Mortar Tite, sent by Addiment to Corrado is attached hereto as *Exhibit A*.

3. The Dry Block provided by Addiment was not sufficiently impermeable to water to prevent leakage, contrary to Addiment's representations.

4. Grace is liable for the resulting condition of the Building constructed by NEC under the principle of indemnification.

5. Grace may communicate with the undersigned attorney for NEC regarding the so-called Disputed Claim.

WHEREFORE, NEC objects to Grace's request that the Court enter an order disallowing its Claim based on its reason for the proposed disallowance of "No known sales to Claimant."

NEW ENGLAND CONSTRUCTION
COMPANY, INC.
By its Attorneys,

*Rachelle R. Green*
Craig M. Scott, Esq. (#4237)
Rachelle R. Green, Esq. (#5870)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Fax)

Dated: June 3rd, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2004 I caused a true copy of *New England Construction Company, Inc.'s Response to Debtors' Fifth Omnibus Objection to Claims (Substantive)(Claim No. 1439)* to be served on the following via overnight mail:

| | |
|---|---|
| Kirkland & Ellis LLP | Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C. |
| 200 East Randolph Drive | 919 N. Market Street, 16th Floor |
| Chicago, IL 60601 | P.O. Box 8705 |
| Attn: Rachel R. Schulman, Esq. | Wilmington, DE 19899-8705 |
| | Attn: David W. Carickhoff, Jr., Esq. |

*[Signature]*

H:\Clients\New England Construction\Sherwin Williams (Circuit)\Pleadings\Response WRG.doc

3

# ADDIMENT INCORPORATED



PO BOX 47820
ATLANTA, GEORGIA 30362
PHONE (770) 449-6250 FAX (770) 446-0075

| | |
|---|---|
| Date: | Monday, December 01, 1997 |
| To: | Pat<br>Anthony Corrado, Inc.<br>Lincoln, RI<br>Phone:   401-723-7600<br>Fax:       401-724-0170 |
| From: | Addiment Incorporated<br>Christina Ishtar<br>Phone:   770-446-6250<br>Fax:       770-446-0075 |
| Pages: | 2, including this page |
| Subject: | Certification for Addiment Block Plus W-10 and Mortar Tite |



# ADDIMENT INCORPORATED

PO BOX 47520
ATLANTA, GEORGIA 30362
PHONE (770) 446-6250 FAX (770) 446-0075

December 1, 1997

Anthony Corrado, Inc.
125 Higginson Avenue
Lincoln, RI 02865

To Whom It May Concern:

Addiment Incorporated certifies that ADDIMENT BLOCK PLUS W-10 and ADDIMENT MORTAR TITE, when used according to manufacturer's recommended dosages, will meet or exceed the performance of other integral water repellent admixtures currently on the market.

ADDIMENT BLOCK PLUS W-10 is a polymeric water repellent admixture that, when added to concrete masonry units, will help maximize the resistance of water penetration through masonry wall construction. Further, it is strongly recommended that ADDIMENT MORTAR TITE, integral water repellent for mortar, be added to the mortar to minimize water penetration through the mortar.

Due to the many factors that can influence the overall water tightness of a wall, including design and workmanship (see ASTM E 514-90, Section 3.3), no water repellent completely eliminates the possibility of leakage through masonry construction. Therefore, standard practices for the design of masonry walls should always be followed, including the use of flashing, weepholes, and wall caps. In addition, quality integral water repellent systems allow the transmission of water vapor, minimizing sweating at hot and cold air interfaces, By design, therefore, the Addiment system is not an impermeable barrier that will resist hydrostatic pressure.

ADDIMENT certifies that BLOCK PLUS W-10 and MORTAR TITE have been tested in accordance with ASTM E 514-74 and E 514-90, "Standard Test Method for Water Penetration and Leakage Through Masonry Assemblages," and were shown to resist water penetration in both four-hour and 72-hour tests.

ADDIMENT INCORPORATED

*[signature]*

MARSHALL L. BROWN, Ph.D.
General Manager

Sworn to and subscribed before me this _1st_ day of December, 1997.

*[signature]*

Notary Public

Notary Public, DeKalb County, Georgia
My Commission Expires may 2, 2000