# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:

W.R. GRACE & CO., et al.,

               Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: June 9, 2004**
**Hearing Date: TBD if necessary**

## SUMMARY OF SEVENTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2004 THROUGH JANUARY 31, 2004

Name of Applicant:                             Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide                     Zonolite Attic Insulation Claimants
Professional services to:

Date of retention:                            August 22, 2002

Period for which compensation       January 1, 2004 through
and reimbursement is sought:         January 31, 2004

Amount of compensation sought
as actual reasonable and necessary:     $ 1,127.00

Amount of expense reimbursement    $ 1,502.14
sought as actual reasonable and
necessary:

This is a:      __X__ Monthly _____Interim        _____Final Application

Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Approved | Approved |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Approved | Approved |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Approved | Approved |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 11/25/03 | 10/1/03 through 10/31/03 | $ 1,457.00 | $ 1,918.31 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 12/23/03 | 11/1/03 through 11/31/03 | $2,750.00 | $1,281.11 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 2/17/04 | 12/1/03 through 12/31/03 | $ 1,766.50 | $143.76 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |

As indicated above, this is the seventeenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 1.3 | $286.00 |
| Charles J. Brown, III | Sr. Associates | 10 | Bankruptcy | $190.00 | 0.4 | $76.00 |
| TOTALS | | | | | 3.2 | $362.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 10.2 | $765.00 |
| TOTALS | | | | | 10.2 | $765.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 12.9 Hours | $1,017.00 |
| 22-ZAI Science Trial | .5 Hours | $110.00 |
| TOTALS | 13.4 Hours | $1,127.00 |

## EXPENSES

| Description | Amount |
| --- | --- |
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense -- Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $329.10 |
| Outside Duplicating / Printing | $1,173.04 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $1,502.14 |

Dated: Wilmington, Delaware
Dated: May 20, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*

William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Bankruptcy No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |
|  | **Objection Deadline: June 9, 2004**<br>**Hearing Date: TBD if necessary** |

## FEE DETAIL OF THE SEVENTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2004 THROUGH JANUARY 31, 2004

E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston SC 29401

Page: 1
01/31/2004
Client No: 220305-11221M
Statement No:        197905

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

### Fees

|  |  | Hours |
|---|---|---|
| /08/04 |  |  |
| WDS | Review Orders of Judge Wolin pertaining receipt of Grace discovery and handling. | 0.30 |
| /09/04 |  |  |
| WDS | Review additional Order regarding discovery ordered by the Court. | 0.20 |
| /10/04 |  |  |
| CJB | Exchange correspondence with co-counsel. | 0.10 |
| /12/04 |  |  |
| MY | Revise 5th quarterly of Lukins & Annis and gather exhibits and prepare for Delaware filing (2.6); draft order (.3); draft certificate of service (.1); draft notice (.4) | 3.40 |
| /13/04 |  |  |
| MY | Review docket re: objections to L&A and EART&M fee application (.1); draft Cert. of No Objection re L&A September (.3); draft Cert. of No. Objection re: EART&M Nov. fee application (.3) | 0.70 |
| /14/04 |  |  |
| MY | Draft CNO re: Nov. Fee Application of EART&M (.4); format, file and serve (.3); format, file and serve CNO re: Sept of L&A (.3); review and download Order re: 9th Period Quarterly and file (.2); complete e-mail service (.2); final review of L&A, edits (.5) | 1.90 |
| /15/04 |  |  |
| MY | Format, e-file and serve Quarterly Fee; format, finalize and serve notice | 2.60 |
| /16/04 |  |  |
| MY | Review file; update recent filings re: quarterlys, etc. | 0.30 |

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:          197905
01/31/2004

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |
|---|---|---|
| **1/22/04** | | |
| WDS | E-mail from co-counsel re: continuation of status conference | 0.10 |
| WDS | Review agenda for hearing, status conference going forward; e-mail to co-counsel re: same | 0.30 |
| **1/23/04** | | |
| WDS | Review amended agenda re: continuance of hearing; e-mail co-counsel re: same | 0.20 |
| WDS | Review Certification of counsel re: rescheduled hearing; forward to co-counsel | 0.20 |
| **./26/04** | | |
| CJB | Exchange correspondence with co-counsel re: status of Fee applications. | 0.30 |
| **./28/04** | | |
| MY | Review file; update pleadings/schedule | 0.20 |
| **./30/04** | | |
| MY | Scheduling hearing (.3); forward 10th quarterly fee application to WHS (requested) (.2) | 0.50 |
| MY | Start draft of Dec. Fee Application | 0.60 |

For Current Services Rendered          11.90    1,127.00

Recapitulation

| mekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| llivan, William D. | Partner | 1.30 | $220.00 | $286.00 |
| arles J. Brown | Senior Associat | 0.40 | 190.00 | 76.00 |
| chael Young | Paralegal | 10.20 | 75.00 | 765.00 |

### Expenses

| | | |
|---|---|---|
| /05/03 | Photocopies (@ $.15) | 38.40 |
| /08/03 | Photocopies (@ $.15) | 47.40 |
| /08/03 | Photocopies (@ $.15) | 85.65 |
| /09/03 | Photocopies (@ $.15) | 19.80 |
| /16/03 | Photocopies (@ $.15) | 19.80 |
| /23/03 | Photocopies (@ $.15) | 15.75 |
| /30/03 | Photocopies (@ $.15) | 0.15 |
| /30/03 | Photocopies (@ $.15) | 41.40 |
| /14/04 | Photocopies (@ $.15) | 1.05 |
| /14/04 | Photocopies (@ $.15) | 36.90 |
| /16/04 | Photocopies (@ $.15) | 16.35 |
| /30/04 | Photocopies (@ $.15) | 6.45 |

Total Expenses          329.10

### Advances

.

/15/04 Out sourcing of services. Reliable Copy Service, Inc. - Photocopies, mailings and hand deliveries

ZAI Plaintiffs

01/31/2004
Client No: 220305-11221M
Statement No:        197905

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | |
|---|---|
| - see attached copy. | 269.13 |
| /15/04 Out sourcing of services. Reliable Copy Service, Inc. - Photocopying, mailings and hand deliveries - see attached copies | 903.91 |
| Total Advances | 1,173.04 |
| Total Current Work | 2,629.14 |
| Balance Due | $2,629.14 |

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Bankruptcy No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: June 9, 2004**<br>**Hearing Date: TBD if necessary** |

## SUMMARY OF EIGHTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | August 22, 2002 |
| Period for which compensation and reimbursement is sought: | February 1, 2004 through February 29, 2004 |
| Amount of compensation sought as actual reasonable and necessary: | $ 1,937.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $ 2,426.80 |

This is a:    _X_ Monthly _____Interim        _____Final Application

Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Approved | Approved |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Approved | Approved |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Approved | Approved |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | No Objections served on counsel, CNO Filed | No Objections served on counsel, CNO Filed |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 11/25/03 | 10/1/03 through 10/31/03 | $ 1,457.00 | $ 1,918.31 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 12/23/03 | 11/1/03 through 11/31/03 | $2,750.00 | $1,281.11 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 2/17/04 | 12/1/03 through 12/31/03 | $ 1,766.50 | $143.76 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 5/17/04 | 1/1/04 through 1/31/04 | $ 1,127.00 | $1,502.14 | Pending | Pending |

As indicated above, this is the Eighteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 2.0 | $ 440.00 |
| Charles J. Brown, III | Senior Assoc. | 10 | Bankruptcy | $190.00 | .3 | $ 57.00 |
| TOTALS | | | | | 2.3 | $ 497.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 19.2 | $1,440.00 |
| TOTALS | | | | | 19.2 | $1,440.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 20.6 Hours | $ 1,739.00 |
| 22-ZAI Science Trial | .9 Hours | $ 198.00 |
| TOTALS | 21.5 Hours | $ 1,937.00 |

**EXPENSES**

| Description | Amount |
| --- | --- |
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $5.00 |
| Outside Duplicating / Printing | $538.95 |
| Lodging | $1,882.85 |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $2,426.80 |

Dated: Wilmington, Delaware
    Dated: May 20, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: June 9, 2004**
**Hearing Date: TBD if necessary**

## FEE DETAIL OF THE EIGHTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181


                                                              Page: 1
ZAI Plaintiffs                                            03/01/2004
Richardson Patrick Westbrook           Client No: 220305-11221M
174 East Bay Street                    Statement No:       199286
Charleston  SC  29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


                        Fees

                                                    Hours
02/04
  MY  Create/draft 10th category SS                  0.60

03/04
  MY  Complete 10th Quarterly Project SS (2.1);
      correspondence with W. Smith re: service
      and forward (.4)                               2.50
  MY  Review file, complete 10th Project sheet
      of Land Annis and forward to W. Smith          1.80

09/04
  WDS Review opinion and order by Judge Wolin
      re:  denial of recusal and impact on
      proceedings.                                   0.60

12/04
  MY  Complete draft of December fee
      application                                     0.50
  CJB Exchange correspondence with co-counsel
      re:  auditor's request for information on
      fee applications.                              0.10
  WDS Review Debtor's status report on case and
      plan                                           0.20

13/04
  MY  Prepare November fee application of RPWB
      for DE filing (.5); prepare December fee
      application of RPWB for DE filing (.5);
      Prepare 11th Quarterly fee application
      (.8)                                           1.80
  WDS Receive Quarterly Fee Application of Reed
      Smith; forward to co-counsel                   0.20

16/04
  MY  Begin drafting Quarterly Fee Application
      (Oct.-Dec.)                                    2.60
  WDS Review agenda for 2/23 hearing                 0.10

17/04
  MY  Complete draft of 11th Quarterly Fee
      Application (2.3); draft notice (.4);
      prepare November and December Fee
      Application EART&M for filing (.4);

ZAI Plaintiffs

03/01/2004
Client No: 220305-11221M
Statement No:        199286

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |
|---|---|
| prepare November Fee Application of RPWB for filing (.3) | 3.40 |
| WDS Review Fee Application and Notice (6th Quarterly) EARTM; revise and prepare for filing | 0.30 |
| WDS Review RPWB Fee Application for November, approve for filing | 0.20 |
| WDS Review RPWB Fee Application for December, approve for filing | 0.20 |
| WDS Review EARTM December Fee Application and approve for filing | 0.20 |

18/04
MY  Revise, format, file and serve EARTM
December Fee Application (.5); RPWB
November Fee Application (.5); December
Fee Application (.5) EARTM 6th Quarterly
Fee Application (.7); prepare Notice
(.3); format, finalize and serve
Quarterly of RPWB (.7); draft order (.3)          3.50

19/04
MY  Draft, format, file and serve Notice of
6th Quarterly of RPWB; complete e-mail
service of all recently filed fee
applications                                     2.10

25/04
MY  Review documents provided by auditor            0.40
CJB Exchange correspondence with co-counsel
re:  fee applications.                            0.20
                                                  ───────   ────────
    For Current Services Rendered               21.50    1,937.00

Recapitulation
| keeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| .ivan, William D. | Partner | 2.00 | $220.00 | $440.00 |
| les J. Brown | Senior Associat | 0.30 | 190.00 | 57.00 |
| ael Young | Paralegal | 19.20 | 75.00 | 1,440.00 |

Expenses

| | |
|---|---|
| 3/04 Photocopies (@ $.15) | 15.45 |
| 7/04 Photocopies (@ $.15) | 3.60 |
| 8/04 Photocopies (@ $.15) | 6.15 |
| 8/04 Photocopies (@ $.15) | 46.20 |
| 8/04 Photocopies (@ $.15) | 217.80 |
| 8/04 Photocopies (@ $.15) | 49.50 |
| 8/04 Photocopies (@ $.15) | 184.05 |
| 9/04 Photocopies (@ $.15) | 12.90 |
| 0/04 Photocopies (@ $.15) | 3.30 |
|  | ─────── |
| Total Expenses | 538.95 |

Advances

8/04 Out sourcing of services. Reliable Copy Service,

ZAI Plaintiffs

03/01/2004

Client No: 220305-11221M

Statement No:      199286

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

| | |
|---|---:|
| Inc. - Photocopying and mailing, and hand deliveries (See attached invoice). | 906.09 |
| 19/04 Out sourcing of services. Reliable Copy Service, Inc. - Photocopying, mailings and hand deliveries (See attached invoice). | 976.76 |
| 19/04 Courier fee Tristate Courier & Carriage | 5.00 |
| Total Advances | 1,887.85 |
| Total Current Work | 4,363.80 |
| Balance Due | $4,363.80 |

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:

W.R. GRACE & CO., et al.,

                      Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: June 9, 2004**
**Hearing Date: TBD if necessary**

## SUMMARY OF NINETEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MARCH 1, 2004 THROUGH MARCH 31, 2004

Name of Applicant:                  Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide          Zonolite Attic Insulation Claimants
Professional services to:

Date of retention:                 August 22, 2002

Period for which compensation     March 1, 2004 through
and reimbursement is sought:      March 31, 2004

Amount of compensation sought
as actual reasonable and necessary:    $ 1,281.50

Amount of expense reimbursement    $    139.20
sought as actual reasonable and
necessary:

This is a:      X   Monthly       Interim          Final Application

Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Approved | Approved |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Approved | Approved |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Approved | Approved |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 11/25/03 | 10/1/03 through 10/31/03 | $ 1,457.00 | $ 1,918.31 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 12/23/03 | 11/1/03 through 11/31/03 | $2,750.00 | $1,281.11 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 2/17/04 | 12/1/03 through 12/31/03 | $ 1,766.50 | $143.76 | No Objections served on counsel, CNO filed | No Objections served on counsel, CNO filed |
| 5/17/04 | 1/1/04 through 1/31/04 | $ 1,127.00 | $1,502.14 | Pending | Pending |
| 5/17/04 | 2/1/04 through 2/29/04 | $ 1,937.00 | $ 2,426.80 | Pending | Pending |

As indicated above, this is the Nineteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 3.2 | $704.00 |
| TOTALS | | | | | 3.2 | $704.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 7.7 | $577.50 |
| TOTALS | | | | | 7.7 | $577.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 10.9 Hours | $1,281.50 |
| TOTALS | 10.9 Hours | $1,281.50 |

**EXPENSES**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $139.20 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $139.20 |

Dated: Wilmington, Delaware
    Dated: May 20, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., et al.,<br><br>    Debtors. | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: June 9, 2004**<br>**Hearing Date: TBD if necessary** |

## FEE DETAIL OF THE NINETEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF <u>MARCH 1, 2004 THROUGH MARCH 31, 2004</u>

P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

Page: 1
ZAI Plaintiffs                                              03/31/2004
Richardson Patrick Westbrook            Client No: 220305-11221M
174 East Bay Street             Statement No:          199287
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

## Fees

|  |  | Hours |
|---|---|---|
| 3/04 |  |  |
| MY | Prepare October Fee of L and A for DE filing and service (1.2) | 1.20 |
| 8/04 |  |  |
| WDS | Review fee auditor's report and status of fee applications. | 0.20 |
| 9/04 |  |  |
| WDS | Review report regarding RPWB fees; e-mail co-counsel re: Hearing preparation. | 0.40 |
| WDS | Review and approve for filing E & A October fee application. | 0.20 |
| 0/04 |  |  |
| MY | Format, finalize and serve October fee (1.1); correspondence with fee auditor (.2) | 1.30 |
| 6/04 |  |  |
| WDS | Review Final Report from Fee Auditor. | 0.10 |
| 7/04 |  |  |
| MY | Correspondence with Debtor's counsel re: 3/22 hearing | 0.10 |
| 9/04 |  |  |
| WDS | E-mail from counsel for Debtors re: telephonic appearance; e-mail to co-counsel re: same. | 0.20 |
| WDS | Review agenda for Hearing; fee applications to be addressed. | 0.20 |
| 22/04 |  |  |
| WDS | Review revised agenda for Hearing. | 0.10 |
| WDS | Attend Hearing; Order entered regarding fee applications. | 1.50 |
| WDS | Phone call to Rob Turkewitz re: ZAI related liabilities and insurance issues. | 0.30 |
| MY | Review file and prepare for hearing | 0.30 |
| 24/04 |  |  |
| MY | Review docket re: Orders granting fee |  |

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:        199287

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |
|---|---|
| applications | 0.10 |

?9/04
MY  Review file and update tracking chart,
    pleadings. Draft CNO's for RPWB Nov and
    Dec Fee App, Draft CNO for EARTM December
    Fee App, format file and serve CNO's         4.70

    For Current Services Rendered         10.90   1,281.50

Recapitulation

| ?keeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| :ivan, William D. | Partner | 3.20 | $220.00 | $704.00 |
| 1ael Young | Paralegal | 7.70 | 75.00 | 577.50 |

Expenses

| L0/04 357  pages @ .15 per page | 53.55 |
|---|---|
| L0/04 18  pages @ .15 per page | 2.70 |
| ?9/04 553  pages @ .15 per page | 82.95 |

Total Expenses         139.20

Total Current Work         1,420.70

Balance Due         $1,420.70