IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 28, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR NELSON MULLINS RILEY
& SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR
THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

May 14, 2004  
Invoice 622286  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 04/30/04 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| Date | Description | | | |
|---|---|---|---|---|
| 04/14/04 | Review memo from Mr. English regarding Steering Committee conference call and prepare for same. | | | |
| | J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |
| 04/15/04 | Participate in Steering Committee conference call and prepare notes on same. | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 04/26/04 | Organization of incoming and file materials for Attorney Melchers' review. | | | |
| | K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |

**Fees for Legal Services** .................................................................................................. **$319.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.20 | 250.00 | 300.00 |
| K. LUCAS | 0.30 | 65.00 | 19.50 |
| TOTAL | 1.50 | $213.00 | $319.50 |

**Net current billing for this invoice** ............................................................................... **$319.50**

**GRAND TOTAL**........................................................................................................... **$319.50**

Balance due within thirty days of invoice date

W. R. Grace & Co.

May 14, 2004
Invoice 622286  Page 2

# REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/04

Our Matter # 02399/06003
Beaco Road Site

---

| | |
|---|---|
| Fees for Professional Services | $319.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** .................................................................... | **$319.50** |

Balance due within thirty days of invoice date

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

May 18, 2004  
Invoice 622287  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 04/30/04 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/06/04 | Review message from Mr. Englert and prepare memo to Ms. Duff regarding same.<br>J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 04/07/04 | Prepare memo to Ms. Duff (0.1); telephone conference with Ms. Duff regarding acquisition of historical documents (0.2).<br>J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 04/14/04 | Review memo from Ms. Duff (0.1); prepare memo to co-defendant's counsel regarding historical documents (0.1); review notes on interviews and analysis of site document issues (0.9).<br>J.M. MELCHERS | 1.10 hrs. | 250.00/hr | $275.00 |
| 04/20/04 | Review memo from Ms. Duff regarding letter from co-defendant, respond to same and review reply.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 04/21/04 | Initial review of historical documents and discussion with Attorney Carlisle regarding same.<br>J.M. MELCHERS | 2.10 hrs. | 250.00/hr | $525.00 |
| 04/26/04 | Organize materials for Attorney Melchers' review.<br>K. LUCAS | 0.70 hrs. | 65.00/hr | $45.50 |

**Fees for Legal Services** ................................................................................................. **$1,045.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 4.00 | 250.00 | 1,000.00 |
| K. LUCAS | 0.70 | 65.00 | 45.50 |
| TOTAL | 4.70 | $222.45 | $1,045.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

W. R. Grace & Co.

May 18, 2004
Invoice 622287  Page 2

| | | |
|---|---|---:|
| 04/02/2004 | Telephone 1-412-355-8331 | 0.05 |
| 04/09/2004 | Telephone 1-212-637-3165 | 0.05 |
| 04/28/2004 | VENDOR: Federal Express; INVOICE#: 164975322; DATE: 4/28/2004-03/16/04 | 18.53 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$18.63**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Federal Express | 18.53 |
| Telephone | 0.10 |
| TOTAL | $18.63 |

Balance due within thirty days of invoice date

**Net current billing for this invoice** ............................................................................ **$1,064.13**

**GRAND TOTAL**.................................................................................................... **$1,064.13**

Balance due within thirty days of invoice date

W. R. Grace & Co.

May 18, 2004
Invoice 622287  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/04

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $1,045.50 |
| Charges for Other Services Provided/Expenses Incurred | $18.63 |
| **Net current billing for this invoice** | **$1,064.13** |

Balance due within thirty days of invoice date

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

May 18, 2004  
Invoice 622288  Page 1

Our Matter #        02399/06032                       For Services Through 04/30/04  
WR Grace #          063-KL-721490-01-0501221  
Name of Matter:     Charleston

| | | | | |
|---|---|---|---|---|
| 04/26/04 | Organize file materials for Attorney Hawkins' review. | | | |
| | K. LUCAS | 0.60 hrs. | 65.00/hr | $39.00 |
| 04/28/04 | Discussion of Remedial Design Plan issues with Mr. Bucens (0.3); discuss review of same with Attorney Carlisle (0.3). | | | |
| | B.F. HAWKINS, JR. | 0.60 hrs. | 280.00/hr | $168.00 |
| 04/28/04 | Confer with Attorneys Carlisle and Hawkins regarding status of review for comments of Preliminary Remedial Design and Wetlands Determination reports. | | | |
| | L.J. JENNINGS | 0.30 hrs. | 115.00/hr | $34.50 |
| 04/28/04 | Discuss status of review of Wetlands Determination and RD Tech Memo with Attorneys Hawkins and Carlisle. | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |

**Fees for Legal Services** .................................................................................. **$287.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.60 | 280.00 | 168.00 |
| L.J. JENNINGS | 0.70 | 115.00 | 80.50 |
| K. LUCAS | 0.60 | 65.00 | 39.00 |
| TOTAL | 1.90 | $151.32 | $287.50 |

**Net current billing for this invoice** ............................................................... **$287.50**

**GRAND TOTAL**........................................................................................... **$287.50**
Balance due within thirty days of invoice date

W. R. Grace & Co.

May 18, 2004
Invoice 622288  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/04

Our Matter # 02399/06032
Charleston

| | |
|---|---:|
| Fees for Professional Services | $287.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$287.50** |

Balance due within thirty days of invoice date

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

May 19, 2004  
Invoice 622289  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 04/30/04 |
| Name of Matter: | Fee Applications | |

04/01/04  Draft January 2004 Monthly Fee Application (1.2); compute numbers for and draft February 2004 Fee Application (1.6); prepare detailed instructions for Project Assistant Lucas regarding use of PACER for researching docket materials, in preparation of invoice tracking project (0.4).
L.J. JENNINGS                          3.20 hrs.   115.00/hr            $368.00

04/02/04  Review memos regarding filings and court approvals or lack of same for past filings and status on January and February 2004 Monthly Fee Applications.
J.M. MELCHERS                          0.20 hrs.   250.00/hr            $50.00

04/02/04  Complete first draft of January and February Monthly 2004 Fee Applications (2.3) on-line research to update Fee Application Tracking chart (0.8); on-line research to obtain missing copies of Certificates of No Objection (1.3); confer with Administrative Assistant Johnson regarding same (0.3); instruct Project Assistant Lucas regarding assistance with this project (0.4); confer with Attorneys Melchers and Burn regarding status of January and February 2004 Monthly Fee Applications (0.4).
L.J. JENNINGS                          5.50 hrs.   115.00/hr            $632.50

04/02/04  Consult with Paralegal Jennings about using PACER website and search PACER for Certificates of No Objection and Examiner's Reports.
K. LUCAS                               1.70 hrs.   65.00/hr             $110.50

04/03/04  Review memos from Attorney Burn regarding CONOs and court approvals on outstanding Applications.
J.M. MELCHERS                          0.30 hrs.   250.00/hr            $75.00

04/03/04  Finalize research and review of status of all outstanding monthly and interim fee applications and draft letter to co-counsel regarding status of same.
B.J. BURN                              0.40 hrs.   190.00/hr            $76.00

04/06/04  Review and edit March 2004 Monthly Fee Application attachments for privilege issues.
J.M. MELCHERS                          0.30 hrs.   250.00/hr            $75.00

04/06/04  Follow up on status of fee applications and respond to inquiry regarding CONOs and Orders.
B.J. BURN                              0.10 hrs.   190.00/hr            $19.00

04/06/04  Discuss CONO's with Attorney Burn and update Administrative Assistant Johnson regarding same.

W. R. Grace & Co.
May 19, 2004
Invoice 622289  Page 2

| | | | |
|---|---|---|---|
| | L.J. JENNINGS | 0.30 hrs.  115.00/hr | $34.50 |

04/07/04   Prepare memo to Attorney Hawkins regarding local counsel filing progress (0.1); review memo regarding PACER records (0.1).
J.M. MELCHERS                    0.20 hrs.   250.00/hr            $50.00

04/07/04   Confer with Attorney Burn regarding clarification of procedure relating to payment for CONO's vs. Orders for payment (0.3); prepare memorandum to Attorney Melchers regarding same (0.1).
L.J. JENNINGS                    0.40 hrs.   115.00/hr            $46.00

04/08/04   Prepare memo to Paralegal Jennings regarding PACER research and review response (0.1); review memo from her regarding results of research (0.1).
J.M. MELCHERS                    0.20 hrs.   250.00/hr            $50.00

04/08/04   Call from co-counsel to discuss inquiries regarding fee application status (0.3); review email from paralegal regarding status of quarterly orders (0.1).
B.J. BURN                        0.40 hrs.   190.00/hr            $76.00

04/08/04   Analyze chart and research issues with missing quarterly fee applications.
B.J. BURN                        0.20 hrs.   190.00/hr            $38.00

04/08/04   PACER research to check recent filings (0.3); update tracking chart with filing dates for CONO's for October 2003, November 2003 and December 2003 (0.3); per instruction of Attorney Burn, search PACER by docket number for each fee application and each quarterly filing to ensure complete file reflecting final 20% approvals (0.7); prepare memorandum to Attorneys Melchers and Burn regarding same and discuss results of search with Administrative Assistant Johnson (0.4).
L.J. JENNINGS                    1.70 hrs.   115.00/hr           $195.50

04/09/04   Review and revise draft Monthly Fee Applications for January and February 2004 (0.7); review memo regarding same from Paralegal Jennings and prepare reply (0.1).
J.M. MELCHERS                    0.80 hrs.   250.00/hr           $200.00

04/09/04   Confer with Attorneys Melchers and Burn regarding draft January and February 2004 Monthly Fee Applications.
L.J. JENNINGS                    0.20 hrs.   115.00/hr            $23.00

04/12/04   Review memo from Paralegal Jennings regarding changes to Order status evaluation (0.1); review file documents for determination of status and next steps (0.5).
J.M. MELCHERS                    0.60 hrs.   250.00/hr           $150.00

04/12/04   Review email regarding inquiry as to unapproved quarterly fee applications.
B.J. BURN                        0.10 hrs.   190.00/hr            $19.00

04/12/04   Confer with Attorney Melchers regarding revisions to January and February 2004 Monthly Fee Applications (0.3); confer with Attorney Melchers and Administrative Assistant Johnson regarding status of "order" approving payment for July to September 2002 Quarterly Application (0.2); PACER research to determine true status of "order", then prepare memorandum to Attorneys Burn and Melchers correcting status on Orders for payment (0.2); revise "Grace Filings" tracking chart to reflect no Order for July through September 2002 Quarterly Application per information from Attorney Melchers (0.2).
L.J. JENNINGS                    0.90 hrs.   115.00/hr           $103.50

04/13/04   Follow up on status of January and February 2004 Monthly Fee Applications.
B.J. BURN                        0.10 hrs.   190.00/hr            $19.00

W. R. Grace & Co.
May 19, 2004
Invoice 622289 Page 3

| Date | Description | | | |
|---|---|---|---|---|
| 04/13/04 | Review payment procedures and discuss status of prior quarterly fee applications with paralegal (0.1); follow up with attorneys on proper process for notification (0.1). | | | |
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 04/13/04 | Telephone conversation with Attorney Burn regarding status of January and February 2004 Monthly Fee Applications and status of research on court approvals (0.3); confer with Attorney Hawkins and Administrative Assistant Johnson regarding same and strategy to proceed from this point forward (0.4). | | | |
| | L.J. JENNINGS | 0.70 hrs. | 115.00/hr | $80.50 |
| 04/14/04 | Follow up with paralegal on edits to January and February 2004 Monthly Fee Applications (0.1); follow up with Attorney Melchers on procedures for handling fee application process moving forward (0.2). | | | |
| | B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 04/15/04 | Meet with paralegal to discuss process on fee applications (0.1); begin review of January and February 2004 Monthly Fee Applications (0.2). | | | |
| | B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 04/16/04 | Research payment status and orders approving all former quarterly applications over life of case and update and revise chart regarding same. | | | |
| | B.J. BURN | 2.50 hrs. | 190.00/hr | $475.00 |
| 04/19/04 | Draft memo regarding status of all outstanding fee applications and percentages approved by court. | | | |
| | B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 04/19/04 | Meet with Attorney Burn regarding W.R. Grace Fee Applications (0.3); review prior fee applications and create set up in system (1.3). | | | |
| | A.R. PRICE | 1.60 hrs. | 95.00/hr | $152.00 |
| 04/19/04 | Draft March 2004 Monthly Fee Application for attorney review. | | | |
| | A.R. PRICE | 3.60 hrs. | 95.00/hr | $342.00 |
| 04/19/04 | Provide Attorney Burn with information and link to Bankruptcy folder. | | | |
| | L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |
| 04/26/04 | Review memos and attached chart from Attorney Burn regarding research and findings on filings and Orders from 2002 forward. | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 04/26/04 | Edits to January and February 2004 Monthly Fee Applications and payments chart (0.1); review PACER for order entry information (0.1). | | | |
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 04/27/04 | Review charts regarding status of court filings and CONOs. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 04/27/04 | Confer with Administrative Assistant Johnson regarding Monthly January, February, and March 2004 Fee Applications. | | | |
| | L.J. JENNINGS | 0.10 hrs. | 115.00/hr | $11.50 |
| 04/29/04 | Revise January and February 2004 Monthly Fee Applications. | | | |
| | B.J. BURN | 0.70 hrs. | 190.00/hr | $133.00 |
| 04/30/04 | Review final drafts of January and February 2004 Monthly Fee Applications and approve for filing (0.3); confer with Attorney Burn regarding procedure for older invoices (0.1). | | | |

W. R. Grace & Co.

May 19, 2004
Invoice 622289  Page 4

|  |  |  |  |
|---|---|---|---|
| J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |

04/30/04  Make final revisions to January 2004 Monthly Fee Application.
B.J. BURN                                    0.40 hrs.    190.00/hr         $76.00

04/30/04  Make final revisions to February 2004 Monthly Fee Application.
B.J. BURN                                    0.40 hrs.    190.00/hr         $76.00

04/30/04  Edit and review March 2004 Monthly Fee Application.
B.J. BURN                                    0.40 hrs.    190.00/hr         $76.00

04/30/04  Finalize January and February 2004 Monthly Fee Applications for filing (0.2); discussion with Attorney Melchers regarding invoices from 2003 to be submitted into March 2004 Monthly Fee Application (0.1).
B.J. BURN                                    0.30 hrs.    190.00/hr         $57.00

**Fees for Legal Services** ................................................................................ **$4,409.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 3.60 | 250.00 | 900.00 |
| B.J. BURN | 7.30 | 190.00 | 1,387.00 |
| L.J. JENNINGS | 13.20 | 115.00 | 1,518.00 |
| A.R. PRICE | 5.20 | 95.00 | 494.00 |
| K. LUCAS | 1.70 | 65.00 | 110.50 |
| TOTAL | 31.00 | 142.24 | 4,409.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 03/31/2004 | Photocopies 7 Page(s) | 0.35 |
|---|---|---|
| 04/01/2004 | Photocopies 7 Page(s) | 0.35 |
| 04/02/2004 | Photocopies 15 Page(s) | 0.75 |
| 04/13/2004 | Photocopies 10 Page(s) | 0.50 |
| 04/13/2004 | Photocopies 1 Page(s) | 0.05 |
| 04/19/2004 | Photocopies 3 Page(s) | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$2.15**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.15 |
| TOTAL | $2.15 |

Balance due within thirty days of invoice date

**Net current billing for this invoice** ............................................................................ **$4,411.65**

**GRAND TOTAL**............................................................................................................ **$4,411.65**

Balance due within thirty days of invoice date

W. R. Grace & Co.
May 19, 2004
Invoice 622289  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/04

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $4,409.50 |
| Charges for Other Services Provided/Expenses Incurred | $2.15 |
| **Net current billing for this invoice** | **$4,411.65** |

Balance due within thirty days of invoice date

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC