# EXHIBIT B

**EXHIBIT "B"**

**Protiviti Inc.**
**W. R. Grace & Co. Preparation of Monthly Fee Applications**
**Period Covered: February 2004**

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 13-Feb-04 | Work on January 2004 monthly fee application including appendices | $ 275.00 | 1.5 | $ 412.50 |
| 18-Feb-04 | Continue working on January 2004 monthly fee application primarily focusing on Excel appendices | $ 275.00 | 1.5 | $ 412.50 |
| 20-Feb-04 | Obtain and clean-up additional time and expense summaries for consultants charging time in January | $ 275.00 | 2.0 | $ 550.00 |
| 24-Feb-04 | Work on January 2004 monthly fee application including appendices | $ 275.00 | 0.5 | $ 137.50 |
| 25-Feb-04 | Finalize January 2004 monthly fee application including appendices, obtaining approvals, creating PDFs and sending to attorneys | $ 275.00 | 4.5 | $ 1,237.50 |
| | Totals | | 10.0 | $ 2,750.00 |

**W. R. Grace & Co. Respond to Fee Auditor Objections**
**Period Covered: February 2004**

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2-Feb-04 | Research issues raised by fee auditor regarding certain expenses charged | $ 275.00 | 0.7 | $ 192.50 |
| 2-Feb-04 | Document responses to fee auditors questions in a letter | $ 275.00 | 1.3 | $ 357.50 |
| | Totals | | 2.0 | $ 550.00 |

**Grand Total**     12.0     $ 3,300.00

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: February 2004**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 3,392.34 |
| Lodging | N/A | $ 2,587.31 |
| Sundry | N/A | $ 493.00 |
| Business Meals | N/A | $ 1,043.08 |
| **Total** | | **$ 7,515.73** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: February 2004

## Expense Detail

**Name:** Marie Hendrixson
**Level:** Managing Director

### Expense Category

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 17-Feb-04 | 100 miles (miles in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| 17-Feb-04 | Tolls between Philadelphia and Grace in Columbia | $ 11.00 | $ 11.00 | | | | $ 11.00 |
| 26-Feb-04 | 100 miles (miles in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| 26-Feb-04 | Tolls between Philadelphia and Grace in Columbia | $ 11.00 | $ 11.00 | | | | $ 11.00 |
| | Totals | $ 97.00 | $ 97.00 | $ - | $ - | $ - | $ 97.00 |

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 2-Feb-04 | Airfare for Michael Andrews to travel to Chicago with Grace IA team to document plant risks and controls (didn't have own AmEx card yet) | $ 230.70 | $ 230.70 | | | | $ 230.70 |
| 3-Feb-04 | Lunch from Waterloo's Pizza for Kevin Strickler, Matt Petito and Wally Adeleye re: SOA training requirements training | $ 39.12 | | | | $ 39.12 | $ 39.12 |
| 11-Feb-04 | Lunch at Greek Taverna with Ken Green and Matt Petito to determine transition plan for Ken's departure | $ 30.00 | | | | $ 30.00 | $ 30.00 |
| 24-Feb-04 | Lunch at Greek Taverna with John Barnes to effectively transition him into Grace SOA team as a team leader | $ 68.54 | | | | $ 68.54 | $ 68.54 |
| 25-Feb-04 | Lunch at Sushi King with Paul Pettit, Travis Major, Daniel Puls to discuss most effective approach to documenting Environmental risks and controls for Grace | $ 77.21 | | | | $ 77.21 | $ 77.21 |
| | Totals | $ 445.57 | $ 230.70 | $ - | $ - | $ 214.87 | $ 445.57 |

**Name:** Robert Mayer
**Level:** Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 25-Feb-04 | Cab to NY Penn Station $6, Cab Amtrak station BWI to rental car facility $5 | $ 11.00 | $ 11.00 | | | | $ 11.00 |
| 25-Feb-04 | Dinner-eat alone, Columbia,Md, Lone Star Rest | $ 24.90 | | | | $ 24.90 | $ 24.90 |
| 25-Feb-04 | Beverage & grats, Morgans, Hilton Hotel | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 26-Feb-04 | Breakfast & grat, eat alone, Hilton Hotel | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| 26-Feb-04 | Working lunch mtg with Ken Green (pro) Mgr to discuss treasury SOA status, issues, etc. at Fudruckers Rest | $ 16.55 | | | | $ 16.55 | $ 16.55 |
| 26-Feb-04 | Beverage & grat at Hilton | $ 8.00 | | | | $ 8.00 | $ 8.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: February 2004

| Date | Expense Detail | Amount | Expense Category | | | |
|---|---|---|---|---|---|---|
| | | | Transportation | Lodging | Sundry | Business Meals/Entertainment |
| 26-Feb-04 | Dinner, eat alone, pfChangs, Columbia Mall | $ 24.50 | | | | $ 24.50 |
| 27-Feb-04 | Breakfast, eat alone & grat, Hilton hotel | $ 14.00 | | | | $ 14.00 |
| 27-Feb-04 | Lite snack at BWI waiting for flight | $ 7.75 | | | | $ 7.75 |
| 27-Feb-04 | Dinner-lite meal (evening)& grat, Revere,Ma-flt delay | $ 17.00 | | | | $ 17.00 |
| 27-Feb-04 | Term park 2 days Logan | $ 39.00 | | | $ 39.00 | |
| 27-Feb-04 | Airfare from Boston to BWI | $ 424.00 | $ 424.00 | | | |
| 27-Feb-04 | Lodging 2 nights, Columbia Hilton | $ 244.55 | | $ 244.55 | | |
| 27-Feb-04 | Mileage-74 m.T/F airport, non-commute related, $2 toll | $ 29.75 | $ 29.75 | | | |
| 27-Feb-04 | Car rental-Avis 2 days | $ 157.66 | $ 157.66 | | | |
| | Totals | $ 1,040.66 | $ 622.41 | $ 244.55 | $ 39.00 | $ 134.70 | Totals |
| | | | | | | | $ 1,040.66 |

Name: Leo Haviv
Level: Senior Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 23-Feb-04 | 100 miles (mileage in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| 24-Feb-04 | 100 miles (mileage in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| 25-Feb-04 | 100 miles (mileage in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| 26-Feb-04 | 100 miles (mileage in excess of normal daily commute) | $ 37.50 | $ 37.50 | | | | $ 37.50 |
| | Totals | $ 150.00 | $ 150.00 | $ - | $ - | $ - | $ 150.00 |

Name: Paul Pettit
Level: Senior Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 29-Feb-04 | 52 miles (mileage in excess of normal daily commute) | $ 19.50 | $ 19.50 | | | | $ 19.50 |
| 29-Feb-04 | Airfare to/from BWI via Houston | $ 386.13 | $ 386.13 | | | | $ 386.13 |
| 29-Feb-04 | Taxi to rental car service desk | $ 9.00 | $ 9.00 | | | | $ 9.00 |
| | Totals | $ 414.63 | $ 414.63 | $ - | $ - | $ - | $ 414.63 |

Name: Cheryl Mathieu
Level: Senior Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 28-Jan-04 | Airfare from Denver to BWI | $ 170.20 | $ 170.20 | | | | $ 170.20 |
| 28-Jan-04 | Lodging at the Columbia Sheraton for one night | $ 190.45 | | $ 190.45 | | | $ 190.45 |
| 28-Jan-04 | Dinner at hotel alone | $ 18.00 | | | | $ 18.00 | $ 18.00 |
| 28-Jan-04 | Taxi from BWI airport to Columbia Sheraton | $ 10.00 | $ 10.00 | | | | $ 10.00 |
| 29-Jan-04 | Breakfast at hotel alone | $ 7.00 | | | | $ 7.00 | $ 7.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: February 2004

### Expense Detail

| Date | Description of Expense | Amount | Expense Category | | | | Totals |
|---|---|---|---|---|---|---|---|
| | | | Transportation | Lodging | Sundry | Business Meals/ Entertainment | |
| 29-Jan-04 | Taxi from hotel to Grace Columbia | $ 38.00 | | | | | $ 38.00 |
| 29-Jan-04 | Lunch at Greek Taverna with Matt Petito to convey results of Portal and TSA system upgrades | $ 22.00 | | | | $ 22.00 | $ 22.00 |
| | Totals | $ 455.65 | $ 218.20 | $ 190.45 | $ - | $ 47.00 | $ 455.65 |

Name: Travis Major
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 29-Feb-04 | Airfare (round trip Houston to Baltimore) | $ 531.20 | $ 531.20 | | | | $ 531.20 |
| 29-Feb-04 | 86 miles (miles in excess of normal commute) | $ 32.25 | $ 32.25 | | | | $ 32.25 |
| | Totals | $ 563.45 | $ 563.45 | $ - | $ - | $ - | $ 563.45 |

Name: Michael Andrews
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 10-Feb-04 | Dinner at Chipotle | $ 9.54 | | | | $ 9.54 | $ 9.54 |
| 11-Feb-04 | Lunch at Burger King | $ 4.59 | | | | $ 4.59 | $ 4.59 |
| 11-Feb-04 | Dinner at Johnny's Sub Shop | $ 8.79 | | | | $ 8.79 | $ 8.79 |
| 12-Feb-04 | Dinner at P.F. Cheng's | $ 11.55 | | | | $ 11.55 | $ 11.55 |
| 13-Feb-04 | Lunch at Subway | $ 5.85 | | | | $ 5.85 | $ 5.85 |
| 13-Feb-04 | Homewood Suites Lodging - arriving 2/9 - departing 2/13 (4 nights in Chicago) | $ 363.08 | | $ 363.08 | | | $ 363.08 |
| 13-Feb-04 | Dinner at Sbarro's Pizza at the airport | $ 7.77 | | | | $ 7.77 | $ 7.77 |
| 10-Feb-04 | Airfare for second week trip to Chicago - ATA (from Washington Reagan National to Midway Airport Chicago - leaving 2/17 & returning 2/20) | $ 186.70 | $ 186.70 | | | | $ 186.70 |
| 13-Feb-04 | Airfare for third week trip to Chicago - ATA (from Washington Reagan National to Midway Airport Chicago - leaving 2/23 & returning 2/27) | $ 196.70 | $ 196.70 | | | | $ 196.70 |
| 17-Feb-04 | Lunch at Pizza Hut | $ 6.50 | | | | $ 6.50 | $ 6.50 |
| 17-Feb-04 | Dinner at Mrs. Park's Tavern | $ 13.99 | | | | $ 13.99 | $ 13.99 |
| 18-Feb-04 | Lunch at Popeyes | $ 5.75 | | | | $ 5.75 | $ 5.75 |
| 18-Feb-04 | Breakfast at Mrs. Park's Tavern | $ 8.02 | | | | $ 8.02 | $ 8.02 |
| 18-Feb-04 | Dinner at Mrs. Park's Tavern | $ 16.00 | | | | $ 16.00 | $ 16.00 |
| 19-Feb-04 | Dinner at The Cheesecake Factory | $ 15.00 | | | | $ 15.00 | $ 15.00 |
| 20-Feb-04 | Lunch at Burger King | $ 5.10 | | | | $ 5.10 | $ 5.10 |
| 20-Feb-04 | Dinner at Nick's Tavern | $ 10.00 | | | | $ 10.00 | $ 10.00 |
| 20-Feb-04 | DoubleTree Guest Suites Lodging- arriving 2/17 - departing 2/20 (3 nights in Chicago) | $ 375.72 | | $ 375.72 | | | $ 375.72 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: February 2004

| | Expense Detail | | | Expense Category | |
|---|---|---|---|---|---|
| 23-Feb-04 | Breakfast at Burger King | $ 3.29 | | | $ 3.29 |
| 23-Feb-04 | Lunch at Portillos | $ 5.75 | | | $ 5.75 |
| 23-Feb-04 | Dinner at Mrs. Park's Tavern | $ 17.00 | | | $ 17.00 |
| 24-Feb-04 | Lunch at KFC | $ 6.23 | | | $ 6.23 |
| 25-Feb-04 | Lunch at Subway | $ 5.31 | | | $ 5.31 |
| 25-Feb-04 | Dinner at Chipotle | $ 9.50 | | | $ 9.50 |
| 26-Feb-04 | Lunch at Portillos | $ 8.17 | | | $ 8.17 |
| 26-Feb-04 | Dinner at Cheesecake Factory | $ 24.00 | | | $ 24.00 |
| 27-Feb-04 | DoubleTree Guest Suites Lodging - arriving 2/23 - departing 2/27 (4 nights in Chicago) | $ 500.96 | | $ 500.96 | |
| 27-Feb-04 | Lunch at Burger King | $ 4.56 | | | $ 4.56 |
| 27-Feb-04 | Dinner at Sbarro's Pizza at the airport | $ 9.25 | | | $ 9.25 |
| | Totals | $ 1,844.67 | $ 383.40 | $ 1,239.76 | $ 221.51 | $ 1,844.67 |

Name: Kevin Strickler
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 9-Feb-04 | Airfare Baltimore to Chicago and back | $ 176.00 | $ 176.00 | | | | $ 176.00 |
| 9-Feb-04 | Breakfast alone | $ 3.00 | | | | $ 3.00 | $ 3.00 |
| 9-Feb-04 | Dinner at Rockbottom (including me, Mahmoud Bah, Michael Andrews and Loren Van Loan) | $ 61.00 | | | | $ 61.00 | $ 61.00 |
| 9-Feb-04 | Tip for bellhop | $ 1.00 | | | $ 1.00 | | $ 1.00 |
| 10-Feb-04 | Coffee/ Breakfast at Starbucks | $ 5.00 | | | | $ 5.00 | $ 5.00 |
| 10-Feb-04 | Lunch alone | $ 4.00 | | | | $ 4.00 | $ 4.00 |
| 11-Feb-04 | Tip for bellhop | $ 1.00 | | | $ 1.00 | | $ 1.00 |
| 12-Feb-04 | Airfare Baltimore to Chicago and back | $ 299.00 | $ 299.00 | | | | $ 299.00 |
| 12-Feb-04 | Dinner alone | $ 7.00 | | | | $ 7.00 | $ 7.00 |
| 12-Feb-04 | Dinner with Loren Van Loan | $ 23.00 | | | | $ 23.00 | $ 23.00 |
| 13-Feb-04 | Taxi to dinner from Hotel | $ 5.00 | $ 5.00 | | | | $ 5.00 |
| 13-Feb-04 | Taxi from dinner to Hotel | $ 5.00 | $ 5.00 | | | | $ 5.00 |
| 13-Feb-04 | Tip for breakfast | $ 2.00 | | | $ 2.00 | | $ 2.00 |
| 13-Feb-04 | Homewood Suites Hotel for Chicago week 1 (4 nights) 2/9 to 2/12 | $ 364.00 | | $ 364.00 | | | $ 364.00 |
| 13-Feb-04 | Parking for week 1 (4 nights) 2/9 to 2/12 | $ 128.00 | | | $ 128.00 | | $ 128.00 |
| 13-Feb-04 | Airport parking for trip to Chicago 2/9 to 2/13 | $ 35.00 | | | $ 35.00 | | $ 35.00 |
| 17-Feb-04 | Breakfast alone | $ 3.00 | | | | $ 3.00 | $ 3.00 |
| 17-Feb-04 | Lunch alone | $ 5.00 | | | | $ 5.00 | $ 5.00 |
| 19-Feb-04 | Breakfast alone | $ 5.00 | | | | $ 5.00 | $ 5.00 |
| 19-Feb-04 | Lunch with Mahmoud Bah, Ron Pittinger, Ryan Heaps and Loren Van Loan at TGIF Fridays | $ 70.00 | | | | $ 70.00 | $ 70.00 |
| 20-Feb-04 | Dinner at airport alone | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 20-Feb-04 | Taxi from airport to home | $ 31.00 | $ 31.00 | | | | $ 31.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: February 2004

| Date | Expense Detail | Amount | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| | | | Transportation | Lodging | Sundry | Business Meals/Entertainment | |
| 20-Feb-04 | Airfare Baltimore to Chicago and back | $ 299.00 | $ 299.00 | | | | $ 299.00 |
| 20-Feb-04 | Gas for rental car | $ 12.00 | $ 12.00 | | | | $ 12.00 |
| 20-Feb-04 | Doubletree Hotel for Chicago week 2 (3 nights) 2/17 to 2/19 | $ 375.00 | | $ 375.00 | | | $ 375.00 |
| 20-Feb-04 | Parking for week 2 (3 nights) 2/17 to 2/19 | $ 96.00 | | | $ 96.00 | | $ 96.00 |
| 20-Feb-04 | Hotel meals alone for week 2 2/17 to 2/19 | $ 83.00 | | | | $ 83.00 | $ 83.00 |
| 23-Feb-04 | Taxi to airport from home | $ 25.00 | $ 25.00 | | | | $ 25.00 |
| 23-Feb-04 | Lunch alone | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 24-Feb-04 | Breakfast alone | $ 4.00 | | | | $ 4.00 | $ 4.00 |
| 24-Feb-04 | Lunch alone | $ 6.00 | | | | $ 6.00 | $ 6.00 |
| 24-Feb-04 | Dinner alone at Cheesecake Factory | $ 28.00 | | | | $ 28.00 | $ 28.00 |
| 25-Feb-04 | Lunch with Ron Pittinger and Mohmoud Bah at Mattson Steakhouse | $ 24.00 | | | | $ 24.00 | $ 24.00 |
| 26-Feb-04 | Breakfast alone (at hotel, after check-out) | $ 20.00 | | | | $ 20.00 | $ 20.00 |
| 26-Feb-04 | Lunch alone | $ 5.00 | | | | $ 5.00 | $ 5.00 |
| 26-Feb-04 | Doubletree Hotel for Chicago week 3 (4 nights) 2/23 to 2/26 | $ 364.00 | | $ 364.00 | | | $ 364.00 |
| 26-Feb-04 | Parking for week 3 (4 nights) 2/23 to 2/26 | $ 128.00 | | | $ 128.00 | | $ 128.00 |
| 26-Feb-04 | Hotel meals alone for week 3 2/23 to 2/26 | $ 71.00 | | | | $ 71.00 | $ 71.00 |
| 26-Feb-04 | Airport parking for trip to Chicago 2/17 to 2/27 | $ 63.00 | | | $ 63.00 | | $ 63.00 |
| 26-Feb-04 | Dinner at airport alone at Millers Pub | $ 29.00 | | | | $ 29.00 | $ 29.00 |
| | Totals | $ 2,881.00 | $ 852.00 | $ 1,103.00 | $ 454.00 | $ 472.00 | $ 2,881.00 |

Name: Sarah Dilling
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 17-Feb-04 | 70 miles (miles in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 24-Feb-04 | 70 miles (miles in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 25-Feb-04 | 70 miles (miles in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| | Totals | $ 78.75 | $ 78.75 | $ - | $ - | $ - | $ 78.75 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 7,515.73 | $ 3,392.34 | $ 2,587.31 | $ 493.00 | $ 1,043.08 | $ 7,515.73 |