# EXHIBIT B

EXHIBIT "B"

**Protiviti Inc.**
**W. R. Grace & Co. Preparation of Monthly Fee Applications**
**Period Covered: April 2004**

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 14-Apr-04 | Begin to accumulate detailed time and expense information for March fee application including both time and expenses | $ 275.00 | 2.0 | $ 550.00 |
| 14-Apr-04 | Update First Quarterly Fee Application for the current quarter's information (Oct - Dec 03), update documentation | $ 275.00 | 1.5 | $ 412.50 |
| 14-Apr-04 | Reconcile each consultant's time and expense to ensure completeness and accuracy of information provided; copy / paste into draft fee application | $ 275.00 | 3.5 | $ 962.50 |
| 15-Apr-04 | Continue to reconcile individual time and expense summaries provided; seek missing reports; incorporate into draft fee application | $ 275.00 | 3.5 | $ 962.50 |
| | **Totals** | | **10.5** | **$ 2,887.50** |

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: April 2004**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 19,720.62 |
| Lodging | N/A | $ 12,995.38 |
| Sundry | N/A | $ 727.56 |
| Business Meals | N/A | $ 2,215.31 |
| **Total** | | **$ 35,658.87** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

**Name:** Victor Blanchard
**Level:** Associate Director

### Expense Detail

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 7-Mar-04 | Rental car in Lons le Saunier in France for three weeks | $ 1,218.59 | $ 1,218.59 | | | | $ 1,218.59 |
| 27-Mar-04 | Dinner at La Grappe in Geneva Switzerland with MPetito in lieu of going home | $ 67.19 | | | | $ 67.19 | $ 67.19 |
| 27-Mar-04 | Parking in garage for dinner in Geneva Switzerland | $ 2.44 | | | $ 2.44 | | $ 2.44 |
| 30-Mar-04 | Dinner at Le Pastel in Paris with SLanders, MBah, MPetito and LVLoan | $ 99.02 | | | | $ 99.02 | $ 99.02 |
| 31-Mar-04 | Dinner at Le Buffet in Paris with SLanders, MPetito, MBah, LVLoan | $ 140.89 | | | | $ 140.89 | $ 140.89 |
| 2-Apr-04 | Train fare from Epernon to Le Mans to retrieve computer bag | $ 23.03 | $ 23.03 | | | | $ 23.03 |
| 2-Apr-04 | Train fare from Le Mans to Epernon after retrieving computer bag | $ 23.03 | $ 23.03 | | | | $ 23.03 |
| 2-Apr-04 | Snack purchased onboard train for self and Matt Petito | $ 7.30 | | | | $ 7.30 | $ 7.30 |
| 3-Apr-04 | Lodging at the Le Meridien in Paris for 6 nights | $ 1,389.60 | | $ 1,389.60 | | | $ 1,389.60 |
| 3-Apr-04 | Long distance phone charges to family while traveling in Paris for Grace over a period of four weeks | $ 100.70 | | | $ 100.70 | | $ 100.70 |
| 3-Apr-04 | Purchased bottled water for Grace Team traveling from Paris after missing connecting flight | $ 7.10 | | | | $ 7.10 | $ 7.10 |
| 3-Apr-04 | Bus fare from Le Meridien in Paris to de Gaulle airport for self and 4 other team members | $ 72.38 | $ 72.38 | | | | $ 72.38 |
| 8-Apr-04 | Parking at Inner Harbor garage during RHI interviews for Grace | $ 7.00 | | | $ 7.00 | | $ 7.00 |
| 8-Apr-04 | 34 miles (miles in excess of normal commute) | $ 12.75 | $ 12.75 | | | | $ 12.75 |
| 12-Apr-04 | Parking at Inner Harbor garage during interviews at RHI for Grace | $ 7.00 | | | $ 7.00 | | $ 7.00 |
| 12-Apr-04 | 34 miles (miles in excess of normal commute) | $ 12.75 | $ 12.75 | | | | $ 12.75 |
| 13-Apr-04 | Parking at Inner Harbor garage during interviews for Grace | $ 14.00 | | | $ 14.00 | | $ 14.00 |
| 13-Apr-04 | 48 miles (miles in excess of normal commute) | $ 18.00 | $ 18.00 | | | | $ 18.00 |
| 14-Apr-04 | Lunch at Greek Taverna with Grace Team including JBarnes, MPetito, KStrickler and new guy, Mike Moss | $ 63.00 | | | | $ 63.00 | $ 63.00 |
| 19-Apr-04 | 56 miles (miles in excess of normal commute) | $ 21.00 | $ 21.00 | | | | $ 21.00 |
| 20-Apr-04 | 56 miles (miles in excess of normal commute) | $ 21.00 | $ 21.00 | | | | $ 21.00 |
| 23-Apr-04 | 56 miles (miles in excess of normal commute) | $ 21.00 | $ 21.00 | | | | $ 21.00 |
| 28-Apr-04 | 56 miles (miles in excess of normal commute) | $ 21.00 | $ 21.00 | | | | $ 21.00 |
| | **Totals** | $ 3,369.77 | $ 1,464.53 | $ 1,389.60 | $ 131.14 | $ 384.50 | $ 3,369.77 |

**Name:** Marie Hendrixson
**Level:** Managing Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 3-Apr-04 | Telephone charge for conference call taken for Grace | $ 10.00 | | | $ 10.00 | | $ 10.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

| | | Expense Detail | | Expense Category | | |
|---|---|---|---|---|---|---|
| 8-Apr-04 | | 99 miles (miles in excess of normal daily commute) | $ 37.13 | | | $ 37.13 |
| 8-Apr-04 | | Tolls driving from Philadelphia to Grace in Columbia and back | $ 11.00 | | | $ 11.00 |
| 8-Apr-04 | | Dinner with Victor Blanchard at pfChangs to discuss plan going forward for Grace | | | $ 37.15 | $ 37.15 |
| 12-Apr-04 | | 99 miles (miles in excess of normal daily commute) | $ 37.13 | | | $ 37.13 |
| 12-Apr-04 | | Tolls driving from Philadelphia to Grace in Columbia and back | $ 11.00 | | | $ 11.00 |
| | | Totals | $ 96.26 | $ - | $ 10.00 | $ 37.15 | $ 143.41 |

Name: Lynn Bruneau
Level: Managing Director, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 12-Dec-03 | 57.6 miles (miles in excess of normal daily commute) | $ 21.60 | $ 21.60 | | | | $ 21.60 |
| 12-Dec-03 | Tolls | $ 1.40 | | | $ 1.40 | | $ 1.40 |
| 12-Dec-03 | Parking at train station in New York (Penn Station) | $ 12.00 | | | $ 12.00 | | $ 12.00 |
| 12-Dec-03 | Train fare from Newark to BWI | $ 99.00 | $ 99.00 | | | | $ 99.00 |
| 13-Dec-03 | Train fare returning from BWI to Newark | $ 150.00 | $ 150.00 | | | | $ 150.00 |
| 13-Feb-04 | 70 miles (miles in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 13-Feb-04 | Tolls | $ 7.00 | | | $ 7.00 | | $ 7.00 |
| 13-Feb-04 | Parking at train station in New York (Penn Station) | $ 12.00 | | | $ 12.00 | | $ 12.00 |
| 13-Feb-04 | Train fare from New York to Baltimore and return to NY | $ 220.00 | $ 220.00 | | | | $ 220.00 |
| 9-Mar-04 | Train fare from New York to Baltimore | $ 122.00 | $ 122.00 | | | | $ 122.00 |
| 9-Mar-04 | Lodging at the Columbia Hilton for one night | $ 174.90 | | $ 174.90 | | | $ 174.90 |
| 9-Mar-04 | Taxi fare from WR Grace to BWI train station | $ 29.00 | $ 29.00 | | | | $ 29.00 |
| 10-Mar-04 | Train fare from Baltimore to New York | $ 150.00 | $ 150.00 | | | | $ 150.00 |
| 10-Mar-04 | Parking at train station in New York (Penn Station) | $ 25.50 | | | $ 25.50 | | $ 25.50 |
| 10-Mar-04 | 30 miles (miles in excess of normal daily commute) | $ 11.25 | $ 11.25 | | | | $ 11.25 |
| 10-Mar-04 | Tolls | $ 0.70 | | | $ 0.70 | | $ 0.70 |
| 23-Mar-04 | Train fare from New York to Baltimore | $ 150.00 | $ 150.00 | | | | $ 150.00 |
| 23-Mar-04 | Taxi from train station to WR Grace | $ 28.00 | $ 28.00 | | | | $ 28.00 |
| 23-Mar-04 | Lodging at the Columbia Hilton for one night | $ 174.90 | | $ 174.90 | | | $ 174.90 |
| 24-Mar-04 | Breakfast at Columbia Hilton alone | $ 2.89 | | | | $ 2.89 | $ 2.89 |
| 24-Mar-04 | Lodging at the Columbia Hilton for one night | $ 174.90 | | $ 174.90 | | | $ 174.90 |
| 24-Mar-04 | Dinner at the Columbia Hilton alone | $ 20.00 | | | | $ 20.00 | $ 20.00 |
| 25-Mar-04 | Train fare from Baltimore to New York | $ 140.00 | $ 140.00 | | | | $ 140.00 |
| 25-Mar-04 | Parking at train station in New York (Penn Station) | $ 34.00 | | | $ 34.00 | | $ 34.00 |
| 2-Apr-04 | 60 miles (miles in excess of normal daily commute) | $ 22.50 | $ 22.50 | | | | $ 22.50 |
| 2-Apr-04 | Tolls | $ 1.20 | | | $ 1.20 | | $ 1.20 |
| 2-Apr-04 | Parking at train station in New York (Penn Station) | $ 12.00 | | | $ 12.00 | | $ 12.00 |
| 2-Apr-04 | Train fare from New York to Baltimore and return to NY | $ 280.00 | $ 280.00 | | | | $ 280.00 |
| 14-Apr-04 | Taxi from train station to WR Grace | $ 42.50 | $ 42.50 | | | | $ 42.50 |
| 14-Apr-04 | Train fare from New York to Baltimore | $ 70.00 | $ 70.00 | | | | $ 70.00 |
| | Totals | $ 2,215.49 | $ 1,562.10 | $ 524.70 | $ 105.80 | $ 22.89 | $ 2,215.49 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

### Expense Detail

Name: Robert Mayer
Level: Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 15-Apr-04 | 74 miles (miles in excess of normal daily commute) | $ 27.75 | $ 27.75 | | | | $ 27.75 |
| 15-Apr-04 | Tolls | $ 3.00 | $ 3.00 | | | | $ 3.00 |
| 15-Apr-04 | Airfare from Boston to BWI and return | $ 717.80 | $ 717.80 | | | | $ 717.80 |
| 15-Apr-04 | Snack at Logan when flight re-routed to Dulles | $ 6.00 | | | | $ 6.00 | $ 6.00 |
| 15-Apr-04 | Dinner alone at pfChangs, Columbia Mall | $ 24.00 | | | | $ 24.00 | $ 24.00 |
| 15-Apr-04 | Snack - Morgan's, Hilton Columbia | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 15-Apr-04 | Breakfast alone at hotel | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| 16-Apr-04 | Lodging 1 night Hilton Columbia ( SOA presentation 7 meetings- Friday) | $ 119.90 | | $ 119.90 | | | $ 119.90 |
| 16-Apr-04 | Avis Rental car - DCA pick-up and drop at BWI | $ 81.76 | $ 81.76 | | | | $ 81.76 |
| 16-Apr-04 | Snack at BWI | $ 6.00 | | | | $ 6.00 | $ 6.00 |
| 16-Apr-04 | Dinner at Regina's in Logan airport - alone | $ 18.00 | | | | $ 18.00 | $ 18.00 |
| 16-Apr-04 | Parking at Logan airport for one day | $ 22.00 | | | $ 22.00 | | $ 22.00 |
| 16-Apr-04 | 74 miles (miles in excess of normal daily commute) | $ 27.75 | $ 27.75 | | | | $ 27.75 |
| 16-Apr-04 | Tolls | $ 1.00 | $ 1.00 | | | | $ 1.00 |
| | Totals | $ 1,076.96 | $ 859.06 | $ 119.90 | $ 22.00 | $ 76.00 | $ 1,076.96 |

Name: John Barnes
Level: Senior Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 7-Mar-04 | Phone call to home from France during long term travel (forgot to put through in previous expense report) | $ 32.40 | | | $ 32.40 | | $ 32.40 |
| 8-Mar-04 | Phone call to home from France during long term travel | $ 4.66 | | | $ 4.66 | | $ 4.66 |
| 9-Mar-04 | Phone call to home from France during long term travel | $ 9.59 | | | $ 9.59 | | $ 9.59 |
| 10-Mar-04 | Phone call to home from France during long term travel | $ 11.91 | | | $ 11.91 | | $ 11.91 |
| 11-Mar-04 | Phone call to home from France during long term travel | $ 12.20 | | | $ 12.20 | | $ 12.20 |
| 12-Mar-04 | Phone call to home from France during long term travel | $ 14.81 | | | $ 14.81 | | $ 14.81 |
| 12-Mar-04 | Phone call to home from France during long term travel | $ 3.50 | | | $ 3.50 | | $ 3.50 |
| 14-Mar-04 | Phone call to home from France during long term travel | $ 1.47 | | | $ 1.47 | | $ 1.47 |
| 14-Mar-04 | Phone call to home from France during long term travel | $ 17.71 | | | $ 17.71 | | $ 17.71 |
| 14-Mar-04 | Phone call to home from France during long term travel | $ 11.62 | | | $ 11.62 | | $ 11.62 |
| 15-Mar-04 | Phone call to home from France during long term travel | $ 13.94 | | | $ 13.94 | | $ 13.94 |
| 16-Mar-04 | Phone call to home from France during long term travel | $ 1.47 | | | $ 1.47 | | $ 1.47 |
| 16-Mar-04 | Phone call to home from France during long term travel | $ 15.68 | | | $ 15.68 | | $ 15.68 |
| 17-Mar-04 | Phone call to home from France during long term travel | $ 1.18 | | | $ 1.18 | | $ 1.18 |
| 17-Mar-04 | Phone call to home from France during long term travel | $ 1.18 | | | $ 1.18 | | $ 1.18 |
| 23-Mar-04 | Phone call to home from France during long term travel | $ 11.04 | | | $ 11.04 | | $ 11.04 |
| 23-Mar-04 | Phone call to home from France during long term travel | $ 1.18 | | | $ 1.18 | | $ 1.18 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

| | Expense Detail | | | Expense Category | | |
|---|---|---|---|---|---|---|
| 24-Mar-04 | Phone call to home from France during long term travel | $ | 7.85 | $ | 7.85 | $ 7.85 |
| 25-Mar-04 | Phone call to home from France during long term travel | $ | 3.50 | $ | 3.50 | $ 3.50 |
| 26-Mar-04 | Phone call to home from France during long term travel | $ | 7.27 | $ | 7.27 | $ 7.27 |
| 25-Mar-04 | Hertz rental car charges (20 Days), March 7 through March 25 | $ | 1,161.04 | | | $ 1,161.04 |
| 7-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 13-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 14-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 15-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 16-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 19-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 20-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 21-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 22-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 23-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 26-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 27-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 28-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| 29-Apr-04 | 43 miles (miles in excess of normal daily commute) | $ | 16.13 | | | $ 16.13 |
| | Totals | $ | 1,572.20 | $ 1,386.86 | $ 185.34 | $ - | $ 1,572.20 |

Name: Matthew Petito
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Apr-04 | Breakfast at train station for myself and Loren Van Loan prior to boarding train in Montparnasse (hotel) | $ 12.26 | | | | $ 12.26 | $ 12.26 |
| 1-Apr-04 | Dinner at train station for myself (travel from Epernon to Montparnasse) | $ 7.36 | | | | $ 7.36 | $ 7.36 |
| 2-Apr-04 | Lodging in La Meridian (Montparnasse hotel) to audit the Epernon manufacturing plant (6 nights) | $ 1,353.61 | | $ 1,353.61 | | | $ 1,353.61 |
| 2-Apr-04 | Telephone charges at La Meridian (Montparnasse hotel) for 6 nights | $ 17.17 | | | $ 17.17 | | $ 17.17 |
| 2-Apr-04 | Water beverage from La Meridian hotel room refrigerator (Montparnasse hotel) to have with dinner | $ 5.52 | | | | $ 5.52 | $ 5.52 |
| 2-Apr-04 | Dinner at train station for myself (travel from Epernon to Montparnasse) | $ 4.05 | | | | $ 4.05 | $ 4.05 |
| 8-Apr-04 | Round trip travel from BWI airport in Baltimore Maryland to Houston Texas for audit of manufacturing plant in Lake Charles Louisiana (departure flight from Baltimore 4/18 and return flight from Houston 4/23) | $ 353.70 | $ 353.70 | | | | $ 353.70 |
| 8-Apr-04 | Round trip travel from BWI airport in Baltimore Maryland to Houston Texas for audit of manufacturing plant in Lake Charles Louisiana (departure flight from Baltimore 4/25 and return flight from Houston 4/30) | $ 273.70 | $ 273.70 | | | | $ 273.70 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

| Date | Expense Detail | Expense Category | | | | | |
|---|---|---|---|---|---|---|---|
| 8-Apr-04 | Round trip travel from BWI airport in Baltimore Maryland to Houston Texas for audit of manufacturing plant in Lake Charles Louisiana (departure flight from Baltimore 5/2 and return flight from Houston 5/7) | $ 333.70 | | | | | $ 333.70 |
| 18-Apr-04 | Taxi from home in Glen Burnie to BWI airport in Baltimore in preparation of travel to Lake Charles Louisiana for audit of manufacturing plant | $ 15.00 | | | | | $ 15.00 |
| 18-Apr-04 | Lunch by myself at Pizza Hut at BWI airport in Baltimore Maryland | | | | | $ 6.81 | $ 6.81 |
| 19-Apr-04 | Breakfast by myself at Mister Donut in Lake Charles Louisiana | | | | | $ 3.00 | $ 3.00 |
| 23-Apr-04 | Taxi from BWI airport to Glen Burnie; returning business travel from Lake Charles Louisiana | $ 20.00 | | | | | $ 20.00 |
| 23-Apr-04 | Lunch with Loren VanLoan, Kim Maronski and Shaun Landers at Quiznos in Beaumont Texas in route to Houston airport | | | | | $ 12.62 | $ 12.62 |
| 23-Apr-04 | Lunch with Loren VanLoan, Kim Maronski and Shaun Landers at Dairy Queen in Beaumont Texas in route to Houston airport | | | | | $ 10.38 | $ 10.38 |
| 23-Apr-04 | Lodging at Isle of Capri in Lake Charles Louisiana for 5 nights | | $ 329.65 | | | | $ 329.65 |
| 25-Apr-04 | Taxi from home in Glen Burnie to BWI airport in Baltimore in preparation of travel to Lake Charles Louisiana for audit of manufacturing plant | $ 18.00 | | | | | $ 18.00 |
| 26-Apr-04 | Breakfast and lunch items from Walmart in Lake Charles Louisiana to bring to manufacturing plant for 4/26 and 4/28. | | | | | $ 20.99 | $ 20.99 |
| 27-Apr-04 | Lunch with Shaun Landers and Loren VanLoan at Olive Garden in Lake Charles Louisiana | | | | | $ 31.33 | $ 31.33 |
| 29-Apr-04 | Dinner with Loren VanLoan and Kim Maronski at Olive Garden in Lake Charles Louisiana | | | | | $ 77.28 | $ 77.28 |
| 30-Apr-04 | Lodging at Isle of Capri in Lake Charles Louisiana for 5 nights | | $ 329.65 | | | | $ 329.65 |
| | Totals | $ 1,014.10 | $ 2,012.91 | $ 17.17 | | $ 191.60 | $ 3,235.78 |

Name: Fred Arias
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 11-Mar-04 | 276 miles (miles in excess of normal daily commute) | $ 103.50 | $ 103.50 | | | | $ 103.50 |
| 11-Mar-04 | Tolls Home/Grace/Home | $ 13.00 | $ 13.00 | | | | $ 13.00 |
| 11-Mar-04 | Airfare - US Airways from Philadelphia to Paris | $ 4,363.50 | $ 4,363.50 | | | | $ 4,363.50 |
| 12-Mar-04 | 276 miles (miles in excess of normal daily commute) | $ 103.50 | $ 103.50 | | | | $ 103.50 |
| 12-Mar-04 | Tolls Home/Grace/Home | $ 13.00 | $ 13.00 | | | | $ 13.00 |
| 13-Mar-04 | 96 miles (miles in excess of normal commute) | $ 36.00 | $ 36.00 | | | | $ 36.00 |
| 14-Mar-04 | Lodging at Le Meridien in Paris, one night | $ 231.60 | | $ 231.60 | | | $ 231.60 |
| 14-Mar-04 | Train from Paris to Epernon each morning plus return | $ 11.03 | $ 11.03 | | | | $ 11.03 |
| 14-Mar-04 | Dinner alone at Le Meridien hotel | $ 20.49 | | | | $ 20.49 | $ 20.49 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

| | Expense Detail | | Expense Category | | |
|---|---|---|---|---|---|
| 15-Mar-04 | Lodging at Le Meridien in Paris, one night | $ 231.60 | $ 231.60 | | |
| 15-Mar-04 | Train from Paris to Epernon each morning plus return | $ 11.03 | | | $ 11.03 |
| 15-Mar-04 | Breakfast in Montparnasse train station | $ 7.45 | | $ 7.45 | |
| 15-Mar-04 | Dinner alone at Le Meridien hotel | $ 25.51 | | $ 25.51 | |
| 16-Mar-04 | Lodging at Le Meridien in Paris, one night | $ 231.60 | $ 231.60 | | |
| 16-Mar-04 | Train from Paris to Epernon each morning plus return | $ 11.03 | | | $ 11.03 |
| 16-Mar-04 | Dinner alone at Le Meridien hotel | $ 25.22 | | $ 25.22 | |
| 17-Mar-04 | Lodging at Le Meridien in Paris, one night | $ 231.60 | $ 231.60 | | |
| 17-Mar-04 | Train from Paris to Epernon each morning plus return | $ 11.03 | | | $ 11.03 |
| 17-Mar-04 | Dinner alone at Le Meridien hotel | $ 19.66 | | $ 19.66 | |
| 18-Mar-04 | Lodging at Le Meridien in Paris, one night | $ 231.60 | $ 231.60 | | |
| 18-Mar-04 | Train from Paris to Epernon each morning plus return | $ 11.03 | | | $ 11.03 |
| 18-Mar-04 | Breakfast in Montparnasse train station | $ 8.25 | | $ 8.25 | |
| 18-Mar-04 | Lunch at McDonalds in Epernon | $ 12.33 | | $ 12.33 | |
| 18-Mar-04 | Laundry service at Le Meridien | $ 32.50 | $ 32.50 | | |
| 18-Mar-04 | Dinner alone at Le Meridien hotel | $ 25.98 | | $ 25.98 | |
| 19-Mar-04 | Lodging at Le Meridien in Paris, one night | $ 231.60 | $ 231.60 | | |
| 19-Mar-04 | Train from Paris to Epernon each morning plus return | $ 11.03 | | | $ 11.03 |
| 19-Mar-04 | Lunch at McDonalds in Epernon | $ 11.45 | | $ 11.45 | |
| 19-Mar-04 | Dinner alone at Le Meridien | $ 33.22 | | $ 33.22 | |
| 19-Mar-04 | Laundry service at Le Meridien hotel | $ 97.25 | $ 97.25 | | |
| 20-Mar-04 | Lodging at Le Meridien in Paris, one night, in lieu of going home for the weekend | $ 231.60 | $ 231.60 | | |
| 20-Mar-04 | Breakfast at Le Meridien in lieu of going home for the weekend | $ 14.22 | | $ 14.22 | |
| 20-Mar-04 | Lunch at the Le Louvre café in lieu of going home for the weekend | $ 11.03 | | | $ 11.03 |
| 20-Mar-04 | Dinner at Pizza Pino in Paris alone in lieu of going home for the weekend | $ 32.45 | | $ 32.45 | |
| 21-Mar-04 | Lodging at Le Meridien in Paris, one night, in lieu of going home for the weekend | $ 231.60 | $ 231.60 | | |
| 21-Mar-04 | Lunch at the Hippopotamus in Paris in lieu of going home for the weekend | $ 20.55 | | $ 20.55 | |
| 22-Mar-04 | Lodging at Le Meridien in Paris, one night | $ 231.60 | $ 231.60 | | |
| 22-Mar-04 | Train from Paris to Epernon each morning plus return | $ 11.03 | | | $ 11.03 |
| 22-Mar-04 | Local metro charge to get to dinner in Paris | $ 3.55 | | | $ 3.55 |
| 22-Mar-04 | Dinner at small street café in Paris | $ 14.53 | | $ 14.53 | |
| 23-Mar-04 | Lodging at Le Meridien in Paris, one night | $ 231.60 | $ 231.60 | | |
| 23-Mar-04 | Train from Paris to Epernon each morning plus return | $ 11.03 | | | $ 11.03 |
| 23-Mar-04 | Lunch at McDonalds in Epernon | $ 11.86 | | $ 11.86 | |
| 23-Mar-04 | Dinner alone at Le Meridien hotel | $ 22.34 | | $ 22.34 | |
| 23-Mar-04 | Laundry service used at Le Meridien hotel | $ 55.40 | $ 55.40 | | |
| 24-Mar-04 | Lodging at Le Meridien in Paris, one night | $ 231.60 | $ 231.60 | | |
| 24-Mar-04 | Train from Paris to Epernon each morning plus return | $ 11.03 | | | $ 11.03 |
| 25-Mar-04 | Lodging at Le Meridien in Paris, one night | $ 231.60 | $ 231.60 | | |
| 25-Mar-04 | Train from Paris to Epernon each morning plus return | $ 11.03 | | | $ 11.03 |
| 26-Mar-04 | Lodging at Le Meridien in Paris, one night | $ 231.60 | $ 231.60 | | |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

| Expense Detail | | | Expense Category | | | |
|---|---|---|---|---|---|---|
| Date | Description | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
| 26-Mar-04 | Train from Paris to Epernon each morning plus return | $ 11.03 | $ 11.03 | | | | $ 11.03 |
| 26-Mar-04 | Lunch at McDonalds in Epernon | $ 12.92 | | | | $ 12.92 | $ 12.92 |
| 26-Mar-04 | Laundry service used at Le Meridien hotel | $ 25.60 | | | $ 25.60 | | $ 25.60 |
| 26-Mar-04 | Bus fare from Le Meridien hotel to de Gaulle airport | $ 18.10 | $ 18.10 | | | | $ 18.10 |
| 27-Mar-04 | 72 miles (miles in excess of normal commute) | $ 27.00 | $ 27.00 | | | | $ 27.00 |
| | Totals | $ 8,353.49 | $ 4,813.51 | $ 3,010.80 | $ 210.75 | $ 318.43 | $ 8,353.49 |

Name: Kevin Strickler
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 22-Mar-04 | Dinner at Hilton Hobby Airport Houston alone | $ 50.00 | | | | $ 50.00 | $ 50.00 |
| 23-Mar-04 | Breakfast at Hilton Hobby Airport Houston alone | $ 11.00 | | | | $ 11.00 | $ 11.00 |
| 23-Mar-04 | Dinner at Hilton Hobby Airport Houston alone | $ 54.00 | | | | $ 54.00 | $ 54.00 |
| 24-Mar-04 | Breakfast at Hilton Hobby Airport Houston alone | $ 11.00 | | | | $ 11.00 | $ 11.00 |
| 24-Mar-04 | Dinner at Hilton Hobby Airport Houston alone | $ 43.00 | | | | $ 43.00 | $ 43.00 |
| 25-Mar-04 | Breakfast at Hilton Hobby Airport Houston alone | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| 25-Mar-04 | Dinner at Hilton Hobby Airport Houston alone | $ 39.00 | | | | $ 39.00 | $ 39.00 |
| 30-Mar-04 | Lodging at Hilton Hotel Hobby Airport Houston 3/22 to 3/26 | $ 197.00 | | $ 197.00 | | | $ 197.00 |
| 30-Mar-04 | Breakfast at Hilton Hobby Airport Houston alone | $ 12.00 | | | | $ 12.00 | $ 12.00 |
| 30-Mar-04 | Dinner at Hilton Hobby Airport Houston alone | $ 36.00 | | | | $ 36.00 | $ 36.00 |
| 31-Mar-04 | Dinner at Hilton Hobby Airport Houston alone | $ 39.00 | | | | $ 39.00 | $ 39.00 |
| 1-Apr-04 | Lodging at Hilton Hotel Hobby Airport Houston 3/29 to 4/1 | $ 112.00 | | $ 112.00 | | | $ 112.00 |
| 1-Apr-04 | Dinner with Ryan Heaps (Internal Audit) at Pappas Seafood, Houston | $ 92.00 | | | | $ 92.00 | $ 92.00 |
| 1-Apr-04 | Rental Car for 3/29 to 4/1 (Hertz) | $ 319.00 | $ 319.00 | | | | $ 319.00 |
| 2-Apr-04 | Airport Parking at BWI | $ 28.00 | | | $ 28.00 | | $ 28.00 |
| 17-Apr-04 | Airfare from BWI to Germany and back for plant visit Tkt#0017498664775 American Airways 5/22 to 6/19 | $ 3,513.00 | $ 3,513.00 | | | | $ 3,513.00 |
| | Totals | $ 4,570.00 | $ 3,832.00 | $ 309.00 | $ 28.00 | $ 401.00 | $ 4,570.00 |

Name: Sarah Dilling
Level: Senior Consultant, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Apr-04 | 70 miles (miles in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 2-Apr-04 | 70 miles (miles in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 14-Apr-04 | 70 miles (miles in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 15-Apr-04 | 70 miles (miles in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 16-Apr-04 | 70 miles (miles in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 20-Apr-04 | 56 miles (miles in excess of normal daily commute) | $ 21.00 | $ 21.00 | | | | $ 21.00 |
| 22-Apr-04 | 70 miles (miles in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| | Totals | $ 178.50 | $ 178.50 | $ - | $ - | $ - | $ 178.50 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

| Expense Detail | | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|

Name: Kathryn Muller
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 7-Mar-04 | Train fare from Rouen to Paris to Bourg en Bress | $ 85.85 | $ 85.85 | | | | $ 85.85 |
| 7-Mar-04 | Metro to train station in Rouen | $ 1.23 | $ 1.23 | | | | $ 1.23 |
| 9-Mar-04 | Geant supermarket purchases for 2 meals | $ 19.89 | | | | $ 19.89 | $ 19.89 |
| 12-Mar-04 | Lodging at Hotel Parenthese for 5 nights | $ 482.78 | | $ 482.78 | | | $ 482.78 |
| 12-Mar-04 | Train fare from Bourg en Bress to Paris to Rouen | $ 85.85 | $ 85.85 | | | | $ 85.85 |
| 12-Mar-04 | Metro from train station to home | $ 1.23 | $ 1.23 | | | | $ 1.23 |
| 12-Mar-04 | Train fare from Lons le Saulnier to Bourg en Bress | $ 11.32 | $ 11.32 | | | | $ 11.32 |
| 12-Mar-04 | Breakfast alone at hotel | $ 4.43 | $ 4.43 | | | | $ 4.43 |
| 14-Mar-04 | Train fare from Rouen to Paris to Bourg en Bress to Lons le Saulnier | $ 90.04 | $ 90.04 | | | | $ 90.04 |
| 14-Mar-04 | Metro from home to train station | $ 1.23 | $ 1.23 | | | | $ 1.23 |
| 14-Mar-04 | Snack at Gare de Lyon train station while waiting for train | $ 7.56 | | | | $ 7.56 | $ 7.56 |
| 14-Mar-04 | Beverage (tea) purchased at train station | $ 6.77 | | | | $ 6.77 | $ 6.77 |
| 15-Mar-04 | Dinner at Hotel Parenthese alone | $ 28.29 | | | | $ 28.29 | $ 28.29 |
| 15-Jan-00 | Geant supermarket to purchase food for 4 meals | $ 35.09 | | | | $ 35.09 | $ 35.09 |
| 19-Mar-04 | Train fare from Lons le Saulnier to Bourg en Bress to Paris to Rouen | $ 90.04 | $ 90.04 | | | | $ 90.04 |
| 19-Mar-04 | Metro from train station in Rouen to home | $ 1.23 | $ 1.23 | | | | $ 1.23 |
| 19-Mar-04 | Lodging at Hotel Parenthese for 5 nights | $ 608.85 | | $ 608.85 | | | $ 608.85 |
| 19-Mar-04 | Dinner alone at McDonalds | $ 6.89 | | | | $ 6.89 | $ 6.89 |
| 21-Mar-04 | Metro from home to train station in Rouen | $ 1.23 | $ 1.23 | | | | $ 1.23 |
| 21-Mar-04 | Train fare from Rouen to Paris to Bourg en Bress | $ 85.85 | $ 85.85 | | | | $ 85.85 |
| 21-Mar-04 | Dinner alone Sunday evening at McDonalds | $ 6.40 | | | | $ 6.40 | $ 6.40 |
| 21-Mar-04 | Tolls | $ 4.18 | | | $ 4.18 | | $ 4.18 |
| 22-Mar-04 | Dinner alone at Hotel Parenthese restaurant | $ 21.30 | | | | $ 21.30 | $ 21.30 |
| 25-Mar-04 | Dinner alone at McDonalds | $ 7.75 | | | | $ 7.75 | $ 7.75 |
| 26-Mar-04 | Train from Bourg en Bress to Paris to Rouen | $ 85.85 | $ 85.85 | | | | $ 85.85 |
| 26-Mar-04 | Lodging at Hotel Parenthese for 5 nights | $ 608.85 | | $ 608.85 | | | $ 608.85 |
| 26-Mar-04 | Metro from Rouen train station to home | $ 1.23 | $ 1.23 | | | | $ 1.23 |
| | Totals | $ 2,391.21 | $ 546.61 | $ 1,700.48 | $ 4.18 | $ 139.94 | $ 2,391.21 |

Name: Jerome Dirand
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 7-Mar-04 | Train fare from Paris to Bourg en Bresse | $ 74.05 | $ 74.05 | | | | $ 74.05 |
| 7-Mar-04 | Taxi fare from Bourg en Bresse to Hotel Parenthese in Lons le Saulnier | $ 173.43 | $ 173.43 | | | | $ 173.43 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

| Expense Detail | | | Expense Category | | | |
|---|---|---|---|---|---|---|
| Date | Description | Amount | Lodging | Transportation | Sundry | Business Meals/Entertainment |
| 9-Mar-04 | Lunch alone at McDonalds | $ 6.01 | | | | $ 6.01 |
| 10-Mar-04 | Lunch alone at McDonalds | $ 14.15 | | | | $ 14.15 |
| 12-Mar-04 | Lodging at Hotel Parenthese for 5 nights | $ 479.70 | $ 479.70 | | | |
| 12-Mar-04 | Train fare from Lons le Saulnier to Gare de Lyon in Paris | $ 79.83 | | $ 79.83 | | |
| 14-Mar-04 | Train fare from Paris to Lons le Saulnier | $ 79.83 | | $ 79.83 | | |
| 14-Mar-04 | Dinner alone in Bourg en Bresse at train station | $ 14.51 | | | | $ 14.51 |
| 16-Mar-04 | Lunch alone at Saillenard bakery | $ 4.64 | | | | $ 4.64 |
| 16-Mar-04 | Dinner at Hotel Parenthese restaurant | $ 14.15 | | | | $ 14.15 |
| 18-Mar-04 | Lunch alone at Saillenard bakery | $ 11.07 | | | | $ 11.07 |
| 19-Mar-04 | Lodging at Hotel Parenthese for 5 nights | $ 647.40 | $ 647.40 | | | |
| 19-Mar-04 | Lunch alone at Auberge de la Croix in Saillenard | $ 31.73 | | | | $ 31.73 |
| 19-Mar-04 | Tolls paid | $ 4.18 | | | $ 4.18 | |
| 19-Mar-04 | Train fare from Bourg en Bresse to Paris | $ 74.05 | | $ 74.05 | | |
| 21-Mar-04 | Train fare from Paris to Bourg en Bresse | $ 86.35 | | $ 86.35 | | |
| 21-Mar-04 | Dinner alone in Bourg en Bresse | $ 11.32 | | | | $ 11.32 |
| 22-Mar-04 | Lunch alone at pizza restaurant in Lons le Saulnier | $ 9.84 | | | | $ 9.84 |
| 24-Mar-04 | Lunch alone at McDonalds in Lons le Saulnier | $ 10.33 | | | | $ 10.33 |
| 25-Mar-04 | Dinner alone in train station in Bourg en Bresse | $ 13.53 | | | | $ 13.53 |
| 26-Mar-04 | Lodging at Hotel Parenthese for 5 nights | $ 618.69 | $ 618.69 | | | |
| | Totals | $ 2,458.79 | $ 1,745.79 | $ 567.54 | $ 4.18 | $ 141.28 |

Name: Robert Purvis
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 16-Apr-04 | 81 miles (miles in excess of normal commute) | $ 30.38 | $ 30.38 | | | | $ 30.38 |
| 19-Apr-04 | 79 miles (miles in excess of normal commute) | $ 29.63 | $ 29.63 | | | | $ 29.63 |
| 20-Apr-04 | 75 miles (miles in excess of normal commute) | $ 28.12 | $ 28.12 | | | | $ 28.12 |
| 21-Apr-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 22-Apr-04 | 81 miles (miles in excess of normal commute) | $ 30.38 | $ 30.38 | | | | $ 30.38 |
| 23-Apr-04 | 75 miles (miles in excess of normal commute) | $ 28.12 | $ 28.12 | | | | $ 28.12 |
| 26-Apr-04 | 75 miles (miles in excess of normal commute) | $ 28.12 | $ 28.12 | | | | $ 28.12 |
| 27-Apr-04 | 76 miles (miles in excess of normal commute) | $ 28.50 | $ 28.50 | | | | $ 28.50 |
| 28-Apr-04 | 75 miles (miles in excess of normal commute) | $ 28.12 | $ 28.12 | | | | $ 28.12 |
| 29-Apr-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 30-Apr-04 | 75 miles (miles in excess of normal commute) | $ 28.12 | $ 28.12 | | | | $ 28.12 |
| | Totals | $ 320.99 | $ 320.99 | $ - | $ - | $ - | $ 320.99 |

Name: John Martin
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 16-Apr-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

| Date | Expense Detail | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| 19-Apr-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | | | | | $ 28.13 |
| 20-Apr-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | | | | | $ 28.13 |
| 21-Apr-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | | | | | $ 28.13 |
| 22-Apr-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | | | | | $ 28.13 |
| 23-Apr-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | | | | | $ 28.13 |
| 26-Apr-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | | | | | $ 28.13 |
| 27-Apr-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | | | | | $ 28.13 |
| 28-Apr-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | | | | | $ 28.13 |
| 29-Apr-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | | | | | $ 28.13 |
| 30-Apr-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | | | | | $ 28.13 |
| | Totals | $ 296.30 | $ - | | | | $ 296.30 |

Name: Thomas Downing
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 16-Apr-04 | 92 miles (in excess of normal daily commute) + $1.00 toll | $ 35.50 | $ 35.50 | | | | $ 35.50 |
| 19-Apr-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 20-Apr-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 46.50 | $ 46.50 | | | | $ 46.50 |
| 21-Apr-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 22-Apr-04 | 136 miles (in excess of normal daily commute)+ $1.00 toll | $ 52.00 | $ 52.00 | | | | $ 52.00 |
| 23-Apr-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 26-Apr-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 46.50 | $ 46.50 | | | | $ 46.50 |
| 27-Apr-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 28-Apr-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 29-Apr-04 | 136 miles (in excess of normal daily commute)+ $1.00 toll | $ 52.00 | $ 52.00 | | | | $ 52.00 |
| 30-Apr-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| | Totals | $ 517.50 | $ 517.50 | | $ - | $ - | $ 517.50 |

Name: Kim Maronski
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 16-Apr-04 | 68 miles (miles in excess of normal daily commute) | $ 25.50 | $ 25.50 | | | | $ 25.50 |
| 16-Apr-04 | Airfare on Southwest for flight from BWI to Houston for Lake Charles SOA assessment | $ 278.20 | $ 278.20 | | | | $ 278.20 |
| 16-Apr-04 | Airfare for flight from Houston to BWI to return home from SOA review of Lake Charles, LA plant. | $ 184.60 | $ 184.60 | | | | $ 184.60 |
| 18-Apr-04 | 90 miles (miles in excess of normal daily commute) | $ 33.75 | $ 33.75 | | | | $ 33.75 |
| 18-Apr-04 | BWI baggage cart | $ 3.00 | | | $ 3.00 | | $ 3.00 |
| 18-Apr-04 | BWI Food Court carryout for 4 hour flight to Houston | $ 4.10 | | | | $ 4.10 | $ 4.10 |
| 18-Apr-04 | Southwest Airlines in flight beverage purchase en route to Houston | $ 4.00 | | | | $ 4.00 | $ 4.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

| Date | Expense Detail | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| | | | Transportation | Lodging | Sundry | Business Meals/Entertainment | |
| 18-Apr-04 | Lodging for one night at Isle of Capri Hotel, Lake Charles, LA | $ 66.93 | | $ 66.93 | | | |
| 19-Apr-04 | Lodging for one night at Isle of Capri Hotel, Lake Charles, LA | $ 66.93 | | $ 66.93 | | | |
| 20-Apr-04 | Lodging for one night at Isle of Capri Hotel, Lake Charles, LA | $ 66.93 | | $ 66.93 | | | |
| 21-Apr-04 | Lodging for one night at Isle of Capri Hotel, Lake Charles, LA | $ 66.93 | | $ 66.93 | | | |
| 22-Apr-04 | Lodging for one night at Isle of Capri Hotel, Lake Charles, LA | $ 66.93 | | $ 66.93 | | | |
| 19-Apr-04 | Breakfast purchase: Donut King, Lake Charles, LA | $ 3.50 | | | | $ 3.50 | |
| 22-Apr-04 | Breakfast purchase: Circle K., Lake Charles, LA | $ 4.57 | | | | $ 4.57 | |
| 23-Apr-04 | Breakfast purchase: Quick Stuff, Sulfur, LA | $ 6.16 | | | | $ 6.16 | |
| 23-Apr-04 | Lunch purchase: Quiznos Sub Store, Beaumont, TX | $ 6.94 | | | | $ 6.94 | |
| 23-Apr-04 | Airfare for flight from Houston to El Paso in lieu of returning home | $ 229.70 | $ 229.70 | | | | |
| 23-Apr-04 | Airfare for flight from El Paso to Houston for SOA review of Lake Charles, LA plant | $ 229.60 | $ 229.60 | | | | |
| 23-Apr-04 | Airfare for flight from BWI to Houston for SOA review of Lake Charles plant | $ 275.10 | $ 275.10 | | | | |
| 23-Apr-04 | Airfare for flight from Houston to BWI to return home from SOA review of Lake Charles plant | $ 164.60 | $ 164.60 | | | | |
| 25-Apr-04 | Houston baggage cart | $ 3.00 | | | $ 3.00 | | |
| 25-Apr-04 | Lodging for one night at Isle of Capri Hotel, Lake Charles, LA | $ 66.93 | | $ 66.93 | | | |
| 26-Apr-04 | Lodging for one night at Isle of Capri Hotel, Lake Charles, LA | $ 66.93 | | $ 66.93 | | | |
| 27-Apr-04 | Lodging for one night at Isle of Capri Hotel, Lake Charles, LA | $ 66.93 | | $ 66.93 | | | |
| 28-Apr-04 | Lodging for one night at Isle of Capri Hotel, Lake Charles, LA | $ 66.93 | | $ 66.93 | | | |
| 29-Apr-04 | Lodging for one night at Isle of Capri Hotel, Lake Charles, LA | $ 66.93 | | $ 66.93 | | | |
| 26-Apr-04 | Breakfast purchase: Quick Stuff, Sulfur, LA | $ 2.84 | | | | $ 2.84 | |
| 26-Apr-04 | Walmart grocery purchase (dinner): Lake Charles, LA | $ 31.83 | | | | $ 31.83 | |
| 27-Apr-04 | Breakfast purchase: Quick Stuff, Sulfur, LA | $ 2.34 | | | | $ 2.34 | |
| 28-Apr-04 | Breakfast purchase: Quick Stuff, Sulfur, LA | $ 3.07 | | | | $ 3.07 | |
| 30-Apr-04 | Breakfast purchase: Quick Stuff, Sulfur, LA | $ 3.54 | | | | $ 3.54 | |
| 30-Apr-04 | Late P.M. Lunch / Dinner: Beaumont, TX | $ 7.00 | | | | $ 7.00 | |
| 30-Apr-04 | Houston baggage cart | $ 3.00 | | | $ 3.00 | | |
| 30-Apr-04 | 90 miles (miles in excess of normal daily commute) | $ 33.75 | $ 33.75 | | | | |
| | Totals | $ 2,212.99 | $ 1,454.80 | $ 669.30 | $ 9.00 | $ 79.89 | $ 2,212.99 |

Name: Samuel Ngambe
Level: Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 7-Mar-04 | RATP train pass from home in Paris to Gare de Lyon for duration of project in Sailleanard France | $ 97.91 | $ 97.91 | | | | $ 97.91 |
| 7-Mar-04 | TGV regional train ticket for roundtrip from Gare de Lyon in Paris to Bourg en Bresse for Pieri SOA project | $ 148.09 | $ 148.09 | | | | $ 148.09 |
| 7-Mar-04 | Taxi fare from Bourg en Bresse to Lons le Saunier | $ 172.20 | $ 172.20 | | | | $ 172.20 |
| 11-Mar-04 | Lunch at McDonalds in Lons le Saunier | $ 15.87 | | | | $ 15.87 | $ 15.87 |
| 11-Mar-04 | Dinner in Hotel Parenthese alone | $ 17.96 | | | | $ 17.96 | $ 17.96 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

| Date | Expense Detail | Amount | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| 12-Mar-04 | Lodging at Hotel Parenthese, Lons le Saunier, France for 5 nights | $ 418.20 | | | | $ 418.20 | $ 418.20 |
| 12-Mar-04 | Breakfast at Hotel Parenthese for same 5 days | $ 61.50 | | | | $ 61.50 | $ 61.50 |
| 14-Mar-04 | TGV train fare from Paris to Bourg en Bresse | $ 79.83 | $ 79.83 | | | | $ 79.83 |
| 14-Mar-04 | Dinner at McDonalds in Lons le Saunier alone | $ 11.81 | | | | $ 11.81 | $ 11.81 |
| 15-Mar-04 | Purchase food stuff at Geant supermarket | $ 9.85 | | | | $ 9.85 | $ 9.85 |
| 15-Mar-04 | Dinner in Hotel Parenthese alone | $ 38.54 | | | | $ 38.54 | $ 38.54 |
| 16-Mar-04 | Lunch at Saillenard bakery alone | $ 9.00 | | | | $ 9.00 | $ 9.00 |
| 17-Mar-04 | Dinner in Hotel Parenthese alone | $ 41.88 | | | | $ 41.88 | $ 41.88 |
| 19-Mar-04 | Lunch with Jerome Dirand at Auberge de la Croix in Saillenard | $ 52.03 | | | | $ 52.03 | $ 52.03 |
| 19-Mar-04 | Lodging at Hotel Parenthese, Lons le Saunier, France for 5 nights | $ 547.35 | | | $ 547.35 | | $ 547.35 |
| 19-Mar-04 | Breakfast at Hotel Parenthese for 4 of the same 5 days | $ 49.20 | | | | $ 49.20 | $ 49.20 |
| 19-Mar-04 | TGV train fare from Lons le Saunier to Paris | $ 74.05 | $ 74.05 | | | | $ 74.05 |
| 21-Mar-04 | TGV train fare from Paris to Lons le Saunier | $ 74.05 | $ 74.05 | | | | $ 74.05 |
| 22-Mar-04 | Purchase gasoline for rental car secured by other team member | $ 36.90 | $ 36.90 | | | | $ 36.90 |
| 23-Mar-04 | Dinner at Hotel Parenthese alone | $ 37.23 | | | | $ 37.23 | $ 37.23 |
| 25-Mar-04 | Dinner alone at McDonalds | $ 16.26 | | | | $ 16.26 | $ 16.26 |
| 26-Mar-04 | TGV train fare from Lons le Saunier to Paris | $ 74.05 | $ 74.05 | | | | $ 74.05 |
| 26-Mar-04 | Lodging at Hotel Parenthese, Lons le Saunier, France for 5 nights | $ 547.35 | | | $ 547.35 | | $ 547.35 |
| 26-Mar-04 | Breakfast at Hotel Parenthese for same 5 days | $ 61.50 | | | | $ 61.50 | $ 61.50 |
| | Totals | $ 2,692.61 | $ 757.08 | $ 1,512.90 | $ - | $ 422.63 | $ 2,692.61 |

Name: Kina Beale
Level: Consultant, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Apr-04 | Mileage (6 miles) for travel to and from client in excess of normal daily commute | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 2-Apr-04 | Mileage (70 miles) for travel to pick up Lynn Bruneau from BWI train station, drive to WR Grace and drive to drop her off at the train station and drive home. All mileage expensed is in excess of my daily commute | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 2-Apr-04 | Mileage (6 miles) for travel to and from client in excess of normal daily commute | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 14-Apr-04 | Mileage (6 miles) for travel to and from client in excess of normal daily commute | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 15-Apr-04 | Mileage (13 miles) for travel to pick up Lynn Bruneau (the Engagement's Managing Director) from her hotel in Columbia, drive to W.R. Grace from hotel, and drive home. All mileage expensed is in excess of my daily commute to the office | $ 4.88 | $ 4.88 | | | | $ 4.88 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2004

| Date | Expense Detail | Expense Category | | | |
|---|---|---|---|---|---|
| 15-Apr-04 | Mileage (34 miles) to drop Lynn Bruneau off at BWI Airport and the drive back to WR Grace | $ 12.75 | | | $ 12.75 |
| 16-Apr-04 | Mileage ( 6 miles) for travel to and from client in excess of normal daily commute | $ 2.25 | | | $ 2.25 |
| | Totals | $ 52.88 | $ - | $ - | $ 52.88 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 35,658.87 | $ 19,720.62 | $ 12,995.38 | $ 727.56 | $ 2,215.31 | $ 35,658.87 |