## Exhibit A

FIRST MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: November 20, 2003, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**FIRST MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM FEBRUARY 4, 2003 THROUGH FEBRUARY 28, 2003**

Name of Applicant:   Deloitte & Touche LLP ("Deloitte").

Authorized to Provide Professional Services to: The above-captioned debtors and debtors-in-possession.

Date of Retention:   February 4, 2003.

Period for which Compensation and Reimbursement is Sought: February 4, 2003 through February 28, 2003.

Amount of Compensation Sought as Actual, Reasonable and Necessary: $12,938.00.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: $0.00

This is a:     xx monthly          _ interim          _ final application.

The total time expended for preparation of this fee application is approximately 1 hour and the corresponding compensation requested is approximately $390.00. The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in Deloitte's subsequent fee applications. Although expense reimbursement is not sought in this Application, Deloitte anticipates seeking reimbursement for expenses incurred in providing services to the Debtors in subsequent monthly applications submitted by Deloitte in these chapter 11 cases.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: October __, 2003, at ____ p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

## FIRST MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 4, 2003 THROUGH FEBRUARY 28, 2003

### BACKGROUND

Deloitte was approved to provide customs procedures review services, tax advisory services, and compensation and benefits services to the Debtors *nunc pro tunc* to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This first monthly application (this "Application") of Deloitte for compensation for services rendered and reimbursement of expenses requests payment of fees and expense incurred solely in connection with Deloitte's

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

provision of certain tax services to the Debtors during the period from February 4, 2003 through February 28, 2003.

Deloitte is not seeking as part of this Application compensation or expense reimbursement for customs procedures review services, or for compensation and benefits services. Deloitte has, however, provided customs procedures review services, and compensation and benefits services to the Debtors during the months following this Application, and anticipates seeking compensation and expense reimbursement for such services, in addition to further tax services, in subsequent monthly applications submitted by Deloitte in these chapter 11 cases. Attached hereto as Exhibit A is the Verification of Tim Tuerff.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought; (b) a table containing a summary of compensation sought by project category, reflecting the applicable project category, the total hours expended and the total compensation sought; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B containing a daily summary of fees and expenses sought, reflecting the date the services were provided, the

91100-001\DOCS_DE:79005.1

-4-

professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees and expenses sought.

### SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Glenn Covington | Tax Partner | $600 | 4.5 | $2,700 |
| Bryan Collins | Tax Partner | $600 | 4 | $2,400 |
| Sarah Mahn | Tax Manager | $475 | 16.5 | $7,838 |

Total Fees:    $12,938.00
Total Hours:      25.0
Blended Rate: $    $517.52

### SUMMARY OF COMPENSATION SOUGHT BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Tax Services | 25.0 | $ 12,938.00 |

### EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Express Mail | | $ 0 |
| Working Meals | | $ 0 |
| Conference Calls | | $ 0 |
| Travel Expenses | | $ 0 |
| Accommodations | | $ 0 |

Dated: October 22, 2003

                              DELOITTE & TOUCHE LLP

                              */s/ Tim Tuerff*

                              Tim Tuerff, Partner
                              555 West 12 Street
                              Suite 500
                              Washington, DC 20004-1207
                              Telephone: (202) 378-5223
                              Facsimile:  (202) 661-1934

                              Customs services providers, and tax and compensation
                              advisors for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: November 20, 2003 at 4:00 p.m.
Hearing Date: to be scheduled if necessary

### FEE DETAIL FOR
### DELOITTE & TOUCHE LLP'S MONTHLY FEE APPLICATION FOR
### THE PERIOD FROM FEBRUARY 4, 2003 THROUGH FEBRUARY 28, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:47806.1
10/31/03 2:24 PM

# EXHIBIT A

# VERIFICATION OF TIM TUERFF

## VERIFICATION

WASHINGTON            :
                      :
DISTRICT OF COLUMBIA  :

    Tim Tuerff, after being duly sworn according to law, deposes and says:

    a)    I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

    b)    I have personal knowledge of Deloitte's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

    c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                                                           Tim Tuerff

SWORN AND SUBSCRIBED
before me this 22 day of October, 2003.

Notary Public Deborah S. Bang
My Commission Expires: 3/14/2005

91100-001\DOCS_DE:79005.1

-7-

# EXHIBIT B

# DAILY TIME SUMMARIES

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802301
Billing Group: BG20469

| Date | Person | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|
| 2/4/2003 | GC | Preparation for and conference call with Elyse Napoli Filon, Vice President Tax, Risk Management and Strategic Planning, and Carole Finke, Tax Counsel, regarding deduction for transaction expenses related to preparation of bankruptcy plans, creditor committee representation and and other professional fees incurred that relate to bankruptcy proceedings. | 1.5 | 600 | 900 | |
| 2/7/2003 | GC | Discussions of appropriate tax treatment regarding expenses related to bankruptcy proceedings. | 1 | 600 | 600 | |
| 2/10/2003 | GC | Analysis of IRC Section 468B issue in the context of claiming tax deductions related to the use of a designated settlement fund. | 1 | 600 | 600 | |
| 2/17/2003 | GC | Reviewed IRC Section 505(b) procedure for clearance of deductible expenses and the impact of the procedure on the carry back of a net operating loss deduction to prior taxable years. | 1 | 600 | 600 | |
| 2/24/2003 | SM | Discussion with Bryan Collins, Deloitte Tax Partner, on consolidated issues relating to the 10 year carryback of Grace Conn.'s 1998 tax return net operating losses to Grace NY's consolidated group; review factual background on Grace Conn.'s acquisitions, spin-offs, and NOLs; tax research on the application of the separate return limitation year rules to Grace Conn.'s 10 year carryback | 4 | 475 | 1900 | |
| 2/25/2003 | SM | Tax research on the application of the separate return limitation year rules to Grace Conn.'s 10 year carrybackof net operating losses from 1998 and possible related exceptions to limitations on the use of losses imposed by the separate return limitation year rules. | 1.5 | 475 | 713 | |
| 2/26/2003 | SM | Review factual background and related documents on Grace Conn.'s acquisitions, spin-offs, and NOLs; tax research on the application of the SRLY rules to Grace Conn.'s 10 year carryback of 1998 NOLs to Grace NY's consolidated group. | 3 | 475 | 1425 | |
| 2/27/2003 | BC | Conference call w/ Elyse Napoli Filon, Vice President Taxes, Risk Management & Strategic Planning, regarding the 10 year carryback of Grace Conn.'s 1998 net operating losses to Grace NY's consolidated group, factual background on Grace Conn.'s acquisitions, spin-offs, and NOLs, and the application of the separate return limitation year rules to Grace Conn.'s 10 year carryback. | 2 | 600 | 1200 | |
| 2/27/2003 | SM | Tax research on consolidated issues relating to the 10 year carryback of Grace Conn.'s 1998 net operating losses to Grace NY's consolidated group, including tax research on the SRLY rules, lonely parent rules and Rev. Rul. 82-152. | 5 | 475 | 2375 | |
| 2/28/2003 | BC | Review of memorandum concerning the treatment of Grace Conn.'s 10-year carryback of its NOLs to Grace NY's consolidated group; discuss tax research regarding same with Sara Mahn, Deloitte Tax Manager | 2 | 600 | 1200 | |
| 2/28/2003 | SM | Review of memorandum concerning treatment of Grace-Conn.'s 10-year carryback of net operating losses. Discussion with Bryan Collins on consolidated income tax return issues identified in the memorandum and related tax research. | 3 | 475 | 1425 | |

EXHIBIT B

# W.R. Grace & Co.
## Daily Summary of Fees and Expenses

Invoice #: 08802301
Billing Group: BG20469

| Date | Person | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|-------------|-------|--------------|-------------------|----------|
|      |        | TOTALS      | 25.0  |              | $12,938           | $0       |

GC = Glenn Carrington, Deloitte Tax Partner
SM = Sara Mahn, Deloitte Tax Manager
BC = Bryan Collins, Deloitte Tax Partner

EXHIBIT B