**Exhibit B**

SECOND MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) **Objection Date: February 12, 2004, at 4:00 p.m.** | |
| | ) **Hearing Date: Scheduled if Necessary (Negative Notice)** | |

**SECOND MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003**

Name of Applicant:    Deloitte & Touche LLP ("Deloitte").

Authorized to Provide Professional Services to: The above-captioned debtors and debtors-in-possession.

Date of Retention:    February 4, 2003.

Period for which Compensation and Reimbursement is Sought: March 1, 2003 through March 31, 2003.

Amount of Compensation Sought as Actual, Reasonable and Necessary: $45,545.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: $0.00

This is a:    xx monthly        _ interim        _ final application.

The total time expended for preparation of this fee application is approximately 18.8 hours and the corresponding compensation requested is approximately $4,324. Although expense reimbursement is not sought in this Application, Deloitte anticipates seeking reimbursement for expenses incurred in providing services to the Debtors in subsequent monthly applications submitted by Deloitte in these chapter 11 cases.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: February 12, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**SECOND MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003**

## BACKGROUND

Deloitte was approved to provide customs procedures review services, tax advisory services, and compensation and benefits services to the Debtors *nunc pro tunc* to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This second monthly application (this "Application") of Deloitte for compensation for services rendered and reimbursement of expenses requests payment of fees and expense incurred in connection with

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

-3-

Deloitte's provision of certain tax services, and compensation and benefits services to the Debtors during the period from March 1, 2003 through March 31, 2003.

Deloitte is not seeking as part of this Application compensation or expense reimbursement for customs procedures review services. Deloitte has, however, provided customs procedures review services, and compensation and benefits services to the Debtors during the months following this Application, and anticipates seeking compensation and expense reimbursement for such services, in addition to further tax services, and compensation and benefits services in subsequent monthly applications submitted by Deloitte in these chapter 11 cases. Attached hereto as Exhibit A is the Verification of Tim Tuerff.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought; (b) tables containing a summary of compensation sought for tax, and compensation and benefits services, broken into project categories, the total hours expended and the total compensation sought; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (i) a chart summarizing the fees sought by Deloitte by project category, and (ii) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the

professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees.

## SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nick Bubnovich | Partner - Human Capital | $575 | 1.5 | $863 |
| Jane Zeis | Senior Manager - Human Capital | $425 | 4.0 | $1,700 |
| Allison Prybylo | Sr. Consultant - Human Capital | $230 | 24.7 | $5,681 |
| Katie O'Neill | Sr. Consultant – Human Capital | $200 | 4.3 | $860 |
| Tom Cryan | Director- National Tax | $600 | 1.0 | $600 |
| Bryan Collins | Partner- National Tax | $600 | 35.0 | $21,000 |
| Larry Axelrod | Principal- National Tax | $600 | 1.0 | $600 |
| Ivan Panitch | Principal- National Tax | $600 | 3.0 | $1,800 |
| James Dougherty | Director- National Tax | $475 | 2.0 | $950 |
| Sarah Mahn | Manager – National Tax | $475 | 21.0 | $9,975 |
| Amy Sargent | Manager – National Tax | $475 | 3.0 | $1,425 |

Total Fees:     $45,454
Total Hours:    100.5
Blended Rate:   $452.28

### Compensation and Benefits Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Project Kick-Off Conference Call | 6.6 | $2,283.0 |
| Review Client Benchmarking | 9.1 | $2,496.5 |

### Tax Advisory Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| NOL Evaluation | 66.0 | $36,350 |
| | | |
| | | |

### Fee Application Preparation Fees

| Individual | Total Hours | Total Fees Requested |
|---|---|---|
| Allison Prybylo | 18.8 | $4,324.5 |
| | | |
| | | |

### EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Express Mail | | $ 0 |

91100-001\DOCS_DE:79005.1

-6-

| | | |
|---|---|---|
| Working Meals | | $ 0 |
| Conference Calls | | $ 0 |
| Travel Expenses | | $ 0 |
| Accommodations | | $ 0 |

Dated: *November* 30, 2003

DELOITTE & TOUCHE LLP

*[signature]*

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone: (202) 378-5223
Facsimile: (202) 661-1934

Customs services providers, and tax and compensation advisors for Debtors and Debtors in Possession

91100-001\DOCS_DE:79005.1

## EXHIBIT B

## VERIFICATION

WASHINGTON :
:
DISTRICT OF COLUMBIA :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b) I have personal knowledge of Deloitte's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Tim Tuerff

SWORN AND SUBSCRIBED
before me this 3rd day of December, 2003.

_____
Notary Public
My Commission Expires: October 14, 2007

91100-001\DOCS_DE:79005.1

-8-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: February 12, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR DELOITTE & TOUCHE LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

EXHIBIT B

Invoice #: 08802302
Billing Group: BG20469

## W.R. Grace & Co.
## Hours Spent by Each Person
March 1 through March 31

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 1.5 | $575 | $863 | $0 |
| Jane Zeis | 4.0 | $425 | $1,700 | 0 |
| Allison Prybylo | 24.7 | $230 | $5,681 | 0 |
| Kathryn O'Neill | 4.3 | $200 | $860 | 0 |
| **Total Compensation and Benefits Serv** | 34.5 | | $9,104 | $0 |
| | | | | |
| Tom Cryan | 1.0 | $600 | $600 | $0 |
| Bryan Collins | 35.0 | $600 | $21,000 | 0 |
| Larry Axelrod | 1.0 | $600 | $600 | 0 |
| Ivan Panitch | 3.0 | $600 | $1,800 | 0 |
| James Dougherty | 2.0 | $475 | $950 | 0 |
| Sarah Mahn | 21.0 | $475 | $9,975 | 0 |
| Amy Sargent | 3.0 | $475 | $1,425 | 0 |
| **Total Tax Advisory Services Fees** | 66.0 | | $36,350 | $0 |
| | | | | |
| **Total Customs and International Fees** | - | - | $0 | $0 |
| | | | | |
| **TOTAL FEES DUE** | 100.5 | | $45,454 | 0 |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802302
Billing Group: BG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/3/2003 | AP | Fee Application Preparation | Made revisions to the June 2002 through February 2003 bills. | 0.8 | 230 | 184 | |
| 3/3/2003 | BC | | Meeting with Sara Mahn to discuss consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group; review factual background on Grace Conn.'s acquisitions, spin-offs, and NOLs; review tax resear | 1.0 | 600 | 600 | |
| 3/3/2003 | SM | | Meeting w/ Bryan Collins regarding consolidated issues relating to 10-year carryback of Grace Conn.'s NOLs to Grace NY's consolidated group; preparation of presentation illustrating Grace Conn.'s restructuring transaction in 1988, spin-off in 1996, spin-o | 3.5 | 475 | 1,663 | |
| 3/4/2003 | BC | | Review tax research and presentation slides regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, including factual background on Grace Conn.'s acquisitions, spin-offs. | 3.0 | 600 | 1,800 | |
| 3/4/2003 | SM | | Discussion with Bryan Collins regarding further tax research on consolidated tax return issues relating to Grace Conn.'s 10-year carryback of NOLs to Grace NY's consolidated return and revisions to presentation on consolidated tax return issues. | 4.0 | 475 | 1,900 | |
| 3/4/2003 | AP | Fee Application Preparation | Spoke with Jane Zeis to discuss billing. Prepared the recovery worksheets for each month of billing. Revised Tim Tuerff's groups billing worksheets to be consistent with the other groups. | 2.0 | 230 | 460 | |
| 3/5/2003 | BC | | Meeting w/ L. Axelrod, I. Panitch, and S. Mahn to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception to the SRLY rules to Grace Conn.'s 1998 NOL c | 4.5 | 600 | 2,700 | |
| 3/5/2003 | IP | | Review factual background and consolidated return issue and meeting w/ Bryan Collins et al to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception. | 3.0 | 600 | 1,800 | |
| 3/5/2003 | LA | | Meeting w/ B. Collins, I. Panitch, and S. Mahn to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception to the SRLY rules to Grace Conn.'s 1998 NOL. | 1.0 | 600 | 600 | |
| 3/5/2003 | SM | | Meeting w/ B. Collins, I. Panitch, and L. Axelrod to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception to the SRLY rules to Grace Conn.'s NOL car | 4.5 | 475 | 2,138 | |
| 3/6/2003 | AP | Fee Application Preparation | Recalculated the billing detail for Nick Bubnovich. Revised the bills to exclude the conflict check that was performed. | 4.5 | 230 | 1035 | |
| 3/6/2003 | BC | | Prepare for and meet w/ D. Friedel, J. Dougherty, S. Mahn to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception to the SRLY rules to Grace Conn.'s | 5.0 | 600 | 3,000 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802302
Billing Group: BG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/6/2003 | JD | | Meeting w/ D. Friedel, B. Collins, and S. Mahn to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception to the SRLY rules to Grace Conn.'s 1998 NOL. | 2.0 | 475 | 950 | |
| 3/6/2003 | SM | | Prepare for and meet w/ D. Friedel, J. Dougherty, B. Collins to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception to the SRLY rules to Grace Conn | 4.0 | 475 | 1,900 | |
| 3/7/2003 | AS | | Discussions of appropriate tax treatment. | 3.0 | 475 | 1,425 | |
| 3/7/2003 | BC | | Conference call w/ Elsye Napoli Filon regarding 10-year NOL carryback issues. | 2.0 | 600 | 1,200 | |
| 3/8/2003 | BC | | Review tax research re: SRLY rules and the "lonely parent" rules. | 1.0 | 600 | 600 | |
| 3/9/2003 | BC | | Review tax research re: SRLY rules and the "lonely parent" rules. | 2.5 | 600 | 1,500 | |
| 3/10/2003 | AP | Fee Application Preparation | Performed detailed billing for the 9th month period. | 4.0 | 230 | 920 | |
| 3/11/2003 | AP | Fee Application Preparation | Worked on the other offices bills to ensure that the formatting was consistent (which it was not and had to be revised) | 4.5 | 230 | 1035 | |
| 3/11/2003 | BC | | Discussions of appropriate tax treatment of 10 year NOL carryback with Dave Friedel. | 1.0 | 600 | 600 | |
| 3/12/2003 | BC | | Discussion w/ Tom Cryan on upcoming meeting w/ IRS, review disclosure letter pursuant to announcement 2002-2, second discussion w/ Tom. | 2.0 | 600 | 1,200 | |
| 3/12/2003 | TC | | Discussion w/ B. Collins on upcoming meeting w/ IRS, review disclosure letter pursuant to announcement 2002-2, second discussion w/ B. Collins | 1.0 | 600 | 600 | |
| 3/13/2003 | BC | | Conference call w/ Elyse Napoli Filon, D. Friedel, M. Passman, J. Jones, S. Mahn regarding Grace-Conn.'s 10-year carryback and related SRLY items and upcoming meeting with the IRS regarding this topic. Discussion of presentation for IRS meeting | 2.0 | 600 | 1,200 | |
| 3/13/2003 | SM | | Conference call w/ B. Collins, Elyse Napoli Filon, David Friedel, M. Passman, and J. Jones regarding Grace-Conn.'s 10-year carryback and related SRLY items and upcoming meeting with the IRS. Discussion of presentation for IRS meeting. | 1.5 | 475 | 713 | |
| 3/14/2003 | BC | | Review tax research and first draft of presentation slides regarding consolidated tax return issues relating to the 10-year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, including factual background on Grace Conn.'s acquisitions, | 2.0 | 600 | 1,200 | |
| 3/18/2003 | BC | | Review tax research and first draft of presentation slides regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, including factual background on Grace Conn.'s acquisitions, | 1.0 | 600 | 600 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802302
Billing Group: BG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/20/2003 | AP | Fee Application Preparation | Finalized the bills with Nick's approval. Made some minor changes per his request and had Dawn Florey finalize the bills and prepare the invoices to be sent to Grace. | 3.0 | 230 | 690 | |
| 3/21/2003 | AP | Project Kick-Off Conference Call | Kick-off conference call with W.R. Grace working team & DT team ( Katie O'Neill, Jane Zeis, and Nick Bubnovich). | 1.5 | 230 | 345 | |
| 3/21/2003 | AP | Project Kick-Off Conference Call | Left messages with Lisa Riley and Jennifer Murphy regarding large benchmarking information we had discussed on the call. Printed out and compiled information from the conference call. | 0.6 | 230 | 138 | |
| 3/21/2003 | BC | | Review tax research and second draft of presentation slides regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, including factual background on Grace Conn.'s acquisitions, | 1.0 | 600 | 600 | |
| 3/21/2003 | JZ | Project Kick-Off Conference Call | Kick-off conference call with W.R. Grace working team & DT team (Katie O'Neill, Nick Bubnovich, and Allison Prybylo). | 1.5 | 425 | 638 | |
| 3/21/2003 | KO | Project Kick-Off Conference Call | Kick-off conference call with W.R. Grace working team & DT team (Nick Bubnovich, Jane Zeis, and Allison Prybylo). | 1.5 | 200 | 300 | |
| 3/21/2003 | NB | Project Kick-Off Conference Call | Kick-off conference call with W.R. Grace working team & DT team (Katie O'Neill, Jane Zeis, and Allison Prybylo). | 1.5 | 575 | 863 | |
| 3/24/2003 | AP | Review Client Benchmarking | Reviewed Grace's performed benchmarking and prepared a spreadsheet to use for when reviewing of the benchmarks. | 1.0 | 230 | 230 | |
| 3/24/2003 | AP | Review Client Benchmarking | Reviewed the compensation data sent by Grace and completed review worksheet. | 1.0 | 230 | 230 | |
| 3/24/2003 | BC | | Conference call w/ Elyse Napoli Filon and D. Friedel regarding consolidated tax return issues and presentation slides relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, Grace Conn.'s acquisitions, spin-offs, an | 1.5 | 600 | 900 | |
| 3/25/2003 | BC | | Conference call w/ Elyse Napoli Filon, D. Friedel, S. Mahn and meetings regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, Grace Conn.'s acquisitions, spin-offs, and NOLs | 3.5 | 600 | 2,100 | |
| 3/25/2003 | SM | | Conference call w/ B. Collins, D. Friedel, and Elyse Napoli Filon regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group, Grace Conn. acquisitions, spin-offs, and NOLs and applica | 3.0 | 475 | 1,425 | |
| 3/26/2003 | KO | Review Client Benchmarking | Began review of benchmarking spreadsheets sent by W.R. Grace. | 0.7 | 200 | 140 | |
| 3/27/2003 | BC | | Meeting w/ Elyse Napoli Filon at WR Grace re: 10-year NOL carryback and IRS audit issue. | 1.0 | 600 | 600 | |
| 3/27/2003 | KO | Review Client Benchmarking | Researched previous workplans and deliverables for final report. | 0.3 | 200 | 60 | |
| 3/28/2003 | AP | Review Client Benchmarking | Met with Jane Zeis and Katie O'Neill to discuss first draft of benchmarking findings and the agenda for the April trip. | 1.5 | 230 | 345 | |
| 3/28/2003 | AP | Review Client Benchmarking | Conference call with W.R. Grace, Jane Zeis and Katie O'Neill. | 0.3 | 230 | 69 | |
| 3/28/2003 | JZ | Review Client Benchmarking | Conference call with W.R. Grace, Allison Prybylo & Katie O'Neill. | 1.0 | 425 | 425 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802302
Billing Group: BG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/28/2003 | JZ | Review Client Benchmarking | Met with Allison Prybylo and Katie O'Neill to discuss first draft of benchmarking findings and the agenda for the April trip. | 1.5 | 425 | 638 | |
| 3/28/2003 | KO | Review Client Benchmarking | Conference call with W.R. Grace, Jane Zeis and Allison Prybylo. | 0.3 | 200 | 60 | |
| 3/28/2003 | KO | Review Client Benchmarking | Met with Jane Zeis and Allison Prybylo to discuss first draft of benchmarking findings and the agenda for the April trip. | 1.5 | 200 | 300 | |
| 3/31/2003 | BC | | Conference call w/ D. Friedel and S. Mahn regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group and methods of apportioning a SLL in a consolidated group. | 1.0 | 600 | 600 | |
| 3/31/2003 | SM | | Conference call w/ B. Collins & D. Friedel regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group and methods of apportioning a SLL in a consolidated group. | 0.5 | 475 | 238 | |
| | | | **TOTALS** | **100.5** | | **$45,454** | **$0** |