## Exhibit C

THIRD MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | Objection Deadline:  March 11, 2004 at 4:00 p.m. |
| | ) | Hearing Date:· TBD only if necessary |
| | ) | |

**THIRD MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003**

Name of Applicant:   Deloitte & Touche LLP  ("Deloitte").

Authorized to Provide Professional Services to:  The above-captioned debtors and debtors-in-possession.

Date of Retention:  February 4, 2003.

Period for which Compensation and Reimbursement is Sought:  April 1, 2003 through April 30, 2003.

Amount of Compensation Sought as Actual, Reasonable and Necessary:  $49,357.

_____

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

<u>Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary</u>:  $3,396

This is a:      <u>xx</u> monthly          _ interim            _ final application.

Although reimbursement for time expended for preparation of this Application is not sought in this Application, Deloitte anticipates seeking reimbursement for such compensation in subsequent monthly applications submitted by Deloitte in these chapter 11 cases.

91100-001\DOCS_DE:79005.1

-2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Deadline:** March 11, 2004 at 4:00 p.m. |
| | ) | **Hearing Date:** TBD only if necessary |

## THIRD MONTHLY APPLICATION OF
## DELOITTE & TOUCHE LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES TO THE DEBTORS
## <u>FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003</u>

## <u>BACKGROUND</u>

Deloitte was approved to provide customs procedures review services, compensation and

benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003

pursuant to an order entered by this Court on June 17, 2003. This third monthly application (this

"Application") of Deloitte for compensation for services rendered and reimbursement of

expenses incurred in connection with Deloitte's provision of customs procedures review

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

services, compensation and benefits services, and tax advisory services to the Debtors during the period from April 1, 2003 through April 30, 2003.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought; (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, and tax advisory services broken into project categories, the total hours expended and the total compensation sought; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (i) a chart summarizing the fees sought by Deloitte by project category, and (ii) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

### SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nick Bubnovich | Partner – Human Capital | $575 | 14.5 | $8,338 |
| Jane Zeis | Senior Manager – Human Capital | $425 | 16.5 | $7,013 |
| Allison Prybylo | Sr. Consultant – Human Capital | $230 | 21.3 | $4,899 |

91100-001\DOCS_DE:79005.1

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katie O'Neill | Sr. Consultant – Human Capital | $200 | 19.8 | $3,960 |
| Sarah Mangi | Consultant – Human Capital | $180 | 2.2 | $396 |
| Darla Yager | Admin. Assist. - Human Capital | $67 | 1.2 | $80 |
| Tim Tuerff | Partner- National Tax | $600 | 2.6 | $1,560 |
| Bryan Collins | Partner- National Tax | $600 | 23.0 | $13,800 |
| John Keenan | Senior Manager- National Tax | $600 | 3.0 | $1,800 |
| Sarah Mahn | Manager – National Tax | $475 | 13.5 | $6,413 |
| Michelle McGuire | Principal- Customs & International Tax | $660 | 1.0 | $660 |
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 1.0 | $440 |

Total Fees:      $49,357
Total Hours:     119.6
Blended Rate:   $412.69

### Customs Procedures Review Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Customs Audit/FA (Focused Assessment) | 2.1 | $1,100 |
| TOTAL | | $1,100 |

### Compensation and Benefits Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Kick-Off Meeting Preparation | 17.7 | $4,453 |
| Kick-Off Meeting | 48.0 | $17,160 |
| Benchmarking Analysis | 9.8 | $3,072 |
| TOTAL | 75.5 | $24,685 |

### Tax Advisory Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| NOL Evaluation | 42.1 | $23,573 |
| TOTAL | | $23,573 |

### EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Express Mail | | $ 0 |
| Working Meals | | $278 |
| Conference Calls | | $ 0 |

91100-001\DOCS_DE:79005.1

| | | |
|---|---|---|
| Travel Expenses | | $1,703 |
| Accommodations | | $1,415 |
| TOTAL | | $3,396 |

91100-001\DOCS_DE:79005.1

Dated: Feb 16, 2004

DELOITTE & TOUCHE LLP

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone:  (202) 378-5223
Facsimile:    (202) 661- 1934

Customs services providers, and tax and compensation
advisors for Debtors and Debtors in Possession

# EXHIBIT A

## VERIFICATION

WASHINGTON                      :

DISTRICT OF COLUMBIA    :

  Tim Tuerff, after being duly sworn according to law, deposes and says:

  a)  I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

  b)  I have personal knowledge of Deloitte's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

  c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

         _____

          Tim Tuerff

SWORN AND SUBSCRIBED
before me this 10ᵗʰ day of Salenay, 2004.

_____
Notary Public
My Commission Expires: 3|14|2005

# EXHIBIT B

**W.R. Grace & Co.**
**Hours Spent by Each Person**
April 1 through April 30

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 14.5 | $575 | $8,338 | $872 |
| Jane Zeis | 16.5 | $425 | $7,013 | 983 |
| Allison Prybylo | 21.3 | $230 | $4,899 | 706 |
| Kathryn O'Neill | 19.8 | $200 | $3,960 | 755 |
| Sarah Mangi | 2.2 | $180 | $396 | 0 |
| Darla Yager | 1.2 | $67 | $80 | 80 |
| *Total Human Capital Services Fees* | 75.5 | | $24,685 | $3,396 |
| Michele McGuire | 1.0 | $660 | $660 | $0 |
| Melissa Stephanou | 1.1 | $440 | $440 | 0 |
| *Total Customs & International Services Fees* | 2.1 | | $1,100 | $0 |
| Timothy Tuerff | 2.6 | $600 | $1,560 | $0 |
| Bryan Collins | 23 | $600 | $13,800 | 0 |
| J. Keenan | 3.0 | $600 | $1,800 | 0 |
| Sarah Mahn | 13.5 | $475 | $6,413 | 0 |
| *Total National Tax Services Fees* | 42.1 | | $23,573 | $0 |
| **TOTAL FEES DUE** | **119.7** | | **$49,357** | **$3,396** |

**Exhibit B**
**W.R. Grace Co.**
*Daily Fee and Expense Summary*

Invoice #: 08802303
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|-------------------|-------------|-------|--------------|-------------------|----------|
| 4/1/2003 | AP | Kick-Off Meeting Preparation | Discussed next steps in preparing for kickoff meeting with Jane Zeis. | 1.0 | 230 | 230 | |
| 4/1/2003 | BC | NOL Evaluation | Meet w/ Sara Mahn regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group. Review and discuss third draft of presentation. | 2.5 | 600 | 1,500 | |
| 4/1/2003 | JZ | Kick-Off Meeting Preparation | Discussed next steps in preparing for the kick off meeting with Allison Prybylo. | 1.0 | 425 | 425 | |
| 4/1/2003 | SM | NOL Evaluation | Meet w/ Bryan Collins regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group. Review and discuss third draft of presentation. | 1.5 | 475 | 713 | |
| 4/2/2003 | AP | Kick-Off Meeting Preparation | Met with Katie O'Neill regarding the allocation of the work for the W.R. Grace report. | 1.0 | 230 | 230 | |
| 4/2/2003 | BC | NOL Evaluation | Review and revise third draft of presentation on Grace Conn.'s 1998 NOL Carryback - procedural matters, summary of facts and technical issues. Conference call with S. Mahn and D. Friedel. | 2.0 | 600 | 1,200 | |
| 4/2/2003 | KO | Kick-Off Meeting Preparation | Met with Allison Prybylo regarding the allocation of the work for the W.R. Grace report. | 1.0 | 200 | 200 | |
| 4/2/2003 | SM | NOL Evaluation | Make revisions to third draft of presentation on Grace Conn 1998 NOL Carryback - procedural matters, summary of facts and technical issues. Conference call with B. Collins and D. Friedel. | 2.0 | 475 | 950 | |
| 4/3/2003 | BC | NOL Evaluation | Conference call w/ Elyse Napoli Filon regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, Grace Conn.'s acquisitions, spin-offs, and NOLs and application of the SRLY rules | 4.0 | 600 | 2,400 | |
| 4/3/2003 | SM | NOL Evaluation | Make revisions to presentation on Grace Conn.'s 1998 NOL Carryback - procedural matters, summary of facts and technical issues. | 2.0 | 475 | 950 | |
| 4/4/2003 | JZ | Kick-Off Meeting Preparation | Assisted Allison Prybylo and Katie O'Neill in beginning the report. | 0.5 | 425 | 212.5 | |
| 4/4/2003 | SM | NOL Evaluation | Revisions to third draft of presentation on Grace Conn 1998 NOL Carryback - procedural matters, summary of facts and technical issues. | 1.0 | 475 | 475 | |
| 4/4/2003 | TT | NOL Evaluation | Meet w/ B. Collins to discuss IRS strategy on positions contained in the consolidated tax return. | 1.3 | 600.00 | 780 | |
| 4/4/2003 | TT | NOL Evaluation | Prepare letter; meet w/ B. Collins to discuss IRS strategy on counsel tax return. | 1.3 | 600.00 | 780 | |
| 4/5/2003 | AP | Kick-Off Meeting Preparation | Reviewed the compensation benchmarking report to pull information for our meeting report. | 0.5 | 230 | 115 | |
| 4/8/2003 | KO | Travel Expenses | Airfare to Baltimore | | | | 355 |
| 4/8/2003 | AP | Kick-Off Meeting Preparation | Met with Katie O'Neill to work on the report. | 1.0 | 230 | 230 | |
| 4/8/2003 | AP | Kick-Off Meeting Preparation | Audited Grace's performed benchmarking against our survey data. | 0.5 | 230 | 115 | |
| 4/8/2003 | BC | NOL Evaluation | Conference call w/ D. Friedel and S. Mahn, J. Jones re Grace Conn 1998 NOL Carryback, summary of facts and technical issues. Discuss third draft of presentation. | 2.0 | 600 | 1,200 | |
| 4/8/2003 | KO | Kick-Off Meeting Preparation | Met with Allison Prybylo to work on the report. | 1.0 | 200 | 200 | |
| 4/8/2003 | SM | NOL Evaluation | Conference call w/ D. Friedel and B.Collins, J. Jones re Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. Discuss third draft or presentation. | 1.0 | 475 | 475 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Fee and Expense Summary*

Invoice #: 08802303
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|--------------------|-------------|-------|--------------|-------------------|----------|
| 4/9/2003 | BC | NOL Evaluation | Meet w/ Sara Mahn to review and discuss Grace Conn.'s 10 year calculations. | 2.0 | 600 | 1,200 | |
| 4/9/2003 | KO | Kick-Off Meeting Preparation | Reviewed and edited the report for the 4/22 meeting. | 1.0 | 200 | 200 | |
| 4/9/2003 | SM | NOL Evaluation | Review 10 year NOL carryback calculations and income to offset against in carryback years. Meet w/ B. Collins to discuss calculations. | 0.5 | 475 | 238 | |
| 4/10/2003 | BC | NOL Evaluation | Prepare for conference call w/ client regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues, review third draft of presentation. | 1.0 | 600 | 600 | |
| 4/10/2003 | DY | Kick-Off Meeting Preparation | Coordinated Nick Bubnovich's travel to Baltimore and scheduled follow-up meeting. | 1.2 | 67 | 80 | |
| 4/10/2003 | DY | Travel Expenses | Nick Bubnovich's travel fees. | | | | 80 |
| 4/11/2003 | BC | NOL Evaluation | Conf call w/ D. Friedel, M. Passman, J. Jones, C. Sink, D. Nagashige, J. Gibbs, S. Mahn, J. Kennan regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. | 2.5 | 600 | 1,500 | |
| 4/11/2003 | JK | NOL Evaluation | Prep for conf call; participation on conference call w/ B.Collins and client regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. | 3.0 | 600 | 1,800 | |
| 4/11/2003 | SM | NOL Evaluation | Conference call w/ B. Collins, D. Friedel, M. Passman, J. Jones, C. Sink, D. Nagashige, J. Gibbs, J. Kennan regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. | 2.0 | 475 | 950 | |
| 4/13/2003 | AP | Travel Expenses | Airfare to Baltimore | | | | 339 |
| 4/14/2003 | BC | NOL Evaluation | Meeting regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. | 0.5 | 600 | 300 | |
| 4/15/2003 | NB | Kick-Off Meeting Preparation | Met with Jane Zels to discuss presentation materials and work plan for next week's meeting. | 1.0 | 575 | 575 | |
| 4/16/2003 | BC | NOL Evaluation | Meeting w/ Sara Mahn to discuss the limitations on the carryback of Grace Conn.'s 1998 NOLs to the 1989 consolidated return of Grace NY | 1.0 | 600 | 600 | |
| 4/17/2003 | BC | NOL Evaluation | Conference call w/ Elyse Napoli Filon, M. Passman, J. Jones, S. Mahn, J. Kennan regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. Discuss third draft of presentation. | 3.0 | 600 | 1,800 | |
| 4/17/2003 | SM | NOL Evaluation | Conference call w/ B. Collins, client et al regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. Discuss third draft of presentation. | 2.5 | 475 | 1,188 | |
| 4/18/2003 | AP | Kick-Off Meeting Preparation | Prepared materials for meeting with Katie O'Neill and Jane Zels. | 1.0 | 230 | 230 | |
| 4/18/2003 | AP | Kick-Off Meeting Preparation | Met with Katie O'Neill and Jane Zels to prepare for the meeting at Grace. | 1.0 | 230 | 230 | |
| 4/18/2003 | JZ | Kick-Off Meeting Preparation | Met with Katie O'Neill and Allison Prybylo to prepare for the meeting at Grace. | 1.0 | 425 | 425 | |
| 4/18/2003 | KO | Kick-Off Meeting Preparation | Met with Jane Zels and Allison Prybylo to prepare for the meeting at Grace. | 1.0 | 200 | 200 | |
| 4/18/2003 | SJM | Kick-Off Meeting Preparation | Pulled financial comparison data from Bloomberg for W.R. Grace and its 14 peer companies. | 1.0 | 180 | 180 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Fee and Expense Summary*

Invoice #: 08802303
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|-------------------|-------------|-------|--------------|-------------------|----------|
| 4/18/2003 | SJM | Kick-Off Meeting Preparation | Prepared a spreadsheet for TSR and revenue data. | 1.2 | 180 | 216 | |
| 4/20/2003 | AP | Working Meals | Meal at aiport. | | | | 7 |
| 4/21/2003 | JZ | Travel Expenses | Parking in Chicago office before going to the airport | | | | 13 |
| 4/21/2003 | JZ | Accommodations | Hotel Taxes | | | | 29 |
| 4/21/2003 | JZ | Travel Expenses | Airfare to Baltimore | | | | 339 |
| 4/21/2003 | JZ | Accommodations | Hotel Accomodations in Columbia. | | | | 286 |
| 4/21/2003 | JZ | Working Meals | Dinner for myself and Allison and breakfast for myself. | | | | 86 |
| 4/21/2003 | JZ | Travel Expenses | Wayport fee. | | | | 21 |
| 4/21/2003 | JZ | Travel Expenses | Parking at O'Hare | | | | 62 |
| 4/21/2003 | JZ | Accommodations | Hotel Accomodations in Columbia. | | | | 147 |
| 4/21/2003 | KO | Kick-Off Meeting Preparation | Prepared for 4/22 and 4/23 meetings. | 0.8 | 200 | 160 | |
| 4/21/2003 | KO | Working Meals | Breakfast at the hotel | | | | 11 |
| 4/21/2003 | KO | Accommodations | Hotel accomodations in Columbia | | | | 286 |
| 4/21/2003 | KO | Accommodations | Hotel Taxes | | | | 29 |
| 4/21/2003 | KO | Accommodations | Hotel phone charges | | | | 2 |
| 4/21/2003 | NB | Working Meals | Lunch for myself, Jane Zels, Katie O'Neill, and Allison Prybylo. | | | | 85 |
| 4/21/2003 | NB | Working Meals | Dinner for myself and Katie O'Neill. | | | | 65 |
| 4/21/2003 | NB | Travel Expenses | Airfare to Baltimore | | | | 339 |
| 4/21/2003 | NB | Accommodations | Hotel Accomodations in Columbia. | | | | 321 |
| 4/21/2003 | NB | Travel Expenses | Parking at O'Hare. | | | | 62 |
| 4/22/2003 | AP | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. | 8.0 | 230 | 1840 | |
| 4/22/2003 | AP | Working Meals | Breakfast at the hotel | | | | 24 |
| 4/22/2003 | AP | Accommodations | Hotel Accomodations in Columbia. | | | | 286 |
| 4/22/2003 | AP | Travel Expenses | Telephone expenses from the hotel | | | | 21 |
| 4/22/2003 | AP | Accommodations | Hotel Taxes | | | | 29 |
| 4/22/2003 | JZ | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. Conducted interviews with Paul Norris, David Siegel and top PR-Communications officer. | 8.0 | 425 | 3400 | |
| 4/22/2003 | KO | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. | 8.0 | 200 | 1600 | |
| 4/22/2003 | KO | Travel Expenses | Internet connection fee at the hotel | | | | 10 |
| 4/22/2003 | NB | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. Conducted interviews with Paul Norris, David Siegel and top PR-Communications officer. | 8.0 | 575 | 4600 | |
| 4/23/2003 | AP | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. | 4.0 | 230 | 920 | |
| 4/23/2003 | JZ | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. | 4.0 | 425 | 1700 | |
| 4/23/2003 | KO | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. | 4.0 | 200 | 800 | |
| 4/23/2003 | KO | Travel Expenses | Parking at O'Hare | | | | 62 |
| 4/23/2003 | NB | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. Conducted additional meetings with the Robert Tarola, Brian McGowan and Joe Rightmyer. | 4.0 | 575 | 2300 | |
| 4/24/2003 | KO | Benchmarking Analysis | Began to draft benchmarking methodology. | 0.5 | 200 | 100 | |
| 4/24/2003 | MM | Customs Audit/FA | Call with M. Stephanou, T. Lascola, D. Lyons, re FA ("Focused Assessment") engagement letter | 1.0 | 660 | 660 | |
| 4/25/2003 | AP | Benchmarking Analysis | Met with Jane Zels, Nick Bubnovich, and Katie O'Neill to discuss project plan and timeline. | 1.5 | 230 | 345 | |
| 4/25/2003 | JZ | Benchmarking Analysis | Met with Nick Bubnovich, Allison Prybylo, and Katie O'Neill to discuss project plan and timeline. | 2.0 | 425 | 850 | |
| 4/25/2003 | KO | Benchmarking Analysis | Met with Jane Zeis, Allison Prybylo, and Nick Bubnovich to discuss project plan and timeline. | 1.5 | 200 | 300 | |
| 4/25/2003 | NB | Benchmarking Analysis | Met with Jane Zeis, Allison Prybylo, and Katie O'Neill to discuss project plan and timeline. | 1.5 | 575 | 862.5 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Fee and Expense Summary*

Invoice #: 08802303
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|--------------------|-------------|-------|--------------|-------------------|----------|
| 4/29/2003 | AP | Benchmarking Analysis | Prepared a revised benchmarking methodology. | 0.8 | 230 | 184 | |
| 4/29/2003 | AP | Benchmarking Analysis | Met with Katie O'Neill to discuss timeline, work plan and methodology. | 1.0 | 230 | 230 | |
| 4/29/2003 | BC | NOL Evaluation | Review latest draft of presentation regarding the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group. Review possible alternative calculation and methods of allocation of 10 year carryback raised by PwC, including allocating an amo | 1.0 | 600 | 600 | |
| 4/29/2003 | KO | Benchmarking Analysis | Met with Allison Prybylo to discuss timeline, work plan and methodology. | 1.0 | 200 | 200 | |
| 4/30/2003 | BC | NOL Evaluation | Meet w/ Sara Mahn regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group, possible alternative methods of allocating the 10 year NOL to members of a group, review of presentation. | 1.5 | 600 | 900 | |
| 4/30/2003 | MS | Customs Audit/FA | Call with M. McGuire, T. Lascola, D. Lyons, re FA ("Focused Assessment") engagement letter | 0.8 | 440 | 330 | |
| 4/30/2003 | MS | Customs Audit/FA | Discussion re: strategy w/M. McGuire | 0.3 | 440 | 110 | |
| 4/30/2003 | SM | NOL Evaluation | Meet w/ Bryan Collins regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group, possible alternative methods of allocating the 10 year NOL to members of a group, review of presentaton. | 1.0 | 475 | 475 | |
| | | | **Totals** | **119.6** | | **$49,357** | **$3,396** |