**Exhibit D**

FOURTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | Objection Deadline: March 11, 2004 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |
| | ) | |
| | ) | |

## FOURTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003

Name of Applicant:   Deloitte & Touche LLP  ("Deloitte").

Authorized to Provide Professional Services to:  The above-captioned debtors and debtors-in-possession.

Date of Retention:  February 4, 2003.

Period for which Compensation and Reimbursement is Sought:  May 1, 2003 through May 31, 2003.

Amount of Compensation Sought as Actual, Reasonable and Necessary:  $79,822.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

-2-

<u>Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary</u>:  $6,649

This is a:      <u>xx</u> monthly            _ interim              _ final application.

Although reimbursement for time expended for preparation of this Application is not sought in this Application, Deloitte anticipates seeking reimbursement for such compensation in subsequent monthly applications submitted by Deloitte in these chapter 11 cases.

91100-001\DOCS_DE:79005.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | Objection Deadline:  March 11, 2004 at 4:00 p.m. |
| | ) | Hearing Date:  TBD only if necessary |

**FOURTH MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003**

## BACKGROUND

Deloitte was approved to provide customs procedures review services, compensation and

benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003

pursuant to an order entered by this Court on June 17, 2003.  This fourth monthly application

(this "Application") of Deloitte for compensation for services rendered and reimbursement of

expenses incurred in connection with Deloitte's provision of customs procedures review

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.
91100-001\DOCS_DE:79005.1

services, compensation and benefits services, and tax advisory services to the Debtors during the period from May 1, 2003 through May 31, 2003.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought; (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, and tax advisory services broken into project categories, the total hours expended and the total compensation sought; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (i) a chart summarizing the fees sought by Deloitte by project category, and (ii) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

### SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nick Bubnovich | Partner - Human Capital | $575 | 2.0 | $1,150 |
| Jane Zeis | Senior Manager - Human Capital | $425 | 8.2 | $3,485 |
| Bill O'Connor | Sr. Consultant – Human Capital | $260 | 2.5 | $650 |

91100-001\DOCS_DE:79005.1

-4-

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allison Prybylo | Sr. Consultant - Human Capital | $230 | 23.5 | $5,405 |
| Katie O'Neill | Sr. Consultant – Human Capital | $200 | 17.1 | $3,410 |
| Sarah Mangi | Consultant – Human Capital | $180 | 11.3 | $2,034 |
| Jennifer Chaitkin | Associate- Human Capital | $150 | 3.1 | $465 |
| Zachary Georgeson | Associate- Human Capital | $150 | 3.8 | $570 |
| Katie Krone | Associate- Human Capital | $150 | 20.8 | $3,120 |
| Kathleen Kazemek | Admin. Assist. - Human Capital | $67 | .3 | $20 |
| Michelle McGuire | Principal- Customs & International Tax | $660 | 17.0 | $11,220 |
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 64.8 | $28,490 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $310 | 24.0 | $7,440 |
| Robin Raley | Associate- Customs & International Tax | $230 | 41.3 | $9,488 |
| Bryan Collins | Partner- National Tax | $600 | 4.0 | $2,400 |
| Sarah Mahn | Manager – National Tax | $475 | 1.0 | $475 |

Total Fees:     $79,822
Total Hours:    244.6
Blended Rate:   $326.34

### Customs Procedures Review Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Customs Audit/FA (Focused Assessment) | 147.0 | $56,638 |
| | | |
| TOTAL | | $56,638 |

### Compensation and Benefits Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Benchmarking Analysis | 92.6 | $20,309 |
| TOTAL | | $20,309 |

### Tax Advisory Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| NOL Evaluation | 5.0 | $2,875 |
| | | |
| TOTAL | | $2,875 |

### EXPENSE SUMMARY

| Expense Category | Service Provider (if | Total Expenses |
|---|---|---|

91100-001\DOCS_DE:79005.1

-6-

| | applicable) | |
|---|---|---:|
| Express Mail | | $20 |
| Working Meals | | $321 |
| Conference Calls | | $86 |
| Travel Expenses | | $4,498 |
| Accommodations | | $1,499 |
| U.S. Customs | | $225 |
| TOTAL | | $6,649 |

Dated: _Feb 10_, 2004

DELOITTE & TOUCHE LLP

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone:   (202) 378-5223
Facsimile:    (202) 661- 1934

Customs services providers, and tax and compensation
advisors for Debtors and Debtors in Possession

# EXHIBIT A

## VERIFICATION

WASHINGTON                    :

                              :

DISTRICT OF COLUMBIA    :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b)      I have personal knowledge of Deloitte's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
                        Tim Tuerff

SWORN AND SUBSCRIBED
before me this 10th day of _____, 2004.

_____
Notary Public
My Commission Expires:  3/14/2005

# EXHIBIT B

Exhibit B                                          Invoice #: 08802304
                                                   Billing Group: BG20469

**W.R. Grace & Co.**
**Hours Spent by Each Person**
**May 1 through May 31**

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 2.0 | $575 | $1,150 | $0 |
| Jane Zeis | 8.2 | $425 | $3,485 | 0 |
| Bill O'Connor | 2.5 | $260 | $650 | 0 |
| Allison Prybylo | 23.5 | $230 | $5,405 | 0 |
| Kathryn O'Neill | 17.1 | $200 | $3,410 | 0 |
| Sarah Mangi | 11.3 | $180 | $2,034 | 12 |
| Jenny Chaitkin | 3.1 | $150 | $465 | 0 |
| Zachary Georgeson | 3.8 | $150 | $570 | 0 |
| Katie Krone | 20.8 | $150 | $3,120 | 0 |
| Kathleen Kazemek | 0.3 | $67 | $20 | 20 |
| *Total Human Capital Service Fees* | 92.6 | | $20,309 | $32 |
| | | | | |
| Michele McGuire | 17.0 | $660 | $11,220 | $0 |
| Melissa Stephanou | 64.8 | $440 | $28,490 | 4,043 |
| Matthew Frank | 24.0 | $310 | $7,440 | 910 |
| Robin Raley | 41.3 | $230 | $9,488 | 1,664 |
| *Total Customs & International Services Fees* | 147.0 | | $56,638 | $6,617 |
| | | | | |
| Bryan Collins | 4.0 | $600 | $2,400 | $0 |
| Sara Mahn | 1.0 | $475 | $475 | 0 |
| *Total National Tax Services Fees* | 5.0 | | $2,875 | $0 |
| | | | | |
| **TOTAL FEES DUE** | **244.6** | | **$79,822** | **$6,649** |

## Exhibit B
## W.R. Grace Co.
### Daily Summary of Fees and Expenses

Invoice #: 08802304
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/1/2003 | AP | Benchmarking Analysis | Discussed workplan with Katie O'Neill. | 0.5 | 230 | 115 | |
| 5/1/2003 | KO | Benchmarking Analysis | Discussed workplan with Allison Prybyto. | 0.5 | 200 | 100 | |
| 5/1/2003 | MS | Customs Audit/FA | 20 min call w/Grace (D. Lyons) re: FA and scheduling on site visit with Chemicals-Cambridge | 0.3 | 440 | 132 | |
| 5/1/2003 | MS | Customs Audit/FA | Phone call w/T. Lascola, re: FA and scheduling on site visit with Davison-Baltimore; | 0.5 | 440 | 220 | |
| 5/1/2003 | MS | Customs Audit/FA | Preparaing and sending FA docs to Grace | 0.7 | 440 | 308 | |
| 5/1/2003 | NB | Benchmarking Analysis | Telephone interview with Greg Pohling. | 0.5 | 575 | 288 | |
| 5/1/2003 | SM | NOL Evaluation | Revise IRS presentation materials regarding the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY. Research the United Dominion and Internet cases in regard to possible alternative methods of allocating the 10 year carryback among members of a group | 1.0 | 475 | 475 | |
| 5/2/2003 | AP | Benchmarking Analysis | Reviewed Jane Zeis's changes with Katie O'Neill and updated the documents with regard to new timing considerations. | 1.5 | 230 | 345 | |
| 5/2/2003 | AP | Benchmarking Analysis | Revised template and sent it to Sonya and Paula (W.R. Grace Team). | 0.5 | 230 | 115 | |
| 5/2/2003 | AP | Benchmarking Analysis | Met with Katie O'Neill and Jane Zeis to discuss final documents. | 1.0 | 230 | 230 | |
| 5/2/2003 | JZ | Benchmarking Analysis | Met with Katie O'Neill and Allison Prybylo to discuss final documents. | 1.0 | 425 | 425 | |
| 5/2/2003 | KO | Benchmarking Analysis | Reviewed Jane Zeis's changes with Allison Prybylo and updated the documents with regard to new timing considerations. | 1.5 | 200 | 300 | |
| 5/2/2003 | KO | Benchmarking Analysis | Met with Allison Prybylo and Jane Zeis to discuss final documents. | 1.0 | 200 | 200 | |
| 5/5/2003 | AP | Benchmarking Analysis | Communicated with Paula and Sonya (W.R. Grace team) regarding the final template. | 0.8 | 230 | 184 | |
| 5/5/2003 | MM | Customs Audit/FA | preparation for on-site meetings | 0.5 | 660 | 330 | |
| 5/5/2003 | MM | Customs Audit/FA | Discussion re: strategy w/M. Stephanou | 0.5 | 660 | 330 | |
| 5/5/2003 | MS | Customs Audit/FA | Preparing PPT presentation and other preparation for on-site visit at Grace Cambridge and Grace Baltimore re: FA. | 1.5 | 440 | 660 | |
| 5/5/2003 | MS | Customs Audit/FA | Discussions with M. McGuire | 0.5 | 440 | 220 | |
| 5/5/2003 | MS | Customs Audit/FA | Travel Agency fees | | | | 62 |
| 5/5/2003 | MS | Customs Audit/FA | Hotel Room | | | | 143 |
| 5/5/2003 | MS | Customs Audit/FA | Taxi | | | | 36 |
| 5/5/2003 | MS | Customs Audit/FA | Hotel Tax | | | | 36 |
| 5/5/2003 | MS | Customs Audit/FA | Airline ticket | | | | 801 |
| 5/6/2003 | BC | NOL Evaluation | Conference call w/ Elyse Napoli Filon regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL carryback, the related presentation, and the possible alternative methods of allocating the 10-year NOL. | 1.5 | 600 | 900 | |
| 5/6/2003 | KK | Benchmarking Analysis | Pulled proxies for Total Direct Compensation (TDC) analysis. | 3.0 | 150 | 450 | |
| 5/6/2003 | MM | Customs Audit/FA | meeting in Baltimore with M.Stephanou, T. Lascola, L. Zaruba re: FA | 8.0 | 660 | 5,280 | |
| 5/6/2003 | MS | Customs Audit/FA | Onsite meeting at Baltimore for kickoff with M. McGuire, Tony Lascola and Linda Zaruba, re FA | 8.0 | 440 | 3,520 | |
| 5/7/2003 | JZ | Benchmarking Analysis | Reviewed benchmarking template for client | 0.5 | 425 | 212.5 | |
| 5/7/2003 | MM | Customs Audit/FA | meeting in Boston with M. Stephanou, D. Lyons re: FA | 8.0 | 660 | 5,280 | |
| 5/7/2003 | MS | Customs Audit/FA | Onsite kickoff meeting at Boston with M. McGuire, S. Campbell, D. Lyons, and R. Andrews | 8.0 | 440 | 3,520 | |
| 5/7/2003 | MS | Customs Audit/FA | Hotel Room | | | | 99 |
| 5/7/2003 | MS | Customs Audit/FA | Hotel Tax | | | | 10 |
| 5/7/2003 | MS | Customs Audit/FA | Meals during travel | | | | 6 |

## Exhibit B
## W.R. Grace Co.
### Daily Summary of Fees and Expenses

Invoice #: 08802304
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/8/2003 | AP | Benchmarking Analysis | Met with Katie Krone regarding Chief Operations Officer survey benchmarking. | 0.5 | 230 | 115 | |
| 5/8/2003 | BC | NOL Evaluation | Review revised presentation regarding the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY. | 1.0 | 600 | 600 | |
| 5/8/2003 | KK | Benchmarking Analysis | Met with Allison Prybylo regarding Chief Operations Officer survey benchmarking. | 0.5 | 150 | 75 | |
| 5/8/2003 | KK | Benchmarking Analysis | Benchmarked Chief Operations Officer and compiled TDC 2002 data for Chief Operations Officer. | 2.5 | 150 | 375 | |
| 5/8/2003 | MS | Customs Audit/FA | Drafted response to e-mail regarding non-resident Importer on product imported into the US | 0.5 | 440 | 220 | |
| 5/8/2003 | MS | Customs Audit/FA | Airline ticket | | | | 100 |
| 5/8/2003 | MS | Customs Audit/FA | Agency transaction fees | | | | 62 |
| 5/9/2003 | AP | Benchmarking Analysis | Met with Katie Krone to discuss TDC analysis. | 1.0 | 230 | 230 | |
| 5/9/2003 | JZ | Benchmarking Analysis | Reviewed total direct compensation analysis process and methdologdy | 0.5 | 425 | 213 | |
| 5/9/2003 | KK | Benchmarking Analysis | Compiled TDC 2002 data for Chief Operations Officer. | 2.3 | 150 | 345 | |
| 5/9/2003 | KK | Benchmarking Analysis | Met with Allison Prybylo to discuss Total Direct Compensation (TDC) analysis. | 1.0 | 150 | 150 | |
| 5/9/2003 | MS | Customs Audit/FA | Airline ticket | | | | 410 |
| 5/10/2003 | MS | Customs Audit/FA | Tracked down FOIA data on imports into the U.S. from Customs | | | | 225 |
| 5/12/2003 | AP | Benchmarking Analysis | Met with Jane Zeis regarding benchmarking project. | 1.5 | 230 | 345 | |
| 5/12/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo regarding benchmarking project. | 1.5 | 425 | 638 | |
| 5/12/2003 | KK | Benchmarking Analysis | Conducted TDC analysis for Chief Operations Officer over 3 year period. | 4.0 | 150 | 600 | |
| 5/12/2003 | KO | Benchmarking Analysis | Revised benchmarking spreadsheet to prepare for auditing. | 1.3 | 200 | 250 | |
| 5/12/2003 | MS | | Drafted letter to request necessary FOIA data from Customs | 0.5 | 440 | 220 | |
| 5/13/2003 | AP | Benchmarking Analysis | Met with Katie Krone to review TDC analysis. | 1.5 | 230 | 345 | |
| 5/13/2003 | AP | Benchmarking Analysis | Printed TDC analysis and organized Sonya's (W.R. Grace team) data. | 0.2 | 230 | 46 | |
| 5/13/2003 | BC | NOL Evaluation | Review revised presentation regarding the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY. Review research and correspondence regarding possible alternative methods of allocating the 10-year carryback. | 1.0 | 600 | 600 | |
| 5/13/2003 | KK | Benchmarking Analysis | Benchmarked Chief Operations Officer with Mercer and Watson Wyatt data cuts. Made changes to TDC for Chief Operations Officer. | 1.0 | 150 | 150 | |
| 5/13/2003 | KO | Benchmarking Analysis | Finished benchmarking spreadsheet revisions. Reviewed benchmarking methodology used. | 1.5 | 200 | 300 | |
| 5/13/2003 | KO | Benchmarking Analysis | Calculated Black-Scholes for Chief Operations Officer analysis. | 1.4 | 200 | 280 | |
| 5/13/2003 | MF | Customs Audit/FA | Draft of Kickoff meeting presentation, re FA; | 2.0 | 310 | 620 | |
| 5/13/2003 | MF | Customs Audit/FA | review of client materials, re: FA | 1.0 | 310 | 310 | |
| 5/13/2003 | MS | Customs Audit/FA | Preparation for onsite visit at Davison (e.g., preparing PPT presentation, preparation for interviews with key process owners at Davison re: FA) | 3.0 | 440 | 1,320 | |
| 5/13/2003 | MS | Customs Audit/FA | Taxi | | | | 35 |
| 5/13/2003 | RR | Customs Audit/FA | Taxi | | | | 10 |
| 5/13/2003 | RR | Customs Audit/FA | Meals - Travel (yours and other firm personel) | | | | 78 |
| 5/13/2003 | RR | Customs Audit/FA | Hotel room | | | | 363 |
| 5/13/2003 | RR | Customs Audit/FA | Meals - Travel (yours and other firm personel) | | | | 22 |
| 5/13/2003 | RR | Customs Audit/FA | Airplane Tickets | | | | 1,118 |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802304
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|-------------------|-------------|-------|-------------|-------------------|----------|
| 5/13/2003 | RR | Customs Audit/FA | Telephone, business | | | | 3 |
| 5/13/2003 | RR | Customs Audit/FA | Prepare for trip to Baltimore; travel to Baltimore | 5.0 | 230 | 1,150 | |
| 5/14/2003 | AP | Benchmarking Analysis | Wrote memo for Chief Operations Officer's TDC analysis and prepared charts. | 1.0 | 230 | 230 | |
| 5/14/2003 | KK | Benchmarking Analysis | Made changes to TDC for Chief Operations Officer. | 0.5 | 150 | 75 | |
| 5/14/2003 | KO | Benchmarking Analysis | Discussed Top 5 analysis with Allison Prybylo and Sarah Mangi. | 1.0 | 200 | 200 | |
| 5/14/2003 | KO | Benchmarking Analysis | Reviewed Chief Operations Officer exhibits. Prepared Black-Scholes calculations and Chief Operations Officer benchmarking with Allison Prybylo. | 1.8 | 200 | 360 | |
| 5/14/2003 | KO | Benchmarking Analysis | Reviewed Black-Scholes calculations with Matt Lockridge. | 1.0 | 200 | 200 | |
| 5/14/2003 | MS | Customs Audit/FA | Onsite visit in Columbia, MD with T. Lascola, R. Raley, A. Jordon, R. Cleary, T. Habib, and Larry Breaux (e.g., preparation time, discussions, and interviews) | 9.0 | 440 | 3,960 | |
| 5/14/2003 | RR | Customs Audit/FA | Subsistence | | | | 35 |
| 5/14/2003 | RR | Customs Audit/FA | Onsite visit in Columbia, MD with T. Lascola, R. Raley, A. Jordon, R. Cleary, T. Habib, and Larry Breaux (e.g., preparation time, discussions, and interviews) | 9.0 | 230 | 2,070 | |
| 5/15/2003 | AP | Benchmarking Analysis | Conducted audit of 20 positions with Katie O'Neill, Zach Georgeson, and Jenny Chaitkin. | 2.3 | 230 | 529 | |
| 5/15/2003 | JC | Benchmarking Analysis | Conducted audit of 20 positions with Katie O'Neill, Zach Georgeson, and Allison Prybylo. | 2.0 | 150 | 300 | |
| 5/15/2003 | KO | Benchmarking Analysis | Conducted audit of 20 positions with Allison Prybylo, Zach Georgeson, and Jenny Chaitkin. | 1.5 | 200 | 300 | |
| 5/15/2003 | MS | Customs Audit/FA | Onsite visit in Columbia, MD with T. Lascola, R. Raley, Linda Zaruba, Carol Pace, William Welsh, Brian Kenny, Jenny Hammond, Shubha Shantharam, and Norm Alt (e.g., preparation time, interviews) | 9.0 | 440 | 3,960 | |
| 5/15/2003 | MS | Customs Audit/FA | Taxi | | | | 40 |
| 5/15/2003 | MS | Customs Audit/FA | Meals during travel | | | | 42 |
| 5/15/2003 | MS | Customs Audit/FA | Car rental | | | | 144 |
| 5/15/2003 | MS | Customs Audit/FA | Telephone business use | | | | 72 |
| 5/15/2003 | MS | Customs Audit/FA | Hotel room | | | | 325 |
| 5/15/2003 | MS | Customs Audit/FA | Airline ticket | | | | 100 |
| 5/15/2003 | RR | Customs Audit/FA | Subsistence | | | | 35 |
| 5/15/2003 | RR | Customs Audit/FA | Onsite visit in Columbia, MD with T. Lascola, R. Raley, Linda Zaruba, Carol Pace, William Welsh, Brian Kenny, Jenny Hammond, Shubha Shantharam, and Norm Alt (e.g., preparation time, interviews) | 9.0 | 230 | 2,070 | |
| 5/15/2003 | ZG | Benchmarking Analysis | Conducted audit of 20 positions with Katie O'Neill, Allison Prybylo, and Jenny Chaitkin. | 2.3 | 150 | 345 | |
| 5/16/2003 | AP | Benchmarking Analysis | Met with Jane Zeis and Katie O'Neill regarding questions for benchmarking of the top 100 positions and discussed the next steps. | 1.2 | 230 | 276 | |
| 5/16/2003 | AP | Benchmarking Analysis | Revised questions based on comments from meeting with Jane Zeis and Katie O'Neill. | 0.8 | 230 | 184 | |
| 5/16/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo and Katie O'Neill regarding questions for benchmarking of the top 100 positions and discussed the next steps. | 1.2 | 425 | 510 | |
| 5/16/2003 | KO | Benchmarking Analysis | Updated Chief Operations Officer Black-Scholes valuation. | 1.0 | 200 | 200 | |
| 5/16/2003 | KO | Benchmarking Analysis | Met with Allison Prybylo and Jane Zeis to review benchmarking of the top 100 positions and discussed the next steps. | 1.2 | 200 | 240 | |
| 5/16/2003 | KO | Benchmarking Analysis | Revised methodology questions for May 21st call based on prior meeting with Allison Prybylo and Jane Zeis. | 1.3 | 200 | 260 | |
| 5/16/2003 | MS | Customs Audit/FA | Conf. Call with L. Bereaux, T. Lascola, and R. Raley, re: A/P issues in relation to FA | 1.5 | 440 | 660 | |
| 5/16/2003 | MS | Customs Audit/FA | Review of interview notes from previous day, | 2.0 | 440 | 880 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802304
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/16/2003 | MS | Customs Audit/FA | Conversation with Tony Lascola re FA | 1.0 | 440 | 440 | |
| 5/16/2003 | RR | Customs Audit/FA | Conf. Call w/L.Bereaux, M. Stephanou, and T. Lascola | 1.5 | 230 | 345 | |
| 5/16/2003 | RR | Customs Audit/FA | Compiled Action List | 1.0 | 230 | 230 | |
| 5/16/2003 | SJM | Benchmarking Analysis | Conducted Total Direct Compensation (TDC) analysis. | 3.5 | 180 | 630 | |
| 5/17/2003 | SJM | Benchmarking Analysis | Conducted Total Direct Compensation (TDC) analysis. | 2.1 | 180 | 378 | |
| 5/17/2003 | SJM | Working Meals | Dinner while working late in the office. | | | | 12 |
| 5/18/2003 | SJM | Benchmarking Analysis | Conducted Total Direct Compensation (TDC) analysis. | 1.9 | 180 | 342 | |
| 5/19/2003 | AP | Benchmarking Analysis | Reviewed TDC analysis and Black-Scholes calculations. | 1.0 | 230 | 230 | |
| 5/19/2003 | AP | Benchmarking Analysis | Audited methodology of the benchmarking. | 0.9 | 230 | 207 | |
| 5/19/2003 | AP | Benchmarking Analysis | Added comments to the materials that were sent to W.R. Grace. | 0.5 | 230 | 115 | |
| 5/19/2003 | BO | Benchmarking Analysis | Reviewed total direct compensation benchmarking for the top five executive at five companies. | 2.5 | 260 | 650 | |
| 5/19/2003 | JC | Benchmarking Analysis | Conducted audit for 10 positions. | 1.1 | 150 | 165 | |
| 5/19/2003 | MF | Customs Audit/FA | Flights between Chicago and Boston | | | | 617 |
| 5/19/2003 | MF | Customs Audit/FA | Dinner at airport en route to client site (Boston) | | | | 8 |
| 5/19/2003 | MF | Customs Audit/FA | Dinner en route to home from client site (Boston) | | | | 12 |
| 5/19/2003 | MS | Customs Audit/FA | Conf. call with M. Odesky, T. Lascola, and R. Raley | 0.3 | 440 | 110 | |
| 5/19/2003 | MS | Customs Audit/FA | Call with G. Hoffman | 0.5 | 440 | 220 | |
| 5/19/2003 | RR | Customs Audit/FA | Conf. call with M. Odesky, T. Lascola, and M. Stephanou, re FA | 0.3 | 230 | 58 | |
| 5/19/2003 | RR | Customs Audit/FA | Preparation for M.Stephanou's call with Gordon Hoffman | 0.3 | 230 | 58 | |
| 5/19/2003 | RR | Customs Audit/FA | Work on action list on items needed from Grace for FA | 0.8 | 230 | 173 | |
| 5/19/2003 | SJM | Benchmarking Analysis | Conducted Total Direct Compensation (TDC) analysis. | 0.8 | 180 | 144 | |
| 5/19/2003 | ZG | Benchmarking Analysis | Conducted audit for 10 positions. | 1.5 | 150 | 225 | |
| 5/20/2003 | AP | Benchmarking Analysis | Finalized Chief Operations Officer letter. Made revisions to the letter and to the TDC analysis. Prepared graphs and charts for the letter. | 1.5 | 230 | 345 | |
| 5/20/2003 | AP | Benchmarking Analysis | Finalized questions and sent them to W.R. Grace. | 0.8 | 230 | 184 | |
| 5/20/2003 | AP | Benchmarking Analysis | Met with Jane Zeis and Nick Bubnovich to discuss benchmarking data for 5/21/03 call. | 1.0 | 230 | 230 | |
| 5/20/2003 | JZ | Benchmarking Analysis | Met with Nick Bubnovich and Allison Prybylo to discuss benchmarking data for 5/21/03 call. | 1.0 | 425 | 425 | |
| 5/20/2003 | NB | Benchmarking Analysis | Met with Jane Zeis and Allison Prybylo to discuss benchmarking data for 5/21/03 call. | 1.0 | 575 | 575 | |
| 5/20/2003 | NB | Benchmarking Analysis | Reviewed and revised letter regarding Chief Operations Officer pay. | 0.5 | 575 | 288 | |
| 5/20/2003 | SJM | Benchmarking Analysis | Revised the TDC analysis and checked all the formulas. | 1.0 | 180 | 180 | |
| 5/21/2003 | AP | Benchmarking Analysis | Conference call to discuss top 100 benchmarking results with Jane Zeis, Sarah Mangi, and W.R. Grace Team. | 2.0 | 230 | 460 | |
| 5/21/2003 | AP | Benchmarking Analysis | Met with Jane Zeis to prepare for follow-up call with W.R. Grace team. | 1.0 | 230 | 230 | |
| 5/21/2003 | JZ | Benchmarking Analysis | Conference call to discuss top 100 benchmarking results with Allison Prybylo, Sarah Mangi, and W.R. Grace team. | 2.0 | 425 | 850 | |
| 5/21/2003 | SJM | Benchmarking Analysis | Conference call to discuss top 100 benchmarking results with Jane Zeis, Allison Prybylo, and W.R. Grace Team. | 2.0 | 180 | 360 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802304
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|--------------------|-------------|-------|--------------|-------------------|----------|
| 5/22/2003 | AP | Benchmarking Analysis | Reviewed W.R. Grace's revised methodology and wrote Jane Zels an email regarding the methodology. | 0.5 | 230 | 115 | |
| 5/22/2003 | JZ | Benchmarking Analysis | Discussed methodology with Mike Piergrossi to follow-up after conference call. | 0.5 | 425 | 213 | |
| 5/23/2003 | BC | NOL Evaluation | Review presentation regarding the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY in preparation of meeting with the IRS. | 0.5 | 600 | 300 | |
| 5/23/2003 | Kathy K | Benchmarking Analysis | Sent binders to W.R. Grace. | 0.3 | 67 | 20 | |
| 5/23/2003 | Kathy K | Benchmarking Analysis | Shipping costs of binders to W.R. Grace. | | | | 20 |
| 5/23/2003 | KO | Benchmarking Analysis | Reviewed and responded to methodology emails. | 0.5 | 200 | 100 | |
| 5/23/2003 | RR | Customs Audit/FA | Drafting narratives with key process owners re: FA, from on-site visit to Baltimore (Grace Davison) | 1.0 | 230 | 230 | |
| 5/23/2003 | RR | Customs Audit/FA | Drafting narratives from on-site visit to Baltimore | 6.5 | 230 | 1,495 | |
| 5/27/2003 | KK | Benchmarking Analysis | Formatted TDC rank spreadsheet to determine TDC by position. | 1.5 | 150 | 225 | |
| 5/27/2003 | KO | Benchmarking Analysis | Reviewed methodology and the next steps for the project. | 0.3 | 200 | 60 | |
| 5/27/2003 | MF | Customs Audit/FA | Hotel Tax - Boston | | | | 12 |
| 5/27/2003 | MF | Customs Audit/FA | Hotel Room - Boston | | | | 119 |
| 5/27/2003 | MF | Customs Audit/FA | Travel to client site and review of client info | 3.0 | 310 | 930 | |
| 5/27/2003 | MS | Customs Audit/FA | Agency Transaction fees - Baltimore Trip | | | | 62 |
| 5/27/2003 | MS | Customs Audit/FA | Airline ticket- Boston Trip | | | | 617 |
| 5/27/2003 | MS | Customs Audit/FA | Agency transaction fees - Boston Trip | | | | 62 |
| 5/27/2003 | MS | Customs Audit/FA | Meals during travel | | | | 11 |
| 5/27/2003 | MS | Customs Audit/FA | Taxi | | | | 58 |
| 5/28/2003 | KK | Benchmarking Analysis | Formatted TDC rank spreadsheet to determine TDC by position. | 2.5 | 150 | 375 | |
| 5/28/2003 | MF | Customs Audit/FA | Telephone, business | | | | 11 |
| 5/28/2003 | MF | Customs Audit/FA | Hotel Room - Boston | | | | 119 |
| 5/28/2003 | MF | Customs Audit/FA | Hotel Tax - Boston | | | | 12 |
| 5/28/2003 | MF | Customs Audit/FA | On-site interviews/meeting in Boston with: M. Stephanou, D. Lyons, S. Campbell, P. McKenty, R. Andrews, N. Phillips, , J. Hastie, S. Clark, R. Brown, S. Hasham, | 9.0 | 310 | 2,790 | 0 |
| 5/28/2003 | MS | Customs Audit/FA | Meals during travel | | | | 60 |
| 5/28/2003 | MS | Customs Audit/FA | On-site interviews/meeting in Boston with: M. Frank, D. Lyons, S. Campbell, P. McKenty, R. Andrews, N. Phillips, , J. Hastie, S. Clark, R. Brown, S. Hasham, | 9.0 | 440 | 3,960 | |
| 5/28/2003 | MS | Customs Audit/FA | On-site interviews/meetings in Boston with: M. Frank, D. Lyons, S. Campbell, P. McKenty, R. Andrews, N. Phillips, D. Curreri, J. Haerringson, J. Kellett, M.B. Loretti, Ty Harter, M.L. Harding, K. Mitchell, C. Sebeysten, and conference call with E. Adams- | 9.0 | 440 | 3,960 | |
| 5/28/2003 | RR | Customs Audit/FA | Drafting narratives from on-site visit to Baltimore | 7.0 | 230 | 1,610 | |
| 5/29/2003 | KK | Benchmarking Analysis | Formatted TDC rank spreadsheet to determine TDC by position. | 2.0 | 150 | 300 | |
| 5/29/2003 | MF | | On-site interviews/meetings in Boston with: M. Stephanou, D. Lyons, S. Campbell, P. McKenty, R. Andrews, N. Phillips, D. Curreri, J. Haerringson, J. Kellett, M.B. Loretti, Ty Harter, M.L. Harding, K. Mitchell, C. Sebeysten, and conference call with E. Ad | 9.0 | 310 | 2,790 | 0 |
| 5/29/2003 | MS | Customs Audit/FA | Hotel Room | | | | 198 |
| 5/29/2003 | MS | Customs Audit/FA | Taxi | | | | 35 |
| 5/29/2003 | MS | Customs Audit/FA | Car rental | | | | 129 |
| 5/29/2003 | MS | Customs Audit/FA | Hotel Tax | | | | 63 |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802304
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|--------------------|-------------|-------|--------------|-------------------|----------|
| 5/30/2003 | KO | Benchmarking Analysis | Reviewed comprehensive methodology document. | 0.3 | 200 | 60 | |
| | | | Totals | 244.6 | | $79,822 | $6,649 |