# **Exhibit E**

FIFTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | **Objection Deadline: March 11, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |
| | ) | |

**FIFTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003**

Name of Applicant: Deloitte & Touche LLP ("Deloitte").

Authorized to Provide Professional Services to: The above-captioned debtors and debtors-in-possession.

Date of Retention: February 4, 2003.

Period for which Compensation and Reimbursement is Sought: June 1, 2003 through June 30, 2003.

Amount of Compensation Sought as Actual, Reasonable and Necessary: $50,388.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: $410.00

This is a: xx monthly _ interim _ final application.

Although reimbursement for time expended for preparation of this Application is not sought in this Application, Deloitte anticipates seeking reimbursement for such compensation in subsequent monthly applications submitted by Deloitte in these chapter 11 cases.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Deadline: March 11, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**FIFTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003**

## BACKGROUND

Deloitte was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This third monthly application (this "Application") of Deloitte for compensation for services rendered and reimbursement of expenses incurred in connection with Deloitte's provision of certain tax services, and

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

compensation and benefits services to the Debtors during the period from June 1, 2003 through June 30, 2003.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought; (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, and tax advisory services broken into project categories, the total hours expended and the total compensation sought; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (i) a chart summarizing the fees sought by Deloitte by project category, and (ii) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

## SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nick Bubnovich | Partner - Human Capital | $575 | 2.5 | $1,438 |
| Jane Zeis | Senior Manager - Human Capital | $425 | 13.2 | $5,610 |
| Allison Prybylo | Sr. Consultant - Human Capital | $230 | 26.2 | $6,026 |

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sarah Mangi | Consultant – Human Capital | $180 | 26.1 | $4,698 |
| Jennifer Chaitkin | Associate- Human Capital | $150 | 11.2 | $1,680 |
| Zachary Georgeson | Associate- Human Capital | $150 | 12.0 | $1,800 |
| Katie Krone | Associate- Human Capital | $150 | 3.5 | $525 |
| Catherine Sanders | Associate- Human Capital | $150 | 2.6 | $390 |
| Darla Yager | Admin. Assist. - Human Capital | $67 | .4 | $27 |
| Melissa Stephanou | Manager – Customs & International Tax | $580 | 17.0 | $9,860 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $370 | 23.0 | $8,510 |
| Robin Raley | Associate- Customs & International Tax | $250 | 28.5 | $7,125 |
| Bryan Collins | Partner- National Tax | $600 | 4.5 | $2,700 |

Total Fees: $50,388
Total Hours: 170.7
Blended Rate: $295.18

**Compensation and Benefits Services by Project Category**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Customs Audit/FA (Focused Assessment) | 68.5 | $25,495 |
| | | |
| TOTAL | | $25,495 |

**Compensation and Benefits Services by Project Category**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Benchmarking Analysis | 97.7 | $22,193 |
| TOTAL | | $22,193 |

**Tax Advisory Services by Project Category**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| NOL Evaluation | 4.5 | $2,700 |
| | | |
| TOTAL | | $2,700 |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Express Mail | | $0 |
| Working Meals | | $28 |
| Conference Calls | | $53 |
| Travel Expenses | | $104 |

91100-001\DOCS_DE:79005.1

| | | |
|---|---|---|
| Accommodations | | $0 |
| U.S. Customs | | $225 |
| TOTAL | | $410 |

Dated: Feb 10, 2004

DELOITTE & TOUCHE LLP

[signature]

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone: (202) 378-5223
Facsimile: (202) 661- 1934

Customs services providers, and tax and compensation advisors for Debtors and Debtors in Possession

# EXHIBIT A

VERIFICATION

WASHINGTON :
:
DISTRICT OF COLUMBIA :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b) I have personal knowledge of Deloitte's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Tim Tuerff

SWORN AND SUBSCRIBED
before me this 10th day of February 2004.

Notary Public
My Commission Expires: 3/14/2005

91100-001\DOCS_DE:79005.1

# EXHIBIT B

Exhibit B

Invoice #: 08802305
Billing Group: BG20469

**W.R. Grace & Co.**
**Hours Spent by Each Person**
**June 1 through June 30**

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 2.5 | $575 | $1,438 | $0 |
| Jane Zeis | 13.2 | $425 | $5,610 | 0 |
| Allison Prybylo | 26.2 | $230 | $6,026 | 67 |
| Sarah Mangi | 26.1 | $180 | $4,698 | 30 |
| Jenny Chaitkin | 11.2 | $150 | $1,680 | 0 |
| Zachary Georgeson | 12.0 | $150 | $1,800 | 0 |
| Katie Krone | 3.5 | $150 | $525 | 0 |
| Catherine Sanders | 2.6 | $150 | $390 | 0 |
| Darla Yager | 0.4 | $67 | $27 | 26 |
| ***Total Human Capital Service Fees*** | 97.7 | | $22,193 | $123 |
| | | | | |
| Melissa Stephanou | 17 | $580 | $9,860 | $225 |
| Matthew Frank | 23 | $370 | $8,510 | 62 |
| Robin Raley | 28.5 | $250 | $7,125 | 0 |
| ***Total Customs & International Services Fees*** | 68.5 | | $25,495 | $287 |
| | | | | |
| Bryan Collins | 4.5 | $600 | $2,700 | $0 |
| ***Total National Tax Services Fees*** | 4.5 | | $2,700 | $0 |
| | | | | |
| **TOTAL FEES DUE** | **170.7** | | **$50,388** | **$410** |

**Exhibit B**
**W.R. Grace Co.**
***Daily Summary of Fees and Expenses***

Invoice #: 08802305
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 6/1/2003 | MF | Customs Audit/FA | Travel Agency Transaction Fee | | | | 62 |
| 6/1/2003 | SJM | Benchmarking Analysis | Reviewed peer group analysis by position. | 4.0 | 180 | 720 | |
| 6/2/2003 | KK | Benchmarking Analysis | Made revisions to TDC analysis by position. | 3.0 | 150 | 450 | |
| 6/2/2003 | SJM | Benchmarking Analysis | Reviewed peer group analysis by position and went over changes with Katie Krone. Reviewed Katie Krone's changes and made final revisions to TDC analysis by position. | 1.3 | 180 | 234 | |
| 6/3/2003 | AP | Benchmarking Analysis | Reviewed revised benchmarking for the Corporate and Catalyst group. | 2.5 | 230 | 575 | |
| 6/3/2003 | SJM | Benchmarking Analysis | Reviewed revisions to TDC by positions. Reviewed the Catalyst's benchmarking sheets. | 2.0 | 180 | 360 | |
| 6/4/2003 | AP | Benchmarking Analysis | Reviewed top 100 benchmarking positions with Jane Zeis and Sarah Mangi and determined next steps. | 0.5 | 230 | 115 | |
| 6/4/2003 | JZ | Benchmarking Analysis | Reviewed top 100 benchmarking positions with Allison Prybylo and Sarah Mangi and determined next steps. | 0.5 | 425 | 213 | |
| 6/4/2003 | SJM | Benchmarking Analysis | Reviewed the Catalysts benchmarking sheets. Prepared a comment sheet with all the inconsistencies found in the benchmarking methodology for Catalysts and guidelines for weighting the information. | 1.0 | 180 | 180 | |
| 6/4/2003 | SJM | Benchmarking Analysis | Reviewed top 100 benchmarking positions with Allison Prybylo and Jane Zeis and determined next steps. | 0.5 | 180 | 90 | |
| 6/5/2003 | JC | Benchmarking Analysis | Audited Watson Wyatt data for the benchmarking project. | 1.0 | 150 | 150 | |
| 6/5/2003 | JZ | Benchmarking Analysis | Discussed Investor Relations position with Bernadine Johnson at W.R. Grace. | 0.5 | 425 | 213 | |
| 6/5/2003 | MF | Customs Audit/FA | On-site interviews at Chicago Customer Service Center with M.Stephanou, E. Adams-Monk, D. Lyons (via phone), T. Harter, H. Aurenz, C. Vertucci, J. Fuller | 4 | 370 | 1480 | |
| 6/5/2003 | MS | Customs Audit/FA | On-site interviews at Chicago Customer Service Center with M.Frank, E. Adams-Monk, D. Lyons (via phone), T. Harter, H. Aurenz, C. Vertucci, J. Fuller | 4 | 580 | 2320 | |
| 6/5/2003 | MS | Customs Audit/FA | Preparation for On-site interviews at Chicago Customer Service Center with M.Frank, E. Adams-Monk, D. Lyons (via phone), T. Harter, H. Aurenz, C. Vertucci, J. Fuller | 1 | 580 | 580 | |
| 6/5/2003 | SJM | Benchmarking Analysis | Prepared a comment sheet with the inconsistencies found in the benchmarking methodology for Catalysts and the guidelines for weighting the information. | 0.3 | 180 | 54 | |
| 6/6/2003 | RR | Customs Audit/FA | Tracked down FOIA data on imports into the U.S. from Customs | 0.5 | 250 | 125 | |
| 6/6/2003 | SJM | Benchmarking Analysis | Made changes to the "Catalyst benchmarking issues" document. | 0.5 | 180 | 90 | |
| 6/9/2003 | AP | Working Meals | Dinner while working late in the office | | | | 13 |
| 6/9/2003 | AP | Benchmarking Analysis | Met with Jane Zeis and Sarah Mangi to discuss the benchmarking report. | 0.8 | 230 | 184 | |
| 6/9/2003 | AP | Benchmarking Analysis | Prepared and revised the methodology worksheet and sent it to W.R. Grace. | 2.1 | 230 | 483 | |
| 6/9/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo and Sarah Mangi to discuss the benchmarking report. | 0.8 | 425 | 340 | |
| 6/9/2003 | SJM | Benchmarking Analysis | Met with Jane Zeis and Allison Prybylo to discuss the benchmarking report. | 0.8 | 180 | 144 | |

**Exhibit B**
**W.R. Grace Co.**
***Daily Summary of Fees and Expenses***

Invoice #: 08802305
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 6/10/2003 | AP | Benchmarking Analysis | Finished revisions and sent W.R. Grace the second draft of the Top 100 benchmarks. Spoke with Sonya and Paula (W.R. Grace team) regarding any questions they had. | 1.5 | 230 | 345 | |
| 6/10/2003 | AP | Benchmarking Analysis | Met with Nick Bubnovich to review certain benchmarking issues. | 0.5 | 230 | 115 | |
| 6/10/2003 | JZ | Benchmarking Analysis | Conference call with Bob Tarola (CFO) regarding Bridget Sarikas. Conference call with Brian McGowan and Mike Piergrossi regarding Bridget Sarikas. | 1.0 | 425 | 425 | |
| 6/10/2003 | MF | Customs Audit/FA | Drafted interview narratives re: GPC's FA | 4 | 370 | 1480 | |
| 6/10/2003 | MS | Customs Audit/FA | Preparation for interviews with S. Mahajan, J. Cesta, and D. Lyons re: FA | 2 | 580 | 1160 | |
| 6/10/2003 | MS | Customs Audit/FA | FOIA DATA FROM U.S. CUSTOMS (expense to obtain data from Customs on CD to complete FA | | | | 225 |
| 6/10/2003 | NB | Benchmarking Analysis | Met with Allison Prybylo to review certain benchmarking issues. | 0.5 | 575 | 288 | |
| 6/10/2003 | RR | Customs Audit/FA | Tracked down FOIA data on imports into the U.S. from Customs | 0.25 | 250 | 63 | |
| 6/10/2003 | RR | Customs Audit/FA | Drafted interview narratives for GPC's FA | 3.75 | 250 | 938 | |
| 6/11/2003 | AP | Benchmarking Analysis | Met with Nick Bubnovich and Jane Zeis to review benchmarking methodology and to update Nick Bubnovich on the progress of the project. | 1.0 | 230 | 230 | |
| 6/11/2003 | AP | Benchmarking Analysis | Met with Jane Zeis to discuss next steps for the benchmarking, | 0.5 | 230 | 115 | |
| 6/11/2003 | AP | Benchmarking Analysis | Reviewed next round of benchmarks. Discussed with Sangi Mangi issues with the benchmarking review. | 1.0 | 230 | 230 | |
| 6/11/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo and Nick Bubnovich to review benchmarking methodology and to determine next steps. Discussed July 9th Board of Directors meeting and possible report. | 1.0 | 425 | 425 | |
| 6/11/2003 | JZ | Benchmarking Analysis | Met with Allison to discuss next steps for the benchmarking, | 0.5 | 425 | 213 | |
| 6/11/2003 | MF | Customs Audit/FA | Drafted interview narratives re: GPC's FA | 5 | 370 | 1850 | |
| 6/11/2003 | MS | Customs Audit/FA | Interview with S. Mahajan, J. Cesta, and D. Lyons, re: FA | 2 | 580 | 1160 | |
| 6/11/2003 | NB | Benchmarking Analysis | Met with Allison Prybylo and Jane Zeis to review benchmarking methodology and to determine next steps. Discussed July 9th Board of Directors meeting and possible report. | 1.0 | 575 | 575 | |
| 6/11/2003 | RR | Customs Audit/FA | Drafted interview narratives for GPC's FA | 2 | 250 | 500 | |
| 6/11/2003 | SJM | Benchmarking Analysis | Reviewed the Catalyst benchmarking sheets. Discussed issue with the benchmarking review with Allison Prybylo. | 1.7 | 180 | 306 | |
| 6/12/2003 | AP | Benchmarking Analysis | Spoke with Sonya (W.R. Grace team) to discuss the benchmarking. Reviewed next round of benchmarks and prepared questions. | 1.2 | 230 | 276 | |
| 6/12/2003 | BC | NOL Evaluation | Conference call with Elyse Napoli Filon regarding the revised presentation relating to the 10 year carryback of Grace Conn. 1998 NOLs, possible alternative methods of allocating the 10 year carryback among members of the group, | 1 | 600 | 600 | |
| 6/12/2003 | JC | Benchmarking Analysis | Audited 50 positions for benchmarking project. | 5.4 | 150 | 810 | |
| 6/12/2003 | KK | Benchmarking Analysis | Met with Zach Georgeson to teach ERI software. | 0.5 | 150 | 75 | |
| 6/12/2003 | MF | | Drafted interview narratives re: GPC's FA | 4 | 370 | 1480 | |
| 6/12/2003 | SJM | Benchmarking Analysis | Reviewed Catalyst benchmarking sheets and prepared a document summarizing all the methodology issues. | 2.2 | 180 | 396 | |
| 6/12/2003 | ZG | Benchmarking Analysis | Audited fifty positions for benchmarking project using ERI and Hewitt surveys. | 4.7 | 150 | 705 | |

**Exhibit B**
**W.R. Grace Co.**
***Daily Summary of Fees and Expenses***

Invoice #: 08802305
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 6/12/2003 | ZG | Benchmarking Analysis | Met with Katie Krone to learn ERI software. | 0.5 | 150 | 75 | |
| 6/13/2003 | AP | Benchmarking Analysis | Worked on questions. Reviewed Sarah Mangi's work. Combined the questions for the 6/19 meeting. | 1.0 | 230 | 230 | |
| 6/13/2003 | JC | Benchmarking Analysis | Revised report for auditing. | 2.0 | 150 | 300 | |
| 6/13/2003 | ZG | Benchmarking Analysis | Made changes to survey data in audit template. | 2.0 | 150 | 300 | |
| 6/16/2003 | AP | Benchmarking Analysis | Reviewed the GPC data and prepared questions for the call. Worked with Jenny Chaitkin and Zach Georgeson to complete the Auditing. Spoke with Sonya (W.R. Grace) regarding the benchmarks. | 1.8 | 230 | 414 | |
| 6/16/2003 | AP | Benchmarking Analysis | Met with Jane Zeis regarding benchmarking of grades 15-19. | 1.5 | 230 | 345 | |
| 6/16/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo regarding benchmarking of grades 15-19. | 1.5 | 425 | 638 | |
| 6/17/2003 | AP | Benchmarking Analysis | Worked on auditing the benchmarking with the Jenny Chaitkin and Zach Georgeson. | 1.0 | 230 | 230 | |
| 6/17/2003 | JC | Benchmarking Analysis | Audited 10 positions for benchmarking project. | 1.2 | 150 | 180 | |
| 6/17/2003 | JZ | Benchmarking Analysis | Reviewed questions for benchmarking conference call. | 0.7 | 425 | 298 | |
| 6/17/2003 | ZG | Benchmarking Analysis | Audited 10 positions for benchmarking project with ERI and Towers Perrin survey. | 1.3 | 150 | 195 | |
| 6/18/2003 | RR | Customs Audit/FA | Organized file documents for GPC's FA | 0.5 | 250 | 125 | |
| 6/19/2003 | AP | Benchmarking Analysis | Call with W.R. Grace to discuss the final round of benchmarks. | 2.0 | 230 | 460 | |
| 6/19/2003 | AP | Benchmarking Analysis | Spoke with Ginny (W.R. Grace team) regarding the median scope revenue and the revisions. Prepared emails to all groups discussing outstanding issues. Finalized the "By Function" worksheet and sent it to Mike Piergrossi. Reviewed Paula and Sonya's (W.R. Gr | 1.0 | 230 | 230 | |
| 6/19/2003 | DY | Benchmarking Analysis | Set-up conference call with Brian McGowan and Mike Piergrossi. | 0.2 | 67 | 13 | |
| 6/19/2003 | DY | Conference Calls | Conference Call Fees | | | | 13 |
| 6/19/2003 | JZ | Benchmarking Analysis | Call with W.R. Grace to discuss the final round of benchmarks. | 2.0 | 425 | 850 | |
| 6/19/2003 | RR | Customs Audit/FA | Organized file documents for GPC's FA | 0.5 | 250 | 125 | |
| 6/19/2003 | RR | Customs Audit/FA | Revised Action Lists for GPC and Davison's FA | 1.5 | 250 | 375 | |
| 6/19/2003 | RR | Customs Audit/FA | Met with M.Stephanou to discuss project status of GPC.Davison's FA | 1 | 250 | 250 | |
| 6/19/2003 | SJM | Benchmarking Analysis | Call with W.R. Grace to discuss the final round of benchmarks (had to leave early from call). | 1.3 | 180 | 234 | |
| 6/20/2003 | AP | Conference Calls | Conference Call fees from Texas | | | | 40 |
| 6/20/2003 | JZ | Benchmarking Analysis | Reviewed Director Investor Relations position benchmarking. | 0.5 | 425 | 213 | |
| 6/20/2003 | RR | Customs Audit/FA | Revised Action Lists and followed up with process owners | 1.5 | 250 | 375 | |
| 6/23/2003 | AP | Benchmarking Analysis | Met with Sarah Mangi to go over data and charts for the report. | 0.5 | 230 | 115 | |
| 6/23/2003 | BC | NOL Evaluation | Conference call with Elyse Napoli Filon regarding the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, possible alternative methods of allocating the 10 year carryback among the members of the group, revisions to presentation | 1 | 600 | 600 | |
| 6/23/2003 | DY | Benchmarking Analysis | Set up Nick's travel plans. | 0.2 | 67 | 13 | |

**Exhibit B**
**W.R. Grace Co.**
***Daily Summary of Fees and Expenses***

Invoice #: 08802305
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 6/23/2003 | DY | Travel Expenses | Wayport Travel expenses | | | | 13 |
| 6/23/2003 | JC | Benchmarking Analysis | Audited 12 position with Watson Wyatt compensation calculator. | 1.6 | 150 | 240 | |
| 6/23/2003 | MF | Customs Audit/FA | Reviewed and edited interview narratives and action lists re GPC's FA | 2 | 370 | 740 | |
| 6/23/2003 | MS | Customs Audit/FA | Update call with S. Ahern, R.Raley-Preparation for call | 0.5 | 580 | 290 | |
| 6/23/2003 | MS | Customs Audit/FA | Preparation for call with S. Ahern, R. Raley | 0.5 | 580 | 290 | |
| 6/23/2003 | RR | Customs Audit/FA | Update call with S. Ahern, M.Stephanou | 0.5 | 250 | 125 | |
| 6/23/2003 | RR | Customs Audit/FA | Met with M.Stephanou, M.Frank to discuss project status | 0.5 | 250 | 125 | |
| 6/23/2003 | RR | Customs Audit/FA | Revised interview narratives and action lists re GPC/Davison's FA | 4.5 | 250 | 1125 | |
| 6/23/2003 | SJM | Benchmarking Analysis | Met with Allison Prybylo to go over data and charts for the report. | 0.5 | 180 | 90 | |
| 6/23/2003 | ZG | Benchmarking Analysis | Audited thirty positions using online Hewitt survey. | 2.5 | 150 | 375 | |
| 6/24/2003 | AP | Benchmarking Analysis | Spoke with Sonya (W.R. Grace Team) regarding the ERI Survey and how data was pulled. Spoke with Jess (W.R. Grace Team) regarding the median scope revenues and the changes per the call on 6/19. Reviewed Sonya's (W.R. Grace Team) revised benchmarks and made | 1.0 | 230 | 230 | |
| 6/24/2003 | AP | Benchmarking Analysis | Met with Jane Zeis regarding report and graphs. | 1.3 | 230 | 299 | |
| 6/24/2003 | BC | NOL Evaluation | Conference call with Elyse Napoli Filon and other W.R. Grace personnel regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback and the related presentation and upcoming meeting. | 2.5 | 600 | 1500 | |
| 6/24/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo regarding report and graphs. | 1.3 | 425 | 553 | |
| 6/24/2003 | MF | Customs Audit/FA | Reviewed and edited interview narratives and action lists re GPC's FA | 4 | 370 | 1480 | |
| 6/24/2003 | MS | Customs Audit/FA | Conf. call with R. Raley, M.L. Harding (Grace - Accts. payable) | 0.5 | 580 | 290 | |
| 6/24/2003 | MS | Customs Audit/FA | Review interview narratives, re:FA | 1.5 | 580 | 870 | |
| 6/24/2003 | RR | Customs Audit/FA | Conf. call with M.Stephanou, M.L. Harding (Grace - Accts. payable) re A/P issues in relation to FA | 0.5 | 250 | 125 | |
| 6/24/2003 | RR | Customs Audit/FA | Revised interview narratives of Davison's FA | 4.5 | 250 | 1125 | |
| 6/24/2003 | SJM | Benchmarking Analysis | Organized Grace's benchmarked data and began making graphs by group, function and business unit for all components of pay. | 3.2 | 180 | 576 | |
| 6/25/2003 | AP | Benchmarking Analysis | Met with Jane Zeis and Sarah Mangi to go over graphs and data. | 1.0 | 230 | 230 | |
| 6/25/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo and Sarah Mangi to go over graphs and data. | 1.0 | 425 | 425 | |
| 6/25/2003 | JZ | Benchmarking Analysis | Discussed with Brian McGowen the compensation committee report for July 9th meeting. | 0.5 | 425 | 213 | |
| 6/25/2003 | MS | Customs Audit/FA | Discussion with S. Ahern and T. Lascola re compliance manual | 1 | 580 | 580 | |
| 6/25/2003 | RR | Customs Audit/FA | Prepared Grace billing sheets | 6.5 | 250 | 1625 | |
| 6/25/2003 | SJM | Benchmarking Analysis | Organized Grace's benchmarked data and began making graphs by group, function and business unit for all components of pay. | 1.7 | 180 | 306 | |
| 6/25/2003 | SJM | Benchmarking Analysis | Met with Jane Zeis and Allison Prybylo to go over graphs and data. | 1.0 | 180 | 180 | |
| 6/25/2003 | SJM | Working Meals | Dinner at the office while working late | | | | 15 |
| 6/25/2003 | ZG | Benchmarking Analysis | Audited final positions provided by Allison Prybylo. | 1.0 | 150 | 150 | |
| 6/26/2003 | AP | Benchmarking Analysis | Prepared sheets for the report including methodology and scope. | 0.5 | 230 | 115 | |

**Exhibit B**
**W.R. Grace Co.**
***Daily Summary of Fees and Expenses***

**Invoice #: 08802305**
**Billing Group: BG20469**

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 6/26/2003 | JZ | Benchmarking Analysis | Reviewed final data and printed out materials. | 0.4 | 425 | 170 | |
| 6/26/2003 | SJM | Benchmarking Analysis | Copied and finalized data from Corporate, Silicas, and Catalysts. Made changes based on function and group from Mike's (W.R. Grace) email. Checked all formulas in spreadsheets. | 2.3 | 180 | 414 | |
| 6/27/2003 | CS | Benchmarking Analysis | Updated bonus and total cost comparison charts. | 2.6 | 150 | 390 | |
| 6/27/2003 | JZ | Benchmarking Analysis | Reviewed investor relations benchmarking and wrote email to Mike Piergrossi regarding director versus manager title. | 1.0 | 425 | 425 | |
| 6/27/2003 | MS | Customs Audit/FA | Review *Import* manual and Grace documents | 1 | 580 | 580 | |
| 6/27/2003 | SJM | Benchmarking Analysis | Made 29 base salary graphs. Talked to Katie Krone about how to do the bonus and Total Cost Comparison graphs. | 1.5 | 180 | 270 | |
| 6/27/2003 | SJM | Travel Expenses | Taxi fees from working late | | | | 15 |
| 6/29/2003 | AP | Travel Expenses | Taxi fees from working late | | | | 14 |
| 6/30/2003 | AP | Benchmarking Analysis | Finalized the data from Ginny (W.R. Grace Team) and began to perform a final review of the methodology and audits. | 1.5 | 230 | 345 | |
| 6/30/2003 | AP | Benchmarking Analysis | Met with Nick Bubnovich to discuss methodology. | 0.5 | 230 | 115 | |
| 6/30/2003 | MS | Customs Audit/FA | Review interview narratives re: FA | 2 | 580 | 1160 | |
| 6/30/2003 | MS | Customs Audit/FA | Grace billing | 1 | 580 | 580 | |
| 6/30/2003 | NB | Benchmarking Analysis | Reviewed charts and report for the benchmarking project. | 0.5 | 575 | 288 | |
| 6/30/2003 | NB | Benchmarking Analysis | Met with Allison Prybylo to discuss methodology. | 0.5 | 575 | 288 | |
| 6/30/2003 | SJM | Benchmarking Analysis | Began preparing the leadership team charts. | 0.3 | 180 | 54 | |
| | | | **Totals** | **170.7** | | **$50,388** | **$410** |