## Exhibit F

SIXTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: March 30, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

## SIXTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

**Name of Applicant:** Deloitte & Touche LLP ("Deloitte & Touche").

**Authorized to Provide Professional Services to:** The above-captioned debtors and debtors-in-possession.

**Date of Retention:** February 4, 2003.

**Period for which Compensation and Reimbursement is Sought:** July 1, 2003 through July 31, 2003.

**Amount of Compensation Sought as Actual, Reasonable and Necessary:** $66,168.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

<u>Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary</u>: $2,427.00

This is a:     xx monthly          _ interim          _ final application.

This sixth monthly application reflects 40.6 hours and $6,541 in fees in connection with the preparation of this monthly application, in addition to Deloitte & Touche's various prior monthly application. Such prior monthly statements did not contain any requests for compensation in connection with the preparation thereof.

91100-001\DOCS_DE:79005.1

-2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: March 30, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

## SIXTH MONTHLY APPLICATION OF
## DELOITTE & TOUCHE LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES TO THE DEBTORS
## FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

### BACKGROUND

Deloitte & Touche was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This sixth monthly application (this "Application") of Deloitte & Touche is for compensation for services rendered and reimbursement of expenses incurred in connection with Deloitte & Touche's

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation. GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation. Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

provision of customs procedures review services, compensation and benefits services and tax advisory services to the Debtors and Deloitte & Touche's preparation of various prior monthly statements and fee applications for the Debtors during the period from July 1, 2003 through July 31, 2003.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte & Touche in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought; (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, tax advisory services and the preparation of monthly statements and fee applications broken into project categories, the total hours expended and the total compensation sought; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (a) a chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

### SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nick Bubnovich | Partner - Human Capital | $575 | 9.0 | $5,175 |
| Jane Zeis | Senior Manager - Human Capital | $425 | 18.6 | $7,905 |
| Allison Prybylo | Sr. Consultant - Human Capital | $230 | 50.0 | $11,500 |
| Sarah Mangi | Consultant – Human Capital | $180 | 41.1 | $7,398 |
| Justin Casazza | Associate – Human Capital | $150 | 4.4 | $660 |
| Jennifer Chaitkin | Associate- Human Capital | $150 | 11.4 | $1,710 |
| Zachary Georgeson | Associate- Human Capital | $150 | 6.8 | $1,020 |
| Kara McClain | Intern – Human Capital | $100 | 5.0 | $500 |
| Joshua Outlaw | Intern – Human Capital | $100 | 14.5 | $1,450 |
| Darla Yager | Admin. Assist. - Human Capital | $67 | 1.2 | $80 |
| Melissa Stephanou | Manager – Customs & International Tax | $580 | 30.0 | $17,400 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $370 | 6.0 | $2,220 |
| Robin Raley | Associate- Customs & International Tax | $250 | 13.5 | $3,375 |
| Bryan Collins | Partner- National Tax | $600 | 5.0 | $3,000 |
| Sara Mahn | Manager – National Tax | $475 | 1.0 | $475 |
| Darwin Broenen | Sr. Consultant – National Tax | $230 | 10.0 | $2,300 |

Total Fees: $66,168
Total Hours: 227.5
Blended Rate: $290.85

### Customs Procedures Review Services by Project Category

| | | |
|---|---|---|
| Customs Audit/FA (Focused Assessment) | 49.5 | $22,995 |
| TOTAL | | $22,995 |

### Compensation and Benefits Services by Project Category

| | | |
|---|---|---|
| Benchmarking Analysis | 121.4 | $30,857 |
| TOTAL | | $30,857 |

### Tax Advisory Services by Project Category

| | | |
|---|---|---|
| IRS Controversy Issues | 16.0 | $5,775 |
| TOTAL | | $5,775 |

### Monthly Statement and Fee Application Preparation

91100-001\DOCS_DE:79005.1

-6-

| | | |
|---|---|---|
| Detailed Billing preparation | 40.6 | $6,541 |
| TOTAL | | $6,541 |

## EXPENSE SUMMARY

| | | |
|---|---|---|
| Express Mail | | $0 |
| Working Meals | | $31 |
| Telephone Calls | | $18 |
| Travel Expenses | | $2,182 |
| Accommodations | | $196 |
| TOTAL | | $2,427 |

Dated: March 4, 2004

                    DELOITTE & TOUCHE LLP

                    */s/ Tim Tuerff*

                    Tim Tuerff, Partner
                    555 West 12 Street
                    Suite 500
                    Washington, DC 20004-1207
                    Telephone: (202) 378-5223
                    Facsimile: (202) 661- 1934

                    Customs services providers, and tax and compensation advisors for Debtors and Debtors in Possession

## EXHIBIT A

## VERIFICATION

WASHINGTON              :
                        :
DISTRICT OF COLUMBIA    :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b) I have personal knowledge of Deloitte & Touche's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Tim Tuerff

SWORN AND SUBSCRIBED
before me this 4th day of March 2004.

_____
Notary Public
My Commission Expires: 3/14/2005

91100-001\DOCS_DE:79005.1

-8-

EXHIBIT B

**W.R. Grace & Co.**
**Hours Spent by Each Person**
July 1 through July 31, 2003

| Name of Professional | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 9.0 | $575 | $5,175 | $1,197 |
| Jane Zeis | 18.6 | $425 | $7,905 | 342 |
| Allison Prybylo | 35.3 | $230 | $8,119 | 448 |
| Sarah Mangi | 41.1 | $180 | $7,398 | 56 |
| Justin Casazza | 4.4 | $150 | $660 | 15 |
| Zachary Georgeson | 6.8 | $150 | $1,020 | 0 |
| Kara McClain | 5.0 | $100 | $500 | 0 |
| Darla Yager | 1.2 | $67 | $80 | 79 |
| **Total Human Capital Service Fees** | **121.4** | | **$30,857** | **$2,137** |
| Melissa Stephanou | 30 | $580 | $17,400 | $0 |
| Matthew Frank | 6 | $370 | $2,220 | 0 |
| Robin Raley | 13.5 | $250 | $3,375 | 0 |
| **Total Customs & International Services Fees** | **49.5** | | **$22,995** | **$0** |
| Bryan Collins | 5 | $600 | $3,000 | $290 |
| Sara Mahn | 1 | $475 | $475 | |
| Darwin Broenen | 10 | $230 | $2,300 | 0 |
| **Total National Tax Services Fees** | **16** | | **$5,775** | **$290** |
| Allison Prybylo | 14.7 | $230 | $3,381 | $0 |
| Jennifer Chaikin | 11.4 | $150 | $1,710 | 0 |
| Joshua Outlaw | 14.5 | $100 | $1,450 | 0 |
| **Total Monthly Statement and Fee Application Preparation Fees** | **40.6** | | **$6,541** | **$0** |
| **TOTAL FEES DUE** | **227.5** | | **$66,168** | **$2,427** |

Invoice #: 08802907
Billing Group: BRG20469

**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802307
Billing Group: BRG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/1/2003 | BC | IRS Controversy Issues | Conference call with client. | 2 | 600 | 1200 | |
| 7/15/2003 | DB | IRS Controversy Issues | Research related to spin off of medical systems in preparation for Fresenius AG organization under ... | 2 | 230 | 460 | |
| 7/16/2003 | DB | IRS Controversy Issues | Continual research on spin off treatment of WRGrace medical as common parent of affiliated group under § 1504 regulations | 2.5 | 230 | 575 | |
| 7/17/2003 | DB | IRS Controversy Issues | Examination of Rev. Rule, 52-152 and retention of old affiliated group; lonely parent rule and impact on separate return limitation year and NOL carry back. | 2.5 | 230 | 575 | |
| 7/21/2003 | DB | IRS Controversy Issues | Analysis of the separate return limitation, year and the carry back of the net operating loss. | 1 | 230 | 230 | |
| 7/23/2003 | DB | IRS Controversy Issues | Conference call with Bryan Collins and Elyse Napoli Filon regarding NOL carry back. | 2 | 230 | 460 | |
| 7/1/2003 | JZ | Benchmarking Analysis | Met with Nick Bubnovich to discuss graphs relating to Top 500 Benchmarking report. | 0.5 | 425 | 213 | |
| 7/1/2003 | NB | Benchmarking Analysis | Met with Jane Zeis to discuss graphs relating to Top 500 Benchmarking report. | 0.5 | 575 | 288 | |
| 7/1/2003 | NB | Benchmarking Analysis | Spoke with Brian McGowan (W.R. Grace) to discuss Top 500 Benchmarking report. | 0.5 | 575 | 288 | |
| 7/2/2003 | AP | Benchmarking Analysis | Analyzed trends in the data and gathered the statistical data for all groups, divisions and functions. | 4 | 230 | 920 | |
| 7/2/2003 | BC | IRS Controversy Issues | Conference call with Dar Broenen. | 1 | 600 | 600 | |
| 7/2/2003 | DJY | Benchmarking Analysis | Made travel arrangements for Nick Bubnovich. | 0.4 | 67 | 26.8 | |
| 7/2/2003 | DJY | Benchmarking Analysis | Travel arrangements fees for Nick Bubnovich. | | | | 28 |
| 7/2/2003 | JZ | Benchmarking Analysis | Prepared for July 10th Compensation Committee meeting. | 0.5 | 425 | 213 | |
| 7/2/2003 | MS | Customs Audit | Review of client documents re: FA | 1 | 580 | 580 | |
| 7/2/2003 | SJM | Benchmarking Analysis | Analyzed trends in the data and gathered the statistical data for all groups, divisions and functions. | 2.5 | 180 | 450 | |
| 7/3/2003 | AP | Benchmarking Analysis | Met with Sarah Mangl and Jane Zeis to discuss benchmarking data for July 10th Compensation Committee meeting. | 1 | 230 | 230 | |
| 7/3/2003 | JZ | Benchmarking Analysis | Met with Sarah Mangl and Allison Prybylo to discuss benchmarking data for July 10th Compensation Committee meeting. | 1 | 425 | 425 | |
| 7/3/2003 | SJM | Benchmarking Analysis | Met with Jane Zeis and Allison Prybylo to discuss benchmarking data for July 10th Compensation Committee meeting. | 1 | 180 | 180 | |
| 7/3/2003 | SJM | Benchmarking Analysis | Revised data and charts based on items discussed during meeting. | 1.6 | 180 | 288 | |
| 7/7/2003 | AP | Benchmarking Analysis | Cab fare home after working late. | | | | 14 |
| 7/7/2003 | AP | Benchmarking Analysis | Worked on Top 500 Benchmarking report. | 3.2 | 230 | 736 | |
| 7/7/2003 | JZ | Benchmarking Analysis | Reviewed Top 500 Benchmarking report. | 1 | 425 | 425 | |
| 7/7/2003 | SJM | Benchmarking Analysis | Added pre-shift TCC charts and leadership charts Top 500 benchmarking report. | 1 | 180 | 180 | |
| 7/7/2003 | SJM | Benchmarking Analysis | Analyzed data for individuals above and below 20% of the median. | 1 | 180 | 180 | |
| 7/8/2003 | AP | Benchmarking Analysis | Met with Jane Zeis to discuss Top 500 Benchmarking report. | 0.5 | 230 | 115 | |
| 7/8/2003 | DJY | Benchmarking Analysis | Made travel arrangements for Nick Bubnovich. | 0.3 | 67 | 20.1 | |
| 7/8/2003 | DJY | Benchmarking Analysis | Travel arrangement fees for Nick Bubnovich. | | | | 20 |
| 7/8/2003 | JC | Detailed Billing | Began separating the detail for Grace billing by month. | 1.5 | 150 | 225 | |
| 7/8/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo to discuss Top 500 Benchmarking report. | 0.5 | 425 | 213 | |
| 7/8/2003 | MS | Customs Audit | Review of client documents re: FA | 1 | 580 | 580 | |
| 7/8/2003 | MS | Customs Audit | Revised meeting notes from on-site interviews with key process owners re: FA | 1 | 580 | 580 | |
| 7/8/2003 | MS | Customs Audit | Revised meeting notes from on-site interviews with key process owners re: FA | 2 | 580 | 1160 | |

**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 06902307
Billing Group: BRG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/8/2003 | SJM | Benchmarking Analysis | Cab fare home after working late. | | | | 15 |
| 7/8/2003 | SJM | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Jane Zeis and Allison Prybylo, including creating summary of the number of individuals in each division, group & function and adding executive summary and recommendations to the report. | 3.5 | 180 | 630 | |
| 7/9/2003 | AP | Benchmarking Analysis | Cab fare home after working late. | | | | 14 |
| 7/9/2003 | AP | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Jane Zeis and Sarah Mangi, including preparing a list of appendices and finalizing the graph appendices. | 3.5 | 230 | 805 | |
| 7/9/2003 | AP | Benchmarking Analysis | Dinner while working late on the report analyses | | | | 18 |
| 7/9/2003 | JZ | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Sarah Mangi and Allison Prybylo. | 1.2 | 425 | 510 | |
| 7/9/2003 | MS | Customs Audit | Reviewed meeting notes from interviews with key process owners re: FA that were returned from the client | 1 | 580 | 580 | |
| 7/9/2003 | MS | Customs Audit | Communicated with DT staff on status of project | 1 | 580 | 580 | |
| 7/9/2003 | NB | Benchmarking Analysis | Airfare to Baltimore | | | | 391 |
| 7/9/2003 | NB | Benchmarking Analysis | Cab fare from W.R. Grace headquarters in Columbia, MD to BWI airport. | | | | 36 |
| 7/9/2003 | NB | Benchmarking Analysis | Cab fare from BWI airport to Columbia, MD. | | | | 37 |
| 7/9/2003 | NB | Benchmarking Analysis | Parking fee at O'Hare during trip to Columbia, MD. | | | | 25 |
| 7/9/2003 | NB | Benchmarking Analysis | Hotel in Columbia, MD for meeting. | | | | 198 |
| 7/9/2003 | SJM | Benchmarking Analysis | Cab fare home after working late. | | | | 15 |
| 7/9/2003 | SJM | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Jane Zeis and Allison Prybylo, including preparing a list of appendices and finalizing the graph appendices. | 5 | 180 | 900 | |
| 7/10/2003 | DJY | Benchmarking Analysis | Made travel arrangements for Nick Bubnovich. | 0.3 | 67 | 20.1 | |
| 7/10/2003 | DJY | Benchmarking Analysis | Travel arrangement fees for Nick Bubnovich. | | | | 20 |
| 7/10/2003 | JC | Detailed Billing | Worked on preparing spreadsheets and dividing the data for J. Outlaw to perform the detailed billing. | 2 | 150 | 300 | |
| 7/10/2003 | JO | Detailed Billing | Finished first draft of bills and gave to Jennifer Chalkin for review. | 3.5 | 100 | 350 | |
| 7/10/2003 | JZ | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Sarah Mangi and Allison Prybylo. | 1.5 | 425 | 638 | |
| 7/10/2003 | MS | Customs Audit | Reviewed meeting notes from interviews with key process owners re: FA that were returned from the client | 1 | 580 | 580 | |
| 7/10/2003 | MS | Customs Audit | Communicated with DT staff on status of project | 1 | 580 | 580 | |
| 7/10/2003 | NB | Benchmarking Analysis | Preparation for and attendance at W.R. Grace Board meeting on July 10th. | 1 | 575 | 575 | |
| 7/11/2003 | AP | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Jane Zeis and Sarah Mangi for Jane Zeis's review. | 3 | 230 | 690 | |
| 7/11/2003 | JO | Detailed Billing | Began working on March, April and May's detailed bill for Grace | 3.5 | 100 | 350 | |
| 7/11/2003 | JZ | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Sarah Mangi and Allison Prybylo for my review. | 1 | 425 | 425 | |
| 7/11/2003 | MS | Customs Audit | Reviewed meeting notes from interviews with key process owners re: FA that were returned from the client | 1 | 580 | 580 | |
| 7/11/2003 | MS | Customs Audit | Communicated with DT staff on status of project | 1 | 580 | 580 | |
| 7/11/2003 | SJM | Benchmarking Analysis | Worked on and revised data for Top 500 Benchmarking report with Jane Zeis and Allison Prybylo for Jane Zeis's review, including finalizing the appendices. | 1.5 | 180 | 270 | |
| 7/13/2003 | AP | Benchmarking Analysis | Cab fare home after working late. | | | | 14 |

**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 06802307
Billing Group: BRG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/13/2003 | AP | Benchmarking Analysis | Cellular phone charges while at Deloitte training in Texas, including calling Ginny Carol and other W.R. Grace Executives. | | | | 18 |
| 7/13/2003 | NB | Benchmarking Analysis | Cab from Columbia, MD to BWI airport with Jane Zels and Allison Prybylo. | | | | 35 |
| 7/13/2003 | NB | Benchmarking Analysis | Cab from BWI to WRGrace in Columbia, MD with Jane Zels and Allison Prybylo. | | | | 37 |
| 7/13/2003 | NB | Benchmarking Analysis | Airfare to Baltimore, MD. | | | | 291 |
| 7/13/2003 | NB | Benchmarking Analysis | Transaction fee for trip to W.R. Grace in Columbia, MD on July 24th. | | | | 62 |
| 7/13/2003 | NB | Benchmarking Analysis | Parking fee at O'Hare during trip to Columbia, MD. | | | | 25 |
| 7/13/2003 | NB | Benchmarking Analysis | Transaction fee for trip to W.R. Grace in Columbia, MD on July 9th. | | | | 62 |
| 7/14/2003 | AP | Benchmarking Analysis | Worked on finalizing Top 500 Benchmarking report and reviewed all formulas and numbers in the report. | 3 | 230 | 690 | |
| 7/14/2003 | DJY | Benchmarking Analysis | Made travel arrangements for Nick Bubnovich. | 0.2 | 67 | 13.4 | 13 |
| 7/14/2003 | JZ | Benchmarking Analysis | Cab | | | | 13 |
| 7/14/2003 | JZ | Benchmarking Analysis | Worked on Top 500 Benchmarking report. | 1 | 425 | 425 | |
| 7/14/2003 | SJM | Benchmarking Analysis | Cab fare home after working late. | | | | 15 |
| 7/14/2003 | SJM | Benchmarking Analysis | Revised Top 500 Benchmarking report, including making changes to graphs, adding annual incentive graphs and report pages summarizing our findings. | 4 | 180 | 720 | |
| 7/15/2003 | AP | Benchmarking Analysis | Worked on finalizing Top 500 Benchmarking report, including reviewing the Top 500 Benchmarking report and appendices and reconfirming all numbers corresponding to the analyses. | 2.1 | 230 | 483 | |
| 7/15/2003 | JC | Detailed Billing | Reviewed the first drafts of the March, April and May bill. | 3.2 | 150 | 480 | |
| 7/15/2003 | JZ | Benchmarking Analysis | Travel arrangement fees. | | | | 13 |
| 7/15/2003 | JZ | Benchmarking Analysis | Parking at O'Hare Airport while traveling to Baltimore. | | | | 25 |
| 7/15/2003 | JZ | Benchmarking Analysis | Airfare to Baltimore, MD. | | | | 291 |
| 7/15/2003 | JZ | Benchmarking Analysis | Worked on Top 500 Benchmarking report. | 1.2 | 425 | 510 | |
| 7/15/2003 | NB | Benchmarking Analysis | Reviewed and revised Top 500 Benchmarking report. | 1 | 575 | 575 | |
| 7/16/2003 | AP | Benchmarking Analysis | Cab fare home after working late. | | | | 13 |
| 7/16/2003 | AP | Benchmarking Analysis | Revised and finalized Top 500 Benchmarking report with Sarah Mangi and Jane Zels to be sent to Mike Piergrossi (W.R. Grace) for review. | 2.5 | 230 | 575 | |
| 7/16/2003 | JC | Detailed Billing | Continued reviewing the first draft of the bills and gave to J. Outlaw to make the corrections. | 1.5 | 150 | 225 | |
| 7/16/2003 | JO | Detailed Billing | Made revisions to bills per Jennifer's request. | 2.5 | 100 | 250 | |
| 7/16/2003 | JZ | Benchmarking Analysis | Revised and finalized Top 500 Benchmarking report with Sarah Mangi and Allison Prybylo to be sent to Mike Piergrossi (W.R. Grace) for review. | 1 | 425 | 425 | |
| 7/16/2003 | MF | Customs Audit | Met with R.Raley and M. Stephanou to discuss report-writing (import compliance review) | 0.5 | 370 | 185 | |
| 7/16/2003 | MS | Customs Audit | Met with R.Raley and M.Frank to discuss report-writing (import compliance review) | 2 | 580 | 1160 | |
| 7/16/2003 | MS | Customs Audit | Review of draft import compliance review report | 1 | 580 | 580 | |
| 7/16/2003 | RR | Customs Audit | Met with M. Frank and M. Stephanou to discuss report-writing (import compliance review) | 0.5 | 250 | 125 | |
| 7/16/2003 | SJM | Benchmarking Analysis | Revised and finalized Top 500 Benchmarking report with Jane Zels and Allison Prybylo to be sent to Mike Piergrossi (W.R. Grace) for review, including making changes to the graphs and re-reading the report for last minute changes. | 3.5 | 180 | 630 | |
| 7/16/2003 | ZG | Benchmarking Analysis | Organized and revised benchmarked data within multiple spreadsheets of benchmarks, included updating the name field for over 200 positions. | 1 | 150 | 150 | |

**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802307
Billing Group: BRG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/17/2003 | AP | Benchmarking Analysis | Revised the report per Mike Piergrossi and Nick Bubnovich's request, including changes to the appendices. | 1.5 | 230 | 345 | |
| 7/17/2003 | JC | Detailed Billing | Final review of the March, April and May bills before give to Allison Prybylo. | 1.5 | 150 | 225 | |
| 7/17/2003 | NB | Benchmarking Analysis | Reviewed and revised Top 500 Benchmarking report, including meeting with Sarah Mangi regarding revisions to report, graphs and appendices. | 1 | 575 | 575 | |
| 7/17/2003 | SJM | Benchmarking Analysis | Revised Top 500 Benchmarking report, including finalizing benchmark sheets. | 1.5 | 180 | 270 | |
| 7/17/2003 | SJM | Benchmarking Analysis | Revised Top 500 Benchmarking report, including meeting with Nick Bubnovich regarding revisions to report, graphs and appendices. | 1.1 | 180 | 198 | |
| 7/17/2003 | ZG | Benchmarking Analysis | Finalized changes in benchmarking data. | 1.5 | 150 | 225 | |
| 7/18/2003 | RR | Customs Audit | Drafted import compliance review report for Davison | 2.5 | 250 | 625 | |
| 7/21/2003 | AP | Benchmarking Analysis | Revised the report per Jane Zeis and Nick Bubnovich's request, including changes to the appendices. | 0.8 | 230 | 184 | |
| 7/21/2003 | AP | Benchmarking Analysis | Worked with Zach Georgeson to determine how to sort benchmarking data and began to sort GPC and Catalyst data. | 1 | 230 | 230 | |
| 7/21/2003 | AP | Detailed Billing | Reviewed the detailed March, April and May bills for Grace. | 4 | 230 | 920 | |
| 7/21/2003 | JO | Detailed Billing | Began preparing June's detailed Grace bill. | 2 | 100 | 200 | |
| 7/21/2003 | KSM | Benchmarking Analysis | Met with Zach Georgeson and revised the format for benchmark spreadsheets for Top 100 positions. | 2.5 | 100 | 250 | |
| 7/21/2003 | MS | Customs Audit | Review of draft of import compliance review report and other supporting documents | 4 | 580 | 2320 | |
| 7/21/2003 | RR | Customs Audit | Reviewed and revised action lists for GPC and Davison re: FA | 0.5 | 250 | 125 | |
| 7/21/2003 | SJM | Benchmarking Analysis | Revised Top 500 Benchmarking report, including making changes to the appendices and finalizing corporate and silicas benchmarking sheets and summary pages. | 2.2 | 180 | 396 | |
| 7/21/2003 | ZG | Benchmarking Analysis | Met with Kara McClain to explain how to format benchmark spreadsheets for Top 100 positions and reviewed her work. | 1 | 150 | 150 | |
| 7/21/2003 | ZG | Benchmarking Analysis | Worked with Allison Prybylo to determine how to sort benchmarking data and began to sort GPC and Catalyst data. | 1 | 150 | 150 | |
| 7/22/2003 | AP | Benchmarking Analysis | Met with Nick Bubnovich, Jane Zeis, and Sarah Mangi to prepare for July 24th meeting at W.R. Grace. | 1 | 230 | 230 | |
| 7/22/2003 | AP | Detailed Billing | Spoke with Melissa Stephanou regarding their detailed bills; began re-doing the detailed bills for Tim Tuerff's office because they did not format their data correctly. | 5.7 | 230 | 1,311 | |
| 7/22/2003 | JC | Detailed Billing | Made revisions to the April and May bills per Allison Prybylo. | 1.7 | 150 | 255 | |
| 7/22/2003 | JO | Detailed Billing | Worked on June's detailed bill and made final revisions to the March, April and May bills. | 1.5 | 100 | 150 | |
| 7/22/2003 | JZ | Benchmarking Analysis | Met with Nick Bubnovich, Allison Prybylo, and Sarah Mangi to prepare for July 24th meeting at W.R. Grace. | 1 | 425 | 425 | |
| 7/22/2003 | KSM | Benchmarking Analysis | Met with Zach Georgeson and revised the format for benchmark spreadsheets for Top 100 positions. | 1 | 100 | 100 | |
| 7/22/2003 | MS | Customs Audit | Call with client, Steve Ahern re: status of FA | 1.5 | 580 | 870 | |
| 7/22/2003 | MS | Customs Audit | Preparation for call with S. Ahern re: status of FA | 0.5 | 580 | 290 | |
| 7/22/2003 | NB | Benchmarking Analysis | Met with Jane Zeis, Allison Prybylo and Sarah Mangi to discuss July 24th presentation and meeting with W.R. Grace executives. | 1 | 575 | 575 | |
| 7/22/2003 | SJM | Benchmarking Analysis | Met with Nick Bubnovich, Jane Zeis, and Allison Prybylo to prepare for July 24th meeting at W.R. Grace. | 1 | 180 | 180 | |
| 7/22/2003 | ZG | Benchmarking Analysis | Met with Kara McClain to explain how to format for benchmark spreadsheets for Top 100 positions and reviewed her work. | 0.5 | 150 | 75 | |

**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802307
Billing Group: BRG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/23/2003 | AP | Benchmarking Analysis | Cab fare home after working late. | | | | 14 |
| 7/23/2003 | AP | Benchmarking Analysis | Airline ticket from Chicago to Columbia, MD for July 24th meeting at W.R. Grace. | | | | 291 |
| 7/23/2003 | AP | Benchmarking Analysis | Parking fee at O'Hare during trip to Columbia, MD. | | | | 25 |
| 7/23/2003 | AP | Benchmarking Analysis | Met Jane Zels to prepare for July 24th meeting at W.R. Grace. | 1.5 | 230 | 345 | |
| 7/23/2003 | BC | IRS Controversy Issues | Conference call with Elyse Filon, Dar Broenen, Joe Gibbs, Carol M. and Sara Mahn regarding IRS presentation and meeting on Aug. 7, 2003 | 1 | 600 | 600 | |
| 7/23/2003 | JZ | Benchmarking Analysis | Met Allison Prybylo to prepare for July 24th meeting at W.R. Grace. | 1.5 | 425 | 638 | |
| 7/23/2003 | MF | Customs Audit | Review of draft import compliance review report with R. Raley and M. Stephanou | 1.5 | 370 | 555 | |
| 7/23/2003 | MF | Customs Audit | Review of FOIA data (shows all of Grace's import activity of goods into the U.S.) | 1.5 | 370 | 555 | |
| 7/23/2003 | MS | Customs Audit | Preparation and follow up for meeting with S. Ahern re: FA | 1.5 | 580 | 870 | |
| 7/23/2003 | MS | Customs Audit | Met with R.Raley and M.Frank re status of project | 1.5 | 580 | 870 | |
| 7/23/2003 | RR | Customs Audit | Review of draft import compliance review report with M.Frank and M. Stephanou | 0.5 | 250 | 125 | |
| 7/23/2003 | SM | IRS Controversy Issues | Conference call with Elyse Filon, Dar Broenen, Joe Gibbs, Carol M. and Bryan Collins regarding IRS presentation and meeting on Aug. 7, 2003 | 1 | 475 | 475 | |
| 7/23/2003 | ZG | Benchmarking Analysis | Reviewed final benchmarking numbers for the Catalyst and Silicas groups. | 1.8 | 150 | 270 | |
| 7/24/2003 | AP | Benchmarking Analysis | Client meeting at W.R. Grace in Columbia, MD with Paul Norris, Brian McGowan, Mike Piergrossi, (W.R. Grace) and Deloitte team to review and discuss Top 500 Benchmarking report. | 3 | 230 | 690 | |
| 7/24/2003 | BC | IRS Controversy Issues | Airline ticket to Baltimore, on August 4th. | | | | 290 |
| 7/24/2003 | BC | IRS Controversy Issues | Meeting with Elyse Filon to discuss strategy for upcoming meeting with IRS. | 1 | 600 | 600 | |
| 7/24/2003 | JO | Detailed Billing | Worked on June's detailed bill and made final revisions to the March, April and May bills. | 1.5 | 100 | 150 | |
| 7/24/2003 | JZ | Benchmarking Analysis | Client meeting in Columbia, MD with Paul Norris, Brian McGowan, Mike Piergrossi (W.R. Grace) and Deloitte team to review and discuss Top 500 Benchmarking report. | 3 | 425 | 1,275 | |
| 7/24/2003 | MS | Customs Audit | Communications(e-mail and verbal) with both divisions of Grace and Steve Ahern regarding status of project | 1.5 | 580 | 870 | |
| 7/24/2003 | MS | Customs Audit | E-mails re weekly status meetings to both teams and e-mail responses to questions posed by D. Lyons | 0.5 | 580 | 290 | |
| 7/24/2003 | NB | Benchmarking Analysis | Client meeting at W.R. Grace in Columbia, MD with Paul Norris, Brian McGowan, Mike Piergrossi (W.R. Grace) and Deloitte team to review and discuss Top 500 Benchmarking report. | 3 | 575 | 1725 | |
| 7/24/2003 | RR | Detailed Billing | Revised Grace billing report | 2 | 250 | 500 | |
| 7/25/2003 | JZ | Benchmarking Analysis | Debriefed with Sarah Mangi regarding July 24th meeting and discussed next steps. | 0.9 | 425 | 383 | |
| 7/25/2003 | SJM | Benchmarking Analysis | Revised benchmarking sheets, including adding actual 2002 bonuses to the data sheets in order to create actual bonus vs. competitive survey data graphs and looking in surveys for target bonus data. | 1.8 | 180 | 324 | |
| 7/25/2003 | SJM | Benchmarking Analysis | Debriefed with Jane Zeis regarding July 24th meeting and discussed next steps. | 0.9 | 180 | 162 | |
| 7/28/2003 | AP | Detailed Billing | Worked on finaling March, April, and May bills for all of the offices involved on the engagement. Began to review the June bill that was prepared by J. Chaitkin. | 2 | 230 | 460 | |
| 7/28/2003 | MF | Customs Audit | Review of FOIA data | 2 | 370 | 740 | |
| 7/28/2003 | MS | Customs Audit | Review draft of import compliance review report | 2 | 580 | 1160 | |
| 7/28/2003 | RR | Customs Audit | Drafted import compliance review report for Davison | 2.5 | 250 | 625 | |

**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802307
Billing Group: BRG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/28/2003 | SJM | Benchmarking Analysis | Revised benchmarking sheets, including creating a list of all the individuals for whom we are missing actual bonus data, adding actual TCC data to the report in order to create actual TCC graphs, and adding actual bonus and actual TCC data to the final da | 3 | 180 | 540 | |
| 7/29/2003 | AP | Benchmarking Analysis | Cab fare home after working late. | | | | 14 |
| 7/29/2003 | AP | Benchmarking Analysis | Late night meal while working late | | | | 19 |
| 7/29/2003 | AP | Benchmarking Analysis | Conference call with Nick Bubnovich, Jane Zels and Sarah Mangi to discuss next steps in regards to pulling bonus data and the analysis of annual incentive plan data. | 1 | 230 | 230 | |
| 7/29/2003 | JZ | Benchmarking Analysis | Conference call with Nick Bubnovich, Allison Prybylo, and Sarah Mangi to discuss next steps in regards to pulling bonus data and the analysis of annual incentive plan data. | 1 | 425 | 425 | |
| 7/29/2003 | NB | Benchmarking Analysis | Conference call with Jane Zels, Allison Prybylo and Sarah Mangi to discuss next steps in regards to pulling bonus data and the analysis of annual incentive plan data. | 1 | 575 | 575 | |
| 7/29/2003 | SJM | Benchmarking Analysis | Conference call with Nick Bubnovich, Jane Zels and Allison Prybylo to discuss next steps in regards to pulling bonus data and the analysis of annual incentive plan data. | 1 | 180 | 180 | |
| 7/30/2003 | AP | Detailed Billing | Worked on finalizing the June billing and tried to collect data from other offices. | 3 | 230 | 690 | |
| 7/30/2003 | AP | Benchmarking Analysis | Continued to pull bonus data for each individual and reviewed bonus data prepared by the interns and first years. | 1.5 | 230 | 345 | |
| 7/30/2003 | JCC | Benchmarking Analysis | Collected bonus data from compensation surveys to conduct benchmarking. | 4.4 | 150 | 660 | |
| 7/30/2003 | JCC | Benchmarking Analysis | Cab fare home after working late. | | | | 15 |
| 7/30/2003 | JZ | Benchmarking Analysis | Revised competitive practice section of Top 500 Benchmarking report. | 0.8 | 425 | 340 | |
| 7/30/2003 | KSM | Benchmarking Analysis | Entered competitive bonus data from Watson Wyatt, Hewitt and Mercer surveys into benchmarking spreadsheet. | 1.5 | 100 | 150 | |
| 7/30/2003 | RR | Customs Audit | Organizing files and updating action lists re: FA | 3 | 250 | 750 | |
| 7/30/2003 | SJM | Benchmarking Analysis | Cab fare home after working late. | | | | 11 |
| 7/30/2003 | SJM | Benchmarking Analysis | Revised benchmarking sheets, including pulling bonus data, inputting it into spreadsheets and checking the data input by the interns. | 2.5 | 180 | 450 | |
| 7/31/2003 | AP | Benchmarking Analysis | Reviewed final round of bonus data and finalized the data for all employees. | 1.2 | 230 | 276 | |
| 7/31/2003 | MF | Customs Audit | Conference call with M.Stephanou, R. Raley, D.Lyons, and R. Brown | 0.5 | 370 | 185 | |
| 7/31/2003 | MS | Customs Audit | Status call with R. Raley, M.Frank, D. Lyons (Grace - GPC), and R. Brown (Grace - GPC) | 0.5 | 580 | 290 | |
| 7/31/2003 | MS | Customs Audit | Preparation for Status call with R. Raley, M.Frank, D. Lyons (Grace - GPC), and R. Brown (Grace - GPC). | 2.5 | 580 | 1450 | |
| 7/31/2003 | RR | Customs Audit | Drafted import compliance review report for Davison | 1.5 | 250 | 375 | |
| 7/31/2003 | RR | Customs Audit | Status call with M.Stephanou, M.Frank, D. Lyons (Grace - GPC), and R. Brown (Grace - GPC) | 0.5 | 250 | 125 | |
| 7/31/2003 | SJM | Benchmarking Analysis | Revised benchmarking sheets, including checking over bonus data input by the interns, analyzing the bonus data, making example base salary graphs and figuring out target TCC (competitive vs. W.R. Grace) and analyzing the data. | 1.5 | 180 | 270 | |

Totals   227.5            $55,163   $2,427