## Exhibit H

EIGHTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: March 30, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

## EIGHTH MONTHLY APPLICATION OF
## DELOITTE & TOUCHE LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES TO THE DEBTORS
## FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

<u>Name of Applicant</u>:   Deloitte & Touche LLP  ("Deloitte & Touche").

<u>Authorized to Provide Professional Services to</u>:  The above-captioned debtors and debtors-in-possession.

<u>Date of Retention:</u>   February 4, 2003.

<u>Period for which Compensation and Reimbursement is Sought</u>:  September 1, 2003 through September 30, 2003.

<u>Amount of Compensation Sought as Actual, Reasonable and Necessary</u>:  $84,261.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc.. Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company. L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company. H-G Coal Company.

91100-001\DOCS_DE:79005.1

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: $1,487.00

This is a:     xx monthly          _ interim          _ final application.

This sixth monthly application reflects 9.9 hours and $2,229 in fees in connection with the preparation of this monthly statement, in addition to Deloitte & Touche's various prior monthly statements.

91100-001\DOCS_DE:79005.1

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: March 30, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

### EIGHTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

### BACKGROUND

Deloitte & Touche was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This eighth monthly application (this "Application") of Deloitte & Touche is for compensation for services rendered and reimbursement of expenses incurred in connection with Deloitte & Touche's

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

provision of customs procedures review services, compensation and benefits services and tax advisory services to the Debtors and Deloitte & Touche's preparation of various prior monthly statements and fee applications for the Debtors during the period from September 1, 2003 through September 30, 2003.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte & Touche in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought; (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, tax advisory services and the preparation of monthly statements and fee applications broken into project categories, the total hours expended and the total compensation sought; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (a) a chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

## SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

91100-001\DOCS_DE:79005.1

-4-

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nick Bubnovich | Partner - Human Capital | $575 | 9.5 | $5,463 |
| Jane Zeis | Senior Manager - Human Capital | $390 | 19 | $7,410 |
| Allison Prybylo | Sr. Consultant - Human Capital | $230 | 13.5 | $3,105 |
| Jennifer Chaitkin | Associate- Human Capital | $150 | .6 | $90 |
| Michelle McGuire | Principal - Customs & International Tax | $660 | 5.0 | $3,300 |
| Melissa Stephanou | Manager – Customs & International Tax | $480 | 36.5 | $17,520 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $350 | 66.5 | $23,275 |
| Fred Levitan | Sr. Consultant - Customs & International Tax | $290 | 1.0 | $290 |
| Robin Raley | Associate- Customs & International Tax | $240 | 76.2 | $18,288 |
| Guillermo del Nogal | Associate – Customs & International Tax | $210 | 12.0 | $2,520 |
| Bryan Collins | Partner- National Tax | $600 | 4.0 | $2,400 |
| Ed Sair | Principal – National Tax | $600 | 1.0 | $600 |

Total Fees:     $84,261
Total Hours:    244.8
Blended Rate:   $344.20

## Customs Procedures Review Services by Project Category

| | | |
|---|---|---|
| Customs Audit/FA (Focused Assessment) | 197.2 | $65,193 |
| TOTAL | | $65,193 |

## Compensation and Benefits Services by Project Category

| | | |
|---|---|---|
| Compensation Committee | 20.5 | $9,568 |
| COO Agreement | 11.7 | $4,076 |
| Sales Compensation Review | .5 | $195 |
| TOTAL | | $13,839 |

## Tax Advisory Services by Project Category

| | | |
|---|---|---|
| IRS Controversy Issues | 5.0 | $3,000 |
| TOTAL | | $3,000 |

91100-001\DOCS_DE:79005.1

## Monthly Statement and Fee Application Preparation

| | | |
|---|---|---|
| Fee Application/Billing | 9.9 | $2,229 |
| TOTAL | | $2,229 |

## EXPENSE SUMMARY

| | | |
|---|---|---|
| Express Mail | | $0 |
| Working Meals | | $71 |
| Telephone Calls | | $0 |
| Travel Expenses | | $1,244 |
| Accommodations | | $172 |
| TOTAL | | $1,487 |

Dated: *March 4*, 2004

DELOITTE & TOUCHE LLP

_Tim Tuerff_

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone:  (202) 378-5223
Facsimile:   (202) 661-1934

Customs services providers, and tax and compensation
advisors for Debtors and Debtors in Possession

## EXHIBIT A

## VERIFICATION

WASHINGTON            :
                      :
DISTRICT OF COLUMBIA  :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b)      I have personal knowledge of Deloitte & Touche's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
                                        Tim Tuerff

SWORN AND SUBSCRIBED
before me this 4th day of March 2004.

_____
Notary Public
My Commission Expires: 3/14/2005

91100-001\DOCS_DE:79005.1

-8-

EXHIBIT B

Invoice #:
08925947- SA WRG0007
08925950- SA WRG0012
08925951- SA WRG0004

## W.R. Grace & Co.
## Hours Spent by Each Person
September 1 through September 30, 2003

| Name of Professional | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 9.5 | $575 | $5,463 | $318 |
| Jane Zeis | 19 | $390 | $7,410 | $392 |
| Allison Prybylo | 4.2 | $230 | $966 | 0 |
| *Total Human Capital Services Fees* | 32.7 | | $13,839 | $710 |
| | | | | |
| Michele McGuire | 5 | $660 | $3,300 | $0 |
| Melissa Stephanou | 36.5 | $480 | $17,520 | 0 |
| Matthew Frank | 66.5 | $350 | $23,275 | $777 |
| Fred Levitan | 1 | $290 | $290 | 0 |
| Robin Raley | 76.2 | $240 | $18,288 | 0 |
| Guillermo del Nogal | 12 | $210 | $2,520 | 0 |
| *Total Customs & International Services Fees* | 197.2 | | $65,193 | $777 |
| | | | | |
| Bryan Collins | 4.0 | $600 | $2,400 | $0 |
| Ed Salr | 1.0 | $600 | $600 | $0 |
| *Total National Tax Services Fees* | 5 | | $3,000 | $0 |
| | | | | |
| Allison Prybylo | 9.3 | $230 | $2,139 | $0 |
| Jennifer Chaitkin | 0.6 | $150 | $90 | $0 |
| *Total Monthly Statement and Fee Application Preparation Fees* | 9.9 | | $2,229 | $0 |
| | | | | |
| **TOTAL FEES DUE** | **244.8** | | **$84,261** | **$1,487** |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #:
08925947- SA WRG0007
08925950- SA WRG0012
08925951- SA WRG0004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 9/2/2003 | AP | Fee Application/Billing | Made changes to the detailed bill for July and gave to Jennifer Chaitkin to make revisions. | 1.0 | 230 | 230 | |
| 9/2/2003 | BC | IRS Controversy Issues | Conference call with Elyse Napoli Filon and Tim Tuerff regarding the carryback of NOLs. | 1.5 | 600 | 900 | |
| 9/2/2003 | JZ | Sales Compensation Review | Met with Nick Bubnovich to review schedules and other materials for the Compensation Committee Meeting. | 0.5 | 390 | 195 | |
| 9/2/2003 | NB | Compensation Committee Meeting | Met with Jane Zels to review schedules and other materials for the Compensation Committee Meeting. | 0.5 | 575 | 288 | |
| 9/2/2003 | RR | Customs Audit | Drafted Davison Import Compliance Review report | 0.5 | 240 | 120 | |
| 9/3/2003 | AP | Fee Application/Billing | Reviewed Jennifer Chaitkin's revisions and finalized the detailed bill for July. | 1.0 | 230 | 230 | |
| 9/3/2003 | JC | Fee Application/Billing | Worked on the revisions to the detailed bill for July per Allison Prybylo. | 0.6 | 150 | 90 | |
| 9/3/2003 | JZ | Compensation Committee Meeting | Preparation and travel time to Columbia for the Compensation Committee meeting. | 4.0 | 390 | 1,560 | |
| 9/4/2003 | BC | IRS Controversy Issues | Conference Call with David Nakashige and Ed Sair regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 1.5 | 600 | 900 | |
| 9/4/2003 | ES | IRS Controversy Issues | Conference Call with David Nakashige and Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 1.0 | 600 | 600 | |
| 9/4/2003 | JZ | Compensation Committee Meeting | Airfare to Columbia | | | | 251 |
| 9/4/2003 | JZ | Compensation Committee Meeting | Parking at O'Hare | | | | 28 |
| 9/4/2003 | JZ | Compensation Committee Meeting | Hotel Room in Columbia | | | | 86 |
| 9/4/2003 | JZ | Compensation Committee Meeting | Dinner at hotel restaurant | | | | 27 |
| 9/4/2003 | JZ | Compensation Committee Meeting | Prepared for and presented our findings at the Compensation Committee Meeting. | 8.0 | 390 | 3,120 | |
| 9/4/2003 | MF | Customs Audit | Grace conference call with D. Lyons, M. Stephanou, re: FA | 1.5 | 350 | 525 | |
| 9/4/2003 | NB | Compensation Committee Meeting | Airfare to Columbia | | | | 180 |
| 9/4/2003 | NB | Compensation Committee Meeting | Hotel Room in Columbia | | | | 86 |
| 9/4/2003 | NB | Compensation Committee Meeting | Dinner at Sushi Sono in Columbia | | | | 44 |
| 9/4/2003 | NB | Compensation Committee Meeting | Parking at O'Hare | | | | 28 |
| 9/4/2003 | NB | Compensation Committee Meeting | Prepared for and presented our findings at the Compensation Committee Meeting. | 8.0 | 575 | 4,600 | |
| 9/5/2003 | MF | Customs Audit | Review outstanding issues for GPC re: FA | 1.0 | 350 | 350 | |
| 9/5/2003 | MS | Customs Audit | Call with Tony Lascola re: FA | 1.0 | 480 | 480 | |
| 9/5/2003 | RR | Customs Audit | Call with T. Lascola re: FA | 1.5 | 240 | 360 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice #:
08925947- SA WRG0007
08925950- SA WRG0012
08925951- SA WRG0004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|-----------------|-------------|-------|-------------|------------------|----------|
| 9/7/2003 | MF | Customs Audit | Taxi while working late | | 350 | 0 | 16 |
| 9/8/2003 | JZ | COO Agreement | Worked on the COO term sheet per Nick's request. | 1.0 | 390 | 390 | |
| 9/8/2003 | MF | Customs Audit | Review action items for GPC re: FA | 1.5 | 350 | 525 | |
| 9/8/2003 | MS | Customs Audit | meeting with M. Frank and R. Raley re: Fa | 1.5 | 480 | 720 | |
| 9/8/2003 | RR | Customs Audit | Team meeting re: Status of FA | 5.0 | 240 | 1,200 | |
| 9/8/2003 | AP | Fee Application/Billing | Worked on the detailed billing for Tim Tuerff's group. | 1.8 | 230 | 414 | |
| 9/9/2003 | AP | COO Agreement | Worked on the reformatting the COO term sheet per Jane Zeis and adding in additonal competitive information. | 2.2 | 230 | 506 | |
| 9/9/2003 | AP | Fee Application/Billing | Worked on combining the detailed billing for all of the groups and reformatting the data. | 3.3 | 230 | 759 | |
| 9/9/2003 | MF | Customs Audit | Review client documentation re: FA | 1.0 | 350 | 350 | |
| 9/9/2003 | MS | Customs Audit | Timeline review of FA documents | 8.0 | 480 | 3,840 | |
| 9/9/2003 | NB | COO Agreement | Reviewed and revised the COO term sheet. | 0.5 | 575 | 288 | |
| 9/9/2003 | RR | Customs Audit | Davison documentation inventory for transaction testing | 6.3 | 240 | 1,512 | |
| 9/10/2003 | JZ | COO Agreement | Reviewed the competitive data that Allison Prybylo had pulled for the COO term sheet and made revisions. | 2.0 | 390 | 780 | |
| 9/10/2003 | MF | Customs Audit | Draft findings & recs for GPC FA | 5.0 | 350 | 1,750 | |
| 9/10/2003 | RR | Customs Audit | Transaction testing | 0.8 | 240 | 192 | |
| 9/10/2003 | RR | Customs Audit | Planning | 2.3 | 240 | 552 | |
| 9/10/2003 | RR | Customs Audit | GPC quantity analysis for transaction testing | 0.8 | 240 | 192 | |
| 9/10/2003 | RR | Customs Audit | Meet with M. Stephanou re:  Davison/GPC's FA | 0.8 | 240 | 192 | |
| 9/10/2003 | RR | Customs Audit | all with M.L. Harding & M. Stephanou re: A/P issues in relation to FA | 0.5 | 240 | 120 | |
| 9/10/2003 | RR | Customs Audit | Call with T. Lascola re: FA | 0.5 | 240 | 120 | |
| 9/11/2003 | NB | COO Agreement | Worked more on the proposed COO employement agreement affidavit. | 0.5 | 575 | 288 | |
| 9/11/2003 | RR | Customs Audit | Davison documentation inventory for transaction testing | 1.0 | 240 | 240 | |
| 9/11/2003 | RR | Customs Audit | Worked and prepared detailed billing summary | 1.0 | 240 | 240 | |
| 9/15/2003 | AP | Fee Application/Billing | Spoke with Tony Scoles regarding billing and reformatting all of other months bills. | 2.2 | 230 | 506 | |
| 9/15/2003 | JZ | COO Agreement | Worked on finalizing the COO term sheet and exhibits for Nick Bubnovich. | 1.5 | 390 | 585 | |
| 9/15/2003 | MF | Customs Audit | Draft of responses to Customs FA questionnaire for GPC | 2.0 | 350 | 700 | |
| 9/15/2003 | RR | Customs Audit | GPC action list re: FA | 0.5 | 240 | 120 | |
| 9/15/2003 | RR | Customs Audit | Transaction testing | 8.0 | 240 | 1,920 | |
| 9/15/2003 | RR | Customs Audit | File organization | 2.0 | 240 | 480 | |
| 9/16/2003 | AP | COO Agreement | Worked on the COO term sheet for Nick Bubnovich. | 1.0 | 230 | 230 | |
| 9/16/2003 | MF | Customs Audit | Draft of FA questionnaire for GPC | 8.0 | 350 | 2,800 | |
| 9/16/2003 | RR | Customs Audit | Classification review for GPC's transaction testing | 8.0 | 240 | 1,920 | |
| 9/16/2003 | RR | Customs Audit | 9801 memo for GPC | 7.0 | 240 | 1,680 | |
| 9/16/2003 | RR | Customs Audit | Classification review for GPC's transaction testing | 2.5 | 240 | 600 | |
| 9/16/2003 | RR | Customs Audit | Team meeting-classification review for GPC's FA | 0.5 | 240 | 120 | |
| 9/16/2003 | RR | Customs Audit | Call with G. Del Nogal and S. Blum re: GPC's classification transaction testing | 0.5 | 240 | 120 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #:
08925947- SA WRG0007
08925950- SA WRG0012
08925951- SA WRG0004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 9/16/2003 | RR | Customs Audit | Call with Debbie Fern Ray re: GPC's classification/transaction testing | 2.0 | 240 | 480 | |
| 9/16/2003 | RR | Customs Audit | GPC documentation | 3.3 | 240 | 792 | |
| 9/16/2003 | RR | Customs Audit | Team meeting re: Status of FA | 0.5 | 240 | 120 | |
| 9/16/2003 | RR | Customs Audit | Davison document inventory/review for FA | 1.3 | 240 | 312 | |
| 9/16/2003 | RR | Customs Audit | Ruling search and finalizing transaction testing for GPC's FA | 7.2 | 240 | 1,728 | |
| 9/16/2003 | RR | Customs Audit | Davison Transaction testing | 7.8 | 240 | 1,872 | |
| 9/17/2003 | AP | COO Agreement | Made revisions to the COO term sheet per Nick Bubnovich. | 1.0 | 230 | 230 | |
| 9/17/2003 | GN | Customs Audit | Classification research for GPC's transaction testing | 4.0 | 210 | 840 | |
| 9/17/2003 | GN | Customs Audit | Team meeting with R. Raley, M. Stephanou to review classifications for GPC's transaction testing | 3.5 | 210 | 735 | |
| 9/17/2003 | JZ | COO Agreement | Finalized the COO term sheet and exhibits for Nick Bubnovich. | 2.0 | 390 | 780 | |
| 9/17/2003 | MF | Customs Audit | Revision of FA questionnaire for GPC | 6.0 | 350 | 2,100 | |
| 9/18/2003 | GN | Customs Audit | Team meeting with R. Raley, M. Stephanou to review classifications for GPC's transaction testing | 3.5 | 210 | 735 | |
| 9/18/2003 | MF | Customs Audit | Revision of FA questionnaire responses for GPC | 6.0 | 350 | 2,100 | |
| 9/18/2003 | RR | Customs Audit | Admin for GPC project | 0.8 | 240 | 192 | |
| 9/19/2003 | MF | Customs Audit | Revision of FA questionnaire responses for GPC | 4.0 | 350 | 1,400 | |
| 9/19/2003 | MF | Customs Audit | Edit of FA questionnaire responses for GPC | 0.5 | 350 | 175 | |
| 9/22/2003 | GN | Customs Audit | Classification research for GPC's transaction testing | 1.0 | 210 | 210 | |
| 9/23/2003 | MF | Customs Audit | Taxi to client site in Cambridge | | | | 16 |
| 9/23/2003 | MF | Customs Audit | Airfare to/from Grace client site in Cambridge MA | | | | 619 |
| 9/23/2003 | MF | Customs Audit | Rental car during on-site visit in Cambridge MA | | | | 126 |
| 9/23/2003 | MF | Customs Audit | Preparation for on-site visit with GPC re: FA | 3.0 | 350 | 1,050 | |
| 9/23/2003 | MS | Customs Audit | Preparation for on-site meeting at GPC re: FA | 2.0 | 480 | 960 | |
| 9/24/2003 | FL | Customs Audit | Team meeting to review classifications for GPC transaction testing. | 0.5 | 290 | 145 | |
| 9/24/2003 | MF | Customs Audit | On-site meetings in Cambridge re: Focused Assessment for GPC | 9.0 | 350 | 3,150 | |
| 9/24/2003 | MM | Customs Audit | Meeting with GPC team on-site re: FA | 5.0 | 660 | 3,300 | |
| 9/24/2003 | MS | Customs Audit | Grace on-site meeting at GPC re: FA | 9.0 | 480 | 4,320 | |
| 9/25/2003 | FL | Customs Audit | Assisted R. Raley in transaction sampling. | 0.5 | 290 | 145 | |
| 9/25/2003 | MF | Customs Audit | On-site meetings at GPC re: Focused Assessment | 6.0 | 350 | 2,100 | |
| 9/25/2003 | MS | Customs Audit | Grace on-site meeting at GPC re: FA | 9.0 | 480 | 4,320 | |
| 9/26/2003 | MF | Customs Audit | Edit of questionnaire of Focused Assessment for GPC | 2.0 | 350 | 700 | |
| 9/26/2003 | MS | Customs Audit | Worked on Grace action items re: FA | 1.0 | 480 | 480 | |
| 9/26/2003 | RR | Customs Audit | GPC/Davison general FA work | 1.0 | 240 | 240 | |
| 9/29/2003 | MF | Customs Audit | Revision of FA questionnaire responses for GPC | 5.5 | 350 | 1,925 | |
| 9/29/2003 | MS | Customs Audit | Worked on Grace action items re: FA | 2.0 | 480 | 960 | |
| 9/30/2003 | BC | IRS Controversy Issues | Conference call with Elyse Napoli Filon regarding the 10-year carryback of NOLs. | 1.0 | 600 | 600 | |
| 9/30/2003 | MF | Customs Audit | Revision of FA questionnaire responses for GPC | 4.5 | 350 | 1575 | |
| 9/30/2003 | MS | Customs Audit | Update meeting with Robin Raley re: royalty | 3.0 | 480 | 1,440 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice #:
08925947- SA WRG0007
08925950- SA WRG0012
08925951- SA WRG0004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional 'Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|--------------------|----------|
| 9/30/2003 | RR | Customs Audit | Davison transaction testing for FA | 2.3 | 240 | . 552 | |
| | | | Totals | 244.8 | | $84,291 | $1,487 |