**Exhibit I**

NINTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) **Objection Date: May 10, 2004, at 4:00 p.m.** | |
| | ) **Hearing Date: Scheduled if Necessary (Negative Notice)** | |

### NINTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

<u>Name of Applicant</u>:   Deloitte & Touche LLP ("Deloitte & Touche").

<u>Authorized to Provide Professional Services to</u>: The above-captioned debtors and debtors-in-possession.

<u>Date of Retention</u>:   February 4, 2003.

<u>Period for which Compensation and Reimbursement is Sought</u>: October 1, 2003 through October 31, 2003.

<u>Amount of Compensation Sought as Actual, Reasonable and Necessary</u>: $129,621.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

-2-

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: $3,500.00

This is a:    xx monthly         _ interim          _ final application.

This Application reflects 3 hours and $690 in fees in connection with the preparation of Deloitte & Touche's monthly statements.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: May 10, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

## NINTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

### BACKGROUND

Deloitte & Touche was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This ninth monthly application (this "Application") of Deloitte & Touche is for compensation for services rendered and reimbursement of expenses incurred in connection with Deloitte & Touche's

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

provision of customs procedures review services, compensation and benefits services and tax advisory services to the Debtors and Deloitte & Touche's preparation of its monthly statements during the period from October 1, 2003 through October 31, 2003.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte & Touche in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought; (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, tax advisory services and the preparation of monthly statements broken into project categories, the total hours expended and the total compensation sought; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (a) a chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

### SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Larry Montan | Partner- Human Capital | $710 | 8 | $5,680 |

91100-001\DOCS_DE:79005.1

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nick Bubnovich | Partner - Human Capital | $575 | 3.5 | $2,013 |
| Anu Goel | Exp. Sr Consultant | $390 | 38.5 | $15,015 |
| Allison Prybylo | Sr. Consultant - Human Capital | $230 | 11 | $2,530 |
| Michelle McGuire | Principal - Customs & International Tax | $660 | 24 | $15,840 |
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 51 | $22,440 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $340 | 118 | $40,120 |
| Robin Raley | Associate- Customs & International Tax | $230 | 89.7 | $20,631 |
| Bryan Collins | Partner- National Tax | $600 | 4.5 | $2,700 |
| Adam Moehring | Manager- National Tax | $475 | .5 | $238 |
| Darwin Broenen | Associate- National Tax | $230 | 10.5 | $2,415 |

Total Fees:     $129,621
Total Hours:    359.2
Blended Rate:   $360.86

## Customs Procedures Review Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Customs Audit/FA (Focused Assessment) | 282.7 | $99,031 |
| TOTAL | | $99,031 |

## Compensation and Benefits Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| COO Agreement | 11.5 | $3,853 |
| Sales Compensation Review | 46.5 | $20,695 |
| TOTAL | | $24,548 |

## Tax Advisory Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| IRS Controversy Issues | 15.5 | $5,353 |
| TOTAL | | $5,353 |

## Monthly Statement and Fee Application Preparation

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Fee Application/Billing | 3 | $690 |

91100-001\DOCS_DE:79005.1

-5-

| TOTAL | | | $690 |
|---|---|---|---|

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Express Mail | | $0 |
| Working Meals | | $40 |
| Telephone Calls | | $8 |
| Travel Expenses | | $2,710 |
| Accommodations | | $742 |
| | | |
| TOTAL | | $3,500 |

Dated: *March 31*, 2004

                             DELOITTE & TOUCHE LLP

                             */s/ Tim Tuerff*

                             Tim Tuerff, Partner
                             555 West 12 Street
                             Suite 500
                             Washington, DC 20004-1207
                             Telephone:  (202) 378-5223
                             Facsimile:   (202) 661- 1934

                             Customs services providers, and tax and compensation
                             advisors for Debtors and Debtors in Possession

# EXHIBIT A

## EXHIBIT A

## VERIFICATION

WASHINGTON                :

DISTRICT OF COLUMBIA      :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b) I have personal knowledge of Deloitte & Touche's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Tim Tuerff

SWORN AND SUBSCRIBED
before me this 31st day of March, 2004.

Notary Public
My Commission Expires: 3 | 14 | 2005

91100-001\DOCS_DE:79005.1

-8-

# EXHIBIT B

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

**W.R. Grace & Co.**
**Hours Spent by Each Person**
October 1 through October 31, 2003

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Larry Montan | 8 | $710 | $5,680 | 0 |
| Nick Bubnovich | 3.5 | $575 | $2,013 | 0 |
| Anu Goel | 38.5 | $390 | $15,015 | 0 |
| Allison Prybylo | 8 | $230 | $1,840 | 0 |
| **Total Human Capital Services Fees** | 58 | | $24,548 | $0 |
| Bryan Collins | 4.5 | $600 | $2,700 | $0 |
| Adam Moehring | 0.5 | $475 | $238 | $0 |
| Darwin Broenen | 10.5 | $230 | $2,415 | $0 |
| **Total National Tax Services Fees** | 15.5 | | $5,353 | $0 |
| Michele McGuire | 24 | $660 | $15,840 | $0 |
| Melissa Stephanou | 51 | $440 | $22,440 | $1,688 |
| Matthew Frank | 118 | $340 | $40,120 | $1,812 |
| Robin Raley | 89.7 | $230 | $20,631 | $0 |
| **Total Customs & International Trade Services Fees** | 282.7 | | $99,031 | $3,500.00 |
| Allison Prybylo | 3 | $230 | $690 | $0 |
| **Total Monthly Statement & Fee Application Preparation Fees** | 3 | | $690 | $0 |
| **TOTAL FEES DUE** | 359.2 | | $129,621 | $3,500 |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 10/1/2003 | DB | IRS Controversy Issues | Analysis of foreign tax credit calculation related to examination by the IRS and client protest. | 1.5 | 230 | 345 | |
| 10/1/2003 | MF | Customs Audit | WR Grace: revision of FA questionnaire responses | 4 | 340 | $1,360 | |
| 10/1/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 1 | 340 | $340 | |
| 10/1/2003 | MS | Customs Audit | Grace work and follow up re: FA | 3 | 440 | $1,320 | |
| 10/1/2003 | RR | Customs Audit | Davison Transaction Sampling | 6 | 230 | $1,380 | |
| 10/2/2003 | DB | IRS Controversy Issues | Review agent's calculation of expenses against foreign service income for purposes of computing FTC unit. | 1.0 | 230 | 230 | |
| 10/2/2003 | MF | Customs Audit | WR Grace: revision of FA questionnaire responses | 4 | 340 | $1,360 | |
| 10/2/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 1 | 340 | $340 | |
| 10/2/2003 | MS | Customs Audit | Grace work and follow up re: FA | 3 | 440 | $1,320 | |
| 10/2/2003 | RR | Customs Audit | W.R. Grace - Davison Transaction Testing | 6 | 230 | $1,380 | |
| 10/3/2003 | AP | Fee Application/Billing | Worked on preparing the monthly fee applications for the months of February through August of detailed billing. | 2.5 | 230 | $575 | |
| 10/3/2003 | MF | Customs Audit | WR Grace: revision of FA questionnaire responses | 3 | 340 | $1,020 | |
| 10/3/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 1.5 | 340 | $510 | |
| 10/3/2003 | MF | Customs Audit | Review of Davison transaction testing information | 0.5 | 340 | $170 | |
| 10/3/2003 | MS | Customs Audit | Grace calls and follow up re: FA | 3 | 440 | $1,320 | |
| 10/3/2003 | RR | Customs Audit | Davison - Review of transaction testing | 2 | 230 | $460 | |
| 10/5/2003 | DB | IRS Controversy Issues | Analysis of Revenue agent's calculation of allocating expenses against foreign source income from export sales under § 863 (b). | 1 | 230 | $230 | |
| 10/6/2003 | BC | IRS Controversy Issues | Conference call with David Freidel regarding conference call with the IRS. | 1.5 | 600 | $900 | |
| 10/6/2003 | DB | IRS Controversy Issues | Changes to method of allocation of expenses against foreign income in determining income from § 863 (b). | 2.5 | 230 | 575 | |
| 10/6/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for GPC FA | 3 | 340 | $1,020 | |
| 10/6/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 1 | 340 | $340 | |
| 10/6/2003 | MF | Customs Audit | Conference call with GPC re: FA | 1 | 340 | $340 | |
| 10/6/2003 | MS | Customs Audit | Conference call services | | | | $3 |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 10/6/2003 | NB | COO Agreement | Began working on the proposed COO employment agreement affidavit. | 0.5 | 575 | $288 | |
| 10/6/2003 | RR | Customs Audit | W.R. Grace - meeting (via phone) with M. Frank and M.Stephanou | 0.7 | 230 | $161 | |
| 10/6/2003 | RR | Customs Audit | Conf. call with M. Stephanou, D. Lyons and GPC team re: FA | 1 | 230 | $230 | |
| 10/7/2003 | DB | IRS Controversy Issues | Changes to expense allocation to method utilized for regular foreign tax credit purposes. | 1.0 | 230 | 230 | |
| 10/7/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for GPC's FA | 3 | 340 | $1,020 | |
| 10/7/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 3 | 340 | $1,020 | |
| 10/7/2003 | NB | COO Agreement | Worked more on the proposed COO employment agreement affidavit. | 0.5 | 575 | $288 | |
| 10/7/2003 | RR | Customs Audit | Drafted Davison import compliance report | 4 | 230 | $920 | |
| 10/7/2003 | RR | Customs Audit | Followed up with Davison Action list re: FA | 0.5 | 230 | $115 | |
| 10/7/2003 | RR | Customs Audit | Organized Grace Files re: FA | 0.5 | 230 | $115 | |
| 10/8/2003 | BC | IRS Controversy Issues | Conference call with Elyse Napoli Filon, David Nakashige, Carol Finke, and Joe regarding the Lonely Parent exception to the SRLY rules. | 1.5 | 600 | $900 | |
| 10/8/2003 | DB | IRS Controversy Issues | Review calculations of expense allocation and prepare calculations for inclusion in IRS protest. | 1.0 | 230 | 230 | |
| 10/8/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 3 | 340 | $1,020 | |
| 10/8/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 1 | 340 | $340 | |
| 10/8/2003 | MF | Customs Audit | Conference call with GPC re: FA | 1 | 340 | $340 | |
| 10/8/2003 | RR | Customs Audit | Drafted Davison import compliance report | 7 | 230 | $1,610 | |
| 10/9/2003 | AP | COO Agreement | Worked with Nick Bubnovich on updating the COO and CEO competitive survey data as the 2003/2004 competitive surveys had been released. | 6 | 230 | $1,380 | |
| 10/9/2003 | DB | IRS Controversy Issues | Review calculations of expense allocation and prepare calculations for inclusion in IRS protest. | 0.5 | 230 | 115 | |
| 10/9/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual; review/edit of FA questionnaire responses | 5 | 340 | $1,700 | |
| 10/9/2003 | NB | COO Agreement | Revised and finalized the COO affidavit and sent to Brian McGowan at W.R. Grace. | 2 | 575 | $1,150 | |
| 10/9/2003 | RR | Customs Audit | Research on GPC Issues in re: FA | 1.5 | 230 | $345 | |
| 10/9/2003 | RR | Customs Audit | Drafted Davison import compliance report | 1.5 | 230 | $345 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 10/10/2003 | AM | IRS Controversy Issues | Conference Call with David Nakashige and Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 0.5 | 475 | $238 | |
| 10/10/2003 | BC | IRS Controversy Issues | Two conference calls with Carol Finke regarding the Galeras acquisition. | 1.5 | 600 | $900 | |
| 10/10/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 3.5 | 340 | $1,190 | |
| 10/10/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 3 | 340 | $1,020 | |
| 10/10/2003 | NB | COO Agreement | Discussed with Brian McGowan the issue of having only six peer companies with COO's in peer group and finalized the affidavit. | 0.5 | 575 | $288 | |
| 10/10/2003 | RR | Customs Audit | Drafted Davison import compliance report | 5 | 230 | $1,150 | |
| 10/11/2003 | MS | Customs Audit | Reviewed import compliance review report draft | 1 | 440 | $440 | |
| 10/11/2003 | MS | Customs Audit | Reviewed addendum to engagement letter re: FA | 1 | 440 | $440 | |
| 10/13/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 3 | 340 | $1,020 | |
| 10/13/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 2 | 340 | $680 | |
| 10/13/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 1 | 340 | $340 | |
| 10/13/2003 | MS | Customs Audit | Reviewed import compliance review report draft | 1.5 | 440 | $660 | |
| 10/13/2003 | MS | Customs Audit | Reviewed addendum to engagement letter re: FA | 1.5 | 440 | $660 | |
| 10/14/2003 | DB | IRS Controversy Issues | Preparation of calculations for affirmative claim for refund contained in IRS protest. | 1.0 | 230 | 230 | |
| 10/14/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 2.5 | 340 | $850 | |
| 10/14/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 2 | 340 | $680 | |
| 10/14/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 2 | 340 | $680 | |
| 10/14/2003 | MS | Customs Audit | Responded to client e-mail re: FA | 1 | 440 | $440 | |
| 10/14/2003 | MS | Customs Audit | Held status discussion with M. Frank re: FA | 1 | 440 | $440 | |
| 10/14/2003 | RR | Customs Audit | met with Melissa/matt to discuss report | 1 | 230 | $230 | |
| 10/14/2003 | RR | Customs Audit | Drafted Davison import compliance report | 4 | 230 | $920 | |
| 10/15/2003 | DB | IRS Controversy Issues | Preparation of calculations for affirmative claim for refund contained in IRS protest. | 1.0 | 230 | 230 | |
| 10/15/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 2 | 340 | $680 | |
| 10/15/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 2 | 340 | $680 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 10/15/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 2 | 340 | $680 | |
| 10/15/2003 | MS | Customs Audit | Respond to client e-mails re: FA | 2 | 440 | $880 | |
| 10/15/2003 | RR | Customs Audit | Researched GPC issues in re: FA | 1 | 230 | $230 | |
| 10/15/2003 | RR | Customs Audit | Drafted Davison import compliance report | 3 | 230 | $690 | |
| 10/16/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 2 | 340 | $680 | |
| 10/16/2003 | MF | Customs Audit | Conference call with GPC re: FA | 1.5 | 340 | $510 | |
| 10/16/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 1.5 | 340 | $510 | |
| 10/16/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 1 | 340 | $340 | |
| 10/16/2003 | MS | Customs Audit | Drafted FA Questionnaire | 2 | 440 | $880 | |
| 10/16/2003 | MS | Customs Audit | Communicated with client re: FA | 2 | 440 | $880 | |
| 10/16/2003 | MS | Customs Audit | Conference call services | | | | $8 |
| 10/16/2003 | RR | Customs Audit | Conf. call with M. Stephanou, D. Lyons and GPC team re: FA | 1 | 230 | $230 | |
| 10/16/2003 | RR | Customs Audit | Drafted Davison import compliance report | 2 | 230 | $460 | |
| 10/17/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 2 | 340 | $680 | |
| 10/17/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 2 | 340 | $680 | |
| 10/17/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 2 | 340 | $680 | |
| 10/17/2003 | MS | Customs Audit | Drafted FA Questionnaire | 2 | 440 | $880 | |
| 10/17/2003 | MS | Customs Audit | Communicated with client re: FA | 2 | 440 | $880 | |
| 10/17/2003 | RR | Customs Audit | Meeting with M. Stephanou re: Davison Report. | 1 | 230 | $230 | |
| 10/17/2003 | RR | Customs Audit | Drafted Davison import compliance report | 2 | 230 | $460 | |
| 10/19/2003 | MF | Customs Audit | Taxi home from airport after trip to client site in Cambridge, MA | | | | $32 |
| 10/19/2003 | MF | Customs Audit | Car rental for myself, Melissa Stephanou and Michele McGuire for trip to client site in Cambridge, MA | | | | $117 |
| 10/19/2003 | MF | Customs Audit | Airfare to/from Boston for trip to W.R. Grace client site | | | | $565 |
| 10/20/2003 | MF | Customs Audit | GPC: review/edit of FA questionnaire | 2.5 | 340 | $850 | |
| 10/20/2003 | MF | Customs Audit | GPC: review/edit of Customs import manual | 2.5 | 340 | $850 | |
| 10/20/2003 | RR | Customs Audit | Drafted Davison import compliance report | 5 | 230 | $1,150 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 10/21/2003 | AG | Sales Compensation Review | Reviewed SAMA presentation "Current Trends and Best Practices in Strategic Customer Management" for relevant materials | 0.5 | 390 | $195 | |
| 10/21/2003 | AG | Sales Compensation Review | Reviewed Sales Compensation Pulse Survey for relevant best practices findings | 1.5 | 390 | $585 | |
| 10/21/2003 | AG | Sales Compensation Review | Reviewed "Sales Force Effectiveness", results from Best Practices Research and use this as a starting point for our findings. | 3 | 390 | $1,170 | |
| 10/21/2003 | AG | Sales Compensation Review | Reviewed SAM survey "What Works and Why" for relevant findings. | 2 | 390 | $780 | |
| 10/21/2003 | AG | Sales Compensation Review | Spoke with Larry Montan to discuss project plan and approach, research and report outline. | 1 | 390 | $390 | |
| 10/21/2003 | MF | Customs Audit | Hotel Room - Cambridge, MA | | | | $119 |
| 10/21/2003 | MF | Customs Audit | Hotel Tax - Cambridge, MA | | | | $12 |
| 10/21/2003 | MF | Customs Audit | Dinner at airport for myself and Melissa Stephanou | | | | $16 |
| 10/21/2003 | MF | Customs Audit | Airfare to/from Boston for visit to client site | | | | $620 |
| 10/21/2003 | MF | Customs Audit | Auto rental during stay at client site | | | | $91 |
| 10/21/2003 | MF | Customs Audit | GPC: review/edit of FA questionnaire and Customs manual | 4 | 340 | $1,360 | |
| 10/21/2003 | MM | Customs Audit | Prepared for meetings re: FA in Cambridge with D. Lyons, M.Stephanou and team, finalized docs | 2.5 | 660 | $1,650 | |
| 10/21/2003 | MM | Customs Audit | Finalized documents for meetings re: FA in Cambridge with D. Lyons, M. Stephanou and team | 2.5 | 660 | $1,650 | |
| 10/21/2003 | RR | Customs Audit | Drafted Davison import compliance report | 6 | 230 | $1,380 | |
| 10/22/2003 | AG | Sales Compensation Review | Detailed review of Qwest Business Partner Program 2003 Leading Practices Study Final Report, put together summary of notes. | 5 | 390 | $1,950 | |
| 10/22/2003 | AG | Sales Compensation Review | Prepared examples of best practices metrics, from Qwest notes, to pull into report deliverable. | 2.5 | 390 | $975 | |
| 10/22/2003 | MF | Customs Audit | Hotel Room - Cambridge, MA | | | | $119 |
| 10/22/2003 | MF | Customs Audit | Hotel Tax - Cambridge, MA | | | | $12 |
| 10/22/2003 | MF | Customs Audit | GPC: on-site review/edit of FA questionnaire; | 8 | 340 | $2,720 | |
| 10/22/2003 | MF | Customs Audit | Preparation for FA meeting with CBP | 6 | 340 | $2,040 | |
| 10/22/2003 | MM | Customs Audit | Meeting on site in Cambridge to prepare for Customs audit, after hours work to prepare questionnaire | 8 | 660 | $5,280 | |
| 10/22/2003 | MM | Customs Audit | After hours work at hotel in Cambridge to prepare questionnaire for FA | 5 | 660 | $3,300 | |
| 10/22/2003 | MS | Customs Audit | Airfare for meeting in Cambridge, MA | | | | $565 |
| 10/22/2003 | MS | Customs Audit | On-site meeting in Cambridge with D. Lyons, M. McGuire, and team re: FA | 8 | 440 | $3,520 | |
| 10/22/2003 | RR | Customs Audit | Drafted Davison import compliance report | 6.5 | 230 | $1,495 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 10/23/2003 | AG | Sales Compensation Review | Performed extensive Internet research on external sales and marketing-specific sites and magazines, compensation specific- sites, and other sources for | 6 | 390 | $2,340 | |
| 10/23/2003 | AG | Sales Compensation Review | Preparation of slides summarizing best practices findings for Internet research to pull into final report. | 3 | 390 | $1,170 | |
| 10/23/2003 | MF | Customs Audit | GPC: on-site FA meeting with client and CBP | 6 | 340 | $2,040 | |
| 10/23/2003 | MF | Customs Audit | Review of client FOIA data | 1 | 340 | $340 | |
| 10/23/2003 | MF | Customs Audit | Preparation for follow-up work for GPC re: FA | 1 | 340 | $340 | |
| 10/23/2003 | MM | Customs Audit | Meeting on-site in Cambridge with Customs and D. Lyons, M. Stephanou, and Team re: FA | 6 | 660 | $3,960 | |
| 10/23/2003 | MS | Customs Audit | On-site meeting in Cambridge with Customs, D. Lyons, M. McGuire, and team re: FA | 6 | 440 | $2,640 | |
| 10/23/2003 | MS | Customs Audit | Hotel for meeting in Cambridge, MA | | | | $261 |
| 10/23/2003 | MS | Customs Audit | Parking at O'Hare for meeting in Cambridge, MA | | | | $62 |
| 10/23/2003 | RR | Customs Audit | Drafted Davison import compliance report | 8 | 230 | $1,840 | |
| 10/24/2003 | AG | Sales Compensation Review | Reviewed of Deloitte internal resources (DT web, RokNet, etc) for relevant best practices research information | 3.5 | 390 | $1,365 | |
| 10/24/2003 | AG | Sales Compensation Review | Call with Ginny Carrol to discuss initial findings. | 1 | 390 | $390 | |
| 10/24/2003 | AG | Sales Compensation Review | Detailed review of SAMA 2001 Survey of Strategic Account Management Compensation Practices for relevant materials; preparation of slide | 4.5 | 390 | $1,755 | |
| 10/24/2003 | LM | Sales Compensation Review | Created draft #1 of report including template, sources, and research of existing Deloitte data bases | 2 | 710 | $1,420 | |
| 10/24/2003 | MF | Customs Audit | GPC: review of FOIA data, draft of meeting notes | 4.5 | 340 | $1,530 | |
| 10/24/2003 | MS | Customs Audit | Reviewed meeting notes re: FA | 0.5 | 440 | $220 | |
| 10/24/2003 | MS | Customs Audit | Performed FOIA calculations | 1 | 440 | $440 | |
| 10/24/2003 | MS | Customs Audit | Call with S. Ahern re: FOIA data | 0.5 | 440 | $220 | |
| 10/24/2003 | RR | Customs Audit | Drafted Davison import compliance report | 8 | 230 | $1,840 | |
| 10/25/2003 | MF | Customs Audit | Time reversed into another code | -22 | 340 | -$7,480 | |
| 10/27/2003 | AG | Sales Compensation Review | Review of Agilent Technologies EPSG Pricing Diagnostic Full Report; edit relevant slides for deliverable. | 1 | 390 | $390 | |
| 10/27/2003 | AG | Sales Compensation Review | Preparation of final deliverable for client- edits and formatting to report. | 2.5 | 390 | $975 | |
| 10/27/2003 | LM | Sales Compensation Review | Reviewed draft report and update with additional findings; contacted clients to obtain updated information | 2 | 710 | $1,420 | |
| 10/27/2003 | MF | Customs Audit | Review/analysis of FOIA data for all Grace importer IDs | 6.5 | 340 | $2,210 | |
| 10/27/2003 | RR | Customs Audit | Discussion with M. Stephanou in re: Davison's FA issues | 0.5 | 230 | $115 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 10/27/2003 | RR | Customs Audit | Conference call with T. Lascola, M. Stephanou re: FA issues | 0.5 | 230 | $115 | |
| 10/27/2003 | RR | Customs Audit | Planning in re: Davison's FA issues | 1 | 230 | $230 | |
| 10/28/2003 | AG | Sales Compensation Review | Reviewed final report per Larry Montan's edits. | 0.5 | 390 | $195 | |
| 10/28/2003 | AP | COO Agreement | Performed a COO and #2 by rank total direct compensation analysis for informational purposes regarding the affidavit. Also prepared exhibits as back-up for the affidavit. | 2 | 230 | $460 | |
| 10/28/2003 | LM | Sales Compensation Review | Performed final read through and editing of GPC report | 2 | 710 | $1,420 | |
| 10/28/2003 | MF | Customs Audit | Hotel Tax - Cambridge, MA | | | | $10 |
| 10/28/2003 | MF | Customs Audit | Hotel Room - Cambridge, MA | | | | $99 |
| 10/28/2003 | MF | Customs Audit | Review/analysis of FOIA data for all Grace Importer IDs | 4 | 340 | $1,360 | |
| 10/28/2003 | MF | Customs Audit | Conference call for Davison with T. Lascola, M. Stephanou re: FOIA data | 1 | 340 | $340 | |
| 10/28/2003 | MS | Customs Audit | Call with T. Lascola at Davision re: FA | 0.5 | 440 | $220 | |
| 10/28/2003 | MS | Customs Audit | Review of FOIA calculations | 0.5 | 440 | $220 | |
| 10/28/2003 | MS | Customs Audit | Airfare for meeting in Cambridge, MA | | | | $620 |
| 10/29/2003 | AP | Fee Application/Billing | Spoke with Tony Scoles regarding the billing and made his requested changes to the March detail and fee application. | 0.5 | 230 | $115 | |
| 10/29/2003 | MF | Customs Audit | GPC: on-site visit to review/edit the Import Manual | 8 | 340 | $2,720 | |
| 10/29/2003 | MS | Customs Audit | Dinner for meeting in Cambridge, MA | | | | $24 |
| 10/29/2003 | MS | Customs Audit | Hotel for meeting in Cambridge, MA | | | | $109 |
| 10/29/2003 | MS | Customs Audit | Parking at O'Hare for meeting in Cambridge, MA | | | | $37 |
| 10/29/2003 | MS | Customs Audit | On-site meeting (including preparation for meeting) at GPC in Cambridge with D. Lyons, M. Frank, and Team re: import compliance manual | 8 | 440 | $3,520 | |
| 10/29/2003 | RR | Customs Audit | GPC's marking issues: research & discussion for import manual | 1.5 | 230 | $345 | |
| 10/30/2003 | AG | Sales Compensation Review | Call with Ginny Caroll of GPC and Larry Montan to discuss final report. | 1 | 390 | $390 | |
| 10/30/2003 | LM | Sales Compensation Review | Prepared for call with client (Ginny Carroll) | 1 | 710 | $710 | |
| 10/30/2003 | LM | Sales Compensation Review | Call with Ginny Caroll of GPC and Anupama Goel to discuss final report. | 1 | 710 | $710 | |
| 10/30/2003 | MF | Customs Audit | Review of FOIA data for all Grace divisions | 2 | 340 | $680 | |
| 10/30/2003 | MF | Customs Audit | Revised Import compliance Manual | 4 | 340 | $1,360 | |
| 10/30/2003 | RR | Customs Audit | GPC's marking issues: research & discussion for import manual | 2 | 230 | $460 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 10/31/2003 | MF | Customs Audit | Review of FOIA data for all Grace divisions | 1 | 340 | $340 | |
| 10/31/2003 | MF | Customs Audit | Revised Import compliance Manual | 5 | 340 | $1,700 | |
| | | | TOTALS | 359.2 | | $ 129,621 | $ 3,500 |