## Exhibit J

TENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: May 10, 2004, at 4:00 p.m.** |
| | ) | **Hearing Date: Scheduled if Necessary (Negative Notice)** |

## TENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

<u>Name of Applicant</u>:   Deloitte & Touche LLP  ("Deloitte & Touche").

<u>Authorized to Provide Professional Services to</u>:  The above-captioned debtors and debtors-in-possession.

<u>Date of Retention</u>:  February 4, 2003.

<u>Period for which Compensation and Reimbursement is Sought</u>:  November 1, 2003 through November 30, 2003.

<u>Amount of Compensation Sought as Actual, Reasonable and Necessary</u>:  $44,352.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary:  $2,708.00

This is a:      xx monthly          _ interim              _ final application.

Although reimbursement for time expended for preparation of this Application is not sought herein, Deloitte & Touche anticipates seeking reimbursement for such compensation in subsequent monthly applications submitted by Deloitte & Touche in these chapter 11 cases.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: May 10, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**TENTH MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003**

## BACKGROUND

Deloitte & Touche was approved to provide customs procedures review services,

compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to

February 4, 2003 pursuant to an order entered by this Court on June 17, 2003.  This tenth

monthly application (this "Application") of Deloitte & Touche is for compensation for services

rendered and reimbursement of expenses incurred in connection with Deloitte & Touche's

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

provision of customs procedures review services, compensation and benefits services and tax advisory services to the Debtors during the period from November 1, 2003 through November 30, 2003.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte & Touche in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought; (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, and tax advisory services broken into project categories, the total hours expended and the total compensation sought; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (a) a chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

## SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michelle McGuire | Principal - Customs & | $660 | 1 | $660 |

91100-001\DOCS_DE:79005.1

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | International Tax | | | |
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 30.2 | $13,088 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $340 | 30 | $10,200 |
| Robin Raley | Associate- Customs & International Tax | $230 | 49.2 | $11,316 |
| Bryan Collins | Partner- National Tax | $600 | 10 | $6,000 |
| Sarah Mahn | Manager- National Tax | $475 | 6.5 | $3,088 |

Total Fees:    $44,352
Total Hours:   126.9
Blended Rate:  $349.50

### Customs Procedures Review Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Customs Audit/FA (Focused Assessment) | 110.4 | $35,264 |
| TOTAL | | $35,264 |

### Compensation and Benefits Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| TOTAL | | $0 |

### Tax Advisory Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| IRS Controversy Issues | 16.5 | $9,088 |
| TOTAL | | $9,088 |

### Monthly Statement and Fee Application Preparation

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Fee Application/Billing | | $0 |
| TOTAL | | $0 |

### EXPENSE SUMMARY

| Expense Category | Service Provider (if | Total Expenses |
|---|---|---|

| | applicable? | |
|---|---|---|
| Express Mail | | $0 |
| Working Meals | | $119 |
| Telephone Calls | | $87 |
| Travel Expenses | | $1,806 |
| Accommodations | | $696 |
| | | |
| TOTAL | | $2,708 |

Dated: *March 31*, 2004

DELOITTE & TOUCHE LLP


Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone:  (202) 378-5223
Facsimile:    (202) 661- 1934

Customs services providers, and tax and compensation
advisors for Debtors and Debtors in Possession

# EXHIBIT A

## EXHIBIT A

## VERIFICATION

WASHINGTON                    :

DISTRICT OF COLUMBIA    :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a)    I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b)    I have personal knowledge of Deloitte & Touche's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Tim Tuerff

SWORN AND SUBSCRIBED
before me this 31ˢᵗ day of March, 2004.

_____
Notary Public
My Commission Expires:  3/14/2005

91100-001\DOCS_DE:79005.1

-8-

# EXHIBIT B

IN#:08925953- SA:WRG0004
IN#:08925961- SA:WRG0007

**W.R. Grace & Co.**
**Hours Spent by Each Person**
November 1 through November 30, 2003

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| *Total Human Capital Services Fees* | - | - | - | - |
| Bryan Collins | 10.0 | $600 | $6,000 | $0 |
| Sarah Mahn | 6.5 | $475 | $3,088 | $0 |
| *Total National Tax Services Fees* | 16.5 | | $9,088 | $0 |
| Michele McGuire | 1 | $660 | $660 | $1,078 |
| Melissa Stephanou | 30.2 | $440 | $13,088 | $1,065 |
| Matthew Frank | 30 | $340 | $10,200 | $0 |
| Robin Raley | 49.2 | $230 | $11,316 | $565 |
| *Total Customs & International Services Fees* | 110.4 | | $35,264 | $2,708 |
| *Total Monthly Statement & Fee Application Preparation Fees* | - | - | - | - |
| **TOTAL FEES DUE** | **126.9** | | **$44,352** | **$2,708** |

## W.R. Grace & Co.
## Daily Summary of Fees and Expenses

IN#:08925953- SA:WRG0004
IN#:08925961- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 11/2/2003 | MM | Customs Audit | Taxi ride to Cambridge hotel | | | | $90 |
| 11/2/2003 | MM | Customs Audit | Telephone Business (not cell) | | | | $28 |
| 11/2/2003 | MM | Customs Audit | Auto Parking - Travel | | | | $50 |
| 11/2/2003 | MM | Customs Audit | Hotel Tax - Cambridge, MA | | | | $28 |
| 11/2/2003 | MM | Customs Audit | Airfare from Chicago to Cambridge, MA | | | | $624 |
| 11/2/2003 | MM | Customs Audit | Hotel Room - Cambridge, MA | | | | $258 |
| 11/3/2003 | MF | Customs Audit | Analysis of WR Grace FOIA data | 7.0 | 340 | $2,380 | |
| 11/3/2003 | RR | Customs Audit | Research/writing on marking issues for GPC import manual | 1.5 | 230 | $345 | |
| 11/4/2003 | MF | Customs Audit | Analysis of WR Grace FOIA data | 2.0 | 340 | $680 | |
| 11/4/2003 | MF | Customs Audit | Review/edit of GPC Import Manual | 4.0 | 340 | $1,360 | |
| 11/4/2003 | RR | Customs Audit | Research/writing on marking issues for GPC import manual | 1.0 | 230 | $230 | |
| 11/5/2003 | MF | Customs Audit | Review/edit of GPC Import Manual | 4.0 | 340 | $1,360 | |
| 11/5/2003 | RR | Customs Audit | Research/writing on marking issues for GPC import manual | 2.0 | 230 | $460 | |
| 11/6/2003 | BC | IRS Controversy Issues | Review memo prepared by W.R. Grace in response to the Revenue Agents Report for the years 1993-1996 regarding the Lonely Parent Exception and its application to the NOL carryback from the short taxable year ended December 31, 1996 to 1995. | 5 | 600 | $3,000 | |
| 11/6/2003 | MF | Customs Audit | Review/edit of GPC Import Manual | 2.0 | 340 | $680 | |
| 11/6/2003 | RR | Customs Audit | Research/writing on marking issues for GPC import manual | 1.0 | 230 | $230 | |
| 11/7/2003 | MM | Customs Audit | Discussion with M. Stephanou re: FA update | 0.2 | 660 | $132 | |
| 11/7/2003 | MM | Customs Audit | Conference call with M. Stephanou and S. Ahern (Grace) re: FA update | 0.3 | 660 | $198 | |
| 11/7/2003 | MS | Customs Audit | Discussion with M. Stephanou re: FA update | 0.2 | 440 | $88 | |
| 11/7/2003 | MS | Customs Audit | Conference call with M. Stephanou and S. Ahern (Grace) re: FA update | 0.3 | 440 | $132 | |
| 11/7/2003 | RR | Customs Audit | Preparation for next week's visit to Davison re: import manual | 2.0 | 230 | $460 | |
| 11/10/2003 | MF | Customs Audit | Conference call with D. Lyons, M. Stephanou and GPC team re: FA | 0.7 | 340 | $238 | |
| 11/10/2003 | MF | Customs Audit | Review/edit of GPC Import Manual | 4.3 | 340 | $1,462 | |
| 11/10/2003 | MS | Customs Audit | Conference call with D. Lyons, M. Frank and GPC team re: FA | 0.7 | 440 | $308 | |
| 11/10/2003 | MS | Customs Audit | Conference call services | | | | $17 |
| 11/10/2003 | MS | Customs Audit | Review/edit of GPC Import Manual | 5.0 | 440 | $2,200 | |
| 11/10/2003 | RR | Customs Audit | Preparation for next week's visit to Davison re: import manual | 1.0 | 230 | $230 | |

**W.R. Grace & Co.**
**Daily Summary of Fees and Expenses**

IN#:08925953- SA:WRG0004
IN#:08925961- SA:WRG0007

| Date | Initials | Category | Description | Hours | Rate | Fees | Expenses |
|------|----------|----------|-------------|-------|------|------|----------|
| 11/11/2003 | BC | IRS Controversy Issues | Conference call with Elyse Napoli Filon regarding the memo prepared by W.R. Grace in response to the Revenue Agents Report for the years 1993-1996 regarding the Lonely Parent Exception and its application to the NOL carryback from the short taxable year e | 2 | 600 | $1,200 | |
| 11/11/2003 | MF | Customs Audit | Review/edit of GPC Import Manual | 3.0 | 340 | $1,020 | |
| 11/11/2003 | RR | Customs Audit | Preparation for next week's visit to Davison re: import manual | 6.0 | 230 | $1,380 | |
| 11/12/2003 | BC | IRS Controversy Issues | Conference call with Elyse Napoli Filon and Carol Finke regarding the memo prepared by W.R. Grace in response to the Revenue Agents Report for the years 1993-1996 regarding the Lonely Parent Exception and its application to the NOL carryback from the shor | 2 | 600 | $1,200 | |
| 11/12/2003 | RR | Customs Audit | Preparation for next week's visit to Davison re: import manual | 2.7 | 230 | $621 | |
| 11/13/2003 | MS | Customs Audit | Preparation for on-site meeting | 2.5 | 440 | $1,100 | |
| 11/13/2003 | RR | Customs Audit | Preparation for next week's visit to Davison re: import manual | 4.0 | 230 | $920 | |
| 11/14/2003 | MS | Customs Audit | On-site meeting with Davison re Import manual- Columbia, MA | 8.5 | 440 | $3,740 | |
| 11/14/2003 | MS | Customs Audit | Airfare for meeting at Columbia, MA | | | | $683 |
| 11/14/2003 | MS | Customs Audit | Hotel for meeting at Columbia, MA | | | | $239 |
| 11/14/2003 | MS | Customs Audit | Parking at Ohare for meeting at Columbia, MA | | | | $50 |
| 11/14/2003 | MS | Customs Audit | Dinner after meeting in Columbia, MA | | | | $34 |
| 11/14/2003 | RR | Customs Audit | On-site visit at Davison in Columbia, MD, to discuss import manual | 8.0 | 230 | $1,840 | |
| 11/16/2003 | RR | Customs Audit | Hotel Tax | | | | $18 |
| 11/16/2003 | RR | Customs Audit | Airplane tickets - flight left on 11/13 and returned on 11/14 | | | | $269 |
| 11/16/2003 | RR | Customs Audit | Hotel Room | | | | $153 |
| 11/16/2003 | RR | Customs Audit | Meals - Travel (yours/other firm personnel) | | | | $50 |
| 11/16/2003 | RR | Customs Audit | Meal - Travel | | | | $35 |
| 11/16/2003 | RR | Customs Audit | Taxi from office to airport | | | | $40 |
| 11/17/2003 | MM | Customs Audit | Review and discussion of Grace FA update with M. Stephanou and Grace team | 0.5 | 660 | $330 | |
| 11/17/2003 | MS | Customs Audit | Call with D. Lyons re: FA | 3.0 | 440 | $1,320 | |
| 11/17/2003 | RR | Customs Audit | Follow-up from Friday's meeting at Davison re: import manual | 3.0 | 230 | $690 | |
| 11/17/2003 | RR | Customs Audit | Revisions of Davison import manual | 5.0 | 230 | $1,150 | |
| 11/17/2003 | SM | IRS Controversy Issues | Conference Call with David Nakashige and Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 1 | 475 | $475 | |

**W.R. Grace & Co.**
**Daily Summary of Fees and Expenses**

IN#:08925953- SA:WRG0004
IN#:08925961- SA:WRG0007

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/18/2003 | MS | Customs Audit | Review and analysis re: FA | 2.0 | 440 | $880 | |
| 11/18/2003 | RR | Customs Audit | Revisions of Davison import manual | 10.0 | 230 | $2,300 | |
| 11/18/2003 | SM | IRS Controversy Issues | Conference Call with David Nakashige and Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 4 | 475 | $1,900 | |
| 11/19/2003 | BC | IRS Controversy Issues | Review and revise memo prepared by W.R. Grace in response to the Revenue Agents Report for the years 1993-1996 regarding the Lonely Parent Exception and its application to the NOL carryback from the short taxable year ended December 31, 1996 to 1995. | 1 | 600 | $600 | |
| 11/19/2003 | MS | Customs Audit | Discussion with D. Lyons and S. Ahern re FA and import compliance manual | 3.0 | 440 | $1,320 | |
| 11/19/2003 | RR | Customs Audit | Miscellaneous. communications/research for Grace re: FA | 2.0 | 230 | $460 | |
| 11/20/2003 | MF | Customs Audit | Conference call with D. Lyons and T. Lascola of GPC and Davison regarding the Import Manual and FA meetings | 2.0 | 340 | $680 | |
| 11/20/2003 | MS | Customs Audit | Call with D. Lyons, T. Lascola and GPC/Davison Team re: import compliance manual | 3.0 | 400 | $1,200 | |
| 11/20/2003 | MS | Customs Audit | Conference call service fees | | | | $41 |
| 11/21/2003 | MF | Customs Audit | Review of GPC FOIA data for duty paid in 2002 and 2003 | 1.0 | 340 | $340 | |
| 11/21/2003 | MS | Customs Audit | Discussions with S. Ahern and B. Kenny re: import compliance manual | 2.0 | 400 | $800 | |
| 11/26/2003 | SM | IRS Controversy Issues | Conference Call with David Nakashige and Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 1 | 475 | $238 | |
| 11/29/2003 | SM | IRS Controversy Issues | Conference Call with David Nakashige and Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 1 | 475 | $475 | |
| | | | Totals | 126.9 | | $44,352 | $2,708 |