**Exhibit K**

ELEVENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: May 10, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**ELEVENTH MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003**

Name of Applicant:   Deloitte & Touche LLP ("Deloitte & Touche").

Authorized to Provide Professional Services to:   The above-captioned debtors and debtors-in-possession.

Date of Retention:   February 4, 2003.

Period for which Compensation and Reimbursement is Sought:   December 1, 2003 through December 31, 2003.

Amount of Compensation Sought as Actual, Reasonable and Necessary:   $29,954.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

-2-

**Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: $1,078.00**

This is a:     xx monthly          _ interim          _ final application.

This Application reflects 4.3 hours and $989 in fees in connection with the preparation of Deloitte & Touche's monthly statements.

91100-001\DOCS_DE:79005.1

-2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: May 10, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**ELEVENTH MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003**

## BACKGROUND

Deloitte & Touche was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This eleventh monthly application (this "Application") of Deloitte & Touche is for compensation for services rendered and reimbursement of expenses incurred in connection with Deloitte & Touche's

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

provision of customs procedures review services, compensation and benefits services and tax advisory services to the Debtors and Deloitte & Touche's preparation of various prior monthly statements and fee applications for the Debtors during the period from December 1, 2003 through December 31, 2003.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte & Touche in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought; (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, tax advisory services and the preparation of monthly statements and fee applications broken into project categories, the total hours expended and the total compensation sought; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (a) a chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

## SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

91100-001\DOCS_DE:79005.1

-4-

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allison Prybylo | Sr. Consultant- Human Capital | $230 | 4.3 | $989 |
| Michelle McGuire | Principal - Customs & International Tax | $660 | 5.5 | $3,630 |
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 30 | $13,200 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $340 | 4.0 | $1,360 |
| Fred Levitan | Sr. Consultant - Customs & International Tax | $340 | 2.5 | $850 |
| Robin Raley | Associate- Customs & International Tax | $230 | 3.5 | $805 |
| Bryan Collins | Partner- National Tax | $600 | 7.5 | $4,500 |
| Sarah Mahn | Manager- National Tax | $475 | 9 | $4,275 |
| Darwin Broenen | Associate- National Tax | $230 | 1.5 | $345 |

Total Fees:    $29,954
Total Hours:   67.8
Blended Rate:  $441.79

### Customs Procedures Review Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Customs Audit/FA (Focused Assessment) | 45.5 | $19,845 |
| | | |
| TOTAL | | $19,845 |

### Compensation and Benefits Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| TOTAL | | $0 |

### Tax Advisory Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| IRS Issues/Consolidated Return Tax Consulting | 18 | $9,120 |
| TOTAL | | $9,120 |

### Monthly Statement and Fee Application Preparation

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Fee Application/Billing | 4.3 | $989 |
| | | |
| TOTAL | | $989 |

91100-001\DOCS_DE:79005.1

-6-

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Express Mail | | $0 |
| Working Meals | | $28 |
| Telephone Calls | | $0 |
| Travel Expenses | | $698 |
| Accommodations | | $352 |
| | | |
| TOTAL | | $1,078 |

Dated: *March 31,* 2004

DELOITTE & TOUCHE LLP

*[signature]*

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone: (202) 378-5223
Facsimile: (202) 661- 1934

Customs services providers, and tax and compensation advisors for Debtors and Debtors in Possession

# EXHIBIT A

## EXHIBIT A

## VERIFICATION

WASHINGTON             :
                       :
DISTRICT OF COLUMBIA   :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b) I have personal knowledge of Deloitte & Touche's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Tim Tuerff

SWORN AND SUBSCRIBED
before me this 31st day of March, 2004.

Notary Public
My Commission Expires: 3/14/2005

91100-001\DOCS_DE:79005.1

-8-

# EXHIBIT B

IN#:08925954- SA:WRG0004
IN#:08925962- SA:WRG0007
IN#:08925959- SA:WRG0012

**W.R. Grace & Co.**
**Hours Spent by Each Person**
December 1 through December 31, 2003

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| *Total Human Capital Services Fees* | - | - | - | - |
| Bryan Collins | 7.5 | $600 | $4,500 | $0 |
| Sarah Mahn | 9.0 | $475 | $4,275 | $0 |
| Darwin Broenen | 1.5 | $230 | $345 | $0 |
| *Total National Tax Services Fees* | 18.0 | | $9,120 | $0 |
| Michele McGuire | 5.5 | $660 | $3,630 | $0.00 |
| Melissa Stephanou | 30.0 | $440 | $13,200 | $1,078.28 |
| Matthew Frank | 4.0 | $340 | $1,360 | $0.00 |
| Fred Levitan | 2.5 | $340 | $850 | $0.00 |
| Robin Raley | 3.5 | $230 | $805 | $0.00 |
| *Total Customs & International Trade Fees* | 45.5 | | $19,845 | $1,078.28 |
| Allison Prybylo | 4.3 | $230 | $989 | $0 |
| *Total Monthly Statement & Fee Application Preparation Fees* | 4.3 | | $989 | $0 |
| **TOTAL FEES DUE** | **67.8** | | **$ 29,954** | **$ 1,078** |

**W.R. Grace & Co.**
**Daily Summary of Fees and Expenses**

IN#:08925954- SA:WRG0004
IN#:08925962- SA:WRG0007
IN#:08925959- SA:WRG0012

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 12/16/2003 | FL | Customs Audit | Reviewed Grace's HTS#s in FOIA database to see what HTS# might be covered under new FDA food rules. Prepared memo. | 2.5 | 340 | $850 | |
| 12/16/2003 | MS | Customs Audit | Discussion with CBP Headquarters, reg audit departmens, re on-site audit time | 2.5 | 440 | $1,100 | |
| 12/16/2003 | SM | IRS Issues/Consolidated Return Tax Consulting | Third revision of submission to IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. | 2.5 | 475 | $1,188 | |
| 12/18/2003 | MS | Customs Audit | Call with Steve and team re status and moving forward with FA | 2 | 440 | $880 | |
| 12/19/2003 | AP | Fee Applications and Billing Preparation | Correspondence with Tony Scoles regarding the March Fee Application and made the necessary revisions per his request. | 1 | 230 | $230 | |
| 12/22/2003 | MS | Customs Audit | Grace action items covered in Thursday call re: FA | 2.5 | 440 | $1,100 | |
| 12/23/2003 | AP | Fee Applications and Billing Preparation | Began preparing the Chicago office's October and November detailed billing summaries. Also included Tim Tuerff's office's detail into the summaries as well. | 0.8 | 230 | $184 | |
| 12/29/2003 | MF | Customs Audit | Creation of best practice import process flow chart for GPC | 4 | 340 | $1,360 | |
| 12/30/2003 | AP | Fee Applications and Billing Preparation | Finsihed preparing the Chicago office's October and November detailed billing summaries. Also included Tim Tuerff's office's detail into the summaries as well. | 2.5 | 230 | $575 | |
| | | | Total | 67.8 | | $29,954 | $1,078 |