IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 7th day of June, 2004, I

caused a copy of the following document(s) to be served on the individuals on the attached

service list(s) in the manner indicated:

1.   **COMBINED FIRST INTERIM APPLICATION OF DELOITTE &
     TOUCHE LLP FOR COMPENSATION AND FOR
     REIMBURSEMENT OF EXPENSES FOR FEBRUARY 4, 2003
     THROUGH DECEMBER 31, 2003.**

David W. Carickhoff, Jr. (DE Bar No. 3715)