# EXHIBIT B

W.R. Grace – January 1, 2004 – January 31, 2004

|  | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Cleary, J. | 12.2 | $575.00 | $7,015.00 |
| Glosband, D. | 25.0 | 550.00 | 13,750.00 |
| Hadden, J. | 5.9 | 510.00 | 3,009.00 |
| Remis, S. | 8.9 | 525.00 | 4,672.50 |
| Williams, U. | 0.5 | 475.00 | 237.50 |
| Bilowz, P. | 23.6 | 245.00 | 5,782.00 |
| Clark, C. | 3.5 | 290.00 | 1,015.00 |
| Dinwoodey, J. | 1.2 | 330.00 | 396.00 |
| Doherty, A. | 43.4 | 365.00 | 15,841.00 |
| **Total** | **124.2** |  | **$51,718.00** |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 01/04/04 | Remis, S. | 0.5 | Review status memorandum and material for Fiduciary Committee. |
| 01/05/04 | Cleary, J. | 0.5 | Telephone conferences with Mr. Carrigan and Ms. Ewing regarding draft notice to participants; revision of same and related e-mails; telephone conference with Ms. Ewing regarding draft letter. |
| 01/05/04 | Clark, C. | 0.2 | Review State Street's e-mail correspondence and PowerPoint presentation regarding decision not to override 401(k) plan document at this time. |
| 01/06/04 | Cleary, J. | 0.3 | Telephone message from and telephone conference with Ms. Ewing regarding draft letter to Mr. Forgach; e-mails with Ms. Ewing, Mr. Glosband, et al regarding status, scheduling, etc. |
| 01/06/04 | Remis, S. | 0.1 | Review draft notice to participants. |
| 01/06/04 | Remis, S. | 0.2 | Review correspondence regarding meetings and status. |
| 01/07/04 | Glosband, D. | 1.0 | Review notes, draft follow-up checklist, memorandum to Mr. Bilowz regarding same. |
| 01/07/04 | Bilowz, P. | 0.2 | Review issue items from Mr. Glosband. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/09/04 | Cleary, J. | 1.0 | Telephone messages and telephone conferences with Ms. Ewing and Mr. Johnson regarding draft notice to participants; revision of same; e-mails regarding meetings and related matters. |
| 01/12/04 | Bilowz, P. | 2.0 | Review pleadings regarding Wolin, ZAI trial, Equity Committee and recent filings. |
| 01/13/04 | Remis, S. | 1.1 | Review updated material for meeting. |
| 01/13/04 | Bilowz, P. | 2.1 | Review Plan and Disclosure Statements. |
| 01/14/04 | Cleary, J. | 0.2 | Telephone messages and telephone conference with Mr. Glosband regarding upcoming meeting with Duff & Phelps; review related e-mail. |
| 01/14/04 | Remis, S. | 1.5 | Review material for meeting. |
| 01/14/04 | Glosband, D. | 3.4 | Telephone call to Mr. Cleary, telephone call to Mr. Bayston regarding agenda, goals for 1/15/03 meeting (.9); conference with Mr. Bilowz and Ms. Vitello regarding updates on Grace docket, Judge recusal, FAIR Act (.7); memorandum to Messrs. Cleary and Remis regarding preparation for meetings (.3); review briefing memoranda from December meeting plus review opinion of Court of Appeals remanding recusal decision (1.5). |
| 01/14/04 | Bilowz, P. | 0.7 | Meeting with Mr. Glosband regarding Wolin disqualification, science trial updates and asbestos case comparison (.4); review Grace docket (.2); email to Mr. Glosband (.1). |
| 01/14/04 | Clark, C. | 2.6 | Research developments over the last two months in the bankruptcy proceeding, the senate bill restricting asbestos liability, Grace's environmental liability, and Zonolite attic insulation; draft memorandum regarding same. |
| 01/15/04 | Cleary, J. | 3.2 | Preparation for and attend working meeting regarding valuation issues with Mses. Driscoll and Ewing and Messrs. Johnson, Bayston, et al. |

LIBC/1932825.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/15/04 | Remis, S. | 3.8 | Preparation for meeting at State Street (1.0); telephone conferences with Mr. Siegel regarding insurance coverage questions (.3); attend meeting at State Street (2.5). |
| 01/15/04 | Glosband, D. | 4.0 | Meeting at client with Mses. Ewing and Driscoll and Messrs. Johnson, Bayston, Trost, Cleary and Remis (3.0); conference with Ms. Doherty and Mr. Bilowz regarding expand, accelerate presentation on prior asbestos bankruptcies, regarding prepare for conference with Equity Committee counsel, provide sample materials (1.0). |
| 01/15/04 | Doherty, A. | 0.4 | Meeting with Mr. Glosband and Mr. Bilowz regarding equity committee research; follow up with Mr. Bilowz regarding equity issues in other asbestos cases. |
| 01/15/04 | Bilowz, P. | 1.7 | Review Wolin pleadings (.8); review Asbestos Claims Management Plan and Disclosure Statement (.7); meet with Mr. Glosband regarding updates (.2). |
| 01/15/04 | Clark, C. | 0.3 | Research Grace's most recent information regarding insurance receivables for asbestos litigation (.2); e-mail Mr. Remis regarding Grace's most recent information regarding insurance receivables for asbestos litigation (.1). |
| 01/16/04 | Cleary, J. | 0.8 | Review Ms. Clark's memorandum and related material regarding asbestos liability. |
| 01/16/04 | Doherty, A. | 0.5 | Prepare master list of asbestos litigation; review internet websites regarding same for information regarding equity committees. |
| 01/16/04 | Bilowz, P. | 1.2 | Review secondary sources regarding asbestos cases, treatment of asbestos claimants and equity holder. |
| 01/20/04 | Cleary, J. | 0.1 | Review revised participant notice; e-mails with Ms. Ewing regarding same. |
| 01/20/04 | Doherty, A. | 2.9 | Prepare summary of asbestos bankruptcy plans; meeting with Mr. Bilowz regarding same; research equity committee obligations and procedures. |

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 01/20/04 | Bilowz, P. | 1.2 | Review Celotex plan and disclosure statement and asbestos research. |
| 01/21/04 | Cleary, J. | 0.2 | Telephone messages to Ms. Ewing and Mr. Hadden regarding participant notice and transferability restriction issues, respectively. |
| 01/21/04 | Doherty, A. | 3.7 | Attention to asbestos bankruptcy plan summaries regarding equity recovery. |
| 01/21/04 | Bilowz, P. | 2.6 | Review asbestos cases: National Gypsum, Manville, Celotex. |
| 01/22/04 | Cleary, J. | 0.3 | Telephone conference with Mr. Hadden regarding liquidity of plan's stock holdings and related matters; telephone conference with Ms. Ewing. |
| 01/22/04 | Remis, S. | 0.3 | Review public statements and correspondence with Mesdames Kelly and Ewing regarding excess insurance receivables. |
| 01/22/04 | Hadden, J. | 0.3 | Telephone call with Mr. Cleary. |
| 01/22/04 | Doherty, A. | 8.6 | Review and analyze equity issues in asbestos bankruptcy cases; meeting with Mr. Glosband and Mr. Bilowz regarding same; follow-up meeting with Mr. Bilowz regarding analysis; draft and revise talking points for equity committee call. |
| 01/22/04 | Bilowz, P. | 2.8 | Review Plans and disclosure statements regarding asbestos cases; review fee procedures and models (.6); email to Mr. Lane and Ms. Baer (.1); memorandum to Mr. Bayston and Mr. Glosband regarding fee application (.3). |
| 01/23/04 | Doherty, A. | 7.8 | Prepare presentation of asbestos bankruptcy cases and equity recovery for January 29, 2004 meeting. |
| 01/24/04 | Bilowz, P. | 3.0 | Review plans and disclosure statements regarding asbestos cases. |
| 01/26/04 | Cleary, J. | 0.3 | Review e-mails; preliminary review of Duff & Phelps' draft presentation. |

-4-

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/26/04 | Remis, S. | 0.5 | Review draft powerpoint presentation. |
| 01/26/04 | Remis, S. | 0.1 | Comments on draft powerpoint presentation to Mr. Glosband. |
| 01/26/04 | Williams, U. | 0.5 | Review presentation regarding W.R. Grace and comments to Mr. Glosband regarding same. |
| 01/26/04 | Glosband, D. | 3.8 | Review Motion regarding foreign subsidiary restructuring, memorandum to Mr. Bayston regarding same (.7); review memorandum from Ms. Ewing with draft report to Fiduciary Committee, memorandum to Ms. Ewing with draft report to Fiduciary Committee, memorandum to Ms. Ewing with revisions; conference with Ms. Doherty and Mr. Bilowz, memorandum to Mr. Williams with revisions (1.1); conference with Ms. Doherty and Mr. Bilowz regarding updates to case calendar, review agenda for 1/26/04 hearing (.7); calls to Messrs. Siegel and Mayer (.2); begin review of Duff & Phelps report (1.1). |
| 01/26/04 | Doherty, A. | 8.9 | Draft and revise asbestos case summaries and draft powerpoint presentation for January 29, 2004 meeting. |
| 01/26/04 | Bilowz, P. | 1.4 | Review asbestos cases and update comparison chart (.8); meet with Mr. Glosband regarding deliverable to Fiduciary Committee (.2); meet with Ms. Doherty regarding chart (.1); review State Street presentation (.3). |
| 01/27/04 | Cleary, J. | 0.2 | Review various e-mails. |
| 01/27/04 | Hadden, J. | 2.3 | Review materials from Mr. Glosband; further research regarding affiliate status and aggregation of sales; calculation of volume limitations; research; revise memo to file. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/27/04 | Glosband, D. | 5.7 | Telephone call from Mr. Siegel regarding exclusivity extension, ZAI science trial continuance, general status (.3); memorandum to Ms. Ewing, et al regarding same (.3); memorandum from, memorandum to Ms. Ewing regarding earnings report (.7); review draft materials for fiduciary committee, conference with Ms. Doherty and Mr. Bilowz regarding revisions (1.5); complete review of D&P report, conference with Mr. Bilowz regarding correlate with our materials (2.9). |
| 01/27/04 | Doherty, A. | 3.2 | Meeting with Mr. Glosband and Mr. Bilowz regarding powerpoint presentation on January 29, 2004; revisions to presentation, including review of SEC filings for equity information. |
| 01/27/04 | Bilowz, P. | 2.6 | Review Grace docket (.1); meet with Mr. Glosband and Ms. Doherty regarding asbestos cases (.4); review Halliburton plan and disclosure statement (.5); review Duff & Phelps report (.5); meet with Ms. Doherty regarding revise chart (.3); respond to inquiry from Mr. Bayston regarding fees (.3); meet with Ms. Vitello regarding Goodwin fees (.3); review executed State Street engagement letter (.2). |
| 01/28/04 | Cleary, J. | 2.8 | Telephone conference and conference with Mr. Hadden regarding securities law restrictions and related issues; review draft presentation materials; review draft Duff & Phelps report; consider related issues; discussions with Messrs. Glosband and Bayston and Mses. Driscoll and Ewing. |
| 01/28/04 | Remis, S. | 0.8 | Review Grace Fourth Quarter Report and Duff & Phelps presentation. |
| 01/28/04 | Hadden, J. | 2.8 | Telephone call with Mr. Cleary; research securities law issues and affiliate status; revise file memorandum; review D&P presentation; meet with Mr. Dinwoodey; further attention to Section 16 reporting obligations; meet with Mr. Cleary to brief him on securities law issues; respond to Mr. Cleary's follow up questions. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/28/04 | Glosband, D. | 3.9 | Memorandum to, memorandum from Mr. Becker, attorney for equity committee (1.0); review further revise study on treatment of equity, conference with Ms. Doherty regarding same (1.2); calls with Mr. Cleary regarding Fiduciary Committee meeting (.6); further review Duff & Phelps report (1.1). |
| 01/28/04 | Doherty, A. | 6.3 | Final revisions to January 29, 2004 powerpoint presentation; meeting with Mr. Bilowz regarding same. |
| 01/28/04 | Bilowz, P. | 2.1 | Revise asbestos case chart (.5); review Owens Corning USG docket, pleadings, plan of reorganization (1.4); meet with Ms. Doherty regarding same (.2). |
| 01/28/04 | Dinwoodey, J. | 1.2 | Discuss open issues with respect to Rule 144 and Section 16 obligations with Mr. Hadden; attention to research regarding same. |
| 01/29/04 | Cleary, J. | 2.3 | Preparation for and attend Fiduciary Committee meeting; follow-up thereto. |
| 01/29/04 | Hadden, J. | 0.5 | Telephone call with Mr. Cleary; review materials from Mr. Glosband. |
| 01/29/04 | Glosband, D. | 3.0 | Complete organizing materials for Fiduciary Committee meeting (.5); conference with Mr. Cleary to prepare (.5); meeting at State Street with Fiduciary Committee, Duff & Phelps (1.5); review notes for follow-up checklist; conference with Ms. Doherty regarding compile information regarding Equity Committee activities (.5). |
| 01/29/04 | Doherty, A. | 0.9 | Review docket for equity committee involvement in the W.R. Grace bankruptcy case. |
| 01/29/04 | Clark, C. | 0.4 | Review presentation regarding asbestos and bankruptcy prepared by corporate department (.2); review Grace's press release regarding 10-Q for fourth quarter of 2003 (.2). |
| 01/30/04 | Glosband, D. | 0.2 | Memorandum from, memorandum to Mr. Mayer, counsel to Equity Committee regarding follow up call of chairman. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/30/04 | Doherty, A. | 0.2 | Review W.R. Grace docket for equity committee involvement. |