# EXHIBIT C

Disbursements
January 1 – January 31, 2004

|  |  |
|---|---:|
| Photocopy | $340.65 |
| Outside Professional Services | 525.00 |
| Legal Research | 948.28 |
| Fax | 21.00 |
| Postage | 3.00 |
| Toll Calls | .42 |
| Express Delivery | 11.13 |
|  | $1,849.48 |