# EXHIBIT B

**W.R. Grace & Co.**

February 1 – February 29, 2004

|  | Hours | Rate | Total |
|---|---|---|---|
| Cleary, J. | 8.8 | $575.00 | $5,060.00 |
| Condon, D. | 0.2 | 500.00 | 100.00 |
| Glosband, D. | 10.4 | 550.00 | 5,720.00 |
| Hadden, J. | 5.9 | 510.00 | 3,009.00 |
| Remis, S. | 1.3 | 525.00 | 682.50 |
| Bilowz, P. | 0.5 | 245.00 | 122.50 |
| Dinwoodey, J. | 8.9 | 330.00 | 2,937.00 |
| Doherty, A. | 7.2 | 365.00 | 2,628.00 |
| Webster, S. | 0.1 | 385.00 | 38.50 |
| Dulla, C. | 2.0 | 130.00 | 260.00 |
| Legal Research Specialist | 0.5 | 210.00 | 105.00 |
| **Total** | **45.8** | | **$20,662.50** |

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/02/04 | Cleary, J. | 0.3 | Conference with Mr. Condon regarding prudence issue; telephone conference with Mr. Bayston regarding draft valuation report adjustments; telephone message to Ms. Ewing regarding related matters. |
| 02/02/04 | Condon, D. | 0.2 | Conference with Mr. Cleary regarding prudence issue. |
| 02/02/04 | Doherty, A. | 2.3 | Draft and revise memorandum regarding equity committee involvement in W.R. Grace bankruptcy. |
| 02/03/04 | Remis, S. | 0.3 | Review material from Mr. Bayston. |
| 02/03/04 | Remis, S. | 0.4 | Attention to Judge Wolin decision on recusal and status of proceedings. |
| 02/03/04 | Doherty, A. | 0.6 | Final revisions to equity committee memorandum; circulate same. |
| 02/04/04 | Cleary, J. | 0.2 | Review e-mails and memoranda; telephone messages and telephone conference with Ms. Ewing. |
| 02/04/04 | Remis, S. | 0.2 | Review report on current status of federal asbestos legislation. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/04/04 | Glosband, D. | 1.5 | Complete review of Wolin opinion on recusal. |
| 02/05/04 | Cleary, J. | 0.5 | Conference with Mr. Glosband and telephone conference with Mses. Driscoll and Ewing and Mr. Bayston regarding adjusted valuation report and related issues. |
| 02/05/04 | Glosband, D. | 2.0 | Draft memorandum to client describing opinion of Judge Wolin on recusal; conference with Mr. Cleary. |
| 02/06/04 | Remis, S. | 0.2 | Review Judge Wolin recusal decision analysis. |
| 02/09/04 | Cleary, J. | 0.2 | Telephone messages and telephone conference with Ms. Ewing regarding Fiduciary Committee meeting; review various e-mails. |
| 02/09/04 | Bilowz, P. | 0.1 | Review Grace docket. |
| 02/13/04 | Cleary, J. | 1.2 | Draft votes and related rationale; telephone messages to Messrs. Hadden and Glosband and Ms. Ewing regarding same. |
| 02/13/04 | Hadden, J. | 0.3 | Attention to proposed committee votes. |
| 02/17/04 | Cleary, J. | 0.6 | Review and revision of draft write-up of sell vote and related materials; discuss same with Ms. Ewing and Messrs. Hadden and Glosband; review e-mails from Ms. Ewing and Mr. Bayston. |
| 02/17/04 | Hadden, J. | 0.2 | Review resolution. |
| 02/17/04 | Glosband, D. | 0.5 | Review memorandum from Mr. Bayston with revised stock price model. |
| 02/18/04 | Cleary, J. | 2.0 | Review draft presentation to Fiduciary Committee; review related e-mails; revision of draft insert to and votes for same; discuss related issues with Mr. Hadden. |
| 02/18/04 | Hadden, J. | 0.8 | Respond to question regarding 144 volume limitations; research; review; revise rationale; votes. |
| 02/18/04 | Glosband, D. | 0.5 | Review revised votes, rationale. |

- 2 -

LIBC/1932830.1

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/19/04 | Cleary, J. | 0.6 | Draft notice to participants and related e-mail; follow-up telephone conference with Ms. Driscoll. |
| 02/19/04 | Remis, S. | 0.2 | Review draft notice concerning institution of selling program. |
| 02/20/04 | Cleary, J. | 1.0 | Telephone messages and telephone conference with Ms. Smith and Mr. Hadden regarding 144 issues; follow-up with Ms. Driscoll and Mr. Hadden; telephone messages and telephone conference with Ms. Driscoll regarding participant notice; revision of same; e-mail to Mses. Driscoll and Ewing. |
| 02/20/04 | Hadden, J. | 0.4 | Discussions with Mr. Cleary regarding 144 issues. |
| 02/20/04 | Glosband, D. | 1.2 | Review draft notice to participants, memorandum to Mr. Cleary with comments; memorandum from, conference with Mr. Bilowz regarding appeal dates, docket update. |
| 02/20/04 | Doherty, A. | 0.1 | Telephone conference with Mr. Bilowz regarding case monitoring issues; review email regarding same. |
| 02/20/04 | Bilowz, P. | 0.4 | Review docket; meeting with Mr. Glosband regarding Wolin disqualification status. |
| 02/23/04 | Cleary, J. | 1.0 | Preparation for and participation by telephone in Fiduciary Committee meeting; follow-up regarding notice to participants. |
| 02/23/04 | Hadden, J. | 0.3 | Attention to Form 144. |
| 02/23/04 | Glosband, D. | 2.5 | Conference call participation in Fiduciary Committee meeting, decision to begin selling; follow-up calls regarding notice to participants, Rule 144 filing with Ms. Driscoll and Mr. Cleary. |
| 02/23/04 | Dinwoodey, J. | 0.8 | Meet with Mr. Hadden to discuss completion of Form 144 with respect to planned sales of W.R. Grace stock; attention to research regarding same. |

LIBC/1932830.1

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/24/04 | Cleary, J. | 0.1 | Telephone messages with Mr. Hadden regarding Form 144 filing. |
| 02/24/04 | Hadden, J. | 1.2 | Form 144; multiple calls and emails; signing authority issues; calls with Fidelity; volume calculation; direction letter. |
| 02/24/04 | Glosband, D. | 0.6 | Calls with Mses. Driscoll and Ewing and Mr. Hadden regarding follow-up Rule144 filing. |
| 02/24/04 | Webster, S. | 0.1 | Conference with Mr. Dinwoodey regarding form of direction letter; attend to same. |
| 02/24/04 | Dinwoodey, J. | 4.6 | Review and prepare Form 144 filing and trustee direction letter; discuss same with Mr. Hadden and client; review related documents; attention to revisions to same. |
| 02/25/04 | Cleary, J. | 0.6 | Telephone conferences with Mr. Hadden regarding Form 144 issues and related matters. |
| 02/25/04 | Hadden, J. | 1.1 | Authority issues; volume calculation; multiple calls and emails; Form 144; draft Q&A. |
| 02/25/04 | Glosband, D. | 1.6 | Calls with Mses. Driscoll and Ewing and Messrs. Cleary and Hadden regarding complete letter to participants, regarding Q&A, Form 144; review Q&A draft. |
| 02/25/04 | Dinwoodey, J. | 1.8 | Review trust agreement and engagement agreement; attention to Form 144 revisions; discuss same with Mr. Hadden and client. |
| 02/26/04 | Cleary, J. | 0.5 | Review and revision of draft question and answer regarding commencement of selling program; telephone conference with Mr. Hadden regarding same. |
| 02/26/04 | Hadden, J. | 1.6 | Telephone call with Mr. Cleary regarding Q&A; filing; multiple calls and emails; prepare Form 144 and filing letter; Section 16 Analysis. |
| 02/26/04 | Doherty, A. | 1.8 | Telephone conference with Ms. Clark regarding status of litigation and legislation; review docket; create workplan for monitoring bankruptcy and litigation issues. |

LIBC/1932830.1

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/26/04 | Dinwoodey, J. | 1.7 | Attention to client telephone calls regarding volume limitation calculations with respect to Rule 144 sales; and discuss same with Mr. Hadden; review and revise Form 144. |
| 02/26/04 | Legal Research Specialist | 0.5 | Research corporate stock price history for named company per request received from Mr. Dinwoodey. |
| 02/27/04 | Doherty, A. | 2.4 | Review docket regarding 3rd Circuit appeal of Judge Wolin recusal; draft and revise e-mail memorandum regarding case update and status; attention to ZAI litigation update. |
| 02/27/04 | Dulla, C. | 2.0 | SEC filing for Mr. Hadden; scan filed documents and e-mail to Mr. Hadden. |

LIBC/1932830.1