# EXHIBIT C

Disbursements
February 1 – February 29, 2004

| | |
|---|---:|
| Photocopy | $734.50 |
| Outside Professional Services | 245.50 |
| Legal Research | 86.35 |
| Toll Calls | .35 |
| Binding Services | 15.00 |
| | $1,081.70 |