# EXHIBIT B

# GOODWIN | PROCTER

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.227.8591
goodwinprocter.com

Fed. ID #:         04-1378465
Invoice Number:   458766
Client Number:    085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

April 30, 2004

**FOR PROFESSIONAL SERVICES RENDERED** for the period from
March 1, 2004 through March 31, 2004 in connection with W.R. Grace & Co.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/18/04 | Condon, D. | 1.2 | Review SSgA Grace vote; memorandum to Mr. Cleary regarding comments on same. |
| 03/01/04 | Bilowz, P. | 2.4 | Revise Duff & Phelps fee application and exhibits (1.6); review and revise Goodwin drafts (.8). |
| 03/03/04 | Cleary, J. | 0.2 | Telephone conference with Ms. Driscoll regarding commencement of selling program and related matters. |
| 03/03/04 | Bilowz, P. | 0.5 | Revise D&P fee application (.4); email to Mr. Carickhoff (.1). |
| 03/04/04 | Doherty, A. | 0.2 | Review W.R. Grace docket for updates. |
| 03/04/04 | Bilowz, P. | 1.2 | Meet with Mr. Glosband regarding State Street fee applications (.2); draft Goodwin fee application (1.0). |
| 03/08/04 | Remis, S. | 0.3 | Review status of asbestos litigation and legislation. |
| 03/08/04 | Hadden, J. | 0.5 | Emails and calls with Ms. Ewing; Rule 144 volume calculation; annual Form 144. |
| 03/08/04 | Dinwoodey, J. | 1.4 | Prepare amendment to Form 144; discuss same with Mr. Hadden. |
| 03/09/04 | Hadden, J. | 0.4 | Further work on an amendment to Rule 144; review drafts; emails. |
| 03/09/04 | Clark, C. | 0.1 | Draft e-mail to Mr. Remis regarding parameters of monitoring asbestos legislation. |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/09/04 | Dinwoodey, J. | 1.6 | Prepare and revise addendum to Form 144; circulate same to client; discuss Rule 144 volume limitations with Mr. Hadden. |
| 03/10/04 | Hadden, J. | 1.1 | Attention to Section 16 and Section 13 analysis; research same; multiple emails regarding Form 144/A. |
| 03/11/04 | Hadden, J. | 0.8 | Correspondence with Ms. Marzeotti; further research regarding Section 13 filing obligations. |
| 03/11/04 | Dulla, C. | 1.1 | File Amended Form 144 with the SEC; scan and send to Mr. Dinwoodey. |
| 03/15/04 | Doherty, A. | 1.1 | Review docket; review pleadings regarding exclusivity and agenda for March 22 hearing. |
| 03/16/04 | Doherty, A. | 0.6 | Memorandum to Mr. Glosband regarding objection to exclusivity and 3/22/04 hearing agenda. |
| 03/18/04 | Doherty, A. | 1.3 | Draft and revise correspondence to Ms. Ewing regarding exclusivity issues. |
| 03/19/04 | Cleary, J. | 0.1 | Review e-mail from Mr. Bayston regarding valuation update. |
| 03/21/04 | Cleary, J. | 0.5 | Review bankruptcy court and related materials regarding extension of exclusivity period. |
| 03/22/04 | Cleary, J. | 0.3 | Telephone conference with Mr. Glosband regarding bankruptcy developments; telephone conference with Mr. Hadden regarding securities law issue. |
| 03/22/04 | Hadden, J. | 0.4 | Follow-up on Section 13 research. |
| 03/22/04 | Glosband, D. | 1.0 | Memorandum from Ms. Doherty regarding exclusivity extension; telephone call from Mr. Cleary regarding same; review claim report. |
| 03/22/04 | Clark, C. | 2.0 | Review articles regarding status of asbestos legislation. |
| 03/23/04 | Cleary, J. | 0.1 | Review Duff & Phelp's valuation update. |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/23/04 | Remis, S. | 0.5 | Review updated status report. |
| 03/23/04 | Doherty, A. | 1.8 | Review docket and recent pleadings; draft memorandum to client regarding case update; telephone call with Debtors' counsel regarding exclusivity issues. |
| 03/23/04 | Clark, C. | 1.4 | Review recent bankruptcy pleadings; draft memorandum to team regarding updates on asbestos legislation; review pleadings; update CVS status memorandum. |
| 03/23/04 | Dinwoodey, J. | 0.3 | Discuss Form 144 issues with Mr. Hadden; attention to client correspondence regarding same. |
| 03/24/04 | Doherty, A. | 0.2 | Memorandum to Ms. Vitello regarding updates to Grace calendar; review legislation updates memorandum from Ms. Clark; review docket. |
| 03/25/04 | Cleary, J. | 0.2 | Review memorandum regarding bankruptcy status and proceedings. |
| 03/25/04 | Doherty, A. | 0.1 | Review docket. |
| 03/26/04 | Glosband, D. | 1.0 | Review D&P reports, conference with Ms. Doherty regarding extending D&P engagement. |
| 03/26/04 | Doherty, A. | 0.9 | Meeting with Mr. Glosband regarding Duff & Phelps employment; review employment pleadings regarding same. |
| 03/29/04 | Cleary, J. | 0.1 | E-mails regarding pending legislation. |
| 03/29/04 | Doherty, A. | 0.3 | Email memorandum to Mr. Bilowz regarding Duff & Phelps engagement; follow-up regarding same; review legislation update. |
| 03/29/04 | Clark, C. | 0.2 | Review news articles regarding progress of asbestos legislation; send e-mail to team regarding same. |
| 03/30/04 | Cleary, J. | 0.5 | Telephone messages with Mses. Ewing and Driscoll and Messrs. Glosband and Remis regarding update on status of legislation; attention to bankruptcy court approval issue. |
| 03/30/04 | Clark, C. | 0.1 | Review status of asbestos legislation. |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/31/04 | Cleary, J. | 1.5 | Discussions with Mses. Driscoll and Ewing and Messrs. Remis and Glosband regarding valuation update, recent developments and related matters; review and revision of draft memorandum to Fiduciary Committee regarding same. |
| 03/31/04 | Remis, S. | 2.3 | Telephone conferences with Mr. Cleary; review material; conference call with Ms. Driscoll regarding FAIR legislation and status; memorandum to Ms. Ewing; telephone conference with Mr. Bayston. |
| 03/31/04 | Hadden, J. | 0.2 | Telephone call with Ms. Ewing; meet with Mr. Cleary. |
| 03/31/04 | Clark, C. | 0.2 | Review news regarding asbestos legislation; speak with Mr. Remis regarding same. |

| Total Hours | 32.2 | Total Fees | $12,843.00 |
|-------------|------|------------|------------|

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| Cleary, J. | 3.5 | $575.00 | $2,012.50 |
| Condon, D. | 1.2 | 500.00 | 600.00 |
| Glosband, D. | 2.0 | 550.00 | 1,100.00 |
| Hadden, J. | 3.4 | 510.00 | 1,734.00 |
| Remis, S. | 3.1 | 525.00 | 1,627.50 |
| Bilowz, P. | 4.1 | 245.00 | 1,004.50 |
| Clark, C. | 4.0 | 290.00 | 1,160.00 |
| Dinwoodey, J. | 3.3 | 330.00 | 1,089.00 |
| Doherty, A. | 6.5 | 365.00 | 2,372.50 |
| Dulla, C. | 1.1 | 130.00 | 143.00 |
| **Total** | **32.2** | | **$12,843.00** |