# EXHIBIT C

Disbursements

March 1 – March 31, 2004

|  |  |
|---|---:|
| Photocopy | 73.35 |
| Fax | 14.00 |
| Postage | 1.06 |
| Express Delivery | 9.02 |
| Travel | 25.00 |
| Outsides Professional Services | 212.50 |
| Legal Research | 97.50 |
|  | $ 432.43 |