# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: June 1, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD, FROM FEBRUARY 1 THROUGH FEBRUARY 29, 2004, FOR THE QUARTER OF JANUARY 2004 – MARCH 2004

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **February 1, 2004 through February 29, 2004** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$9,591.50** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT

B

Amount of expense reimbursement sought as
actual, reasonable, and necessary:          **$32.50 for the period**

This is a __x__ monthly _ interim  ___  final application.

The total time expended for the preparation of this application is approximately
**(2.3)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately **$ (287.00)** .

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |

| | | | | | |
|---|---|---|---|---|---|
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,668.00 | $277.40 | Pending (hearing scheduled 6/24/04) | Pending (hearing scheduled 6/24/04) |
| Mailed for filing 5/3/04 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

3

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 19 years | Environmental | $250.00 | 6.8 | $1700.00 |
| Bernard F. Hawkins, Jr. | Partner | 13 years | Environmental | $280.00 | 1.0 | $280.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $250.00 | 13.7 | $3425.00 |
| Betsy J. Burn | Associate | 3 Years | Bankruptcy | $190.00 | 3.1 | $589.00 |

Grand Total for Fees: $5994.00
Blended Rate:               $202.50

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 2 years | Environmental | $115.00 | 29.7 | $3415.50 |
|---|---|---|---|---|---|---|
| Karla Lucas | Project Assistant | 4 months | Environmental | $65.00 | 2.8 | $182.00 |

Grand Total for Fees:   $3597.50
Blended Rate:              $110.69

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06003 | Beaco Road | 3.6 | $863.00 |
| 02399/06031 | Li Tungsten | 9.7 | $2,356.00 |
| 02399/06032 | Charleston | 1.80 | $424.50 |
| 02399/06091 | Fee Applications | 42.0 | $5948.00 |
| TOTAL | | 57.1 | $9591.50 |

### Expense Summary

| Description | Amount |
|---|---|
| Telephone | $.80 |
| Photocopies | $31.70 |
| Total | $32.50 |

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                         )    Chapter 11
                                               )
W. R. GRACE & CO., et al.,[1]                  )    Case No. 01-01139(JKF)
                                               )    (Jointly Administered)
                                               )
Debtors.                                       )

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and

says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley &

Scarborough, L.L.P and I am a member in good standing of the bar of the State of South

Carolina.

2.      I have personally performed certain of, and overseen the legal services

rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_Bernard J. Hawkins Jr._

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this 3_0_ day of _April_ , 2004

_____(L.S.)

Notary Public for South Carolina

My Commission Expires: _9/3/09_

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  June 1, 2004 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY
## & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR
## THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                               March 16, 2004
ATTN: Lydia Duff, Esq.                                   Invoice 613075 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06003 | For Services Through 02/27/04 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | | | | |
|---|---|---|---|---|
| 01/05/04 | Review memo from Ms. Duff regarding monitoring of site activities and follow-up regarding same. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 01/06/04 | Review documents regarding site negotiations and prepare memo to Ms. Duff regarding monitoring of site activities. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 02/02/04 | Organize and chronologize incoming documents for attorney review. | | | |
| | K. LUCAS | 0.20 hrs. | 65.00/hr | $13.00 |
| 02/03/04 | Review memos regarding special meeting notice. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 02/04/04 | Review memos regarding soils issues at site (0.4); prepare memo to Ms. Duff regarding same (0.1). | | | |
| | J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |
| 02/09/04 | Review memo from Ms. Duff regarding coverage of PRP group conference calls. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 02/19/04 | Review information for Steering Committee conference call and prepare information for Attorney Carlisle regarding same (0.2); telephone conference with her regarding coverage of meeting (0.1); follow-up conference with Attorney Carlisle regarding results and review memo from her on same (0.3). | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 02/19/04 | Confer with Attorney Melchers regarding information on Steering Committee conference call (0.2); participate in conference call (0.8); confer with Attorney Melchers regarding results of discussions (0.1); prepare memorandum to Attorney Melchers regarding same (0.3). | | | |
| | R.T. CARLISLE | 1.40 hrs. | 250.00/hr | $350.00 |
| 02/27/04 | Review memo and minutes of Steering Committee Meeting from Mr. English and prepare memo to Attorney Carlisle regarding meeting on soil disposition. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |

**Fees for Legal Services** ....................................................................................................... **$863.00**

W.R. Grace & Co.

March 16, 2004
Invoice 613075  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 2.00 | 250.00 | 500.00 |
| R.T. CARLISLE | 1.40 | 250.00 | 350.00 |
| K. LUCAS | 0.20 | 65.00 | 13.00 |
| TOTAL | 3.60 | $239.72 | $863.00 |

Net current billing for this invoice .................................................................................... $863.00

GRAND TOTAL.................................................................................................................... $863.00

W.R. Grace & Co.

March 16, 2004
Invoice 613075  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/27/04

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $863.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** .................................................................. **$863.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          March 16, 2004
ATTN: Lydia Duff, Esq.                              Invoice 613076 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044


Our Matter #          02399/06031                 For Services Through 02/27/04
WR Grace #            001-KL-721490-01-501560
Name of Matter:       Li Tungsten


| 02/02/04 | Review memo from Ms. Duff regarding action items and follow-up regarding same. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 02/02/04 | Review and chronologize incoming documents for attorney review. | | | |
| | K. LUCAS | 0.20 hrs. | 65.00/hr | $13.00 |
| 02/03/04 | Revise outline/action items summary based on meeting with Ms. Duff (0.6); review pertinent documents and prepare response to Ms. Duff regarding her questions on actions going forward (0.7). | | | |
| | J.M. MELCHERS | 1.30 hrs. | 250.00/hr | $325.00 |
| 02/03/04 | Edit outline of projected work and confer with Attorney Melchers regarding same. | | | |
| | R.T. CARLISLE | 0.80 hrs. | 250.00/hr | $200.00 |
| 02/06/04 | Prepare for and telephone conference with EPA contact and prepare notes on same. | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 02/09/04 | Review notes and prepare memo to Ms. Duff regarding telephone conference with EPA and review response. | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 02/17/04 | Review documents and confer with Attorney Carlisle regarding acquisition of historical records (0.5); phone message to co-defendant (0.1). | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 02/18/04 | Confer with Attorney Carlisle regarding review and analysis of documents from EPA (0.3); analysis of contract issues and documents (0.4). | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 02/18/04 | Attempt to obtain information relevant to claims issues (0.1); confer with Paralegal Jennings regarding documents relevant to claims issues (0.2); confer with Attorney Melchers regarding document analysis pertinent to claims issues (0.3); review documents and summaries of same (1.5). | | | |
| | R.T. CARLISLE | 2.10 hrs. | 250.00/hr | $525.00 |

W.R. Grace & Co.

March 16, 2004
Invoice 613076  Page 2

02/19/04   Review documents and summaries relating to claims issues.
           R.T. CARLISLE                          2.00 hrs.   250.00/hr        $500.00

02/20/04   Pursue site documentation from PRP counsel.
           J.M. MELCHERS                          0.20 hrs.   250.00/hr         $50.00

02/23/04   Organize and chronologize incoming documents for attorney review.
           K. LUCAS                               0.10 hrs.   65.00/hr           $6.50

02/26/04   Confer with Attorney Carlisle regarding request to Mr. Doyle for legible copies of documents.
           L.J. JENNINGS                          0.10 hrs.   115.00/hr         $11.50


**Fees for Legal Services** .....................................................................................................   **$2,356.00**


### BILLING SUMMARY

|                   | Hours | Rate/Hr  | Dollars    |
|-------------------|-------|----------|------------|
| J.M. MELCHERS     | 4.40  | 250.00   | 1,100.00   |
| R.T. CARLISLE     | 4.90  | 250.00   | 1,225.00   |
| L.J. JENNINGS     | 0.10  | 115.00   | 11.50      |
| K. LUCAS          | 0.30  | 65.00    | 19.50      |
| TOTAL             | 9.70  | $242.89  | $2,356.00  |


### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 02/03/2004 | Photocopies 2 Page(s)      | 0.10  |
|------------|----------------------------|-------|
| 02/03/2004 | Telephone 1-202-789-6000   | 0.10  |
| 02/06/2004 | Photocopies 15 Page(s)     | 0.75  |
| 02/06/2004 | Telephone 1-212-637-3165   | 0.35  |
| 02/17/2004 | Telephone 1-202-789-6000   | 0.10  |
| 02/18/2004 | Telephone 1-202-789-6000   | 0.10  |
| 02/26/2004 | Photocopies 499 Page(s)    | 24.95 |

**Total Charges for Other Services Provided/Expenses Incurred** ....................................   **$26.45**

### DISBURSEMENT SUMMARY

| Description  | Dollars |
|--------------|---------|
| Photocopies  | 25.80   |
| Telephone    | 0.65    |
| TOTAL        | $26.45  |


**Net current billing for this invoice** ................................................................................   **$2,382.45**

**GRAND TOTAL**...............................................................................................................   **$2,382.45**

W.R. Grace & Co.

March 16, 2004
Invoice 613076  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/27/04

Our Matter # 02399/06031
Li Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $2,356.00 | |
| Charges for Other Services Provided/Expenses Incurred | $26.45 | |
| **Net current billing for this invoice** ................................................................ | | **$2,382.45** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          March 9, 2004
ATTN: Lydia Duff, Esq.                              Invoice 611549  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06032                  For Services Through 02/27/04
WR Grace #            063-KL-721490-01-0501221
Name of Matter:       Charleston

| | | | |
|---|---|---|---|
| 02/11/04 | Review request for information on wetlands issues raised for remediation (0.3); review information provided from Attorney Smith and craft response to client (0.4). | | |
| | B.F. HAWKINS, JR. | 0.70 hrs.   280.00/hr | $196.00 |
| 02/18/04 | Review and respond to request concerning access agreement. | | |
| | B.F. HAWKINS, JR. | 0.30 hrs.   280.00/hr | $84.00 |
| 02/18/04 | Review and mark up current draft of access letter. | | |
| | R.T. CARLISLE | 0.40 hrs.   250.00/hr | $100.00 |
| 02/19/04 | Comment on draft access letter relating to wetlands delineation. | | |
| | R.T. CARLISLE | 0.10 hrs.   250.00/hr | $25.00 |
| 02/23/04 | Organize and chronologize incoming documents for attorney review. | | |
| | K. LUCAS | 0.30 hrs.   65.00/hr | $19.50 |

**Fees for Legal Services** ............................................................................................... **$424.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.00 | 280.00 | 280.00 |
| R.T. CARLISLE | 0.50 | 250.00 | 125.00 |
| K. LUCAS | 0.30 | 65.00 | 19.50 |
| TOTAL | 1.80 | $235.83 | $424.50 |

**Net current billing for this invoice** .................................................................. **$424.50**

**GRAND TOTAL** ............................................................................................... **$424.50**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I IOO9
COLUMBIA, SOUTH CAROLINA 2921 I-IO7O
TELEPHONE (8O3) 799-2OOO

For Services Through 02/27/04

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | $424.50 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| **Net current billing for this invoice** ................................................................. | | **$424.50** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                        March 16, 2004
ATTN: Lydia Duff, Esq.                                          Invoice 613077 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #              02399/06091                For Services Through 02/27/04
Name of Matter:           Fee Applications

| | | | | |
|---|---|---|---|---|
| 02/02/04 | Communications with Mr. Bossay regarding 10th Quarterly Fee Application (0.1); review and edit draft 10th Quarterly Fee Application and discuss needed changes with Paralegal Jennings (0.6). | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 02/02/04 | Review edits to draft 10th Quarterly Fee Application. | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 02/02/04 | Review and edit August and September Monthly Fee Applications and review 10th Quarterly Fee Application. | | | |
| | B.J. BURN | 0.60 hrs. | 190.00/hr | $114.00 |
| 02/02/04 | Revise August 2003 Fee Application (0.4); revise September 2003 Fee Application (0.4); revise October 2003 Fee Application (0.4); draft 10th Quarterly Application (3.5); discuss same with Attorney Melchers (0.7); revise 10th Quarterly Application (2.5); update WR Grace Bankruptcy Filings chart (0.7); update Grace docket per on-line research for same (0.3). | | | |
| | L.J. JENNINGS | 8.90 hrs. | 115.00/hr | $1,023.50 |
| 02/03/04 | Review and edit draft August, September and 10th Quarterly Fee Applications and review revised applications. | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 02/03/04 | Several conferences with Paralegal Jennings regarding September 2003 Fee Application, Filing chart percentage designations and August Fee Application and prepare memo to her regarding same. | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 02/03/04 | Finalize editing and review of 10th Quarterly Fee Application for August and September Fee Applications. | | | |
| | B.J. BURN | 0.50 hrs. | 190.00/hr | $95.00 |

W.R. Grace & Co.

March 16, 2004
Invoice 613077 Page 2

| | | | | |
|---|---|---|---|---|
| 02/03/04 | Revise September 2003 Fee Application, per Attorney Hawkins' request, then confer with Attorney Melchers regarding same (0.7); confer with Attorneys Hawkins and Melchers regarding questions about August 2003 Fee Application (0.5); file review for correspondence to client regarding total for August 2003 Fee Application (0.3); instruct Project Assistant Lucas to complete W.R. Grace Bankruptcy Filings Chart with "80%" and "100%" dollar figures for all monthly and quarterly reports (0.5); prepare September 2003 Fee Application materials for Attorneys Burn and Melchers for review and filing (0.5); collate August 2003 Fee Application materials and send same to Attorneys Burn and Melchers for review and filing (0.5); prepare 10th Quarterly Interim Fee Application materials for Attorneys Burn and Melchers for review and filing (0.6); coordinate discussions with Attorneys Hawkins and Melchers regarding amount requested for August 2003 Fee Application invoice (0.3); discuss all filings with Attorney Hawkins for his signature (0.4). | | | |
| | L.J. JENNINGS | 4.30 hrs. | 115.00/hr | $494.50 |
| 02/03/04 | Organize and chronologize incoming documents for attorney review. | | | |
| | K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |
| 02/03/04 | Update Bankruptcy Filing Chart with fee and expense information per instructions of Paralegal Jennings. | | | |
| | K. LUCAS | 1.70 hrs. | 65.00/hr | $110.50 |
| 02/04/04 | Prepare memo to Mr. Bossay (0.1); review final August, September and 10th Quarterly Fee Applications (0.2). | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 02/04/04 | Confer with Paralegal Jennings regarding Project Category Summary Chart and travel billing issues. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 02/04/04 | Final review of August, September and 10th Quarterly Fee Applications (0.1); forward same to co-counsel and follow-up on filing information (0.2); review and reply to email from co-counsel on contact information (0.1). | | | |
| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
| 02/04/04 | Coordinate with Attorneys Burn and Melchers to ensure September and August 2003 Fee Applications were emailed for filing (0.3); coordinate with Attorneys Burn and Melchers so that Mr. Bossay receives all necessary materials requested (0.4); on-line research to update Grace documents database with most recently filed fee applications, as well as to update docket tracking chart related to same (1.4); update Project Category Summary Chart to reflect 10th Quarterly information, then provide same to and discuss with Attorneys Melchers and Burn (0.5); file research to address travel billing issues, discuss same with Attorneys Melchers and Burn, then begin review draft October 2003 Fee Application to ensure travel issue is dealt with properly (0.6). | | | |
| | L.J. JENNINGS | 3.20 hrs. | 115.00/hr | $368.00 |
| 02/17/04 | Review and edit for privilege January Fee Application attachments. | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 02/19/04 | Prepare memo to Paralegal Jennings regarding status of October-December and 11th Quarterly Fee Applications and review response. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 02/19/04 | Follow-up with local counsel on filing of fee applications. | | | |
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 02/19/04 | Correspond with Attorney Melchers regarding status of October, November and December Fee Applications, as well as the 11th Quarterly Application. | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |

W.R. Grace & Co.

March 16, 2004
Invoice 613077 Page 3

| | | | | |
|---|---|---|---|---|
| 02/22/04 | Review on-line docket for current filings in order to update Status Chart (0.8); complete first draft of October 2003 Fee Application for Attorney Burn's review (0.4); begin November 2003 Fee Application (0.6). | | | |
| | L.J. JENNINGS | 1.80 hrs. | 115.00/hr | $207.00 |
| 02/22/04 | Draft December 2003 Fee Application. | | | |
| | L.J. JENNINGS | 1.30 hrs. | 115.00/hr | $149.50 |
| 02/23/04 | Prepare memo to Paralegal Jennings regarding October - December Fee Applications. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 02/24/04 | Review and edit October, November, December and 11th Quarterly Fee Applications. | | | |
| | J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 02/24/04 | Follow-up on status of fee applications not filed with local counsel. | | | |
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 02/24/04 | Prepare October 2003 Fee Application Package for Attorney Melchers' review (0.3); prepare November 2003 Fee Application Package for Attorney Melchers' review (0.3); prepare December 2003 Fee Application Package for Attorney Melchers' review (0.3); prepare 11th Quarterly Fee Application for Attorney Melchers' review (0.1); on-line research to check filing status of July, August, September 2003 Fee Applications, as well as 10th Quarterly Fee Applications, follow-up with Attorneys Melchers and Burn regarding same and potential contact with local counsel regarding status of same (0.4). | | | |
| | L.J. JENNINGS | 1.40 hrs. | 115.00/hr | $161.00 |
| 02/25/04 | Review memo from Mr. Bossay and telephone conference with him regarding same (0.2); memo and telephone call to Attorney Burn regarding follow-up on filing status of 10th Quarterly Fee Application (0.2); review memos from Attorney Burn regarding request and follow-up on filing of same (0.1); review memo from Mr. Bossay regarding verification of figures for filing of Schedule and Exhibit and instruction to Paralegal Jennings regarding verification of same (0.1). | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 02/25/04 | Several telephone conferences with Paralegal Jennings regarding edits, changes and additions needed on October, November and December and 11th Quarterly Fee Applications. | | | |
| | J.M. MELCHERS | 0.80 hrs. | 250.00/hr | $200.00 |
| 02/25/04 | Follow-up on status of applications forwarded and not filed (0.2); review emails from auditor regarding verification of spreadsheet figures (0.1). | | | |
| | B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 02/25/04 | Telephone conversation with Attorney Melchers regarding edits to October and November 2003 Fee Applications (0.4); telephone conversation with Attorney Melchers regarding edits to December 2003 Fee Application and 11th Quarterly Fee Application (0.4); follow-up with Administrative Assistant Johnson regarding edits to October and December Fee Applications (0.3). | | | |
| | L.J. JENNINGS | 1.10 hrs. | 115.00/hr | $126.50 |
| 02/26/04 | Review memos from Paralegal Jennings regarding lack of filing of monthly Fee Applications for September and October (0.1); review memo from Paralegal Jennings regarding review of Schedule and Exhibit calculations and memo to Mr. Bossay (0.1). | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |

W.R. Grace & Co.

March 16, 2004
Invoice 613077 Page 4

| 02/26/04 | Compare numbers for Mr. Bossay's 10th Interim Project Category Spreadsheet and Exhibit against internal figures to ensure the numbers match, correspond with Attorneys Melchers and Burn as well as Mr. Bossay regarding same (0.3); revise October 2003 Fee Application, per Attorney Melchers' request for write-off and updated filings on PACER (0.5); revise November 2003 Fee Application, per Attorney Melchers' request and updated filings on PACER (0.5); revise December 2003 Fee Application, per client's request for write-off, Attorney Melcher's revisions and updated filings on PACER (0.7); revise 11th Quarter "Quarterly" and prepare 11th Quarterly Summary Fee Application and discuss same with Attorneys Melchers and Burn (4.5). |||
|---|---|---|---|
| | L.J. JENNINGS | 6.50 hrs.    115.00/hr | $747.50 |

| 02/27/04 | Review revised 10th Quarterly and October, November and December Fee Applications and memos regarding changes on same (0.4); instructions to Paralegal Jennings regarding changes (0.3). |||
|---|---|---|---|
| | J.M. MELCHERS | 0.70 hrs.    250.00/hr | $175.00 |

| 02/27/04 | Edit and revise October (0.2); November (0.2), December (0.2) and 11th Quarterly Fee Applications (0.3); follow-up on status of previously emailed applications (0.1). |||
|---|---|---|---|
| | B.J. BURN | 1.00 hrs.    190.00/hr | $190.00 |

| 02/27/04 | Confer with Attorney Burn regarding November 2003 Fee Application, revise same (0.2); confer with Attorney Burn regarding December 2003 Fee Application, revise same (0.2); confer with Attorney Burn regarding 11th Quarterly and 11th Summary Fee Applications, revise same (0.3). |||
|---|---|---|---|
| | L.J. JENNINGS | 0.70 hrs.    115.00/hr | $80.50 |

**Fees for Legal Services** ................................................................................................ **$5,948.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 7.30 | 250.00 | 1,825.00 |
| B.J. BURN | 3.10 | 190.00 | 589.00 |
| L.J. JENNINGS | 29.60 | 115.00 | 3,404.00 |
| K. LUCAS | 2.00 | 65.00 | 130.00 |
| **TOTAL** | 42.00 | 141.62 | 5,948.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 02/02/2004 | Photocopies 10 Page(s) | 0.50 |
|---|---|---|
| 02/02/2004 | Photocopies 2 Page(s) | 0.10 |
| 02/02/2004 | Telephone 1-214-698-3868 | 0.15 |
| 02/03/2004 | Photocopies 75 Page(s) | 3.75 |
| 02/10/2004 | Photocopies 10 Page(s) | 0.50 |
| 02/23/2004 | Photocopies 5 Page(s) | 0.25 |
| 02/24/2004 | Photocopies 16 Page(s) | 0.80 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$6.05** |

W.R. Grace & Co.

March 16, 2004
Invoice 613077 Page 5

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 5.90 |
| Telephone | 0.15 |
| TOTAL | $6.05 |

**Net current billing for this invoice** ..................................................................................... **$5,954.05**

**GRAND TOTAL**................................................................................................................. **$5,954.05**

W.R. Grace & Co.

March 16, 2004
Invoice 613077 Page 6

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/27/04

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $5,948.00 |
| Charges for Other Services Provided/Expenses Incurred | $6.05 |

Net current billing for this invoice ................................................................. **$5,954.05**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 12th day of May, 2004 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

1.    **SUMMARY OF APPLICATION OF NELSON MULLINS RILEY &
      SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES
      AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL
      TO W. R. GRACE & CO., ET AL., FOR THE SECOND INTERIM**

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004, FOR THE QUARTER OF JANUARY 2004 – MARCH 2004; AND

2.     FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004.

Dated: May 12, 2004

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 12th day of May, 2004

_Holly T Walsh_
Notary Public
My Commission Expires: 08/11/06

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
**william.sparks@grace.com**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: mgz@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: currier@klettrooney.com and**
**jwaxman@klettrooney.com**
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:**
**james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

***E-mail: pvnl@capdale.com***
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail: rserrette@stroock.com***
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

***E-mail: jsakalo@bilzin.com***
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail: david.heller@lw.com*** and
***carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

***E-mail: pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP