# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: June 1, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH,
L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE
THIRD INTERIM PERIOD, FROM MARCH 1 THROUGH MARCH 31, 2004,
FOR THE QUARTER OF JANUARY 2004 – MARCH 2004[2]**

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **March 1, 2004 through March 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] The Fee Application for the Third Interim Period also contains two invoices for work prior to this period that have not been previously submitted for payment but have been reviewed by the client: Invoice # 484317 in the total amount of $2,259.31 and Invoice # 557443 in the total amount of $1,074.68. These invoices are attached for further review.

EXHIBIT

C

Amount of Compensation sought as actual,
reasonable, and necessary:                    **$6,325.50**

Amount of expense reimbursement sought as
actual, reasonable, and necessary:            **$105.67 for the period**

This is a __x__ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(4.3)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately **$ (475.00) .**

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |

| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,668.00 | $277.40 | Pending (hearing scheduled 6/24/04) | Pending (hearing scheduled 6/24/04) |
| Mailed for filing on 5/3/04 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | Pending | Pending |

3

| Mailed for filing on 5/3/04 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | Pending | Pending |
|---|---|---|---|---|---|

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 19 years | Environmental | $250.00 | .70 | $175.00 |
| Bernard F. Hawkins, Jr. | Partner | 13 years | Environmental | $280.00 | .50 | $140.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $250.00 | 5.60 | $1400.00 |
| Betsy J. Burn | Associate | 3 Years | Bankruptcy | $190.00 | 2.10 | $399.00 |
| D.M. Cleary | Partner | 20 years | Environmental | $295.00 | 3.60 | $1,062.00 |
| M.E. Ternes | Of-Counsel | 6 years | Environmental | $210.00 | 10.60 | $2,226.00 |

Grand Total for Fees: $5,402.00
Blended Rate:          $233.86

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 2 years | Environmental | $115.00 | 5.50 | $632.50 |
|---|---|---|---|---|---|---|
| Anne R. Price | Paralegal | 1 year | Bankruptcy | $95.00 | .60 | $57.00 |
| Karla Lucas | Project Assistant | 4 months | Environmental | $65.00 | 3.60 | $234.00 |

Grand Total for Fees: $923.50
Blended Rate:          $95.21

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06003 | Beaco Road | 2.70 | $564.00 |
| 02399/06031 | Li Tungsten | 5.30 | $828.50 |
| 02399/06066 | Libby Expansion Plants | 3.60 | $1,062.00 |
| 02399/06014 | DAREX – General Matter | 10.60 | $2,226.00 |
| 02399/06091 | Fee Applications | 10.60 | $1,645.00 |
| TOTAL | | 32.80 | $6,325.50 |

**Expense Summary**

| Description | Amount |
|---|---|
| Telephone | $14.72 |
| Photocopies | $55.85 |
| Outside Photocopies | $12.60 |
| Fed Ex | $21.08 |
| Lexis | $1.42 |
| **Total** | **$105.67** |

Anne Price appears as a new timekeeper during this interim period.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and

says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley &

Scarborough, L.L.P and I am a member in good standing of the bar of the State of South

Carolina.

2.    I have personally performed certain of, and overseen the legal services

rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this _10_ day of _May_ , 2004

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _9-3-09_

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 1, 2004 at 4:00 p.m.
Hearing Date:  TBD only if necessary

### FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 6, 2004
Invoice 615358 Page 1

Our Matter #
WR Grace #
Name of Matter:

02399/06003
063-KL-721490-01-501270
Beaco Road Site

For Services Through 03/31/04

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 03/02/04 | Review memorandum from Mr. English regarding special Steering Committee Meeting and conference with Attorney Carlisle regarding coverage for same.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 03/04/04 | Participate in conference call with Steering Committee and Arcadis regarding soil removal decisions and costs (0.4); draft electronic mail memorandum to Attorney Melchers summarizing discussion (0.2).<br>R.T. CARLISLE | 0.60 hrs. | 250.00/hr | $150.00 |
| 03/04/04 | Review, categorize and chronologize incoming correspondence for Attorney Melchers.<br>K. LUCAS | 0.60 hrs. | 65.00/hr | $39.00 |
| 03/05/04 | Review memo from Attorney Carlisle regarding issues from Steering Committee conference call and compare to previous briefings.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 03/08/04 | Review request for information from Ms. Duff (0.1); confer with Attorney Carlisle regarding information from last Steering Committee conference call (0.2); review memos and data regarding site activities and costs and prepare memo to Ms. Duff regarding same (0.7); review response (0.1).<br>J.M. MELCHERS | 1.10 hrs. | 250.00/hr | $275.00 |

Fees for Legal Services ................................................................................................. **$564.00**

W.R. Grace & Co.

April 6, 2004
Invoice 615358  Page  2

### BILLING SUMMARY

|                  | Hours | Rate/Hr  | Dollars  |
|------------------|-------|----------|----------|
| J.M. MELCHERS    | 1.50  | 250.00   | 375.00   |
| R.T. CARLISLE    | 0.60  | 250.00   | 150.00   |
| K. LUCAS         | 0.60  | 65.00    | 39.00    |
| TOTAL            | 2.70  | $208.89  | $564.00  |

Net current billing for this invoice ...................................................................................  **$564.00**

GRAND TOTAL...............................................................................................................  **$564.00**

W.R. Grace & Co.

April 6, 2004
Invoice 615358  Page  3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I I OO9
COLUMBIA, SOUTH CAROLINA  292 I I-IO7O
TELEPHONE (8O3) 799-2OOO

For Services Through 03/31/04

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | $564.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| **Net current billing for this invoice** ................................................................. | | **$564.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                          April 6, 2004
ATTN: Lydia Duff, Esq.                                         Invoice 615359 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06031                    For Services Through 03/31/04
WR Grace #            001-KL-721490-01-501560
Name of Matter:       Li Tungsten

| | | | | |
|---|---|---|---|---|
| 03/04/04 | Review, categorize and chronologize materials for Attorney Melchers' review. | | | |
| | K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |
| 03/08/04 | Evaluate historical document issues and discuss strategy for same with Attorney Carlisle (0.8); prepare message to PRP counsel (0.1). | | | |
| | J.M. MELCHERS | 0.90 hrs. | 250.00/hr | $225.00 |
| 03/15/04 | Review memo from co-defendant and make follow-up call to him regarding historical documents. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 03/18/04 | Telephone conference with co-defendant regarding discovery issues and upcoming hearing (0.2); telephone conference with Attorney Carlisle regarding status of document analysis and discovery issues (0.2); research issues regarding hearing and prepare memo to Ms. Duff regarding hearing and document issues (0.7). | | | |
| | J.M. MELCHERS | 1.10 hrs. | 250.00/hr | $275.00 |
| 03/18/04 | Confer with Attorney Melchers regarding information obtained from PRP counsel regarding issues related to claims. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 250.00/hr | $25.00 |
| 03/23/04 | Review memo from Paralegal Jennings regarding communications from EPA on documents and prepare response. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 03/23/04 | Receive voice mail from US EPA representative regarding previous request for better copies of documents, then correspond with Attorneys Carlisle and Melchers regarding same. | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |
| 03/24/04 | Review, categorize and chronologize file materials for Attorney Melchers. | | | |
| | K. LUCAS | 1.80 hrs. | 65.00/hr | $117.00 |
| 03/26/04 | Continue review of EPA documents to determine which are actually illegible and discuss same with Attorney Melchers. | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |

**Fees for Legal Services** ....................................................................................................          **$828.50**

W. R. Grace & Co.

April 6, 2004
Invoice 615359 Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 2.30 | 250.00 | 575.00 |
| R.T. CARLISLE | 0.10 | 250.00 | 25.00 |
| L.J. JENNINGS | 0.80 | 115.00 | 92.00 |
| K. LUCAS | 2.10 | 65.00 | 136.50 |
| TOTAL | 5.30 | $156.32 | $828.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/08/2004 | Telephone 1-412-355-8331 | 0.05 |
| 03/16/2004 | Photocopies 2 Page(s) | 0.10 |
| 03/18/2004 | Telephone 1-412-355-8331 | 0.60 |
| **Total Charges for Other Services Provided/Expenses Incurred** ..................................... | | **$0.75** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.10 |
| Telephone | 0.65 |
| TOTAL | $0.75 |

**Net current billing for this invoice** ................................................................................. **$829.25**

**GRAND TOTAL**.................................................................................................................... **$829.25**

W. R. Grace & Co.

April 6, 2004
Invoice 615359 Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 03/31/04

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $828.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.75 |

**Net current billing for this invoice** ...................................................................... **$829.25**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 14, 2003
Invoice 557443 Page 1

Our Matter #            02399/06066                          For Services Through 03/31/03
Name of Matter:        Libby Expansion Plants - Travelers Rest, SC

| 03/17/03 | Discussion with Mr. Emmett regarding potential transfer of property (0.2); review documents and correspondence submitted by Grace regarding the properties (1.8); research potential reportable quantities and other potential issues under Federal and State law (0.6). | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 2.60 hrs. | 295.00/hr | $767.00 |
| 03/18/03 | Review file and attend conference call regarding Furman University property transaction. | | | |
| | D.M. CLEARY | 1.00 hrs. | 295.00/hr | $295.00 |

**Fees for Legal Services** .................................................................................................. **$1,062.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY / Partner | 3.60 | 295.00 | 1,062.00 |
| TOTAL | 3.60 | 295.00 | 1,062.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 03/17/2003 | Telephone 1-410-531-4751 | 1.39 |
|---|---|---|
| 03/17/2003 | Telephone 1-410-531-4751 | 0.31 |
| 03/17/2003 | Telephone 1-410-531-4751 | 0.07 |
| 03/18/2003 | Telephone 1-410-531-4751 | 10.91 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$12.68**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 12.68 |
| TOTAL | $12.68 |

W. R. Grace & Co.

April 14, 2003
Invoice 557443  Page 2

**Net current billing for this invoice** ....................................................................................... **$1,074.68**

W. R. Grace & Co.

April 14, 2003
Invoice 557443  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 03/31/03

Our Matter # 02399/06066
Libby Expansion Plants - Travelers Rest, SC

| | |
|---|---|
| Fees for Professional Services | $1,062.00 |
| Charges for Other Services Provided/Expenses Incurred | $12.68 |

Net current billing for this Invoice ...................................................................   **$1,074.68**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



**NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.**

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 24, 2002
Invoice 484317 Page 1

Our Matter #       02399/06014
Name of Matter:    DAREX - General Matter

For Services Through 10/31/01

| | | | | |
|---|---|---|---|---|
| 10/09/01 | Discuss Darex Minor Source Draft Permit with Attorney Hawkins (0.6); review Darex Minor Source Draft Permit (0.8); research applicable provisions of NSPS Kb (1.8). | | | |
| | M.E. TERNES | 3.20 hrs. | 210.00/hr | $672.00 |
| 10/10/01 | Legal research Georgia's Air Regulations regarding minor source permits and Title V permits (3.3); review regulations applicability to Darex facility (0.8); attend conference call with Attorney Hawkins, Mr. O'Connell and other client representatives to discuss comments (1.2); continue review of draft permit based upon client request to compare "boiler plate" language with actual regulatory text to determine if substantive changes were made to actual regulatory requirements through permit drafting process (1.7). | | | |
| | M.E. TERNES | 7.00 hrs. | 210.00/hr | $1,470.00 |
| 10/12/01 | Discuss with Attorney Hawkins and Mr. O'Connell observations regarding potential applicability of maximum vapor calculation requirement in NSPS Subpart Kb, suggest that, if applicable, use of the calculation for mixing tank temperature for purposes of NSPS compliance should be consistently applied for purposes of demonstrating compliance with other permit requirements. | | | |
| | M.E. TERNES | 0.40 hrs. | 210.00/hr | $84.00 |

**Fees for Legal Services** ......................................................................................... **$2,226.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M.E. TERNES | 10.60 | 210.00 | 2,226.00 |
| TOTAL | 10.60 | $210.00 | $2,226.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/05/2001 | Telephone 1-314-241-6618 | 0.54 |
| 10/05/2001 | Telephone 1-314-241-6618 | 0.29 |
| 10/10/2001 | Service: LEXIS SERVICE; Charge Type: DOCUMENT PRINTING; Quantity: 2.00 | 0.94 |

W. R. Grace & Co.

January 24, 2002
Invoice 484317 Page 2

| | | |
|---|---|---|
| 10/10/2001 | Service: LEXIS SERVICE; Charge Type: LEXSEE SEARCHES; Quantity: 1.00 | 0.48 |
| 10/12/2001 | Photocopies 12 Page(s) | 0.60 |
| 10/18/2001 | Telephone 1-617-498-4594 | 0.26 |
| 10/29/2001 | Photocopies 2 Page(s) | 0.10 |
| 10/30/2001 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 093001-1; DATE: 10/30/2001 | 12.60 |
| 10/30/2001 | Photocopies 2 Page(s) | 0.10 |
| 10/30/2001 | Photocopies 348 Page(s) | 17.40 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$33.31** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 12.60 |
| Photocopies | 18.20 |
| Lexis | 1.42 |
| Telephone | 1.09 |
| TOTAL | $33.31 |

**Net current billing for this invoice** ....................................................................... **$2,259.31**

W. R. Grace & Co.

January 24, 2002
Invoice 484317  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06014
DAREX - General Matter

| | | |
|---|---|---|
| Fees for Professional Services | $2,226.00 | |
| Charges for Other Services Provided/Expenses Incurred | 33.31 | |
| **Net current billing for this invoice** ...................................................................... | | **$2,259.31** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                       April 7, 2004
ATTN: Lydia Duff, Esq.                          Invoice 616003 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06091 | For Services Through 03/31/04 |
| Name of Matter: | Fee Applications | |

| Date | Description | | | |
|---|---|---|---|---|
| 03/01/04 | Update Attorneys Melchers and Burn regarding status of October, November and December 2003 Fee Applications (0.3); update Attorneys Melchers and Burn regarding 11th Quarterly Fee Application (0.1). | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |
| 03/01/04 | Update chart for Grace bankruptcy filings with new information per instructions of Paralegal Jennings. | | | |
| | K. LUCAS | 0.50 hrs. | 65.00/hr | $32.50 |
| 03/02/04 | Discuss October, November and December 2003 Fee Applications with Attorney Hawkins before his review, finalize same for filing (0.9); correspond with Attorneys Melchers and Burn regarding same (0.3). | | | |
| | L.J. JENNINGS | 1.20 hrs. | 115.00/hr | $138.00 |
| 03/02/04 | Review and execute Fee Applications for October, November and December, 2003 and 11th Quarterly Summary. | | | |
| | B.F. HAWKINS, JR. | 0.50 hrs. | 280.00/hr | $140.00 |
| 03/02/04 | Review Fee Applications with Attorney Hawkins for affidavit approval (0.2); review memos from Paralegal Jennings regarding final work on October - December Monthly and Quarterly Fee Applications and confer with her on same (0.3); prepare message to Attorney Burn regarding options for resolving filing difficulties in Delaware (0.1). | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 03/02/04 | Follow-up on status of fee applications. | | | |
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 03/03/04 | Follow-up on status of un-filed fee applications by phone and email (0.3); review and forward October, November, December and 11th Quarterly Fee Applications to co-counsel and auditor (0.2); review PACER to research status of applications (0.1). | | | |
| | B.J. BURN | 0.60 hrs. | 190.00/hr | $114.00 |
| 03/03/04 | Coordinate with Attorneys Burn and Melchers to email pdf and word versions of fee applications to local counsel for filing. | | | |
| | L.J. JENNINGS | 0.60 hrs. | 115.00/hr | $69.00 |

W. R. Grace & Co.

| | | | | |
|---|---|---|---|---|
| 03/04/04 | Follow-up with Attorney Melchers on proposal to electronically file our own fee applications. | | | |
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 03/04/04 | Provide Attorney Burn hard copies of October, November, December 2003 Fee Applications and 11th Quarterly Fee Application, for service and filing of same. | | | |
| | L.J. JENNINGS | 0.30 hrs. | 115.00/hr | $34.50 |
| 03/05/04 | Review memoranda regarding status of filing of August-December 2003 Monthly Fee Applications and 10th and 11th Quarterly Applications (0.5); prepare memo to Attorney Burn regarding same (0.1); conference with Attorney Hawkins regarding proposed changes in procedure regarding filing of Fee Applications (0.2). | | | |
| | J.M. MELCHERS | 0.80 hrs. | 250.00/hr | $200.00 |
| 03/08/04 | Review PACER for information on missing fee applications and follow-up with paralegal on Delaware filing issue (0.3); review requirements for same and discuss with Attorneys Cauthen and Melchers (0.2). | | | |
| | B.J. BURN | 0.50 hrs. | 190.00/hr | $95.00 |
| 03/08/04 | Call to Delaware Bankruptcy Court to establish procedure for electronic filing out of state and give status report to Attorney Burn. | | | |
| | A.R. PRICE | 0.60 hrs. | 95.00/hr | $57.00 |
| 03/08/04 | Receive correspondence regarding objection deadline for 10th Quarterly Fee Applications, then update personal docket with same information for follow-up. | | | |
| | L.J. JENNINGS | 0.10 hrs. | 115.00/hr | $11.50 |
| 03/10/04 | Instructions to Paralegal Jennings regarding status of October-December 2003 Monthly Fee Applications and 11th Quarterly Fee Applications and review memo from her in response. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 03/10/04 | Confer with Attorney Melchers regarding status of recent Fee Applications (0.1); research PACER for status of recent fee applications, then prepare correspondence to Attorneys Melchers and Burn regarding same (0.3); instruct Project Assistant Lucas to update Fee Application tracking chart with same information (0.1) | | | |
| | L.J. JENNINGS | 0.50 hrs. | 115.00/hr | $57.50 |
| 03/11/04 | Add new information to Grace bankruptcy filings index and flag all transfer fees and costs to corresponding docket numbers on docket report per instructions of Paralegal Jennings. | | | |
| | K. LUCAS | 0.20 hrs. | 65.00/hr | $13.00 |
| 03/12/04 | Review, categorize and chronologize incoming file material for Paralegal Jennings' review. | | | |
| | K. LUCAS | 0.20 hrs. | 65.00/hr | $13.00 |
| 03/26/04 | Calculate numbers for preparation of January 2004 Fee Application (1.1); discuss tracking chart issues with Attorney Melchers (0.3). | | | |
| | L.J. JENNINGS | 1.40 hrs. | 115.00/hr | $161.00 |
| 03/31/04 | Review memo regarding filing of CONOs and response regarding status of January and February and 12th Quarterly Fee Applications. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 03/31/04 | Research status of all outstanding fee applications and CONOS, update chart and confer with Attorney Melchers on same (0.6); follow up with paralegal on status of January and February Monthly Fee Applications (0.2). | | | |
| | B.J. BURN | 0.80 hrs. | 190.00/hr | $152.00 |

W. R. Grace & Co.

April 7 2004
Invoice 616003 Page 3

03/31/04    Update Attorneys Melchers and Burn regarding status of 12th Quarterly Interim Fee
Applications, then follow up with Administrative Assistant Johnson regarding same.
L.J. JENNINGS                    0.20 hrs.    115.00/hr              $23.00

**Fees for Legal Services** ................................................................................................    **$1,645.00**

### BILLING SUMMARY

|                    | Hours | Rate/Hr | Dollars |
|--------------------|-------|---------|---------|
| B.F. HAWKINS, JR.  | 0.50  | 280.00  | 140.00  |
| J.M. MELCHERS      | 1.80  | 250.00  | 450.00  |
| B.J. BURN          | 2.10  | 190.00  | 399.00  |
| L.J. JENNINGS      | 4.70  | 115.00  | 540.50  |
| A.R. PRICE         | 0.60  | 95.00   | 57.00   |
| K. LUCAS           | 0.90  | 65.00   | 58.50   |
| TOTAL              | 10.60 | 155.19  | 1,645.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|------|-------------|--------|
| 03/02/2004 | Photocopies 77 Page(s) | 3.85 |
| 03/03/2004 | Telephone 1-302-652-4100 | 0.10 |
| 03/05/2004 | Fed Ex | 21.08 |
| 03/05/2004 | Photocopies 522 Page(s) | 26.10 |
| 03/08/2004 | Telephone 1-302-252-2900 | 0.20 |
| 03/16/2004 | Photocopies 34 Page(s) | 1.70 |
| 03/18/2004 | Photocopies 31 Page(s) | 1.55 |
| 03/25/2004 | Photocopies 86 Page(s) | 4.30 |
| 03/31/2004 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** ....................................    **$58.93**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Photocopies | 37.55 |
| Fed Ex | 21.08 |
| Telephone | 0.30 |
| TOTAL | $58.93 |

**Net current billing for this invoice** ..................................................................    **$1,703.93**

**GRAND TOTAL**..............................................................................................    **$1,703.93**

W. R. Grace & Co.

April 7 2004
Invoice 616003  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 03/31/04

Our Matter # 02399/06091
Fee Applications

| | | |
|---|---|---|
| Fees for Professional Services | $1,645.00 | |
| Charges for Other Services Provided/Expenses Incurred | $58.93 | |
| **Net current billing for this invoice** ................................................................ | | **$1,703.93** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 12th day of May, 2004 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

1. **SUMMARY OF APPLICATION OF NELSON MULLINS RILEY &
   SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES
   AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL
   TO W. R. GRACE & CO., ET AL., FOR THE THIRD INTERIM**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

**PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004, FOR THE QUARTER OF JANUARY 2004 – MARCH 2004; AND**

2.  **FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004.**

Dated: May 12, 2004

_____
Patricia E. Cuniff

Sworn to and subscribed before
me this 12ᵗʰ day of May, 2004

_____
Notary Public
My Commission Expires: _____

91100-001\DOCS_DE:69393.19

-2-

DOCS_DE:69393.30

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
**william.sparks@grace.com**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: mgz@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: currier@klettrooney.com and**
**jwaxman@klettrooney.com**
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:**
**james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail:** *pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail:** *rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail:** *jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail:** *david.heller@lw.com* **and**
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail:** *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP