```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                           Invoice Number        1147468
One Town Center Road                      Invoice Date          05/27/04
Boca Raton, FL   33486                    Client Number          172573
```

===========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Fees                            12,679.00

              TOTAL BALANCE DUE UPON RECEIPT      $12,679.00
                                                    =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                          Invoice Number       1147468
One Town Center Road                     Invoice Date        05/27/04
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026
```

==========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2004

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/01/04 | Atkinson | Continue to check Summation results to justify Lason page amounts vs. images scanned, for R. Finke (0.7); e-mail to M. Murphy re: same (0.1). | .80 |
| 04/01/04 | Bentz | Review of file in preparation for prosecution of property damage case appeal. | .50 |
| 04/06/04 | Bentz | Conference with W. Sparks (0.6) and review of recent media coverage regarding asbestos issues (2.0). | 2.60 |
| 04/06/04 | Flatley | Review e-mail from D. Cameron and follow-up correspondence. | .10 |
| 04/07/04 | Lord | Research docket and update 2002 service list. | .50 |
| 04/13/04 | Cameron | Review materials relating to recent inquiries concerning asbestos studies (0.6) and meet with J. Restivo regarding same (0.2). | .80 |
| 04/14/04 | Cameron | Review materials from R. Finke and e-mails from R. Finke and W. Sparks regarding status matters. | .80 |
| 04/14/04 | Restivo | Review new material and telephone call with R. Finke. | .50 |

```
172573  W. R. Grace & Co.                          Invoice Number    1147468
60026   Litigation and Litigation Consulting       Page     2
        May 27, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 04/16/04 | Bentz | Review of appellate court filings in preparation for property damage case appeal. | 1.30 |
| 04/19/04 | Bentz | Review of prior document production and correspondence (1.4); conference with R. Finke (.3); conferences with counsel for non-debtor third party asbestos defendant regarding inquiries about document productions (.9). | 2.60 |
| 04/20/04 | Atkinson | Searches on W.R. Grace databases for possible production of documents to non-debtor third party asbestos defendant for J. Bentz (0.5); detailed e-mail to J. Bentz with results of searches (0.3). | .80 |
| 04/20/04 | Bentz | Review of potential responses to document requests from non-debtor third-party asbestos defendant (1.3); conference with M. Atkinson regarding non-debtor third party asbestos defendant request (.3); corresponding with Grace regarding witness in Canada (.5); corresponding with counsel for non-debtor third party asbestos defendant (.4). | 2.50 |
| 04/21/04 | Atkinson | Searches on W.R. Grace databases for documents (non-privileged, non-medical confidential) subject to possible production to non-debtor third-party asbestos defendant (1.1); detailed e-mail to J. Bentz with search results (0.3). | 1.40 |
| 04/21/04 | Bentz | Correspondence regarding Canadian issues (.3); conferences with bankruptcy counsel regarding third party subpoena (1.7); review of subpoena and preparation of potential response (3.0). | 5.00 |

```
172573  W. R. Grace & Co.                        Invoice Number   1147468
60026   Litigation and Litigation Consulting     Page      3
        May 27, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 04/22/04 | Bentz | Work on response to subpoena by non-debtor third party asbestos defendant (1.9); correspond with R. Finke regarding various issues (.2). | 2.10 |
| 04/22/04 | Cameron | Review materials relating to third party discovery. | .70 |
| 04/23/04 | Bentz | Review of various alternatives for response to subpoena (.9); review of materials regarding existing sources of documents (1.0); conference with R. Finke regarding document production (.4). | 2.30 |
| 04/23/04 | Cameron | Review materials regarding non-debtor third party asbestos defendant discovery (0.9); prepare to meet with J. Bentz regarding same (.4). | 1.30 |
| 04/26/04 | Bentz | Conference with D. Cameron regarding response to subpoena (.5); corresponding with R. Finke regarding Canadian issues (.3); preparation of response to subpoenas (1.4). | 2.20 |
| 04/27/04 | Bentz | Continue preparation of response to subpoena for production of documents. | .80 |
| 04/27/04 | Cameron | Review materials relating to third party discovery (0.9); meet with J. Restivo regarding same (0.4); telephone call and e-mail to J. Bentz re: same (0.3). | 1.60 |
| 04/28/04 | Bentz | Preparation for call with counsel for non-debtor third party asbestos defendant. | .50 |
| 04/28/04 | Cameron | Review materials regarding non-debtor third party asbestos defendant discovery. | .60 |

```
172573  W. R. Grace & Co.                        Invoice Number    1147468
60026   Litigation and Litigation Consulting     Page      4
        May 27, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 04/29/04 | Atkinson | Review J. Bentz correspondence re: documents/formats of documents provided to ZAI claimants, and have copies made. | .70 |
| 04/29/04 | Lord | Research docket and update 2002 service List. | .50 |
| 04/30/04 | Bentz | Conferences with R. Finke regarding document request by non-debtor third party asbestos defendant (.5); corresponding with M. Murphy regarding document requests (.3); letters to R. Finke and M. Murphy regarding affidavits (.4); negotiating document production with counsel for non-debtor third party asbestos defendant (.7). | 1.90 |

```
                                         TOTAL HOURS    35.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 0.50 | at $ | 495.00 | = | 247.50 |
| Lawrence E. Flatley | 0.10 | at $ | 470.00 | = | 47.00 |
| Douglas E. Cameron | 5.80 | at $ | 465.00 | = | 2,697.00 |
| James W Bentz | 24.30 | at $ | 370.00 | = | 8,991.00 |
| John B. Lord | 1.00 | at $ | 160.00 | = | 160.00 |
| Maureen L. Atkinson | 3.70 | at $ | 145.00 | = | 536.50 |

```
            CURRENT FEES                                        12,679.00

            TOTAL BALANCE DUE UPON RECEIPT                     $12,679.00
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W. R. Grace | Invoice Number   1147469 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date     05/27/04 |
| Boca Raton, FL 33487 | Client Number    172573 |

==============================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

    Fees                              2,901.50

                TOTAL BALANCE DUE UPON RECEIPT      $2,901.50
                                                              =============

```
                         REED SMITH LLP
                         PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number      1147469
5400 Broken Sound Blvd., N.W.              Invoice Date       05/27/04
Boca Raton, FL 33487                       Client Number       172573
                                           Matter Number        60028
```

===========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2004

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/07/04 | Bentz | Preparation for argument of dispositive motions. | 1.30 |
| 04/08/04 | Bentz | Review of correspondence and articles regarding ZAI. | 2.60 |
| 04/13/04 | Bentz | Review of materials from R. Finke re: ZAI. | .80 |
| 04/22/04 | Cameron | Review material from R. Finke re: ZAI and studies relating to same. | 2.50 |
| | | TOTAL HOURS | 7.20 |

| TIME SUMMARY | Hours | Rate | | Value |
|--------------|-------|------|---|-------|
| Douglas E. Cameron | 2.50 at | $ 465.00 | = | 1,162.50 |
| James W Bentz | 4.70 at | $ 370.00 | = | 1,739.00 |
| CURRENT FEES | | | | 2,901.50 |

TOTAL BALANCE DUE UPON RECEIPT                          $2,901.50

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1147470
5400 Broken Sound Blvd., N.W.            Invoice Date        05/27/04
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60029
```

==========================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2004

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/05/04 | Lord | Research docket and draft CNO and service for same re: Reed Smith January fee application (.4); e-mail to P. Lykens re: same (.2). | .60 |
| 04/06/04 | Muha | Complete review of and revisions to February 2004 fee application. | .40 |
| 04/07/04 | Falini | Reviewed Certificate of No Objection for Reed Smith's Fee Application 1/1-1/31/04 (0.1); reviewed Reed Smith's Fee Application 2/1-2/29/04 (0.3); discuss same with J. Lord (.1). | .50 |
| 04/07/04 | Lankford | Proofread calculations re: fee application (.2). | .20 |
| 04/07/04 | Lord | Review, revise and prepare Reed Smith 32nd monthly fee application for service/e-filing (1.5); revise and e-file CNO for 31st monthly fee application (.4); discuss same with J. Falini (.1); perfect service for same (.1); prepare correspondence to Grace re: same (.1). | 2.20 |
| 04/08/04 | Lord | Revise and e-file 32nd monthly fee application (.4); prepare and perfect electronic and hard service of same (.6). | 1.00 |

```
172573  W. R. Grace & Co.                    Invoice Number   1147470
60029   Fee Applications-Applicant           Page     2
        May 27, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 04/16/04 | Muha | Revise fee and expense details for March 2004 fee application. | .40 |

```
                                        TOTAL HOURS    5.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Andrew J. Muha    | 0.80 | at $ | 235.00 | = | 188.00 |
| Janice E. Falini  | 0.50 | at $ | 200.00 | = | 100.00 |
| John B. Lord      | 3.80 | at $ | 160.00 | = | 608.00 |
| Lisa Lankford     | 0.20 | at $ |  95.00 | = |  19.00 |

```
              CURRENT FEES                                  915.00

              TOTAL BALANCE DUE UPON RECEIPT               $915.00
```