```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                        Invoice Number       1147473
One Town Center Road                   Invoice Date         05/27/04
Boca Raton, FL    33486                Client Number         172573
```

==========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Expenses                                41.08

                TOTAL BALANCE DUE UPON RECEIPT          $41.08
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number   1147473 |
| One Town Center Road | Invoice Date   05/27/04 |
| Boca Raton, FL   33486 | Client Number   172573 |
| | Matter Number   60026 |

======================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 16.62 |
| Duplicating/Printing | 99.15 |
| Postage Expense | 7.60 |
| Courier Service - Outside | 47.11 |
| Expense Advance | (129.40) |
| CURRENT EXPENSES | 41.08 |
| TOTAL BALANCE DUE UPON RECEIPT | $41.08 |

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number        1147473<br>Invoice Date         05/27/04<br>Client Number          172573<br>Matter Number           60026 |

==============================================================================

Re: (60026)   Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 01/05/04 | 6144648349/COLUMBUS, OH/8 | .46 |
| 01/05/04 | 3125514936/CHICAGO, IL/8 | .46 |
| 01/05/04 | 5613621533/BOCA RATON, FL/8 | .51 |
| 01/16/04 | 617-426-0135/BOSTON, MA/1 | .11 |
| 01/20/04 | 614-464-5460/COLUMBUS, OH/1 | .11 |
| 01/20/04 | 561-362-1533/BOCA RATON, FL/6 | .34 |
| 01/22/04 | 561-362-1533/BOCA RATON, FL/5 | .29 |
| 01/22/04 | 614-464-5460/COLUMBUS, OH/6 | .40 |
| 01/22/04 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 01/26/04 | 561-362-1533/BOCA RATON, FL/6 | .40 |
| 01/26/04 | 917-319-2202/NEW YORK, NY/13 | .74 |
| 01/26/04 | 561-362-1533/BOCA RATON, FL/8 | .51 |
| 01/26/04 | 561-362-1533/BOCA RATON, FL/6 | .40 |
| 01/27/04 | 614-464-5460/COLUMBUS, OH/7 | .46 |
| 01/28/04 | 614-464-5460/COLUMBUS, OH/6 | .34 |
| 01/28/04 | 614-464-5460/COLUMBUS, OH/3 | .17 |
| 01/29/04 | 561-362-1533/BOCA RATON, FL/2 | .11 |
| 01/29/04 | 614-464-5460/COLUMBUS, OH/2 | .17 |

```
172573  W. R. Grace & Co.                        Invoice Number   1147473
60026   Litigation and Litigation Consulting     Page     2
        May 27, 2004
```

| Date | Description | Amount |
|---|---|---:|
| 01/29/04 | 614-464-5460/COLUMBUS, OH/1 | .11 |
| 01/29/04 | 617-426-0135/BOSTON, MA/3 | .17 |
| 01/29/04 | 617-426-0135/BOSTON, MA/4 | .29 |
| 02/04/04 | 302-652-5340/WILMINGTON, DE/38 | 2.22 |
| 02/06/04 | 561-362-1533/BOCA RATON, FL/32 | 1.82 |
| 03/11/04 | Postage Expense | 4.56 |
| 04/05/04 | 617-426-5900/BOSTON, MA/2 | .17 |
| 04/06/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 04/06/04 | ATTY # 0559: 10 COPIES | 1.50 |
| 04/06/04 | ATTY # 0559: 6 COPIES | .90 |
| 04/06/04 | 302-652-5340/WILMINGTON, DE/12 | .74 |
| 04/07/04 | ATTY # 0559: 1 COPIES | .15 |
| 04/07/04 | ATTY # 0559: 11 COPIES | 1.65 |
| 04/07/04 | ATTY # 0718: 3 COPIES | .45 |
| 04/08/04 | ATTY # 0718: 3 COPIES | .45 |
| 04/08/04 | ATTY # 0718; 171 COPIES | 25.65 |
| 04/08/04 | Postage Expense | 3.04 |
| 04/15/04 | Deposit for reimbursement of additional duplicating cost for document production to non-debtor third party asbestos defendant. | -129.40 |
| 04/15/04 | ATTY # 0559; 22 COPIES | 3.30 |
| 04/19/04 | 561-362-1533/BOCA RATON, FL/16 | .91 |
| 04/21/04 | 561-362-1533/BOCA RATON, FL/29 | 1.71 |
| 04/21/04 | 312-861-2000/CHICAGO, IL/1 | .11 |
| 04/21/04 | 312-861-2162/CHICAGO, IL/13 | .74 |

```
172573  W. R. Grace & Co.                          Invoice Number   1147473
60026   Litigation and Litigation Consulting       Page    3
        May 27, 2004
```

| Date | Description | Amount |
|---|---|---:|
| 04/21/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 04/21/04 | ATTY # 0856; 28 COPIES | 4.20 |
| 04/21/04 | ATTY # 0856; 10 COPIES | 1.50 |
| 04/23/04 | 561-362-1533/BOCA RATON, FL/26 | 1.54 |
| 04/29/04 | ATTY # 0856; 254 COPIES | 38.10 |
| 04/29/04 | ATTY # 0559; 54 COPIES | 8.10 |
| 04/30/04 | ATTY # 0885; 57 COPIES | 8.55 |
| 04/30/04 | ATTY # 0885; 1 COPIES | .15 |
| 04/30/04 | ATTY # 0885: 1 COPIES | .15 |
| 04/30/04 | ATTY # 0885: 1 COPIES | .15 |
| 04/30/04 | ATTY # 0885: 1 COPIES | .15 |
| 04/30/04 | ATTY # 0885: 2 COPIES | .30 |
| 04/30/04 | ATTY # 0885: 1 COPIES | .15 |
| 04/30/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Richard Finke, Esq., W.R. Grace & Company (BOCA RATON FL 33487). | 24.53 |
| 04/30/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Matthew T. Murphy, Casner & Edwards, LLP (BOSTON MA 02210). | 22.58 |
| | CURRENT EXPENSES | 41.08 |
| | TOTAL BALANCE DUE UPON RECEIPT | $41.08 |