# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 25, 2004 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF MARCH 1, 2004 THROUGH
MARCH 31, 2004**

---

[1]  The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | March | Total Comp |
|------|----------|-------------|-------|------------|
| Lund, Kenneth | Partner | $    395.00 | 4.40 | $    1,738.00 |
| Tuchman, Robert | Partner | $    375.00 | 0.20 | $    75.00 |
| Neitzel, Charlotte | Partner | $    350.00 | 30.1 | $    10,535.00 |
| Coggon, Katheryn | Special Counsel | $    280.00 | 0.7 | $    196.00 |
| Tognetti, Natalie | Paralegal | $    125.00 | 3.7 | $    462.50 |
|  |  |  |  |  |
| **Total** |  |  | **39.10** | **13,006.50** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ 34.00 |
| Long Distance Telephone | $ 213.05 |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ 92.00 |
| Outside Reporduction | $ - |
| Federal Express | $ 38.22 |
| Research Service | $ - |
| Velo Binding | $ - |
| Other Expense | $ 196.80 |
| Color Copies | $ - |
| **Total** | **$ 574.07** |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice | 664795 |
| No.: | 04339 |
| Client No.: | 00300 |
| Matter No.: | |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/01/04 | CLN | Research re Libby medical studies and telephone conference with D. Kuchinsky re same (.30); conference with KJCoggon (.20); telephone conference with R. Reiss (.20); review B. Anderson report discussion of piles (.40); review chronology previously prepared by HRO (.90); review Alan Stringer deposition (2.0). | 4.00 | $ 1,400.00 |
| 03/01/04 | NKT | Research WR Grace databases for underlying data and additional information re Libby Screening Study per CLNeitzel (1.20). | 1.20 | 150.00 |
| 03/02/04 | CLN | Review of Les Skramstad deposition (2.00); review Middleton deposition (1.00); review Wilkins deposition (2.00); review mortality study (1.50); review case to evaluate information regarding when environmental sources ceased to exist in Libby (1.00). | 7.50 | 2,625.00 |
| 03/02/04 | RT | Conference with CLNeitzel re epidemiological analyses. | 0.20 | 75.00 |
| 03/03/04 | CLN | Review Lybarger deposition (1.30); review Whitehouse deposition (2.0); review Quivic deposition and community interviews (2.0); evaluate information regarding number of individuals with particular exposures in interim screening report (1.70) | 7.00 | 2,450.00 |
| 03/04/04 | CLN | Review 2003 screening report (1.00); draft section for brief (5.0). | 6.00 | 2,100.00 |
| 03/05/04 | CLN | Draft insert for brief re Libby medical studies (2.5); conference with D. Kuchinsky re Young Libby population (.20); review D. Kuchinsky draft of insert for brief (.30). | 3.00 | 1,050.00 |
| 03/08/04 | CLN | Review D. Kuchinsky insert for brief and add citations for brief. | 0.80 | 280.00 |
| 03/09/04 | KJC | Review final pretrial conference transcript and forward to R. Finke (.40). | 0.40 | 112.00 |
| 03/17/04 | CLN | Evaluate D. Kuchinsky email request for CT study. | 0.80 | 280.00 |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice | 664795 |
| No.: | 04339 |
| Client  No.: | 00300 |
| Matter No.: | |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/17/04 | NKT | Research re documents relevant to CT study per CLNeitzel. | 2.50 | 312.50 |
| 03/18/04 | CLN | Telephone conference with D. Kuchinsky re CT Study (.10); respond to email re CT Study (.20); and gather CT documents (.70). | 1.00 | 350.00 |
| 03/20/04 | KWL | Review audit letter response and additional cost information received from expert witness (1.00). | 1.00 | 395.00 |
| 03/23/04 | KWL | Review backup data re first quarter reserves (1.20); review EPA web site and related information re Libby cost estimates (2.20). | 3.40 | 1,343.00 |
| 03/31/04 | KJC | Review and respond to inquiry from M. Murphy re document scanning (.30). | 0.30 | 84.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through March 31, 2004:** | **39.10** | **$  13,006.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 395.00 | 4.40 | $   1,738.00 |
| RT | Robert Tuchman | Partner | 375.00 | 0.20 | 75.00 |
| CLN | Charlotte L. Neitzel | Partner | 350.00 | 30.10 | 10,535.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 0.70 | 196.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 3.70 | 462.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees:** | | **39.10** | **$   13,006.50** |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice | 664795 |
| No.: | 04339 |
| Client No.: | 00300 |
| Matter No.: | |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/23/04 | | Travel Expense: VENDOR: Choice Sedans; INVOICE#: 022904; DATE: 2/26/2004 - Sedan Services - Transportation from Denver International Airport to Warwick Hotel for three people (J. Baer, L. Duff, and D. Siegel), to attend meeting at HRO office. | $ 92.00 |
| 02/26/04 | | Long Distance Telephone: arOne Communications; INVOICE#: 030304; DATE: 3/3/2004 - Conference Call - February 26, 2004 | 212.95 |
| 02/29/04 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: L209628; DATE: 2/29/2004 - Document Storage - February 2004 | 196.80 |
| 03/01/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-607-43230; DATE: 3/1/2004 - Courier, Acct. 0802-0410-8. 02-23; Dori Anne Kuchinsky Leesburg, Va | 38.22 |
| 03/10/04 | | Long Distance Telephone: 7037298543, 1 Mins., TranTime:10:18 | 0.10 |
| 03/15/04 | 9 | Facsimile | 9.00 |
| 03/18/04 | 25 | Facsimile | 25.00 |
| | | **Total Disbursements:** | **$ 574.07** |

## Disbursement Summary

| | | |
|---|---|---|
| Facsimile | $ | 34.00 |
| Long Distance Telephone | | 213.05 |
| Travel Expense | | 92.00 |
| Federal Express | | 38.22 |
| Other Expense | | 196.80 |
| **Total Disbursements:** | **$** | **574.07** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | March | Total Comp |
|------|----------|-------------|-------|------------|
| Lund, Kenneth | Partner | $    395.00 | 6.4 | $    2,528.00 |
|  |  |  |  |  |
| Total |  |  | **6.40** | **$    2,528.00** |

Expenses

**Matter 00302 – Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $           - |
| Photocopies | $           - |
| Facsimiles | $           - |
| Long Distance Telephone | $           - |
| Outside Courier | $           - |
| Travel Expense | $           - |
| Federal Express | $           - |
| Other Meal Expenses | $           - |
| Lexis | $           - |
| Westlaw | $           - |
| Witness Fee | $     (500.00) |
| Other Expenses | $           - |
| Tab Stock | $           - |
| Color Copies | $           - |
| **Total** | **$     (500.00)** |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice | 664795 |
| No.: | 04339 |
| Client No.: | 00302 |
| Matter No.: | |

**Regarding: Libby - Cost Recovery Case**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 03/18/04 | KWL | Review draft materials received from client regarding settlement with EPA and supporting Consent Decree (2.90). | 2.90 | $ | 1,145.50 |
| 03/20/04 | KWL | Review 9th circuit authority regarding arbitrary and capricious (1.30); review revised draft appellate brief (1.80); review revised scheduling order (0.10); review order re contempt hearing (.30). | 3.50 | | 1,382.50 |
| | | **Total Fees Through March 31, 2004:** | **6.40** | **$** | **2,528.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| KWL | Kenneth W. Lund | Partner | $ 395.00 | 6.40 | $ | 2,528.00 |
| | | **Total Fees:** | | **6.40** | **$** | **2,528.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 03/01/04 | | Witness Fee: Cancellation of: INVOICE#: 6/24/02; DATE: 6/25/2002 - Retainer for Expert Witness (Dr. William G. Hughson) - KJCoggon | $ | -500.00 |
| | | **Total Disbursements:** | **$** | **-500.00** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Witness Fee | $ | -500.00 | |
| **Total Disbursements:** | **$** | **-500.00** | |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | | March | Total | Comp |
|------|----------|------------:|---|------:|-------|-----:|
| Flaagan, Elizabeth K. | Partner | $ | 300.00 | 1.5 | $ | 450.00 |
| Haag, Susan | Paralegal | $ | 125.00 | 5.4 | $ | 675.00 |
| | | | | | | |
| **Total** | | | | **6.90** | **$** | **1,125.00** |

Expenses

### Matter 00390 - Bankruptcy Matters

| Description | TOTAL |
|---|---|
| Photocopies | $ 18.90 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 36.91 |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ 1,373.90 |
| **Total** | **$ 1,429.71** |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice | 664795 |
| No.: | 04339 |
| Client No.: | 00390 |
| Matter No.: | |

**Regarding: Bankruptcy Matters**

## Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 03/04/04 | SH | Begin calculation of January fee application. | 1.00 | $ | 125.00 |
| 03/11/04 | EKF | Review and revise February invoices [prebills] (.70). | 0.70 | | 210.00 |
| 03/12/04 | EKF | Review, revise and finalize January 2004 fee application (.30). | 0.30 | | 90.00 |
| 03/12/04 | SH | Finalize January fee application. | 1.80 | | 225.00 |
| 03/15/04 | SH | Compile and file January fee application. | 0.40 | | 50.00 |
| 03/22/04 | EKF | Review, revise and finalize February 2004 monthly fee application (.30); review court docket re hearing deadline on quarterly application (.20). | 0.50 | | 150.00 |
| 03/22/04 | SH | Draft February fee application. | 1.70 | | 212.50 |
| 03/23/04 | SH | Compile and file February fee application. | 0.50 | | 62.50 |

**Total Fees Through March 31, 2004:**    **6.90**   **$**   **1,125.00**

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 1.50 | $ | 450.00 |
| SH | Susan Haag | Paralegal | 125.00 | 5.40 | | 675.00 |

**Total Fees:**    **6.90**   **$**   **1,125.00**

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

|  |  |  |
|---|---|---|
| Page | | 27 |
| Invoice | | 664795 |
| | No.: | 04339 |
| Client | No.: | 00390 |
| Matter | No.: | |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/16/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-606-23642; DATE: 2/16/2004 - Courier, Acct. 0808-0410-8. 02-06; William Weller Wilmington, De | $    15.07 |
| 02/18/04 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 260910; DATE: 2/18/2004 - Services & Expenses (W.R. Grace) through January 31, 2004 | 309.55 |
| 03/15/04 | 68 | Photocopy | 10.20 |
| 03/19/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-655-19775; DATE: 3/19/2004 - Courier, Acct. 0802-0410-8. 03-15; William Weller Wilmington, De | 10.92 |
| 03/23/04 | 58 | Photocopy | 8.70 |
| 03/24/04 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 262212; DATE: 3/24/2004 - Professional services & disbursements in the WR Grace Bankruptcy case | 1,064.35 |
| 03/29/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-655-79213; DATE: 3/29/2004 - Courier, Acct. 0802-0410-8. 03-23; William Weller Wilmington, De | 10.92 |

| | |
|---|---|
| **Total Disbursements:** | **$    1,429.71** |

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,373.90 |
| Photocopy | | 18.90 |
| Federal Express | | 36.91 |
| **Total Disbursements:** | **$** | **1,429.71** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 6,832.32 |
| | 12/16/02 | Cash Receipt | -5,498.82 |
| | 12/23/02 | Cash Receipt | -132.27 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | March | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 280.00 | 42.3 | $ 11,844.00 |
| Tognetti, Natalie | Paralegal | $ 125.00 | 108.2 | $ 13,525.00 |
| | | | | |
| **Total** | | | **150.50** | **$ 25,369.00** |

Expenses

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $ 30.00 |
| Photocopies | $ 421.20 |
| Facsimile | $ - |
| Long Distance Telephone | $ 14.10 |
| Federal Express | $ 431.31 |
| Outside Courier | $ 20.80 |
| Lexis | $ 109.20 |
| Travel Expense | $ 1,049.22 |
| Meal Expenses | $ 95.51 |
| Other Expenses | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 2,171.34** |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice | 664795 |
| No.: | 04339 |
| Client  No.: | 00420 |
| Matter  No.: | |

**Regarding: Ninth Circuit Appeal**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/04 | KJC | Follow up re Molloy Order including telephone conference with J. Freeman (.70). | 0.70 | $ 196.00 |
| 03/01/04 | NKT | Research WR Grace databases for information re EPA's Office of Toxic Substances reports and correspondence cited in OIG Report (1.50); research re Senator Baucus trips to Libby (1.20); research re political pressure and Senator Baucus press releases re Libby (.50); research re KDC purchase (.30); research re documents cited in Andrew Schneider news article (.60). | 4.10 | 512.50 |
| 03/02/04 | KJC | Telephone conferences and email exchange with team re Molloy's Order (.60); research re opening brief (1.20). | 1.80 | 504.00 |
| 03/02/04 | NKT | Research re WR Grace Clean Air Act violations in 1992-1994 (1.70); research re closing documents for Parker's property (.90); research re photos of remediation activities at Screening Plant (.50); research re EPA remediation activities at residential sites (1.30); research EPA Region VII website re recent CAG meeting minutes, press releases and other news (.80). | 5.20 | 650.00 |
| 03/03/04 | KJC | Conference with NKTognetti and telephone conference with J. O'Quinn re research to support brief (2.30); research in support of brief (1.90); telephone conference with J. Freeman re transcript (0.20). | 4.40 | 1,232.00 |
| 03/03/04 | NKT | Prepare for meeting with KJCoggon re appeal brief items for follow-up (.70); conference with KJCoggon to review research results and documents to be sent to John O'Quinn for appeal brief (1.70); conference call with KJCoggon and John O'Quinn re appeal brief and assistance with same (.50); continue to research WR Grace databases for information re OIG report key documents (.80); prepare documents for transmittal to John O'Quinn (.50); research re citations for articles by Andrew Schneider (.40); prepare timeline of Senator Baucus activities re Libby (1.20); search for and locate various court filings and other documents needed by John O'Quinn for appeal brief (2.00). | 7.80 | 975.00 |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | | |
|---|---|---|
| Page | | 33 |
| Invoice | | 664795 |
| | No.: | 04339 |
| Client | No.: | 00420 |
| Matter | No.: | |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/04/04 | NKT | Continue to prepare Senator Baucus timeline of activities and other political pressures re Libby (4.50); begin compiling documents cited in appeal brief for addition to Grace Appeal database (2.10); develop new Appeal database in Lotus Notes (.50). | 7.10 | 887.50 |
| 03/05/04 | KJC | Conference with NKTognetti re progress on documents to assist appeal brief (0.20). | 0.20 | 56.00 |
| 03/05/04 | NKT | Continue to review relevant documents and prepare timeline of Senator Baucus activities and other political pressures in Libby. | 5.30 | 662.50 |
| 03/08/04 | KJC | Review materials to support opening brief (.80). | 0.80 | 224.00 |
| 03/08/04 | NKT | Review and compile records and documents cited in draft appeal brief for Grace Appeal database (2.30); finalize draft of timeline re political issues in Libby and submit to KJCoggon for review (1.10); review insert to appeal brief re ATSDR studies in Libby per CLNeitzel request and prepare cited documents for transmittal to J. O'Quinn (.90). | 4.30 | 537.50 |
| 03/09/04 | KJC | Review and forward revised draft brief and follow up re same (3.30). | 3.30 | 924.00 |
| 03/09/04 | NKT | Continue to review and compile records and documents cited in draft appeal brief for Grace Appeal database (5.10); work with HRO Library staff to compile cases cited in draft appeal brief for review by appeal team (2.80). | 7.90 | 987.50 |
| 03/10/04 | KJC | Conferences and email exchange with NKTognetti re revised draft (.40). | 0.40 | 112.00 |
| 03/10/04 | NKT | Continue to prepare cases cited in draft appeal brief for review by Grace appeal team (1.50); locate and transmit various documents requested by J. O'Quinn (2.80); review Grace historical database for documents relevant to appeal (.80); review CAG meeting minutes for issues relevant to appeal (1.80). | 6.90 | 862.50 |
| 03/11/04 | KJC | Review revised draft and email exchange re follow up to same (1.90). | 1.90 | 532.00 |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice | 664795 |
| No.: | 04339 |
| Client No.: | 00420 |
| Matter No.: | |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/11/04 | NKT | Review Libby CAG meeting minutes for issues relevant to appeal (3.00); locate and transmit requested documents to J. O'Quinn for appeal brief (2.60). | 5.60 | 700.00 |
| 03/12/04 | KJC | Draft joint motion for deadlines including telephone conference with J. Stahr re same (1.70). | 1.70 | 476.00 |
| 03/12/04 | NKT | Review CAG meeting minutes for issues relevant to appeal. | 3.00 | 375.00 |
| 03/15/04 | KJC | Review revised brief and comment re same (1.00); revise joint motion and declaration (.30); telephone conference with D. Kuchinsky re comments on revised brief (.70). | 2.00 | 560.00 |
| 03/15/04 | NKT | Review and compile complete set of documents cited in draft appeal brief for use by KJCoggon and Kirkland & Ellis team (2.50); review Libby CAG meeting minutes for issues relevant to appeal (3.60). | 6.10 | 762.50 |
| 03/16/04 | KJC | Email exchange and conferences with NKTognetti and team re documents to support brief (.70); revise and finalize motion to extend deadlines (.60). | 1.30 | 364.00 |
| 03/16/04 | NKT | Review Libby CAG meeting minutes for issues relevant to appeal (3.00); prepare and provide follow up reports to KJCoggon re same (.30); review and compile complete set of documents cited in draft appeal brief for review by KJCoggon and Kirkland & Ellis team (4.20). | 7.50 | 937.50 |
| 03/17/04 | NKT | Review and compile complete set of Grace appeal brief documents for review by KJCoggon and Kirkland & Ellis team (3.50). | 3.50 | 437.50 |
| 03/18/04 | NKT | Review work plans for issues relevant to appeal (.80); prepare documents to be reviewed by KJCoggon and Kirkland & Ellis team for appeal issues (.80). | 1.60 | 200.00 |
| 03/22/04 | KJC | Review appeal brief and follow up re evidence to support (2.50); travel to Washington D.C. for appeal brief meeting (2.00) (2.00 N/C) (50% NWT). | 4.50 | 1,260.00 |
| 03/23/04 | KJC | Prepare for and attend meetings with appellate counsel and client re brief (11.00). | 11.00 | 3,080.00 |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | |
|---|---|
| Page | 35 |
| Invoice | 664795 |
|       No.: | 04339 |
| Client   No.: | 00420 |
| Matter  No.: | |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/23/04 | NKT | Review historical documents for information requested for appeal brief (5.00); telephone conferences and email correspondence with KJCoggon re same (.50); review 9th Circuit Court rules re excerpts of record (1.10). | 6.60 | 825.00 |
| 03/24/04 | KJC | Return travel from Washington D.C. appeal brief meeting (2.50) (2.50 N/C) (50% NWT); draft follow up task list from meetings with counsel and client (.80). | 3.30 | 924.00 |
| 03/24/04 | NKT | Research WR Grace databases and other document sources for information requested by KJCoggon re appeal issues (4.30); continue to review Libby CAG meeting minutes (1.60). | 5.90 | 737.50 |
| 03/25/04 | KJC | Conferences with NKTognetti re excerpts of record to support brief (.80); address filing deadlines questions (.60); telephone conferences with W. Corcoran and A. Stringer re appeal brief (.40). | 1.80 | 504.00 |
| 03/25/04 | NKT | Research re appeal brief exhibits to determine date each exhibit was previously filed before the court. | 3.50 | 437.50 |
| 03/29/04 | KJC | Address issues re documents and facts to support brief (1.20). | 1.20 | 336.00 |
| 03/29/04 | NKT | Search for and prepare documents requested by J. O'Quinn for appeal purposes (4.20); research re appeal brief exhibits (.70). | 4.90 | 612.50 |
| 03/30/04 | KJC | Address issues re documents and facts to support brief (1.30). | 1.30 | 364.00 |
| 03/30/04 | NKT | Research re appeal brief exhibits for excerpts of record citation format (4.10); review and compile brief exhibits for appeal database (1.20); research re historical Libby health studies per KJCoggon (1.00). | 6.30 | 787.50 |
| 03/31/04 | KJC | Conference with NKTognetti re index of excerpts of record (.30); address issues re documents to support brief (.40). | 0.70 | 196.00 |
| 03/31/04 | NKT | Research re documents cited in appeal brief for excerpts of record citation format (4.30); continue to review and compile brief exhibits for WR Grace Appeal database (.80). | 5.10 | 637.50 |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 664795 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | **Total Fees Through March 31, 2004:** | **150.50** | **$  25,369.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 42.30 | $  11,844.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 108.20 | 13,525.00 |
| | | **Total Fees:** | | **150.50** | **$  25,369.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/01/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-607-43230; DATE: 3/1/2004 - Courier, Acct. 0802-0410-8. 02-24; Lisa Driscoll Missoula, Mt | $      14.92 |
| 03/02/04 | | Long Distance Telephone: 2028795087, 2 Mins., TranTime:11:5 | 0.20 |
| 03/02/04 | | Long Distance Telephone: 2028795087, 10 Mins., TranTime:13:45 | 1.00 |
| 03/02/04 | | Long Distance Telephone: 4105314203, 3 Mins., TranTime:14:27 | 0.30 |
| 03/02/04 | | Long Distance Telephone: 4065232543, 1 Mins., TranTime:14:51 | 0.10 |
| 03/02/04 | | Long Distance Telephone: 9018202023, 12 Mins., TranTime:14:53 | 1.20 |
| 03/03/04 | | Long Distance Telephone: 2028795213, 31 Mins., TranTime:10:59 | 3.10 |
| 03/03/04 | | Long Distance Telephone: 4065232543, 1 Mins., TranTime:13:6 | 0.10 |
| 03/03/04 | | Long Distance Telephone: 4065232543, 29 Mins., TranTime:13:24 | 2.90 |
| 03/03/04 | 269 | Photocopy | 40.35 |
| 03/03/04 | 384 | Photocopy | 57.60 |
| 03/04/04 | 145 | Photocopy | 21.75 |
| 03/09/04 | 1 | Lexis | 109.20 |
| 03/09/04 | | Long Distance Telephone: 4105314751, 13 Mins., TranTime:13:43 | 1.30 |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice | 664795 |
| No.: | 04339 |
| Client No.: | 00420 |
| Matter No.: | |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/09/04 | | Long Distance Telephone: 4105314000, 1 Mins., TranTime:13:57 | 0.10 |
| 03/09/04 | 364 | Photocopy | 54.60 |
| 03/09/04 | 1,587 | Photocopy | 238.05 |
| 03/10/04 | | Long Distance Telephone: 4065232500, 2 Mins., TranTime:10:54 | 0.20 |
| 03/10/04 | 1 | Outside Courier | 6.50 |
| 03/11/04 | | Long Distance Telephone: 2028795087, 9 Mins., TranTime:15:10 | 0.90 |
| 03/11/04 | | Long Distance Telephone: 2028795213, 8 Mins., TranTime:15:24 | 0.80 |
| 03/11/04 | | Long Distance Telephone: 2025142855, 2 Mins., TranTime:15:36 | 0.20 |
| 03/11/04 | | Travel Expense: VENDOR: Majest International; INVOICE#: 24970; DATE: 3/11/2004 - Air fare for Katheryn J. Coggon from Denver to Wash/Dulles to Denver 03/22-03/24/04 (Appeal Brief Meeting) | 295.00 |
| 03/12/04 | | Long Distance Telephone: 2025142855, 5 Mins., TranTime:12:53 | 0.50 |
| 03/12/04 | | Travel Expense: VENDOR: Majest International; INVOICE#: 24992; DATE: 3/12/2004 - Air fare for Katheryn J. Coggon from Denver to Wash/Dulles to Denver 03/22-03/24/04 (Appeal Brief Meeting) | 100.00 |
| 03/15/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-654-58214; DATE: 3/15/2004 - Courier, Acct. 0802-0410-8. 03-03; John O'Quinn Washington, DC | 31.01 |
| 03/15/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-654-58214; DATE: 3/15/2004 - Courier, Acct. 0802-0410-8. 03-04; John O'Quinn Washington, DC | 17.17 |
| 03/15/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-654-58214; DATE: 3/15/2004 - Courier, Acct. 0802-0410-8. 03-09; John O'Quinn Washington, DC | 20.77 |
| 03/16/04 | 24 | Photocopy | 3.60 |
| 03/16/04 | 12 | Photocopy | 1.80 |
| 03/17/04 | | Outside Courier: VENDOR: Western Messenger Service, Inc.; INVOICE#: 850231; DATE: 3/17/2004 - Courier Acct. #35477 From HRO SFO to 9th Circuit Court of Appeals 03/17/04 | 14.30 |
| 03/19/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-655-19775; DATE: 3/19/2004 - Courier, Acct. 0802-0410-8. 03-16; Anikka Green San Francisco, Ca | 9.99 |
| 03/19/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-655-19775; DATE: 3/19/2004 - Courier, Acct. 0802-0410-8. 03-10; David Siegel Columbia, Md | 89.99 |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice | 664795 |
| No.: | 04339 |
| Client No.: | 00420 |
| Matter No.: | |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/19/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-655-19775; DATE: 3/19/2004 - Courier, Acct. 0802-0410-8. 03-10; Robert Emmett Columbia, Md | 89.99 |
| 03/19/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-655-19775; DATE: 3/19/2004 - Courier, Acct. 0802-0410-8. 03-10; Dori Anne Kuchinsky - Leesburg, Va | 89.99 |
| 03/22/04 | 23 | Photocopy | 3.45 |
| 03/23/04 | | Long Distance Telephone: 2028795186, 2 Mins., TranTime:9:11 | 0.20 |
| 03/23/04 | | Long Distance Telephone: 2028795186, 1 Mins., TranTime:10:50 | 0.10 |
| 03/24/04 | | Other Meal Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 041204; DATE: 4/12/2004 - 3/22-24/04; Washington, D.C.; Meeting with appeals team in Kirkland & Ellis office/ Meals (3/22/04 - $46.74 dinner for one person; 3/23/04 - $23.80 breakfast for one person; 3/24/04 - $24.97 breakfast for one person). | 95.51 |
| 03/24/04 | | Parking: VENDOR: Coggon, Katheryn J; INVOICE#: 041204; DATE: 4/12/2004 - 3/22-24/04; Washington, D.C.; Meeting with appeals team in Kirkland & Ellis office/ Parking (Denver International Airport). | 30.00 |
| 03/24/04 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 041204; DATE: 4/12/2004 - 3/22-24/04; Washington, D.C.; Meeting with appeals team in Kirkland & Ellis office/ Hotel (one person, two nights at $262.21 per night). | 529.42 |
| 03/24/04 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 041204; DATE: 4/12/2004 - 3/22-24/04; Washington, D.C.; Meeting with appeals team in Kirkland & Ellis office/ Taxis (3/22/04 - $55.00 Dulles airport to hotel; 3/24/04 - $55.00 hotel to Dulles airport). | 110.00 |
| 03/24/04 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 041204; DATE: 4/12/2004 - 3/22-24/04; Washington, D.C.; Meeting with appeals team in Kirkland & Ellis office/ Mileage (40 miles roundtrip home to airport at $.37/per mile). | 14.80 |
| 03/25/04 | | Long Distance Telephone: 4155569760, 4 Mins., TranTime:12:30 | 0.40 |
| 03/25/04 | | Long Distance Telephone: 2028795087, 3 Mins., TranTime:13:4 | 0.30 |
| 03/29/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-655-79213; DATE: 3/29/2004 - Courier, Acct. 0802-0410-8. 03-19; John O'Quinn Washington, DC | 67.48 |
| 03/30/04 | | Long Distance Telephone: 6174983826, 3 Mins., TranTime:14:13 | 0.20 |

Holme Roberts & Owen LLP

April 19, 2004

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice | 664795 |
| No.: | 04339 |
| Client  No.: | 00420 |
| Matter  No.: | |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| | | **Total Disbursements:** | **$    2,171.34** |

### Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 30.00 |
| Photocopy | | 421.20 |
| Long Distance Telephone | | 14.10 |
| Outside Courier | | 20.80 |
| Travel Expense | | 1,049.22 |
| Federal Express | | 431.31 |
| Lexis | | 109.20 |
| Other Meal Expense | | 95.51 |
| **Total Disbursements:** | **$** | **2,171.34** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 641124 | 08/18/03 | Bill | 21,356.50 |
| | 11/03/03 | Cash Receipt | -17,085.20 |
| | *Outstanding Balance on Invoice 641124:* | | *$   4,271.30* |
| | | | |
| 644977 | 09/25/03 | Bill | 28,438.91 |
| | 12/09/03 | Cash Receipt | -22,930.11 |
| | *Outstanding Balance on Invoice 644977:* | | *$   5,508.80* |
| | | | |
| 646528 | 10/15/03 | Bill | 39,193.49 |
| | 04/14/04 | Cash Receipt | -31,476.09 |
| | *Outstanding Balance on Invoice 646528:* | | *$   7,717.40* |