**Attachment B To Fee Application**
**Summary of PwC's Fees By Professional**
**April 2004**

**Professional Profiles**
**WR Grace Time Tracking-Audit**
**For the Month Ended April 30, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 802 | 2.0 | 1,604 |
| William Bishop | Audit Partner | 27 | 802 | 11.6 | 9,303 |
| Todd Hutcherson | Audit Senior Manager | 11 | 615 | 33.5 | 20,603 |
| Sandra David | Audit Manager | 6 | 526 | 5.0 | 2,630 |
| Jean Qi | Audit Senior Associate | 5 | 377 | 12.5 | 4,713 |
| Will Choi | Audit Manager | 6 | 526 | 62.5 | 32,875 |
| Maureen Driscoll | SPA Senior Associate | 5 | 449 | 2.2 | 988 |
| Nina Govic | Audit Senior Associate | 3 | 369 | 59.9 | 22,103 |
| Aimee Stickley | Audit Associate | 2 | 292 | 109.0 | 31,828 |
| Nicholas Stromann | Audit Associate | <1 | 213 | 94.1 | 20,043 |
| Lauren Misler | Audit Associate | <1 | 213 | 36.3 | 7,732 |
| Scott Tremble | Audit Associate | 1 | 197 | 3.0 | 591 |
| | | | **TOTAL** | **431.6** | **$ 155,012** |

| | |
|---|---|
| Total at Standard Rate | $ 155,012.30 |
| 55 % Accrual Rate Adjustment | $ (85,256.77) |
| Total at 45% Accrual Rate | $ 69,755.54 |
| Total Hours | 431.6 |

**Professional Profiles**
**WR Grace Time Tracking-Sarbanes-Oxley**
**For the Month Ended April 30, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Bill Bishop | Audit Partner | 20+ | 802 | 2.8 | 2,246 |
| Hermann Schutte | Audit Manager | 5+ | 526 | 116.2 | 61,121 |
| William Choi | Audit Manager | 5 | 526 | 7.0 | 3,682 |
| Maureen Driscoll | SPA Senior Associate | 5 | 449 | 1.0 | 449 |
| John Newstead | SPA Senior Manager | 10+ | 659 | 4.8 | 3,163 |
| Nina Govic | Audit Senior Associate | 4 | 369 | 33.8 | 12,472 |
| | | | **TOTAL** | **165.6** | **$ 83,133** |

| | |
|---|---|
| Total at Standard Rate | $ 83,133.20 |
| 35 % Accrual Rate Adjustment | $ (29,096.62) |
| Total at 65% Accrual Rate | $ 54,036.58 |
| Total Hours | 165.6 |
| | |
| Total of all Time Incurred | $ 123,792.12 |
| Total of all Hours Incurred | 597.2 |

{MCM9262.DOC}

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file)**

| | |
|---|---:|
| Total Cost of Time Tracking | $ 7,554.00 |
| Less 55% rate reduction | ($4,154.70) |
| Total Cost of Tracking Time Billed to Grace at 45% rates | $ 3,399.30 |
| Total Hours Spent Tracking Time | 23.6 |

## Summary of PwC's Fees By Project Category:
## April 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **23.6** | **$3,399.30** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |

{MCM9262.DOC}

| | | |
|---|---|---|
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **597.2** | **$123,792.12** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **620.8** | **$127,191.42** |

## Expense Summary
## April 2004

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$2,300.75** |
| **Lodging** | **N/A** | |
| **Sundry** | **N/A** | |
| **Business Meals** | **N/A** | 202.70 |
| **TOTAL:** | | **$2,503.75** |

{MCM9262.DOC}