**EXHIBIT B**

**WR Grace Expense Reconciliation**
**For the Month Ended April 30, 2004**

| Name | Audit | Sarbanes 404 | |
|---|---:|---:|---:|
| Sandra David | 4.50 | - | |
| Jean Qi | 30.00 | - | |
| William Choi | 384.97 | - | |
| Nina Govic | 536.07 | - | |
| Todd Hutcherson | 128.00 | - | |
| Lauren Misler | 135.00 | - | |
| Aimee Stickley | 527.25 | - | |
| Nicholas Stromann | 210.00 | - | |
| Hermann Schutte | - | 543.16 | |
| **Totals** | **$ 1,955.79** | **$ 543.16** | **$ 2,498.95** |

| Date | Title | Expenses | Description |
|---|---|---|---|
| **CONSOLIDATED AUDIT-EXPENSE DETAIL** | | | |
| **For the Month Ended April 30, 2004** | | | |

**Nina Govic**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 04/06/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| 04/07/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| 04/08/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| 04/09/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| 04/12/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| 04/13/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| 04/14/2004 | Audit Senior Associate | $ 16.13 | Mileage to WR Grace in the morning (47-4 miles *$.375/mile) |
| 04/15/2004 | Audit Senior Associate | $ 20.63 | Mileage from WR Grace to PEC at noon (55 miles *$.375/mile) |
| 04/16/2004 | Audit Senior Associate | $ 39.38 | Mileage in excess of normal commute (112-7 miles *$.375/mile) |
| 04/19/2004 | Audit Senior Associate | $ 39.38 | Mileage in excess of normal commute (112-7 miles *$.375/mile) |
| 04/20/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| 04/21/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| 04/22/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| 04/23/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| 04/28/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| 04/29/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| 04/30/2004 | Audit Senior Associate | $ 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | | **$ 536.07** | |

**Aimee Stickley**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 04/05/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/06/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/07/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/08/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/09/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/12/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/13/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/14/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/15/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/16/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/19/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/20/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/21/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/22/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/23/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/26/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/27/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/28/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| 04/29/2004 | Audit Associate | $ 27.75 | Mileage in excess of normal commute (86-12 miles * $.375/mile) |
| | | **$ 527.25** | |

**Nicholas Stromann**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 04/07/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/08/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/09/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/12/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/13/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/14/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/15/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/16/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/19/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/20/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/26/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/27/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/28/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/29/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| 04/30/2004 | Audit Associate | $ 14.00 | Mileage in excess of normal commute (48 miles *$.375/mile)-$4 Metro Fare |
| | | **$ 210.00** | |

**William Choi**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 4/1/2004 | Audit Manager | $ 28.13 | (75 miles in excess of normal) x 37.5 office to client and back |
| 4/15/2004 | Audit Manager | $ 28.13 | (75 miles in excess of normal) x 37.5 office to client and back |
| 4/14/2004 | Audit Manager | $ 28.13 | (75 miles in excess of normal) x 37.5 office to client and back |
| 4/13/2004 | Audit Manager | $ 28.13 | (75 miles in excess of normal) x 37.5 office to client and back |
| 4/6/2004 | Audit Manager | $ 28.13 | (75 miles in excess of normal) x 37.5 office to client and back |
| 4/7/2004 | Audit Manager | $ 28.13 | (75 miles in excess of normal) x 37.5 office to client and back |
| 4/16/2004 | Audit Manager | $ 28.13 | (75 miles in excess of normal) x 37.5 office to client and back |
| 4/21/2004 | Audit Manager | $ 28.13 | (75 miles in excess of normal) x 37.5 office to client and back |
| 4/27/2004 | Audit Manager | $ 28.13 | (75 miles in excess of normal) x 37.5 office to client and back |
| 4/28/2004 | Audit Manager | $ 28.13 | (75 miles in excess of normal) x 37.5 office to client and back |
| 4/28/2004 | Audit Manager | $ 103.67 | Engagement team meal to discuss first quarter issues and status including open items (Govic, Schutte, Stickley, Stronma |
| | | **$ 384.97** | |

**Lauren Misler**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 04/12/2004 | Audit Associate | $ 22.50 | Personal Car mileage in excess of daily commute (85-25)*.375 = 22.50 |
| 04/13/2004 | Audit Associate | $ 22.50 | Personal Car mileage in excess of daily commute (85-25)*.375 = 22.50 |
| 04/14/2004 | Audit Associate | $ 22.50 | Personal Car mileage in excess of daily commute (85-25)*.375 = 22.50 |
| 04/15/2004 | Audit Associate | $ 22.50 | Personal Car mileage in excess of daily commute (85-25)*.375 = 22.50 |
| 04/16/2004 | Audit Associate | $ 22.50 | Personal Car mileage in excess of daily commute (85-25)*.375 = 22.50 |
| 04/19/2004 | Audit Associate | $ 22.50 | Personal Car mileage in excess of daily commute (85-25)*.375 = 22.50 |
| | | **$ 135.00** | |

**Sandra David**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 04/13/2004 | Audit Manager | $ 4.50 | Personal Car mileage in excess of daily commute (12)*.375 |
| 04/16/2004 | Audit Manager | $ 4.50 | Personal Car mileage in excess of daily commute (12)*.375 |
| | | **$ 9.00** | |

**Sarbanes Oxley Related Expenses**

| | | | | |
|---|---|---|---|---|
| **Herman Schutte** | 04/01/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/05/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/06/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/07/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/08/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/09/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/13/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/14/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/15/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/16/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/19/2004 | Audit Manager | 90.28 | Working lunch - W. Choi, A. Stickley, L. Misler, N. Stromann |
| | 04/19/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/20/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/26/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/27/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/28/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/29/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |
| | 04/30/2004 | Audit Manager | 26.64 | Personal Car mileage in excess of daily commute (2*(38-2))*.375 |

$ 543.16

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended April 30, 2004**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Lauren Misler | 04/12/2004 | $ 22.50 | | | | Mileage in Excess of Daily Commute |
| Lauren Misler | 04/13/2004 | $ 22.50 | | | | Mileage in Excess of Daily Commute |
| Lauren Misler | 04/14/2004 | $ 22.50 | | | | Mileage in Excess of Daily Commute |
| Lauren Misler | 04/15/2004 | $ 22.50 | | | | Mileage in Excess of Daily Commute |
| Lauren Misler | 04/16/2004 | $ 22.50 | | | | Mileage in Excess of Daily Commute |
| Lauren Misler | 04/19/2004 | $ 22.50 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/06/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/07/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/08/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/09/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/12/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/13/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/14/2004 | $ 16.13 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/15/2004 | $ 20.63 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/16/2004 | $ 39.38 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/19/2004 | $ 39.38 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/20/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/21/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/22/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/23/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/28/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/29/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Nina Govic | 04/30/2004 | $ 32.35 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/05/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/06/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/07/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/08/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/09/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/12/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/13/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/14/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/15/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/16/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/19/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/20/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/21/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/22/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/23/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/26/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/27/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/28/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Aimee Stickley | 04/29/2004 | $ 27.75 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/07/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/08/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/09/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/12/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/13/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/14/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/15/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/16/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/19/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/20/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/26/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/27/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/28/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/29/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| Nicholas Stromann | 04/30/2004 | $ 14.00 | | | | Mileage in Excess of Daily Commute |
| William Choi | 4/1/2004 | $ 28.13 | | | | Mileage in Excess of Daily Commute |
| William Choi | 4/15/2004 | $ 28.13 | | | | Mileage in Excess of Daily Commute |
| William Choi | 4/14/2004 | $ 28.13 | | | | Mileage in Excess of Daily Commute |
| William Choi | 4/13/2004 | $ 28.13 | | | | Mileage in Excess of Daily Commute |
| William Choi | 4/6/2004 | $ 28.13 | | | | Mileage in Excess of Daily Commute |
| William Choi | 4/7/2004 | $ 28.13 | | | | Mileage in Excess of Daily Commute |
| William Choi | 4/16/2004 | $ 28.13 | | | | Mileage in Excess of Daily Commute |
| William Choi | 4/21/2004 | $ 28.13 | | | | Mileage in Excess of Daily Commute |
| William Choi | 4/27/2004 | $ 28.13 | | | | Mileage in Excess of Daily Commute |
| William Choi | 4/28/2004 | $ 28.13 | | | | Mileage in Excess of Daily Commute |
| William Choi | 4/28/2004 | | | | $ 103.67 | Working Lunch |
| Sandra David | 04/13/2004 | $ 4.50 | | | | Mileage in Excess of Daily Commute |
| Sandra David | 04/16/2004 | $ 4.50 | | | | Mileage in Excess of Daily Commute |
| Herman Schutte | 04/01/2004 | 26.64 | | | | Mileage in Excess of Daily Commute |
| Herman Schutte | 04/05/2004 | 26.64 | | | | Mileage in Excess of Daily Commute |
| Herman Schutte | 04/06/2004 | 26.64 | | | | Mileage in Excess of Daily Commute |
| Herman Schutte | 04/07/2004 | 26.64 | | | | Mileage in Excess of Daily Commute |
| Herman Schutte | 04/08/2004 | 26.64 | | | | Mileage in Excess of Daily Commute |
| Herman Schutte | 04/09/2004 | 26.64 | | | | Mileage in Excess of Daily Commute |
| Herman Schutte | 04/13/2004 | 26.64 | | | | Mileage in Excess of Daily Commute |
| Herman Schutte | 04/14/2004 | 26.64 | | | | Mileage in Excess of Daily Commute |

| Name | Date | Amount | Business Meals | Description |
|---|---|---|---|---|
| **Herman Schutte** | 04/15/2004 | 26.64 | | Mileage in Excess of Daily Commute |
| **Herman Schutte** | 04/16/2004 | 26.64 | | Mileage in Excess of Daily Commute |
| **Herman Schutte** | 04/19/2004 | | 90.28 | Working Lunch |
| **Herman Schutte** | 04/19/2004 | 26.64 | | Mileage in Excess of Daily Commute |
| **Herman Schutte** | 04/20/2004 | 26.64 | | Mileage in Excess of Daily Commute |
| **Herman Schutte** | 04/26/2004 | 26.64 | | Mileage in Excess of Daily Commute |
| **Herman Schutte** | 04/27/2004 | 26.64 | | Mileage in Excess of Daily Commute |
| **Herman Schutte** | 04/28/2004 | 26.64 | | Mileage in Excess of Daily Commute |
| **Herman Schutte** | 04/29/2004 | 26.64 | | Mileage in Excess of Daily Commute |
| **Herman Schutte** | 04/30/2004 | 26.64 | | Mileage in Excess of Daily Commute |

| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
|---|---|---|---|---|---|
| | $ 2,345.45 | $ 2,151.50 | $ - | $ - | $ 193.95 |