## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that one copy of the attached Certification of Counsel Regarding Order Granting Renewed Motion of Timothy Kane for Relief from the Automatic Stay was served this 8th day of June, 2004, upon the following individuals in the manner designated below:

David M. Bernick, Esquire
James H. M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Christopher J. Lane, Esquire
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL 60601
**(By First Class Mail, Postage Prepaid)**

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young & Jones
919 N. Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
**(By Hand Delivery)**

William Kevin Harrington, Esquire
Michael Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
**(By First Class Mail, Postage Prepaid)**

Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
**(By First Class Mail, Postage Prepaid)**

                                                 **/s/ Thomas C. Martin**
                                                 Thomas C. Martin, Esquire