IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE                             :    CHAPTER 11
W.R. GRACE, ET AL                 :
        Debtors.            :
                            :    CASE NO. 01-1139
                            :

## MEMORANDUM AND ORDER

BUCKWALTER, S.J.                                               June 8, 2004

      By Order of the Honorable Anthony J. Scirica, Chief Judge Of The United States Court Of Appeals For The Third Circuit dated May 27, 2004, the undersigned was designated and assigned to sit on the United States District Court For The District Of Delaware in the above matter which was previously assigned to the Honorable Alfred M. Wolin, Senior District Judge For The District Of New Jersey, for such time as may be required to complete the business of In Re: W. R. Grace.

      To that end, it is necessary that I be informed of the status of the litigation. The filing of a status report, by those named in the order which follows, will aid in that regard.

      The status report may consist of the following:

      I.     Background, describing briefly and in general terms, the events leading up to the initial filing by Debtors on April 2, 2001.

II. <u>Status</u>, describing briefly what Chapter 11 steps have been accomplished and which have not, including datelines, if any, to complete the resolution of this case as contemplated by Chapter 11.

III. <u>Major unresolved issues</u>, describing briefly the issue and the position of the party regarding that issue.

IV. <u>Suggested strategy to facilitate completion of these proceedings</u> describing briefly impediments to completion and means to overcome them.

V. <u>Any other brief comments on the status of the litigation</u> describing matters not covered under I-IV above.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| W.R. GRACE, ET AL | : | |
| Debtors. | : | |
| | : | CASE NO. 01-1139 |
| | : | |

## ORDER

AND NOW, this 8th day of June, 2004, it is Ordered that the Debtor, Asbestos PI Creditors Committee, Asbestos Property Damage Committee, Official Committee of Unsecured Creditors, Official Committee of Equity Holders, Zonolite Attic Insulation Claimants and Libby Claimants submit a status report to the court on or before June 21, 2004.

IT IS FURTHER directed that any other party in interest may (but is not required to) file a status report if it so desires, following the format set forth in this Memorandum. The status report should not exceed 30 pages.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.