## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., ET AL., | ) | |
| | ) | Case No. 01-01139(JKF) |
| Debtor | ) | |
| | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF ALL NOTICES AND DOCUMENTS

**Please take notice that** Spaulding and Slye Construction Limited Partnership (hereinafter "Spaulding & Slye") hereby enters its appearance by and through its counsel,

Peter B. McGlynn, Esquire
Bernkopf Goodman LLP,
125 Summer Street, Suite 1300
Boston Massachusetts 02110
pmcglynn@bg-llp.com

pursuant to 11 U.S.C. §1109 and Bankruptcy Rules 2002, 9007, and 9010 (b). The undersigned hereby requests that they be served with copies of all notices, papers and orders required to be given or served in accordance with Bankruptcy Rule 2002 and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegram, telex or otherwise, which effects the above-captioned Debtor or the property of the Debtor file by any party in the above referenced case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of Spaulding & Slye's rights (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Spaulding & Slye is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Spaulding & Slye expressly reserves.

Dated: June 3, 2004

SPAULDING AND SLYE CONSTRUCTION
LIMITED PARTNERSHIP,
By its attorney,

PETER B. MCGLYNN
BERNKOPF, GOODMAN LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone: (617) 790-3000
Facsimile:  (617) 790-3300

#291150 v1/37053/2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Bruce D. Levin, hereby certify that on this **3rd day of June 2004**, I caused to be served a true copy of the **NOTICES OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS of PETER B. MCGLYNN AND BRUCE LEVIN** via first class mail, postage pre-paid, upon the following:

Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Kirkland & Ellis
Attn: Rachel R. Schulman
200 East Randolph Drive, Suite 6500
Chicago, Ill 60601

Pachulski, Stang, Ziehl et al.
Attn: David W. Carickhoff, Jr.
919 N. Market Str., 16th Floor
PO Box 8705
Wilmington, DE 19899-8705
(courier 19801)

AND UPON THE ATTACHED SERVICE LIST

Bruce D. Levin

David W. Carickhoff, Jr.
Laura Davis Jones
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899

**Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein; Casner & Edwards LLP; Deloitte Touche LLP; Protiviti, Inc.; Bankruptcy Management Corporation; Nelson Mullins Riley & Scarborough LLP; Blackstone Group L.P.; Wallace King Marraro & Branson; Watchtell, Lipton, Rosen & Katz**

James H. M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

**Frank J. Perch III**
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
usa
302-573-6491
*U.S. Trustee*

**Scotta Edelen McFarland**
Pachulski Stang Ziehl Young & Jones PC
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067

Pitney Hardin Kipp & Szuch LLP
Park Avenue at Morris County
P.O. Box 1945
Morristown, NJ 07962-1945

Derrick Tay, Esq.
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
Toronto, Ontario
CANADA M5H 3T4
**Canadian Counsel to Debtor**

David B. Siegel
W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD 21044

**William E. Chipman Jr., Jr.**
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Suite 1540
Wilmington, DE 19801

Adam G. Landis, Esq.
Teresa K.D. Currier, Esq.
Rhonda L. Thomas, Esq.
Eric Lopez, Schnabel, Esq.
James H. Joseph, Esq.
Klett Rooney Lieber & Schorling
1000 West St., Suite 1410
Wilmington, DE 19801
**Official Committee of Equity Holders**
**Wachovia Bank, N.A.**

**Official Committee of Equity Security Holders**
Rosenthal, Monhait, Gross & Goddess, P.A
1401 Mellon Bank Center
Wilmington, DE 19801

Stephanie Ann Fox, Esq.
Steven K. Kortanek, Esq.
Joanne Bianco Wills, Esq.
Jennifer Lee Scoliard, Esq.
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801
**Libby Mine Claimants**

**Willkie Farr & Gallagher**
787 Seventh Avenue
New York, NY 10019

William K. Harrington, Esq.
Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Christopher Martin Winter, Esq.
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Thomas Moers Mayer, Esq.
919 Third Avenue
New York, NY 10022
**Official Committee of Equity Holders**

Kathleen P. Makowski, Esq.
J. Kate Stickles, Esq.
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
**Official Committee of Equity Holders**

Frank J. Perch
**United States Trustee for Region 3**
844 King Street
Suite 2313, Lockbox 35
Wilmington, DE 19801

Richard Allen Keuler, Jr., Esq.
Kimberly Ellen Connolly Lawson, Esq.
Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
**Special Asbestos Products Liability Defense C**

Laurie Selber Silverstein, Esq.
Monica Leigh Loftin, Esq.
Rosalie L. Spelman, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

Peter M. Acton, Jr., Esq.
Thomas O. Bean, Esq.
Nutter, McClenned & Fish LLP
155 Seaport Blvd.
Boston, MA 02210
**Town of Acton, Massachusetts**

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899
**Bank of America, N.A.**

David G. Aelvoet, Esq.
Linebarger Goggan Blair & Sampson LLP
711 Navarro, Suite 300
San Antonio, TX 78205
**City of El Paso, TX**


Lance C. Arney

**Lucy Fontenot**

David Baddley, Esq.
Brian K. Gart, Esq.
Greenberg Traurig, P.A.
515 Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301
**Mars Music**


Scott Baena
Bilzin Sumberg Dunn Baena Price & Alexrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

**Official Committee of Asbestos Property Damage
Claimants**

Scott Baldwin, Jr., Esq.
Baldwin & Baldwin L.L.P.
400 W. Houston Street
Marshall, TX 75670


Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

**Georgia Department of Natural Resources
Georgia Department of Revenue**

Neil Matthew Berger
Togut, Segal & Segal LLP
1 Penn Plaza, Suite 3335
New York, NY 10119
**Enron Energy Services**


**Enron Energy Services**
General Counsel
1400 Smith Street
EB 0889
Houston, TX 77002

Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato, Bifferato & Gentilotti
1308 Delaware Ave., P.O. BOX 2165
Wilmington, DE 19899-2165
**Royal Insurance Company
Royal Indemnity Company
Royal & Sun Alliance**

Barbara Billet
Deputy Commissioner and Counsel
Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

Peter Bilowz, Esq.
Daniel M. Glosband, PC
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
**State Street Global Advisors**

Charles J. Brown, Esq.
William David Sullivan, Esq.
Renee Doris Veney, Esq.
Elzufon Austin Reardon
    Tarlov & Mondell
300 Delaware Avenue
17th Floor
PO Box 1630
Wilmington, DE  19899

Katharine L. Mayer
McCarter & English
919 Market Street
Suite 1800
Wilmington, DE 19801

Michael G. Busenkell, Esq.
William H. Sudell, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
**Travelers Casualty and Surety Company**
**Travelers Indemnity Insurance Co.**
**Chevron USA, Inc.**

Noel C. Burnham, Esq.
Montgomery McCracken
    Walker & Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
**Novak Landfill RD/RA Group (other than W**

Bill Butler

**Northeast, Minneapolis**

William B. Butler

**Biersdorf & Associates, P.A.**

Lindsey W. Cooper, Jr.
U.S Dept. of Justice, Tax Division
Civil Trial Section, Eastern Region
P.O. BOX 227
Ben Franklin Station
Washington, DC  20044

James Freeman, Esq.
Jerel L. Ellington, Esq.
U.S. Department of Justice/ENRD/EES
999 18th Street, Suite 945NT
Denver, CO 80202

Mark T. Hurford, Esq,
Aileen F. Maguire, Esq.
Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

John W. Havins, Esq.
Burt, Barr, Havins & O'Dea, LLP
1001 McKinney, Suite 500
Houston, TX 77002
**Occidental Permian, Ltd.**

David E. Cherry, Esq.
Campbell, Cherry, Harrison,
    Davis & Dove, P.C.
5 Ritchie Road
P.O. Drawer 21387
Waco, TX 76702-1387

Marvin E. Clements, Jr.

**TN Dept of Labor & Workforce Development
Unemployment**

Lisa L. Coggins, Esq.
Rick S. Miller, Esq.
Theodore J. Tacconelli, Esq.
Ferry, Joseph, Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801
**Official Committee of Asbestos Property Damage Claimants
Bilzin Sumberg Baena Price & Axelrod LLP
W.D. Hilton, Jr.**

Elaine Z. Cole
Deputy Commissioner & Counsel
Dept. of Taxation & Finance
340 E. Main St.
Rochester, NY 14604
**New York State Department Of Taxation & Fi**

L. Jason Cornell, Esq.
Thomas Charles Martin, Esq.
Yessenia Rodriguez & Carlos Nieves
Fox Rothschild LLP
919 N. Broom Street, Suite 1300
Wilmington, DE 19899-2323
**Yessenia Rodriguez & Carlos Nieves**

Neil Levistky, Esq.
Timothy Kane, Esq.
Agostini Levitsky Isaacs & Kulesza
824 N. Market Street, Suite 810
P.O. Box 2323
Wilmington, DE 19899-2323
**BMW Constructors, Inc.**

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704-0487

Richard Craig
Office Of The Attorney General
Collection Division - Bankruptcy Section
P.O. Box 12548
Austin, TX 78711-2548
**Texas Comptroller Of Public Accounts**

Humphrey, Farrington, McClain & Edgar, P.C.

Kerr-McGee Corporation

Tobey M. Daluz, Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
**Summit Ventures, LLC**

James G. Damon

**David T. Beauchamp**

Michael S Davis, Esq.
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022
**National Union Fire Insurance Co.**

Steven T. Davis, Esq.
Obermayer Rebmann Maxwell
   & Hippel LLP
716 Tatnall Street
Wilmington, DE 19899
**Unofficial Committee of Select Asbestos Claim**

John D. Demmy, Esq.
Stevens & Lee, P.C.
300 Delaware Ave, Suite 800
Wilmington, DE 19801
**First Union Commercial Corporation**
**Kent Holding, LLC**

John S. Dempster

**NAI Collins, Sharp & Koella, Inc.**

Stephen Donato, Esq.
Douglas Zamelis, Esq.
1500 MONY Tower I
PO Box 4976
Syracuse, NY 13221-4976
**Weedsport Associates, LLC**
**Crossroads Industrial Park, Inc.**

Robert T. Aulgur, Jr., Esq.
Kristi J. Doughty, Esq.
Whittington & Aulgur
313 N. Dupont Hwy, Suite 110
Odessa, DE 19730
**Toyota Motor Credit Corporation**

19001 South Western Avenue
Torrance, CA 90501-1106

Gary, Themasson, Hall & Marks, P.C.
210 S. Carancahua, Suite 500
Corpus Christi, TX 78401
**Corpus Christi Gasket & Fastener, Inc.**

William A. Dreier

**Norris McLaughlin & Marcus**

Robert L. Eisenbach, III, Esq.
Cooley Godward LLP
One Maritime Plaza, 20th Floor
San Francisco, CA 94111-3580
**Siebel Systems, Inc.**

William W. Erhart, Esq.
William W. Erhart, P.A.
800 King Street, Suite 302
PO Box 234
Wilmington, DE 19899-0234
**Wesconn Co., Inc.**

Brett Fallon, Esq.
Carl N. Kunz, III, Esq.
Christina Maycen Thompson
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
**Caterpillar Financial Services Corporation**
**DK Acquistion Partners, L.P.**
**Holme Roberts & Owen LLP**

Sherry Ruggiero Fallon, Esq.
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
**Home Savings Termite Control, Inc. and Wayne-Morris**

W. Wallace Finlator, Jr.
N.C. Department Of Justice
114 W. Edenton Street
PO Box 629
Raleigh, NC 27602-0629
**Superfund Section Of Division Of Waste Mana**
**N. Carolina Dept. Of Environment & Natural l**

John V. Fiorella, Esq.
Archer & Greiner
1300 Market Street, Suite 700
Wilmington, DE 19801
**NL Industries, Inc.**

John K. Fiorilla, Esq.
390 George Street
PO Box 1185
New Brunswick, NJ 08903
**The Burlington Northern and Santa Fe Railwa**
**Company**

Don C. Fletcher, Esq.
The Cavanagh Firm, P.A.
1850 N. Central Ave., Suite 2400
Phoenix, AZ 85004
**Westcor**

Ann Kinsella
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128

**Hartford Accident and Indemnity Company, et al.**
Hartford Plaza
Hartford, CT 06115

Frederick P. Furth, Esq.
Ben Furth, Esq.
201 Sansome Street
Suite 1000
San Francisco, CA 94104
**William Pat Harris**
**The Furth Firm**

Kelley B Gelb, Esq.
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL 33316
**Allen S. Wood, Bob Garner,Doris Garner, Duncan L King,**
**Joan E. Chmieleski, Judith K Crisp, Kim King**
**Leatrice Wood, Raymond S. Chmieleski, Janie Morgan**

Mark C Goldenberg
Goldenberg, Miller, Heller & Antognoli, P.C.

Robert Gold
Dublind Partners
One South Shore Drive
Greenwich, CT 06830
**Portia Partners, LLC**

Steven R. Schlesinger, Esq.
Lisa M. Golden, Esq.
Jaspan Schlesinger Hoffman
300 Garden City Plaza
Garden City, NY 11530
**Jay Peak LLC**

Peter S. Goodman, Esq.
Andrews & Kurth L.L.P.
450 Lexington Avenue
New York, NY 10017
**Weatherford US, Inc.**
**Weatherford International, Inc.**

Douglas Gordon, Esq.
607 Market Street, Suite 103
Knoxville, TN 37902
**City of Knoxville**

Chambliss, Bahner & Stophel, PC
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552
**Lawson Electric Co., Inc.**

Joseph Grey, Esq.
Stevens & Lee
300 Delaware Ave, 8th Fl
Suite 800
Wilmington, DE 19801
**American Real Estate Holdings, Limited Partr**

David R. Gross, Esq.
Saiber Schesinger Satz Goldstein, LLC

Kevin Gross, Esq.
Rosenthal Monhait Gross & Goddess
1401 Mellon Bank Center
Wilmington, DE 19899
**Continental Casualty Company**

Jarrett L. Hale, Esq.
The Bleakley Law Firm
101 E. Kennedy Boulevard, Suite 1100
Tampa, FL 33602
**Richard Nozemack**

C. Judson Hamlin, Esq.
Purcell, Ries, Shannon, Mulcahy, & O'Neill
One Pluckemin Way, P.O. Box 754
Bedminster, NJ 07921

Brian L. Hansen, Esq.
1600 Atlanta Financial Center
3343 Peachtree Rd, N.E.
Atlanta, GA 30326
**Daleen Technologies, Inc.**

Jonathan C. Hantke, Esq.
Pamela H. Walters, Esq.
14910 Aldine-Westfied Road
Houston, TX 77032
**Aldine Independent School District**

Megan Nancy Harper, Esq.
Landis Rath & Cobb
919 Market Street, Suite 600
Wilmington, DE 19801
**Royal Insurance Company**

Elizabeth V. Heller

**Jan Hunter**

Margaret A. Holland
Rachel Lehr
Tracy E. Richardson
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street, PO Box 106
Trenton, NJ 08626-0106
**New Jersey Director, Division of Taxation**
**State of New Jersey Department of Environmental Protection**

Peter E. Hughes, Esq.
Dilworth Paxson LLP
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
**Angus Chemical Company**
**Dow Chemical Company**
**Hampshire Chemical Corp.**
**Union Carbide Corporation**

Carol A. Iancu
Office of the Attorney General, Mass.
200 Portland Street, Third Floor
Boston, MA 02114
**Massachusetts Department of Environmental Protection**

Allan H. Ickowitz, Esq.
Nossaman, Gunthner, Knox & Elliott, LLP
445 South Figueroa Stret, 31st Fl
Lost Angeles, CA 90071
**Hearthside Residential Corp.**

Edward L Jacobs
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070
**Grau James and Anna, Harry Grau & Sons, Inc.**

Bruce E. Jameson, Esq.
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801
**Abner Defendants**

Harvey N. Jones, Esq.
999 Westview Drive
Hastings, MN 55033
**James and Doris McMurchie**

Lawrence A Kalina, Esq.

**J.M. Foster, Inc.**

Christopher J. Kayser
U.S. Department of Justice, Tax Div
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
**United States Internal Revenue Service**

John E. Keefe, Sr

**Lynch Martin**

Jacob C. Cohn, Esq.
Cozen O'Connor
1201 North Market Street
Suite 1400
Wilmington, DE 19801
**Federal Insurance Company**

Adelman Lavine Gold & Levin
Four Penn Center, Suite 900
Philadelphia, PA 19103
**AON Consulting**


Philip Bentley, Esq.
Gary M. Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022-3852
**Official Committee of Equity Holders
The Baupost Group LLC**

**Courtney M. Labson**
1300 Wilson Boulevard
Suite 400
Arlington, VA 22209
**Ontario Mills Limited Partnership**


Nicholas J. LePore, III, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
**Louis S. Robles**

Tom L. Lewis, Esq.
Lewis & Slovak, P.C.
P.O. Box 2325
Great Falls, MT 59403


**Joseph Walter Lind**
Sierra Asset Management, LLC
2699 White Road, Suite 255
Irvine, CA 92614

Sonya M. Longo, Esq.
Budd Larner Rosenbaum Greenberg & Sade
150 JFK Parkway, CN 1000
Short Hills, NJ 07078-0999


Mary M. Maloney-Huss, Esq.
Todd Charles Schiltz, Esq.
Wolf, Block, Schorr & Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
**General Electric Company**

Edward L Manchur, Esq.
Stonchill Corporate Center

**John Sufnarowski Lindholm Edward M**

Francis A. Monaco Jr., Esq.
Kevin J Mangan, Esq.
Rachel B. Mersky, Esq.
Monzack and Monaco P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
**Honeywell International, Inc.**
**General Electric Capital Corporation**
**City of Cambridge, Massachusetts**
**Union Tank Car Company**
**State of Montana Department of Environmental Quality**

Kevin D. McDonald, Esq.
1221 McKinney, Suite 4550
Houston, TX 77010
**Asbestos Claimants**

Richard M. Meth, Esq.
Pitney, Hardin, Kipp & Szuch LLP
200 Campus Drive
Florham Park, NJ 07932
**Carteret Venture**

Todd C. Meyers, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta GA, 30 30309-4530
**Wachovia Bank National Association**

Kathleen M. Miller, Esq.
Selinda A. Melnik, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, P.O. Box 410
Wilmington, DE 19899
**PricewaterhouseCoopers LLP**
**Valeron Strength Films**
**Environmental Litigation Group, P.C.**
**Reaud, Morgan & Quinn, Inc.**

**Environmental Litigation Group, P.C.**
3529 7th Avenue
South Birmingham, AL 35222

**Reaud, Morgan & Quinn, Inc.**
801 Laurel Street
Beaumont, TX 77720

Afshin Miraly
Law Department -City Hall
93 Highland Avenue
Somerville, MA 02143
**City of Somerville, Massachusetts**

Christopher Momjian
Denise A. Kuhn
Office of the Attorney General
21 S 12th Street, 3rd Floor
Philadelphia, PA 19107
**Commonwealth of Pennsylvania, Department of Revenue**

Kerri K Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
**Carol Gerard; Alfred Pennock, et al.; and Billie al.**

77 Broadway, Suite 112
Buffalo, NY 14203-1670
**State of New York, Department of Taxation and Finance**

Jonathan L. Parshall, Esq.
Murphy, Spadaro & Landon
824 N. Market Street, Suite 700
Wilmington, DE 19899
**KPMG**
**Certain Underwriters at Lloyds, London and**
**London Market Companies**
**London Market Insurer**

William. W. Odom, Jr., Esq.
404 Waldron Street
Corinth, MS 38834
**John Robert Davis**

Melissa M. Olson

**Candida Bachiocchi**
**Fred Van Patten**
**John Errichetti**
**Thomas Tremblay**
**Richard Cooksey**
**Rocco Finello**

Ricardo Palacio, Esq
Christopher S. Sontchi, Esq.
Ashby & Geddes, P. A.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
**National Union Fire Insurance Co.**
**Offical Committee of Asbestos Personal Insjury**
**Claimants**

Anthony F Parise
Cornell Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853

Kirk A. Patrick, III, Esq.
Crawford Lewis
1600 Bank One Centre
P.O. Box 3656
Baton Rouge, LA 70821-3656
**International Maintenance Company, LLC, et,al**

Gerard G. Pecht , Esq.
Fulbright & Jaworski LLP
1301 McKinney
Suite 5100
Houston, TX 77010-3095
**Kaneb Pipe Line Operating Partnership, L.P. :**
**Support Terminal Services, Inc.**

Joel L. Perrell Jr., Esq.
Miles & Stockbridge P.C.
10 Light Street
Baltiimore, MD 21202
**Niro, Inc.**

Ted N. Pettit, Esq.
Case Bibelow & Lombardi
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813
**William B Dunbar**

John C. Phillips, Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Delaware Division Of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801


James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Lori Gruver Robertson, Esq.
Linebarger Goggan Blair Peña & Sampson, LLP
PO Box 17428
1949 South IH 35 (78741)
Austin, TX 78760
**Ben Bolt-Palito-Blanco ISD; Brownsville ISD;
County; Hidalgo County; Orange Grove, Oran
ISD; Premont ISD**


Charles L. Finke, Asst. General Counsel
Brad Q. Rogers, Esq.
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street NW, Suite 340
Washington, DC 20005-4026

Martha E. Romero, Esq.
Romero Law Firm
7743 South Painter Avenue, Suite E
Whittier, CA 90602
**County of San Diego California**


Frederick B. Rosner, Esq.
Jaspen Schlesinger Hoffman
1201 North Orange Street, Suite1001
Wilmington, DE 19801
**Honeywell International, Inc.
PD Claimants**

**Edythe Kellogg**
c/o Patrick Scanlon
P.O. Box 1298
Dover, DE 19901


Tara J. Schleicher

**Richards Packaging, Inc.**

Scott Andrew Shail, Esq.
Ira S. Greene, Esq.
Hogan & Hartson
555 Thirteenth St., N.W.
Washington, DC 20004
**Hartford Accident and Indemnity Company, et**

Maurie J. Shalhouc
Longacre Master Fund LTD
810 7th Avenue, 22nd Fl.
New York, NY 10019-5818

Andrea Sheehan
4411 North Central Expressway
Dallas, TX 75205
**Carrollton-Farmers Branch Independent Schc**

Andrew Shirley

**Avenue Capital Management**

Craig A. Slater
One HSBC Center, Suite 3550
Buffalo, NY 14203-2884

**GTE Operations Support, Inc.**

Warren Howard Smith, Esq.
Warren H. Smith & Associates, P. C.
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Richard B. Spector, Esq.
Mark M. Monachino, Esq.
Corbett & Steelman
18200 Von Karman Avenue, Suit 200
Irvine, CA 92612-1086
**W.C. Baker, EE Jaques, BH Miller, MR Fisher,
SR Ormsbee, M. Rea and the Fisher Trust**

Deborah E. Spivack, Esq.
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
**Chase Manhattan Bank**

James W. Stanley, Jr.

**Cook C.,Chumley J.,Drummond S., Forte S.,**

Arthur Stein
1401 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Robert F. Stewart, Jr., Esq.
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801
**Anne Marie P. Kelley**

Thomas Tew, Esq.
Tew Cardenas LLP
Miami Center, Suite 2600
201 South Biscayne Blvd
Miami, FL 33131
**Inventory Attorney For Law Firms of Louis S. Robles,
P.A.**

Ronald S. Beacher, Esq.
Pitney Hardin Kipp & Szuch LLP
685 3rd Avenue
New York, NY 10017-4024
**General Electric Capital Corporation**

Judy D. Thompson, Esq.
S. Andrew Jurs, Esq.
Poyner & Spruill, LLP
One Wachovia Center
301 S. College Stree, Suite 2300
Charlotte, NC 28202
**PQ CORPORATION**

Roxie Huffman Viator
2728 Western Avenue
Orange, TX 77630

Thomas D. Walsh, Esq.
William F. Taylor, Jr., Esq.
McCarter & English, LLP
919 North Market St, Suite 700
Wilmington, DE 19801-0302
**Wachovia Bank National Association
L.A. Unified School District**

Jeffrey Philip Wasserman, Esq.
Ciconte, Roseman & Wasserman
1300 King Street
Wilmington, DE 19801
**Neurocrete Products, Inc.**

**Jeffrey R. Waxman, Esq.**
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
**Sealed Air Corporation
Official Committee of Unsecured Creditors of Armstrong
World Industries, Inc., et al.**

Jeffrey T. Wegner, Esq.
1650 Farnam Street
Omaha, NE 68102-2186
**Gelco Corporation d/b/a GE Capital Fleet Serv**

Martin J. Weis, Esq.
Dilworth Paxson, LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA 19103
**General Electric Railcar Services Corporation
Robert Costa
Ronald Thornburg**

Janet M. Weiss, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
**Snack, Inc.**

Vahe Melkonian
Newco Management Company LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367
**Snack, Inc.**

Helen Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201
**County of Dallas**

Thomas G. Whalen Jr., Esq.
Joseph Grey, Esq.
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, De 19801
**HanMar Associates, M.L.P.**

James E. Wimberley

**Plaintiffs Listed in Exhibit A**

John J. Winter, Esq.
W.J. Winterstein, Esq.
William M. Aukamp, Esq.
Harvey Pennington Cabot Griffith.
1835 Market Street, 29th Floor
Philadelphia, PA  19103
**PPG Industries**

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
**Maryland Casualty Company**

Michael Zoeller, Esq.
Baach Robinson & Lewis, PLLC
One Thomas Circle, NW, Suite 200
Washington, DC  20005
**Certain Underwriters at Lloyds, London and Certain
London Market Companies**

**Michael I Zousmer, Esq.**
Hertz, Schram & Saretsky, P.C.
1760 South Telegraph Road, Suite 300
Bloomfield, MI 48302-0183
**Perry Plaintiffs**

Jeffrey Kaufman, Esq.
Gerald F. Ellersdorfer, Esq.
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA  94105
**Fireman's Fund Insurance Company**

Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Curtis Crowther, Esq.
White & Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801
**Century Indemnity Company**

The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
**Local Counsel to DIP Lender**

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
**Official Committee of Unsecured Creditors**

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
**Sealed Air Corporation**

J. Douglas Bacon, Esq.
David S. Heller, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
**Counsel to DIP Lender**

Nancy Worth Davis, Esq.
Joseph F. Rice, Esq.
Edward B. Cottingham, Jr., Esq.
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
**Asbestos Claimants**

Office of Reorganization
Securities & Exchange Commission
3475 Lenox Road, NE, Suite 1000
Atlanta, GA 30326-1232

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Michael Berman, Esq.
Securities & Exchange Commission
450 Fifth Street, NW (Mail Stop 6-6)
Washington, DC 20549

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Trax
P.O. Box 7040
Dover, DE  19903

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey, 1
745 South Main Street
Kalispel, MT  59901

Patrick L. Hughes, Esq.
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  7702-5012

Charlotte Klenke, Esq.
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

David S. Rosenbloom, Esq.
Jeffrey E. Stone, Esq.
Lewis S. Rosenbloom, Esq.
McDermott Will 7 Emery
227 West Monroe Street
Chicago, IL  60606-5096

Charles Boulbol, Esq.
26 Broadway, 17th Floor
New York, NY  10004

James A. Sylvester, Esq.
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

Steven J. Johnson, Esq.
Gibson, Dunn & Crutcher LLP
1530 Page Mill Raod
Palo Alto, CA  94304-1125

Josiah Rotenberg
Quadrangle
375 Park Avenue
New York, NY  10152

Jan M. Hayden, Esq.
William H. Patrick, Esq.
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Alan R. Brayton, Esq.
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young, Esq.
T. Kellan Grant, Esq.
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Steven T. Baron, Esq.
Silber Pearlman LLP
2711 North Haskell Avenue, 5th Fl.
Dallas, TX 75204
**Asbestos Claimants**

Russell W. Budd, Esq.
Alan B. Rich, Esq.
Baron & Budd, PC
2103 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX 75219

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Shelby A. Jordan, Esq.
Nathaniel Peter Holzer, Esq.
Jordan Hyden Womble & Culbreth PC
500 N. Shoreline Boulevard, Suite 900
Corpus Christi, TX 78471

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Christopher L. Beard, Esq.
The Beard Group
502 W. Patrick Street
Frederick, MD 21701-4002

Alan Kolod, Esq.
Moses & Singer, LLP
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6076

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Linebarger, Heard, Goggan, Blair, Graham
  Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Steven J. Kherkher, Esq.
Laurence G. Tien, Esq.
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Charles E. Gibson, III, Esq.
620 North Street, Suite 100
Jackson, MS 39202

Kimberly W. Osenbaugh, Esq.
Preston Gates & Ellis LLP
925 4th Avenue
Seattle, WA 98104-1158

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

John M. Klamann, Esq.
Klamann & Hubbard
7101 College Boulevard, Suite 120
Overland Park, KS 66210

Peter N. Van Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chatered
One Thomas Circle, NW
Washington, DC 20005

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll,
  Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Paul D. Henderson, Esq.
Dies, Dics & Henderson
1009 W. Green Avenue
Orange, TX 77630

Paul M. Matheny, Esq.
The Law Offices of Peter G. Angelos, PC
5905 Harford Road
Baltimore, MD 21214

Robert Jacobs, Esq.
Maria Rosoff Eskin, Esq.
Jacobs & Crumplar, PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Michael J. Urbas
Jordan, Hyden, Womble & Culbreth, PC
2390 Central Boulevard, Suite G
Brownsville, TX 78520

Elizabeth S. Kardos, Esq.
Gibbons, DelDeo, Dolan, Griffinger & Vecchic
One Riverfront Plaza
Newark, NJ 07102-5497

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Thomas J. Noonan, Jr.
c/o R&S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Harry Lee, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036

Anton Volovsek
Rt.2 – Box 200 #42
Kamiah, ID 83536-9229

William E. Frese, Esq.
Sheree L. Kelly, Esq.
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101
**Public Services Electric and Gas Company**

William S. Katchen, Esq.
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Fl.
Newark, NJ 07102
**Official Committee of Unsecured Creditors**

Jonathan H. Alden, Esq.
Assitant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

Paul G. Sumers, Esq.
Tennessee Attorney General's Office
Bankruptcy Unit
P.O. Box 20207
Nashville, TN 37202-0207
**TN Dept. of Envionment and Conservation -
Superfund**

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, 2nd Fl.
Columbus, OH 43215

Scott Wert, Esq.
Foster & Sear LLP
524 E. Lamar Boulevard, Suite 200
Arllington, TX 76011

C. Randall Bupp, Esq.
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

Stephanie Nolan Deviney, Esq.
Brown & Connery LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
**SAP America, Inc.**

Russell W. Savory, Esq.
Gotten, Wilson & Savor, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

Katherine Taylor, Senior Asst. County Solicitor
Howard County Office of Law
George Howard Boulding
3430 Courthouse Drive
Ellicott City, MD 21043

Beltz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103


Danice Simms
P.O. Box 66658
Baton Rouge, LA 70896

M. Diane Jasinski, Esq.
Michael D. Hess, Esq.
Corporation Counsc of the City of New York
100 Church Street, Room 6-127
New York, NY 10007


Janet Napolitano
Robert R. Hall
Russell Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442


Andrea L. Hazzard, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Dorine Vork, Esq.
Stibbe, PC
350 Park Avenue
New York, NY 10022


Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

Robert H. Rosenbaum, Esq.
M. Evan Myers, Esq.
Meyers, Rodbell & Rosenbaum, PA
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

Maggie De La Rosa
Provost & Umphrey Law Firm LLP
490 Park Street
Beaumont, TX 77701

Anne Marie P. Kelley, Esq.
Dilworth Paxson LLP
Libertyview – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

Robert Cimino, Esq.
Suffolk County Attorney
Attn: Diane Leonardo Beckmann
H. Lee Dennison Building
100 Veterans Memorial Highway, P.O. Box 16
Hauppage, NY 11788-0099

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Jeffrey L. Glatzer, Esq.
Anderson, Kill & Olick, PC
1251 Avenue of the Americas
New York, NY 10020-1182

Michael T. Kay, Esq.
Nancy Draves, Esq.
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674
**Dow Chemical Company**
**Hampshire Chemical Corporation**
**Union Carbide Corporation**

Thomas V. Aksounis, Esq.
Askounis & Borst PC
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

Tel Weschler
Pennisula Capital Advisors, LLC
404 East Main Street, 2nd Floor
Charlottesville, VA 22902

E. Katherine Wells, Esq.
South Carolina Dept. of Health & Environment
2600 Bull Street
Columbia, SC 29201-1708

Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

Melanie S. Kaufman
938 A Stanyan Street
San Francisco, CA 94117-3807

Michael B. Willey, Esq.
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN 37243
**Commissioner of Revenue**

Michael H. Pinkerson, Esq.
James M. Garner, Esq.
Sher Garner Cahill Richter Klein McAlister
& Hilbert, LLC
909 Poydras Street, Suite 2800
New Orleans, LA 70112

William H. Johnson, Esq.
Norfolk Southern Coporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

Steven B. Flancher, Esq.
Dept. of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

Craig Barbarosh, Esq.
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490
**Wells Fargo Bank Minnesota, National Association**

Deirdre Woulfe Pacheco, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
**Asbestos Claimants**

Matthew A. Porter, Esq.
Bernard J. Bonn, III, Esq.
Dechert Price & Rhoads
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021
**Lavantage Solutions**

DAP Products, Inc.
c/o Julien A. Hecht, Esq.
2400 Boston Street, Suite 200
Baltimore, MD 21224

Mark Browning, Esq.
Kay D. Brock, Esq.
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**Comptroller of Public Accounts of the State of Texas**

Leonard P. Goldberger, Esq.
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
**Century Indemnity Company**

Judith Greenspan, Esq.
The Amalgamated Industries and Service
   Workers Benefit Fund
730 Broadway, 10th Floor
New York, NY 1003-9511

Donna J. Petrone, Esq.
ExxonMobile Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

Cynthia Hemme, Esq.
Nortel Networks, Inc.
4010 E. Chapel Hill – Nelson Hwy.
Research Triangle Park, NC 27709

David W. Wirt, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601
**Potash Corp.**

Daniel Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

Alan H. Katz, Esq.
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

Julia Quagliano, Esq.
Quagliano & Seeger
3242 P Street NW
Washington, DC 20007

Sander L. Esserman, Esq.
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street
Dallas, TX 75201-2689

P.O. Box 50505
Troy, MI 48007-5055

Floyd, Isgur, Rios & Wahrlich, PC
700 Louisiana Street, Suite 4600
Houston, TX 77002
**Huntsman Corporation**

Margery N. Reed, Esq.
Duane Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street
San Francisco, CA 94111
**Zonolite Attick Litigation Plaintiffs**

Darrell W. Scott, Esq.
Lukins & Annis, PS
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466
**Marco Barbanti**

Thomas M. Sobol, Esq.
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
**Zonolite Attick Litigation Plaintiffs**

Gary L. Barnhart
Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475

Scott Barker
Credit Manager
Phelps Dodge Corp.
f/k/a Climax Molybdenum Marketing Corporait
One Nort Central Avenue
Phoenix, AZ 85004

Robert M. Fishman, Esq.
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL 60607
**Zonolite Attic Litigation Plaintiffs**

Charles C. Trascher III, Esq.
Snellings, Breard, Sartor, Inabnett & Trascher, I
P.O. Box 2055
Monroe, LA 71207
**Peters, Smith & Company**

Edward H. Tillinghast, Esq.
Coudert Brothers
1114 Avenue of the Americas
New York, NY  10036

Westover Investments LLC
555 Old Garth Road
Charlottesville, VA  22901


Philip J. Ward, Esq.
Victoria Radd Rollins, Esq.
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

Ralph R. Mabey, Esq.
Penrod W. Keith, Esq.
LeBouef, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT  84101

,

Larry A. Feind
133 Peachtreet Stree, NE
7th Floor
Atlanta, GA  30303

Bryan Shapiro
Bear Stearns & Co, Inc.
383 Madison Avenue
New York, NY  10179


Mr. Mark Hankin
HanMar Associates, MLP
P.O. Box 26767
Elkins Park, PA  19027

Lynn K. Neuner, Esq.
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954
**Travelers Casualty & Surety Company**


Jonathan D. Berger, Ewq.
Russell Henkin, Esq.
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA  19103-6365

Paul P. Daley, Esq.
George W. Shuster, Jr., Esq.
Hale and Dorr LLP
60 State Street
Boston, MA  02109
**CMGI**

Jon Bauer
Alisa Minsch
Contrarian Capital Management, LLC
Contrarian Capital Trade Claims LP
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Theresa Page, Esq.
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA 15222
**The Burlington Northern and Santa Fe Rail**

Debt Acquisition Co. of America V LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY 13166
**Crossroads Industrial Park**
**Weedsport Associates, LLC**

Hillary Browning-Jones
Assitant City Attorney
P.O. Box 1631
Knoxville, TN 37901
**City of Knoxville**

Thomas J. Quinn, Esq.
Mendes & Mount LLP
750 Seventh Avenue
New York, NY 10019-6829
**Certain Undwriters At Lloyd's London**

Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181
**Carteret Venture**

Deborah L. Thorne, Esq.
FabelHaber LLC
55 East Monroe Street, 40th Fl.
Chicago, IL 60603
**Union Tank Car**

Jenny J. Hyun, Esq.
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX 77008

Michael S. Sandberg, Esq.
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

Rachel Fleishman, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Paza
New York, NY  10119-0165

Attn:  Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL  33716-9876


Carl Pericone, Esq.
Wilson, Esler, Moskowitz, Edelman, Dicker, LLC
150 East 42nd Street
New York, NY  10019-5639
**Royal Insurance**

Citadel Investment Group LLC
Attn:  Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL  60603


David B. Madoff, Esq.
Daniel C. Cohn, Esq.
Cohn, Khoury Madoff & Whitesell, LLP
101 Arch Street
Boston, MA  02110
**Libby Mine Claimants**

John Preefer, Esq.
60 East 42nd Street, Suite 1201
New York, NY  10165