# EXHIBIT C

# EXHIBIT C

## EXPENSES FOR THE FEE PERIOD
## JANUARY 1, 2004 THROUGH JANUARY 31, 2004[2]

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 12/12/03 | PD TRAVEL EXPENSES; RGR; CK# 257234 | 9.50 |
| 01/28/04 | CK# 1110 FROM TAPE REPORTERS, INC. DATED 1/12/04 FOR UNBILLED ENGAGEMENTS COSTS | -75.00 |
| | Duplicating | 95.70 |
| | Telephone | 23.46 |
| | Matter Total Engagement Cost | 53.66 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 12/29/03 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207014 | 7.74 |
| | Matter Total Engagement Cost | 7.74 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 01/08/04 | Pd BMW Messenger to New York; bmb; Ck# 256744 | 28.90 |
| 01/30/04 | DOCUMENT ACCESS FACILITY--ANNEX--JANUARY 2004 | 2148.00 |
| | Computer Assisted Research | 29.34 |
| | Duplicating | 47.74 |
| | Matter Total Engagement Cost | 2,253.98 |

## EXPENSES FOR THE FEE PERIOD
## FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 02/05/04 | PD UPS TO WILMINGTON DE; KMJ; INV. # 81207064 | 10.78 |
| | Duplicating | 48.30 |

---

[2] Certain of the expenses set forth below are described in greater detail in the previously filed monthly fee applications.

106

|  |  |  |
|---|---|---|
|  | Matter Total Engagement Cost | 59.08 |

Engagement Costs – NY Superfund Action

| 02/27/04 | DOCUMENT ACCESS FACILITY--ANNEX--FEBRUARY 2004 | 2148.00 |
|---|---|---|
|  | Computer Assisted Research | 11.00 |
|  | Duplicating | 182.20 |
|  | Matter Total Engagement Cost | 2,341.20 |

Engagement Costs – Tahari, Ltd.

| 12/01/03 | Pd Delivery Charge; bmb; Ck# 257644 | 15.00 |
|---|---|---|
| 01/20/04 | PD AMEX FOR TELEPHONE EXPENSES; AJM; CK# 257566 | 15.00 |
| 02/04/04 | Pd travel expenses; BMB; UH 2/29/04 | 4.00 |
|  | Postage | 1.20 |
|  | Matter Total Engagement Cost | 35.20 |

## EXPENSES FOR THE FEE PERIOD
## MARCH 1, 2004 THROUGH MARCH 31, 2004

Engagement Costs – NY Superfund

| 03/02/04 | PD UPS TO NYC; BEM; INV # 81207104 | 7.74 |
|---|---|---|
| 03/09/04 | PD UPS TO NEW YORK NY; BEM; CK# 258946 | 7.74 |
| 03/13/04 | PD UPS TO COLUMBIA MD; BEM; CK# 258946 | 59.37 |
| 03/13/04 | PD UPS TO MEMPHIS TN; MEW; CK# 258946 | 10.00 |
| 03/13/04 | PD UPS ADJUST; BEM; CK# 258946 | 10.39 |
| 03/17/04 | PD GEN MESS TO NEW YORK NY; CK# 259808 | 85.25 |
| 03/22/04 | PD GEN MESS TO NEW YORK NY; BEM; CK# 259808 | 92.25 |
| 03/24/04 | PD GEN MESS TO NEW YORK NY; CK# 259808 | 72.75 |
| 03/25/04 | PD MEAL EXPENSES; AJM | 4.50 |
| 03/25/04 | PD MEAL EXPENSES; AJM | 28.62 |
| 03/25/04 | PD MEAL EXPENSES; AJM | 54.06 |
| 03/30/04 | Paid Acro Photo Print Inc. for services rendered #10501; S#5423 | 6526.95 |
| 03/31/04 | PD UPS TO MEMPHIS TN; MEW; CK# 258946 | 40.16 |
| 03/31/04 | DOCUMENT ACCESS FACILITY--ANNEX--MARCH | 2148.00 |

|  |  |  |
|---|---|---:|
| 2004 Duplicating |  | 446.60 |
|  | Matter Total Engagement Cost | 9,594.38 |

Engagement Costs – Weja, Inc.

|  |  |  |
|---|---|---:|
| Duplicating |  | 111.44 |
| Telephone |  | 8.28 |
|  | Matter Total Engagement Cost | 119.72 |

Engagement Co/ts – Chapter 11 Administration

| 03/12/04 | PD UPS TO WILMINGTON DE; KMJ; CK# 258946 | 7.74 |
|---|---|---:|
|  | Duplicating | 22.12 |
|  | Matter Total Engagement Cost | 29.86 |

Engagement Costs – Tahari, Ltd.

| 02/20/04 | PD AMEX FOR TELEPHONE EXPENSES; AJM; CK# 258600 | 11.00 |
|---|---|---:|
|  | Computer Assisted Research | 36.15 |
|  | Duplicating | 20.30 |
|  | Matter Total Engagement Cost | 67.45 |

Engagement Costs -- Rising Sun Plaza Associates/ Slater, Robert

| 02/26/04 | PD UPS TO VOORHEES NJ; RDB; CK# 258945 | 7.74 |
|---|---|---:|
|  | Matter Total Engagement Cost | 7.74 |