# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al* | ) ) ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) ) ) | **Objection Deadline: May 17, 2004 at 4:00 p.m.** **Hearing Date: TBD only if necessary** |

**SUMMARY COVER SHEET TO THIRTY-FIFTH MONTHLY INTERIM
APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2004 through February 29, 2004. |
| Amount of compensation sought as actual, reasonable and necessary | $57,810.32 for the period February 1, 2004 through February 29, 2004 (80% of $72,262.90 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $10,387.41 for the period February 1, 2004 through February 29, 2004. |

This is a:        Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 100% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 100% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 100% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 100% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 100% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 100% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | 100% Paid | 100% Paid |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | 100% Paid | 100% Paid |
| 7/8/03 | 6/1/03 through | $105,028.72 | $,316.82 | 100% Paid | 100% Paid |

|  | 6/30/03 |  |  |  |  |
|---|---|---|---|---|---|
| 9/3/03 | 7/1/03 through 7/31/03 | $133,158.40 | $10,206.36 | 80% Paid | 100%Paid |
| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.28 | $16,185.52 | 80% Paid | 100% Paid |
| 10/31/03 | 9/1/03 through 9/30/03 | $105,216.20 | $10,195.00 | 80% Paid | 100% Paid |
| 12/10/03 | 10/1/03 through 10/31/03 | $117,161.70 | $26,662.70 | 80% Paid | 100% Paid |
| 12/31/03 | 11/1/03 through 11/30/03 | $80,439.90 | $4,599.05 | No Objections Served on Counsel | No Objections Served on Counsel |
| 2/17/04 | 12/1/03 through 12/31/03 | $69,342.70 | $24,468.58 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/6/04 | 1/01/04 through 1/31/04 | $86,723.90 | $5,015.68 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the thirty-fifth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $475 | 82.3 | $39,092.50 |
| William Hughes | Counsel | $380 | 101.5 | $38,570.00 |
| Michael L. Williams | Associate | $250 | 1.7 | $425.00 |
| Alec C. Zacaroli | Associate | $250 | 11.5 | $2,875.00 |
| Barbara Banks | Paralegal | $145 | 21.0 | $3,045.00 |
| Rebecca M. Ross | Paralegal | $130 | 1.2 | $156.00 |
| Natasha A. Bynum | Legal Clerk | $110 | 21.0 | $2,310.00 |
| Mahmoude Moasser | Paralegal | $145 | 4.4 | $638.00 |
| Alexander Mesmer | Paralegal | $145 | 0.6 | $87.00 |

| | |
|---|---|
| Total Fees | $87,198.50 |
| Less 40% Discount for Allied | $(14,935.60) |
| Balance Due | $ 72,262.90 |
| Total Hours | 245.2 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copying | $1,846.80 |
| Facsimiles | $102.75 |
| Online Research | $3,174.26 |
| Telephone | $128.32 |
| Federal Express | $32.86 |
| Air Fares | $2,156.33 |
| Meals (Travel, Clients and Meetings in DC) | $1,080.12 |
| Hotels | $1,043.50 |
| Postage | $3.42 |
| Working Meals | $108.65 |
| Auto Rentals | $595.40 |
| Parking on Trips | $115.00 |
| | |
| Total | $10,387.41 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      )    Chapter 11
                                            )
W. R. GRACE & CO., et al.,[1]               )    Case No. 01-01139 (JKF)
                                            )    (Jointly Administered)
                                            )
            Debtors.                        )

## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 19th day of April 2004.

Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

-2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: May 17, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO &
## BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE
## PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.


Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

April 16, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    1718

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 02/02/2004 | BJB | Review OPRA response documents from NJDEP and prepare file for Mr. Hughes (.4); incorporate same into indexed case files (.3); review FOIA from EPA documents (5.8). | 6.50 |
| 02/02/2004 | WFH | Review and comment on draft letter to Judge Cavanaugh re Honeywell's proposed work plan (0.8); research in support of same (0.7). | 1.50 |
| 02/02/2004 | CHM | Conference with K. Brown re wall and transportation issues (1.0); conference with client re Langan (.5). | 1.50 |
| 02/03/2004 | BJB | Continue review FOIA documents from U.S. EPA (3.8). | 3.80 |
| 02/04/2004 | BJB | Continue review of U. S. EPA documents (4.8). | 4.80 |
| 02/04/2004 | WFH | Legal and factual research re Evan Van Hook conflict issue (3.5); prepare information request to DEP re additional information on same (.6); prepare draft letter to Honeywell re conflict issue (.5). | 4.60 |
| 02/04/2004 | CHM | Attend conference call with Special Master re license agreement issues (.5); conference with client re same (.3). | 0.80 |

Page 2

| 02/04/2004 | ACZ | Research New Jersey ethical codes, case law and statutes re representation of private clients by former state officials before a state agency (3.8); conferences with Mr. Hughes re same (1.1). | 4.90 |
|---|---|---|---|
| 02/06/2004 | WFH | Review new cases and update research appeal issues (1.6). | 1.60 |
| 02/06/2004 | CHM | Prepare for Special Master's meeting (.8); attend Special Master meeting in NJ (3.5); post meeting with client (3.0) | 7.30 |
| 02/10/2004 | CHM | Conference with Mr. Agnello re various issues regarding appeal (.8). | 0.80 |
| 02/11/2004 | CHM | Review protective order and telephone conference with Mr. Daneker re same (1.2). | 1.20 |
| 02/12/2004 | CHM | Work on workplan/order to court (1.5); conference calls with Agnello re same (.8); conference with T. Milch re various issues (1.5). | 2.80 |
| 02/13/2004 | WFH | Prepare excerpts from DEP ethics code and send to Mr. Agnello in connection with Evan Van Hook matter (.4). | 0.40 |
| 02/13/2004 | CHM | Travel to NJ for meeting with Agnello (2.10).  (Note: Travel time billed at 50%, 10% here or 1.8 and 40% at end of statement). | 2.10 |
| 02/13/2004 | CHM | Conference with Agnello re review of RCRA fee petition (4.7); conference with Agnello re protective order issues (.9); conference with Agnello re license agreement issues (1.4); conference call with Daneker re workplan (.2); conference with Agnello re final workplan consent order (.5); teleconference with client (.5). | 8.20 |
| 02/16/2004 | WFH | Review Stipulated Order Approving Summary Remedial Action Work Plan (.3). | 0.30 |
| 02/16/2004 | CHM | Conference call with client re various issues (.5); review order from 3rd Circuit re mediation (.2); prepare letter to Mr. Milch re license agreement and other issues (1.2); review protective order and comment (.8). | 2.70 |
| 02/17/2004 | WFH | Conferences with Ms. Banks re location of trial exhibits, depositions, expert files, etc. in connection with her departure and transition to new paralegal (.5). | 0.50 |

| 02/17/2004 | CHM | Prepare for meeting with government entities and others (.8); conference with Agnello re Special Master schedule of meetings and assignments (.5). | 1.30 |
|---|---|---|---|
| 02/18/2004 | NAB | Analyze FOI documents received from several EPA Regional offices (6.5). | 6.50 |
| 02/18/2004 | CHM | Meeting with Agnello re development issues (1.0); meeting with expert and client re same (.7); meeting with governmental entities (.8); meeting with client and expert re development issues (3.0); site visit with Agnello (2.5). | 8.00 |
| 02/18/2004 | CHM | Travel to DC (2.1). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 2.10 |
| 02/19/2004 | NAB | Analyze FOIA documents recieved from several EPA Regional offices (7.5). | 7.50 |
| 02/19/2004 | WFH | Review letter from Judge Ackerman re Honeywell's request for briefing schedule and confer with Mr. Marraro re same (.4); research re same (.4). | 0.80 |
| 02/19/2004 | CHM | Prepare letter to Mr. Milch (1.0). | 1.00 |
| 02/20/2004 | RMR | Follow-up on FOIA requests to EPA Regions 4, 5, 6 and 7 (.6). | 0.60 |
| 02/23/2004 | NAB | Review and analyze incoming case documents to be intergrated into existing case files (4.5). | 4.50 |
| 02/23/2004 | CHM | Meeting in NJ with various entities re development (5.2); review final workplan as entered by court (.5). | 5.70 |
| 02/23/2004 | CHM | Travel from NJ (2.1). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement). | 2.10 |
| 02/24/2004 | WFH | Review letter from ICO to Third Circuit re appellate briefing schedule and confer with Mr. Marraro re same and order issues re appeal (.5). | 0.50 |
| 02/24/2004 | CHM | Review letter from ICO to Torregrossa re briefing schedule (.3); prepare letter to Torregrossa re briefing schedule (2.5); conference with Agnello re same (.5); conference with client re upcoming meetings (.5); review of draft protective order (.5). | 4.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/25/2004 | CHM | Conference with Agnello re final draft letter to Torregrossa; edit and finalize letter (.6); conference with Daneker re protective order and edit (1.0); conference with client re various issues (.5); prepare memo re NJ meetings (1.5) | 3.60 |
| 02/25/2004 | MM | Office conference with Mr. Marraro re performing a series of research projects relating to professional conduct in the District of Columbia and the State of Pennsylvania (.3); search Westlaw and Lexis re completing stated research projects (1.1); produce a series of Rules (DC and PA) and provide all to Mr. Marraro with memorandum re result of search (.8); follow-up office conference with Mr. Marraro re obtaining background of Thomas H. Milch, Esq. at Arnold & Porter as well as all associated cases (.1); search Martindale-Hubbell and Westlaw for case and produce all results to Mr. Marraro via email as requested (.5). | 2.80 |
| 02/26/2004 | MM | Review e-mail from Mr. Marraro re follow-up to my research on Mr. Milch and the various cases he has participated re producing copies of same for his review (.1); search Westlaw and produce various cases for Mr. Marraro's review (.6). | 0.70 |
| 02/26/2004 | RMR | Follow-up correspondence regarding FOIA requests to EPA regions 4, 5, 6 and 7 (.6). | 0.60 |
| 02/27/2004 | NAB | Review and analyze incoming case documents to be intergrated into existing case files (2.5). | 2.50 |
| 02/27/2004 | CHM | Several lengthy conference calls with Agnello and parties re protective order (1.5). | 1.50 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 112.90 | 37,339.00 |

Disbursements:

| Description | Amount |
|---|---|
| C. Marraro - Meal with Messrs. Nagy and Brown and Ms. Flax on 11/07/03 (4 people) | 182.11 |
| C. Marraro - Working Meal in DC with Bill Hughes on 10/21/03 (2 people) | 47.77 |
| C. Marraro - Meal with Messrs. Nagy, Agnello and McGuire in Summit, NJ on 11/06/03 (4 people) | 302.01 |
| C. Marraro - Meal with Messrs. Nagy, Brown and Hughes and Ms. Flax in NJ (5 people) | 255.60 |
| C. Marraro - R/T Coach Air Fare to Newark on 11/04/03 | 558.50 |

Page 5

| | |
|---|---|
| C. Marraro - R/T Coach Air Fare to Newark on 11/11/03 | 376.83 |
| C. Marraro - Hotel expense in Newark on 11/11/03 | 4.24 |
| C. Marraro - Hotel in Newark on 11/04/03 - 3 nights | 601.98 |
| C. Marraro - Hotel in Newark on 10/18/03 - 1 night | 223.02 |
| C. Marraro - Auto Rental in Newark on 11/04/03 - 2 days | 375.74 |
| C. Marraro - Parking at airport on trip to Newark on 11/11/03 | 25.00 |
| C. Marraro - Parking at airport on trip to Newark on 11/04/03 | 45.00 |
| Meals dinner with Agnello, Hughes, Flax, Marraro in DC 11/24/03 | 249.00 |
| C. Marraro - Working lunch with Mr. Williams on 11/20/03 - 2 people | 35.04 |
| C. Marraro - Working lunch with B. Hughes on 12/10/03 - 2 people | 25.84 |
| C. Marraro - R/T Coach Air Fare to Newark on 11/17/03 | 558.50 |
| C. Marraro - Hotel in NYC on 12/04-05/03  - 2 nights | 214.26 |
| C. Marraro - Auto Rental in NYC on 12/05/03 (2 days) | 107.49 |
| C. Marraro - Auto Rental  in Newark on 11/17/03 (2 days) | 112.17 |
| C. Marraro - Parking at airport on trip to Newark on 11/17/03 | 30.00 |
| C. Marraro - Parking at airport on trip to NYC on 12/05/03 | 15.00 |
| Copying | 1,012.05 |
| Facsimile | 31.50 |
| Telephone | 128.32 |
| Online research | 3,174.26 |
| Postage | 2.22 |
| Federal Express | 32.86 |

| | |
|---|---|
| Total disbursements | $8,726.31 |
| Total Amount of This Bill | $46,065.31 |
| Less Deduction of 40% of Fees Per Agreement | $14,935.60 |
| Balance Due | $31,129.71 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 4.90 | $250.00 |
| Banks, Barbara J. | Paralegal | 15.10 | $145.00 |
| Marraro, Christopher H. | Partner | 57.00 | $475.00 |
| Moasser, Mahmoude | Paralegal | 3.50 | $145.00 |
| Bynum, Natasha A. | Legal Clerk | 21.00 | $110.00 |
| Ross, Rebecca M. | Paralegal | 1.20 | $130.00 |
| Hughes, William F. | Counsel | 10.20 | $380.00 |

**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

Wallace
King
Marraro
Branson

April 16, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#    1717

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 02/05/2004 | WFH | Conferences with Dr. Brown and his staff re sampling issue and deposition prep (.8). | 0.80 |
| 02/09/2004 | WFH | Work on trial brief and research in support of same re CERCLA evidentiary issue (2.5). | 2.50 |
| 02/10/2004 | WFH | Telephone conference with Dr. Brown re his deposition (.4); prepare stipulations re laboratory analyses of test pit samples in effort to avoid having to produce lab technician for a deposition (.5); analyze Barber and Low expert reports and depositions to identify lay opinions to be offered by Dr. Brown (1.5); prepare file memo re same and outline of Brown testimony (1.2). | 3.60 |
| 02/10/2004 | CHM | Conference with Mr. Hughes re various issues (.8) | 0.80 |
| 02/11/2004 | WFH | All day meeting with Dr. Brown in NY to prepare him for his deposition (8.0). | 8.00 |
| 02/11/2004 | CHM | Conference with Mr. Hughes re hearing (.5). | 0.50 |
| 02/11/2004 | MLW | Preparation for deposition of Dr. Brown, scheduled for 2/12/04, conference with B. Hughes regarding deposition, and preparation of correspondence to counsel for Zotos regarding disputed site test pit data (0.4). | 0.40 |

Page 2

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/12/2004 | WFH | Defend Dr. Brown's deposition (7.0); conferences with Dr. Brown re deposition and follow-up issues (1.5). | 8.50 |
| 02/12/2004 | MM | Review e-mail received from Mr. William requesting search of the case files re locating a memo prepared by Ms. Pelletier pertaining to disqualification of expert witnesses (.1); search case files, databases, various files and indices (.6); follow-up email and office conference with Mr. Williams re not being able to locate memo (.1); office conference with Ms. Bynum re requested search (.1). | 0.90 |
| 02/13/2004 | WFH | Work on deposition designations and identify exhibits for pretrial order (6.4). | 6.40 |
| 02/17/2004 | WFH | Conference with Mr. Marraro re Brown deposition and trial prep matters (.5); conference with Hogan re trial prep assignments, upcoming meeting in DC and status conference with Judge Skretny (.5). | 1.00 |
| 02/17/2004 | CHM | Review deposition transcripts (3.5). | 3.50 |
| 02/18/2004 | WFH | Assemble and analyze documents to be used as trial exhibits in preparation for meeting with Messrs. Hogan and Marraro (7.5); work on responses to Zotos' second set of interrogatories (.6). | 8.10 |
| 02/20/2004 | WFH | All day meeting re trial prep with Messrs. Hogan and Marraro, including work on trial exhibits, witness list and proposed stipulation. | 8.60 |
| 02/20/2004 | CHM | Trial prep meeting with Mr. Hughes (8.6); conference with Dr. Brown (.5). | 9.10 |
| 02/20/2004 | ACZ | Conference with Mr. Hughes re CERCLA issues (.4). | 0.40 |
| 02/23/2004 | WFH | Review and revise trial prep plan prepared by Mr. Hogan and confer with him re same (.5); work on Grace's responses to Zotos' second set of interrogatories and several conferences with Dr. Brown and staff in connection with same (6.0); factual research including review of relevant depositions in order to prepare answers to Zotos' contention interrogatories on arranger issues (2.2). | 8.20 |

Page 3

| | | | |
|---|---|---|---:|
| 02/24/2004 | WFH | Review and analyze Walter Myskiw's 1999 deposition and prepare deposition designations of same for pretrial order (6.2); work on Grace's interrogatory responses, including review of relevant depositions and documents to be cited in response to Zotos' contention interrogatories (2.2). | 8.40 |
| 02/25/2004 | WFH | Review and analyze Zotos' production set to identify additional trial exhibits (5.2); prepare proposed stipulations (1.4); confer with SI Group staff re interrogatory responses and information needed for same (.4); finalize interrogatory responses and send to client for her review (1.3). | 8.30 |
| 02/25/2004 | AGM | Discussion with B. Hughes regarding upcoming tasks (.6). | 0.60 |

|  |  |  | **Amount** |
|---|---|---:|---:|
| Total fees | | 88.60 | 34,532.00 |

Disbursements:

| | |
|---|---:|
| C. Marraro - Coach Air Fare to Buffalo from Newark on 12/12 | 329.50 |
| C. Marraro - Coach Air Fare travel  from Buffalo to DC on 12/12 aro | 333.00 |
| C. Marraro -  Lunch in DC for 3 guests on the Waterloo matter in preparation for trial on 2/20/04 | 50.65 |
| C. Marraro - Breakfast in DC for 3 guests on the Waterloo matter in preparation for trial on 2/20/04 | 40.75 |
| Copying | 579.96 |
| Facsimile | 12.75 |
| Postage | 1.20 |
| Total disbursements | $1,347.81 |
| Total Amount of This Bill | $35,879.81 |
| Balance Due | $35,879.81 |

## Timekeeper Summary

| Name | | | Hours | Rate |
|---|---|---|---:|---:|
| Zacaroli, Alec C. | Associate | | 0.40 | $250.00 |
| Mesmer, Alexander G. | Paralegal | | 0.60 | $145.00 |
| Marraro, Christopher H. | Partner | | 13.90 | $475.00 |
| Williams, Michael L. | Associate | | 0.40 | $250.00 |
| Moasser, Mahmoude | Paralegal | | 0.90 | $145.00 |
| Hughes, William F. | Counsel | | 72.40 | $380.00 |

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

Wallace
King
Marraro
Branson

Phone 202.204.1000
Fax 202.204.1001

April 16, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#    1719

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 02/02/2004 | WFH | Conference with Mr. Marraro re matter and assignments (.3); prepare list of tasks and budget for cost recovery case against Wyeth and Cytec (2.0); review file material in connection with same (.5). | 2.80 |
| 02/17/2004 | WFH | Research re Chapter 21E requirements and factual background re Acton site (.8); revise budget and confer with Mr. Marraro re same (.7). | 1.50 |
| 02/18/2004 | ACZ | Research regarding cost-recovery issues for environmental clean-up costs under Massachusetts law (5.8). | 5.80 |
| 02/19/2004 | WFH | Meeting with client re cost recovery case against Wyeth and Cytec (3.0); review site background materials provided by Ms. Johns (1.1); research re demand/notice requirements and recoverability of attorney fees under Chapter 21E (.8); research deed notice/indemnity issue (1.2). | 6.10 |
| 02/19/2004 | CHM | Meeting with clients re strategy, scope and project analysis (4.0); post meeting assignments with Mr. Hughes (.5). | 4.50 |
| 02/19/2004 | ACZ | Research re CERCLA hazardous substances for Mr. Hughes (.4). | 0.40 |

**Amount**

Page 2

| | | | |
|---|---|---|---|
| Total fees | | 21.10 | 7,639.50 |

Disbursements:

| | |
|---|---|
| Copying | 95.85 |
| Total disbursements | $95.85 |
| Total Amount of This Bill | $7,735.35 |
| Balance Due | $7,735.35 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 6.20 | $250.00 |
| Marraro, Christopher H. | Partner | 4.50 | $475.00 |
| Hughes, William F. | Counsel | 10.40 | $380.00 |


Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

April 16, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    1720

For Professional Services Rendered in Connection with Remediation Matters

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 02/03/2004 | BJB | Create new case files (3.5). | 3.50 |
| 02/03/2004 | WFH | Review correspondence and proposed protective order from Honeywell re information from TSD facilities (.4); review and analyze Honeywell's reply brief and Tarnawskyj, Milch, Cunningham, Harris, Wood and Herzbern declarations submitted in support thereof (3.0). | 3.40 |
| 02/04/2004 | BJB | Review new correspondence and case documents, coordinate, prepare and incorporate into indexed case files (2.4). | 2.40 |
| 02/05/2004 | WFH | Review Special Master's Fourth Progress Report (.3). | 0.30 |
| 02/06/2004 | MLW | Analysis of correspondence and submissions to Special Master, regarding work plan for Site (1.3). | 1.30 |
| 02/09/2004 | WFH | Review correspondence from Berger Group re sampling issue (.3). | 0.30 |
| 02/10/2004 | WFH | Analyze recent submissions to the Special Master by Honeywell and plaintiff re site remediation issues, including the Special Master's revised proposed order approving remediation work plan (1.1). | 1.10 |

Page 2

| 02/11/2004 | WFH | Review proposed stipulation re work plan and confer with Mr. Marraro re same (.6); review correspondence from Special Master re meeting with DEP on permitting issue and confer with Mr. Marraro re same (.2); review correspondence re Honeywell's eighth progress report (.2). | 1.00 |
|---|---|---|---|
| 02/12/2004 | CHM | Analyze Honeywell transportation affidavits (.6); conference with Dr. Brown re workplan (.5) review and analyze several Berger documents (1.0). | 2.10 |
| 02/13/2004 | CHM | Conference with Agnello re workplan issues (1.0). | 1.00 |
| 02/16/2004 | WFH | Review correspondence from Honeywell re management of site data and availability of same on Berger website (.5); access website (.3). | 0.80 |
| 02/17/2004 | WFH | Conferences with Ms. Banks re location of documents, files, etc. in connection with her departure and transition to new paralegal (.5). | 0.50 |
| 02/17/2004 | CHM | Conference with expert re wall issues (.5); review reports from Berger re remediation options for wall and water treatment (1.0). | 1.50 |
| 02/18/2004 | CHM | Meeting with Agnello re workplan issues (1.7). | 1.70 |
| 02/24/2004 | CHM | Conference with Dr. Brown re technical meetings (.6). | 0.60 |
| 02/28/2004 | WFH | Conference with Mr. Marraro re NJDEP meeting re permitting issue (.3); research and collect relevant rules for use at DEP meeting and transmit to Mr. Agnello (.8). | 1.10 |

|  |  |  | **Amount** |
|---|---|---|---|
| Total fees | | 22.60 | 7,688.00 |

Disbursements:
|  |  |
|---|---|
| Copying | 158.94 |
| Facsimile | 58.50 |
| Total disbursements | $217.44 |
| Total Amount of This Bill | $7,905.44 |
| Balance Due | $7,905.44 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 5.90 | $145.00 |

Page 3

| | | | |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 6.90 | $475.00 |
| Williams, Michael L. | Associate | 1.30 | $250.00 |
| Hughes, William F. | Counsel | 8.50 | $380.00 |