# EXHIBIT C

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** June 1, 2004 at 4:00 p.m. |
|  | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY COVER SHEET TO THIRTY-SIXTH MONTHLY INTERIM
APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
MARCH 1, 2004 THROUGH MARCH 31, 2004**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2004 through March 31, 2004. |
| Amount of compensation sought as actual, reasonable and necessary | $90,623.52 for the period March 1, 2004 through, March 31, 2004 (80% of $113,279.40 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $15,064.65 for the period March 1, 2004 through March 31, 2004. |

This is a:      Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 100% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 100% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 100% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 100% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 100% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 100% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | 100% Paid | 100% Paid |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | 100% Paid | 100% Paid |
| 7/8/03 | 6/1/03 through | $105,028.72 | $,316.82 | 100% Paid | 100% Paid |

| | 6/30/03 | | | | |
|---|---|---|---|---|---|
| 9/3/03 | 7/1/03 through 7/31/03 | $133,158.40 | $10,206.36 | 80% Paid | 100%Paid |
| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.28 | $16,185.52 | 80% Paid | 100% Paid |
| 10/31/03 | 9/1/03 through 9/30/03 | $105,216.20 | $10,195.00 | 80% Paid | 100% Paid |
| 12/10/03 | 10/1/03 through 10/31/03 | $117,161.70 | $26,662.70 | 80% Paid | 100% Paid |
| 12/31/03 | 11/1/03 through 11/30/03 | $80,439.90 | $4,599.05 | No Objections Served on Counsel | No Objections Served on Counsel |
| 2/17/04 | 12/1/03 through 12/31/03 | $69,342.70 | $24,468.58 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/6/04 | 1/01/04 through 1/31/04 | $86,723.90 | $5,015.68 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/19/04 | 2/1/04 through 2/29/04 | $72,262.90 | $10,387.41 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the thirty-sixth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $475 | 89.4 | $42,465.00 |
| William Hughes | Counsel | $380 | 171.2 | $65,056.00 |
| Michael L. Williams | Associate | $250 | 3.1 | $775.00 |
| Alec C. Zacaroli | Associate | $250 | 11.3 | $2,825.00 |
| Natasha A. Bynum | Legal Clerk | $110 | 84.3 | $9,273.00 |

| Alexander Mesmer | Paralegal | $145 | 25.4 | $3,683.00 |
|---|---|---|---|---|

Total Fees $124,077.00
Less 40% Discount for Allied $(10,797.60)

Balance Due $113,279.40

Total Hours 384.7

**EXPENSE SUMMARY**

| Expense Category | Total Expense |
|---|---|
| Copying | $3,075.28 |
| Facsimiles | $87.75 |
| Online Research | $5,412.44 |
| Telephone | $221.00 |
| Federal Express | $242.31 |
| Air Fares | $3,017.10 |
| Meals (Travel, Clients and Meetings in DC) | $51.55 |
| Hotels | $1,895.13 |
| Delivery Service/messengers | $26.40 |
| Working Meals | $50.93 |
| Auto Rentals | $435.48 |
| Parking on Trips | $116.00 |
| Overtime Meals | $9.85 |
| Taxis on Trips | $169.00 |
| EPA Research for RCRA Documents | $254.43 |
| | |
| Total | $15,064.65 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.    I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., B&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 29th day of April 2004.

Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

-2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 1, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR WALLACE KING MARRARO
## & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR
## THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.


Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

Phone 202.204.1000
Fax 202.204.1001

April 28, 2004

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#    1780

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 03/01/2004 | WFH | Conferences with Mr. Hogan re anticipated motion by Zotos to exclude Dr. Brown's testimony (.4); prepare letter to Mr. Smith re scope of Brown testimony (.5); review Brown's article and supporting materials in connection with preparing Smith letter (.7); conference with Brown re fate and transport issue(.3); finalize draft of interrogatory responses and transmit to Ms. Johns for her review (1.3). | 3.20 |
| 03/02/2004 | WFH | Revise letter to Mr. Smith re scope of Dr. Brown's testimony and confer with Mr. Hogan re same (.5); review selected portions of Brown transcript in connection with same (.8); conference with Mr. Hogan re potential motions in limine by Grace and other pretrial matters (.4); identify and analyze deposition testimony supporting Grace's "hazardous substances" argument (2.2). | 3.90 |
| 03/03/2004 | CHM | Review transcript (1.6); conference with Hughes re letter to counsel (.5); review letter to counsel and comment (.5) | 2.60 |
| 03/04/2004 | WFH | Conferences with Messrs. Marraro and Hogan re stipulations, agreement with Smith re Brown testimony and other pre-trial matters (.8). | 0.80 |

| | | | |
|---|---|---|---|
| 03/04/2004 | CHM | Conference with Hughes and Hogan re various issues (.8). | 0.80 |
| 03/05/2004 | CHM | Review various transcripts of deposition (3.5). | 3.50 |
| 03/05/2004 | AGM | Organized exhibits for B. Hughes (2.0). | 2.00 |
| 03/09/2004 | AGM | Organized, sorted trial exhibits; refiled production documents (2.6). | 2.60 |
| 03/10/2004 | WFH | All day meeting with Messrs. Marraro and Hogan re trial preparation (7.5); conferences with Dr. Brown and staff re testimony and follow-up research re hazardous substances issue (.5); work on proposed stipulation (1.5). | 9.50 |
| 03/10/2004 | CHM | Attend meeting with K. Hogan and William Hughes re trial preparation (7.5); post-meeting review of notes with Mr. Hughes (1.0). | 8.50 |
| 03/11/2004 | WFH | Conference with Mr. Smith re Zotos' inspection of test pit specimens (.2); conferences with SI Group and Mr. Hogan re coordinating same and conducting follow-up lab analysis of specimens (.6); prepare deposition designations and file memo summarizing same re Zotos' decision to dispose of returned samples and obsolete testimony (6.4); revise interrogatory responses to incorporate Dr. Brown's comments (.5). | 7.70 |
| 03/11/2004 | CHM | Review M.E. Johns' deposition transcript (1.2). | 1.20 |
| 03/11/2004 | AGM | Organized trial exhibits; indexed trial exhibits (7.6). | 7.60 |
| 03/12/2004 | WFH | Prepare draft stipulations and review documents and deposition testimony in connection with same (7.2); conferences with Mr. Hogan re same and other trial preparation matters (.6). | 7.80 |
| 03/12/2004 | AGM | Indexed trial exhibits; made a work copy set of exhibits (7.6). | 7.60 |
| 03/15/2004 | WFH | Review Mr. Hogan's draft deposition designations and provide comments to Hogan re same (1.2); calls to witnesses re their availability to testify at trial (.5); conference with Mr. Hogan re motion in limine on post-'59 documents and potential arguments in opposition to same (.3); follow-up research on same (.8); review and analyze documents and designate same as trial exhibits (3.0). | 5.80 |

Page 3

| 03/15/2004 | CHM | Review draft exhibit list and deposition designations (1.5). | 1.50 |
|---|---|---|---|
| 03/15/2004 | AGM | Assisted B. Hughes in preparing pre-trial exhibits (2.6). | 2.60 |
| 03/16/2004 | WFH | Review all product formulas and raw material lists produced by Zotos and identify hazardous substances listed in same (4.9); prepare file memo re same (1.2); revise exhibit list (.8); research evidentiary issue re hazardous substances issue and lay opinions (1.2). | 8.10 |
| 03/16/2004 | AGM | Prepared and sorted potential pre-trial exhibits for B. Hughes (2.0). | 2.00 |
| 03/17/2004 | WFH | Prepare memo to client re Zotos trial and confer with Mr. Marraro re same (1.8); prepare table of key Myskiw testimony on arranger issue and transmit to Hogan (3.3). | 5.10 |
| 03/17/2004 | ACZ | Research re standards applicable to motions in limine in 2nd Circuit (1.4). | 1.40 |
| 03/18/2004 | WFH | Revise briefing memo for clients re Zotos trial and prepare meeting agenda (1.0); conferences with Mr. Marraro re same and presentation to clients in Columbia (1.2); analyze all evidence on hazardous substances issue and prepare outline of same for trial (3.2); review additional documents and revise exhibit list to include same (2.6); prepare outline of Zotos' arranger case and rebuttal points re same (1.3). | 9.30 |
| 03/18/2004 | ACZ | Additional research re motion in limine for Mr. Hughes (2.6). | 2.60 |
| 03/19/2004 | WFH | Conferences with Messrs. Marraro and Hogan re trial preparation and meeting with Messrs. Siegel and Emmett in Columbia (4.0); meeting with Messrs. Siegel and Emmett re Zotos trial (1.0); conference with Mr. Ford re additional laboratory analyses (.2). | 5.20 |
| 03/19/2004 | CHM | Pre-trial prep with Hogan (4.5); meeting at Grace re presentation to clients re trial (1.5) | 6.00 |
| 03/23/2004 | WFH | Prepare deposition designations and table of same (1.6); review documents and designation of same as trial exhibits (4.2). | 5.80 |

Page 4

| | | | |
|---|---|---|---|
| 03/24/2004 | WFH | Research in connection with trial brief (1.4); prepare deposition designations and table of same (1.0); review documents and designation of same as trial exhibits (2.3); conferences with Hogan re trial preparation matters (.4). | 5.10 |
| 03/25/2004 | WFH | Review documents to designate as trial exhibits (6.2); work on memo identifying use/significance of exhibits (3.3); review Zotos' exhibit list and selected documents thereon (.6); conferences with Mr. Hogan re pretrial submissions (.5). | 10.60 |
| 03/26/2004 | WFH | Finalize draft of Grace's exhibit list and memo identifying use/significance of exhibits (5.3); begin reviewing Zotos' trial exhibits and work on memo listing potential objections to same (2.8); conference with Mr. Hogan re pretrial submissions (.5). | 8.60 |
| 03/26/2004 | AGM | Run copies of miscellaneous documents (.2); prepared cover letter for package (.5); shipped CD of pre-trial exhibits to local counsel (.3). | 1.00 |
| 03/27/2004 | WFH | Review Zotos' trial exhibits and work on memo listing potential objections to same (5.3); research in support of same (.6); conference with Mr. Hogan re status of pretrial submissions (.3). | 6.20 |
| 03/28/2004 | WFH | Review Zotos' trial exhibits and work on memo listing potential objections to same (6.8); review documents in connection with designating additional Grace exhibits in response to Zotos' exhibits (1.7); research re evidentiary issue (.6). | 9.10 |
| 03/29/2004 | WFH | Review Hogan's draft outline of opposition to Zotos' motion in limine and prepare notice (8.2); legal and factual research in support of same (1.3); prepare draft list of objections to trial exhibits designated by Zotos (.8); review and revise deposition counter-designations (.8); conferences with Mr. Hogan re pretrial submissions (.6); prepare witness list and descriptions of testimony (.7). | 12.40 |
| 03/30/2004 | WFH | Work on opposition brief and all pretrial submissions (10.4); conferences with Messrs. Marraro and Hogan re same (.7). | 11.10 |
| 03/30/2004 | CHM | Review and comment on stipulations of fact, witness list; deposition designations (3.5). | 3.50 |

Page 5

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 03/31/2004 | WFH | Revise opposition brief per Mr. Marraro's comments (1.2); work on trial brief and exhibits (9.6); conferences with Mr. Hogan re same and other pretrial submissions (.5). | 11.30 |
| 03/31/2004 | CHM | Conference with Hughes re trial briefs and motion in limine and other issues (1.5). | 1.50 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 205.10 | 74,213.50 |

Disbursements:

| Description | Amount |
|---|---|
| W. Hughes – Meals on trip to New York for deposition on 2/18/04 | 4.00 |
| W. Hughes – Taxi Service on trip to New York for deposition on 2/18/04 | 71.00 |
| C. Marraro – Taxi Service during meeting in Buffalo, NY on 1/05/04-1/06/04 | 70.00 |
| W. Hughes – R/T Coach Air Fare to New York for Brown deposition on 2/11/04 | 484.70 |
| W. Hughes – Hotel in New York for Brown deposition on 2/11/04 | 508.14 |
| W. Hughes – Parking at airport on trip to NY for Brown deposition on 2/11/04 | 56.00 |
| C. Marraro – R/T Coach Air Fare to Newark on 1/09/04 | 852.50 |
| C. Marraro – Hotel in Buffalo, NY on 12/30/03 | 173.26 |
| Copying | 1,294.50 |
| Facsimile | 57.75 |
| Online research | 26.80 |
| Delivery services/messengers | 26.40 |
| Federal Express | 71.15 |

| | |
|---|---|
| Total disbursements | $3,696.20 |
| Total Amount of This Bill | $77,909.70 |
| Balance Due | $77,909.70 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 4.00 | $250.00 |
| Mesmer, Alexander G. | Paralegal | 25.40 | $145.00 |
| Marraro, Christopher H. | Partner | 29.10 | $475.00 |
| Hughes, William F. | Counsel | 146.60 | $380.00 |


Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

April 28, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Invoice#   1781

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 03/01/2004 | NAB | Review Consent Decrees, Administrative Orders, etc. recieved from several EPA Regional offices for pertinent information regarding RCRA 7003 (Excavation, clean-up, etc.) | 7.50 |
| 03/02/2004 | NAB | Review Consent Decrees, Administrative Orders, etc. recieved from several EPA Regional offices for pertinent information regarding RCRA 7003 (Excavation, clean-up, etc.) | 7.50 |
| 03/02/2004 | WFH | Update research re RCRA and injunction issues on appeal (1.2). | 1.20 |
| 03/03/2004 | CHM | Meeting with Agnello to prepare fro all parties' meeting (3.0); attend all parties' meeting (4.5) | 7.50 |
| 03/04/2004 | CHM | Teleconference with Agnello (.5); conference with client (.3). | 0.80 |
| 03/05/2004 | CHM | Review revised protective order and comment (.6); conference with Millian and Danik re same (.3) | 0.90 |
| 03/09/2004 | CHM | Conference with Agnello (1.5); review and comment on Special Master's comments to work plan (.8); prepare letter to Mr. Torregrossa (1.2). | 3.50 |

Page 2

| 03/10/2004 | CHM | Travel to NJ for meeting with Agnello and all parties' meeting (1.2). (Note: Travel time billed at 50%; 10% here and 40% at end of statement) | 2.10 |
| 03/11/2004 | NAB | Review and analyze documents to be intergrated into existing case files (4.5). | 7.50 |
| 03/11/2004 | CHM | Travel to DC (2.1). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement). | 1.80 |
| 03/12/2004 | NAB | Review and analyze documents to be intergrated into existing case files (3.0). | 3.00 |
| 03/12/2004 | CHM | Prepare comments to letter on license agreement (1.0); conference with Agnello (.7); review letter from plaintiffs re various issues (.5); conference with client re update (.8) | 3.00 |
| 03/15/2004 | NAB | Analyze documents recieved from several EPA Regional offices for pertinent information (5.0). | 7.50 |
| 03/15/2004 | CHM | Meeting with Agnello re stipulated order (1.0); conference call with SI Group (1.0). | 2.00 |
| 03/16/2004 | NAB | Analyze documents recieved from several EPA Regional offices (4.0). | 7.50 |
| 03/17/2004 | NAB | Continue to analyze documents recieved from several EPA Regional offices (5.0). | 7.50 |
| 03/17/2004 | ACZ | Research re Fed. Rule 52 fact finding requirements applicability to fee petitions (1.9). | 1.90 |
| 03/18/2004 | NAB | Continue analysis of documents recieved from several EPA Regional offices (4.0). | 4.00 |
| 03/18/2004 | CHM | Working meetings with Agnello re stipulated order and RAAs (2.5). | 2.50 |
| 03/18/2004 | CHM | Travel to NJ (2.1). (Note: Travel time billed at 50%; 10% yhere or 1.8 and 40% at end of statement.) | 2.10 |
| 03/18/2004 | ACZ | Research re case law federal rules applicable to evidentiary hearings and findings of fact in fee petition cases (1.9); email to Mr. Marraro re same (.5). | 2.40 |

Page 3

| Date | | | | |
|---|---|---|---|---|
| 03/19/2004 | NAB | Continue review of documents recieved from several EPA Regional offices (7.5). | | 7.50 |
| 03/19/2004 | CHM | Meeting with A. Nagy re development issues (3.0). | | 3.00 |
| 03/22/2004 | WFH | Review correspondence from Honeywell re briefing schedule and follow-up research re same (.4). | | 0.40 |
| 03/22/2004 | ACZ | Research re federal evidentiary rules and conference with Mr. Hughes re same (.4). | | 0.40 |
| 03/23/2004 | WFH | Review Special Master's Restated Stipulated Order Approving SRAWP and amended stipulation/order regarding Honeywell's performance of immediate action items (.3). | | 0.30 |
| 03/25/2004 | WFH | Review correspondence from Third Circuit re briefing schedule and follow-up research re same (.4). | | 0.40 |
| 03/30/2004 | CHM | Conference with SI Group re various (.5); conference with Millian re fee petition (1.0); research fee petition issues (3.5) | | 5.00 |
| 03/31/2004 | NAB | Review and analyze documents to be intergrated into existing case files (7.5). | | 7.50 |
| 03/31/2004 | CHM | Conference with CTEH re Belsito (.5); review Belsito paper (1.5); conference with A. Nagy re various issues (.8). | | 2.80 |

|  | | **Amount** |
|---|---|---|
| Total fees | 111.00 | 26,994.00 |

Disbursements:

| | |
|---|---|
| W. Hughes - Taxi Service in New York for deposition on 2/11/04-2/12/04 | 28.00 |
| C. Marraro - Working Lunch for Mr. Marraro and Ms. Campbell on 1/14/04 (2 people) | 19.69 |
| Environmental Protection Agency - search and review documents per Ms. Ross | 117.40 |
| Environmental Protection Agency - Research and review documents   per Ms. Bynum | 82.25 |
| Environmental Protection Agency - Research and review documents | 54.78 |
| C. Marraro - Working Meal with Mr. Hughes on 1/13/04 (2 people) | 31.24 |
| C. Marraro - R/T Coach Air Fare to Newark on 1/07/04 | 558.70 |
| C. Marraro - R/T Coach Air Fare to Newark on 1/09/04 | 558.70 |

Page 4

| | |
|---|---|
| C. Marraro - Hotel in Newark on 12/17-18/03 (2 nights) | 923.39 |
| C. Marraro - Hotel in Newark on 1/8/04-1/9/04 (1 night) | 290.34 |
| C. Marraro - Auto Rental on 1/07/04 trip to Newark (2 days) | 208.59 |
| C. Marraro - Auto Rental on 1/12/04 trip to Newark (1 day) | 111.76 |
| C. Marraro - Parking at airport on 1/12 trip to Newark | 30.00 |
| C. Marraro - Parking at airport on 1/8 trip to Newark | 15.00 |
| Copying | 1,174.57 |
| Outside printing | 69.81 |
| Facsimile | 30.00 |
| Telephone | 183.36 |
| Online research | 4,393.77 |
| Overtime Meals | 9.85 |
| Federal Express | 86.37 |
| Total disbursements | $8,977.57 |
| Total Amount of This Bill | $35,971.57 |
| Less Deduction of 40% of Fees Per Agreement | $10,797.60 |
| Balance Due | $25,173.97 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 4.70 | $250.00 |
| Marraro, Christopher H. | Partner | 37.00 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 67.00 | $110.00 |
| Hughes, William F. | Counsel | 2.30 | $380.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

April 28, 2004

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#    1782

For Professional Services Rendered in Connection with Acton Matter – Matter 13

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 03/08/2004 | WFH | Legal and factual research in connection with preparing demand letter to Wyeth and Cytec re NC waste (7.2); conferences with Mr. Marraro re same (.4). | 7.60 |
| 03/08/2004 | CHM | Review and comment on letter to Cytec and Wyeth and conference with Hughes re same (.8). | 0.80 |
| 03/09/2004 | WFH | Additional legal and factual research in connection with preparing demand letter to Wyeth and Cytec re NC waste (1.0); finalize draft of demand letter and transmit to client (7.7); conferences with Mr. Marraro re letter (.4). | 9.10 |
| 03/17/2004 | CHM | Review and comment on letter (.2); confer with Hughes re research (.5). | 0.70 |
| 03/25/2004 | WFH | Legal research re effect of release provision in Acton deed (1.2). | 1.20 |
| 03/26/2004 | WFH | Conference call with client re Wyeth demand letter (1.0). | 1.00 |
| 03/29/2004 | ACZ | Research re indemnity agreements and covenants that run with land under Massachusetts law (2.6). | 2.60 |
| 03/31/2004 | WFH | Prepare next draft of Acton demand letter (.8). | 0.80 |

| | | | **Amount** |
|---|---|---|---|
| Total fees | | 23.80 | 8,848.50 |

Page 2

Disbursements:

| | |
|---|---:|
| C. Marraro - Breakfast for clients on 2/19/04 (3 people) | 47.55 |
| Copying | 12.30 |
| Online research | 261.25 |
| Total disbursements | $321.10 |
| Total Amount of This Bill | $9,169.60 |
| Balance Due | $9,169.60 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---:|---:|
| Zacaroli, Alec C. | Associate | 2.60 | $250.00 |
| Marraro, Christopher H. | Partner | 1.50 | $475.00 |
| Hughes, William F. | Counsel | 19.70 | $380.00 |


Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

April 28, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    1783

For Professional Services Rendered in Connection with Remediation Matters

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 03/01/2004 | WFH | Prepare memo and excerpts from permitting regulations for use by Mr. Agnello at NJDEP meeting (.6); conference with Agnello's office (.2); research in connection with permitting issue(.5). | 1.30 |
| 03/04/2004 | NAB | Review and analyze documents to be integrated into existing case files (7.5). | 7.50 |
| 03/08/2004 | NAB | Review and analyze documents to be intergrated into existing case files (4.3). | 4.30 |
| 03/08/2004 | CHM | Review TSO RAA (1.2); conference with Dr. Brown re same (.5). | 1.70 |
| 03/10/2004 | NAB | Review and analyze documents to be intergrated into existing case files (3.0). | 3.00 |
| 03/11/2004 | CHM | Meeting with Agnello and all parties' meeting re wall issues (4.5); meeting re comments on wall with Dr. Brown (2.1); prepare comments on work plan (1.5). | 8.10 |
| 03/15/2004 | CHM | Prepare comments on RAAs (3.5); conference with Dr. Brown (.5). | 4.00 |
| 03/17/2004 | CHM | Prepare for all parties' meeting (1.5); conference with client (.5). | 2.00 |

Page 2

| 03/17/2004 | MLW | Analysis of correspondence and submissions to Special Master and Court pertaining to entry of protective order and status of briefing schedule to be entered by Third Circuit Court of Appeals (3.1). | 3.10 |
| 03/18/2004 | CHM | Attend all parties' meeting on remediation (4.0). | 4.00 |
| 03/22/2004 | WFH | Review correspondence from Honeywell re crossing wall borings and sediment sampling issues (.3). | 0.30 |
| 03/24/2004 | WFH | Review plaintiffs' comments on Honeywell's TSDF report and underlying documents (.4). | 0.40 |
| 03/29/2004 | NAB | Review and analyze documents to be intergrated into existing case files (2.5). | 2.50 |
| 03/30/2004 | WFH | Review article re NJ remediation standards and follow-up research on same (.6). | 0.60 |
| 03/30/2004 | CHM | Review transportation study (1.5); conference with Agnello re same (.5) | 2.00 |

|  | | | **Amount** |
| Total fees | | 44.80 | 14,021.00 |

Disbursements:

| W. Hughes - R/T Coach Air Fare to New Jersy for meeting with J. Agnello in preperation for special Master meeting on 12/13/03 | 562.50 |
| W. Hughes - Auto Rental in New Jersy for meeting on 12/17/03 | 115.13 |
| W. Hughes - Parking in New Jersy for meeting on 12/17/03 | 15.00 |
| Copying | 524.10 |
| Telephone | 37.64 |
| Online research | 730.62 |
| Federal Express | 84.79 |

| Total disbursements | $2,069.78 |
| Total Amount of This Bill | $16,090.78 |
| Balance Due | $16,090.78 |

## Timekeeper Summary

| Name | | Hours | Rate |
| --- | --- | --- | --- |
| Marraro, Christopher H. | Partner | 21.80 | $475.00 |
| Williams, Michael L. | Associate | 3.10 | $250.00 |
| Bynum, Natasha A. | Legal Clerk | 17.30 | $110.00 |
| Hughes, William F. | Counsel | 2.60 | $380.00 |