IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 28, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR DUFF & PHELPS, L.L.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH APRIL 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

DOCS_DE:90635.1

# DUFF & PHELPS, LLC

■ DEPT. 540, P.O. BOX 150473 ▪ HARTFORD, CONNECTICUT 06115-0473 ■

April 14, 2004

State Street Bank and Trust Company
One Lincoln Street
Boston, MA  02111

Attn: Monet Ewing

FOR PROFESSIONAL SERVICES

Re:  For financial advisory services on behalf of the W.R. Grace & Co. Retirement Plan.
Progress billing for services rendered from February through April 2004.

| | |
|---|---|
| Professional fee | $50,000.00 |
| Out-of-pocket expenses | 2,416.91 |
| SUB TOTAL | 52,416.91 |
| Unpaid 2/12/04 Invoice | 59,026.02 |
| TOTAL DUE | $111,442.93 |

If submitting payment by check, please make reference to #2004-00082 on remittance.

PAYMENT VIA WIRING
DUFF & PHELPS, LLC
WEBSTER BANK
ABA NO:  211170101
ACCOUNT NO.:  0009233391

PAYMENT VIA LOCKBOX
DUFF & PHELPS, LLC
DEPT. 540
P.O. BOX 150473
HARTFORD, CT  06115-0473

**DUFF & PHELPS, LLC**
SUMMARY OF PROFESSIONAL FEES:  FEBRUARY 2004 – APRIL 2004

| Amount | Description | Original Due Date | Modified Due Date | Amount Paid | Comments |
|---|---|---|---|---|---|
| $25,000.00 | Agreed upon flat fee | December 2003 | February 2004 | $0.00 | Rescheduled due to delay in being initially retained |
| $25,000.00 | Agreed upon flat fee | January 2004 | March 2004 | $0.00 | Rescheduled due to delay in being initially retained |
| $50,000.00 Totals | | | | $0.00 | |

Note:  Based on engagement letter dated November 24, 2003 and approved by the Bankruptcy Court on December 15, 2003.

**DUFF & PHELPS, LLC**
OUT-OF POCKET EXPENSES
FEBRUARY 2004 – APRIL 2004

| | |
|---|---|
| Travel Expenses (see attached detailed schedule) | |
| Transportation | $1,681.40 |
| Lodging | 0 |
| Meals | 14.37 |
| Other | 10.00 |
| | $1,705.77 |
| | |
| Investment Research and Database charges | 497.12 |
| | |
| Industry/Asbestos Research Expenses | 0 |
| | |
| Photocopy | 55.00 |
| | |
| Facsimile | 0 |
| | |
| Telephone | 27.76 |
| | |
| Overnight Delivery | 131.26 |
| | |
| | $2,416.91 |

**Duff & Phelps, LLC**
**Travel Expense Detail**
**February 2004 – April 2004**

| Personnel | Date | Transportation | Lodging | Meals | Other | Comments |
|---|---|---|---|---|---|---|
| Dan Bayston | 4/6/2004 | $996.70 | $0.00 | $5.00 | $10.00 | 4/6/04 – Meeting in Boston with State Street |
| Paul Trost | 4/6/2004 | $684.70 | $0.00 | $9.37 | $0 | 4/6/04 - Meeting in Boston with State Street |
| Total | | $1,681.40 | $0 | $14.37 | $10.00 | |

**DUFF & PHELPS, LLC**
MEETINGS:  FEBRUARY 2004 – APRIL 2004

| Date | Place | Purpose of Meeting | Firms in Attendance |
|------|-------|--------------------|---------------------|
| February 23, 2004 | Conference Call | Meeting of the Fiduciary Committee of State Street to discuss status of the Chapter 11 proceedings, overview of W.R. Grace & Co. business and financial performance, and range of values for W.R. Grace & Co. common stock. | State Street<br>Duff & Phelps<br>Goodwin Procter |
| March 30, 2004 | Conference Call | Discussed valuation conclusions and additional financial information/analysis needed by State Street from Duff & Phelps | State Street<br>Duff & Phelps |
| March 31, 2004 | Conference Call | Discussed recent developments on potential legislative action on the FAIR Act and cost revisions released by The Congressional Budget Office | Duff & Phelps<br>Goodwin Procter |
| April 1, 2004 | Conference Call | Discussed recent developments of the Chapter 11 proceedings, trading activity by the Plan and additional financial information/analysis needed by State Street from Duff & Phelps | Duff & Phelps<br>Goodwin Procter |
| April 5, 2004 | Conference Call | Discussed valuation conclusions and additional financial information/analysis needed by State Street from Duff & Phelps | State Street<br>Duff & Phelps |
| April 6, 2004 | Boston, MA | Meeting with select members of the Fiduciary Committee of State Street and legal counsel to discuss recent developments for a resolution of the Chapter 11 proceedings (including prospects for a legislative settlement) and initial inquiries regarding the sale of the Plan's shares in one large block transaction. | State Street<br>Duff & Phelps<br>Goodwin Procter |

**DUFF & PHELPS, LLC**
REPORTS ISSUED:   FEBRUARY 2004 – MARCH 2004

| Date of Report | Length of Report | Report Contents |
|---|---|---|
| February 4, 2004 | 2 Pages | Summary update of financial and valuation conclusions including enterprise value, non-operating assets, operating liabilities, estimated environmental remediation costs and estimated asbestos liability. |
| February 13, 2004 | 3 Pages | Summary update of financial and valuation conclusions including enterprise value, non-operating assets, operating liabilities, estimated environmental remediation costs and estimated asbestos liability. |
| March 1, 2004 | 3 Pages | Summary update of financial and valuation conclusions including enterprise value, non-operating assets, operating liabilities, estimated environmental remediation costs and estimated asbestos liability. |
| March 5, 2004 | 3 Pages | Summary update of financial and valuation conclusions including enterprise value, non-operating assets, operating liabilities, estimated environmental remediation costs and estimated asbestos liability. |
| March 12, 2004 | 3 Pages | Summary update of financial and valuation conclusions including enterprise value, non-operating assets, operating liabilities, estimated environmental remediation costs and estimated asbestos liability. |
| March 19, 2004 | 3 Pages | Summary update of financial and valuation conclusions including enterprise value, non-operating assets, operating liabilities, estimated environmental remediation costs and estimated asbestos liability. |
| March 19, 2004 | 78 Pages | Detailed update financial analysis to support an opinion on the fundamental and financial outlook for the common stock of W.R. Grace & Co.   Report includes a detailed overview of the company's business and finances, the specialty chemical industry, Chapter 11 filing, FAIR Act, valuation multiples in the industry, trends in equity prices for other asbestos Chapter 11 companies and other information deemed relevant. |
| March 31, 2004 | 3 Pages | Summary update of financial and valuation conclusions including enterprise value, non-operating assets, operating liabilities, estimated environmental remediation costs and estimated asbestos liability. |

## BACKGROUND OF DUFF & PHELPS PROFESSIONALS

**Daniel D. Bayston** is a Managing Director of Duff & Phelps, LLC. Mr. Bayston has managed numerous corporate finance projects for publicly traded and privately held concerns. He has been with the firm since 1983 and has advised clients on employer stock valuation issues, debt and equity financings, corporate valuation matters, employee stock ownership leveraged buyout transactions, merger/acquisition analyses, venture capital projects, capital structure and dividend policy, and litigation support work. Prior to joining the corporate finance group in 1987, Mr. Bayston was the senior investment securities analyst covering the automotive and building materials industries in the investment research division of Duff & Phelps Corporation. Mr. Bayston has been a frequent speaker at investment conferences and forums sponsored by Duff & Phelps and other institutions.

Mr. Bayston received a B.S. with a concentration in finance from the University of Illinois and an M.B.A. in finance and marketing from Northwestern University. He is a chartered financial analyst (CFA) and a member of the Investment Analysts Society of Chicago, the Association of Investment Management and Research, the ESOP Association, the Business Valuation Association, and The Economic Club of Chicago.

**Paul D. Trost** is an Associate at Duff & Phelps, LLC, where he is involved in corporate valuation projects related to ESOP analyses, acquisitions, and corporate finance matters. Paul has served clients in manufacturing, chemical, agribusiness, insurance and financial services, and consulting services, among others. Prior to Duff & Phelps, he was a senior financial planner at The Ayco Company, LLP. Mr. Trost graduated from the University of Illinois with a Bachelor of Arts degree in economics and received his Master of Business Administration in finance from the John M. Olin School of Business at Washington University in St. Louis.

**Dennis Shea** is an Analyst with Duff & Phelps, LLC. He graduated with honors from DePaul University's Finance Honors Program in the fall of 2002 with a minor in Accountancy. During his last year at DePaul, he worked as an Analyst Assistant in Lazard Freres' Mergers and Acquisitions group in Chicago where he worked on numerous M&A pitches for the Aerospace and Defense and Consumer Products investment banking groups. Dennis joined Duff & Phelps' Financial Advisory group as an Analyst in January of 2003 and has worked on corporate valuation assignments including employer stock valuations, financial fairness opinions, and sell side merger/acquisition transactions.