# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: April 19, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE
MONTHLY INTERIM PERIOD OF JANUARY 1, 2004, THROUGH JANUARY 31, 2004,
FOR THE QUARTERLY FEE PERIOD OF JANUARY - MARCH 2004**

| | |
|---|---|
| Name of Applicant: | Woodcock Washburn LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order entered January 22, 2003 |
| Period for which compensation and reimbursement is sought | January 1, 2004, through January 31, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 117,384.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 34,007.41 |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of January 2004. This is the thirteenth application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock and the first application for services in the quarter January – March 2004. The following applications have been filed previously with the Court:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| TOTAL | | $239,464.35 | $32,917.84 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota. Except for the fees specifically identified in the attached detail as "Fee Application, Applicant" or "Travel Time," all fees for which application is made were in the category "Litigation and Litigation Consulting" in the Intercat case.

Applicant's attorneys and other professionals who rendered professional services during this Fee Period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $460.00 | 47.8 | $21,988.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $380.00 | 41.3 | $15,694.00 |
| Chad E. Ziegler | Associate | 1997 | IP Litigation | $290.00 | 136.2 | $39,498.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $270.00 | 29.7 | $8,019.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $210.00 | 102.5 | $21,525.00 |
| Larry Labella | Paralegal | - | IP Litigation | $130.00 | 82.0 | $10,660.00 |

Total Fees: $117,384.00
Blended Rate: $267.09

With respect to disbursements for which compensation is requested, out-going fax charges are billed at no higher than $1/page (with no charge for incoming faxes), charges for outside copy services are billed at actual cost (for this period, $25,550.85 because of extensive document production), and charges for standard in-house copying are billed at no more than $0.15/page.

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $117,384.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($93,907.20) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($34,007.41); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: March 16, 2004

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: April 19, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
## FOR THE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| 01/02/04 | CEZ | Reviewed production files in preparation for 30(b)(6) | 7.50 |
| 01/02/04 | GHL | Review of relevant witness files and preparation for defense of 30(b)(6) deposition of Grace on loader development, placement operation; | 1.25 |
| 01/02/04 | DRB | Preparation for Rule 30(b)(6) deposition of Grace | 0.50 |
| 01/02/04 | DRB | Coordinating deposition scheduling with third party refineries | 0.90 |
| 01/02/04 | KMW | Analysis of Grace's documents; continued assessment of document requests; follow-up with client regarding the same | 7.30 |
| 01/02/04 | DRB | Responding to discovery requests | 0.50 |
| 01/03/04 | CEZ | Reviewed production files in preparation for 30(b)(6). | 7.00 |
| 01/04/04 | CEZ | Reviewed production files in preparation for 30(b)(6). | 7.60 |
| 01/05/04 | LL | Attendance and assistance to the analysis and organization of documents for witness file preparation, review for production, scanning to e-mail to various team members and searches. | 6.00 |
| 01/05/04 | FTC | Reviewed documents produced by W.R. Grace to Intercat and categorized said documents in preparation for upcoming depositions. | 1.20 |
| 01/05/04 | GHL | Continued review of witness file on 30(b)(6) deposition of Grace | 0.70 |
| 01/05/04 | DRB | Telephone conference with Al Jordan regarding deposition preparation | 0.50 |
| 01/05/04 | CEZ | Email correspondence with P. Arnold regarding document production issues; review document production to identify further deficiencies | 1.20 |
| 01/05/04 | DRB | Telephone conference with Intercat's counsel regarding deposition scheduling and discovery issues | 0.40 |
| 01/05/04 | KMW | Analysis of document requests from Intercat and analysis of Grace documents for production. | 6.80 |
| 01/05/04 | DRB | Preparation for Murphy Superior deposition | 0.60 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/05/04 | KMW | Analysis of Grace documents in preparation of 30(b)(6) deposition witness binder. | 2.50 |
| 01/05/04 | CEZ | Reviewed Grace production for preparation of witness binder for A. Jordan deposition. | 3.00 |
| 01/06/04 | FTC | Reviewed documents produced by W.R. Grace to Intercat and categorized documents in preparation for upcoming depositions. | 9.30 |
| 01/06/04 | CEZ | Met with D. Bailey regarding production of refinery documents. | 0.30 |
| 01/06/04 | GHL | Review of outstanding discovery issues, and preparation of correspondence to Intercat counsel regarding same | 1.00 |
| 01/06/04 | DRB | Preparation for deposition of Superior refinery | 0.80 |
| 01/06/04 | CEZ | Letter detailing deficiencies in Intercat's responses to document requests and document produced in response | 3.80 |
| 01/06/04 | KMW | Continued document review in preparation of 30(b)(6) deposition witness binders. | 2.50 |
| 01/06/04 | KMW | Continued analysis of Grace documents for production. | 2.50 |
| 01/06/04 | LL | Attendance and assistance to the analysis and organization of documents for witness file preparation and document production. | 5.00 |
| 01/07/04 | FTC | Reviewed documents produced by W.R. Grace to Intercat and categorized documents in preparation for upcoming depositions. | 5.90 |
| 01/07/04 | DRB | Coordinating Murphy Superior deposition | 0.50 |
| 01/07/04 | KMW | Continued analysis of Grace documents and preparation of witness binders. | 6.90 |
| 01/07/04 | CEZ | Identify deficiencies in Intercat's document production; reviewed Intercat's discovery responses in response to inquiries by G. Levin. | 2.50 |
| 01/07/04 | CEZ | Negotiation of new discovery schedule and drafted stipulation and proposed order for same; email discussion with Intercat counsel regarding same. | 2.60 |
| 01/07/04 | LL | Attendance and assistance to the analysis and organization of documents for witness file preparation, searching for privilege documents and document production. | 5.00 |
| 01/07/04 | GHL | Further review of witness files in preparation for defense of noticed 30(b)(6) deposition | 0.80 |

| 01/07/04 | DRB | Obtaining agreement among parties regarding third party discovery and case schedule modification and drafting proposed Order | 0.90 |
| --- | --- | --- | --- |
| 01/08/04 | DRB | Preparation for Grace's Rule 30(b)(6) deposition | 1.00 |
| 01/08/04 | GHL | Further review of witness files in preparation for defense of 30(b)(6) deposition; | 1.50 |
| 01/08/04 | FTC | Met with team to discuss preparation for upcoming depositions. | 1.00 |
| 01/08/04 | KMW | Continued analysis of Grace documents in preparation of witness binders. | 7.30 |
| 01/08/04 | LL | Attendance and assistance to the analysis and organization of documents for witness file preparation, searching for privilege documents and document production. | 6.00 |
| 01/08/04 | GHL | Meeting with trial team regarding scheduling and outstanding discovery issues; | 1.00 |
| 01/08/04 | KMW | Analysis and strategy meeting with Grace team in preparation of Grace deposition. | 1.00 |
| 01/08/04 | FTC | Reviewed documents produced by W.R. Grace to Intercat and categorized aid documents in preparation for upcoming depositions. | 3.10 |
| 01/08/04 | CEZ | Meeting with Grace team to discuss upcoming depositions and substantive issues. | 1.00 |
| 01/08/04 | DRB | Team strategy meeting for discovery issues | 1.00 |
| 01/08/04 | CEZ | Edited and revised joint stipulation; email discussion with Intercat counsel regarding same. | 1.20 |
| 01/09/04 | KMW | Drafting interrogatory requests and document requests. | 1.50 |
| 01/09/04 | GHL | Further review of witness files and meeting with Grace's designated 30(b)(6) deponent, Mr. Jordon, to review topics and information for testimony at the deposition responsive to noticed topics; | 6.50 |
| 01/09/04 | LL | Attendance and assistance to the analysis and organization of documents for witness file preparation, searching for privilege documents and document production. | 2.50 |
| 01/09/04 | KMW | Continued review of Grace's documents in preparation of 30(b)(6) deposition and witness binders. | 3.50 |
| 01/09/04 | DRB | Travel 2.6 hours to/from Columbia, MD (bill at 1/2 time) | 1.30 |

| 01/09/04 | GHL | Travel time (2.6 hours) to/from Grace's facilities in Columbia MD, billed at half time | 1.30 |
| --- | --- | --- | --- |
| 01/09/04 | DRB | Meeting with Al Jordan and Grace representatives in preparation for Rule 30(b)(6) deposition | 6.50 |
| 01/09/04 | CEZ | Review of latest production from Intercat. | 4.00 |
| 01/10/04 | GHL | Fee Application - Applicant; preparation of fee application for November 2003 | 0.80 |
| 01/11/04 | FTC | Reviewed documents produced by W.R. Grace for relevance to non-infringement analysis. | 1.00 |
| 01/12/04 | CEZ | Review of latest production from Intercat; created index characterizing documents. | 6.70 |
| 01/12/04 | KMW | Analysis of Intercat's document production. | 1.50 |
| 01/12/04 | FTC | Reviewed documents produced by W.R. Grace for relevance to non-infringement analysis. | 2.50 |
| 01/12/04 | DRB | Rule 30(b)(6) deposition preparation with Alfred Jordan | 3.80 |
| 01/12/04 | LL | Attendance and assistance to the analysis and organization of documents for review, privilege and production. Also, performed various searches for documents. | 4.00 |
| 01/12/04 | GHL | Further meeting in our offices with Mr. Jordan, including telephone conferences with various Grace personnel, to prepare for scheduled 30(b)(6) deposition at which he will testify; | 6.50 |
| 01/12/04 | CEZ | Drafted letter to Intercat counsel, P. Arnold regarding privilege log, 30(b)(6) deposition, and inadvertently produced documents. | 1.40 |
| 01/12/04 | KMW | Conference w/GHL and Al Jordan in preparation of deposition. | 1.00 |
| 01/13/04 | CEZ | Research on D. Bartholic and R. Lippert; researched patents of D. Bartholic and R. Lippert. | 4.30 |
| 01/13/04 | GHL | Further review of witness files in preparation for defense of Mr. Jordan's deposition as Grace 30(b)(6) witness; | 3.25 |
| 01/13/04 | CEZ | Review of latest production from Intercat; created index characterizing documents. | 3.50 |
| 01/13/04 | KMW | Review of Intercat's document production. | 3.80 |
| 01/14/04 | LL | Attendance and assistance to the analysis and organization of documents for review, privilege and production. | 4.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/14/04 | CEZ | Finalized letter to P. Arnold regarding Intercat's document deficiencies; met with K. Whitney to discuss same. | 1.30 |
| 01/14/04 | GHL | Further meeting with Mr. Jordan in preparation for defense of his deposition as Grace 30(b)(6) witness, defense of the deposition, and meeting with Mr. Jordan following the deposition regarding further information to be obtained to address designated 30(b)(6) categories; | 8.50 |
| 01/14/04 | KMW | Analysis of Bartholic patents as prior art | 2.00 |
| 01/14/04 | DRB | Deposition preparation with Alfred Jordan | 1.20 |
| 01/15/04 | GHL | Further meeting with Mr. Jordan regarding further information received to address designated 30(b)(6) categories, and defense of further session of the deposition taken by Intercat counsel; | 8.00 |
| 01/15/04 | KMW | Analysis of 236 patent and prosecution history. | 2.90 |
| 01/15/04 | CEZ | Reviewed materials in preparation for meet and confer with Intercat to discuss extant document discovery issues. | 3.40 |
| 01/15/04 | LL | Attendance and assistance to the analysis and organization of documents for review, production and file set up. | 4.50 |
| 01/16/04 | KMW | Analysis of Intercat's document production. | 0.60 |
| 01/16/04 | KMW | Review of document requests, analysis of Grace's production, and follow-up with client regarding the same. | 1.10 |
| 01/16/04 | CEZ | Reviewed materials in preparation for meet and confer with Intercat to discuss extant document discovery issues. | 3.40 |
| 01/16/04 | GHL | Consolidation of notes of issues addressed at 30(b)(6) deposition of Grace related to loader operation taken by Intercat | 0.70 |
| 01/16/04 | LL | Attendance and assistance to the analysis and organization of documents for review, production and file set up. | 3.00 |
| 01/17/04 | GHL | Fee Application, Applicant – preparation of invoice and petition for services for December 2003 | 0.80 |
| 01/19/04 | CEZ | Reviewed and analyzed recent production from Intercat. | 5.70 |
| 01/19/04 | GHL | Preparation of further document requests to be served on Intercat; | 0.20 |
| 01/19/04 | LL | Attendance and assistance to the analysis and organization of documents for various witness files; document review and performed various searches. | 4.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/19/04 | CEZ | Reviewed materials in preparation for Nol-Tec 30(b)(6) witness; met with D. Bailey regarding same. | 2.50 |
| 01/19/04 | FTC | Reviewed and categorized documents produced by Intercat. | 1.50 |
| 01/19/04 | GHL | Telephone conference with Nol-Tec counsel in preparation for defense of 30(b)(6) deposition of Nol-Tec scheduled to be taken by Intercat on topics of loader operation and placement; | 1.00 |
| 01/19/04 | KMW | Analysis Grace's document production in light of meet and confer between Grace and Intercat. | 0.60 |
| 01/19/04 | DRB | Preparation for Murphy deposition | 0.40 |
| 01/19/04 | CEZ | Meet and confer with Intercat to discuss extant discovery issues. | 1.20 |
| 01/20/04 | CEZ | Travel to Minneapolis for 30(b)(6) deposition of Nol-Tec (4.4 hrs. billed at 1/2 time) | 2.20 |
| 01/20/04 | KMW | Review privileged documents and preparation of privilege log. | 3.30 |
| 01/20/04 | KMW | Analysis of Intercat documents. | 1.50 |
| 01/20/04 | KMW | Analysis of Grace documents that were produced in light of inquiries from Intercat. | 0.70 |
| 01/20/04 | CEZ | Reviewed deposition transcript of A. Jordan. | 1.80 |
| 01/20/04 | LL | Attendance and assistance to the analysis and organization of documents for various witness files; document review and performed various searches. | 4.50 |
| 01/20/04 | KMW | Continued preparation of interrogatory requests. | 0.90 |
| 01/20/04 | CEZ | Reviewed draft discovery requests prepared by K. Whitney; discussed requests with K. Whitney. | 1.30 |
| 01/20/04 | KMW | Continued preparation of document requests. | 1.10 |
| 01/20/04 | CEZ | Reviewed materials in preparation for Nol-Tec 30(b)(6) witness; | 2.90 |
| 01/21/04 | FTC | Reviewed operating characteristics of shot-pot loaders. | 0.40 |
| 01/21/04 | CEZ | Attendance to deposition of Nol-Tec 30(b)(6) witness; met with Nol-Tec counsel and witness regarding same. | 8.00 |
| 01/21/04 | KMW | Analysis of Al Jordan deposition transcript and follow-up items. | 2.00 |
| 01/21/04 | KMW | Analysis of Grace loader operations. | 1.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/21/04 | LL | Attendance and assistance to the analysis and organization of documents for various witness files regarding categories and document review. | 5.50 |
| 01/22/04 | LL | Attendance and assistance to the analysis and organization of documents for various witness files regarding categories and document review. | 7.00 |
| 01/22/04 | KMW | Preparation of Murphy Superior witness binder and analysis of documents. | 1.80 |
| 01/22/04 | CEZ | Attendance to deposition of Nol-Tec 30(b)(6) witness; met with Nol-Tec counsel and witness regarding same. | 8.00 |
| 01/22/04 | KMW | Analysis of Grace documents in preparation of witness binders. | 2.20 |
| 01/22/04 | KMW | Analysis of Grace's document production; coordinating responding to Intercat's allegations of deficiencies in production. | 0.80 |
| 01/23/04 | KMW | Analysis of Grace document production; telephonic conference w/Al Jordan regarding document production and Intercat's allegations of deficiencies. | 1.20 |
| 01/23/04 | KMW | Analysis of transcripts of Nol-Tec and Grace 30-b-6 depositions on loader operations | 1.90 |
| 01/23/04 | CEZ | Reviewed and analyzed recent production of documents from Intercat. | 2.20 |
| 01/23/04 | DRB | Preparation for Murphy Oil deposition | 0.50 |
| 01/23/04 | CEZ | Travel time (4.4 hrs. billed 1/2) | 2.20 |
| 01/23/04 | KMW | Analysis of Grace documents in preparation of witness binders. | 2.10 |
| 01/23/04 | LL | Attendance and assistance to the analysis and organization of documents for various witness files regarding categories and document review. | 5.00 |
| 01/23/04 | KMW | Preparation of Murphy Superior witness binder. | 1.80 |
| 01/25/04 | CEZ | Prepared materials for use at deposition of Murphy Superior; reviewed materials in preparation for deposition; prepared outline of questions for deposition. | 4.60 |
| 01/26/04 | CEZ | Telephone discussion with P. Arnold regarding logistics of deposition and scope of inspection. | 0.20 |
| 01/26/04 | CEZ | Prepared materials for use at deposition of Murphy Superior. | 8.20 |

| | | | |
|---|---|---|---|
| 01/26/04 | LL | Attendance and assistance to the analysis and organization of documents for review, production and performed various searches. | 4.00 |
| 01/26/04 | GHL | Preliminary review of transcript of deposition of Grace 30(b)(6) witness Al Jordan and formulation of cross-examination questions for the continuation of the deposition; | 0.50 |
| 01/26/04 | DRB | Preparation for deposition of Murphy Oil, Superior, WI | 1.50 |
| 01/27/04 | LL | Attendance and assistance to the analysis and organization of documents for witness files, document review for production, and the set up of a live notes system. | 3.50 |
| 01/27/04 | CEZ | Prepared outline for questions for deposition; reviewed materials produced by Murphy in preparation for deposition. | 6.00 |
| 01/27/04 | KMW | Analysis of Grace production and preparation of more production. | 2.00 |
| 01/27/04 | DRB | Travel to Murphy Superior Refinery (6 hrs. billed at 1/2 time) | 3.00 |
| 01/27/04 | CEZ | Travel to Murphy deposition. (6 hrs. billed at 1/2 time) | 3.00 |
| 01/27/04 | DRB | Preparation for deposition of Murphy Superior refinery | 5.00 |
| 01/27/04 | KMW | Preparation of Murphy Superior Witness binder. | 1.00 |
| 01/27/04 | KMW | Analysis of Nol-Tec deposition. | 2.70 |
| 01/28/04 | LL | Attendance and assistance to the analysis and organization of documents to update various indicies; e-mail responses. | 1.00 |
| 01/28/04 | CEZ | Prepare for deposition; conducted deposition and inspection of Murphy loader and unit | 7.50 |
| 01/28/04 | KMW | Analysis of Intercat documents. | 5.20 |
| 01/28/04 | DRB | Taking deposition of Murphy Superior refinery | 7.50 |
| 01/28/04 | GHL | Review of witness files in preparation for depositions of Intercat personnel; | 0.80 |
| 01/28/04 | DRB | Travel back from Murphy Superior refinery deposition (6 hrs. billed at 1/2 time) | 3.00 |
| 01/28/04 | GHL | Further analysis of notes in preparation for defense of further session of deposition of Grace 30(b)(6) deponent Al Jordan; | 0.40 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/29/04 | LL | Attendance and assistance to the analysis and organization of documents to update various files; prepared deposition files. | 4.50 |
| 01/29/04 | KMW | Analysis of Intercat documents and preparation of witness binders | 6.80 |
| 01/29/04 | CEZ | Return travel from deposition. (6 hrs. billed at 1/2 time) | 3.00 |
| 01/30/04 | KMW | Analysis of Grace production and responding to Intercat's allegations of deficiencies and telephonic conference w/AJ regarding the same. | 1.30 |
| 01/30/04 | GHL | Fee Application, Applicant - Preparation of invoice and fee application for December 2003 | 0.80 |
| 01/30/04 | KMW | Analysis of Intercat documents. | 5.70 |
| 01/30/04 | LL | Attendance and assistance to the analysis and organization of documents to update various files; prepared deposition files, review for production. | 2.50 |
| 01/30/04 | GHL | Review of transcript of first sessions of Jordan deposition, and formulation of cross-examination questions. | 1.50 |
| 01/30/04 | FTC | Conducted electronic search for patents and other materials relating to David B. Bartholic; reviewed the results of search. | 2.80 |
| 01/30/04 | FTC | Reviewed various prior-art references and assessed the possible effect of references on the validity of U.S. patent no. 5,389,236. | 1.00 |

|  |  | SERVICES | $ | 117,384.00 |

| Code | Name | Hours | | Rate |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 47.80 | hours at $ | 460.00 |
| DRB | DAVID R. BAILEY | 41.30 | hours at $ | 380.00 |
| CEZ | CHAD E. ZIEGLER | 136.20 | hours at $ | 290.00 |
| FTC | FRANK T. CARROLL | 29.70 | hours at $ | 270.00 |
| KMW | KAREN MILLANE WHITNEY | 102.50 | hours at $ | 210.00 |
| LL | LARRY LABELLA | 82.00 | hours at $ | 130.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| LOCAL COUNSEL FEES | 142.30 |
| FACSIMILE | 31.38 |
| POSTAGE & DELIVERY | 182.52 |

|  |  |  |
|---|---:|---:|
| TELEPHONE | | 124.45 |
| PHOTOCOPYING | | 26,316.75 |
| COMPUTER SEARCH | | 1,191.89 |
| TRAVEL & EXPENSES | | 6,018.12 |
| DISBURSEMENT TOTAL | $ | 34,007.41 |
| SERVICE TOTAL | $ | 117,384.00 |
| **INVOICE TOTAL** | $ | 151,391.41 |

**Travel and Expense: Gary H. Levin**

| | | | |
|---|---|---|---|
| 1/09/04 | | | |
| Transportation: | Purpose of trip: Meeting with Grace's designated 30(b)(6) deponent, Mr. Jordon | | |
| 1/09/04 | Amtrak Train No. 181<br>Philadelphia to BWI, Maryland | $ | 155.00 |
| | Acela Train No. 2112<br>BWI, Maryland to Philadelphia | | |
| Parking | | $ | 17.00 |
| Miles | | $ | 5.85 |
| | TOTAL EXPENSE: | $ | 177.85 |

**Travel and Expense: David Bailey**

| | | | | |
|---|---|---|---|---|
| 1/9/04 | | | | |
| | **Transportation:** | Purpose of trip: Meeting with Grace personnel at W.R. Grace in Columbia, Maryland | | |
| | 1/9/04 | Amtrak Train No. 181 | | |
| | | Philadelphia to BWI, Maryland | $ | 155.00 |
| | | Acela Train No. 2112 | | |
| | | BWI, Maryland to Philadelphia | | |
| | **Taxi Fare:** | Transportation to/from Amtrak Station and Columbia, Maryland | $ | 58.00 |
| | **Parking:** | | $ | 17.00 |
| | **Meals:** | | $ | 54.10 |
| | **Miles:** | | $ | 16.25 |
| | | TOTAL EXPENSE: | $ | 300.35 |

**Travel and Expense: David Bailey**

| | | | |
|---|---|---|---:|
| **1/27/04** | | | |
| | **Transportation:** | Purpose of Trip: Attend deposition of Superior Refinery in Superior, Wisconsin | |
| | 1/27/04: | Northwest Air Flight 683<br>Philadelphia to Minneapolis, MN<br>Connecting Flight 1536 from Minneapolis to Duluth, MN | $ 1,316.40 |
| | | Northwest Air Flight 1874<br>Duluth, MN to Minneapolis, MN<br>Connecting Flight 692 from Minneapolis to Philadelphia | |
| | **Car Rental:** | | $ 191.58 |
| | **Taxi Fare:** | Philadelphia Office to Philadelphia Airport | $ 24.00 |
| | **Parking:** | | $ 46.00 |
| | **Lodging:** | | $ 66.68 |
| | **Meals:** | | $ 25.07 |
| | **Miles:** | | $ 13.00 |
| | | TOTAL EXPENSE: | $ 1,682.73 |

**Travel and Expense: Chad Ziegler**

| | | |
|---|---|---|
| **1/27/04** | | |
| **Transportation:** | Purpose of Trip: Attend 30(b)(6) deposition of Nol-Tec in Minneapolis | |
| 1/20/04 | U.S. Airways Flight<br>Philadelphia to Minneapolis, MN | $ 1,290.20 |
| | U.S. Airways Flight<br>Minneapolis to Philadelphia | |
| **Parking:** | | $    56.00 |
| **Lodging:** | | $  987.97 |
| **Meals:** | | $    15.98 |
| **Transportation:** Superior, Wisconsin | Purpose of Trip: Attend deposition of Superior Refinery in | |
| 1/27/04: | Northwest Air Flight 683<br>Philadelphia to Minneapolis, MN<br>Connecting Flight 1536 from Minneapolis to Duluth, MN | $ 1,281.40 |
| | Northwest Air Flight 1874<br>Duluth, MN to Minneapolis, MN<br>Connecting Flight 692 from Minneapolis to Philadelphia | |
| **Parking:** | | $    43.00 |
| **Lodging:** | | $  148.57 |
| **Meals:** | | $    34.07 |
| | TOTAL EXPENSE: | $ 3,857.19 |