# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: May 3, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE
MONTHLY INTERIM PERIOD OF FEBRUARY 1, THROUGH FEBRUARY 29, 2004,
FOR THE QUARTERLY FEE PERIOD OF JANUARY - MARCH 2004**

| | |
|---|---|
| Name of Applicant: | Woodcock Washburn LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order entered January 22, 2003 |
| Period for which compensation and reimbursement is sought | February 1, 2004, through February 29, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 66,216.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 16,476.09 |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:74959.1

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of February 2004. This is the fourteenth application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock and the second application for services in the quarter January – March 2004. The following applications have been filed previously with the Court:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ – 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| TOTAL | | $356,848.35 | $66,925.25 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota. Except for the fees specifically identified in the attached detail as "Fee Application, Applicant" or "Travel Time," all fees for which application is made were in the category "Litigation and Litigation Consulting" in the Intercat case.

Applicant's attorneys and other professionals who rendered professional services during this Fee Period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $460.00 | 38.40 | $17,664.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $380.00 | 0.0 | $0.00 |
| Chad E. Ziegler | Associate | 1997 | IP Litigation | $290.00 | 50.1 | $14,529.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $270.00 | 22.7 | $6,129.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $210.00 | 86.4 | $18,144.00 |
| Larry Labella | Paralegal | - | IP Litigation | $130.00 | 75.0 | $9,750.00 |

Total Fees: $66,216.00
Blended Rate: $242.91

With respect to disbursements for which compensation is requested, out-going fax charges are billed at no higher than $1/page (with no charge for incoming faxes), charges for outside copy services are billed at actual cost (for this period, $11,740.78 because of extensive document production), and charges for standard in-house copying are billed at no more than $0.15/page.

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $66,216.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($52,972.80) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($ 16,476.09); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Dated: April 5, 2004

Respectfully submitted

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA 19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: May 3, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:74959.1

-1-

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/01/04 | KMW | Review of Intercat documents. | 0.70 |
| 02/02/04 | GHL | Review of outstanding discovery issues and development of strategy for addressing same; | 0.50 |
| 02/02/04 | KMW | Analysis of Grace documents and develop strategy for responding to alleged deficiencies in production; telephonic conference w/client regarding the same. | 2.00 |
| 02/02/04 | CEZ | Met with K. Whitney to discuss extant document discovery issues; met with G. Levin to discuss same. | 1.60 |
| 02/02/04 | KMW | Conference w/CZ regarding Intercat documents and Grace documents; conference w/CZ and GL regarding strategy for document production. | 1.50 |
| 02/02/04 | KMW | Analysis of Intercat documents. | 4.80 |
| 02/02/04 | GHL | Review of issues relating to operation of certain Nol-Tec loaders and consideration of infringement issues raised by Intercat regarding same; | 0.50 |
| 02/02/04 | CEZ | Email correspondence with P. Arnold regarding discovery issues. | 0.40 |
| 02/02/04 | GHL | Further review of documents marked as exhibits at first sessions of Jordan deposition, and continued development of cross-examination questions for the deposition; | 1.20 |
| 02/02/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation regarding categories and review of new documents for document production. | 6.50 |
| 02/03/04 | CEZ | Reviewed draft privilege log; met with K. Whitney regarding same. | 0.90 |
| 02/03/04 | KMW | Preparation of Graces 30(b)(6) notice to Intercat. | 1.60 |
| 02/03/04 | KMW | Fact-gathering and preparation of supplemental response to Intercat's interrogatory 8. | 0.50 |
| 02/03/04 | KMW | Analysis of alleged deficiencies in production and prepare strategies for responding; analysis and production of privilege log. | 1.20 |
| 02/03/04 | KMW | Fact gathering regarding Nol-Tec loaders used by Grace customers. | 0.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/03/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation regarding categories and review of new documents for document production. | 6.00 |
| 02/03/04 | FTC | Reviewed documents preoudced by W.R. Grace for materials relating to catalyst and additive loaders manufactured by Pneumix B.V. | 1.00 |
| 02/03/04 | KMW | Analysis of Intercat documents. | 0.50 |
| 02/04/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation regarding categories and review of new documents for document production. | 4.00 |
| 02/04/04 | KMW | Analysis of Grace loader operations. | 2.90 |
| 02/04/04 | CEZ | Met with K. Whitney to discuss document production issues. | 0.60 |
| 02/04/04 | KMW | Analysis of Al Jordan deposition. | 0.80 |
| 02/04/04 | KMW | Analysis of Intercat documents and preparation of 30(b)(6) notice. | 1.10 |
| 02/04/04 | CEZ | Reviewed and analyzed Intercat's privilege log. | 1.30 |
| 02/05/04 | FTC | Reviewed materials relating to loaders manufactured by Pneumix B.V. | 1.10 |
| 02/05/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation regarding categories and review of new documents for document production. | 4.00 |
| 02/05/04 | CEZ | Analysis of discovery issues anticipation of meet and confer with Intercat counsel. | 1.20 |
| 02/05/04 | KMW | Analysis of Intercat documents and preparation of 30(b)(6) notice. | 3.50 |
| 02/05/04 | KMW | Analysis of Grace's discovery in light of alleged deficiencies noted by Inercat. | 1.00 |
| 02/05/04 | CEZ | Wrote letter to P. Arnold regarding discovery sought by Grace. | 0.80 |
| 02/06/04 | FTC | Held conference with G. Levin, D. Bailey, C. Ziegler, and K. Whitney to discuss case progress strategy and scheduling. | 1.00 |
| 02/06/04 | KMW | Analysis of Intercat documents. | 3.70 |
| 02/06/04 | FTC | Reviewed various prior-art references and assessed the possible effect of said references on the validity of U.S. patent no. 5,389,236. | 0.50 |
| 02/06/04 | KMW | Status meeting and strategy discussion w/GHL, DRB, CZ, and FTC. | 1.50 |
| 02/06/04 | CEZ | Detailed review and analysis of Intercat production in preparation for 30(b)(6) deposition. | 5.20 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/06/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation regarding categories and review of new documents for document production. | 5.00 |
| 02/06/04 | GHL | Meeting with trial team regarding outstanding discovery issues and strategy for addressing all discovery matters; | 1.20 |
| 02/06/04 | GHL | Attendance to discovery issues, including review of additional Intercat requests for topics to be included in continued 30(b)(6) deposition, and correspondence to Intercat counsel regarding deficiencies in Intercat's document production; | 0.70 |
| 02/09/04 | CEZ | Follow-up teleconference with P. Arnold regarding document discovery issues; discussion with K. Whitney in preparation for same. | 0.70 |
| 02/09/04 | KMW | Analysis of Grace document production and develop strategy for addressing alleged deficiencies. | 1.00 |
| 02/09/04 | KMW | Analysis of Intercat documents. | 2.00 |
| 02/09/04 | CEZ | Teleconference with P. Arnold and T. Wimbiscus to discuss document production issues; met with K. Whitney in preparation for same; reviewed discovery materials in preparation for same. | 3.40 |
| 02/10/04 | KMW | Analysis of Intercat's Fifth set of document requests to Grace. | 0.30 |
| 02/10/04 | KMW | Witness binder preparations for reconvening of Grace 30(b)(6). | 0.90 |
| 02/10/04 | KMW | Preparation of witness binder for Tesoro. | 1.00 |
| 02/10/04 | KMW | Analysis of Third set of interrogatories from Intercat; prepare strategy for responding; legal research and analysis regarding interrogatories; being analysis of Grace documents for responding thereto. | 4.00 |
| 02/10/04 | CEZ | Detailed review and analysis of documents produced by Intercat in preparation for 30(b)(6) deposition of Intercat. | 4.50 |
| 02/11/04 | KMW | Analysis of alleged discovery deficiencies and strategy for response; legal analysis in light of the same. | 3.80 |
| 02/11/04 | CEZ | Telephone discussion with M. Privratsky regarding Intercat's privilege log. | 0.40 |
| 02/11/04 | CEZ | Detailed review and analysis of Intercat production in preparation for 30(b)(6). | 3.00 |
| 02/11/04 | CEZ | Met with K. Whitney to discuss document production issues; draft 30(b)(6) notice; Intercat's recently served discovery requests; February 10 letter from Patrick Arnold. | 0.90 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/11/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation and review of new documents and for document production. | 4.00 |
| 02/11/04 | CEZ | Reviewed and analyzed February 10 letter from Patrick Arnold. | 0.90 |
| 02/11/04 | CEZ | Edited and revised draft 30(b)(6) notice. | 1.60 |
| 02/11/04 | GHL | Review of discovery issues and preparation of correspondence or Intercat counsel regarding same; | 0.40 |
| 02/11/04 | CEZ | Met with G. Levin to discuss outcome of discovery conference with Intercat. | 0.60 |
| 02/12/04 | CEZ | Met with K. Whitney to discuss extant discovery issues. | 1.30 |
| 02/12/04 | KMW | Preparation and analysis of Bob Riley witness file. | 1.00 |
| 02/12/04 | CEZ | Detailed review and analysis of Intercat production relating to Intercat's estimate models. | 3.20 |
| 02/12/04 | CEZ | Drafted letter responding to P. Arnold's February 10th letter. | 3.60 |
| 02/12/04 | KMW | Analysis of WRG documents and fact analysis in light of Intercat's document requests. | 4.40 |
| 02/13/04 | GHL | Fee Application, Applicant -- preparation of Quarterly Summary for Fee Period of October - December 2003 | 2.00 |
| 02/13/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation regarding categories and review of new documents for document production. | 3.50 |
| 02/13/04 | KMW | Preparation and analysis of Bob Riley witness file. | 0.40 |
| 02/13/04 | KMW | Discussion and strategy of 30(b)(6) notice to Intercat; preparation of the same. | 1.20 |
| 02/13/04 | CEZ | Detailed review and analysis of Intercat production relating to Intercat's estimate models. | 5.60 |
| 02/13/04 | KMW | Prepare response to Interrogatory #9. | 0.80 |
| 02/16/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation and document production. Also, updated various indicies and performed searches for patents. | 5.50 |
| 02/16/04 | GHL | Preliminary review of witness file in preparation for deposition of named inventor Bartholic; | 0.70 |
| 02/16/04 | GHL | Attendance to deposition scheduling; | 0.40 |
| 02/17/04 | GHL | Preliminary review of witness file in preparation for deposition of named inventor Bartholic; | 0.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/17/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation and review of new documents. | 5.00 |
| 02/17/04 | KMW | Analysis of WRG documents for production. | 2.50 |
| 02/17/04 | GHL | Attendance to deposition scheduling; | 0.30 |
| 02/18/04 | GHL | Fee Application, Applicant -- preparation of invoice and petition for January 2003. | 0.60 |
| 02/18/04 | KMW | Preparation of Bartholic witness binder and conference w/GHL regarding the same. | 0.50 |
| 02/18/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation and review of new documents. | 5.50 |
| 02/18/04 | KMW | Legal review of Grace documents for production. | 6.20 |
| 02/18/04 | FTC | Document review. | 2.80 |
| 02/19/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation and review of new documents for witness files. | 5.50 |
| 02/19/04 | KMW | Legal review of Grace documents for production. | 3.00 |
| 02/19/04 | FTC | Review of Intercat document production. | 5.70 |
| 02/20/04 | KMW | Review of Grace documents for production. | 5.00 |
| 02/20/04 | FTC | Document review. | 6.70 |
| 02/20/04 | GHL | Review of witness file and preparation for taking Bartholic deposition; | 1.00 |
| 02/20/04 | GHL | Meeting with trial team members regarding scheduled 30(b)(6) depsoitons and defense of same; | 0.70 |
| 02/20/04 | KMW | Conference w/GHL and CZ regarding priorities and legal strategies. | 1.50 |
| 02/20/04 | KMW | Analysis of 236 patent invalidity. | 1.00 |
| 02/20/04 | GHL | Review of Intercat's Fifth Document Requests and Third Interrogatories to Grace and consideration of objections and responses thereto; | 0.50 |
| 02/20/04 | CEZ | Reviewed documents produced by BP and Motiva. | 4.70 |
| 02/20/04 | KMW | Analysis of prosecution history of EP 0408606. | 0.60 |
| 02/20/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation and review of new documents for witness files. | 3.50 |
| 02/21/04 | GHL | Preparation for deposition of inventor Bartholic | 1.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/22/04 | KMW | Analysis of Grace documents for production. | 1.70 |
| 02/23/04 | CEZ | Drafted email letter to P. Arnold regarding exchange of information relating to production of documents. | 1.00 |
| 02/23/04 | GHL | Preparation for deposition of Intercat inventor Bartholic; review of patent and prosecution history and development of deposition outline; | 4.00 |
| 02/23/04 | KMW | Preparation of supplemental response to Intercat's Interrogatory #8. | 0.30 |
| 02/23/04 | KMW | Gather facts about Intercat. | 0.30 |
| 02/23/04 | KMW | Review of Grace documents for production. | 6.10 |
| 02/23/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation and document production. | 3.00 |
| 02/24/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation and document production. Also, updated various indicies and performed searches for various correspondence. | 5.00 |
| 02/24/04 | GHL | Work on scheduling of depositions and other discovery; | 0.20 |
| 02/24/04 | GHL | Continued preparation for deposition of inventor Bartholic; | 3.30 |
| 02/24/04 | KMW | Analysis of Grace documents for production. | 4.10 |
| 02/24/04 | GHL | Review of Intecat's responses to Grace interrogatories and document requests; | 0.20 |
| 02/25/04 | KMW | Telephonic conference with Mr. Jordan regarding 30(b)(6) deposition; analysis of testimony. | 0.80 |
| 02/25/04 | GHL | Travel time, Philadelphia to Chicago, for deposition (3 hours at half-time); | 1.50 |
| 02/25/04 | GHL | Continued preparation for conducting deposition of inventor Bartholic, including review of patent in suit, prosecution history, and witness file, and development of deposition outline; | 5.00 |
| 02/25/04 | FTC | Document review. | 2.00 |
| 02/25/04 | KMW | Analysis of Grace documents for production. | 2.60 |
| 02/26/04 | LL | Attendance and assistance to the analysis and organization of documents for file preparation and setting up deposition files. | 4.00 |
| 02/26/04 | GHL | Travel time, Chicago to Philadelphia, from deposition (four hours billed at half-time) | 2.00 |
| 02/26/04 | GHL | Conduct of deposition of inventor (Bartholic) of Intercat's patent-in-suit at offices of Intercat's counsel in Chicago; | 7.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/26/04 | GHL | Meeting with Nol-Tec counsel to coordinate strategy for taking of deposition of Intercat inventor; | 1.00 |
| 02/26/04 | KMW | Analysis of Grace documents for production. | 1.20 |
| 02/26/04 | FTC | Review of Intercat documents. | 1.90 |
| 02/27/04 | GHL | Consolidation of notes from Bartholic deposition and discussion of testimony with trial team; | 1.20 |
| 02/27/04 | CEZ | Reviewed and analyzed latest production from Intercat. | 2.70 |
| 02/27/04 | KMW | Analysis of Al Jordan deposition testimony. | 0.40 |
| 02/27/04 | LL | Attendance and assistance to the analysis and organization of documents for review for production and file preparation. | 3.00 |
| 02/28/04 | LL | Attendance and assistance to the analysis and organization of documents for review for scanning, updating indicies and file preparation. | 2.00 |

|  |  | SERVICES | $ | 66,216.00 |
|---|---|---|---|---|

| Initials | Name | Hours | Rate |
|---|---|---|---|
| GHL | GARY H. LEVIN | 38.40 hours at $ | 460.00 |
| CEZ | CHAD E. ZIEGLER | 50.10 hours at $ | 290.00 |
| FTC | FRANK T. CARROLL | 22.70 hours at $ | 270.00 |
| KMW | KAREN MILLANE WHITNEY | 86.40 hours at $ | 210.00 |
| LL | LARRY LABELLA | 75.00 hours at $ | 130.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| FACSIMILE | 79.56 |
| COURT REPORTERS | 2,048.19 |
| POSTAGE & DELIVERY | 69.27 |
| TELEPHONE | 15.62 |
| PHOTOCOPYING | 12,082.93 |
| COMPUTER SEARCH AND INTERNET DOCKETING | 543.00 |
| TRAVEL & EXPENSES (See attached detail) | 1,637.52 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 16,476.09 |
| SERVICE TOTAL | $ | 66,216.00 |
| **INVOICE TOTAL** | $ | 82,692.09 |

**Travel and Expense: Gary H. Levin**

| | | | |
|---|---|---|---|
| 1/09/04 | | | |
| | **Transportation:** Purpose of trip: Deposition of inventor Bartholic | | |
| | 2/25/04   US Airways Flight No. 299<br>Philadelphia to Chicago, Illinois | $ | 1,369.20 |
| | 2/26/04   United Airlines Flight No. 416<br>Chicago, Illinois to Philadelphia | | |
| | **Lodging** | $ | 139.82 |
| | **Taxi Fare:** Chicago Airport to Hotel (round trip) | $ | 85.00 |
| | **Parking** | $ | 34.00 |
| | **Miles** | $ | 56.50 |
| | TOTAL EXPENSE: | $ | 1,637.52 |