IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Related Doc. No. 5460, 5645 |

NOTICE OF APPEAL
OF ROYAL INDEMNITY COMPANY FROM ORDER GRANTING APPLICATION OF
DEBTORS PURSUANT TO 11 U.S.C. §§105, 327 AND 524(g)(4)(B)(i), FOR THE
APPOINTMENT OF A LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS CLAIMANTS

Royal Indemnity Company (the "Appellant"), pursuant to 28 U.S.C. §158(a) hereby appeals from the "Order Granting Application of Debtors Pursuant to 11 U.S.C. §§105, 327 and 524(g)(4)(B)(i), for the Appointment of a Legal Representative for Future Asbestos Claimants" entered by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge on May 24, 2004 (Doc. No. 5645) (the "Order").

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Debtor**

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19899
Telephone: 302-652-4100
Fax : 302-652-4400

David M. Bernick, P.C., Esquire
Janet S. Baer, Esquire
James W. Kapp, III, Esquire
Samuel L. Blatnick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Telephone: 312-861-2000

| | |
|---|---|
| **United States Trustee** | Frank J. Perch III, Esquire<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801<br>Telephone: 302-573-6491 |
| **Legal Representative for Future Claimants** | David T. Austern<br>c/o Claims Resolution Management Corporation<br>Legal Department<br>8260 Willow Oaks Corporate Drive<br>6th Floor<br>P.O. Box 10415<br>Fairfax, VA 22031<br>Telephone: 703-204-9300 |
| **Counsel for Federal Insurance Company** | Shelley A. Kinsella, Esquire<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>Telephone 302-295-2000<br><br>William P. Shelley, Esquire<br>Jacob C. Cohn, Esquire<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone 215-665-2000 |

Dated: June 10, 2004

Respectfully submitted,

BIFFERATO, BIFFERATO & GENTILOTTI

BY: _____
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900

and

Carl J. Pernicone, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000

and

Mark G. Ledwin, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000

*Attorneys for Royal Indemnity Company*