## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2004, a copy of the foregoing Notice of Appeal of Royal Indemnity Company From Order Granting Application of Debtors for the Appointment of a Legal Representative for Future Asbestos Claimants was caused to be served by first class mail, unless otherwise indicated, upon the following:

SEE ATTACHED SERVICE LIST

By: _____
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
Bifferato, Bifferato & Gentilotti
1308 Delaware Ave.
P.O. Box 2165
Wilmington, DE 19899-2165

(Hand Delivery)
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19899

David M. Bernick, P.C., Esquire
Janet S. Baer, Esquire
James W. Kapp, III, Esquire
Samuel L. Blatnick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

(Hand Delivery)
Frank J. Perch III, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

David T. Austern
c/o Claims Resolution Management Corporation
Legal Department
8260 Willow Oaks Corporate Drive
6th Floor
P.O. Box 10415
Fairfax, VA 22031

(Hand Delivery)
Shelley A. Kinsella, Esquire
1201 N. Market Street
Suite 1400
Wilmington, DE 19801

William P. Shelley, Esquire
Jacob C. Cohn, Esquire
1900 Market Street
Philadelphia, PA 19103