# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:  **W. R. Grace & Co., et al**
Debtor

Case No.  **01-01139** Jointly Administered
Reporting Period:  **February 2004**

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (con't) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | Not available |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | Not available |
| Copies of Federal income tax returns filed during reporting period | | | None filed |
| Summary of Unpaid Postpetition Debts | MOR-4 | | See Note #4 |
| Listing of aged accounts payable | | | See Note #4 |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

*Robert M. Tarola*
_____
Signature of Authorized Individual*

**22 MARCH 2004**
_____
Date

Robert M. Tarola
_____
Printed Name of Authorized Individual

Senior Vice President and
Chief Financial Officer
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

H-000001

# W. R. Grace & Co.
## Monthly Financial Report
### February 2004

## Table of Contents

Chart #

**Form MOR**

**Monthly Operating Report**

| | | |
|---|---|---|
| Schedule of Cash Receipts and Disbursements | 1 | MOR-1 |
| Bank Reconciliations | 2 | MOR-1 |
| Combining Statement of Operations - Filing Entities Only | 3 | MOR-2 |
| Combining Balance Sheet - Filing Entities Only | 4 | MOR-3 |
| Status of Postpetition Taxes | 5 | MOR-4 |
| Accounts Receivable Reconciliation and Aging | 6 | MOR-5 |
| Debtor Questionnaire | 7 | MOR-5 |

**Combined Chapter 11 Filing Entity Statements**

| | |
|---|---|
| Combined Statement of Operations | 8 |
| Combined Functional Basis Statement of Cash Flows | 9 |
| Combined Balance Sheet | 10 |
| Notes to Combined Financial Statements | 11 |

**Bank Statements**

**Federal Income Tax Returns** — Attached

**Forward-Looking Information**

This monthly financial report contains forward-looking information that involves risks and uncertainties. For such information, Grace claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Actual results could differ materially from the results predicted, and reported results should not be considered as a indication of future performance. Factors that could cause actual results to differ from those contained in the forward-looking information include those factors set forth in Grace's most recent Annual Report on Form 10-K and quarterly reports on Form 10-Q, which have been filed with the Securities Exchange Commission.

**Statement of Confidentiality**

The information contained in the monthly financial report contains confidential information of W. R. Grace & Co. and its subsidiaries (the "Confidential Information"). The Confidential Information has been prepared solely for information purposes and may not be disclosed to any person or entity or reproduced, disseminated or disclosed, in whole or in part, except to officers, directors, employees, and representatives of the recipient ("Representatives") or as required by applicable law or regulation. By receipt of the Confidential Information, each recipient agrees to (1) use the Confidential Information only to enhance its understanding of Grace and its businesses, and (2) inform its Representatives of the confidential nature of such information and direct them to treat such information in accordance with the terms. Each recipient agrees to be responsible for any breach of these provisions by any of its Representatives.

# Monthly Operating Report

H-000003

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | JP Morgan Chase Disbursement 9101013572 | Wachovia Lockbox 8619039102 | First Union Deposit Acct 2199500021812 | First Union Payroll 2079900003615 | Merrill Lynch Investment 3323735 | Merrill Lynch Investment 3343175 | JP Morgan Chase Holding 323223141 |
|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 103,701 | $ - | $ (0) | $ 0 | $ 123,365,382 | $ 0 | $ 737,660 |
| **RECEIPTS** | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | 905,692 | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 200,000 | | | 2,021,867 | 35,900,000 | | |
| MISCELLANEOUS | | | | 15,866 | 95,515 | | |
| **TOTAL RECEIPTS** | 200,000 | - | 905,692 | 2,037,733 | 35,995,515 | - | - |
| **DISBURSEMENTS** | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | 1,282,402 | | | |
| PAYROLL TAXES | | | | 755,331 | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 203,356 | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 485,000 | | 41,300,000 | | |
| MISCELLANEOUS | | | 420,692 | | | | |
| **TOTAL DISBURSEMENTS** | 203,356 | - | 905,692 | 2,037,733 | 41,300,000 | - | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (3,356) | - | - | - | (5,304,485) | - | - |
| **CASH - END OF MONTH** | 100,345 | - | (0) | 0 | 118,060,897 | 0 | 737,660 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

H-000004

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | JP Morgan Chase Concentration 16001257 | Bank of America Lockbox 8188203114 | First Union Concentration 2000000282172 | First Union Payroll 2079900016741 | First Union Petty Cash 2079900005600 | Civic Bank Payroll 15502015736 | First Union Libby Medical 2079900065006 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $      252,851 | $    1,664,822 | $            0 | $          - | $            - | $            0 | $ |
| RECEIPTS | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 36,439,502 | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | 455,976 | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | 5,499,551 | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | 10,119,476 | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 125,180,066 | | 68,800,000 | 5,565,765 | 3,173 | | 73,451 |
| MISCELLANEOUS | | | 320,108 | 81,096 | 787 | | |
| TOTAL RECEIPTS | 140,799,093 | 36,895,478 | 69,120,108 | 5,646,860 | 3,961 | · | 73,451 |
| DISBURSEMENTS | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | 3,684,469 | | | |
| PAYROLL TAXES | | | | 1,962,391 | | | |
| TRADE PAYABLES - THIRD PARTIES | 192,694 | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | 173,572 | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 11,958,279 | 2,237,814 | | | 3,961 | | |
| TRANSFERS OUT - NONFILING ENTITIES | 14,858,256 | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 113,577,174 | 34,863,922 | 69,120,108 | | | | |
| MISCELLANEOUS | | | | | | | 73,451 |
| TOTAL DISBURSEMENTS | 140,759,976 | 37,101,736 | 69,120,108 | 5,646,860 | 3,961 | · | 73,451 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 39,117 | (206,258) | · | - | · | · | - |
| | | | | | | | |
| CASH - END OF MONTH | 291,968 | 1,458,564 | 0 | - | · | 0 | - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

H-000005

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | First Union Accts Payable 2079920005761 | First Union Payroll 2079900067554 | Wachovia Lockbox 1866-082535 | First Union Accts payable 2079900005260 | First Union Accts Payable 2079900005231 | Allfirst Payroll 16298631 | SunTrust Payroll 00000141309 | PNC 4002641360 |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ (0) | $ - | $ 0 | $ 0 | $ 0 | $ 59,091 | $ 45,273 | $ 24,597 |
| **RECEIPTS** | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 26,367,042 | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | 24,200,879 | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | | |
| DIP BORROWINGS | | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 31,472,873 | 1,393,342 | | 2,365,514 | 26,224,123 | 3,480,411 | | |
| MISCELLANEOUS | 144,924 | 1,365 | 376,968 | 776,211 | | | | |
| TOTAL RECEIPTS | 31,617,797 | 1,394,707 | 50,944,889 | 3,141,726 | 26,224,123 | 3,480,411 | - | - |
| **DISBURSEMENTS** | | | | | | | | |
| PAYROLL | | 913,886 | | | | 2,149,233 | | |
| PAYROLL TAXES | | 480,821 | | | | 1,329,521 | | |
| TRADE PAYABLES - THIRD PARTIES | 31,617,797 | | | 3,141,726 | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | 26,223,523 | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 50,944,889 | | | | | |
| MISCELLANEOUS | | | | | | 600 | | |
| TOTAL DISBURSEMENTS | 31,617,797 | 1,394,707 | 50,944,889 | 3,141,726 | 26,224,123 | 3,478,754 | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - | 1,657 | - | - |
| CASH - END OF MONTH | (0) | - | 0 | 0 | 0 | 60,748 | 45,273 | 24,597 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

H-000006

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | Hibernia Natl Disbursement 101391210 | Bank of America Payroll 0000 0002 2137 | Altfirst Payroll 16298657 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 | Banco de Credito Time Deposit 0015820 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $       10,000 | $           - | $    264,542 | $    56,332 | $      1,951 | $    243,592 | $           |
| **RECEIPTS** | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | 13 | 256,384 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | 121,703 | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | 5,068,451 | | | | |
| MISCELLANEOUS | | | | | | | |
| TOTAL RECEIPTS | - | - | 5,068,451 | - | 121,715 | 256,384 | - |
| **DISBURSEMENTS** | | | | | | | |
| | | | | | | | |
| PAYROLL | | | 3,210,739 | | | | |
| PAYROLL TAXES | | | 1,857,712 | | 54,632 | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | 253,830 | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | 53,771 | 121,496 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | | |
| MISCELLANEOUS | | | | | 8,341 | 5,715 | |
| TOTAL DISBURSEMENTS | - | - | 5,068,451 | - | 116,744 | 381,042 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | 4,971 | (124,658) | - |
| | | | | | | | |
| CASH - END OF MONTH | 10,000 | - | 264,542 | 56,332 | 6,922 | 118,934 | - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

H-000007

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | Bank of Boston Operating Acct 0154519 | Bank of Boston Operating Acct 0154424 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH | |
|---|---|---|---|---|---|---|---|
| | | | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ 2.846 | $ 355,464 | $ 967.250 | $ 49.425 | $ 399,783 | $ 128,604,565 | |
| RECEIPTS | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 238.468 | | | | 63,301,408 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | 24,656,855 | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | - | |
| DIP BORROWINGS | | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 13.500 | | | | | 6,540,445 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | 10,119,476 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | 2,414.487 | | | 310,163,523 | |
| MISCELLANEOUS | | | | | | 1,812,841 | |
| TOTAL RECEIPTS | 13.500 | 238.468 | 2,414.487 | - | - | 416,594,548 | - |
| DISBURSEMENTS | | | | | | | |
| | | | | | | | |
| PAYROLL | 7.433 | | | | | 11,248,163 | |
| PAYROLL TAXES | 1.126 | | | | | 6,441,534 | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | 34,952,217 | |
| TRADE PAYABLES - INTERCOMPANY | | 339.887 | | | | 593,717 | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | | | 173,572 | |
| TRANSFERS OUT - THIRD PARTIES | | 13.500 | | | | 40,815,700 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | 14,858,256 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | 310,291,093 | |
| MISCELLANEOUS | 7.608 | 9.674 | 294.634 | | 9.605 | 830,321 | |
| TOTAL DISBURSEMENTS | 16,168 | 363.061 | 294.634 | - | 9,605 | 420,204,573 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (2.668) | (124.593) | 2,119.854 | - | (9,605) | (3,610,025) | |
| CASH - END OF MONTH | 179 | 230.871 | 3,087.104 | 49.425 | 390.178 | 124,994,540 | $ |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn
on behalf of other debtor entities. Such activity may include
salary of employees. legal and professional fees. and other
expenditures. and is generally recorded via intercompany
accounts. In addition, certain de minimis expenditures,
including state registration fees, business license fees and
certain taxes, of affiliated companies are accounted for in
the statement of operations of W. R. Grace & Co. - Conn.

H-000008

*Chart 1*

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $ (0) | $ (0) | |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 129,250 | 129,250 | |
| TOTAL RECEIPTS | 129,250 | 129,250 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 129,250 | 129,250 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 129,250 | 129,250 | - |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $ (0) | $ (0) | $ - |

H-000009

Chart 1

**Remedium Group, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | JP Morgan Chase Depository/Wire 323863842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH | |
|---|---|---|---|---|---|
| | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $          - | $     135,006 | $     (145,205) | $     (10,198) | |
| RECEIPTS | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 938 | | | 938 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 128,507 | | 128,507 | |
| TOTAL RECEIPTS | 938 | 128,507 | - | 129,445 | |
| DISBURSEMENTS | | | | | |
| | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 1,228,728 | 3,854 | 1,232,582 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 938 | | | 938 | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | 938 | 1,228,728 | 3,854 | 1,233,520 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | (1,100,221) | (3,854) | (1,104,075) | |
| CASH - END OF MONTH | - | (965,214) | (149,059) | (1,114,273) | |

H-000010

Chart 1

**Darex Puerto Rico, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | Citbank Operating Acct 300153011 | Petty Cash | Other | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 1,089,643 | $ 1,500 | $ (51,673) | $ 1,039,470 | |
| RECEIPTS | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 1,074,688 | | | 1,074,688 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 175,668 | | | 175,668 | |
| TOTAL RECEIPTS | 1,250,356 | - | - | 1,250,356 | - |
| DISBURSEMENTS | | | | | |
| | | | | | |
| PAYROLL | 7,555 | | | 7,555 | |
| PAYROLL TAXES | 3,513 | | | 3,513 | |
| TRADE PAYABLES - THIRD PARTIES | 153,178 | | | 153,178 | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 175,668 | | | 175,668 | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | 339,915 | - | - | 339,915 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 910,441 | - | - | 910,441 | - |
| CASH - END OF MONTH | 2,000,084 | 1,500 | (51,673) | 1,949,911 | - |

H-000011

*Chart 1*

**CC Partners**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | First Union Deposit Acct 2199500031802 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ - | $ - | |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF MONTH | $ - | $ - | $ - |

H-000012

Chart 1

**Kootenai Development Company**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | First National Bank of Montana 1049097 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $ 17,363 | $ 17,363 | |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| **TOTAL RECEIPTS** | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| **TOTAL DISBURSEMENTS** | - | - | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | - | - |
| **CASH - END OF MONTH** | $ 17,363 | $ 17,363 | $ - |

H-000013

*Chart 1*

**Grace Europe, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | Barclays Bank PLC | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $          - | $          - | |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $          - | $          - | $          - |

H-000014

Chart 1

**Gloucester New Communities Company, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | Cash On Hand | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ 500 | $ 500 | |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $ 500 | $ 500 | $ - |

H-000015

Chart 1

**Dewey & Almy, LLC**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**February 2004**

| | Miscellaneous | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $     1,000 | $     1,000 | |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF MONTH | $     1,000 | $     1,000 | $     - |

H-000016

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**January 2004**
**MOR-1**

| | JP Morgan Chase Disbursement 9101013572 | | Wachovia Lockbox 8619039102 | | First Union Deposit Acct 2199500021812 | | Merrill Lynch Investment 3323735 | | Merrill Lynch Investment 31833431756 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 103,701 | $ | - | $ | - | $ 123,365,382 | | $ | - |
| | | | | | | | | | | |
| Bank Balance | $ | 103,701 | $ | - | $ | 23,042 | $ 123,365,382 | | $ | - |
| (+) Deposits in transit | | - | | - | | - | | | | |
| ( - ) Outstanding checks | | - | | - | | - | | | | |
| Other | | - | | - | | (23,042) | | | | |
| Adjusted bank balance | $ | 103,701 | $ | - | $ | - | $ 123,365,382 | | $ | - |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Reporting reclass | | | | | | (23,042) | | | | |
| Unrecorded deposit | | | | | | | | | | |

H-000017

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**January 2004**
**MOR-1**

| | JP Morgan Chase Holding 323223141 | | JP Morgan Chase Concentration 16001257 | | Bank of America Lockbox 8188203114 | | First Union Concentration 2000000282172 | | First Union Payroll 2079900016741 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 737,660 | $ | 252,851 | $ | 1,664,822 | $ | - | $ | |
| | | | | | | | | | | |
| Bank Balance | $ | 737,660 | $ | 252,851 | $ | 1,664,822 | $ | 2,299,877 | $ | - |
| (+) Deposits in transit | | - | | | | | | - | | |
| ( -) Outstanding checks | | - | | | | - | | - | | (190,573) |
| Other | | - | | | | | | (2,299,877) | | 190,573 |
| Adjusted bank balance | $ | 737,660 | $ | 252,851 | $ | 1,664,822 | $ | - | $ | - |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |

| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck.# | Amount | Ck.# | Amount | Ck.# | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Detail available | |
| | | | | | | | | | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | 4,264 |
| Returned item adjustment | | | | | | | | | | 1,911 |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Reporting reclass | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | (2,299,877) | | 184,398 |

H-000018

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**January 2004**
**MOR-1**

| | First Union Petty Cash 2079900005600 | | Civic Bank Payroll 15502015736 | | First Union Libby Medical 2079900065006 | | First Union Accts Payable 2079920005761 | | First Union Payroll 2079900067554 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ - | | $ - | | $ - | | $ - | | $ - | |
| | | | | | | | | | | |
| Bank Balance | $ - | | $ - | | $ - | | $ - | | $ - | |
| (+) Deposits in transit | | - | | | | | | | | |
| (-) Outstanding checks | | (45) | | | | | | | | |
| Other | | 45 | | | | | | (6,447,069) | | (112,206) |
| | | | | | | | 6,447,069 | | 112,206 |
| Adjusted bank balance | $ - | | $ - | | $ - | | $ - | | $ - | |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | 23454 | (40) | | | | | Detail Available | | Detail Available | |
| | 25156 | (5) | | | | | | | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | 55 | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | 1,636 |
| Unreconciled bank activity | | 5,008 | | | | | | 9,119 | | 63 |
| Unreconciled ledger activity | | (229) | | | | | | (276,780) | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Reporting reclass | | (4,799) | | | | | | 6,714,730 | | 109,607 |
| Unrecorded deposit | | | | | | | | | | |

H-000019

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**January 2004**
**MOR-1**

| | Wachovia Lockbox 1866-082535 | | First Union Accts payable 2079900005260 | | First Union Accts Payable 2079900005231 | | Allfirst Payroll 16298631 | | Su P 0000 |
|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ - | | $ - | | $ - | | $ 59,091 | | |
| | | | | | | | | | |
| Bank Balance | $ 848,400 | | $ - | | $ - | | $ 281,878 | | |
| (+) Deposits in transit | - | | - | | | | - | | |
| ( -) Outstanding checks | - | | (875,813) | | | | (235,258) | | |
| Other | (848,400) | | 875,813 | | - | | 12,471 | | |
| Adjusted bank balance | $ - | | $ - | | $ - | | $ 59,091 | | |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck. # | Amount | Ck # |
|---|---|---|---|---|---|---|---|---|---|
| | | | various | (875,813) | | | Detail Available | | |

| Other | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | (847,080) | | 876,583 | | | | | |
| Accounting error | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | 4,381 | |
| Unreconciled bank activity | | (1,320) | | | | | | | |
| Unreconciled ledger activity | | | | | | | | 4,690 | |
| Returned item adjustment | | | | (770) | | | | 3,400 | |
| Payroll/other activity in transit | | | | | | | | | |
| Petty cash funds | | | | | | | | | |
| Reporting reclass | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | |

H-000020

*Chart 2*

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**January 2004**
**MOR-1**

|  | nTrust |
|---|---|
|  | Payroll |
|  | X0141309 |
| Balance per books | $ 45,273 |
| | |
| Bank Balance | $ 45,273 |
| (+) Deposits in transit | - |
| (-) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ 45,273 |

| Deposits in Transit | Amount |
|---|---|
| | |
| | |

| Outstanding Checks | Amount |
|---|---|
| | |

| Other | |
|---|---|
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | |
| Returned item adjustment | |
| Payroll/other activity in transit | |
| Petty cash funds | |
| Reporting reclass | |
| Unrecorded deposit | |

H-000021