# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:** February 12, 2004 at 4:00 p.m. |
| | **Hearing Date:** TBD only if necessary |

## FOURTH MONTHLY FEE APPLICATION OF PROTIVITI INC.
## AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS
## FOR ALLOWANCE OF COMPENSATION AND
## REIMBURSEMENT OF EXPENSES FOR OCTOBER 2003

Name of Applicant:  Protiviti Inc.

Authorized to Provide Services to:  Debtors

Date of Retention:  Order dated November 17, 2003,
*nunc pro tunc* to June 30, 2003

Period for which compensation
and reimbursement is sought:  October 1, 2003 through October 31, 2003

Amount of Compensation sought
as actual, reasonable and necessary  $ 52,727.50

Amount of Expense Reimbursement
sought as actual, reasonable and necessary  $ 4,821.56

This is a(n):  __X__ interim  ___ final application

Prior applications:  None.

-1-

DOCKET # 4981
DATE 1-23-04

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Blanchard, Victor | Associate Director 17 years | $275.00 | 107.5 | $ 29,562.50 |
| Petito, Matthew | Senior Consultant 5 years | $175.00 | 24.3 | $ 4,252.50 |
| Strickler, Kevin | Senior Consultant 5 years | $175.00 | 105.5 | $ 18,462.50 |
| Byrum, Scott | Consultant 1 year | $150.00 | 3 | $ 450.00 |
| | | Totals | 240.3 | $52,727.50 |

1

Fee Application Narrative

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | N/A | N/A |
| Asset Disposition | N/A | N/A |
| Business Operations | N/A | N/A |
| Case Administration | N/A | N/A |
| Claims Administration and Objections | N/A | N/A |
| Employee Benefits/Pension | N/A | N/A |
| Retention of Professionals | N/A | N/A |
| Fee Applications | N/A | N/A |
| Fee Application Objections | N/A | N/A |
| Financing | N/A | N/A |
| Security Issues | N/A | N/A |
| Litigation | N/A | N/A |
| Plan and Disclosure Statement | N/A | N/A |
| Relief from Stay Proceedings | N/A | N/A |
| Tax Issues | N/A | N/A |
| Valuation | N/A | N/A |
| Other (Explain)<br>• Sarbanes Oxley Compliance Services | 240.3 | $52,727.50 |
| Accounting/Auditing | N/A | N/A |
| Business Analysis | N/A | N/A |
| Corporate Finance | N/A | N/A |
| Data Analysis | N/A | N/A |
| **Total** | **240.3** | **$52,727.50** |

2

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category (Examples) | Total Hours | Total Expenses |
|---|---|---|
| Transportation | N/A | $2,385.38 |
| Lodging | N/A | $1,174.38 |
| Sundry | N/A | $695.00 |
| Business Meals / Entertainment | N/A | $566.80 |
| **Total Expenses** | | **$4,821.56** |

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |

### APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR OCTOBER 2003

Protiviti Inc. ("Protiviti"), Sarbanes Oxley Compliance Advisors for W.R. Grace & Co., and the other above-captioned debtors (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits its Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for October 2003 (the "Application"). In support of this Application, Protiviti respectfully represents as follows:

### I.      COMPENSATION REQUESTED

1.      As set forth below, Applicant is requesting an interim allowance of fees in the aggregate amount of $52,727.50 and expenses in the aggregate amount of $4,821.56. These amounts represent the fees generated and expenses incurred by Protiviti during the month of October 2003 or in previous months, which were not previously included in a filing application. A table showing the names of all professionals who rendered services during the period, together with the billing rates of such persons and the number of hours charged by such persons during October 2003, is set forth on the cover sheet to this Application.

### II.      INTRODUCTION AND PROCEDURAL BACKGROUND

2.      On April 2, 2001 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses

4

and managing their properties and assets as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    By Order dated November 17, 2003, the Court authorized the Debtors' retention of Protiviti as Sarbanes Oxley Compliance Advisors, *nunc pro tunc* to June 30, 2003 (the "Retention Order").

### Relief Requested.

4.    By this Application, Protiviti respectfully requests allowing on an interim basis $52,727.50 in compensation and $4,821.56 in reimbursement of expenses for October 2003. In support of this Application, Protiviti submits the time records attached hereto as Exhibit "A" and the expenses summaries attached hereto as Exhibit "B."

5.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of these proceedings and this motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

6.    All of the services for which compensation is sought were rendered by Applicant to the Debtors solely in connection with this case and in furtherance of the duties and responsibilities of the Debtors and not on behalf of any creditor or other person.

7.    Applicant's hourly rates for its auditors and other professionals charged in connection with Applicant's services for the Debtors were commensurate with the rates Applicant customarily charged its clients (whether corporate or individual) in both bankruptcy and non-bankruptcy matters at the time the services were rendered.

8.    By order dated April 17, 2002 (the "Amended Administrative Order"), the Court has adopted procedures (the "Procedures") for all applications for interim compensation and

reimbursement of expenses in this bankruptcy proceeding.  Applicant has complied with the Procedures and has instituted a standard timekeeping record system for all professionals in this case recording time in tenths of an hour, and describing tasks performed and the time attributable to each task.

9.    Applicant is not seeking reimbursement for internal charges, including costs associated with airline ticketing and general office services such as computer usage, telephone charges, facsimile transmissions, postage, and photocopying.

10.    None of the amounts requested have been paid.  No payments have been made or promised to Applicant for the services described herein and for which Protiviti seeks compensation and reimbursement of expenses in this Fee Application.  No agreement exists between Applicant and any other person or entity to share any compensation in connection with the Debtors' Chapter 11 cases.

11.    Pursuant to the Amended Administrative Order, Protiviti caused to be served copies of this Application upon (a) David B. Siegel, W.R. Grace & Co.; (b) co-counsel for the Debtors; (c) co-counsel to the debtor-in-possession lender; (d) counsel to the Committees, including counsel for the Official Committee of Unsecured Creditors; counsel to the Official Committee of Asbestos Property Damage Claimants; counsel to the Official Committee of Personal Injury Claimants; and the Official Committee of Equity Holders; (e) the Fee Auditor; and (f) the United States Trustee.

## III.    SERVICES RENDERED DURING THE INTERIM PERIODS

12.    The nature of the work performed by Protiviti during October 2003 included the following:

13.    <u>Sarbanes Oxley Compliance Advisory Services</u>: The Applicant provided the following services:

6

      i.     Continue pilot assessments in Valleyfield, Canada and Santiago, Mexico

      ii.    Continue "close the books" assessment

## IV.   ALLOWANCE OF COMPENSATION

14.    Under the Bankruptcy Code, professionals performing services in a bankruptcy case are entitled to "reasonable compensation for actual, necessary services" and "reimbursement for actual, necessary expenses." 11 U.S.C. §330(a)(l)(A).

15.    In determining if the amount of compensation is "reasonable", the courts consider the "nature, the extent, and the value" of the services rendered, taking into account the following factors: the time spent on the services; the rates charged for the services; whether the services were necessary or beneficial to the administration of the case; whether the services were performed in a reasonable amount of time commensurate with the complexity, importance, and nature of the services; and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Chapter 11. 11 U.S.C. § 330(a)(3)(A). As described throughout this Application, Protiviti has satisfied the relevant criteria to support the requested award of compensation.

16.    In general, the "baseline rule is for firms to receive their customary rates." Zolfo. Cooper & Co. v. Sunbeam-Oster Co.. Inc., 50 F.3d 253, 259 (3d Cir. 1995). The compensation sought herein is based on Protiviti's customary rates, which are in line with the customary rates charged by comparably skilled practitioners in cases other than cases under Chapter 11.

17.    Applicant's services have been rendered in an efficient manner by professionals who are experts in their fields. Protiviti is a well-respected consulting firm, and its rates are commensurate with its level of expertise.

18.    No prior application for the relief requested herein has been made.

7

**WHEREFORE,** Protiviti respectfully requests interim allowance of compensation in the amount of $52,727.50 and reimbursement of expenses in the amount of $4,821.56, together with such other and further relief as this Court deems just and proper.

Dated: December 28, 2003.

<div style="margin-left:40%">

Protiviti Inc.

*Marie Hendrixson*

Marie Hendrixson
The Wanamaker Building
100 Penn Square East
4th Floor
Philadelphia, PA 19107
Telephone: 267-256-8800
Telecopy: 215-751-9892
Email: Marie.Hendrixson@Protiviti.com

</div>

8

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c)     To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d)     The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e)     Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f)     In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g)     In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

*Marie Hendrixson*

Marie Hendrixson

Dated:  December 28, 2003
        Philadelphia, PA

2

# EXHIBIT A

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered:  October 2003**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | | Total Hours Billed | Total Fees | |
|---|---|---|---|---|---|---|---|
| Blanchard, Victor | Associate Director | 17 | $ | 275.00 | 107.5 | $ | 29,562.50 |
| Petito, Matthew | Senior Consultant | 5 | $ | 175.00 | 24.3 | $ | 4,252.50 |
| Strickler, Kevin | Senior Consultant | 5 | $ | 175.00 | 105.5 | $ | 18,462.50 |
| Byrum, Scott | Staff Consultant | 1 | $ | 150.00 | 3 | $ | 450.00 |
| | | | | Totals | 240.3 | $ | 52,727.50 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2003**

**Name:**  Victor Blanchard
**Level:**  Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Oct-03 | Develop invoices and detailed support for Grace for the period August 1 to 15, 2003 | $275.00 | 2.5 | $ 687.50 |
| 1-Oct-03 | Develop invoices and detailed support for Grace for the period August 16 to 31, 2003 | $275.00 | 1.5 | $ 412.50 |
| 1-Oct-03 | Refine process flows for Valleyfield focusing on the Payroll and Accounts Payable cycles | $275.00 | 4.5 | $ 1,237.50 |
| 2-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 7.0 | $ 1,925.00 |
| 3-Oct-03 | Conference call with Dana Guzzo and Brian Kenney to discuss cash management processes in Valleyfield | $275.00 | 0.5 | $ 137.50 |
| 3-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 6.5 | $ 1,787.50 |
| 6-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 6.0 | $ 1,650.00 |
| 7-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 7.0 | $ 1,925.00 |
| 8-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 7.5 | $ 2,062.50 |
| 9-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 7.5 | $ 2,062.50 |
| 10-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 7.5 | $ 2,062.50 |
| 14-Oct-03 | Testing procedures performed in Valleyfield | $275.00 | 8.0 | $ 2,200.00 |
| 15-Oct-03 | Testing procedures performed in Valleyfield | $275.00 | 8.0 | $ 2,200.00 |
| 16-Oct-03 | Update and implement documentation standards, complete testing | $275.00 | 3.5 | $ 962.50 |
| 16-Oct-03 | Input information for Valleyfield into the Portal | $275.00 | 2.0 | $ 550.00 |
| 16-Oct-03 | Testing procedures continued for Valleyfield | $275.00 | 2.0 | $ 550.00 |
| 17-Oct-03 | Testing procedures continued for Valleyfield | $275.00 | 5.0 | $ 1,375.00 |
| 21-Oct-03 | Testing procedures continued for Valleyfield | $275.00 | 6.0 | $ 1,650.00 |
| 21-Oct-03 | Meeting to discuss testing and documentation procedures, impact on Portal | $275.00 | 2.0 | $ 550.00 |
| 22-Oct-03 | Continue to develop testing documentation per current standards, input into Portal | $275.00 | 5.0 | $ 1,375.00 |
| 30-Oct-03 | Meeting to discuss current status of documentation and testing for Valleyfield, develop task list for remaining items | $275.00 | 1.0 | $ 275.00 |
| 30-Oct-03 | Work with Matt Petito to complete testing procedures for Valleyfield | $275.00 | 1.0 | $ 275.00 |
| 30-Oct-03 | Continue to develop testing documentation per current standards, input into Portal | $275.00 | 2.0 | $ 550.00 |
| 31-Oct-03 | Continue to develop testing documentation per current standards, input into Portal | $275.00 | 4.0 | $ 1,100.00 |
| **Totals** | | | **107.5** | **$ 29,562.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2003**

**Name:**    Matthew Petito
**Level:**    Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 9-Oct-03 | Shots/vaccinations in preparation for travel to singapore--hepatitis A, hepatitis B, polio, influenza, japanese encephalitis, tetanus, typhoid | $ 175.00 | 3.0 | $ 525.00 |
| 21-Oct-03 | review key risks/controls matrices developed | $ 175.00 | 2.0 | $ 350.00 |
| 21-Oct-03 | review proposed revisions of sinagpore flowcharts | $ 175.00 | 2.0 | $ 350.00 |
| 21-Oct-03 | record risks and controls on singapore flowcharts | $ 175.00 | 4.0 | $ 700.00 |
| 27-Oct-03 | review key risks/controls matrices developed | $ 175.00 | 2.0 | $ 350.00 |
| 27-Oct-03 | plot risks and controls for singapore flowcharts | $ 175.00 | 3.0 | $ 525.00 |
| 28-Oct-03 | plot risks and controls for singapore flowcharts | $ 175.00 | 2.0 | $ 350.00 |
| 29-Oct-03 | review TSA security guide to resolve problems | $ 175.00 | 0.5 | $ 87.50 |
| 29-Oct-03 | review sarbox portal guide to research adding roles | $ 175.00 | 0.5 | $ 87.50 |
| 29-Oct-03 | vaccinations in preparation for travel to singapore--hepatitis A & B, japanese encaphalities | $ 175.00 | 1.5 | $ 262.50 |
| 31-Oct-03 | discuss testing approach with Ryan | $ 175.00 | 0.3 | $ 52.50 |
| 31-Oct-03 | discuss testing strategies for Valleyfield with Victor | $ 175.00 | 1 | $ 175.00 |
| 31-Oct-03 | tests of credit and collections | $ 175.00 | 2.5 | $ 437.50 |
| | **Totals** | | **24.3** | **$ 4,252.50** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended October 31, 2003

Name:    Kevin Strickler
Level:    Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 1-Oct-03 | Redo flows based on meeting with Internal Audit Department | $ 175.00 | 1.5 | $262.50 |
| 1-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 1.0 | $175.00 |
| 1-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 4.0 | $700.00 |
| 2-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 2-Oct-03 | Payroll Risk Control Matrix changes (Mexico) | $ 175.00 | 1.5 | $262.50 |
| 2-Oct-03 | Upload Risk Control Matrix to Portal (Mexico) | $ 175.00 | 1.5 | $262.50 |
| 2-Oct-03 | Change and update Inventory flows (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 3-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 4.0 | $700.00 |
| 3-Oct-03 | Update payroll flows (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 3-Oct-03 | Develop and document Risk Control Inventory (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 6-Oct-03 | Develop and document Risk Control Inventory (Mexico) | $ 175.00 | 4.0 | $700.00 |
| 6-Oct-03 | Change and update payroll flow charts (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 6-Oct-03 | Develop and document Risk Control Inventory (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 6-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 7-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 7-Oct-03 | Develop Payroll Test Program (Mexico) | $ 175.00 | 2.0 | $350.00 |
| 7-Oct-03 | Payroll Risk Control Matrix changes (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 7-Oct-03 | Discussion and determinations made concerning documentation standards | $ 175.00 | 1.0 | $175.00 |
| 8-Oct-03 | Client-related emails and phone calls | $ 175.00 | 0.5 | $87.50 |
| 8-Oct-03 | Discussion and determinations made concerning documentation standards | $ 175.00 | 1.0 | $175.00 |
| 8-Oct-03 | Capital Asset Test Plan (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 8-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 4.0 | $700.00 |
| 8-Oct-03 | Develop and document Risk Control Inventory (Mexico) | $ 175.00 | 2.0 | $350.00 |
| 9-Oct-03 | Upload Risk Control Matrix to Portal (Mexico) | $ 175.00 | 3.0 | $525.00 |
| 9-Oct-03 | Develop and document Risk Control Inventory (Mexico) | $ 175.00 | 2.0 | $350.00 |
| 9-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 3.0 | $525.00 |
| 10-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 4.0 | $700.00 |
| 10-Oct-03 | Upload Risk Control Matrix to Portal (Mexico) | $ 175.00 | 3.0 | $525.00 |
| 10-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 13-Oct-03 | Compile information and send to Mexico team | $ 175.00 | 1.0 | $175.00 |
| 14-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 15-Oct-03 | Capital Asset Control Inventory (Mexico) | $ 175.00 | 0.5 | $87.50 |
| 15-Oct-03 | Capital Asset Process Test Plan (Mexico) | $ 175.00 | 1.5 | $262.50 |
| 15-Oct-03 | Client time and expense tracking | $ 175.00 | 2.0 | $350.00 |
| 16-Oct-03 | Client-related emails and phone calls | $ 175.00 | 0.5 | $87.50 |
| 16-Oct-03 | Plot risk and controls on flow charts (Mexico) | $ 175.00 | 2.0 | $350.00 |
| 16-Oct-03 | Customize Library Control Inventories to Mexico | $ 175.00 | 2.0 | $350.00 |
| 20-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 20-Oct-03 | Status update to Grace Internal Audit Department | $ 175.00 | 1.0 | $175.00 |
| 20-Oct-03 | Document test plan and make misc. updates & changes (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 21-Oct-03 | Status update to Grace Internal Audit Department | $ 175.00 | 2.0 | $350.00 |
| 21-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 1.0 | $175.00 |
| 22-Oct-03 | Develop Selections and test plans (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 22-Oct-03 | Develop Client Assistance List, selections, and related email requests for Mexico | $ 175.00 | 2.0 | $350.00 |
| 22-Oct-03 | Mexico Controls moved to Library Risk Control Matrices | $ 175.00 | 0.5 | $87.50 |
| 22-Oct-03 | Develop and document Risk Control Matrix in the Portal (Mexico) | $ 175.00 | 2.0 | $350.00 |
| 23-Oct-03 | Develop Client Assistance List, selections, and related email requests for Mexico | $ 175.00 | 2.0 | $350.00 |
| 23-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 1.0 | $175.00 |
| 23-Oct-03 | Develop and document Risk Control Matrix in the Portal (Mexico) | $ 175.00 | 3.0 | $525.00 |
| 24-Oct-03 | Client-related emails and phone calls | $ 176.00 | 1.0 | $175.00 |
| 24-Oct-03 | Develop and document Risk Control Matrix in the Portal (Mexico) | $ 175.00 | 2.0 | $350.00 |
| 24-Oct-03 | Redo flows for changes in controls (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 27-Oct-03 | Manual Invoices flow, Risk Control Matrix, and test plan (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 27-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 27-Oct-03 | Review of TSA reports (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 28-Oct-03 | Workpaper preparation/ documentation (Mexico) | $ 175.00 | 3.0 | $525.00 |
| 28-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 29-Oct-03 | Assist with Canada Payroll testing | $ 175.00 | 1.5 | $262.50 |
| 29-Oct-03 | Payroll Process Description (Mexico) | $ 175.00 | 1.5 | $262.50 |
| 30-Oct-03 | Payroll Process Description (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 30-Oct-03 | Credit & Collections Process Description (Mexico) | $ 175.00 | 1.5 | $262.50 |
| 30-Oct-03 | Review of TSA reports | $ 175.00 | 2.0 | $350.00 |
| 31-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 31-Oct-03 | Assist with Canada Payroll testing | $ 175.00 | 3.0 | $525.00 |
| | **Totals** | | **105.5** | **$18,462.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2003**

**Name:** Scott Byrum
**Level:** Staff Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 1-Oct-03 | Assisted Victor Blanchard with Grace billing and invoices | $ 150.00 | 3.0 | $450.00 |
| | **Totals** | | **3.0** | **$    450.00** |

# EXHIBIT B

**EXHIBIT "B"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: October 2003**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 2,385.38 |
| Lodging | N/A | $ 1,174.38 |
| Sundry | N/A | $ 695.00 |
| Business Meals | N/A | $ 566.80 |
| **Total** | | $ **4,821.56** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2003

## Expense Detail

**Expense Category**

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 6-Oct-03 | Airfare from Baltimore to Montreal and return; booked by client; ticket #0147461175428 | $ 808.69 | $ 808.69 | | | | $ 808.69 |
| 13-Oct-03 | Dinner at Mike's Restaurant, Valleyfield, Quebec, Canada | $ 9.69 | | | | $ 9.69 | $ 9.69 |
| 13-Oct-03 | Taxi from Montreal-Dorval airport to Valleyfield | $ 66.01 | $ 66.01 | | | | $ 66.01 |
| 14-Oct-03 | Dinner at Mike's Restaurant in Valleyfield Canada, alone | $ 10.19 | | | | $ 10.19 | $ 10.19 |
| 15-Oct-03 | Dinner at Thai Restaurant with Mahmoud Bah, WR Grace | $ 28.70 | | | | $ 28.70 | $ 28.70 |
| 16-Oct-03 | Lodging at the Hotel de Valleyfield, Valleyfield Canada | $ 281.38 | | $ 281.38 | | | $ 281.38 |
| 17-Oct-03 | Breakfast for involved WR Grace employees at Valleyfield Canada plant | $ 10.23 | | | | $ 10.23 | $ 10.23 |
| 17-Oct-03 | Taxi from WR Grace Valleyfield plant to Montreal Dorval airport | $ 58.68 | $ 58.68 | | | | $ 58.68 |
| 17-Oct-03 | Breakfast at McDonalds in Valleyfield Canada | $ 2.99 | | | | $ 2.99 | $ 2.99 |
| 17-Oct-03 | Parking at BWI airport during trip to Valleyfield Canada for WR Grace | $ 33.00 | | | $ 33.00 | | $ 33.00 |
| | **Totals** | $ 1,309.56 | $ 933.38 | $ 281.38 | $ 33.00 | $ 61.80 | $ 1,309.56 |

**Name:** Matthew Petito
**Level:** Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 10-Oct-03 | Shots/vaccinations in preparation for travel to singapore--hepatitis A, hepatitis B, polio, influenza, japanese encephalitis, tetanus, typhoid | $110.00 | | | $110.00 | | $ 110.00 |
| 29-Oct-03 | Shots/vaccinations in preparation for travel to singapore--hepatitis A, hepatitis B, japanese encephalitis | $255.00 | | | $255.00 | | $ 255.00 |
| | **Totals** | $ 365.00 | $ - | $ - | $ 365.00 | $ - | $ 365.00 |

**Name:** Kevin Strickler
**Level:** Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 16-Sep-03 | Dinner in Santiago, Mexico with Grace IA (Shaun, Loren, and Barb) | $ 59.00 | | | | $ 59.00 | $ 59.00 |
| 16-Sep-03 | Taxi from hotel to restaurant for dinner | $ 25.00 | $ 25.00 | | | | $ 25.00 |
| 17-Sep-03 | Airfare - return from Santiago, Mexico | $ 318.00 | $ 318.00 | | | | $ 318.00 |
| 20-Sep-03 | Lunch with Grace IA in Santiago during pilot | $ 35.00 | | | | $ 35.00 | $ 35.00 |
| 20-Sep-03 | Lodging at the Holiday Inn, Toluca during pilot | $ 154.00 | | $ 154.00 | | | $ 154.00 |
| 20-Sep-03 | Breakfast alone at hotel | $ 3.00 | | | | $ 3.00 | $ 3.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Expense Tracking**
**Period Covered: October 2003**

| Expense Detail | Amount | | | Expense Category | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals | |
| 20-Sep-03 Lunch consumed alone | $ 10.00 | | | | $ 10.00 | $ 10.00 | |
| 21-Sep-03 Breakfast alone at hotel | $ 11.00 | | | | $ 11.00 | $ 11.00 | |
| 21-Sep-03 Lodging at the Holiday Inn, Toluca during pilot | $ 269.00 | | $ 269.00 | | | $ 269.00 | |
| 21-Sep-03 Lunch at plant during pilot | $ 22.00 | | | | $ 22.00 | $ 22.00 | |
| 22-Sep-03 Dinner in Toluca with Grace IA staff, Shaun and Loren | $ 103.00 | | | | $ 103.00 | $ 103.00 | |
| 23-Sep-03 Dinner in Toluca with Shaun Landers | $ 67.00 | | | | $ 67.00 | $ 67.00 | |
| 23-Sep-03 Taxi to dinner location in Santiago | $ 7.00 | $ 7.00 | | | | $ 7.00 | |
| 24-Sep-03 Airfare - return to Santiago, Mexico plant | $ 643.00 | $ 643.00 | | | | $ 643.00 | |
| 26-Sep-03 Dinner with Grace IA in Mexico City | $ 30.00 | | | | $ 30.00 | $ 30.00 | |
| 26-Sep-03 Lodging at the Holiday Inn, Toluca during pilot | $ 470.00 | | $ 470.00 | | | $ 470.00 | |
| 27-Sep-03 Taxi to dinner | $ 23.00 | $ 23.00 | | | | $ 23.00 | |
| 30-Sep-03 Airfare change fee (due to serious injury) | $ 31.00 | | | $ 31.00 | | $ 31.00 | |
| 23-Oct-03 Fee charged for vaccinations required for travel to Mexico | $ 266.00 | | | $ 266.00 | | $ 266.00 | |
| 30-Oct-03 Airfare - rerturn from Mexico | $ 436.00 | $ 436.00 | | | | $ 436.00 | |
| 24-Sep-04 Dinner with Grace IA, Shaun and Loren | $ 165.00 | | | | $ 165.00 | $ 165.00 | |
| Totals | $ 3,147.00 | $ 1,452.00 | $ 893.00 | $ 297.00 | $ 505.00 | $ 3,147.00 | |

| | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
| --- | --- | --- | --- | --- | --- | --- |
| Grand Totals | $ 4,821.56 | $ 2,385.38 | $ 1,174.38 | $ 695.00 | $ 566.80 | $ 4,821.56 |