# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et. al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br>Objection Deadline: February 19, 2004 at 4:00 p.m.<br>Hearing Date: TBD only if necessary |

## SIXTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR DECEMBER 2003

| | |
|---|---|
| Name of Applicant: | Protiviti Inc. |
| Authorized to Provide Services to: | Debtors |
| Date of Retention: | Order dated November 17, 2003, *nunc pro tunc* to June 30, 2003 |
| Period for which compensation and reimbursement is sought: | December 1, 2003 through December 31, 2003 |
| Amount of Compensation sought as actual, reasonable and necessary | $ 41,545.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $ 1,022.99 |
| This is a(n): | _X_ interim ___ final application |

The total time expended for preparation of applications for the months of July, August, September, October and November 2003 not previously billed is approximately 23.5 hours by all professionals for a total of $ 5,312.50.

Prior applications:    None.

91100-001\DOCS_DE:46422.2

-1-

DOCKET # 5037
DATE 1-30-04

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hendrixson, Marie | Managing Director<br>18 years | $300.00 | 8.0 | $2,400.00 |
| Blanchard, Victor | Associate Director<br>17 years | $275.00 | 69.5 | $19,112.50 |
| Varson, Beth Anna | Manager<br>8 years | $225.00 | 2.0 | $ 450.00 |
| Petito, Matthew | Senior Consultant<br>5 years | $175.00 | 111.9 | $19,582.50 |
| | | Totals | 191.4 | $41,545.00 |

Fee Application Narrative

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 23.5 | $5,312.50 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Tax Issues | 0 | 0 |
| Valuation | 0 | 0 |
| Other (Explain)<br>• Sarbanes-Oxley Compliance Services | 167.9 | $36,232.50 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | **191.4** | **$41,545.00** |

Fee Application Narrative

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $46.00 |
| Lodging | N/A | $0 |
| Sundry | N/A | $956.99 |
| Business Meals / Entertainment | N/A | $20.00 |
| **Total Expenses** | | **$1,022.99** |

3

Fee Application Narrative

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et. al., | Case No. 01-1139 (JKF) <br> Jointly Administered |
| Debtors. | Objection deadline: 2/18/04 at 4:00 p.m. |

## CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1.  I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for December 2003* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2.  I have read the Application and I certify as follows:

    (a) The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

    (b) To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c) To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d) The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e) Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f) In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g) In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

*Marie Hendrixson*
Marie Hendrixson

Dated: January 28, 2004
Philadelphia, PA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: February 19, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR PROTIVITI INC.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT "A"**

Protiviti Inc.
W. R. Grace & Co. Time Tracking Summary
Period Covered: December 2003

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Hendrixson, Marie | Managing Director | 18 | $ 300.00 | 8 | $ 2,400.00 |
| Blanchard, Victor | Associate Director | 17 | $ 275.00 | 57.5 | $ 15,812.50 |
| Varson, Beth Anna | Manager | 8 | $ 225.00 | 2 | $ 450.00 |
| Petito, Matthew | Senior Consultant | 5 | $ 175.00 | 100.4 | $ 17,570.00 |
|  |  |  | Totals | 167.9 | $ 36,232.50 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended December 31, 2003**

**Name:** Marie Hendrixson
**Level:** Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3-Dec-03 | Meeting to prepare for the PWC meeting | $ 300.00 | 2.0 | $ 600.00 |
| 3-Dec-03 | Meeting with PWC to review project scope and results of the pilot projects | $ 300.00 | 2.0 | $ 600.00 |
| 3-Dec-03 | Meeting to debrief on the PWC meeting | $ 300.00 | 2.0 | $ 600.00 |
| 17-Dec-03 | Preparation of IT presentation for Dana Guzzo's leadership meeting | $ 300.00 | 2.0 | $ 600.00 |
| | **Totals** | | **8.0** | **$ 2,400.00** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended December 31, 2003

Name: Victor Blanchard
Level: Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Dec-03 | Work on completion of Valleyfield workpapers in the Portal; begin to draft the report to Valleyfield management | $ 275.00 | 7.5 | $ 2,062.50 |
| 2-Dec-03 | Continue to document controls and risks at Valleyfield plant; incorporate into draft report to management | $ 275.00 | 3.0 | $ 825.00 |
| 3-Dec-03 | Meeting with Dana Guzzo, IA Director, in preparation for meeting with external auditors this afternoon | $ 275.00 | 0.5 | $ 137.50 |
| 3-Dec-03 | Meeting with Marie Hendrixson for detailed planning prior to the meeting with the external auditors re: the Portal and results of the pilots | $ 275.00 | 2.0 | $ 550.00 |
| 3-Dec-03 | Meet with PwC to review results of Valleyfield and Mexico pilots and educate their team on the structure and content of the documentation | $ 275.00 | 2.5 | $ 687.50 |
| 3-Dec-03 | Follow-up meeting with Dana Guzzo and Marie Hendrixson to discuss the results of the meeting with PwC, and the implications on the pilots and remaining plants to be assessed | $ 275.00 | 2.0 | $ 550.00 |
| 4-Dec-03 | Work on Valleyfield documentation and testing incorporating initial commentary from the external auditors | $ 275.00 | 2.0 | $ 550.00 |
| 4-Dec-03 | Meeting with external auditors to discuss whether documentation on the pilots is sufficient, and what level of testing they will expect / require | $ 275.00 | 3.5 | $ 962.50 |
| 4-Dec-03 | Continue with development of the Valleyfield report to management including control issues and recommendations for improvement | $ 275.00 | 2.5 | $ 687.50 |
| 8-Dec-03 | Continue work on the Valleyfield report to management including control issues and recommendations for improvement and completion of Portal documentation | $ 275.00 | 5.5 | $ 1,512.50 |
| 9-Dec-03 | Continue work on the Valleyfield report to management including control issues and recommendations for improvement and completion of Portal documentation | $ 275.00 | 7.5 | $ 2,062.50 |
| 10-Dec-03 | Work on several Portal updates for Valleyfield | $ 275.00 | 1.0 | $ 275.00 |
| 11-Dec-03 | Organize non-electronic documentation for Valleyfield in workpaper binders | $ 275.00 | 3.0 | $ 825.00 |
| 12-Dec-03 | Meet with Lynn Bruneau (Protiviti) to discuss alternatives for effectively addressing the information technology risks and controls at Grace | $ 275.00 | 1.0 | $ 275.00 |
| 12-Dec-03 | Meet with Dana Guzzo and Barbara Summerson to discuss Grace's approach to addressing technology risks | $ 275.00 | 4.0 | $ 1,100.00 |
| 15-Dec-03 | Meet with Dana Guzzo and Ryan Heaps to walk through the Valleyfield report to management prior to presentation to the Valleyfield management team | $ 275.00 | 2.5 | $ 687.50 |
| 15-Dec-03 | Develop a presentation to outline and explain information technology risks and controls relative to Sarbanes-Oxley for the Grace Leadership Team meeting | $ 275.00 | 2.5 | $ 687.50 |
| 16-Dec-03 | Make corrections and adjustments to Valleyfield report as directed by the Internal Audit Director | $ 275.00 | 3.0 | $ 825.00 |
| 17-Dec-03 | Complete presentation to outline and explain information technology risks and controls relative to Sarbanes-Oxley for the Grace Leadership Team meeting | $ 275.00 | 2.0 | $ 550.00 |
| | Totals | | 57.5 | $ 15,812.50 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended December 31, 2003

**Name:** Beth Anna Varson
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 10-Dec-03 | Discussed portal and TSA upgrades with Barb Summerson addressing varied technical questions | $ 225.00 | 1.0 | $ 225.00 |
| 11-Dec-03 | Discussed portal and TSA upgrades with Barb Summerson addressing varied technical questions | $ 225.00 | 1.0 | $ 225.00 |
| | Totals | | 2.0 | $ 450.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended December 31, 2003**

Name: Matthew Petito
Level: Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Dec-03 | Meet with Victor on current status of project | $ 175.00 | 1.0 | $ 175.00 |
| 1-Dec-03 | Meet with Barbara regarding security patch for portal | $ 175.00 | 0.3 | $ 52.50 |
| 1-Dec-03 | Talk to John Lalmond regarding portal security patch | $ 175.00 | 0.2 | $ 35.00 |
| 1-Dec-03 | Meet with Barbara regarding Valleyfield test reports | $ 175.00 | 0.5 | $ 87.50 |
| 1-Dec-03 | Review testing completed in Valleyfield for completeness and accuracy | $ 175.00 | 4.0 | $ 700.00 |
| 2-Dec-03 | Review close the books/valleyfield testing in portal and rescan any documents to complete portal documentation | $ 175.00 | 7.0 | $ 1,225.00 |
| 3-Dec-03 | Scanning for Valleyfield testing | $ 175.00 | 3.0 | $ 525.00 |
| 3-Dec-03 | Review Valleyfield risk control matrices for completeness | $ 175.00 | 1.5 | $ 262.50 |
| 3-Dec-03 | Meeting with PWC to discuss portal/testing strategies | $ 175.00 | 2.5 | $ 437.50 |
| 3-Dec-03 | Meet with internal audit/protiviti to discuss PWC meeting | $ 175.00 | 1.0 | $ 175.00 |
| 4-Dec-03 | Review minutes from PWC meeting | $ 175.00 | 0.5 | $ 87.50 |
| 4-Dec-03 | Modify risks and controls in portal for Valleyfield testing | $ 175.00 | 1.0 | $ 175.00 |
| 4-Dec-03 | Discuss testing/documentation strategies with Ryan based on PWC meeting | $ 175.00 | 0.5 | $ 87.50 |
| 4-Dec-03 | Meeting with PWC to discuss portal/testing strategies | $ 175.00 | 2.5 | $ 437.50 |
| 4-Dec-03 | Develop summary of findings for Valleyfield based on portal reports | $ 175.00 | 4.0 | $ 700.00 |
| 5-Dec-03 | Review flowcharts in portal for Valleyfield to determine areas for improvement/findings | $ 175.00 | 2.0 | $ 350.00 |
| 5-Dec-03 | Develop summary of findings for Valleyfield based on portal to assist Victor in development of remediation plan | $ 175.00 | 3.0 | $ 525.00 |
| 8-Dec-03 | Modify valleyfield payroll, credit and collections and accounts payable controls in portal based on security patch run | $ 175.00 | 2.0 | $ 350.00 |
| 8-Dec-03 | Meet with Dana and Ryan on project status and work to be completed | $ 175.00 | 0.5 | $ 87.50 |
| 8-Dec-03 | Make changes to singapore flowcharts and ensure consistency | $ 175.00 | 5.0 | $ 875.00 |
| 8-Dec-03 | Meet with Ryan on singapore flowcharts | $ 175.00 | 0.2 | $ 35.00 |
| 8-Dec-03 | Plot risks and controls on Singapore flowcharts | $ 175.00 | 0.5 | $ 87.50 |
| 9-Dec-03 | Make changes to Singapore flowcharts and ensure consistency | $ 175.00 | 4.0 | $ 700.00 |
| 9-Dec-03 | Plot risks and controls on Singapore flowcharts | $ 175.00 | 4.5 | $ 787.50 |
| 10-Dec-03 | Plot risks and controls on Singapore flowcharts | $ 175.00 | 1.2 | $ 210.00 |
| 10-Dec-03 | Assess design effectiveness for Singapore processes | $ 175.00 | 4.0 | $ 700.00 |
| 10-Dec-03 | Review Mexico flowcharts to ensure consistency with Singapore flowcharts | $ 175.00 | 1.0 | $ 175.00 |
| 10-Dec-03 | Review/test controls for Valleyfield expense report processing | $ 175.00 | 2.0 | $ 350.00 |
| 11-Dec-03 | Assist Victor in preparing the 11/15 and 11/30 invoices (not monthly fee application) | $ 175.00 | 1.0 | $ 175.00 |
| 11-Dec-03 | Meet with ryan on Singapore flowcharts | $ 175.00 | 1.0 | $ 175.00 |
| 11-Dec-03 | Finalize corrections to Singapore flowcharts in preparation for client review in Singapore | $ 175.00 | 6.0 | $ 1,050.00 |
| 11-Dec-03 | Review/test controls for Valleyfield expense report processing | $ 175.00 | 0.5 | $ 87.50 |
| 12-Dec-03 | Finalize corrections and review of Singapore flowcharts in preparation of submitting to process owner for review. | $ 175.00 | 6.0 | $ 1,050.00 |
| 12-Dec-03 | Discuss Valleyfield expense report processing testwork with Lise Sauriol | $ 175.00 | 0.5 | $ 87.50 |
| 12-Dec-03 | Review/test controls for Valleyfield expense report processing | $ 175.00 | 1.0 | $ 175.00 |
| 12-Dec-03 | Meet with PWC/Internal Audit on results of Mexico pilot review | $ 175.00 | 2.0 | $ 350.00 |
| 15-Dec-03 | Finalize corrections and review of Singapore flowcharts in preparation of submitting to process owner for review. | $ 175.00 | 4.5 | $ 787.50 |
| 15-Dec-03 | Generate listing of questions on open issues for Singapore flowcharts, to be submitted to process owner | $ 175.00 | 2.0 | $ 350.00 |
| 15-Dec-03 | Finalize review/testing of Valleyfield expense report process | $ 175.00 | 2.0 | $ 350.00 |
| 16-Dec-03 | Finalize corrections and review of Singapore flowcharts in preparation of submitting to process owner for review | $ 175.00 | 5.5 | $ 962.50 |
| 16-Dec-03 | Meet with Mahmoud on changes to Singapore flowcharts | $ 175.00 | 1.0 | $ 175.00 |
| 16-Dec-03 | Review listing of questions for Singapore flowcharts with Ryan | $ 175.00 | 0.5 | $ 87.50 |
| 16-Dec-03 | Finalize review/testing of Valleyfield expense report process | $ 175.00 | 2.0 | $ 350.00 |
| 17-Dec-03 | Discuss changes to Singapore flows with Mahmoud Bah and Loren VanLoan based on their reviews | $ 175.00 | 1.0 | $ 175.00 |
| 17-Dec-03 | Discuss changes to Singapore flows with Ryan Heaps based on his review | $ 175.00 | 0.5 | $ 87.50 |
| 18-Dec-03 | Make changes to Singapore flowcharts based on Ryan's review | $ 175.00 | 4.0 | $ 700.00 |
| | **Totals** | | **100.4** | **$17,570.00** |

# EXHIBIT B

EXHIBIT "B"

Protiviti Inc.
W. R. Grace & Co. Preparation of Monthly Fee Applications
Period Covered: Through December 31, 2003

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 16-Dec-03 | Obtain and review instructions for preparing and submitting monthly fee applications | $ 275.00 | 2.5 | $ 687.50 |
| 17-Dec-03 | Confer with Protiviti external legal counsel regarding procedures for preparing and submitting monthly fee applications | $ 275.00 | 0.5 | $ 137.50 |
| 17-Dec-03 | Develop documentation and supporting appendices for the July 2003 monthly fee application | $ 275.00 | 1.5 | $ 412.50 |
| 18-Dec-03 | Continue development of documentation and supporting appendices for the July 2003 monthly fee application | $ 275.00 | 1.0 | $ 275.00 |
| 18-Dec-03 | Develop documentation and supporting appendices for the August 2003 monthly fee application | $ 275.00 | 1.5 | $ 412.50 |
| 19-Dec-03 | Develop documentation and supporting appendices for the September 2003 monthly fee application | $ 275.00 | 1.5 | $ 412.50 |
| 19-Dec-03 | Develop documentation and supporting appendices for the October 2003 monthly fee application | $ 275.00 | 1.5 | $ 412.50 |
| 19-Dec-03 | Begin the documentation and supporting appendices for the November 2003 monthly fee application | $ 275.00 | 2.0 | $ 550.00 |
| | Totals | | 12.0 | $ 3,300.00 |

**Name:** Matthew Petito
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 18-Dec-03 | Prepare monthly invoice for September 2003 in accordance with bankruptcy policy | $ 175.00 | 4.0 | $ 700.00 |
| 17-Dec-03 | Prepare monthly invoice for August 2003 in accordance with bankruptcy policy | $ 175.00 | 2.0 | $ 350.00 |
| 17-Dec-03 | Prepare monthly invoice for July 2003 in accordance with bankruptcy policy | $ 175.00 | 5.0 | $ 875.00 |
| 17-Dec-03 | Discuss bankruptcy court requirements for invoicing with Victor | $ 175.00 | 0.5 | $ 87.50 |
| | Totals | | 11.5 | $ 2,012.50 |

**Grand Total** 23.5 $ 5,312.50

# EXHIBIT C

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: December 2003**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 46.00 |
| Lodging | N/A | $ - |
| Sundry | N/A | $ 956.99 |
| Business Meals | N/A | $ 20.00 |
| Total | | $ 1,022.99 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: December 2003

**Name:** Victor Blanchard
**Level:** Associate Director

| | Expense Detail | | | Expense Category | | | |
|---|---|---|---|---|---|---|---|
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
| 10-Dec-03 | Lunch at Greek Taverna with Matthew Petito to plan staffing and approach for first quarter plant visits | $ 20.00 | | | | $ 20.00 | $ 20.00 |
| 17-Dec-03 | Purchase Adobe Acrobat Writer software to meet requirement to submit monthly fee applications as a PDF file | $ 314.99 | | | $ 314.99 | | $ 314.99 |
| | Totals | $ 334.99 | $ - | $ - | $ 314.99 | $ 20.00 | $ 334.99 |

**Name:** Marie Hendrixson
**Level:** Managing Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 3-Dec-03 | Mileage traveling to client site in excess of normal daily commute (100 miles) | $ 36.00 | $ 36.00 | | | | $ 36.00 |
| 3-Dec-03 | Tolls | $ 10.00 | $ 10.00 | | | | $ 10.00 |
| | Totals | $ 46.00 | $ 46.00 | $ - | $ - | $ - | $ 46.00 |

**Name:** Kenneth Green
**Level:** Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 18-Dec-03 | Office visit and shots at Passport Health for process reviews at W. R. Grace involving international travel. | $ 532.00 | | | $ 532.00 | | $ 532.00 |
| 26-Dec-03 | Second visit to Passport Health for follow-up shot. | $ 110.00 | | | $ 110.00 | | $ 110.00 |
| | Totals | $ 642.00 | $ - | $ - | $ 642.00 | $ - | $ 642.00 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 1,022.99 | $ 46.00 | $ - | $ 956.99 | $ 20.00 | $ 1,022.99 |