# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

March 12, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice # 76556

FOR PROFESSIONAL SERVICES RENDERED
THROUGH January 31, 2004

Atty - SLB
RE:   01- Case Administration                                                 Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/02/04 | ASD | 3.10 | 899.00 | Draft memos regarding Timeline and regarding exparte contacts (2.8); review emails regarding document production (.3). |
| 01/05/04 | ASD | 0.60 | 174.00 | Attempt to attend deposition (.6). |
| 01/05/04 | ASD | 2.70 | 783.00 | Travel back from deposition. |
| 01/05/04 | ASD | 0.40 | 116.00 | Review responses from Committee regarding motion to waive Local Rule: among conference regarding same. |
| 01/05/04 | JMS | 0.30 | 87.00 | Conference with S. Baena, A. Danzeisen regarding pending matters, KWELMB settlement |
| 01/05/04 | WV | 0.50 | 55.00 | Pull Dockets |
| 01/06/04 | ASD | 0.50 | 145.00 | Review emails regarding recusal issue (.3); review letter to counsel regarding inadvertant production (.1); review email regarding discovery conference call (.1). |
| 01/06/04 | WV | 0.50 | 55.00 | Pull Dockets |
| 01/07/04 | ASD | 3.80 | 1,102.00 | Review email regarding discovery conference (.1); review Gross deposition (2.9); attend call on discovery (.4); review emails on additional discovery (.4). |
| 01/07/04 | WV | 0.50 | 55.00 | Pull dockets |
| 01/08/04 | ASD | 0.20 | 58.00 | Telephone conference with Ed Cottingham regarding WR Grace motion for waiver of Local Rules (.2). |
| 01/08/04 | ASD | 2.10 | 609.00 | Review of Dreier depositions (2.1). |
| 01/08/04 | WV | 0.50 | 55.00 | Pull Dockets |
| 01/09/04 | ASD | 1.10 | 319.00 | Research regarding statute of limitation issues for Jay Sakalo (1.1). |
| 01/09/04 | ASD | 1.60 | 464.00 | Review McGovern deposition (1.4); review email regarding Gross Privilege (.1); review email canceling deposition set by WR Grace (.1). |
| 01/09/04 | SLB | 0.80 | 440.00 | Review Brodsky deposition regarding Wolin recusal (.8). |
| 01/09/04 | WV | 0.50 | 55.00 | Pull dockets |
| 01/12/04 | JMS | 0.30 | 87.00 | Telephone conference with G. Boyer regarding status of pending matters |
| 01/12/04 | WV | 0.50 | 55.00 | Pull Dockets |
| 01/15/04 | JMS | 0.50 | 145.00 | Telephone conference with D. Speights regarding status |
| 01/16/04 | JMS | 0.30 | 87.00 | Review hearing agenda |
| 01/20/04 | SLB | 0.90 | 495.00 | Telephone conference with J. Baer, J. Pozner, J. Sakalo and D. Siegle regarding KWELM settlement (.6); email from and to M. Dies regarding PD claims processing (.3). |
| 01/20/04 | WV | 0.50 | 55.00 | Pull Dockets |
| 01/21/04 | ASD | 5.40 | 1,566.00 | Review 156 emails providing briefs and exhibits on recusal issues (2.4); commence review of briefs on recusal issues (2.1); telephone conference with Ted Tacconelli regarding recusal documents (.2); review article on Personal Injury Issues (.4); summarize of Kinsington positions (.3). |
| 01/21/04 | SJA | 0.20 | 24.00 | Telephone conference with Stacey of Automated Legal Solutions re: scanning of documents and forward indices re: same (.2). |
| 01/21/04 | WV | 0.50 | 55.00 | Pull Dockets |
| 01/22/04 | ASD | 5.10 | 1,479.00 | Review and summarize DK Aquisition brief (.9); review and summarize Owens |

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Corning, et al. Response (.8); review and summarize WR Grace Response (.6); review and summarize USG brief (.6); review and summarize USG Creditor's Committee (.2); review and summarize Armstrong brief (.2); review 40 emails providing amendments and exhibits and JA (.6); commence review of exhibits attached (1.2) all brief reviews and summaries split with USG. |
| 01/22/04 | ASD | 0.30 | 87.00 | Review WR Grace Motion to Strike certain exhibits (.3). |
| 01/22/04 | ASD | 0.40 | 116.00 | Begin preparation of NYCHA compendium (.2); begin preparation of NYCHA replies (.2). |
| 01/22/04 | WV | 0.60 | 66.00 | Pull Dockets |
| 01/23/04 | ASD | 4.30 | 1,247.00 | Continue review of recusal documents and commence analysis of same (3.7); review rescheduling of ZAI hearing (.2); pull statute of limitations and laches arguments (.3); interoffice conference with Jay Sakalo regarding objection to waiver of local rule (.1). |
| 01/23/04 | JMS | 0.70 | 203.00 | Telephone conference with T. Wasser regarding Monday hearing and email to T. Tacconelli thereon (.3); conference with W. VanDijk regarding hearing notebook (.4) |
| 01/23/04 | WV | 3.70 | 407.00 | Prepare Hearing Notebook and Notebook with Transcripts. |
| 01/23/04 | WV | 0.50 | 55.00 | Pull Dockets |
| 01/24/04 | ASD | 4.90 | 1,421.00 | Continue review and analysis of documents on recusal issue (4.1); email committee regarding advisor issue (.3); review response to WR Grace Motion to Strike; review hearing transcript (.5). |
| 01/25/04 | ASD | 4.00 | 1,160.00 | Continue review and analysis of documents in joint appendix (3.8); review and respond to email from Committee member regarding recusal issue (.2). |
| 01/26/04 | LR | 0.50 | 60.00 | Meeting with Allyn Danzeisen and Joya Bruno regarding exhibits attached to briefs (.2); review and handling (.1); review documents and identify (.2). |
| 01/26/04 | ASD | 2.90 | 841.00 | Interoffice conference with Joya Bruno and Lourdes Ramirez regarding recusal documents (.2); forward documents to Joya Bruno for analysis (.4); review documents establishing timeline of exparte contacts (1.2); draft summary of exparte communications (1.1). |
| 01/26/04 | ASD | 1.40 | 406.00 | Review Eckstein, Brodsky and Case deposition (1.4); submitted for appendix. |
| 01/26/04 | WV | 0.60 | 66.00 | Pull Dockets |
| 01/27/04 | ASD | 0.60 | 174.00 | Review WR Grace reply to support objection and to strike exhibits (.4); review letter sent to Wolin from movants (.2). |
| 01/27/04 | WV | 0.60 | 66.00 | Pull Dockets |
| 01/27/04 | DR | 0.20 | 24.00 | Initiate indexing of exhibits to briefs. |
| 01/28/04 | ASD | 1.50 | 435.00 | Review Joint Appendix and select documents contained herein (.3); interoffice conference with Joya Bruno and David Rosenblatt regarding Joint Appendix (.2). |
| 01/28/04 | JMS | 0.60 | 174.00 | Email to T. Tacconelli regarding rescheduled hearings (.2); research status of appeal in Combustion Engineering (.4). |
| 01/28/04 | WV | 0.60 | 66.00 | Pull Dockets |
| 01/28/04 | DR | 1.30 | 156.00 | Review of documents contained on Amended Joint Appendix disk to identify documents related to various individuals and topics, as well as all documents related to property damage. |
| 01/29/04 | ASD | 2.40 | 696.00 | Review movant's supplemental briefs on motion for structural relief (.6); review supplemental responses to motion for structural relief of Debtors, PI Committee and Trustee (1.3); summarize supplemental briefs for committee (.5). |
| 01/29/04 | ASD | 1.80 | 522.00 | Research regarding ACand S transcript of confirmation herein (.2); review same (1.6). |
| 01/29/04 | JMS | 0.40 | 116.00 | Review AC & S order regarding confirmation of plan |
| 01/29/04 | WV | 0.60 | 66.00 | Pull dockets |
| 01/29/04 | DR | 2.80 | 336.00 | Review of documents contained on Amended Joint Appendix disk to identify documents related to various individuals and topics, as well as all documents related to property damage; conference with Allyn Danzeisen concerning my review of the Amended Joint Appendix documents. |
| 01/30/04 | ASD | 1.40 | 406.00 | Review of documents from Joint Appendix (1.4). |
| 01/30/04 | WV | 0.50 | 55.00 | Pull Dockets |

| | | | | |
|---|---|---|---|---|
| 01/30/04 | DR | 0.90 | 108.00 | Continue and complete the review of documents contained on Amended Joint Appendix disk to identify documents related to various individuals and topics, as well as all documents related to property damage; conference with Allyn Danzeisen concerning my review of the Amended Joint Appendix documents. |

**PROFESSIONAL SERVICES** $19,054.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 12/12/03 | LodgingTravel to Philadelphia - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-12/12/03; DATE: 12/12/2003 - Clients | 115.44 |
| 12/12/03 | Fares, Mileage, ParkingTaxi cabs - Travel to Philadelphia - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-12/12/03; DATE: 12/12/2003 - Clients | 44.00 |
| 12/16/03 | Fares, Mileage, ParkingTaxi Cabs -Travel to Pittsburgh - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-12/16/03; DATE: 12/16/2003 - Client - 15537 | 75.00 |
| 12/16/03 | MealsTravel to Pittsburgh - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-12/16/03; DATE: 12/16/2003 - Client - 15537 | 13.74 |
| 12/16/03 | ParkingAirport Parking - Travel to Pittsburgh - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-12/16/03; DATE: 12/16/2003 - Client - 15537 | 12.72 |
| 01/02/04 | Long Distance Telephone(803) 943-4444 | 1.98 |
| 01/05/04 | Long Distance Telephone(843) 524-5708 | 52.47 |
| 01/05/04 | Long Distance Telephone(409) 779-0523 | 50.49 |
| 01/05/04 | Long Distance Telephone(843) 524-5708 | 20.79 |
| 01/05/04 | Long Distance Telephone(302) 575-1555 | 2.97 |
| 01/05/04 | LodgingTravel to Newark - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/05/04; DATE: 1/5/2004 - Clients | 177.29 |
| 01/05/04 | Fares, Mileage, ParkingTaxi cabs - Travel to Newark - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/05/04; DATE: 1/5/2004 - Clients | 15.50 |
| 01/06/04 | Long Distance Telephone(409) 883-4394 | 26.73 |
| 01/06/04 | Long Distance Telephone(803) 943-8094 | 11.88 |
| 01/06/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4011146094; DATE: 1/11/04 - Acct.#BILZIN01 | 19.05 |
| 01/07/04 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 01/07/04 | Long Distance Telephone(302) 575-1555 | 40.59 |
| 01/07/04 | Long Distance Telephone(302) 575-1555 | 3.96 |
| 01/07/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 01/07/04 | Long Distance Telephone(415) 989-1801 | 1.98 |
| 01/08/04 | Long Distance Telephone(302) 575-1555 | 38.61 |
| 01/09/04 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 01/12/04 | Long Distance Telephone(509) 455-9555 | 5.94 |
| 01/12/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 01/12/04 | Long Distance Telephone(201) 665-4279 | 2.97 |
| 01/12/04 | Long Distance Telephone(803) 943-6047 | 15.84 |
| 01/15/04 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 01/20/04 | Photocopies 284.00pgs @ .15/pg | 42.60 |
| 01/20/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 157024912 DATE: 1/23/04 | 11.66 |
| 01/21/04 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 01/21/04 | Long Distance Telephone(302) 575-1555 | 14.85 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 01/21/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 01/22/04 | Long Distance Telephone(703) 788-0600 | 79.20 |
| 01/22/04 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0401061923; DATE: 1/31/04 - Lexis Nexis online charges | 0.84 |
| 01/22/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4012546598; DATE: 1/25/2004 - Acct.#BILZIN01 | 62.72 |
| 01/23/04 | AirfareTravel to Philadelphia canceled - VENDOR: Continental Travel; INVOICE#: 305286; DATE: 1/23/04 - Client - 15537 | 35.00 |
| 01/23/04 | Photocopies 313.00pgs @ .15/pg | 46.95 |
| 01/23/04 | Long Distance Telephone(312) 861-2359 | 8.91 |
| 01/23/04 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 01/26/04 | Long Distance Telephone(302) 575-1555 | 0.99 |
| 01/26/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 01/26/04 | Long Distance Telephone(302) 575-1555 | 0.99 |
| 01/26/04 | Long Distance Telephone(773) 551-7296 | 2.97 |
| 01/26/04 | Long Distance Telephone(773) 551-7296 | 1.98 |
| 01/26/04 | Long Distance Telephone(386) 254-1593 | 0.42 |
| 01/26/04 | Long Distance Telephone(214) 698-3868 | 1.98 |
| 01/27/04 | Photocopies 82.00pgs @ .15/pg | 12.30 |
| 01/27/04 | Postage | 3.85 |
| 01/27/04 | Long Distance Telephone(214) 698-3868 | 1.98 |
| 01/28/04 | Professional ServicesPleadings - VENDOR: AUTOMATED LEGAL SOLUTIONS; INVOICE#: 1473; DATE: 1/28/04 - Clients | 941.93 |
| 01/28/04 | Photocopies 580.00pgs @ .15/pg | 87.00 |
| 01/28/04 | Photocopies 580.00pgs @ .15/pg | 87.00 |
| 01/29/04 | Photocopies 269.00pgs @ .15/pg | 40.35 |
| 01/29/04 | Photocopies 6.00pgs @ .15/pg | 0.90 |
| 01/29/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 01/29/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 01/29/04 | Photocopies 269.00pgs @ .15/pg | 40.35 |
| 01/29/04 | Photocopies 6.00pgs @ .15/pg | 0.90 |
| 01/29/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 01/29/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 01/29/04 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0401061923; DATE: 1/31/04 - Lexis Nexis online charges | 312.63 |
| 01/29/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4020147597; DATE: 2/1/2004 - Acct.#BILZIN01 | 14.17 |
| 01/31/04 | Fares, Mileage, ParkingVENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 0000041469; DATE: 1/31/04 - Client #15537 | 86.80 |

**TOTAL COSTS ADVANCED** $2,714.04

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.70 | 550.00 | $935.00 |
| Danzeisen, Allyn S | 52.50 | 290.00 | $15,225.00 |
| Sakalo, Jay M | 3.10 | 290.00 | $899.00 |
| Ramirez, Lourdes V | 0.50 | 120.00 | $60.00 |
| Anderson, Silvia J | 0.20 | 120.00 | $24.00 |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | |
|---|---:|---:|---:|
| Van Dijk, Wendy | 11.70 | 110.00 | $1,287.00 |
| Rosenblatt, David | 5.20 | 120.00 | $624.00 |
| *TOTAL* | *74.90* | | *$19,054.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Airfare | $35.00 |
| Photocopies | $358.35 |
| Fares, Mileage, Parking | $221.30 |
| Telecopies | $10.00 |
| Federal Express | $11.66 |
| Long Distance Telephone | $403.35 |
| Long Distance Telephone-Outside Services | $95.94 |
| Lexis - Online Legal Research | $313.47 |
| Lodging | $292.73 |
| Meals | $13.74 |
| Parking | $12.72 |
| Postage | $3.85 |
| Professional Services | $941.93 |
| TOTAL | $2,714.04 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**        $21,768.04

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 03 - Creditors Committee | | Client No. 74817/15539 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 01/02/04 | ASD | 1.00 | 290.00 | Prepare for committee call (.4); Committee call regarding recusal issue (.6). |
| 01/02/04 | JMS | 1.10 | 319.00 | Conference call with committee (.7); follow up on issues raised thereon (.4) |
| 01/06/04 | ASD | 1.30 | 377.00 | Prepare for and attend committee conference call. |
| 01/06/04 | SLB | 0.70 | 385.00 | Committee meeting (.7). |
| 01/06/04 | JMS | 0.60 | 174.00 | Committee call. |
| 01/21/04 | ASD | 0.30 | 87.00 | Email committee regarding meeting agenda (.2); review email from T. Brandi regarding meeting (.1). |
| 01/22/04 | ASD | 1.50 | 435.00 | Attend Committee meeting. |
| 01/22/04 | SLB | 1.80 | 990.00 | Committee meeting (1.5); telephone call from D. Scott regarding issue concerning committee fiduciary duties (.3). |
| 01/22/04 | JMS | 0.60 | 174.00 | Committee call |
| 01/29/04 | ASD | 0.80 | 232.00 | Attend committee meeting (.6); email committee regarding motion on structural; review response to same (.2). |

**PROFESSIONAL SERVICES**                                                                                    $3,463.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.50 | 550.00 | $1,375.00 |
| Danzeisen, Allyn S | 4.90 | 290.00 | $1,421.00 |
| Sakalo, Jay M | 2.30 | 290.00 | $667.00 |
| *TOTAL* | *9.70* | | *$3,463.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                               **$3,463.00**

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 07 - Applicant's Fee Application | | Client No. 74817/15543 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/05/04 | LMF | 0.70 | 84.00 | Revise notices for fees, summary, notice parties and certificate of service per email from local counsel (.7). |
| 01/06/04 | LMF | 0.50 | 60.00 | Attend to final edits to November invoice and meet with accounting regarding same (.5). |
| 01/20/04 | LMF | 0.80 | 96.00 | Prepare notices and summaries for bankruptcy and district court for November fees and attend to filing same (.8). |
| 01/22/04 | LMF | 0.60 | 72.00 | Attend to edits to December prebill (.6). |
| 01/23/04 | LMF | 0.80 | 96.00 | Compile draft of quarterly applications and corresponding invoices and print for A. Danzeisen to review (.8). |
| 01/26/04 | ASD | 0.40 | 116.00 | Review and finalize fee application (.4). |
| 01/27/04 | SJA | 0.30 | 36.00 | Review 10th quarterly fee application for A. Danzeisen (.3). |
| 01/28/04 | LMF | 3.80 | 456.00 | Complete edits to quarterly applications and attend to filing same (1.2); telephone conference with local counsel regarding changes needed to form for filing monthly and quarterly applications (.5); revise quarterly and monthly applications and resubmit for filing (2.1). |

**PROFESSIONAL SERVICES** $1,016.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.40 | 290.00 | $116.00 |
| Flores, Luisa M | 7.20 | 120.00 | $864.00 |
| Anderson, Silvia J | 0.30 | 120.00 | $36.00 |
| *TOTAL* | *7.90* | | *$1,016.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,016.00

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

|  |  |  |
|---|---|---|
| RE: 08 - Hearings | | Atty - SLB<br>Client No. 74817/15544 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 01/26/04 | JMS | 2.10 | 609.00 | Prepare for omnibus hearing (1.3), telephone conferences with J. Kapp regarding contested matter and cancellation of hearing (.4), telephone conference with T. Tacconelli thereon (.4) |

**PROFESSIONAL SERVICES** $609.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 2.10 | 290.00 | $609.00 |
| *TOTAL* | *2.10* | | *$609.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $609.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | | Client No. 74817/15545 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/02/04 | JMS | 1.40 | 406.00 | Review issues related to Debtors motion for relief from local rule 3007 and emails to A. Danzeisen thereon (.9); review record thereon (.5) |
| 01/05/04 | JMS | 0.80 | 232.00 | Research regarding motion for relief from local rule. |
| 01/06/04 | JMS | 1.20 | 348.00 | Research regarding motion for relief from local rule. |
| 01/07/04 | JMS | 0.70 | 203.00 | Begin draft of objection to motion for relief from local rule |
| 01/08/04 | JMS | 2.70 | 783.00 | Continue drafting and researching objection to motion for relief from local rule |
| 01/09/04 | JMS | 3.40 | 986.00 | Continue draft of objection to motion for relief from local rule (2.2); email to Committee regarding same (.3); telephone conference with C. Lane thereon (.2); telephone conference with D. Speights regarding comments to objection (.4); emails from Committee members thereon (.3) |
| 01/12/04 | JMS | 1.40 | 406.00 | Telephone conference with D. Scott regarding objection to motion (.4); revise and finalize same (.7); email to T. Tacconelli thereon (.3) |
| 01/21/04 | ASD | 0.60 | 174.00 | Review reply to PD Objection to Waiver of Local Rule (.4); email committee regarding reply (.2). |
| 01/21/04 | JMS | 0.40 | 116.00 | Emails from and to A. Danzeisen regarding objection to 3007 motion |
| 01/22/04 | JMS | 0.20 | 58.00 | Telephone conference with J. Kapp regarding objection to claim |
| 01/23/04 | JMS | 1.50 | 435.00 | Telephone conference with S. Blatnik regarding hearing on motion for relief from local rule (.5); prepare therefore (.7); email to J. Kapp thereon (.3) |
| 01/25/04 | JMS | 0.20 | 58.00 | Voicemail to J. Kapp regarding hearing |

**PROFESSIONAL SERVICES** $4,205.00

**COSTS ADVANCED**

| 01/21/04 | Photocopies 56.00pgs @ .15/pg | 8.40 |
|---|---|---|

**TOTAL COSTS ADVANCED** $8.40

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.60 | 290.00 | $174.00 |
| Sakalo, Jay M | 13.90 | 290.00 | $4,031.00 |
| *TOTAL* | *14.50* | | *$4,205.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| Photocopies | $8.40 |
|---|---|
| TOTAL | $8.40 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $4,213.40

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius) | | Client No. 74817/15547 |

| 01/13/04 | SLB | 0.20 | 110.00 | Email from and to N. Finch regarding settlement order (.2). |

**PROFESSIONAL SERVICES** $110.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.20 | 550.00 | $110.00 |
| *TOTAL* | *0.20* | | *$110.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $110.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | Atty - SLB |
|---|---|---|---|---|
| RE: | 27 - Litigation Consulting | | | Client No. 74817/15563 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/05/04 | SLB | 1.70 | 935.00 | Telephone conference with M. Dies, D. Speights and J. Sakalo regarding recusal motions and further meetings (1.0); resume telephone conference with D. Speights, A. Danzeisen and J. Sakalo regarding same (.7). |
| 01/05/04 | JMS | 1.40 | 406.00 | Telephone conference with S. Baena, M. Dies, D. Speights regarding Wolin recusal issues (1.0); telephone conference with D. Speights, A. Danzeisen, S. Baena regarding discovery/depositions regarding motion to recuse (.4) |
| 01/09/04 | JMS | 1.40 | 406.00 | Continue researching strategic actions. |
| 01/12/04 | JMS | 0.40 | 116.00 | Emails to T. Tacconelli regarding hearing on Wolin recusal |
| 01/13/04 | SLB | 0.20 | 110.00 | Email from and to J. Baer regarding KWELM settlement (.2). |
| 01/16/04 | JMS | 0.20 | 58.00 | Email to T. Tacconelli regarding Wolin recusal hearing |
| 01/20/04 | JMS | 1.40 | 406.00 | Continue review of Wolin recusal papers |
| 01/22/04 | SLB | 0.20 | 110.00 | Email to J. Baer regarding KWELM settlement (.2). |
| 01/23/04 | JMS | 1.30 | 377.00 | Review proceedings before J. Wolin |
| 01/26/04 | SLB | 0.30 | 165.00 | Review report from A. Danzeisen to Committee regarding recusal motion (.3). |
| 01/27/04 | JMS | 1.30 | 377.00 | Continue research and analysis of strategic actions |
| 01/28/04 | JMS | 1.80 | 522.00 | Research strategic action |
| 01/29/04 | JMS | 2.70 | 783.00 | Continue research regarding strategic actions (1.3); review Owens Corning briefs on structural relief (1.4) |

**PROFESSIONAL SERVICES** $4,771.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.40 | 550.00 | $1,320.00 |
| Sakalo, Jay M | 11.90 | 290.00 | $3,451.00 |
| *TOTAL* | *14.30* | | *$4,771.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $4,771.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 30 - Fee Application of Others | | | Client No. 74817/17781 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/09/04 | LMF | 0.40 | 48.00 | Prepare cover letter and submit reimbursement check to Lukins and Annis for PD committee expenses (.4). |
| 01/20/04 | LMF | 0.30 | 36.00 | Contact Debtor regarding outstanding payment to D. Hilton (.3). |
| 01/22/04 | LMF | 0.50 | 60.00 | Telephone conference with Debtors regarding outstanding payment to D. Hilton (.3); obtain mailing address and provide to Debtor (.2). |
| 01/22/04 | LMF | 0.30 | 36.00 | Review invoice received from HR & A and sent email requesting electronic copy and confirmation that no other invoices are outstanding (.3). |
| 01/26/04 | ASD | 0.30 | 87.00 | Telephone conference with fee auditor (.1); email HR & A advisor to confirm fees (.1); review response from HR & A (.1). |
| 01/27/04 | ASD | 0.40 | 116.00 | Telephone conference with Luisa Flores regarding fee application of advisory (.2); email HR & A regarding same (.1); review responses (.1); leave voicemail for financial advisors regarding same. |

**PROFESSIONAL SERVICES** $383.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.70 | 290.00 | $203.00 |
| Flores, Luisa M | 1.50 | 120.00 | $180.00 |
| *TOTAL* | *2.20* | | *$383.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $383.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| *Ramirez, Lourdes V* | *0.50* | $60.00 |
| *Danzeisen, Allyn S* | *59.10* | $17,139.00 |
| *Baena, Scott L* | *6.80* | $3,740.00 |
| *Flores, Luisa M* | *8.70* | $1,044.00 |
| *Sakalo, Jay M* | *33.30* | $9,657.00 |
| *Anderson, Silvia J* | *0.50* | $60.00 |
| *Van Dijk, Wendy* | *11.70* | $1,287.00 |
| *Rosenblatt, David* | *5.20* | $624.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** — *$33,611.00*

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| *Airfare* | *$35.00* |
| *Photocopies* | *$366.75* |
| *Fares, Mileage, Parking* | *$221.30* |
| *Telecopies* | *$10.00* |
| *Federal Express* | *$11.66* |
| *Long Distance Telephone* | *$403.35* |
| *Long Distance Telephone-Outside Services* | *$95.94* |
| *Lexis - Online Legal Research* | *$313.47* |
| *Lodging* | *$292.73* |
| *Meals* | *$13.74* |
| *Parking* | *$12.72* |
| *Postage* | *$3.85* |
| *Professional Services* | *$941.93* |

**TOTAL COSTS ADVANCED THIS PERIOD** — *$2,722.44*

**TOTAL AMOUNT DUE THIS PERIOD** — *$36,333.44*

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 01/31/04** <br> **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 19,054.00 | 2,714.04 | 21,768.04 |
| 03 - Creditors Committee/15539 | 3,463.00 | 0.00 | 3,463.00 |
| 07 - Applicant's Fee Application/15543 | 1,016.00 | 0.00 | 1,016.00 |
| 08 - Hearings/15544 | 609.00 | 0.00 | 609.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 4,205.00 | 8.40 | 4,213.40 |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | 110.00 | 0.00 | 110.00 |
| 27 - Litigation Consulting/15563 | 4,771.00 | 0.00 | 4,771.00 |
| 30 - Fee Application of Others/17781 | 383.00 | 0.00 | 383.00 |
| Client Total | $33,611.00 | $2,722.44 | $36,333.44 |