# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kenneth W. Lund | Partner | Environmental | $395.00 | 27.8 | $10,981.00 |
| Robert Tuchman | Partner | Environmental | $375.00 | 0.2 | $75.00 |
| Charlotte Neitzel | Partner | Environmental | $350.00 | 43.1 | $15,085.00 |
| Jay McCarthy | Partner | Environmental | $325.00 | 19.7 | $6,402.50 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $300.00 | 4.4 | $1,320.00 |
| Edward Stevenson | Sr. Counsel | Environmental | $280.00 | 49.8 | $13,944.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $280.00 | 147.3 | $41,244.00 |
| Natalie Tognetti | Paralegal | Environmental | $125.00 | 183.4 | $22,925.00 |
| Susan Haag | Paralegal | Bankruptcy | $125.00 | 17.2 | $2,150.00 |
| Carla Latuda | Paralegal | Environmental | $125.00 | 35.8 | $4,475.00 |
| **TOTAL** | | | | **528.7** | **$118,601.50** |