# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Parking | $133.00 |
| Photocopies | $664.50 |
| Facsimiles | $41.00 |
| Long Distance Telephone | $293.25 |
| Outside Courier | $56.55 |
| Travel Expense | $3,582.67 |
| Lexis | $109.20 |
| Meal Expenses | $292.54 |
| Tab Stock | $0.00 |
| Other Expenses | $655.40 |
| Velo Binding | $1.00 |
| Federal Express | $1,010.72 |
| Color Copies | $0.00 |
| Witness Fee | ($500.00) |
| Professional Billable Services | $2,023.79 |
| Supplies | $0.00 |
| Research Services | $0.00 |
| **TOTALS** | **$8,363.62** |