IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 5645, 5705** |

**NOTICE OF APPEAL
OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS FROM ORDER GRANTING APPLICATION
OF DEBTORS PURSUANT TO 11 U.S.C. §§105, 327 AND 524(g)(4)(B)(i),
FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE
FOR FUTURE ASBESTOS CLAIMANTS**

The Official Committee of Asbestos Property Damage Claimants (the "Appellant"), pursuant to 28 U.S.C. §158(a), Bankruptcy Rule 8002 (a) and Del.Bankr.LR 8001 hereby appeals from the "Order Granting Application of Debtors Pursuant to 11 U.S.C. §§105, 327 and 524(g)(4)(B)(i), for the Appointment of a Legal Representative for Future Asbestos Claimants" entered by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge on May 24, 2004 (Docket No. 5645) (the "Order").

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Debtors**      Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801
Telephone: 302-652-4100

David M. Bernick, Esquire
Janet S. Baer, Esquire
James W. Kapp, II, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Telephone: 312-861-2000

| | |
|---|---|
| **United States Trustee** | Frank J. Perch, III, Esquire<br>Office of the U.S. Trustee<br>844 N. King Street, Room 2207<br>Wilmington, DE 19801<br>Telephone: 302-573-6491 |
| **Legal Representative for Future Claimants** | David T. Austern<br>c/o Claims Resolution Management Corporation<br>Legal Department<br>8260 Willow Oaks Corporate Drive<br>6th Floor, P.O. Box 10415<br>Fairfax, VA 22031<br>Telephone: 703-204-9300 |
| **Counsel for Federal Insurance Company** | Shelly A. Kinsella, Esquire<br>Cozen O' Connor<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>Telephone: 302-295-2000<br><br>William P. Shelley, Esquire<br>Jacob C. Cohn, Esquire<br>Cozen O' Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215-665-2000 |
| **Official Committee of Equity Security Holders** | Teresa K. D. Currier, Esquire<br>Klett, Rooney, Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302-552-4200<br><br>Philip Bentley, Esquire<br>Gary M. Becker, Esquire<br>Kramer, Levin, Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: 212-715-9100 |
| **Official Committee of Asbestos Personal Injury Claimants** | Marla R. Eskin, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: 302-426-1900 |

|  |  |
|---|---|
|  | Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 36th Floor<br>New York, NY 10022<br>Telephone: 212-319-7125 |
|  | Peter Van N. Lockwood, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-862-5000 |
| **Official Committee of Unsecured Creditors** | Michael R. Lastowski, Esquire<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: 302-657-4942 |
|  | Lewis Kruger, Esquire<br>Stroock, Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: 212-806-5400 |
| **Counsel for Royal Indemnity Company** | Ian Connor Bifferato, Esquire<br>Joseph J. Koury, Esquire<br>Bifferato, Bifferato & Gentilotti<br>1308 Delaware Avenue<br>P.O. Box 2165<br>Wilmington, DE 19899<br>Telephone: 302-429-1900 |
|  | Carl J. Pernicone, Esquire<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>150 E. 42nd Street<br>New York, NY 10017<br>Telephone: 212-490-3000 |
|  | Mark G. Ledwin, Esquire<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>3 Gannett Drive<br>White Plains, NY 10604<br>Telephone: 914-323-7000 |

Dated: June 11, 2004  FERRY, JOSEPH & PEARCE, P.A.

 /s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

-and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danzeisen, Esquire
BILZIN, SUMBERG, BAENA, PRICE
& AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
(305) 374-7580

Co-Counsel to the Official Committee of Asbestos Property Damage Claimants