**CERTIFICATE OF SERVICE**

      I, Theodore J. Tacconelli, Esquire, hereby certify that on this 11th day of June, 2004, one copy of the foregoing **Notice of Appeal of the Official Committee of Asbestos Property Damage Claimants from Order Granting Application of Debtors Pursuant to 11 U.S.C. §§105, 327 and 524(g)(4)(B)(i), for the Appointment of a Legal Representative for Future Asbestos Claimants** was served on the following parties in the indicated manner:

    SEE ATTACHED SERVICE LIST

    Upon penalty of perjury I declare that the foregoing is true and correct.

                                                  /s/Theodore J. Tacconelli
                                                Theodore J. Tacconelli (No. 2678)