**SERVICE LIST**

**By Hand Delivery:**

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Office of the United States Trustee
Frank J. Perch, III, Esquire
844 N. King Street, Room 2207
Wilmington, DE 19801

Shelly A. Kinsella, Esquire
Cozen O' Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

**By First-Class U.S. Mail:**

David M. Bernick, Esquire
Janet S. Baer, Esquire
James W. Kapp, II, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esquire
Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

Philip Bentley, Esquire
Gary M. Becker, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

David T. Austern
c/o Claims Resolution Management Corporation
Legal Department
8260 Willow Oaks Corporate Drive
6th Floor
P.O. Box 10415
Fairfax, VA 22031

William P. Shelley, Esquire
Jacob C. Cohn, Esquire
Cozen O' Connor
1900 Market Street
Philadelphia, PA 19103

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

Ian Connor Bifferato, Esquire
Joseph J. Koury, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

Carl J. Pernicone, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
150 E. 42nd Street
New York, NY 10017

Mark G. Ledwin, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604