# EXHIBIT A

| Category | Bankruptcy Management Corporation | | Bilzin Sumberg | |
|---|---|---|---|---|
| | 11th Quarter | Cumulative thru 11th Quarter | 11th Quarter | Cumulative thru 11th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 4,527.50 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 21,515.50 |
| 04 - Case Administration | 44,079.00 | 521,019.00 | 35,447.75 | 432,099.65 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 20,648.50 | 150,455.50 | 158.00 | 43,805.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 99,420.00 | 486,565.50 | 0.00 | 658.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 3,259.00 | 122,630.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 24,882.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 4,604.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 40,649.50 |
| 11 - Fee Applications, Applicant | 7,875.00 | 83,980.50 | 3,192.00 | 68,290.70 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 1,708.00 | 43,706.80 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 9,402.50 |
| 14 - Hearings | 0.00 | 0.00 | 2,800.00 | 49,855.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 2,481.00 | 773,216.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 608.00 | 4,144.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 4,361.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 29,928.75 | 2,837.50 | 73,771.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 25.00 | 33,447.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 369.45 |
| 24 - Other | 0.00 | 0.00 | 562.00 | 14,298.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 46,164.50 | 242,614.50 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **218,187.00** | **1,514,563.75** | **53,078.25** | **1,769,866.15** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **3,192.28** | **87,279.09** | **8,876.26** | **623,141.98** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **221,379.28** | **1,601,842.84** | **61,954.51** | **2,393,008.13** |
| FEE APPLICATION - TOTAL FEES | 218,187.00 | 1,514,563.75 | 53,078.25 | 1,769,866.15 |
| FEE APPLICATION - TOTAL EXPENSES | 3,192.28 | 87,279.09 | 8,876.26 | 623,141.98 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **221,379.28** | **1,601,842.84** | **61,954.51** | **2,393,008.13** |

| Category | Blackstone Group[3] | | Campbell & Levine | | Caplin & Drysdale | |
|---|---|---|---|---|---|---|
| | 11th Quarter | Cumulative thru 11th Quarter | 11th Quarter | Cumulative thru 11th Quarter | 11th Quarter | Cumulative thru 11th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 18,088.00 | 0.00 | 109.50 |
| 02 - Asset Disposition | 0.00 | 12,095.55 | 26.50 | 6,566.50 | 0.00 | 1,250.00 |
| 03 - Business Operations | 0.00 | 0.00 | 345.50 | 2,497.50 | 156.00 | 5,070.00 |
| 04 - Case Administration | 28,378.35 | 205,237.91 | 632.00 | 42,798.50 | 16,704.00 | 350,272.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 1,406.50 | 27,656.50 | 3,169.00 | 346,769.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 42,491.27 | 479.00 | 5,799.50 | 137.00 | 2,243.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 67,671.45 | 435,677.38 | 17,244.50 | 125,785.50 | 78.00 | 38,835.50 |
| 08 - Employee Benefits/Pension | 34,563.38 | 421,698.02 | 1,341.50 | 18,009.50 | 156.00 | 4,223.00 |
| 09 - Employment Applications, Applicant | 10,550.93 | 12,283.14 | 347.50 | 5,409.50 | 0.00 | 8,214.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 9,142.00 | 125.00 | 15,180.00 |
| 11 - Fee Applications, Applicant | 0.00 | 60,030.69 | 2,110.50 | 32,377.50 | 3,401.00 | 61,261.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 3,503.00 | 58,232.00 | 33,006.00 | 38,785.00 |
| 13 - Financing | 38,929.28 | 97,490.92 | 0.00 | 1,014.50 | 0.00 | 62.50 |
| 14 - Hearings | 0.00 | 36,252.34 | 2,771.25 | 36,485.75 | 68.50 | 31,042.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 16,463.50 | 42,820.00 | 3,701.00 | 389,903.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 327.00 | 692.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 105.00 | 5,167.00 | 2,129.50 | 10,178.50 |
| 18 - Tax Issues | 7,276.50 | 120,559.43 | 213.00 | 4,271.00 | 68.50 | 193.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 228.00 | 2,800.00 | 0.00 | 19,831.50 |
| 20 - Travel - Non-working | 11,278.58 | 145,726.79 | 0.00 | 0.00 | 0.00 | 8,733.50 |
| 21 - Valuation | 22,920.98 | 1,005,103.46 | 0.00 | 1,827.00 | 0.00 | 56,843.25 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 79.50 | 14,334.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 24 - Other | 0.50 | 44,691.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 5,136.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 138,253.50 | 1,320,670.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 165,176.55 | 229,020.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | | | 0.00 | 170.00 |
| PROJECT CATEGORY - TOTAL FEES | 525,000.00 | 4,194,167.16 | 47,623.75 | 461,774.25 | 62,899.50 | 1,389,171.75 |
| PROJECT CATEGORY - TOTAL EXPENSES | 10,063.83 | 86,853.68 | 8,004.05 | 75,796.35 | 8,248.48 | 235,025.72 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 535,063.83 | 4,281,020.84 | 55,627.80 | 537,570.60 | 71,147.98 | 1,624,197.47 |
| FEE APPLICATION - TOTAL FEES | 525,000.00 | 4,194,166.67 | 47,623.75 | 463,032.25 | 62,774.50 | 1,395,870.75 |
| FEE APPLICATION - TOTAL EXPENSES | 10,063.83 | 88,634.67 | 8,004.05 | 71,695.94 | 8,248.48 | 235,025.72 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 535,063.83 | 4,282,801.34 | 55,627.80 | 534,728.19 | 71,022.98 | 1,630,896.47 |

| Category | Carella Byrne 11th Quarter | Carella Byrne Cumulative thru 11th Quarter | Casner & Edwards 11th Quarter | Casner & Edwards Cumulative thru 11th Quarter |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 7,914.50 | 59,633.50 | 2,420.00 | 40,101.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 138,537.00 | 1,222,476.50 | 19,740.50 | 1,806,459.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,190.00 | 14,105.25 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 15,060.50 | 159,222.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 155.68 | 8,873.22 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | |
| PROJECT CATEGORY - TOTAL FEES | 147,641.50 | 1,296,215.25 | 37,221.00 | 2,005,782.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 3,784.87 | 61,615.67 | 27,154.36 | 390,325.39 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 151,426.37 | 1,357,830.92 | 64,375.36 | 2,396,107.89 |
| FEE APPLICATION - TOTAL FEES | 147,641.50 | 1,272,627.76 | 37,221.00 | 2,005,782.50 |
| FEE APPLICATION - TOTAL EXPENSES | 3,784.87 | 61,250.36 | 27,154.36 | 390,325.40 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 151,426.37 | 1,333,878.12 | 64,375.36 | 2,396,107.90 |

| Category | Committee: Asbestos Property Damage | | Conway Del Genio [3] | |
|---|---|---|---|---|
| | 11th Quarter | Cumulative thru 11th Quarter | 11th Quarter | Cumulative thru 11th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.0 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.0 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.0 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.0 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.0 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.0 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 345.90 | 6.8 | 360.10 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.0 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.0 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.0 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 518.50 | 19.4 | 573.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.0 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.0 | 0.00 |
| 14 - Hearings | 0.00 | 27.90 | 0.0 | 34.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.0 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.0 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.0 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.0 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.0 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 115.10 | 0.0 | 121.10 |
| 21 - Valuation | 0.00 | 0.00 | 0.0 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.0 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.0 | 0.00 |
| 24 - Other | 0.00 | 88.00 | 9.2 | 97.20 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.0 | 0.00 |
| 26 - Business Analysis | 0.00 | 763.70 | 6.1 | 787.60 |
| 27 - Corporate Finance | 0.00 | 1,263.60 | 6.7 | 1,368.90 |
| 28 - Data Analysis | 0.00 | 494.00 | 0.0 | 494.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | |
| **PROJECT CATEGORY - TOTAL FEES** | **0.00** | **0.00** | **300,000.00** | **2,598,217.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **0.00** | **31,268.47** | **48.17** | **33,005.88** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES**[1] | **0.00** | **31,268.47** | **300,048.17** | **2,631,222.88** |
| FEE APPLICATION - TOTAL FEES | 0.00 | 1,998,216.87 | 300,000.00 | 2,598,216.87 |
| FEE APPLICATION - TOTAL EXPENSES | 0.00 | 31,268.47 | 48.17 | 33,005.88 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES**[2] | **0.00** | **2,029,485.34** | **300,048.17** | **2,631,222.75** |

| Category | Deloitte & Touche | | Duane Morris | | Duff & Phelps | |
|---|---|---|---|---|---|---|
| | 11th Quarter | Cumulative thru 11th Quarter | 11th Quarter | Cumulative thru 11th Quarter | 11th Quarter | Cumulative thru 11th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 83.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 1,163.50 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 909.50 | 6,693.50 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 6,030.00 | 78,213.50 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 32,796.00 | 109,399.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 682.00 | 4,711.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 4,400.00 | 22,573.50 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 3,090.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 13,398.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 19,926.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 8,232.00 | 8,232.00 | 6,198.00 | 32,270.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 1,193.00 | 37,948.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 1,063.50 | 5,613.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 89.00 | 45,017.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 7,251.50 | 100,832.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 2,072.50 | 640.80 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 934.50 | 2,607.50 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 582.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 116,770.00 | 116,770.00 | 0.00 | 95.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 95.50 | 388.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 175,504.70 | 175,504.70 | 598.00 | 2,765.50 | 50,000.00 | 50,000.00 |
| 25 - Accounting/Auditing | 351,400.50 | 351,400.50 | 0.00 | 578.50 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 311.50 | 2,751.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | 0.00 | 0.00 | | |
| PROJECT CATEGORY - TOTAL FEES | 651,907.20 | 651,907.20 | 64,624.50 | 491,340.80 | 50,000.00 | 50,000.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 21,761.00 | 21,761.00 | 756.78 | 43,981.39 | 9,026.02 | 9,026.02 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 673,668.20 | 673,668.20 | 65,381.28 | 535,322.19 | 59,026.02 | 59,026.02 |
| FEE APPLICATION - TOTAL FEES | 651,908.00 | 651,908.00 | 64,624.50 | 492,384.90 | 50,000.00 | 50,000.00 |
| FEE APPLICATION - TOTAL EXPENSES | 21,761.00 | 21,761.00 | 756.78 | 43,981.39 | 9,026.02 | 9,026.02 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 673,669.00 | 673,669.00 | 65,381.28 | 536,366.29 | 59,026.02 | 59,026.02 |

| Category | Elzufon Austin | | Ferry & Joseph | | FTI Policano & Manzo | |
|---|---|---|---|---|---|---|
| | 11th Quarter | Cumulative thru 11th Quarter | 11th Quarter | Cumulative thru 11th Quarter | 11th Quarter | Cumulative thru 11th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 4,274.00 | 58,187.75 | 990.00 | 18,332.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 40.00 | 1,100.00 | 13,385.00 | 127,513.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 1,040.00 | 23,225.00 | 9,494.50 | 119,539.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 3,304.00 | 163,775.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 444.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 4,691.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 2,023.00 | 27,465.00 | 7,668.50 | 193,619.50 |
| 12 - Fee Applications, Others | 5,030.00 | 16,418.00 | 2,006.00 | 21,258.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 1,560.00 | 12,894.50 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 8,880.00 | 50,057.75 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 40.00 | 80.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 2,752.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 943.00 | 27,255.50 | 260.00 | 3,908.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 5,116.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750,279.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 10,570.00 | 115,545.50 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 202,242.00 | 739,581.50 |
| PROJECT CATEGORY - TOTAL FEES | 5,973.00 | 43,673.50 | 20,123.00 | 206,064.00 | 247,654.00 | 2,228,186.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 3,343.18 | 15,132.05 | 6,548.00 | 64,487.82 | 2,320.58 | 48,373.30 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 9,316.18 | 58,805.55 | 26,671.00 | 270,551.82 | 249,974.58 | 2,276,559.30 |
| FEE APPLICATION - TOTAL FEES | 5,973.00 | 43,683.50 | 20,083.00 | 206,244.00 | 247,654.00 | 2,228,186.00 |
| FEE APPLICATION - TOTAL EXPENSES | 3,343.18 | 15,132.05 | 6,548.00 | 64,487.82 | 2,320.58 | 50,121.60 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 9,316.18 | 58,815.55 | 26,631.00 | 270,731.82 | 249,974.58 | 2,278,307.60 |

| Category | Goodwin Procter | | Hamilton Rabinovitz | |
|---|---|---|---|---|
| | 11th Quarter | Cumulative thru 11th Quarter | 11th Quarter | Cumulative thru 11th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 2,685.00 | 62,657.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 375.00 | 102,312.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 1,785.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 2,390.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 125,000.00 | 125,000.00 | 187.50 | 187.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | |
| **PROJECT CATEGORY - TOTAL FEES** | 125,000.00 | 125,000.00 | 3,247.50 | 169,332.50 |
| **PROJECT CATEGORY - TOTAL EXPENSES** | 10,546.65 | 10,546.65 | 726.05 | 11,296.33 |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | 135,546.65 | 135,546.65 | 3,973.55 | 180,628.83 |
| FEE APPLICATION - TOTAL FEES | 125,000.00 | 125,000.00 | 3,247.50 | 169,632.50 |
| FEE APPLICATION - TOTAL EXPENSES | 10,546.65 | 10,546.65 | 726.05 | 11,296.33 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | 135,546.65 | 135,546.65 | 3,973.55 | 180,928.83 |

| Category | Holme Roberts 11th Quarter | Holme Roberts Cumulative thru 11th Quarter | Kirkland & Ellis 11th Quarter | Kirkland & Ellis Cumulative thru 11th Quarter | Klett Rooney 11th Quarter | Klett Rooney Cumulative thru 11th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 215,009.50 | 0.00 | 276.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 3,653.00 | 194,423.00 | 835.50 | 5,949.50 |
| 03 - Business Operations | 0.00 | 0.00 | 11,200.00 | 88,755.50 | 550.00 | 7,368.50 |
| 04 - Case Administration | 0.00 | 0.00 | 106,543.50 | 1,406,538.50 | 5,564.50 | 42,341.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 28,371.00 | 948,717.50 | 357.00 | 3,857.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 45,475.50 | 293,077.00 | 4,125.50 | 11,019.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 157,756.50 | 445.00 | 6,074.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 10,557.00 | 285,053.50 | 0.00 | 3,568.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 117.00 | 0.00 | 3,356.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 49,214.50 | 346,043.00 | 2,223.50 | 6,554.00 |
| 11 - Fee Applications, Applicant | 0.00 | 81,578.00 | 24,014.50 | 338,134.50 | 4,646.50 | 34,315.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 44,296.00 | 5,323.50 | 27,761.50 |
| 13 - Financing | 0.00 | 0.00 | 9,554.00 | 171,493.00 | 712.00 | 712.00 |
| 14 - Hearings | 0.00 | 0.00 | 19,892.00 | 503,108.00 | 3,552.50 | 15,568.00 |
| 15 - Litigation and Litigation Consulting | 16,048.50 | 7,848,041.60 | 382,026.50 | 4,033,059.50 | 6,014.50 | 29,025.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 885.00 | 44,226.00 | 222.50 | 4,050.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 21,468.00 | 268,558.50 | 400.50 | 3,123.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 7,076.50 | 142,877.00 | 154.50 | 154.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 18,159.00 | 453,065.00 | 89.00 | 89.00 |
| 20 - Travel - Non-working | 0.00 | 141,793.50 | 19,430.00 | 226,468.00 | 0.00 | 630.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 2,310.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 79,124.50 | 21.00 | 10,062.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 151,243.50 | 0.00 | 1,035.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 16,048.50 | 8,071,413.10 | 757,520.00 | 10,393,454.50 | 35,237.50 | 216,892.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 5,167.16 | 779,136.25 | 20,717.44 | 714,189.47 | 1,326.06 | 19,490.61 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 21,215.66 | 8,850,549.35 | 778,237.44 | 11,107,643.97 | 36,563.56 | 236,383.11 |
| FEE APPLICATION - TOTAL FEES | 16,048.50 | 8,075,506.75 | 757,520.00 | 10,393,454.50 | 35,237.50 | 224,808.50 |
| FEE APPLICATION - TOTAL EXPENSES | 5,167.16 | 782,181.87 | 20,717.44 | 714,189.37 | 1,326.06 | 21,102.74 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 21,215.66 | 8,857,688.62 | 778,237.44 | 11,107,643.87 | 36,563.56 | 245,911.24 |

| Category | Kramer Levin 11th Quarter | Kramer Levin Cumulative thru 11th Quarter | Legal Analysis Systems 11th Quarter | Legal Analysis Systems Cumulative thru 11th Quarter | Lukins & Annis 11th Quarter | Lukins & Annis Cumulative thru 11th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 1,975.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 13,778.50 | 194,558.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 792.00 | 159,068.50 | 0.00 | 78,172.50 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 7,756.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 7,124.00 | 70,094.00 | 0.00 | 21,063.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 1,310.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 5,432.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 3,282.50 | 55,675.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 4,061.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 179.00 | 0.00 | 350.00 | 0.00 | 0.00 |
| 14 - Hearings | 4,700.00 | 49,057.50 | 0.00 | 131,010.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 339.50 | 75,973.00 | 0.00 | 286,384.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 1,295.00 | 0.00 | 57,755.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 370.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,880.00 | 7,880.00 | 0.00 | 19,540.00 | 0.00 | 8,996.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 423.00 | 2,492.50 | 0.00 | 0.00 | 17,860.00 | 469,359.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,883.91 |
| 24 - Other | 12,503.00 | 20,653.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 212,445.50 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 443.50 | 443.50 | | | | |
| PROJECT CATEGORY - TOTAL FEES | 45,266.00 | 580,722.50 | 0.00 | 810,781.00 | 17,860.00 | 478,355.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 2,046.18 | 50,168.41 | 0.00 | 28,429.40 | 641.90 | 38,766.05 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 47,312.18 | 630,890.91 | 0.00 | 839,210.40 | 18,501.90 | 517,121.05 |
| FEE APPLICATION - TOTAL FEES | 45,266.00 | 660,080.50 | 0.00 | 822,208.00 | 17,860.00 | 478,355.00 |
| FEE APPLICATION - TOTAL EXPENSES | 2,046.18 | 50,168.41 | 0.00 | 29,058.66 | 641.90 | 38,766.75 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 47,312.18 | 710,248.91 | 0.00 | 851,266.66 | 18,501.90 | 517,121.75 |

| Category | Nelson Mullins[4] 11th Quarter | Nelson Mullins[4] Cumulative thru 11th Quarter | Pachulski Stang 11th Quarter | Pachulski Stang Cumulative thru 11th Quarter | Pitney Hardin 11th Quarter | Pitney Hardin Cumulative thru 11th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 4,518.00 | 0.00 | 3,888.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 127.50 | 12,475.50 | 0.00 | 13,881.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 18,748.00 | 82.50 | 88,741.00 |
| 04 - Case Administration | 0.00 | 0.00 | 15,856.50 | 158,615.50 | 16,962.50 | 219,097.10 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 6,265.50 | 0.00 | 6,449.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 3,494.00 | 17,026.50 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 27,443.50 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 9,597.00 | 0.00 | 1,830.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 98.50 | 882.00 | 882.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 3,466.50 | 38,244.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 4,598.00 | 89,820.50 | 8,622.50 | 99,168.50 | 2,552.00 | 63,504.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 8,903.50 | 121,714.25 | 0.00 | 1,179.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 6,908.50 | 0.00 | 201.00 |
| 14 - Hearings | 0.00 | 0.00 | 897.00 | 169,586.00 | 0.00 | 72,325.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 22,570.00 | 122,132.50 | 20,784.00 | 920,775.60 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 4,299.00 | 0.00 | 41,393.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 394.00 | 22,794.50 | 0.00 | 185.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 344.00 | 553.50 | 0.00 | 4,247.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 1,819.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 241.40 | 900.00 | 4,567.75 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 215.00 | 21,824.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 420.00 | 0.00 | 0.00 |
| 24 - Other | 15,370.00 | 516,992.00 | 0.00 | 21,286.00 | 69.00 | 5,741.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 19,968.00 | 607,053.90 | 65,790.50 | 889,686.50 | 41,332.00 | 1,444,320.70 |
| PROJECT CATEGORY - TOTAL EXPENSES | 277.40 | 7,975.48 | 83,514.95 | 781,158.55 | 8,825.16 | 208,783.48 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 20,245.40 | 615,029.38 | 149,305.45 | 1,670,845.05 | 50,157.16 | 1,653,104.18 |
| FEE APPLICATION - TOTAL FEES | 19,968.00 | 606,812.50 | 65,790.50 | 891,963.00 | 41,332.00 | 1,450,860.70 |
| FEE APPLICATION - TOTAL EXPENSES | 277.40 | 8,216.88 | 83,514.95 | 780,318.55 | 8,825.16 | 208,783.48 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 20,245.40 | 615,029.38 | 149,305.45 | 1,672,281.55 | 50,157.16 | 1,659,644.18 |

| Category | PricewaterhouseCoopers LLP³ | | Protiviti | | Reed Smith | |
|---|---|---|---|---|---|---|
| | 11th Quarter | Cumulative thru 11th Quarter | 11th Quarter | Cumulative thru 11th Quarter | 11th Quarter | Cumulative thru 11th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 430.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,419.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,890.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 8,819.60 | 19,362.41 | 5,312.50 | 5,312.50 | 7,813.50 | 85,921.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 963.50 | 42,068.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 20,537.00 | 2,002,518.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38,999.75 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 781.50 | 192,853.17 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 17,870.00 | 1,845,374.50 |
| 24 - Other | 414,881.40 | 1,910,738.79 | 135,740.00 | 303,235.00 | | |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | 0.00 | 0.00 | | |
| PROJECT CATEGORY - TOTAL FEES | 423,701.00 | 1,930,101.20 | 141,052.50 | 308,547.50 | 47,184.00 | 4,066,622.25 |
| PROJECT CATEGORY - TOTAL EXPENSES | 19,604.43 | 56,432.95 | 8,218.79 | 8,218.79 | 4,456.28 | 573,329.08 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES¹ | 443,305.43 | 1,986,534.15 | 149,271.29 | 167,495.00 | 51,640.28 | 4,639,951.33 |
| FEE APPLICATION - TOTAL FEES | 423,701.00 | 1,924,644.61 | 141,052.00 | 308,547.00 | 47,094.00 | 4,062,585.25 |
| FEE APPLICATION - TOTAL EXPENSES | 19,604.43 | 65,870.05 | 8,218.79 | 15,392.92 | 5,237.78 | 629,502.84 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES² | 443,305.43 | 1,990,514.66 | 149,270.79 | 323,939.92 | 52,331.78 | 4,692,088.09 |

| Category | Richardson Patrick 11th Quarter | Richardson Patrick Cumulative thru 11th Quarter | Warren Smith & Assoc., P.C. 11th Quarter | Warren Smith & Assoc., P.C. Cumulative thru 11th Quarter | Steptoe & Johnson 11th Quarter | Steptoe & Johnson Cumulative thru 11th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 1,997.50 | 9,230.00 | 224.00 | 3,349.50 | 4,779.50 | 56,864.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 15,299.75 | 0.00 | 0.00 | 11,900.00 | 627,833.50 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,425.00 |
| 22 - ZAI Science Trial | 48,462.50 | 1,984,125.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 284,614.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 26,804.50 | 608,338.52 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 50,460.00 | 2,008,654.75 | 27,028.50 | 611,688.02 | 16,679.50 | 704,122.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 17,216.00 | 643,916.50 | 822.71 | 9,766.77 | 93.31 | 37,251.36 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 67,676.00 | 2,652,571.25 | 27,851.21 | 621,454.79 | 16,772.81 | 741,373.86 |
| FEE APPLICATION - TOTAL FEES | 50,460.00 | 2,008,654.75 | 27,028.50 | 611,688.02 | 16,679.50 | 706,795.50 |
| FEE APPLICATION - TOTAL EXPENSES | 17,216.00 | 643,916.50 | 822.71 | 9,766.77 | 93.31 | 37,251.36 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 67,676.00 | 2,652,571.25 | 27,851.21 | 621,454.79 | 16,772.81 | 744,046.86 |

| Category | Stroock & Stroock 11th Quarter | Stroock & Stroock Cumulative thru 11th Quarter | L. Tersigni 11th Quarter | L. Tersigni Cumulative thru 11th Quarter | Wachtell Lipton 11th Quarter | Wachtell Lipton Cumulative thru 11th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 44,300.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 20,554.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 8,016.50 | 88,879.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 55,702.50 | 336,974.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 41,440.00 | 413,346.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 1,494.00 | 29,104.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 37,485.50 | 451,684.00 | 9,930.00 | 105,861.75 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 2,437.50 | 162,612.00 | 24,435.50 | 71,756.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,120.00 |
| 10 - Employment Applications, Others | 10,901.50 | 91,016.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 21,969.00 | 209,500.00 | 6,780.50 | 34,147.75 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 1,705.50 | 26,592.00 | 0.00 | 0.00 | 0.00 | 3,006.25 |
| 13 - Financing | 0.00 | 8,157.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 14,011.50 | 157,294.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 7,265.50 | 409,030.00 | 0.00 | 374,409.25 | 0.00 | 129,940.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 5,443.00 | 7,837.50 | 7,837.50 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 198.00 | 11,480.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 11,979.00 | 240,287.50 | 0.00 | 0.00 | 0.00 | 54,579.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,112.50 | 24,827.50 | 0.00 | 19,330.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 155,720.50 | 404,368.25 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 12,237.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 3,316.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 23,230.50 | 220,376.75 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | 5,772.00 | 94,865.25 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 215,718.50 | 2,743,319.52 | 233,706.50 | 1,336,268.50 | 0.00 | 188,646.25 |
| PROJECT CATEGORY - TOTAL EXPENSES | 106,300.32 | 163,540.94 | 469.88 | 15,147.21 | 0.00 | 1,515.75 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 322,018.82 | 2,906,860.46 | 234,176.38 | 1,351,415.71 | 0.00 | 190,162.00 |
| FEE APPLICATION - TOTAL FEES | 215,718.50 | 2,742,850.77 | 233,706.50 | 1,339,283.50 | 0.00 | 188,646.25 |
| FEE APPLICATION - TOTAL EXPENSES | 106,300.32 | 497,046.41 | 469.88 | 15,174.21 | 0.00 | 26,683.05 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 322,018.82 | 3,239,897.18 | 234,176.38 | 1,354,457.71 | 0.00 | 215,329.30 |

| Category | Wallace King6 11th Quarter | Wallace King6 Cumulative thru 11th Quarter | Woodcock Washburn 11th Quarter | Woodcock Washburn Cumulative thru 11th Quarter | TOTAL 11th Quarter | TOTAL Cumulative thru 11th Quarter (10),(11),(12),(13),(14) |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | $ - | $ 241,973.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | $ 4,642.50 | $ 242,211.50 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | $ 21,260.00 | $ 247,406.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | $ 325,249.75 | $ 3,640,863.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | $ 142,938.00 | $ 2,199,402.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | $ 155,307.00 | $ 830,351.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | $ 90,500.50 | $ 880,197.75 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | $ 42,231.50 | $ 587,702.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | $ 1,229.50 | $ 47,966.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | $ 72,129.00 | $ 491,332.00 |
| 11 - Fee Applications, Applicant | 660.00 | 26,814.50 | 1,740.00 | 5,872.50 | $ 140,297.10 | $ 1,600,192.11 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | $ 62,249.00 | $ 415,394.05 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | $ 10,355.00 | $ 195,936.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | $ 58,467.75 | $ 1,172,029.75 |
| 15 - Litigation and Litigation Consulting | 358,125.50 | 4,751,069.10 | 130,965.00 | 274,155.75 | $ 1,156,551.50 | $ 20,847,571.95 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | $ 11,827.50 | $ 181,065.80 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | $ 23,676.50 | $ 306,663.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | $ 19,782.00 | $ 237,604.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | $ 30,148.00 | $ 1,091,635.00 |
| 20 - Travel - Non-working | 4,046.00 | 39,507.00 | 465.00 | 4,594.50 | $ 31,861.00 | $ 676,852.15 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | $ 156,047.50 | $ 407,370.25 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | $ 101,315.00 | $ 2,715,255.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | $ 937.18 | $ 238,516.60 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | $ 29,289.50 | $ 734,202.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | $ 441,685.90 | $ 2,522,971.81 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | $ 23,542.00 | $ 973,406.75 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | $ 10,570.00 | $ 115,545.50 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | $ 254,178.50 | $ 1,289,506.75 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 362,831.50 | 4,817,390.60 | 133,170.00 | 284,622.75 | $ 4,242,775.00 | $ 51,612,115.78 |
| PROJECT CATEGORY - TOTAL EXPENSES | 55,730.33 | 905,255.93 | 21,364.22 | 26,649.80 | $ 431,640.62 | $ 5,303,751.92 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 418,561.83 | 5,722,646.53 | 154,534.22 | 311,272.55 | $ 4,674,415.62 | $ 56,915,867.70 |
| FEE APPLICATION - TOTAL FEES | 266,944.30 | 4,322,929.00 | 133,170.00 | 284,622.75 | $ 4,146,632.80 | $ 56,001,248.75 |
| FEE APPLICATION - TOTAL EXPENSES | 55,730.33 | 905,416.56 | 21,364.22 | 32,974.85 | $ 432,422.12 | $ 5,348,904.39 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 322,674.63 | 5,228,345.56 | 154,534.22 | 317,597.60 | $ 4,579,054.92 | $ 61,350,153.14 |

1 Amounts represent the total fees and expenses by Project Category reported to us. Due to some Project Category discrepancies Project Category totals do not always match fee application totals.

2 Amounts represent the total fees and expenses requested as set forth in the fee application.

3 Category amounts are measured in hours; totals are dollar values for the flat fees requested for the quarter.

4 Category amounts in "OTHER" for Nelson Mullins represent fees for environmental projects.

5 Amounts for PricewaterhouseCoopers reflect a 55% reduction in standard fees billed with regard to general audit work performed. PricewaterhouseCoopers bills 65% of its standard fees for those activities related to the federally required portion of the audit under the Sarbanes Oxley Act.

6 Fee application amounts for Wallace King reflect a 40% reduction for time spent with regard to the Honeywell litigation.