# EXHIBIT A

**W.R. Grace - 11th Interim (October - December, 2003)**
**Fees and Expenses**
**Exhibit A**

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5609 | $218,187.00 | $3,192.28 | $218,187.00 | $3,192.28 |
| **Total:** | **$218,187.00** | **$3,192.28** | **$218,187.00** | **$3,192.28** |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5367 | $53,078.25 | $8,876.26 | $52,340.75 | $8,876.26 |
| **Total:** | **$53,078.25** | **$8,876.26** | **$52,340.75** | **$8,876.26** |

| THE BLACKSTONE GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5346 | $525,000.00 | $10,063.83 | $525,000.00 | $10,026.06 |
| **Total:** | **$525,000.00** | **$10,063.83** | **$525,000.00** | **$10,026.06** |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5111 | $47,623.75 | $8,004.05 | $47,623.75 | $8,004.05 |
| **Total:** | **$47,623.75** | **$8,004.05** | **$47,623.75** | **$8,004.05** |

| CAPLIN AND DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5113 | $62,774.50 | $8,248.48 | $62,774.50 | $8,248.48 |
| **Total:** | **$62,774.50** | **$8,248.48** | **$62,774.50** | **$8,248.48** |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5198 | $147,641.50 | $3,784.87 | $147,641.50 | $3,784.87 |
| **Total:** | **$147,641.50** | **$3,784.87** | **$147,641.50** | **$3,784.87** |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5192 | $37,221.00 | $27,154.36 | $37,221.00 | $27,154.36 |
| Total: | $37,221.00 | $27,154.36 | $37,221.00 | $27,154.36 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5629 | $300,000.00 | $48.17 | $300,000.00 | $48.17 |
| Total: | $300,000.00 | $48.17 | $300,000.00 | $48.17 |

| DELOITTE & TOUCHE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5729 | $651,908.00 | $21,761.00 | $651,908.00 | $21,394.00 |
| Total: | $651,908.00 | $21,761.00 | $651,908.00 | $21,394.00 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5453 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| Total: | $64,624.50 | $756.78 | $64,624.50 | $756.78 |

| DUFF & PHELPS  LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5308 | $50,000.00 | $9,026.02 | $50,000.00 | $9,026.02 |
| Total: | $50,000.00 | $9,026.02 | $50,000.00 | $9,026.02 |

| ELZUFON AUSTIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5121 | $5,973.50 | $3,343.18 | $0 | $0 |
| Total: | $5,973.50 | $3,343.18 | $0 | $0 |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5399 | $20,083.00 | $6,548.00 | $20,083.00 | $6,548.00 |
| Total: | $20,083.00 | $6,548.00 | $20,083.00 | $6,548.00 |

## FTI POLICANO & MANZO

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| 5213 | $247,654.00 | $2,320.58 | $247,654.00 | $2,320.58 |
| Total: | $247,654.00 | $2,320.58 | $247,654.00 | $2,320.58 |

## GOODWIN PROCTER LLP

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| 5608 | $125,000.00 | $10,546.65 | $125,000.00 | $10,546.65 |
| Total: | $125,000.00 | $10,546.65 | $125,000.00 | $10,546.65 |

## HAMILTON, RABINOVITZ & ALSCHULER, Inc.

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| 5393 | $3,247.50 | $726.05 | $3,247.50 | $726.05 |
| Total: | $3,247.50 | $726.05 | $3,247.50 | $726.05 |

## HOLME ROBERTS AND OWEN LLP

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| 5092 | $16,048.50 | $5,167.16 | $16,048.50 | $5,167.16 |
| Total: | $16,048.50 | $5,167.16 | $16,048.50 | $5,167.16 |

## KIRKLAND & ELLIS

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| 5167 | $757,520.00 | $20,717.44 | $756,838.00 | $20,717.44 |
| Total: | $757,520.00 | $20,717.44 | $756,838.00 | $20,717.44 |

## KLETT ROONEY LIEBER AND SCHORLING

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| 5115 | $35,237.50 | $1,326.06 | $35,237.50 | $1,326.06 |
| Total: | $35,237.50 | $1,326.06 | $35,237.50 | $1,326.06 |

## KRAMER LEVIN NAFTALIS & FRANKEL

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| 5188 | $45,266.00 | $2,046.18 | $45,266.00 | $2,046.18 |
| Total: | $45,266.00 | $2,046.18 | $45,266.00 | $2,046.18 |

| LUKINS & ANINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5522 | $17,860.00 | $641.90 | $0 | $0 |
| Total: | $17,860.00 | $641.90 | $0 | $0 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5239 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| Total: | $19,968.00 | $277.40 | $19,968.00 | $277.40 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5061 | $65,790.50 | $83,514.95 | $65,790.50 | $83,514.95 |
| Total: | $65,790.50 | $83,514.95 | $65,790.50 | $83,514.95 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5165 | $41,332.00 | $8,825.16 | $41,332.00 | $8,825.16 |
| Total: | $41,332.00 | $8,825.16 | $41,332.00 | $8,825.16 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5104 | $423,701.01 | $19,604.43 | $422,981.51 | $19,604.43 |
| Total: | $423,701.01 | $19,604.43 | $422,981.51 | $19,604.43 |

| PROTIVITI | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5779 | $141,052.50 | $8,218.79 | $141,052.50 | $8,218.79 |
| Total: | $141,052.50 | $8,218.79 | $141,052.50 | $8,218.79 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5107 | $47,094.00 | $5,237.78 | $47,094.00 | $5,237.78 |
| Total: | $47,094.00 | $5,237.78 | $47,094.00 | $5,237.78 |

| RICHARDSON PATRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5125 | $50,460.00 | $17,216.00 | $0 | $0 |
| Total: | $50,460.00 | $17,216.00 | $0 | $0 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5138 | $27,028.50 | $822.71 | $27,028.50 | $822.71 |
| Total: | $27,028.50 | $822.71 | $27,028.50 | $822.71 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5595 | $16,679.50 | $93.31 | $16,679.50 | $93.31 |
| Total: | $16,679.50 | $93.31 | $16,679.50 | $93.31 |

| STROOCK & STROOCK & LAVAN LLP[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5212 | $215,718.50 | $106,300.32 | $215,718.50 | $106,272.17 |
| Total: | $215,718.50 | $106,300.32 | $215,718.50 | $106,272.17 |

| L. TERSIGNI CONSULTING, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5112 | $233,706.50 | $469.88 | $233,706.50 | $469.88 |
| Total: | $233,706.50 | $469.88 | $233,706.50 | $469.88 |

| WALLACE KING MARRARO & BRANSON PLLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5194 | $266,944.30 | $55,730.33 | $266,944.30 | $54,871.79 |
| Total: | $266,944.30 | $55,730.33 | $266,944.30 | $54,871.79 |

---

[1]Stroock expense total includes $100,349.50 for fees and costs of Chambers Associates Incorporated.

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5200 | $133,170.00 | $21,364.22 | $133,170.00 | $21,364.22 |
| Total: | $133,170.00 | $21,364.22 | $133,170.00 | $21,364.22 |