IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JUNE 21, 2004 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**UNCONTESTED MATTERS**

1. Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., as a Professional Employed By the Estate for the Debtors (Docket No. 5617)

    Related Documents:

    a. [Proposed] Order Authorizing the Debtors to Retain and Employ Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., as a Professional Employed By the Estate for the Debtors (Docket No. 5617)

    b. Certification of No Objection Regarding Docket No. 5617 (Docket No. 5787)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Response Deadline: June 4, 2004 at 4:00 p.m. (extended until June 9, 2004 at 4:00 p.m. for the Trustee)

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the application. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the application.

2. Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Environmental Counsel for the Debtors (Docket No. 5618)

   Related Documents:

   a. [Proposed] Order Authorizing the Debtors to Employ Latham & Watkins LLP as Special Environmental Counsel to the Debtors (5618)

   b. Certification of No Objection Regarding Docket No. 5618 (Docket No. 5788)

   Response Deadline: June 4, 2004 at 4:00 p.m. (extended until June 9, 2004 at 4:00 p.m. for the Trustee)

   Responses Received: None as of the date of this Notice of Agenda.

   Status: No parties have objected to the relief requested in the application. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the application.

3. Eleventh Quarterly Interim Applications of Counsel to the Debtors and Statutory Committees for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2003 Through December 31, 2003.

   Related Documents:

   a. Certification of Counsel Regarding Eleventh Quarter Project Category Summary for the Eleventh Interim Fee Period and Certain Prior Amounts (Docket No. 5798)

   b. Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Eleventh Period and Certain Prior Amounts (Docket No. 5799)

   Responses Received: None.

Status: This matter will be going forward.

**CONTESTED MATTERS**

4. Eleventh Quarterly Interim Applications of Counsel to the Debtors and Statutory Committees for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2003 Through December 31, 2003.

    Related Documents:

    a. Certification of Counsel Regarding Eleventh Quarter Project Category Summary for the Eleventh Interim Fee Period and Certain Prior Amounts (Docket No. 5798)

    b. Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Eleventh Period and Certain Prior Amounts (Docket No. 5799)

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter will be going forward.

**OMNIBUS CLAIM OBJECTIONS**

5. Debtors' Third Omnibus Objection to Claims (Non-Substantive) (Docket No. 5450)

    Related Documents:

    a. Declaration of David B. Siegel in Support of Debtors' Third Omnibus Objection to Claims (Non-Substantive) (Docket No. 5450)

    Response Deadline: May 14, 2004 at 4:00 p.m.

    Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

    Status: The status of each claim is indicated in the charts attached as Exhibit A.

6. Debtors' Fourth Omnibus Objection to Claims (Substantive) (Docket No. 5525)

   Related Documents:

   a. Declaration of David B. Siegel in Support of Debtors' Fourth Omnibus Objection to Claims (Substantive) (Docket No. 5525)

   Response Deadline: June 4, 2004 at 4:00 p.m.

   Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit B.

   Status: The status of each claim is indicated in the charts attached as Exhibit B.

7. Debtors' Fifth Omnibus Objection to Claims (Substantive) (Docket No. 5527)

   Related Documents:

   a. Declaration of David B. Siegel in Support of Debtors' Fifth Omnibus Objection to Claims (Substantive) (Docket No. 5527)

   Response Deadline: June 4, 2004 at 4:00 p.m.

   Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit C.

Status: The status of each claim is indicated in the charts attached as <u>Exhibit C</u>.

Dated: June 14, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession