# EXHIBIT A

W. R. Grace
Status Schedule for the Debtors' Third Omnibus Objection to Claims

| Creditor | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|
| Leonard, Calvin | 1003 | $103,000.00 | U | No Supporting Documentation | Expunge | Response provided documentation to claim. Debtors reserve the right to file substantive objections. |
| Mitchell, Ronald | 4993 | $40,032.00 | U | No Supporting Documentation | Expunge | Continued to July 19, 2004 Omnibus Hearing |
| Nelson, Dennis | 15365 | $250,000,000.00 | U | Late Filed | Expunge | Reply to be filed 6/14/2004; request hearing on July 19, 2004 |
| Nelson, Dennis | 15367 | $250,000,000.00 | U | Late Filed | Expunge | Reply to be filed 6/14/2004; request hearing on July 19, 2004 |
| Orange County Treasurer, Tax Collector | 15314 | $26,918.96 | P | Duplicate; Late Filed | Expunge | Continued to July 19, 2004 Omnibus Hearing |
| Orange County Treasurer, Tax Collector | 15314 | $15,083.57 | U | Duplicate; Late Filed | Expunge | Continued to July 19, 2004 Omnibus Hearing |
| Orange County Treasurer, Tax Collector | 15317 | $27,053.18 | U | Late Filed | Expunge | Continued to July 19, 2004 Omnibus Hearing |
| Orange County Treasurer, Tax Collector | 15318 | $27,053.18 | U | Late Filed | Expunge | Continued to July 19, 2004 Omnibus Hearing |
| Orange County Treasurer, Tax Collector | 15318 | $27,053.18 | U | Duplicate, Late Filed | Expunge | Continued to July 19, 2004 Omnibus Hearing |
| International Paper Arizona Chemical | 349 | $208,595.34 | U | Duplicate | Expunge | Continued to July 19, 2004 Omnibus Hearing |
| Tape Rental Library Inc. | 1350 | $1,825.07 | U | No Supporting Documentation | Expunge | Continued to July 19, 2004 Omnibus Hearing |