# EXHIBIT B

## W. R. Grace
## Responses Received to Debtors' Fourth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Gulf Pacific America, Inc. | None | 1756 | $207,937.00 | U | Reduce and Allow | Reduce and Allow claim in the amount of $134,772.00 | Response deadline extended until July 6, 2004; continue to July 19 Omnibus Hearing |
| City of El Paso | 5647 | 63 | $721.05 | S | Reclassify, Reduce and Allow | Reduce claim to the amount of $245.32 and reclassify as Secured | Continue to July 19 Omnibus Hearing |
| Spaulding & Sly Construction LP | 5701, 5718 | 203 | $1,403,017.00 | U | Reduce and Allow | Reduce claim to the amount of $549,159.00 | Continue to July 19 Omnibus Hearing |
| ExxonMobile Chemical Company | 5691 | 869 | $71,547.45 | U | Reduce and Allow | Reduce claim to the amount of $63,059.42 | Continue to July 19 Omnibus Hearing |

# W. R. Grace
## Responses Received to Debtors' Fourth Omnibus Objection to Claims

| Name | | | Amount | | | |
|---|---|---|---|---|---|---|
| Xerox Company | None | 711 | $16,322.61 | S | Reclassify, Reduce and Allow | Reduce claim to the amount of $4961.52 and reclassify as Unsecured | Response deadline extended until July 2, 2004; continue to July 19 Omnibus Hearing |
| Nstar Gas | 5714 | 196 | $14,773.55 | U | Reduce and Allow | Reduce claim to the amount of $7132.59 | Continue to July 19 Omnibus Hearing |
| Don's Diesel Services, Inc. | None | 2399 | $1,943.98 | U | Reduce and Allow | Reduce claim to the amount of $1577.41 | Continue to July 19 Omnibus Hearing |
| Greenville County Tax Collector | None | 2177 | $42,191.16 | S | Reclassify, Reduce and Allow | Reduce amount to $14123.61 and reclassify as Unsecured | Continue to July 19 Omnibus Hearing |