# EXHIBIT C

W. R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Gulf Pacific America, Inc. | None | 1755 | $207,937.00 | U | Cross-Debtor Duplicate | Expunge | Response deadline extended until July 6, 2004; continue to July 19 Omnibus Hearing |
| Norfolk Southern Railway Company | None | 7021 | $1,584,182.18 | S | Cross-Debtor Duplicate | Expunge | Continue to July 19 Omnibus Hearing |
| Norfolk Southern Railway Company | None | 6970 | $1,584,182.18 | S | Cross-Debtor Duplicate | Expunge | Continue to July 19 Omnibus Hearing |
| Pearson, Peter P. | 5637 | 2281 | $741,600.00 | U | No Liability | Expunge | Continue to July 19 Omnibus Hearing |

# W. R. Grace
## Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Rocco & Zweifach | None | 1205 | $19,454.00 | U | No Liability | Expunge | Response deadline extended until July 7, 2004; continue to July 19 omnibus hearing |
| Davis County Treasurer | None | 2251 | $2,456.19 | S | No Liability | Expunge | Claimant agrees with relief sought |
| Weatherford International Inc. | None | 1694 | $351,758.00 | A | No Liability | Expunge | Response deadline extended until July 2, 2004; continue to July 19 Omnibus Hearing |
| Weatherford International Inc. | None | 1695 | $351,758.00 | A | No Liability | Expunge | Response deadline extended until July 2, 2004; continue to July 19 Omnibus Hearing |

## W. R. Grace
### Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Weatherford International Inc. | None | 1719 | $351,758.00 | A | No Liability | Expunge | Response deadline extended until July 2, 2004; continue to July 19 Omnibus Hearing |
| Weatherford International Inc. | None | 1720 | $351,758.00 | A | No Liability | Expunge | Response deadline extended until July 2, 2004; continue to July 19 Omnibus Hearing |
| City of Cambridge, Massachusetts | None | 4720 | $14,829,000.00 | U | No Liability | Expunge | Response deadline extended until July 2, 2004; continue to July 19 Omnibus Hearing |
| City of Cambridge, Massachusetts | None | 4722 | $14,829,000.00 | U | No Liability | Expunge | Response deadline extended until July 2, 2004; continue to July 19 Omnibus Hearing |

## W. R. Grace
## Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Massachusetts Bay Transportation Authority | None | 9693 | Unliquidated | U | No Liability | Expunge | Response deadline extended until July 2, 2004; continue to July 19 Omnibus Hearing |
| Perini Corporation | None | 4704 | Unliquidated | U | No Liability | Expunge | Response deadline extended until July 2, 2004; continue to July 19 Omnibus Hearing |
| Texas Commission on Environmental Quality | None | 5539 | Unliquidated | U | No Liability | Expunge | Claimant will withdraw claim and will be reflected in order |
| DAP Products, Inc. | None | 12990 | $429,798.91 | U | No Liability | Expunge | Response deadline extended until July 2, 2004; continue to July 19 Omnibus Hearing |
| Dillingham-Manson Joint Venture | None | 14050 | Unliquidated | A | No Liability; Unliquidated | Expunge | Response deadline extended until June 14, 2004; continue to July 19 Omnibus Hearing |
| State of Ohio Environmental Protection Agency | 5692 | 9557 | Unliquidated | U | No Liability; Unliquidated | Expunge | Continue to July 19 Omnibus Hearing |

W. R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Marshalls of MA, Inc. | 5703 | 13233 | Unliquidated | A | No Liability; Unliquidated | Expunge | Continue to July 19 Omnibus Hearing |
| U.S. Bureau of Customs and Border Protection | 5707 | 8742 | Unliquidated | P, U | No Liability; Unliquidated | Expunge | Continue to July 19 Omnibus Hearing |
| CHL Administration, Inc. | 5708 (through 5713) | 851 | Unliquidated | U | No Liability; Unliquidated | Expunge | Continue to July 19 Omnibus Hearing |
| Archer, David | None | 602 | $1,541,849.60 | U | No Liability | Expunge | Continue to July 19 Omnibus Hearing |
| Archer, Michelle | None | 604 | $1,910,100.00 | U | No Liability | Expunge | Continue to July 19 Omnibus Hearing |
| New England Construction Company | 5716 | 14396 | $127,327.42 | U | No Liability | Expunge | Continue to July 19 Omnibus Hearing |