# CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on June 14, 2004, I caused the *Statement of David T. Austern, Future Claimants' Representative, in Accordance with Fed. R. Bankr. P. 2014(a) and 5002 and Exhibit A,* to be served upon those persons as shown on the attached Service List by first class mail, postage prepaid.

Under penalty of perjury, I certify the foregoing to be true and correct.

_____
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

9150676v1