IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: July 5, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

Exhibit A

Professional services rendered through: January 31, 2004

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/02/04 | A.E. Moran | Finalize and send out bills. | 2.90 |
| 01/13/04 | A.E. Moran | Review quarterly billings for September-December 2003. | 0.20 |
| 01/29/04 | A.E. Moran | Bill - Work on quarterly bills for July-September 2003. | 1.10 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 4.20 | 435.00 | 1,827.00 |
| Total | 4.20 | | 1,827.00 |

Total Fees    $1,827.00

Disbursements:

| | |
|---|---|
| Overnight Messenger | 24.68 |
| Duplicating | 4.65 |

Total Disbursements    $29.33

Total This Statement    $1,856.33

Case 01-01139-AMC    Doc 5804-1    Filed 06/14/04    Page 3 of 3
Billed and Unbilled Recap Of Cost Detail - [012046.00001 - TAX LITIGATION]                             Page 1
Client:012046 - WR GRACE & CO.   06/04/04 2:58:57 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 01/02/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 01/26/2004 | 00206 | Anne E. Moran | DLFD | 1.00 | 9.83 | 9.83 | Federal Express FROM: ANNE E MORAN TO: PATRICIA CONIFF ON 01/05/04 |
| 01/26/2004 | 00206 | Anne E. Moran | DLFD | 1.00 | 14.85 | 14.85 | Federal Express FROM: ANNE E MORAN TO: STEVE BOSSEY ON 01/05/04 |
| 01/29/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Moran, Anne |
| 01/29/2004 | 00206 | Anne E. Moran | LASR | 11.00 | 0.20 | 2.20 | PC/Network Printing PC LASER 11 Pages Moran, Anne |
| 01/29/2004 | 00206 | Anne E. Moran | LASR | 11.00 | 0.20 | 2.20 | PC/Network Printing PC LASER 11 Pages Moran, Anne |
| 01/29/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Moran, Anne |
| 01/29/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Moran, Anne |
| 01/30/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 01/30/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 01/30/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 01/30/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 01/30/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| | | UNBILLED TOTALS: WORK | | | | 30.88 | 13 records |
| | | UNBILLED TOTALS: BILL: | | | | 29.33 | |
| | | GRAND TOTAL: WORK: | | | | 30.88 | 13 records |
| | | GRAND TOTAL: BILL: | | | | 29.33 | |