IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: July 5, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

-1-

Exhibit A

Professional services rendered in: February, 2004

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/03/04 | A.E. Moran | Finish quarterly bill and auditors report. | 0.80 |
| 02/05/04 | A.E. Moran | Check on Oct-Dec. 2003 bills. | 0.50 |
| 02/18/04 | A.E. Moran | Work on bills -- September/December 2003. | 2.10 |
| 02/19/04 | A.E. Moran | Complete bills and send out. | 1.00 |
| 02/24/04 | J.W. Johnson | Review revised COLI closing agreement; compare IRS provisions and revisions to other COLI agreements negotiated by taxpayers. | 2.80 |
| 02/25/04 | A.L. Bailey | Receive and review facsimile from client regarding COLI closing agreement; review proposed closing agreement for resolution of issue and tax effect on Grace and compare to closing agreements in other cases for consistency. | 0.70 |
| 02/25/04 | J.W. Johnson | Review COLI closing agreement and consider gain on surrender issues. | 1.30 |
| 02/26/04 | J.W. Johnson | Teleconference with Carol Finke re COLI settlement issues. | .70 |
| 02/26/04 | J.W. Johnson | Review COLI language and draft alternative scenarios for COLI closing agreement. | 1.10 |
| 02/26/04 | A.L. Bailey | Telephone call with client regarding settlement of COLI issue. | 0.70 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 1.40 | 545.00 | 763.00 |
| J.W. Johnson | 5.90 | 525.00 | 3,097.50 |
| A.E. Moran - Matter 32 | 4.40 | 435.00 | 1,914.00 |
| Total | 11.70 | | 5,774.50 |

Total Fees        $5,774.50

Disbursements:

Disbursements:

| | |
|---|---:|
| Overnight Messenger | 29.49 |
| Duplicating | 27.00 |
| Facsimile | 2.00 |
| Long Distance Telephone | 12.31 |
| Total Disbursements | $70.80 |
| Total This Statement | $5,845.30 |

Case 01-01139-AMC    Doc 5805-1    Filed 06/14/04    Page 4 of 6

Billed and Unbilled Recap Of Cost Detail - [012046.00102 - COLI]    Page 1
Client:012046 - WR GRACE & CO.   6/4/2004 3:03:16 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 02/02/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/02/2004 | 00206 | Anne E. Moran | LASR | 11.00 | 0.20 | 2.20 | PC/Network Printing PC LASER 11 Pages Ward, Brenda |
| 02/02/2004 | 00206 | Anne E. Moran | LASR | 4.00 | 0.20 | 0.80 | PC/Network Printing PC LASER 4 Pages Ward, Brenda |
| 02/02/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/02/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/02/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/02/2004 | 00206 | Anne E. Moran | LASR | 11.00 | 0.20 | 2.20 | PC/Network Printing PC LASER 11 Pages Ward, Brenda |
| 02/02/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/02/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/02/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/03/2004 | 07592 | Brenda A. Ward | DUPLDC | 48.00 | 0.20 | 9.60 | 48 PHOTOCOPIES MADE BY 07592 |
| 02/03/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/03/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/03/2004 | 00206 | Anne E. Moran | LASR | 7.00 | 0.20 | 1.40 | PC/Network Printing PC LASER 7 Pages Ward, Brenda |
| 02/03/2004 | 00206 | Anne E. Moran | LASR | 4.00 | 0.20 | 0.80 | PC/Network Printing PC LASER 4 Pages Ward, Brenda |
| 02/03/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/03/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/03/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/03/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/03/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/03/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/03/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/03/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |

Case 01-01139-AMC    Doc 5805-1    Filed 06/14/04    Page 5 of 6

Billed and Unbilled Recap Of Cost Detail - [012046.00102 - COLI]     Page 2
Client:012046 - WR GRACE & CO.   6/4/2004 3:03:16 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 02/18/2004 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing PC LASER 6 Pages Moran, Anne |
| 02/18/2004 | 00206 | Anne E. Moran | LASR | 5.00 | 0.20 | 1.00 | PC/Network Printing PC LASER 5 Pages Moran, Anne |
| 02/18/2004 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing PC LASER 6 Pages Moran, Anne |
| 02/18/2004 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing PC LASER 6 Pages Moran, Anne |
| 02/18/2004 | 00206 | Anne E. Moran | LASR | 5.00 | 0.20 | 1.00 | PC/Network Printing PC LASER 5 Pages Moran, Anne |
| 02/18/2004 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing PC LASER 6 Pages Moran, Anne |
| 02/18/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Moran, Anne |
| 02/18/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Moran, Anne |
| 02/19/2004 | 00206 | Anne E. Moran | LASR | 7.00 | 0.20 | 1.40 | PC/Network Printing PC LASER 7 Pages Ward, Brenda |
| 02/19/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Moran, Anne |
| 02/19/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/19/2004 | 00206 | Anne E. Moran | LASR | 5.00 | 0.20 | 1.00 | PC/Network Printing PC LASER 5 Pages Ward, Brenda |
| 02/19/2004 | 00206 | Anne E. Moran | LASR | 7.00 | 0.20 | 1.40 | PC/Network Printing PC LASER 7 Pages Ward, Brenda |
| 02/19/2004 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing PC LASER 6 Pages Ward, Brenda |
| 02/19/2004 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing PC LASER 6 Pages Ward, Brenda |
| 02/19/2004 | 00206 | Anne E. Moran | LASR | 5.00 | 0.20 | 1.00 | PC/Network Printing PC LASER 5 Pages Ward, Brenda |
| 02/25/2004 | 00206 | Anne E. Moran | DLFD | 1.00 | 7.57 | 7.57 | Federal Express FROM: S&J TO: PATRICIA CUNIFF ON 02/04/04 |
| 02/25/2004 | 00206 | Anne E. Moran | DLFD | 1.00 | 10.96 | 10.96 | Federal Express FROM: S&J TO: STEVE BOSSEY ON 02/04/04 |
| 02/25/2004 | 00206 | Anne E. Moran | DLFD | 1.00 | 10.96 | 10.96 | Federal Express FROM: S&J TO: STEVE BOSSEY ON 02/04/04 |
| 02/26/2004 | 00206 | Anne E. Moran | TELEDC | 1.00 | 12.31 | 12.31 | DC Telephone TELEDC 5613621300 FROM EXT. 6409 |
| 02/27/2004 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Ward, Brenda |
| 02/27/2004 | 09066 | Merrill | FAXDC | 2.00 | 1.15 | 2.30 | DC FAX 2 pages sent to 13026524400 |
| 02/28/2004 | 07592 | Brenda A. Ward | DUPLDC | 1.00 | 0.20 | 0.20 | 1 PHOTOCOPIES MADE BY 07592 |
| 02/28/2004 | 07592 | Brenda A. Ward | DUPLDC | 2.00 | 0.20 | 0.40 | 2 PHOTOCOPIES MADE BY 07592 |

Case 01-01139-AMC   Doc 5805-1   Filed 06/14/04   Page 6 of 6

Billed and Unbilled Recap Of Cost Detail - [012046.00102 - COLI]   Page 3
Client:012046 - WR GRACE & CO.   6/4/2004 3:03:16 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| | | UNBILLED TOTALS: WORK: | | | | 80.10 | 47 records |
| | | UNBILLED TOTALS: BILL: | | | | 70.80 | |
| | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 80.10 | 47 records |
| | | GRAND TOTAL: BILL: | | | | 70.80 | |