# **EXHIBIT C**

# Statement of Claim

## Exhibit C

## STATEMENT OF CLAIM

**PLEASE COMPLETE AND RETURN THIS FORM TO _____ NO MORE THAN <u>FIFTEEN (15) CALENDAR DAYS</u> AFTER _____, 2004, OR YOU WILL BE DEEMED TO HAVE ELECTED NOT TO PARTICIPATE IN THE ALTERNATE DISPUTE RESOLUTION PROGRAM. IF YOU ELECT NOT TO PARTICIPATE IN THE ALTERNATIVE DISPUTE PROGRAM, THE YOU MUST AWAIT A SUBSEQUENT LIQUIDATION OF YOUR RESPECTIVE CLAIM AGAINST THE DEBTORS THROUGH THE DEBTORS' CLAIMS OBJECTION PROCESS AND/OR LITIGATION, AS OUTLINED IN THE MOTION. <u>WHENEVER APPLICABLE, PLEASE ATTACH ALL SUPPORTING DOCUMENTATION.</u>**

### ALTERNATIVE DISPUTE RESOLUTION PROGRAM

(a) **Please Provide the Following Information**

    1. Full Legal Name of Claimant:

 

    2. Proof of Claim Number, or date of Proof of Claim, for which this Statement of Claim is being filed:

 

(b) **For the following items please update any information that has changed since your original proof of claim was filed**

    1. Street Address of Claimant:

 

    2. City and State Address of Claimant (including Zip Code):

_____

_____

_____

3. Telephone Number(s) of Claimant:

_____

4. Social Security Number or Tax Identification Number of Claimant:

_____

5. Alleged Amount of Claim:

_____

_____

_____

6. Name of Attorney/Law Firm (if applicable):

_____

_____

_____

7. Street Address of Attorney/Law Firm (if applicable)

_____

_____

8. City and State Address of Attorney/Law Firm (including Zip Code) (if applicable):

_____

_____

_____

9. Telephone Number(s) of Attorney/Law Firm (if applicable):

_____

(c) **For the following items, please provide any applicable information pertaining to your Claim:**

1. A short statement of the Claimant's contentions with respect to the basis of the Claim (e.g., identify goods sold, services provided and when, or, incidents for which claim arose) and the amount of the Claim:

_____

_____

2. Copies of all invoices, requisitions, purchase orders and all other documentation (including medical reports and bills for personal injury claims) which the Claimant contends supports its Claim (if applicable):

_____

_____

3. The location of the incident (if applicable), and the identity of any other third-party the Claimant asserts is responsible:

_____

_____

3

4. The property damaged, or individual injured, if different from the Claimant (if applicable):

_____

_____

_____

5. The date of the incident (if applicable):

_____

_____

6. The location of the incident (if applicable):

_____

_____

_____

7. A full list of witnesses to the incident and their last known addresses, if known (if applicable):

_____

_____

4

8. Provide photographs, videotapes and any other documentation relevant to the evaluation of the Claimant's Claim (if applicable):

_____

_____

_____

9. A list of the Claimant's employees, former employees and others of whom the Claimant is aware that have knowledge regarding the basis and the amount of the Claimant's Claim (if applicable):

_____

_____

_____

10. Provide any other relevant information or documents supporting the Claim:

_____

_____

_____

_____

_____
Signature of Claimant or Authorized Representative
Date: _____

_____
Printed Name of Claimant or Authorized Representative

5