IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SCOTT L. BAENA

SCOTT L. BAENA, hereby declares:

1.    I am a partner in the law firm Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin"), which firm maintains offices at 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131. I am familiar with the matters set forth herein and make this supplemental declaration in support of the continued employment of Bilzin as Counsel to the Official Committee of Property Damage Claimants (the "PD Committee).

2.    On April 12, 2001, the United States Trustee formed the PD Committee. Thereafter, the PD Committee approved the retention of Bilzin as its counsel.

3.    On May 22, 2001, the PD Committee filed an application to employ Bilzin as counsel (C.P. No. 298) together with the Affidavit of Scott L. Baena (the "Affidavit"). By order dated June 21, 2001 (the "Retention Order"), the Court authorized the PD Committee to retain Bilzin to represent the PD Committee in the Consolidated Cases.

4.    As required by Rule 2014 of the Federal Rules for Bankruptcy Procedure, I hereby supplement the disclosures contained in the Affidavit to disclose the following information.

5.    Bilzin is hiring lateral associates who formerly provided services to Credit Suisse First Boston Corp. and HSBC Bank in real estate and/or corporate matters wholly unrelated to

the matters in which Bilzin is representing the PD Committee.  Bilzin has not received any fees

from Credit Suisse First Boston Corp. or HSBC Bank and offers this information to all parties in

interest for purposes of full and complete disclosure.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2004

/s/ Scott L. Baena
Scott L. Baena