## **CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 15th day of June, 2004, one copy of the foregoing *Supplemental Affidavit Of Scott L. Baena* was served on the following parties in the indicated manner:

SEE 2002 SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)