## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | RE DN 5689 |

### ~~MOTION AND~~ ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul S. Logan, Esquire of the firm Stoel Rives LLP to represent *CHL Administration, Inc.* in the above referenced cases.

**BLANK ROME LLP**

Dated: June 3, 2004

Elio Battista, Jr. (DE No. 3814)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 425-6400
Facsimile:     (302) 425-6464

Counsel for CHL Administration, Inc.

### ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated:    June 14, 2004

THE HONORABLE JUDITH K. FITZGERALD