## EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) **Case No. 01-01139 (JKF)** |
| | ) **(Jointly Administered)** |
| Debtors. | ) |
| | ) |

### DECLARATION OF ROGER FRANKEL UNDER FED. R. BANKR. P. 2014 AND 5002 IN SUPPORT OF THE APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR AUTHORIZATION TO EMPLOY SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL TO THE FUTURE CLAIMANTS REPRESENTATIVE

I, Roger Frankel, state:

1.      I am a partner in the law firm of Swidler Berlin Shereff Friedman, LLP ("SBSF"), which maintains offices for the practice of law at 3000 K Street, N.W., Washington, D.C. 20007 and 405 Lexington Avenue, New York, New York 10174, and am admitted to practice law before the Bars of the District of Columbia and the State of Maryland.  This declaration is submitted pursuant to Fed. R. Bankr. P. 2014 and 5002, in support of the Application of David T. Austern, Future Claimants Representative, for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel to the Future Claimants Representative (the "Application"), filed by David T. Austern, the Future Claimants Representative appointed by the Court in the above-captioned cases (the "FCR" or "Mr. Austern").

2.      The facts set forth in this declaration are based upon my personal knowledge, upon records maintained by SBSF in the ordinary course of its business and which have been

reviewed by me and/or by other partners or employees of SBSF at my direction, or upon information known by other partners or employees of SBSF and conveyed to me.

## SBSF's Qualifications and the Scope of SBSF's Retention

3.     SBSF is a general practice law firm, with approximately 250 attorneys with a wide-ranging national practice in the substantive areas, among others, of bankruptcy and creditors' rights, corporate, finance, governmental affairs, insurance coverage, litigation, real estate, securities, tax and telecommunications.   The FCR selected SBSF because of SBSF's extensive experience and knowledge in the field of business reorganizations under chapter 11 of the Bankruptcy Code, and because of SBSF's substantial experience in asbestos-related bankruptcy cases.

4.     Since May 24, 2004, the day Mr. Austern was appointed as the Future Claimants' Representative, SBSF has provided advice to Mr. Austern in his capacity as the FCR with respect to W.R. Grace & Co. and its 61 affiliated entities (collectively, the "Debtors").   Mr. Austern and SBSF have begun conducting due diligence with respect to the Debtors and their non-debtor affiliates, their financial affairs, their pre-petition transactions, matters which have transpired in these cases and proposals regarding potential plans of reorganization.   It is anticipated that Mr. Austern and SBSF will be participating in negotiations of any plan of reorganization and related documents.

5.     As a result of SBSF's experience in other asbestos-related bankruptcy cases, particularly as bankruptcy counsel to future claimants' representatives in such cases, SBSF is familiar with the concerns and issues important to the FCR and to asbestos personal injury claimants who may assert claims or demands in the future.

6.     The FCR has requested that SBSF render the following services in connection

with this case:

a.     provide legal advice and representation with respect to the FCR's powers
and duties in connection with the chapter 11 cases and any matters which
may arise, including in connection with appropriate due diligence, the
formulation of a plan of reorganization and one or more asbestos payment
trusts, and other matters;

b.     prepare and file on behalf of the FCR all applications, motions, responses,
objections and other pleadings in these proceedings as may be necessary
and as the FCR authorizes;

c.     appear on behalf of and represent the FCR in these chapter 11 proceedings
at hearings, meetings of creditors and other meetings and proceedings, as
appropriate;

d.     represent and advise the FCR with respect to any contested matter,
adversary proceeding, lawsuit or other proceeding in which he may
become a party or otherwise appear in connection with the chapter 11
proceedings; and

e.     performs all other necessary legal services that the FCR authorizes and/or
requests as may be appropriate in connection with these chapter 11
proceedings.

Subject to the Court's approval of the Application, SBSF is willing to serve as the FCR's

bankruptcy counsel and to perform the services described above.

### SBSF's Connections to the FCR, the Debtors and Other Parties

7.     In preparing this declaration, I utilized a set of procedures established by SBSF to

insure compliance with the requirements of the Bankruptcy Code and the Court and to determine

whether any conflict of interest exists which would preclude SBSF's service as counsel to the

FCR.  In connection with SBSF's proposed representation of the FCR in these cases, I directed

that memoranda be circulated by e-mail to each attorney presently employed at SBSF.  These

memoranda, like similar memoranda which SBSF circulates throughout the firm before a new

representation is undertaken, are intended to elicit, among other things, (i) whether SBSF already

represents any other client in connection with the proposed new matter, (ii) whether SBSF already represents any other client in a capacity that may be adverse to the proposed client, or where the proposed representation might be adverse to the interests of such other client, and (iii) whether SBSF has any connections with the Debtors, their creditors and other parties identified in the memoranda. These memoranda identified the FCR and the Debtors, and contained the names of parties in interest and their attorneys and accountants identified to SBSF by the Debtors and listed on Exhibit 1 hereto (the "Listed Parties").

8.    I (or other lawyers working with me) also instructed that the employees responsible for maintaining SBSF's computerized database of client matters review such database with a view toward determining whether SBSF has or had any reported connections with the Listed Parties. The results to date from such review are described below. This review is ongoing and, if any relevant fact or relationship not disclosed herein is discovered or arises, SBSF will use reasonable efforts to identify such further developments and will, as soon as reasonably practicable, file a supplemental declaration with the Court.

9.    Once the database or a response to the memoranda described above identified a potential connection between SBSF and a Listed Party, I or  someone working under my supervision contacted the responsible attorney(s) and elicited information to discern the nature and scope of the representation or connection for appropriate disclosure in this Declaration.

10.    Based upon the review of the computerized database described above and the resulting inquiries, and responses from individual attorneys elicited from the conflicts memoranda and various follow-up memoranda, I have identified the following matters:

*The FCR*

a.    SBSF currently represents Mr. Austern in his capacity as the future claimants' representative in the chapter 11 case of In re Combustion

4

Engineering, Inc., Case No. 03-10495 (Bankr. D. Del. 2003).  SBSF also represents Mr. Austern in another matter in which Mr. Austern has agreed to serve as a legal representative for holders of future asbestos personal injury claims and demands; this matter is confidential and has not been disclosed to the public.  These matters are not related to the Debtors or these chapter 11 cases.

*The Debtors*

b.    SBSF has in the past represented W.R. Grace & Co. ("Grace") on certain environmental and other regulatory matters.  Most of this work was concluded prior to 1993, and all was concluded by 1997.  All of these matters were unrelated to these chapter 11 cases.  Those SBSF attorneys who worked on these matters and are still with SBSF will have no involvement in these chapter 11 cases.

c.    SBSF represents or has in the past represented one or more potentially responsible parties in various environmental matters in which W.R. Grace & Co. ("Grace") and/or one or more of its affiliates also may be a potentially responsible party.  All of these matters are unrelated to these chapter 11 cases.

d.    SBSF has in the past represented clients in matters in which Grace and/or one or more of its affiliates was an adverse party.  All of such matters have concluded and were unrelated to these chapter 11 cases.

e.    SBSF previously represented a former employee of Grace in a matter for which Grace agreed to indemnify the employee for his legal fees and costs.  SBSF previously filed a proof of claim against the Debtors in the amount of $32,026.03 for such employee's unpaid pre-petition legal fees and costs and sought reimbursement for additional expenses incurred during the pendency of these cases.  SBSF and its former client (Grace's former employee) have agreed that SBSF will transfer all rights in any claims against the Debtors in connection with this matter, including in the proof of claim, to the former client without recourse.  SBSF will retain no interest in such proof of claim and will hold no claim or right to reimbursement against any of the Debtors as a result of this representation of a former Grace employee.

*The Debtor's Professionals*

f.    I understand that Kirkland & Ellis is counsel to the Debtors in these proceedings.  A partner in the telecommunications group at SBSF, Catherine Wang, is married to a partner at Kirkland & Ellis.  Ms. Wang will have no involvement in the chapter 11 cases.

g.  I understand that Blackstone Group, L.P. is the financial advisor to the Debtors. SBSF represented a group of potential investors, of which Blackstone was a member, in connection with the potential acquisition of certain assets in a matter unrelated to the Debtors or these chapter 11 cases. SBSF also represented an affiliate of Blackstone in connection with a real estate matter unrelated to the Debtors or these chapter 11 cases. Both of these matters have concluded.

h.  I understand that PriceWaterhouseCoopers LLP ("PWC") is the auditor and tax consultant to the Debtors. PWC is a client of SBSF on two litigation matters, both of which are unrelated to the Debtors or these chapter 11 cases.

i.  I understand that Wallace King Marraro and Branson, PLLC ("Wallace") is special litigation and environmental counsel to the Debtor. Wallace is a client of SBSF on a matter unrelated to the Debtors or these chapter 11 cases.

j.  Wachtell, Lipton, Rosen & Katz ("Wachtell") is listed as a professional for the Debtors. Two partners in SBSF, Martin Nussbaum and Neil Forrest, have brothers who are partners at Wachtell.

*Secured Lenders; Unsecured Bondholders or Lenders*

k.  Among the secured lenders and unsecured bondholders or lenders identified by the Debtors are:

ABN Amro Bank, N.V.
Bank of America, N.A.
Bankers Trust
Citibank, N.A.
CommerzBank, AG
Credit Suisse First Boston Corp
Dresdner Bank A.G.
First Union National Bank
J.P. Morgan & Chase Co.
The Bank of New York
The Chase Manhattan Bank
Wachovia Bank and Trust Company, N.A.

(i)  SBSF represents or has represented the listed parties or their affiliates, and on occasion may be adverse to such parties or their affiliates, on various matters unrelated to the Debtors or these chapter 11 proceedings. SBSF maintains a banking relationship with Citibank, N.A.

(ii)    SBSF represents a client who makes loans and/or investments jointly with Wachovia or its affiliates.    In addition, SBSF represents a former Wachovia employee and Wachovia may be responsible for payment of legal fees and expenses in that matter. All of these matters are unrelated to the Debtors or these chapter 11 cases.

(iii)    Susan Duvall, a partner in SBSF, has immediate family members employed at J.P. Morgan Chase.  I have a nephew employed at J.P. Morgan Chase.

*Official Statutory Committee members;*
*Twenty Largest Unsecured Creditors*

l.    In addition to the unsecured bondholders or lenders identified above, the Debtors identified the following entities as members of one of the official committees or as one of the twenty largest unsecured creditors:

The Prudential Insurance Company of America
PCS Nitrogen Fertilizer, L.P.

(i)    SBSF has represented Prudential or its affiliates on certain matters unrelated to the Debtors or these chapter 11 cases.

(ii)    SBSF has represented a group of fertilizer manufacturers, including PCS or its affiliates, in a matter which has concluded and which was unrelated to the Debtors or these chapter 11 cases.

*Official Statutory Committees' Other Professionals*

m.    "FTI/Policano & Manzo" is listed by the Debtors as a professional to one of the committees appointed in these cases.  FTI Consulting, Inc. ("FTI") was retained by SBSF to provide services on behalf of Mr. Austern as the future claimants' representative in the <u>Combustion Engineering</u> case; such services have now concluded.  SBSF has also represented FTI on matters unrelated to these proceedings.  In addition, one of SBSF's clients has retained a partner of FTI as an expert witness in an unrelated case.

n.    I am advised that Hamilton Rabinovitz & Alschuler, Inc. ("Hamilton") is employed in these chapter 11 cases as a professional for the Official Committee of Asbestos Property Damage Claimants.    SBSF has represented Hamilton on various matters in the District of Columbia. These matters have concluded and were unrelated to the Debtors or these chapter 11 cases.

*Insurers and Their Counsel;*
*Issuers of the Debtors' Outstanding Surety Bonds*

o.   SBSF represents clients pursuing claims against various insurance carriers and otherwise is adverse to many insurers, including certain of the Debtors' insurers or sureties.   In addition, certain carriers may be processing claims for, and/or may be adverse to, SBSF's clients.  SBSF represents non-insurance affiliates of certain of the Debtors' insurers or sureties on commercial (not insurance) matters, including (i) AIG Trading and AIG International, non-insurance affiliates of American International Group, Inc., and (ii) Citigroup and certain of its affiliates, with which Travelers and its insurance affiliates are or were affiliated.  None of these matters are related to the Debtors or these chapter 11 cases.

*Legislative Matters*

p.   SBSF represents the Asbestos Study Group in connection with the possible enactment of asbestos-related litigation reform legislation (including S.1125 and S.2290).  On behalf of the Asbestos Study Group, SBSF is working closely with others in connection with efforts to pass asbestos-related legislation (the "legislative process"), including industry groups and trade associations (which include, among others, Grace), as well as manufacturers, insurers, professionals and advisors.  The FCR has agreed that he will not look to SBSF for advice or representation with respect to any aspect of the legislative process, and has waived any potential conflict which may arise with respect to SBSF's representation of the Asbestos Study Group in connection with the legislative process (including enactment of legislation and any subsequent challenges thereto).  If legislation were passed, it may have an effect on the Debtors and on present and future claimants in these cases.

*Other Asbestos-Related Bankruptcy Cases*

q.   SBSF represented the debtor in the chapter 11 case styled as In re Shook & Fletcher Insulation Co., Case No. 02-2771 (Bankr. D. AL 2002).  SBSF presently represents the Shook & Fletcher Asbestos Settlement Trust, which was created in accordance with Shook & Fletcher Insulation Co.'s confirmed plan of reorganization.  As noted above, SBSF represents Mr. Austern as the future claimants' representative in the Combustion Engineering case and in the non-public matter referred to above.  SBSF also represents the future claimants' representative, R. Scott Williams, in the chapter 11 cases styled as In re Congoleum Corporation, Case No. 03-51524 (Bankr. D. N.J. 2003).  None of these matters are related to the Debtors or these chapter 11 cases.

11.    With respect to the matters referred to in paragraph 10 above, none of the services rendered by SBSF have been in connection with the Debtors or these chapter 11 cases.  SBSF will not represent any of the parties identified in paragraph 10 above in connection with the Debtors or these chapter 11 cases.

12.    The Debtors have or may have other creditors or parties in interest, and SBSF may have rendered or may be rendering services to certain of such parties, or may become involved in matters unrelated to these cases in which such parties, or attorneys or accountants for such parties, were, are or become, involved.  SBSF also may have or represent interests adverse to such creditors or parties in interest in matters unrelated to these cases.  Based on the information currently available, SBSF believes that no such matter involves representation of any interest adverse to the FCR on the matters upon which SBSF is to be engaged.

13.    In addition to the foregoing, SBSF's partners and employees may have business associations with, professional, social or familial relationships with, or interests aligned with or adverse to, creditors or parties in interest, or their attorneys, accountants or advisors.  As part of its practice, SBSF appears in cases, proceedings and transactions throughout the United States involving many different parties, and works together with many different parties, which may include creditors or parties in interest, or attorneys, accountants or other professional firms or advisors who may represent creditors or parties in interest in these cases.  As far as I have been able to ascertain, none of these associations, relationships, or interests have any connection with the Debtors or these chapter 11 cases.

14.    To the best of my knowledge, no attorney at SBSF is related to any United States District Judge or United States Bankruptcy Judge for the District of Delaware or to the United States Trustee for this district or to any known employee of that office.

15.     None of the representations described above are materially adverse to the interests of the Debtors, their estates, any class of creditors or equity security holders or future asbestos claimants.    Thus, SBSF is disinterested and may act as bankruptcy counsel to the FCR notwithstanding the matters described above.

16.     As far as I have been able to ascertain to date and to the best of my knowledge, and except as otherwise set forth herein, SBSF (a) does not hold or represent any interest adverse to the FCR on the matters upon which SBSF is to be engaged and (b) has no connection with the Debtors, their creditors, insurers, or any other party in interest, or their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States Trustee (to the extent identified to SBSF).

17.     Based upon the review described above and a separate memorandum circulated by email to all employees, to my knowledge no SBSF partners or employees directly hold publicly traded securities of W.R. Grace & Co.  Partners and employees of SBSF may indirectly hold such publicly traded securities (whether through mutual fund holdings or otherwise).  To my knowledge, no partner or employee of SBSF serves as an officer or director of any of the Debtors.  Individual partners and employees of SBSF may directly or indirectly hold publicly traded securities of one or more of the Debtors' creditors and other parties in interest.  No such holdings will affect SBSF's ability to represent the FCR in these cases.

18.     SBSF has made every reasonable effort to discover and disclose the existence of any conflict of interest or connections based upon the information provided to SBSF by the Debtors.  SBSF is unable to state, however, whether one or more of its clients or their affiliates that has not been identified to SBSF by the Debtors holds a claim or interest, or otherwise is a party in interest in the chapter 11 case.  SBSF intends to review periodically its database during

the pendency of these chapter 11 cases to insure, to the extent reasonably possible, that no conflict or other disqualifying circumstance exists or arises.

### Professional Compensation

19.    In connection with this representation, SBSF and the FCR entered into an Engagement Agreement, a copy of which is attached hereto as Exhibit 2, setting forth the terms and conditions of SBSF's retention.  Pursuant to the Engagement Agreement and the May 24, 2004 Order appointing Mr. Austern as the FCR, compensation, including professional fees and reimbursement of expenses, shall be payable to SBSF from the Debtors' estates, subject to approval by the Court and subject to the Administrative Compensation Order (as defined in the Application).

20.    SBSF intends to apply for compensation for professional services rendered in connection with these cases on an hourly basis, and for reimbursement of actual and necessary expenses incurred, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and Orders of this Court, including the Administrative Compensation Order.  In light of confidentiality considerations, SBSF reserves the right to redact its time and expense records as it believes appropriate.  SBSF understands that no compensation may be paid by the Debtors for post-petition services or expenses except to the extent allowed or approved by the Court.

21.    SBSF's current hourly rates range from $375 to $650 for partners, $310 to $690 for senior lawyers, $185 to $425 for associates and $130 to $175 for legal assistants.  I presently expect that the following professionals may have responsibility for representing the FCR and performing services on his behalf in these cases:

| Attorney | Hourly Rate |
|---|---|
| Roger Frankel | $605 per hour |
| Richard H. Wyron | $510 per hour |
| Monique D. Almy | $430 per hour |
| Mary Wallace | $420 per hour |
| Elise Schere Frejka | $410 per hour |
| Michael J. Lichtenstein | $395 per hour |
| Jonathan P. Guy | $390 per hour |
| Matthew W. Cheney | $310 per hour |
| Mara Glaser | $310 per hour |
| Ranan Z. Well | $310 per hour |
| Mykhaylo A. Gryzlov | $230 per hour |
| Debra L. Felder | $205 per hour |
| Debra O. Fullem (senior legal asst.) | $175 per hour |

SBSF will utilize other attorneys and paraprofessionals as necessary.

22.    The hourly rates set forth above are SBSF's standard hourly rates.  These hourly rates are subject to periodic increases in the normal course of the firm's business.  It is SBSF's policy to charge its clients for photocopying charges, travel expenses, expenses for working meals, computerized research, transcription costs, and non-ordinary overhead expenses such as secretarial and other overtime.  SBSF agrees to follow the guidelines promulgated by the Office of the United States Trustee and the Local Rules and Orders of this Court, including the Administrative Compensation Order(s) entered in these cases, and any other administrative procedures that may be established by the Court in these cases concerning compensation.

23.    To the best of my knowledge, no promises have been received by SBSF nor any member or associate thereof as to payment or compensation in connection with the above-captioned cases other than in accordance with applicable provisions of the Bankruptcy Code.  To the best of my knowledge, SBSF has no agreement with any other entity to share with such entity compensation received by SBSF by the FCR in connection with the Debtors' bankruptcy cases, except as permitted by Section 504(b)(1) of the Bankruptcy Code.

* * * * * *

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Roger Frankel

Executed on June 15, 2004

## **EXHIBIT 1**

# WR GRACE
# INTERESTED PARTIES

A.   Debtors

The Debtors consist of the following 62 entities:

W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.),
W. R. Grace & Co.-Conn.,
A-1 Bit & Tool Co., Inc., Alewife Boston Ltd.,
Alewife Land Corporation, Amicon, Inc.,
CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.),
CCHP, Inc., Coalgrace, Inc.,
Coalgrace II, Inc.,
Creative Food 'N Fun Company,
Darex Puerto Rico, Inc.,
Del Taco Restaurants, Inc.,
Dewey and Almy, LLC (f/k/a Dewey and Almy Company),
Ecarg, Inc.,
Five Alewife Boston Ltd.,
G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.),
G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.),
GEC Management Corporation,
GN Holdings, Inc.,
GPC Thomasville Corp.,
Gloucester New Communities Company, Inc.,
Grace A-B Inc.,
Grace A-B II Inc.,
Grace Chemical Company of Cuba,
Grace Culinary Systems, Inc.,
Grace Drilling Company,
Grace Energy Corporation,
Grace Environmental, Inc.,
Grace Europe, Inc.,
Grace H-G Inc.,
Grace H-G II Inc.,
Grace Hotel Services Corporation,
Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.),
Grace Offshore Company,
Grace PAR Corporation,
Grace Petroleum Libya Incorporated,
Grace Tarpon Investors, Inc.,
Grace Ventures Corp.,
Grace Washington, Inc.,

W. R. Grace Capital Corporation,
W. R. Grace Land Corporation,
Gracoal, Inc.,
Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation,
Hanover Square Corporation,
Homco International, Inc.,
Kootenai Development Company,
L B Realty, Inc.,
Litigation Management, Inc. (f/k/a GHSC Holding, Inc.),
Grace JVH, Inc.,
Asbestos Management, Inc.),
Monolith Enterprises, Incorporated,
Monroe Street, Inc.,
MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation),
MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.),
MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.),
Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.),
E&C Liquidating Corp., Emerson & Cuming, Inc.),
Southern Oil, Resin & Fiberglass, Inc.,
Water Street Corporation,
Axial Basin Ranch Company,
CC Partners (f/k/a Cross Country Staffing),
Hayden-Gulch West Coal Company,
H-G Coal Company.

B.    Debtors' Attorneys (general counsel and special bankruptcy counsel)

Kirkland & Ellis
Pachulski, Stang, Ziehl, Young, & Jones

C.    Debtors' Other Professionals (e.g. investment banker, financial advisor, real estate consultant, etc.) retained in connection with the Chapter 11 proceeding

Blackstone Group, L.P.
R. R. Donnelley & Sons Company
Kekst and Company Incorporated
Wachtell, Lipton, Rosen & Katz
Legal Analysis Systems, Inc.
Pitney, Hardin, Kipp & Szuch LLP
Wallace King Marraro & Branson PLLC
Nelson Mullins Riley & Scarborough, LLP
Holmes Roberts & Owen LLP
Reed Smith LLP
Kinsella Communications
Casner & Edwards, LLP
Rust Consulting, Inc.

2

Steptoe & Johnson
PriceWaterhouseCoopers LLP
W.D. Hilton, Jr.
Carella, Byrne, Bain, Gilfillan, Cecchi, Steward & Olstein
Peter J. Solomon Co.
Bankruptcy Management Corporation

D.   Special Masters

Special Master William A. Dreier

E.   Debtors' Affiliates (any person or entity directly or indirectly controlling or controlled by or under direct or indirect common control with the Debtor) (note that these are the non-filing affiliates.

Grace Asia Pacific, Inc
Grace Collections, Inc.
Grace Management Services, Inc.
Grace Foundation, Inc.
The Separations Group
Grace Receivables Purchasing, Inc.
Ichiban Chemical Co., Inc.
Advanced Refining Technologies Management, Inc.
Advanced Refining Technologies LLC
Grace Germany Holdings, Inc.
Carbon-Dioxide Slurry Systems, L.P.
Advanced Refining Technologies LP
Construction Products Dubai, Inc.
Grace Chemicals, Inc.
Paramont Coal Co.
Grace Offshore Turnkey

F.   Debtors' Affiliates Attorneys

None

G.   Debtors' Affiliates Other Professionals (e.g. investment banker, financial advisor, real estate consultant, etc.) retained in connection with the Chapter 11 proceeding

None

H.   Debtors' Officers, including a crisis manger holding an officer title

O. Mario Favorito
Paul Bettacchi
Paul J. Norris
Paul McMahon

3

R. H. Locke
Robert A. Maggio
Robert F. Jenkins
Robert J. Bettacchi
Robert J. Medler
Robert M. Tarola
Robert P. Turner
Ronald C. Cambre
Ruth E. Rowan
Susan E. Farnsworth
Susan Eccher
Thomas A. Vanderslice
W. Brian McGowan
William L. Baker
William L. Monroe
William M. Corcoran

I.  Debtors' Officers Attorneys retained in connection with the Chapter 11 proceeding

To the best of the Debtors knowledge, none have been retained.

J.  Debtors' Officers' Other Business Affiliations (e.g. service as an officer or director of another entity)

Information not available

K.  Debtors' Directors

Akos L. Nagy
Alicia Burke
Anthony G. Riddlesperger
D. F. Garvey
David B. Siegel
David M. Cleary
David Nakashige
Dudley L. Bobolts
Elyse Napoli-Filon
Fabio Tegiacchi
Gregory E. Poling
Henry C. Lyons
J. Elder
John F. Akers
John J. Murphy
Kang Hui Shen
Mark A. Shelnitz
Martin Hunter
Marye Anne Fox

4

Michael A. Miller
Michael N. Piergrossi

L.    Debtors' Directors' Attorneys retained in connection with the Chapter 11 proceeding

To the best of the Debtors' knowledge, none have been retained.

M.    Debtors' Directors Other Business Affiliations (e.g. service as an officer or director of another entity)

Information not available

N.    Debtors' Major Shareholders

CEDE & CO
W R GRACE & CO BOOK ENTRY MEMO A/C
LORIOT & CO
JEANETTE L VACHON TR UA
PAUL J NORRIS
CHARLES H ERHART JR
BOB ROBERT SUNNESS
WACHOVIA BANK OF NORTH CAROLINA
M EVELYN BOWMAN
PHYLLIS SCHRIGER
JOHN W AUSTIN JR & PATSY W AUSTIN TR UA
QUENTIN ALEXANDER
PATRICIA STANLEY
ELLEN R SAXL
ANGUS W MERCER
RONALD C CAMBRE
JOYCE M MERCER
WAYNE T SMITH
ROSE M JOHNSTON
JOHN A SANTILLO & ROSE SANTILLO
EDNA M LOOS
JOANNA M FOLEY & JOSEPH P FOLEY
JOSEPH A RIGHTMYER
SIMON ATLAS
ALANNA FORSHAY FENSKE
FRED P BRANDT & CATHERINE A. BRANDT
GEORGE R PERRIN
R RONALD KLEIMAN
JOANNA M FOLEY & JOSEPH P FOLEY
MERLE REPPERT
DAVID B SIEGEL
WILLIAM M CORCORAN
ANN G FITZGERALD
W BRIAN MC GOWAN

5

HARRY S RINKER TR
RAYMOND E SMILEY
JANET L FARR & EDWARD S. FARR
HOLMES OIL COMPANY
LACK & LINDSAY
WILLIAM A MAUDE
WILLIAM L MONROE
GERALD W HALMO
DAISY SALZO CASILLA
FRED P BRANDT
DOROTHY G KLEIMAN
JAMES G SCHAEFER
EDMUND F GUARALDI REVOCABLE TRUST
JOHN O FLENDER
MAGDALEN SLEEMAN
ROBERT BENDHEIM
RUDOLF B PEEST
ROBERT E ANDERSON & MARY F ANDERSON
SYLVIA M ERHART
PHYLLIS SCHRIGER & WILLIAM D ROGER
EILEEN MARGARET GRIMSDITCH
RICHARD J SCHOOFS
NOEL A LEE
BETTY D GREEN
DOROTHY F SELLERS
LAWRENCE M PUCCI
HILDA SALZ O
BONNIE NAGAI
CMSS AS EXCHANGE AGENT FOR UNEXCHANGED HOLDERS OF
CHOMERICS, INC
GEORGE T FUKUI & KATHERINE K FUKUI
LILLIAN BERMAN
LEONARD L BROWN
JOHNNY P FOREHAND JR
KATHRYN C MATTINGLY
GREGORY E POLING
DOUGLAS V REYNOLDS
OLAF B SCHUBBE
THE SMILEY BBN FAMILY PARTNERSHIP
DAVID LAWRENCE
THOMAS ARLEN EVANS & DOTZIE KAY EVANS
FREDA E STRAHL
MARIA O DE SALZ
HAROLD A ECKMANN
THE ABRAHAM FAMILY TRUST
BARBARA CATES BAYNARD

6

WILLIE H BLANTON
CELWYN COMPANY INC
RAE C HEIPLE
BURREL LEONARD
MARY C KODIS TR
JOAN MCKAY YOUNG
MALECH 1989 FAMILY TRUST
MARGARET M SOKOL
HAIG TORIGIAN
QUENTIN L THELEN
ROBERT L COX JR
LOUISE LOFFREDO
ELYSE B NAPOLI
RICHARD J NOZEMACK
STEVEN S PALOUMBIS
MARK A SHELNITZ
GERT H TESKA
ROBERT H  & JOAN P BEBER
LAUREY MERCER RIGSBEE
GEORGE MONTGOMERY
P S DE BEAUMONT

O.     Debtors' Major Shareholders' Attorneys retained in connection with the Chapter 11
        proceeding

        To the best of the Debtors' knowledge, none have been retained.

P.     All Secured Lenders, including DIP lenders

        The Chase Manhattan Bank (agent)
        The Depository Trust Company
        Bank of America, N.A.
        J.P. Morgan & Chase Co.
        First Union Bank
        Credit Suisse First Boston Corp.
        Dresdner Bank A.G.
        Bank of Nova Scotia
        ABN Amro Bank N.V.
        Bank of New York
        Northern Trust Bank
        Wachovia Bank and Trust Company, N.A.
        Hapoalim
        Barclays Bank PLC
        Citibank, N.A.
        Commerzbank A.G.
        Credit Lyonnais
        HSBC/Marine Midland
        Lloyds Bank, Dubai

CH_DOCS\321000.1 [W97]

Q.   All Secured Lenders' Attorneys retained in connection with the Chapter 11 proceeding

  To the best of the Debtors' knowledge, none have been retained.

R.   All Substantial Unsecured Bondholders or Lenders

  Chase Manhattan Bank
  First Union National Bank
  Dresdner Bank
  Northern Trust Bank
  Barclays Bank P.L.C.
  HSBC/Marine Midland
  ABN AMRO Bank N.V.
  Wachovia Bank and Trust Company
  Bank of America

S.   All Substantial Unsecured Bondholders or Lenders Attorneys retained in connection with the Chapter 11 proceeding

  To the best of the Debtors' knowledge, none have been retained.

T.   All Indenture Trustees

  CEDE & Co.
  Deposit Guaranty Corp.

U.   All Indenture Trustees' Attorneys retained in connection with the Chapter 11 proceeding

  To the best of the Debtors' knowledge, none have been retained.

V.   Official Statutory Committee members (All Committees)

*Unsecured Creditors' Committee*

  Zhagrus Environmental, Inc.
  The Bank of New York
  Bankers Trust Company
  Sealed Air Corporation
  ABN Amro Bank N.V.
  First Union National Bank
  J.P. Morgan Chase & Co.
  Bank of America, N.A.
  Wachovia Bank & Trust Co., N.A.

*Property Damage Committee*

  Marco Barbenti
  Pacific Freeholds
  The Trustees of Princeton University
  The Prudential Insurance Company of America
  Anderson Memorial Hospital

8

Catholic Archdiocese of New Orleans
Paul Price

### *Bodily Injury Committee (Asbestos Personal Injury Committee)*

John J. Russell
Thomas J. Jones
John Smutko
Jennette Parent, representative of estate of Thomas Parent
Steven Jones, representative of estate of Barbara Ellen Hammack
Royce N. Ryan
Roberta Jeffrey, Esq., representative of estate of Frank Jeffrey
Anthony Angiuli
Beverly Maulden, representative of John Wesley Maulden
Harvey Bair
Nathan O. Philips, Jr.

### *Equity Committee*

Peninsula Partners, LP
Dimensional Fund Advisors
Angus W. Mercer
Raymond E. Smiley

W.   Official Statutory Committees' Attorneys (for each Official Committee)

Stroock & Stroock & Lavan LLP (unsecured)
Bilzin Sumberg Dunn Baena Price & Axelrod (PD)
Caplin & Drysdale (PI)
Campbell & Levine
Kramer Levin Naftalis & Frankel LLP

X.   Official Statutory Committees' Other Professionals (e.g. investment banker, financial advisor, real estate consultant, etc.) by each Official Committee

L. Tersigni Consulting P.C.
Duane, Morris & Heckscher LLP
Ferry & Joseph, P.A.

FTI Policano & Manzo
Legal Analysis Systems, Inc.
Conway, Del Genio, Gries, & Co. (local counsel PD Committee)
Ashby & Geddes, P.A. (local counsel PI Committee)
Klett Rooney Lieber & Schorling, P.C. (co-counsel to official committee of equity holders)

9

Y.    Official Statutory Committees Members' Attorneys retained in connection with the
      Chapter 11 proceeding

> *Creditor's Committee*
>
> Walsh, Monzack, and Monaco
> Moses & Singer LLP
> Skadden, Arps, Slate, Meagher & Flom LLP
> Simpson Thatcher Bartlett
> The Bayard Firm
> Kilpatrick Stockton LLP
>
> *Property Damage Committee*
>
> Ness, Motley, Loadhold, Richardson & Poole
> McGarvey, Heberling, Sullivan & McGarvey PC
> Speight & Runyan
> Martin Dies, Esquire
>
> *Personal Injury Committee*
>
> Jacobs & Crumplar P.A.
> Kelley & Ferraro
> Cooney & Conway
> Ness, Motley, Loadhold, Richardson, & Poole
> Baron & Budd
> McGarvey, Heberling, Sullivan & McGarvey
> Kazan, McClain, Edises, Simon & Abrams
> Weitz & Luxenberg
> Silber Pearlman
> Goldberg, Persky, Jennings & White P.C.
> Robins, Cloud, Greenwood & Lubel LLP

Z.    Attorneys to Committees
> Cozen O'Connor and McKool Smith (Certification of counsel filed 1/10/02 -
> docket 1489) - Co-Special Counsel to PD Committee
> Stroock & Stroock & Lavan LLP
> Caplin & Drysdale, Chartered
>
> L. Tersigni Consulting P.C.
> FTI Policano & Manzo
> Duane, Morris & Heckscher LLP
> Bilzin Sumberg Dunn Baena Price & Axelrod LLP
> Ferry & Jospeh
> Asby & Geddes, P.A.
> Campbell & Levine, LLC
> Conway, Del Genio, Gries & Co.
> Kramer Levin Naftalis & Frankel LLP

10

Professor Elizabeth Warren
Klett Rooney Liebert & Schorling, a Professional Corporation
Hmailton, Rabinovitz & Alschuler, Inc.
Hilsoft Notifications

AA.   Special Counsel to handle objections to ZAI claims
Lukins & Annis, PS
Lieff, Cabraser, Heimann & Bernstein, LLP
Richardson, Patrick, Westbrook, Brickman
Ness, Motley, Loadholt, Richardson & Pole
McGarvey, Heberling, Sullivan & McGarvey, P.C.

AB.   Twenty Largest Unsecured Creditors (as of the date of filing)

The Chase Manhattan Bank
The Depository Trust Company
DEDE & Co.
Los Angeles Unified School District
Huntsman Corporation
Zhagrus Environmental, Inc.
DCP-Lohja Inc.
PCS Nitrogen Fertilizer, L.P.
Dupont Dow Elastomers
Cass Logistics Temporary
Union Carbide Corp
Southern Ionics, Inc.
BASF
CNA Insurance
Radian International
Stone Packaging System
Valeron Strength Films
Ingersoll-Rand Fluid Products
Delta Chemicals

AC.   Twenty Largest Unsecured Creditors Attorneys retained in connection with the Chapter 11 proceeding

To the best of Debtors knowledge, none have been retained.

AD.   Parties to the Debtors' Significant Executory Contracts and Leases

14901 North Scottsdale Road LLC / SM1/Southwestern Management, Inc.
2700 Stemmons
710, Inc.
A. Copeland Enterprises
A. Dong Oriental Grocery and Gift, Inc.
Abnet Realty Co. (Wm. Langfan & Aaron Ziegelman) / B E Holding Corp.
Accomplishments Through People, Inc.

11

AIP Properties
Alexander Summer, Inc.
Aliferis (UJ's Family Restaurant)
Allstore Realty Group
AMB Property, L.P.
AMCAP/Denver Ltd. Partnership
American Property Investors XI
American United Life Insuranc Co.
APAC Teleservices, Inc.
Appollo Cards, Inc.
Arbor Vitae Company N.V.
ASIC Alliance Corporation
Associates Enterprises of Houston
Atlash Corporation N.V.
Autozone, Inc.
Azteca Restaurants (El Torita-La Fiesta)
B & N Enterprises
Baltivest, N.V.
Baronial Corporation, N.V.
Barrand, Inc.
Baydale, Inc. // AMFAC Merchandising Corp.
Bell Canyon Investments Company N.V.
Berch Corporation N.V.
Besswell Corporation, N.V
Birchwood at Jericho Associates
Bixby Ranch Company
Blakenship Villas of Clovis, Inc.
Boeing Court Partners
Broadway Place I
Bruce & Brent Speckert, Tracey Deatsch, Deborah Frostholm
Buccola Family trust
Buen Dia Land Company N.V.
Builders Emporium Corp.
Builders Empourium (East), Inc.
Byer Properties
C & S, Inc.
Cabernet Company, N.V.
Caburan Land Company N.V.
Campamar Land Company N.V.
Caringello Investments II
Carlisle Property Co.
Carrow's
Casa Bonita, Inc.
Cassco Land Co., Inc.
Cavil Properties, Inc.
Cedar Square, A Texas General Partnership

12

CFS
Channel Home Centers
Channel Home Centers Realty Corp.
Channel Lumber Company
Channel of Route 10
Charger Land Company
Chart Towne Partnership
Chattanoooga Food Systems, Inc.
Chi Chi's, Inc.
Child World, Inc.
Citizens and Southern Bank of W. Georgia
City Federal Savings & Loan Association
City/County of San Francisco - Public Utilities Commission
Clayton Dean
Coco's
Community Distributors, Inc.
Craddock Diversified Enterprises
Crested Butte Equities Co.
D & B of Hollywood
DAS Restaurants, Inc.
Dave Christensen, Inc. (successor in-interest - Bellevue Hilton)
Daylin, Inc.
De Nada Restaurants, Inc.
DELCO Development Co. of Gastonia / H. C. Associates
DELCO Development Co. of Tyvola
Delta Acquisitons, Ltd.
Dr/Mrs Robert Schmit
DT Propiedades
Dunn International Corporation
Dunn International of Georgia, Inc.
El Torito
El Toro Properties/Corp & Ludo and  Gloria Bevilacqua
Elaine Power Figures Salons, Inc.
Eminent International Enterprises, Inc.
Evelyn Art Gallery
Fairlane Land Comapy, N.V.
Fast Food Properties
FBL Partners
Fedi, Fedi, Jaworski & Santini
FFCA/IIP
Fidelity Syndications, Inc.
First Harris Associates, Ltd.
First National Bank of Bloomington
Forshaw, Elizabeth
Frank & Marianne Sorci
Frederick J. and Pamela M. Axelberd

13

Freed Realty Company
Freeport Center Associates
Galahad Real Estate Corp.
Gardner-Smith Associates / Broad River Mall Assoc., L.P. /Hitchner, Witt & Co.
Garec Ltd. Partnership
Gaston Health Care, Inc.
Gene Biggli Properties
General Mills
Goodwill Industries fo Greater New York, Inc.
Green Angel Investments Co., N.V.
Green Pastures, Inc.
Grupe - Squaw Valley Company Ltd.
Handy City Division
Harry & Elise Grimmer
H-B, Inc.
Heathcliff Investment Co., N.V.
Herman's Sporting Goods, Inc.
Hines Interest Limited Partnership
Home Builders Emporium-NY
Homer J. Rader
HQ / Hechinger Property Company
H-T Enterprises V
Hugh M. Tarbutton
Ingram Plaza Company
International Protective Coating Corp. (successor to Pyrotec Industries, Inc.)
Investcal Develop Co.
Investcal Realty
J & J Rentals
J. E. Smith
J.C. Food Corporation
Jack Astor's Leasing
James G., James H. Ayres and Mary Jane Ayres
Jericho Restaurant Associates
Jew, Anthony, MD
John & Susan Youngson
John H. Baker III
John L. Stevenson
Jojo's
Joseph and Inez Foundation
Joyce Alyn
JP Forney Jr, Trustee;  Elinor L. Forney;  James B. Davis and R.C. Bennett,
Trustee

Keg Restaurants
Keystone Realty Company
Kravco Company;  Lehigh Valley Associates
Kwo-Tai Richard Sun & Ivy Hsiao-Ming Chen Sun

14

La Jolla Village Profesional Center Associates
La Mesa Crossroads
Lathampton Corporation
La Salle National Bank - Trust #100609
Laguna Hills Investment Company
Lampeter Joint Venture (Basser and Kaufman)
Larnet N.V.
Leverett Corporation N.V.
Lewis RE Trust, et al.
Life Time Floors, Inc.
Lismore Corporation N.V.
Lister Properties Co.
Listoville, N.V.
Lynda Ward
M.S.B. Properties
M/M John Santopadre
Malibu Land Company N.V.
Mamiye Brothers
Manor Develpoment Co.
Margaret & Mike Conrotto
Mark Hankin and Hanmar Assoc. MLP.
MARS, Inc.
Marshall's of Milford, Connecticut., Inc.
Marshall's of Waterbury, Connecticut., Inc.
Marshall's of Wayne
Marshall's, Inc.
Martinvest, Inc. N.V.
Mattatuck Plaza Associates (successor to Simon Konover)
MCC Group Northglenn, LTD.
MCC Group-Mesquite # Joint Venture
McCutchin Brothers Joint Venture II
Mercury Mall Associates
Merlot Company N.V.
MGSC Corp.
Milford Associates
Missouri Limited Partnership
Mr. Beef Restaurants, Inc.
Myers Corner Development Corporation
New England Mutual Life Ins. Co.
Ninfa's (Rodco, L.C.)
NoHy
Northern Hydraulics, Inc.
Northwest Village Limited
Olive Garden
Ollie's Bargin Outlet, Inc.
Orchard Supply Building Co.

15

Pacar, Inc.
Pancho's Mexican Buffet
Paragon Steakhouse Restaurants, Inc.
Parkland Realty
Paul Choi & Evelyn Youngrea Choi
Peckman, Peter H. & Nancy M.., c/o Investcal Realty Corp.
Pennsylvania Ltd. Partnership
Pepper Square Venture I
Perrot N.V. and Lowell Corporation
PFRS Dublin Corp.
PH Associates
Phoenix Concepts Corporation
Pier 1 Imports
Pike-Pal Associates
Pinata, Inc.
Plaza Camino Real
Plus Foods Discount, Inc.
Princessa Land Company, N.V.
Principle Life Insurance Co.
PRS Boyle Rd. Corp / Selden Center Associates / Net Realty Holding
Quick Foods, Inc. dba Taco Villa
Quivira 95 Company
Quortrup Petroleum Products, Inc.
Rhodes, Inc.
Richard & Kathryn Rossman
Richard L. Crawford and Geren Crawford Real Estate Investments
Robert V. McKeen & Co.
Robin Roach & Andrew P. Wieland
RREEF USA Fkund-III
Russell J. & Milton F. & Joyce Bruzzone
S. Klein Department Stores, Inc.
S.A.H. Partnership
Safari Realty Co., Inc.
Safeway Stores, Inc.
Safia, Inc.
Savmart of New Jersey, Inc.
Schantz, Schntz & Pernell
Scott William Wood
Serota & Sons
Shapell Industries of No. California, Inc.
Shepler's Inc.
Sheplers of Texas
Silver Shadow Land Company
Snack,Inc.
Soll Trust
Sota Bento Land Company, N.V.

16

South Plainfield Holding, Inc.
So. Pacific Dev. Co.
Southern Pacific Development
Southview Mexican Ltd. Partnership
Springs Assoc, L.P.
Springs Associates
Stanmel Corp.
Stein Mart, Inc.
Stephen Pontiac - Cadillac, Inc.
Sterling Projects, Inc.
Sylvor, Robert
Tony Roma's a/k/a Romacorp, Inc.
Taaz, L.L.C.
Taco Del Sur, Inc.
Taco Villa, Inc.
Terrin Holding, Co.
T/H Associates
The Fabric Emporium
The Great Atlantic and Pacific Tea Company
The Lincoln National Life Insurance Co.
The Lionel Corporation & Lionel Leisure, Inc.
The Oaks % Key Center
The Pep Boys - Manny, Moe & Jack
The Price Company
The Salvation Army
The Snyder Living Trust
The Voit Companies
Theodore, Judith, Edward & Thelma Bradford
Topps of Totowa
Trammel Crow Co.
Two Forty Associates
Two Guys from Harrison -- New York., Inc.
United Benefit Life Insurance Company
Urban Village Partners
Vess J. Barnes, Joyce A. Barnes, & Terry Smith as Trustees of Barnes Jewelry,
Inc. Employees Profit Sharing Trust
Village Parkway Venture
Vincent & Rose Di Tommaso
Vintage Faire Assocs
Virginia Square Ltd.
Volare Investments Co.
Vornado, Inc.
W. H. C. Realty Corp. (successor to Simon Konover)
Wal-Mart Stores, Inc.
Watson Land Company a/k/a Chomerics, Inc.
Wayne Industries, Inc.

17

Weingarten Realty Investors
Weingarten Realty, Inc.
Wendy's
West York Associates
Westbar Limited Partnership
Whataburger, Inc.
Whittaker/Valey River Partners
Who Songs & Larry's
Wickes Companies, Inc.
William K. Langfan and Aaron Ziegelman
Winfield Group
Wm. & Grace Garcia
Woodfair Venture, Ltd.
WRG Assoc. Four
WRG Assoc. Seven
WRG Assoc. Six
WRG Associates Five
WRG III, L.P.

AE.   Parties to the Debtors' Significant Executory Contracts and Leases Attorneys (retained in connection with the Chapter 11 proceeding)

To the best of the Debtors' knowledge, none have been retained.

AF.   Other Significant Parties-in-Interest (any party that has a substantial economic stake in the debtor; other parties-in-interest include parties in material litigation against The Debtor, public utility commissions of regulated entities, potential parties to M&A or asset transactions with the Debtor, etc.

<u>Issuers of the Debtors' Outstanding Surety Bonds:</u>
American International Group, Inc.
The Travelers Insurance Co.
Fireman's Fund Insurance Co.
The Hartford Financial Services Group, Inc.
St. Paul Companies, Inc.

<u>Letter of Credit Issuers:</u>
ABN AMRO Bank N.V.
Bank of America, N.A.
Citibank, N.A.
J.P. Morgan Chase & Co.
Wachovia Bank & Trust Company, N.A.

AG.   Other Significant Parties-in-Interest Attorneys retained in connection with the Chapter 11 proceeding

To the best of the Debtors' knowledge, non have been retained.

18

CH_DOCS\321000.1 [W97]

# EXHIBIT 2

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, DC 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647
WWW.SWIDLAW.COM

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

May 26, 2004

David T. Austern, Futures Representative
c/o Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Re: <u>W.R. Grace & Co.</u>

Dear David:

We are pleased that you have asked us to represent you in connection with the matters described below. This letter memorializes the essential terms of our agreement concerning this representation. Our retention is subject to approval of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

You have asked us, and we have agreed, to represent and provide legal advice to you, in your capacity as the legal representative of persons who may assert asbestos-related claims or demands in the future (the "Futures Representative") in connection with the case commenced by W.R. Grace & Co. ("W.R. Grace") under Chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Case"). In connection with this representation, we will:

- provide legal advice and representation to you with respect to the Futures Representative's powers and duties in connection with the Chapter 11 Case and any matters which may arise, including in connection with appropriate due diligence, the formulation of a plan of reorganization and one or more asbestos-payment trusts, and other matters;

- prepare and file on behalf of the Futures Representative all applications, motions, responses, objections and other pleadings in the Chapter 11 Case as may be necessary and as you authorize;

- appear on behalf of and represent the Futures Representative in the Chapter 11 Case at hearings, meetings of creditors and other meetings and proceedings, as appropriate;

David T. Austern, Futures Representative
May 26, 2004
Page 2

- represent and advise the Futures Representative with respect to any contested matter, adversary proceeding, lawsuit or other proceeding in which you may become a party or otherwise appear in connection with this Chapter 11 Case; and

- perform all other necessary legal services which you authorize as may be appropriate in connection with the Plan and the Chapter 11 Case.

In light of your appointment as the Futures Representative on May 24, 2004, you asked us to begin work on your behalf on that date.

W.R. Grace shall be responsible for payment of our bills to you. Our services will be billed at hourly rates for the legal personnel performing the services. Our current hourly rates for attorneys range from $185 to $650 per hour. Legal assistant and project assistant rates are lower. We normally adjust our hourly rates annually in January based upon advancements within the firm, seniority and other factors. In addition to our fees, W.R. Grace will be responsible for those expenses we incur on your behalf, including photocopying charges, travel expenses, expenses for "working meals," computerized research, transcription costs, non-ordinary overhead expenses such as secretarial and other overtime, and other expenses incurred on the Futures Representative's behalf.

Professional fees and expenses incurred by the Futures Representative during the Chapter 11 Case are subject to the requirements of the Bankruptcy Code and to review and approval by the Bankruptcy Court. While we will provide periodic statements to you of the fees and expenses incurred on your behalf, our fees and expenses incurred during the Chapter 11 Case may only be paid as authorized by the Bankruptcy Court.

The Futures Representative has the right to terminate our representation at any time. If the Futures Representative does so, W.R. Grace will be responsible for the time, costs and charges incurred in connection with our representation up to the date of termination, including the costs to transfer the work to new counsel. We may also terminate our representation for any reason consistent with the applicable Rules of Professional Conduct. Upon termination of our representation and full satisfaction of all outstanding fees, costs and charges, any balance remaining in the Futures Representative's account with us will be returned to W.R. Grace or as directed by the Bankruptcy Court.

We wish to call two specific matters to your attention. First, as you know, we represent the Asbestos Study Group in connection with the enactment of asbestos-related litigation reform legislation. As a consequence of this representation, you have not asked us to represent or advise you in connection with legislative matters, and you have indicated that you will look to other counsel should you decide in the future that you require representation on such matters. You have agreed to waive any potential conflict which may arise with respect to our representation of the Asbestos Study Group on legislative matters.

David T. Austern, Futures Representative
May 26, 2004
Page 3

Second, we represented a former employee of W.R. Grace in a matter for which W.R. Grace was responsible for its employee's legal fees and costs. We previously filed a proof of claim against W.R. Grace for such employee's unpaid legal fees and costs. Prior to the approval of our employment by the Court, we will have transferred our claim to an unrelated third party or waive our proof of claim.

We are still undertaking a conflicts check to insure that we do not have or represent any interests adverse to the Futures Representative on the matters upon which we are to be engaged. We will advise you promptly of any matters that may arise upon the completion of our conflicts check.

If you have any questions about this letter or about our services, fees or statements rendered hereafter, please call me so that we can discuss them directly.

Please execute the enclosed copy of this letter and return it to me to confirm your agreement to engage us upon the terms set forth in this letter.

We appreciate your confidence in entrusting this matter to us.

Very truly yours,

Roger Frankel

AGREED:

DAVID T. AUSTERN, in his capacity
as Futures Representative for W.R. Grace & Co.,
and not individually

Dated: May 28 2004

9146046v2