IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No.: 01-01139 (JJF) |
| W.R. GRACE & CO., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related to Docket No. 5429 &** |
| | ) | **5/24/04 Agenda Item No. 6** |

### NOTICE OF DOCUMENTS ENTERED IN ERROR [5639] [5649]

Thomas C. Martin, Esquire, Fox Rothschild LLP, co-counsel to Timothy Kane ("Movant"), hereby files this Notice of Document Entered in Error regarding the Certification of Counsel Regarding Order Granting Renewed Motion of Timothy Kane for Relief from the Automatic Stay filed on May 24, 2004, (DI Nos. 5639 and 5649).  An error was made when the Certification of Counsel was filed, in that revisions were made subsequently.

FOX ROTHSCHILD LLP

By: /s/ Thomas C. Martin
    Thomas C. Martin, Esquire
    Delaware Bar No. 3757
    919 N. Market Street, Suite 1300
    Wilmington, DE 19899-2323
    Tel (302) 654-7444/Fax (302) 656-8920

    *Co-counsel to Timothy Kane, Movant*

Dated: June 16, 2004

WM1A 39155v1 06/16/04