IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 15, 2004 at 4:00 p.m. |

## NO ORDER REQUIRED CERTIFICATION
## OF NO OBJECTION REGARDING DOCKET NO. 5648

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Thirty-Fourth Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from April 1, 2004 through April 30, 2004 ("the Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than June 15, 2004 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $13,262.00 which represents 80% of the fees ($16,577.50) and $287.16 which represents 100% of the expenses requested in the Application for the period April 1, 2004 through April 30, 2004 upon the filing of this certification and without

[continued on next page]

the need for entry of a Court order approving the Application.

Dated: June 16, 2004               FERRY, JOSEPH & PEARCE, P.A.


                                   /s/ Theodore J. Tacconelli
                                   Michael B. Joseph (No. 392)
                                   Theodore J. Tacconelli (No. 2678)
                                   824 Market Street, Suite 904
                                   P.O. Box 1351
                                   Wilmington, DE. 19899
                                   Tel:   (302) 575-1555
                                   Fax:   (302) 575-1714

                                   -and-

                                   Scott L. Baena, Esquire
                                   Jay M. Sakalo, Esquire
                                   Allyn S. Danziesen, Esquire
                                   BILZIN, SUMBERG, BAENA, PRICE &
                                    AXELROD, LLP
                                   2500 Wachovia Financial Center
                                   200 South Biscayne Boulevard
                                   Miami, FL 33131-2336
                                   Tel:   (305) 374-7580
                                   Fax:   (305) 374-7593

                                   Co-Counsel to the Official Committee of Asbestos
                                   Property Damage Claimants

the need for entry of a Court order approving the Application.

Dated: June 16, 2004               FERRY, JOSEPH & PEARCE, P.A.


                                   /s/ Theodore J. Tacconelli
                                   Michael B. Joseph (No. 392)
                                   Theodore J. Tacconelli (No. 2678)
                                   824 Market Street, Suite 904
                                   P.O. Box 1351
                                   Wilmington, DE. 19899
                                   Tel:   (302) 575-1555
                                   Fax:   (302) 575-1714

                                   -and-

                                   Scott L. Baena, Esquire
                                   Jay M. Sakalo, Esquire
                                   Allyn S. Danziesen, Esquire
                                   BILZIN, SUMBERG, BAENA, PRICE &
                                    AXELROD, LLP
                                   2500 Wachovia Financial Center
                                   200 South Biscayne Boulevard
                                   Miami, FL 33131-2336
                                   Tel:   (305) 374-7580
                                   Fax:   (305) 374-7593

                                   Co-Counsel to the Official Committee of Asbestos
                                   Property Damage Claimants