IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 01-01139 (JJF) |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | *Re 6/21/04 Ag # 2* |

## ORDER AUTHORIZING THE DEBTORS TO EMPLOY LATHAM & WATKINS LLP AS SPECIAL ENVIRONMENTAL COUNSEL TO THE DEBTORS

Upon the application (the "Application") of the above-captioned debtors and

debtors-in-possession (collectively, the "Debtors") seeking entry of an order under sections

327(e) and 330 of title 11 of the United States Code (as amended, the "Bankruptcy Code")

authorizing the Debtors to employ and retain Latham & Watkins LLP ("Latham") as special

counsel for the Debtors with respect to the specified matters set forth in the Application; and

upon the Certification of John McGahren submitted in support of the Application; and it

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCKET # 5418

DATE 5/19/04

appearing that the relief requested is in the best interest of the Debtors' estates and their creditors

and other parties in interest; and it appearing that this is a core matter under 28 U.S.C. § 157; and

it appearing that Latham does not represent any interest adverse to the Debtors or their estates

with respect to the matters on which Latham is to be employed, and meets all requirements for

retention set forth in the Bankruptcy Code; and it appearing that the terms and conditions of

Latham's employment as further described in the Application are reasonable; and adequate

notice having been given of the Application; and good and sufficient cause existing to grant the

Application;

NOW, THEREFORE, IT IS HEREBY:

ORDERED that the Application is GRANTED; and it is further

ORDERED that, pursuant to sections 327(e) and 330 of the Bankruptcy Code, the

retention and employment of Latham as special environmental counsel to the Debtors for the

purposes set forth in the Application is hereby approved, nunc pro tunc to the petition date of the

above-captioned proceedings; and it is further

ORDERED that Latham shall be compensated under sections 330 and 331 of the

Bankruptcy Code and any further or other Orders of this Court concerning compensation of

professionals in these cases, and in accordance with the terms set forth in the Application and the

Certificate of John McGahren in support of the Application, and shall be reimbursed for all

allowed necessary, actual and reasonable expenses; and it is further

ORDERED that the allowed fees and expenses of Latham shall be an

administrative expense of the Debtors' estates; and it is further

2

ORDERED that this Order shall become effective immediately upon its entry; and

it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order.

*ordered that any prepetition claims of Latham is WAIVED.*

Dated:    June 16    , 2004

Judith K. Fitzgerald
reb
_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3