## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No.: 01-1139(JJF) |
| W.R. GRACE & CO., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related to Docket No. 5429 &** |
| | ) | **5/24/04 Agenda Item No. 6** |

### ORDER

AND NOW, this 16th day of June, 2004, the Court having been presented with the Renewed Motion of Timothy Kane for Relief from the Automatic Stay (the "Renewed Motion"), and the Court being advised of the agreement between Kane and Debtors on the relief sought in this Motion, the Court is of the opinion that the Renewed Motion should be granted;

IT IS THEREFORE ORDERED that Kane be allowed to proceed in the action of Kane v. Walt Disney World Co., et al., Case No. CI00-6803 (Cir.Ct. Orange Cty. Florida) (the "Kane Action") and that neither the automatic stay which is the subject of this Motion, nor any applicable preliminary injunction entered in these bankruptcy cases shall prevent Kane from so proceeding.

IT IS FURTHER ORDERED that Kane may take all steps necessary to proceed with the Kane Action, including discovery, motion practice, alternative dispute resolution, and other procedures necessary in anticipation for trial.

IT IS FURTHER ORDERED that the Kane Action may proceed to trial and judgment and that Kane is limited in his recovery against the above-captioned Debtors to the amount of insurance proceeds available to satisfy Kane's judgment against Debtors at the time a judgment is entered or settlement is reached, as applicable.

WMIA 37923v1 06/08/04

NOTHING IN THIS ORDER shall otherwise effect the respective rights of Kane or the Debtors in these bankruptcy cases.

SO ORDERED

*Judith K. Fitzgerald* /reb
UNITED STATES BANKRUPTCY JUDGE