IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: July. 6, 2004 at 4:00p.m.** |
| | | **Hearing Date :   TDB only if necessary** |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

June 7, 2004
Invoice No. 23895
Client No.  734680

For Professional Services Rendered through   05/31/04

Matter #          734680.1        VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| 05/01/04 JMA | RCRA Fee Petition - review Grace RCRA Fee Petition for oral argument | 1.80 | 675.00 |
| 05/01/04 JMA | Receipt and review memo from MEF re: rules for opting out of mediation | .30 | 112.50 |
| 05/01/04 JMA | Phone - C. Marraro re: Fee Petition argument - strategy | .40 | 150.00 |
| 05/01/04 JMA | Receipt and review memo from K. Brown re: off-site excavation | .20 | 75.00 |
| 05/01/04 JMA | Receipt and review email from C. Anderson re: excavation 60% Design Report | .10 | 37.50 |
| 05/01/04 JMA | Receipt and review letter from K. Coakley to M. Daneker re: Force Majeur request | .20 | 75.00 |
| 05/01/04 JMA | Receipt and review memo from K. Brown re: Bedrock Groundwater Investigation meeting | .20 | 75.00 |
| 05/01/04 JMA | Review of and comments to Honeywell 4/30/04 60% Design Report | 2.60 | 975.00 |
| 05/03/04 JAB | Telephone call with JMA, CM, Bowe and Nagy; review proposed plan | 2.00 | 750.00 |
| 05/03/04 JMA | Phone - R. Senftleben re: development issues | .20 | 75.00 |
| 05/03/04 JMA | Phone - M. Daneker and C. Marraro re: RAA issues | .40 | 150.00 |
| 05/03/04 JMA | Conference with C. Marraro re: RAA issues | .50 | 187.50 |
| 05/03/04 JMA | Phone conference with C. Marraro and K. Brown re: RAA issues | .70 | 262.50 |
| 05/03/04 JMA | Phone - C. Marraro and A. Nagy re: development issues | .40 | 150.00 |
| 05/03/04 JMA | Phone conference with C. Marraro, A. Nagy, B. Bowe and JAB re: development issues | 1.00 | 375.00 |

W.R. GRACE & COMPANY                                    June 7, 2004
Client No.            734680              Page      2
INVOICE NO.           23895

| | | | |
|---|---|---|---|
| 05/03/04 JMA Phone - K. Millian and B. Terris re: development issues | | .20 | 75.00 |
| 05/03/04 JMA Review Jersey City Blight Study and Redevelopment Plan | | 1.50 | 562.50 |
| 05/03/04 JMA RCRA Fee Petition - review moving, opposition and reply papers re: RCRA Fee Petition for oral argument | | 5.00 | 1875.00 |
| 05/03/04 JMA RCRA Fee Petition - review Honeywell motion, opposition and reply for oral argument | | 1.00 | 375.00 |
| 05/03/04 JMA RCRA Fee Petition - conference with C. Marraro re: oral argument | | 3.00 | 1125.00 |
| 05/03/04 MEF RCRA Fee Petition - assist in preparations for oral argument | | 2.10 | 525.00 |
| 05/04/04 JAB Telephone call with JMA | | .20 | 75.00 |
| 05/04/04 JAB Telephone call with Bowe's sec. | | .10 | 37.50 |
| 05/04/04 JAB Review and revise Bowe letter | | 1.00 | 375.00 |
| 05/04/04 JAB Telephone call with Bowe | | .30 | 112.50 |
| 05/04/04 JAB Telephone call with Nagy | | .40 | 150.00 |
| 05/04/04 JMA RCRA Fee Petition - review file for oral argument | | 1.20 | 450.00 |
| 05/04/04 JMA RCRA Fee Petition - conference with C. Marraro re: oral argument | | 1.50 | 562.50 |
| 05/04/04 JMA RCRA Fee Petition - attend oral argument | | 4.30 | 1612.50 |
| 05/04/04 JMA RCRA Fee Petition - conference wit R. Senftleben and C. Marraro re: oral argument | | .80 | 300.00 |
| 05/04/04 JMA Phone - counsel for Jersey City re: redevelopment issues | | .30 | 112.50 |
| 05/04/04 JMA Conference with C. Marraro re: development issues | | .70 | 262.50 |
| 05/04/04 JMA Conference with JAB re: development issues | | .20 | 75.00 |
| 05/04/04 JMA Phone conference with C. Marraro and A. Nagy re: development issues | | .30 | 112.50 |

```
W.R. GRACE & COMPANY                              June 7, 2004
Client No.              734680             Page       3
INVOICE NO.             23895
```

| | | | |
|---|---|---|---|
| 05/04/04 JMA | Attend Jersey City Planning Board meeting | 3.50 | 1312.50 |
| 05/04/04 MEF | T/cs with JMA and Pat at Prout re: Planning Board Meeting | .30 | 75.00 |
| 05/04/04 MEF | RCRA Fee Petition - continue assisting in preparation for oral argument | .70 | 175.00 |
| 05/04/04 MEF | Review Resolution of the City of Jersey City | .30 | 75.00 |
| 05/04/04 MEF | Letter to B. Bowe re: Resolution of the City of Jersey City | .20 | 50.00 |
| 05/04/04 MEF | Phones with Barbara at Prout re: Planning Board hearing | .20 | 50.00 |
| 05/04/04 RCS | Assist John Agnello, Esq. and Chris Marraro, Esq. with research regarding New Jersey Redevelopment laws. | .70 | 157.50 |
| 05/04/04 JF | Review of documents at Jersey City Planning Board | 2.50 | 225.00 |
| 05/05/04 JAB | Review Bowe letter | .30 | 112.50 |
| 05/05/04 JAB | Research | .20 | 75.00 |
| 05/05/04 JMA | Conference with A. Nagy, R. Senftleben, C. Marraro re: development issues | 2.50 | 937.50 |
| 05/05/04 JMA | Phone - K. Millian, C. Marraro re: RAA issues | .40 | 150.00 |
| 05/05/04 JMA | Letter to Jersey City re: development issues | 1.20 | 450.00 |
| 05/05/04 JMA | Conference with C. Marraro and R. Senftleben re: revisions to letter to Jersey City | .40 | 150.00 |
| 05/05/04 JMA | Revise letter to Jersey City re: development issues | .40 | 150.00 |
| 05/05/04 JMA | Conference call with Special Master and all parties | .50 | 187.50 |
| 05/05/04 JMA | Phone - K. Brown, C. Marraro, A. Nagy and R. Senftleben re: RAA issues | .50 | 187.50 |
| 05/05/04 JMA | Phone - C. Marraro and M. Daneker re: RAA issues | .50 | 187.50 |
| 05/05/04 JMA | Conference with A. Nagy, R. Senftleben, C. Marraro re: conference call with Special Master | .50 | 187.50 |

W.R. GRACE & COMPANY                                          June 7, 2004
Client No.              734680                          Page       4
INVOICE NO.             23895

| | | | | |
|---|---|---|---|---|
| 05/05/04 | JMA | Receipt and review letter from B. Bowe to Planning Board | .40 | 150.00 |
| 05/05/04 | JMA | Receipt and review email from T. Pasuit re: Special Master conference call | .10 | 37.50 |
| 05/05/04 | JMA | Conference with A. Nagy, R. Senftleben, C. Marraro re: RAA issues | 1.00 | 375.00 |
| 05/05/04 | MEF | Appeal - review status of motion to modify briefing schedule and time for Honeywell's response | .20 | 50.00 |
| 05/06/04 | JMA | Phone - R. Senftleben re: RAA issues | .30 | 112.50 |
| 05/06/04 | JMA | Receipt and review Jersey Journal article re: development issues | .20 | 75.00 |
| 05/06/04 | JMA | Phone - C. Marraro re: development issues | .20 | 75.00 |
| 05/06/04 | JMA | Phone - counsel for Special Master re: RAA issues | .20 | 75.00 |
| 05/06/04 | JMA | Phone - A. Nagy re: development issues | .20 | 75.00 |
| 05/06/04 | JMA | Phone - Earl Morgan, Jersey Journal, re: development issues | .40 | 150.00 |
| 05/06/04 | JMA | Phone - C. Marraro re: development issues | .30 | 112.50 |
| 05/06/04 | JMA | Receipt and review email from counsel for Special Master re: 5/10 meeting on development issues, etc. | .20 | 75.00 |
| 05/06/04 | JMA | Receipt and review two notices of electronic filing re: errors in Special Master's 11th Fee Petition electronic filing | .20 | 75.00 |
| 05/07/04 | KLW | RCRA Fee Application - Review fee petition; opposition; reply and surreply in preparation for drafting proposed findings and conclusions | 6.00 | 1560.00 |
| 05/07/04 | JMA | Phone - A. Nagy's secretary | .10 | 37.50 |
| 05/07/04 | JMA | Appeal - receipt and review letter from L. Thomas to Case Manager | .10 | 37.50 |
| 05/07/04 | JMA | Appeal - receipt and review ICO opposition to Honeywell request for additional brief pages | .30 | 112.50 |
| 05/07/04 | JMA | Appeal - phone - C. Marraro re: pending motions | .30 | 112.50 |

```
W.R. GRACE & COMPANY                                      June 7, 2004
Client No.                  734680              Page       5
INVOICE NO.                 23895
```

| | | | | |
|---|---|---|---|---|
| 05/07/04 | JMA | Receipt and review email from A. Nagy re: development issues | .20 | 75.00 |
| 05/07/04 | JMA | RCRA Fee Petition - Conference with MEF, KLW, RCS re: preparation of Findings of Fact and Conclusions of Law | .60 | 225.00 |
| 05/07/04 | JMA | Receipt and review email from S. Graham re: expanded bedrock investigation | .10 | 37.50 |
| 05/07/04 | JMA | Receipt and review expanded bedrock investigation Power Point slides and schedule | .50 | 187.50 |
| 05/07/04 | JMA | RCRA Fee Petition - preparation of preliminary outline for Findings of Fact - Conclusions of Law | 1.40 | 525.00 |
| 05/07/04 | JMA | Receipt and review letter from Parsons re: offshore investigation | .20 | 75.00 |
| 05/07/04 | JMA | Receipt and review letter from K. Millian to Senator Torricelli re: Honeywell website | .40 | 150.00 |
| 05/07/04 | JMA | Receipt and review notice of electronic filing re: Order approving Special Master's Tenth Fee Application | .10 | 37.50 |
| 05/07/04 | JMA | Receipt and review executed Order - Special Master's Tenth Fee Application | .20 | 75.00 |
| 05/07/04 | JMA | Phone - counsel for Special Master re: development issues | .20 | 75.00 |
| 05/07/04 | JMA | Phone - C. Marraro re: RAA matters | .30 | 112.50 |
| 05/07/04 | JMA | RCRA Fee Petition - conference with KLW | .20 | 75.00 |
| 05/07/04 | RCS | RCRA Fee Petition - Meeting with John Agnello, Esq. and Melissa Flax, Esq. re: preparation of Findings of Fact and Conclusions of Law. | .20 | 45.00 |
| 05/08/04 | RCS | RCRA Fee Petition - Review caselaw re: awarding attorney's fees in preparation for Findings of Fact and Conclusions of Law. | 7.50 | 1687.50 |
| 05/09/04 | MEF | Third Circuit - Review docket re: status of motions | .20 | 50.00 |
| 05/09/04 | MEF | Email to JMA and CHM re: status of Honeywell's motion to file overlength briefs | .20 | 50.00 |

```
W.R. GRACE & COMPANY                                    June 7, 2004
Client No.              734680                    Page        6
INVOICE NO.             23895
```

| | | | |
|---|---|---|---|
| 05/10/04 JMA | Appeal - receipt and review letter from C. Anderson to Clerk | .10 | 37.50 |
| 05/10/04 JMA | Appeal - receipt and Honeywell reply re: motion for overlength brief | .30 | 112.50 |
| 05/10/04 JMA | Phone conference with C. Marraro re: meeting with Special Master | .30 | 112.50 |
| 05/10/04 JMA | Review notes for meeting with Special Master | .70 | 262.50 |
| 05/10/04 JMA | Attend meeting with Special Master and counsel | 2.00 | 750.00 |
| 05/10/04 JMA | Conference with C. Marraro re: development and RAA issues | 2.70 | 1012.50 |
| 05/10/04 JMA | Phone - A. Nagy re: RAA issues | .30 | 112.50 |
| 05/10/04 JMA | Review notes re: proposed resolution of RAA issues | .40 | 150.00 |
| 05/10/04 RCS | RCRA Fee Petition - Review caselaw in preparation of Findings of Fact and Conclusions of Law. | 3.50 | 787.50 |
| 05/10/04 RCS | RCRA Fee Petition - Prepare synopsis of certain attorney fee cases for preparation of Findings of Fact and Conclusions of Law. | .50 | 112.50 |
| 05/11/04 JMA | Appeal - receipt and review Order re: Honeywell motion for overlength brief | .20 | 75.00 |
| 05/11/04 JMA | Receipt and review letter from K. Millian to Judge Cavanaugh's law clerk re: Riverkeeper case | .20 | 75.00 |
| 05/11/04 JMA | Appeal - receipt and review letter from C. Anderson to Case Manager | .10 | 37.50 |
| 05/11/04 JMA | Appeal - receipt and review Honeywell responses to Grace motion to shift briefing schedule | .50 | 187.50 |
| 05/11/04 JMA | Receipt and review notice of electronic filing re: Special Master's Eleventh Fee Petition | .10 | 37.50 |
| 05/11/04 JMA | Receipt and review motion by Special Master for Order approving Eleventh Fee Petition | .20 | 75.00 |
| 05/11/04 JMA | Receipt and review Special Master's Eleventh Fee Application | .60 | 225.00 |

W.R. GRACE & COMPANY                                June 7, 2004
Client No.              734680                      Page      7
INVOICE NO.             23895

| | | | | |
|---|---|---|---|---|
| 05/11/04 | JMA | Receipt and review proposed Order - Special master's Eleventh Fee Application | .10 | 37.50 |
| 05/11/04 | JMA | Letter to Judge Cavanaugh re: Special Master's Eleventh Fee Application | .20 | 75.00 |
| 05/11/04 | JMA | Phone - Counsel for Special Master | .30 | 112.50 |
| 05/11/04 | JMA | Email to A. Nagy and R. Senftleben | .10 | 37.50 |
| 05/11/04 | JMA | Phone - C. Marraro and K. Millian re: RAA issues | .40 | 150.00 |
| 05/11/04 | JMA | Phone - C. Marraro re: RAA issues | .30 | 112.50 |
| 05/11/04 | JMA | Phone - C. Marraro re: RAA issues | .30 | 112.50 |
| 05/11/04 | JMA | Phone - C. Marraro re: RAA issues | .20 | 75.00 |
| 05/11/04 | RCS | RCRA Fee Petition - Continued review of caselaw in preparation for Findings of Fact and Conclusions of Law. | 1.50 | 337.50 |
| 05/11/04 | RCS | RCRA Fee Petition - Preparation of Memorandum to John Agnello, Esq. and Melissa Flax, Esq. re: selected fee petition cases. | .20 | 45.00 |
| 05/12/04 | KLW | Research extent to which bankruptcy court's approval of fee is subject to re-examination in present action | .90 | 234.00 |
| 05/12/04 | JMA | Conference with MEF re: Honeywell opposition to Grace motion for additional time for brief | .20 | 75.00 |
| 05/12/04 | JMA | RCRA Fee Petition - conference with MEF re: Grace Defendants' post-hearing submission | .30 | 112.50 |
| 05/12/04 | JMA | Receipt and review emails re: meeting with Special Master and Regulators | .20 | 75.00 |
| 05/12/04 | JMA | Review file for Special Master's meeting with Regulators | .40 | 150.00 |
| 05/12/04 | JMA | Attend meeting with Special Master and Regulators | 3.00 | 1125.00 |
| 05/12/04 | JMA | Memo to C. Marraro, K. Brown re: meeting with Special Master and Regulators | .60 | 225.00 |
| 05/12/04 | JMA | Receipt and review email from M. Daneker re: consensus on RAA issues | .20 | 75.00 |

```
W.R. GRACE & COMPANY                              June 7, 2004
Client No.                734680           Page      8
INVOICE NO.               23895
```

| | | | | |
|---|---|---|---|---|
| 05/12/04 | JMA | Review Honeywell proposed Stipulated Order re: 60% Design Work Plan | .50 | 187.50 |
| 05/12/04 | JMA | RCRA Fee Petition - receipt and review letter from D. Field re: schedule for post-hearing submissions | .20 | 75.00 |
| 05/12/04 | JMA | RCRA Fee Petition - phone - D. Field | .10 | 37.50 |
| 05/12/04 | JMA | RCRA Fee Petition - email to C. Marraro re: filing dates | .10 | 37.50 |
| 05/12/04 | MEF | RCRA Fee Application - conference with KLW re: preparation of Findings of Fact and Conclusions of Law | .30 | 75.00 |
| 05/12/04 | MEF | Appeal - receipt and review notice from Clerk re: Honeywell motion for overlength briefs | .20 | 50.00 |
| 05/12/04 | MEF | RCRA Fee Petition - review transcript of 5/4/04 hearing on fee petition | 2.00 | 500.00 |
| 05/12/04 | MEF | Appeal  - review Honeywell's response to motion to amend briefing schedule | .50 | 125.00 |
| 05/12/04 | MEF | Appeal - review docket re: status of motions | .20 | 50.00 |
| 05/12/04 | MEF | Appeal - email to CHM, WFH and JMA re: order granting Honeywell's motion to file overlength opening and reply briefs | .20 | 50.00 |
| 05/13/04 | JMA | Receipt and review email from K. Millian re: site visit | .10 | 37.50 |
| 05/13/04 | JMA | Receipt and review letter from J. Dugan to K. Coakley | .40 | 150.00 |
| 05/13/04 | JMA | Letter to Special Master re: Dugan letter | .50 | 187.50 |
| 05/13/04 | JMA | Receipt and review email from K. Millian to D. Field | .20 | 75.00 |
| 05/13/04 | JMA | Phone - C. Marraro re: Dugan letter and letter to Special Master | .40 | 150.00 |
| 05/13/04 | JMA | Revise letter re: Dugan letter | .30 | 112.50 |
| 05/13/04 | JMA | Phone - K. Millian re: Dugan letter and Site visit | .30 | 112.50 |
| 05/13/04 | JMA | Phone - K. DeSoto's office | .10 | 37.50 |

W.R. GRACE & COMPANY                                    June 7, 2004
Client No.           734680                        Page      9
INVOICE NO.          23895

| | | | |
|---|---|---|---|
| 05/13/04 JMA | Conference with RCS re: Jersey City Planning Board meeting schedule and agendas | .30 | 112.50 |
| 05/13/04 JMA | Receipt and review email from K. Millian re: changes to 60% Design Report | .30 | 112.50 |
| 05/13/04 JMA | Appeal - receipt and review letter from B. Terris to Clerk | .10 | 37.50 |
| 05/13/04 JMA | Appeal - receipt and review ICO response to Grace motion to modify brief schedule | .30 | 112.50 |
| 05/13/04 JMA | Phone - counsel for Special Maser re: RAA issues | .30 | 112.50 |
| 05/13/04 JMA | RCRA Fee Petition - receipt and review letter from D. Field to Judge Cavanaugh | .10 | 37.50 |
| 05/13/04 JMA | RCRA Fee Petition - letter to C. Marraro re: transcript of hearing | .20 | 75.00 |
| 05/13/04 JMA | Receipt and review memo from K. Brown with comments to Stipulated Order regarding 60% Design Work Plan | .30 | 112.50 |
| 05/13/04 JMA | Prepare redlined version of Stipulated Order regarding 60% Design Work Plan with Grace comments | 2.70 | 1012.50 |
| 05/13/04 JMA | Email re: Stipulated Order regarding 60% Design Work Plan | .20 | 75.00 |
| 05/13/04 JMA | Phone - K. Brown re: RAA issues | .40 | 150.00 |
| 05/13/04 JMA | Receipt and review email from K. Millian with proposed revisions to RAA Consensus Order | .40 | 150.00 |
| 05/13/04 JMA | Appeal - conference with MEF re: Honeywell opposition to Grace motion to shift briefing schedule | .20 | 75.00 |
| 05/13/04 JMA | Phone - K. Millian re: RAA issues | .20 | 75.00 |
| 05/13/04 MEF | Appeal - receipt and review ICO response to Grace motion to modify briefing schedule | .30 | 75.00 |
| 05/13/04 MEF | Appeal - Conference with JMA re: Honeywell opposition to motion to modify briefing schedule | .20 | 50.00 |

```
W.R. GRACE & COMPANY                                June 7, 2004
Client No.              734680                   Page      10
INVOICE NO.             23895
```

| Date | | Description | | |
|------|---|-------------|---|---|
| 05/13/04 | RCS | Meeting with John Agnello, Esq. re: scheduling of Jersey City Planning Board meetings. | .10 | 22.50 |
| 05/13/04 | RCS | Telephone call to Jersey City Planning Board re: meetings. | .10 | 22.50 |
| 05/14/04 | JMA | Appeal - phone - M. Steinberg re: Amicus Brief | .10 | 37.50 |
| 05/14/04 | JMA | Appeal - phone - L. Thomas re: Amicus Brief Strinkly Group | .10 | 37.50 |
| 05/14/04 | JMA | Appeal - Phone - C. Marraro re: Amicus Brief Steinberg Group | .30 | 112.50 |
| 05/14/04 | JMA | Phone - R. Senftleben re: RAA issues | .40 | 150.00 |
| 05/14/04 | JMA | Phone - C. Marraro re: RAA issues | .40 | 150.00 |
| 05/14/04 | JMA | RCRA Fee Petition - phone - C. Marraro re: post-hearing submission | .30 | 112.50 |
| 05/14/04 | RCS | Receipt and review of Jersey City Planning Board Agendas for May 4 and May 18. | .20 | 45.00 |
| 05/14/04 | RCS | Telephone calls to Agnes at Jersey City Planning Board regarding upcoming meetings and agendas. | .20 | 45.00 |
| 05/14/04 | RCS | Memorandum to John Agnello, Esq. regarding Jersey City Planning Board Meetings and agendas. | .30 | 67.50 |
| 05/15/04 | JMA | Phone - C. Marraro re: RAA and development issues | .40 | 150.00 |
| 05/15/04 | JMA | Receipt and review email from T. Pasuit re: special Master consent (5/19) | .10 | 37.50 |
| 05/15/04 | JMA | Receipt and review letter from K. Coakley re: Special Master consent (5/19) | .10 | 37.50 |
| 05/15/04 | JMA | Receipt and review email from T. Pasuit re: special Master consent (5/21) | .10 | 37.50 |
| 05/15/04 | JMA | Receipt and review email from K. Coakley re: Special Master consent (5/21) | .10 | 37.50 |
| 05/15/04 | JMA | Receipt and review email from D. Schwartz re: Roned fence | .10 | 37.50 |

```
W.R. GRACE & COMPANY                              June 7, 2004
Client No.           734680                   Page      11
INVOICE NO.          23895
```

| | | | | |
|---|---|---|---|---|
| 05/15/04 | JMA | Receipt and review email from C. Anderson to Special Master | .10 | 37.50 |
| 05/15/04 | JMA | Receipt and review Honeywell request for additional time re: Stipulated Order 60% Design Work Plan | .20 | 75.00 |
| 05/15/04 | JMA | Receipt and review email from D. Schwartz | .10 | 37.50 |
| 05/15/04 | JMA | Receipt and review letter from M. Daneker to Special Master's counsel re: right-of-way issues | .40 | 150.00 |
| 05/15/04 | JMA | Receipt and review letter from M. Daneker to W. Mueller re: Roned fence with drawing | .30 | 112.50 |
| 05/15/04 | JMA | Appeal - receipt and review Order re: Honeywell motion for additional pages | .30 | 112.50 |
| 05/15/04 | JMA | Receipt and review email from S. Graham | .10 | 37.50 |
| 05/15/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group with revised TSDF tables re: locations, capacities, etc. | .60 | 225.00 |
| 05/15/04 | JMA | Receipt and review email from S. Graham re: Progress Report #12 | .10 | 37.50 |
| 05/15/04 | JMA | Receipt and review letter from Parsons to Special Master re: Honeywell Progress Report #12 | .10 | 37.50 |
| 05/15/04 | JMA | Receipt and review Honeywell Progress Report #12 | .80 | 300.00 |
| 05/17/04 | JMA | Appeal - review information re: Superfund Settlements Project | 1.00 | 375.00 |
| 05/17/04 | JMA | Appeal - phone - C. Marraro re: Superfund Settlements Project | .40 | 150.00 |
| 05/17/04 | JMA | RCRA Fee Petition - review cases re: fee awards | 1.70 | 637.50 |
| 05/17/04 | JMA | Appeal - conference with JAK re: Superfund Settlement Project Amicus Brief | .30 | 112.50 |
| 05/17/04 | JMA | RCRA Fee Petition - conference with KLW re: post-hearing submission | .40 | 150.00 |
| 05/17/04 | JMA | Appeal - phone - K. Millian re: Amicus issues | .30 | 112.50 |

W.R. GRACE & COMPANY                                    June 7, 2004
Client No.            734680                    Page      12
INVOICE NO.           23895

05/17/04 JMA Phone - C. Marraro re: RAA issues              .40      150.00

05/17/04 MEF Appeal - receipt and review order granting     .20       50.00
             Honeywell motion to file overlength opening and
             reply briefs

05/17/04 JAK Appeal - research Superfund Settlements Project 2.40    384.00
             pertaining to amicus brief

05/17/04 RCS RCRA Fee Petition- review caselaw in contested  .80     180.00
             fee matters.

05/18/04 KLW RCRA Fee Petition - Conference with JMA and RCS 1.00    260.00
             re preparation of findings of fact

05/18/04 JMA RCRA Fee Petition - Conference with MEF re:    4.50    1687.50
             preparation of Conclusions of Law portion of
             post-hearing submission

05/18/04 JMA Phone - C. Marraro re: RAA issues              .20       75.00

05/18/04 JMA Appeal - phone - R. Senftleben and C. Marraro  .50      187.50
             re: Amicus issues

05/18/04 JMA Phone - M. Daneker re: revisions to 60% Design .20       75.00
             Report Order

05/18/04 JMA Appeal - phone - C. Marraro re: Amicus issues  .40      150.00

05/18/04 JMA Appeal - phone - K. Millian and C. Marraro re: .30      112.50
             Amicus issues

05/18/04 JMA Phone - C. Marraro re: RAA issues              .30      112.50

05/18/04 JMA RCRA Fee Petition - conference with KLW and RCS 1.00    375.00
             re: preparation of Findings of Fact portion of
             post-hearing submission

05/18/04 JMA Phone - R. Senftleben re: RAA issues           .30      112.50

05/18/04 JMA Appeal - receipt and review email from K.      .20       75.00
             Millian re: Amicus issues

05/18/04 JMA Receipt and review letter from K. Millian with .20       75.00
             signature page - Order re: 60% Design Work Plan

05/18/04 JMA Phone - M. Daneker voice mail                  .10       37.50

05/18/04 JMA Phone - A. Nagy re: status of remediation      .40      150.00
             issues

W.R. GRACE & COMPANY                                June 7, 2004
Client No.            734680               Page      13
INVOICE NO.           23895


05/18/04 JMA Execution of Stipulated Order regarding 60%      .20      75.00
             Design Work Plan

05/18/04 JMA Conference with MEF re: Stipulated Order         .20      75.00
             regarding 60% Design Work Plan

05/18/04 JMA Appeal - receipt and review letter from M.       .20      75.00
             Sprague re: Joint Appendix

05/18/04 JMA Appeal - conference with MEF re: Joint Appendix  .40     150.00
             and deferred appendix issue

05/18/04 MEF PACER search - Third Circuit docket             .20      50.00

05/18/04 MEF RCRA Fee Petition - Conference with JMA re:     4.50    1125.00
             preparation of conclusions of law for RCRA fee
             petition

05/18/04 MEF Conference with JMA re: Stipulated Order        .20      50.00
             Regarding 60% Design Work Plan

05/18/04 MEF Appeal - Conference with JMA re: joint appendix  .40     100.00
             and deferred appendix issues

05/18/04 MEF Appeal - review letter from M. G. Sprague re:   .20      50.00
             Vol. I of Joint Appendix

05/18/04 JAK Appeal - conference with JMA re: Superfund       .20      32.00
             Settlements Project

05/18/04 JAK Appeal - research Charter and Mission Statement 2.40     384.00
             of Superfund Settlements Project

05/18/04 RCS RCRA fee petition - meeting with JMA and KLW to  .70     157.50
             discuss preparation of Findings of Fact.

05/18/04 RCS Appearance at Jersey City Planning Board         .70     157.50
             meeting to Bayfront I Redevelopment Area.

05/18/04 RCS RCRA fee petition - review certain portions of  1.50     337.50
             ECARG's petitions for attorneys' fees, costs
             and expenses.

05/18/04 RCS RCRA fee petition - draft findings of fact for  3.50     787.50
             fact related to Carella Byrne's petition for
             attorneys' fees, costs and expenses on behalf
             of ECARG.

05/19/04 KLW Continue preparation of findings of fact re W.  12.50    3250.00
             King's fees and expenses and re experts

W.R. GRACE & COMPANY                                June 7, 2004
Client No.              734680              Page        14
INVOICE NO.             23895


| | | | |
|---|---|---:|---:|
| 05/19/04 JMA | Letter to counsel for Special Master with Jersey City Planning Board transcript | .20 | 75.00 |
| 05/19/04 JMA | RCRA Fee Petition - phone - K. Millian re: format of post-hearing submission | .20 | 75.00 |
| 05/19/04 JMA | Receipt and review memo from RCS re: upcoming Planning Board meetings and 5/18/04 agenda | .40 | 150.00 |
| 05/19/04 JMA | Conference with RCS re: attendance at 5/18/04 Planning Board meeting | .30 | 112.50 |
| 05/19/04 JMA | RCRA Fee Petition - review case law for preparation of Findings of Fact and Conclusions of Law | 4.50 | 1687.50 |
| 05/19/04 JMA | Phone - C. Marraro re: RAA issues | .40 | 150.00 |
| 05/19/04 JMA | Conference with MEF re: strategy | .50 | 187.50 |
| 05/19/04 JMA | Phone - R. Senftleben re: status update | .30 | 112.50 |
| 05/19/04 JMA | Receipt and review Planning Board transcript of 5/4/04 meeting and 5/4/04 agenda | .40 | 150.00 |
| 05/19/04 MEF | Review Writ of Mandamus re: recusal of Judge Wolin | .20 | 50.00 |
| 05/19/04 MEF | Letter to D. Field re: executed Stipulated Order Regarding 60% Design Work Plan | .20 | 50.00 |
| 05/19/04 MEF | Appeal - review Honeywell's proposed designations for Volume I of Appendix IX | 2.10 | 525.00 |
| 05/19/04 MEF | Appeal - phone with M. Sprague re: certain decisions/orders designated for inclusion in appendix | .20 | 50.00 |
| 05/19/04 MEF | Appeal - email from M. Sprague re: decision and order designated for inclusion | .30 | 75.00 |
| 05/19/04 MEF | Appeal - Memo to CHM and JMA re: Honeywell's designations for Volume I of the Appendix | .20 | 50.00 |
| 05/19/04 JAK | Appeal - drafted memo to JMA summarizing documents relating to Superfund Settlements Projects | .70 | 112.00 |

W.R. GRACE & COMPANY                                    June 7, 2004
Client No.              734680                          Page      15
INVOICE NO.             23895


05/19/04 RCS RCRA Fee petition - preparation of findings of    4.00    900.00
             fact in support of ECARG's petition for
             attorneys' fees, costs and expenses for Carella
             Byrne.

05/19/04 RCS Prepare memorandum to JMA and Chris Marraro        .20     45.00
             regarding Jersey City Planning Board.

05/20/04 KLW Supplementation of findings of fact re Wallace     .80    208.00
             King fees and expenses

05/20/04 JMA RCRA Fee Petition - review of ECARG Petition      4.50   1687.50
             (all supporting documents) re: preparation of
             Findings of Fact and Conclusions of Law

05/20/04 JMA RCRA Fee Petition - preparation of Conclusions    6.40   2400.00
             of Law

05/20/04 JMA Receipt and review letter from counsel for         .30    112.50
             Special Master

05/20/04 MEF RCRA Fee Petition - Draft portions of             5.80   1450.00
             Conclusions of Law

05/20/04 MEF Appeal - PACER search - review 3d Circuit          .20     50.00
             docket re: status of motion to modify briefing
             schedule

05/20/04 RCS RCRA fee petition - draft proposed findings of    9.50   2137.50
             fact in support of ECARG's petition for
             attorneys' fees, costs and expenses.

05/20/04 LF  Assemble and index trial documents for appeal     3.00    270.00

05/21/04 KLW Conference with JMA, MEF, RCS re revisions to     4.80   1248.00
             findings of fact on RCRA fee application

05/21/04 JMA RCRA Fee Petition - conference with MEF, KLW,     4.80   1800.00
             RCS re: preparation of and revisions to
             proposed Findings of Fact and Conclusions of
             Law

05/21/04 JMA RCRA Fee Petition - review Honeywell papers for   3.20   1200.00
             preparation of Conclusions of Law

05/21/04 JMA RCRA Fee Petition - preparation of Conclusions    3.00   1125.00
             of Law

05/21/04 JMA Phone - M. Daneker re: RAA issues                  .40    150.00

05/21/04 JMA Phone - C. Marraro re: RAA issues                  .50    187.50

W.R. GRACE & COMPANY                                          June 7, 2004
Client No.              734680                         Page        16
INVOICE NO.             23895


05/21/04 MEF RCRA Fee Petition - revise Conclusions of Law      .90    225.00

05/21/04 MEF RCRA Fee Petition - Conference with JMA, KLW,     4.80   1200.00
             RCS re: revisions to Findings of Fact

05/21/04 MEF Appeal - voice mail M. Sprague re: Honeywell       .10     25.00
             brief

05/21/04 MEF Appeal - phone with M. Sprague re: Honeywell       .20     50.00
             appeal brief

05/21/04 MEF Appeal - receipt and review letter from C.         .20     50.00
             Anderson to Aina Laws re: due date for
             Honeywell appeal brief

05/21/04 MEF Appeal - PACER search re: status of motion to      .20     50.00
             modify briefing schedule

05/21/04 RCS RCRA Fee Petition: conference with John           4.80   1080.00
             Agnello, Esq., Melissa Flax, Esq. and Ken
             Winters, Esq. regarding revision to Findings of
             Fact.

05/21/04 RCS RCRA Fee Petition: Draft Findings of Fact for     3.40    765.00
             ECARG's Attorneys' fees, costs and expenses
             sought on behalf of Carella Byrne.

05/21/04 LF  Prepare chart of total hours and expenses for      .70     63.00
             expert, Kirk Brown

05/21/04 LF  Research in file re: preparation of findings of    .50     45.00
             fact

05/21/04 LF  Assemble and index all remedial Honeywell          .90     81.00
             submissions, Special Master submissions, ICO
             submissions and Grace submissions

05/21/04 LF  Continue to assemble and index trial documents    1.10     99.00
             for appeal

05/22/04 KLW Conference with JMA, MEF and RCS regarding        3.10    806.00
             preparation of Findings of Fact

05/22/04 KLW Continue supplementing and revising Findings of   3.00    780.00
             Fact per conference

05/22/04 JMA RCRA Fee Petition - Conference with MEF, KLW,     3.10   1162.50
             RCS re: preparation of and revisions to
             proposed Findings of Fact and Conclusions of
             Law

W.R. GRACE & COMPANY                                    June 7, 2004
Client No.              734680                 Page        17
INVOICE NO.             23895


05/22/04 JMA RCRA Fee Petition - preparation of ECARG          4.00  1500.00
             proposed Findings of Fact, etc.

05/22/04 MEF RCRA Fee Petition - continue drafting and         1.70   425.00
             revising portion of conclusions of law

05/22/04 MEF RCRA Fee Petition - Conference with JMA, KLW,     3.10   775.00
             RCS re: revisions to Findings of Fact

05/22/04 RCS RCRA Fee Petition: draft Findings of Fact in      3.50   787.50
             support of ECARG's Petition for Attorneys'
             Fees, Costs and Expenses.

05/22/04 RCS RCRA Fee Petition: conference with John           3.10   697.50
             Agnello, Esq., Melissa Flax, Esq. and Ken
             Winters, Esq. regarding revisions of Findings
             of Fact.

05/24/04 KLW RCRA Fee Petition - Conference re preparation     5.50  1430.00
             of and revisions to proposed findings of fact
             and conclusion of law on fee application

05/24/04 KLW RCRA Fee Petition - Revisions and                 3.50   910.00
             supplementation of findings of fact re Wallace
             King fees and expert fees

05/24/04 JMA RCRA Fee Petition - conference with MEF, KLW,     6.00  2250.00
             RCS re: preparation of and revisions to
             proposed Findings of Fact and Conclusions of
             Law

05/24/04 JMA RCRA Fee Petition - preparation, review and       8.00  3000.00
             revise ECARG's proposed Findings of Fact and
             Conclusions of Law

05/24/04 MEF RCRA Fee Petition - continue preparing            6.20  1550.00
             conclusions of law - expenses and expert fees

05/24/04 MEF RCRA Fee Petition - conference with JMA, KLW,     6.00  1500.00
             RCS re: revisions to findings of fact and part
             of conclusions of law

05/24/04 RCS RCRA Fee Petition: draft Findings of Fact in      3.40   765.00
             support of ECARG's Petition for Attorneys'
             Fees, Costs and Expenses on behalf of Carella
             Byrne.

W.R. GRACE & COMPANY                              June 7, 2004
Client No.              734680              Page     18
INVOICE NO.             23895

05/24/04 RCS RCRA Fee Petition: conference with John           6.00  1350.00
             Agnello, Esq., Melissa Flax, Esq., and Ken
             Winters, Esq. regarding draft and revisions to
             ECARG's Findings of Fact and Conclusions of
             Law.

05/24/04 LF  RCRA Fee Petition - Assist in preparation of      .50    45.00
             findings of fact and conclusions of law

05/25/04 KLW RCRA Fee Petition - Conference with MEF re        2.00   520.00
             revisions to proposed conclusions of law re
             expert fees and expenses

05/25/04 KLW Final revisions to findings of fact re Wallace    2.00   520.00
             King fees and re expert costs

05/25/04 KLW Review, edit and revise conclusions of law re     4.50  1170.00
             experts and re expenses and re overall
             conclusions

05/25/04 JMA Phone - L. Walsh re: RAA issues                   .30   112.50

05/25/04 JMA Phone - K. Millian re: RAA issues                 .30   112.50

05/25/04 JMA RCRA Fee Petition - phone - K. Millian re:        .20    75.00
             exchanging proposed Findings of Fact and
             Conclusions of Law

05/25/04 JMA RCRA Fee Petition - letter to counsel with        .30   112.50
             ECARG's proposed Findings of Fact and
             Conclusions of Law

05/25/04 JMA Phone - K. Brown re: RAA issues                   .20    75.00

05/25/04 JMA Phone - K. Brown re: perimeter barrier wall       .20    75.00

05/25/04 JMA RCRA Fee Petition - preparation, review and       4.30  1612.50
             revise ECARG's proposed Findings of Fact and
             Conclusions of Law

05/25/04 JMA RCRA Fee Petition - conference with MEF re:       9.40  3525.00
             revisions to ECARG's proposed Findings of Fact
             and Conclusions of Law

05/25/04 MEF RCRA Fee Petition - phone with M. Caffrey re:     .10    25.00
             exchange

05/25/04 MEF RCRA Fee Petition - phone with D. Cantor re:      .20    50.00
             exchange of findings of facts and conclusions
             of law

W.R. GRACE & COMPANY                           June 7, 2004
Client No.           734680               Page      19
INVOICE NO.          23895


05/25/04 MEF RCRA Fee Petition - email to D. Cantor re:          .20     50.00
             confirming exchange of Findings of Facts and
             Conclusions of Law in PDF

05/25/04 MEF RCRA Fee Petition - continue revising various      8.60   2150.00
             portions of findings of fact and conclusions of
             law

05/25/04 MEF RCRA Fee Petition - Conference with KLW re:        2.00    500.00
             revisions to Expert expenses conclusions of law

05/25/04 MEF RCRA Fee Petition - Conference with JMA re:        4.30   1075.00
             revisions to Conclusion of Law

05/25/04 RCS RCRA Fee Petition: conduct research for John       2.50    562.50
             Agnello, Esq. for preparation of Conclusions of
             Law.

05/25/04 RCS RCRA Fee Petition: review and edit Conclusions     3.50    787.50
             of Law in support of ECARG's Petition for
             Attorneys' Fees, Costs and Expenses.

05/25/04 RCS RCRA Fee Petition: revisions to Findings of        2.20    495.00
             Fact in support of ECARG's Petition for
             Attorneys' Fees, Costs and Expenses on behalf
             of Carella Byrne.

05/25/04 ND  RCRA Fee Petition - proofread proposed findings    3.10    279.00
             of fact.

05/25/04 LF  RCRA Fee Petition - Assist in preparation of       6.00    540.00
             findings of fact and conclusions of law

05/26/04 JMA Phone - R. Senftleben (voice mail message)          .10     37.50

05/26/04 JMA Phone - C. Marraro re: RAA issues                   .30    112.50

05/26/04 JMA Phone - A. Nagy re: update on RAA issues            .30    112.50

05/26/04 JMA Receipt and review email from M. Daneker re:        .20     75.00
             60% Design Work Plan Order

05/26/04 JMA Review of and comments to email from M. Daneker     .40    150.00
             re: access/right of way order

05/26/04 JMA Receipt and review email from counsel for          .10     37.50
             special Master re: 60% Design Work Plan Order

05/26/04 JMA Review of and comments to Special Master's          .50    187.50
             draft of 60% Design Work Plan Order

W.R. GRACE & COMPANY                                     June 7, 2004
Client No.                734680            Page        20
INVOICE NO.               23895

05/26/04 JMA Receipt and review email from M. Daneker re:        .20      75.00
             60% Design Work Plan Order

05/26/04 JMA RCRA Fee Petition - phone - C. Pravlik re:          .30     112.50
             Honeywell submission

05/26/04 JMA Phone - A. Nagy re: status update                  .20      75.00

05/26/04 JMA Receipt and review letter from K. Millian with     .20      75.00
             ICO signature page - 5/25 version of Stipulated
             Order re: 60% Design Work Plan

05/26/04 JMA Execute Stipulated Order regarding 60% Design       .20      75.00
             Work Plan

05/26/04 JMA Letter to counsel for Special Master with          .20      75.00
             signature page for Stipulated Order

05/26/04 JMA RCRA Fee Petition - conference with MEF re:         .30     112.50
             Honeywell submission re: ICO fees

05/26/04 JMA Phone - counsel for Special Master re:             .20      75.00
             Stipulated Order

05/26/04 JMA Appeal - letter to M. Steinberg re: Amicus         .20      75.00
             brief

05/26/04 JMA Appeal - receipt and review memo from MEF re:      .20      75.00
             Honeywell brief filing date

05/26/04 JMA Phone - R. Senftleben re: status update            .30     112.50

05/26/04 MEF RCRA Fee Petition - email from D. Cantor           .10      25.00
             confirming exchange of Findings of
             Fact/Conclusions of Law

05/26/04 MEF RCRA Fee Petition - Conference with JMA re:        .40     100.00
             additional potential conclusions of law

05/26/04 MEF RCRA Fee Petition - review Honeywell's            1.00     250.00
             preliminary proposed findings of fact and
             conclusions of law

05/26/04 RCS Telephone call with Agnes at Jersey City           .10      22.50
             Planning Board regarding upcoming meeting.

05/26/04 RCS Receipt and review of Jersey City Planning         .10      22.50
             Board agenda.

W.R. GRACE & COMPANY                                June 7, 2004
Client No.              734680                      Page      21
INVOICE NO.             23895


05/26/04 RCS RCRA Fee Petition: meeting with John Agnello      .10    22.50
             regarding attorneys fees for monitoring
             remediation.

05/26/04 RCS RCRA Fee Petition: Review transcript of May 4,   1.50   337.50
             2004 argument before Judge Cavanaugh for John
             Agnello, Esq.

05/26/04 RCS RCRA Fee Petition: prepare memorandum to John     .20    45.00
             Agnello, Esq. regarding arguments of all
             counsel at May 4, 2004 hearing on monitoring
             remediation.

05/26/04 LF  Continue to assemble and index all remedial       .70    63.00
             Honeywell submissions, Special Master
             submissions, ICO submissions and Grace
             submissions

05/27/04 JMA Receipt and review email from S. Graham w/Deep    .10    37.50
             Groundwater documents

05/27/04 JMA Receipt and review letter from Parsons to         .20    75.00
             Special Master with Deep Groundwater
             Investigation documents

05/27/04 JMA Receipt and review Honeywell Deep Overburden      .60   225.00
             Groundwater Investigation (RAWP-Addendum 1)

05/27/04 JMA RCRA Fee Petition - review of and comments to    2.70  1012.50
             Honeywell's preliminary version of Findings of
             Fact and Conclusions of Law

05/27/04 JMA RCRA Fee Petition - conference with MEF re:       .70   262.50
             Honeywell's preliminary version of findings of
             Fact and Conclusions of Law

05/27/04 JMA RCRA Fee Petition - phone - C. Marraro re:        .80   300.00
             Honeywell's preliminary version of Findings of
             Fact and Conclusions of Law

05/27/04 JMA RCRA Fee Petition - phone conference with C.      .30   112.50
             Marraro and MEF re: Honeywell's preliminary
             version of Findings of Fact and Conclusions of
             Law

05/27/04 JMA RCRA Fee Petition - phone conference with K.     1.00   375.00
             Millian, C. Pravlik, C. Marraro re: Honeywell's
             preliminary version of Findings of Fact and
             Conclusions of Law

W.R. GRACE & COMPANY                                      June 7, 2004
Client No.          734680                           Page      22
INVOICE NO.         23895


05/27/04 MEF  Review ICO's proposed findings of fact and      1.00    250.00
              conclusions of law on its RCRA fee petition

05/27/04 MEF  RCRA Fee Petition - continue review of          3.00    750.00
              Honeywell's proposed findings of fact and
              conclusions of law and support for same

05/27/04 MEF  RCRA Fee Petition - review draft letter from     .20     50.00
              ICO to Court re: scope of Honeywell's findings
              of fact and conclusions of law

05/27/04 MEF  RCRA Fee Application - phone with CHM and JMA    .30     75.00
              re: ICO letter to Judge Cavanaugh re:
              Honeywell's findings

05/27/04 MEF  RCRA Fee Petition - phone with K. Millian re:    .20     50.00
              ICO letter to Judge Cavanaugh re: Honeywell
              findings

05/27/04 MEF  RCRA Fee Application - Revise preliminary       1.60    400.00
              Findings of Fact/Conclusions of Law

05/27/04 LF   Revise chart of expert Kirk Brown's expenses     .20     18.00

05/28/04 JMA  Phone - C. Marraro re: RAA issues - diagonal     .40    150.00
              barrier wall

05/28/04 JMA  Appeal - letter to M. Steinberg                  .20     75.00

05/28/04 JMA  RCRA Fee Petition - receipt and review letter    .40    150.00
              from B. Terris to Judge Cavanaugh re:
              Honeywell's preliminary Findings of Fact and
              Conclusions of Law

05/28/04 JMA  RCRA Fee Petition - phone - C. Marraro re:       .30    112.50
              Terris letter to Judge Cavanaugh

05/28/04 JMA  Receipt and review letter from counsel for       .20     75.00
              Special Master to T. Milch

05/28/04 JMA  Receipt and review Honeywell's expanded bedrock 2.30    862.50
              investigation (RAWP-Addendum 3)

05/28/04 JMA  Receipt and review Honeywell's water level       .50    187.50
              monitoring (RAWP-Addendum 2)

05/28/04 JMA  Receipt and review Honeywell's natural gamma     .40    150.00
              logging (RAWP-Addendum 4)

```
W.R. GRACE & COMPANY                                June 7, 2004
Client No.              734680                       Page      23
INVOICE NO.             23895
```

05/28/04 MEF  Review Honeywell's proposed findings of fact      1.00    250.00
              and conclusions of law re: ICO RCRA fee
              petition


## Fee Applications, Applicants


05/03/04 MEF  Revise response to Fee Auditor initial report      .40    100.00
              re: 11th Quarterly Fee Application

05/03/04 MEF  Letter to Fee Auditor serving response to          .20     50.00
              initial report re: 11th Quarterly Fee
              Application

05/03/04 MEF  Review and update status of fee application        .50    125.00
              payment

05/04/04 MEF  Email from S. Bossay re: Order approving 10th      .10     25.00
              Quarterly

05/04/04 MEF  Emails to/from P. Cuniff re: Order approving       .20     50.00
              10th Quarterly Fee Application

05/04/04 MEF  Fee Application - review transcript of 3/22/04    1.20    300.00
              hearing

05/04/04 MEF  Fee Application - review 10th Quarterly Fee        .50    125.00
              Application, Fee Auditor Report and order
              approving Quarterly Applications
05/04/04 MEF  Fee Application - memo to JMA re: 10th             .30     75.00
              Quarterly Fee Application

05/04/04 MEF  Email to S. Bossay re: Order Approving Tenth       .20     50.00
              Quarterly Fee Applications

05/04/04 MEF  Finalize response to Fee Auditor Initial Report    .30     75.00
              regarding 11th Quarterly Fee Application

05/04/04 MEF  Email to S. Bossay at Fee Auditor re: response     .20     50.00
              to Initial Report regarding 11th Quarterly Fee
              Application

05/05/04 MEF  Fee Application - begin preparing 26th Monthly    1.60    400.00
              Fee Application

05/11/04 MEF  Fee Application - review miscellaneous expenses    .30     75.00
              for April 2004 bill

```
W.R. GRACE & COMPANY                          June 7, 2004
Client No.            734680              Page      24
INVOICE NO.           23895
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/11/04 | MEF | PACER search - CNO for March 2004 fee application | .20 | 50.00 |
| 05/12/04 | MEF | Fee Application - email to S. Bossay re: March 2004 fee detail | .20 | 50.00 |
| 05/12/04 | MEF | Fee Application - prepare 26th fee application | 2.00 | 500.00 |
| 05/13/04 | JMA | Conference with MEF re: 26th monthly fee application | .20 | 75.00 |
| 05/13/04 | JMA | Fee Application - review and execute Carella, Byrne 26th monthly fee application | .40 | 150.00 |
| 05/13/04 | MEF | PACER search - CNO for 25th monthly fee application and 12th quarterly fee application | .30 | 75.00 |
| 05/13/04 | MEF | Fee Application - emails to/from P. Cuniff re: status of CNO and quarterly filing | .40 | 100.00 |
| 05/13/04 | MEF | Fee Application - Letter to P. Cuniff re: 26th monthly fee application | .20 | 50.00 |
| 05/15/04 | MEF | PACER search - CNO for 25th Monthly Fee Application | .20 | 50.00 |
| 05/19/04 | MEF | Fee Application - PACER search re: CNO for 25th monthly fee application; filing of 26th monthly fee application and quarterly application | .40 | 100.00 |
| 05/19/04 | MEF | Fee Application - email to P. Cuniff re: status of CNO for 25th monthly fee application | .20 | 50.00 |
| 05/20/04 | MEF | Fee Application - PACER search - status of CNO for 25th Monthly Fee Application | .20 | 50.00 |
| 05/21/04 | MEF | Fee Application - PACER search re: status of CNO for 25th Monthly Fee Application | .20 | 50.00 |
| 05/25/04 | MEF | Fee Application - review Fee Auditor's Final Report Regarding 11th Quarterly Fee Application | .30 | 75.00 |
| 05/25/04 | MEF | Fee Application - PACER search re: CNO for 25th Monthly Fee Application | .20 | 50.00 |
| 05/25/04 | MEF | Fee Application - email to P. Cuniff re: status of filing CNO for 25th Monthly Fee Application | .20 | 50.00 |
| 05/27/04 | MEF | PACER search - CNO for 25th Monthly Fee Application | .20 | 50.00 |

```
W.R. GRACE & COMPANY                          June 7, 2004
Client No.              734680                 Page      25
INVOICE NO.             23895
```

05/27/04 MEF Fee Application - review status of payments      .30      75.00


**Travel Non-Work**

05/18/04 RCS Travel to and from Jersey City Planning Board    2.00    225.00
             meeting.

                                                        -------------
Total Fees:                                               120,166.00

```
W.R. GRACE & COMPANY                          June 7, 2004
Client No.            734680                   Page     27
INVOICE NO.           23895
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS           FEES
K L WINTERS                     260.00    49.60        12896.00
J A BRODY                       375.00     4.50         1687.50
J M AGNELLO                     375.00   175.40        65775.00
M E FLAX                        250.00    84.50        21125.00
JA KUBERT                       160.00     5.70          912.00
RC SCRIVO                       221.89    72.30        16042.50
N DE PALMA                       90.00     3.10          279.00
LAURA FLORENCE                   90.00    13.60         1224.00
J FALDUTO                        90.00     2.50          225.00
                     TOTALS              411.20       120166.00
```

# EXHIBIT B

```
W.R. GRACE & COMPANY                             June 7, 2004
Client No.              734680                    Page    26
INVOICE NO.             23895
```

          Disbursements


Travel Expense

```
05/06/04 Travel Expense JMA 4/28                        12.00
05/06/04 Travel Expense JMA  5/7                        19.00
05/10/04 Travel Expense J. FALDUTO 5/4                   4.81

                                  SUBTOTAL:             35.81
```

Messenger - In House

```
05/28/04 Messenger - In House 5/04                      50.00

                                  SUBTOTAL:             50.00
```

Costs Advanced

```
05/11/04 Costs Advanced - MCGUIRE, CHARLES P 5/11/04   125.40

                                  SUBTOTAL:            125.40

05/31/04 Photocopies                                   190.20
05/31/04 Faxes                                         148.00
05/31/04 Telephone                                     333.79
05/31/04 Computer Searches                              17.08
05/31/04 Federal Express                               115.43
                                                  -------------
Total Costs                                            1,015.71
                                                  -------------
Total Due this Matter                                121,181.71
=============
```

CHARLES P. McGUIRE
CERTIFIED SHORTHAND REPORTER
1242 University Drive
Yardley, Pennsylvania 19067
S. S. #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

(973) 645-2978

TO: Carella, Byrne, Bain, Gilfillan,
    Cecchi, Stewart & Olstein, Esqs.
    6 Becker Farm Road
    Roseland, New Jersey 07068
    Attn: John Agnello, Esq.

                    RE: ICO v. W. R. Grace, et al.
                        Civ. No. 95-2097 (DMC)


                    DATE: May 10, 2004

                    INVOICE NO. 51004


TRANSCRIPT: of proceedings held in relation
            to the above-captioned matter on
            May 4, 2004, before the Hon. Dennis M.
            Cavanaugh, USDJ; 114 pages @ $1.10
            per page                        $125.40

I certify that the transcript fees charged and page
format used comply with the requirements of the court
and the Judicial Conference of the United States.

**EXPENSE FORM**

NAME: _Jeff Falduto_____    WEEK ENDING: _____05/09/04_____

(To total each column, highlight "0" in TOTAL, Press F9)

| ITEM | SUN | MON | TUE | WED | THURS | FRI | SAT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | 05/04/04 | | | 04/30/04 | | |
| Meals | | | | | | | | 0 |
| Airfare | | | 4.81 | | | 2.68 | 7.61 | 0 |
| Mileage | | | 19.24 | | | 12.8 | 22.04 | 0 |
| | | | | | | | | 0 |
| Origination | | | | | | | | 0 |
| Destination | | | | | | | | 0 |
| Parking | | | | | | $11.00 | | $11.00 |
| Tolls | | | | | | | | 0 |
| Entertain. | | | | | | | | 0 |
| Tips | | | | | | | | 0 |
| Misc.(Path Train) | | | | | | | | 0 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |

18.69

| NON BILLABLE EXPENSE | | | | | | |
|---|---|---|---|---|---|---|
| Date | Item | Place | Purpose | Entertain/Biz Relationship | | |
| | | | | | | |
| | | | | | | |

| ALLOCATION BY CLIENT | | | | | |
|---|---|---|---|---|---|
| Client/Matter Name | Client/Matter No. | Expense Date | Total Amount | Bat | Bill |
| GRACE | 734680-1 | 5/04/04 | 4.81 | ✓ | |
| Wulff | 759740-1 | 4/30/09 | 13.88 | ✓ | |
| | | | | | |

D 5/05

# EXPENSE FORM

**NAME:** ____John M. Agnello_____    **WEEK ENDING:** ___5/8/04_____

(To total each column, highlight "0" in TOTAL, Press F9)

|  | 5/2 | 5/3 | 5/4 | 5/5 | 5/6 | 5/7 | 5/8 |  |
|---|---|---|---|---|---|---|---|---|
| Meals |  |  |  |  |  |  |  | 0 |
| Airfare |  |  |  |  |  |  |  | 0 |
| Mileage |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
| Origination |  |  |  |  |  |  |  | 0 |
| Destination |  |  |  |  |  |  |  | 0 |
| Parking |  |  |  |  |  | 12.00 |  | 12.00 |
| Tolls |  |  |  |  |  | 7.00 |  | 7.00 |
| Entertain. |  |  |  |  |  |  |  | 0 |
| Tips |  |  |  |  |  |  |  | 0 |
| Misc.(Path Train) |  |  |  |  |  |  |  | 0 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.00 | 0.00 | 19.00 |

| W.R. Grace/Honeywell | 734680.1 | 4/28/04  5/7/04 | 19.00 | ✓ |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

D 5/04

H70

# EXPENSE FORM

NAME: ____John M. Agnello_____    WEEK ENDING: ___4/29/04_____

(To total each column, highlight "0" in TOTAL, Press F9)

| | 4/23 | 4/24 | 4/25 | 4/26 | 4/27 | 4/28 | 4/29 | |
|---|---|---|---|---|---|---|---|---|
| Meals | | | | | | | | 0 |
| Airfare | | | | | | | | 0 |
| Mileage | | | | | | | | 0 |
| | | | | | | | | 0 |
| Origination | | | | | | | | 0 |
| Destination | | | | | | | | 0 |
| Parking | | | | | | 12.00 | | 12.00 |
| Tolls | | | | | | | | 0 |
| Entertain. | | | | | | | | 0 |
| Tips | | | | | | | | 0 |
| Misc.(Path Train) | | | | | | | | 0 |
| | | | | | | | | |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.00 | 0.00 | 12.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| W.R. Grace/Honeywell | 734680.1 | 4/28/04 | 12.00 | | |
| | | | | | |
| | | | | | |
| | | | | | |

D 5/04