# EXHIBIT B

Invoice#:09125626 SA:WRG00012
Invoice#:09124496 SA:WRG00007
Invoice#:09124495 SA:WRG00004

**W.R. Grace & Co.**
**Hours Spent by Each Person**
January 1 through January 31, 2004

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 2.0 | $625 | $1,250 | $0 |
| Fran Meder | 5.3 | $285 | $1,511 | 0 |
| **Total Human Capital Services Fees** | 7.3 | | $2,761 | $0 |
| Glenn Carrington | 1.0 | $600 | $600 | $0 |
| Bryan Collins | 17.5 | $600 | $10,500 | 0 |
| J. Keenan | 5.0 | $585 | $2,925 | 0 |
| Sarah Mahn | 10.5 | $475 | $4,988 | 0 |
| **Total National Tax Services Fees** | 34 | | $19,013 | $0 |
| Michele McGuire | 0.5 | $660 | $330 | $0 |
| Melissa Stephanou | 20 | $440 | $8,800 | 40 |
| Robin Raley | - | - | - | 10 |
| **Total Customs & International Trade Fees** | 20.5 | | $9,130 | $50 |
| Darla Yager | 0.8 | $65 | $52 | $0 |
| Robin Raley | 10.2 | $230 | $2,346 | |
| Allison Prybylo | 4.0 | $285 | $1,140 | $0 |
| **Total Monthly Statement & Fee Application Preparation Fees** | 15.0 | | $3,538 | $0 |
| **TOTAL FEES DUE** | **76.8** | | **$34,441** | **$50** |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125626 SA:WRG00012
Invoice#:09124496 SA:WRG00007
Invoice#:09124495 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/5/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Send email to Elyse Napoli Filon regarding upcoming conference call with IRS national office concerning application of the lonely parent exception to SRLY limitations on carry back of Foreign Tax Credits. | 0.5 | 600 | $300 | |
| 1/7/2004 | MS | Customs Audit | Review of S. Ahern's e-mail re: FA | 1.5 | 440 | $660 | |
| 1/7/2004 | MS | Customs Audit | Call with S. Ahern, N. Phillips, and D. Lyons re: FA | 2 | 440 | $880 | |
| 1/8/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with IRS national office concerning application of the lonely parent exception to SRLY limitations on carry back of Foreign Tax Credits. | 1.0 | 600 | $600 | |
| 1/8/2004 | MS | Customs Audit | Review of draft letter re: FA | 1 | 440 | $440 | |
| 1/9/2004 | MS | Customs Audit | Review of e-mails and letter to Customs re: FA | 1.5 | 440 | $660 | |
| 1/9/2004 | MS | Customs Audit | Discussion of next steps regarding letter re: FA | 1.5 | 440 | $660 | |
| 1/13/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Cesar Clavero regarding status of projects and addressing practice director review for tax consulting work - quality assurance issues addersssed. | 1.0 | 600 | $600 | |
| 1/14/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Meet with Elyse Napoli Filon and tax staff of W.R. Grace regarding the ability of W.R. Grace to net interest with regard to deficiencies assessed by the IRS upon audit and affirmative refund claims against the IRS. Conference call with Sara Mahn regarding same. | 5.0 | 600 | $3,000 | |
| 1/14/2004 | MS | Customs Audit | Call with Grace team re D. Lyon's transition out of group | 2 | 440 | $880 | |
| 1/14/2004 | MS | Customs Audit | Conference call services | | | | $11 |
| 1/14/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Conference call with Bryan Collins regarding the ability of W.R. Grace to net interest with regard to deficiencies assessed by the IRS upon audit and affirmative refund claims against the IRS. | 1.5 | 475 | $713 | |
| 1/15/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Research ability of W.R. Grace to net interest with regard to deficiencies assessed by the IRS upon audit and affirmative refund claims against the IRS. Send email regarding the conditions under which interest netting is possible. | 1.0 | 475 | $475 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125626 SA:WRG00012
Invoice#:09124498 SA:WRG00007
Invoice#:09124495 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/16/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review research regarding ability of W.R. Grace to net interest with regard to deficiencies assessed by the IRS upon audit and affirmative refund claims against the IRS. | 1.0 | 600 | $600 | |
| 1/16/2004 | FM | German Compensation Benchmarking | Conference call with Mike Piergrossi, Christoph Joos from Deloitte's Munich office, and Nick Bubnovich to discuss compensation benchmarking for W.R. Grace's top five executives in Germany | 1 | 285 | $285 | |
| 1/16/2004 | FM | German Compensation Benchmarking | Sent follow-up email to Christoph Joos to recap our conference call with Mike Piergrossi and to confirm the compensation data Mike Piergrossi requested | 0.3 | 285 | $86 | |
| 1/16/20004 | GC | IRS Issues/Consolidated Return Tax Consulting | Review research regarding ability of W.R. Grace to net interest with regard to deficiencies assessed by the IRS upon audit and affirmative refund claims against the IRS. | 0.5 | 600 | $300 | |
| 1/16/2004 | MS | Customs Audit | Call with S. Ahern and N. Phillips re: Customs reaction to letter re: FA | 1.5 | 440 | $660 | |
| 1/16/2004 | NB | German Compensation Benchmarking | Conference call with Mike Piergrossi, Christoph Joos from Deloitte's Munich office, and Fran Meder to discuss compensation benchmarking for W.R. Grace's top five executives in Germany | 1 | 625 | $625 | |
| 1/19/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Sara Mahn and John Keenan regarding ability of W.R. Grace to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending. | 1.0 | 600 | $600 | |
| 1/19/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Research regarding ability of W.R. Grace to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending. | 2.0 | 600 | $1,200 | |
| 1/19/2004 | GC | IRS Issues/Consolidated Return Tax Consulting | Meet with Sara Mahn regarding procedures to follow when requesting a private letter ruling from the IRS regarding an issue similar to that in a previous return. | 0.5 | 600 | $300 | |
| 1/19/2004 | JK | IRS Issues/Consolidated Return Tax Consulting | Conference call with Bryan Collins and Sara Mahn regarding ability of W.R. Grace to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending. | 1 | 585 | $585 | |
| 1/19/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Meet with Glenn Carrington regarding procedures to follow when requesting a private letter ruling from the IRS regarding an issue similar to that in a previous return. | 0.5 | 475 | $238 | |
| 1/19/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Conference call with Bryan Collins and John Keenan regarding ability of W.R. Grace to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending. | 1.0 | 475 | $475 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125626 SA:WRG00012
Invoice#:09124498 SA:WRG00007
Invoice#:09124495 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/20/2004 | JK | IRS Issues/Consolidated Return Tax Consulting | Call with Sarah Mahn regarding possible way to have IRS forgo collection while refund claim pending. | 1 | 585 | $585 | |
| 1/20/2004 | MM | Customs Audit | Discussed customs letter regarding FA with M. Stephanou | 0.5 | 660 | $330 | |
| 1/20/2004 | MS | Customs Audit | Discussion with Grace Team on audit | 2 | 440 | $880 | |
| 1/20/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Research ability of W.R. Grace to net interest with regard to deficiencies assessed by the IRS upon audit and affirmative refund claims against the IRS. | 0.5 | 475 | $238 | |
| 1/21/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with John Keenan, Sara Mahn, and Elyse Napoli Filon regarding ability of W.R. Grace to to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending and related interest netting, additional revisions needed for the submission of report to IRS agent regarding carry back of Foreign Tax Credits and related lonely parent exception to SRLY rules, and the ability of W.R. Grace to obtain a private letter ruling from the IRS regarding the lonely parent exception to the SRLY rules. | 1.5 | 600 | $900 | |
| 1/21/2004 | JK | IRS Issues/Consolidated Return Tax Consulting | Conference call with Bryan Collins, Sara Mahn, and Elyse Napoli Filon regarding ability of W.R. Grace to to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending and related interest netting, additional revisions needed for the submission of report to IRS agent regarding carry back of Foreign Tax Credits and related lonely parent exception to SRLY rules, and the ability of W.R. Grace to obtain a private letter ruling from the IRS regarding the lonely parent exception to the SRLY rules. | 1.5 | 585 | $878 | |
| 1/21/2004 | MS | Customs Audit | Call with Grace Team re audit | 1 | 440 | $440 | |
| 1/21/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Conference call with Bryan Collins, John Keenan, and Elyse Napoli Filon regarding ability of W.R. Grace to to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending and related interest netting, additional revisions needed for the submission of report to IRS agent regarding carry back of Foreign Tax Credits and related lonely parent exception to SRLY rules, and the ability of W.R. Grace to obtain | 1.5 | 475 | $713 | |
| 1/21/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Research ability of W.R. Grace to obtain a private letter ruling from the IRS regarding an issue that is similar to an issue in a prior return. | 0.5 | 475 | $238 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice#:09125626 SA:WRG00012
Invoice#:09124496 SA:WRG00007
Invoice#:09124495 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/22/2004 | AP | Fee Application/Billing | Spoke with Tony Scoles regarding billing and then followed up with Nick Bubnovich and Jane Zeis. | 1 | 285 | $285 | |
| 1/22/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Meet with Sara Mahn and review fourth revisions to submission for IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. Conference call with Sara Mahn and John Keenan regarding ability of W.R. Grace to obtain a private letter ruling on an issue similar to an issue in a prior return. | 0.5 | 600 | $300 | |
| 1/22/2004 | DY | Fee Application/Billing | Amended an invoice per Allison Prybylo's request. | 0.5 | 65 | $33 | |
| 1/22/2004 | FM | German Compensation Benchmarking | Spoke with Christoph Joos regarding status of his benchmarking | 0.5 | 285 | $143 | |
| 1/22/2004 | JK | IRS Issues/Consolidated Return Tax Consulting | Research and conference call with Bryan Collins and Sara Mahn regarding ability of W.R. Grace to obtain a private letter ruling on an issue similar to an issue in a prior return. | 1 | 585 | $585 | |
| 1/22/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Make fourth revisions to submission for IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules, and meet with Bryan Collins regarding same. | 1.0 | 475 | $475 | |
| 1/23/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review fifth revisions to submission for IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. Make additional revisions. | 2.0 | 600 | $1,200 | |
| 1/23/2004 | DY | Fee Application/Billing | Made changes to the amended invoice regarding billing group per Allison Prybylo's request. | 0.3 | 65 | $20 | |
| 1/23/2004 | MS | Customs Audit | Conference call services | | | | 59 |
| 1/23/2004 | MS | Customs Audit | Call with Grace Team re audit | 1 | 440 | $440 | |
| 1/23/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Make fifth revisions to submission for IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. | 0.5 | 475 | $238 | |
| 1/26/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Sara Mahn and Elyse Napoli Filon regarding the submission for the IRS agent regarding carry back of Foreign Tax Credits and related lonely parent exception to the SRLY rules, and the ability of W.R. Grace to obtain a private letter ruling on an issue similar to an issue in a previously filed return. | 2.0 | 600 | $1,200 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice#:09125626 SA:WRG00012
Invoice#:09124498 SA:WRG00007
Invoice#:09124495 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/26/2004 | JK | IRS Issues/Consolidated Return Tax Consulting | Research regarding ability of W.R. Grace to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending. | 0.5 | 585 | $293 | |
| 1/26/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Review latest draft of submission for IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. | 0.5 | 475 | $238 | |
| 1/26/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Conference call with Bryan Collins and Elyse Napoli Filon regarding the submission for the IRS agent regarding carry back of Foreign Tax Credits and related lonely parent exception to the SRLY rules, and the ability of W.R. Grace to obtain a private letter ruling on an issue similar to an issue in a previously filed return. | 2.0 | 475 | $950 | |
| 1/27/2004 | FM | German Compensation Benchmarking | Reviewed the German compensation data compiled by Christoph Joos' for W.R. Grace's five executive positions and prepared an email to Christoph which outlined our follow-up questions regarding the data he had compiled | 1 | 285 | $285 | |
| 1/27/2004 | MS | Customs Audit | Discussions with Nasos regarding status of FA | 1 | 440 | $440 | |
| 1/27/2004 | MS | Customs Audit | Discussion with R. Raley on billing procedures | 0.5 | 440 | $220 | |
| 1/28/2004 | FM | German Compensation Benchmarking | Spoke with Christoph Joos to discuss the answers to our follow-up questions regarding the compensation data and drafted a memo to Mike Piergrossi which summarized the benchmark results and data collection process | 2.5 | 285 | $713 | |
| 1/28/2004 | MS | Customs Audit | Review of FedEx prior disclosure letter | 1 | 440 | $440 | |
| 1/28/2004 | MS | Customs Audit | Discussion with Rick re FedEx prior disclosure letter | 0.5 | 440 | $220 | |
| 1/28/2004 | RR | Customs Audit | Taxi from office to home. Late night working on W.R. Grace Billing. | | | | $10 |
| 1/28/2004 | RR | Fee Application/Billing | Filling out billing sheets to the level of detail required by the bankruptcy courts. | 5 | 230 | $1,150 | |
| 1/29/2004 | AP | Fee Application/Billing | Correspondence with Sue Halchi and Tony Scoles regarding W.R. Grace billing and next steps | 1 | 285 | $285 | |
| 1/29/2004 | MS | Customs Audit | Conference call services | | | | $21 |
| 1/29/2004 | MS | Customs Audit | Conference call re FA with Nasos, Steve, and Customs team | 1.5 | 440 | $660 | |
| 1/29/2004 | NB | German Compensation Benchmarking | Reviewed the German compensation data compiled by Christoph Joos' for W.R. Grace's five executive positions and reviewed a memo Fran Meder prepared for Mike Piergrossi which summarized the German compensation data compiled by Christoph Joos | 1 | 625 | $625 | |

## W.R. Grace & Co.
*Daily Summary of Fees and Expenses*

Invoice#:09125626 SA:WRG00012
Invoice#:09124498 SA:WRG00007
Invoice#:09124495 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/29/2004 | RR | Fee Application/Billing | Preparation of billing summaries for bankruptcy court (addition of detail, breakdown of tasks, insertion into proper format, etc.) | 4 | 230 | $920 | |
| 1/30/2004 | AP | Fee Application/Billing | Finalized W.R. Grace billing for October, November and December 2003, including incorporating other Deloitte offices times. Began writing a memo for Nick Bubnovich and Jane Zeis regarding W.R. Grace's billing procedures. | 2 | 285 | $570 | |
| 1/30/2004 | MS | Customs Audit | Review of documents for submission to Customs | 0.5 | 440 | $220 | |
| 1/30/2004 | RR | Fee Application/Billing | Inserted columns for 'project category' into spreadsheets | 0.2 | 230 | $46 | |
| 1/30/2004 | RR | Fee Application/Billing | Billing - discussion with S. Haidl and T. Scoles re: billing detail summary procedures | 0.2 | 230 | $46 | |
| 1/30/2004 | RR | Fee Application/Billing | Obtaining missing expense information | 0.5 | 230 | $115 | |
| 1/30/2004 | RR | Fee Application/Billing | Filling missing expense info into spreadsheets | 0.3 | 230 | $69 | |
| | | | Totals | 78.8 | | $34,441 | $50 |