# EXHIBIT B

Invoice#:09125627 SA:WRG00012
Invoice#:09124499 SA:WRG00007
Invoice#:09124496 SA:WRG00004

**W.R. Grace & Co.**
**Hours Spent by Each Person**
February 1 through February 29, 2004

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 1 | $625 | $625 | $0 |
| Fran Meder | 5.5 | $285 | $1,568 | $0 |
| **Total Human Capital Services Fees** | 6.5 | | $2,193 | $0 |
| Melissa Stephanou | 16 | $440 | $7,040 | $0 |
| Matthew Frank | 6.0 | $340 | $2,040 | $0 |
| **Total Customs & International Services Fees** | 22.0 | | $9,080 | $0 |
| Tim Tuerff | 0.5 | $600 | $300 | $0 |
| Bryan Collins | 14.5 | $600 | $8,700 | $0 |
| J. Keenan | 0.7 | $515 | $361 | $0 |
| John Covington | 11.5 | $515 | $5,923 | $0 |
| Sarah Mahn | 9.0 | $475 | $4,275 | $0 |
| **Total National Tax Services Fees** | 36.2 | | $19,558 | $0 |
| Jane Zels | 1.0 | $500 | $500 | |
| Melissa Stephanou | 5.0 | $440 | $2,200 | $0 |
| Fran Meder | 2 | $285 | $570 | $0 |
| Allison Prybylo | 3.3 | $285 | $941 | $0 |
| Robin Raley | 5.5 | $230 | $1,265 | $0 |
| Darla Yager | 1.3 | $65 | $85 | $0 |
| **Total Monthly Statement & Fee Application Preparation Fees** | 18.1 | | $5,560.0 | $0 |
| **TOTAL FEES DUE** | 82.8 | | $36,391 | $0 |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125627 SA:WRG00012
Invoice#:09124499 SA:WRG00007
Invoice#:09124498 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 2/2/2004 | AP | Fee Application/Billing | Finalized the July, August and September Bills and sent to Melissa and Tim Tuerff to have them finalize their time and send me any other information necessary | 2.0 | 285 | $570 | |
| 2/2/2004 | MS | Customs Audit | Drafted email to FA team re: checklist, best practice, and department responsibilities | 2.0 | 440 | $880 | |
| 2/3/2004 | RR | Fee Application/Billing | Revised detailed billing summaries, per Allison Prybylo's email. | 0.5 | 230 | $115 | |
| 2/4/2004 | MS | Customs Audit | Conference call with N. Phillips, Steve, customs team, and US Customs re: FA | 3.5 | 440 | $1,540 | |
| 2/5/2004 | MS | Customs Audit | Call regarding FA with N. Phillips, S. Ahern, and Customs team | 2.0 | 440 | $880 | |
| 2/6/2004 | AP | Fee Application/Billing | Finalized the bills (e.g., made changes per Tim's Tuerff's late request for additional people to be added to the July Bill) and sent to Sue Haichi to begin preparing the fee applications | 0.8 | 285 | $228 | |
| 2/6/2004 | MS | Customs Audit | Review of e-mails re: FA | 0.5 | 440 | $220 | |
| 2/6/2004 | MS | Customs Audit | Status call to N. Phillips re: FA | 0.5 | 440 | $220 | |
| 2/9/2004 | DY | Fee Application/Billing | Amended invoice | 0.3 | 65 | $20 | |
| 2/11/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon regarding a ruling request with respect to the lonely parent exception to the SRLY rules and review related private letter rulings. | 2 | 600 | $1,200 | |
| 2/11/2004 | DY | Fee Application/Billing | Reinvoiced from billing group - 3 invoices | 0.3 | 65 | $20 | |
| 2/11/2004 | FM | International Compensation Benchmarking | Met with Nick Bubnovich to address Mike Piergrossi's concerns regarding the German compensation data compiled by Christoph Joos | 0.8 | 285 | $228 | |
| 2/11/2004 | NB | International Compensation Benchmarking | Met with Fran Meder to review the German compensation data compiled by Christoph Joos | 0.6 | 625 | $500 | |
| 2/11/2004 | NB | International Compensation Benchmarking | Emailed to Mike Piergrossi to address his concerns with the data | 0.2 | 625 | $125 | |
| 2/13/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon, Carol Finke, and Sara Mahn regarding a ruling request with respect to the lonely parent exception to the SRLY rules. | 2 | 600 | $1,200 | |
| 2/13/2004 | FM | International Compensation Benchmarking | Sent out emails to our colleagues in Singapore and the UK regarding their capabilities to assist us in collecting competitive compensation data for two HR positions | 0.5 | 285 | $143 | |
| 2/13/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon, Carol Finke, and Bryan Collins regarding a ruling request with respect to the lonely parent exception to the SRLY rules. | 2 | 475 | $950 | |
| 2/16/2004 | AP | Fee Application/Billing | Spoke with Sue Haichi regarding the billing Fee applications | 0.5 | 285 | $143 | |
| 2/16/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Meet with John Keenan and Sara Mahn regarding ruling request with respect to the lonely parent exception to the SRLY rules and related procedural issues including waiver of audit jurisdiction. | 1 | 600 | $600 | |
| 2/16/2004 | FM | International Compensation Benchmarking | Follow-up with our colleagues in Singapore regarding our request for compensation data on a HR position in Singapore | 0.3 | 285 | $85 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice#:09125827 SA:WRG00012
Invoice#:09124499 SA:WRG00007
Invoice#:09124496 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 2/16/2004 | JC | IRS Issues/Consolidated Return Tax Consulting | Review of documents and research related to a ruling request regarding the lonely parent exception to the SRLY rules. | 2 | 515 | $1,030 | |
| 2/16/2004 | JK | IRS Issues/Consolidated Return Tax Consulting | Meet with Bryan Collins and Sara Mahn regarding ruling request with respect to the lonely parent exception to the SRLY rules and related procedural issues including waiver of audit jurisdiction. | 0.7 | 515 | $361 | |
| 2/16/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Meet with Bryan Collins and John Keenan regarding ruling request with respect to the lonely parent exception to the SRLY rules and related procedural issues including waiver of audit jurisdiction. | 1 | 475 | $475 | |
| 2/17/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review research relating to a ruling request regarding the lonely parent exception to the SRLY rules. | 1 | 600 | $600 | |
| 2/17/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon, Carol Finke, Dave Friedel, and Sara Mahn regarding a ruling request regarding the lonely parent exception to the SRLY rules. Discuss related research. | 2 | 600 | $1,200 | |
| 2/17/2004 | FM | International Compensation Benchmarking | Emailed follow-up questions to Singapore's response regarding compensation for a HR Director in Singapore and emailed follow-up questions to the UK regarding compensation data for a VP of HR in the UK | 0.8 | 285 | $228 | |
| 2/17/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon, Carol Finke, Dave Friedel, and Bryan Collins regarding a ruling request regarding the lonely parent exception to the SRLY rules. Discuss related research. | 2 | 475 | $950 | |
| 2/18/2004 | FM | International Compensation Benchmarking | Started drafting email to Mike Piergrossi regarding the UK competitive data and sent a follow-up email to Singapore requesting a response to our queries | 0.5 | 285 | $143 | |
| 2/18/2004 | MS | Customs Audit | Review of FA documents for submission to US Customs | 2.5 | 440 | $1,100 | |
| 2/19/2004 | FM | International Compensation Benchmarking | Finished drafting an email to Mike Piergrossi which summarized the competitive compensation data for the UK HR position and sent a follow-up email to Singapore and the UK with additional questions we had regarding the data | 0.8 | 285 | $228 | |
| 2/19/2004 | JZ | Fee Application/Billing | Review billing summaries for Nick Bubnovich | 1 | 500 | $500 | |
| 2/20/2004 | MS | Customs Audit | Review of documents FA documents | 2.0 | 440 | $880 | |
| 2/20/2004 | MS | Customs Audit | Call with N. Phillips, S. Ahem, customs team and US Customs re: FA | 3.0 | 440 | $1,320 | |
| 2/20/2004 | TT | IRS Issues/Consolidated Return Tax Consulting | Telcon with Rick Miranda and Canadian practice to discuss Canadian financing and Canadian tax reporting. | 0.5 | 600 | $300 | |
| 2/23/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review research relating to a ruling request regarding the lonely parent exception to the SRLY rules including related private rulings. | 1 | 600 | $600 | |
| 2/23/2004 | MF | Customs Audit | Review/analysis of FOIA data for FA period (9/1/02-8/31/03) | 2.0 | 340 | $680 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125627 SA:WRG00012
Invoice#:09124499 SA:WRG00007
Invoice#:09124496 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 2/24/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review research relating to a ruling request regarding the lonely parent exception to the SRLY rules including related private rulings. | 2 | 600 | $900 | |
| 2/24/2004 | FM | International Compensation Benchmarking | Drafted email to Mike Piergrossi summarizing the compensation data for a HR Director in Singapore | 0.5 | 285 | $143 | |
| 2/24/2004 | MF | Customs Audit | Review/analysis of FOIA data for FA period (9/1/02-8/31/03) | 4.0 | 340 | $1,360 | |
| 2/25/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review timeline of action steps for a ruling request regarding the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 600 | $600 | |
| 2/25/2004 | FM | International Compensation Benchmarking | Sent an email to our colleagues in China to determine their capabilities to provide us with competitive compensation data for an HR Director responsible for Asia Pacific | 0.3 | 285 | $86 | |
| 2/25/2004 | JC | IRS Issues/Consolidated Return Tax Consulting | Review and revise timeline of action steps for a ruling request regarding the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 4 | 515 | $2,060 | |
| 2/25/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Prepare timeline of action steps for a ruling request regarding the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 3 | 475 | $1,188 | |
| 2/26/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon and Jonathan Forrest regarding the timeline of action steps for a ruling request regarding the lonely parent exception to the SRLY rules. | 2 | 600 | $1,200 | |
| 2/26/2004 | DY | Fee Application/Billing | Research member firm payment | 0.2 | 65 | $13 | |
| 2/26/2004 | FM | International Compensation Benchmarking | Sent an email to our colleagues in China regarding the compensation data we requested and revised memo to Mike Piergrossi regarding the Singapore compensation data | 1 | 285 | $285 | |
| 2/26/2004 | JC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon and Bryan Collins regarding the timeline of action steps for a ruling request regarding the lonely parent exception to the SRLY rules. | 2 | 515 | $1,030 | |
| 2/26/2004 | MS | Fee Application/Billing | Reviewed and revised billing spreadsheet | 1.5 | 440 | $660 | |
| 2/27/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Meet with Jonathan Forrest and Sara Mahn regarding the timeline and execution of action steps for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 600 | $600 | |
| 2/27/2004 | FM | Fee Application/Billing | Prepared January and February billing spreadsheets | 2 | 285 | $570 | |
| 2/27/2004 | JC | IRS Issues/Consolidated Return Tax Consulting | Meet with Bryan Collins and Sara Mahn regarding the timeline and execution of action steps for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 515 | $515 | |
| 2/27/2004 | JC | IRS Issues/Consolidated Return Tax Consulting | Review previous research regarding a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss and determine additional research to be done. | 3 | 515 | $1,288 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125627 SA:WRG00012
Invoice#:09124489 SA:WRG00007
Invoice#:09124496 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 2/27/2004 | MS | Fee Application/Billing | Reviewed, revised, and discussed billing spreadsheet | 3.5 | 440 | $1,540 | |
| 2/27/2004 | RR | Fee Application/Billing | Revised, prepared, and printed billing detail summaries | 5.0 | 230 | $1,150 | |
| 2/27/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Meet with Bryan Collins and Jonathan Forrest regarding the timeline and execution of action steps for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 475 | $475 | |
| 2/27/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Obtain briefs from the Tax Court regarding two cases related to a ruling request with regard to the lonely parent exception to the SRLY rules. | 1 | 475 | $238 | |
| 2/29/2004 | DY | Fee Application/Billing | Prepared final letter for invoicing | 0.5 | 65 | $33 | |
| | | | **TOTALS** | **82.8** | | **$36,391** | **$0** |