# EXHIBIT B

Invoice#:09125628 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

## W.R. Grace & Co.
## Hours Spent by Each Person
### March 1 through March 31, 2004

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Jane Zeis | 0.8 | $500 | $400 | 0 |
| Fran Meder | 1.8 | $285 | $513 | 0 |
| Allison Prybylo | 2.3 | $285 | $656 | 0 |
| **Total Human Capital Services Fees** | 4.9 | | $1,569 | $0 |
| Tim Tuerff | 0.7 | $600 | $420 | 0 |
| Bryan Collins | 18.0 | $600 | $10,800 | 0 |
| John Keenan | 2.0 | $515 | $1,030 | 0 |
| John Forrest | 47.0 | $515 | $24,205 | 0 |
| Sarah Mahn | 55.5 | $475 | $26,363 | 0 |
| **Total National Tax Services Fees** | 123.2 | | $62,818 | $0 |
| Michele McGuire | 0.5 | $660 | $330 | 0 |
| Melissa Stephanou | 11 | $440 | $4,840 | 0 |
| Matthew Frank | 13.5 | $340 | $4,590 | 0 |
| Robin Raley | 2.5 | $230 | $575 | 0 |
| **Total Customs & International Trade Fees** | 27.5 | | $10,335 | $0 |
| Melissa Stephanou | 2.3 | $440 | $1,012 | |
| Allison Prybylo | 11.7 | $285 | $3,335 | $0 |
| Robin Raley | 8.2 | $230 | $1,886 | |
| Darla Yager | 3 | $65 | $195 | 0 |
| **Total Monthly Statement & Fee Application Preparation Fees** | 25.2 | | $6,428 | $0 |
| **TOTAL FEES DUE** | 180.8 | | $81,149 | $0 |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125628 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/1/2004 | DY | Fee Application/Billing | Amended invoice per Allison Prybylo's request. | 0.5 | 65 | $33 | |
| 3/1/2004 | RR | Fee Application/Billing | Prepared detailed billing summaries for February custom tax group | 1 | 230 | $230 | |
| 3/1/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Perform additional research for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 1.5 | 475 | $713 | |
| 3/2/2004 | AP | Fee Application/Billing | Worked on preparing detailed billing summaries for October, November and December which included combining the other offices data. | 4 | 285 | $1,140 | |
| 3/2/2004 | FM | Hong Kong Compensation Benchmarking | Prepared email to Deloitte's Hong Kong office regarding the compensation data being so low compared to the US data. Researched the websites the Hong Kong office used for their data. | 0.8 | 285 | $228 | |
| 3/2/2004 | JF | IRS Issues/Consolidated Return Tax Consulting | Review facts of previous lonely parent issue for W.R. Grace and review additional research for ruling request for 2004 with regard to the lonely parent exception to the SRLY rules for a net operating loss. | 7 | 515 | $3,605 | |
| 3/2/2004 | MS | Fee Application/Billing | Bill reconciliation and worked on detailed summaries | 1.8 | 440 | $792 | |
| 3/2/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Review briefs from the Tax Court regarding two cases related to a ruling request with regard to the lonely parent exception to the SRLY rules. | 1 | 475 | $475 | |
| 3/3/2004 | AP | Fee Application/Billing | Worked on finalizing the detailed billing summaries. Also worked with Sue Halcti to prepare the fee applications for October, November and December. | 2 | 285 | $570 | |
| 3/3/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review research regarding a ruling request for W.R. Grace for 2004 with regard to the lonely parent exception to the SRLY rules. | 1 | 600 | $600 | |
| 3/3/2004 | FM | Hong Kong Compensation Benchmarking | Prepared email to Scott Flicker regarding the Hong Kong compensation data and the various discussions had with the foreign office. | 0.5 | 285 | $143 | |
| 3/3/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Review briefs from the Tax Court regarding two cases related to a ruling request with regard to the lonely parent exception to the SRLY rules and perform additional related research. | 3 | 475 | $1,425 | |
| 3/4/2004 | AP | Fee Application/Billing | Finalized preparing the the fee applications and prepared a billing spreadsheet for Darla Yager to use when preparing the invoices for October, November and December. | 3.5 | 285 | $998 | |
| 3/4/2004 | JF | IRS Issues/Consolidated Return Tax Consulting | Review additional research done for a ruling request regarding the lonely parent exception to the SRLY rules. Discuss timeline with Sara Mahn. | 3 | 515 | $1,545 | |
| 3/4/2004 | RR | Fee Application/Billing | Prepared detailed billing summaries for February custom tax group | 1.5 | 230 | $345 | |
| 3/4/2004 | SM | IRS Issues/Consolidated Return Tax | Discuss timeline of ruling request regarding the lonely parent exception to the SRLY rules with Jonathan Forrest. | 0.5 | 475 | $238 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125628 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/5/2004 | FM | Hong Kong Compensation Benchmarking | Prepared email to Mike Piergrossi which included the competitive Hong Kong compensation data for the HR manager. | 0.5 | 285 | $143 | |
| 3/5/2004 | RR | Fee Application/Billing | Prepared detailed billing summaries for February custom tax group | 1 | 230 | $230 | |
| 3/5/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Research related private letter rulings with regard to a ruling request for W.R. Grace for 2004 regarding the lonely parent exception to the SRLY rules for a net operating loss. | 5.5 | 475 | $2,613 | |
| 3/5/2004 | TT | IRS Issues/Consolidated Return Tax Consulting | Office conference with Bryan Collins to discuss SRLY ruling request; telcon with Elyse Filon to discuss international planning and ruling request. | 0.7 | 600 | $420 | |
| 3/7/2004 | SM | Ruling Request | Perform additional research for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 2.5 | 475 | $1,188 | |
| 3/8/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding additional research for and execution of action steps for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 600 | $600 | |
| 3/8/2004 | DY | Fee Application/Billing | Prepared invoices for October, November and December per Allison's request. Also prepared package to send to Brian McGowan with copies of all the invoices and a letter. | 2.5 | 65 | $163 | |
| 3/8/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding additional research for and execution of action steps for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 515 | $515 | |
| 3/8/2004 | JF | Ruling Request | Meet with Sara Mahn regarding additional research already done and needed to be performed for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 0.5 | 515 | $258 | |
| 3/8/2004 | MM | Customs Audit | Held discussion re: due dates and responsiveness | 0.5 | 660 | $330 | |
| 3/8/2004 | MS | Fee Application/Billing | Review of detailed summaries | 0.5 | 440 | $220 | |
| 3/8/2004 | RR | Fee Application/Billing | Finalized Feb. billing summaries (added additional info) | 0.8 | 230 | $184 | |
| 3/8/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest regarding additional research for and execution of action steps for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 475 | $475 | |
| 3/8/2004 | SM | Ruling Request | Meet with Jonathan Forrest regarding additional research already done and needed to be performed for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 0.5 | 475 | $238 | |
| 3/8/2004 | AP | Fee Application/Billing | Reviewed the Custom & International Tax billing February summaries and combined them with the Chicago detail. | 2 | 285 | $570 | |
| 3/9/2004 | BC | Ruling Request | Conference call with Elyse Filon, Carol Finke, Jonathan Forrest, and Sara Mahn regarding allocation of additional research needed including researching private letter rulings for a ruling request regarding the lonely parent exception to the SRLY rules. | 2 | 600 | $1,200 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125828 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/9/2004 | JF | Ruling Request | Conference call with Elyse Filon, Carol Finke, Bryan Collins, and Sara Mahn regarding allocation of additional research needed including researching private letter rulings for a ruling request regarding the lonely parent exception to the SRLY rules. | 2 | 515 | $1,030 | |
| 3/9/2004 | JF | Ruling Request | Meet with Sara Mahn regarding additional research performed and related technical arguments for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 515 | $515 | |
| 3/9/2004 | MF | Customs Audit | Reviewed FA follow-up questions from GPC | 2 | 340 | $680 | |
| 3/9/2004 | MS | Customs Audit | Held discussion with N. Phillips re: FA | 1 | 440 | $440 | |
| 3/9/2004 | MS | Customs Audit | Prepared documents for Customs request | 2.5 | 440 | $1,100 | |
| 3/9/2004 | RR | Fee Application/Billing | Obtained review of final billing spreadsheet | 0.7 | 230 | $161 | |
| 3/9/2004 | SM | Ruling Request | Conference call with Elyse Filon, Carol Finke, Bryan Collins, and Jonathan Forrest regarding allocation of additional research needed including researching private letter rulings for a ruling request regarding the lonely parent exception to the SRLY rules. | 2 | 475 | $950 | |
| 3/9/2004 | SM | Ruling Request | Meet with Jonathan Forrest regarding additional research performed and related technical arguments for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 475 | $475 | |
| 3/9/2004 | SM | Ruling Request | Perform additional research including review of private letter rulings involving transactions qualifying under Treas. Reg. § 1.1502-75(d)(2)(ii) for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 475 | $475 | |
| 3/10/2004 | AP | Compensation | Spoke with Sonya Krawczel regarding assistance locating some benchmarking worksheets for specific individuals. | 0.5 | 285 | $143 | |
| 3/10/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding status of and next action steps to perform for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 600 | $600 | |
| 3/10/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding status of and next action steps to perform for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 515 | $515 | |
| 3/10/2004 | JF | Ruling Request | Research additional private letter rulings in preparation for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 7 | 515 | $3,605 | |
| 3/10/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest regarding status of and next action steps to perform for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 475 | $475 | |
| 3/10/2004 | SM | Ruling Request | Perform additional research for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 5 | 475 | $2,375 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125628 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/11/2004 | AP | Compensation | Assisted Sonya Krawczel with another request regarding benchmarking worksheets. | 0.3 | 285 | $86 | |
| 3/11/2004 | AP | Compensation | Met with Jane Zeis to discuss the next steps on the W.R. Grace engagements upon their emergence from Bankruptcy. | 1.5 | 285 | $428 | |
| 3/11/2004 | BC | Ruling Request | Meet with Jonathan Forrest regarding status of ruling request and additional research found in preparation for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 600 | $600 | |
| 3/11/2004 | JF | Ruling Request | Meet with Bryan Collins regarding status of ruling request and additional research found preparation for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 515 | $515 | |
| 3/11/2004 | JF | Ruling Request | Perform additional research for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 3.5 | 515 | $1,803 | |
| 3/11/2004 | JZ | Compensation | Met with Allison Prybylo to discuss the next steps on the W.R. Grace engagements upon their emergence from Bankruptcy. | 0.8 | 500 | $400 | |
| 3/12/2004 | BC | Ruling Request | Conference call with Elyse Filon, Carol Finke, Jonathan Forrest, and Sara Mahn regarding additional research performed and related technical arguments for a ruling request regarding the lonely parent exception to the SRLY rules. | 1.5 | 600 | $900 | |
| 3/12/2004 | JF | Ruling Request | Conference call with Elyse Filon, Carol Finke, Bryan Collins, and Sara Mahn regarding additional research for a ruling request regarding the lonely parent exception to the SRLY rules. | 1.5 | 515 | $773 | |
| 3/12/2004 | JF | Ruling Request | Perform additional research for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 5.5 | 515 | $2,833 | |
| 3/12/2004 | SM | Ruling Request | Conference call with Elyse Filon, Carol Finke, Bryan Collins, and Jonathan Forrest regarding additional research for a ruling request regarding the lonely parent exception to the SRLY rules. | 1.5 | 475 | $713 | |
| 3/15/2004 | AP | Fee Application/Billing | Followed up with Sue Halcli and Robin Raley regarding expensing descriptions. | 0.2 | 285 | $57 | |
| 3/15/2004 | BC | Ruling Request | Review additional research regarding private letter rulings for transactions qualifying under Rev. Rul. 82-152 for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 1 | 600 | $600 | |
| 3/16/2004 | RR | Fee Application/Billing | Prepared activity summary letter for S. Ahern (activities from April 2003 to present) | 3 | 230 | $690 | |
| 3/17/2004 | BC | Ruling Request | Review additional research regarding private letter rulings for transactions qualifying under Treas. Reg. § 1.1502-75(d)(2)(ii) for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 1 | 600 | $600 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125628 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/18/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding preparation of outline for drafting of ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. | 0.5 | 600 | $300 | |
| 3/18/2004 | BC | Ruling Request | Review ruling request timeline. | 0.5 | 600 | $300 | |
| 3/18/2004 | BC | Ruling Request | Meet with Jonathan Forrest regarding status of ruling request with respect to timeline and allocation of action steps. | 1 | 600 | $600 | |
| 3/18/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding preparation of outline for drafting of ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. | 0.5 | 515 | $258 | |
| 3/18/2004 | JF | Ruling Request | Meet with Bryan Collins regarding status of ruling request with respect to timeline and allocation of action steps. | 1 | 515 | $515 | |
| 3/18/2004 | MF | Customs Audit | Conf. call with GPC team (M. Stephanou, N. Phillips) to discuss open items to be addressed for | 2 | 340 | $680 | |
| 3/18/2004 | MS | Customs Audit | Held discussion with N. Phillips re: FA and project communication | 2.5 | 440 | $1,100 | |
| 3/18/2004 | RR | Fee Application/Billing | Looked up information regarding classification review | 0.2 | 230 | $46 | |
| 3/18/2004 | SM | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding preparation of outline for drafting of ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. | 0.5 | 475 | $238 | |
| 3/19/2004 | BC | Ruling Request | Meet with Jonathan Forrest to prepare and finalize outline for ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. Send finalized outline to Elyse Filon and Carol Finke. | 3 | 600 | $1,800 | |
| 3/19/2004 | JF | Ruling Request | Additional preparation of outline for ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. | 1 | 515 | $515 | |
| 3/19/2004 | JF | Ruling Request | Meet with Bryan Collins and prepare and finalize outline for ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. | 3 | 515 | $1,545 | |
| 3/19/2004 | MF | Customs Audit | Worked on follow-up items to be addressed for the FA | 1 | 340 | $340 | |
| 3/19/2004 | SM | Ruling Request | Begin preparation of outline for ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. | 0.5 | 475 | $238 | |
| 3/20/2004 | MF | Customs Audit | Work on revision 9802 and US-Isreal FTA sections of import manual | 4 | 340 | $1,360 | |
| 3/21/2004 | MF | Customs Audit | Revision of training section of import manual | 1.5 | 340 | $510 | |
| 3/22/2004 | BC | Ruling Request | Phone call with Elyse Filon and Carol Finke regarding waiver of audit jurisdiction for ruling request with regard to the lonely parent exception to the SRLY rules. | 1 | 600 | $600 | |
| 3/22/2004 | MF | Customs Audit | Revision of post-entry audit section of import manual | 3 | 340 | $1,020 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125628 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/23/2004 | JK | Ruling Request | Draft agreement to allow private letter ruling to be issued with respect to issues currently under audit involving application of the lonely parent exception to the SRLY rules. | 1.5 | 515 | $773 | |
| 3/23/2004 | RR | Customs Audit | Researched classification categories and drafted document indicating proper classifications for each | 2.5 | 230 | $575 | |
| 3/24/2004 | SM | Ruling Request | Review information regarding Grace's business operations, asbestos litigation, and related bankruptcy. Draft related portions of the Facts section of the ruling request regarding the lonely parent exception to the SRLY rules. | 6 | 475 | $2,850 | |
| 3/25/2004 | MS | Customs Audit | Held discussions with N. Phillips and team re: FA and revised action items | 2.5 | 440 | $1,100 | |
| 3/25/2004 | SM | Ruling Request | Draft portion of ruling request regarding issues in Grace's previous tax returns regarding the lonely parent exception to the SRLY rules. | 1.5 | 475 | $713 | |
| 3/26/2004 | BC | Ruling Request | Discuss status of Facts section of ruling request with Sara Mahn. | 0.5 | 600 | $300 | |
| 3/26/2004 | MS | Customs Audit | Provided action item documents | 2.5 | 440 | $1,100 | |
| 3/26/2004 | SM | Ruling Request | Discuss status of Facts section of ruling request with Bryan Collins. | 0.5 | 475 | $238 | |
| 3/26/2004 | SM | Ruling Request | Draft portion of ruling request involving previous transactions involving Grace. | 1.5 | 475 | $713 | |
| 3/26/2004 | SM | Ruling Request | Perform additional research regarding private letter rulings involving the lonely parent exception to the SRLY rules. | 0.5 | 475 | $238 | |
| 3/29/2004 | JK | Ruling Request | Continue to draft agreement by IRS field office to allow private letter ruling to be issued with respect to issues currently under audit involving application of the lonely parent exception to the SRLY rules. | 0.5 | 515 | $258 | |
| 3/29/2004 | SM | Ruling Request | Begin drafting legal section of the ruling request with regard to the lonely parent exception to the SRLY rules. | 6 | 475 | $2,850 | |
| 3/30/2004 | BC | Ruling Request | Conference call with Elyse Filon and Carol Finke regarding status of ruling request and related timeline. | 0.5 | 600 | $300 | |
| 3/30/2004 | JF | Ruling Request | Meet with Sara Mahn regarding current draft of ruling request and discuss additional information needed. | 1.5 | 515 | $773 | |
| 3/30/2004 | JF | Ruling Request | Review first draft of Facts section of ruling request. | 0.5 | 515 | $258 | |
| 3/30/2004 | SM | Ruling Request | Meet with Jonathan Forrest regarding current draft of ruling request and discuss additional information needed. | 1.5 | 475 | $713 | |
| 3/31/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding current status of ruling request and related additional information needed. | 1.5 | 600 | $900 | |
| 3/31/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding current status of ruling request and related additional information needed. | 1.5 | 515 | $773 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125028 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/31/2004 | JF | Ruling Request | Review information regarding Grace's business operations, asbestos litigation, and related bankruptcy. Review first draft of Facts section of ruling request. | 4 | 515 | $2,060 | |
| 3/31/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest regarding current status of ruling request and related additional information needed. | 1.5 | 475 | $713 | |
| 3/31/2004 | SM | Ruling Request | Begin drafting analysis section of ruling request with regard to the lonely parent exception to the SRLY rules. | 8.5 | 475 | $4,038 | |
| | | | Totals | 180.8 | | $81,149 | $0 |