# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

**CERTIFICATION OF SERVICE OF
AMENDED JOINT DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD
ON APPEAL AND STATEMENT OF ISSUES OF APPELLANTS FEDERAL
INSURANCE COMPANY AND ROYAL & SUNALLIANCE
REGARDING ORDER GRANTING APPLICATION OF DEBTORS PURSUANT TO
11 U.S.C. §§105, 327 AND 524(g)(4)(B)(i), FOR THE APPOINTMENT OF A LEGAL
<u>REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS</u>**

I, Shelley A. Kinsella, hereby certify that I am not less than 18 years of age and further certify that on June 14, 2004 I caused to be served a true and correct copy of *Amended Joint Designation of Items to be Included in the Record on Appeal and Statement of Issues of Appellants Federal Insurance Company and Royal & SunAlliance Regarding Order Granting Application of Debtors pursuant to 11 U.S.C. §§105, 327 and 524(g)(4)(b)(i), for the Appointment of a Legal Representative for Future Asbestos Claimants* upon the parties identified on the service list attached hereto as Exhibit "A" via regular first class mail, postage pre-paid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 17, 2004
      Wilmington, DE

                                                  COZEN O'CONNOR

                                                  /s/ Shelley A. Kinsella
                                                  _____
                                                  Shelley A. Kinsella (DE No. 4023)
                                                  1201 N. Market Street, Suite 1400
                                                  Wilmington, DE  19801
                                                  (302) 295-2000 Telephone
                                                  (302) 295-2013 Facsimile
                                                  Attorneys for Federal Insurance Company

**EXHIBIT "A" - SERVICE LIST**

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19899

David M. Bernick, P.C., Esquire
Janet S. Baer, Esquire
James W. Kapp, III, Esquire
Samuel L. Blatnick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Frank J. Perch, III, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

David T. Austern
C/o Claims Resolution Management Corporation
Legal Department
8260 Willow Oaks Corporate Drive
6th Floor
P.O. Box 10415
Fairfax, VA  22031

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

Philip Bentley, Esquire
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY  10022

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL  33131

Theodore J. Tacconelli, Esquire
Ferry Joseph & Pearce, P.A.
824 Market Street
Suite 904
Wilmington, DE  19899

Michael R. Lastowski, Esquire
William S. Katchen, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stoock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038

Francis J. Murphy, Esquire
Murphy Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE  19805

James Sottile, Esquire
Joseph L. Ruby, Esquire
Baach Robinson & Lewis PLLC
One Thomas Circle, N.W.
Suite 200
Washington, DE  20005

Ian Connor Bifferato, Esquire
Bifferato, Bifferato & Gentiloltti
1308 Delaware Avenue
The Buckner Building
Wilmington, DE  19899

Carl J. Pernicone, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY  10017