

engineered composites

**NON METALLIC RESOURCES, INC.**   P.O. Box 81303 • Mobile, Alabama 36689 • (334) 633-3303 • FAX: (334) 633-3318

June 14, 2004

United States Bankruptcy Court
District of Delaware
Sixth Floor
824 Market St.
Wilmington, DE  19801

RE:  W. R. Grace & Co.
     Case #01-01140
     Notice RE Docket 5722


Please be advised we take objection to the transfer of our claim against W. R. Grace to Sierra Liquidity Fund. Our claim has been transferred to Longacre Master Fund, LTD, please see attached document received and noted by this court June 7, 2004.

Regards,

John W. Webster
President
Non Metallic Resources, Inc.


cc:  Via sealed envelope, postage fully pre-paid and deposited in the mail in Mobile, AL.

| Rust Consulting Inc. | Longacre Master Fund, LTD | Sierra Liquidity Fund |
|---|---|---|
| Clerk of the Court | Attn: Vladimir Jelisavcic | 2699 White Rd. |
| 1330 E. Franklin Ave. | 810 Seventh Ave, 22nd Floor | Suite 255 |
| El Segundo, CA  90245 | New York, NY  10019 | Irvine, CA  92614 |


Enc:  Evidence of Claims Transfer

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------------X
In re:                                                      |
                                                            | Chapter 11
W.R. GRACE & CO.-CONN.,                                     |
                                                            | Case No. 01-01140
                                                            |
              Debtors.                                      |
------------------------------------------------------------X    Claim No. 966

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

To: (Transferor)            Non Metallic Resources Inc.
                            8375 Ziegler Blvd.
                            Mobile, AL 36608
                            Attn: Jackie Robertson

The transfer of your claim as shown above, in the amount of $18,093.38 has been transferred (unless previously expunged by court order) to:

LONGACRE MASTER FUND, LTD.
Transferor: Non Metallic Resources Inc.
810 Seventh Avenue, 22nd Floor
New York, NY 10019
Att: Vladimir Jelisavcic

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

    United States Bankruptcy Court
    District of Delaware
    824 Market Street, Room 525
    Wilmington, DE 19801

- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL No. _____ in your objection. If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                                    Intake Clerk
-------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2004.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee: _____

                                            _____
                                                    Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit B

TO:       United States Bankruptcy Court ("Bankruptcy Court")
              District of Delaware
              824 Market St., Room 525
              Wilmington, DE 19801
              Attn:   Clerk

AND TO:  W.R. GRACE & CO.-CONN., ("Debtor")
              Case No. 01-01140

Claim # 966

**NON METALLIC RESOURCES INC.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

              **LONGACRE MASTER FUND, LTD.**
              810 Seventh Avenue, 22nd Floor
              New York, NY 10019
              Attn: Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $18,093.38 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated May 4, 2004.

**Non Metallic Resources Inc.**

By:    /s/ John W. Webster
Name:  John W. Webster
Title:   President