IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Kathleen J. Campbell, of Campbell & Levine, LLC, hereby certify that on June 21, 2004, I caused a copy of the foregoing *Status Report Submitted By The Official Committee Of Asbestos Personal Injury Claimants* to be served upon the individuals on the attached service list via first-class mail unless otherwise indicated.

*/s/ Kathleen J. Campbell*
Kathleen J. Campbell (#4229)

Dated: June 21, 2004

{D0022693:1 }