**Grace 2002 Service List**

**Hand Delivery**
Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

**Hand Delivery**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Joseph Grey, Esq.
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Francis A. Monaco, Jr., Esq.
Frederick B. Rosner, Esq.
Walsh, Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE 19801

Mark S. Chehi, Esq.
Kevin Brady, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Robert Jacobs, Esq.
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Ave., 7th Floor
PO Box 410
Wilmington, DE 19899

**Hand Delivery**
Theresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
Frank Perch , Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

**Hand Delivery**
Selinda A. Melnik
Buchanan Ingersoll, P.C.
1201 N. Market Street, Suite 1501
Wilmington, DE 19801

**Hand Delivery**
Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

D. J. Baker, Esquire
Sheila Birnbaum, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
  McGarvey PC
745 South Main Street
Kalispel, MT 59901

| | | |
|---|---|---|
| David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 | Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C. 20005-4026 | Pamela Zilly<br>Richard Shinder<br>David Blechman<br>Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154 |
| Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX 77002-5012 | Josiah Rotenberg<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th<br>New York, NY 10020 | David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| Stephen H. Case, Esquire<br>Nancy L. Lazar, Esquire<br>David D. Tawil, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York. NY 10017 | Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 | Joseph F. Rice<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 |
| Attn.: Meridee Moore & Kirsten Lynch<br>Farallon Capital Management LLC<br>One Maritime Plaza<br>Suite 1325<br>San Francisco, CA 94111 | John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 | Hamid R. Rafatjoo, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>10100 Santa Monica Boulevard<br>Los Angeles, CA 90067-4100 |
| Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 | T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Steven T. Baron, Esquire<br>Member<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor, LLP<br>Dallas, TX 75204 |
| Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA 19103 | R. Scott Williams<br>PMG Capital Corp.<br>Four Falls Corporate Center<br>West Conshohocken, PA 19428-2961 |
| Margery N. Reed, Esq.<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103-7396 | Elizabeth S. Kardos, Esq.<br>Gibbons, Del Deo, Dolan, Griffinger<br>  & Vecchione, PC<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 | Thomas J. Noonan, Jr.<br>c/o R & S Liquidation Company<br>Five Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 |
| James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ 08736 | Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 | Jonathan W. Young<br>T.Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 |
| Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 | Russell W. Budd<br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer. Esquire<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 |

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll, Salisbury
  & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD 21214

Paul D. Henderson, Esq.
Dies, Dies & Henderson
1009 West Green Avenue
Orange, TX 77630

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd., Suite G
Brownsville, TX 78520

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Christian J. Lane, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elizabeth J. Cabraser, Esquire
Richard M. Heimann, Esquire
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Can.Tower
Sun Life Center, 200 Kint Street West
**Toronto, Ontario M5H 3T4**
**CANADA**

**Hand Delivery**
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
Wilmington, DE 19801

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price
  & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Edward W. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Ness Motley Loadholt Richardson & Poole
151 Meeting Street, Suite 600
P.O. Box 1137
Charleston, SC 29402

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P. O. Box 151
Bryan, OH 43506

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

Ira S. Greene, Esq.
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

Steven R. Schlesinger, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Alan Kolod, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, 4th Floor
New York, NY 10006

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

John P. Dillman, Esq.
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P. O. Box 3064
Houston, TX 77253-3064

{D0000014:1 }

| | | |
|---|---|---|
| Steven J. Kherkher, Esq.<br>Laurence G. Tien, Esq.<br>Williams Bailey Law Firm LLP<br>8441 Gulf Freeway, Suite #600<br>Houston, TX 77017 | Steven T. Hoort, Esq.<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 | Kimberly W. Osenbaugh<br>Preston Gates & Ellis LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-7078 |
| Paul M. Baisier, Esq.<br>SEYFARTH SHAW<br>1545 Peachtree Street, Suite 700<br>Atlanta, GA 30309 | William S. Katchen, Esquire<br>Duane, Morris & Heckscher LLP<br>1 Riverfront Plaza, 2nd Floor<br>Newark, NJ 07102 | Sander L. Esserman, Esquire<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201-2689 |
| Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD 21226-1595 | Paul D. Henderson, Esquire<br>Dies, Dies & Henderson<br>1009 W. Green Avenue<br>Orange, TX 77630 | Christopher Beard, Esq.<br>Beard & Beard<br>306 North Market Street<br>Frederick, MD 21701 |
| Todd C. Meyers, Esq.<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530 | Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, New York 10017 | Brad N. Friedman, Esq.<br>Rachel S. Fleishman, Esq.<br>Milberg Weiss Bershad Hynes & Learch<br>One Pennsylvania Plaza<br>New York, NY 10019 |
| Lewis Kruger, Esquire<br>Robert Raskin, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway<br>Suite 150<br>San Rafael, CA 94903 | Thomas J. Noonan, Jr.<br>Herman's Sporting Goods in Liquidation<br>C/o R&S Liquidation Company, Inc.<br>5 Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 |
| William E. Frese, Esquire<br>Attn: Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box 570<br>Newark, NJ 07101 | Damon J. Chargois, Esquire<br>Foster & Sear, L.L.P.<br>360 Place Office Park<br>1201 N. Watson Road, Suite 145<br>Arlington, TX 76006 | Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 |
| State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>101 E. Town Street, Second Floor<br>Columbus, OH 43215 | Dorine Vork<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, New York 10022 | Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Boulevard, MS 35<br>Tallahassee, Florida 32399-3000 |
| Credit Lyonnais<br>1301 Avenue of the Americas<br>New York, New York 10019-0602 | Randall A. Rios, Esq.<br>Floyd Isgur Rios & Wahrlich, P.D.<br>700 Louisiana, Suite 4600<br>Houston, TX 77002 | Anton Volovsek<br>Rt2 – Box 200 #42<br>Kamiah, Idah 83536-9229 |
| Paul G. Sumers, Esquire<br>TN Attorney General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | General Counsel<br>Enron Energy Services<br>1400 Smith Street<br>EB 0889<br>Houston, TX 77002 | Harry Lee, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 |

{D0000014:1 }

Thomas O. Bean, Esq.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

Deirdre Woulfe Pacheo, Esq.
Wilentz Goldman & Spitzer
P.O. Box 10
Woodbridge Center Drive
Woodbridge, NJ 07095

Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Richard S. Lewis, Esquire
Cohen Milstein Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

James Sottile, Esq.
Joseph L. Ruby, Esq.
Michael J. Zoeller, Esq.
Baach Robinson & Lewis PLLC
One Thomas Circle, NW
Suite 200
Washington, DC 20005

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

Paul P. Daley, Esq.
George W. Shuster, Jr., Esq.
Hale and Dorr LLP
60 State Street
Boston, MA 02109

Janet M. Weiss, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Allan M. McGarvey, Esquire
Jon L. Heberling, Esquire
Roger M. Sullivan, Esquire
McGarvey Heberling Sullivan & McGarvey
745 South Main
Kalispell, MT 59901

John G. Stoia, Jr., Esuiqre
Timothy G. Blood, Esquire
Milberg Weiss Bershad Hynes & Lerach, LLP
600 West Broadway
1800 One America Plaza
San Diego, CA 92101

Ralph R. Mabey, Esquire
Penrod W. Keith, Esquire
LeBoeuf Lamb Greene & MacRae LLP
1000 Kearns Building
Salt Lake City, UT 84101

Marsha A. Penn, Esquire
P.O. Box 3725
Houston, TX 77253

Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
Morris Nicholas Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

Peninsula Capital, L.P.
404B East Main Street, 2nd Floor
Charlottesville, VA 22902
Attn: Ted Weschler

Vahe Melkonian, Pres.
Newco Management Company LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

Craig A. Slater, Esq.
Angela M. Demerle, Esq.
Harter Secrest & Emery LLP
Twelve Fountain Plaza, Suite 400
Buffalo, NY 14202-2293

Neil Berger, Esquire
Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Thomas Moers Mayer, Esq.
Robert S. Schmidt, Esq.
Amy Caton, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

**Hand Delivery**
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Murphy Spadaro & Landon
824 N. Market Street, Suite 700
Wilmington, DE 19801

Darrell W. Scott, Esquire
Michael G. Black, Esquire
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Ave.
Spokane, WA 99201

David Pastor, Esquire
Edward L. Manchur, Esquire
Gilman & Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Thomas G. Whalen, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Jordan N. Malz, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Christopher R. Momjian, Esq.
Senior Deputy Attorney General
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ 07095

| | | |
|---|---|---|
| Charles L. Finke, Assistant Attorney General<br>Brad Rogers, Attorney<br>Pension Benefit Guarantee Corporation<br>Office of the General Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026 | Theresa L. Wasser, Esq.<br>Burns White & Hickton LLC<br>120 Fifth Avenue, Suite 2400<br>Pittsburgh PA 15222 | W. Wallace Finlator, Jr.<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 |
| Daniel Cohn, Esq.<br>Cohn, Khoury, Madoff & Whitesell<br>101 Arch Street, Suite 1605<br>Boston, MA 02110 | Steven K. Kortanek, Esq.<br>Joanne B. Wills, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | Dan Cohn, Esq.<br>Cohn, Khoury, Madoff & Whitesell, LLP<br>101 Arch Street, Suite 1605<br>Boston, MA 02110 |
| Jarrett L. Hale, Esq.<br>The Bleakley Law Firm<br>101 E. Kennedy Blvd., Suite 1100<br>Tampa, FL 33602 | John V. Fiorella, Esquire<br>Archer & Greiner, P.C.<br>1300 North Market Street<br>Suite 700<br>Wilmington, DE 19801 | Thomas Tew, Esquire<br>Tew Cardenas Robak Kellogg Lehman DeMaria<br>  Tague Raymond & Levine L.L.P.<br>201 S. Biscayne Blvd., Suite 2600<br>Miami, FL 33131 |
| James E. Wimberley, Esquire<br>McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P.<br>3120 Central Mall Drive<br>Port Arthur, TX 77642 | Marc Abrams, Esquire<br>Willkie, Farr & Gallagher<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Citadel Investment Group, L.L.C.<br>Attn: S. Jay Novatney<br>131 South Dearborn Street, 36th Floor<br>Chicago, IL 60603 |
| Kirk A. Patrick III<br>Crawford Lewis, PLLC<br>450 Laurel Street, Suite 1600<br>PO Box 3656<br>Baton Rouge, LA 70821-3656 | Edward B. Cottingham, Jr.<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>PO Box 1792<br>Mt. Pleasant, SC 29465 | Roger W. Hammond<br>Kforce Inc.<br>1001 East Palm Avenue<br>Tampa, FL 33605 |
| Mr. Eugene Paul Sullivan<br>29-B Plaza Delas Flores<br>Freehold, NJ 07728 | Todd C. Schiltz<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>Wilmington Trust Center<br>1100 N. Market Street, Suite 1001<br>Wilmington, DE 19801 | |
| Frederick P. Furth<br>Michael P. Lehmann<br>Christopher L. Lebsock<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104 | | |