IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>NO. 01-01139 (JKF)<br>(Jointly Administered)<br><br>**Hearing Date: June 21, 2004 at 12:00 p.m.**<br>**Responses Due: June 21, 2004**<br>**(as extended by Debtors)** |

### DILLINGHAM-MANSON JOINT VENTURE'S RESPONSE IN OPPOSITION TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIM

COMES NOW the DILLINGHAM-MANSON JOINT VENTURE and opposes the denial of relief granted to it in its Creditor's Claim.

1. The contact person is Milton C. Smith of Smith McKenzie Rothwell & Barlow, P.S., 500 Union Street, Suite 700, Seattle, Washington 98101, (206) 224-9900.

2. The amount of the Dillingham-Manson claim is Ten Million Dollars ($10,000,000), which represents the potential uninsured portion of its cost for repair of the Ford Island Bridge piles and surface road in Honolulu, Hawaii. Claim has been made by the United States Navy against the Dillingham-Manson Joint Venture for an amount substantially in excess of this figure. Currently the insurers of the Dillingham-Manson Joint Venture are providing a defense and coverage for the repairs required. The nature and extent of the

Document No. 34964

repairs necessary is an ongoing dispute between the United States Navy and the Dillingham-Manson Joint Venture.

3. The Dillingham-Manson Joint Venture claim number in the bankruptcy is 14050, dated March 31, 2003.

4. Dillingham-Manson Joint Venture reserves the right to amend the claim.

5. The factual basis of the claim of the Dillingham-Manson Joint Venture against W.R. Grace and Co., et al. is that the defects in the concrete piles and bridge surface were caused directly by a defect in the mixture of a product manufactured by W.R. Grace named W.R. Grace Force 10,000 Silica Fume, which defect caused concrete spalling and separation of the concrete and the deterioration of the piles. Expert opinion supporting this claim is available upon request.

MONZACK AND MONACO P.A.

Rachel B. Mersky, (# 2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
       and
SMITH MCKENZIE ROTHWELL
   & BARLOW, P.S.
Milton C. Smith, WSB No. 2937
500 Union Street, Suite 700
Seattle, WA 98101
Telephone: (206) 224-9900
Facsimile: (206) 224-9820

Attorneys for Dillingham-Manson Joint Venture

Dated: June 21, 2004

Document No. 34964