## CERTIFICATE OF SERVICE

I, Elizabeth Latorre, certify that I am not less than 18 years of age, and that I caused service of the attached <u>Dillingham-Manson Joint Venture's Response In Opposition To Debtors' Fifth Omnibus Objection To Claim</u> to be made on June 21, 2004 upon the below-listed individuals by way of stated service:

BY REGULAR US MAIL

Rachel R. Schulman, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive, Suite 6500
Chicago, Illinois 60601

VIA HAND DELIVERY

David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Date: 06/21/04

_____
Elizabeth G. Latorre

Document No. 34964