**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

June 14, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice # 80270

FOR PROFESSIONAL SERVICES RENDERED
THROUGH May 31, 2004

Atty - SLB
Client No. 74817/15537

RE: 01- Case Administration

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/03/04 | ASD | 0.10 | 29.00 | Review and respond to email of committee member regarding hearing dates. |
| 05/03/04 | LMF | 0.30 | 36.00 | Verify omnibus hearing dates for May and June (.3). |
| 05/05/04 | ASD | 2.10 | 609.00 | Research regarding status of asbestos legislation. |
| 05/07/04 | SLB | 0.30 | 165.00 | Revise response to application of for future's representative (.3). |
| 05/07/04 | JMS | 0.20 | 58.00 | Review docket |
| 05/13/04 | ASD | 0.50 | 145.00 | Research regarding asbestos legislation status (.5). |
| 05/17/04 | ASD | 0.40 | 116.00 | Review opinion on recusal of Judge Wolin (.4) [split with USG]. |
| 05/17/04 | ASD | 0.20 | 58.00 | Email committee regarding recusal motion. |
| 05/17/04 | ASD | 0.60 | 174.00 | Review U.S. Trustee statement regarding futures rep. (.4); summarize for committee (.2). |
| 05/17/04 | JMS | 0.70 | 203.00 | Review third circuit opinion regarding Wolin (1/3 with USG and Federal Mogul) (.4); email from T. Tacconelli regarding May 24th omnibus hearing (.3) |
| 05/18/04 | ASD | 0.30 | 87.00 | Telephone conference with Ted Taconelli regarding recusal documents (.3). |
| 05/19/04 | ASD | 1.20 | 348.00 | Telephone conference with Ted Taconelli regarding Wolin Statement (.2); research regarding same (.5); email Kensington counsel for copy of opinion and review response (.1); email committee informing then of statement (.2); email committee member regarding request for documents and review response (.2). |
| 05/19/04 | JMS | 0.30 | 87.00 | Review Wolin press release regarding recusal |
| 05/19/04 | AJ | 2.80 | 308.00 | Preparation of Documents and Pleadings for Upcoming Hearing |
| 05/20/04 | ASD | 0.50 | 145.00 | Review of Agenda (.1); review of Libby claimant; response to objections to motion for relief from stay (.4). |
| 05/20/04 | ASD | 0.20 | 58.00 | Email Ted Taconelli regarding obtaining recusal documents. |
| 05/20/04 | ASD | 2.90 | 841.00 | Review documents regarding recusal issue. |
| 05/21/04 | ASD | 0.20 | 58.00 | Review order from court denying Debtors motion to file reply (.2). |
| 05/21/04 | JMS | 1.20 | 348.00 | Review hearing notebooks, review notes for hearing |
| 05/21/04 | AJ | 1.10 | 121.00 | Preparation of Hearing Notebook for 4/24 Hearing for J.Sakalo |
| 05/24/04 | ASD | 0.20 | 58.00 | Email advisor regarding Wolin rulings (.2). |
| 05/24/04 | ASD | 2.30 | 667.00 | Review second status report (.4); email to Scott Baena and Jay Sakalo regarding same (.2); research regarding Solaw claim (1.1); interoffice conference with Scott Baena regarding rulings this far in Solaw case (.1); interoffice conference with Adam Josephs regarding obtain file (.2); telephone conference with appellate clerk (.3). |
| 05/24/04 | ASD | 2.10 | 609.00 | Continue review of recusal documents. |
| 05/24/04 | AJ | 0.90 | 99.00 | Research re: Solow v. Grace |
| 05/27/04 | ASD | 0.90 | 261.00 | Review order appointing new judge (.1); advise committee on Judge appointment; research regarding judge (.8). |
| 05/27/04 | ASD | 0.70 | 203.00 | Review petition for rehearing on recusal issue (.5); advise and forward same to Committee (.2). |
| 05/27/04 | SLB | 0.90 | 495.00 | Review order appointing Judge Buckwalter and email request for information to A. Danzeisen (.2); review petition for enbanc rehearing on Wolin recusal (.5); review 28 USC 292 (b) (.2). |
| 05/27/04 | JMS | 0.80 | 232.00 | Review notice of appointment of District Court Judge and research background |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | PROFESSIONAL SERVICES | | $6,618.00 |
|---|---|---|---|
| | COSTS ADVANCED | | |

| Date | Description | Amount |
|---|---|---|
| 04/28/04 | Long Distance Telephone-Outside Services VENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4050254314; DATE: 5/2/2004 - Acct.#BILZIN01 | 9.49 |
| 05/05/04 | Photocopies 38.00pgs @ .15/pg | 5.70 |
| 05/06/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 05/06/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 05/06/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 05/06/04 | Long Distance Telephone(415) 989-1801 | 1.98 |
| 05/06/04 | Long Distance Telephone-Outside Services VENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4050954576; DATE: 5/9/2004 - Acct.#BILZIN01 | 7.61 |
| 05/07/04 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 05/12/04 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 176560259 DATE: 5/17/2004 | 11.83 |
| 05/13/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 05/13/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 05/13/04 | Long Distance Telephone(212) 813-9774 | 2.97 |
| 05/13/04 | Long Distance Telephone-Outside Services VENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4051654839; DATE: 5/16/2004 - Acct.#BILZIN01 | 12.65 |
| 05/17/04 | Long Distance Telephone(212) 556-2302 | 1.98 |
| 05/18/04 | Long Distance Telephone(302) 575-1555 | 21.78 |
| 05/19/04 | Photocopies 580.00pgs @ .15/pg | 87.00 |
| 05/19/04 | Photocopies 214.00pgs @ .15/pg | 32.10 |
| 05/19/04 | Photocopies 196.00pgs @ .15/pg | 29.40 |
| 05/19/04 | Photocopies 223.00pgs @ .15/pg | 33.45 |
| 05/19/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 05/19/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 05/19/04 | Long Distance Telephone(415) 989-1801 | 1.98 |
| 05/20/04 | Photocopies 286.00pgs @ .15/pg | 42.90 |
| 05/20/04 | Photocopies 221.00pgs @ .15/pg | 33.15 |
| 05/23/04 | Airfare Travel to Atlanta - VENDOR: Continental Travel; INVOICE#: 312961; DATE: 5/21/2004 - Client 15537 | 623.90 |
| 05/23/04 | Airfare Travel to Atlanta - VENDOR: Continental Travel; INVOICE#: 312961; DATE: 5/21/2004 - Client 15906 | 623.90 |
| 05/24/04 | Photocopies 32.00pgs @ .15/pg | 4.80 |
| 05/24/04 | Long Distance Telephone(518) 455-7702 | 2.97 |
| 05/24/04 | Long Distance Telephone(212) 340-0424 | 0.99 |
| 05/24/04 | Fares, Mileage, Parking Taxi fares travel to Pittsburg - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/24/04; DATE: 5/24/2004 - Clients | 72.00 |
| 05/24/04 | Meals Travel to Pittsburg - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/24/04; DATE: 5/24/2004 - Clients | 7.06 |
| 05/24/04 | Lodging Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/23/04; DATE: 5/23/2004 - Clients | 115.39 |
| 05/25/04 | Long Distance Telephone(212) 374-8359 | 0.99 |
| 05/25/04 | Long Distance Telephone(212) 374-4704 | 3.96 |
| 05/26/04 | Telecopies 2.00pgs @ .50/pg | 1.00 |
| 05/27/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 05/27/04 | Long Distance Telephone(310) 645-9000 | 0.99 |

| | | |
|---|---|---|
| **TOTAL COSTS ADVANCED** | | **$1,808.87** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Baena, Scott L | 1.20 | 550.00 | $660.00 |
| Danzeisen, Allyn S | 15.40 | 290.00 | $4,466.00 |
| Sakalo, Jay M | 3.20 | 290.00 | $928.00 |
| Flores, Luisa M | 0.30 | 120.00 | $36.00 |
| Josephs, Adam | 4.80 | 110.00 | $528.00 |
| *TOTAL* | *24.90* | | *$6,618.00* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
| --- | --- |
| Airfare | $1,247.80 |
| Photocopies | $268.50 |
| Fares, Mileage, Parking | $72.00 |
| Telecopies | $11.00 |
| Federal Express | $11.83 |
| Long Distance Telephone | $45.54 |
| Long Distance Telephone-Outside Services | $29.75 |
| Lodging | $115.39 |
| Meals | $7.06 |
| TOTAL | $1,808.87 |

| | |
| --- | --- |
| TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER | $8,426.87 |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE: 03 - Creditors Committee

Atty - SLB
Client No. 74817/15539

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/06/04 | ASD | 1.10 | 319.00 | Prepare for and attend committee meeting (.9); email committee members with summary of meeting (.2). |
| 05/13/04 | ASD | 0.60 | 174.00 | Prepare for and attend Committee meeting (.6). |
| 05/20/04 | ASD | 1.40 | 406.00 | Prepare for and attend Grace Committee call (.8); research issue at committee's request (.6). |
| 05/21/04 | ASD | 0.40 | 116.00 | Summarize committee meeting (.2); email committee answer to request (.2). |
| 05/27/04 | ASD | 0.80 | 232.00 | Prepare for and attend Committee meeting (.8). |
| 05/27/04 | SLB | 0.50 | 275.00 | Committee meeting (.5). |
| 05/27/04 | JMS | 0.80 | 232.00 | Prepare for committee call (.3); committee call (.5) |
| 05/28/04 | ASD | 1.00 | 290.00 | Summarize pleadings for Committee (.8); telephone conference with Committee Chair regarding Committee meeting (.2). |

PROFESSIONAL SERVICES $2,044.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.50 | 550.00 | $275.00 |
| Danzeisen, Allyn S | 5.30 | 290.00 | $1,537.00 |
| Sakalo, Jay M | 0.80 | 290.00 | $232.00 |
| *TOTAL* | *6.60* | | *$2,044.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $2,044.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE:   07 - Applicant's Fee Application

Atty - SLB
Client No. 74817/15543

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/20/04 | LMF | 0.70 | 84.00 | Review prebills for April 2004 and attend to edits to same (.7). |
| 05/24/04 | ASD | 0.20 | 58.00 | Review fee invoices. |
| 05/24/04 | LMF | 0.80 | 96.00 | Begin preparation of quarterly application for Bilzin (.8). |
| 05/25/04 | LMF | 1.70 | 204.00 | Prepare notice, summary and detail invoice for Bilzin and submit to local counsel for filing and serving (.4); attend to exhibits to Bilzin's quarterly application (1.3). |
| 05/25/04 | WV | 3.10 | 341.00 | Prepare charts to fee application. |
| 05/26/04 | LMF | 2.60 | 312.00 | Attend to drafting and completing Bilzin's quarterly application (2.6). |

PROFESSIONAL SERVICES $1,095.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.20 | 290.00 | $58.00 |
| Flores, Luisa M | 5.80 | 120.00 | $696.00 |
| Van Dijk, Wendy | 3.10 | 110.00 | $341.00 |
| *TOTAL* | *9.10* | | *$1,095.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER $1,095.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 08 - Hearings | | Client No. 74817/15544 |

| 05/24/04 | SLB | 3.40 | 1,870.00 | Prepare for 5/24 hearing (.4); telephonic attendance at omnibus hearing (3.0). |
| 05/24/04 | JMS | 6.00 | 1,740.00 | Prepare for and attend omnibus hearing, including email and telephone conference with S. Baena thereon |

**PROFESSIONAL SERVICES** $3,610.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 3.40 | 550.00 | $1,870.00 |
| Sakalo, Jay M | 6.00 | 290.00 | $1,740.00 |
| *TOTAL* | *9.40* | | *$3,610.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $3,610.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  | | | Atty - SLB |
|---|---|---|---|---|
| RE: | 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | | | Client No. 74817/15545 |

| | | | | |
|---|---|---|---|---|
| 05/11/04 | ASD | 0.60 | 174.00 | Review fourth claim objection (.3); review fifth claims objection (.3). |
| 05/17/04 | ASD | 0.20 | 58.00 | Review email from advisor; respond and provide request information regarding insurers motion. |
| 05/26/04 | AJ | 0.50 | 55.00 | Organization and indexing of claims and Notices |

PROFESSIONAL SERVICES $287.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.80 | 290.00 | $232.00 |
| Josephs, Adam | 0.50 | 110.00 | $55.00 |
| *TOTAL* | *1.30* | | *$287.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER $287.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
| RE: 10 - Travel | | Atty - SLB<br>Client No. 74817/15546 |

| | | | | |
|---|---|---|---|---|
| 05/23/04 | JMS | 2.10 | 609.00 | (Non-working) Travel to Pittsburgh |
| 05/24/04 | JMS | 3.00 | 870.00 | (Non-working) Return travel to Miami |

**PROFESSIONAL SERVICES** $1,479.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 5.10 | 290.00 | $1,479.00 |
| *TOTAL* | *5.10* | | *$1,479.00* |

**Less 50% Discount on Travel** -$739.50

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $739.50

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

|  |  |  |
|---|---|---|
| RE:  30 - Fee Application of Others | | Atty - SLB<br>Client No. 74817/17781 |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 05/04/04 | ASD | 0.30 | 87.00 | Review 4 fee applications (.3). |
| 05/20/04 | ASD | 0.30 | 87.00 | Review 5 fee apps (.3). |
| 05/25/04 | ASD | 0.40 | 116.00 | Review six fee applications (.4). |
| 05/26/04 | ASD | 0.50 | 145.00 | Review nine fee applications (.5). |

PROFESSIONAL SERVICES                                                                                                           $435.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 1.50 | 290.00 | $435.00 |
| *TOTAL* | *1.50* | | *$435.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                                  $435.00

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | Atty - SLB |
|---|---|---|---|---|
| RE: | 31 - Retention of Others | | | Client No. 74817/17782 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/03/04 | JMS | 1.60 | 464.00 | Work on draft of Objection to Application to Retain Future Claimants Representative (1.3); discuss with A. Danzeisen (.3) |
| 05/05/04 | ASD | 2.30 | 667.00 | Research regarding futures obligation. |
| 05/06/04 | ASD | 0.80 | 232.00 | Draft response to futures rep. |
| 05/06/04 | JMS | 0.30 | 87.00 | Conference with A. Danzeisen regarding objection to future claimants representative application |
| 05/07/04 | ASD | 0.20 | 58.00 | Interoffice conference with Jay Sakalo regarding futures rep issues. |
| 05/07/04 | JMS | 4.10 | 1,189.00 | Revise objection to application to appoint Future Claimants' Representative (2.8); review GUCS, PI and Equity responses (.5); review insurer's response (.8) |
| 05/10/04 | ASD | 1.60 | 464.00 | Review objections of Insurers to futures rep (.9); review London Market Insurers response to Future Rep. (.3); review Unsecured Committees response to proposed future rep. (.2); review equity Committee's response to proposal futures rep. (.1); review PI Committee response to proposed futures rep. (.1). |
| 05/18/04 | JMS | 0.80 | 232.00 | Review insurers brief regarding Future Claimants representative |
| 05/19/04 | JMS | 0.40 | 116.00 | Review Debtors' reply regarding Futures representative |
| 05/26/04 | ASD | 0.40 | 116.00 | Review notice of apps to retain Latham Watkins as special counsel (.3); review motion to retain Baker Donelson on legislation (.1). |
| 05/26/04 | JMS | 2.40 | 696.00 | Email to Committee regarding Future Claimants Representative appointment (.3); email to S. Baena, A. Danzeisen regarding Owens Corning (.2); review Owens Corning motions to terminate mediation and to appoint examiner and sources cited therein (1/2 time with USG) (1.9) |

PROFESSIONAL SERVICES     $4,321.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 5.30 | 290.00 | $1,537.00 |
| Sakalo, Jay M | 9.60 | 290.00 | $2,784.00 |
| *TOTAL* | *14.90* | | *$4,321.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER     $4,321.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| *Danzeisen, Allyn S* | *28.50* | $8,265.00 |
| *Baena, Scott L* | *5.10* | $2,805.00 |
| *Flores, Luisa M* | *6.10* | $732.00 |
| *Sakalo, Jay M* | *24.70* | $7,163.00 |
| *Van Dijk, Wendy* | *3.10* | $341.00 |
| *Josephs, Adam* | *5.30* | $583.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**                                                   *$19,889.00*

## CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| *Airfare* | *$1,247.80* |
| *Photocopies* | *$268.50* |
| *Fares, Mileage, Parking* | *$72.00* |
| *Telecopies* | *$11.00* |
| *Federal Express* | *$11.83* |
| *Long Distance Telephone* | *$45.54* |
| *Long Distance Telephone-Outside Services* | *$29.75* |
| *Lodging* | *$115.39* |
| *Meals* | *$7.06* |

**TOTAL COSTS ADVANCED THIS PERIOD**                                                 $1,808.87

**Less 50% Discount on Travel**                                                                       -$739.50

**TOTAL AMOUNT DUE THIS PERIOD**                                                       **$20,958.37**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 05/31/04** <br> **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 6,618.00 | 1,808.87 | 8,426.87 |
| 03 - Creditors Committee/15539 | 2,044.00 | 0.00 | 2,044.00 |
| 07 - Applicant's Fee Application/15543 | 1,095.00 | 0.00 | 1,095.00 |
| 08 - Hearings/15544 | 3,610.00 | 0.00 | 3,610.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 287.00 | 0.00 | 287.00 |
| 10 - Travel/15546 | 739.50 | 0.00 | 739.50 |
| 30 - Fee Application of Others/17781 | 435.00 | 0.00 | 435.00 |
| 31 - Retention of Others/17782 | 4,321.00 | 0.00 | 4,321.00 |
| Client Total | $19,149.50 | $1,808.87 | $20,958.37 |