IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 5657)

On May 28, 2004, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Twelfth Quarterly Fee Application of Klett Rooney Lieber & Schorling, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from December 26, 2003 through March 31, 2004 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on June 18, 2004. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Klett Rooney respectfully requests that the Court enter an order approving this Application at its earliest convenience.

    KLETT ROONEY LIEBER & SCHORLING
    A Professional Corporation

    By: /s/ Rhonda Thomas
        Teresa K. D. Currier (No. 3080)
        Rhonda L. Thomas (No. 4053)
        The Brandywine Building
        1000 West St. - Suite 1410
        Wilmington, DE 19801

    -and-

KRLS/Wim 55593v1

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                    Philip Bentley, Esquire
                                    Robert T. Schmidt, Esquire
                                    919 Third Avenue
                                    New York, NY 10022
                                    (212) 715-9100
                                    Counsel to the Official Committee of
                                    Equity Holders

Dated: June 21, 2004                Co-Counsel to the Official Committee
                                    of Equity Holders

KRLS/Wilm 55593v1