# EXHIBIT 10

# PINCHIN
## ENVIRONMENTAL

***FINAL REPORT***
***SITE ASSESSMENT***
***VERMICULITE REMOVAL***
***BUILDING E-12***
***C.F.B. SHILO, SHILO, MANITOBA***

Prepared for:

**Department of National Defence**
Base Construction Engineering
Canadian Forces Base Shilo
Shilo, Manitoba
R0K 2A0

Attention: Mr. Charlie Abbot

Pinchin Project No. W7500

April 3, 1997

**TABLE OF CONTENTS**

Page

EXECUTIVE SUMMARY                                                        i

1.0    BACKGROUND AND OBJECTIVES                                         1

    1.1 Prevalence of Asbestos in Vermiculite at CFB Shilo          1
    1.2 Occupational Health Regulations and Exposure Limits for Asbestos    1
    1.3 Objectives of this Assessment                               2

2.0    DEMOLITION METHODS                                               2

    2.1 Phase 1 - Standard Demolition                               2
    2.2 Phase 2 - Type 3 Demolition and Clean-up                    3

3.0    ASSESSMENT METHODOLOGIES                                         4

    3.1 Inspection                                                  4
    3.2 Air Monitoring                                              4
    3.3 Bulk Sample Collection                                      4
    3.4 Laboratory Analysis                                         5

4.0    RESULTS                                                          6

    4.1 Phase 1 Air Monitoring                                      6
    4.2 Phase 2 Air Monitoring                                      8
    4.3 Bulk Sample Analysis (PLM Method)                           8
    4.4 Transmission Electron Microscopy Analysis of a Bulk Sample  9

5.0    CONCLUSIONS                                                      9

6.0    RECOMMENDATIONS                                                  10

**<u>APPENDICES</u>**

APPENDIX I          DETAILED RESULTS OF BULK SAMPLE ANALYSIS

APPENDIX II         DETAILED RESULTS OF PCM ANALYSIS

APPENDIX III        DETAILED RESULTS OF TEM ANALYSIS

APPENDIX IV         DETAILED RESULTS OF TEM ANALYSIS OF COMPOSITE BULK
                    SAMPLE

APPENDIX V          PHOTOGRAPHS SHOWING WORK PRACTICES

APPENDIX VI         INSPECTION REPORTS

## EXECUTIVE SUMMARY

Pinchin Environmental Ltd. was retained by Mr. Charlie Abbott of Base Construction Engineering at C.F.B. Shilo to complete a health and safety assessment regarding asbestos-containing vermiculite found as insulation in several buildings throughout C.F.B. Shilo. The purpose of the assessment was to determine the safety of removing this insulation with standard demolition procedures, i.e. without taking asbestos precautions. Building E12, the building used for this study, is a World War II era one storey wood frame building with drywall ceilings. The attic space of this building has vermiculite loose-fill insulation. Polarised Light Microscope analysis of this material consistently indicated a trace of actinolite/tremolite asbestos, generally less than 0.1% asbestos. Transmission Electron Microscope analysis of a composite sample confirmed the presence of a trace of actinolite/tremolite asbestos.

The study was broken up into two phases. In Phase 1, the contractor removed the ceiling and attic insulation following standard demolition procedures. In Phase 2, the contractor followed full Type 3 asbestos abatement procedures to remove another area of drywall ceiling and attic insulation. Phase 1 work was completed on May 28th, 29th and 30th, 1996 with Phase 2 work occurring between July 9, 1996 and August 20, 1996. Pinchin Environmental inspected both phases of work on a full-time basis.

Air monitoring performed in the workplace by the prescribed Phase Contrast Microscope (PCM) method showed airborne asbestos exposure levels during Phase 1 to range from 3.3 fibre/mL to 6.8 fibre/mL (fibres longer than 5 micrometres, µm) , with several samples being too heavily loaded to analyse. These concentrations are well above the Manitoba occupational exposure limit of 0.1 fibre/mL, or the proposed federal exposure limit of 0.2 fibre/mL. The high PCM concentrations were confirmed by Transmission Electron Microscope analysis of some of the same samples, which showed asbestos concentrations to be as high as 174 fibre/mL (fibres longer than 5 µm) during Phase 1 work.

The results of PCM sampling performed during Phase 2 showed that Type 3 asbestos precautions effectively isolated the contaminated work from surrounding areas. Although elevated airborne levels were detected, they were better controlled than in Phase 1, and indicated that Powered Air Purifying Respirators adequately protected the workers.

The following recommendations are made.

- Remove asbestos containing vermiculite insulation prior to prior to any demolition or renovation which would result in disturbance. Follow Type 3 asbestos precautions.
- Workers entering ceiling spaces with asbestos-containing loose-fill insulation should follow Type 2 asbestos procedures.
- Follow Type 2 asbestos precautions for the removal and clean-up of minor amounts of asbestos-containing vermiculite

**FINAL REPORT - Assessment of Asbestos Exposure During
Vermiculite Insulation Removal
Building E12, CFB Shilo, Manitoba**                              Page 1

## 1.0    BACKGROUND AND OBJECTIVES

### 1.1    Prevalence of Asbestos in Vermiculite at CFB Shilo

Pinchin Environmental Ltd. (Pinchin) has been retained by Mr. Charlie Abbott of Base
Construction Engineering, C.F.B. Shilo, to conduct asbestos product surveys in a number
of buildings on the base. Three, and possibly up to six of the buildings surveyed were
scheduled for demolition. Loose fill vermiculite was found as attic and wall insulation in
nine of the buildings. A total of 42 vermiculite samples were collected from these nine
buildings. Analysis was performed at the Pinchin Mississauga laboratory. A number of
the vermiculite samples were found to contain both actinolite and tremolite asbestos in
reported levels ranging from less than 0.1% to 5-10%. Of the 42 samples, 28 contained
asbestos, although the majority of these samples were in the trace (<0.1%) range. The
distribution of asbestos analytical results is given below.

**Table 1**
**Distribution of Asbestos Bulk Analysis of Vermiculite, Nine Buildings**

| Asbestos Concentration | # of Samples |
|---|---|
| Not detected | 14 |
| Trace (<0.1%) | 22 |
| 0.1 - 1.0% | 5 |
| 1 - 5% | 0 |
| 5 - 10% | 1 |

Actinolite and tremolite are related forms of asbestos, structurally similar, but with
different proportions of iron to magnesium. These two asbestos minerals are generally
found together in the same asbestos deposit, and are often found as contaminants in
deposits of vermiculite, which is a non-fibrous magnesium silicate.

### 1.2    Occupational Health Regulations and Exposure Limits for Asbestos

Asbestos is a Controlled Product under both provincial and federal occupational health
and safety regulations. Detailed safety procedures are required for any construction work
that will disturb an asbestos material in a significant manner. Air sampling during typical
work can be used to determine if a disturbance of a particular material poses a significant
risk of asbestos exposure. For reference, the occupational exposure limit observed by

Manitoba Workplace Health and Safety is 0.1 fibre/mL as measured by the Phase Contrast Microscope (PCM) procedure, where only fibres longer than 5 micrometres ($\mu$m) are counted. The Manitoba exposure limit applies to all forms of asbestos. The proposed federal exposure limit for asbestos of any form (except chrysotile) is a limit of 0.2 fibre/mL, based on the most current recommendations of the American Conference of Governmental Industrial Hygienists (ACGIH). The current enforceable limit is 2.0 fibre/mL.

### 1.3    Objectives of this Assessment

CFB Shilo intends on demolishing several of the buildings containing vermiculite insulation. This will necessitate removal of the vermiculite ceiling insulation. Pinchin was retained to supervise an assessment of the safety of demolition practices for this removal. The building selected for both Phase 1 and Phase 2 of this work was E-12. The construction of this building was typical of the buildings to be demolished. The initial objective of this assessment was as follows.

♦ *To determine the safety of demolishing a building with asbestos-containing vermiculite attic insulation, following "standard" demolition practices.*

The air monitoring of the "standard" demolition practices showed this work to pose a high risk of asbestos exposure. A second area of ceiling removal was performed, using full Type 3 asbestos precautions, with the following objective.

♦ *To determine if the removal of asbestos-containing vermiculite attic insulation can be safely performed under Type 3 asbestos procedures.*

### 2.0    DEMOLITION METHODS

The demolition trial work of removing a section of ceiling and the loose vermiculite laying on the ceiling was performed in two phases. Phase 1 of the work consisted of ceiling demolition following normal demolition procedures. Phase 2 of the work was performed under Type 3 asbestos procedures, as practised for major removal of friable asbestos products. Pinchin Environmental inspectors were on-site full-time during the two phases of work. The work was performed by an experienced asbestos abatement contractor.

Phase 1 work was completed on May 28th, 29th and 30th, 1996 with Phase 2 work occurring between July 9, 1996 and August 20, 1996.

**FINAL REPORT - Assessment of Asbestos Exposure During
Vermiculite Insulation Removal
Building E12, CFB Shilo, Manitoba**

## 2.1 Phase 1 - Standard Demolition

The contractor was instructed to complete the work in a manner which would simulate standard building demolition procedures as closely as possible. For the purpose of the assessment, workers did not use any form of site isolation other than making use of the existing building structure. Negative air units or dust suppression procedures were not used. As a precaution, workers used the following personal protective equipment while working inside the building, and while handling waste:

- respirators equipped with HEPA filters (half face-piece, negative pressure which were later upgraded to full face-piece powered air purifying)
- disposable coveralls
- safety boots

Workers demolished the ceiling by manually breaking the drywall ceiling from above, allowing the attic insulation and debris to drop to the floor below. The waste was then shovelled directly into the back of a truck which had been backed up to either a door or window. This waste material was taken directly to the landfill site on the base where it was unloaded from the truck. The landfill site was responsible to ensure that the waste was buried.

## 2.2 Phase 2 - Type 3 Demolition and Clean-up

The contractor completed Phase 2 following standard Type 3 asbestos procedures. Separate worker and waste decontamination centres were set up at separate entrances to the building. Negative air units were installed within the building and were exhausted directly out of the windows to the exterior of the building. The ridge vents along the peak of the roof were sealed over with rip-proof polyethylene and tape. The perimeter walls of the building acted as hoarding walls. Since the building was scheduled for demolition and was already contaminated by the Phase 1 work, the walls and floors of the building were not protected with polyethylene seals.

Workers took the following precautions while performing contaminated work in Phase 2:

- full face, powered air purifying respirators (PAPR's) equipped with HEPA filters were worn
- disposable coveralls
- rubber safety boots
- showers were taken on each exit from the work area

Workers proceeded to demolish the ceiling from above. The vermiculite was wet down prior to and during the demolition. The vermiculite and all other debris from the ceiling

**FINAL REPORT - Assessment of Asbestos Exposure During
Vermiculite Insulation Removal
Building E12, CFB Shilo, Manitoba**                                          **Page 4**

demolition was then sealed in plastic bags as asbestos waste and taken to the local landfill site where it was disposed of as asbestos-containing waste.

## 3.0    ASSESSMENT METHODOLOGIES

### 3.1    Inspection

*Phase 1*

Inspection of the ceiling demolition was provided on a full-time basis, from the start of ceiling demolition until workers had unloaded the last truckload of waste at the landfill site.

*Phase 2*

Inspection of the Type 3 asbestos-type demolition and clean-up was provided on a full-time basis. The Pinchin inspector examined the work area for asbestos control safety and job execution. The work was inspected against the requirements of the DND Construction Engineering Technical Order for Asbestos Control, and the minimum requirements of Manitoba Workplace Safety And Health.

### 3.2    Air Monitoring

Air monitoring was performed during the demolition and clean-up as well as during the unloading of waste from the truck, during Phase 1 only. Measurements were made by membrane filter collection and Phase Contrast Microscope (PCM) analysis. Membrane filter samples were collected by drawing known air through cellulose mixed ester filters, 0.8 micrometres pore size, held open-faced in 3-piece conductive cassettes. The filters were 25 mm in diameter. Sampling volumes were adjusted for the anticipated airborne fibre level, to give appropriate concentrations of fibres on the filter surface. Known flow rates were provided either by battery operated constant-flow personal air sampling pumps. The sampling equipment was flow calibrated with a BIOS DC-1 Flow Calibrator.

### 3.3    Bulk Sample Collection

Four bulk samples of the loose-fill vermiculite were collected by Pinchin during the demolition process and were submitted for analysis (report of June 6, 1996). Five samples had previously been collected in this same building (reports of February 9 and April 22, 1996). Appendix I gives the bulk sample reports for all samples.

**FINAL REPORT - Assessment of Asbestos Exposure During
Vermiculite Insulation Removal
Building E12, CFB Shilo, Manitoba**                                                                              **Page 5**

### 3.4    Laboratory Analysis

*Polarised Light Microscope Analysis of Bulk Samples (PLM)*
Samples submitted for PLM analysis were analysed in the Pinchin Mississauga
laboratory.  Preliminary identification of asbestos fibres was made using polarised light
microscopy, with confirmation of the presence and type of asbestos made by dispersion
staining optical microscopy.  This analytical procedure is in compliance with NIOSH
Method 9002 for bulk asbestos analysis, and US EPA Method 600/R-93/116 dated July,
1993.  The laboratory is certified for analysis of asbestos under the National Voluntary
Laboratory Accreditation Programme (NVLAP) of the National Institute for Standards &
Technology.

*Phase Contrast Microscope Analysis of Air Samples (PCM)*

Filter samples for PCM analysis were prepared and analyzed according to the U.S.
National Institute for Occupational Safety and Health (NIOSH) Method 7400, dated May
15, 1986.  Sample analysis is performed using the "A" set of counting rules.  It is
important to note that fibres are not identified in this method.  All particles equal to or
longer than 5 µm and with length-to-width ratios of 3:1 or greater, are included in the
count.  Therefore if fibreglass, cellulose, or gypsum fibres are also present, the PCM
method will overestimate the true asbestos concentration.  Fibres with diameters less than
about 0.3 µm are not detected by the method, regardless of length.  This is the resolution
limit of the optical microscope set up with phase contrast illumination.

*Transmission Electron Microscope Analysis of Air Samples (TEM)*

Some of the PCM air samples collected in Phase 1 were submitted for Transmission
Electron Microscope (TEM) analysis, to confirm the original PCM measurements, and to
check whether the fibrous particles identified were asbestos.  The analysis was performed
at DataChem Laboratories, Cincinnati, following NIOSH Method 7402.  The results are
reported both as "PCM Equivalent" and "Non-PCM Countable Fibres", which counts
those asbestos fibres that are longer than 5 µm, but too thin to be seen by the standard
PCM procedure.  A detailed methodology is provided with the report in Appendix III.

*Transmission Electron Microscope Analysis Bulk Sample (TEM)*

In order to perform a TEM check analysis on the PLM bulk analyses performed at
Pinchin Environmental, a composite sample of the vermiculite insulation removed in
Phase 1 and Phase 2 was made by combining equal weights of the four samples reported
in Section 3.3.  This was analysed at DataChem Laboratories, following EPA Method
600/R-93/116, with modifications to determine particle size.  The composite sample was
prepared for TEM analysis by separating the >1000 µm, 50-1000 µm, and <50 µm
particle size ranges by acetone suspension and sieving.  The coarse and medium size

---

ranges were examined by PLM. The finest particle size range was examined by the TEM
procedure. Appendix IV gives the detailed analytical procedures and results.

## 4.0     RESULTS

### 4.1    Phase 1 Air Monitoring

*Phase Contrast Microscope Tests*

A total of 18 samples were collected for PCM analysis during the course of the
demolition under normal procedures. Of these 18 samples, six were collected on the
workers during demolition and cleaning (personal samples), five fixed area samples were
collected in the contaminated area, five perimeter samples were collected immediately
outside the contaminated area, and two personal samples were collected while the
workers were unloading waste from the truck at the landfill site. Two samples were
considered "void" as a result of pump failure. Five of the air samples were too heavily
loaded with dust to be analysed by the PCM method. Detailed results of the PCM
analysis are given in Appendix II. The major findings are given below.

- PCM results for the personal samples of workers performing demolition and cleaning
  ranged from 3.3 fibre/mL to 6.8 fibre/mL, and the uncountable PCM samples likely
  represented asbestos levels above this range. All of the countable PCM samples
  indicated exposure levels during this work well in excess of the Manitoba exposure
  limit of 0.1 fibre/mL or the proposed federal exposure limit of 0.2 fibre/mL. These
  results indicate that removal of the asbestos-containing attic insulation poses an
  excessive risk of asbestos exposure and therefore warrants asbestos removal
  procedures.

- PCM perimeter samples taken immediately outside the contaminated work area
  showed airborne fibre levels to be in the range of <0.05 fibre/mL to 0.5 fibre/mL.
  Two of the four perimeter samples showed airborne asbestos levels outside the work
  area to exceed the Manitoba exposure limit, which indicates an excessive leakage of
  airborne asbestos from the uncontrolled demolition work. Site isolation procedures
  and negative air pressure units are necessary to prevent asbestos exposure outside of
  the immediate work area.

*Transmission Electron Microscope Tests*

The Phase 1 PCM results were much higher than expected, based on the relatively low
bulk analytical results. As the PCM test method cannot distinguish asbestos fibres from
other fibrous dust, eight of the samples were submitted for further analysis by the TEM
procedure. Table 2, below, gives the analytical results, comparing the TEM results to the

**FINAL REPORT - Assessment of Asbestos Exposure During
Vermiculite Insulation Removal
Building E12, CFB Shilo, Manitoba**

original PCM analysis of the sample samples, where possible. Note that several of the samples were too heavily loaded for the PCM procedure.

**Table 2
Airborne Asbestos During Phase 1 Demolition,
PCM vs. TEM Analysis of the Same Sample**

| Filter Number | Work Description | PCM Data f/mL, > 5 μm | TEM Data f/mL, > 5 μm |
|---|---|---|---|
| 75920 | Area, end of NW wing during ceiling demolition | N.A. | 57.4 |
| 75922 | Area, end of NW wing during ceiling demolition and clean-up | N.A. | 14.1 |
| 75923 | Personal, end of NW wing during ceiling demolition and clean-up | N.A. | 85.7 |
| 75924 | Personal, centre of N wing during ceiling demolition and clean-up | 5.0 | 19.8 |
| 75927 | Personal, rear of truck while unloading waste | 6.8 | 64.5 |
| 75930 | Personal, centre of N wing | 3.3 | 4.4 |
| 75933 | Personal, during clean-up | N.A. | 174 |
| 75934 | Personal, rear of truck at dump, unloading waste | N.A. | 152 |

N.A. = Not Analysed by PCM, due to overloading.

Appendix IV gives the analytical report for the TEM air sample analysis. The major findings are given below.

- The TEM analysis confirmed the presence of large amounts of airborne asbestos on the PCM sample filters. The airborne TEM concentrations (fibres > 5 μm) ranged from 14.1 fibre/mL to 174 fibre/mL. All airborne concentrations were very much in excess of the provincial or federal exposure limits, and confirm that this work must considered to be a major disturbance of a friable asbestos material.

- For the three samples that were counted both by the PCM and TEM methods, the TEM concentration data were generally higher than the PCM counts on the same sample. This is likely due to the excessive loadings of non-fibrous material on the sample filters that make accurate counting very difficult.

- The laboratory reported that the great majority of asbestos fibres longer than 5 um, and therefore included in the NIOSH 7402 count, had diameters wider than 0.25 um, the reported resolution limit of the PCM procedure. Therefore these fibres could have been seen by the PCM procedure, if the filter loadings had been more appropriate.

- The laboratory reported that the majority of asbestos fibres were present on the air sampling filter as loose, freely divided fibres, as opposed to being present in clumps or agglomerates.

### 4.2    Phase 2 Air Monitoring

*Phase Contrast Microscope Tests*

A total of 58 samples were collected for PCM analysis during the Phase 2 work. Of these, 20 were personal samples collected during the work, 27 were area samples, seven were perimeter samples, and four were clearance samples. Appendix II gives the detailed results. The major findings are given below.

- The results of PCM samples taken during the controlled demolition work of Phase 2 ranged from a singularly high concentration of 18 fibre/mL, to below the quantitation limit of about 0.4 fibre/mL. Fifteen of the 20 personal samples were less than the quantitation limit. The 95% upper limit of the exposures was 2.3 fibre/mL. Manitoba recognises a protection factor of 1000 for the PAPR respirator in use; the federal government recognises a protection factor of 50. Given the airborne concentrations determined in this trial work, the PAPR does provide adequate protection to reduce worker exposures to less than the applicable exposure limits.

- Airborne fibre and dust concentrations were much reduced by the application of the asbestos Type 3 control measures.

- The results of all seven perimeter samples taken during Phase 2 work were less than the quantitation limit of 0.05 fibre/mL, demonstrating satisfactory containment of the dust.

- All clearance concentrations were less than 0.01 fibre/mL, meeting the Manitoba requirements for asbestos removal sites.

**FINAL REPORT - Assessment of Asbestos Exposure During
Vermiculite Insulation Removal
Building E12, CFB Shilo, Manitoba**                           Page 9

### 4.3    Bulk Sample Analysis (PLM Method)

During Phase 1 and Phase 2 work, four samples were collected of the vermiculite
insulation from the ceiling spaces being demolished. All four samples were found to
contain tremolite or actinolite asbestos, in a trace quantity (<0.1%). These results match
those for five samples of vermiculite from the ceiling space of Building E12 that had
been previously collected. All five of these previous samples had been determined to
contain a trace of tremolite or actinolite asbestos, at <0.1%. Refer to Appendix I for a
detailed breakdown of findings and sample descriptions.

### 4.4    Transmission Electron Microscopy Analysis of a Bulk Sample

To perform a check analysis on the vermiculite insulation removed in Phase 1 and Phase
2, a composite sample was made by combining equal weights of the four samples
reported in Section 4.3. The analysis of this composite by PLM and TEM procedures at
DataChem, Cincinnati, is reported in Appendix IV. The major findings are given below.

- The bulk sample was confirmed to contain a trace of actinolite/tremolite. The
  approximate concentration of asbestos in the composite sample was 0.0065% by
  weight.

- The asbestos fibres are mostly present in the finest size range, less than 50 µm. The
  laboratory reported that the majority of asbestos fibres noted were freely divided in
  the bulk material, and were not associated or combined with other particulate matter.

- The laboratory reported that about 2/3rds of the asbestos fibres longer than 5 µm had
  diameters more than 0.25 µm. This size range of fibres should be visible within the
  resolution limits of standard PLM procedures. Therefore the PLM method should be
  able to reliably screen for asbestos in vermiculite samples, although care must be
  taken to detect the low percentage of asbestos present in the vermiculite

## 5.0    CONCLUSIONS

The following conclusions can be drawn from the testing and observations of this
assessment.

1. PLM analysis of bulk samples of vermiculite insulation taken in Building E12
   consistently found a trace of actinolite/tremolite asbestos (<0.1%). The PLM analytical
   results were confirmed by TEM analysis of a composite sample.

2. Despite the relatively low concentration of asbestos in the vermiculite insulation, the
   uncontrolled removal of this product was demonstrated to result in excessive exposures to
   airborne asbestos. All countable air samples were greatly in excess of provincial or

**FINAL REPORT - Assessment of Asbestos Exposure During**
**Vermiculite Insulation Removal**
**Building E12, CFB Shilo, Manitoba**                                    **Page 10**

federal asbestos exposure limits.  Type 3 asbestos precautions are required to control the exposures of workers and contamination of adjacent work areas.

3.  The initial PCM results were confirmed by TEM analysis of the same samples.  The TEM analysis detected a large concentration of finely divided asbestos fibres.

4.  Type 3 asbestos precautions effectively contain the airborne asbestos dust, and Powered Air Purifying Respirators adequately protect the workers.

## 6.0   RECOMMENDATIONS

The air monitoring results from work completed during the Phase 1 portion of this study clearly demonstrates that concentrations of asbestos in vermiculite at levels of <0.1% can result in significantly elevated levels of airborne asbestos.  This material is an exceedingly friable product.  In light of the findings of this investigation, Pinchin Environmental recommends that any vermiculite material with a trace or more of asbestos identified should be treated as a friable asbestos product.  Specific recommendations are given below.

1.  Laboratories analysing vermiculite for asbestos content must analyse and report asbestos content down to 0.1%, regardless of the reporting concentration for asbestos in bulk materials established by the jurisdiction.

2.  Remove asbestos containing vermiculite insulation prior to prior to any demolition or renovation which would result in disturbance.  Follow Type 3 asbestos precautions, including use of Powered Air Purifying Respirators.

3.  Follow Type 2 asbestos-related precautions when entering an area with asbestos-containing vermiculite insulation.

4.  Follow Type 2 asbestos precautions for the removal and clean-up of minor amounts of asbestos-containing vermiculite

Edwin Wooster                                    Bruce Stewart, CIH, ROH
Inspector                                        Senior Vice President, Technical Services
Pinchin Environmental Ltd.                       Pinchin Environmental Ltd.

wp\job\7500\7500 final report

# APPENDIX I

## DETAILED RESULTS OF BULK SAMPLE ANALYSIS



# PINCHIN
## ENVIRONMENTAL
### CONSULTANTS LTD.

## ANALYSIS OF BULK SAMPLES FOR ASBESTOS CONTENT
## BY POLARIZED LIGHT MICROSCOPY AND DISPERSION STAINING

**PROJECT NAME:**     CFB Shilo
                      Various Buildings

**PROJECT NO.:**      W7139.E12

**LAB REFERENCE NO.:**   b10360 - 1996

**DATE:**             February 9, 1996

Two bulk samples were submitted for determination of their asbestos content by Polarized Light Microscopy and Dispersion Staining.

Sample preparation and analytical procedures are in compliance with NIOSH Method 9002 for bulk asbestos analysis, and U.S. EPA Method 600/R-93/116 dated July, 1993. Asbestos fibres are identified by a combination of morphology, colour, refractive index, extinction, sign of elongation, birefringence and dispersion staining colours. A visual estimate is made of the volume percentage of asbestos present. The lower limit of reliable quantitation is estimated to be 0.1%. A reported concentration of <0.1% indicates the presence of confirmed asbestos in Trace quantities limited to only a few fibres or fibre bundles in an entire sample. Multiple phases within a sample are analyzed separately. A total of two analyses were performed.

All bulk samples submitted to this laboratory for asbestos analysis are retained for a minimum of three years. Samples may be retrieved, upon request, for re-examination at any time during that period.

Pinchin Environmental Consultants Ltd. is accredited by the National Institute of Standards and Technology, National Voluntary Laboratory Accreditation Program (NVLAP) for selected test methods for the identification of asbestos in bulk samples.

This test report relates only to the items tested.

The results are presented in the attached table.

/sc

NOTE:   *This test report may not be reproduced, except in full, without the written approval of the laboratory. The client may not use this report to claim product endorsement by NVLAP.*

# PINCHIN
## ENVIRONMENTAL CONSULTANTS LTD.
5749 Coopers Avenue
Mississauga, Ontario
L4Z 1R9

## BULK SAMPLE ANALYSIS

**PROJECT NAME:** CFB Shilo
Various Buildings - W7139.E12

**PREPARED FOR:** E. Wooster
Pinchin Environmental Consultants Ltd.

**LAB REFERENCE NO: b10360 - 1996**

**DATE: February 9, 1996**

**PAGE: 1 of 1**

| SAMPLE IDENTIFICATION | SAMPLE DESCRIPTION | % COMPOSITION (VISUAL ESTIMATE) ASBESTOS | OTHER | | COMMENTS |
|---|---|---|---|---|---|
| 7139-E12-001. team Supply, Fitting, oiler Room | Homogeneous, beige, soft, cementitious material. | None detected | Mineral Wool Cellulose Non-fibrous material | 10-25% 50-75% 10-25% | |
| 7139-E12-002. oose Fill Insulation, ttic | Homogeneous, beige, flaky material. | Tremolite  0.1-1% | Vermiculite Other non-fibrous material | >75% 0.5-5% | |

**ANALYST:** _Sharon Graham_



**PINCHIN**
ENVIRONMENTAL
CONSULTANTS LTD.

## ANALYSIS OF BULK SAMPLES FOR ASBESTOS CONTENT
## BY POLARIZED LIGHT MICROSCOPY AND DISPERSION STAINING

**PROJECT NAME:**        CFB Shilo, Building E-12

**PROJECT NO.:**        W7365.E-12

**LAB REFERENCE NO.:**        b10718 - 1996

**DATE:**        April 22, 1996

Four bulk samples were submitted for determination of their asbestos content by Polarized Light Microscopy and Dispersion Staining.

Sample preparation and analytical procedures are in compliance with NIOSH Method 9002 for bulk asbestos analysis, and U.S. EPA Method 600/R-93/116 dated July, 1993. Asbestos fibres are identified by a combination of morphology, colour, refractive index, extinction, sign of elongation, birefringence and dispersion staining colours. A visual estimate is made of the volume percentage of asbestos present. The lower limit of reliable quantitation is estimated to be 0.1%. A reported concentration of <0.1% indicates the presence of confirmed asbestos in Trace quantities limited to only a few fibres or fibre bundles in an entire sample. Multiple phases within a sample are analyzed separately. A total of four analyses were performed.

All bulk samples submitted to this laboratory for asbestos analysis are retained for a minimum of three years. Samples may be retrieved, upon request, for re-examination at any time during that period.

Pinchin Environmental Consultants Ltd. is accredited by the National Institute of Standards and Technology, National Voluntary Laboratory Accreditation Program (NVLAP) for selected test methods for the identification of asbestos in bulk samples.

This test report relates only to the items tested.

The results are presented in the attached table.

/dt

NOTE:    *This test report may not be reproduced, except in full, without the written approval of the laboratory. The client may not use this report to claim product endorsement by NVLAP.*

# PINCHIN
## ENVIRONMENTAL CONSULTANTS LTD.
5749 Coopers Avenue
Mississauga, Ontario
L4Z 1R9

## BULK SAMPLE ANALYSIS

**PROJECT NAME:** CFB Shilo - W7365.E-12
Building E-12
V. D'Angiolo

**PREPARED FOR:** Pinchin Environmental Consultants Ltd.

**LAB REFERENCE NO:** b10718 - 1996

**DATE:** April 22, 1996

**PAGE:** 1 of 1

| SAMPLE IDENTIFICATION | SAMPLE DESCRIPTION | % COMPOSITION (VISUAL ESTIMATE) | | | COMMENTS |
|---|---|---|---|---|---|
| | | ASBESTOS | | OTHER | |
| E-12.1A Zonolite, South Wing, Centre | Homogeneous, beige, flaky material. | Actinolite | <0.1% | Vermiculite >75% | |
| E-12.2A Zonolite, South Wing, West End | Homogeneous, beige, flaky material. | Tremolite | <0.1% | Vermiculite >75% | |
| E-12.3A Zonolite, Men's Washroom, Laundry Room | Homogeneous, beige, flaky material. | Tremolite | <0.1% | Vermiculite >75% | |
| E-12.4A Zonolite, North Wing, Centre | Homogeneous, beige, flaky material. | Tremolite | <0.1% | Vermiculite >75% | |

**ANALYST:** _____



# PINCHIN
### VIRONMENTAL
### ISULTANTS LTD.

## ANALYSIS OF BULK SAMPLES FOR ASBESTOS CONTENT
## BY POLARIZED LIGHT MICROSCOPY AND DISPERSION STAINING

**PROJECT NAME:**　　　CFB Shilo - Building E12

**PROJECT NO.:**　　　W7500.E12

**LAB REFERENCE NO.:**　　b10895 - 1996

**DATE:**　　　June 6, 1996

Four bulk samples were submitted for determination of their asbestos content by Polarized Light Microscopy and Dispersion Staining.

Sample preparation and analytical procedures are in compliance with NIOSH Method 9002 for bulk asbestos analysis, and U.S. EPA Method 600/R-93/116 dated July, 1993. Asbestos fibres are identified by a combination of morphology, colour, refractive index, extinction, sign of elongation, birefringence and dispersion staining colours. A visual estimate is made of the volume percentage of asbestos present. The lower limit of reliable quantitation is estimated to be 0.1%. A reported concentration of <0.1% indicates the presence of confirmed asbestos in Trace quantities limited to only a few fibres or fibre bundles in an entire sample. Multiple phases within a sample are analyzed separately. A total of four analyses were performed.

All bulk samples submitted to this laboratory for asbestos analysis are retained for a minimum of three years. Samples may be retrieved, upon request, for re-examination at any time during that period.

Pinchin Environmental Consultants Ltd. is accredited by the National Institute of Standards and Technology, National Voluntary Laboratory Accreditation Program (NVLAP) for selected test methods for the identification of asbestos in bulk samples.

This test report relates only to the items tested.

The results are presented in the attached table.

ṽa

NOTE:　　This test report may not be reproduced, except in full, without the written approval of the laboratory. The client may not use this report to claim product endorsement by NVLAP.

# PINCHIN
### ENVIRONMENTAL CONSULTANTS LTD.
5749 Coopers Avenue
Mississauga, Ontario
L4Z 1R9

## BULK SAMPLE ANALYSIS

**PROJECT NAME:** CFB Shilo - Building E12
W7500.E12

**PREPARED FOR:** E. Wooster
Pinchin Environmental Consultants Ltd.

**LAB REFERENCE NO:** b10895 - 1996

**DATE:** June 6, 1996

**PAGE:** 1 of 1

| SAMPLE IDENTIFICATION | SAMPLE DESCRIPTION | % COMPOSITION (VISUAL ESTIMATE) | | COMMENTS |
|---|---|---|---|---|
| | | ASBESTOS | OTHER | |
| 500-E12-V-001, miculite, Ceiling, 3rd m From West End of th Wing | Homogeneous, brown, soft, flaky material. | Actinolite <0.1% | Vermiculite >75% / Other Non-fibrous Material 1-5% | |
| 500-E12-V-002, miculite, Ceiling, 4th m From West End of th Wing | Homogeneous, brown, soft, flaky material. | Actinolite <0.1% | Vermiculite >75% / Other Non-fibrous Material 1-5% | |
| 500-E12-V-003, miculite, Ceiling, th West Corner of th Wing | Homogeneous, brown, soft, flaky material. | Actinolite <0.1% | Vermiculite >75% / Cellulose <0.1% / Other Non-fibrous Material 1-5% | |
| 500-E12-V-004, miculite, Ceiling, 6th m From West End of th Wing | Homogeneous, brown, soft, flaky material. | Actinolite <0.1% | Vermiculite >75% / Other Non-fibrous Material 1-5% | |

**ANALYST:** _Jane Graham_

# APPENDIX II

## DETAILED RESULTS OF PCM ANALYSIS

## PCM AIR MONITORING RESULTS

### PHASE 1

| Sample No. | Pump No. | Time | Duration (minutes) | Volume (litres) | Sample Description | Results (f/mL) |
|---|---|---|---|---|---|---|
| 75918 | 9706 | 11:00 | 120 | 400 | Perimeter – Room adj. Ceiling demolition | 0.5 |
| 75919 | 8858 | | | | Personal – End of N.W. wing | Void |
| 75920 | 6842 | 11:00 | 120 | 389 | Area – End of N.W. wing | N.A. |
| 75921 | 8858 | 13:00 | 15 | 48 | Personal – End of N.W. wing | 3.5 |
| 75922 | 6842 | 13:05 | 120 | 389 | Area – End of N.W. wing | N.A. |
| 75923 | 8858 | 14:30 | 30 | 97 | Personal – End of N.W. wing | N.A. |
| 73134 | 9706 | 13:10 | 120 | 400 | Perimeter – Centre of North wing | <0.05 |
| 75924 | 8858 | 09:10 | 20/120 | 65 | Personal – Centre of North wing | 5.0 |
| 75925 | 9706 | 09:20 | 20/240 | 67 | Area – Centre of North wing | 5.3 |
| 75926 | 9706 | 09:45 | 120 | 400 | Perimeter – Women's Washroom | Void |
| 75927 | 7827 | 13:05 | 10 | 33 | Personal – Rear of truck while unloading waste | 6.8 |
| 75928 | 6842 | 14:00 | 20/120 | 65 | Area – Centre of North wing | 4.4 |
| 75929 | 9706 | 14:30 | 120 | 400 | Perimeter – Women's Washroom | 0.4 |
| 75930 | 8858 | | 20/180 | 65 | Personal – Centre of North wing | 3.3 |
| 75931 | 9706 | 10:00 | 120 | 400 | Perimeter – Women's washroom | <0.05 |
| 75932 | 7827 | 10:00 | 20/120 | 66 | Area – East end of North wing | 1.2 |
| 75933 | 8858 | 10:05 | 10 | 32 | Personal – 6th room from West end of North wall | N.A. |
| 75934 | 8858 | 11:30 | 10 | 32 | Personal – Rear of truck at dump (not analysed) | N.A. |

N.A. = Sample not analysed due to excessive dust loading.                    1

### PCM AIR MONITORING RESULTS

**PHASE 2**

| Sample No. | Pump No. | Time ( | Duration (Minutes) | Volume (litres) | Sample Description | Result (f/mL) |
|---|---|---|---|---|---|---|
| 77952 | 9082 | 13:00 | 120 | 386 | Area - Centre of corridor | <0.05 |
| 77953 | 9082 | 11:00 | 120/180 | 386 | Area - Centre of corridor | <0.05 |
| 77954 | 7827 | 11:00 | 180 | 374 | Area - West end of site | <0.05 |
| 77955 | 7827 | 14:00 | 10/100 | 21 | Personal - during ceiling demolition | 18 |
| 77956 | 9082 | 14:00 | 10/100 | 32 | Area - Centre of corridor 40 feet from demolition | 4.9 |
| 77957 | 7827 | 09:25 | 15/120 | 31 | Area - 30 feet from workers during bulk removal & clean-up | <0.6 |
| 77958 | 9082 | 09:30 | 10/120 | 32 | Personal - Bagging asbestos waste | 0.6 |
| 77959 | 9082 | 13:11 | 10/120 | 32 | Personal - bulk clean-up adj. Bulk removal | <0.6 |
| 77960 | 7827 | 13:03 | 15/120 | 31 | Area - in room during bulk removal | <0.6 |
| 77961 | 7827 | 09:53 | 15/120 | 48 | Personal - corridor adj. bulk removal | <0.6 |
| 77962 | 9082 | 10:04 | 15/60 | 48 | Personal - in ceiling during bulk removal | <0.4 |
| 77963 | 9082 | 13:35 | 10/60 | 32 | Area - in room during bulk and waste clean-up | <0.6 |
| 77964 | 7827 | 13:30 | 20/60 | 41 | Area - adj. Bulk removal in adjoining room | <0.5 |
| 77965 | 7827 | 09:41 | 15/60 | 31 | Area - clean room of waste decon. during waste removal | <0.6 |
| 77966 | 9082 | 09:45 | 15/120 | 48 | Area - corridor adj. waste decon. | <0.4 |
| 77967 | 9082 | 13:51 | 10/60 | 32 | Personal - bagging bulk material | <0.6 |
| 77968 | 7827 | 13:45 | 15/60 | 31 | Area - waste decon. during waste transfer | <0.6 |
| 77969 | 9082 | 10:15 | 10/60 | 32 | Personal - worker removing bulk material | 0.96 |

N.A. = Sample not analysed

| Sample No. | Pump No. | Time | Duration (Minutes) | Volume (litres) | Sample Description | Result (f/mL) |
|---|---|---|---|---|---|---|
| 77970 | 7827 | 10:10 | 10/60 | 21 | Area - during bulk removal | 0.87 |
| 77971 | 9082 | 14:03 | 10/60 | 32 | Personal - bagging bulk material | <0.6 |
| 77972 | 7827 | 14:05 | 15/60 | 31 | Area - corridor during ceiling | <0.6 |
| 77973 | 9082 | 09:01 | 15/90 | 48 | Personal - bagging bulk asbestos | <0.4 |
| 77974 | 7827 | 08:55 | 25/120 | 52 | Area - dirty room of waste decon. during transfer | <0.4 |
| 77975 | 9082 | 13:25 | 15/60 | 48 | Personal - demolishing corridor ceiling | 2.32 |
| 77976 | 7827 | 13:27 | 15/60 | 31 | Area - corridor during ceiling demolition | <0.6 |
| 77977 | 7827 | 09:13 | 25/120 | 52 | Area - in room during final cleaning | <0.4 |
| 77978 | 9082 | 09:15 | 15/90 | 48 | Personal - during double bagging | <0.4 |
| 77979 | 9082 | 13:10 | 15/90 | 48 | Area - in room during final cleaning | <0.4 |
| 77980 | 7827 | | 30/120 | 62 | Area - corridor during bagging of bulk material | <0.3 |
| 77981 | 9082 | 09:46 | 20/60 | 64 | Area - room during final cleaning | <0.3 |
| 77982 | 7827 | 09:49 | 30/60 | 62 | Area - 10' from worker in rafters during final cleaning | <0.3 |
| 77983 | 9082 | 13:12 | 15/60 | 48 | Personal - worker cleaning floor | <0.4 |
| 77984 | 7827 | 13:10 | 15/60 | 31 | Personal - worker vacuuming rafters | <0.6 |
| 77985 | 9082 | 13:07 | 20/60 | 64 | Personal - final cleaning | <0.3 |
| 77986 | 7827 | 13:05 | 30/60 | 62 | Area - in room during final cleaning | <0.3 |
| 77987 | 6268 | 07:25 | 145 | 2192 | Clearance - East end of South wing | <0.01 |
| 77988 | 6270 | 07:27 | 150 | 1859 | Clearance - West end of South wing | <0.01 |
| 77990 | 9082 | 11:10 | 120 | 386 | Perimeter - Phase 2 | <0.05 |

N.A. = Sample not analysed.

| Sample No. | Pump No. | Time | Duration (Minutes) | Volume (litres) | Sample Description | Result (f/mL) |
|---|---|---|---|---|---|---|
| 77992 | 9082 | 14:30 | 120 | 386 | Perimeter – Phase 2 | <0.05 |
| 77995 | 9082 | 09:40 | 120 | 386 | Perimeter – Phase 2 | Void |
| 77996 | 7827 | 13:10 | 12 | 21 | Area – Phase 3 | 5.7 |
| 77997 | 7827 | 13:40 | 180 | 374 | Perimeter – Phase 2 | <0.05 |
| 77999 | 9082 | 09:00 | 120 | 386 | Perimeter – Phase 2 | <0.05 |
| 78000 | 9082 | 13:45 | 10 | 32 | Area – Phase 3 | <0.6 |
| 76552 | 7827 | 10:55 | 120 | 250 | Area – waste decon. During waste transfer | <0.08 |
| 76553 | 9082 | 13:15 | 20/60 | 64 | Personal – bagging bulk material | <0.3 |
| 76554 | 9082 | 10:11 | 120 | 386 | Area – room during final cleaning | <0.07 |
| 76555 | 9082 | 13:35 | 30 | 96 | Personal – bagging bulk material | 0.63 |
| 76558 | 9082 | 10:31 | 120 | 386 | Perimeter – adj. hall to North wing | <0.05 |
| 76559 | 9082 | 14:35 | 20 | 64 | Personal – worker vacuuming | 0.34 |
| 76560 | 9082 | 10:42 | 20 | 64 | Personal – worker cleaning floor | <0.3 |
| 76561 | 9082 | 13:09 | 120 | 386 | Perimeter – back of North and South link adj. showers | <0.05 |
| 76565 | 9082 | 14:15 | 30 | 96 | Personal – worker vacuuming | <0.2 |
| 76571 | 9082 | 13:10 | 20 | 64 | Personal – vacuuming rafters | <0.3 |
| 76572 | 9082 | 13:37 | 120 | 386 | Area – corridor during cleaning | <0.3 |
| 76574 | 9082 | 14:23 | 20 | 64 | Personal – vacuuming rafters | <0.3 |
| 76577 | 6270 | 08:34 | 155 | 1920 | Clearance – corridor of North wing | <0.01 |
| 76578 | 6268 | 08:38 | 150 | 2268 | Clearance – link between North and South wings | <0.01 |

N.A. = Sample not analysed.

3

# APPENDIX III

# DETAILED RESULTS OF TEM ANALYSIS





1 0 -07- 1996
W7500

6/18/96

**SUBMITTED TO:**
Ed Wooster
Pinchin Environmental Consultants Ltd.
698 Corydon Avenue, Suite 203
Winnipeg, MB  R3M0X9

**REFERENCE DATA:**
Client Sample Nos.: 75920 through 75934
P.O. Number:        Proj. #:  W7500
Sample Location:    Bldg. E12-Vermiculite Exp.
Sample Type:        MCE Air Filters
Method Reference:   Airborne Asbestos by TEM
                    NIOSH 7402
DCL Set ID No.:     96-T-3636
DCL Sample ID Nos.: 96-20758 through 96-20765
Preparation Date:   6/12-13/96    Analysis Date:   6/13-18/96

The samples indicated on the following data sheet(s) were analyzed by Transmission Electron Microscopy (TEM) for airborne asbestos using the NIOSH Method 7402 protocol. Upon completion of the preparation, the samples were scanned at low magnification (135 X) for general loading and integrity of the carbon film. Suitable openings were then analyzed for fibers at a higher magnification (5,600 X). Individual fiber measurements, selected area electron diffraction (SAED) patterns, and energy dispersive X-ray analysis (EDXA) spectra were obtained at approximately 10,000 X. Analysis was performed on a Philips CM-12 TEM with energy dispersive X-ray analysis (EDXA) capabilities.

Results apply only to portions of samples analyzed and are tabulated on the following data sheet(s). Representative EDXA spectra and selected area electron diffraction (SAED) measurements of asbestos types detected are included and are referenced to the fiber identification numbers listed on the count sheets. The limit of detection (LOD) for this method has been determined to be one confirmed asbestos fiber in the total number of grid openings analyzed. The number of openings analyzed is dependent on the sample air volume. Concentrations in fibers/mL are based on air volumes or times and flow rates provided by the client.

Kenan Çetin
Analyst

Kris Schwettmann
Analyst

Anna Marie Ristich
Section Manager

6/18/96

# DataChem Laboratories TEM NIOSH 7402 Analytical Report

DCL Sample Set ID: 96-T-3636
Client: Pinchin Environmental Consultants Ltd.
Sample Location: Bldg. E12-Vermiculite Exp.

***SAMPLING DATA***

| | |
|---|---|
| Filter Type: | MCE, 0.8 μm |
| Filter Size: | 25 mm |
| Collection Area: | 385 $mm^2$ |

***ANALYSIS DATA***

| | |
|---|---|
| Magnification: | 10,050 X |
| Calibration Constant: | 1 cm = 1.00 μm |
| EDXA Resolution: | 167.0 keV |
| Accelerating Voltage: | 100 keV |
| Camera Constant: | 33.6 mm-Å |

| ***SAMPLE IDENTIFICATION*** | | | | |
|---|---|---|---|---|
| Client ID: | 75920 | 75922 | 75923 | 75924 |
| DCL ID: | 96-20758 | 96-20759 | 96-20760 | 96-20761 |
| Volume (L): | 389.00 | 389.00 | 97.00 | 65.00 |
| Fraction Re-filtered: | 0.01 | 0.05 | 0.05 | 0.15 |
| No. Grid Openings Analyzed: | 10 | 10 | 10 | 10 |
| Average Grid Opening Area: | 0.0106 | 0.0106 | 0.0106 | 0.0106 |
| LOD: Structures/sq. mm: | 2634.16 | 526.83 | 526.83 | 175.61 |
| LOD: Structures/mL: | 2.6071 | 0.5214 | 2.0910 | 1.0402 |
| ***Asbestos Fibers <5 microns*** | | | | |
| Chrysotile: | 0 | 0 | 0 | 0 |
| Grunerite: | 0 | 0 | 0 | 0 |
| Crocidolite: | 0 | 0 | 0 | 0 |
| Actinolite-Tremolite: | 40 | 27 | 33 | 26 |
| Anthophyllite: | 0 | 0 | 0 | 0 |
| ***Total Asbestos <5 microns*** | | | | |
| Count: | 40 | 27 | 33 | 26 |
| Fibers/sq. mm: | 105,366 | 14,224 | 17,385 | 4,566 |
| Fibers/mL: | 104.283 | 14.078 | 69.004 | 27.044 |
| ***Asbestos Fibers >5 microns*** | | | | |
| Chrysotile: | 0 | 0 | 1 | 0 |
| Grunerite: | 0 | 0 | 0 | 0 |
| Crocidolite: | 0 | 0 | 0 | 0 |
| Actinolite-Tremolite: | 22 | 27 | 40 | 19 |
| Anthophyllite: | 0 | 0 | 0 | 0 |
| ***Total Asbestos >5 microns*** | | | | |
| Count: | 22 | 27 | 41 | 19 |
| Fibers/sq. mm: | 57,951 | 14,224 | 21,600 | 3,337 |
| Fibers/mL: | 57.356 | 14.078 | 85.732 | 19.763 |
| ***Total Non-Asbestos Fibers*** | | | | |
| Count: | 19 | 7 | 6 | 3 |
| Fibers/sq. mm: | 50,049 | 3,688 | 3,161 | 527 |
| Fibers/mL: | 49.534 | 3.650 | 12.546 | 3.120 |
| Types: | Vermiculite | Vermiculite | Vermiculite | Vermiculite |

*ND = None Detected* *LOD = Limi[illegible]etection*

Comments: The asbestos concentration for fi[illegible]le 75920 is an estimate based on 4 tremolite fibers <5 mic[illegible]rid opening.

[handwritten: 4/5/97 // ANNA MARIE ... STATED ≥ 5 um include all ... however she only counted ... <0.25 um (c.2)]

Kenan Çetin

Kris Schwettmar[illegible]

[illegible]e Ristich

6/18/96

# DataChem Laboratories TEM NIOSH 7402 Analytical Report
### DCL Sample Set ID: 96-T-3636
Client: Pinchin Environmental Consultants Ltd.
Sample Location: Bldg. E12-Vermiculite Exp.

| SAMPLING DATA | | ANALYSIS DATA | |
|---|---|---|---|
| Filter Type: | MCE, 0.8 μm | Magnification: | 10,050 X |
| Filter Size: | 25 mm | Calibration Constant: | 1 cm = 1.00 μm |
| Collection Area: | 385 mm² | EDXA Resolution: | 167.0 keV |
| | | Accelerating Voltage: | 100 keV |
| | | Camera Constant: | 33.6 mm-Å |

| SAMPLE IDENTIFICATION | | | | |
|---|---|---|---|---|
| Client ID: | 75927 | 75930 | 75933 | 75934 |
| DCL ID: | 96-20762 | 96-20763 | 96-20764 | 96-20765 |
| Volume (L): | 33.00 | 65.00 | 32.00 | 32.00 |
| Fraction Re-filtered: | 0.10 | 0.25 | 0.10 | 0.05 |
| No. Grid Openings Analyzed: | 10 | 10 | 10 | 10 |
| Average Grid Opening Area: | 0.0106 | 0.0106 | 0.0106 | 0.0106 |
| LOD: Structures/sq. mm: | 263.42 | 105.37 | 263.42 | 526.83 |
| LOD: Structures/mL: | 3.0732 | 0.6241 | 3.1692 | 6.3384 |
| **Asbestos Fibers <5 microns** | | | | |
| Chrysotile: | 0 | 0 | 0 | 0 |
| Grunerite: | 0 | 0 | 0 | 0 |
| Crocidolite: | 0 | 0 | 0 | 0 |
| Actinolite-Tremolite: | 56 | 21 | 47 | 20 |
| Anthophyllite: | 0 | 0 | 0 | 0 |
| **Total Asbestos <5 microns** | | | | |
| Count: | 56 | 21 | 47 | 20 |
| Fibers/sq. mm: | 14,751 | 2,213 | 12,381 | 10,537 |
| Fibers/mL: | 172.098 | 13.106 | 148.953 | 126.769 |
| **Asbestos Fibers >5 microns** | | | | |
| Chrysotile: | 0 | 0 | 2 | 0 |
| Grunerite: | 0 | 0 | 0 | 0 |
| Crocidolite: | 0 | 0 | 0 | 0 |
| Actinolite-Tremolite: | 21 | 7 | 53 | 24 |
| Anthophyllite: | 0 | 0 | 0 | 0 |
| **Total Asbestos >5 microns** | | | | |
| Count: | 21 | 7 | 55 | 24 |
| Fibers/sq. mm: | 5,532 | 738 | 14,488 | 12,644 |
| Fibers/mL: | 64.537 | 4.369 | 174.307 | 152.123 |
| **Total Non-Asbestos Fibers** | | | | |
| Count: | 8 | 2 | 8 | 5 |
| Fibers/sq. mm: | 2,107 | 211 | 2,107 | 2,634 |
| Fibers/mL: | 24.585 | 1.248 | 25.354 | 31.692 |
| Types: | Vermiculite | Vermiculite | Vermiculite | Vermiculite |

ND = None Detected        LOD = Limit of Detection

Kris Schwettmann

Anna Marie Ristich



```
14 JUN 96 01:26:43
RATE= 1484CPS          TIME=   15LSEC
FS=    500CNT          PRST=   15LSEC
A -96 20758 A1     B -
```

A        CPS      0.00KEV   10eV/ch  A  EDAX



```
14 JUN 96 01:32:16
RATE= 8755CPS          TIME=   15LSEC
FS=    469CNT          PRST=   15LSEC
A -96 20758 N1     B -
```





14 JUN 96 13:52:41
RATE=    746CPS        TIME=    14LSEC
FS=      327CNT        PRST=      0
A -96 20760 ACT    B -



A          CPS      0.00KEV    10eV/ch  A  EDAX

14 JUN 96 16:00:59
RATE= 1111CPS         TIME=    10LSEC
FS=      251CNT       PRST=      0
A -96 20760 V       B -





```
14 JUN 96 16:06:40
RATE= 1240CPS          TIME=    17LSEC
FS=      66CNT         PRST=      0
A -96 20760 CHR    B -
```

SiK
MgK
CuK

CaK        FeK

4.00        8.00

A        CPS      0.00KEV    10eV/ch  A  EDAX





18 JUN 96 14:14:28
RATE= 1112CPS          TIME=   13LSEC
FS=    280CNT          PRST=    0
A -96 20762 ACT    B -



A        CPS    0.00KEV   10eV/ch   A EDAX

18 JUN 96 14:17:04
RATE= 790CPS           TIME=   14LSEC
FS=    200CNT          PRST=    0
A -96 20762 V     B -





18 JUN 96 14:42:45
RATE= 2714CPS          TIME=    17LSEC
FS=     839CNT         PRST=     0
A -96 20763 V       B -

SiK
CuK
FeK
MgK
CaK
4.00          8.00
A     CPS     0.00KEV   10eV/ch  A EDAX



18 JUN 96 14:45:02
RATE= 1670CPS          TIME=    17LSEC
FS=     769CNT         PRST=     0
A -96 20763 ACT     B -

SiK
MgK
CuK
FeK
CaK

18 JUN 96 15:09:56
RATE=   867CPS              TIME=    19LSEC
FS=     367CNT             PRST=     0
A -96 20764 ACT   B -



A        CPS      0.00KEV   10eV/ch  A EDAX

18 JUN 96 15:13:20
RATE= 3544CPS              TIME=    26LSEC
FS=     184CNT             PRST=     0
A -96 20764 V     B -





# APPENDIX IV

## DETAILED RESULTS OF TEM ANALYSIS
## OF COMPOSITE BULK SAMPLE



**DATA CHEM**
L A B O R A T O R I E S
A SORENSON COMPANY

8/6/96

**SUBMITTED TO:**
Bruce Stewart
Pinchin Environmental Consultants Ltd.
Coopers Business Centre, 5749 Coopers Ave.
Mississauga, Ontario  L4Z 1R9

**REFERENCE DATA**

| | |
|---|---|
| Client Sample Nos.: | 1, Composite Vermiculite, Sample Nos. 1-4 |
| Proj. Number: | W7500-E12 |
| Sample Location: | CFB Shilo – Building E12 |
| Sample Type: | Bulk |
| Method Reference: | EPA/600/R-93/116, Asbestos by TEM & PLM |
| DCL Set ID No.: | 96-T-4304 |
| DCL Sample ID Nos.: | 96-24580 |
| Preparation Date: | 7/15-22/96    Analysis Date:    7/16-22/96 |

We certify that the sample indicated on the following data sheet was analyzed by Transmission Electron Microscopy (TEM) using the method, EPA/600/R-93/116, for determining the amount and type of asbestos present in bulk building materials, with modifications determining particle sizes. After an initial examination by stereomicroscope and polarized light microscopy (PLM), size fractions of the sample were separated by suspending the material in acetone and sieving the suspension. The >1000-μm particle size fraction was re-examined by stereomicroscope; the 50-1000-μm particle size fraction was re-examined by PLM. A portion of the <50-μm size fraction was mounted on TEM grids for analysis. Analysis was performed on a Philips CM-12 TEM with energy dispersive X-ray analysis (EDXA) capabilities. Selected area electron diffraction (SAED) patterns and EDXA spectra were used to determine fiber species. Estimates of asbestos concentration are made on an area basis. Representative EDXA spectra of asbestos types detected are included. Results apply only to portions of samples analyzed and are tabulated on the following data sheet(s). DataChem Laboratories will dispose of bulk samples after 60 days unless other arrangements are made.

Kenan Çetin
**Kenan Çetin**
**TEM Analyst**

Shelly Krummen
**Shelly Krummen**
**PLM Analyst**

Anna Marie Ristich
**Anna Marie Ristich**
**Section Manager**

**SALT LAKE CITY OFFICE**
960 WEST LeVOY DRIVE
SALT LAKE CITY, UTAH 84123-2547
801 266-7700, FAX 801 268-9992

**CINCINNATI OFFICE**
4388 GLENDALE-MILFORD ROAD
CINCINNATI OHIO 45242-370E
513 733-5336  FAX 513 733-5347

**BALTIMORE OFFICE**
10 JULIET LANE, SUITE #203
BALTIMORE MARYLAND 21236-1220
410 529-5675 FAX 513 733-5347

**RICHLAND OFFICE**
313 WELLSIAN WAY
RICHLAND, WASHINGTON 99352-4116
509 943-5858 FAX 509 943-5654

# DataChem Laboratories
## TEM Bulk Asbestos Analytical Report

8/6/96

DCL Sample Set ID: 96-T-4304
Client: Pinchin Environmental Consultants Ltd.
Sample Location: CFB Shilo-Building E12

| SAMPLE ID | | | |
|---|---|---|---|
| Client Sample ID

DCL Sample ID | 1, Composite Vermiculite, Sample Nos. 1-4
96-24580 | | |
| **MACROSCOPIC EXAMINATION** | | | |
| Accepted/Rejected | Accepted | | — |
| Homogeneity | Homog. | | |
| Color | Tan | | |
| Texture | Flaky | | |
| Description | Vermiculite | | |
| **MICROSCOPIC EXAMINATION** | | | |
| SIZE FRACTION | <50 μm | 50-1000 μm | >1000 μm |
| WEIGHT % OF FRACTION | 1.3% | 1.1% | 97.6% |
| ANALYSIS METHOD | TEM | PLM | STEREO. |
| FIBER SIZES | <5 μm Long / <0.25 μm Diam. / >5 μm Long & >0.25 μm Diam. | >50 μm <1000 μm Long | >1000 μm Long |
| **ASBESTIFORM MINERALS** | | | |
| % Chrysotile | | | |
| % Amosite | | | |
| % Crocidolite | | | |
| % Tremolite – Actinolite | 0.2    0.1    0.2 | TRACE | |
| % Anthophyllite | | | |
| % TOTAL ASBESTOS IN FRACTION | 0.5 | TRACE | ND |
| % TOTAL ASBESTOS IN SAMPLE | TRACE | TRACE | ND |

NOTES: *ND = None Detected    TRACE = <0.5%*

Kenan Çetin
TEM Analyst

Shelly Krummen
PLM Analyst

Anna Marie Ristich
Section Manager

8/6/96

# DataChem Laboratories
## TEM Bulk Asbestos Analytical Report

DCL Sample Set ID: 96-T-4304
Client: Pinchin Environmental Consultants Ltd.
Sample Location: CFB Shilo-Building E12

**DCL SAMPLE ID:**    96-24580
**CLIENT SAMPLE ID:**  1, Composite Vermiculite, Sample Nos. 1-4

**DESCRIPTION:**  The asbestos percentages in the 50-1000-μm and >1000-μm size
fractions were determined during PLM and stereomicroscope examination,
respectively.  The <50-μm fraction was examined by TEM and is described below.

This sample consists of loose vermiculite flakes and minor amounts of
actinolite-tremolite asbestos fibers with virtually no binder of any kind.  The
asbestos fibers ranged from approximately 0.15 μm to 2 μm in diameter and from
approximately 1.5 μm to 80 μm in length.

The asbestos occurs mainly as individual fibers.  Roughly 5% of the asbestos
structures are bundles; these tend to be >1 μm wide.  Most of the fibers have
one tapered end and one perpendicular end.  The larger bundles have splayed
ends.

Many (20-25%) of the asbestos fibers are in contact with, or lie on top of or
beneath the vermiculite on the sample prep.  This relationship is an artifact of
the sample prep technique.  A few of the fibers appear to be embedded within
vermiculite flakes, although this cannot be ascertained due to the two-
dimensionality of the TEM image.  However, in one or two cases, the asbestos
fibers appear to be actual intergrowths with or extensions of vermiculite
flakes, rather than simply lying in contact with one another.


Kenan Çetin
Analyst

Anna Marie Ristich
Section Manager





29 JUL 96 03:43:49 EDAX READY
RATE=55390CPS          TIME=    40LSEC
FS=    1424CNT          PRST= 999LSEC
A -96 24530 Actinolite in Vermi



     0CNT        0.00KEV    10eV/ch  A EDAX

29 JUL 96 03:49:36 EDAX READY
RATE= 3116CPS                TIME=    32LSEC
FS=    1745CNT              PRST= 999LSEC
A -Pinchin Vermiculite



# APPENDIX V

## PHOTOGRAPHS SHOWING WORK PRACTICES



**Building E12 - Truck in place to remove bulk vermiculite insulation in Phase 1 work.**



**Removal of Vermiculite insulation, Building E12**



**Phase 1 removal, shovelling into truck**



**Phase 1 removal, shovelling loose Vermiculite at the dump**

**APPENDIX VI**

**INSPECTION REPORTS**

# PINCHIN
### ENVIRONMENTAL CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983   Fax: (204) 453-0788

| TO: Mr. Charlie Abbott | PROJECT: Bldg. E-12 CFB/Shilo | PROJECT NO. 107365 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Jay Snedden | 57500 |
| CFB/Shilo | Time In: 10:30   Time Out: 15:30 | |

**WORK AREA:** South Wing

**No. of Workers Reported:** 5

**WORK IN PROGRESS:**

Completion of contaminated site preparations and
set-up through to approximately 90% completion.

| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☐ |
|---|---|---|
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☐ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☐ |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | 77952 | 982 | 13:00 | (Reo Pump) 120 | 886 | Area - Centre of Corridor | <0.05 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | ATTENTION REQUIRED |
|---|---|---|
| 1.1 | AIR MONITORING: Results obtained from today's air sampling are reported above. Said sampling illustrates compliance with Provincial action limits. | |
| 2.0 | SITE ISOLATION: Installation of one layer rip-proof polyethylene is noted as having been layed down over all floor surfaces by shift's end today. Windows have been sealed over with one layer poly as well. Any opening through the existing wall panelling (eg. electrical plug, light switches, etc) have been sealed over with tape and/or polyethylene. | |

SIGNED: J. Snedden   DATE: 96/07/09   REPORT NO.: 01   PAGE: 1 OF 3

## PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax:(204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg. E-12 CFB/Shilo | PROJECT NO. W7365 |
| BCE  CFB/Shilo | INSPECTOR: Jay Suedder | W7500 |

**ATTENTION REQUIRED**

**2.0 FACILITIES/EQUIPMENT:** Required worker and waste facilities have been constructed in place. A review of this work had noted the following concerns as having remained deficient by shift's end:

a) Exterior layer of polyethylene has yet to be sealed down along the entire length of the bottom plate.

b) Water connections to the shower are absent.

c) Contained flaps throughout both decontamination chambers require strapping to properly fasten these.

**4.0 NEGATIVE AIR:** Negative air flow within the work area is noted as having been supplied via the installation of three (3) negative air units. Said units are being exhausted to the exterior of the building.

**5.0 WORKER PROTECTION:** Disposable coveralls and 1/2 face HEPA equipped respirators are noted as having been in use by all workers while within the established work site.

**6.0 DUST SUPPRESSION:** Required water source has been provided ready for use once the removal work gets underway.

| SIGNED: J. Suedder | DATE: 96/7/09 | REPORT NO.: 01 | PAGE: 2 of 3 |

# PINCHIN
### ENVIRONMENTAL
### CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg. E-12 CFB/Shilo | PROJECT NO. W7500 |
|---|---|---|
| BCE - CFB/Shilo | INSPECTOR: Jorp Sredder | |

**ATTENTION REQUIRED**

7.0 WASTE HANDLING: N/t at present.

8.0 CLEAN-UP: Area outside of worker + waste facilities in need of general clean-up.

9.0 Site foreman has advised that the site should be ready for Milestone Inspection "A" (Before Bulk Removal) tomorrow A.M.

SIGNED: _____   DATE: 16/07/09   REPORT NO: 01   PAGE: 3 of 3