# EXHIBIT 11

Dr. Richard Lee June 6, 2003

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

- - - -

IN RE:

W.R. GRACE, et al., Chapter 11
01-01139(JKF)

Debtors.

COPY

- - - -

DEPOSITION OF: DR. RICHARD J. LEE

- - - -

DATE: June 6, 2003
Friday, 9:17 a.m.

LOCATION: REED SMITH, LLP
435 Sixth Avenue
Pittsburgh, PA 15219
412-288-3131

TAKEN BY: Claimants

REPORTED BY: G. Donavich, RPR, CRR
Notary Public
AKF Reference No. 75810

A. WILLIAM ROBERTS, JR. & ASSOCIATES (800) 743-DEPO

Q. Okay. It looks like the analysis -- it appears the analysis was done by PLM using the EPA method of the determination of asbestos in bulk building materials?

A. Correct.

Q. Looks like, also, that the analyst measured both the amount of asbestiform tremolite and also the amount of cleavage fragments. Is that correct?

A. In the coarse, yes.

Q. Is this a weight percent measurement that was done?

A. Yes.

Q. Okay. And the results are reported on Page 4 for the asbestiform amphiboles. Is that correct?

A. That's correct.

Q. And the results were as high as 2.59 percent of asbestiform amphiboles. Is that correct?

A. That's correct.

Q. That's for an entire sample for all different layers of the sample?

A. Correct.

Q. In fact, the samples, top, middle, and bottom, the amount, the total amount of asbestiform

measurements and see.

Q. You expect to see some variation when you're sampling for asbestos from one location to another side by side. Correct?

A. There's natural variation, because you're counting small quantities of fibers.

Q. You also are rendering opinions regarding dust testing. Correct?

MR. RESTIVO: Do you have a --

THE WITNESS: Are you changing gears here?

BY MR. TURKEWITZ:

Q. A little bit. I'm going to go through this real quick.

A. Yeah. As a general proposition.

Q. Do you agree that dust testing can be used to determine the presence or absence of asbestos on a surface?

A. Sure.

Q. Do you agree that dust testing can also be used to determine the source of the asbestos on that surface?

A. At least in some cases.

Q. In this case when you were dealing with Libby amphiboles, you could determine that. Correct?

A. Most likely.
Q. Are you aware that EPA used the ASTM dust test method for sampling dust at Libby?
A. Yep.
Q. And you're aware that EPA used it as a decision-making tool to determine whether or not it was asbestos in dust in homes with ZAI?
A. You'd have to ask EPA that. I don't know that answer.
Q. Are you aware that they used the ASTM dust test method in homes where Libby miners once worked to determine the presence of asbestos in those homes?
A. I don't know.
Q. Are you aware that EPA used the indirect method for air sampling?
A. Yeah, in some cases.
Q. In what cases did they use the indirect method?
A. It's a little bit hard to tell. I don't know exactly. The protocol said not to use it.
Q. And, Dr. Lee, you have performed dust testing, have you not?
A. Sure.
Q. Your laboratory has analyzed dust samples on behalf of clients. Correct?

Start counting stuff for a screening method for between twenty-five and twenty-five-to one aspect ratio, less than a half micron in diameter in bundles, and you'll get -- you'll develop a viable screening procedure for asbestos.

MR. RESTIVO: That's all I have.

- - - -

RE-EXAMINATION

- - - -

BY MR. TURKEWITZ:

Q. Dr. Lee, you were just talking about dust testing that your company is doing. How many dust samples have you analyzed in the last year for building owners?
A. I don't know the answer.
Q. Hundreds?
A. Oh, I would think so, yeah.
Q. You would think so?
A. Yes.
Q. Thousands?
A. I doubt thousands, but --
Q. Hundreds?
A. Yes.
Q. Now, the cases that Mr. Restivo was talking

# EXHIBIT 12

0624343 02302834

CCM

These comments del. orally at the meeting 4-8-77

R.C. Erison — Re. MSDS for Vermiculite Concentrate + Finished Product

CC - Wood

~~[illegible]~~ I have reviewed the Dept Proposal for MSDS for vermiculite concentrate and finished product and have the following comments

(a) Reference to Regulation 1910.93. ~~[illegible]~~ should be deleted. This was the designation given to the ~~[illegible]~~ OSHA asbestos standard before it was recodified. The ~~designation~~ proper designation is to 1910.1001 and this reference should be used throughout.

~~I understand the~~

~~(b) [illegible] The percent [illegible]~~

(b) I understand that the reason for ~~indicating~~ mostly to indicate the percent ~~[illegible]~~ by weight of tremolite content is to give the recipient ~~[illegible]~~ ~~[illegible]~~ the indication that he is not giving a product containing commercial asbestos and that the ~~[illegible]~~ ~~asbestos~~ 'tremolite asbestos

0624344

However I think that this invitation for (could be construed as an) environment content is low. 02302835

as long as the recipient is not led to believe that because the percent tremolite asbestos content is low that the amount of tremolite asbestos fiber released in handling the product can be assumed to be less than that permitted by the asbestos standard. As you know respirable tremolite asbestos fibers are light and countless numbers may be present even though the percent by weight is low. Accordingly I would recommend that such statement be deleted.

OSHA standard 1910.1001 regulates airborne fiber concentration and that should be the recipients concern.

0624345
023028[illegible]

(C) I note that the asbestos standard 1910.1001 is not mentioned in the proposed MSDS data sheet for Heavy ore. I believe that reference should be made to the standard since from time to time pockets of Kilbourne ore are mined in South Carolina which have a tremolite asbestiform content. Further your statement that "the dust has a negligible "asbestos fiber" (less than 0.5% by weight) fraction." seems confusing. As indicated above a 0.5% tremolite asbestos fiber content could be significant because respirable fibers are lighter. I believe that the tremolite asbestiform mineral content of the Heavy ore is less than 0.5% by weight would be more accurate. However

(if I understand your data correctly) for the fraction tested the tremolite content [illegible] could be as high as 10% [illegible] South Carolina ore

0624346

02302837

As I indicated above I ~~[illegible]~~ do not recommend the inclusion of a statement relating to percent content of tremolite asbestos mineral.

(d) I suggest that H.A. Seaford[?] be added to CPD's MSDS review process.

J. M. F.

                                      CCM These ______
del. orally at Fiber
meeting 4-8-77

R. C. Ericson
CC: Wood

Re: MSDS for Vermiculite
Concentrate & Finished Products

I have reviewed the Draft Proposal for MSDS for vermiculite concentrated ore finished products and have the following comments:

(a) References to Regulation 1910.93A should be deleted. This was the designation given to the OSHA asbestos standard before it was verified. The proper designation is to 1910.1001 and this reference should be used throughout.

(b) I understand that the reason for wanting to indicate the percent by weight of tremolite content is to give the recipient the indication that he is not giving a product containing commercial asbestos and that the tremolite asbestos

**PAGE 2**

contaminant content is low. However, I think that this could be construed as an invitation for the recipient to believe that because the percent tremolite asbestos content is low that the amount of tremolite asbestos fiber released in handling the product can be assumed to be less than this prescribed by the asbestos standard. As you know, respirable tremolite asbestos fibers are light and countless numbers may be present even though the percent by weight is low. A knowledgeable person could on this basis become overly concerned if he were informed that as in the case of Libby #2 ore std at it contained 2.5% tremolite asbestos mineral. Accordingly, I

would recommend that such statement be deleted. OSHA standard 1910.1001 regulates airborne fiber concentrations and that should be the recipient's concern.

**SIDE ENTRY**

In addition because the tremolite content of the ore body may vary one could expect that the percent asbestos tremolite content of the ore concentrate to vary so that unless the percent stated when high enough to cover all contingencies the MSDS from time to time could be in fact inaccurate.

**PAGE 3**

(c) I note that the asbestos standard 1910.1001 is not mentioned in the proposed MSDS data sheet for Kearney ore. I believe that reference should be made to this standard since from time to time pockets of of Allen ore are mined in South Carolina which have a tremolite asbestiform content. Further your statement that "the dust has a negligible "asbestos fiber" (less than 0.5% by weight) fraction." seems confusing. As indicated above a 0.5% tremolite asbestos fiber content could be significant because respirable fibers are light. In fact, if I understand your data correctly, the total tremolite content of both platy and asbestiform of South Carolina ore could be as high as 10%. I believe that a statement that the tremolite asbestiform mineral content of the Kearney ore is less than 0.5% by weight would be more accurate. However

**PAGE 4**

as I indicated above I do not recommend inclusion of a statement relating to percent content of tremolite asbestosform mineral.

(d) I suggest that H. A. Eschenbach be added to CPD's MSDS review process.

O. M. F.