with the area air sampling, indicate an hour would not be a sufficient settling time before starting a clean-up.

The worker and the assistant exposure data were very similar for this study. The likely cause is the worker and assistant worked together to dump the Zonolite from the vacuum into plastic bags. This was visually a dusty operation. The vacuum was equipped with a standard pleated filter which, while not HEPA rated, likely captured much of the dust generated.

The data from the use of a standard shop vacuum to remove Zonolite insulation demonstrates this activity results in significant exposure to amphibole asbestos. The worker exposure for this study was found to be 735 times the background samples collected before the activity began.

## Miscellaneous Observations

The background samples collected in the attics of the two houses indicated that absent any disturbance, there was not an elevated concentration of asbestos in the air. Similar sampling should be conducted in homes during high wind storms. Anecdotal information from at least one homeowner indicates that some Zonolite insulation is blown out from wall cavities under certain circumstances.

During the cleaning, and removal with shop vacuum studies, area air sampling was also conducted in the living space of the home. The purpose of the sampling was to verify the effectiveness of the containment. However, it also served to measure pre-existing airborne asbestos concentrations. The results indicated the pre-existing airborne concentration was not elevated.

Two area air samples were also collected outdoors of the two homes. The analyses, found in Appendix A, did not detect any asbestos.

A total of 17 blank samples were collected and analyzed as part of the study. These blank samples were handled and analyzed in the same manner as the field samples. The results of these samples, included in Appendix A, demonstrate there was no systematic contamination of the field samples.

# APPENDIX A

## RESULTS OF AIR SAMPLES

Zonolite A... nsulation
Worker and Assistant Personal Air Sample Log
Zonolite Attic Insulation – Cleaning Study
Spokane, WA
November 2002

| Sample Number | Sample Description/Location | Sampling Period | | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Start | Stop | | | | s/cc s/cc >5µm |
| M8-101 | 11/4/02, 0.8 µm, Steve Hays (worker), cleaning attic | 07:57 | 08:09 | 12 | 0.81 | 9.72 | 2.53 f/cc |
| M8-102 | 11/4/02, 0.8 µm, Steve Hays (worker), cleaning attic | 08:09 | 08:21 | 12 | 0.81 | 9.72 | 1.10 f/cc |
| M8-103 | 11/4/02, 0.8 µm, Steve Hays (worker), cleaning attic | 08:21 | 08:30 | 9 | 0.81 | 7.29 | 0.82 f/cc |
| M45-201 | 11/4/02, 0.45 µm, Steve Hays (worker), cleaning attic | 07:57 | 08:09 | 12 | 0.70 | 8.40 | <0.458 N/A |
| M45-202 | 11/4/02, 0.45 µm, Steve Hays (worker), cleaning attic | 08:09 | 08:21 | 12 | 0.70 | 8.40 | <0.353 N/A |
| M45-203 | 11/4/02, 0.45 µm, Steve Hays (worker), cleaning attic | 08:21 | 08:30 | 9 | 0.70 | 6.30 | <0.474 N/A |
| M8-201 | 11/4/02, 0.8 µm, Tod Dawson (assistant), in area during attic cleaning | 07:57 | 08:11 | 14 | 0.77 | 10.8 | 0.82 f/cc |
| M8-202 | 11/4/02, 0.8 µm, Tod Dawson (assistant), in area during attic cleaning | 08:11 | 08:25 | 14 | 0.77 | 10.8 | 0.34 f/cc |
| M8-203 | 11/4/02, 0.8 µm, Tod Dawson (assistant), in area during attic cleaning | 08:25 | 08:31 | 6 | 0.77 | 4.62 | <0.54 f/cc |
| M45-101 | 11/4/02, 0.45 µm, Tod Dawson (assistant), in area during attic cleaning | 07:57 | 08:11 | 14 | 0.87 | 12.2 | <0.316 N/A |
| M45-102 | 11/4/02, 0.45 µm, Tod Dawson (assistant), in area during attic cleaning | 08:11 | 08:25 | 14 | 0.87 | 12.2 | <0.245 N/A |
| M45-103 | 11/4/02, 0.45 µm, Tod Dawson (assistant), in area during attic cleaning | 08:25 | 08:31 | 6 | 0.87 | 5.22 | <0.572 N/A |

Zonolite A___nsulation
Area Air Sample Log
Zonolite Attic Insulation – Cleaning Study
Spokane, WA
November 2002

| Sample Number | Sample Description/Location | Sampling Period Start | Sampling Period Stop | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5µm |
|---|---|---|---|---|---|---|---|
| MA-1-01 | 11/4/02, 0.45 µm, northern most sample in attic during cleaning | 07:58 | 08:12 | 14 | 3.3 | 46.2 | 0.083 0.083 |
| MA-1-02 | 11/4/02, 0.45 µm, northern most sample in attic during cleaning | 08:13 | 08:24 | 11 | 3.3 | 36.6 | 0.165 0.165 |
| MA-1-03 | 11/4/02, 0.45 µm, northern most sample in attic during cleaning | 08:24 | 08:30 | 6 | 3.3 | 19.8 | 0.150 <0.150 |
| MA-2-01 | 11/4/02, 0.45 µm, collected immediately northeast of stairwell during cleaning | 07:58 | 08:12 | 14 | 3.3 | 46.2 | 0.083 0.083 |
| MA-2-02 | 11/4/02, 0.45 µm, collected immediately northeast of stairwell during cleaning | 08:12 | 08:23 | 11 | 3.3 | 36.3 | <0.083 N/A |
| MA-2-03 | 11/4/02, 0.45 µm, collected immediately northeast of stairwell during cleaning | 08:23 | 08:30 | 7 | 3.3 | 23.1 | <0.131 N/A |
| MA-3-01 | 11/4/02, 0.45 µm, collected immediately southwest of stairwell during cleaning | 07:58 | 08:09 | 11 | 3.3 | 36.3 | 0.106 0.106 |
| MA-3-02 | 11/4/02, 0.45 µm, collected immediately southwest of stairwell during cleaning | 08:09 | 08:23 | 14 | 3.3 | 46.2 | <0.065 N/A |
| MA-3-03 | 11/4/02, 0.45 µm, collected immediately southwest of stairwell during cleaning | 08:23 | 08:30 | 7 | 3.3 | 23.1 | <0.130 N/A |
| MA-4-01 | 11/4/02, 0.45 µm, southern most area sample in attic during cleaning | 07:58 | 08:08 | 10 | 3.3 | 33.0 | <0.117 N/A |
| MA-4-02 | 11/4/02, 0.45 µm, southern most area sample in attic during cleaning | 08:08 | 08:22 | 14 | 3.3 | 46.2 | <0.065 N/A |
| MA-4-03 | 11/4/02, 0.45 µm, southern most area sample in attic during cleaning | 08:22 | 08:29 | 7 | 3.3 | 23.1 | <0.131 N/A |

**Zonolite Attic Insulation**
**Background and Blank Air Sample Log**
**Zonolite Attic Insulation – Cleaning Study**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period | | | Flow Rate | Total Volume | Concentration |
| | | Start | Stop | Total Min | Liters/min. | (liters) | s/cc s/cc >5µm |
|---|---|---|---|---|---|---|---|
| MB-01 | 11/4/02, 0.45 µm, background sample collected in attic prior to cleaning attic, north end | 16:20 | 19:08 | 168 | 9.4 | 1579 | <0.002 N/A |
| MB-02 | 11/4/02, 0.45 µm, background sample collected in attic prior to cleaning attic, northeast of stairwell | 16:20 | 19:08 | 168 | 10.0 | 1680 | <0.002 N/A |
| MB-03 | 11/4/02, 0.45 µm, background sample collected in attic prior to cleaning attic, southwest of stairwell | 16:20 | 19:08 | 168 | 9.4 | 1579 | <0.002 N/A |
| MB-04 | 11/4/02, 0.45 µm, background sample collected in attic prior to cleaning attic, south end | 16:20 | 19:05 | 165 | 9.7 | 1601 | <0.002 N/A |
| BLK-01 | 11/4/02, 0.45 µm blank | NA | NA | 0 | NA | 0 | ND |
| BLK-2 | 11/4/02, 0.45 µm blank | NA | NA | 0 | NA | 0 | ND |
| BLK-3 | 11/4/02, 0.45 µm blank collected during cleaning | NA | NA | 0 | NA | 0 | ND |

**Zonolite Attic Insulation**
**Worker Personal Air Sample Log**
**Zonolite Attic Insulation – Ceiling Penetration**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period Start | Sampling Period Stop | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5μm |
|---|---|---|---|---|---|---|---|
| BC8-101 | 11/7/02, 0.8 μm, Paul Liss (worker), cutting hole in ceiling with ZAI in attic above | 09:23 | 09:27 | 4 | 0.8 | 3.2 | 1.42 f/cc |
| BC8-102 | 11/7/02, 0.8 μm, Paul Liss (worker), cutting hole in ceiling with ZAI in attic above | 09:27 | 09:33 | 6 | 0.8 | 4.8 | 3.35 f/cc |
| BC8-103 | 11/7/02, 0.8 μm, Paul Liss (worker), cutting hole in ceiling with ZAI in attic above | 09:34 | 09:44 | 10 | 0.8 | 8.0 | 4.00 f/cc |
| BC8-104 | 11/7/02, 0.8 μm, Paul Liss (worker), cutting hole in ceiling with ZAI in attic above | 09:44 | 09:50 | 6 | 0.8 | 4.8 | 13.99 f/cc |
| BC45-101 | 11/7/02, 0.45 μm, Paul Liss (worker), cutting hole in ceiling with ZAI in attic above | 09:23 | 09:27 | 4 | 0.7 | 2.8 | <1.0580 N/A |
| BC45-102 | 11/7/02, 0. 45 μm, Paul Liss (worker), cutting hole in ceiling with ZAI in attic above | 09:27 | 09:33 | 6 | 0.7 | 4.2 | <0.7116 N/A |
| BC45-103 | 11/7/02, 0. 45 μm, Paul Liss (worker), cutting hole in ceiling with ZAI in attic above | 09:34 | 09:44 | 10 | 0.7 | 7.0 | 3.0286 1.2980 |
| BC45-104 | 11/7/02, 0. 45 μm, Paul Liss (worker), cutting hole in ceiling with ZAI in attic above | 09:44 | 09:50 | 6 | 0.7 | 4.2 | 4.981 2.846 |

**Zonolite Attic Insulation**
**Assistant Personal Air Sample Log**
**Zonolite Attic Insulation – Ceiling Penetration**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period Start | Sampling Period Stop | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc | Concentration s/cc >5μm |
|---|---|---|---|---|---|---|---|---|
| BC8-201 | 11/7/02, 0.8 µm, Tod Dawson (assistant), in area during ceiling penetration with ZAI in attic above | 09:23 | 09:28 | 5 | 0.76 | 3.8 | | 0.81 f/cc |
| BC8-202 | 11/7/02, 0.8 µm, Tod Dawson (assistant), in area during ceiling penetration with ZAI in attic above | 09:28 | 09:34 | 6 | 0.76 | 4.6 | | 1.95 f/cc |
| BC8-203 | 11/7/02, 0.8 µm, Tod Dawson (assistant), in area during ceiling penetration with ZAI in attic above | 09:34 | 09:44 | 10 | 0.76 | 7.6 | | 2.44 f/cc |
| BC8-204 | 11/7/02, 0.8 µm, Tod Dawson (assistant), in area during ceiling penetration with ZAI in attic above | 09:44 | 09:51 | 7 | 0.76 | 5.3 | | 15.85 f/cc |
| BC45-201 | 11/7/02, 0. 45 µm, Tod Dawson (assistant), in area during ceiling penetration with ZAI in attic above | 09:23 | 09:28 | 5 | 0.94 | 4.7 | | <0.6444 N/A |
| BC45-202 | 11/7/02, 0. 45 µm, Tod Dawson (assistant), in area during ceiling penetration with ZAI in attic above | 09:28 | 09:34 | 6 | 0.94 | 5.6 | | <0.5360 N/A |
| BC45-203 | 11/7/02, 0. 45 µm, Tod Dawson (assistant), in area during ceiling penetration with ZAI in attic above | 09:34 | 09:44 | 10 | 0.94 | 9.4 | | 0.636 0.636 |
| BC45-204 | 11/7/02, 0. 45 µm, Tod Dawson (assistant), in area during ceiling penetration with ZAI in attic above | 09:44 | 09:51 | 7 | 0.94 | 6.6 | | 1.827 1.827 |

**Zonolite Attic Insulation**
**Area Air Sample Log**
**Zonolite Attic Insulation – Ceiling Penetration**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period Start | Sampling Period Stop | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5μm |
|---|---|---|---|---|---|---|---|
| BCA-1-01 | 11/7/02, 0.45 μm, 2nd floor, southwest bedroom, area sample collected from center of north side of room during ceiling penetration | 09:23 | 09:27 | 4 | 3.3 | 13.2 | <0.2299 N/A |
| BCA-1-02 | 11/7/02, 0.45 μm, 2nd floor, southwest bedroom, area sample collected from center of north side of room during ceiling penetration | 09:28 | 09:34 | 6 | 3.3 | 19.8 | 0.598 0.299 |
| BCA-1-03 | 11/7/02, 0.45 μm, 2nd floor, southwest bedroom, area sample collected from center of north side of room during ceiling penetration | 09:34 | 09:44 | 10 | 3.3 | 33.0 | <0.0910 N/A |
| BCA-1-04 | 11/7/02, 0.45 μm, 2nd floor, southwest bedroom, area sample collected from center of north side of room during ceiling penetration | 09:44 | 09:50 | 6 | 3.3 | 19.8 | 1.481 1.333 |
| BCA-2-01 | 11/7/02, 0.45 μm, 2nd floor, southwest bedroom, area sample collected from west side of south end of room during ceiling penetration | 09:23 | 09:27 | 4 | 3.3 | 13.2 | 0.232 0.232 |
| BCA-2-02 | 11/7/02, 0.45 μm, 2nd floor, southwest bedroom, area sample collected from west side of south end of room during ceiling penetration | 09:28 | 09:34 | 6 | 3.3 | 19.8 | 0.448 0.448 |
| BCA-2-03 | 11/7/02, 0.45 μm, 2nd floor, southwest bedroom, area sample collected from west side of south end of room during ceiling penetration | 09:34 | 09:44 | 10 | 3.3 | 33.0 | 0.361 0.361 |
| BCA-2-04 | 11/7/02, 0.45 μm, 2nd floor, southwest bedroom, area sample collected from west side of south end of room during ceiling penetration | 09:45 | 09:50 | 5 | 3.3 | 16.5 | 1.419 1.242 |

**Zonolite Attic Insulation**
**Area Air Sample Log**
**Zonolite Attic Insulation – Ceiling Penetration**
**Spokane, WA**
**November 2002**
**(Continued)**

| Sample Number | Sample Description/Location | Sampling Period | | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5μm |
|---|---|---|---|---|---|---|---|
| | | Start | Stop | | | | |
| BCA-3-01 | 11/7/02, 0.45 μm, 2nd floor, southwest bedroom, area sample collected from east side of south end of room during ceiling penetration | 09:23 | 09:27 | 4 | 3.3 | 13.2 | <0.2289 N/A |
| BCA-3-02 | 11/7/02, 0.45 μm, 2nd floor, southwest bedroom, area sample collected from east side of south end of room during ceiling penetration | 09:28 | 09:34 | 6 | 3.3 | 19.8 | <0.1501 N/A |
| BCA-3-03 | 11/7/02, 0.45 μm, 2nd floor, southwest bedroom, area sample collected from east side of south end of room during ceiling penetration | 09:34 | 09:44 | 10 | 3.3 | 33.0 | 0.271 0.271 |
| BCA-3-04 | 11/7/02, 0.45 μm, 2nd floor, southwest bedroom, area sample collected from east side of south end of room during ceiling penetration | 09:45 | 09:50 | 5 | 3.3 | 16.5 | 3.151 2.275 |

**Zonolite Attic Insulation**
**Background and Blank Air Sample Log**
**Zonolite Attic Insulation – Ceiling Penetration**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period | | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5µm |
|---|---|---|---|---|---|---|---|
| | | Start | Stop | | | | |
| BBC-01 | 11/6/02, 0.45 µm, background sample collected in southwest bedroom of second floor, sample from center of north side of room | 15:37 | 18:03 | 146 | 10.0 | 1460 | 0.018 0.016 |
| BBC-02 | 11/6/02, 0.45 µm, background sample collected in southwest bedroom of second floor, sample from west side south end of room | 15:37 | 18:03 | 146 | 10.0 | 1460 | 0.025 0.018 |
| BBC-03 | 11/6/02, 0.45 µm, background sample collected in southwest bedroom of second floor, sample from east side south end of room | 15:37 | 18:03 | 146 | 9.1 | 1329 | 0.025 0.018 |
| BBC-BK-01 | 11/6/02, 0.45 µm blank | NA | NA | 0 | NA | 0 | ND |
| BCA-BK-01 | 11/7/02, 0.8 µm blank | NA | NA | 0 | NA | 0 | <7 f/mm |
| BCA-BK-02 | 11/7/02, 0.45 µm blank | NA | NA | 0 | NA | 0 | ND |
| BCA-BK-03 | 11/7/02, 0.45 µm blank | NA | NA | 0 | NA | 0 | ND |

Zonolite Attic Insulation
Worker Personal Air Sample Log
Zonolite Attic Insulation Removal – W.R. Grace Method
Spokane, WA
November 2002

| Sample Number | Sample Description/Location | Sampling Period Start | Sampling Period Stop | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc | Concentration s/cc >5µm |
|---|---|---|---|---|---|---|---|---|
| B8G-101 | 11/5/02, 0.8 µm, Steve Hays (worker), removing Zonolite Attic Insulation following the WR Grace method | 17:44 | 17:51 | 7 | 0.81 | 5.67 | 15.10 f/cc | |
| B8G-102 | 11/5/02, 0.8 µm, Steve Hays (worker), removing Zonolite Attic Insulation following the WR Grace method | 17:51 | 18:00 | 9 | 0.81 | 7.29 | 16.24 f/cc | |
| B8G-103 | 11/5/02, 0.8 µm, Steve Hays (worker), removing Zonolite Attic Insulation following the WR Grace method | 18:00 | 18:09 | 9 | 0.81 | 7.29 | 14.58 f/cc | |
| B8G-104 | 11/5/02, 0.8 µm, Steve Hays (worker), removing Zonolite Attic Insulation following the WR Grace method | 18:09 | 18:18 | 9 | 0.81 | 7.29 | 4.61 f/cc | |
| B45G-101 | 11/5/02, 0.45 µm, Steve Hays (worker), removing Zonolite Attic Insulation following the WR Grace method | 17:44 | 17:51 | 7 | 0.68 | 4.76 | 5.925 | 4.147 |
| B45G-102 | 11/5/02, 0.45 µm, Steve Hays (worker), removing Zonolite Attic Insulation following the WR Grace method | 17:51 | 18:00 | 9 | 0.68 | 6.12 | 10.600 | 8.581 |
| B45G-103 | 11/5/02, 0.45 µm, Steve Hays (worker), removing Zonolite Attic Insulation following the WR Grace method | 18:00 | 18:09 | 9 | 0.68 | 6.12 | 7.538 | 5.528 |
| B45G-104 | 11/5/02, 0.45 µm, Steve Hays (worker), removing Zonolite Attic Insulation following the WR Grace method | 18:09 | 18:18 | 9 | 0.68 | 6.12 | 1.005 | 1.005 |

**Zonolite Attic Insulation**
**Assistant Personal Air Sample Log**
**Zonolite Attic Insulation Removal – W.R. Grace Method**
Spokane, WA
November 2002

| Sample Number | Sample Description/Location | Sampling Period | | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration |
| | | Start | Stop | | | | f/cc, s/cc s/cc >5μm |
|---|---|---|---|---|---|---|---|
| B8G-201 | 11/5/02, 0.8 μm, Tod Dawson (assistant), in area during removal of Zonolite Attic Insulation following the WR Grace method | 17:44 | 17:53 | 9 | 0.76 | 6.84 | 2.29 f/cc 4.347 s/cc 2.484 s/cc |
| B8G-202 | 11/5/02, 0.8 μm, Tod Dawson (assistant), in area during removal of Zonolite Attic Insulation following the WR Grace method | 17:53 | 18:02 | 9 | 0.76 | 6.84 | 4.25 f/cc 5.224 s/cc 1.161 s/cc |
| B8G-203 | 11/5/02, 0.8 μm, Tod Dawson (assistant), in area during removal of Zonolite Attic Insulation following the WR Grace method | 18:02 | 18:11 | 9 | 0.76 | 6.84 | 3.43 f/cc 6.418 s/cc 4.667 s/cc |
| B8G-204 | 11/5/02, 0.8 μm, Tod Dawson (assistant), in area during removal of Zonolite Attic Insulation following the WR Grace method | 18:11 | 18:18 | 7 | 0.76 | 5.32 | 2.35 f/cc 6.164 s/cc 2.642 s/cc |

**Zonolite Attic Insulation**
**Area Air Sample Log**
**Zonolite Attic Insulation Removal – W.R. Grace Method**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period Start | Sampling Period Stop | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5μm |
|---|---|---|---|---|---|---|---|
| BAG-1-1 | 11/5/02, 0.45 μm, attic area, center of west side, during removal | 17:44 | 17:52 | 8 | 3.3 | 26.4 | 2.747 2.403 |
| BAG-1-2 | 11/5/02, 0.45 μm, attic area, center of west side, during removal | 17:52 | 18:01 | 9 | 3.3 | 29.7 | 4.049 3.357 |
| BAG-1-3 | 11/5/02, 0.45 μm, attic area, center of west side, during removal | 18:01 | 18:10 | 9 | 3.3 | 29.7 | 4.703 4.003 |
| BAG-1-4 | 11/5/02, 0.45 μm, attic area, center of west side, during removal | 18:10 | 18:18 | 8 | 3.3 | 26.4 | 3.464 2.771 |
| BAG-2-1 | 11/5/02, 0.45 μm, attic area, center of north side, during removal | 17:44 | 17:53 | 9 | 3.3 | 29.7 | 0.198 0.198 |
| BAG-2-2 | 11/5/02, 0.45 μm, attic area, center of north side, during removal | 17:53 | 18:01 | 8 | 3.3 | 26.4 | 2.435 1.971 |
| BAG-2-3 | 11/5/02, 0.45 μm, attic area, center of north side, during removal | 18:01 | 18:10 | 9 | 3.3 | 29.7 | 2.192 1.694 |
| BAG-2-4 | 11/5/02, 0.45 μm, attic area, center of north side, during removal | 18:10 | 18:18 | 8 | 3.3 | 26.4 | 2.771 2.194 |
| BAG-3-1 | 11/5/02, 0.45 μm, attic area, center of east side, during removal | 17:44 | 17:55 | 11 | 3.3 | 36.3 | 0.083 0.083 |
| BAG-3-2 | 11/5/02, 0.45 μm, attic area, center of east side, during removal | 17:55 | 18:02 | 7 | 3.3 | 23.1 | 1.429 1.040 |
| BAG-3-3 | 11/5/02, 0.45 μm, attic area, center of east side, during removal | 18:02 | 18:10 | 8 | 3.3 | 26.4 | 1.044 0.464 |
| BAG-3-4 | 11/5/02, 0.45 μm, attic area, center of east side, during removal | 18:10 | 18:18 | 8 | 3.3 | 26.4 | 2.912 2.330 |

**Zonolite Attic Insulation**
**Background and Blank Air Sample Log**
**Zonolite Attic Insulation Removal – W.R. Grace Method**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period Start | Sampling Period Stop | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5µm |
|---|---|---|---|---|---|---|---|
| BA-01 | 11/5/02, 0.45 µm, background sample collected in attic prior to removing Zonolite Attic Insulation (ZAI) following the W R Grace method, center of west side | 08:14 | 11:17 | 183 | 8.9 | 1629 | <0.0018 N/A |
| BA-02 | 11/5/02, 0.45 µm, background sample collected in attic prior to removing Zonolite Attic Insulation (ZAI) following the W R Grace method, center of north side | 08:14 | 11:17 | 183 | 8.9 | 1629 | <0.0018 N/A |
| BA-03 | 11/5/02, 0.45 µm, background sample collected in attic prior to removing Zonolite Attic Insulation (ZAI) following the W R Grace method, center of east side | 08:14 | 11:17 | 183 | 8.9 | 1629 | <0.0019 N/A |
| BA-BK | 11/5/02, 0.45 µm blank | NA | NA | 0 | 0 | 0 | None Detected |
| B8G-BK-01 | 11/5/02, 0.8 µm blank | NA | NA | 0 | 0 | 0 | <7 f/mm |

Zonolite Attic Insulation
Worker Personal Air Sample Log
Zonolite Attic Insulation Removal – Homeowner Method
Spokane, WA
November 2002

| Sample Number | Sample Description/Location | Sampling Period | | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc |
| | | Start | Stop | | | | s/cc >5µm |
|---|---|---|---|---|---|---|---|
| B8H-101 | 11/6/02, 0.8 µm, Pete Cappel (worker), removing Zonolite Attic Insulation as a homeowner | 12:33 | 12:40 | 7 | 0.80 | 5.6 | 9.48 f/cc |
| B8H-102 | 11/6/02, 0.8 µm, Pete Cappel (worker), removing Zonolite Attic Insulation as a homeowner | 12:40 | 12:47 | 7 | 0.80 | 5.6 | 12.29 f/cc |
| B8H-103 | 11/6/02, 0.8 µm, Pete Cappel (worker), removing Zonolite Attic Insulation as a homeowner | 12:47 | 12:55 | 8 | 0.80 | 6.4 | 15.52 f/cc |
| B8H-104 | 11/6/02, 0.8 µm, Pete Cappel (worker), removing Zonolite Attic Insulation as a homeowner | 12:55 | 13:04 | 9 | 0.80 | 7.2 | 18.81 f/cc |
| B45H-101 | 11/6/02, 0.45 µm, Pete Cappel (worker), removing Zonolite Attic Insulation as a homeowner | 12:33 | 12:40 | 7 | 0.68 | 4.8 | 24.172 21.975 |
| B45H-102 | 11/6/02, 0.45 µm, Pete Cappel (worker), removing Zonolite Attic Insulation as a homeowner | 12:40 | 12:47 | 7 | 0.68 | 4.8 | 11.830 10.584 |
| B45H-103 | 11/6/02, 0.45 µm, Pete Cappel (worker), removing Zonolite Attic Insulation as a homeowner | 12:47 | 12:55 | 8 | 0.68 | 5.4 | 29.077 21.808 |
| B45H-104 | 11/6/02, 0.45 µm, Pete Cappel (worker), removing Zonolite Attic Insulation as a homeowner | 12:55 | 13:04 | 9 | 0.68 | 6.1 | 14.961 10.473 |

**Zonolite Attic Insulation**
**Assistant Personal Air Sample Log**
**Zonolite Attic Insulation Removal – Homeowner Method**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period | | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5µm |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Start | Stop | | | | |
| B8H-201 | 11/6/02, 0.8 µm, Tod Dawson (assistant), in area during removal of Zonolite Attic Insulation as homeowner | 12:33 | 12:42 | 9 | 0.75 | 6.8 | 0.64 f/cc |
| B8H-202 | 11/6/02, 0.8 µm, Tod Dawson (assistant), in area during removal of Zonolite Attic Insulation as homeowner | 12:42 | 12:48 | 6 | 0.75 | 4.5 | 4.90 f/cc |
| B8H-203 | 11/6/02, 0.8 µm, Tod Dawson (assistant), in area during removal of Zonolite Attic Insulation as homeowner | 12:48 | 12:57 | 9 | 0.75 | 6.8 | 5.11 f/cc |
| B8H-204 | 11/6/02, 0.8 µm, Tod Dawson (assistant), in area during removal of Zonolite Attic Insulation as homeowner | 12:57 | 13:05 | 8 | 0.75 | 6.0 | 10.39 f/cc |
| B45H-201 | 11/6/02, 0.45 µm, Tod Dawson (assistant), in area during removal of Zonolite Attic Insulation as homeowner | 12:33 | 12:42 | 9 | 0.96 | 8.6 | <0.5349 N/A |
| B45H-202 | 11/6/02, 0.45 µm, Tod Dawson (assistant), in area during removal of Zonolite Attic Insulation as homeowner | 12:42 | 12:48 | 6 | 0.96 | 5.8 | 1.031 0.515 |
| B45H-203 | 11/6/02, 0.45 µm, Tod Dawson (assistant), in area during removal of Zonolite Attic Insulation as homeowner | 12:48 | 12:57 | 9 | 0.96 | 8.6 | 5.916 5.916 |
| B45H-204 | 11/6/02, 0.45 µm, Tod Dawson (assistant), in area during removal of Zonolite Attic Insulation as homeowner | 12:57 | 13:05 | 8 | 0.96 | 6.0 | 4.232 2.693 |

**Zonolite Attic Insulation**
**Area Air Sample Log**
**Zonolite Attic Insulation Removal – Homeowner Method**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period | | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5µm |
|---|---|---|---|---|---|---|---|
| | | Start | Stop | | | | |
| BAH-1-01 | 11/6/02, 0.45 µm, attic area, center of west side, during homeowner removal, farthest away | 12:35 | 12:40 | 5 | 3.3 | 16.5 | 0.372 0.372 |
| BAH-1-02 | 11/6/02, 0.45 µm, attic area, center of west side, during homeowner removal, farthest away | 12:41 | 12:49 | 8 | 3.3 | 26.4 | 1.132 1.132 |
| BAH-1-03 | 11/6/02, 0.45 µm, attic area, center of west side, during homeowner removal, farthest away | 12:49 | 12:55 | 6 | 3.3 | 19.8 | 1.494 0.996 |
| BAH-1-04 | 11/6/02, 0.45 µm, attic area, center of west side, during homeowner removal, farthest away | 12:56 | 13:05 | 9 | 3.3 | 29.7 | 1.523 1.421 |
| BAH-2-01 | 11/6/02, 0.45 µm, attic area, center of north side, during homeowner removal | 12:35 | 12:40 | 5 | 3.3 | 16.5 | 0.734 0.551 |
| BAH-2-02 | 11/6/02, 0.45 µm, attic area, center of north side, during homeowner removal | 12:41 | 12:47 | 6 | 3.3 | 19.8 | 4.397 4.093 |
| BAH-2-03 | 11/6/02, 0.45 µm, attic area, center of north side, during homeowner removal | 12:47 | 12:55 | 8 | 3.3 | 26.4 | 1.795 1.347 |
| BAH-2-04 | 11/6/02, 0.45 µm, attic area, center of north side, during homeowner removal | 12:55 | 13:05 | 10 | 3.3 | 33.0 | 1.371 0.731 |
| BAH-3-01 | 11/6/02, 0.45 µm, attic area, center of east side, during homeowner removal, closest | 12:35 | 12:40 | 5 | 3.3 | 16.5 | 1.314 1.126 |
| BAH-3-02 | 11/6/02, 0.45 µm, attic area, center of east side, during homeowner removal, closest | 12:41 | 12:47 | 6 | 3.3 | 19.8 | 2.244 1.795 |
| BAH-3-03 | 11/6/02, 0.45 µm, attic area, center of east side, during homeowner removal, closest | 12:47 | 12:55 | 8 | 3.3 | 26.4 | 7.463 5.038 |
| BAH-3-04 | 11/6/02, 0.45 µm, attic area, center of east side, during homeowner removal, closest | 12:55 | 13:05 | 10 | 3.3 | 33.0 | 3.184 2.820 |

**Zonolite Attic Insulation**
**Background and Blank Air Sample Log**
**Zonolite Attic Insulation Removal – Homeowner Method**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period Start | Sampling Period Stop | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5µm |
|---|---|---|---|---|---|---|---|
| BBH-01 | 11/6/02, 0.45 µm, background sample collected in attic prior to removing Zonolite Attic Insulation (ZAI) following the homeowner method, center of west side | 07:57 | 10:11 | 134 | 9.4 | 1260 | <0.0042 N/A |
| BBH-02 | 11/6/02, 0.45 µm, background sample collected in attic prior to removing Zonolite Attic Insulation (ZAI) following the homeowner method, center of north side | 07:57 | 10:11 | 134 | 10.0 | 1340 | <0.0023 N/A |
| BBH-03 | 11/6/02, 0.45 µm, background sample collected in attic prior to removing Zonolite Attic Insulation (ZAI) following the homeowner method, center of east side | 07:57 | 10:11 | 134 | 9.2 | 1233 | <0.0024 N/A |
| B-OUT-11-6 | 11/6/02, 0.45 µm, sample collected outdoor, center of back yard at tree | 10:35 | 13:28 | 173 | 10.6 | 1834 | <0.0016 N/A |
| BBH-BK | 11/6/02, 0.45 µm blank | NA | NA | 0 | NA | 0 | ND |
| B8H-BK | 11/6/02, 0.8 µm blank | NA | NA | 0 | NA | 0 | <7 f/mm |
| B45H-BK-1 | 11/6/02, 0.45 µm blank | NA | NA | 0 | NA | 0 | ND |
| B45H-BK-02 | 11/6/02, 0.45 µm blank | NA | NA | 0 | NA | 0 | ND |

**Zonolite Attic Insulation**
**Worker Personal Air Sample Log**
**Zonolite Attic Insulation–Shop Vacuum Removal**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period Start | Sampling Period Stop | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5μm |
|---|---|---|---|---|---|---|---|
| M8V-101 | 11/5/02, 0.8 μm, Steve Hays (worker), removing Zonolite Attic Insulation with a shop vacuum | 13:00 | 13:11 | 11 | 0.81 | 8.9 | 5.28 f/cc |
| M8V-102 | 11/5/02, 0.8 μm, Steve Hays (worker), removing Zonolite Attic Insulation with a shop vacuum | 13:11 | 13:21 | 10 | 0.81 | 8.1 | 1.19 f/cc |
| M8V-103 | 11/5/02, 0.8 μm, Steve Hays (worker), removing Zonolite Attic Insulation with a shop vacuum | 13:21 | 13:33 | 12 | 0.81 | 9.7 | 1.83 f/cc |
| M8V-104 | 11/5/02, 0.8 μm, Steve Hays (worker), removing Zonolite Attic Insulation with a shop vacuum | 13:33 | 13:46 | 13 | 0.81 | 10.5 | 3.18 f/cc |
| | | | | | | | |
| M45V-101 | 11/5/02, 0.45 μm, Steve Hays (worker), removing Zonolite Attic Insulation with a shop vacuum | 13:00 | 13:11 | 11 | 0.69 | 7.6 | 1.490 0.745 |
| M45V-102 | 11/5/02, 0.45 μm, Steve Hays (worker), removing Zonolite Attic Insulation with a shop vacuum | 13:11 | 13:21 | 10 | 0.69 | 6.9 | 2.156 1.294 |
| M45V-103 | 11/5/02, 0.45 μm, Steve Hays (worker), removing Zonolite Attic Insulation with a shop vacuum | 13:21 | 13:33 | 12 | 0.69 | 8.3 | 1.048 0.584 |
| M45V-104 | 11/5/02, 0.45 μm, Steve Hays (worker), removing Zonolite Attic Insulation with a shop vacuum | 13:33 | 13:46 | 13 | 0.69 | 9.0 | 1.317 1.317 |

**Zonolite Attic Insulation**
**Assistant Personal Air Sample Log**
**Zonolite Attic Insulation–Shop Vacuum Removal**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period | | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration f/cc, s/cc s/cc >5 μm |
|---|---|---|---|---|---|---|---|
| | | Start | Stop | | | | |
| M8V-201 | 11/5/02, 0.8 μm, Tod Dawson (assistant), in area during removal of ZAI with shop vacuum | 13:01 | 13:12 | 11 | 0.78 | 8.6 | 3.39 f/cc<br>1.78 s/cc<br>1.42 s/cc |
| M8V-202 | 11/5/02, 0.8 μm, Tod Dawson (assistant), in area during removal of ZAI with shop vacuum | 13:12 | 13:22 | 10 | 0.78 | 7.8 | 1.47 f/cc<br>0.67 s/cc<br><0.67 s/cc |
| M8V-203 | 11/5/02, 0.8 μm, Tod Dawson (assistant), in area during removal of ZAI with shop vacuum | 13:22 | 13:35 | 13 | 0.78 | 10.1 | 1.83 f/cc<br>1.98 s/cc<br>0.79 s/cc |
| M8V-204 | 11/5/02, 0.8 μm, Tod Dawson (assistant), in area during removal of ZAI with shop vacuum | 13:35 | 13:47 | 12 | 0.78 | 9.4 | 4.81 f/cc<br>2.15 s/cc<br>1.79 s/cc |

**Zonolite Attic Insulation**
**Area Air Sample Log**
**Zonolite Attic Insulation–Shop Vacuum Removal**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Description/Location | Sampling Period Start | Sampling Period Stop | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5μm |
|---|---|---|---|---|---|---|---|
| MAV-1-1 | 11/5/02, 0.45 μm, attic area, north end, during ZAI removal with shop vacuum | 13:02 | 13:12 | 10 | 3.3 | 33.0 | 0.532 0.399 |
| MAV-1-2 | 11/5/02, 0.45 μm, attic area, north end, during ZAI removal with shop vacuum | 13:12 | 13:23 | 11 | 3.3 | 36.3 | 0.496 0.331 |
| MAV-1-3 | 11/5/02, 0.45 μm, attic area, north end, during ZAI removal with shop vacuum | 13:24 | 13:35 | 11 | 3.3 | 36.3 | 0.649 0.519 |
| MAV-1-4 | 11/5/02, 0.45 μm, attic area, north end, during ZAI removal with shop vacuum | 13:36 | 13:47 | 11 | 3.3 | 36.3 | 0.412 0.247 |
| MAV-2-1 | 11/5/02, 0.45 μm, attic area, northeast of attic stairwell during ZAI removal with shop vacuum | 13:02 | 13:12 | 10 | 3.3 | 33.0 | 0.943 0.354 |
| MAV-2-2 | 11/5/02, 0.45 μm, attic area, northeast of attic stairwell during ZAI removal with shop vacuum | 13:13 | 13:23 | 10 | 3.3 | 33.0 | 0.541 0.271 |
| MAV-2-3 | 11/5/02, 0.45 μm, attic area, northeast of attic stairwell during ZAI removal with shop vacuum | 13:24 | 13:35 | 11 | 3.3 | 36.3 | 0.805 0.805 |
| MAV-2-4 | 11/5/02, 0.45 μm, attic area, northeast of attic stairwell during ZAI removal with shop vacuum | 13:36 | 13:47 | 11 | 3.3 | 36.3 | 0.408 0.326 |
| MAV-3-1 | 11/5/02, 0.45 μm, attic area, southwest of attic stairwell during ZAI removal with shop vacuum | 13:02 | 13:12 | 10 | 3.3 | 33.0 | 1.967 1.180 |
| MAV-3-2 | 11/5/02, 0.45 μm, attic area, southwest of attic stairwell during ZAI removal with shop vacuum | 13:13 | 13:23 | 10 | 3.3 | 33.0 | 0.364 0.182 |
| MAV-3-3 | 11/5/02, 0.45 μm, attic area, southwest of attic stairwell during ZAI removal with shop vacuum | 13:24 | 13:35 | 11 | 3.3 | 36.3 | 0.522 0.522 |
| MAV-3-4 | 11/5/02, 0.45 μm, attic area, southwest of attic stairwell during ZAI removal with shop vacuum | 13:36 | 13:47 | 11 | 3.3 | 36.3 | 0.748 0.415 |

**Zonolite Attic Insulation**
**Area Air Sample Log**
**Zonolite Attic Insulation–Shop Vacuum Removal**
**Spokane, WA**
**November 2002**
**(Continued)**

| Sample Number | Sample Description/Location | Sampling Period | | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc |
|---|---|---|---|---|---|---|---|
| | | Start | Stop | | | | s/cc >5μm |
| MAV-4-1 | 11/5/02, 0.45 μm, attic area, south end of attic during ZAI removal with shop vacuum | 13:01 | 13:12 | 11 | 3.3 | 36.3 | 1.524 / 0.980 |
| MAV-4-2 | 11/5/02, 0.45 μm, attic area, south end of attic during ZAI removal with shop vacuum | 13:13 | 13:23 | 10 | 3.3 | 33.0 | 0.718 / 0.628 |
| MAV-4-3 | 11/5/02, 0.45 μm, attic area, south end of attic during ZAI removal with shop vacuum | 13:23 | 13:35 | 12 | 3.3 | 39.6 | 1.006 / 0.629 |
| MAV-4-4 | 11/5/02, 0.45 μm, attic area, south end of attic during ZAI removal with shop vacuum | 13:35 | 13:47 | 12 | 3.3 | 39.6 | 0.765 / 0.688 |

Zonolite Attic Insulation
Background and Blank Air Sample Log
Zonolite Attic Insulation–Shop Vacuum Removal
Spokane, WA
November 2002

| Sample Number | Sample Description/Location | Sampling Period | | Total Min | Flow Rate Liters/min. | Total Volume (liters) | Concentration s/cc s/cc >5μm |
|---|---|---|---|---|---|---|---|
| | | Start | Stop | | | | |
| MBK-2-1 | 11/5/02, 0.45 μm, background sample north end of attic prior to Zonolite Attic Insulation (ZAI) removal with shop vacuum | 08:54 | 11:56 | 182 | 10.0 | 1820 | <0.0016 N/A |
| MBK-2-2 | 11/5/02, 0.45 μm, background sample collected in attic northeast of stairwell prior to ZAI removal with shop vacuum | 08:53 | 11:56 | 183 | 10.0 | 1830 | <0.0016 N/A |
| MBK-2-3 | 11/5/02, 0.45 μm, background sample collected in attic southwest of stairwell prior to ZAI removal with shop vacuum | 08:52 | 11:56 | 184 | 10.0 | 1840 | <0.0016 N/A |
| MBK-2-4 | 11/5/02, 0.45 μm, background sample collected in south end of attic prior to ZAI removal with shop vacuum | 08:48 | 11:56 | 188 | 10.0 | 1880 | <0.0016 N/A |
| M45V-BK-01 | 11/5/02, 0.45 μm, blank | NA | NA | 0 | NA | 0 | ND |
| M45V-BK-02 | 11/5/02, 0.45 μm, blank | NA | NA | 0 | NA | 0 | ND |
| M45V-BK-03 | 11/5/02, 0.45 μm, blank | NA | NA | 0 | NA | 0 | ND |
| M8V-BK-01 | 11/5/02, 0.8 μm, blank | NA | NA | 0 | NA | 0 | ND |
| 1105-03 | Sample collected by Fulcrum Environmental, collected outside 12 feet northwest of home, Barb Faraca collected sample | 10:06 | 13:49 | 223 | 9.6 | 2141 | <0.0014 N/A |

# APPENDIX B

## RESULTS OF SURFACE DUST SAMPLES

**Zonolite Attic Insulation**
**Surface Dust Sample Log**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Location and Description | Asbestos Concentration | |
| --- | --- | --- | --- |
| | | s/ft$^2$ | s/cm$^2$ |
| BD-01 | 11/4/02, Busch home, attic, sample collected from un finished wood board placed atop Zonolite Attic Insulation (ZAI) as walking board. Board located west of entrance hatch approximately two feet from hatch, 100 cm$^2$ | 47 million | 51,000 |
| BD-02 | 11/4/02, Busch home, attic, sample collected from unfinished wood support at base of 2" x 4" roof support on west side, south end, 100 cm$^2$ | ND (<12 million) | ND (13,000) |
| BD-03 | 11/4/02, Busch home, attic, center of west side from unfinished floor/ceiling joist, surface area of sample was 9.5" x 1.5" | 190 million | 200,000 |
| BD-04 | 11/4/02, Busch home, blank | ND | ND |
| MD-01 | 11/4/02, Matthews home, attic, west side 10 rafter spaces south of north wall from first wood floorboard along west side, 100 cm$^2$ | 6 million | 7000 |
| MD-02 | 11/4/02, Matthews home, attic, east side 15 rafter spaces south of north wall from first wood floorboard along east side, 100 cm$^2$ | 35 million | 38,000 |
| MD-03 | 11/4/02, Matthews home, attic, collected from top of "Covo Super SM Mix" stored on east side of attic at 10th rafter space south of north wall, metal, 100 cm$^2$ | ND (<3 million) | ND (<3,000) |
| MD-04 | 11/4/02, Matthews home, attic, collected from top of east trunk on south end of attic, surface area is 100 cm$^2$ surface is painted canvas and metal | 19 million | 20,000 |
| MD-05 | 11/4/02, Matthews home, blank | ND | ND |
| MD-06 | 11/5/02, Matthews home, attic, 6 feet east of stairwell, collected from new aluminum foil placed on floor prior to cleaning study, 100 cm$^2$, samples of settled dust from cleaning of attic | ND (<300,000) | ND (<300) |

| Sample Number | Sample Location and Description | Asbestos Concentration | |
|---|---|---|---|
| | | s/ft$^2$ | s/cm$^2$ |
| MD-07 | 11/5/02, Matthews home, attic, 6 feet east of stairwell, 5 feet south of stairwell, on box 14" above floor, collected from new aluminum foil placed on box prior to cleaning study, 100 cm$^2$, samples of settled dust from cleaning of attic | ND (<300,000) | ND (<300) |
| MD-08 | 11/5/02, Matthews home, attic, at southwest corner of stairwell on floor, collected from new aluminum foil placed on floor prior to cleaning study, 100 cm$^2$, samples of settled dust from cleaning of attic | ND (<300,000) | ND (<300) |
| MD-09 | 11/5/02, Matthews home, attic, 8 feet west of stairwell on floor, collected from new aluminum foil placed on floor prior to cleaning study, 100 cm$^2$, samples of settled dust from cleaning of attic | ND (<300,000) | ND (<300) |
| MD-10 | 11/5/02, Matthews home, attic, north end east side, collected from new aluminum foil placed on floor prior to removal study, 100 cm$^2$, samples of settled dust generated during and settled after removal study | ND (<300,000) | ND (<300) |
| MD-11 | 11/5/02, Matthews home, attic, north end east side, collected from new aluminum foil placed on floor prior to removal study, 100 cm$^2$, samples of settled dust generated during and settled after removal study | 600,000 | 700 |
| MD-12 | 11/5/02, Matthews home, attic, at stairwell, collected from new aluminum foil placed on floor prior to removal study, 100 cm$^2$, samples of settled dust generated during and settled after removal study | 300,000 | 300 |
| MD-13 | 11/5/02, Matthews home, attic, north end west side, collected from new aluminum foil placed on floor prior to removal study, 100 cm$^2$, samples of settled dust generated during and settled after removal study | ND (<300,000) | ND (<300) |
| MD-14 | 11/5/02, Matthews home, blank | ND | ND |

# APPENDIX C

## RESULTS OF BULK SAMPLE ANALYSES

**Zonolite Attic Insulation**
**Bulk Sample Log**
**Spokane, WA**
**November 2002**

| Sample Number | Sample Location and Description | Asbestos Content |
|---|---|---|
| BUSH BULK 01 | 11/4/02, Busch home, attic, top of entrance hatch, one foot west of hatch, Zonolite Attic Insulation (ZAI) between rafter | <1% Libby Amphiboles |
| BUSH BULK 02 | 11/4/02, Busch home, attic, center of west side, ZAI | <1% Libby Amphiboles |
| BUSH BULK 03 | 11/4/02, Busch home, attic, southwest quadrant at base of roof support on west side, south end, ZAI | <1% Libby Amphiboles |
| MATT BULK 01 | 11/4/02, Matthews home, attic, south end, sample collected at east wall, 2nd rafter opening space from south wall from top of wall cavity, ZAI | Trace Libby Amphiboles |
| MATT BULK 02 | 11/4/02, Matthews home, attic, west side 15 rafter spaces south of north wall at edge of wall, top of wall cavity, ZAI | Trace Libby Amphiboles |
| MATT BULK 03 | 11/4/02, Matthews home, attic, east side, 17 rafter spaces south of north wall at top of wall cavity, ZAI | Trace Libby Amphiboles |
| Ceiling Plaster 11/07/02 | 11/07/02, Busch home, ceiling system bulk sample collected from area cut out during study. Collected from center of southwest bedroom. Sample layers from exposed to room to attic area. 1) (exposed to room) stipple finish, 2) ¼ inch wall board with wallpaper attached, 3) white finish coat layer, 4) hard gray plaster layer, 5) wood lathe. ZAI located atop wood lathe in attic, intentionally not collected in sample. | 7% chrysotile found in stipple finish. No asbestos detected in other layers. <1% chrysotile in entire sample. |

# APPENDIX D

## PHOTOGRAPHS

[Note: Videotapes of studies also were conducted and are incorporated by reference]

**Matthews Home**
**Photograph Log**
**November 4, 2002**

| Photo Number | Photograph Location and Description |
|---|---|
| 4 19:41 | Exterior view of Matthews home |
| 4 19:55 | View south in attic |
| 4 19:56 | View north in attic |
| 4 19:57 | View west in attic (ZAI at perimeter) |
| 4 19:58 | View east in attic (ZAI at perimeter) |
| 4 20:02 | View of dust sample location, top of metal shortening can |
| 4 20:15 | View of left over bag of Zonolite |
| 4 20:30 | View of old (12-78?) Zonolite bag fitted into wall (south end of attic) |















**Busch Home**
**Photograph Log**
**November 4, 2002**

| Photo Number | Photograph Location and Description |
|---|---|
| 4 12:57 | Looking west, from attic access |
| 4 13:00 | Looking north, from attic access |
| 4 13:01 | Looking east, from attic access |
| 4 13:02 | Looking south, from attic access |
| 4 13:09 | Dust sample # 3 |
| 4 13:10 | Dust sample # 3 |
| 4 13:13 | Peak of roof rafters |
| 4 13:14 | Northwest corner |
| 4 13:15 | Southwest corner |
| 4 13:16 | East rafters |
| 4 13:19 | Roof vent – west roof surface |
| 4 13:26 | Bulk # 1 of ZAI |
| 4 13:27 | Bulk # 1 of ZAI |
| 4 14:24 | Outside view (south end of Busch home) |

























**Matthews Home**
**Photograph Log**
**November 5, 2002**

| Photo Number | Photograph Location and Description |
|---|---|
| 5 13:33 | View of vacuum used in 11/4/02 cleaning, with dust location on left |
| 5 13:34 | Clean surface placed before cleaning on 11/4/02 |
| 5 13:36 | View of clean side of decon at top of stairs |
| 5 13:40 | View of west side (front) of Matthews house |
| 5 13:41 | View of east side (rear) of Matthews house |
| 5 14:10 | View of Rigid brand model WDO9350 shop vacuum with regular filter |













**Moving ZAI**
**Photograph Log**
**November 6, 2002**

| Photo Number | Photograph Location and Description |
|---|---|
| 6 16:17 | View of homeowner cleaning area |
| 6 16:18 | View of homeowner cleaning area |
| 6 16:19 | Close-up of homeowner cleaning area with ZAI debris |
| 6 16:20 | View of Grace method area |
| 6 16:21 | View of lathe & plaster in Grace area |
| 6 16:22 | View of Grace close-up with ZAI |













**Busch Home**
**Photograph Log**
**November 7, 2002**

| Photo Number | Photograph Location and Description |
|---|---|
| 7 13:05 | Cross section photo of ceiling system |
| 7 13:06 | View of opening with ZAI above |
| 7 11:31 | View of keyhole saw (2" diameter) to start cut and Stanley 12" compass saw (8 points to inch for both) |



