# Exhibit A



Source: Grace Claims Database

# Exhibit B



*Source: ARPC Statistical Claim Study*

# Exhibit C



# Exhibit D



# Exhibit E



Source: Manville Trust

# Exhibit F

