# **CERTIFICATE OF SERVICE**

    I, Theodore J. Tacconelli, Esquire, hereby certify that on this 21st day of June, 2004, one copy of the foregoing Status Report of the Official Committee of Property Damage Claimants was served on the following parties in the indicated manner:

  SEE ATTACHED SERVICE LIST

  Upon penalty of perjury I declare that the foregoing is true and correct.

                                                 /s/Theodore J. Tacconelli
                                               Theodore J. Tacconelli (No. 2678)