IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
|  | ) |  |
| In re: | ) | Case No. 01-01139 (JKF) |
|  | ) |  |
| W. R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Related Document Nos. 5645, 5793** |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES OF APPELLANT OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS REGARDING ORDER GRANTING APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105, 327 AND 524(g)(4)(B)(i), FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS**

Appellant, the Official Committee of Asbestos Property Damage Claimants (the "Appellant"), by and through undersigned counsel, pursuant to Bankruptcy Rule 8006 in connection with the Notice of Appeal (Docket No. 5793 filed on June 11, 2004)(the "Appeal") of the Bankruptcy Court's "Order Granting Application of Debtors Pursuant to 11 U.S.C. §§ 105, 327 and 524(g)(4)(B)(i), for the Appointment of a Legal Representative for Future Asbestos Claimants" entered by the Honorable Judith K. Fitzgerald on May 24, 2004 (Docket No. 5465)(the "Order") sets forth the Designation of Items to be Included in the Record on Appeal and Statement of Issues as set forth below.

The Appellant adopts, as if fully set forth herein, the Designation of Items to be Included in the Record on Appeal included in the Joint Designation of Items to be Included in the Record on Appeal and Statement of Issues of Appellants Federal Insurance Company and Royal &

SunAlliance regarding the Order, filed on June 14, 2004 (Docket No. 5801), as amended on June 17, 2004 (Docket No. 5831).

## Statement of Issues on Appeal

1. Whether the Bankruptcy Court erred in appointing David Austern as the legal representative for future claimants despite his service as a future claimants representative in other asbestos bankruptcy cases.

Wilmington, Delaware
Dated:  June 21, 2004                    Respectfully submitted,

              BILZIN SUMBERG BAENA
                PRICE & AXELROD LLP
              200 South Biscayne Boulevard
              Suite 2500
              Miami, Florida  33131-2336
              Telephone:  (305) 374-7580

              Scott L. Baena (Admitted Pro Hac Vice)
              Jay M. Sakalo (Admitted Pro Hac Vice)

                  and

              FERRY JOSEPH & PEARCE, P.A.
              824 Market Street, Suite 904
              P.O. Box 1351
              Wilmington, Delaware  19899
              Telephone:  (302) 575-1555

              By:/s/ Theodore J. Tacconelli
                Theodore J. Tacconelli
                (Del. Bar No. 2678)

              CO-COUNSEL FOR THE OFFICIAL
              COMMITTEE OF ASBESTOS PROPERTY
              DAMAGE CLAIMANTS