## **CERTIFICATE OF SERVICE**

    I, Theodore J. Tacconelli, Esquire, hereby certify that on this 21st day of June, 2004, one copy of the foregoing Designation of Items to Be Included In the Record on Appeal and Statement of Issues was served on the following parties in the indicated manner:

    SEE ATTACHED SERVICE LIST

    Upon penalty of perjury I declare that the foregoing is true and correct.

                                           /s/Theodore J. Tacconelli
                                           Theodore J. Tacconelli (No. 2678)