## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 12, 2004 at 4:00 p.m.
Hearing date:  To be scheduled, only if objections
are timely filed and served.**

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served the Twenty-fourth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period from January 1, 2004 through January 31, 2004,

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

seeking compensation in the amount of $22,612.50 and reimbursement for actual and necessary expenses in the amount of $872.84 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 12, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
        June 22, 2004

Respectfully submitted,

Michael R. Lastowski (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:      (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:         mlastowski@duanemorris.com

- and –

William S. Katchen (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:      (973) 424-2000
Facsimile:      (973) 424-2001
E-mail:         wskatchen@duanemorris.com

-and -

Lewis Kruger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:      (212) 806-5400
Facsimile:      (212) 806-6006
e-mail:         lkruger@stroock.com

*Co-Counsel for the Official Committee of Unsecured Creditors of*
*W. R. Grace & Co., et al.*

WLM\193457.3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                  Chapter 11

**W.R. Grace & Co., et al.**              Case No. 01-01139 (JKF)

Debtors.                   Jointly Administered

**Objection Date:  July 12, 2004 at 4:00 p.m.**
**Hearing Date:  To be scheduled, only if objections are**
**timely filed and served**

## TWENTY-FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
## FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

Name of Applicant                       **Duane Morris LLP**

Authorized to Provide
Professional Services to:               **Official Committee of Unsecured Creditors**

Date of Retention:                      **April 17, 2001**

Period for which compensation and       **January 1, 2004 – Janaury 31, 2004**
reimbursement is sought

Amount of Compensation sought as        **$22,612.50**
actual, reasonable and necessary:

Amount of Expense Reimbursement sought  **$872.84**
as actual, reasonable and necessary:

This is an: ☒ interim  ☐ final application

The total time expended for fee application preparation is approximately 9.8 hours and the corresponding compensation requested is approximately $1,861.00.[2]

This is the twenty-fourth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Twenty-fourth Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

Attachment A

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01– 7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02– 1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02– 2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02- 3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |

|  | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
|  | | | | | |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |

# Duane Morris

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

June 22, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1020595                      IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 7.00 hrs. at | $495.00 /hr. = | $3,465.00 |
| RW RILEY | PARTNER | 0.60 hrs. at | $385.00 /hr. = | $231.00 |
| WS KATCHEN | PARTNER | 26.40 hrs. at | $545.00 /hr. = | $14,388.00 |
| MD MAKO | ASSOCIATE | 0.50 hrs. at | $220.00 /hr. = | $110.00 |
| DM SPEERS | PARALEGAL | 2.80 hrs. at | $190.00 /hr. = | $532.00 |
| SA CABAN | PARALEGAL | 16.60 hrs. at | $170.00 /hr. = | $2,822.00 |
| R LAGRAVENIS | PARALEGAL | 3.80 hrs. at | $170.00 /hr. = | $646.00 |
| JR CAREY | MISCELLANEOUS | 0.50 hrs. at | $165.00 /hr. = | $82.50 |
| V MARCHELLO | LEGAL ASSISTAN | 4.20 hrs. at | $80.00 /hr. = | $336.00 |

$22,612.50

DISBURSEMENTS

| | |
|---|---|
| DOCUMENT RETRIEVAL | 7.23 |
| LEXIS LEGAL RESEARCH | 48.00 |
| MEETING EXPENSE | 23.67 |
| MESSENGER SERVICE | 288.00 |
| OVERNIGHT MAIL | 70.67 |
| PRINTING & DUPLICATING | 354.73 |
| PRINTING & DUPLICATING - INTERNAL | 28.95 |
| TELECOPY | 7.60 |
| TELEPHONE | 14.66 |
| WESTLAW LEGAL RESEARCH | 29.33 |
| TOTAL DISBURSEMENTS | $872.84 |

BALANCE DUE THIS INVOICE                                          $23,485.34

PREVIOUS BALANCE                                                 $31,185.53

DUANE MORRIS LLP

Duane Morris
June 22, 2004
Page 2

TOTAL BALANCE DUE                                    $54,670.87

Duane Morris
June 22, 2004
Page 3

File # K0248-00001                                    INVOICE # 1020595
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/14/2004 | 003 | MR LASTOWSKI | REVIEW NOVEMBER MONTHLY OPERATING REPORT | 0.80 | $396.00 |
| 1/14/2004 | 003 | MR LASTOWSKI | REVIEW STATUS OREPORT RE: ORDINARY COURSE OF BUSINESS PROFESSIONALS | 0.60 | $297.00 |
| | | | Code Total | 1.40 | $693.00 |

Duane Morris
June 22, 2004
Page 4

File # K0248-00001                                          INVOICE # 1020595
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 1/2/2004 004 | DM SPEERS | REVIEWING 1/2/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 1/5/2004 004 | DM SPEERS | REVIEWING 1/5/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 1/5/2004 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 1/5/2004 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/6/2004 004 | DM SPEERS | REVIEWING 1/6/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 1/6/2004 004 | SA CABAN | TELEPHONE CALL TO LAUREN AT CAMPBELL & LEVINE RE: EXHIBITS FOR W. KATCHEN. | 0.10 | $17.00 |
| 1/6/2004 004 | SA CABAN | REVIEW EXHIBITS RECEIVED FROM CAMPBELL & LEVINE AND FORWARD TO W. KATCHEN VIA INTEROFFICE MAIL. | 0.20 | $34.00 |
| 1/6/2004 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/7/2004 004 | DM SPEERS | REVIEWING 1/7/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 1/7/2004 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/7/2004 004 | SA CABAN | RETRIEVE AMENDED ORDER APPROVING NINTH INTERIM FEE APPLICATIONS AND REVIEW CONTENT. | 0.20 | $34.00 |
| 1/8/2004 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 0.70 | $119.00 |
| 1/9/2004 004 | DM SPEERS | REVIEWING 1/9/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |

Duane Morris
June 22, 2004
Page 5

File # K0248-00001                                            INVOICE # 1020595
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 1/9/2004 | 004 | R LAGRAVENIS | REVIEW SORT ORGANIZE, INDEX, AND FILE CORRESPONDENCE AND RELATED MATERIALS. | 0.90 | $153.00 |
| 1/9/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/12/2004 | 004 | DM SPEERS | REVIEWING 1/12/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 1/12/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/12/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 1/13/2004 | 004 | DM SPEERS | REVIEWING 1/13/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 1/13/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/13/2004 | 004 | SA CABAN | PREPARE NOTICE OF SERVICE FOR DECLARATION OF KEN PASQUALE DATED 1/9/04. | 0.20 | $34.00 |
| 1/13/2004 | 004 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE NOTICE OF SERVICE RE: DECLARATION OF KEN PASQUALE IN OWENS, USG AND GRACE CASES. | 0.40 | $68.00 |
| 1/14/2004 | 004 | DM SPEERS | REVIEWING 1/14/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 1/14/2004 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. REVIEW AND ARRANGE FOR INACTIVE FILES TO BE SENT TO OFF-SITE STORAGE. | 0.70 | $119.00 |
| 1/14/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/15/2004 | 004 | DM SPEERS | REVIEWING 1/15/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |

Duane Morris
June 22, 2004
Page 6

File # K0248-00001                                              INVOICE # 1020595
        W.R. GRACE & CO.

| Date | | Initials | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/15/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/19/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/19/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKETS TO COUNSEL. | 0.10 | $17.00 |
| 1/20/2004 | 004 | DM SPEERS | REVIEWING 1/19/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 1/20/2004 | 004 | DM SPEERS | REVIEWING 1/20/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 1/21/2004 | 004 | DM SPEERS | REVIEWING 1/21/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 1/22/2004 | 004 | DM SPEERS | REVIEWING 1/22/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 1/22/2004 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. PREPARE PLEADINGS AND FILES FOR DOFF-SITE STORAGE. | 0.30 | $51.00 |
| 1/22/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/23/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/26/2004 | 004 | DM SPEERS | REVIEWING 1/26/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 1/26/2004 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE MATERIALS. | 0.80 | $136.00 |
| 1/26/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/26/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |

Duane Morris
June 22, 2004
Page 7

File # K0248-00001                                    INVOICE # 1020595
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 1/27/2004 004 | DM SPEERS | REVIEWING 1/27/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 1/27/2004 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/28/2004 004 | DM SPEERS | REVIEWING 1/28/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 1/28/2004 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $34.00 |
| 1/29/2004 004 | DM SPEERS | REVIEWING 1/29/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $57.00 |
| 1/29/2004 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 1/30/2004 004 | DM SPEERS | REVIEWING 1/30/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $57.00 |
| 1/30/2004 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 0.40 | $68.00 |
| 1/30/2004 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| | | Code Total | 9.80 | $1,722.00 |

Duane Morris
June 22, 2004
Page 8

File # K0248-00001                                    INVOICE # 1020595
    W.R. GRACE & CO.

| 1/2/2004 005 | WS KATCHEN | REVIEW MEMO TO COMMITTEE ON DEBTORS - RESTRUCTURING/RECAPITALIZATIO NS FOREIGN SUB. | 0.20 | $109.00 |
|---|---|---|---|---|
| 1/2/2004 005 | WS KATCHEN | ADDITIONAL RECORDS REVIEW FOR DOCUMENT PRODUCTION. | 1.00 | $545.00 |
| 1/4/2004 005 | WS KATCHEN | VALUATION RESEARCH AND ANALYSIS OF JUDGE WOLIN'S OPINION. | 1.80 | $981.00 |
| 1/5/2004 005 | WS KATCHEN | REVIEW E-MAILS TO COURT AND COUNSEL ON JANUARY 5, 2004 - KIRKLAND & ELLIS RE: PRIVILEGE AND DISCOVERY VS. GRACE "MOVANTS". | 0.30 | $163.50 |
| 1/6/2004 005 | WS KATCHEN | REVIEW FTI REPORT ON DEBTOR'S FINANCIAL STATEMENT. | 0.20 | $109.00 |
| 1/6/2004 005 | WS KATCHEN | REVIEW E-MAILS RE:  DOCUMENT RETRIEVAL. | 0.10 | $54.50 |
| 1/7/2004 005 | V MARCHELLO | REVIEW JANUARY 2002 TIME ENTRIES PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 1/7/2004 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH KEN PASQUALE ON DEPOSITIONS AND DOCUMENTS. | 0.30 | $163.50 |
| 1/7/2004 005 | WS KATCHEN | REVIEW DOCUMENTS. | 0.30 | $163.50 |
| 1/7/2004 005 | WS KATCHEN | CONFERENCE CALL WITH LEWIS KRUGER AND KEN PASQUALE RE: DISCOVERY ON RECUSAL. | 0.40 | $218.00 |
| 1/7/2004 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION ON RESTRUCTURING FOREIGN SUBSIDIARIES. | 0.40 | $218.00 |
| 1/7/2004 005 | WS KATCHEN | REVIEW SUPPLEMENTAL AFFIDAVIT OF L. CHAMBERS IN G-I. | 0.80 | $436.00 |
| 1/7/2004 005 | WS KATCHEN | REVIEW INTERROGATORIES TO STROOCK. | 0.10 | $54.50 |
| 1/7/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.10 | $54.50 |
| 1/7/2004 005 | WS KATCHEN | E-MAIL KEN PASQUALE RE: COURT. | 0.10 | $54.50 |
| 1/8/2004 005 | WS KATCHEN | WORK ON COMMITTEE PROJECT. | 1.90 | $1,035.50 |
| 1/8/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RE: DAVID GROSS ISSUE. | 0.20 | $109.00 |
| 1/8/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE. | 0.20 | $109.00 |
| 1/8/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE. | 0.10 | $54.50 |
| 1/8/2004 005 | WS KATCHEN | E-MAIL. | 0.10 | $54.50 |
| 1/9/2004 005 | MR LASTOWSKI | REVIEW DEBTOR'S MEMORANDUM RE: MISTAKES OF LAW/EXCUSABLE NEGLECT | 0.30 | $148.50 |
| 1/9/2004 005 | WS KATCHEN | PREPARE OUTLINE ON THRESHOLD LEGAL ISSUES FOR COMMITTEE AND STROOCK. | 0.50 | $272.50 |

Duane Morris
June 22, 2004
Page 9

File # K0248-00001                                    INVOICE #  1020595
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/12/2004 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE COMMITTEE'S OBJECTION TO MOTION TO PROCEDURES TO STREAMLINE OBJECTIONS TO PROPERTY DAMAGE CLAIMS | 0.30 | $148.50 |
| 1/12/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION ON CATERPILLAR FINANCIAL. | 0.10 | $54.50 |
| 1/12/2004 | 005 | WS KATCHEN | REVIEW RESPONSES BY KLEHR HARRISON. | 0.20 | $109.00 |
| 1/12/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S BRIEF IN OPPOSITION TO ROYAL INSURANCE. | 0.20 | $109.00 |
| 1/12/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: ROYAL MOTION. | 0.20 | $109.00 |
| 1/13/2004 | 005 | WS KATCHEN | REVIEW HAMLIN DEPOSITION. | 2.00 | $1,090.00 |
| 1/13/2004 | 005 | WS KATCHEN | REVIEW E-MAIL RE:  DEBTOR'S ARGUMENT ON RECUSAL HEARING ON JANUARY 16, 2004, | 0.10 | $54.50 |
| 1/13/2004 | 005 | WS KATCHEN | REVIEW E-MAILS. | 0.20 | $109.00 |
| 1/13/2004 | 005 | WS KATCHEN | PREPARE E-MAIL TO LEWIS KRUGER. | 0.10 | $54.50 |
| 1/14/2004 | 005 | V MARCHELLO | RETRIEVE FROM LIBRARY RESEARCH PER BILL KATCHEN'S REQUEST - BILLINGS, SR. V. ARMSTRONG WORLD INDUSTRIES, INC., ET AL. | 0.10 | $8.00 |
| 1/15/2004 | 005 | V MARCHELLO | REVIEW BILL KATCHEN'S E-MAIL AND RETRIEVE ALL DOCUMENTS RELATIVE TO TODAY'S FILING. | 1.20 | $96.00 |
| 1/15/2004 | 005 | WS KATCHEN | REVIEW MOVANT'S BRIEF AND EXHIBITS NO RECUSAL. | 1.60 | $872.00 |
| 1/15/2004 | 005 | WS KATCHEN | ADDITIONAL PREPARATION FOR HEARING ON JANUARY 16, 2004. | 1.00 | $545.00 |
| 1/16/2004 | 005 | V MARCHELLO | REVIEW BILL KATCHEN'S E-MAILS AND PRINT OUT DOCUMENTS AND EXHIBITS WHICH WERE FILED IN WILMINGTON ON JANUARY 15, 2004 AND ORGANIZE. | 2.00 | $160.00 |
| 1/16/2004 | 005 | WS KATCHEN | REVIEW RESPONSE OF CASUALTY CO. | 0.10 | $54.50 |
| 1/19/2004 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY TO PROPERTY DAMAGE COMMITTEE'S OBJECTION TO DEBTOR'S MOTION TO STREAMLINE PROCEDURES TO DETERMINE PROPERTY DAMAGE CLAIMS | 0.60 | $297.00 |
| 1/19/2004 | 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST THE FOLLOWING - 756 F. SUPP. 640. | 0.10 | $8.00 |
| 1/19/2004 | 005 | WS KATCHEN | REVIEW AGENDA FOR JANUARY 26, 2004 HEARING (JUDGE FITZGERALD). | 0.10 | $54.50 |
| 1/20/2004 | 005 | V MARCHELLO | PREPARE LETTER TO KEVIN KELLEY ENCLOSING AN ARTICLE FROM THE LEGAL WEEK GLOBAL PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |

Duane Morris
June 22, 2004
Page 10

File # K0248-00001          INVOICE # 1020595
    W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/20/2004 | 005 | V MARCHELLO | RETRIEVE FROM LEXIS THE FOLLOWING PER BILL KATCHEN'S REQEUST: 300 B.R. 658. | 0.10 | $8.00 |
| 1/20/2004 | 005 | WS KATCHEN | REVIEW AMENDED RESPONSE OF W.R. GRACE ON RECUSAL. | 0.80 | $436.00 |
| 1/20/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE IN SUPPORT OF NATIONAL UNION SUMMARY JUDGMENT MOTION; SUPPORTING AFFIDAVIT OF J. HUGHES; TESTIMONY AT DEPOSITION OF J. HUGHES ON JULY 17, 2003. | 1.30 | $708.50 |
| 1/20/2004 | 005 | WS KATCHEN | REVIEW STROOCK MEMO ON RESTRUCTURE FOREIGN SUBS. | 0.20 | $109.00 |
| 1/20/2004 | 005 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL ON RESTRUCTURING FOREIGN SUBS. | 0.30 | $163.50 |
| 1/21/2004 | 005 | V MARCHELLO | RETRIEVE PER BILL KATCHEN'S REQUEST W.R. GRACE'S NOVEMBER 2203 MONTHLY FINANCIAL REPORT AND LETTER FROM HENRY ABRAMS TO JUDGE WOLIN. | 0.10 | $8.00 |
| 1/21/2004 | 005 | V MARCHELLO | RETRIEVE PER BILL KATCHEN'S REQUEST THE ORDER CONCERNING BRIEFING OF MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER GOVERNING ASBESTOS PERSONAL INJURY CLAIMS DATED JUNE 19, 2002 AND LETTER FROM JUDGE WOLIN TO ALL COUNSEL. | 0.10 | $8.00 |
| 1/21/2004 | 005 | WS KATCHEN | REVIEW FTI FINANCIAL REPORT - JANUARY 21, 2004. | 0.10 | $54.50 |
| 1/21/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH TOM MAHER. | 0.10 | $54.50 |
| 1/21/2004 | 005 | WS KATCHEN | REVIEW SEALED AIR SETTLEMENT DOCUMENTS. | 0.40 | $218.00 |
| 1/21/2004 | 005 | WS KATCHEN | COMMITTEE CONFERENCE CALL ON PROPOSED RESTRUCTURING AND CASE STATUS. | 0.60 | $327.00 |
| 1/22/2004 | 005 | V MARCHELLO | RETRIEVE FROM WESTLAW PER BILL KATCHEN'S REQUEST THE FOLLOWING: 2003 WL 23018828. | 0.10 | $8.00 |
| 1/22/2004 | 005 | WS KATCHEN | (1/2) ADDITIONAL WORK ON SOLVENCY PROJECT FOR STROOCK. | 2.00 | $1,090.00 |
| 1/23/2004 | 005 | WS KATCHEN | (1/2 TIME) ON MEMO TO LEWIS KRUGER (SOLVENCY ISSUE). | 0.60 | $327.00 |
| 1/23/2004 | 005 | WS KATCHEN | (1/2) ADDITIONAL WORK ON SOLVENCY VALUATION. | 0.80 | $436.00 |

Duane Morris
June 22, 2004
Page 11

File # K0248-00001                                      INVOICE # 1020595
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/26/2004 | 005 | RW RILEY | REVIEWING AAND S BANKRUPTCY DOCKET RE RETRIEVING OPINION DENYING CONFIRMATION; REVIEWING OPINION AND FORWARDING SAME TO AKREIGER AND WKATCHEN | 0.60 | $231.00 |
| 1/26/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: AC&S PLAN CONFIRMATION DENIED. | 0.20 | $109.00 |
| 1/26/2004 | 005 | WS KATCHEN | REVIEW AC&S ORDER. | 0.30 | $163.50 |
| 1/27/2004 | 005 | WS KATCHEN | ANALYSIS OF 10K'S - SOLVENCY ANALYSIS ON ASBESTOS LIABILITIES. | 0.70 | $381.50 |
| 1/27/2004 | 005 | WS KATCHEN | WORK ON COMMITTEE PROJECT RE: THRESHOLD ISSUES, SOLVENCY AND ESTIMATION. | 1.80 | $981.00 |
| 1/27/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR LEAVE TO FILE REPLY AND REPLY RE: OBJECTION TO JOINT APPENDIX. | 0.10 | $54.50 |
| 1/29/2004 | 005 | V MARCHELLO | TELEPHONE CONFERENCE WITH JUSTINA PALO RE: W.R. GRACE BILLS. | 0.10 | $8.00 |
| 1/29/2004 | 005 | WS KATCHEN | (REDACT EVERYTHING IN BRACKETS AND REPLACE WITH "COMMITTEE MEMBER") - TELEPHONE CONFERENCE WITH (TOM MAHER) RE: RECUSAL MATTERS. | 0.20 | $109.00 |
| 1/29/2004 | 005 | WS KATCHEN | REVIEW REPORT ON LEGISLATION STATUS. | 0.20 | $109.00 |
| 1/29/2004 | 005 | WS KATCHEN | REVIEW MOVANT'S OPPOSITION TO GRACE MOTION TO STRIKE. | 0.20 | $109.00 |
| 1/30/2004 | 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST THE FOLLOWING CITATION - 40 F.3D 1412. | 0.10 | $8.00 |
| 1/30/2004 | 005 | WS KATCHEN | CONFERENCE WITH TOM MAHER RE: CASE ISSUES. | 0.50 | $272.50 |
| | | | Code Total | 32.40 | $15,549.00 |

Duane Morris
June 22, 2004
Page 12

File # K0248-00001                                         INVOICE # 1020595
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 1/9/2004 007 | MR LASTOWSKI | REVIEW DISCOVERY ORDERS IN RECUSAL PROCEEDINGS | 0.10 | $49.50 |
| 1/13/2004 007 | MR LASTOWSKI | REVIEW K. PASQUALE DECLARATION RE: JUDGE WOLIN RECUSAL AND EXECUTE NOTICE OF SERVICE | 0.10 | $49.50 |
| 1/20/2004 007 | MR LASTOWSKI | REVIEW TRANSCRIPT OF RECUSAL HEARING BEFORE JUDGE WOLIN | 0.60 | $297.00 |
| 1/29/2004 007 | MR LASTOWSKI | REVIEW TRANSCRIPT AND SUMMARY OF RECUSAL PROCEEDINGS BEFORE JUDGE WOLIN | 0.90 | $445.50 |
| | | Code Total | 1.70 | $841.50 |

Duane Morris
June 22, 2004
Page 13

File # K0248-00001                                        INVOICE # 1020595
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 1/12/2004 010 | SA CABAN | CORRESPONDENCE W/ M. LASTOWSKI RE: NAVIGANT CONSULTING RETENTION. | 0.20 | $34.00 |
| | | Code Total | 0.20 | $34.00 |

Duane Morris
June 22, 2004
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1020595

| | | | | | |
|---|---|---|---|---|---|
| 1/7/2004 | 012 | SA CABAN | REVIEW DOCKET FOR STATUS OF MONTHLY/QUARTERLY FEE APPLICATIONS. | 0.20 | $34.00 |
| 1/7/2004 | 012 | SA CABAN | REQUEST DRAFT INVOICES FOR OCT, NOV, AND DEC 2003 FROM J. PALO. | 0.10 | $17.00 |
| 1/23/2004 | 012 | SA CABAN | REVIEW DRAFT INVOICES FOR OCT, NOV AND DEC 2003; MAKE REVISIONS AND FORWARD TO M. LASTOWSKI FOR REVIEW. | 0.80 | $136.00 |
| 1/27/2004 | 012 | MR LASTOWSKI | REVIEW OCTOBER 2003 FEE SUMMARIES | 0.20 | $99.00 |
| 1/27/2004 | 012 | MR LASTOWSKI | REVIEW NOVEMBER 2003 FEE SUMMARIES | 0.20 | $99.00 |
| 1/27/2004 | 012 | MR LASTOWSKI | REVIEW DECEMBER 2003 FEE SUMMARIES | 0.20 | $99.00 |
| 1/27/2004 | 012 | SA CABAN | CONVERT REVISED INVOICES FOR OCT/NOV/DEC 2003 TO PDF FORMAT AND FORWARD TO J. PALO FOR REVISION/FINALIZE. | 0.30 | $51.00 |
| 1/28/2004 | 012 | SA CABAN | REVIEW FEE AUDITOR'S FINAL REPORT FOR 10TH QUARTERLY FEE PERIOD; EMAIL TO M. LASTOWSKI RE: ERRORS IN REPORT. | 0.20 | $34.00 |
| 1/28/2004 | 012 | SA CABAN | COMPARE REVISED INVOICES FOR OCT/NOV/DEC 2003 TO FINAL INVOICES FOR ACCURACY OF CORRECTIONS; EMAIL TO J. PALO RE: SAME. | 0.70 | $119.00 |
| 1/28/2004 | 012 | SA CABAN | RESPOND TO EMAIL OF S. BOSSAY RE: DM 10TH INTERIM FEE APPLICATION. | 0.10 | $17.00 |
| 1/28/2004 | 012 | SA CABAN | PREPARE DRAFT OCTOBER 2003 FEE APPLICATION FOR REVIEW BY M. LASTOWSKI. | 0.60 | $102.00 |
| 1/28/2004 | 012 | SA CABAN | PREPARE DRAFT NOVEMBER 2003 FEE APPLICATION FOR REVIEW BY M. LASTOWSKI. | 0.60 | $102.00 |
| 1/28/2004 | 012 | SA CABAN | PREPARE DRAFT DECEMBER 2003 FEE APPLICATION FOR REVIEW BY M. LASTOWSKI. | 0.60 | $102.00 |
| 1/29/2004 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE 10TH MONTHLY FEE APPLICATION | 0.50 | $247.50 |
| 1/29/2004 | 012 | SA CABAN | PREPARE DM 10TH QUARTERLY FEE APPLICATION FOR REVIEW/APPROVAL BY M. LASTOWSKI. | 4.80 | $816.00 |
| 1/29/2004 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE DM OCTOBER 2003 FEE APPLICATION; PREPARE FOR SERVICE ON FEE AUDITOR AND TRUSTEE. | 0.20 | $34.00 |

Duane Morris
June 22, 2004
Page 15

File # K0248-00001                                    INVOICE # 1020595
    W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/29/2004 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE DM NOVEMBER 2003 FEE APPLICATION; PREPARE FOR SERVICE ON FEE AUDITOR AND TRUSTEE. | 0.20 | $34.00 |
| 1/29/2004 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE DM DECEMBER 2003 FEE APPLICATION; PREPARE FOR SERVICE ON FEE AUDITOR AND TRUSTEE. | 0.20 | $34.00 |
| 1/29/2004 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE DM 10TH QUARTERLY FEE APPLICATION; PREPARE FOR SERVICE ON FEE AUDITOR, TRUSTEE AND JUDGE FITZGERALD. | 0.30 | $51.00 |
| 1/29/2004 | 012 | SA CABAN | SERVE OCT/NOV/DEC 2003 DM FEE APPLICATIONS VIA EMAIL ON NOTICE PARTIES. | 0.10 | $17.00 |
| 1/29/2004 | 012 | SA CABAN | CONVERT OCT/NOV/DEC 2003 FEE APPLICATIONS TO TEXT FORMAT AND FORWARD TO FEE AUDITOR. | 0.20 | $34.00 |
| 1/29/2004 | 012 | SA CABAN | FORWARD 10TH QUARTERLY FEE APPLICATION TO R. BELLO VIA EMAIL. | 0.10 | $17.00 |
| 1/29/2004 | 012 | SA CABAN | PREPARE NOTICE OF 10TH QUARTERLY FEE APPLICATION FOR SERVICE BY DLS. | 0.20 | $34.00 |
| 1/29/2004 | 012 | SA CABAN | FORWARD FILED COPIES OF OCT/NOV/DEC 2003 FEE APPLICATIONS TO J. PALO. | 0.10 | $17.00 |
| 1/30/2004 | 012 | SA CABAN | SAVE TEXT VERSIONS OF OCT/NOV/DEC 2003 FEE APPLICATIONS TO SYSTEM. | 0.10 | $17.00 |
| 1/30/2004 | 012 | SA CABAN | CALENDAR OBJECTION DEADLINES FOR OCT/NOV/DEC 2003 AND 10TH QUARTERLY FEE APPLICATIONS. | 0.10 | $17.00 |
| | | | Code Total | 11.90 | $2,380.50 |

Duane Morris
June 22, 2004
Page 16

File # K0248-00001                                    INVOICE # 1020595
    W.R. GRACE & CO.

| Date | | Person | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/12/2004 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI 31ST MONTHLY FEE APPLICATION. | 0.20 | $34.00 |
| 1/12/2004 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO SSL 31ST MONTHLY FEE APPLICATION. | 0.20 | $34.00 |
| 1/12/2004 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK OCTOBER 2003 FEE APPLICATION; FORWARD SAME TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $51.00 |
| 1/12/2004 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI OCTOBER 2003 FEE APPLICATION; FORWARD SAME TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $51.00 |
| 1/23/2004 | 013 | SA CABAN | REVIEW NOTICES OF NOVEMBER 2003 FEE APPLICATIONS FOR STROOCK AND FTI; RESPOND TO A. CASKADON W/ APPROVAL. | 0.20 | $34.00 |
| 1/23/2004 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE STROOCK NOVEMBER 2003 FEE APPLICATION; FORWARD CONFIRMATION OF FILING TO A. CASKADON. | 0.20 | $34.00 |
| 1/23/2004 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE FTI NOVEMBER 2003 FEE APPLICATION; FORWARD CONFIRMATION OF FILING TO A. CASKADON. | 0.20 | $34.00 |
| 1/26/2004 | 013 | SA CABAN | CALENDAR OBJECTION DEADLINES FOR FTI AND SSL 32ND MONTHLY FEE APPLICATIONS. | 0.10 | $17.00 |
| 1/27/2004 | 013 | SA CABAN | TELEPHONE CALL FROM JUDY AT BANKRUPTCY COURT RE: DOCUMENTS WITH ERRORS FILED RE: SSL AND FTI FEE APPLICATIONS. | 0.20 | $34.00 |
| 1/28/2004 | 013 | SA CABAN | REVIEW DOCKET FOR PROFESSIONAL FEE APPLICATION FORMAT AND REVIEW AMENDED ADMINISTRATIVE ORDER SIGNED APRIL 2002; TELEPHONE CALL TO JUDY AT BANKRUPTCY COURT RE: FORMAT OF PREVIOUSLY FILED FEE APPLICATIONS FOR SSL AND FTI. | 0.20 | $34.00 |
| 1/28/2004 | 013 | SA CABAN | EMAIL TO A. CASKADON RE: FORMAT OF FEE APPLICATIONS FOR PROFESSIONALS PER COURT. | 0.10 | $17.00 |
| 1/30/2004 | 013 | SA CABAN | REFILE CORRECTED NOTICES OF MONTHLY FEE APPLICATIONS FOR NOVEMBER 2003 FOR FTI AND SSL. | 0.20 | $34.00 |
| | | | Code Total | 2.40 | $408.00 |

DUANE MORRIS LLP

Duane Morris
June 22, 2004
Page 17

File # K0248-00001                                    INVOICE # 1020595
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 1/14/2004 016 | MR LASTOWSKI | REVIEW GERARD MOTION FOR CONTEMPT CONTINENTAL CASUALTY COMPANY'S RESPNSE THERETOT | 0.60 | $297.00 |
| 1/14/2004 016 | MR LASTOWSKI | REVIEW GERARD MOTION FOR CONTEMPT CONTINENTAL CASUALTY COMPANY'S RESPNSE THERETO | 0.60 | $297.00 |
| | | Code Total | 1.20 | $594.00 |

Duane Morris
June 22, 2004
Page 18

File # K0248-00001                                    INVOICE #  1020595
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 1/12/2004 018 | MR LASTOWSKI | REVIE W.R. GRACE'S JOINDER IN MOTION TO FIND COUNSEL FOR GERARD IN CONTEMPT | 0.20 | $99.00 |
| | | Code Total | 0.20 | $99.00 |

Duane Morris
June 22, 2004
Page 19

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1020595

| 1/22/2004 023 | MR LASTOWSKI | REVIEW STATUS OF ZAI SCIENCE TRIALI | 0.20 | $99.00 |
|---|---|---|---|---|
| | | Code Total | 0.20 | $99.00 |

Duane Morris
June 22, 2004
Page 20

File # K0248-00001                                    INVOICE #  1020595
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 1/14/2004 025 | JR CAREY | LEGAL RESEARCH CONCERNING BILLINGS, SR. V. ARMSTRONG WORLD INDUSTRIES, INC., ET AL (MARCHELLO) | 0.50 | $82.50 |
| 1/26/2004 025 | MD MAKO | RESEARCH COMPANY'S 10K'S FOR PAST THREE FISCAL YEARS. | 0.50 | $110.00 |
| | | Code Total | 1.00 | $192.50 |

.

Duane Morris
June 22, 2004
Page 21

File # K0248-00001                                    INVOICE #  1020595
    W.R. GRACE & CO.

                    TOTAL SERVICES            62.40    $22,612.50

Duane Morris
June 22, 2004
Page 22

File # K0248-00001                                    INVOICE #  1020595
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|-------:|
| 1/31/2004 | TELEPHONE | | 14.66 |
| | | Total: | $14.66 |
| | | | |
| 1/31/2004 | MEETING EXPENSE | | 23.67 |
| | | Total: | $23.67 |
| | | | |
| 1/19/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.70 |
| 1/19/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.00 |
| 1/20/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.70 |
| 1/20/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.00 |
| 1/26/2004 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 19.20 |
| 1/30/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 6.00 |
| 1/30/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 16.00 |
| 1/30/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 1.40 |
| | | Total: | $48.00 |
| | | | |
| 1/8/2004 | OVERNIGHT MAIL (K0250 00001 ) PACKAGE SENT TO KEN PASQUALE ESQ AT STROOCK & STROOCK & LEVAN LLP - NEW YORK, NY FROM WILLIAM S KATCHEN ESQ AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #843677449600) | | 5.76 |
| 1/8/2004 | OVERNIGHT MAIL (K0250 00001 ) PACKAGE SENT TO JOHN P MCDONAGH AT JP MORGAN/CHASE - NEW YORK, NY FROM WILLIAM S KATCHEN ESQ AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #843677449519) | | 11.52 |
| 1/8/2004 | OVERNIGHT MAIL (K0250 00001 ) PACKAGE SENT TO KEVIN C KELLEY ESQ AT JP MORGAN/CHASE - NEW YORK, NY FROM WILLIAM S KATCHEN ESQ AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #843677449541) | | 11.52 |
| 1/29/2004 | OVERNIGHT MAIL (PSSHIP: K0248/00001 ) PACKAGE SENT TO WARREN H. SMITH AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791134574342) | | 19.38 |
| 1/29/2004 | OVERNIGHT MAIL (PSSHIP: K0248/00001 ) PACKAGE SENT TO THE HONORABLE JUDITH FITZGERAL AT US BANKRUPTCY COURT  WESTERN D - PITTSBURGH, PA FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790042179835) | | 11.88 |
| 1/30/2004 | OVERNIGHT MAIL (PSSHIP: K0248/00001 ) PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE & COMPANY - COLUMBIA, MD FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790534646497) | | 10.61 |
| | | Total: | $70.67 |
| | | | |
| 1/22/2004 | WESTLAW LEGAL RESEARCH SIEBEL JR,PETER A | | 29.33 |

Duane Morris
June 22, 2004
Page 23

File # K0248-00001                                    INVOICE #  1020595
        W.R. GRACE & CO.

|  |  |  | Total: | $29.33 |
|---|---|---|---|---|
| 1/31/2004 | MESSENGER SERVICE | | | 288.00 |
|  |  |  | Total: | $288.00 |
| 1/31/2004 | PRINTING & DUPLICATING - INTERNAL | | | 28.95 |
|  |  |  | Total: | $28.95 |
| 1/31/2004 | TELECOPY | | | 7.60 |
|  |  |  | Total: | $7.60 |
| 1/31/2004 | DOCUMENT RETRIEVAL | | | 7.23 |
|  |  |  | Total: | $7.23 |
| 1/31/2004 | PRINTING & DUPLICATING | | | 260.08 |
| 1/31/2004 | PRINTING & DUPLICATING | | | 69.60 |
| 1/31/2004 | PRINTING & DUPLICATING | | | 25.05 |
|  |  |  | Total: | $354.73 |
|  | TOTAL DISBURSEMENTS | | | $872.84 |