IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) ) ) | Chapter 11 |
|  |  | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al., |  | (Jointly Administered) |
| Debtors. |  | Related Docket Nos. 5747, 5860 |
| _____ |  |  |

### ADDENDUM TO STATUS REPORT OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS

The Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through undersigned counsel, pursuant to the Court's Order dated June 8, 2004, hereby files this Addendum to its status report filed with the Court on June 21, 2004 (the "Status Report"), and states as follows:

### STATEMENT

In Section I.D of its Status Report, the PD Committee inadvertently reported that the District Court had not yet entered an order approving the settlement agreement reached between the Asbestos Committees, Grace and Fresenius. In fact, on June 25, 2003, the District Court entered its Order Authorizing, Approving and Implementing Settlement Agreement By and Among Plaintiffs the Official Committee of Asbestos Property Damage Claimants and the Official Committee of Asbestos Personal Injury Claimants, the Debtors, and Defendants Fresenius Medical Care Holdings, Inc. and National Medical Care, Inc. (Adv. Proc. No. 01-2210, Docket No. 522). The Order has not been appealed and is a final order.

Thus, only the settlement with Sealed Air awaits court approval. As set forth in our Report, the PD Committee urges the Court to promptly schedule deadlines for objections and responses to objections to the motion for approval of the settlement with Sealed Air, as well as schedule a hearing on such settlement.

Wilmington, Delaware
Dated: June 22, 2004

Respectfully submitted,

BILZIN SUMBERG BAENA
   PRICE & AXELROD LLP
200 South Biscayne Boulevard
Suite 2500
Miami, Florida  33131-2336
Telephone:  (305) 374-7580

Scott L. Baena (Admitted Pro Hac Vice)
Jay M. Sakalo (Admitted Pro Hac Vice)

-and-

FERRY JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware  19899
Telephone:  (302) 575-1555

By:/s/ Theodore J. Tacconelli
     Theodore J. Tacconelli
     (Del. Bar No. 2678)

CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS