**CERTIFICATE OF SERVICE**

    I, Theodore J. Tacconelli, Esquire, hereby certify that on this 22nd day of June, 2004, one copy of the foregoing Addendum To Status Report of the Official Committee of Property Damage Claimants was served on the following parties in the indicated manner:

    SEE ATTACHED SERVICE LIST

    Upon penalty of perjury I declare that the foregoing is true and correct.

    /s/Theodore J. Tacconelli
    Theodore J. Tacconelli (No. 2678)