## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 12, 2004 at 4:00 p.m.
Hearing date: To be scheduled, only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Twenty-fifth Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from February 1, 2004 through February 29, 2004,

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

seeking compensation in the amount of $11,260.50 and reimbursement for actual and necessary expenses in the amount of $489.46 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 12, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated: Wilmington, DE
       June 22, 2004

Respectfully submitted,

_____
Michael R. Lastowski (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com

- and –

William S. Katchen (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com

-and -

Lewis Kruger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
e-mail:       lkruger@stroock.com

*Co-Counsel for the Official Committee of Unsecured Creditors of
W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**Objection Date:** July 12, 2004 at 4:00 p.m.
**Hearing Date:** To be scheduled, only if objections are timely filed and served

### TWENTY-FIFTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2004 – February 29, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$11,260.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$489.46** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 0 hours and the corresponding compensation requested is approximately $0.00.[2]

This is the twenty-fifth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Twenty-fifth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| | | Fees | Expenses | Fees | Expenses |
| --- | --- | --- | --- | --- | --- |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 –- 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | | |

## Quarterly Fee Applications

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |

# DuaneMorris

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

June 22, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1020597                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/28/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 16.60 | hrs. at | $495.00 | /hr. = | $8,217.00 |
| WS KATCHEN | PARTNER | 1.90 | hrs. at | $545.00 | /hr. = | $1,035.50 |
| DM SPEERS | PARALEGAL | 1.80 | hrs. at | $190.00 | /hr. = | $342.00 |
| CB FOX | PARALEGAL | 1.70 | hrs. at | $170.00 | /hr. = | $289.00 |
| SA CABAN | PARALEGAL | 7.50 | hrs. at | $170.00 | /hr. = | $1,275.00 |
| R LAGRAVENIS | PARALEGAL | 0.60 | hrs. at | $170.00 | /hr. = | $102.00 |
| | | | | | | $11,260.50 |

DISBURSEMENTS

| | |
|---|---|
| DOCKET UPDATES | 7.82 |
| DOCUMENT COSTS | 25.44 |
| MEETING EXPENSE | 26.15 |
| MESSENGER SERVICE | 380.65 |
| OVERTIME RELATED COSTS | 20.71 |
| PRINTING & DUPLICATING | 13.90 |
| PRINTING & DUPLICATING - INTERNAL | 10.80 |
| TELEPHONE | 3.99 |
| TOTAL DISBURSEMENTS | $489.46 |

BALANCE DUE THIS INVOICE                              $11,749.96

PREVIOUS BALANCE                                      $54,670.87

TOTAL BALANCE DUE                                     $66,420.83

Duane Morris
June 22, 2004
Page 2

File # K0248-00001                                                INVOICE #  1020597
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/4/2004 | 003 | CB FOX | WORKED WITH A.CASKADON ON PREPARATION AND EFILING OF DECEMBER 2003 MONTHLY FEE APPLICATION AND NOTICE THEREOF FOR STROOCK & STROOCK & LAVAN LLP | 0.70 | $119.00 |
| 2/4/2004 | 003 | CB FOX | WORKED WITH A.CASKADON ON PREPARATION AND EFILING OF DECEMBER 2003 MONTHLY FEE APPLICATION AND NOTICE THEREOF FOR FTI POLICANO & MANZO | 0.70 | $119.00 |
| | | | Code Total | 1.40 | $238.00 |

Duane Morris
June 22, 2004
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1020597

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/2/2004 | 004 | DM SPEERS | REVIEWING 2/2/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/2/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 2/2/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 2/3/2004 | 004 | DM SPEERS | REVIEWING 2/3/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/3/2004 | 004 | R LAGRAVENIS | REVIEW, SORT, AND ORGANIZE PLEADINGS AND CORRESPONDENCE. | 0.20 | $34.00 |
| 2/4/2004 | 004 | DM SPEERS | REVIEWING 2/4/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/5/2004 | 004 | DM SPEERS | REVIEWING 2/5/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/5/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 2/6/2004 | 004 | DM SPEERS | REVIEWING 2/6/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/9/2004 | 004 | DM SPEERS | REVIEWING 2/9/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/9/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 2/9/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 2/10/2004 | 004 | SA CABAN | REVIEW RETURNED MAILING RE: NOTICE OF 10TH QUARTERLY FEE APPLICATION; FIND CORRECTED ADDRESS AND RESEND. | 0.20 | $34.00 |
| 2/11/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |

Duane Morris
June 22, 2004
Page 4

File # K0248-00001                                    INVOICE #  1020597
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/12/2004 | 004 | DM SPEERS | REVIEWING 2/12/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/12/2004 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE MATERIALS. CREATE NEWR EDWELDS. REORGANIZE AND FILE MATERIALS TO ENSURE FILE INTEGRITY. LABEL FILE FOLDERS, AND REDWELDS FOR REFERENCE. | 0.40 | $68.00 |
| 2/12/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $34.00 |
| 2/13/2004 | 004 | DM SPEERS | REVIEWING 2/13/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 2/13/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $34.00 |
| 2/17/2004 | 004 | DM SPEERS | REVIEWING 2/16/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/17/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 2/17/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 2/18/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 2/19/2004 | 004 | DM SPEERS | REVIEWING 2/18/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/19/2004 | 004 | DM SPEERS | REVIEWING 2/19/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/19/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $34.00 |

Duane Morris
June 22, 2004
Page 5

File # K0248-00001                                           INVOICE #  1020597
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 2/23/2004 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 2/24/2004 004 | DM SPEERS | REVIEWING 2/23/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/24/2004 004 | DM SPEERS | REVIEWING 2/24/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/24/2004 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 2/24/2004 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 2/25/2004 004 | DM SPEERS | REVIEWING 2/25/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/25/2004 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 2/26/2004 004 | DM SPEERS | REVIEWING 2/26/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 2/26/2004 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 2/27/2004 004 | DM SPEERS | REVIEWING 2/23/04 DAILY BANKRUPTCY NEWS ARTICLE ON PA SUPREME COURT OPINION IN CROWN CORK & SEAL CASE, ONLINE PA SUPREME COURT SEARCH FOR OPINION, DOWNLOAD AND E-MAIL OPINION TO WSKATCHEN | 0.20 | $38.00 |
| 2/27/2004 004 | SA CABAN | EMAIL TO L. HAMILTON ADVISING OF NEW NEWARK ADDRESS FOR PLEADINGS. | 0.10 | $17.00 |
| 2/27/2004 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| | | Code Total | 4.80 | $852.00 |

Duane Morris
June 22, 2004
Page 6

File # K0248-00001

INVOICE # 1020597

    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/1/2004 | 005 | WS KATCHEN | WORK ON COMMITTEE PROJECT (FUTURES). | 0.60 | $327.00 |
| 2/3/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S SCHEDULE ON BRIEFING APPEAL. | 0.10 | $54.50 |
| 2/9/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO EXTEND TIME ON REMOVAL. | 0.10 | $54.50 |
| 2/10/2004 | 005 | WS KATCHEN | REVIEW NAVIGANT MEMO. | 0.10 | $54.50 |
| 2/10/2004 | 005 | WS KATCHEN | COMMITTEE CALL. | 0.40 | $218.00 |
| 2/18/2004 | 005 | WS KATCHEN | REVIEW COMMITTEE REPORT ON LEGISLATION. | 0.10 | $54.50 |
| 2/19/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE ON GERARD CONTEMPT ISSUE RE: LIBBY COUNSEL - $300 MILLION ISSUE V. SURETY. | 0.20 | $109.00 |
| | | | Code Total | 1.60 | $872.00 |

Duane Morris
June 22, 2004
Page 7

File # K0248-00001
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/2/2004 | 007 | MR LASTOWSKI | REVIEW OPINION OF JUDGE WOLIN, REFUSING TO RECUSE HIMSELF FROM ASBESTOS CASES | 1.10 | $544.50 |
| 2/2/2004 | 007 | MR LASTOWSKI | REVIEW STATUS OF ENTRY OF RECUSAL OPINION BY JUDGE WOLIN | 0.10 | $49.50 |
| 2/5/2004 | 007 | MR LASTOWSKI | REVIEW EMERGENCY MOTION TO SET BRIEFING SCHEDULE AND ORDER THEREON | 0.20 | $99.00 |
| 2/9/2004 | 007 | MR LASTOWSKI | REVIEW REVISE WOLIN OPINION DECLINING TO RECUSE HIMSELF | 0.30 | $148.50 |
| 2/12/2004 | 007 | MR LASTOWSKI | REVIEW THIRD CIRCUIT SCHEDULING ORDER (RECUSAL) | 0.10 | $49.50 |
| 2/17/2004 | 007 | MR LASTOWSKI | REVIEW STATUS OF THIRD CIRCUIT APPEAL | 0.30 | $148.50 |
| 2/23/2004 | 007 | MR LASTOWSKI | REVIEW BRIEF OF RESPONDENT CSFB | 0.70 | $346.50 |
| 2/23/2004 | 007 | MR LASTOWSKI | REVIEW BRIEF OF KENSINGTON INTERNATIONAL LIMITED IN SUPPORT OF RECUSAL OF JUDGE OWENS | 0.60 | $297.00 |
| 2/24/2004 | 007 | MR LASTOWSKI | REVIEW DK ACQUISITION PARTNERS' RENEWED PETITION FOR WRIT OF MANDAMUS | 0.80 | $396.00 |
| 2/25/2004 | 007 | MR LASTOWSKI | REVIEW W.R. GRACE'S MOTION TO SEAL SETTLEMENT MATERIALS IN THE CONTEXT OF THE JUDGE WOLIN RECUSAL PROCEEDINGS | 0.40 | $198.00 |
| 2/25/2004 | 007 | MR LASTOWSKI | REVIEW WASHINGTON LEGAL FOUNDATION'S RECUSAL BRIEF | 0.50 | $247.50 |
| 2/26/2004 | 007 | MR LASTOWSKI | REVIEW USG'S RENEWED PETITION FOR WRIT OF MANDAMUS | 1.20 | $594.00 |
| 2/26/2004 | 007 | MR LASTOWSKI | REVIEW ARMSTRONG COMMITTEE'S STATEMENT RE: RECUSAL | 0.40 | $198.00 |
| 2/27/2004 | 007 | MR LASTOWSKI | REVIEW PETITIONS FOR WRIT OF MANDAMUS IN USG RECUSAL PROCEEDINGS | 1.30 | $643.50 |
| 2/27/2004 | 007 | MR LASTOWSKI | REVIEW USG'S PETITION'S TO CONSOLIDATE WRITS OF MANDAMUS | 0.40 | $198.00 |
| 2/27/2004 | 007 | MR LASTOWSKI | REVIEW APPENDIX TO RECUSAL BRIEFS | 1.30 | $643.50 |
| | | | Code Total | 9.70 | $4,801.50 |

Duane Morris
June 22, 2004
Page 8

File # K0248-00001                                             INVOICE # 1020597
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 2/24/2004 009 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO DM OCTOBER 2003 FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $51.00 |
| 2/24/2004 009 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO DM NOVEMBER 2003 FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $51.00 |
| 2/24/2004 009 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO DM DECEMBER 2003 FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $51.00 |
| | | Code Total | 0.90 | $153.00 |

Duane Morris
June 22, 2004
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1020597

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/4/2004 | 010 | CB FOX | TELEPHONE CALL FROM L.HAMILTON AND RESEARCH ON RETENTION APPLICATION | 0.30 | $51.00 |
| 2/19/2004 | 010 | MR LASTOWSKI | TELEPHONE CALL FROM A. KRIEGER RE: STATUS | 0.20 | $99.00 |
| 2/20/2004 | 010 | MR LASTOWSKI | REVIEW DRAFTS OF CAPSTON RETENTION | 0.40 | $198.00 |
| 2/23/2004 | 010 | SA CABAN | PREPARE RETENTION APPLICATION FOR CAPSTONE RECOVERY FOR REVIEW BY M. LASTOWSKI. | 0.60 | $102.00 |
| 2/24/2004 | 010 | MR LASTOWSKI | REVIEW ISSUES RE: CAPSTON RETENTION APPLICATION | 0.40 | $198.00 |
| 2/24/2004 | 010 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI NOVEMBER 2003 FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $51.00 |
| 2/24/2004 | 010 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO SSL NOVEMBER 2003 FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $51.00 |
| 2/24/2004 | 010 | SA CABAN | FINALIZE CAPSTONE RETENTION APPLICATION PER M. LASTOWSKI. | 0.40 | $68.00 |
| 2/24/2004 | 010 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CAPSTONE RETENTION APPLICATION; PREPARE FOR SERVICE BY DLS. | 0.50 | $85.00 |
| | | | Code Total | 3.40 | $903.00 |

Duane Morris
June 22, 2004
Page 10

File # K0248-00001                                    INVOICE #  1020597
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 2/4/2004 | 012 | MR LASTOWSKI | REVIEW FEE AUDITORS' REPORT RE: DUANE MORRIS 10-TH INTERIM FEE APPLICATION | 0.10 | $49.50 |
| 2/24/2004 | 012 | SA CABAN | CONVERT CNOS FOR DUANE MORRIS FOR OCT, NOV, AND DEC FEE APPLICATIONS TO PDF FORMAT FOR FILING. | 0.20 | $34.00 |
| 2/25/2004 | 012 | SA CABAN | E-FILE CERTIFICATE OF NO OBJECTION TO DM DECEMBER 2003 FEE APPLICATION; FORWARD FOR PAYMENT PROCESSING. | 0.20 | $34.00 |
| 2/25/2004 | 012 | SA CABAN | E-FILE CERTIFICATE OF NO OBJECTION TO DM NOVEMBER 2003 FEE APPLICATION; FORWARD FOR PAYMENT PROCESSING. | 0.20 | $34.00 |
| 2/25/2004 | 012 | SA CABAN | E-FILE CERTIFICATE OF NO OBJECTION TO DM OCTOBER 2003 FEE APPLICATION; FORWARD FOR PAYMENT PROCESSING. | 0.20 | $34.00 |
| | | | Code Total | 0.90 | $185.50 |

Duane Morris
June 22, 2004
Page 11

File # K0248-00001                                                    INVOICE #  1020597
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 2/5/2004 013 | SA CABAN | REVIEW FILING/SERVICE FOR STROOCK AND FTI 33RD MONTHLY FEE APPLICATIONS. | 0.20 | $34.00 |
| 2/5/2004 013 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR STROOCK DECEMBER 2003 FEE APPLICATION. | 0.10 | $17.00 |
| 2/5/2004 013 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR FTI DECEMBER 2003 FEE APPLICATION. | 0.10 | $17.00 |
| 2/17/2004 013 | MR LASTOWSKI | REVIEW WARREN SMITH'S JANUARY 2004 FEE APPLICATION | 0.10 | $49.50 |
| 2/24/2004 013 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATE OF NO OBJECTION TO FTI POLICANO AND MANZO 11/03 FEE APPLICATION | 0.10 | $49.50 |
| 2/24/2004 013 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATE OF NO OBJECTION TO STROOCK 11/03 FEE APPLICATION | 0.10 | $49.50 |
| 2/24/2004 013 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATE OF NO OBJECTION TO DUANE MORRIS 11/03 FEE APPLICATION | 0.10 | $49.50 |
| 2/24/2004 013 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATE OF NO OBJECTION TO DUANE MORRIS 10/03 FEE APPLICATION | 0.10 | $49.50 |
| 2/24/2004 013 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATE OF NO OBJECTION TO DUANE MORRIS 12/03 FEE APPLICATION | 0.10 | $49.50 |
| 2/24/2004 013 | SA CABAN | CONVERT CNOS FOR STROOCK AND FTI FOR NOVEMBER 2003 FEE APPLICATIONS TO PDF FORMAT FOR FILING. | 0.20 | $34.00 |
| 2/25/2004 013 | SA CABAN | E-FILE CERTIFICATE OF NO OBJECTION TO FTI NOVEMBER 2003 FEE APPLICATION; FORWARD FOR PAYMENT PROCESSING. | 0.20 | $34.00 |
| 2/25/2004 013 | SA CABAN | E-FILE CERTIFICATE OF NO OBJECTION TO SSL DECEMBER 2003 FEE APPLICATION; FORWARD FOR PAYMENT PROCESSING. | 0.20 | $34.00 |
| | | Code Total | 1.60 | $467.00 |

Duane Morris
June 22, 2004
Page 12

File # K0248-00001                                           INVOICE #  1020597
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 2/23/2004 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 2/23/04 HEARING | 1.30 | $643.50 |
| | | Code Total | 1.30 | $643.50 |

Duane Morris
June 22, 2004
Page 13

File # K0248-00001                                          INVOICE #  1020597
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/2/2004 | 016 | SA CABAN | RETRIEVE OPINION AND ORDER RE: RECUSAL MOTION FROM DOCKET AND FORWARD TO W. KATCHEN, M. LASTOWSKI AND A. KRIEGER. | 0.30 | $51.00 |
| 2/3/2004 | 016 | MR LASTOWSKI | REVIEW MOTION FOR AN ORDER EXTENDING TIME IN WHICH TO REMOVE ACTIONS | 0.10 | $49.50 |
| 2/18/2004 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO SUPPPORT OF NATIONAL UNION'S SUMMARY JUDEGMENT MOTION AND INOPPOSITION TO REAUD, MORGAN & QUINN AND ENVIRONMENTAL LITIGATION GROUP'S MOTION FOR SUMMARY JUDGMENT | 1.70 | $841.50 |
| | | | Code Total | 2.10 | $942.00 |

Duane Morris
June 22, 2004
Page 14

File # K0248-00001                                    INVOICE #  1020597
    W.R. GRACE & CO.

| 2/3/2004 017 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0.20 | $99.00 |
|---|---|---|---|---|
| | | Code Total | 0.20 | $99.00 |

Duane Morris
June 22, 2004
Page 15

File # K0248-00001                                          INVOICE #  1020597
        W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|-----------|-------------|-------|--------|
| 2/9/2004 | 018 | MR LASTOWSKI | REVIEW MARYLAND CASUALTY'S JOINDER IN GERARD CONTEMPT MOTION | 0.20 | $99.00 |
| 2/12/2004 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY RE: MOTION REQUESTING THAT LIBBY COUNSEL BE HELD IN CONTEMPT | 0.40 | $198.00 |
| 2/17/2004 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER FINDING GERARD COUNSEL IN CONTEMPT | 0.70 | $346.50 |
| 2/25/2004 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S RECITATION OF FURTHER ACTIONS SUPPORTING A CONTEMPT ACTION AGAINST THE GERARD PLAINTIFFS IN THE MONTANA VERMICULITE LITIGATION | 0.20 | $99.00 |
| | | | Code Total | 1.50 | $742.50 |

Duane Morris
June 22, 2004
Page 16

File # K0248-00001                                              INVOICE #  1020597
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 2/26/2004 026 | WS KATCHEN | REVIEW FINANCIAL REPORT FOR FOURTH QUARTER 2003; REVIEW DK ACQUISITION PARTNERS' MOTION | 0.30 | $163.50 |
| | | Code Total | 0.30 | $163.50 |

Duane Morris
June 22, 2004
Page 17

File # K0248-00001                                      INVOICE #  1020597
    W.R. GRACE & CO.

| 2/6/2004 027 | MR LASTOWSKI | REVIEW JANUARY MONTHLY OPERATING REPORTS | 0.40 | $198.00 |
|---|---|---|---|---|
| | | Code Total | 0.40 | $198.00 |

Duane Morris
June 22, 2004
Page 18

File # K0248-00001                                    INVOICE #  1020597
    W.R. GRACE & CO.

                        TOTAL SERVICES              30.10    $11,260.50

Duane Morris
June 22, 2004
Page 19

File # K0248-00001                                    INVOICE #  1020597
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 2/28/2004 | TELEPHONE | | 2.03 |
| 2/28/2004 | TELEPHONE | | 1.96 |
| | | Total: | $3.99 |
| 2/28/2004 | MEETING EXPENSE | | 26.15 |
| | | Total: | $26.15 |
| 2/28/2004 | DOCUMENT COSTS | | 25.44 |
| | | Total: | $25.44 |
| 2/28/2004 | MESSENGER SERVICE | | 50.05 |
| 2/28/2004 | MESSENGER SERVICE | | 330.60 |
| | | Total: | $380.65 |
| 2/28/2004 | OVERTIME RELATED COSTS | | 20.71 |
| | | Total: | $20.71 |
| 2/28/2004 | PRINTING & DUPLICATING - INTERNAL | | 10.80 |
| | | Total: | $10.80 |
| 2/28/2004 | DOCKET UPDATES | | 7.82 |
| | | Total: | $7.82 |
| 2/28/2004 | PRINTING & DUPLICATING | | 13.90 |
| | | Total: | $13.90 |
| | TOTAL DISBURSEMENTS | | $489.46 |