## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 12, 2004 at 4:00 p.m.**
**Hearing date:  To be scheduled, only if objections**
**are timely filed and served.**

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel
to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee
of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and
(7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Twenty-sixth Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from March 1, 2004 through March 31, 2004, seeking

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals,
Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation,
Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc.,
Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a
Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa
Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management
Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B
Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company,
Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc.,
Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.),
Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors,
Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land
Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square
Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management,
Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated,
Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a
Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc.
(f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil,
Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

compensation in the amount of $11,766.00 and reimbursement for actual and necessary expenses in the amount of $16.05 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 12, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
       June 22, 2004

                          Respectfully submitted,

                          _____

                          Michael R. Lastowski (DE I.D. No. 3892)
                          DUANE MORRIS LLP
                          1100 North Market Street, Suite 1200
                          Wilmington, DE 19801
                          Telephone:    (302) 657-4900
                          Facsimile:    (302) 657-4901
                          E-mail:       mlastowski@duanemorris.com

                          - and –

                          William S. Katchen (Admitted in NJ Only)
                          DUANE MORRIS LLP
                          One Riverfront Plaza
                          Newark, New Jersey 07102
                          Telephone:    (973) 424-2000
                          Facsimile:    (973) 424-2001
                          E-mail:       wskatchen@duanemorris.com

                          -and -

                          Lewis Kruger
                          STROOCK & STROOCK & LAVAN LLP
                          180 Maiden Lane
                          New York, New York 10038-4982
                          Telephone:    (212) 806-5400
                          Facsimile:    (212) 806-6006
                          e-mail:       lkruger@stroock.com

                          *Co-Counsel for the Official Committee of Unsecured Creditors of*
                          *W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**Objection Date: July 12, 2004 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are**
**timely filed and served**

### TWENTY-SIXTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2004 – March 31, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$11,766.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$16.05** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 0 hours and the corresponding compensation requested is approximately $0.00.[2]

This is the twenty-sixth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Twenty-sixth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | | | | |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,766.00 | $16.05 | | |

**Quarterly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |

# Duane Morris

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

June 22, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.

File# K0248-00001          Invoice# 1020600                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| DH STEIN | PARTNER | 0.60 | hrs. at | $345.00 /hr. = | $207.00 |
| MR LASTOWSKI | PARTNER | 8.00 | hrs. at | $495.00 /hr. = | $3,960.00 |
| RW RILEY | PARTNER | 0.90 | hrs. at | $385.00 /hr. = | $346.50 |
| WS KATCHEN | PARTNER | 8.90 | hrs. at | $545.00 /hr. = | $4,850.50 |
| DM SPEERS | PARALEGAL | 2.80 | hrs. at | $190.00 /hr. = | $532.00 |
| CB FOX | PARALEGAL | 0.30 | hrs. at | $170.00 /hr. = | $51.00 |
| SA CABAN | PARALEGAL | 10.70 | hrs. at | $170.00 /hr. = | $1,819.00 |
| | | | | | $11,766.00 |

DISBURSEMENTS
DOCKET UPDATES                                          16.05
TOTAL DISBURSEMENTS                                              $16.05

BALANCE DUE THIS INVOICE                                        $11,782.05


PREVIOUS BALANCE                                                $66,420.83

TOTAL BALANCE DUE                                               $78,202.88

Duane Morris
June 22, 2004
Page 2

File # K0248-00001                                      INVOICE # 1020600
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/7/2004 | 003 | MR LASTOWSKI | REVIEW JANUARY MONTHLY OPERATING REPORT | 0.40 | $198.00 |
| 3/10/2004 | 003 | MR LASTOWSKI | REVIEW CAPSTONE REPORT RE: GRACE 4TH QUARTER FINANCIALS | 0.20 | $99.00 |
| 3/23/2004 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO EXTEND TIME IN WHICH DEBTOR MUST ASSUME, ASSUME AND ASSIGN OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY | 0.30 | $148.50 |
| | | | Code Total | 0.90 | $445.50 |

Duane Morris
June 22, 2004
Page 3

File # K0248-00001                            INVOICE # 1020600
     W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/1/2004 | 004 | DM SPEERS | REVIEWING 3/1/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 3/1/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $34.00 |
| 3/1/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 3/2/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 3/3/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 3/4/2004 | 004 | DM SPEERS | REVIEWING 3/4/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 3/4/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $34.00 |
| 3/5/2004 | 004 | DM SPEERS | REVIEWING 3/5/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 3/5/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 3/8/2004 | 004 | DM SPEERS | REVIEWING 3/8/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 3/8/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 3/8/2004 | 004 | SA CABAN | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 3/9/2004 | 004 | DM SPEERS | REVIEWING 3/9/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |

Duane Morris
June 22, 2004
Page 4

File # K0248-00001                                           INVOICE #  1020600
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/9/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $34.00 |
| 3/10/2004 | 004 | DM SPEERS | REVIEWING 3/10/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 3/10/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 3/11/2004 | 004 | DM SPEERS | REVIEWING 3/11/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 3/11/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $34.00 |
| 3/12/2004 | 004 | DM SPEERS | REVIEWING 3/12/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 3/12/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 3/15/2004 | 004 | DM SPEERS | REVIEWING 3/15/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 3/15/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $34.00 |
| 3/15/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 3/16/2004 | 004 | DM SPEERS | REVIEWING 3/16/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 3/16/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 3/17/2004 | 004 | DM SPEERS | REVIEWING 3/17/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |

Duane Morris
June 22, 2004
Page 5

File # K0248-00001                                INVOICE #  1020600
    W.R. GRACE & CO.

| Date | | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/17/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 3/18/2004 | 004 | DM SPEERS | REVIEWING 3/18/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 3/18/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 3/19/2004 | 004 | DM SPEERS | REVIEWING 3/19/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 3/19/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 3/22/2004 | 004 | DM SPEERS | REVIEWING 3/22/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 3/22/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $34.00 |
| 3/22/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 3/23/2004 | 004 | DM SPEERS | REVIEWING 3/23/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 3/23/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 3/24/2004 | 004 | CB FOX | REVIEWED DOCKET FOR MRL | 0.10 | $17.00 |
| 3/24/2004 | 004 | DM SPEERS | REVIEWING 3/24/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 3/26/2004 | 004 | CB FOX | RESEARCH ON HEARING LISTED FOR 3/26/04 | 0.20 | $34.00 |
| 3/29/2004 | 004 | DM SPEERS | REVIEWING 3/26/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |

Duane Morris
June 22, 2004
Page 6

File # K0248-00001                                         INVOICE # 1020600
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/29/2004 | 004 | DM SPEERS | REVIEWING 3/29/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 3/30/2004 | 004 | DM SPEERS | REVIEWING 3/30/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 3/30/2004 | 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER REGARDING SCHEDULING; TELEPHONE CONFERENCE WITH K. KELLEY | 0.20 | $109.00 |
| 3/30/2004 | 004 | WS KATCHEN | PREPARE FOR MARCH 31, 2004 CONFERENCE WITH COMMITTEE; REVIEW REPORT ON STATUS LIQUIDATION | 0.40 | $218.00 |
| | | | Code Total | 6.40 | $1,369.00 |

Duane Morris
June 22, 2004
Page 7

File # K0248-00001                                                    INVOICE # 1020600
  W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|------|--|------|-------------|-------|--------|
| 3/1/2004 | 007 | MR LASTOWSKI | REVIEW ASBESTOS LEGISLATIVE UPDATE | 0.10 | $49.50 |
| 3/1/2004 | 007 | MR LASTOWSKI | REVIEW THIRD CIRCUIT ORDER RE: SUPPLEMENTAL APPENDICES | 0.10 | $49.50 |
| 3/1/2004 | 007 | MR LASTOWSKI | REVIEW LEGISLATION UPDATE RE: ASBESTOS LEGISLATION | 0.20 | $99.00 |
| 3/1/2004 | 007 | MR LASTOWSKI | REVIEW MOTIONS AND ORDER RE: SUPPLEMENTAL APPENDIX | 0.30 | $148.50 |
| 3/3/2004 | 007 | MR LASTOWSKI | REVIEW COURT DIRECTIVE TO ARMSTRONG RE: JURISDICTION OVER MANDAMUS | 0.10 | $49.50 |
| 3/11/2004 | 007 | MR LASTOWSKI | REVIEW THIRD CIRCUIT ORDER RE: AMICUS BRIEFS | 0.10 | $49.50 |
| 3/15/2004 | 007 | MR LASTOWSKI | REVIEW BARON & BUDD CLAIMANTS RESPONSE TO PETITONS FOR WRIT OF MANDAMUS | 0.60 | $297.00 |
| 3/16/2004 | 007 | MR LASTOWSKI | REVIEW ORDER DENYING ARMSTRONG COMMITTEE'S MOTION TO CONSOLIDATE MANDAMUS PETITIONS | 0.10 | $49.50 |
| 3/16/2004 | 007 | MR LASTOWSKI | REVIEW OPPOSITION OF USG TO MOTION OF USG ASBESTOS CLAIMANTS COMMITTEE'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX | 0.20 | $99.00 |
| 3/22/2004 | 007 | MR LASTOWSKI | REVIEW USG BRIEF RE: MOTION TO EXCEED PAGE LIMITS | 0.20 | $99.00 |
| 3/22/2004 | 007 | MR LASTOWSKI | REVIEW USG REPLY BRIEF RE: MOTION FOR RECUSAL | 0.60 | $297.00 |
| 3/23/2004 | 007 | MR LASTOWSKI | REVIEW REPLY OF ASBESTOS PERSONAL INJURY CLAIMANTS TO OPPOSITION OF USG TO MOTION OF PERSONAL INJURY CLAIMANTS TO FILE A SUPPLEMENTAL APPENDIX | 0.30 | $148.50 |
| 3/23/2004 | 007 | MR LASTOWSKI | REVIEW ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL APPENDICES | 0.10 | $49.50 |
| 3/23/2004 | 007 | MR LASTOWSKI | REVIEW ARMSTRONG COMMITTEE'S PETITION FOR A WRIT OF MANDAMUS AND RELATED FILINGS (INCLUDING APPENDIX) | 1.10 | $544.50 |
| 3/24/2004 | 007 | MR LASTOWSKI | TELEPHONE CALL TO A. KRIEGER RE: 3/22/04 HEARING | 0.40 | $198.00 |
| 3/31/2004 | 007 | WS KATCHEN | ATTENDANCE AT CREDITORS COMMITTEE AT STROOCK, STROOCK & LAVAN IN NEW YORK CITY. | 5.80 | $3,161.00 |
| | | | Code Total | 10.30 | $5,388.50 |

Duane Morris
June 22, 2004
Page 8

File # K0248-00001                                      INVOICE #  1020600
    W.R. GRACE & CO.

| 3/22/2004 008 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LONG TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES | 0.30 | $148.50 |
| | | Code Total | 0.30 | $148.50 |

Duane Morris
June 22, 2004
Page 9

File # K0248-00001                                            INVOICE #  1020600
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 3/2/2004 010 | MR LASTOWSKI | REVIEW COMMITTEE APPLICATION TO RETAIN CAPSTONE (AS FILED VERSION) | 0.30 | $148.50 |
| 3/23/2004 010 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO EXPAND THE SCOPE OF DELOITTE & TOUCHE'S RETENTION | 0.30 | $148.50 |
| | | Code Total | 0.60 | $297.00 |

Duane Morris
June 22, 2004
Page 10

File # K0248-00001                                              INVOICE #  1020600
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/8/2004 | 012 | SA CABAN | PREPARE CHART FOR ONGOING STATUS OF ALL FEE APPLICATIONS, DEADLINES AND APPROVAL FOR PAYMENTS OF FEES/EXPENSES. | 1.20 | $204.00 |
| 3/9/2004 | 012 | SA CABAN | FINALIZE CHART FOR ONGOING STATUS OF ALL FEE APPLICATIONS, DEADLINES AND APPROVAL FOR PAYMENTS OF FEES/EXPENSES. | 3.40 | $578.00 |
| 3/10/2004 | 012 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO 10TH QUARTERLY FEE APPLICATION. | 0.20 | $34.00 |
| 3/10/2004 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO DM TENTH QUARTERLY FEE APPLICATION. | 0.20 | $34.00 |
| | | | Code Total | 5.00 | $850.00 |

File # K0248-00001                                          INVOICE # 1020600
    W.R. GRACE & CO.

| Date | | Person | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/1/2004 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO SSL DECEMBER 2003 FEE APPLICATION. | 0.30 | $51.00 |
| 3/1/2004 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI POLICANO DECEMBER 2003 FEE APPLICATION. | 0.30 | $51.00 |
| 3/2/2004 | 013 | RW RILEY | REVIEWING STROOCK STROOCK & LAVAN'S DECEMBER FEE APPLICATION REGARDING CERTIFYING NO OBJECTION TO APPLICATION. | 0.50 | $192.50 |
| 3/2/2004 | 013 | RW RILEY | REVIEWING FTI POLICANO & MANZO'S DECEMBER FEE APPLICATION REGARDING CERTIFYING NO OBJECTION TO APPLICATION. | 0.40 | $154.00 |
| 3/2/2004 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK 33RD MONTHLY FEE APPLICATION; FORWARD FOR PAYMENT PROCESSING. | 0.30 | $51.00 |
| 3/2/2004 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI 33RD MONTHLY FEE APPLICATION; FORWARD FOR PAYMENT PROCESSING. | 0.30 | $51.00 |
| 3/2/2004 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE STROOCK 11TH QUARTERLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.40 | $68.00 |
| 3/2/2004 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE FTI 11TH QUARTERLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.40 | $68.00 |
| 3/2/2004 | 013 | SA CABAN | REVIEW NOTICE OF 11TH QUARTERLY FEE APPLICATION FOR FTI AND SSL; RESPOND W/ REVISIONS TO A. CASKADON. | 0.20 | $34.00 |
| 3/3/2004 | 013 | MR LASTOWSKI | E-MAIL FROM FTI RE: STATUS OF FEE APPLICATIONS | 0.10 | $49.50 |
| 3/3/2004 | 013 | SA CABAN | CALENDAR OBJECTION DEADLINES FOR STROOCK/FTI 11TH QUARTERLY FEE APPLICATIONS. | 0.10 | $17.00 |
| 3/15/2004 | 013 | SA CABAN | REVIEW NOTICES OF MONTHLY FEE APPLICATION FOR FTI AND SSL FOR JANUARY 2004; RESPOND TO A. CASKADON W/ APPROVAL. | 0.20 | $34.00 |
| 3/16/2004 | 013 | MR LASTOWSKI | REVIEW DEBTOR'S CERTIFICATION OF COUNSEL REGARDING 10TH QUARTERLY FEE APPLICATIONS | 0.10 | $49.50 |

Duane Morris
June 22, 2004
Page 12

File # K0248-00001                                          INVOICE # 1020600
        W.R. GRACE & CO.

| 3/17/2004 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE SSL JANUARY 2004 FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.20 | $34.00 |
| 3/17/2004 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE FTI POLICANO & MANZO JANUARY 2004 FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.20 | $34.00 |
| 3/17/2004 | 013 | SA CABAN | CALENDAR OBJECTION DEADLINES FOR FTI AND SSL JANUARY 2004 FEE APPLICATIONS. | 0.10 | $17.00 |
| | | | Code Total | 4.10 | $955.50 |

Duane Morris
June 22, 2004
Page 13

File # K0248-00001                                    INVOICE #  1020600
      W.R. GRACE & CO.

| 3/23/2004 | 015 | MR LASTOWSKI | E-MAILS TO AND FROM A. KRIEGER RE: LAST OMNIBUS HEARING | 0.10 | $49.50 |
|---|---|---|---|---|---|
| | | | Code Total | 0.10 | $49.50 |

Duane Morris
June 22, 2004
Page 14

File # K0248-00001                                    INVOICE #  1020600
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 3/23/2004 016 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER APPROVING DUNBAR SETTLEMENT | 0.30 | $148.50 |
| | | Code Total | 0.30 | $148.50 |

Duane Morris
June 22, 2004
Page 15

File # K0248-00001                                    INVOICE # 1020600
     W.R. GRACE & CO.

| 3/7/2004 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDERJ EXTENDING EXCLUSIVITY | 0.30 | $148.50 |
| 3/16/2004 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO FILE A REPLY TO THE ASBESOS PERSONAL INJURY COMMITTEE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0.20 | $99.00 |
| | | | Code Total | 0.50 | $247.50 |

Duane Morris
June 22, 2004
Page 16

File # K0248-00001                                          INVOICE # 1020600
    W.R. GRACE & CO.

| 3/11/2004 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S OBJECTION TO NEUTOCRETE' MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.30 | $148.50 |
|---|---|---|---|---|---|
| | | | Code Total | 0.30 | $148.50 |

Duane Morris
June 22, 2004
Page 17

File # K0248-00001                                          INVOICE #  1020600
    W.R. GRACE & CO.

| 3/26/2004 | 023 | MR LASTOWSKI | REVIEW STATUS OF ZAI TRIAL | 0.30 | $148.50 |
|-----------|-----|--------------|----------------------------|------|---------|
|           |     |              | Code Total                 | 0.30 | $148.50 |

Duane Morris
June 22, 2004
Page 18

File # K0248-00001                                            INVOICE # 1020600
  W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 3/4/2004 025 | DH STEIN | CONFERENCE WITH WILLIAM S. KATCHEN, ESQ. REGARDING VOICE-MAIL; TELEPHONE CONFERENCE WITH TOM MCGONNIGLE; MESSAGE FOR WILLIAM S. KATCHEN, ESQ. | 0.60 | $207.00 |
| 3/9/2004 025 | WS KATCHEN | REVIEW ASBESTOS COMMITTEE OPPOSITION TO SECTION 1121(D) MOTION; PREPARE EMAIL TO L. KRUGER | 0.30 | $163.50 |
| 3/9/2004 025 | WS KATCHEN | REVIEW FINANCIAL REPORT DRAFT (3/9/04) | 0.30 | $163.50 |
| 3/15/2004 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE AND L. KRUGER; REVIEW DEBTOR'S BRIEF AND RESPONSE TO PETITIONS FOR MANDAMUS | 0.90 | $490.50 |
| 3/15/2004 025 | WS KATCHEN | REVIEW RESPONSE OF ASBESTOS COMMITTEE | 0.20 | $109.00 |
| 3/15/2004 025 | WS KATCHEN | REVIEW ASBESTOS COMMITTEE'S ANSWER TO MANDAMUS PETITION IN W. R. GRACE | 0.40 | $218.00 |
| 3/16/2004 025 | WS KATCHEN | REVIEW ASBESTOS COMMITTEE EXHIBIT TO OBJECTION ON SECTION 1121(D) | 0.10 | $54.50 |
| 3/22/2004 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE REGARDING RESULTS OF COURT HEARING ON SECTION 1121(D) | 0.10 | $54.50 |
| 3/23/2004 025 | WS KATCHEN | REVIEW COMMITTEE EMAIL AND RESPOND TO A. KRIEGER | 0.20 | $109.00 |
| | | Code Total | 3.10 | $1,569.50 |

Duane Morris
June 22, 2004
Page 19

File # K0248-00001                                          INVOICE #  1020600
      W.R. GRACE & CO.


                              TOTAL SERVICES                 32.20    $11,766.00

Duane Morris
June 22, 2004
Page 20

File # K0248-00001                                INVOICE #  1020600
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 3/31/2004 | DOCKET UPDATES | | 16.05 |
| | | Total: | $16.05 |
| | | TOTAL DISBURSEMENTS | $16.05 |