# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

*Bench Filed on 5/24/04*

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Re: Docket No.** |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

Upon consideration of the Third Omnibus Objection[2] of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging, reducing, reclassifying and disallowing certain Claims; and no previous application having been made; and upon consideration of the Third Omnibus Objection and all responses thereto; and due and proper notice of the Third Omnibus Objection having been given, it is hereby

ORDERED that the Objection to each of the Claims listed on <u>Exhibit A</u> to this Order is continued to the June 21, 2004 omnibus hearing; and it is further

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein are as defined in the Debtors' Third Omnibus Objection.

DOCS_DE:75528.1

ORDERED that the Objection to each of the Claims listed on <u>Exhibit B</u> to this Order is continued to the June 21, 2004 omnibus hearing; and it is further

ORDERED that the Objection to each of the Claims listed on <u>Exhibit C</u> to this Order is withdrawn without prejudice; and it is further

ORDERED that the Objection to each of the Claims listed on <u>Exhibit D</u> to this Order is sustained and the claims are expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each of the Claims listed as indicated on <u>Exhibit E</u> to this Order is sustained and the claims are expunged and disallowed for all purposes; and it is further

ORDERED that in Third Omnibus Objection, the Debtors objected to Claim No. 6100 filed by the State of Montana Department of Environmental Quality ("Montana DEQ") contending that such claim is an Amended Claim on the basis that it is amended and superceded by Claim No. 15296 which claim was also filed by Montana DEQ. Upon further discussion with Montana DEQ, Montana DEQ and the Debtors agree as follows: Claim No. 6100 is disallowed and expunged for all purposes and Claim No. 15296 shall be treated as the remaining claim. Furthermore, Montana DEQ and the Debtors agree that Claim Nos. 15296, 15297 and 15298 are timely filed. As to the remaining claims, Claim Nos. 15296, 15297, and 15298 shall be unaffected by this Third Omnibus Objection; however, the Debtors retain the right to object to such claims on any grounds in the future upon proper notice and consistent with applicable bankruptcy rules; and it is further

ORDERED that to the extent that a claimant whose claim is expunged pursuant to this Order has an asbestos-related personal injury claim (a "PI Claim"), the expunging of the claim pursuant to this Order shall not affect the right of that claimant to later file a proof of claim for its

PI Claim, without leave of Court, and with such PI Claim being subject to applicable defenses of the Debtors once any bar date that may be established by the Court relating to the assertion of PI Claims is so established or any other procedure with respect to the assertion of PI Claims is established in these chapter 11 cases; and it is further

ORDERED that the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____5/24_____, 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Hearing Date: May 24, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | LEONARD, CALVIN L<br>911 FOLEY AVE<br>IOWA PARK TX 76367 | 01-01139<br>W.R. GRACE & CO. | 1003 | $103,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED TO 6/21/04 12:00PM |
| 2 | MITCHELL, RONALD<br>2130 11TH AVE N<br>BIRMINGHAM AL 35224 | 01-01139<br>W.R. GRACE & CO. | 4993 | $40,032.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED TO 6/21/04 12:00PM |
| 3 | NELSON, DENNIS<br>PO BOX 149<br>ATTICA CORR FACILITY EXCHANGE STR. RD<br>ATTICA NY 14011 | 01-01139<br>W.R. GRACE & CO. | 15365 | $250,000,000.00 | (S) | LATE FILED<br>EXPUNGE | CONTINUED TO 6/21/04 12:00PM |
| 4 | NELSON, DENNIS<br>PO BOX 149<br>A C F<br>ATTICA NY 14011 | 01-01139<br>W.R. GRACE & CO. | 15367 | $250,000,000.00 | (S) | LATE FILED<br>EXPUNGE | CONTINUED TO 6/21/04 12:00PM |
| 5 | ORANGE COUNTY TREASURER TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15357 | $22,774.20 | (P) | LATE FILED<br>EXPUNGE | CONTINUED TO 6/21/04 12:00PM |
| 6 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15314 | $26,918.96<br>$15,083.57 | (P)<br>(U) | LATE FILED<br>EXPUNGE | CONTINUED TO 6/21/04 12:00PM |
| 7 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15317 | $27,053.18 | (P) | LATE FILED<br>EXPUNGE | CONTINUED TO 6/21/04 12:00PM |
| 8 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15318 | $27,053.18 | (P) | LATE FILED<br>EXPUNGE | CONTINUED TO 6/21/04 12:00PM |
| 9 | TAPE RENTAL LIBRARY INC<br>PO BOX 107<br>COVESVILLE VA 22931 | 01-01139<br>W.R. GRACE & CO. | 1350 | $1,825.07 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED TO 6/21/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority            (U) - Unsecured

# In re: W.R. GRACE & CO., et al

## OMNIBUS 3 - EXHIBIT B - CONTINUED - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | INTERNATIONAL PAPER ARIZONA CHEMICAL<br>ATTN: LEE WALKER<br>6775 LENOX CENTER COURT<br>MEMPHIS TN 38115<br>Relief Requested: EXPUNGE<br>CONTINUED TO 6/21/04 12:00PM | 01-01140 | 349 | $208,595.34 | (U) | | ARIZONA CHEMICAL<br>4049 WILLOW LAKE BLVD<br>MEMPHIS TN 38118 | 01-01139 | 1106 | $211,684.16 | (U) |
| 2 | ORANGE COUNTY TREASURER-TAX COLLE<br>PO BOX 1438<br>SANTA ANA CA 92702<br>Relief Requested: EXPUNGE<br>CONTINUED TO 6/21/04 12:00PM | 01-01140 | 15314 | $26,918.96<br>$15,083.57 | (P)<br>(U) | | ORANGE COUNTY TREASURER-TAX COLLEC<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15317 | $27,053.18 | (P) |
| 3 | ORANGE COUNTY TREASURER-TAX COLLE<br>PO BOX 1438<br>SANTA ANA CA 92702<br>Relief Requested: EXPUNGE<br>CONTINUED TO 6/21/04 12:00PM | 01-01140 | 15318 | $27,053.18 | (P) | | ORANGE COUNTY TREASURER-TAX COLLEC<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15317 | $27,053.18 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

Hearing Date: May 24, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | COOKSEY, RICHARD<br>C/O STEPHEN C EMBRY ESQ<br>EMBRY & NEUSNER<br>118 POQUONNOCK ROAD<br>GROTON CT 06340 | 01-01140<br>W.R. GRACE & CO.-CONN. | 424 | $1,000,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 2 | FINELLO, ROCCO<br>C/O STEPHEN C EMBRY ESQ<br>EMBRY & NEUSNER<br>118 POQUONNOCK ROAD<br>GROTON CT 06340 | 01-01140<br>W.R. GRACE & CO.-CONN. | 426 | $1,000,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
  (P) - Priority        (U) - Unsecured

Page 1 of 1

5/18/2004 4:17:50 PM

*page 9 of 25*

Hearing Date: May 24, 2004

# In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ADP INVESTOR COMMUNICATION SERVICES<br>51 MERCEDES WAY<br>ATTN JOHN FARGNOLI<br>EDGEWOOD NY 11717 | 01-01139<br>W.R. GRACE & CO. | 1903 | $265.75 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 2 | ARDAMAN & ASSOC INC<br>8008 S ORANGE AVE<br>ORLANDO FL 32809 | 01-01139<br>W.R. GRACE & CO. | 1499 | $220.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 3 | BEAGLE, JOHN H<br>297 RIVER RD<br>ENOREE SC 29335 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 13745 | BLANK | (P) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 4 | BELLOCK, WAYNE<br>PO BOX 202<br>WHITE CASTLE LA 70788 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2592 | $100,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 5 | BERRY, SUSAN H<br>164 YELLOWTAIL RD<br>LIBBY MT 59923 | 01-01139<br>W.R. GRACE & CO. | 2698 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 6 | BRAZIEL, MARY<br>PO BOX 1154<br>NATALBANY LA 70451 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1230 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 7 | BRYE, JAMES E<br>4412 BRUNWICKS DR<br>EIGHT MILE AL 36613 | 01-01139<br>W.R. GRACE & CO. | 2173 | BLANK<br>BLANK | (P)<br>(U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 8 | CASCADE AQUA-TECH INC<br>11845 NE MARX<br>PORTLAND OR 97220 | 01-01139<br>W.R. GRACE & CO. | 1046 | $410.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 9 | CED<br>PO BOX 3225<br>LOUISVILLE KY 40201 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1068 | $1,665.31 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 10 | CHIKOUSKY, FRED & SARA<br>ATTN: FRED CHIKOUSKY<br>1720 HARRISON PL 7TH FL<br>HOLLYWOOD FL 33020 | 01-01139<br>W.R. GRACE & CO. | 1818 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 11 | CLINICAL SUPPLY COMPANY<br>5639 UNION CENTRE DR<br>WEST CHESTER OH 45069 | 01-01139<br>W.R. GRACE & CO. | 1289 | $3,118.91 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 12 | CONOPCO INC AND ITS OPERATING AND SUBSID<br>C/O HIH SONG KIM ESQ<br>390 PARK AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 14693 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 13 | CONSTRUCTION SPECIFICATIONS INSTITUTE<br>99 CANAL CENTER PLZ<br>ALEXANDRIA VA 22314 | 01-01139<br>W.R. GRACE & CO. | 2338 | $31,800.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 14 | CONTAINER DEPOT INDUSTRIES<br>8311 FISCHER RD<br>BALTIMORE MD 21222 | 01-01139<br>W.R. GRACE & CO. | 969 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 15 | COSEY, DENNIS B<br>3737 N 11TH ST<br>MILWAUKEE WI 53206 | 01-01139<br>W.R. GRACE & CO. | 1241 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 16 | COURTEMANCHE, LESLIE MARIE<br>97 FELLSMERE ST<br>LYNN MA 01904 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15348 | | | LATE FILED<br>EXPUNGE | SUSTAINED |
| 17 | CUNNINGHAM, VERNON<br>515 WISCONSIN AVE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9826 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 18 | DAGOSTINO, RITA J<br>74 PARIS ST<br>MEDFORD MA 02155 | 01-01139<br>W.R. GRACE & CO. | 1348 | $2,000,000,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 19 | DOT RAIL SERVICE OF INDIANA INC<br>PO BOX 361<br>LA SALLE IL 61301 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15311 | $35,182.19 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 20 | EVCO HOUSE OF HOSE<br>2375 S 300 W<br>SALT LAKE CITY UT 84115 | 01-01139<br>W.R. GRACE & CO. | 2448 | $191.80 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 21 | FORT, AUDREY S<br>1980 CANTON ST<br>MACON GA 31204 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6332 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 22 | FORT, TONY L<br>1980 CANTON ST<br>MACON GA 31204 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6333 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 23 | FW DODGE DIV OF MCGRAW HILL COMPANIES<br>PO BOX 569<br>HIGHTSTOWN NJ 08520 | 01-01140<br>W.R. GRACE & CO.-CONN. | 586 | $3,996.92 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 24 | GOULDS PUMPS INCORPORATED<br>ITT FLUID TECHNOLOGY LAW DEPT<br>10 MOUNTAINVIEW RD 3RD FLR<br>UPPER SADDLE RIVER NJ 07458 | 01-01139<br>W.R. GRACE & CO. | 14219 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 25 | HARLEYS AUTO PARTS INC<br>310 HAMPTON AVE NE<br>AIKEN SC 29801 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1528 | $798.76 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 26 | HASTEN, LINDA N<br>33430 BOWIE ST<br>WHITE CASTLE LA 70788 | 01-01139<br>W.R. GRACE & CO. | 2588 | $20,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 27 | HASTEN, LINDA N<br>33430 BOWIE ST<br>WHITE CASTLE LA 70788 | 01-01140<br>W.R. GRACE & CO-CONN. | 2589 | $20,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 28 | HBE CORPORATION AND/OR ADAMS MARK HOTEL<br>ARMSTRONG TEASDALE LLP<br>ATTN: RICHARD ENGEL JR<br>ONE METROPOLITAN SQ STE 2600<br>SAINT LOUIS MO 63102-2740 | 01-01139<br>W.R. GRACE & CO. | 13031 | UNKNOWN | (U) | EXPUNGE | SUSTAINED |
| 29 | HERNANDEZ, PEDRO<br>PO BOX 8267<br>PONCE PR 00732-8267 | 01-01139<br>W.R. GRACE & CO. | 15321 | $61,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 30 | HEYWARD, GLORIA J<br>C/O GLORIA HEYWARD<br>3615 BLUE RIDGE EXT #10<br>GRANDVIEW MO 64030 | 01-01139<br>W.R. GRACE & CO. | 8689 | BLANK<br>BLANK | (P)<br>(U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 31 | IDLEBURGH, SAMUEL<br>3893 N 4TH ST<br>MILWAUKEE WI 53212 | 01-01139<br>W.R. GRACE & CO. | 1015 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 32 | INDIANAPOLIS DRUM SERVICE DIV OF CDS INC<br>PO BOX 16141<br>LUDLOW KY 41016 | 01-01139<br>W.R. GRACE & CO. | 15347 | $200.63 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 33 | INDOPCO INC AND ITS OPERATING AND SUBSID<br>C/O HIH SONG KIM ESQ<br>390 PARK AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 14694 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 34 | KELLEY, KEITH<br>1600 W CARSON ST # 201<br>TORRANCE CA 90501 | 01-01139<br>W.R. GRACE & CO. | 1286 | $4,500.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 35 | KERR, ED<br>1308 EVANGELINE<br>DEARBORN HEIGHTS MI 48127 | 01-01139<br>W.R. GRACE & CO. | 1006 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 36 | KRESGE, KRISTI<br>1900 TOWNSEND AVE<br>HELENA MT 59601 | 01-01139<br>W.R. GRACE & CO. | 5995 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 37 | LINDSEY, JERRY L<br>4801 BASSWOOD DR<br>CHATTANOOGA TN 37416 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1651 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 38 | LUCAS, MELVINA Y<br>9411 ATLANTIC ST<br>MIRAMAR FL 33025 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5335 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 39 | LUGO, JESUS F<br>150 BUCK OWEN RD<br>SENECA SC 29678 | 01-01139<br>W.R. GRACE & CO. | 2746 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 40 | LUMMUS SUPPLY COMPANY INC.<br>1554 BOLTON RD<br>ATLANTA GA 30331 | 01-01139<br>W.R. GRACE & CO. | 923 | $269.78 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 41 | LUNA JR, APOLINAR<br>8319 N 22 LN<br>MCALLEN TX 78504 | 01-01139<br>W.R. GRACE & CO. | 1735 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 42 | MARTIN, J E<br>PO BOX 146<br>CROSS ANCHOR SC 29331 | 01-01139<br>W.R. GRACE & CO. | 7097 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 43 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2415 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 44 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2416 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 45 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2417 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 46 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2418 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 47 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2419 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 48 | MASSEY, GRANGER<br>297 RIVER RD<br>ENOREE SC 29335 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 13746 | BLANK | (P) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 49 | MATSON NAVIGATION COMPANY INC<br>4605 E ELWOOD ST STE 500<br>PHOENIX AZ 85040 | 01-01139<br>W.R. GRACE & CO. | 2408 | $324.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 50 | MAYER, CARMELITA<br>7251 W FITCH<br>CHICAGO IL 60631 | 01-01139<br>W.R. GRACE & CO. | 2142 | $750.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 51 | MOFFATT THOMAS BARRETT ROCK & FIELDS CHT<br>C/O CASEY ROBERTSON<br>101 S CAPITOL 10TH FLR<br>BOISE ID 83702 | 01-01139<br>W.R. GRACE & CO. | 2713 | $1,247.56 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 52 | NATL BUSINESS FURNITURE<br>735 NORTH WATER ST<br>PO BOX 514052 | 01-01140<br>W.R. GRACE & CO.-CONN. | 371 | $4,327.65 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 53 | NATL BUSINESS FURNITURE<br>735 N WATER ST<br>PO BOX 514052<br>MILWAUKEE MD 53203 | 01-01139<br>W.R. GRACE & CO. | 377 | $365.04 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 54 | NLB CORP<br>ATTN JULIE KEYES<br>29830 BECK RD<br>WIXOM MI 48393-2824 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3258 | $725.72 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 55 | NORTH BROWARD HOSPITAL DISTRICT<br>ATTN: WENDY ENNIS-VOLCY ESQ<br>LEGAL ACCTS DEPT<br>1608 SE 3RD AVE<br>FORT LAUDERDALE FL 33316 | 01-01139<br>W.R. GRACE & CO. | 1560 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 56 | OVERBY, LORETTA L<br>BOX 545<br>RANDLE WA 98377-0545 | 01-01139<br>W.R. GRACE & CO. | 3524 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 57 | PHILLIPS, PATTI<br>3756 CASEYS COVE<br>ELLENWOOD GA 30294 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1178 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 58 | POTTS, JACQUELYN<br>10736 SYCAMORE TER<br>KANSAS CITY MO 64134 | 01-01139<br>W.R. GRACE & CO. | 8542 | BLANK<br>BLANK | (P)<br>(U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority    (U) - Unsecured

Page 5 of 7

In re: W.R. GRACE & CO., et al
OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|---|
| 59 | ROBINSON, JAMES L<br>1943 W KNEELAND ST<br>MILWAUKEE WI 53205 | 01-01140 | W.R. GRACE & CO.-CONN. | 1621 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 60 | ROGERS, DELORIS M<br>PO BOX 2447<br>BATON ROUGE LA 70821 | 01-01139 | W.R. GRACE & CO. | 1889 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 61 | SAN FRANCISCO GRAVEL COMPANY<br>552 BERRY ST<br>SAN FRANCISCO CA 94107 | 01-01139 | W.R. GRACE & CO. | 3527 | $8,000,000,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 62 | SCRUGGS, CARNELL<br>3757 FAULKNER DR<br>NASHVILLE TN 37211 | 01-01139 | W.R. GRACE & CO. | 3363 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 63 | SOUTHER TANK TRANSPORT<br>PO BOX 327<br>HARLEYVILLE SC 29448 | 01-01139 | W.R. GRACE & CO. | 2978 | $1,037.60 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 64 | STATE BOARD OF EQUILIZATION<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 | 01-01179 | W.R. GRACE CAPITAL CORPORATION | 15338 | $21,140.85 | (P) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 65 | STATE OF CALIFORNIA STATE BOARD OF EQUALIZATION<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 | 01-01179 | W.R. GRACE CAPITAL CORPORATION | 15323 | $89,042.08 | (P) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 66 | STROMQUIST & COMPANY<br>PO BOX 724688<br>ATLANTA GA 31139 | 01-01140 | W.R. GRACE & CO.-CONN. | 1677 | $78.51 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 67 | THE BRANCH GROUP INC TA REXEL COMMERCE<br>SILVERMAN & ASSOCIATES CHTD<br>11300 ROCKVILLE PIKE #908<br>ROCKVILLE MD 20852 | 01-01140 | W.R. GRACE & CO.-CONN. | 589 | $3,426.94 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 68 | THE BRANCH GROUP, INC<br>T/A REXEL COMMERCE<br>SILVERMAN & ASSOCIATES, CHTD.<br>11300 ROCKVILLE PIKE STE 908<br>NORTH BETHESDA MD 20852 | 01-01139 | W.R. GRACE & CO. | 880 | $3,656.43 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 69 | THE SHERWIN-WILLIAMS COMPANY<br>313 TECHNOLOGY DR<br>MALVERN PA 19355 | 01-01139 | W.R. GRACE & CO. | 1533 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 70 | THOMSEN, BETSY<br>5215 SE DIVISION ST<br>PORTLAND OR 97206 | 01-01139<br>W.R. GRACE & CO. | 3565 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 71 | TRAINOR, GLENICE W<br>PO BOX 935<br>STUART FL 34995 | 01-01139<br>W.R. GRACE & CO. | 1264 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 72 | TULLOCH, RUDOLPH G<br>521 WILLOWCREEK CT<br>SIMPSONVILLE SC 29681 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1283 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 73 | TURF DYNAMICS<br>C/O DON HOLDAWAY<br>4450 S CHEROKEE ST<br>ENGLEWOOD CO 80110 | 01-01139<br>W.R. GRACE & CO. | 15312 | $809.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 74 | UNILEVER UNITED STATES INC AND ITS OPERA<br>C/O HIH SONG KIM ESQ<br>390 PARK AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 14695 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 75 | WATSON-LENARD, SANDRA J<br>1303 NE SOUTH ST<br>JENSEN BEACH FL 34994 | 01-01139<br>W.R. GRACE & CO. | 1076 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 76 | WILSON MOVING & STORAGE CO INC<br>CHUCK WILSON<br>885 BAILEY AVE<br>BUFFALO NY 14206 | 01-01139<br>W.R. GRACE & CO. | 1360 | $30.63 | (S) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 77 | WILSON, MARCUS R<br>2201 DICKENS ST<br>MOBILE AL 36617 | 01-01139<br>W.R. GRACE & CO. | 15339 | BLANK | (T) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 78 | WILSON, MARCUS R<br>2201 DICKENS ST<br>MOBILE AL 36617 | 01-01139<br>W.R. GRACE & CO. | 15339 | BLANK | (T) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 79 | WILSON, MARCUS ROZHIA<br>2201 DICKENS STREET<br>MOBILE AL 36617 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15340 | | | LATE FILED<br>EXPUNGE | SUSTAINED |
| 80 | WR GRACE & CO<br>C/O TIM PURDUE<br>FULTON STATE HOSPITAL<br>600 E 5TH<br>FULTON MO 65251-1798 | 01-01139<br>W.R. GRACE & CO. | 2157 | $5,000.00 | (S) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
  (P) - Priority   (U) - Unsecured

Hearing Date: May 24, 2004

# In re: W.R. GRACE & CO., et al

## OMNIBUS 3 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | ASHLAND INCORPORATED<br>C/O COLLECTION DEPT DS3<br>PO BOX 2219<br>COLUMBUS OH 43216<br>Relief Requested: EXPUNGE | 01-01139 | 2711 | $32,032.35 | (U) | ASHLAND INCORPORATED<br>PO BOX 2219<br>COLLECTION DEPT DS3<br>COLUMBUS OH 43216 | 01-01139 | 15349 | $40,641.07 | (U) |
| 2 | BALTIMORE GAS AND ELECTRIC COMPANY<br>PO BOX 1475<br>BALTIMORE MD 21203<br>Relief Requested: EXPUNGE | 01-01139 | 3079 | $729,713.58 | (U) | BALTIMORE GAS AND ELECTRIC COMPANY<br>PO BOX 1475<br>BALTIMORE MD 21203 | 01-01139 | 15320 | $179,719.73 | (U) |
| 3 | COMPUTER TASK GROUP INC<br>ATTN: MARK STUHMILLER<br>800 DELAWARE AVE<br>BUFFALO NY 14209<br>Relief Requested: EXPUNGE | 01-01140 | 177 | $16,376.00 | (U) | COMPUTER TASK GROUP INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139 | 649 | $4,380.00 | (U) |
| 4 | CONDEA VISTA COMPANY<br>PO BOX 74708<br>CHICAGO IL 60694-4708<br>Relief Requested: EXPUNGE | 01-01140 | 337 | $37,375.20 | (U) | SASOL NORTH AMERICA INC<br>PO BOX 74708<br>CHICAGO IL 60694-4708 | 01-01139 | 15359 | $37,375.20 | (U) |
| 5 | DALLAS COUNTY<br>C/O ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>DALLAS TX 75201-2644<br>Relief Requested: EXPUNGE | 01-01139 | 1992 | $3,914.13 | (S) | DALLAS COUNTY<br>C/O ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST, SUITE 1600<br>DALLAS TX 75201 | 01-01139 | 15313 | $6,076.05 | (S) |
| 6 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA<br>STOP ROOM 1140<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01198 | 509 | $77,484,675.40<br>$5,887.05 | (P)<br>(U) | DEPARTMENT OF THE TREASURY-INTERNAL<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01198 | 15361 | $35,245,049.60 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
  (P) - Priority         (U) - Unsecured

Page 1 of 5

# In re: W.R. GRACE & CO., et al

## OMNIBUS 3 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 7 | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01140<br>Relief Requested: EXPUNGE | 463 | $198,765,753.35<br>$34,411.52 | (P)<br>(U) | DEPT OF THE TREASURY-INTRNAL REVENUE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01140 | 830 | $311,165,753.35<br>$34,411.52 | (P)<br>(U) |
| 8 | ENTERGY GULF STATES INC<br>MAIL UNIT LJEF359<br>PO BOX 6008<br>NEW ORLEANS LA 70174 | 01-01139<br>Relief Requested: EXPUNGE | 406 | $637,294.92 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ENTERGY GULF STATES INC<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9192 | $637,294.92 | (U) |
| 9 | FIDELITY & DEPOSIT CO. OF MARYLAND<br>5026 CAMPBELL BLVD SUITE C<br>BALTIMORE MD 21236 | 01-01140<br>Relief Requested: EXPUNGE | 593 | $56,894.70 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF FIDELITY & DEPOSIT OF MARYLAND<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9185 | $56,894.70 | (U) |
| 10 | GE INDUSTRIAL SYSTEMS<br>41 WOODFORD AVE<br>PLAINVILLE CT 06062-2334 | 01-01140<br>Relief Requested: EXPUNGE | 344 | $22,389.88 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF GENERAL ELECTRIC CO<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9189 | $22,389.88 | (U) |
| 11 | HERCULES INCORPORATED<br>1313 N MARKET ST<br>WILMINGTON DE 19894-0001 | 01-01140<br>Relief Requested: EXPUNGE | 363 | $137,372.25 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF HERCULES INC<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9193 | $137,372.25 | (U) |
| 12 | INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, ROOM N-203<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204 | 01-01139<br>Relief Requested: EXPUNGE | 15305 | $1,131,073.61<br>$114,650.59 | (P)<br>(U) | INDIANA DEPARTMENT OF REVENUE<br>100 N SENATE AVE<br>BANKRUPTCY SECTION ROOM N-203<br>INDIANAPOLIS IN 46204 | 01-01139 | 15355 | $403,130.64<br>$40,348.43 | (P)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured

## In re: W.R. GRACE & CO., et al

## OMNIBUS 3 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 13 | INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTSY SECTION RM N-203<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204<br>Relief Requested: EXPUNGE | 01-01139 | 15319 | $1,131,073.61<br>$114,650.59 | (P)<br>(U) | | INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, ROOM N-203<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204 | 01-01139 | 15305 | $1,131,073.61<br>$114,650.59 | (P)<br>(U) |
| 14 | LOS ANGELES COUNTY TAX COLLECTOR<br>ATTN: ELIZABETH MCDANIEL<br>PROPERTY TAX DIVISION<br>PO BOX 54018<br>LOS ANGELES CA 90054-0018<br>Relief Requested: EXPUNGE | 01-01139 | 2308 | $30,426.53 | (S) | | LOS ANGELES COUNTY TAX COLLECTOR<br>PO BOX 54018<br>ATTN CAROLYNE HEAROD<br>LOS ANGELES CA 90054-0018 | 01-01139 | 15368 | $8,551.03 | (S) |
| 15 | MASSACHUSETTS DEPARTMENT OF REVEN<br>C/O ANNE CHAN<br>BOX 55484<br>BOSTON MA 02205-5484<br>Relief Requested: EXPUNGE | 01-01140 | 4081 | $35,434,634.69 | (P) | | THE COMMONWEALTH OF MASSACHUSETTS<br>C/O ANNE CHAN<br>TAX EXAMINER<br>BOX 55484<br>BOSTON MA 02205-5484 | 01-01140 | 15333 | $35,423,945.06 | (P) |
| 16 | NEW YORK STATE DEPT OF TAXATION<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300<br>Relief Requested: EXPUNGE | 01-01146 | 850 | $8,072.09<br>$22,368.97 | (P)<br>(U) | | NY STATE DEPT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01146 | 15316 | $7,509.78<br>$4,127.62 | (P)<br>(U) |
| 17 | NEW YORK STATE DEPT OF TAXATION & FI<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300<br>Relief Requested: EXPUNGE | 01-01139 | 2704 | $114,257.19 | (U) | | NEW YORK STATE DEPT OF TAXATION & FIN<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01139 | 15165 | $267,817.79 | (U) |
| 18 | NEW YORK STATE DEPT OF TAXATION AND<br>BANCKRUPTSY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300<br>Relief Requested: EXPUNGE | 01-01140 | 2705 | $465.83<br>$10.41<br>$467.00 | (S)<br>(P)<br>(U) | | NEW YORK STATE DEPARTMENT OF TAXATI<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01140 | 15350 | $465.83 | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

# In re: W.R. GRACE & CO., et al

## OMNIBUS 3 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 19 | OEC FLUID HANDLING INC<br>PO BOX 2807<br>SPARTANBURG SC 29304<br>Relief Requested: EXPUNGE | 01-01140 | 15354 | $61,685.11 | (U) | OEC FLUID HANDLING INC<br>PO BOX 2807<br>SPARTANBURG SC 29304 | 01-01140 | 7592 | $61,685.11 | (U) |
| 20 | STATE OF CALIFORNIA STATE BOARD OF E<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055<br>Relief Requested: EXPUNGE | 01-01179 | 15323 | $89,042.08 | (P) | STATE BOARD OF EQUALIZATION<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 | 01-01179 | 15338 | $21,140.85 | (P) |
| 21 | STATE OF MONTANA DEPT OF ENVIRONME<br>C/O ATTORNEY GENERAL<br>BANKRUPTCY UNIT<br>PO BOX 201440<br>HELENA MT 59620-1440<br>Relief Requested: EXPUNGE | 01-01140 | 6100 | $39,000.00<br>$8,471,022.16 | (S)<br>(U) | STATE OF MONTANA DEPT OF ENVIRONMEN<br>ATTORNEY GENERAL<br>BANKRUPTCY UNIT<br>PO BOX 201440<br>HELENA MT 59620-1440 | 01-01140 | 15296 | $39,000.00<br>$8,471,022.16 | (S)<br>(U) |
| 22 | STATE OF NEW JERSEY DEPARTMENT OF T<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245<br>Relief Requested: EXPUNGE | 01-01140 | 15351 | $258,629.24 | (A) | STATE OF NEW JERSEY DEPARTMENT OF T<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140 | 15324 | $258,629.24 | (A) |
| 23 | STATE OF NEW JERSEY DEPT OF TREASUR<br>DIV OF TAXATION<br>PO BOX 245<br>TRENTON NJ 06895-0245<br>Relief Requested: EXPUNGE | 01-01140 | 785 | $116,629.24 | (A) | STATE OF NEW JERSEY DEPARTMENT OF T<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140 | 15324 | $258,629.24 | (A) |
| 24 | TN DEPT OF ENVIR & CONSERV<br>C/O TN ATTY GENERAL<br>BANKRUPTCY & COLLECTIONS DIV<br>PO BOX 202007<br>NASHVILLE TN 37202-0207<br>Relief Requested: EXPUNGE | 01-01139 | 18 | $1,729.58 | (U) | TN DEPT OF ENVIRONMENT AND CONSERVA<br>C/O TN ATTY GENERAL<br>BANKRUPTCY DIV<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 01-01139 | 12791 | $12,667.05 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 25 TURF DYNAMICS<br>C/O DON HOLDAWAY<br>4450 S CHEROKEE ST<br>ENGLEWOOD CO 80110 | 01-01139<br>Relief Requested: EXPUNGE | 15312 | $809.00 | (U) | TURF DYNAMICS<br>ATTN: DON HOLDAWAY<br>4450 S CHEROKEE ST<br>ENGLEWOOD CO 80110 | 01-01139 | 1536 | $809.00 | (U) |
| 26 US DEPT OF COMMERCE BUREAU OF INDUS<br>ATTN: CHRISTINE LEE<br>14TH ST & CONSTITUTION AVE NW RM 3839<br>WASHINGTON DC 20230 | 01-01140<br>Relief Requested: EXPUNGE | 5524 | $561,000.00 | (U) | US DEPT OF COMMERCE BUREAU OF INDUS<br>14TH ST & CONSTITUTION AVE NW RM 3839<br>ATTN: CHRISTINE LEE<br>WASHINGTON DC 20230 | 01-01140 | 15342 | $178,500.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalities and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative        (S) - Secured
(P) - Priority                (U) - Unsecured