**EXHIBIT 2**

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG040131**

| Expense Type | Amount |
|---|---:|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $390.05 |
| Postage/Shipping | $17.93 |
| Printing | $69.96 |
| **Total** | **$1,327.94** |

| Inv # | Client | Date | Vendor | Amount | Expense TypeID | Description |
|---|---|---|---|---|---|---|
| WRG040131 | WR Grace | 1/30/04 | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG040131 | WR Grace | 1/30/04 | BMC | $390.05 | Document Storage | 269 boxes |
| WRG040131 | WR Grace | 1/27/04 | Fed Ex | $17.93 | Postage/Shipping | Michelle Dalson Tracking ID 791132005060 |
| WRG040131 | WR Grace | 1/31/04 | BMC | $69.96 | Printing | document printing 1749 pages |

**TOTAL:** $1,327.94