**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **February 2004** | | | | | | |
| **Asbestos Claims** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 0.3 | $63.00 | Discussion w/ B Kasser re: property damage data to be transferred |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 0.4 | $84.00 | Email to B Kasser re: property damage data, data fields document and Rust data specs |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 0.3 | $63.00 | Discussion w/ J Rivenbark re: property damage report fomat |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 0.6 | $126.00 | Review and designation of property damage data to be transferred to CD |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 0.5 | $105.00 | Review property damage data CD (.3) and prep corresp to send to Grace via FedEx (.2) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/4/2004 | 0.7 | $147.00 | Review property damage reports (.5), communicate changes to M Grimmett (.2) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/4/2004 | 0.5 | $105.00 | Review final property damage reports (.4); prep corresp to send to Grace (.1) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/18/2004 | 0.2 | $42.00 | Discussion w/ B Kasser re: property damage objection and data transfer status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/18/2004 | 2.0 | $420.00 | Review medical monitoring claims images and bLinx data for docketing/programming errors |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/19/2004 | 1.0 | $210.00 | Review property damage claims for proper status/substatus (.6); make corrections as necessary based on objection status (.4) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/19/2004 | 4.0 | $840.00 | Asbestos research |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/24/2004 | 1.0 | $210.00 | Analyze property damage claims with Invalid Claim Form objections |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/25/2004 | 1.0 | $210.00 | Investigation and response to T Feil re: asbestos codefendant schedules & claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/25/2004 | 0.6 | $126.00 | Asbestos database research per T Feil inquiry |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/26/2004 | 1.0 | $210.00 | Investigation re: Grace Bar Date Notice mailing to asbestos parties |
| | | Asbestos Claims Total: | | 14.1 | $2,961.00 | |
| **Case Administration** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/2/2004 | 0.2 | $39.00 | Review and respond to e-memo from Sue Herrschaft re claims transfer issues |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 0.3 | $63.00 | Email to M John re: Grace transfer status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 0.2 | $42.00 | Discussion w/ T Feil re: final review of case number discrepancy notice |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 0.3 | $63.00 | Discussion w/ B Kasser re: inability to open property damage data file |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 0.5 | $105.00 | Compile documents in preparation for follow up meeting w/ M John re: Grace transfer status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 0.2 | $42.00 | Discussion w/ M John re: transfer claim issues |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 0.3 | $63.00 | Discussion w/ T Feil re: case number discrepancy notice modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 0.5 | $105.00 | Complete changes to case number discrepancy notice per T Feil's suggestions |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 0.4 | $84.00 | Reply to C Lane re: case number discrepancy issue and notice |

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **February 2004** | | | | | | |
| **Case Administration** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 0.3 | $63.00 | Email to J Rivenbark confirming completion of trade claims reconciliation modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/4/2004 | 0.3 | $63.00 | Email to C Lane re: objection responses |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/4/2004 | 0.2 | $42.00 | Discussion w/ M Dalsin re: status of claim request by claimant |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/4/2004 | 0.3 | $63.00 | Discussion w/ J Rivenbark - follow up re: claim discrepancy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/4/2004 | 0.3 | $63.00 | Investigation re: status of claim requesed by claimant |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/5/2004 | 0.3 | $58.50 | Respond to inquiries from Sue Herrschaft re BMC handling claims transfer in place of Rust, and review proposed 20-day notice and transmittal letter |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/5/2004 | 0.3 | $63.00 | Discussion w/ M John re: finalization of Grace transfer process and documents |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/5/2004 | 0.5 | $105.00 | Email to M Dalsin containing Grace customized transfer notices for review and approval |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/5/2004 | 1.5 | $315.00 | Transfer modifications per discussion w/ M John confirming process |
| BRIANNA TATE - CASE_INFO | | $45.00 | 2/5/2004 | 0.1 | $4.50 | Telephone with Holly Potts at (877) 763-8181 / RE: has questons over claims and objections |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 2/6/2004 | 1.1 | $104.50 | Review Court Docket Report and pull all new transfer notices. Report all findings to Project Manager. |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 2/6/2004 | 0.2 | $19.00 | Meeting with Lead Consultant to discuss status of Transfer Notices and determine proper goal in finalizing all pending Transfer Notices. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/6/2004 | 0.3 | $63.00 | Discussion w/ M Dalsin re: Grace custom transfer notices |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/6/2004 | 1.5 | $315.00 | Court docket review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/6/2004 | 0.5 | $105.00 | Prepare final transfer notice documents (.3) and discussion w/ L Ruppaner re: history and transfer process for new transfers (.2) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/6/2004 | 1.0 | $210.00 | General file organization and case maintenance |
| BRIANNA TATE - CASE_INFO | | $45.00 | 2/6/2004 | 0.1 | $4.50 | Telephone with Pat O'Dwider at (780) 992-1199 / RE: No answer. No message left. Try back. |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 2/10/2004 | 0.2 | $19.00 | Discuss with Case Support Associate on Plan for researching and executing Claim Transfer Assignment. |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/10/2004 | 0.5 | $45.00 | Modify transfer notices for merge fields & to reflect debtor & court |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 2/11/2004 | 0.8 | $76.00 | Review Court Docket Report and retrieve any items related to Claims or Transfer Notices. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/11/2004 | 0.4 | $84.00 | Review claims sent to BMC by Grace |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/11/2004 | 0.3 | $63.00 | Discussion w/ A Wick re: BERT exception reporting |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/11/2004 | 0.3 | $63.00 | Discussion w/ A Keeny, L Ruppaner re: transfer status |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/11/2004 | 0.6 | $54.00 | Review & download court docket listing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/12/2004 | 0.3 | $63.00 | Discussion w/ A Keeny, L Ruppaner, J Bartlett re: transfer policy and procedures |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/12/2004 | 0.2 | $42.00 | Discussion w/ M John re: verification of transfer policy and procedures |

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **February 2004** | | | | | | |
| **Case Administration** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/12/2004 | 0.5 | $105.00 | Discussion w/ S Burnett re: Grace status |
| JAMES MYERS - CAS | | $65.00 | 2/13/2004 | 0.1 | $6.50 | 21: notarize declarations of J Hasenzahl |
| JAMES MYERS - CAS | | $65.00 | 2/13/2004 | 0.1 | $6.50 | 21: notarize POS's of Y Hassman |
| JAMES MYERS - CAS | | $65.00 | 2/13/2004 | 0.4 | $26.00 | 21: BMC fee appls: Set up noticing system/production folder/instructions |
| JAMES MYERS - CAS | | $65.00 | 2/13/2004 | 0.1 | $6.50 | 21: BMC Fee Appls: Prep electronic version of doc as served and transmit copy to Call Center |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/13/2004 | 1.0 | $210.00 | Court docket review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/13/2004 | 0.5 | $105.00 | Review prep of reports for M Dalsin telecon |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/13/2004 | 0.7 | $147.00 | Communication to M Dalsin re: reports containing expunged, reduced and reclassified claims for claims register update |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/13/2004 | 1.1 | $165.00 | Assist noticing staff in re-enabling enotice account, prep of noticing production folders, transfer of documents to FTP server, and verifying of enotice delivery. |
| YVETTE HASSMAN - CAS | | $90.00 | 2/13/2004 | 0.1 | $9.00 | 21 Review e-mail from Martha Araki re service of WR Grace Fee Apps via e-mail and fed ex |
| BELINDA RIVERA - CAS | | $45.00 | 2/13/2004 | 0.5 | $22.50 | 21 Preparation and Service of enotice re: BMC Fee Applications to 15 Affected Parties |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/16/2004 | 0.1 | $11.00 | Update mailfile data to master service list in SQL database |
| BRIANNA TATE - CASE_INFO | | $45.00 | 2/16/2004 | 0.1 | $4.50 | Telephone with Ulandi Teubes of EVS Environmental Cunsultants at (604) 986-4331 / RE: Wanted to know why her company received a notice of defective transfer. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 0.3 | $63.00 | Communication w/ J Hasenzahl re: Grace project evaluation process |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 0.5 | $105.00 | Review agenda items for 2/23 hearing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 0.2 | $42.00 | Discussion w/ M Salazar re: Grace/K&E/asbestos contacts |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 0.3 | $63.00 | Discussion w/ A Wick and investigation into docket/upload discrepancies |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 0.4 | $84.00 | Discussion w/ S Burnett re: review of newly uploaded claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 0.2 | $42.00 | Discussion w/ A Keeny re: call center followup of creditor call |
| BRIANNA TATE - CASE_INFO | | $45.00 | 2/17/2004 | 0.1 | $4.50 | Telephone with Pat Flood at (602) 262-5817 / RE: Wanted to know why he received a notice of defective transfer. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/18/2004 | 0.2 | $42.00 | Discussion w/ M Dalsin re: claims register update |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/18/2004 | 0.3 | $63.00 | Discussion w/ M Grimmett re: pdf conversion to data file for claims register update |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/18/2004 | 0.3 | $63.00 | Discussion w/ A Schrepfer re: call from claimant related to defective transfer |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/18/2004 | 0.2 | $42.00 | Discussion w/ M John re: resolution of defective transfer issue |

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **February 2004** | | | | | | |
| **Case Administration** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/18/2004 | 0.3 | $63.00 | Discussion w/ M Grimmett re: medical monitoring revisions |
| BRIANNA TATE - CASE_INFO | | $45.00 | 2/18/2004 | 0.1 | $4.50 | Telephone with Ulandi Teubes at (604) 986-4331 / RE: has questions over defective transfer |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/19/2004 | 0.3 | $63.00 | Email to Rust re: resolution of defective transfer issue and change of address |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/19/2004 | 0.3 | $63.00 | Discussion w/ A Keeny re: instructions for processing transfer info and change of address |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/19/2004 | 0.2 | $42.00 | Discussion w/ M John re: transfer processing policy |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/19/2004 | 0.2 | $18.00 | Update Creditor Matrix list |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/20/2004 | 0.2 | $42.00 | Email to M Booth re: settlement process |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/20/2004 | 1.0 | $210.00 | Court docket review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/20/2004 | 0.7 | $147.00 | General case management, organization and planning |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 2/23/2004 | 0.1 | $9.50 | Meet and Discuss status of Transfer Notices with Case Support Associate. Read and note all updates for further reporting purposes. |
| MIKE BOOTH - MANAGER | | $165.00 | 2/23/2004 | 0.2 | $33.00 | Draft, review & reply to e-mail from Sue H. regarding settlement stip letters. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/23/2004 | 0.3 | $63.00 | Discussion w/ M Grimmett re: Reporting Tool testing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/23/2004 | 0.3 | $63.00 | Discussion w/ M Salazar re: K&E asbestos contacts |
| BRIANNA TATE - CASE_INFO | | $45.00 | 2/23/2004 | 0.1 | $4.50 | Telephone with Valdimir Jelisavcic at (212) 259-4305 / RE: Wanted to know what the amended amount of the claim was. |
| BRIANNA TATE - CASE_INFO | | $45.00 | 2/23/2004 | 0.1 | $4.50 | Telephone with Valdimir Jelisavcic at (212) 259-4305 / RE: Left a message. |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/23/2004 | 0.2 | $18.00 | Review court docket listing re transfers |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/24/2004 | 0.2 | $42.00 | Discussion w/ S Burnett re: docketing revisions for newly uploaded claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/26/2004 | 0.7 | $147.00 | Investigation re: missing claim and image in bLinx |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/26/2004 | 0.5 | $105.00 | Discussion w/ S Burnett re: Grace strategy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/27/2004 | 0.2 | $42.00 | Discussion w/ M Satuloff re: internal court docket tool |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/27/2004 | 1.0 | $210.00 | Court docket review |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/27/2004 | 0.2 | $18.00 | Forward docket and items re claims to project team |
| | | Case Administration Total: | | 31.0 | $5,626.00 | |
| **Data Analysis** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 0.3 | $63.00 | Discussion w/ M Grimmett re: inability of Grace to open property damage data file |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/4/2004 | 1.4 | $245.00 | Prepare analysis - Active and Inactive property damage claims. Show that claim has objection, or does not. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/4/2004 | 0.7 | $122.50 | Prepare analysis - Active Property Damage claims that do not have an objection. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/4/2004 | 0.4 | $84.00 | Discussion w/ M Grimmett re: property damage reports - format change |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/5/2004 | 0.1 | $11.00 | Update return mail records to b-Linx |

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **February 2004** | | | | | | |
| **Data Analysis** | | | | | | |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/5/2004 | 0.1 | $11.00 | Review weblog data including page count, convert data to billing database |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/6/2004 | 3.9 | $682.50 | Update asbestos reporting tool. Add criteria and report styles. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/6/2004 | 3.8 | $665.00 | Continue to update custom asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/6/2004 | 3.2 | $560.00 | Continue to update custom asbestos reporting tool. Add Asbestos related criteria. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/7/2004 | 3.7 | $647.50 | Update asbestos reporting tool. Add criteria and report styles. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/7/2004 | 2.7 | $472.50 | Continue to update custom asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/8/2004 | 3.6 | $630.00 | Update asbestos reporting tool. Add criteria and report styles. |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 2/11/2004 | 1.8 | $171.00 | Assisted with reviewing report verifying docketing information grouping (.9), and reporting data anomalies with A Wick and discuss actions to be taken (.3), update Deem Status and sub status look up table (.6) |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/11/2004 | 0.1 | $11.00 | Correspond with S Herrschaft concerning update Deem Typing |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/11/2004 | 1.8 | $198.00 | Review report verifying docketing information grouping (1.0), and reporting data anomalies with J Bush, and discuss actions to be taken, (.3), update Deem Status and sub status look up table (.4), e-memo to S Herrschaft concerning adding new standard values to Status and type table (.1) |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/11/2004 | 0.1 | $11.00 | Create back up copy of b-Linx back end database |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/11/2004 | 0.1 | $11.00 | Create back up copy of b-Linx back end history database |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/11/2004 | 1.2 | $210.00 | Update custom asbestos reporting tool. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/11/2004 | 1.5 | $315.00 | Review and correct items related to BERT reports claims exceptions |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/12/2004 | 2.0 | $350.00 | Update asbestos reporting tool. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/12/2004 | 0.4 | $84.00 | Update Rust data upload spreadsheet |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 2/13/2004 | 0.5 | $47.50 | Extract, process, reformat medical monitoring data to migrate data to b-Linx. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/13/2004 | 0.8 | $168.00 | Review Rust change files and new claims upload |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/17/2004 | 0.2 | $22.00 | Update incomplete addresses of claim 15363 and 15362 at request of S Herrschaft |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/17/2004 | 2.0 | $350.00 | Update asbestos reporting tool. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 1.0 | $210.00 | Review Rust change files |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/18/2004 | 0.1 | $11.00 | Update original deemID in table docket for claims uploaded |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/18/2004 | 2.0 | $350.00 | Update asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/19/2004 | 3.2 | $560.00 | Continue to update asbestos reporting module |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/19/2004 | 3.9 | $682.50 | Update asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/20/2004 | 2.2 | $385.00 | Continue to update asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/20/2004 | 3.9 | $682.50 | Update asbestos reporting tool. |

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **February 2004** | | | | | | |
| **Data Analysis** | | | | | | |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/21/2004 | 3.9 | $682.50 | Update asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/22/2004 | 2.0 | $350.00 | Update asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/23/2004 | 3.8 | $665.00 | Update Custom asbestos reports. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/24/2004 | 2.6 | $455.00 | Update Custom asbestos reports. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/24/2004 | 2.3 | $402.50 | Continue to update Custom asbestos reports. |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 2/25/2004 | 0.5 | $47.50 | Preparation of report verifying docketing, amount, image and creditor information grouping. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/25/2004 | 3.1 | $542.50 | Update Custom asbestos reports. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/25/2004 | 1.0 | $210.00 | Review exception reports and investigate |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/26/2004 | 0.5 | $105.00 | Update Rust data upload spreadsheet |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/28/2004 | 2.3 | $402.50 | Update reporting detail. Add new asbestos report. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/28/2004 | 1.7 | $297.50 | Continue to update reporting detail. Add new asbestos report. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 2/29/2004 | 3.7 | $647.50 | Continue to update reporting detail. Add new asbestos reports. |
| | | Data Analysis Total: | | 80.1 | $13,831.00 | |
| **Fee Applications** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/2/2004 | 0.1 | $21.00 | Analysis of corresp from S Bossay/WH Smith Law re 10th interim project category summaries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/3/2004 | 2.0 | $420.00 | Draft July, Aug and Sept monthly fee apps |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/3/2004 | 0.1 | $21.00 | Prep memo to S Fritz re bios for billers not previously used |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/3/2004 | 0.3 | $63.00 | Analysis of draft production invoices for July, Aug and Sept |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2004 | 1.8 | $378.00 | Analysis of draft category and detail reports re entries reflected in WRG Other category and appropriateness |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2004 | 0.1 | $21.00 | Analysis of memo from S Herrschaft re fee app time entry |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2004 | 0.1 | $21.00 | Prep memo to S Herrschaft re time entry to be deducted |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2004 | 0.1 | $21.00 | Prep memo to D George re removal of WRG Other category due to misuse by billers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2004 | 0.2 | $42.00 | Prep draft activity summary and invoice detail for July |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2004 | 0.2 | $42.00 | Analysis of draft activity summary and invoice detail for July - billing system flux |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2004 | 0.1 | $21.00 | Prep memo to D George re billing system flux-reports don't foot |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/7/2004 | 0.1 | $21.00 | Analysis of memo from D George re revision to billing system for fee apps |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/7/2004 | 1.2 | $252.00 | Analysis of new category and detail reports for 10th Qtr after WRG Other category removed for appropriate recategorization |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/7/2004 | 0.9 | $189.00 | Prep new category reports for 10th Qtr after WRG Other category removed |

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **February 2004** | | | | | | |
| **Fee Applications** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2004 | 2.3 | $483.00 | Revise category designation for certain former WRG Other entries that were placed in WRG Case Admin |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2004 | 0.2 | $42.00 | Prep revised July activity summary and invoice total |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2004 | 0.1 | $21.00 | Prep memo to S Fritz re July totals from fee app system |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2004 | 0.2 | $42.00 | Prep revised Aug activity summary and invoice total |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2004 | 0.1 | $21.00 | Prep memo to S Fritz re Aug totals from fee app system |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2004 | 0.2 | $42.00 | Prep revised Sept activity summary and invoice total |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2004 | 0.1 | $21.00 | Prep memo to S Fritz re Sept totals from fee app system |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2004 | 0.2 | $42.00 | Prep revised 10th Qtr activity summary and invoice total |
| DIANE GEORGE - CONTRACTOR | | $140.00 | 2/9/2004 | 0.6 | $84.00 | Modifications to Fee App categories tool |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/11/2004 | 0.5 | $105.00 | Analysis of revised production invoices and excel extractions for 10th Qtrly fee app |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/11/2004 | 0.5 | $105.00 | Analysis of extracts of time and receipts for 10th Qtrly fee app |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2004 | 0.4 | $84.00 | Analysis of final excel extracts for fees and expenses for 10th Qtr fee app |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2004 | 0.1 | $21.00 | Prep corresp to SL Bossay re 10th Qtr fee extracts |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2004 | 0.1 | $21.00 | Prep memo to S Fritz re invoice expenses not matching receipt extract |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2004 | 2.0 | $420.00 | Revise July, Aug, Sept and 10th Qtr fee apps re individual consultant and biller totals |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.1 | $21.00 | Prep corresp to SL Bossay re July expense extract to be superceded |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.1 | $21.00 | Prep memo to S Fritz re revision to July expense extract to correspond to invoice |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.1 | $21.00 | Analysis of new July expense excel extract |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.1 | $21.00 | Prep corresp to SL Bossay re replacement July expense extract |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.1 | $21.00 | Prep corresp to P Cuniff/PSZYJW re filing BMC 10th Qtrly fee apps |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 1.8 | $378.00 | Prep 10th Qtrly fee application |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.8 | $168.00 | Prep 10th Qtrly fee app exhibits |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.5 | $105.00 | Revise July fee app re biographical information for new billers, recategorized time from WRG Other |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.5 | $105.00 | Revise Aug fee app re biographical information for new billers, recategorized time from WRG Other |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.5 | $105.00 | Revise Sept fee app re biographical information for new billers, recategorized time from WRG Other |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.4 | $84.00 | Prep 10th Qtrly fee app and exhibits - final for filing/service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.3 | $63.00 | Prep July fee app and exhibits - final for filing and service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.3 | $63.00 | Prep Aug fee app and exhibits- final for filing and service |

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **February 2004** | | | | | | |
| **Fee Applications** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.3 | $63.00 | Prep Sept fee app and exhibits - final for filing and service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.5 | $105.00 | Coordination of filing and service of Jul-Sept and 10th Qtrly fee apps |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2004 | 0.4 | $84.00 | Prep affidavits of service July-Sept and 10th Qtrly fee apps |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/13/2004 | 0.2 | $42.00 | Discussion w/ M Araki re: fee application preparation |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2004 | 0.1 | $21.00 | Analysis of corresp from SL Bossay re 10th Qtrly fee app copy, breakout of project categories |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2004 | 0.1 | $21.00 | Analysis of memo from B Rivera re enoticing service of parties with 10th Qtrly fee apps |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2004 | 0.1 | $21.00 | Analysis of memo from B Rivera re M Zaleski and J Waxman emails returned as not found |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2004 | 0.1 | $21.00 | Prep memo to B Rivera re two enotices returned from 10th Qtrly fee app service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2004 | 0.1 | $21.00 | Prep corresp to SL Bossay re pdf of 10th Qtrly fee app transmitted to PSZYJW for filing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2004 | 0.1 | $21.00 | Prep corresp to P Cuniff/PSZYJW re new email parties to replace Zaleski and Waxman |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2004 | 0.1 | $21.00 | Prep corresp to D Carickhoff/PSZYJW re eservice rejected for Zalinski, replacement information |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/17/2004 | 0.2 | $42.00 | Analysis of amended affidavits of service of 10th Qtrly fee apps |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2004 | 0.1 | $21.00 | Analysis of corresp from P Cuniff/PSZYJW re new contact for service at Campbell Levine, apps to be filed 2/18 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2004 | 0.1 | $21.00 | Analysis of memo from Jmyers re amended proofs of service for monthly and 10th qtrly fee apps |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2004 | 0.1 | $21.00 | Prep memo to Jmyers re unable to review amended proofs of service, request analysis by another senior consultant |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2004 | 0.1 | $21.00 | Prep memo to Y Hassman re re-eservice of 10th Qtrly fee apps to new contact at Campbell Levine |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2004 | 0.7 | $147.00 | Prep draft billing detail reports for 11th Qtr to review for prof billing reqts and Court ordered categories |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2004 | 2.8 | $588.00 | Analysis of draft reports for 11th Qtr re compliance with prof billing reqts and Court imposed categories |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2004 | 0.7 | $147.00 | Analysis of 11th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2004 | 1.1 | $231.00 | Revise 11th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/20/2004 | 1.0 | $210.00 | Continue analysis of 11th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/20/2004 | 2.1 | $441.00 | Revise 11th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2004 | 0.8 | $168.00 | Further analysis of 11th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2004 | 1.7 | $357.00 | Further revision to 11th Qtr billing entries for fee app compliance |

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **February 2004** | | | | | | |
| **Fee Applications** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2004 | 0.3 | $63.00 | Discussion w/S Fritz re prep of expenses and production for 11th Qtr, status of 10th Qtr fee apps, hearing date, est date of possible payments on 10th Qtr fees/costs |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2004 | 0.1 | $21.00 | Analysis of Fee Examiner response to BMC's 10th Qtrly fee request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2004 | 0.1 | $21.00 | Analysis of corresp from SL Bossay re BMC 10th Qtrly fee app doesn't appear on docket |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2004 | 0.2 | $42.00 | Analysis of corresp and attachments from SL Bossay re confirmation of numbers for 10th Qtrly fee requests |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2004 | 0.1 | $21.00 | Prep corresp to SL Bossay re filing status of 10th Qtrly fee ap by PSZYJW |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2004 | 0.1 | $21.00 | Prep corresp to P Cuniff/PSZYJW re BMC 10th Qtrly fee app not on docket, need filing confirmation |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/26/2004 | 0.7 | $147.00 | Analysis of 11th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/26/2004 | 1.6 | $336.00 | Revise 11th Qtr billing entries for fee app compliance |
| | | Fee Applications Total: | | 37.3 | $7,791.00 | |
| **Non-Asbestos Claims** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 2.0 | $420.00 | Revise transfer notice for use in Grace case |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 1.0 | $210.00 | Review new transfers obtained from court docket |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/2/2004 | 1.0 | $210.00 | Investigate IRS amending claims not appearing in bLinx per Kirkland & Ellis request |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 2/2/2004 | 1.5 | $225.00 | Audit claims for proper docketing (.6) and correct as necessary (.9). |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 0.8 | $168.00 | Investigation re: claim discrepancy related to potential transfer |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 0.4 | $84.00 | Discussion w. J Rivenbark re: claim discrepancy and results of investigation |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 1.0 | $210.00 | Investigation re: amending IRS claims per Kirkland & Ellis request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 0.5 | $105.00 | Email to C Lane re: investigation and status of amending IRS claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 0.3 | $63.00 | Email to M Dalsin re: amending IRS claims and investigation |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 0.4 | $84.00 | Response to C Lane re: claim 11359 discrepancy and resolution |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 0.2 | $42.00 | Phone call w/ M Dalsin re: IRS claims and changes to claims register |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/3/2004 | 1.2 | $252.00 | Trade claims reconciliation modifications per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/4/2004 | 0.5 | $105.00 | Correction to claim reconciliation based on claim discrepancy follow up |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/4/2004 | 1.2 | $252.00 | Review/correct incorrect substatus on claims w/ withdrawn objections |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/4/2004 | 1.5 | $315.00 | Trade claims reconciliation modifications per Grace request |

# Bankruptcy Management Corporation
### WR GRACE
#### Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **February 2004** | | | | | | |
| **Non-Asbestos Claims** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/5/2004 | 1.2 | $252.00 | Investigate claim reconciliation discrepancy re: invoice amounts |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/5/2004 | 0.5 | $105.00 | Email to J Rivenbark re: claim reconciliation discrepancy resolution |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/5/2004 | 0.3 | $63.00 | Email to C Lane re: Rust investigation of IRS amending claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/5/2004 | 1.5 | $315.00 | Trade claim reconciliation modifications per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/5/2004 | 0.2 | $42.00 | Email to J Rivenbark confirming trade claims reconciliation modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/6/2004 | 2.5 | $525.00 | Finalization of Grace transfer information received and originally process by Rust |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/10/2004 | 0.5 | $45.00 | Review blinx for validity of transfer requests |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/10/2004 | 0.5 | $45.00 | Enter defective transfers into spreadsheet |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/10/2004 | 0.5 | $45.00 | Prepare & mail defective transfer notices |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/10/2004 | 0.5 | $45.00 | Compare Rust spreadsheet of transferred claims to blinx |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/10/2004 | 1.5 | $135.00 | Further preparation and mailing of transfer notices |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 2/11/2004 | 0.2 | $19.00 | Assist with preparation of Transfer Notices and Filing Transfer Notices with the Court Electronically. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/11/2004 | 1.2 | $252.00 | Research and response to A Keeny re: questions related to transfers & amended schedules |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 2/11/2004 | 3.0 | $450.00 | Review corrections to objected claims that have been flagged but not filed in preparation for next round of objections that will be filed. |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/11/2004 | 0.2 | $18.00 | Forward defective claims from Rust spreadsheet to S. Herrschaft for review |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/11/2004 | 0.5 | $45.00 | Enter defective transfers into spreadsheet |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/11/2004 | 0.5 | $45.00 | Prepare & mail defective transfer notices |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/11/2004 | 0.5 | $45.00 | Review blinx for validity of transfer requests |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/11/2004 | 4.0 | $360.00 | Prepare list of all transfer notices from docket listing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/12/2004 | 1.0 | $210.00 | Review transfer notices prepared by A Keeny to be filed with the court |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/12/2004 | 0.5 | $105.00 | Update transfer status spreadsheet |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/12/2004 | 0.5 | $105.00 | Update Contrarian Capital transfer spreadsheet |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/12/2004 | 1.0 | $210.00 | Analysis of docketed transfers not appearing on transfer spreadsheet identified by A Keeny |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/12/2004 | 0.5 | $105.00 | Investigate docket items related to fraudulent transfer claims in response to questions from A Keeny |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 2/12/2004 | 2.0 | $300.00 | Review corrections to objected claims that have been flagged but not filed in preparation for next round of objections that will be filed. |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/12/2004 | 2.0 | $180.00 | Compare transfers on docket to Rust spreadsheet |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/12/2004 | 0.5 | $45.00 | Research transfers missing on spreadsheet and forward to S. Herrschaft |

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice

| Name                              | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **February 2004** ||||||||
| Non-Asbestos Claims |||||||
| SUSAN BURNETT - CONSULTANT | | $150.00 | 2/13/2004 | 3.0 | $450.00 | Run various claims reports as test in preparation for upcoming round of objections to be filed. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 0.8 | $168.00 | Compile claims information for investigation of incorrectly docketed/uploaded claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 1.0 | $210.00 | Research & email to C Lane re: possibly incorrectly flagged duplicate objections |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 1.0 | $210.00 | Complete docketing changes per Rust change files |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 0.3 | $63.00 | Discussion w/ L Ruppaner re: Grace transfer claim status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 0.8 | $168.00 | Trade claims reconciliation modifications per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 0.2 | $42.00 | Email to J Rivenbark re: confirmation of trade claims modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/17/2004 | 0.4 | $84.00 | Email to K Davis re: defective transfer notices sent by BMC |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 2/17/2004 | 1.3 | $195.00 | Review late filed claims uploaded from Rust consulting; reviewing for proper name and address docketing, claim type, amount, class, duplicate and/or amend status, adding any non-substantive objections as necessary and assigning to proper user, changing status and sub-status. |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/17/2004 | 0.5 | $45.00 | Research defective transfer notice reasons and forward to call center |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/18/2004 | 1.0 | $210.00 | Review, investigate & update status/substatus and state for reduced and reclassified claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/18/2004 | 1.0 | $210.00 | Analyze out of balance claims; make corrections as needed |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/18/2004 | 0.4 | $84.00 | Update objections by omni spreadsheet |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/18/2004 | 0.3 | $63.00 | Call to claimant re: inquiry into defective transfer notice |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/18/2004 | 0.6 | $126.00 | Review expunged claims spreadsheet for claims register update; send to Rust |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/19/2004 | 0.5 | $105.00 | Email and follow up call to claimant re: resolution of defective transfer issue |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/19/2004 | 1.2 | $252.00 | Review duplicate claims filed by different parties and supplemental claims identified by Grace |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/19/2004 | 0.4 | $36.00 | Analysis of Transfer claim |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/20/2004 | 0.5 | $105.00 | Review settlement notices for trade claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/20/2004 | 1.0 | $210.00 | Review trade claim assignments and status/substatus (.5); compile list of fully reconciled claims for Grace verification (.5) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/20/2004 | 1.0 | $210.00 | Research & compile list of claims for discussion w/ J Rivenbark due to discrepancy in reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/23/2004 | 0.3 | $63.00 | Discussion w/ M Booth re: trade claim settlement process |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/23/2004 | 0.5 | $45.00 | Prep Transfer claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/24/2004 | 0.4 | $84.00 | Email to C Lane re: proper use of Invalid Claim Form objection |

## Bankruptcy Management Corporation
WR GRACE
Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **February 2004** | | | | | | |
| **Non-Asbestos Claims** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/24/2004 | 0.8 | $168.00 | Changes to flagged objections per Kirkland & Ellis recommendations |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/24/2004 | 1.0 | $210.00 | Review/analyze administrative claims and process for resolution |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/24/2004 | 0.8 | $168.00 | Review newly uploaded claims for accurate level 2 docketing and review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/26/2004 | 1.0 | $210.00 | Update claims order status, docket date per order 5153 |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/26/2004 | 1.0 | $210.00 | Update objection by omni spreadsheet per order 5153 |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/27/2004 | 1.2 | $252.00 | Organize omni exhibits and order files in preparation for noticing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/27/2004 | 1.0 | $210.00 | Prepare documents for 4th omni 2 order noticing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 2/27/2004 | 0.3 | $63.00 | Reply to A Keeny re: re-filed transfer |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/27/2004 | 0.2 | $18.00 | Review court docket listing and download transfer requests |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 2/27/2004 | 1.5 | $135.00 | Analysis of Transfer claims (.5) and prepare and send notices (1.0) |
| | Non-Asbestos Claims Total: | | | 68.5 | $11,938.00 | |
| | February 2004 Total: | | | 231.0 | $42,147.00 | |

# Bankruptcy Management Corporation
## WR GRACE
### Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| | | | Grand Total: | 231.0 | $42,147.00 | |

## Bankruptcy Management Corporation
WR GRACE
Professional Activity Summary
Date Range: 2/1/2004 thru 2/29/2004

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Asbestos Claims** | | | |
|   SR_CONSULTANT | | | |
|     Susan Herrschaft | $210.00 | 14.1 | $2,961.00 |
| | Total: | 14.1 | $2,961.00 |
| **Case Administration** | | | |
|   CAS | | | |
|     James Myers | $65.00 | 0.7 | $45.50 |
|     Yvette Hassman | $90.00 | 0.1 | $9.00 |
|     Belinda Rivera | $45.00 | 0.5 | $22.50 |
|   MANAGER | | | |
|     Myrtle John | $195.00 | 0.5 | $97.50 |
|     Mike Booth | $165.00 | 0.2 | $33.00 |
|   SR_CONSULTANT | | | |
|     Susan Herrschaft | $210.00 | 23.0 | $4,830.00 |
|   CONSULT_DATA | | | |
|     Gunther Kruse | $150.00 | 1.1 | $165.00 |
|   SR_ANALYST | | | |
|     Anna Wick | $110.00 | 0.1 | $11.00 |
|   CASE_SUPPORT | | | |
|     Alison Keeny | $90.00 | 1.7 | $153.00 |
|     Lisa Ruppaner | $95.00 | 2.4 | $228.00 |
|   CASE_INFO | | | |
|     Brianna Tate | $45.00 | 0.7 | $31.50 |
| | Total: | 31.0 | $5,626.00 |
| **Data Analysis** | | | |
|   SR_CONSULT_DATA | | | |
|     Mike Grimmett | $175.00 | 68.8 | $12,040.00 |
|   SR_CONSULTANT | | | |
|     Susan Herrschaft | $210.00 | 5.9 | $1,239.00 |
|   SR_ANALYST | | | |
|     Jacqueline Bush | $95.00 | 2.8 | $266.00 |
|     Anna Wick | $110.00 | 2.6 | $286.00 |
| | Total: | 80.1 | $13,831.00 |
| **Fee Applications** | | | |
|   SR_CONSULTANT | | | |
|     Susan Herrschaft | $210.00 | 0.2 | $42.00 |
|   CONTRACTOR | | | |
|     Martha Araki | $210.00 | 36.5 | $7,665.00 |
|     Diane George | $140.00 | 0.6 | $84.00 |
| | Total: | 37.3 | $7,791.00 |

## Bankruptcy Management Corporation
WR GRACE
Professional Activity Summary
Date Range: 2/1/2004 thru 2/29/2004

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Non-Asbestos Claims** | | | |
|   SR_CONSULTANT | | | |
|     Susan Herrschaft | $210.00 | 42.7 | $8,967.00 |
|   CONSULTANT | | | |
|     Susan Burnett | $150.00 | 10.8 | $1,620.00 |
|   CASE_SUPPORT | | | |
|     Alison Keeny | $90.00 | 14.8 | $1,332.00 |
|     Lisa Ruppaner | $95.00 | 0.2 | $19.00 |
| Total: | | 68.5 | $11,938.00 |
| **Grand Total:** | | 231.0 | $42,147.00 |