**EXHIBIT 2**

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG040229**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | |
| | $850.00 |
| Document Storage | |
| | $391.50 |
| Postage/Shipping | |
| | $18.64 |
| **Total** | **$1,260.14** |

| Inv # | Client | Date | Vendor | Amount | Expense TypeID | Description |
|---|---|---|---|---|---|---|
| WRG040229 | WR Grace | 2/2/04 | Fed Ex | $18.64 | Postage/Shipping | Barbara Kasser Tracking ID 790045297089 |
| WRG040229 | WR Grace | 2/27/04 | BMC | $391.50 | Document Storage | 270 boxes |
| WRG040229 | WR Grace | 2/29/04 | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |

**TOTAL:**                                                    **$1,260.14**



**bmc**
Bankruptcy Management Corporation
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 2/13/2004
**Invoice #:** 021-20040213-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | BMC Fee Applications MF 7800/7799/7802 | 188 / 19 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | Expedited Mail Handling | 3 Pieces @ $2.50 each | $7.50 |
| | | | | FedEx (at cost) | 3 Pieces @ $15.44 each | $46.32 |
| | | | Production | Copy | 564 Pieces @ $.15 each | $84.60 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Stuff/Mail | 3 Pieces @ $.10 each | $0.30 |

**Total Due:** $363.72

*Invoice Due Upon Receipt*