**EXHIBIT 2**

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG040331**

| Expense Type | Amount |
|---|---:|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $391.50 |
| Postage/Shipping | $17.89 |
| Printing | $113.72 |
| **Total** | **$1,373.11** |

| Inv # | Combo34 | Date | Vendor | Amount | Expense TypeID | Description |
|---|---|---|---|---|---|---|
| WRG040331 | WR Grace | 3/3/04 | Fed Ex | $17.89 | Postage/Shipping | Patricia Cuniff Tracking ID 791168110614 |
| WRG040331 | WR Grace | 3/31/04 | BMC | $391.50 | Document Storage | 270 boxes |
| WRG040331 | WR Grace | 3/31/04 | BMC | $113.72 | Printing | document printing 2843 pages |
| WRG040331 | WR Grace | 3/31/04 | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |

TOTAL: $1,373.11



**Bankruptcy Management Corporation**
6096 Upland Terrace S
Seattle, WA 98118
(206) 725-5405

WR Grace
INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice # 021-20040301-1 | 3/1/2004 | $30.88 |
| | Total | $30.88 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*