IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al.[1] | ) | Case No. 01-1139 |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

### AFFIDAVIT UNDER 11 U.S.C. 327(e)
Howard & Howard

STATE OF MICHIGAN   )
                    )  ss:
COUNTY OF OAKLAND   )

Affiant, __Steven C. Kohl__, being duly sworn, upon his/her oath, deposes and says:

1. I am a __Shareholder__ of Howard & Howard, located at Suite 101, 39400 Woodward Avenue, Bloomfield Hills, Michigan 48304 (the "Firm").

2. The Debtors have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.- Conn., A-1 Bit & Tool Co., Inc., Alewife Boston, Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc. Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston, Ltd., G.C. Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G. C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., OPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B, Inc., Grace A-B II, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G, Inc., Grace H-G II, Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

4. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

5. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $ __00.00__ for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Executed on __June 21__, 2004
[Date of Signature]

HOWARD & HOWARD (Firm)

_____
Affiant Signature

_____
Affiant Title: Firm Counsel

Sworn to and subscribed before me this __21st__ day of __June__, 2004.

__Laurie B. Geralds__    (Notarization in state where signed)
Notary Public   Laurie B. Gerálds
Oakland County, MI, Acting in Oakland County
My Commission expires: __12/23/08__

LAURIE B. GERALDS
NOTARY PUBLIC OAKLAND CO., MI
MY COMMISSION EXPIRES Dec 23, 2008

3

# Howard & Howard

In account With

The Pinehurst Office Center, Suite 101, 39400 Woodward Avenue
Bloomfield Hills, MI 48304-5151
EIN: 38-2102437

Ph: (248)645-1483
Fax: (248)645-1568

no affidavit

April 13, 2004

W. R. Grace & Co./Remedium Group Inc.
Attn: Mr Bill Porter
6401 Poplar Avenue
Suite 301
Memphis, TN 38119

15105

Billed through 03/31/04

Bill Number    100875 - 00001 - 226926

**RECEIVED**
MAY 0 7 2004
ACCOUNTS PAYABLE
CAMBRIDGE

Environmental Advice Motorwheel Superfund Site

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/09/04 | SCK | Telephone conference with Bill Porter; attention to return of historic file materials. | 0.50 hrs |

Total Fees For This Matter                                             $    142.50

**BILLING SUMMARY:**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Steven C. Kohl | 0.50 hrs | 285 / hr | 142.50 |

TOTAL FEES:                                                              $    142.50
TOTAL CHARGES FOR THIS BILL:                                             $    142.50

TOTAL BALANCE NOW DUE:                                                   $    142.50

613 KL-72148-01-501226

V# NEW

**OK TO PAY**
RAE
4/23/04

TOTAL P.06