# FERRY, JOSEPH & PEARCE, P.A.
824 MARKET STREET, SUITE 904
P.O. BOX 1351
WILMINGTON, DE 19899
TEL: (302) 575-1555
FAX: (302) 575-1714

WR Grace PD Committee                              May 1, 2004 – May 31, 2004

                                                   Invoice No.:    12473

RE:     WR Grace PD Committee

## SUMMARY BY TASK

| Task |  | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 9.00 | 2,000.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.90 | 856.50 |
| B18 | Fee Applications, Others - | 6.90 | 688.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.20 | 45.00 |
| B25 | Fee Applications, Applicant - | 11.50 | 1,102.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.20 | 45.00 |
| B32 | Litigation and Litigation Consulting - | 9.90 | 2,144.00 |
| B37 | Hearings - | 3.10 | 697.50 |
|  | **Total** | **44.70** | **$7,579.50** |
|  | **Grand Total** | **44.70** | **$7,579.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Rick S. Miller | 215.00 | 4.80 | 1,032.00 |
| Theodore J. Tacconelli | 225.00 | 21.90 | 4,927.50 |
| Paralegal | 90.00 | 14.70 | 1,323.00 |
| Law Clerk | 90.00 | 3.30 | 297.00 |
| **Total** |  | **44.70** | **$7,579.50** |

## DISBURSEMENT SUMMARY

| CA | Expense - |  | 1,074.62 |
|---|---|---|---|
|  | **Total Disbursements** |  | **$1,074.62** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-24-04 | *Claims Analysis Obj. & Res.* (Asbestos) review pleading re: response Peter Peterson to 5th omnibus obj to claims w/ attachments | 0.20 | TJT |
| May-09-04 | Asbestos: Claims Litigation - review pleading re: debtors' 4th omnibus obj to claims | 0.10 | TJT |
| | Asbestos: Claims Litigation - review pleading re: debtors' 5th omnibus obj to claims | 0.10 | TJT |
| May-01-04 | *Case Administration* - review pleading re: debtor's 11th quarterly report of asset sales | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtor's 11th quarterly report of settlements | 0.10 | TJT |
| May-03-04 | *Case Administration* - confer with T. Tacconelli re: transcript of recusal hearing in 3rd circuit | 0.30 | RSM |
| | *Case Administration* - review pleading re: Deloitte and Touche Oct., 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Carella Burne March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Woodcock and Washburn March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Deloitte and Touche Nov., 2003 fee app | 0.10 | TJT |
| May-05-04 | *Case Administration* - review pleading re: L. Tersigni Feb., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: L. Tersigni March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Campbell Levine March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Legal Analysis Systems March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Caplan Drysdale March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtor's response to Libby Claimants motion for relief from stay to take depositions re: Chakarian re: 01-771 | 0.20 | TJT |
| May-06-04 | *Case Administration* - review pleading re: summary of Lukins Annis quarterly fee app Oct-Dec., 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Protiviti, Inc. Jan., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Pitney Harding Jan., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Carella Byrne Feb., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: K&E March, 2004 fee app | 0.10 | TJT |
| May-07-04 | *Case Administration* - confer with TJT re: pending matters scheduled | 0.10 | RSM |
| May-08-04 | *Case Administration* - review debtors' monthly operating monthly report for March, 2004 | 0.10 | TJT |
| May-09-04 | *Case Administration* - review pleading re: Reed Smith March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: PWC March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of PWC quarterly fee app (Jan.-March, 2004) | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - review pleading re: Deloitte and Touche April, 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Deloitte and Touche May, 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Deloitte and Touche June, 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Casner Edwards Jan., 2004 fee app | 0.10 | TJT |
| May-10-04 | *Case Administration* - review corresp re: letter from D Siegel to Judge Fitzgerald regarding debtor's 1st quarter, 2004 earnings | 0.10 | TJT |
| May-13-04 | *Case Administration* - review pleading re: PSZYJW March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Nelson Mullins Jan., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Nelson Mullins Feb., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Nelson Mullins March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Wallace King March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Casner Edwards March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' motion for leave to file sur reply to motion of EPA for relief from automatic stay | 0.10 | TJT |
| | *Case Administration* - Obtain docket report from 3rd Circuit Court of Appeals, C.A. NO. 03-4242; Kensington et al. | 0.10 | LC |
| May-14-04 | *Case Administration* - review pleading re: response of two PI claimants (w/ exhibits) to third omnibus obj to claims | 0.30 | TJT |
| May-17-04 | *Case Administration* - review pleading re: summary of Reed Smith quarterly fee app (Jan., 2004-Mar., 2004) | 0.10 | TJT |
| | *Case Administration* - review pleading re: Campbell Levine Jan-Mar., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review Libby Claimants supplementation of motion to lift stay to take depositions | 0.10 | TJT |
| | *Case Administration* - review pleading re: Libby Claimants motion for leave to file reply to objs to motion to lift stay (w/ exhibits) | 0.20 | TJT |
| | *Case Administration* - review pleading re: summary of L Tersigni quarterly fee app Jan.-Mar., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Legal Analysis Systems quarterly fee app Jan.-Mar., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Campbell Levine quarterly fee app Jan.-Mar., 2004 | 0.10 | TJT |
| May-18-04 | *Case Administration* - review agenda for 5/24/04 hearing | 0.10 | TJT |
| May-19-04 | *Case Administration* - review pleading re: summary of Strook quarterly fee app Jan.-March, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of W.H. Smith and Assoc. quarterly fee app re: Jan.-March, 2004 | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - review pleading re: summary of Caplan Drysdale quarterly fee app Jan.-March, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of K&E quarterly fee app Jan.-March, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Reed Smith quarterly fee app Jan.-March, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Casner Edwards quarterly fee app Jan.-March, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Steptoe and Johnson quarterly fee app Jan.-March, 2004 | 0.10 | TJT |
| May-23-04 | *Case Administration* - review pleading re: summary of Carella Byrne quarterly fee app Jan-March, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of BMC quarterly fee app Oct-Dec, 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to retain Latham & Watkins (w/ affidavit) as special environmental counsel | 0.20 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to retain Baker Donaldson (w/ affidavit) | 0.20 | TJT |
| | *Case Administration* - review pleading re: Protiviti March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Carella Byrne April, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Goodwin Proctor May-Dec, 2003 fee app | 0.30 | TJT |
| May-24-04 | *Case Administration* - confer with TJT re: results of 5/24/04 hearing | 0.20 | RSM |
| | *Case Administration* - review pleading re: debtors' second status report for claims resolution procedures | 0.20 | TJT |
| May-25-04 | *Case Administration* - confer with TJT re: Wolin's recusal order and impact on appeal | 0.20 | RSM |
| May-26-04 | *Case Administration* - review pleading re: Elzufon Austin March, 2004 fee app | 0.10 | TJT |
| May-27-04 | *Case Administration* - confer with T. Tacconelli re: judge assignment | 0.20 | RSM |
| | *Case Administration* - review 3rd circuit docket | 0.10 | RSM |
| May-29-04 | *Case Administration* - review pleading re: fee auditor's final report re: Stroock 11th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Protivti 11th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: PWC 11th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Carella Byrne 11th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Bilzin Sumberg 11th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Elzufon Austin Jan., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Elzufon Austin Feb., 2004 fee app | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - review pleading re: Baker Hughs motion to lift stay | 0.20 | TJT |
| May-31-04 | *Case Administration* - review order granting debtors' third omnibus obj to claims motion | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of PSZYJ&W quarterly fee app Jan.-March, 2004 | 0.10 | TJT |
| May-06-04 | *Committee, Creditors', Noteholders' or* -Attend Committee teleconference | 0.30 | RSM |
| | *Committee, Creditors', Noteholders' or* -E-mail to TJT re: results of Committee teleconference | 0.10 | RSM |
| May-07-04 | *Committee, Creditors', Noteholders' or* -check 3rd circuit docket | 0.20 | RSM |
| | *Committee, Creditors', Noteholders' or* -review Memo from R. Miller re: 5/6/04 teleconference with committee | 0.10 | TJT |
| May-13-04 | *Committee, Creditors', Noteholders' or* -attend Committee teleconference | 0.40 | RSM |
| | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.30 | TJT |
| May-19-04 | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| May-20-04 | *Committee, Creditors', Noteholders' or* -attend Committee teleconference | 0.60 | RSM |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.40 | TJT |
| May-27-04 | *Committee, Creditors', Noteholders' or* -attend Committee teleconference | 0.50 | RSM |
| | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.50 | TJT |
| May-31-04 | *Committee, Creditors', Noteholders' or* -review order granting debtors motion to hold counsel for C Gerard in contempt re: Chakarian re: 01-771 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review order granting debtors' motion to appoint futures rep. | 0.10 | TJT |
| May-17-04 | *Fee Applications, Others* - Forward Conway, DelGenio 11th & 12th Fee Applications to A. DelCollo for filing | 0.10 | LC |
| May-18-04 | *Fee Applications, Others* - review corresp re: email from L Flores re: Bilzin Sumberg March, 2004 fee app | 0.10 | TJT |
| May-19-04 | *Fee Applications, Others* - review docket re: Certificate of No Objection forms re: Bilzin Feb. and March, 2004 fee apps | 0.20 | PL |
| | *Fee Applications, Others* - draft Certificate of No Objection re: Bilzin Feb., 2004 fee app and draft Certificate of Service re: same | 0.20 | PL |
| | *Fee Applications, Others* - draft Certificate of No Objection re: Bilzin March, 2004 fee app and draft Certificate of Service re: same | 0.20 | PL |
| | *Fee Applications, Others* - Review Certificate of No Objection's re: Bilzin's 32nd and 33rd Monthly Fee Applications | 0.10 | LC |
| May-20-04 | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg Feb., 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg March, 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - revise Certificates of No Objection prior to filing re: Bilzin Feb. and March, 2004 fee apps | 0.10 | PL |
| | *Fee Applications, Others* - review docket for objections to Bilzin's Feb. and | 0.20 | PL |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | March, 2004 fee apps and prepare documents for filing re: Bilzin's Feb. and March, 2004 Certificates of No Objection | | |
| | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: Bilzin's Feb., 2004 fee app | 0.30 | PL |
| | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: Bilzin's March, 2004 fee app | 0.30 | PL |
| | *Fee Applications, Others* - begin drafting Certificate of Service with updated service list re: CDG's 11th quarterly fee app (Oct.-Dec., 2003) | 0.20 | PL |
| | *Fee Applications, Others* - begin drafting Certificate of Service with updated service list re: CDG's 12th quarterly fee app (Jan.-Mar, 2004) | 0.20 | PL |
| | *Fee Applications, Others* - begin drafting notice re: CDG's 11th quarterly fee app (Oct.-Dec., 2003) | 0.20 | PL |
| | *Fee Applications, Others* - begin drafting notice re: CDG's 12th quarterly fee app (Jan-March, 2004) | 0.20 | PL |
| | *Fee Applications, Others* - confer with S Weiler re: CDG fee apps | 0.10 | PL |
| | *Fee Applications, Others* - Teleconference with Jeannette at Conway DelGenio re: obtaining electronic versions of their Fee Applications | 0.10 | LC |
| May-21-04 | *Fee Applications, Others* - review email from J Giannuzzi re: CDG's 11th and 12th quarterly fee apps in Word format | 0.10 | PL |
| | *Fee Applications, Others* - review and finalize notice and Certificate of Service re: CDG's 11th quarterly fee app (Oct.-Dec., 2003) | 0.30 | PL |
| | *Fee Applications, Others* - confer with S Weiler re: 11th quarterly fee app filing deadline (Oct.-Dec., 2003) | 0.10 | PL |
| | *Fee Applications, Others* - review and modify fee summary and exhibits for filing re: CGD's 11th quarterly fee app (Oct.-Dec., 2003) | 0.30 | PL |
| | *Fee Applications, Others* - prepare documents for e-filing re: CDG's 11th quarterly fee app (Oct.-Dec., 2003) | 0.20 | PL |
| | *Fee Applications, Others* - e-file and serve CDG's 11th quarterly fee app (Oct.-Dec., 2003) | 0.50 | PL |
| May-24-04 | *Fee Applications, Others* - review CDG's Jan-March, 2004 quarterly fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review fee app/summary re: CDG's 12th quarterly fee app (Jan-March, 2004) | 0.20 | PL |
| | *Fee Applications, Others* - review exhibits and modify expense detail for filing re: CDG's 12th quarterly fee app (Jan-March, 2004) | 0.10 | PL |
| | *Fee Applications, Others* - review and finalize notice and Certificate of Service re: CDG's 12th quarterly fee app (Jan-March, 2004) and prepare for e-filing | 0.20 | PL |
| | *Fee Applications, Others* - prepare Fee App/Summary, Exhibit A, and verification for e-filing | 0.10 | PL |
| | *Fee Applications, Others* - e-file and serve CDG's 12th quarterly fee app (Jan-March, 2004) | 0.40 | PL |
| | *Fee Applications, Others* - Review Conway DelGenio's 12th Interim Fee Application for filing | 0.10 | LC |
| May-26-04 | *Fee Applications, Others* - review email from L Flores re: Bilzin Sumberg April, 2004 fee app | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Others* - review email from L Flores re: Bilzin April, 2004 fee app | 0.10 | PL |
|  | *Fee Applications, Others* - review and revise notice and summary and prepare documents for e-filing re: Bilzin's April, 2004 fee app | 0.30 | PL |
|  | *Fee Applications, Others* - draft Certificate of Service and prepare Certificate of Service and time detail for e-filing re: Bilzin's April, 2004 fee app | 0.20 | PL |
|  | *Fee Applications, Others* - e-file and serve Bilzin's April, 2004 fee app | 0.40 | PL |
|  | *Fee Applications, Others* - Review Bilzin's 34th Monthly Fee Application | 0.10 | LC |
| May-07-04 | *Litigation and Litigation Consulting* - review pleading re: obj by equity committee to debtors' motion to appoint futures rep. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: obj to debtors' motion to appoint futures rep. has been filed | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: obj to debtors motion to appoint futures rep. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review obj to debtors' motion to appoint futures rep. and prepare for e-filing | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - e-file obj to debtors' motion to appoint futures rep. | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to J Baer re: obj to debtors' motion to appoint futures rep. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: obj to debtors' motion to appoint futures rep. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review limited obj and memorandum in support thereof to debtors' motion to appoint futures rep. filed by certain insurers | 1.00 | TJT |
| May-10-04 | *Litigation and Litigation Consulting* - review pleading re: response of PI Committee to motion to appoint futures rep | 0.10 | TJT |
| May-11-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: pleadings regarding motion to appoint futures rep. | 0.10 | TJT |
| May-13-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: consolidated mandamus petitions in third circuit | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - confer with law clerk re: need to check third circuit docket for opinion | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: consolidated mandamus petitions in third circuit | 0.10 | TJT |
| May-14-04 | *Litigation and Litigation Consulting* - review statement of UST re: debtors' motion to appoint futures rep. | 0.20 | TJT |
| May-15-04 | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: statement by US Trustee re: debtors' motion to appoint futures rep. | 0.10 | TJT |
| May-16-04 | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: statement by US Trustee re: debtors' motion to appoint futures rep. | 0.10 | TJT |
| May-17-04 | *Litigation and Litigation Consulting* - download 3rd circuit opinion and order | 0.20 | RSM |
|  | *Litigation and Litigation Consulting* - e-mail 3rd circuit opinion to co- | 0.10 | RSM |

| | | | |
|---|---|---|---|
| | counsel | | |
| | *Litigation and Litigation Consulting* - Review 3rd circuit opinion re: recusal | 0.50 | RSM |
| | *Litigation and Litigation Consulting* - confer T. Tacconelli re: 3rd circuit opinion | 0.20 | RSM |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: statement by US Trustee re: debtors' motion to appoint futures rep. | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review third circuit opinion re: consolidated mandamus petitions in third circuit (1/2 time with Federal-Mogul) | 0.50 | TJT |
| May-18-04 | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: third circuit opinion recusing Wolin and related issues | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - prepare deposition transcripts for A Danzeisen and prepare letter to A Danzeisen re: enclosing transcripts | 0.50 | PL |
| May-19-04 | *Litigation and Litigation Consulting* - review pleading re: debtors' leave to file reply to objs to motion to appoint futures rep. | 0.30 | TJT |
| May-20-04 | *Litigation and Litigation Consulting* - Internet research re: J. Wolin press release | 0.40 | RSM |
| | *Litigation and Litigation Consulting* - confer with TJT re: Wolin recusal issue | 0.20 | RSM |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: press statement by Judge Wolin regarding third circuit opinion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review news article by New Jersey Star ledger re: statement by Wolin regarding third circuit opinion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review judgment by third circuit re: recusal of Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review writ of mandamus by third circuit re: recusal of Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review 5/18/04 press release by Judge Wolin | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - prepare memo to committee re: 5/18/04 press release by Judge Wolin | 0.30 | TJT |
| May-24-04 | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: debtors' motion for leave to file response to objs to appoint futures rep. | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: debtors' motion for leave to file response to objs to appoint futures rep. | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - download and review order denying debtors' motion for leave to file response to objs to appoint futures rep. | 0.10 | TJT |
| May-25-04 | *Litigation and Litigation Consulting* - review order by Judge Wolin recusing himself in WR Grace case | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - confer with R. Miller re: effect of Judge Wolin recusing himself in WR Grace re: petitions for rehearing | 0.20 | TJT |
| May-26-04 | *Litigation and Litigation Consulting* - review corresp re: email from J | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Sakalo re: decision regarding appointment of futures rep. | | |
| | *Litigation and Litigation Consulting* - start reviewing K Eckstein transcript re: consolidated mandamus petitions in third circuit | 0.50 | TJT |
| May-27-04 | *Litigation and Litigation Consulting* - review order from third circuit assigning new judge | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: new District Court judge | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: new District Court judge | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: motion for rehearing in third circuit re: consolidated mandamus proceedings | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - confer with R. Miller re: local third circuit rules re: motion for reargument in front of full court | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - finish reviewing transcript of K Eckstein re: consolidated mandamus petitions in third circuit | 0.50 | TJT |
| May-31-04 | *Litigation and Litigation Consulting* - review order denying debtors' motion to file response to objs to motions appoint futures rep. | 0.10 | TJT |
| May-15-04 | *Hearings* - review corresp re: email from J Sakalo re: 5/24/04 hearing coverage | 0.10 | TJT |
| May-17-04 | *Hearings* - email D Carickhoff re: 5/24/04 hearing | 0.10 | TJT |
| | *Hearings* - review email from D Carickhoff re: 5/24/04 hearing call-in information | 0.10 | TJT |
| | *Hearings* - prepare email to J Sakalo re: 5/24/04 call-in information | 0.10 | TJT |
| May-24-04 | *Hearings* - attend bankruptcy court | 2.70 | TJT |
| May-03-04 | *Fee Applications, Applicant* - begin drafting FJ&P April, 2004 fee app | 0.20 | PL |
| May-04-04 | *Fee Applications, Applicant* - Determine which Ferry, Joseph & Pearce invoice and/or Fee Application that WR Grace $5,538.42 payment belongs | 0.30 | LC |
| | *Fee Applications, Applicant* - E-mail to W. Sparks at Grace re: same | 0.10 | LC |
| May-05-04 | *Fee Applications, Applicant* - Obtain holdback statements re: Ferry, Joseph & Pearce's 10th Quarterly Fee Request for T. Tacconelli | 0.20 | LC |
| May-06-04 | *Fee Applications, Applicant* - Resolve 20% holdback check discrepency with T. Corrigan and Will Sparks of WR Grace | 0.30 | LC |
| May-07-04 | *Fee Applications, Applicant* - review FJ&P April, 2004 time detail for monthly fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - Resolve 20% holdback re: Ferry, Joseph & Pearce's 10th Quarterly Fee Application with John Port of WR Grace; discussion re: same with T. Tacconelli | 0.20 | LC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's April 2004 pre-bill | 0.10 | LC |
| May-08-04 | *Fee Applications, Applicant* - review FJ&P April, 2004 time detail | 0.10 | TJT |
| May-10-04 | *Fee Applications, Applicant* - revise April, 2004 time detail for filing | 0.10 | TJT |
| | *Fee Applications, Applicant* - modify documents for filing re: April, 2004 fee app | 0.10 | PL |
| | *Fee Applications, Applicant* - Telephone call to and email to Will Sparks re: resolution of Ferry, Joseph & Pearce's 10th Interim holdback fees | 0.10 | LC |

| Date | Description | Hours | Person |
|---|---|---|---|
| | *Fee Applications, Applicant* - Teleconference with W. Sparks and J. Port re: 10th Interim Fee Request (.3); discussion with T. Corrigan re: same (.1); discussion with T. Tacconelli re: same (.2); discussion with S. Bossay re: same (.2); draft foot note for 12th Quarterly Fee Request (.1) | 0.90 | LC |
| May-11-04 | *Fee Applications, Applicant* - modify April, 2004 time detail re: FJ&P April, 2004 fee app | 0.30 | PL |
| | *Fee Applications, Applicant* - modify fee summary, notice, and Certificate of Service prior to filing re: FJ&P April, 2004 fee app | 0.20 | PL |
| May-12-04 | *Fee Applications, Applicant* - review FJ&P April, 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Applicant* - prepare documents for e-filing re: FJ&P April, 2004 fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - e-file and serve FJ&P April, 2004 fee app | 0.40 | PL |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's 36th Monthly Fee Application | 0.10 | LC |
| May-17-04 | *Fee Applications, Applicant* - begin drafting Ferry, Joseph & Pearce's 12th quarterly fee app and begin calculating chart information in summary | 1.20 | PL |
| May-18-04 | *Fee Applications, Applicant* - continue drafting chart information in summary re: Ferry, Joseph & Pearce's 12th quarterly fee app (Jan.-Mar., 2004) | 0.50 | PL |
| May-19-04 | *Fee Applications, Applicant* - continue drafting chart information for summary re: Ferry, Joseph & Pearce's 12th quarterly fee app (Jan.-March, 2004) | 1.30 | PL |
| May-20-04 | *Fee Applications, Applicant* - review and finalize exhibits for filing re: Ferry, Joseph & Pearce's 12th quarterly fee app | 0.40 | PL |
| | *Fee Applications, Applicant* - continue drafting summary information re: Ferry, Joseph & Pearce's 12th quarterly fee app | 0.40 | PL |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re: Ferry, Joseph & Pearce's March, 2004 fee app | 0.20 | PL |
| May-21-04 | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's March, 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review and revise Certificate of No Objection prior to filing re: Ferry, Joseph & Pearce's March, 2004 fee app and prepare documents for e-filing | 0.20 | PL |
| | *Fee Applications, Applicant* - e-file and serve Certificate of No Objection re: Ferry, Joseph & Pearce's March, 2004 fee app | 0.30 | PL |
| May-24-04 | *Fee Applications, Applicant* - review fee app/summary chart information and finalize figures re: Ferry, Joseph & Pearce's 12th quarterly fee app (Jan.-March, 2004) | 0.30 | PL |
| | *Fee Applications, Applicant* - confer with S Weiler re: omitted 9th quarterly expenses (Apr.-June, 2003) | 0.20 | PL |
| | *Fee Applications, Applicant* - draft additional language regarding omitted 10th quarterly expenses (Apr.-June, 2004) | 0.40 | PL |
| | *Fee Applications, Applicant* - Assist in preparing fee detail for Ferry, Joseph & Pearce's 12th Interim Fee Request re: unpaid 5/03 expenses | 0.20 | LC |
| May-25-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 12th | 0.40 | PL |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | quarterly fee app and modify additional language (Jan.-March, 2004) | | |
| | *Fee Applications, Applicant* - begin drafting Certificate of No Objection and Certificate of Service re: Ferry, Joseph & Pearce's April, 2004 fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's 12th Quarterly Fee Request | 0.20 | LC |
| May-26-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's Jan-March, 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Applicant* - review and finalize documents and prepare for e-filing re: Ferry, Joseph & Pearce's 12th quarterly fee app (Jan.-March, 2004) | 0.20 | PL |
| | *Fee Applications, Applicant* - e-file and serve Ferry, Joseph & Pearce's 12th quarterly fee app (Jan.-March, 2004) | 0.50 | PL |

*Totals*  *44.70*

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| May-12-04 | *Expense* - copying cost | 3.90 |
|  | *Expense* - postage | 1.66 |
| May-13-04 | *Expense* - James De Crescenzo Reporting | 535.00 |
| May-18-04 | *Expense* - copying cost | 27.80 |
| May-20-04 | *Expense* - copying cost | 8.40 |
|  | *Expense* - postage | 4.80 |
|  | *Expense* - service supplies | 7.00 |
| May-21-04 | *Expense* - copying cost | 2.80 |
|  | *Expense* - postage | 2.96 |
|  | *Expense* - copying cost | 35.00 |
|  | *Expense* - postage | 10.32 |
| May-24-04 | *Expense* - copying cost | 37.80 |
|  | *Expense* - postage | 10.32 |
| May-26-04 | *Expense* - copying cost | 18.00 |
|  | *Expense* - copying cost | 6.00 |
|  | *Expense* - postage | 2.18 |
|  | *Expense* - copying cost | 70.50 |
|  | *Expense* - postage | 17.68 |
|  | *Expense* - Rizman Rappaport Dillon & Rose - transcript | 272.50 |
| *Total* | | *$1,074.62* |

**Total Fees & Disbursements**  $8,654.12

**Balance Due Now**

$8,654.12