# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JUNE 22, 2004
MATTER : W9600-000
INVOICE : 176432

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04   T C

RE: EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 05/04/04 FEDERAL EXPRESS - FEDEX - # 1-768-28605 | 18.09 |
| 05/07/04 TELECOPY EXPENSES | 6.47 |
| 05/07/04 TELECOPY EXPENSES | 6.57 |
| 05/07/04 TELECOPY EXPENSES | 7.10 |
| 05/07/04 TELECOPY EXPENSES | 6.00 |
| 05/07/04 TELECOPY EXPENSES | 6.00 |
| 05/07/04 TELECOPY EXPENSES | 6.00 |
| 05/07/04 TELECOPY EXPENSES | 6.00 |
| 05/07/04 TELECOPY EXPENSES | 6.00 |
| 05/07/04 TELECOPY EXPENSES | 6.82 |
| 05/07/04 TELECOPY EXPENSES | 6.40 |
| 05/07/04 TELECOPY EXPENSES | 6.00 |
| 05/07/04 TELECOPY EXPENSES | 6.40 |
| 05/12/04 FEDERAL EXPRESS - FEDEX - # 1-768-86140 | 11.46 |
| 05/19/04 REPRODUCTION OF DOCUMENTS | 3.60 |
| 05/24/04 MILEAGE - DELAWARE - RHONDA THOMAS | 30.00 |
| 05/24/04 MILEAGE - DELAWARE - RHONDA THOMAS | 30.00 |
| 05/25/04 FEDERAL EXPRESS - FEDEX - # 1-818-06634 | 11.46 |

TOTAL EXPENSE ADVANCES :    180.37

TOTAL DUE :    180.37

PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-003
INVOICE : 176433

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/07/04 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD MARCH 1, 2004 THROUGH MARCH 31, 2004 FILED BY W.R. GRACE & CO. | .50 |
| 05/12/04 | TC | BRIEFLY REVIEWED MONTHLY OPERATING REPORTS | .60 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------------|--------|-------|--------|
| R L THOMAS | 220.00 | .50 | 110.00 |
| T CURRIER  | 465.00 | .60 | 279.00 |
| TOTALS     |        | 1.10 | 389.00 |

TOTAL FEES :          389.00

TOTAL DUE  :          389.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-004
INVOICE : 176434

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 05/04/04 | RTT | REVIEW E-NOTICES | .20 |
| 05/05/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |
| 05/06/04 | RTT | REVIEW E-NOTICES | .20 |
| 05/07/04 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 05/11/04 | RTT | REVIEW E-NOTICES | .20 |
| 05/12/04 | RTT | REVIEW E-NOTICES | .20 |
| 05/17/04 | TC | REVIEWED RECUSAL ORDERS AND OPINION RE JUDGE WOLLIN RECUSAL | .80 |
| 05/18/04 | RLT | REVIEWED ORDER OF 3RD CIRCUIT REVISING FOR JUDGE WOLIN | .50 |
| 05/18/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AGENDA RE 5/24/04 HEARING | .30 |
| 05/18/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 05/18/04 | RTT | REVIEW E-NOTICES | .20 |
| 05/19/04 | RLT | REVIEWED AGENDA FOR 5/24/04 HEARING | .40 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JUNE 22, 2004
MATTER : W9600-004
INVOICE :  176434

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  CASE ADMINISTRATION

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 05/19/04 | RTT | REVIEW EMAIL FROM T.CURRIER RE ATTENDANCE AT HEARING ON 5/24/04 | .10 |
| 05/19/04 | RTT | REVIEW E-NOTICES | .10 |
| 05/19/04 | TC | REVIEWED AGENDA FOR HEARING | .50 |
| 05/19/04 | TC | REVIEWED OPINION AND ORDERS OF THIRD CIRCUIT | .80 |
| 05/19/04 | TC | REVIEWED WRIT OF MANDAMUS AND JUDGMENT | .60 |
| 05/21/04 | RLT | REVIEWED ORDER DENYING WITHOUT PREJUDICE MOTION FOR LEAVE TO FILE REPLY AND PROVIDING THAT IF DEBTORS WISH TO RENEW THEIR REQUEST FOR LEAVE TO FILE REPLY THE HEARING ON THE MOTION TO APPOINT A LEGAL REPRESENTATIVE WILL BE CONTINUED TO THE NEXT OMNIBUS DATE | .20 |
| 05/21/04 | RTT | REVIEW E-NOTICES | .20 |
| 05/24/04 | RLT | REVIEWED ORDER OF RECUSAL, CONSISTENT WITH THE WRIT OF MANDAMUS SIGNED ON 5/24/2004 | .30 |
| 05/24/04 | RTT | DISCUSSION WITH RLT RE COVERAGE FOR TODAY'S HEARING IN PITTSBURGH | .10 |
| 05/27/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .60 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-004
INVOICE : 176434

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  CASE ADMINISTRATION

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 1.40 | 308.00 |
| R T TAYLOR | 130.00 | 4.60 | 598.00 |
| T CURRIER | 465.00 | 2.70 | 1255.50 |
| TOTALS | | 8.70 | 2161.50 |

TOTAL FEES :                2,161.50

TOTAL DUE  :                2,161.50

---

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-005
INVOICE : 176435

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 05/05/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING LIMITED WAIVER OF DEL. BANKR. LR 3007-1 FOR THE PURPOSE OF STREAMLINING OBJECTIONS TO CERTAIN CLAIMS FILED PURSUANT TO THE BAR DATE ORDER | .30 |
| 05/05/04 | RLT | REVIEWED OMNIBUS OBJECTION TO CLAIM (SUBSTANTIVE)(FOURTH) OF DEBTORS | .30 |
| 05/05/04 | RLT | REVIEWED OMNIBUS OBJECTION TO CLAIM (SUBSTANTIVE)(FIFTH) OF DEBTORS FILED BY W.R. GRACE & CO. | .30 |
| 05/14/04 | RLT | REVIEWED OBJECTION TO TRANSFERING THE CLAIM OF HOFFMAN CANVAS PRODUCTS INC. IN THE AMOUNT OF $2,756.12 | .20 |
| 05/25/04 | RLT | REVIEWED RESPONSE TO FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY CITY OF EL PASO | .30 |
| 05/26/04 | RLT | REVIEWED RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS FILED BY STATE OF OHIO, OHIO ENVIRONMENTAL PROTECTION AGENCY (KERN, TIMOTHY) | .20 |
| 05/26/04 | RLT | REVIEWED RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS FILED BY STATE OF OHIO, OHIO ENVIRONMENTAL PROTECTION AGENCY (KERN, TIMOTHY) | .20 |
| 05/26/04 | RLT | REVIEWED RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS FILED BY STATE OF OHIO, OHIO ENVIRONMENTAL PROTECTION AGENCY | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 22, 2004
MATTER :   W9600-005
INVOICE :   176435

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---|
| 05/26/04 RLT | REVIEWED RESPONSE TO DEBTOR'S FOURTH OMNIBUS OBJECTION TO CLAIMS FILED BY SPAULDING & SLYE CONSTRUCTION LP | | .20 |
| 05/26/04 RLT | REVIEWED RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY MARSHALLS OF MA, INC. | | .20 |
| 05/26/04 RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO 11 U.S.C. SECTION 1121(D) FURTHER EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON | | .20 |

### T I M E   S U M M A R Y
-----------------------

| | | RATE | HOURS | | TOTALS |
|---|---|---|---|---|---|
| | | ---- | ----- | | ------ |
| R L THOMAS | | 220.00 | 2.60 | | 572.00 |
| | TOTALS | | 2.60 | | 572.00 |

TOTAL FEES :       572.00

TOTAL DUE  :       572.00

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JUNE 22, 2004
MATTER :   W9600-006
INVOICE :  176436

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/06/04 | TC | REVIEWED OUR RESPONSE TO MOTION ON FUTURES REPRESENTATIVE | .70 |
| 05/08/04 | TC | REVIEWED 4TH OMNIBUS CLAIMS OBJECTION | .80 |
| 05/10/04 | TC | REVIEWED 4TH OMNIBUS OBJECTION TO CLAIMS | .70 |
| 05/11/04 | TC | REVIEWED 5TH OMNIBUS CLAIMS OBJECTION | .80 |
| 05/12/04 | TC | REVIEWED RESPONSE OF LONDON MARKET INSURER TO MOTION TO APPOINT A FUTURES REPRESENTATIVE | .40 |
| 05/12/04 | TC | REVIEWED RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION TO APPOINT A FUTURES REPRESENTATIVE | .70 |
| 05/13/04 | TC | REVIEWED LIMITED OBJECTION OF CERTAIN INSURERS TO MOTION TO APPOINT A FUTURES REPRESENTATIVE | .40 |
| 05/13/04 | TC | REVIEWED RESPONSE OF OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO MOTION TO APPOINT A FUTURES REPRESENTATIVE | .50 |
| 05/13/04 | TC | REVIEWED ASBESTOS PROPERTY DAMAGE COMMITTEE'S OBJECTION TO MOTION TO APPOINT A FUTURES REPRESENTATIVE | .70 |
| 05/14/04 | RLT | REVIEWED OBJECTION TO RE RESPONSE AND OBJECTION TO DEBTOR'S THIRD OMNIBUS OBJECTION TO CLAIM (NON SUBSTANTIVE). FILED BY ROCCO FINELLO, RICHARD COOKSEY | .30 |
| 05/14/04 | TC | REVIEWED ROCCO FINNEL RESPONSE TO THIRD CLAIMS OBJECTION | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 22, 2004
MATTER : W9600-006
INVOICE : 176436

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04   T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | By | Description | Hours |
|------|----|----|----|
| 05/14/04 | TC | REVIEWED STATEMENT FILED BY USTRUSTEE REGARDING REQUEST TO APPOINT A LEGAL REPRESENTATIVE FOR FUTURES CLAIMANTS | .40 |
| 05/14/04 | TC | REVIEWED DECLARATION OF RITA BUTANI IN SUPPORT OF ORANGE COUNTY TAX COLLECTOR'S RESPONSE TO CLAIMS OBJECTIONS | .40 |
| 05/15/04 | TC | REVIEWED RESPONSE OF THE ORANGE COUNTY TAX COLLECTOR TO CLAIMS OBJECTIONS | .40 |
| 05/15/04 | TC | REVIEWED MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM FILED BY THE STATE OF NEW YORK | .50 |
| 05/18/04 | TC | REVIEWED MOTION RE ASBESTOS COMMITTEE PROOF OF CLAIM FORMS AND PROCESS | .60 |
| 05/19/04 | RLT | REVIEWED OBJECTION TO TRANSFER OF HOFFMAN CANVAS PRODUCTS INC. CLAIM | .30 |
| 05/21/04 | TC | REVIEWED SECOND STATUS REPORT FOR CLAIMS RECONCILIATION | .60 |
| 05/24/04 | RLT | REVIEWED RESPONSE TO DEBTOR'S FIFTH OMNIBUS OBJECTION FILED BY PETER P PEARSON (BAM, ) | .20 |
| 05/24/04 | TC | REVIEWED PEARSON RESPONSE TO CLAIMS OBJECTION | .40 |
| 05/25/04 | RLT | REVIEWED ORDER GRANTING THE RELIEF SOUGHT IN DEBTOR'S THIRD OMNIBUS OBJECTION TO CLAIMS(NON-SUBSTANTIVE) BENCH FILED ORDER SIGNED ON 5/24/2004 | .20 |
| 05/25/04 | TC | REVIEWED ORDER GRANTING RELIEF IN THIRD OMNIBUS CLAIMS MOTION | .40 |
| 05/25/04 | TC | REVIEWED CITY OF EL PASO RESPONSE TO CLAIMS OBJECTION | .30 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JUNE 22, 2004
MATTER : W9600-006
INVOICE : 176436

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

### T I M E   S U M M A R Y
-----------------------

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| R L THOMAS   | 220.00 | 1.00  | 220.00  |
| T CURRIER    | 465.00 | 10.10 | 4696.50 |
| TOTALS       |        | 11.10 | 4916.50 |

TOTAL FEES :          4,916.50

TOTAL DUE  :          4,916.50

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JUNE 22, 2004
MATTER :  W9600-009
INVOICE :  176437

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04     T C

RE:  EMPLOYMENT APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 05/25/04 | RLT | REVIEWED ORDER GRANTING APPLICATION OF DEBTOR PURSUANT TO 11USC 105,327 AND 524(G)(4)(B)(I) FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS. | .20 |

### T I M E   S U M M A R Y

|            | RATE | HOURS | TOTALS |
|------------|------|-------|--------|
| R L THOMAS | 220.00 | .20 | 44.00 |
| TOTALS     |      | .20 | 44.00 |

TOTAL FEES :                     44.00

TOTAL DUE :                      44.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    JUNE 22, 2004
                                          MATTER :  W9600-010
                                          INVOICE : 176438

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

      RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/05/04 | RLT | REVIEWED AFFIDAVIT /DECLARATION UNDER 11 U.S.C. SECTION 327(E) OF STEPHANE WILMET FILED BY W.R. GRACE & CO. | .20 |
| 05/05/04 | RLT | REVIEWED RESPONSE TO RESPONSE OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO DEBTORS' APPLICATION FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS | .40 |
| 05/05/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING THE EXPANSION OF THE SCOPE OF THE SERVICES PERMITTED TO BE PROVIDED BY DELOITTE & TOUCHE LLP TO THE DEBTORS TO INCLUDE CERTAIN LEASE CONSULTING SERVICES | .30 |
| 05/05/04 | RLT | REVIEWED RESPONSE TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. SECTIONS 105, 327 AND 524(G)(4)(B)(I) FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS | .40 |
| 05/05/04 | RTT | REVIEW EMAIL FROM T.CURRIER RE RESPONSE TO THE DEBTORS' APPLICATION FOR A FUTURES REPRESENTATIVE | .10 |
| 05/07/04 | RLT | REVIEWED RESPONSE TO DEBTORS' APPLICATION FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS FILED BY LONDON MARKET INSURER | .30 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 22, 2004
MATTER :  W9600-010
INVOICE :  176438

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:   EMPLOYMENT APPLICATIONS, OTHERS

| Date | | Description | Hours |
|------|------|-------------|------|
| 05/07/04 | RLT | REVIEWED OBJECTION TO - LIMITED OBJECTION OF CERTAIN INSURERS' TO DEBTORS' MOTION TO APPOINT A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS FILED BY FEDERAL INSURANCE COMPANY | .30 |
| 05/07/04 | RLT | REVIEWED RESPONSE TO THE DEBTORS' APPLICATION FOR APPOINTMENT OF A LEGAL REPRESENTATIVE FOR THE FUTURE ASBESTOS CLAIMANTS FILED BY OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | .40 |
| 05/07/04 | RLT | REVIEWED OBJECTION TO (RESPONSE) OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. SECTIONS 105,327 AND 524(G)(4)(B)(I), FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS | .40 |
| 05/07/04 | RTT | DISTRIBUTE EQUITY COMMITTEE'S RESPONSE TO B.BECKER | .10 |
| 05/07/04 | RTT | EMAILS FROM T.CURRIER RE EQUITY COMMITTEE'S RESPONSE | .20 |
| 05/07/04 | RTT | REVIEW NOTICE PROVISION RE DEBTORS' APPLICATION FOR THE APPOINTMENT OF LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS | .20 |
| 05/07/04 | RTT | REVISIONS TO RESPONSE OF EQUITY HOLDERS TO DEBTORS APPLICATION FOR APPOINTMENT OF LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS | .20 |
| 05/07/04 | RTT | PREPARE SERVICE LIST RE EQUITY HOLDERS RESPONSE TO DEBTORS' APPLICATION FOR APPOINTMENT OF LEGAL REPRESENTATIVE | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JUNE 22, 2004
                                              MATTER : W9600-010
                                              INVOICE : 176438


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

     RE:  EMPLOYMENT APPLICATIONS, OTHERS


05/07/04 RTT    E-FILE AND SERVE RESPONSE OF OFFICIAL COMMITTEE        .60
                OF EQUITY SECURITY HOLDERS TO DEBTORS'
                APPLICATION FOR THE APPOINTMENT OF A LEGAL
                REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS

05/14/04 RLT    REVIEWED STATEMENT REGARDING APPLICATION OF THE        .30
                DEBTORS FOR THE APPOINTMENT OF A LEGAL
                REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS
                FILED BY UNITED STATES TRUSTEE FOR REGION 3

05/19/04 RLT    REVIEWED APPLICATION TO EMPLOY APPLICATION FOR         .40
                ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND
                EMPLOYMENT OF LATHAM & WATKINS LLP AS SPECIAL
                ENVIRONMENTAL COUNSEL FOR THE DEBTORS FILED BY
                W.R. GRACE & CO..

05/20/04 TC     REVIEWED RETENTION PAPERS FOR LATHAM & WATKINS         .50
```

```
                 T I M E   S U M M A R Y
                 -----------------------

                        RATE     HOURS           TOTALS
                        ----     -----           ------

R L THOMAS             220.00     3.40           748.00
R T TAYLOR             130.00     1.50           195.00
T CURRIER              465.00      .50           232.50
              TOTALS              5.40          1175.50


              TOTAL FEES :                       1,175.50


              TOTAL DUE  :                       1,175.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JUNE 22, 2004
MATTER : W9600-011
INVOICE : 176439

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE: FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/11/04 | RTT | REVIEW/EDIT PRE-BILLS FOR THE MONTH OF APRIL 2004 | .80 |
| 05/16/04 | RLT | REVIEWED PREBILLS FOR APRIL FOR KRLS | .60 |
| 05/19/04 | RLT | REVIEWED AND COMMENTED ON CNO FOR MARCH APPLICATION OF KLETT ROONEY | .30 |
| 05/19/04 | RLT | REVIEWED AND COMMENTED ON CNO FOR KRLS 29TH FEE APPLICATION | .30 |
| 05/19/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-NINTH FEE APP | .60 |
| 05/19/04 | RTT | PREPARE AFFIDAVIT OF SERVICE RE CNO TO KRLS TWENTY-NINTH FEE APP | .10 |
| 05/19/04 | RTT | DISCUSSION WITH RLT RE CNO TO KRLS TWENTY-NINTH FEE APP | .10 |
| 05/19/04 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-NINTH FEE APP | .60 |
| 05/19/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS TWENTY-NINTH FEE APP | .10 |
| 05/19/04 | RTT | DRAFT KRLS THIRTIETH MONTHLY FEE APPLICATION | 1.70 |
| 05/26/04 | RLT | REVIEWED AND COMMENTED ON THIRTIETH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004 | .40 |

**PENNSYLVANIA**   &bull;   **DELAWARE**   &bull;   **NEW JERSEY**   &bull;   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER : W9600-011
INVOICE : 176439

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 05/26/04 | RLT | REVIEWED TWELFTH QUARTERLY FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING FOR THE PERIOD FROM DECEMBER 26, 2003 THROUGH MARCH 31, 2004 | .20 |
| 05/26/04 | RLT | REVIEWED TWELFTH QUARTERLY FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING FOR THE PERIOD FROM DECEMBER 26, 2003 THROUGH MARCH 31, 2004 | .30 |
| 05/27/04 | RTT | RETRIEVE AND REVIEW KRLS MONTHLY FEE APPLICATIONS FOR THE PERIOD DECEMBER 26, 2003 THROUGH MARCH 31, 2004 | .60 |
| 05/27/04 | RTT | PREPARE EMAIL TO RLT RE NOTICE AND TWELFTH QUARTERLY FEE APPLICATION OF KRLS | .10 |
| 05/27/04 | RTT | DRAFT NOTICE OF KRLS TWELFTH QUARTERLY FEE APPLICATION | .60 |
| 05/27/04 | RTT | DRAFT KRLS TWELFTH QUARTERLY FEE APPLICATION | 1.50 |
| 05/27/04 | RTT | CALENDAR D/L TO FILE THIRTEENTH QUARTERLY FEE APPLICATION | .10 |
| 05/28/04 | FAP | REVIEW AND REVISE KRLS' THIRTIETH FEE APPLICATION | .10 |
| 05/28/04 | FAP | REVIEW AND REVISE KRLS' TWELFTH QUARTERLY FEE APPLICATION AND NOTICE THERETO | .10 |
| 05/28/04 | FAP | CONFERENCE WITH RT RE: FILING/SERVICE OF KRLS' MONTHLY AND QUARTERLY FEE APPLICATIONS | .10 |
| 05/28/04 | FAP | FILE KRLS' TWELFTH QUARTERLY FEE APPLICATION | .30 |
| 05/28/04 | FAP | FILE KRLS' THIRTIETH MONTHLY FEE APPLICATION | .30 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JUNE 22, 2004
                                            MATTER :  W9600-011
                                            INVOICE : 176439

          FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

     RE:  FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 05/28/04 | MNF | PREPARE SERVICE FOR KRLS 12TH QUARTERLY FEE APP., CNO RE: KRAMER'S 31ST FEE APP, AND KRLS 30TH FEE APP | .50 |
| 05/28/04 | RLT | REVIEWED AND COMMENTED ON 30TH FEE APPLICATION OF KRLS | .20 |
| 05/28/04 | RLT | REVIEWED AND COMMENTED ON OUR 12TH QUARTERLY FEE APPLICATION | .40 |
| 05/28/04 | RTT | PREPARE SERVICE RE KRLS TWELFTH QUARTERLY FEE APP AND THIRTIETH MONTHLY FEE APP | .30 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 140.00 | .90 | 126.00 |
| M N FLORES | 130.00 | .50 | 65.00 |
| R L THOMAS | 220.00 | 2.70 | 594.00 |
| R T TAYLOR | 130.00 | 7.20 | 936.00 |
| TOTALS | | 11.30 | 1721.00 |

                         TOTAL FEES :          1,721.00

                         TOTAL DUE  :          1,721.00

**PENNSYLVANIA**  •  **DELAWARE**  •  **NEW JERSEY**  •  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-012
INVOICE : 176440

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:   FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 05/04/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF KIRKLAND AND ELLIS LLP FOR THE THIRD MONTHLY INTERIM PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004 FOR THE QUARTER OF JANUARY - MARCH 2004 | .10 |
| 05/05/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS, FOR THE PERIOD MARCH 1, 2004 THROUGH MARCH 31, 2004 | .10 |
| 05/05/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL TO ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY LUKINS & ANNIS, P.S.. | .20 |
| 05/05/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTY-FIRST MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 | .10 |
| 05/05/04 | RTT | COMMUNICATIONS WITH K.MANGUAL RE KRAMER'S THIRTY-FIRST MONTHLY FEE APPLICATION | .30 |
| 05/05/04 | RTT | E-FILE THIRTY-FIRST MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP | .80 |
| 05/06/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE KRAMER'S THIRTY-FIRST MONTHLY FEE APPLICATION | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-012
INVOICE : 176440

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| Date | | Description | Hours |
|---|---|---|---|
| 05/06/04 | RTT | PREPARE SERVICE RE KRAMER'S THIRTY-FIRST FEE APPLICATION | .40 |
| 05/06/04 | TC | REVIEWED KRAMER LEVIN FEE APPS FILED | .50 |
| 05/07/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION /EIGHTEENTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MARCH 2004 | .10 |
| 05/07/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION /TWELFTH QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY PRICEWATERHOUSECOOPERS LLP. | .10 |
| 05/07/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR APRIL 2004 FILED BY WARREN H. SMITH & ASSOCIATES, P.C.. | .10 |
| 05/12/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION /THIRTIETH MONTHLY APPLICATION OF CASNER & EDWARDS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004 | .10 |
| 05/12/04 | RLT | REVIEWED THIRTY-SIXTH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MARCH 1, 2004 THROUGH MARCH 31, 2004 | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-012
INVOICE : 176440

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 05/12/04 RLT | REVIEWED APPLICATION FOR COMPENSATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM JANUARY 1, THROUGH JANUARY 31, 2004 | .10 |
| 05/12/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF APRIL 1, 2004 THROUGH APRIL 30. 2004 FILED BY FERRY | .10 |
| 05/12/04 RLT | REVIEWED APPLICATION FOR COMPENSATION OF NELSON MULLINS RIELY & SCARBOROUGH, L.L.P FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD, FROM FEBRUARY 1, THROUGH FEBRUARY 29, 2004 | .10 |
| 05/12/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL FOR THE THIRD INTERIM PERIOD FROM MARCH 1 THROUGH MARCH 31, 2004, FOR THE QUARTER OF JANUARY 2004 - MARCH 2004 FILED BY NELSON MULLINS RILEY & SCARBOROUGH, L.L.P | .10 |
| 05/14/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 05/14/04 RLT | REVIEWED MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES/CLAIMS FILED BY NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE. | .30 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-012
INVOICE : 176440

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| 05/14/04 RLT | REVIEWED ACTION TO RE OPPOSITION TO THIRD OMNIBUS OBJECTION FILED BY ORANGE COUNTY TREASURER -TAX COLLECTOR | .20 |
| 05/14/04 RLT | REVIEWED OBJECTION TO DECLARATION OF RITA BUTANI IN SUPPORT OF ORANGE COUNTY TREASURER TAX COLLECTOR'S OPPOSITION TO THIRD OMNIBUS OBJECTION | .30 |
| 05/14/04 RLT | REVIEWED RESPONSE TO RE OPPOSITION OF THE ORANGE COUNTY TREASURER TAX COLLECTOR'S TO DEBTOR'S THIRD OMNIBUS OBJECTION | .30 |
| 05/14/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED | .20 |
| 05/14/04 RLT | REVIEWED QUARTERLY VERIFIED FEE APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE TWELFTH INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 05/14/04 RLT | REVIEWED QUARTERLY VERIFIED FEE APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE TWELFTH INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 05/14/04 RLT | REVIEWED QUARTERLY APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION (TWELFTH VERIFIED) OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R.GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JUNE 22, 2004
MATTER :   W9600-012
INVOICE :  176440

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---:|
| 05/14/04 RLT | REVIEWED TWELFTH VERIFIED QUARTERLY FEE APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL. FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 05/14/04 RLT | REVIEWED QUARTERLY FEE APPLICATION OF STEPTOE & JOHNSON FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W.R. GRACE CO., ET AL. FOR THE ELEVENTH QUARTERLY INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 | .20 |
| 05/14/04 RLT | REVIEWED STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W.R. GRACE & CO., ET AL. FOR THE ELEVENTH QUARTERLY INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 | .20 |
| 05/14/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION (TWELFTH) FOR THE PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004, FILED BY STROOCK & STROOCK & LAVAN LLP | .20 |
| 05/14/04 RLT | REVIEWED NINTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MARCH 2004 FILED BY PROTIVITI INC | .20 |
| 05/14/04 RLT | REVIEWED APPLICATION FOR COMPENSATION TWENTY-SIXTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2004 THROUGH APRIL 30, 2004 | .10 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-012
INVOICE : 176440

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 05/14/04 RLT | REVIEWED MOTION FOR LEAVE TO FILE REPLY OF DEBTORS IN FURTHER SUPPORT OF THEIR APPLICATION PURSUANT TO 11 U.S.C. SECTIONS 105, 327 AND 524(G)(4)(B)(I) FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS | .40 |
| 05/14/04 RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION / QUARTERLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE ELEVENTH QUARTERLY INTERIM PERIOD (OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003) | .20 |
| 05/14/04 RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION FEE APPLICATION OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR THE PERIOD MAY 1, 2003 THROUGH DECEMBER 31, 2003 | .20 |
| 05/14/04 RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION / TWELFTH QUARTERLY VERIFIED APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 05/16/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004 FILED BY CAMPBELL & LEVINE, LLC | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JUNE 22, 2004
MATTER :   W9600-012
INVOICE :  176440

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 05/16/04 | RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004 FILED BY L. TERSIGNI CONSULTING, P.C | .20 |
| 05/16/04 | RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004 FILED BY LEGAL ANALYSIS SYSTEMS, INC.. | .20 |
| 05/16/04 | RLT | REVIEWED VERIFIED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION FOR THE TWELFTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .20 |
| 05/19/04 | RLT | REVIEWED APPLICATION TO EMPLOY APPLICATION FOR ENTRY FO AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. AS A PROFESSIONAL EMPLOYED BY THE ESTATE FOR THE DEBTORS FILED BY W.R. GRACE & CO | .40 |
| 05/20/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MARCH 1, 2004 THROUGH MARCH 31, 2004 FILED BY ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A | .10 |
| 05/20/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2004 THROUGH JANUARY 31, 2004 FILED BY ELZUFON AUSTIN REARDON TARLOV & | .10 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JUNE 22, 2004
MATTER :  W9600-012
INVOICE : 176440

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04     T C

RE:   FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 05/20/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 FILED BY ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. | | .10 |
| 05/21/04 RLT | REVIEWED STATUS REPORT DEBTORS' SECOND STATUS REPORT ON ITS CLAIMS RECONCILIATION AND OBJECTION PROCESS AND APPROACH TO LITIGATION CLAIMS FILED BY W.R. GRACE & CO | | .40 |
| 05/21/04 TC | REVIEWED DEBTORS' APPLICATION TO RETAIN BAKER DONELSON | | .70 |
| 05/24/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2004 THROUGH MARCH 31,2004 FILED BY CONWAY, DEL GENIO, GRIES & CO., LLC | | .20 |
| 05/24/04 RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER LEVIN'S THIRTY-FIRST FEE APPLICATION | | .10 |
| 05/24/04 RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S FEBRUARY FEE APP | | .60 |
| 05/25/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF PROTIVITI, INC. FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C | | .20 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 22, 2004
MATTER :  W9600-012
INVOICE :  176440

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 05/25/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 05/25/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF STROOCK & STROOCK & LAVAN, LLP FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 05/25/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP FOR THE ELEVENTH INTERIM PERIOD | .20 |
| 05/25/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR THE ELEVENTH INTERIM PERIOD | .20 |
| 05/26/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF LUKINS & ANNIS, P.S. FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. (SMITH, WARREN) | .20 |
| 05/26/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF DUFF & PHELPS, LLC FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. (SMITH, WARREN) | .20 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JUNE 22, 2004
MATTER : W9600-012
INVOICE : 176440

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04     T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 05/26/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH | .30 |
| 05/26/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING INTERIM FEE APPLICATION OF THE BLACKSTONE GROUP L.P. FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES | .20 |
| 05/26/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF GOODWIN PROCTER LLP FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES | .20 |
| 05/26/04 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-SECOND MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004 | .10 |
| 05/26/04 RLT | REVIEWED NOTICE OF FILING OF QUARTERLY FEE APPLICATION (RE: DOCKET NO. 5669 - TWELFTH QUARTERLY INTERIM APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .10 |
| 05/26/04 RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION / TWELFTH QUARTERLY INTERIM APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .10 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 22, 2004
MATTER :  W9600-012
INVOICE :  176440

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:   FEE APPLICATIONS, OTHERS

| Date | Init | Description | Hours |
|---|---|---|---|
| 05/26/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF APRIL 1, 2004 THROUGH APRIL 30, 2004 FILED BY BILZIN SUMBERG BAENA PRICE & AXELROD LLP. | .10 |
| 05/26/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 05/26/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER LEVIN'S THIRTY-FIRST FEE APPLICATION | .10 |
| 05/28/04 | FAP | REVIEW AND REVISE CNO TO THIRTY-FIRST FEE APPLICATION OF KRAMER LEVIN | .10 |
| 05/28/04 | FAP | FILE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S THIRTY-FIRST FEE APPLICATION | .30 |
| 05/28/04 | RLT | REVIEWED AND COMMENTED ON CNO TO KRAMER'S 31ST FEE APP | .20 |
| 05/28/04 | RTT | PREPARE SERVICE RE CNO TO KRAMER LEVIN'S THRITY-FIRST FEE APP | .10 |
| 05/31/04 | RTT | PREPARE E-FILING RE KRAMER LEVIN'S THIRTY-SECOND MONTHLY FEE APPLICATION | .40 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-012
INVOICE : 176440

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:   FEE APPLICATIONS, OTHERS

## TIME SUMMARY

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| F A PANCHAK  |        | 140.00 | .40   | 56.00   |
| R L THOMAS   |        | 220.00 | 10.60 | 2332.00 |
| R T TAYLOR   |        | 130.00 | 3.20  | 416.00  |
| T CURRIER    |        | 465.00 | 1.20  | 558.00  |
|              | TOTALS |        | 15.40 | 3362.00 |

TOTAL FEES :                3,362.00

TOTAL DUE  :                3,362.00

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-015
INVOICE : 176441

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 05/13/04 | TC | REVIEWED DEBTORS' MOTION TO FILE SUR REPLY TO MASSACHUSETTS PLEADINGS | .60 |
| 05/13/04 | TC | REVIEWED MOTION FOR LEAVE TO FILE DEBTORS' SURREPLY, AND ATTACHED SURREPLY | .80 |
| 05/14/04 | RLT | REVIEWED MOTION FOR LEAVE TO FILE LIBBY CLAIMANTS' RESPONSE TO OBJECTIONS TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND PRELIMINARY INJUNCTION TO TAKE PERPETUATION DEPOSITIONS | .50 |
| 05/14/04 | TC | REVIEWED MOTION FOR LEAVE TO FILE RESPONSE TO OBJECTIONS TO MOTION FOR RELIEF FROM STAY, AND TO TAKE PERPETUATION DEPOSITIONS | 1.10 |
| 05/14/04 | TC | REVIEWED LIBBY CLAIMANTS SUPPLEMENT TO MOTION FOR RELIEF FROM STAY | .40 |
| 05/16/04 | RLT | REVIEWED EXHIBIT LIBBY CLAIMANTS' SUPPLEMENT TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND PRELIMINARY INJUNCTION TO TAKE PERPETUATION DEPOSITIONS (EXHIBIT A ATTACHED) | .50 |
| 05/24/04 | TC | REVIEWED TIM KANE MOTION FOR RELIEF FROM STAY | .40 |
| 05/24/04 | TC | DEBTORS' MOTION FOR LEAVE TO FILE A REPLY ON MOTION FOR FUTURES REPRESENTATIVE | .50 |
| 05/28/04 | TC | REVIEWED BAKER HUGHES MOTION FOR RELIEF FROM STAY | .50 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 22, 2004
                                              MATTER :  W9600-015
                                              INVOICE : 176441

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04   T C

    RE:  LITIGATION AND LITIGATION CONSULTING



                 T I M E   S U M M A R Y
                 -----------------------

                        RATE      HOURS           TOTALS
                        ----      -----           ------
  R L THOMAS            220.00    1.00            220.00
  T CURRIER             465.00    4.30           1999.50
                TOTALS            5.30           2219.50


                 TOTAL FEES :                    2,219.50


                 TOTAL DUE  :                    2,219.50
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-017
INVOICE : 176442

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 05/07/04 | RLT | REVIEWED MOTION FOR LEAVE TO FILE DEBTORS' SUR REPLY TO THE MOTION OF THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION FOR RELIEF FROM THE AUTOMATIC STAY AND SETOFF | .30 |
| 05/16/04 | RLT | REVIEWED MOTION FOR LEAVE TO FILE LIBBY CLAIMANTS' RESPONSE TO OBJECTIONS TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND PRELIMINARY INJUNCTION TO TAKE PERPETUATION DEPOSITIONS | .50 |
| 05/24/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING RENEWED MOTION OF TIMOTHY KANE FOR RELIEF FROM AUTOMATIC STAY | .30 |
| 05/26/04 | RLT | REVIEWED MOTION FOR RELIEF FROM STAY NOTICE OF MOTION FOR ENTRY OF ORDER MODIFYING THE AUTOMATIC STAY PUSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(D). | .40 |

```
              T I M E   S U M M A R Y
              -----------------------

                       RATE      HOURS          TOTALS
                       ----      -----          ------
  R L THOMAS
                       220.00    1.50           330.00
              TOTALS             1.50           330.00
```

TOTAL FEES :                          330.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 22, 2004
MATTER :  W9600-017
INVOICE : 176442

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/04    T C

RE:  RELIEF FROM STAY PROCEEDINGS

TOTAL DUE  :                      330.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**