IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                   )
                                         )
                                         )    **Chapter 11**
**W.R. GRACE & CO., <u>et al.</u>**      )    **Case No. 01-01139 (JKF)**
                                         )    **(Jointly Administered)**
                                         )
              Debtors.                   )
                                         )

## <u>MOTION AND ORDER FOR ADMISSION PRO HAC VICE</u>

John, C. Phillips, Jr. of the law firm Phillips Goldman & Spence P.A. (the "Movant"), a member of the bar of this Court, pursuant to District Court Local Rule 83.5. moves the admission *pro hac vice* of Roger Frankel, Richard H. Wyron, Jonathan P. Guy, and Matthew W. Cheney, of the law firm Swidler Berlin Shereff Friedman, LLP at the address listed below (collectively, the "Admittees"), to represent and act as bankruptcy counsel for David T. Austern as the Court-appointed Future Claimants' Representative in the above-captioned jointly administered proceedings. The Admittees are admitted, practicing, and in good standing in the following jurisdictions:

| | |
|---|---|
| Roger Frankel | The state of Maryland and the District of Columbia |
| Richard H. Wyron | The state of Maryland and the District of Columbia |
| Jonathan P. Guy | The state of New York and the District of Columbia |
| Matthew W. Cheney | The state of Maryland and the District of Columbia |

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (facsimile)

Each Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these jointly administered proceedings, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules

Roger Frankel
MD Bar No. 10366; DC Bar No. 45799
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007
(202) 424-7500

Richard H. Wyron
MD Bar No. 10225; DC Bar No. 333591
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007
(202) 424-7500

Jonathan P. Guy
NY Registration No. 2634863; DC Bar No. 449031
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007
(202) 424-7500

Matthew W. Cheney
MD Bar No. 25299; DC Bar No. 464013
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007
(202) 424-7500

3

MOTION GRANTED.

BY THE COURT:

Dated: _____, 2004

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, DEBRA O FULLEM, do hereby certify that I am over the age of 18, and that on June 28, 2004, I caused the *Motion and Order for Admission Pro Hac Vice* to be served upon those persons on the attached list via U.S First Class Mail.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

9151068v1

Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young Jones
& Weintraub
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #301
Wilmington, DE 19801-3549

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1000
Los Angeles, CA  90067-4100

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  6060

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022-3852

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102