## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 19, 2004 at 4:00 p.m.**
**Hearing date: To be scheduled, only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Twenty-seventh Monthly Fee Application of Duane

Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the

Official Committee of Unsecured Creditors for the period from April 1, 2004 through April 30, 2004,

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

seeking compensation in the amount of $16,984.50 and reimbursement for actual and necessary expenses

in the amount of $980.26 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 19, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200

East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones,

Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box

8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the

Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP,

180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R.

Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware

19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property

Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First

Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number

305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O.

Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official

Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399

Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford,

Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500,

Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas

Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-

993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O.

25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee

of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
       June 28, 2004

Respectfully submitted,

Michael R. Lastowski (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:      mlastowski@duanemorris.com

- and —

William S. Katchen (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:      wskatchen@duanemorris.com

-and -

Lewis Kruger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
e-mail:      lkruger@stroock.com

*Co-Counsel for the Official Committee of Unsecured Creditors of
W. R. Grace & Co., et al.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. Grace & Co., et al.

              Debtors.

Chapter 11

Case No. 01-01139 (JKF)

Jointly Administered

**Objection Date: July 19, 2004 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are timely filed and served**

## TWENTY-SEVENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **April 1, 2004 – April 30, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$16,984.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$980.26** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 4.20 hours and the corresponding compensation requested is approximately $714.00[2]

This is the twenty-seventh monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Twenty-seventh Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

WLM\198346.1

**Attachment A**

## Monthly Interim Fee Applications

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | | |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | | |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |

# DuaneMorris

*FIRM/AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

June 28, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001      Invoice# 1021159          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 14.10 | hrs. at | $495.00 /hr. = | $6,979.50 |
| RW RILEY | PARTNER | 0.30 | hrs. at | $385.00 /hr. = | $115.50 |
| WS KATCHEN | PARTNER | 12.90 | hrs. at | $545.00 /hr. = | $7,030.50 |
| DM SPEERS | PARALEGAL | 2.80 | hrs. at | $190.00 /hr. = | $532.00 |
| SA CABAN | PARALEGAL | 13.50 | hrs. at | $170.00 /hr. = | $2,295.00 |
| PA SIEBEL, JR. | PARALEGAL | 0.20 | hrs. at | $160.00 /hr. = | $32.00 |
| | | | | | $16,984.50 |

DISBURSEMENTS

| | |
|---|---|
| DOCUMENT RETRIEVAL | 25.51 |
| LEXIS LEGAL RESEARCH | 174.80 |
| MESSENGER SERVICE | 313.78 |
| OVERNIGHT MAIL | 45.53 |
| OVERTIME RELATED COSTS | 8.28 |
| POSTAGE | 1.75 |
| PRINTING & DUPLICATING | 312.52 |
| PRINTING & DUPLICATING - INTERNAL | 16.95 |
| TELECOPY | 70.30 |
| TELEPHONE | 10.84 |
| TOTAL DISBURSEMENTS | $980.26 |

BALANCE DUE THIS INVOICE                              $17,964.76

PREVIOUS BALANCE                                     $78,202.88

TOTAL BALANCE DUE                                    $96,167.64

DUANE MORRIS LLP

Duane Morris
June 28, 2004
Page 2

Duane Morris
June 28, 2004
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1021159

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 4/27/2004 | 002 | MR LASTOWSKI | REVIEW DEBTOR'S QUARTERLY REPORT OF ASSET SALES | 0.10 | $49.50 |
| | | | Code Total | 0.10 | $49.50 |

Duane Morris
June 28, 2004
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1021159

| | | | | | |
|---|---|---|---|---|---|
| 4/1/2004 | 003 | MR LASTOWSKI | REVIEW W.R. GRACE 2004 BUSINESS PLAN | 0.30 | $148.50 |
| 4/13/2004 | 003 | MR LASTOWSKI | REVIEW FEBRUARY MONTHLY OPERATING REPORT | 0.50 | $247.50 |
| | | | Code Total | 0.80 | $396.00 |

Duane Morris
June 28, 2004
Page 5

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1021159

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/1/2004 | 004 | DM SPEERS | REVIEWING 4/1/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 4/2/2004 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $17.00 |
| 4/2/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKETS TO COUNSEL. | 0.10 | $17.00 |
| 4/5/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKETS TO COUNSEL. | 0.10 | $17.00 |
| 4/6/2004 | 004 | DM SPEERS | REVIEWING 4/6/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 4/7/2004 | 004 | DM SPEERS | REVIEWING 4/7/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 4/8/2004 | 004 | DM SPEERS | REVIEWING 4/8/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 4/12/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 4/13/2004 | 004 | DM SPEERS | REVIEWING 4/12/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 4/13/2004 | 004 | DM SPEERS | REVIEWING 4/13/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 4/13/2004 | 004 | SA CABAN | REVIEW RETURNED MAILING AND FORWARD TO NEW ADDRESS FOR IRA GREENE. | 0.10 | $17.00 |
| 4/13/2004 | 004 | WS KATCHEN | REVIEW LIBBY VICTIMS PLEADINGS REGARDING SANCTIONS AND BILLING; REVIEW LIBBY MOTION AND RELIEF FROM STAY TO CONDUCT DEPOSITIONS AND EXPERT REPORTS; REVIEW MOTION BY LIBBY PARTIES TO DEFER RULING ON CONTEMTP AND CITED AUTHORITY (POLAROID) | 0.60 | $327.00 |
| 4/13/2004 | 004 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO MASS DEP MOTION REGARDING SET OFF | 0.20 | $109.00 |

Duane Morris
June 28, 2004
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1021159

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 4/14/2004 | 004 | DM SPEERS | REVIEWING 4/14/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 4/15/2004 | 004 | SA CABAN | REQUEST UPDATED 2002 SERVICE LIST; FORWARD SAME TO SECRETARIAL SERVICES W/ REQUEST FOR LABELS. | 0.20 | $34.00 |
| 4/16/2004 | 004 | DM SPEERS | REVIEWING 4/15/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 4/16/2004 | 004 | WS KATCHEN | REVIEW SECTION 362(D) MOTION | 0.10 | $54.50 |
| 4/19/2004 | 004 | DM SPEERS | REVIEWING 4/16/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 4/19/2004 | 004 | DM SPEERS | REVIEWING 4/19/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 4/19/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 4/20/2004 | 004 | DM SPEERS | REVIEWING 4/20/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $57.00 |
| 4/22/2004 | 004 | DM SPEERS | REVIEWING 4/21/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $57.00 |
| 4/22/2004 | 004 | DM SPEERS | REVIEWING 4/22/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 4/23/2004 | 004 | DM SPEERS | REVIEWING 4/23/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 4/26/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 4/27/2004 | 004 | DM SPEERS | REVIEWING 4/26/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 4/27/2004 | 004 | SA CABAN | REVIEW SERVICE CONFIRMATIONS FOR VARIOUS PLEADINGS AND PREPARE FOR FILING. | 0.20 | $34.00 |
| 4/28/2004 | 004 | DM SPEERS | REVIEWING 4/28/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |

Duane Morris
June 28, 2004
Page 7

File # K0248-00001                                          INVOICE # 1021159
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/29/2004 004 | DM SPEERS | REVIEWING 4/29/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 4/30/2004 004 | DM SPEERS | REVIEWING 4/30/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| | | Code Total | 4.80 | $1,209.50 |

Duane Morris
June 28, 2004
Page 8

File # K0248-00001                                        INVOICE # 1021159
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | | |
|---|---|---|---|---|---|
| 4/20/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER. | 0.10 | $54.50 |
| 4/21/2004 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH ARLENE KRIEGER RE: COMMITTEE MEETING. | 0.20 | $109.00 |
| 4/21/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH TOM MAHER RE: ARGUMENT ON RECUSAL. | 0.20 | $109.00 |
| 4/21/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEVIN KELLEY RE: UPDATE. | 0.20 | $109.00 |
| 4/22/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.20 | $109.00 |
| 4/23/2004 | 005 | WS KATCHEN | CONFERENCE CALL WITH COMMITTEE. | 0.90 | $490.50 |
| 4/23/2004 | 005 | WS KATCHEN | PREPARE FOR COMMITTEE CALL. | 0.40 | $218.00 |
| 4/26/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION ON APPOINTMENT OF FUTURES' REPRESENTATIVE. | 0.20 | $109.00 |
| 4/26/2004 | 005 | WS KATCHEN | CONSIDERATION OF ISSUES RAISED BY D. BERNICK ON RECUSAL. | 0.70 | $381.50 |
| 4/26/2004 | 005 | WS KATCHEN | CONFIDENTIAL RESEARCH FOR MEETING WITH LEWIS KRUGER. | 1.40 | $763.00 |
| 4/26/2004 | 005 | WS KATCHEN | REVIEW TRANSCRIPT FROM APRIL 19, 2004 ARGUMENT AT THE COURT OF APPEALS. | 0.60 | $327.00 |
| 4/27/2004 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S QUARTERLY REPORT OF SETTLEMENTS | 0.20 | $99.00 |
| 4/27/2004 | 005 | WS KATCHEN | REVIEW TRANSCRIPT FROM APRIL 19, 2004 ARGUMENT AT THE COURT OF APPEALS. | 0.90 | $490.50 |
| 4/27/2004 | 005 | WS KATCHEN | CONSIDERATION OF COMMITTEE ISSUE. | 0.60 | $327.00 |
| 4/27/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RE: CONSIDERATION OF COMMITTEE ISSUE. | 0.10 | $54.50 |
| 4/28/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE ON LIBBY CLAIMANTS. | 0.40 | $218.00 |
| 4/28/2004 | 005 | WS KATCHEN | PREPARE FOR CONFERENCE WITH LEWIS KRUGER RE: GRACE STRATEGIC ISSUES. | 1.40 | $763.00 |
| 4/29/2004 | 005 | WS KATCHEN | WORK ON PLAN ISSUES AND ALTERNATIVES AND PREPARE FOR MEETING WITH LEWIS KRUGER. | 1.50 | $817.50 |
| 4/29/2004 | 005 | WS KATCHEN | MEETING WITH LEWIS KRUGER. | 0.50 | $272.50 |
| 4/30/2004 | 005 | WS KATCHEN | §524(G) RESEARCH. | 1.50 | $817.50 |
| | | | Code Total | 12.20 | $6,639.00 |

Duane Morris
June 28, 2004
Page 9

File # K0248-00001
    W.R. GRACE & CO.

| 4/15/2004 006 | MR LASTOWSKI | REVIEW THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) | 0.20 | $99.00 |
|---|---|---|---|---|
| | | Code Total | 0.20 | $99.00 |

Duane Morris
June 28, 2004
Page 10

File # K0248-00001                                       INVOICE # 1021159
      W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/1/2004 007 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S THIRD SUPPLEMENTAL FILING | 1.20 | $594.00 |
| 4/2/2004 007 | MR LASTOWSKI | REVIEW THIRD CIRCUIT ORDER RE: SUPPLEMENTAL BRIEFING | 0.10 | $49.50 |
| 4/6/2004 007 | MR LASTOWSKI | REVIEW NOTICE OF ORAL ARGUMENT ISSUED BY THE THIRD CIRCUIT | 0.10 | $49.50 |
| 4/12/2004 007 | MR LASTOWSKI | REVIEW CAPSTONE REPORT TO COMMITTEE RE: HYPOTHETICAL RECOVERY ANALYSIS | 1.20 | $594.00 |
| 4/12/2004 007 | MR LASTOWSKI | REVIEW CAPSTONE REPORT TO COMMITTEE RE: FEBRUARY PERFORMANCE | 0.10 | $49.50 |
| 4/12/2004 007 | MR LASTOWSKI | REVIEW LETTER FROM DEBTOR'S COUNSEL TO JUDGE FITZGERALD RE: COMMITTEE PRESENTATION | 0.10 | $49.50 |
| 4/12/2004 007 | MR LASTOWSKI | REVIEW THIRD CIRCUIT EMERGENCY ORDER RE: KENSINGTON APPEAL | 0.10 | $49.50 |
| 4/16/2004 007 | MR LASTOWSKI | REVIE THIRD CIRCUIT RECUSAL FILINGS | 0.60 | $297.00 |
| 4/16/2004 007 | MR LASTOWSKI | DETERMINE STATUS OF ASBESTOS LEGISLATION | 0.20 | $99.00 |
| 4/18/2004 007 | MR LASTOWSKI | REVIEW THIRD CIRCUIT FILINGS IN CONNECTION WITH ORAL ARUMENT | 1.70 | $841.50 |
| 4/20/2004 007 | MR LASTOWSKI | DETERMINE STATUS OF ASBESTOS LEGISLATION | 0.20 | $99.00 |
| 4/22/2004 007 | MR LASTOWSKI | E-MAIL FROM A KRIEGER RE: TRANSCRIPT OF RECUSAL PROCEEDINGS | 0.10 | $49.50 |
| 4/22/2004 007 | MR LASTOWSKI | REVIEW PETITIONERS' CORRESPONDENCE RE: STANDARD OF REVIEW | 0.20 | $99.00 |
| 4/22/2004 007 | MR LASTOWSKI | TELEPHONE CALLS TO THE 3RD CIRCUIT RE: TRANSCRIPT OF ORAL ARGUMENT | 0.20 | $99.00 |
| 4/23/2004 007 | MR LASTOWSKI | DETERMINE STATUS OF ASBESTOS LEGISLATION | 0.20 | $99.00 |
| 4/26/2004 007 | MR LASTOWSKI | REVIEW TRANSCRIPT OF RECUSAL HEARING | 1.10 | $544.50 |
| 4/26/2004 007 | MR LASTOWSKI | REVIEW TRANSCRIPT CORRECTIONS IN CONNECTION WITH THIRD CIRCUIT RECUSAL HEARING | 0.30 | $148.50 |
| 4/29/2004 007 | MR LASTOWSKI | DETERMINE STATUS OF ASBESTOS LEGISLATION | 0.20 | $99.00 |
| | | Code Total | 7.90 | $3,910.50 |

Duane Morris
June 28, 2004
Page 11

File # K0248-00001
    W.R. GRACE & CO.

<span style="float:right">INVOICE # 1021159</span>

| | | | | |
|---|---|---|---|---|
| 4/28/2004 009 | MR LASTOWSKI | REVIEW DUANE MORRIS TIME RECORDS FOR JANUARY, FEBRUARY AND MARCH 2004 IN CONNECTION WITH PREPARATION OF FEE APPLICATIONS | 0.30 | $148.50 |
| | | Code Total | 0.30 | $148.50 |

Duane Morris
June 28, 2004
Page 12

File # K0248-00001                                        INVOICE #  1021159
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/5/2004 010 | RW RILEY | REVIEWING FEE APPLICATION AND REVIEWING AND SIGNING CERTIFICATE OF NO OBJECTION TO FTI POLICANO & MANZO'S 11TH QTR FEE APP | 0.20 | $77.00 |
| 4/12/2004 010 | MR LASTOWSKI | DETERMINE STATUS OF CAPSTONE RETENTION | 0.30 | $148.50 |
| 4/12/2004 010 | SA CABAN | REVIEW DOCKET AND SEND EMAIL TO M. LASTOWSKI AND A. CASKADON ADVISING OF OBJECTION TO CAPSTONE RETENTION APPLICATION. | 0.10 | $17.00 |
| 4/15/2004 010 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: REVISED CAPSTONE RETENTION ORDER | 0.30 | $148.50 |
| 4/20/2004 010 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATIO TO RETAIN A FUTURE CLAIMS REPRESENTATIVE | 0.40 | $198.00 |
| 4/20/2004 010 | MR LASTOWSKI | REVIEW DEBTOR'S MEMORANDUM RE: SANCTIONS IMPOSED ON LIBBY PLAINTIFFS | 0.70 | $346.50 |
| 4/20/2004 010 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO RETAIN A FUTURE CLAIMS REPRESENTATIVE | 0.40 | $198.00 |
| 4/22/2004 010 | MR LASTOWSKI | E-MAIL FROM F. PERCH RE: CAPSTONE APPLICATION | 0.10 | $49.50 |
| 4/22/2004 010 | MR LASTOWSKI | REVIEW REVISED CAPSTONE ORDER | 0.20 | $99.00 |
| | | Code Total | 2.70 | $1,282.00 |

Duane Morris
June 28, 2004
Page 13

File # K0248-00001                                   INVOICE # 1021159
        W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/14/2004 012 | SA CABAN | REVIEW AND UPDATE FEE APPLICATION STATUS CHART. | 0.20 | $34.00 |
| 4/14/2004 012 | SA CABAN | REVIEW DOCKET FOR ENTRY OF ORDER APPROVING 10TH QUARTERLY FEES; EMAIL TO P. CUNIFF RE: SAME. | 0.20 | $34.00 |
| 4/14/2004 012 | SA CABAN | PREPARE DRAFT DM 11TH QUARTERLY FEE APPLICATION FOR OCT - DEC 2003. | 4.20 | $714.00 |
| 4/15/2004 012 | SA CABAN | REVIEW DRAFT 11TH QUARTERLY FEE APPLICATION AND SUBMIT TO M. LASTOWSKI FOR REVIEW/APPROVAL. | 0.50 | $85.00 |
| 4/16/2004 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE DM 11TH QUARTERLY FEE APPLICATION; PREPARE FOR SERVICE. | 0.40 | $68.00 |
| 4/16/2004 012 | SA CABAN | FORWARD DM 11TH QUARTERLY FEE APPLICATION TO NOTICE PARTIES VIA EMAIL; PREPARE HARD COPIES FOR SERVICE ON COMPANY, FEE AUDITOR AND TRUSTEE. | 0.30 | $51.00 |
| 4/20/2004 012 | SA CABAN | REQUEST DRAFT INVOICES FOR JANUARY/FEBRUARY/MARCH 2004 FOR REVIEW. | 0.10 | $17.00 |
| 4/20/2004 012 | SA CABAN | UPDATE STATUS CHART FOR FEE APPLICATIONS. | 0.20 | $34.00 |
| 4/27/2004 012 | SA CABAN | REVIEW DRAFT INVOICES AND MARK REVISIONS FOR JAN 2004. | 0.30 | $51.00 |
| 4/28/2004 012 | SA CABAN | REVIEW DRAFT INVOICES FOR FEB AND MAR 2004 AND MARK REVISIONS. | 0.50 | $85.00 |
| 4/28/2004 012 | SA CABAN | CONVERT TO PDF FORMAT AND FORWARD DRAFT REVISIONS FOR JAN, FEB AND MAR 2004 INVOICES TO W. KATCHEN AND M. LASTOWSKI FOR REVIEW/APPROVAL. | 0.20 | $34.00 |
| | | Code Total | 7.10 | $1,207.00 |

Duane Morris
June 28, 2004
Page 14

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1021159

| | | | | |
|---|---|---|---|---|
| 4/5/2004 013 | RW RILEY | REVIEWING FEE APPLICATION AND REVIEWING AND SIGNING CERTIFICATE OF NO OBJECTION TO STROOCK & STROOCK & LAVAN'S 11TH QTR FEE APP | 0.10 | $38.50 |
| 4/5/2004 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI 11TH QUARTERLY FEE APPLICATION. | 0.20 | $34.00 |
| 4/5/2004 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO SSL 11TH QUARTERLY FEE APPLICATION. | 0.20 | $34.00 |
| 4/5/2004 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI'S 11TH QUARTERLY FEE APPLICATION. | 0.20 | $34.00 |
| 4/5/2004 013 | SA CABAN | FORWARD CERTIFICATES OF NO OBJECTION FOR FTI AND STROOCK 11TH QUARTERLY FEE APPLICATIONS TO J. PORT AND A. CASKADON. | 0.10 | $17.00 |
| 4/5/2004 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO SSL 11TH QUARTERLY FEE APPLICATION. | 0.20 | $34.00 |
| 4/6/2004 013 | SA CABAN | REVIEW NOTICE FOR STROOCK FEBRUARY FEE STATEMENT AND RESPOND WITH APPROVAL TO A. CASKADON. | 0.10 | $17.00 |
| 4/6/2004 013 | SA CABAN | SAVE STROOCK'S FEB 2004 FEE APPLICATION TO SYSTEM AND E-FILE. FORWARD CONFIRMATION OF FILING TO A. CASKADON. | 0.30 | $51.00 |
| 4/7/2004 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK JANUARY 2004 FEE APPLICATION. | 0.20 | $34.00 |
| 4/7/2004 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI JANUARY 2004 MONTHLY FEE APPLICATION. | 0.20 | $34.00 |
| 4/7/2004 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CNO TO STROOCK'S JANUARY 2004 FEE APPLICATION. | 0.20 | $34.00 |
| 4/7/2004 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CNO TO FTI'S JANUARY 2004 (FINAL MONTHLY) FEE APPLICATION. | 0.20 | $34.00 |
| 4/7/2004 013 | SA CABAN | FORWARD COPIES OF CNOS TO J. PORT FOR PAYMENT PROCESSING FOR STROOCK AND FTI'S JANUARY 2004 FEE APPLICATIONS. | 0.10 | $17.00 |

Duane Morris
June 28, 2004
Page 15

File # K0248-00001                                    INVOICE #  1021159
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 4/12/2004 013 | SA CABAN | REVIEW FTI 12TH QUARTERLY FEE APPLICATION AND RESPOND W/ APPROVAL TO A. CASKADON. | | 0.10 | $17.00 |
| 4/12/2004 013 | SA CABAN | SAVE TO SYSTEM IN PDF FORMAT AND E-FILE FTI 12TH QUARTERLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | | 0.30 | $51.00 |
| 4/14/2004 013 | MR LASTOWSKI | REVIEW STATUS AND STATEMENT RE: ORDINARY COURSE PROFESSIONALS | | 0.10 | $49.50 |
| 4/21/2004 013 | SA CABAN | REVIEW NOTICE OF MARCH 2004 FEE STATEMENT FOR STROOCK AND RESPOND W/ APPROVAL. | | 0.10 | $17.00 |
| 4/27/2004 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK 35TH MONTHLY FEE APPLICATION FOR FEB 2004. | | 0.20 | $34.00 |
| 4/28/2004 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE MARCH 2004 FEE APPLICATION FOR STROOCK; EMAIL CONFIRMATION TO A. CASKADON. | | 0.20 | $34.00 |
| 4/28/2004 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK FEB 2004 FEE APPLICATION; FORWARD SAME FOR PAYMENT PROCESSING. | | 0.30 | $51.00 |
| 4/29/2004 013 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR STROOCK MARCH 2004 FEE APPLICATION. | | 0.10 | $17.00 |
| | | | Code Total | 3.70 | $683.00 |

Duane Morris
June 28, 2004
Page 16

File # K0248-00001                                        INVOICE # 1021159
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/20/2004 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER (STROOCK) RE: STATUS OF APRIL OMNIBUS HEARING | 0.10 | $49.50 |
| 4/21/2004 015 | MR LASTOWSKI | REVIEW STATUS OF APRIL OMNIBUS HEARING | 0.10 | $49.50 |
| 4/21/2004 015 | MR LASTOWSKI | TELEPHONE CALL TO DEBTOR'S COUNSEL TO DETERMINE STATUS OF 4/26/04 HEARING | 0.10 | $49.50 |
| 4/21/2004 015 | SA CABAN | REVIEW DOCKET FOR CANCELLATION OF 4/26/04 HEARING; EMAIL TO P. CUNIFF RE: SAME. | 0.20 | $34.00 |
| | | Code Total | 0.50 | $182.50 |

Duane Morris
June 28, 2004
Page 17

File # K0248-00001

INVOICE #  1021159

W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/13/2004 016 | MR LASTOWSKI | REVIEW STATEMENT OF LIBBY COUNSEL IN SUPPORT OF REDUCTION IN THE AMOUNT OF SANCTIONS | 0.20 | $99.00 |
| 4/16/2004 016 | SA CABAN | REVIEW EMAILS OF M. LASTOWSKI AND REORGANIZATION MAILBOXES AND FORWARD BRIEFS TO S. CHEN PER HER REQUEST. | 1.20 | $204.00 |
| 4/16/2004 016 | SA CABAN | TELEPHONE CALL FROM SUSAN CHEN REQUESTING COPIES OF BRIEFS FILED IN THIRD CIRCUIT. | 0.10 | $17.00 |
| 4/16/2004 016 | SA CABAN | CORRESPONDENCE BETWEEN A. CASKADON AND S. CHEN RE: REQUEST FOR THIRD CIRCUIT BRIEFS. | 0.20 | $34.00 |
| | | Code Total | 1.70 | $354.00 |

Duane Morris
June 28, 2004
Page 18

File # K0248-00001                                              INVOICE # 1021159
    W.R. GRACE & CO.

| 4/12/2004 018 | MR LASTOWSKI | REVIEW RENEWED MOTION OF TIMOTHY KANE FOR RELIEF FROM THE AUTOMATIC STAY | 0.40 | $198.00 |
|---|---|---|---|---|
| 4/12/2004 018 | MR LASTOWSKI | REVIEW MASSACHUSETTS DEPARTMENT OF REVENUE'S MOTION FOR RELIEF FROM STAY AND THE DEBOT'RS RESPONSE THERETO | 0.40 | $198.00 |
| 4/13/2004 018 | MR LASTOWSKI | REVIEW LIBBY PLAINTIFF'S MOTION FOR RELIEF FROM STAY TO TAKE PERPETUATION DEPOSITIONS | 0.40 | $198.00 |
| 4/13/2004 018 | MR LASTOWSKI | REVIEW LIBBY PLAINTIFF'S MOTION TO DEFER OR STAY RULING ON CONTEMPT | 0.40 | $198.00 |
| | | Code Total | 1.60 | $792.00 |

Duane Morris
June 28, 2004
Page 19

File # K0248-00001                                          INVOICE #  1021159
     W.R. GRACE & CO.

| 4/13/2004 | 025 | PA SIEBEL, JR. | PULL CASE (337 F3D 951) AS REQUESTED BY WILLIAM KATCHEN | 0.20 | $32.00 |
| | | | Code Total | 0.20 | $32.00 |

Duane Morris
June 28, 2004
Page 20

File # K0248-00001                                    INVOICE #  1021159
        W.R. GRACE & CO.

                          TOTAL SERVICES          43.80    $16,984.50

Duane Morris
June 28, 2004
Page 21

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1021159

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 4/30/2004 | TELEPHONE | | 10.84 |
| | | Total: | $10.84 |
| 4/30/2004 | POSTAGE | | 1.75 |
| | | Total: | $1.75 |
| 4/13/2004 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 1.70 |
| 4/13/2004 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 2.00 |
| 4/13/2004 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 0.70 |
| 4/14/2004 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 170.40 |
| | | Total: | $174.80 |
| 4/1/2004 | OVERNIGHT MAIL (K0428.000001 ) PACKAGE SENT TO CLAUDIO ARGOTE AT EMPRESAS BERRIOS - BO BAYAMON, PR FROM MARCO A GONZALEZ AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #831055199705) | | 25.75 |
| 4/16/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT W.R. GRACE & CO. - COLUMBIA, MD FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790120902617) | | -7.12 |
| 4/16/2004 | OVERNIGHT MAIL PACKAGE SENT TO STEPHEN BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790120899650) | | 12.66 |
| 4/16/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT W.R. GRACE & CO. - COLUMBIA, MD FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790120902617) | | 7.12 |
| 4/16/2004 | OVERNIGHT MAIL PACKAGE SENT TO STEPHEN BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790120899650) | | 12.66 |
| 4/16/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT W.R. GRACE & CO. - COLUMBIA, MD FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790120902617) | | 7.12 |
| 4/16/2004 | OVERNIGHT MAIL PACKAGE SENT TO STEPHEN BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790120899650) | | -12.66 |
| | | Total: | $45.53 |
| 4/30/2004 | MESSENGER SERVICE | | 293.18 |
| 4/30/2004 | MESSENGER SERVICE | | 20.60 |

Duane Morris
June 28, 2004
Page 22

File # K0248-00001                                    INVOICE #  1021159
    W.R. GRACE & CO.

|            |                                    |        |          |
|------------|------------------------------------|--------|----------|
|            |                                    | Total: | $313.78  |
| 4/30/2004  | OVERTIME RELATED COSTS             |        | 8.28     |
|            |                                    | Total: | $8.28    |
| 4/30/2004  | PRINTING & DUPLICATING - INTERNAL  |        | 16.95    |
|            |                                    | Total: | $16.95   |
| 4/30/2004  | TELECOPY                           |        | 63.65    |
| 4/30/2004  | TELECOPY                           |        | 6.65     |
|            |                                    | Total: | $70.30   |
| 4/30/2004  | DOCUMENT RETRIEVAL                 |        | 15.63    |
| 4/30/2004  | DOCUMENT RETRIEVAL                 |        | 9.88     |
|            |                                    | Total: | $25.51   |
| 4/30/2004  | PRINTING & DUPLICATING             |        | 312.52   |
|            |                                    | Total: | $312.52  |
|            | TOTAL DISBURSEMENTS                |        | $980.26  |