# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20040629

June 29, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of January 2004.

### FEES

Paul J. Silvern
0.4 hours @ $ 375 per hour                                      **$ 150.00**

---

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                                         NEW YORK

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace).
For the month of December 2003.

|  | Paul J. Silvern |  |  |
|---|---|---|---|
| 01/01/2004 |  |  |  |
| 01/02/2004 |  |  |  |
| 01/03/2004 |  |  |  |
| 01/04/2004 |  |  |  |
| 01/05/2004 |  |  |  |
| 01/06/2004 |  |  |  |
| 01/07/2004 |  |  |  |
| 01/08/2004 |  |  |  |
| 01/09/2004 |  |  |  |
| 01/10/2004 |  |  |  |
| 01/11/2004 |  |  |  |
| 01/01/2004 |  |  |  |
| 01/13/2004 |  |  |  |
| 01/14/2004 |  |  |  |
| 01/15/2004 |  |  |  |
| 01/16/2004 |  |  |  |
| 01/17/2004 |  |  |  |
| 01/18/2004 |  |  |  |
| 01/19/2004 |  |  |  |
| 01/20/2004 |  |  |  |
| 01/21/2004 |  |  |  |
| 01/22/2004 |  |  |  |
| 01/23/2004 |  |  |  |
| 01/24/2004 |  |  |  |
| 01/25/2004 |  |  |  |
| 01/26/2004 |  |  |  |
| 01/27/2004 |  |  |  |
| 01/28/2004 |  |  |  |
| 01/29/2004 | 0.40 |  |  |
| 01/30/2004 |  |  |  |
| 01/31/2004 |  |  | Total Hours |
| Hours | 0.40 |  | 0.40 |
| Rate | $375 |  | Total Fees |
|  | $150.00 |  | $150.00 |

| DATE | TIME | TASK |
|---|---|---|
| | | Case Administration |
| 01/29/04 | 0.3 | Participate in Property Damage (PD) Committee call re: case status. |
| | 0.1 | Voice mail message for Francine F. Rabinovitz re: PD Committee call |
| TOTAL: | 0.4 | Case Administration |

JANUARY, 2004 TIME LOG OF PAUL J. SILVERN (PJS):

Case 01-01139-AMC   Doc 5892-2   Filed 06/29/04   Page 3 of 3

DATE    TIME    TASK