# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20040310

March 10, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz &
Alschuler, Inc. in connection with expert services to the
Official Committee of Asbestos Property Damage Claimants in the
bankruptcy of W.R. Grace & Co. et al.  For the month of February
2004.

**FEES**

James E. Hass
1.70 hours @ $ 450 per hour                        $    765.00

Paul J. Silvern
2.60 hours @ $ 375 per hour                             975.00

        TOTAL FEES:                                 $ 1,740.00

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 West Century Boulevard, Suite 890, Los Angeles, California 90045-6419
Tel: 310.645.9000 • Fax: 310.645.8999

Los Angeles                                          New York

Summary of billed hours for service rendered in connection

with the Property Damage Claimants (W. R. Grace).
For the month of February 2004 .

| | James E. Hass | Paul J. Silvern | |
|---|---|---|---|
| 02/01/2004 | | | |
| 02/02/2004 | | | |
| 02/03/2004 | | | |
| 02/04/2004 | | | |
| 02/05/2004 | 0.70 | 2.60 | |
| 02/06/2004 | 0.50 | | |
| 02/07/2004 | | | |
| 02/08/2004 | | | |
| 02/09/2004 | | | |
| 02/10/2004 | | | |
| 02/11/2004 | | | |
| 02/12/2004 | | | |
| 02/13/2004 | | | |
| 02/14/2004 | | | |
| 02/15/2004 | | | |
| 02/16/2004 | | | |
| 02/17/2004 | | | |
| 02/18/2004 | | | |
| 02/19/2004 | | | |
| 02/20/2004 | | | |
| 02/21/2004 | | | |
| 02/22/2004 | | | |
| 02/23/2004 | | | |
| 02/24/2004 | | | |
| 02/25/2004 | | | |
| 02/26/2004 | 0.50 | | |
| 02/27/2004 | | | Total Hours |
| Hours | 1.70 | 2.60 | 4.30 |
| Rate | $450 | $375 | Total Fees |
| | $765.00 | $975.00 | $1,740.00 |

FEBRUARY, 2004 TIME LOG OF JAMES E. HASS (JEH);

DATE        TIME TASK

            Case Administration

02/05/04    0.5  Participate in Property Damage (PD) Committee call.
            0.2  Send Wolin opinion to Paul J. Silvern with e-mail
                 outlining key issues.

02/06/04    0.5  Review discovery sent by Allyn Danziesen.

02/26/04    0.5  Participate in Property Damage Committee conference
                 call re: case status.

TOTAL:      1.7  Case Administration

FEBRUARY 2004, TIME LOG OF PAUL J. SILVERN (PJS)

<u>DATE</u>      <u>TIME</u> <u>TASK</u>

              <u>Case Administration</u>

02/05/04    0.5 Participate in Property Damage (PD) Committee call
                re: case status.

            0.1 Voice mail message for Francine F. Rabinovitz
                re: Property Damage Committee call

            <u>2.0</u> Review Wolin opinion re: motion to recuse Judge
                Wolin.

TOTAL       2.6 Case Administration