# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

---

INVOICE
#HRA20040429

April 29, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of March 2004.

### FEES

| | |
|---|---:|
| James E. Hass<br>0.5 hours @ $ 450 per hour | $ 225.00 |
| Paul J. Silvern<br>0.5 hours @ $ 375 per hour | <u>187.50</u> |
| **TOTAL FEES:** | **<u>$ 412.50</u>** |

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                          NEW YORK

Summary of billed hours for service rendered in connection

with the Property Damage Claimants (W. R. Grace).
For the month of March 2004 .

|            | James E. Hass | Paul J. Silvern |            |          |
|------------|---------------|-----------------|------------|----------|
| 03/01/2004 |               |                 |            |          |
| 03/03/2004 |               |                 |            |          |
| 03/03/2004 |               |                 |            |          |
| 03/04/2004 |               |                 |            |          |
| 03/05/2004 |               |                 |            |          |
| 03/06/2004 |               |                 |            |          |
| 03/07/2004 |               |                 |            |          |
| 03/08/2004 |               |                 |            |          |
| 03/09/2004 |               |                 |            |          |
| 03/10/2004 |               |                 |            |          |
| 03/11/2004 |               |                 |            |          |
| 03/12/2004 |               |                 |            |          |
| 03/13/2004 |               |                 |            |          |
| 03/14/2004 |               |                 |            |          |
| 03/15/2004 |               |                 |            |          |
| 03/16/2004 |               |                 |            |          |
| 03/17/2004 |               |                 |            |          |
| 03/18/2004 | 0.50          | 0.50            | Total Hours |          |
| Hours      | 0.50          | 0.50            |            | 1.00     |
| Rate       | $450          | $375            | Total Fees |          |
|            | $225.00       | $187.50         |            | $412.50  |

MARCH, 2004 TIME LOG OF JAMES E. HASS (JEH);

| DATE | TIME | TASK |
|------|------|------|

### Case Administration

| | | |
|------|------|------|
| 03/18/04 | 0.5 | Participate in Property Damage (PD) Committee call re: case status. |
| TOTAL: | 0.5 | Case Administration |

MARCH 2004, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| | | Case Administration |
| 03/18/04 | 0.5 | Participate in Property Damage (PD) Committee call re: case status. |
| TOTAL | 0.5 | Case Administration |