UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## SUMMARY OF MONTHLY FEE AND EXPENSE INVOICE

Name of Applicant:    Hamilton, Rabinovitz & Alschuler, Inc.

Authorized to Provide    The Official Committee of Asbestos Property
Professional Services to:    Damage Claimants

Date of Retention:    Retention order entered on February 20, 2002,
Nunc Pro Tunc, to May 2, 2001

Period for which compensation and
Reimbursement is sought:    April 1, 2004 through April 30, 2004

Amount of Compensation sought as actual,
reasonably and necessary for matters other than
those related to the Sealed Air fraudulent
transfer lawsuit:    $225.00

Amount of Expense Reimbursement sought as
actual, reasonably and necessary for matters
other than those related to the Sealed Air
fraudulent transfer lawsuit:    $0

This is a:    X    monthly    Interim    final Application

During the month of February 2002, the Court entered an order approving the retention
Application, which such Order made the Applicant subject to the requirements under the
Administrative Orders governing requests for compensation and reimbursement of expenses.
Accordingly, the Applicant submits this statement.

681919