# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20040517

May 17, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of April 2004.

**FEES**

Paul J. Silvern
0.6 hours @ $ 375 per hour                                  **$ 225.00**

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                  NEW YORK

Summary of billed hours for service rendered in connection
with the Property Damage Claimants (W. R. Grace).
For the month of April 2004 .

|  | Paul J. Silvern |  |  |
|---|---|---|---|
| 04/01/2004 | 0.60 |  |  |
| 04/02/2004 |  |  |  |
| 04/03/2004 |  |  |  |
| 04/04/2004 |  |  |  |
| 04/05/2004 |  |  |  |
| 04/06/2004 |  |  |  |
| 04/07/2004 |  |  |  |
| 04/08/2004 |  |  |  |
| 04/09/2004 |  |  |  |
| 04/10/2004 |  |  |  |
| 04/11/2004 |  |  |  |
| 04/12/2004 |  |  |  |
| 04/13/2004 |  |  |  |
| 04/14/2004 |  |  |  |
| 04/15/2004 |  |  |  |
| 04/16/2004 |  |  |  |
| 04/17/2004 |  |  |  |
| 04/18/2004 |  |  | Total Hours |
| Hours | 0.60 |  | 0.60 |
| Rate | $375 |  | Total Fees |
|  | $225.00 |  | $225.00 |

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 04/01/04 | 0.5 | Participate in Property Damage (PD) Committee call re: Case Status. |
| | <u>0.1</u> | Voice mail messages re: PD Committee call for Francine F. Rabinovitz and James E. Hass. |
| TOTAL | 0.6 | Case Administration |