# Attachment B To Fee Application
## Summary of PwC's Fees By Professional
### May 2004

**Professional Profiles**
**WR Grace Time Tracking-Audit**
**For the Month Ended May 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Robert Eydt | Audit Partner | 20+ | 1310 | 1.0 | 1,310 |
| Bill Bishop | Audit Partner | 27 | 802 | 5.9 | 4,732 |
| Larry Farmer | Audit Partner | 34 | 802 | 2.9 | 2,326 |
| Todd Hutcherson | Audit Senior Manager | 11 | 615 | 17.1 | 10,517 |
| Will Choi | Audit Manager | 6 | 526 | 19.0 | 9,994 |
| Sandra David | Audit Manager | 6 | 526 | 17.2 | 9,047 |
| Jean Qi | Audit Senior Associate | 4 | 377 | 2.0 | 754 |
| Nina Govic | Audit Senior Associate | 4 | 369 | 9.9 | 3,653 |
| Ryan Grady | Audit Senior Associate | 12 | 332 | 9.0 | 2,988 |
| Maureen Driscoll | SPA Senior Associate | 4 | 449 | 3.4 | 1,527 |
| Aimee Stickley | Audit Associate | 2 | 292 | 22.5 | 6,570 |
| Nicholas Stromann | Audit Associate | <1 | 213 | 7.6 | 1,619 |
| | | | TOTAL | 117.5 | $ 55,036 |

| | |
|---|---|
| Total at Standard Rate | $ 55,035.80 |
| 55 % Accrual Rate Adjustment | $ (30,269.69) |
| Total at 45% Accrual Rate | $ 24,766.11 |
| Total Hours | 117.5 |

**Professional Profiles**
**WR Grace Time Tracking-Sarbanes-Oxley**
**For the Month Ended May 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 5.4 | 4,331 |
| Joseph Divito | SPA Partner | 10+ | 887 | 1.0 | 887 |
| John Newstead | Audit Senior Manager | 8+ | 659 | 22.2 | 14,630 |
| Hermann Schutte | Audit Manager | 4 | 526 | 71.5 | 37,609 |
| William Choi | Audit Senior Associate | 5 | 526 | 0.5 | 263 |
| Nina Govic | Audit Senior Associate | 3 | 369 | 12.5 | 4,613 |
| Maureen Driscoll | SPA Senior Associate | 4 | 449 | 2.0 | 898 |
| Douglas Wright | Audit Associate | 2 | 251 | 92.2 | 23,142 |
| | | | TOTAL | 207.3 | $ 86,372 |

{MCM9365.DOC}

|  |  |
|---|---|
| Total at Standard Rate | $ 86,372.30 |
| 35 % Accrual Rate Adjustment | $ (30,230.31) |
| Total at 65% Accrual Rate | $ 56,142.00 |
| Total Hours | 207.3 |
|  |  |
| Total Fees Requested May 2004 | $ 80,908.11 |
| Total Hours May 2004 | 324.8 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file)**

|  |  |
|---|---|
| Total Cost of Time Tracking | $ 8,007.00 |
| Less 55% rate reduction | ($4,403.85) |
| Total Cost of Tracking Time Billed to Grace at 45% rates | $ 3,603.15 |
| Total Hours Spent Tracking Time | 26.4 |

## Summary of PwC's Fees By Project Category: May 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery |  |  |
| 02-Asset Disposition |  |  |
| 03-Business Operations |  |  |
| 04-Case Administration |  |  |
| 05-Claim Analysis Objection & Resolution (Asbestos) |  |  |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) |  |  |
| 07-Committee, Creditors', Noteholders', or Equity Holders' |  |  |
| 08-Employee Benefits/Pension |  |  |
| 09-Employee Applications, Applicant |  |  |
| 10-Employment Applications, Others |  |  |
| 11-Financing |  |  |
| 12-Fee Applications, Others | 26.4 | $3,603.15 |
| 13-Financing |  |  |
| 14-Hearings |  |  |
| 15-Litigation and Litigation Consulting |  |  |

{MCM9365.DOC}

| | | |
|---|---|---|
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **324.8** | **$80,908.11** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **351.2** | **$84,511.26** |

## Expense Summary
## May 2004

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$1,481.67** |
| **Lodging** | **N/A** | 873.78 |
| **Sundry** | **N/A** | 35.37 |
| **Business Meals** | **N/A** | 358.21 |
| **TOTAL:** | | **$2,749.03** |

{MCM9365.DOC}