**EXHIBIT A**

**Professional Profiles**
**WR Grace Time Tracking-Audit**
**For the Month Ended May 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Robert Eydt | Audit Partner | 20+ | 1310 | 1.0 | 1,310 |
| Bill Bishop | Audit Partner | 27 | 802 | 5.9 | 4,732 |
| Larry Farmer | Audit Partner | 34 | 802 | 2.9 | 2,326 |
| Todd Hutcherson | Audit Senior Manager | 11 | 615 | 17.1 | 10,517 |
| Will Choi | Audit Manager | 6 | 526 | 19.0 | 9,994 |
| Sandra David | Audit Manager | 6 | 526 | 17.2 | 9,047 |
| Jean Qi | Audit Senior Associate | 4 | 377 | 2.0 | 754 |
| Nina Govic | Audit Senior Associate | 4 | 369 | 9.9 | 3,653 |
| Ryan Grady | Audit Senior Associate | 12 | 332 | 9.0 | 2,988 |
| Maureen Driscoll | SPA Senior Associate | 4 | 449 | 3.4 | 1,527 |
| Aimee Stickley | Audit Associate | 2 | 292 | 22.5 | 6,570 |
| Nicholas Stromann | Audit Associate | <1 | 213 | 7.6 | 1,619 |
| | | | TOTAL | 117.5 | $       55,036 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 55,035.80 |
| 55 % Accrual Rate Adjustment | $ | (30,269.69) |
| Total at 45% Accrual Rate | $ | 24,766.11 |
| Total Hours | | 117.5 |

**Professional Profiles**
**WR Grace Time Tracking-Sarbanes-Oxley**
**For the Month Ended May 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 5.4 | 4,331 |
| Joseph Divito | SPA Partner | 10+ | 887 | 1.0 | 887 |
| John Newstead | Audit Senior Manager | 8+ | 659 | 22.2 | 14,630 |
| Hermann Schutte | Audit Manager | 4 | 526 | 71.5 | 37,609 |
| William Choi | Audit Senior Associate | 5 | 526 | 0.5 | 263 |
| Nina Govic | Audit Senior Associate | 3 | 369 | 12.5 | 4,613 |
| Maureen Driscoll | SPA Senior Associate | 4 | 449 | 2.0 | 898 |
| Douglas Wright | Audit Associate | 2 | 251 | 92.2 | 23,142 |
| | | | TOTAL | 207.3 | $       86,372 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 86,372.30 |
| 35 % Accrual Rate Adjustment | $ | (30,230.31) |
| Total at 65% Accrual Rate | $ | 56,142.00 |
| Total Hours | | 207.3 |
| | | |
| Total Fees Requested May 2004 | $ | 80,908.11 |
| Total Hours May 2004 | | 324.8 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Robert Eydt** | | | | |
| **AUDIT** | | | | |
| **05/03/2004** | 1.0 | Review 2004 First Quarter Form 10-Q | 1310 | $    1,310 |
| | **1.0** | | | $    **1,310** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|

**Name:  William Bishop**

**AUDIT**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| 05/03/2004 | 0.3 | Call with R Bromark, T Hutcherson (PwC) to discuss Bromark's comments on Form 10-Q | 802 | $ 241 |
| 05/03/2004 | 1.0 | Read audit committee package | 802 | $ 802 |
| 05/06/2004 | 1.5 | Meet with B Tarola, B Kenny, T Delbrugge, E Filon (Grace), T Hutcherson, W Choi (PwC) to discuss audit committee meeting agenda and topics | 802 | $ 1,203 |
| 05/06/2004 | 1.5 | Attend audit committee meeting | 802 | $ 1,203 |
| 05/12/2004 | 0.6 | Read Grace quarterly management financial statement package | 802 | $ 481 |
| 05/19/2004 | 1.0 | Call with G Unsworth, T Hutcherson (PwC) to discuss Grace Asia finance conference and audit approach in Singapore | 802 | $ 802 |
| | **5.9** | | | **$ 4,732** |

**SARBANES-OXLEY**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| 05/12/2004 | 1.7 | Meet with P Norris (Grace) to discuss status of internal control audit | 802 | $ 1,363 |
| 05/12/2004 | 0.7 | Call with B Kenny and R Heaps (Grace) to discuss internal control audit approach to legacy reserve issues | 802 | $ 561 |
| 05/14/2004 | 0.5 | Read background information to prepare for status meeting on internal control audit status | 802 | $ 401 |
| 05/14/2004 | 2.5 | Meeting with J Newstead, T Hutcherson, and H Schutte (PwC) to discuss internal control audit status, strategy and approach | 802 | $ 2,005 |
| | **5.4** | | | **$ 4,330.80** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Larry Farmer** | | | | |
| **AUDIT** | | | | |
| **05/06/2004** | 1.4 | Attend grace audit committee meeting including private session with the committee members | 802 | $    1,123 |
| | 1.5 | Attend grace pre-audit committee meeting Tarola (grace), Delbrugge (grace), Farnsworth (grace), Kenny (grace), and Bishop (pwc), Hutcherson (pwc), and choi (pwc) | 802 | $    1,203 |
| | **2.90** | | | $    **2,326** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Todd Hutcherson** | | | | |
| **AUDIT** | | | | |
| **05/03/2004** | 0.9 | call with Ray Bromark (PwC) to clear 10-Q comments | 615 | $ 554 |
| **05/04/2004** | 3.0 | Follow up comments on 10-Q, proof changes, and sign-off on database | 615 | $ 1,845 |
| **05/05/2004** | 2.0 | Preparation for Audit Committee meeting including reading advanced materials | 615 | $ 1,230 |
| **05/06/2004** | 1.5 | Premeeting with Bob Tarola (Grace) and others | 615 | $ 923 |
| | 1.4 | Participation in Grace Audit Committee Meeting | 615 | $ 861 |
| **05/12/2004** | 1.6 | German loan research | 615 | $ 984 |
| | 0.4 | Meeting with Bill Bishop (PwC) to deberief on research | 615 | $ 246 |
| **05/13/2004** | 1.7 | Further research and national consultation re: German loan | 615 | $ 1,046 |
| **05/14/2004** | 1.1 | dcoumentation and writeup of German loan critical matter | 615 | $ 677 |
| **05/17/2004** | 1.7 | review of MyClient database for 2004 planning | 615 | $ 1,046 |
| **05/18/2004** | 1.8 | review of internal fees, 2004 planning matters and coordination with team. | 615 | $ 1,107 |
| | **17.1** | | | **$ 10,517** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: William Choi** | | | | |
| **AUDIT** | | | | |
| **05/03/2004** | 2.4 | Review 10-Q tie-out and discuss PwC SEC reviewer's comments | 526 | $ 1,262 |
| **05/05/2004** | 1.1 | Review audit committee meeting package | 526 | $ 579 |
| **05/06/2004** | 1.4 | Attend grace audit committee meeting including private session with the committee members | 526 | $ 736 |
| | 1.5 | Attend grace pre-audit committee meeting Tarola (grace), Delbrugge (grace), Farnsworth (grace), Kenny (grace), and Bishop (pwc), Hutcherson (pwc), and Farmer (pwc) | 526 | $ 789 |
| **05/10/2004** | 1.2 | Review financial statement disclosure checklist for the 1st quarter | 526 | $ 631 |
| **05/12/2004** | 1.1 | Review the new 2004 integrated engagement letter template | 526 | $ 579 |
| | 1.9 | Review and revise the memo on foreign currency translation / german loan | 526 | $ 999 |
| | 0.7 | Work on second quarter staffing and identify any additional procedures to perform during 2nd quarter | 526 | $ 368 |
| **05/13/2004** | 1.1 | Review first quarter analytical procedures, and business results review | 526 | $ 579 |
| | 0.8 | Review the subsequent event steps, specifically, one on german loan transaction | 526 | $ 421 |
| | 0.9 | Review documentation and work performed on LIFO inventory calculation step | 526 | $ 473 |
| | 0.8 | Review work performed on divested and legal reserves | 526 | $ 421 |
| | 0.6 | Review 1st quarter general inquiries checklist | 526 | $ 316 |
| **05/19/2004** | 1.8 | Review memo prepared by Glen Herndon (Grace) on German Loan along with journal entries - accounting for the actual transaction | 526 | $ 947 |
| **05/26/2004** | 0.5 | Discuss the contents of the memo with Glen Herndon( Grace) | 526 | $ 263 |
| | 1.2 | Print and review prior year FRISK document, and prepare to start on current year FRISK form (FRISK represents PwC internal client acceptance and continuance process) | 526 | $ 631 |
| | **19.0** | | | **$ 9,994** |
| **SARBANES-OXLEY** | | | | |
| **05/10/2004** | 0.5 | Review of bi-weekly status update meeting agenda | 526 | $ 263 |
| | **0.5** | | | **$ 263** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|-----------|---|----------|
| **Name: Sandra David** | | | | | |
| **AUDIT** | | | | | |
| 05/07/2004 | 0.50 | Discussion with Rick Brown (PwC) regarding status of accruals | 526 | $ | 263 |
| 05/17/2004 | 0.50 | Planning for third quarter with Rick Brown | 526 | $ | 263 |
| 05/18/2004 | 1.50 | Preparation of performance appraisals for audit team | 526 | $ | 789 |
| 05/19/2004 | 0.70 | Preparation of performance appraisals for audit team | 526 | $ | 368 |
| **Suspended time from April** | | | | | |
| 04/16/2004 | 8.00 | 2nd quarter review procedures - meet with client regarding accruals, P& L fluxes, balance sheet fluxes and quarterly review questionnaire. | 526 | $ | 4,208 |
| | 0.90 | Review press release | 526 | $ | 473 |
| | 1.10 | Talk with PwC Corporate team, prepare update on quarterly results | 526 | $ | 579 |
| 04/17/2004 | 0.50 | Phone call to discuss accrual issues with Doug Hughes, Rick Brown and Victor (Grace) | 526 | $ | 263 |
| 04/19/2004 | 0.50 | Follow up with PwC corporate team regarding accrual issues | 526 | $ | 263 |
| 04/26/2004 | 2.00 | Meeting with Rick Brown to finalize second quarter results and accrual issue | 526 | $ | 1,052 |
| 04/28/2004 | 1.00 | Discussion with Rick Brown and Doug Hughes (grace) regarding second quarter | 526 | $ | 526 |
| | **17.20** | | | **$** | **9,047** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Jean Qi** | | | | |
| **AUDIT** | | | | |
| 05/05/2004 | 0.6 | Discuss over the phone with Rick Brown (PwC) about follow up questions on first quarter reserve analysis | 377 | $ 226 |
| | 1.4 | Document first quarter work in audit database | 377 | $ 528 |
| **Totals** | **2.0** | | | **$ 754** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) | |
|------|-------|--------------------------------|-----------|---------|--|
| **Name:  Nina Govic** | | | | | |
| **AUDIT** | | | | | |
| **05/03/2004** | 1.8 | Finalize steps related to first quarter mandatory procedures in the Grace database | 369 | **$** | **664** |
| **05/04/2004** | 2.6 | Review the Grace first quarter 10Q filing | 369 | **$** | **959** |
| | 0.6 | Provide comments to M. Brown (Grace) on the first quarter 10Q report | 369 | **$** | **221** |
| **05/07/2004** | 1.0 | Review the Edgarized version of WR Grace's 10Q report. | 369 | **$** | **369** |
| **05/06/2004** | 1.0 | Discuss with B. Kenny request for additional fees from entities requiring tax work to be performed. | 369 | **$** | **369** |
| | 2.9 | Finalize the international fee request form based on fees from the UK which were adjusted. | 369 | **$** | **1,070** |
| | **9.9** | | | **$** | **3,653** |
| **SARBANES-OXLEY** | | | | | |
| **05/03/2004** | 3.4 | Read the credit and collections processes flows and narratives for Sarbanes Oxley | 369 | $ | 1,255 |
| **05/04/2004** | 0.6 | Meet with H. Schutte (PwC) and B. Kenny (Grace) to discuss testing going forward | 369 | $ | 221 |
| | 0.3 | meet with H. Schutte (PwC) and D. Wright (PwC) to discuss procedures to be applied in Chicago and logistics | 369 | $ | 111 |
| | 1.5 | Supply B. Kenny (Grace) with guidence regarding company wide controls | 369 | $ | 554 |
| **05/06/2004** | 1.4 | Meeting with Larry Marchman (Grace) on the credit and collections process | 369 | $ | 517 |
| | 1.9 | Document changes to flow on the credit and collections process based on conversation with L. Marchman (Grace) | 369 | $ | 701 |
| | 0.8 | Have L. Marchman (Grace) review my changes to the credit and collections flows. | 369 | $ | 295 |
| **05/07/2004** | 2.6 | Adjust documentation regarding the credit and collections flows based on L. Marchman (Grace)'s comments | 369 | $ | 959 |
| | **12.5** | | | **$** | **4,613** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|---------------------------------|-----------|----------|
| **Name: Ryan Grady** | | | | |
| **AUDIT** | | | | |
| **5/19/04** | 1.5 | Draft current year engagement letter | 332 | $ 498 |
| **5/26/04** | 0.4 | Initial meeting with engagement team members:  L. Misley, N. Stromann, W. Choi (PwC)  to perform update procedures and discuss planning for FY04 audit | 332 | $ 133 |
| | 0.4 | Meet with W. Choi (PwC) to discuss overall engagement details | 332 | $ 133 |
| **5/27/04** | 1.3 | Review prior year audit work papers | 332 | $ 432 |
| | 0.8 | Review current company financial and statistical information on Factiva | 332 | $ 266 |
| | 4.6 | Review prior year audit work papers | 332 | $ 1,527 |
| | 9.0 | | | $ 2,988 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Maureen Driscoll** | | | | |
| **AUDIT** | | | | |
| 05/06/04 | 1.4 | Discuss and translate report issued by PwC Germany related to business processes and SAP with PwC Germany manager; send to Internal Audit | 449 | $629 |
| 05/20/04 | 1.0 | Discuss planned remediation of IT issues noted during 2003 audit with Grace Internal Audit (B. Summerson) and Information Systems (E. Slotwinski) | 449 | $449 |
| 05/27/04 | 1.0 | Discuss planning for 2004 audit with PwC team | 449 | $449 |
| | **3.4** | | | **$1,527** |
| **SARBANES-OXLEY** | | | | |
| 05/03/2004 | 1.0 | Discuss and confirm planning for Sarbanes Oxley with J. Newstead (PwC) | 449 | $    449 |
| 05/13/2004 | 1.0 | Sabanes-Oxley update call with Grace and PwC | 449 | $    449 |
| | **2.0** | | | $    898 |

W. R. Grace & Co.
Time Summary Report
Month Ended May 31, 2004

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Aimee Stickley** | | | | |
| **AUDIT** | | | | |
| **05/03/2004** | 0.5 | Working on tie out of numbers in FN 2 for additional support received (discussion with Nettie Fausto- Grace) | 292 | $    146 |
| | 0.3 | Reviewing the status of database steps | 292 | $    88 |
| | 0.5 | Completing coaching notes - updating read client document step | 292 | $    146 |
| | 0.5 | Updating completion steps and dates included | 292 | $    146 |
| | 1.4 | Reading purchase and sales agreements | 292 | $    409 |
| | 0.3 | Clearing replication conflicts and the recyle bin for PY database | 292 | $    88 |
| | 0.5 | Reviewing press release tieout | 292 | $    146 |
| **05/04/2004** | 0.5 | Working with Pauline O'Hare on files to give to the record center and picking up signed reports | 292 | $    146 |
| **05/05/2004** | 0.3 | Looking over the audit opinion and awareness letter | 292 | $    88 |
| | 0.5 | Looking over the additional support from Patti-Elliot Gray(Grace) for Chap 11 disclosure in MD&A | 292 | $    146 |
| | 0.3 | Discussing audit opinion and awareness letter with Nina Govic (PwC) | 292 | $    88 |
| | 0.7 | Looking over the additional support from Patty-Elliot Gray for Chap 11 disclosure in MD&A | 292 | $    204 |
| | 0.2 | Reviewing open steps in the database | 292 | $    58 |
| | | | 292 | $    146 |
| | 0.5 | Getting concurring review partner checklists together for Susan Coppinger (PwC) - sending an email to Will Choi (PwC) | | |
| | 0.3 | Going over the 10Q tie out with Nina Govic (PwC) so she know the numbers which need to change on the next update to the Q. | 292 | $    88 |
| **05/06/2004** | 0.3 | Printing off the Awareness & Grace report for Bill Bishop (PwC) to sign | 292 | $    88 |
| | 0.1 | Following up on the 10Q draft with Nettie Fausto (Grace) for when we will get the new draft | 292 | $    29 |
| | 0.3 | Timing discussions with Nettie Fausto (Grace) | 292 | $    88 |
| | 0.7 | Filling out a POE form for Bob Eydt (PwC) | 292 | $    204 |
| | 0.2 | Giving Doug Wright access to Communications file | 292 | $    58 |
| | 0.2 | Discussing scheduling conflicts with Nina Govic (PwC) | 292 | $    58 |
| | 0.2 | Changing time booked in retain for intern | 292 | $    58 |
| | 0.2 | Clearing replication conflicts | 292 | $    58 |
| | 1.0 | Looking through the additional support George provided for the 10Q - FN2 | 292 | $    292 |
| **05/07/2004** | 0.3 | Reviewing database for coaching notes and completing steps assigned | 292 | $    88 |
| | 2.2 | Going over the edgar version of the 10-Q | 292 | $    642 |
| | 0.3 | Changing the opinions to be consistent - getting Bill Bishop (PwC) to sign | 292 | $    88 |
| | 0.6 | Completion steps in database | 292 | $    175 |
| | 0.3 | Going through 10-Q edgar comments with Nettie Fausto (Grace) | 292 | $    88 |
| | 0.4 | Going through PwC changes in Edgar version with Nettie Fausto (Grace) | 292 | $    117 |
| | 0.9 | Finishing completion steps and sending steps to managers for sign off. | 292 | $    263 |
| | 0.4 | Drafting email for Will Choi (PwC) for steps to complete | 292 | $    117 |
| | 0.2 | Tieing out support for percentage in 10-Q on EBIT analysis at a constant rate | 292 | $    58 |
| | 0.3 | Email to Bill Bishop (PwC) to sign off step in database | 292 | $    88 |
| | 0.5 | Reviewing the rep letter and talking to Michael Brown (PwC) for the changes | 292 | $    146 |
| | 0.5 | Reviewing the legal letter from Dave Siegal (Grace) | 292 | $    146 |
| | 0.5 | Reviewing last steps in the database | 292 | $    146 |
| **05/10/2004** | 0.3 | Email to Nick Stromann (PwC) on updating the communication file | 292 | $    88 |
| | 0.3 | Talking to Will Choi (PwC) about my schedule - sending him the timing and hours | 292 | $    88 |
| | 0.4 | Timeframe to William Choi (PwC) for Grace work | 292 | $    117 |
| | 0.6 | Coaching Nick Stromann (PwC) on controls testing | 292 | $    175 |
| **05/12/2004** | 0.5 | Answering Nina Govic's (PwC) emails about grace | 292 | $    146 |
| | 0.8 | Grace emails about Q1 checklist | 292 | $    234 |
| **05/19/2004** | 0.3 | Discussion with Will Choi (PwC) about timing and appraisal | 292 | $    88 |
| | 0.2 | Sending Bill Bishop an email on time charged based on the WIPs report | 292 | $    58 |
| | 0.3 | Clearing up Grace time problem with Grace WIPs for Bill Bishop (PwC) | 292 | $    88 |
| **05/28/2004** | 0.5 | Accepting Grace deliverables | 292 | $    146 |
| | 0.4 | Looking at access to the Communication File for Lauren Misler (PwC) | 292 | $    117 |
| | **22.5** | | | **$    6,570** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Nicholas Stromann** | | | | |
| **AUDIT** | | | | |
| **05/03/2004** | 1.8 | Update Report of Independent Accountants, Letter to Tarola (Grace) and ART, Grace SEC Letters | 213 | $ 383 |
| **05/06/2004** | 2.6 | Review Edgarized version of first quarter Form 10-Q for changes from last Word version, including formatting issues | 213 | $ 554 |
| | 1.4 | Responding to coaching notes in database | 213 | $ 298 |
| | 1.8 | Review 4/15/04 WIPS for PwC personnel who charged time to WR Grace; compare to list in independence DB, Update independence database and send initial independence confirms to those persons who have yet to confirm | 213 | $ 383 |
| | **7.6** | | | **$ 1,619** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) | |
|---|---|---|---|---|---|
| **Name: Joseph Divito** | | | | | |
| **SARBANES-OXLEY** | | | | | |
| **05/14/2004** | 1.0 | Review 2004 first quarter 10Q  Report | 887 | $ | 887 |
| | **1.0** | | | **$** | **887** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Hermann Schutte** | | | | |
| **SARBANES-OXLEY** | | | | |
| 05/03/2004 | 2.1 | Document design evaluation and walkthrough of the Columbia Polyolefin Sales Order entry process and store on PwC database | 526 | $ 1,105 |
| | 0.9 | Compile responsibility matrix and contact details for the Corporate Treasury section for walkthrough purposes | 526 | $ 473 |
| | 0.8 | Compile responsibility matrix and contact details for the Chicago 71st Street Davison plant for walkthrough purposes | 526 | $ 421 |
| | 0.7 | Compile responsibility matrix and contact details for the Chicago 51st Street GPC - Sales Order Entry section for walkthrough purposes | 526 | $ 368 |
| | 0.6 | Compile responsibility matrix and contact details for the Chicago 51st Street GPC - Darex section for walkthrough purposes | 526 | $ 316 |
| | 0.8 | Compile responsibility matrix and contact details for the Chicago 51st Street GPC - SBM section for walkthrough purposes | 526 | $ 421 |
| | 0.5 | Compile responsibility matrix and contact details for the Chicago 51st Street GPC - SCC section for walkthrough purposes | 526 | $ 263 |
| | 0.6 | Compile responsibility matrix and contact details for the Chicago 65th Street GPC plant for walkthrough purposes | 526 | $ 316 |
| | 1.0 | Plan for Chicago visits - including e-mail to Ryan Heaps (Grace) to discuss planned visits and confirmation of contact details | 526 | $ 526 |
| 05/04/2004 | 0.5 | Prepare for Corporate Treasury walkthrough of the DIP Credit Facility and Stand-by Letters of Credit fee accrual and the Foreign Exchange - Netting processes | 526 | $ 263 |
| | 1.0 | Conduct Corporate Treasury walkthrough of the DIP Credit Facility and Stand-by Letters of Credit fee accrual and the Foreign Exchange - Netting processes with Tricia Robert (Grace) | 526 | $ 526 |
| | 0.5 | Plan for Chicago site visits, including follow-up phone calls and e-mails for confirmation purposes | 526 | $ 263 |
| | 3.0 | Compile project management file for discussion with senior manager, including copies of all work done to date and amendments to control sheet | 526 | $ 1,578 |
| 05/05/2004 | 0.5 | Prepare for Corporate Treasury walkthrough of the US Stand-by letters and Pre-Petition Borrowings processes | 526 | $ 263 |
| | 0.2 | Discuss walkthrough process and way forward with Ren Lapidario and Bonita Harch (Grace) | 526 | $ 105 |
| | 1.0 | Prepare detail e-mail on way forward regarding the Treasury Processes for Bill Dockman (Grace) to avoid any confusion and to explain PwC approach | 526 | $ 526 |
| | 0.7 | Update list of issues identified for internal audit from walkthroughs done to date | 526 | $ 368 |
| | 0.6 | Document Corporate Treasury walkthrough of the DIP Credit Facility and Stand-by Letters of Credit fee accrual and the Foreign Exchange - Netting processes | 526 | $ 316 |
| | 1.1 | Book flights and plan other logistical requirements for the Chicago site visits | 526 | $ 579 |
| | 3.9 | Detail ananlysis of time and expenses for invoive purposes | 526 | $ 2,051 |
| | | | 526 | |
| 05/06/2004 | 7.0 | Meet with John Newstead (PwC) to discuss progress to date and to plan for future visits and issues to be addressed internally and externally | 526 | $ 3,682 |
| | 1.0 | Amend documentation for project management following discussion with senior manager | 526 | $ 526 |
| 05/07/2004 | 1.1 | Update list of issues identified to date for internal discussion purposes | 526 | $ 579 |
| | 2.7 | Compile new format for Status control sheet to include, dates for when documentation will be available for PwC, completion date for remediation plan and testing completed by Grace | 526 | $ 1,420 |
| | 1.2 | Update new control sheet based on initial dates supplied by client and identify field where information is required form client. | 526 | $ 631 |
| 05/10/2004 | 0.5 | Update list of issues for coordination meeting on 5/13 | 526 | $ 263 |
| | 0.6 | Update agenda/sction plan for coordination meeting on 5/13 | 526 | $ 316 |
| | 0.8 | Compile and distribute e-mails for internal and external meetings | 526 | $ 421 |
| | 0.6 | Compile brief summary of short-term visits for walkthroughs for senior manager | 526 | $ 316 |
| | 1.5 | Working through Chicago documentation and files for walkthrough purposes | 526 | $ 789 |
| | 4.0 | Travel to Chicago for site visits: Grace (Columbia) to BWI Airport, BWI Airport to Midway Airport, Midway Aiport to hotel | 526 | $ 2,104 |
| 05/11/2004 | 1.3 | Prepare for Chicago 51st Street location site visit walkthrough meetings (Darex, SCC and SBM - various times of the day) | 526 | $ 684 |
| | 0.5 | Chicago 51st Street visit walkthroughs: Meet with Helen Aurenz (Grace) and Doug Wright (PwC) | 526 | $ 263 |
| | 0.3 | Chicago 51st Street visit walkthroughs: Meet with Iller Moodley (Grace) and Doug Wright (PwC) | 526 | $ 158 |
| | 0.6 | Chicago 51st Street visit walkthroughs: Meet with Pete Pappas (Grace) and Doug Wright (PwC) | 526 | $ 316 |
| | 0.9 | Chicago 51st Street visit walkthroughs: Meet with Lynn Starr (Grace) and Doug Wright (PwC) | 526 | $ 473 |
| | 0.3 | Chicago 51st Street visit walkthroughs: Meet with Nancy Mendez(Grace) and Doug Wright (PwC) | 526 | $ 158 |

| | | | | | |
|---|---|---|---|---|---|
| | 0.5 | Chicago 51st Street visit walkthroughs: Meet with Dawn Veith (Grace) and Doug Wright (PwC) | 526 | $ | 263 |
| | 0.2 | Chicago 51st Street visit walkthroughs: Meet with Jim Fuller (Grace) and Doug Wright (PwC) | 526 | $ | 105 |
| | 0.4 | Chicago 51st Street visit walkthroughs: Meet with Rick Cronin (Grace) and Doug Wright (PwC) | 526 | $ | 210 |
| | 1.6 | Chicago 51st Street visit walkthroughs: Meet with Sue Dietz (Grace) and Doug Wright (PwC) | 526 | $ | 842 |
| | 1.4 | Chicago 51st Street visit walkthroughs: Meet with John Herring (Grace) and Doug Wright (PwC) | 526 | $ | 736 |
| 05/12/2004 | 1.0 | Prepare for Chicago 65th Street location site visit walkthrough meetings (various times of the day) | 526 | $ | 526 |
| | 0.3 | Travel to 65th Street plant to 51st Street plant | 526 | $ | 158 |
| | 0.5 | Chicago 65th Street visit walkthroughs: Meet with Jamal Hamdar (Grace) and Doug Wright (PwC) | 526 | $ | 263 |
| | 0.7 | Chicago 65th Street visit walkthroughs: Meet with John Kaczmarski (Grace) and Doug Wright (PwC) | 526 | $ | 368 |
| | 0.4 | Chicago 65th Street visit walkthroughs: Meet with Ed Domine (Grace) | 526 | $ | 210 |
| | 0.5 | Chicago 65th Street visit walkthroughs: Meet with Gayle Stasila (Grace) and Doug Wright (PwC) | 526 | $ | 263 |
| | 1.0 | Prepare notes and final inputs for coordination meeting with client scheduled for 5/11 | 526 | $ | 526 |
| | 1.5 | Prepare fo Chicago 71st Street location visit | 526 | $ | 789 |
| | 1.0 | Chicago 71st Street visit walkthroughs: Meet with Nathan Carpenter, Walter Revior (Grace) and Doug Wright (PwC) | 526 | $ | 526 |
| | 0.2 | Chicago 71st Street visit walkthroughs: Meet with Nathan Carpenter (Grace) and Doug Wright (PwC) | 526 | $ | 105 |
| | 0.3 | Chicago 71st Street visit walkthroughs: Meet with Nathan Carpenter, Walter Revior (Grace) and Doug Wright (PwC) | 526 | $ | 158 |
| | 0.6 | Chicago 71st Street visit walkthroughs: Meet with Nathan Carpenter (Grace) and Doug Wright (PwC) | 526 | $ | 316 |
| 05/13/2004 | 0.5 | Prepare for and conduct call-in for coordination meeting with Brian Kenny, Ryan Heaps, Barbara Summerson (Grace), John Newstead, William Choi, Maureen Driscoll and Nina Govic (PwC) | 526 | $ | 263 |
| | 5.0 | Travel from Chicago site visit: Hotel to Midway Airport, Midway Airport to BWI Airport, BWI Airport to Tysons Corner | 526 | $ | 2,630 |
| 05/14/2004 | 0.5 | Prepare for internal planning meeting with Bill Bishop, Todd Hutcherson and John Newstead (PwC) | 526 | $ | 263 |
| | 2.0 | Meet with Bill Bishop, Todd hurcherson and John Newstead to discuss progress to date and way forward planning | 526 | $ | 1,052 |
| | 1.4 | Compile list of issues to be discussed with chief financial officer after meeting and input form senior manager | 526 | $ | 736 |
| | 0.9 | Complie action list for PwC on way forward and inputs required after meeting and input form senior manager | 526 | $ | 473 |
| | 0.6 | Compile and send e-mail to Brian Kenny (PwC) to request meeting with CFO, including follow-up e-mails | 526 | $ | 316 |
| | 0.5 | Update agenda/action plan for 6/01 coordination meeting | 526 | $ | 263 |
| | 0.6 | Prepare and send e-mails for scheduling internal and external coordination meetings | 526 | $ | 316 |
| | 0.4 | Update status control sheet following inputs from meeting | 526 | $ | 210 |
| | 0.6 | Prepare draft e-mail for international locations, amend draft after management inputs and send e-mail | 526 | $ | 316 |
| | 0.5 | Update PwC database with all amendments and updates to various documents | 526 | $ | 263 |
| | **71.5** | | | **$** | **37,609** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  John Newstead** | | | | |
| **SARBANES-OXLEY** | | | | |
| **05/04/2004** | 2.0 | project planning and review | 659 | $      1,318 |
| **05/06/2004** | 7.0 | site visit - meetings with B Kenny, R Heaps (Grace) | 659 | $      4,613 |
| **05/07/2004** | 1.0 | internal discussions and documentary review with H Schutte (PwC) | 659 | $         659 |
| **05/10/2004** | 1.0 | documentary review | 659 | $         659 |
| **05/11/2004** | 1.0 | project planning and review | 659 | $         659 |
| **05/13/2004** | 6.2 | site visit - meetings with B Kenny, R Heaps(Grace), H Schutte (PwC) | 659 | $      4,086 |
| **05/14/2004** | 4.0 | Internal planning meeting B Bishop, T Hutcherson  (PwC) and administration | 659 | $      2,636 |
| | **22.2** | | | **$     14,630** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|

**Name:  Douglas Wright**

**SARBANES-OXLEY**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| 05/03/2004 | 1.3 | Reading information pertaining to the PwC methodology for Sarbanes Oxley 404 procedures | 251 | $ 326 |
| | 1.0 | Learning the Protivity computer system | 251 | $ 251 |
| | 1.7 | Reading up on controls processes for the Chicago Trip | 251 | $ 427 |
| | 1.2 | Reading up on controls processes for the Chicago Trip | 251 | $ 301 |
| 05/04/2004 | 0.8 | Meeting with H. Schutte to discuss creating controls matrix for the Chicago trip. | 251 | $ 209 |
| | 1.5 | Creating controls matrix for chicago trip | 251 | $ 377 |
| | 0.3 | Discussion with N. Govic and H. Schutte regarding specifics for chicago trip | 251 | $ 84 |
| | 0.7 | Walk through of the treasury cycle with Tricia Roberts(Grace) and H. Schutte(PwC) | 251 | $ 167 |
| | 0.7 | Discussion with H. Schutte regarding the treasury cycle walk-through and the walk-through process for the site visits | 251 | $ 167 |
| | 1.0 | Phoning Jamal Hamdar, Ty Harter, Sue Dietz and Nathan Carpenter (all from Grace) to plan the specifics for the Chicago site visits to the 71st, 65th and 51st street sites. | 251 | $ 251 |
| | 0.7 | G&A Providing upward feedback | 251 | $ 167 |
| | 1.5 | Drafting an e-mail to Jamal Hamdar, Ty Harter, Sue Dietz and Nathan Carpenter (all from Grace) listing the controls processes and the responsible individuals for the site visit to Chicago. | 251 | $ 377 |
| | 0.3 | Meeting with H. Schutte and Bill Kelley(Grace) in finance to discuss PwC and Grace expectations of the site visit to Chicago. | 251 | $ 84 |
| | 0.5 | Review controls processes for the Chicago Trip | 251 | $ 126 |
| 05/05/2004 | 2.0 | Discussion with H. Schutte(PwC) regarding Chicago Trip | 251 | $ 502 |
| | 4.0 | Review controls processes for the Chicago Trip | 251 | $ 1,004 |
| | 1.0 | Discussion with N. Govic(PwC) regarding Grace 404 timeframe and expected work. | 251 | $ 251 |
| | 1.0 | Review controls processes for the Chicago Trip | 251 | $ 251 |
| 05/06/2004 | 3.0 | Review controls processes for the Chicago Trip | 251 | $ 753 |
| 05/07/2004 | 4.0 | Review controls processes for the Chicago Trip | 251 | $ 1,004 |
| | 1.0 | Making airplane, hotel and rental car reservations for the Chicago Trip | 251 | $ 251 |
| | 2.0 | Review controls processes for the Chicago Trip | 251 | $ 502 |
| | 1.0 | Discussion with H. Schutte(PwC) regarding preparations for Chicago Trip and timing of the 404 work for summer 2004 | 251 | $ 251 |
| 05/10/2004 | 3.0 | Preparing and reviewing controls matrices for Chicago Trip. | 251 | $ 753 |
| | 5.0 | Traveling from Columbia, MD to Chicago with H. Schutte(PwC) | 251 | $ 1,255 |
| 05/11/2004 | 0.5 | H. Schutte (PwC), myself and Helen Aurenz(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 126 |
| | 0.3 | H. Schutte (PwC), myself and Iler Moody(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 75 |
| | 0.7 | H. Schutte (PwC), myself and Pete Pappas(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 176 |
| | 1.0 | H. Schutte (PwC), myself and Lynn Starr(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 251 |
| | 0.3 | H. Schutte (PwC), myself and Nancy Mendez(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 75 |
| | 0.5 | H. Schutte (PwC), myself and Dawn Veith(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 126 |
| | 0.2 | H. Schutte (PwC), myself and Jim Fuller(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 50 |
| | 0.5 | H. Schutte (PwC), myself and Rick Cronin(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 126 |
| | 1.0 | Lunch in Chicago with H. Schutte(PwC) | 251 | $ 251 |
| | 1.1 | H. Schutte (PwC), myself and Sue Dietz(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 276 |
| | 0.5 | Met with Ana Urso(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 126 |
| | 1.4 | H. Schutte (PwC), myself and John Herring(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 351 |
| 05/12/2004 | 1.3 | H. Schutte(PwC), myself - E-mail and administrative tasks to prepare for client meetings | 251 | $ 314 |
| | 0.3 | H. Schutte(PwC), myself - Drive to 65th St site from 51st St site in Chicago | 251 | $ 63 |
| | 0.5 | H. Schutte(PwC), myself, Jamal Hamdar(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 126 |
| | 0.7 | H. Schutte(PwC), myself, John Kaczmarski(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 167 |
| | 0.4 | myself, Debbie Korbas(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 105 |
| | 0.5 | H. Schutte(PwC), myself, Gayle Stasila(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 126 |
| | 2.4 | preparation for client meetings | 251 | $ 602 |
| | 1.0 | H. Schutte(PwC), myself, Walter Revoir(Grace), Nathan Carpenter(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 251 |
| | 0.2 | H. Schutte(PwC), myself, Nathan Carpenter(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 42 |
| | 0.3 | H. Schutte(PwC), myself, Janice Palermo(Grace), Nathan Carpenter(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 63 |
| | 0.6 | H. Schutte(PwC), myself, Nathan Carpenter(Grace): Performed walk-though of Controls process during the Chicago site visit. | 251 | $ 146 |

| | | | | | |
|---|---|---|---|---|---|
| 05/13/2004 | 4.0 | Travelling from Chicago site visits back to Columbia, MD with H. Schutte(PwC) | 251 | $ | 1,004 |
| 05/14/2004 | 3.0 | Meeting with Hermann Shcutte(PwC) regarding strategy to document Chicago controls walkthrough as well as planning future walkthroughs. | 251 | $ | 753 |
| | 3.0 | Documenting walk-throughs of controls processes for Chicago. | 251 | $ | 753 |
| | 1.0 | Responding to e-mail from Ty Harter(Grace) regarding his questions as to our(PwC) experience in Chicago performing the walk-throughs. | 251 | $ | 251 |
| 05/17/2004 | 4.0 | Reviewing the communications file in the database regarding anything mentioning 404 work. | 251 | $ | 1,004 |
| | 2.0 | Posting entries into the communications file regarding e-mails received from client and gaining templates for walkthrough documentation. | 251 | | 502.0 |
| 05/18/2004 | 3.0 | Documenting walk-throughs of controls processes for Chicago. | 251 | | 753.0 |
| 05/19/2004 | 3.0 | Documenting walk-throughs of controls processes for Chicago. | 251 | | 753.0 |
| 05/20/2004 | 4.0 | Reading through additional controls processes for Chicago and documenting notes taken during walk-throughs for better understanding of the walk-through process. | 251 | $ | 1,004 |
| 05/21/2004 | 4.5 | Reading information pertaining to the PwC methodlogy for Sarbanes Oxley 404 procedures | 251 | $ | 1,130 |
| | 1.5 | Documenting walk-throughs of controls processes for Chicago. | 251 | $ | 377 |
| 05/24/2004 | 2.0 | Documenting walk-throughs of controls processes for Chicago. | 251 | $ | 502 |
| 05/25/2004 | 1.0 | Documenting walk-throughs of controls processes for Chicago. | 251 | $ | 251 |
| | **92.2** | | | **$** | **23,138** |

**W. R. Grace & Co.**
**Time Summary Report-Time Tracking**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Nina Govic** | | | | |
| 05/03/2004 | 3.2 | Prepare WR Grace quarterly fee summary | 369 | $ 1,181 |
| 05/12/2004 | 1.7 | Enter time charged by individuals for the April 2004 time period | 369 | $ 627 |
| 05/25/2004 | 1.4 | Finalize and review the April 2004 time tracking worksheet - enter time charged by individuals | 369 | $ 517 |
| 05/28/2004 | 1.0 | Finalize April 2004 Time tracking worksheet - call people who have not turned in their time and expense reports | 369 | $ 369 |
| 05/11/2004 | 1.1 | Complete my April time and expense reporting | 369 | $ 406 |
| **Name:  Aimee Stickley** | | | | |
| 05/05/2004 | 0.2 | Coaching Doug Wright (PwC) about the time tracking for bankruptcy reporting and sending him an example file | 292 | $ 58 |
| | 1.0 | Working on Bankruptcy Reporting time | 292 | $ 292 |
| 05/07/2004 | 0.3 | Reviewing year end files and cleaning out items no longer needed. | 292 | $ 88 |
| | 0.3 | Discussing timing tracking with Nick Stromann (PwC) and the march suspended time discrepancies | 292 | $ 88 |
| 05/14/2004 | 2.9 | Grace bankruptcy time reporting for April | 292 | $ 847 |
| 05/17/2004 | 0.5 | Sending Nicholas Stromann (PwC) an email on the May 6-7th time for bankruptcy reporting | 292 | $ 146 |
| 05/19/2004 | 1.5 | Grace bankruptcy time tracking | 292 | $ 438 |
| **Name:  Nicholas Stromann** | | | | |
| 05/03/2004 | 0.6 | Compiling personal Time and Expense information for the month of April | 213 | $ 128 |
| | 0.8 | Update Quarterly Time and Expense information for the entire PwC Grace team | 213 | $ 170 |
| 05/07/2004 | 0.8 | Receive 4/30/04 WIPS; update Grace estimated fee schedule for increased billing rates | 213 | $ 170 |
| | 3.2 | Create files for May Time Tracking, Sarbanes Time Tracking, and Expenses for the Bankruptcy courts using the information in the WIPS; creating individual tabs, inserting personal time and L. Misler's (PwC) time, personal expenses, and N. Govic and A. Stickley (PwC) | 213 | $ 682 |
| **Name:  Lauren Misler** | | | | |
| 05/03/2004 | 1.0 | Time and expense formatting for the month of April to submit to Bankruptcy courts for all team members | 213 | $ 213 |
| **Name: Bill Bishop** | | | | |
| 05/04/2004 | 0.4 | Review draft fee application | 802 | $ 321 |
| **Name: Hermann Schutte** | | | | |
| 05/13/2004 | 0.5 | Summit timesheet analysis and expense claim documentation for monthly invoicing | 526 | $ 263 |
| **Name: Douglas Wright** | | | | |
| 05/06/2004 | 1.0 | Recording time for Grace | 251 | $ 251 |
| 05/13/2004 | 2.0 | Working on Time tracking | 251 | $ 502 |
| 05/20/2004 | 1.0 | Working on reporting Time for Grace | 251 | 251.0 |
| | | **Total Cost of Time Tracking** | | **$ 8,007.00** |
| | | **Less 55% rate reduction** | | **$ (4,403.85)** |
| | | **Total Cost of Tracking Time Billed to Grace** | | **$ 3,603.15** |
| | | **Total Hours Spent Tracking Time** | | **26.4** |