**EXHIBIT B**

| | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|
| **CONSOLIDATED AUDIT-EXPENSE DETAIL** | | | | | |
| **For the Month Ended May 31, 2004** | | | | | |
| **Sandra David** | 04/13/2004 | **Audit Manager** | $ | 4.50 | Mileage in excess of normal commute (12 miles * $0.375) |
| | | | **$** | **4.50** | |
| **Jean Qi** | 04/13/2004 | **Audit Senior Associate** | $ | 15.50 | Mileage in excess of normal commute (60 miles x $0.375/mile)-$7 |
| | 04/16/2004 | **Audit Senior Associate** | $ | 15.50 | Mileage in excess of normal commute (60 miles x $0.375/mile)-$7 |
| | | | **$** | **31.00** | |
| **William Choi** | 05/03/2004 | **Audit Manager** | $ | 28.13 | Mileage in excess of normal commute (75 additional miles * $0.375/mile) |
| | 05/06/2004 | **Audit Manager** | $ | 28.13 | Mileage in excess of normal commute (75 additional miles * $0.375/mile) |
| | 05/10/2004 | **Audit Manager** | $ | 28.13 | Mileage in excess of normal commute (75 additional miles * $0.375/mile) |
| | 05/12/2004 | **Audit Manager** | $ | 28.13 | Mileage in excess of normal commute (75 additional miles * $0.375/mile) |
| | 05/26/2004 | **Audit Manager** | $ | 28.13 | Mileage in excess of normal commute (75 additional miles * $0.375/mile) |
| | | | **$** | **140.65** | |
| **Larry Farmer** | 05/06/2004 | **Audit Manager** | $ | 24.38 | Mileage in excess of normal commute (65 miles * $0.375/mile) |
| | | | **$** | **24.38** | |
| **Nina Govic** | 05/03/2004 | **Audit Senior Associate** | $ | 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | 05/04/2004 | **Audit Senior Associate** | $ | 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | 05/05/2004 | **Audit Senior Associate** | $ | 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | 05/06/2004 | **Audit Senior Associate** | $ | 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | 05/06/2004 | **Audit Senior Associate** | $ | 36.35 | Overtime meal for team (A. Stickley, N. Stromann, N. Govic) |
| | | | **$** | **165.75** | |
| **Ryan Grady** | 05/26/2004 | **Audit Senior Associate** | $ | 11.82 | Mileage in excess of normal commute (57.6-26 miles) * $0.375/mile |
| | | | **$** | **11.82** | |
| **Todd Hutcherson** | 05/06/2004 | **Audit Senior Manager** | $ | 22.59 | Mileage in excess of normal commute (60.25 miles * $0.375/mile) |
| | | | **$** | **22.59** | |
| **Aimee Stickely** | 05/03/2004 | **Audit Associate** | $ | 27.75 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | 05/04/2004 | **Audit Associate** | $ | 27.75 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | 05/05/2004 | **Audit Associate** | $ | 27.75 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | 05/06/2004 | **Audit Associate** | $ | 27.75 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | | | **$** | **111.00** | |
| **Nicholas Stromann** | 05/03/2004 | **Audit Associate** | $ | 14.00 | Mileage in excess of normal commute (48 miles * $0.375/mile) - $4 metro |
| | 05/06/2004 | **Audit Associate** | $ | 14.00 | Mileage in excess of normal commute (48 miles * $0.375/mile) - $4 metro |
| | 05/07/2004 | **Audit Associate** | $ | 14.00 | Mileage in excess of normal commute (48 miles * $0.375/mile) - $4 metro |
| | | | **$** | **42.00** | |
| **SARBANES OXLEY RELATED EXPENSES:** | | | | | |
| **Hermann Schutte** | 05/03/2004 | **Audit Manager** | $ | 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 05/04/2004 | **Audit Manager** | $ | 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 05/05/2004 | **Audit Manager** | $ | 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 05/10/2004 | **Audit Manager** | $ | 16.28 | Mileage from Grace to BWI (46-2 miles * $0.375/mile) |
| | 05/10/2004 | **Audit Manager** | $ | 70.00 | Traveling dinner for Doug Wright, self |
| | 05/11/2004 | **Audit Manager** | $ | 30.00 | Parking: BWI Airport-Travel to Chicago for 404 walkthroughs |
| | 05/11/2004 | **Audit Manager** | $ | 41.96 | Traveling dinner for Doug Wright, self |
| | 05/12/2004 | **Audit Manager** | $ | 35.00 | Traveling dinner |
| | 05/13/2004 | **Audit Manager** | $ | 277.62 | Airfare: BWI-Midway-BWI. Site visit to do 404 walkthroughs |
| | 05/13/2004 | **Audit Manager** | $ | 16.28 | Mileage from BWI to Tyson's (46-2 miles * $0.375/mile) |
| | 05/13/2004 | **Audit Manager** | $ | 436.89 | Hotel accomodation in Chicago to do 404 walkthroughs - 3 nights |
| | | | **$** | **1,005.03** | |
| **Maureen Driscoll** | 05/14/2004 | **SPA Senior Associate** | $ | 35.37 | Dial up charges to call Grace from Hotel |
| | | | **$** | **35.37** | |
| **Douglas Wright** | 05/06/2004 | **Audit Associate** | $ | 278.70 | Plane Ticket to Chicago for 404 work |
| | 05/11/2004 | **Audit Associate** | $ | 70.00 | Lunch in Chicago for self and Hermann Schutte |
| | 05/12/2004 | **Audit Associate** | $ | 35.00 | Dinner in Chicago |
| | 05/12/2004 | **Audit Associate** | $ | 18.70 | Lunch in Chicago for self and Hermann Schutte |
| | 05/13/2004 | **Audit Associate** | $ | 30.00 | Parking at BWI while in Chicago |
| | 05/13/2004 | **Audit Associate** | $ | 51.20 | Breakfast at hotel for 3 days for self and Hermann Schutte |
| | 05/13/2004 | **Audit Associate** | $ | 234.45 | Rental car while in Chicago for self and Hermann Schutte for three days |
| | 05/13/2004 | **Audit Associate** | $ | 436.89 | Hotel for 3 nights while in Chicago |
| | | | **$** | **1,154.94** | |
| | | **Grand Total** | **$** | **2,749.03** | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended May 31, 2004**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **Sandra David** | Audit | 04/13/2004 | $ 4.50 | | | | Mileage in excess of normal commute (12 miles * $0.375) |
| **Jean Qi** | Audit | 04/13/2004 | $ 15.50 | | | | Mileage in excess of normal commute (60 miles x $0.375/mile)-$7 |
| | Audit | 04/16/2004 | $ 15.50 | | | | Mileage in excess of normal commute (60 miles x $0.375/mile)-$7 |
| **William Choi** | Audit | 05/03/2004 | $ 28.13 | | | | Mileage in excess of normal commute (75 additional miles * $0.375/mile) |
| | Audit | 05/06/2004 | $ 28.13 | | | | Mileage in excess of normal commute (75 additional miles * $0.375/mile) |
| | Audit | 05/10/2004 | $ 28.13 | | | | Mileage in excess of normal commute (75 additional miles * $0.375/mile) |
| | Audit | 05/12/2004 | $ 28.13 | | | | Mileage in excess of normal commute (75 additional miles * $0.375/mile) |
| | Audit | 05/26/2004 | $ 28.13 | | | | Mileage in excess of normal commute (75 additional miles * $0.375/mile) |
| **Larry Farmer** | Audit | 05/06/2004 | $ 24.38 | | | | Mileage in excess of normal commute (65 miles * $0.375/mile) |
| **Nina Govic** | Audit | 05/03/2004 | $ 32.35 | | | | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | Audit | 05/04/2004 | $ 32.35 | | | | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | Audit | 05/05/2004 | $ 32.35 | | | | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | Audit | 05/06/2004 | $ 32.35 | | | | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | Audit | 05/06/2004 | | | | $ 36.35 | Overtime meal for team (A. Stickley, N. Stromann, N. Govic) |
| **Ryan Grady** | Audit | 05/26/2004 | $ 11.82 | | | | Mileage in excess of normal commute (57.6-26 miles) * $0.375/mile |
| **Todd Hutcherson** | Audit | 05/06/2004 | $ 22.59 | | | | Mileage in excess of normal commute (60.25 miles * $0.375/mile) |
| **Aimee Stickely** | Audit | 05/03/2004 | $ 27.75 | | | | Mileage in excess of normal commute (74 miles * $0.375/mile) |
| | Audit | 05/04/2004 | $ 27.75 | | | | Mileage in excess of normal commute (74 miles * $0.375/mile) |
| | Audit | 05/05/2004 | $ 27.75 | | | | Mileage in excess of normal commute (74 miles * $0.375/mile) |
| | Audit | 05/06/2004 | $ 27.75 | | | | Mileage in excess of normal commute (74 miles * $0.375/mile) |
| **Nicholas Stromann** | Audit | 05/03/2004 | $ 14.00 | | | | Mileage in excess of normal commute (48 miles * $0.375/mile) - $4 metro |
| | Audit | 05/06/2004 | $ 14.00 | | | | Mileage in excess of normal commute (48 miles * $0.375/mile) - $4 metro |
| | Audit | 05/07/2004 | $ 14.00 | | | | Mileage in excess of normal commute (48 miles * $0.375/mile) - $4 metro |
| **Hermann Schutte** | Sarbanes | 05/03/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 05/04/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 05/05/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 05/10/2004 | $ 16.28 | | | | Mileage from Grace to BWI (46-2 miles * $0.375/mile) |
| | Sarbanes | 05/10/2004 | | | | $ 70.00 | Traveling dinner for Doug Wright, self |
| | Sarbanes | 05/11/2004 | $ 30.00 | | | | Parking: BWI Airport-Travel to Chicago for 404 walkthroughs |
| | Sarbanes | 05/11/2004 | | | | $ 41.96 | Traveling dinner for Doug Wright, self |
| | Sarbanes | 05/12/2004 | | | | $ 35.00 | Traveling dinner |
| | Sarbanes | 05/13/2004 | $ 277.62 | | | | Airfare: BWI-Midway-BWI. Site visit to do 404 walkthroughs |
| | Sarbanes | 05/13/2004 | $ 16.28 | | | | Mileage from BWI to Tyson's (46-2 miles * $0.375/mile) |
| | Sarbanes | 05/13/2004 | | $ 436.89 | | | Hotel accomodation in Chicago to do 404 walkthroughs |
| **Maureen Driscoll** | Sarbanes | 05/14/2004 | | | $ 35.37 | | Dial up charges to call Grace from Hotel |
| **Douglas Wright** | Sarbanes | 05/06/2004 | $ 278.70 | | | | Plane Ticket to Chicago for 404 work |
| | Sarbanes | 05/11/2004 | | | | $ 70.00 | Lunch in Chicago for self and Hermann Schutte |
| | Sarbanes | 05/12/2004 | | | | $ 35.00 | Dinner in Chicago |
| | Sarbanes | 05/12/2004 | | | | $ 18.70 | Lunch in Chicago for self and Hermann Schutte |
| | Sarbanes | 05/13/2004 | $ 30.00 | | | | Parking at BWI while in Chicago |
| | Sarbanes | 05/13/2004 | | | | $ 51.20 | Breakfast at hotel for 3 days for self and Hermann Schutte |
| | Sarbanes | 05/13/2004 | $ 234.45 | | | | Rental car while in Chicago for self and Hermann Schutte |
| | Sarbanes | 05/13/2004 | | $ 436.89 | | | Hotel for 3 nights while in Chicago |
| **Summary** | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | $ 2,749.03 | $ 1,481.67 | $ 873.78 | $ 35.37 | $ 358.21 | |