FOR THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004

**CASE ADMINISTRATION**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 0.30 | 565.00 | 169.50 |
| BECKER, GARY M. | CRED | 0.90 | 495.00 | 445.50 |
| KLEIN, DAVID | CRED | 2.90 | 390.00 | 1,131.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 3.00 | 195.00 | 585.00 |
| Subtotal | | 7.10 | $ | 2,331.00 |

**CREDITOR COMMITTEE**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 2.70 | 565.00 | 1,525.50 |
| BECKER, GARY M. | CRED | 1.90 | 495.00 | 940.50 |
| Subtotal | | 4.60 | $ | 2,466.00 |

**BANKR. MOTIONS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 0.10 | 565.00 | 56.50 |
| BECKER, GARY M. | CRED | 4.60 | 495.00 | 2,277.00 |
| ELIASEN, ERIN | CRED | 1.90 | 260.00 | 494.00 |
| Subtotal | | 6.60 | $ | 2,827.50 |

**EMPLOYMENT APPLICATIONS, APPLICANT**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| MANGUAL, KATHLEEN | CRED | 0.70 | 195.00 | 136.50 |
| Subtotal | | 0.70 | $ | 136.50 |

**CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 1.10 | 565.00 | 621.50 |
| BECKER, GARY M. | CRED | 3.20 | 495.00 | 1,584.00 |
| Subtotal | | 4.30 | $ | 2,205.50 |

**HEARINGS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 6.70 | 565.00 | 3,785.50 |
| | Subtotal | 6.70 | $ | 3,785.50 |

**TRAVEL\NON-WORKING**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 2.20 | 282.50 | 621.50 |
| | Subtotal | 2.20 | $ | 621.50 |
| | Total | 32.20 | $ | 14,373.50 |

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 10.90 | 565.00 | 6,158.50 |
| BENTLEY, PHILIP | PARTNER | 2.20 | 282.50 | 621.50 |
| BECKER, GARY M. | SPEC COUNS | 10.60 | 495.00 | 5,247.00 |
| KLEIN, DAVID | ASSOCIATE | 2.90 | 390.00 | 1,131.00 |
| ELIASEN, ERIN | ASSOCIATE | 1.90 | 260.00 | 494.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 3.70 | 195.00 | 721.50 |
| | Total | 32.20 | | $14,373.50 |

SCHEDULE OF DISBURSEMENTS
FOR THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004

| DISBURSEMENTS * | AMOUNT |
|---|---|
| TELECOPIER | 2.00 |
| PHOTOCOPYING | 22.50 |
| LONG-DISTANCE TEL. | 0.30 |
| CAB FARES | 72.50 |
| MEALS/IN-HOUSE | 28.00 |
| OUT-OF-TOWN TRAVEL | 264.00 |
| Subtotal | $389.30 |

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004
## IN ACCORDANCE WITH THE CASE MANAGEMENT ORDER

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 1.00 |
| PHOTOCOPYING | 12.00 |
| Subtotal | $13.00 |

KL4:2101554.1

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Worked : 12/31/99 thru 06/23/04

Run Date & Time: 06/23/04 11:16:59
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

PAGE   1

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | 7.10 | 2,331.00 | 13.05 | 2,344.05 | BENTLEY PHILIP - 02495 | M | B | |
| 00002 | CREDITOR COMMITTEE | 4.60 | 2,466.00 | 2.00 | 2,468.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00005 | BANKR. MOTIONS | 6.60 | 2,827.50 | 0.00 | 2,827.50 | BENTLEY PHILIP - 02495 | M | B | |
| 00009 | EMPLOYMENT APPLICATIONS. | 0.70 | 136.50 | 0.00 | 136.50 | BENTLEY PHILIP - 02495 | M | B | |
| 00012 | CLAIM ANALYSIS OBJECTION | 4.30 | 2,205.50 | 110.25 | 2,315.75 | BENTLEY PHILIP - 02495 | M | B | |
| 00019 | HEARINGS | 6.70 | 3,785.50 | 0.00 | 3,785.50 | BENTLEY PHILIP - 02495 | M | B | |
| 00028 | TRAVEL\NON-WORKING | 2.20 | 621.50 | 266.00 | 885.50 | BENTLEY PHILIP - 02495 | M | B | |
| | Client Total | 32.20 | 14,373.50 | 389.30 | 14,762.80 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

alp_132c: Client Summary

Run Date & Time: 06/23/2004 11:16:56

Client No : 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:

--------------------------------------------------------------------

PRE-BILLING SUMMARY REPORT

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 04/30/2004 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 04/30/2004 |

GROSS BILLABLE AMOUNT: | 14,373.50 | 389.30
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES   OR   NO
EXPECTED DATE OF COLLECTION:                          04/30/2004

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

--------------------------------------------------------------------

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

--------------------------------------------------------------------

ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

| FEES: | 41,873.20 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 1,404.26 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 58,879.64 | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 05/27/04 | LAST PAYMENT DATE: | 05/10/04 |
| LAST BILL NUMBER: | 392028 | FEES BILLED TO DATE: | 695,155.00 |
| LAST BILL THRU DATE: | 04/30/04 | FEES WRITTEN OFF TO DATE: | 567,340.18 |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

(1)   Exceeded Fixed Fee           (6)   Summer Associate
(2)   Late Time & Costs Posted     (7)   Fixed Fee
(3)   Pre-arranged Discount        (8)   Premium
(4)   Excessive Legal Time         (9)   Rounding
(5)   Business Development         (10)  Client Arrangement

BILL NUMBER:                      DATE OF BILL:            Processed by:                      FRC:                      CRC:

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 2

Run Date & Time: 06/23/2004 11:16:59

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILLIP | PARTNER | 04/01/04 | 04/30/04 | 13.10 | 6,780.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 04/02/04 | 04/30/04 | 10.60 | 5,247.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 04/01/04 | 04/30/04 | 2.90 | 1,131.00 |
| 05859 | ELIASEN, ERIN | ASSOCIATE | 04/27/04 | 04/27/04 | 1.90 | 494.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 04/12/04 | 04/26/04 | 3.70 | 721.50 |
| | Total: | | | | 32.20 | 14,373.50 |

## UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 04/20/04 | 04/20/04 | 2.00 |
| 0820 | PHOTOCOPYING | 04/14/04 | 04/20/04 | 22.50 |
| 0885 | LONG-DISTANCE TEL. | 04/07/04 | 04/30/04 | 0.30 |
| 0940 | CAB FARES | 04/30/04 | 04/30/04 | 72.50 |
| 0942 | MEALS/IN-HOUSE | 04/19/04 | 04/19/04 | 28.00 |
| 0950 | OUT-OF-TOWN TRAVEL | 04/19/04 | 04/19/04 | 264.00 |
| | Total | | | 389.30 |

Grand Total    14,762.80

## BILLING & PAYMENT HISTORY (Reflects Payments As of 06/23/04 11:16:59)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Billed Disbursement | Applied From OA | Total | Collections | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 131,608.50 | 15,620.18 | | 147,228.68 | | | |
| YEAR 2002 | | | 226,814.32 | 21,990.27 | | 248,804.59 | | | |
| 01/31/03 | 12/31/02 | 364671 | 8,447.00 | 733.32 | | 9,180.32 | | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 8,623.50 | 927.47 | | 9,550.97 | | 10/23/03 | |
| 02/28/03 | 02/28/03 | 367178 | 9,080.00 | 228.00 | | 9,308.00 | | 05/27/03 | |
| 04/29/03 | 03/31/03 | 369330 | 26,299.00 | 438.90 | | 26,737.90 | | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 6,657.50 | 668.12 | | 7,325.62 | | 10/23/03 | |
| 06/27/03 | 05/31/03 | 371897 | 8,210.50 | 107.57 | | 8,318.07 | | 12/26/03 | |
| 07/24/03 | 06/30/03 | 373811 | 9,081.50 | 137.09 | | 9,218.59 | | 10/23/03 | |
| 08/31/03 | 07/31/03 | 375389 | 7,636.50 | 27.75 | | 7,664.25 | | 05/10/04 | |
| 09/30/03 | 08/31/03 | 376733 | 8,756.00 | 102.89 | | 8,858.89 | | 05/10/04 | |
| 11/14/03 | 09/30/03 | 379590 | 14,242.50 | 227.75 | | 14,470.25 | | 05/10/04 | |
| 11/30/03 | 10/31/03 | 380293 | 12,893.50 | 174.04 | | | 10,681.24 | 05/10/04 | 2,386.30 |
| 12/31/03 | 11/30/03 | 381784 | 12,369.00 | 273.00 | | | 10,497.10 | 02/27/04 | 2,144.90 |
| 01/29/04 | 12/31/03 | 382765 | 15,515.00 | 1,599.14 | | | 13,806.14 | 02/27/04 | 3,308.00 |
| 02/25/04 | 01/31/04 | 384579 | 7,221.00 | 436.47 | | | 7,105.97 | 02/27/04 | 551.50 |
| 04/30/04 | 02/29/04 | 388529 | 6,750.50 | 545.85 | | | .00 | | 7,296.35 |
| 05/27/04 | 04/30/04 | 390208 | 12,358.50 | 469.11 | | | .00 | | 12,827.61 |

aJp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   3

Run Date & Time: 06/23/2004 11:16:59

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 06/23/04 11:16:59)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|------------------|-------------|
| 06/23/04 | 04/30/04 | 391727 | 14,373.50 | 389.30 | | .00 | 14,762.80 | |
| | Total: | | 546,937.82 | 45,096.22 | | 548,756.58 | | 43,277.46 |

alp_132r: Matter Detail

Run Date & Time: 06/23/2004 11:16:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:    1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     04/01/2004                          TO:        04/30/2004
UNBILLED DISB FROM:     04/07/2004                          TO:        04/20/2004

                              FEES                                     COSTS

GROSS BILLABLE AMOUNT:        2,331.00                                 13.05
AMOUNT WRITTEN DOWN:
            PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
          THRU DATE:                                       04/20/2004
CLOSE MATTER/FINAL BILLING?   YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH

                      FEES:        7,472.50                UNIDENTIFIED RECEIPTS:        0.00
          DISBURSEMENTS:             171.05                PAID FEE RETAINER:            0.00
          FEE RETAINER:                0.00                PAID DISB RETAINER:           0.00
         DISB RETAINER:                0.00                TOTAL AVAILABLE FUNDS:        0.00
      TOTAL OUTSTANDING:            7,643.55               TRUST BALANCE:
                                                           BILLING HISTORY

          DATE OF LAST BILL:        06/23/04               LAST PAYMENT DATE:           04/13/04
          LAST BILL NUMBER:          391727               FEES BILLED TO DATE:       204,704.00
      LAST BILL THRU DATE:                                FEES WRITTEN OFF TO DATE:   76,722.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee              (6) Summer Associate
      (2) Late Time & Costs Posted        (7) Fixed Fee
      (3) Pre-arranged Discount           (8) Premium
      (4) Excessive Legal Time            (9) Rounding
      (5) Business Development             (10) Client Arrangement

BILL NUMBER:_____        DATE OF BILL:_____    Processed by:_____    FRC:_____        CRC:_____

a1p_132r: Matter Detail

Run Date & Time: 06/23/2004 11:16:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 2

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | Proforma Number: 1818424 |
| | Bill Frequency: M |
| | Status : ACTIVE |

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 04/12/04 | 04/16/04 | 0.30 | 169.50 |
| 05292 | BECKER, GARY M. | CRED | 04/21/04 | 04/21/04 | 0.90 | 445.50 |
| 05646 | KLEIN, DAVID | CRED | 04/01/04 | 04/30/04 | 2.90 | 1,131.00 |
| 05208 | MANGUAL, KATHLEEN | CRED | | | | |
| | PARAPROFESSIONALS | | 04/12/04 | 04/16/04 | 3.00 | 585.00 |
| | Total: | | | | 7.10 | 2,331.00 |

## UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 04/20/04 | 04/20/04 | 12.75 |
| 0885 | LONG-DISTANCE TEL. | 04/07/04 | 04/07/04 | 0.30 |
| | Total: | | | 13.05 |
| | Grand Total | | | |

Sub-Total Hours : 0.30 Partners   0.90 Counsels   2.90 Associates   3.00 Legal Assts   0.00 Others

## BILLING & PAYMENT HISTORY (Reflects Payments As of 06/23/04 11:16:54)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| **YEAR 2002** | | | | | | | | |
| 01/31/03 | 12/31/02 | 364671 | 63,892.50 | 13,611.26 | | 77,505.76 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 6,081.00 | 733.32 | | 6,814.32 | 04/11/03 | |
| 03/19/03 | 02/28/03 | 367178 | 2,266.50 | 904.37 | | 3,168.87 | 05/29/03 | |
| 04/29/03 | 03/31/03 | 369330 | 1,726.50 | 175.30 | | 1,901.80 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 4,200.00 | 435.90 | | 4,635.90 | 10/23/03 | |
| 06/17/03 | 05/31/03 | 371897 | 4,021.00 | 625.57 | | 4,648.57 | 10/23/03 | |
| 07/24/03 | 06/30/03 | 373811 | 3,418.50 | 105.57 | | 3,524.07 | 12/26/03 | |
| 08/31/03 | 07/31/03 | 375389 | 2,578.50 | 135.30 | | 2,713.80 | 10/23/03 | |
| 09/30/03 | 08/31/03 | 376733 | 3,533.50 | 13.06 | | 3,546.56 | 11/28/03 | |
| 11/14/03 | 09/30/03 | 379590 | 3,660.00 | 89.89 | | 3,749.89 | 12/08/03 | |
| 11/30/03 | 10/31/03 | 380293 | 3,721.50 | 225.75 | | 3,947.25 | 12/26/03 | |
| 12/31/03 | 11/30/03 | 381784 | 3,546.00 | 155.04 | | 3,701.04 | 02/27/04 | |
| 01/31/04 | 12/31/03 | 382765 | 3,986.00 | 48.00 | | 4,034.00 | 02/27/04 | |
| 02/25/04 | 01/31/04 | 384579 | 6,246.50 | 1,364.34 | | 7,610.84 | 02/27/04 | |
| 04/30/04 | 02/29/04 | 388629 | 4,124.00 | 436.47 | | 4,560.47 | 04/13/04 | |
| | | | 2,552.50 | 43.85 | | .00 | | 2,596.35 |
| 05/27/04 | 04/30/04 | 390208 | 2,589.00 | 114.15 | | .00 | | 2,703.15 |
| 06/23/04 | 04/30/04 | 391727 | 2,331.00 | 13.05 | | .00 | | 2,344.05 |
| | | | 71,036.50 | 8,160.18 | | 79,196.68 | | |

alp_132r: Matter Detail

Run Date & Time: 06/23/2004 11:16:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS. - 06975          Proforma Number: 1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 06/23/04 11:16:54)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total Collections | Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------------------|------|-------------|

Total:                    195,509.00        27,394.37                       215,259.82                    7,643.55

a.lp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 06/23/2004 11:16:54

Matter No.: 056772-00001.                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 04/01/04 | review pleadings/filings, distr same as necessary. | 0.50 | 195.00 | 5118658 | 04/28/04 |
| BENTLEY, PHILIP | 04/12/04 | Review Third Circuit notice re recusal hearing | 0.10 | 56.50 | 5127681 | 05/03/04 |
| MANGUAL, KATHLEEN | 04/12/04 | organization of files; update pleadings index and correspondence (1.6) | 1.60 | 312.00 | 5130397 | 05/03/04 |
| KLEIN, DAVID | 04/13/04 | review filings, email summary of various motions to GMB. | 0.90 | 351.00 | 5132585 | 05/04/04 |
| BENTLEY, PHILIP | 04/16/04 | Review Third Circuit recusal papers | 0.20 | 113.00 | 5127680 | 05/03/04 |
| KLEIN, DAVID | 04/19/04 | review pleadings/filings, distr same as necessary; email to/from GMB re Libby filings. | 0.40 | 156.00 | 5132583 | 05/04/04 |
| KLEIN, DAVID | 04/20/04 | review pleadings/filings, distr same as necessary. | 0.30 | 117.00 | 5132584 | 05/04/04 |
| BECKER, GARY M. | 04/21/04 | Research docket re 4/26 hearing rescheduling call local counsel, debtors counsel and judge chambers re same and email to Bentley re same(0.9) | 0.90 | 445.50 | 5113326 | 04/22/04 |
| MANGUAL, KATHLEEN | 04/26/04 | organization of files; update pleadings index and correspondence (1.4) | 1.40 | 273.00 | 5132328 | 05/04/04 |
| KLEIN, DAVID | 04/26/04 | review pleadings/filings, distr same as necessary. | 0.20 | 78.00 | 5132586 | 05/04/04 |
| KLEIN, DAVID | 04/27/04 | review filings; | 0.10 | 39.00 | 5132587 | 05/04/04 |
| KLEIN, DAVID | 04/29/04 | review pleadings/filings, distr same as necessary; disc w/ GMB re same. | 0.30 | 117.00 | 5132588 | 05/04/04 |
| KLEIN, DAVID | 04/30/04 | receive/review email from GMB re motion/various pleadings; receive email from S.Atlas re proposal. | 0.20 | 78.00 | 5132589 | 05/04/04 |

Fee Total     7.10     2,331.00

UNBILLED COSTS DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING | | KLEIN, D K | 04/20/04 | 8.70 | 6523611 | 114023 | 04/21/04 |
| KLEIN DAVID | | | | | | | |
| PHOTOCOPYING | | KLEIN, D K | 04/20/04 | 4.05 | 6523612 | 114023 | 04/21/04 |
| KLEIN DAVID | | | | | | | |

0820 PHOTOCOPYING Total :     12.75

Fee Total     7.10     2,331.00

alp_132r: Matter Detail

Run Date & Time: 06/23/2004 11:16:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    18184624
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| LONG-DISTANCE TEL. | | | | | | | |
| LONG-DISTANCE TEL. | 0885 | BENTLEY, P | 04/07/04 | 0.30 | 6531803 | 113595 | 04/08/04 |
| 3128612248 | | | | | | | |
| | | 0885 LONG-DISTANCE TEL. Total : | | 0.30 | | | |
| | | Costs Total : | | 13.05 | | | |

alp_132r: Matter Detail

Run Date & Time: 06/23/2004 11:16:54

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Matter No: 056772-00001.                                           Orig Prtnr : CRED. RGTS. - 06975           Proforma Number:    1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | Bill W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.30 | 169.50 | | | | |
| BECKER, GARY M. | 0.90 | 445.50 | | | | |
| KLEIN, DAVID | 2.90 | 1,131.00 | | | | |
| MANGUAL, KATHLEEN | 3.00 | 585.00 | | | | |
| **Total:** | **7.10** | **2,331.00** | | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | Bill W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 12.75 | | | | |
| 0885 LONG-DISTANCE TEL. | 0.30 | | | | |
| Costs Total : | 13.05 | | | | |

alp_132r: Matter Detail

Run Date & Time: 06/23/2004 11:16:54

**KRAMER LEVIN NAFTALIS & FRANKEL, LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE    7

| | | |
|---|---|---|
| Matter No: 056772-00002 | Orig Prtnr : CRED. RGHTS - 06975 | Proforma Number: 1818424 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CREDITOR COMMITTEE | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

Special Billing Instructions:

```
------------------------------------------------------------------------------
                             PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------
```

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 04/02/2004 | TO: | 04/30/2004 |
| UNBILLED DISB FROM: | 04/20/2004 | TO: | 04/20/2004 |

```
                        -------                              -------
                         FEES                                 COSTS
```

| | | |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 2,466.00 | 2.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 04/30/2004 | 04/20/2004 |
| CLOSE MATTER/FINAL BILLING?    YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

| | | |
|---|---|---|
| BILLING COMMENTS: | BENTLEY PHILIP - 02495 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |

```
------------------------------------------------------------------------------
                          ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH
------------------------------------------------------------------------------
```

| FEES: | 8,651.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| DISBURSEMENTS: | 25.40 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 8,676.90 | TRUST BALANCE: | |
| | | UNAPPLIED CASH | |

```
                                  BILLING HISTORY
```

| DATE OF LAST BILL: | 06/23/04 | LAST PAYMENT DATE: | 04/13/04 |
|---|---|---|---|
| LAST BILL NUMBER: | 391727 | FEES BILLED TO DATE: | 81,029.50 |
| LAST BILL THRU DATE: | | FEES WRITTEN OFF TO DATE: | 19,101.50 |

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

| | |
|---|---|
| (1) Exceeded Fixed Fee | (6) Summer Associate |
| (2) Late Time & Costs Posted | (7) Fixed Fee |
| (3) Pre-arranged Discount | (8) Premium |
| (4) Excessive Legal Time | (9) Rounding |
| (5) Business Development | (10) Client Arrangement |

| | | | |
|---|---|---|---|
| BILL NUMBER: | DATE OF BILL: | Processed by: | FRC: | CRC: |

aip_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/23/2004 11:16:54

PAGE   8

| | |
|---|---|
| Matter No.: 056722-00002 | |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Orig Prtnr : CRED. RGTS - 06975 |
| Matter Name : CREDITOR COMMITTEE | Bill Prtnr : BENTLEY PHILLIP - 02495 |
| Matter Opened : 07/27/2001 | Supv Prtnr : MAYER THOMAS MOERS - 03976 |

Proforma Number: 1838424
Bill Frequency: M

Status : ACTIVE

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILLIP | CRED | 04/02/04 | 04/30/04 | 2.70 | 1,525.50 |
| 05292 | BECKER, GARY M. | CRED | 04/02/04 | 04/13/04 | 1.90 | 940.50 |
| | Total: | | | | 4.60 | 2,466.00 |

## UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 04/20/04 | 04/20/04 | 2.00 |
| | Total | | | 2.00 |
| | Grand Total | | | 2,468.00 |

Sub-Total Hours : 2.70 Partners   1.90 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

## BILLING & PAYMENT HISTORY (Reflects Payments As of 06/23/04 11:16:54)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Total Amount | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| | | | 11,113.50 | 1,628.57 | | 12,742.07 | 12,742.07 | 03/25/03 | |
| **YEAR 2002** | | | | | | | | | |
| 01/13/03 | 12/31/02 | 364671 | 34,995.50 | 2,032.99 | | 37,029.49 | 37,029.49 | 03/25/03 | |
| 03/19/03 | 02/28/03 | 364378 | 1,341.50 | .00 | | 1,341.50 | 1,341.50 | 03/25/03 | |
| 03/28/03 | 03/31/03 | 369330 | 1,123.50 | 50.00 | | 1,173.50 | 1,173.50 | 05/27/03 | |
| 04/29/03 | 03/31/03 | 369330 | 2,138.50 | 3.00 | | 2,141.50 | 2,141.50 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370645 | 455.00 | 26.55 | | 481.55 | 481.55 | 10/23/03 | |
| 06/17/03 | 05/31/03 | 371897 | .00 | 2.00 | | 2.00 | 2.00 | 08/19/03 | |
| 07/24/03 | 06/30/03 | 373811 | 2,292.50 | .00 | | 2,292.50 | 2,292.50 | 10/23/03 | |
| 08/31/03 | 07/31/03 | 375889 | 3,567.50 | .00 | | 3,567.50 | 3,567.50 | 11/28/03 | |
| 09/30/03 | 08/31/03 | 376733 | 1,137.50 | .00 | | 1,137.50 | 1,137.50 | 12/08/03 | |
| 10/31/03 | 09/30/03 | 377590 | 4,804.50 | 2.00 | | 4,806.50 | 4,806.50 | 12/26/03 | |
| 11/14/03 | 10/31/03 | 378993 | 3,302.50 | 19.00 | | 3,321.50 | 3,321.50 | 02/27/04 | |
| 12/30/03 | 11/30/03 | 381784 | 1,405.00 | 20.00 | | 1,425.00 | 1,425.00 | 02/27/04 | |
| 01/29/04 | 12/31/03 | 382765 | 2,416.00 | 36.00 | | 2,452.00 | 2,452.00 | 02/27/04 | |
| 02/25/04 | 01/31/04 | 384579 | 2,284.00 | .00 | | 2,284.00 | 2,284.00 | 04/13/04 | |
| 04/25/04 | 02/29/04 | 388529 | 1,712.50 | 5.00 | | 1,717.50 | | | 1,717.50 |
| 04/30/04 | 04/30/04 | 390208 | 4,468.00 | 23.40 | | 4,491.40 | | | 4,491.40 |
| 05/27/04 | 04/30/04 | 390208 | .00 | .00 | | .00 | | | .00 |
| 06/23/04 | 04/30/04 | 391727 | 2,466.00 | 2.00 | | 2,468.00 | | | 2,468.00 |
| **Total:** | | | 81,029.50 | 3,845.51 | | | 76,198.11 | | 8,676.90 |

alp_132r: Matter Detail

Run Date & Time: 06/23/2004 11:16:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE      9

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      18318424
Bill Frequency: M

Status      : ACTIVE

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 04/02/04 | Revise status memo to committee and circulate and conf. with Bentley re same | 1.50 | 742.50 | 5095975 | 04/06/04 |
| BENTLEY, PHILIP | 04/02/04 | Review and edit memo to committee re appointment of futures rep, and discs GB re same | 0.50 | 282.50 | 5127683 | 05/03/04 |
| BECKER, GARY M. | 04/05/04 | Attn to email from equity committee member re status memo | 0.20 | 99.00 | 5096769 | 04/06/04 |
| BECKER, GARY M. | 04/13/04 | Email creditor committee re sale of equity by State Street | 0.20 | 99.00 | 5103423 | 04/15/04 |
| BENTLEY, PHILIP | 04/20/04 | Review motion to appoint futures representative and work on memo to Committee re same; review materials re unimpaired claimants, and discs TM and trade emails re same | 1.70 | 960.50 | 5127688 | 05/03/04 |
| BENTLEY, PHILIP | 04/30/04 | Review and edit memo to Committee re motion to appoint futures representative | 0.50 | 282.50 | 5127690 | 05/03/04 |

Fee Total

4.60      2,466.00

| | | | 4.60 | 2,466.00 |

**U N B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| TELECOPIER        0815 | | | | | | |
| TELECOPIER | BENTLEY, P | 04/20/04 | 2.00 | 6524470 | 114026 | 04/21/04 |
| 04-542-1423 | | | | | | |

0815 TELECOPIER Total :        2.00

Costs Total :        2.00

alp_132r: Matter Detail

Run Date & Time: 06/23/2004 11:16:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 10

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

ProForma Number:     18184214
Bill Frequency: M

Status     : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward | Status |
|---|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 2.70 | 1,525.50 | | | | | | |
| BECKER, GARY M. | 1.90 | 940.50 | | | | | | |
| Total: | 4.60 | 2,466.00 | | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0815 | TELECOPIER | 2.00 | | | | | |
| | Costs Total : | 2.00 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 06/23/2004 11:16:54

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   11

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:         1818424
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

---

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:      04/02/2004                TO:      04/30/2004
UNBILLED DISB FROM:                               TO:

|  | FEES | COSTS |
|---|---|---|

GROSS BILLABLE AMOUNT:         2,827.50                      0.00
AMOUNT WRITTEN DOWN:
                PREMIUM:
DEDUCTED FROM PAID RETAINER:
ON ACCOUNT BILLED:
               AMOUNT BILLED:
                THRU DATE:
CLOSE MATTER/FINAL BILLING?      YES      OR      NO
EXPECTED DATE OF COLLECTION:                    04/30/2004

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

                                                    UNIDENTIFIED RECEIPTS:      0.00
        FEES:                  6,866.30             PAID FEE RETAINER:          0.00
DISBURSEMENTS:                     8.55             PAID DISB RETAINER:         0.00
FEE RETAINER:                      0.00             TOTAL AVAILABLE FUNDS:      0.00
DISB RETAINER:                     0.00             TRUST BALANCE:
TOTAL OUTSTANDING:             6,874.85

                                BILLING HISTORY

DATE OF LAST BILL:         06/23/04          LAST PAYMENT DATE:        04/13/04
LAST BILL NUMBER:            391727          FEES BILLED TO DATE:    27,574.50
LAST BILL THRU DATE:                         FEES WRITTEN OFF TO DATE: 2,383.50

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee            (6) Summer Associate
    (2) Late Time & Costs Posted      (7) Fixed Fee
    (3) Pre-arranged Discount         (8) Premium
    (4) Excessive Legal Time          (9) Rounding
    (5) Business Development          (10) Client Arrangement

BILL NUMBER:_____      DATE OF BILL:_____      Processed by:_____      FRC:_____      CRC:_____

alp_132r: Matter Detail

Run Date & Time: 06/23/2004 11:16:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Matter No. 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1818424
Bill Frequency: M

Status    : ACTIVE

**U N B I L L E D   T I M E   S U M M A R Y**                                    ----------- Total Unbilled -----------

| Emp Id Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 04/21/04 | 04/21/04 | 0.10 | 56.50 |
| 05292 | BECKER, GARY M. | CRED | 04/02/04 | 04/30/04 | 4.60 | 2,277.00 |
| 05859 | ELIASEN, ERIN | CRED | 04/27/04 | 04/27/04 | 1.90 | 494.00 |
| | Total: | | | | 6.60 | 2,827.50 |

Sub-Total Hours :    0.10 Partners    4.60 Counsels    1.90 Associates    0.00 Legal Assts    0.00 Others

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As Of 06/23/04 11:16:54)

| Bill Date Thru Date Bill# | Fee & OA | Billed<br>Disbursement | Applied<br>From OA | ---- Collections ----<br>Total    Date | Balance<br>Due |
|---|---|---|---|---|---|
| YEAR 2002 | | | | | |
| 06/17/03 05/31/03 371897 | 1,450.00 | 198.00 | | 1,648.00 | |
| 08/31/03 07/31/03 375389 | 2,677.50 | .00 | | 2,677.50 12/26/03 | |
| 09/30/03 08/31/03 376733 | .00 | .00 | | .00 | |
| 11/14/03 09/30/03 379590 | 2,138.50 | .00 | | 2,138.50 12/08/03 | |
| 11/30/03 10/31/03 380293 | 2,444.00 | .00 | | 2,444.00 12/26/03 | |
| 12/31/03 11/30/03 381784 | 4,425.00 | .00 | | 3,658.70 02/27/04 | 766.30 |
| 01/29/04 12/31/03 383765 | 4,533.50 | .00 | | 4,533.50 02/27/04 | |
| 02/25/04 01/31/04 384579 | 3,544.50 | 1.80 | | 3,546.30 02/27/04 | |
| 04/30/04 02/29/04 388529 | 261.50 | .00 | | 261.50 04/13/04 | |
| 05/27/04 04/30/04 390208 | 2,233.00 | 4.50 | | .00 | 2,237.50 |
| 06/23/04 04/30/04 391727 | 1,039.50 | 4.05 | | .00 | 1,043.55 |
| | 2,827.50 | .00 | | .00 | 2,827.50 |
| Total: | 27,574.50 | 208.35 | | 20,908.00 | 6,874.85 |

alp_132r: Matter Detail
Run Date & Time: 06/23/2004 11:16:54

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   13

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:   1818424
Bill Frequency: M

Status   : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 04/02/04 | Conf. debtors counsel re LTIP motion | 0.20 | 99.00 | 5095976 | 04/06/04 |
| BECKER, GARY M. | 04/13/04 | Review new pleadings | 0.30 | 148.50 | 5103424 | 04/15/04 |
| BECKER, GARY M. | 04/19/04 | Attention to recusal motion issues | 0.30 | 148.50 | 5107875 | 04/20/04 |
| BECKER, GARY M. | 04/21/04 | Call J. Baer re futures rep motion and conf. with Bentley and with Weschler re same | 0.50 | 247.50 | 5113327 | 04/22/04 |
| BENTLEY, PHILIP | 04/21/04 | Trade emails | 0.10 | 56.50 | 5127687 | 05/03/04 |
| BECKER, GARY M. | 04/22/04 | Cal J. Baer re motion to appoint futures rep. | 0.10 | 49.50 | 5113859 | 04/23/04 |
| BECKER, GARY M. | 04/23/04 | Conf. with J. Baer re future's representative motion. | 0.30 | 148.50 | 5120510 | 04/29/04 |
| ELIASEN, ERIN | 04/27/04 | Discussion w/ G. Becker re: response to debtors' motion to appoint a futures representative, and drafting the same. | 1.90 | 494.00 | 5119314 | 04/29/04 |
| BECKER, GARY M. | 04/27/04 | Conf. with Eliasen re response to futures rep motion and review draft (0.6). | 0.60 | 297.00 | 5120511 | 04/29/04 |
| BECKER, GARY M. | 04/29/04 | Revise response to application to appoint futures representative and research re same (1.3 hrs) | 1.30 | 643.50 | 5126129 | 05/03/04 |
| BECKER, GARY M. | 04/30/04 | Cont. with Bentley re objection to futures rep and revise objection in light of conversation, circulate to clients with cover email (1.0) | 1.00 | 495.00 | 5126128 | 05/03/04 |

Fee Total                6.60        2,827.50

Fee Total                6.60        2,827.50

alp_132r: Matter Detail

Run Date & Time : 06/23/2004 11:16:54

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Proforma Number:    1818424
Bill Frequency: M

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status    : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/O / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.10 | 56.50 | | | | | |
| BECKER, GARY M. | 4.60 | 2,277.00 | | | | | |
| ELIASEN, ERIN | 1.90 | 494.00 | | | | | |
| Total: | 6.60 | 2,827.50 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 06/23/2004 11:16:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Matter No: 056772-00009
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

ProForma Number:    1818424
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | FEES | COSTS |
|---|---|---|---|
| UNBILLED TIME FROM: | 04/26/2004 | TO: | 04/26/2004 |
| UNBILLED DISB FROM: | | TO: | |

GROSS BILLABLE AMOUNT:                                                          136.50                                                  0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        04/26/2004

BILLING COMMENTS:        BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                                                UNAPPLIED CASH

| | | | |
|---|---|---|---|
| FEES: | 136.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 136.50 | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 06/23/04 | LAST PAYMENT DATE: | 09/13/02 |
| LAST BILL NUMBER: | 391727 | FEES BILLED TO DATE: | 5,569.00 |
| LAST BILL THRU DATE: | | FEES WRITTEN OFF TO DATE: | 13.50 |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee                (6) Summer Associate
(2) Late Time & Costs Posted          (7) Fixed Fee
(3) Pre-arranged Discount             (8) Premium
(4) Excessive Legal Time              (9) Rounding
(5) Business Development              (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____

PARAPROFESSIONALS