```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE     16
Run Date & Time: 06/23/2004 11:16:54                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                                            Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:    1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                            ----------------- Total Unbilled -----------------
Emp Id Employee Name                                  Group              Oldest        Latest            Hours            Amount
----------------------------------------------------------               ------        ------           ------           --------
05208  MANGUAL, KATHLEEN                              CRED             04/26/04      04/26/04             0.70            136.50

                                            Total:                                                        0.70            136.50

Sub-Total Hours :     0.00 Partners        0.00 Counsels       0.00 Associates      0.70 Legal Assts     0.00 Others


B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 06/23/04 11:16:54)
                                  ------- Billed -------         ------ Applied ------  ---- Collections ----
Bill Date Thru Date Bill#         Fee & OA    Disbursement         From OA      Total           Date           Balance Due
---------- --------- -----       ---------    ------------       --------     --------        --------         -----------
06/23/04  06/30/02  391727        136.50            .00               .00         .00                             136.50

YEAR 2001                       5,432.50         120.78                        5,553.28
YEAR 2002                             .00            .00                             .00

                  Total:        5,569.00         120.78                        5,553.28                           136.50
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   17
Run Date & Time: 06/23/2004 11:16:54                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                        Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date    Description                                              Hours      Amount     Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 04/26/04 | review time detail, disc/w GB (.70) | 0.70 | 136.50 | 5132329 | 05/04/04 |
| | | Fee Total | 0.70 | 136.50 | | |
| | | Fee Total | 0.70 | 136.50 | | |


Case 01-01139-AMC    Doc 5897-2    Filed 06/30/04    Page 3 of 16

```
alp_132r: Matter Detail                                                                                                        PAGE    18
Run Date & Time: 06/23/2004 11:16:54

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                     Orig Prtnr : CRED. RGTS - 06975           Proforma Number: 1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                     Hours           Amount          Bill        W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------
MANGUAL, KATHLEEN                  0.70           136.50

        Total:                     0.70           136.50
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    19
Run Date & Time: 06/23/2004 11:16:54                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status      : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:       04/01/2004                      TO:        04/26/2004
         UNBILLED DISB FROM:       04/14/2004                      TO:        04/22/2004

                                      FEES                                         COSTS
                                      ----                                         -----
GROSS BILLABLE AMOUNT:              2,205.50                                      110.25
AMOUNT WRITTEN DOWN:
                        PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                     THRU DATE:     04/26/2004                                    04/22/2004
CLOSE MATTER/FINAL BILLING?         YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

           BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                             ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                 FEES:           5,583.50
         DISBURSEMENTS:            656.26         UNIDENTIFIED RECEIPTS:        0.00
         FEE RETAINER:               0.00         PAID FEE RETAINER:            0.00
         DISB RETAINER:              0.00         PAID DISB RETAINER:           0.00
         TOTAL OUTSTANDING:      6,239.76         TOTAL AVAILABLE FUNDS:        0.00
                                                  TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ---------------
DATE OF LAST BILL:           06/23/04             LAST PAYMENT DATE:      05/10/04
LAST BILL NUMBER:             391727              FEES BILLED TO DATE:    170,546.50
LAST BILL THRU DATE:                              FEES WRITTEN OFF TO DATE: 2,212.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee             (6) Summer Associate
         (2) Late Time & Costs Posted       (7) Fixed Fee
         (3) Pre-arranged Discount          (8) Premium
         (4) Excessive Legal Time           (9) Rounding
         (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    20
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/23/2004 11:16:54

Matter No. 056772-00012                                                          Orig Prtnr : CRED. RGTS     - 06975           Proforma Number:     1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                     Status       : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y  ----------------- Total Unbilled -------------------
                                                     Oldest       Latest          Total
Emp Id Employee Name              Group              Entry         Entry          Hours     Amount
------ -------------------------- ---------          --------      --------       -------   -----------
02495  BENTLEY, PHILIP            CRED               04/01/04      04/26/04          1.10        621.50
05292  BECKER, GARY M.            CRED               04/06/04      04/20/04          3.20      1,584.00

               Total:                                                                4.30      2,205.50

Sub-Total Hours :     1.10 Partners     3.20 Counsels      0.00 Associates      0.00 Legal Assts    0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y ----------------- Total Unbilled -------------------
Code   Description                                   Oldest       Latest          Total
                                                     Entry         Entry          Amount
------ -------------------------- ---------          --------      --------       -------
0820   PHOTOCOPYING                                  04/14/04      04/22/04          9.75
0940   CAB FARES                                     04/19/04      04/19/04         72.50
0942   MEALS/IN-HOUSE                                04/19/04      04/19/04         28.00

               Total                                                               110.25

               Grand Total                                                       2,315.75

B I L L I N G   &   P A Y M E N T    H I S T O R Y  (Reflects Payments As of 06/23/04 11:16:54)
                                            ------ Billed ------        Applied    ------ Collections ------     Balance
Bill Date  Thru Date  Bill#       Fee & OA  Disbursement    Total      From OA     Total              Date       Due
---------- ---------- --------    --------  ------------    --------   --------    --------           --------   --------
YEAR 2001                        44,026.00     5,710.65    49,736.65                 49,736.65
YEAR 2002                        78,495.50     6,087.88    84,583.38                 84,583.38
01/31/03   12/31/02   364671      1,025.00          .00     1,025.00                  1,025.00        03/25/03
02/20/03   01/31/03   365684      6,254.00        23.10     6,277.10                  6,277.10        10/23/03
03/19/03   02/28/03   367178      6,230.00         2.70     6,232.70                  6,232.70        10/23/03
04/29/03   03/31/03   369330     19,960.50          .00    19,960.50                 19,960.50        10/23/03
05/16/03   04/30/03   370445      2,181.50        14.00     2,195.50                  2,195.50        12/26/03
06/17/03   05/31/03   371897      1,659.50          .00     1,659.50                  1,659.50        12/26/03
07/24/03   06/30/03   373811      2,845.50         1.79     2,847.29                  2,847.29        12/26/03
08/31/03   07/31/03   375389        535.50         2.69       538.19                    538.19        05/10/04
11/14/03   09/30/03   379590      1,627.50          .00     1,627.50                  1,627.50        05/10/04
11/30/03   10/31/03   380293        210.00          .00       210.00                       .00                      210.00
01/29/04   12/31/03   382765        582.00          .00       582.00                       .00                      582.00
02/25/04   01/31/04   384579         56.50          .00        56.50                       .00                       56.50
04/30/04   02/29/04   388529        247.50       497.50       745.00                       .00                      745.00
05/27/04   04/30/04   390208      2,282.00        48.51     2,330.51                       .00                    2,330.51
06/23/04   04/30/04   391727      2,205.50       110.25     2,315.75                       .00                    2,315.75

               Total:           170,424.00    12,499.07   176,683.31                176,683.31                    6,239.76
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE   21
Run Date & Time: 06/23/2004 11:16:55                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                 Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE
```

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 04/01/04 | Discs GB re futures rep issue (0.3); attention to fax from equity committee member re futures rep (0.1) | 0.10 | 56.50 | 5127686 | 05/03/04 |
| BECKER, GARY M. | 04/06/04 | Conf. with Bentley re futures rep issue (0.3); attention to fax from equity committee member re futures rep (0.1) | 0.40 | 198.00 | 5097161 | 04/07/04 |
| BENTLEY, PHILIP | 04/06/04 | Discs Bernick and GB re futures rep; review articles re asbestos issues | 0.50 | 282.50 | 5127684 | 05/03/04 |
| BECKER, GARY M. | 04/07/04 | Conf with Bentley re futures representative (0.2 hrs); research re asbestos legislation (0.8 hrs). | 1.00 | 495.00 | 5101206 | 04/13/04 |
| BENTLEY, PHILIP | 04/07/04 | Trade voicemails | 0.10 | 56.50 | 5127682 | 05/03/04 |
| BECKER, GARY M. | 04/12/04 | Review new Fair Act (1.0); review new pleadings (0.3). | 1.30 | 643.50 | 5103425 | 04/15/04 |
| BENTLEY, PHILIP | 04/14/04 | Review documents re asbestos issues | 0.20 | 113.00 | 5127685 | 05/03/04 |
| BECKER, GARY M. | 04/20/04 | Review new article re recovery to unimpaired | 0.50 | 247.50 | 5113328 | 04/22/04 |
| BENTLEY, PHILIP | 04/26/04 | Discs Pasquale and voicemails re futures representative | 0.20 | 113.00 | 5127689 | 05/03/04 |

```
                                          Fee Total             4.30       2,205.50
```

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 04/14/04 | 0.60 | 6517760 | 113827 | 04/15/04 |
| PHOTOCOPYING | BENTLEY, P | 04/22/04 | 3.90 | 6526082 | 114098 | 04/23/04 |
| PHOTOCOPYING | BENTLEY, P | 04/22/04 | 0.45 | 6526083 | 114098 | 04/23/04 |
| PHOTOCOPYING | BENTLEY, P | 04/22/04 | 4.80 | 6526084 | 114098 | 04/23/04 |

```
                                          0820 PHOTOCOPYING Total :     9.75
```

| CAB FARES 0940 | | | | | | |
|---|---|---|---|---|---|---|
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER MARIANNE FERGUSON, CASHIER | BENTLEY, P | 04/19/04 | 24.50 | 6525648 | 114066 | 04/22/04 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | BENTLEY, P | 04/19/04 | 48.00 | 6528901 | 114139 | 04/26/04 |

```
                                          0940 CAB FARES Total :       72.50
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   22
Run Date & Time: 06/23/2004 11:16:55              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                               Supv Prtnr : MAYER THOMAS MOERS - 03976

                                                                                                Status     : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
Description/Code              Employee                  Date            Amount        Index#   Batch No   Batch Date
-----------------             --------                  ----            ------        ------   --------   ----------

MEALS/IN-HOUSE        0942
   MARIANNE FERGUSON, CASHI                     BENTLEY, P        04/19/04        28.00    6525647   114066    04/22/04
   MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
   CASHIER
                                                0942 MEALS/IN-HOUSE Total :       28.00


Costs Total :                                                                    110.25
```

```
alp_132r: Matter Detail                                                                                                               PAGE  23
Run Date & Time: 06/23/2004 11:16:55

                                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                     Orig Prtnr : CRED. RGTS    - 06975       Proforma Number:  1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours        Amount        Bill         W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward
-------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP             1.10        621.50
BECKER, GARY M.             3.20      1,584.00
                           -----      --------
  Total:                    4.30      2,205.50

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                 Amount           Bill         W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward
-------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                  9.75
0940 CAB FARES                    72.50
0942 MEALS/IN-HOUSE               28.00
                                --------
           Costs Total :         110.25
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    24
Run Date & Time: 06/23/2004 11:16:55                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:    1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status      : ACTIVE

Special Billing Instructions:

                                       PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:   04/19/2004        TO:  04/19/2004
          UNBILLED DISB FROM:                     TO:

                         FEES                                            COSTS

      GROSS BILLABLE AMOUNT:       3,785.50                                         0.00
      AMOUNT WRITTEN DOWN:
                     PREMIUM:
   DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:         04/19/2004
       CLOSE MATTER/FINAL BILLING?  YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:


                                      ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

          FEES:              9,423.90        UNIDENTIFIED RECEIPTS:  0.00
          DISBURSEMENTS:         0.00        PAID FEE RETAINER:      0.00
          FEE RETAINER:          0.00        PAID DISB RETAINER:     0.00
          DISB RETAINER:         0.00        TOTAL AVAILABLE FUNDS:  0.00
          TOTAL OUTSTANDING: 9,423.90        TRUST BALANCE:
                                             BILLING HISTORY

          DATE OF LAST BILL:     06/23/04    LAST PAYMENT DATE:           05/10/04
          LAST BILL NUMBER:        391727    FEES BILLED TO DATE:        60,880.50
          LAST BILL THRU DATE:               FEES WRITTEN OFF TO DATE:    1,302.18

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee           (6) Summer Associate
     (2) Late Time & Costs Posted     (7) Fixed Fee
     (3) Pre-arranged Discount        (8) Premium
     (4) Excessive Legal Time         (9) Rounding
     (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                                                    PAGE     25

Run Date & Time: 06/23/2004 11:16:55
                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                                    Orig Prtnr : CRED. RGTS   - 06975    Proforma Number:  1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                            Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : HEARINGS                                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                      Status     : ACTIVE


U N B I L L E D   T I M E   S U M M A R Y          ----------------- Total Unbilled -------------------
Emp Id  Employee Name          Group                Oldest       Latest           Hours          Amount
------  -------------          -----                ------       ------           -----          ------

02495   BENTLEY, PHILIP         CRED              04/19/04     04/19/04            6.70        3,785.50

                               Total:                                              6.70        3,785.50

Sub-Total Hours :   6.70 Partners    0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others


B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/23/04 11:16:55)
                                   ------- Billed -------    ---- Applied ----   ---- Collections ----
Bill Date Thru Date   Bill#         Fee & OA   Disbursement   From OA    Total     Date       Balance Due
---------- --------   -----         --------   ------------   -------    -----     ----       -----------

     YEAR 2002                     45,704.82         58.14        .00   45,762.96                   .00
02/20/03  01/31/03  365684            105.00           .00        .00      105.00  10/23/03         .00
07/24/03  06/30/03  373811            455.00           .00        .00      455.00  12/26/03         .00
08/31/03  07/31/03  375389                .00        12.00        .00       12.00  05/10/04         .00
09/30/03  08/31/03  376733          1,365.00         13.00        .00    1,378.00  05/10/04         .00
11/14/03  09/30/03  379590            940.00           .00        .00      940.00  05/10/04         .00
11/30/03  10/31/03  380293            940.00           .00        .00            .00                940.00
12/31/03  11/30/03  381784          1,739.00           .00        .00      299.10  02/27/04       1,439.90
01/29/04  12/31/03  382765          2,021.00           .00        .00            .00              2,021.00
05/27/04  04/30/04  390208          1,237.50           .00        .00            .00              1,237.50
06/23/04  04/30/04  391727          3,785.50           .00        .00            .00              3,785.50

           Total:                  58,292.82         83.14              48,952.06                 9,423.90
```

```
alp_132r: Matter Detail                                                                                                    PAGE   26
Run Date & Time: 06/23/2004 11:16:55

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                        Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:     1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status      : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name          Work Date     Description                                     Hours       Amount      Index#  Batch Date
---------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP        04/19/04   Attend Third Circuit recusal hearing, discs TW     6.70      3,785.50    5127691   05/03/04
                                  re same, and review briefs re same

                                                                    Fee Total        6.70      3,785.50

                                                                    Fee Total        6.70      3,785.50
```

```
alp_132r: Matter Detail
Run Date & Time: 06/23/2004 11:16:55

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    27
                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                  Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:  1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                       Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                  Hours        Amount          Bill        W/o / W/u       Transfer To      Clnt/Mtr     Carry Forward
---------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                 6.70       3,785.50
                              ------      ---------
  Total:                        6.70       3,785.50
```

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    28
Run Date & Time: 06/23/2004 11:16:55                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:   1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                  Status   : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                        PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:    04/19/2004       TO:    04/19/2004
                UNBILLED DISB FROM:    04/19/2004       TO:    04/19/2004

                                                   FEES                     COSTS

           GROSS BILLABLE AMOUNT:                621.50                   264.00
           AMOUNT WRITTEN DOWN:
                          PREMIUM:
                ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                       THRU DATE:               04/19/2004             04/19/2004
         CLOSE MATTER/FINAL BILLING?    YES OR NO
         EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:

                                               ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                       FEES:                    3,739.00        UNIDENTIFIED RECEIPTS:           0.00
              DISBURSEMENTS:                      543.00        PAID FEE RETAINER:                0.00
              FEE RETAINER:                         0.00        PAID DISB RETAINER:               0.00
             DISB RETAINER:                         0.00        TOTAL AVAILABLE FUNDS:            0.00
           TOTAL OUTSTANDING:                   4,282.00                     TRUST BALANCE:
                                                        BILLING HISTORY
         DATE OF LAST BILL:      06/23/04           LAST PAYMENT DATE:       05/10/04
         LAST BILL NUMBER:        391727            FEES BILLED TO DATE:    11,939.00
         LAST BILL THRU DATE:                       FEES WRITTEN OFF TO DATE: 8,786.00

    FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

           (1) Exceeded Fixed Fee          (6) Summer Associate
           (2) Late Time & Costs Posted    (7) Fixed Fee
           (3) Pre-arranged Discount       (8) Premium
           (4) Excessive Legal Time        (9) Rounding
           (5) Business Development       (10) Client Arrangement

    BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  29
Run Date & Time: 06/23/2004 11:16:55                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                           Orig Prtnr : CRED. RGTS - 06975         Proforma Number: 1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                Status  : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  -------------- Total Unbilled ---------------
Emp Id Employee Name         Group              Oldest        Latest          Hours       Amount
02495  BENTLEY, PHILIP       CRED              04/19/04      04/19/04          2.20        621.50
                                     Total:                                    2.20        621.50

Sub-Total Hours :  2.20 Partners    0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ------- Total Unbilled -------
Code  Description                    Oldest        Latest          Total
                                     Entry         Entry          Amount
0950  OUT-OF-TOWN TRAVEL             04/19/04      04/19/04        264.00

                          Total:                                   264.00
                          Grand Total                              885.50
                                                                 ========

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/23/04 11:16:55)
                       ------- Billed --------   ---- Applied ----   ---- Collections ----
Bill Date Thru Date Bill#   Fee & OA  Disbursement  From OA   Total       Date            Balance Due
       YEAR 2002
06/17/03 05/31/03 371897    2,275.00       .00          .00   2,275.00
07/24/03 06/30/03 373811      455.00       .00          .00     455.00  12/26/03
09/30/03 08/31/03 376733      910.00       .00          .00     910.00  12/26/03
11/14/03 09/30/03 379590      455.00       .00          .00     455.00  05/10/04
11/30/03 10/31/03 380293      705.00       .00          .00     705.00  05/10/04
12/31/03 11/30/03 381784      705.00       .00       205.00     205.00  02/27/04            470.00
01/29/04 12/31/03 382765      705.00       .00       197.00     197.00  02/27/04            705.00
02/25/04 01/31/04 384579      495.00       .00          .00        .00                      495.00
05/27/04 04/30/04 390208      742.50     279.00         .00        .00                    1,021.50
06/23/04 04/30/04 391727      621.50     264.00         .00        .00                      885.50
                  Total:    8,539.00     945.00     5,202.00                             4,282.00
```

```
alp_132r: Matter Detail                                                                                                    PAGE   30
Run Date & Time: 06/23/2004 11:16:55

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                             Orig Prtnr : CRED. RGTS - 06975           Proforma Number: 1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                    Status  : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date    Description                                      Hours      Amount     Index#    Batch Date
-----------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP       04/19/04     Non-working travel time to and from              2.20       621.50     5127692   05/03/04
                                   Philadelphia for Third Circuit hearing

                                   Fee Total                                        2.20       621.50


U N B I L L E D   C O S T S   D E T A I L
Description/Code                     Employee       Date       Amount       Index#    Batch No  Batch Date
-----------------------------------------------------------------------------------------------------------------
OUT-OF-TOWN TRAVEL            0950
CITICORP DINERS CLUB                 BENTLEY, P    04/19/04     264.00      6558123   115179    05/19/04
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB Philadelphia

                                     0950 OUT-OF-TOWN TRAVEL Total :  264.00

                                   Fee Total                                                   264.00

                       Costs Total :                                                           264.00
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE    31
Run Date & Time: 06/23/2004 11:16:55                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1818424
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                          Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name            Hours       Amount      Bill     W/o / W/u   Transfer To    Clnt/Mtr   Carry Forward

BENTLEY, PHILIP           2.20       621.50
          Total:          2.20       621.50

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description                     Amount      Bill     W/o / W/u   Transfer To    Clnt/Mtr   Carry Forward

0950 OUT-OF-TOWN TRAVEL              264.00
          Costs Total :              264.00
```