## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 20, 2004 at 4:00 p.m.
Hearing date:  To be scheduled, only if objections
are timely filed and served.**

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel
to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee
of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and
(7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Twenty-eighth Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from May 1, 2004 through May 31, 2004, seeking

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals,
Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation,
Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc.,
Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a
Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa
Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management
Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B
Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company,
Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc.,
Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.),
Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors,
Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land
Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square
Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management,
Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated,
Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a
Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc.
(f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil,
Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

compensation in the amount of $32,817.00 and reimbursement for actual and necessary expenses in the amount of $2,190.53 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 20, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
        June 30, 2004

                                Respectfully submitted,


                                Michael R. Lastowski (DE I.D. No. 3892)
                                DUANE MORRIS LLP
                                1100 North Market Street, Suite 1200
                                Wilmington, DE 19801
                                Telephone:     (302) 657-4900
                                Facsimile:     (302) 657-4901
                                E-mail:        mlastowski@duanemorris.com

                                - and –

                                William S. Katchen (Admitted in NJ Only)
                                DUANE MORRIS LLP
                                One Riverfront Plaza
                                Newark, New Jersey 07102
                                Telephone:     (973) 424-2000
                                Facsimile:     (973) 424-2001
                                E-mail:        wskatchen@duanemorris.com

                                -and -

                                Lewis Kruger
                                STROOCK & STROOCK & LAVAN LLP
                                180 Maiden Lane
                                New York, New York 10038-4982
                                Telephone:     (212) 806-5400
                                Facsimile:     (212) 806-6006
                                e-mail:        lkruger@stroock.com


                                *Co-Counsel for the Official Committee of Unsecured Creditors of*
                                *W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**Objection Date: July 20, 2004 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are**
**timely filed and served**

### TWENTY-EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **May 1, 2004 – May 31, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$32,817.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$2,190.53** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 0 hours and the corresponding compensation requested is approximately $0[2]

This is the twenty-eighth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Twenty-eighth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | | |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | | |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | | |

**Quarterly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |

# DuaneMorris

*FIRM/AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

June 28, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1021202                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 18.00 | hrs. at | $495.00 | /hr. = | $8,910.00 |
| WS KATCHEN | PARTNER | 40.80 | hrs. at | $545.00 | /hr. = | $22,236.00 |
| JH LEMKIN | ASSOCIATE | 0.50 | hrs. at | $295.00 | /hr. = | $147.50 |
| DM SPEERS | PARALEGAL | 2.70 | hrs. at | $190.00 | /hr. = | $513.00 |
| CB FOX | PARALEGAL | 0.30 | hrs. at | $170.00 | /hr. = | $51.00 |
| SA CABAN | PARALEGAL | 4.40 | hrs. at | $170.00 | /hr. = | $748.00 |
| R DEELY | LEGAL ASSISTAN | 1.10 | hrs. at | $105.00 | /hr. = | $115.50 |
| V MARCHELLO | LEGAL ASSISTAN | 1.20 | hrs. at | $80.00 | /hr. = | $96.00 |

$32,817.00

DISBURSEMENTS
| | |
|---|---|
| DOCUMENT RETRIEVAL | 22.50 |
| LEXIS LEGAL RESEARCH | 41.30 |
| MESSENGER SERVICE | 512.70 |
| OVERNIGHT MAIL | 18.46 |
| OVERTIME RELATED COSTS | 29.88 |
| PRINTING & DUPLICATING | 1333.89 |
| PRINTING & DUPLICATING - INTERNAL | 5.70 |
| TELECOPY | 226.10 |
| TOTAL DISBURSEMENTS | |

$2,190.53

BALANCE DUE THIS INVOICE                                       $35,007.53

PREVIOUS BALANCE                                               $96,167.64

TOTAL BALANCE DUE                                             $131,175.17

DUANE MORRIS LLP

Duane Morris
June 28, 2004
Page 2

File # K0248-00001                                    INVOICE # 1021202
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 5/5/2004 | 003 | MR LASTOWSKI | REVIEW W.R. GRACE 10K | 0.50 | $247.50 |
| 5/7/2004 | 003 | MR LASTOWSKI | REVIEW MARCH MONTHLY OPERATING REPORT | 0.30 | $148.50 |
| | | | Code Total | 0.80 | $396.00 |

Duane Morris
June 28, 2004
Page 3

File # K0248-00001                                                  INVOICE #  1021202
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/3/2004 004 | DM SPEERS | REVIEWING 5/3/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 5/3/2004 004 | SA CABAN | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 5/4/2004 004 | DM SPEERS | REVIEWING 5/4/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 5/5/2004 004 | DM SPEERS | REVIEWING 5/5/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 5/6/2004 004 | DM SPEERS | REVIEWING 5/6/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 5/6/2004 004 | R DEELY | PREPARATION OF RESPONSE FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS. | 0.60 | $63.00 |
| 5/7/2004 004 | DM SPEERS | REVIEWING 5/7/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 5/7/2004 004 | R DEELY | E-FILING OF RESPONSE FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS. | 0.50 | $52.50 |
| 5/10/2004 004 | DM SPEERS | REVIEWING 5/10/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 5/10/2004 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 5/11/2004 004 | DM SPEERS | REVIEWING 5/11/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 5/11/2004 004 | SA CABAN | RETRIEVE BRIEF RELATED TO LIMITED OBJECTION TO APPOINTMENT OF REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS; FORWARD TO W. KATCHEN PER HIS REQUEST. | 0.20 | $34.00 |
| 5/12/2004 004 | DM SPEERS | REVIEWING 5/12/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |

Duane Morris
June 28, 2004
Page 4

File # K0248-00001                                    INVOICE #  1021202
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/13/2004 | 004 | DM SPEERS | REVIEWING 5/13/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 5/14/2004 | 004 | DM SPEERS | REVIEWING 5/14/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 5/17/2004 | 004 | DM SPEERS | REVIEWING 5/17/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 5/17/2004 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $17.00 |
| 5/18/2004 | 004 | DM SPEERS | REVIEWING 5/18/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 5/18/2004 | 004 | SA CABAN | REQUEST 2002 SERVICE LIST FROM P. CUNIFF. | 0.10 | $17.00 |
| 5/19/2004 | 004 | DM SPEERS | REVIEWING 5/19/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 5/20/2004 | 004 | DM SPEERS | REVIEWING 5/20/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 5/21/2004 | 004 | DM SPEERS | REVIEWING 5/21/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 5/21/2004 | 004 | SA CABAN | REVIEW RETURNED MAILINGS AND PUT WITH FILE. | 0.20 | $34.00 |
| 5/24/2004 | 004 | DM SPEERS | REVIEWING 5/24/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 5/25/2004 | 004 | DM SPEERS | REVIEWING 5/25/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 5/26/2004 | 004 | DM SPEERS | REVIEWING 5/26/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 5/27/2004 | 004 | DM SPEERS | REVIEWING 5/27/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |

Duane Morris
June 28, 2004
Page 5

File # K0248-00001                                                    INVOICE #  1021202
        W.R. GRACE & CO.

| 5/28/2004 004 | DM SPEERS | REVIEWING 5/28/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
|---|---|---|---|---|
| | | Code Total | 4.50 | $745.50 |

Duane Morris
June 28, 2004
Page 6

File # K0248-00001                                          INVOICE # 1021202
    W.R. GRACE & CO.

| 5/2/2004 005 | WS KATCHEN | WORK ON STRATEGIC ISSUES FOR COMMITTEE. | 2.00 | $1,090.00 |
|---|---|---|---|---|
| 5/3/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 181 F.3D 396. | 0.10 | $8.00 |
| 5/3/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 99 F.3D 573. | 0.10 | $8.00 |
| 5/3/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 703 F. SUPP. 868. | 0.10 | $8.00 |
| 5/3/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 209 F.3D 252. | 0.10 | $8.00 |
| 5/3/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 125 F.3D 133. | 0.10 | $8.00 |
| 5/3/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 23 F.3D 163. | 0.10 | $8.00 |
| 5/3/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 54 F. 3D 187. | 0.10 | $8.00 |
| 5/3/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 322 F.3D 283. | 0.10 | $8.00 |
| 5/3/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 217 B.R. 679. | 0.10 | $8.00 |
| 5/3/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.10 | $54.50 |
| 5/3/2004 005 | WS KATCHEN | REVIEW STATUS LEGISLATION. | 0.20 | $109.00 |
| 5/3/2004 005 | WS KATCHEN | WORK ON PLAN ISSUES; AND RESEARCH FOR STRATEGIC PROJECT. | 1.50 | $817.50 |
| 5/3/2004 005 | WS KATCHEN | REVIEW OBJECTION ON FUTURES. | 0.20 | $109.00 |
| 5/3/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.20 | $109.00 |
| 5/3/2004 005 | WS KATCHEN | REVISE DRAFT OBJECTION RE: FUTURES. | 0.30 | $163.50 |
| 5/4/2004 005 | WS KATCHEN | REVIEW APRIL 19, 2004 TRANSCRIPT; RESPOND TO KEN PASQUALE ON FUTURES ISSUE AND REVISE COMMITTEE RESPONSE. | 1.30 | $708.50 |
| 5/4/2004 005 | WS KATCHEN | TWO (2) E-MAILS TO KEN PASQUALE. | 0.30 | $163.50 |
| 5/4/2004 005 | WS KATCHEN | RESPOND TO KEN PASQUALE. | 0.20 | $109.00 |
| 5/4/2004 005 | WS KATCHEN | REVIEW FINAL DRAFT OF RESPONSE. | 0.20 | $109.00 |
| 5/4/2004 005 | WS KATCHEN | E-MAIL TO KEN PASQUALE. | 0.10 | $54.50 |
| 5/4/2004 005 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO LIBBY CLAIMANTS' MOTION - RE: PERPETUATION OF DEPOSITIONS. | 0.40 | $218.00 |
| 5/4/2004 005 | WS KATCHEN | WORK ON CAPSTONE ANALYSIS FOR STRATEGIC COMMITTEE PROJECT TO SUPPLEMENT MEMO TO LEWIS KRUGER ON MAY 3, 2004; AND ADDITIONAL RESEARCH FOR PROJECT. | 4.60 | $2,507.00 |
| 5/5/2004 005 | WS KATCHEN | ADDITIONAL WORK ON COMMITTEE PROJECT. | 2.00 | $1,090.00 |
| 5/6/2004 005 | WS KATCHEN | WORK ON COMMITTEE PROJECT. | 3.80 | $2,071.00 |
| 5/6/2004 005 | WS KATCHEN | CONFERENCE WITH KEVIN KELLEY. | 0.50 | $272.50 |

Duane Morris
June 28, 2004
Page 7

File # K0248-00001                                    INVOICE #  1021202
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/7/2004 | 005 | MR LASTOWSKI | REVIEW FOURTH OMNIBUS OBJECTION TO CLAIMS | 0.20 | $99.00 |
| 5/7/2004 | 005 | MR LASTOWSKI | REVIEW FIFTH OMNIBUS OBJECTION TO CLAIMS | 0.20 | $99.00 |
| 5/7/2004 | 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 885 F.2D 90 AND SHEPARDIZE. | 0.20 | $16.00 |
| 5/7/2004 | 005 | WS KATCHEN | ADDITIONAL WORK ON COMMITTEE PROJECT. | 0.80 | $436.00 |
| 5/7/2004 | 005 | WS KATCHEN | ADDITIONAL WORK ON RECUSAL. | 2.00 | $1,090.00 |
| 5/7/2004 | 005 | WS KATCHEN | REVIEW CONWAY OPINION. | 0.50 | $272.50 |
| 5/7/2004 | 005 | WS KATCHEN | DRAFT LETTER TO LEWIS KRUGER. | 0.10 | $54.50 |
| 5/10/2004 | 005 | WS KATCHEN | REVIEW FILED OBJECTION BY P.D. COMMITTEE. | 0.10 | $54.50 |
| 5/10/2004 | 005 | WS KATCHEN | REVIEW FILED OBJECTION BY OCC. | 0.10 | $54.50 |
| 5/11/2004 | 005 | WS KATCHEN | REVIEW BRIEF. | 0.80 | $436.00 |
| 5/11/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.20 | $109.00 |
| 5/12/2004 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH KEN PASQUALE RE: FUTURES' REPRESENTATIVE RETENTION AND INSURERS' OBJECTION. | 0.20 | $109.00 |
| 5/12/2004 | 005 | WS KATCHEN | REVIEW MOTION AND SUR-REPLY TO MASS DEP (SET OFF/MUTUALITY ISSUE). | 0.20 | $109.00 |
| 5/12/2004 | 005 | WS KATCHEN | REVIEW ASBESTOS COMMITTEE'S RESPONSE ON FUTURES' REPRESENTATIVE. | 0.10 | $54.50 |
| 5/12/2004 | 005 | WS KATCHEN | RESEARCH ON CONFLICTS ISSUE - FUTURES' REPRESENTATIVE THROUGH RELATIONSHIPS. | 1.80 | $981.00 |
| 5/12/2004 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH JUDGE GIBBONS RE: UPDATE. | 0.30 | $163.50 |
| 5/13/2004 | 005 | V MARCHELLO | PREPARE LETTER TO LEWIS KRUGER PER BILL KATCHEN'S REQUEST ENCLOSING REPLY BRIEF OF INSURER APPELLANTS AND CC ARLENE KRIEGER AND KEN PASQUALE. | 0.10 | $8.00 |
| 5/13/2004 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH LEWIS KRUGER AND TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.70 | $381.50 |
| 5/17/2004 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH KEN PASQUALE RE: RECUSAL. | 0.20 | $109.00 |
| 5/17/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH T. MAHER RE: RECUSAL. | 0.20 | $109.00 |
| 5/17/2004 | 005 | WS KATCHEN | REVIEW THIRD CIRCUIT OPINION. | 0.60 | $327.00 |
| 5/17/2004 | 005 | WS KATCHEN | REVIEW LIBBY CLAIMANT'S SUPPLEMENT TO MOTION/ MOTION TO FILE REPLY AND RESPONSE TO OBJECTION TO §362(D) MOTION. | 0.30 | $163.50 |

Duane Morris
June 28, 2004
Page 8

File # K0248-00001                                               INVOICE # 1021202
W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/18/2004 | 005 | WS KATCHEN | CONFERENCE AT STROOCK WITH NAVIGANT. | 2.80 | $1,526.00 |
| 5/19/2004 | 005 | WS KATCHEN | ANALYSIS OF NAVIGANT REPORT. | 0.80 | $436.00 |
| 5/21/2004 | 005 | WS KATCHEN | WORK ON COMMITTEE PROJECT. | 0.90 | $490.50 |
| 5/24/2004 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S CLAIMS RESOLUTION | 0.20 | $99.00 |
| 5/24/2004 | 005 | WS KATCHEN | CAUSATION ANALYSIS. | 1.40 | $763.00 |
| 5/26/2004 | 005 | WS KATCHEN | REVIEW MOTION TO EMPLOY BAKER, DONELSON. | 0.20 | $109.00 |
| 5/26/2004 | 005 | WS KATCHEN | REVIEW MOTION TO EMPLOY LATHRAM AND WATKINS FOR HATCO SITE. | 0.20 | $109.00 |
| 5/26/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: FUTURES. | 0.20 | $109.00 |
| 5/26/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S SECOND STATUS REPORT ON CLAIMS. | 0.10 | $54.50 |
| 5/27/2004 | 005 | WS KATCHEN | CONFERENCE CALL WITH LEWIS KRUGER. | 0.30 | $163.50 |
| 5/27/2004 | 005 | WS KATCHEN | PREPARE FOR CONFERENCE CALL WITH LEWIS KRUGER AND KEN PASQUALE RE: REMEDIES AND ISSUE. | 0.80 | $436.00 |
| 5/27/2004 | 005 | WS KATCHEN | ADDITIONAL REVIEW OF DOCUMENTS FROM OWENS CORNING MOTION FOR EXAMINER IMPACT ON WRGRACE. | 2.20 | $1,199.00 |
| 5/27/2004 | 005 | WS KATCHEN | (REDACT) - TELEPHONE CONFERENCE WITH (KEVIN KELLEY) RE: STRATEGY. | 0.20 | $109.00 |
| 5/28/2004 | 005 | WS KATCHEN | E-MAILS TO LEWIS KRUGER AND KEN PASQUALE RE: JUDICIAL DESIGNATION AND MOTION FOR EN BANC HEARING. | 0.20 | $109.00 |
| 5/28/2004 | 005 | WS KATCHEN | REVIEW PETITION. | 0.30 | $163.50 |
| 5/28/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.10 | $54.50 |
| 5/28/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.10 | $54.50 |
| 5/28/2004 | 005 | WS KATCHEN | (REDACT) - TWO (2) TELEPHONE CONFERENCES WITH KEVIN KELLEY. | 0.20 | $109.00 |
| 5/31/2004 | 005 | WS KATCHEN | REVIEW DOCUMENTS FILED WITH OWENS CORNING MOTION FOR EXAMINER/DEPOSITION TESTIMONY OF MCGOVERN, ET AL IMPACT ON WRGRACE | 2.70 | $1,471.50 |
| | | | Code Total | 42.60 | $22,629.00 |

Duane Morris
June 28, 2004
Page 9

File # K0248-00001                                           INVOICE # 1021202
   W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/14/2004 | 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 0.30 | $148.50 |
| 5/17/2004 | 007 | MR LASTOWSKI | REVIEW THIRD CIRCUIT OPINION RE: RECUSAL | 1.20 | $594.00 |
| 5/19/2004 | 007 | DM SPEERS | REVIEWING DAILY BANKRUPTCY NEWS HEADLINES, COPY AND E-MAIL TO MLASTOWSKY ARTICLES ON JUDGE WOLIN'S REMOVAL FROM ASBESTOS CASES | 0.10 | $19.00 |
| 5/19/2004 | 007 | MR LASTOWSKI | REVIEW NEWS ARTICLES RE: RECUSAL OPINION | 0.10 | $49.50 |
| 5/19/2004 | 007 | MR LASTOWSKI | REVIEW JUDGE WOLIN PRESS RELEASE RE: RECUSAL | 0.10 | $49.50 |
| 5/26/2004 | 007 | MR LASTOWSKI | REVIEW MOTIONS TO DISQUALIFY MEDIATORS AND FOR APPOINTMENT OF AN EXAMINER IN OWENS CORNING CASE IN THE CONTEXT OF IMPACT ON W.R. GRACE PROCEEDINGS | 1.20 | $594.00 |
| 5/27/2004 | 007 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: APPOINTMENT OF JUDGE FULLAM IN OWENS CASE | 0.10 | $49.50 |
| 5/27/2004 | 007 | MR LASTOWSKI | REVIEW ORDER APPOINTING JUDGE BUCKHALTER | 0.10 | $49.50 |
| 5/27/2004 | 007 | MR LASTOWSKI | RESEARCH BACKGROUND OF JUDGE BUCKHALTER | 1.20 | $594.00 |
| 5/27/2004 | 007 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: APPOINTMENT OF JUDGE BUCKHALTER | 0.10 | $49.50 |
| 5/27/2004 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM A. KRIEGER RE: APPOINTMENT OF OWENS EXAMINER | 0.10 | $49.50 |
| 5/27/2004 | 007 | MR LASTOWSKI | REVIEW JOINT PETITION FOR REHEARING EN BANC | 1.20 | $594.00 |
| 5/28/2004 | 007 | MR LASTOWSKI | RESEARCH OF ASBESTOS LEGISLATION | 0.20 | $99.00 |
| 5/28/2004 | 007 | MR LASTOWSKI | REVIEW BACKGROUND OF JUDGE BUCKHALTER | 0.80 | $396.00 |
| 5/28/2004 | 007 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: APPOINTMENT OF NEW DISTRICT COURT JUDGES IN ASBESTOS CASES | 0.10 | $49.50 |
| | | | Code Total | 6.90 | $3,385.00 |

Duane Morris
June 28, 2004
Page 10

File # K0248-00001                                          INVOICE # 1021202
      W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/4/2004 010 | MR LASTOWSKI | REVIEW AND REVISE CERTIFICATION OF COUNSEL RE: CAPSTONE RETENTION | 0.20 | $99.00 |
| 5/4/2004 010 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: CAPSTONE RETENTION | 0.10 | $49.50 |
| 5/4/2004 010 | SA CABAN | REVIEW CONSENT ORDER APPROVING RETENTION OF CAPSTONE CORPORATE RECOVERY. | 0.10 | $17.00 |
| 5/4/2004 010 | SA CABAN | PREPARE DRAFT CERTIFICATION OF COUNSEL RELATED TO RETENTION APPLICATION FOR CAPSTONE CORPORATE RECOVERY FOR REVIEW BY M. LASTOWSKI. | 0.50 | $85.00 |
| 5/4/2004 010 | SA CABAN | REVISIONS TO DRAFT CERTIFICATION OF COUNSEL RE: CAPSTONE RETENTION PER M. LASTOWSKI. | 0.10 | $17.00 |
| 5/4/2004 010 | SA CABAN | FORWARD CERTIFICATION OF COUNSEL AND RELATED ORDER RE: RETENTION OF CAPSTONE TO A. KRIEGER FOR APPROVAL. | 0.10 | $17.00 |
| 5/4/2004 010 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF COUNSEL RELATED TO CAPSTONE RETENTION; FORWARD CONFIRMATION TO A. KRIEGER. | 0.30 | $51.00 |
| 5/4/2004 010 | SA CABAN | FORWARD CERTIFICATION OF COUNSEL AND RELATED ORDER RE: CAPSTONE RETENTION TO R. BELLO FOR JUDGE'S REVIEW. | 0.10 | $17.00 |
| 5/6/2004 010 | MR LASTOWSKI | REVIEW AND REVISE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE RETENTION OF THE PROPOSED FUTURE CLAIMS REPRESENTATIVE | 0.50 | $247.50 |
| 5/7/2004 010 | MR LASTOWSKI | E-MAIL TO K. PASQUALE, L. KRUGER, ET AL. RE: FILING OF COMMITTEE RESPONSE TO DEBTOR'S APPLICATION TO APPOINT FUTURE'S REPRESENTATIVE | 0.10 | $49.50 |
| 5/10/2004 010 | MR LASTOWSKI | REVIEW RESPONSES TO DEBTOR'S MOTION TO APPOINT FUTURE CLAIMS REPRESENTATIVE | 0.90 | $445.50 |
| 5/11/2004 010 | MR LASTOWSKI | REVIEW MEMORANDUM OF CERTAIN INSURER'S IN SUPPORT OF LIMITED OBJECTION TO APPOINTMENT OF FUTURE CLAIM'S REPRESENTATIVE | 0.50 | $247.50 |
| 5/17/2004 010 | SA CABAN | REVIEW DOCKET FOR ENTRY OF ORDER RELATED TO CERTIFICATION OF COUNSEL FILED FOR CAPSTONE RETENTION. | 0.10 | $17.00 |

Duane Morris
June 28, 2004
Page 11

File # K0248-00001                                    INVOICE #  1021202
    W.R. GRACE & CO.

| 5/19/2004 | 010 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATE OF NO OBJECTION TO STROOK & STROOCK & LAVAN THIRTY-SIXTH MONTHLY FEE APPLICATION | 0.10 | $49.50 |
|---|---|---|---|---|---|
| 5/19/2004 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY IN SUPPORT OF NOMINATION OF FUTURE CLAIMS REPRESENTATIVE | 0.20 | $99.00 |
| 5/19/2004 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO RETAIN BAKER DONELSON AS SPECIAL COUNSEL | 0.30 | $148.50 |
| 5/19/2004 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO RETAIN LATHAM AND WATKINS AS SPECIAL COUNSEL | 0.20 | $99.00 |
| 5/25/2004 | 010 | MR LASTOWSKI | REVIEW STATUS OF ENTRY OF ORDER ON CAPSTONE RETENTION | 0.20 | $99.00 |
| 5/26/2004 | 010 | SA CABAN | REVIEW EMAIL FROM C. FOX AND RESPOND W/ COPIES OF CAPSTONE RETENTION FILINGS. | 0.10 | $17.00 |
| 5/28/2004 | 010 | CB FOX | DISCUSSION WITH MRL AND RESEARCH ON STATUS OF NAVIGANT RETENTION | 0.30 | $51.00 |
| 5/28/2004 | 010 | MR LASTOWSKI | REVIEW STATUS OF CAPSTONE RETENTION | 0.20 | $99.00 |
| | | | Code Total | 5.20 | $2,021.50 |

Duane Morris
June 28, 2004
Page 12

File # K0248-00001                                      INVOICE # 1021202
    W.R. GRACE & CO.

| Date | | Name | Description | | |
|------|------|------|-------------|------|------|
| 5/10/2004 | 012 | MR LASTOWSKI | EXECUTE CERTIFICATE OF NO OBJECTION RE: DUANE MORRIS ELEVENTH QUARTERLY FEE APPLICATION | 0.10 | $49.50 |
| 5/10/2004 | 012 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO DM 11TH QUARTERLY FEE APPLICATION. | 0.20 | $34.00 |
| 5/11/2004 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO DM 11TH QUARTERLY FEE APPLICATION. | 0.20 | $34.00 |
| 5/14/2004 | 012 | SA CABAN | UPDATE STATUS CHART FOR FEE APPLICATIONS. | 0.20 | $34.00 |
| | | | Code Total | 0.70 | $151.50 |

Duane Morris
June 28, 2004
Page 13

File # K0248-00001                                              INVOICE # 1021202
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/6/2004 013 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATION OF NO OBJECTION RE: 12TH INTERIM APPLICATION OF FTI POLICANO AND MANZO | 0.10 | $49.50 |
| 5/7/2004 013 | SA CABAN | E-FILE CERTIFICATE OF NO OBJECTION TO FTI 12TH QUARTERLY FEE APPLICATION; FORWARD SAME TO J. PORT. | 0.10 | $17.00 |
| 5/11/2004 013 | MR LASTOWSKI | REVIEW WARREN SMITH APRIL FEE APPLICATION | 0.10 | $49.50 |
| 5/17/2004 013 | SA CABAN | REVIEW NOTICE OF SSL 12TH QUARTERLY FEE APPLICATION AND RESPOND TO A. CASKADON W/ REVISIONS. | 0.20 | $34.00 |
| 5/18/2004 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE STROOCK 12TH QUARTERLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.30 | $51.00 |
| 5/18/2004 013 | SA CABAN | REVIEW AMENDED ADMINISTRATIVE ORDER FOR PROCEDURES FOR SERVING QUARTERLY FEE APPLICATIONS. | 0.10 | $17.00 |
| 5/18/2004 013 | SA CABAN | PREPARE CERTIFICATE OF SERVICE FOR NOTICE OF STROOCK 12TH QUARTERLY FEE APPLICATION. | 0.10 | $17.00 |
| 5/18/2004 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF SERVICE FOR NOTICE OF STROOCK 12TH QUARTERLY FEE APPLICATION; PREPARE SAME FOR SERVICE. | 0.20 | $34.00 |
| 5/19/2004 013 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR STROOCK 12TH QUARTERLY FEE APPLICATION. | 0.10 | $17.00 |
| 5/19/2004 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK MARCH 2004 FEE APPLICATION. | 0.20 | $34.00 |
| 5/20/2004 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK 36TH MONTHLY FEE APPLICATION; FORWARD FOR PAYMENT PROCESSING. | 0.30 | $51.00 |
| | | Code Total | 1.80 | $371.00 |

Duane Morris
June 28, 2004
Page 14

File # K0248-00001                                          INVOICE # 1021202
   W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/20/2004 015 | MR LASTOWSKI | E-MAILS TO AND FROM DEBTOR'S COUNSEL RE: TELEPHONIC APPEARANCE AT 5/24/04 HEARING | 0.10 | $49.50 |
| 5/21/2004 015 | MR LASTOWSKI | TELEPHONE CALLS TO AND FROM DEBTOR'S COUNSEL RE: STATUS OF 5/24/04 HEARING | 0.10 | $49.50 |
| 5/24/2004 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 2.80 | $1,386.00 |
| 5/24/2004 015 | MR LASTOWSKI | TELEPHONE CALL TO A. KRIEGER RE: 5/24/04 HEARING | 0.20 | $99.00 |
| 5/24/2004 015 | MR LASTOWSKI | PREPARE FOR 5/24/04 HEARING | 1.40 | $693.00 |
| | | Code Total | 4.60 | $2,277.00 |

Duane Morris
June 28, 2004
Page 15

File # K0248-00001                                    INVOICE #  1021202
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/25/2004 | 017 | MR LASTOWSKI | E-MAILS TO AND FROM A. KRIEGER RE: W.R. GRACE PRESS RELEASES RELATING TO PLAN | 0.10 | $49.50 |
| 5/26/2004 | 017 | MR LASTOWSKI | TELEPHONE CALL FROM A. KRIEGER RE: EXCLUSIVITY ISSUES | 0.10 | $49.50 |
| 5/26/2004 | 017 | MR LASTOWSKI | REVIEW ISSUES RE: EXTENSION OF EXCLUSIVITY | 0.30 | $148.50 |
| | | | Code Total | 0.50 | $247.50 |

Duane Morris
June 28, 2004
Page 16

File # K0248-00001                                               INVOICE # 1021202
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/4/2004 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO LIBBY CLAIMANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.50 | $247.50 |
| 5/18/2004 | 018 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' SUPPLEMENT TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND PRELIMINARY INJUNCTION TO TAKE PERPETUATION DEPOSITIONS | 0.20 | $99.00 |
| 5/18/2004 | 018 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND PRELIMINARY INJUNCTION TO TAKE PERPETUATION DEPOSITIONS | 0.20 | $99.00 |
| | | | Code Total | 0.90 | $445.50 |

Duane Morris
June 28, 2004
Page 17

File # K0248-00001                                    INVOICE #  1021202
     W.R. GRACE & CO.

| 5/3/2004 | 025 | JH LEMKIN | LEGAL RESEARCH - 363(F) ISSUES - TWA OPINION. | 0.50 | $147.50 |
|---|---|---|---|---|---|
| | | | Code Total | 0.50 | $147.50 |

Duane Morris
June 28, 2004
Page 18

File # K0248-00001                                    INVOICE #  1021202
        W.R. GRACE & CO.


                        TOTAL SERVICES              69.00    $32,817.00

Duane Morris
June 28, 2004
Page 19

File # K0248-00001                                    INVOICE #  1021202
   W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 5/3/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 6.30 |
| 5/3/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 18.00 |
| 5/6/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 1.70 |
| 5/6/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 6.00 |
| 5/6/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 4.90 |
| 5/7/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 1.70 |
| 5/7/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.00 |
| 5/7/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.70 |
| | | Total: | $41.30 |
| | | | |
| 5/6/2004 | OVERNIGHT MAIL PACKAGE SENT TO WILLIAM S KATCHEN ESQ AT C/O ANDREW NAPORANO - NORTH PALM BEACH, FL FROM VANESSA MARCHELLO AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #845621422660) | | 18.46 |
| | | Total: | $18.46 |
| | | | |
| 5/31/2004 | MESSENGER SERVICE | | 194.50 |
| 5/31/2004 | MESSENGER SERVICE | | 318.20 |
| | | Total: | $512.70 |
| | | | |
| 5/31/2004 | OVERTIME RELATED COSTS | | 29.88 |
| | | Total: | $29.88 |
| | | | |
| 5/31/2004 | PRINTING & DUPLICATING - INTERNAL | | 5.70 |
| | | Total: | $5.70 |
| | | | |
| 5/31/2004 | TELECOPY | | 240.35 |
| 5/31/2004 | TELECOPY | | -14.25 |
| | | Total: | $226.10 |
| | | | |
| 5/31/2004 | DOCUMENT RETRIEVAL | | 7.19 |
| 5/31/2004 | DOCUMENT RETRIEVAL | | 15.31 |
| | | Total: | $22.50 |
| | | | |
| 5/31/2004 | PRINTING & DUPLICATING | | 332.73 |
| 5/31/2004 | PRINTING & DUPLICATING | | 1,001.16 |
| | | Total: | $1,333.89 |
| | | | |
| | TOTAL DISBURSEMENTS | | $2,190.53 |