## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Virginia L. Akin, certify that I am not less than 18 years of age, and that service of a copy of the attached **Twenty-eighth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2004 through May 31, 2004** was made on June 30, 2004, upon:

All of the parties listed on the attached Service List as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: June 30, 2004

_____
Virginia L. Akin, Paralegal
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
Email:        vlakin@duanemorris.com

WLM\198522.1

## SERVICE LIST

### *Hard Copy Via Hand Delivery*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801

### *Via Overnight Mail and E-Mail*

David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

Warren H. Smith, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

### *Via E-Mail*

(See Notice Parties on attached service list.)

WLM\198522.1

## W. R. GRACE & CO., *et al.*
## FEE APPLICATION NOTICE PARTIES LIST
### E-mails in pdf format

To:

william.sparks@grace.com
james_kapp@chicago.kirkland.com
dcarickhoff@pszyj.com
syoder@bayardfirm.com
acaskadon@stroock.com
mlastowski@duanemorris.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
feeaudit@whsmithlaw.com

cc:
vlakin@duanemorris.com

WLM\164592.1