# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Re: Docket No. 5525**
**6/21/04 Agenda Item No. 6**

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS'
## FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon consideration of the Fourth Omnibus Objection[2] of the above captioned debtors and

debtors in possession (the "Debtors"), seeking entry of an order expunging, reducing,

reclassifying and disallowing certain Claims; and no previous application having been made; and

upon consideration of the Fourth Omnibus Objection and all responses thereto; and due and

proper notice of the Fourth Omnibus Objection having been given, it is hereby

ORDERED that the Objection to each of the Claims listed on Exhibit A to this Order is

continued to the July 19, 2004 omnibus hearing; and it is further

---

[1]    The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco,.Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]    Capitalized terms used but not defined herein are as defined in the Debtors' Fourth Omnibus Objection.

ORDERED that the Objection to each of the Reduce and/or Reclassify and Alllow Claims listed on Exhibit B to this Order is sustained and the claims are reduced and/or reclassified as indicated; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

# EXHIBIT A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT A - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CITY OF EL PASO C/O DAVID G AELVOET LINEBARGER HEARD GOGGAN ET AL 310 S ST MARYS TENTH FLOOR TOWER LIFE BLDG STE 1000 SAN ANTONIO TX 78205 | 01-01139 63 W.R. GRACE & CO. | | $721.05 | (S) | RECLASSIFY, REDUCE & ALLOW | $245.32 | (U) | CONTINUED TO 7/19/04 12:00PM |
| 2 | DONS DIESEL SERVICE INC PO BOX 2438 HILLSBORO MO 63050 | 01-01139 2399 W.R. GRACE & CO. | | $1,943.98 | (U) | REDUCE AND ALLOW | $1,577.41 | (U) | CONTINUED TO 7/19/04 12:00PM |
| 3 | EXXONMOBIL CHEMICAL COMPANY LAW DEPT BANKRUPTCY MATTERS 13501 KATY FREEWAY HOUSTON TX 77079 | 01-01139 869 W.R. GRACE & CO. | | $71,547.45 | (U) | REDUCE AND ALLOW | $63,059.42 | (U) | CONTINUED TO 7/19/04 12:00PM |
| 4 | GREENVILLE COUNTY TAX 301 UNIVERSITY RDG STE 700 GREENVILLE SC 29601 | 01-01139 2177 W.R. GRACE & CO. | | $42,191.16 | (S) | RECLASSIFY, REDUCE & ALLOW | $14,123.61 | (S) | CONTINUED TO 7/19/04 12:00PM |
| 5 | GULF PACIFIC AMERICA INC MAR-GULF MANAGEMENT INC 7083 HOLLYWOOD BLVD #650 HOLLYWOOD CA 90028 | 01-01149 1756 CREATIVE FOOD N FUN COMPANY | | $207,937.00 | (U) | REDUCE AND ALLOW | $134,772.00 | (U) | CONTINUED TO 7/19/04 12:00PM |
| 6 | KATTEN MUCHIN ZAVIS ROSENMAN C/O JEFF J FRIEDMAN ESQ 575 MADISON AVE NEW YORK NY 10022 | 01-01139 15176 W.R. GRACE & CO. | | $58,292.87 | (U) | REDUCE AND ALLOW | $1,153.13 | (U) | CONTINUED TO 7/19/04 12:00PM |
| 7 | NSTAR GAS 800 BOYLSTON ST 17TH FLOOR BOSTON MA 02119 | 01-01140 196 W.R. GRACE & CO.-CONN. | | $14,773.55 | (U) | REDUCE AND ALLOW | $7,132.59 | (U) | CONTINUED TO 7/19/04 12:00PM |
| 8 | SPAULDING AND SLYE C/O BRUCE D LEVIN ESQ BERNKOPF GOODMAN & BASEMAN LLP 125 SUMMER STR BOSTON MA 02110 | 01-01140 203 W.R. GRACE & CO.-CONN. | | $1,403,017.00 | (U) | REDUCE AND ALLOW | $549,159.00 | (U) | CONTINUED TO 7/19/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

6/28/2004 9:58:26 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT A - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 9 | XEROX CORPORATION<br>LEGAL DEPT MS 1-2<br>ATTN: CATHY FLOWERS<br>800 CARILLON PKWY<br>ST PETERSBURG  FL  33716 | 01-01140<br>W.R. GRACE & CO.-CONN. | 711 | $16,322.61 | (S) | RECLASSIFY, REDUCE & ALLOW | $4,961.52 | (U) | CONTINUED TO 7/19/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

Page 2 of 2

6/28/2004 9:58:26 AM

# EXHIBIT B

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AGA GAS INC<br>MEMBER OF THE LINDE GAS GROUP<br>PO BOX 94737<br>CLEVELAND OH 44101-4737 | 01-01140<br>W.R. GRACE & CO.-CONN. | 752 | $5,896.73 | (U) | REDUCE AND ALLOW | $1,893.49 | (U) | SUSTAINED |
| 2 | ALABAMA POWER CO<br>PO BOX 12465<br>BIRMINGHAM AL 35202-2465 | 01-01139<br>W.R. GRACE & CO. | 126 | $17,403.69 | (U) | REDUCE AND ALLOW | $9,222.67 | (U) | SUSTAINED |
| 3 | AMERICAN WICK DRAIN CORP<br>ATTN: DAVIS CARMAN<br>1209 AIRPORT RD<br>MONROE NC 28110 | 01-01139<br>W.R. GRACE & CO. | 1628 | $52,465.32 | (U) | REDUCE AND ALLOW | $59,368.00 | (U) | SUSTAINED |
| 4 | AMERSHAM BIOSCIENCES<br>800 CENTENNIAL AVE<br>PISCATAWAY NJ 08855-1327 | 01-01139<br>W.R. GRACE & CO. | 1072 | $10,063.68 | (U) | REDUCE AND ALLOW | $9,587.18 | (U) | SUSTAINED |
| 5 | APPLIED INDUSTRIAL TECH<br>PO BOX 6925<br>CLEVELAND OH 44101 | 01-01139<br>W.R. GRACE & CO. | 42 | $589.05 | (U) | REDUCE AND ALLOW | $563.85 | (U) | SUSTAINED |
| 6 | ASHLAND INCORPORATED<br>PO BOX 2219<br>COLLECTION DEPT DS3<br>COLUMBUS OH 43216 | 01-01139<br>W.R. GRACE & CO. | 15349 | $40,641.07 | (U) | REDUCE AND ALLOW | $40,505.76 | (U) | SUSTAINED |
| 7 | B & C FAB INC<br>6325 N ORANGE BLOSSOM TRL #126<br>ORLANDO FL 32810 | 01-01139<br>W.R. GRACE & CO. | 1600 | $295.97 | (U) | REDUCE AND ALLOW | $117.61 | (U) | SUSTAINED |
| 8 | BENTCO PALLET & CRATE LLC<br>PO BOX 750<br>EASTABOGA AL 36260 | 01-01139<br>W.R. GRACE & CO. | 2657 | $28,764.08 | (U) | REDUCE AND ALLOW | $26,117.52 | (U) | SUSTAINED |
| 9 | BRADLEY SUPPLY CO<br>PO BOX 29098<br>CHICAGO IL 60629 | 01-01139<br>W.R. GRACE & CO. | 911 | $16,652.24 | (U) | REDUCE AND ALLOW | $16,602.94 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 10 | BROCK & COMPANY INC<br>77 GREAT VALLEY PKWY<br>MALVERN PA 19355 | 01-01140        119<br>W.R. GRACE & CO.-CONN. | | $11,359.55 | (U) | REDUCE AND ALLOW | $5,216.44 | (U) | SUSTAINED |
| 11 | CARDINAL BUILDING MAINTENANCE<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139        846<br>W.R. GRACE & CO. | | $2,145.00 | (U) | REDUCE AND ALLOW | $2,125.00 | (U) | SUSTAINED |
| 12 | CARUCCIO, FRANK<br>OSBORNE & VISCONTI<br>20 EASTBROOK RD STE 304<br>DEDHAM MA 02026 | 01-01139        2728<br>W.R. GRACE & CO. | | $17,443.00 | (U) | REDUCE AND ALLOW | $750.00 | (U) | SUSTAINED |
| 13 | CENTER ENTERPRISES INC DBA<br>PO BOX 7567<br>HOUSTON TX 77270-7567 | 01-01139        1503<br>W.R. GRACE & CO. | | $13,418.23 | (S) | RECLASSIFY, REDUCE & ALLOW | $9,896.36 | (U) | SUSTAINED |
| 14 | CHERCO SYSTEMS<br>1638 RYAN ST<br>LAKE CHARLES LA 70601 | 01-01139        1567<br>W.R. GRACE & CO. | | $3,291.31 | (P) | RECLASSIFY AND ALLOW | $3,291.31 | (U) | SUSTAINED |
| 15 | CHROMA COPY<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139        647<br>W.R. GRACE & CO. | | $1,934.31 | (U) | REDUCE AND ALLOW | $1,184.04 | (U) | SUSTAINED |
| 16 | CITY OF MILWAUKEE<br>CITY TREASURER #1353<br>200 E WELLS ST – ROOM 103<br>MILWAUKEE WI 53202 | 01-01139        14727<br>W.R. GRACE & CO. | | $8,780.22 | (U) | REDUCE AND ALLOW | $7,701.95 | (U) | SUSTAINED |
| 17 | CLARKE REYNOLDS ELECTRIC CO<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139        648<br>W.R. GRACE & CO. | | $5,319.62 | (U) | REDUCE AND ALLOW | $2,475.69 | (U) | SUSTAINED |
| 18 | COLEMANS PUMPING SERVICE<br>C/O JAMES COLEMAN<br>190 STURKIE RD<br>WAGENER SC 29164 | 01-01139        2641<br>W.R. GRACE & CO. | | $1,100.00 | (U) | REDUCE AND ALLOW | $1,040.00 | (U) | SUSTAINED |

**(A) - Administrative       (S) - Secured
(P) - Priority                     (U) - Unsecured

6/28/2004 9:59:09 AM

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 19 | CORROSION FLUID PRODUCTS<br>24450 INDOPLEX CIRCLE<br>FARMINGTON HILLS MI 48332 | 01-01139<br>W.R. GRACE & CO. | 376 | $7,186.94 (U) | REDUCE AND ALLOW | $7,116.25 | (U) | SUSTAINED |
| 20 | CROMPTON SALES COMPANY INC<br>C/O MARY O NEIL<br>BENSON RD<br>MIDDLEBURY CT 06749 | 01-01139<br>W.R. GRACE & CO. | 2091 | $49,039.66 (U) | REDUCE AND ALLOW | $45,059.92 | (U) | SUSTAINED |
| 21 | DOMNERN SOMGIAT & BOONMA<br>719 SI PHYA RD<br>BANGKOK   10500<br>THAILAND | 01-01140<br>W.R. GRACE & CO.-CONN. | 1802 | $8,739.25 (U) | REDUCE AND ALLOW | $5,073.02 | (U) | SUSTAINED |
| 22 | DONNELLY & DUNCAN INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 770 | $5,329.80 (U) | REDUCE AND ALLOW | $4,647.30 | (U) | SUSTAINED |
| 23 | DOUGLAS TECHNICAL SERVICES<br>9 EASTERN LN<br>NEW MILFORD CT 06776 | 01-01139<br>W.R. GRACE & CO. | 1168 | $2,155.00 (U) | REDUCE AND ALLOW | $2,055.00 | (U) | SUSTAINED |
| 24 | EASTERN LIFT TRUCK CO INC<br>PO BOX 307<br>MAPLE SHADE NJ 09052 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5303 | $1,296.72 (U) | REDUCE AND ALLOW | $315.86 | (U) | SUSTAINED |
| 25 | ENGELHARD CORPORATION<br>ATTN STEPHEN MCINTYRE<br>101 WOOD AVE 4TH FLR CREDIT<br>ISELIN NJ 08830 | 01-01139<br>W.R. GRACE & CO. | 1576 | $50,832.60 (U) | REDUCE AND ALLOW | $34,780.20 | (U) | SUSTAINED |
| 26 | FREE-FLOW PACKAGING INTL DBA<br>1090 MILLS WAY<br>REDWOOD CITY CA 94063 | 01-01139<br>W.R. GRACE & CO. | 1209 | $2,118.40 (P) | RECLASSIFY AND ALLOW | $2,118.40 | (U) | SUSTAINED |
| 27 | GAC CHEMICAL CORP<br>1630 TIMBERWOLF<br>HOLLAND OH 43528 | 01-01140<br>W.R. GRACE & CO.-CONN. | 595 | $102,298.90 (U) | REDUCE AND ALLOW | $100,966.41 | (U) | SUSTAINED |
| 28 | GLOBAL EQUIPMENT<br>120B SATELLITE BLVD<br>SAWANEE GA 30024 | 01-01139<br>W.R. GRACE & CO. | 659 | $622.27 (P) | RECLASSIFY AND ALLOW | $622.27 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

6/28/2004 9:59:09 AM

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 29 | HARRIS AUTOMATION SERVICES INC C/O DIANE B HARRIS PO BOX 890472 HOUSTON TX 77289 | 01-01139 W.R. GRACE & CO. | 2124 | $8,084.64 | (U) | REDUCE AND ALLOW | $6,758.90 | (U) | SUSTAINED |
| 30 | HAYES MECHANICAL INC 2160 N ASHLAND AVE CHICAGO IL 60614 | 01-01140 W.R. GRACE & CO.-CONN. | 2403 | $18,360.19 | (U) | REDUCE AND ALLOW | $17,225.00 | (U) | SUSTAINED |
| 31 | HINDS CO TAX COLLECTOR C/O NCTC PO BOX 1727 JACKSON MS 39215 | 01-01140 W.R. GRACE & CO.-CONN. | 1747 | $437.20 | (U) | REDUCE AND ALLOW | $408.69 | (U) | SUSTAINED |
| 32 | HOMETOWN NEWS INC DBA THE WOODRUFF NEWS PO BOX 5211 SPARTANBURG SC 29304-5211 | 01-01139 W.R. GRACE & CO. | 64 | $80.60 | (U) | REDUCE AND ALLOW | $40.00 | (U) | SUSTAINED |
| 33 | HUGHES ASSOCIATES INC 3610 COMMERCE DR #817 BALTIMORE MD 21227 | 01-01139 W.R. GRACE & CO. | 2256 | $14,550.00 | (U) | REDUCE AND ALLOW | $4,550.00 | (U) | SUSTAINED |
| 34 | HUGHES SUPPLY INC C/O LUIS D HERNANDEZ LEGAL DEPARTMEN 20 N ORANGE AVE STE 200 ORLANDO FL 32801 | 01-01139 W.R. GRACE & CO. | 2071 | $12,999.73 | (U) | REDUCE AND ALLOW | $12,368.94 | (U) | SUSTAINED |
| 35 | ICI AMERICAS INC & INDOPCO C/O W STEVEN BRYANT LOCKE LIDDELL & SAPP LLP 600 TRAVIS ST STE 2600 HOUSTON TX 77002-3095 | 01-01140 W.R. GRACE & CO.-CONN. | 13563 | $367,075.50 | (U) | REDUCE AND ALLOW | $351,075.00 | (U) | SUSTAINED |
| 36 | IMERYS 100 MANSELL CT E SUITE 300 ROSWELL GA 30076 | 01-01139 W.R. GRACE & CO. | 3771 | $72,358.38 | (U) | REDUCE AND ALLOW | $71,123.56 | (U) | SUSTAINED |
| 37 | J HARVARD CO 3418 E MARDAN DR LONG GROVE IL 60047 | 01-01139 W.R. GRACE & CO. | 1357 | $894.25 | (P) | RECLASSIFY AND ALLOW | $894.25 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority      (S) - Secured (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 38 | JAY INDUSTRIAL TEC GROUP INC 555 N WAYNE AVE CINCINNATI OH 45215 | 01-01139 W.R. GRACE & CO. | 1055 | $2,020.05 | (U) | REDUCE AND ALLOW | $1,732.55 | (U) | SUSTAINED |
| 39 | KIMS RADIATOR & MFG CO INC 2615 LENA ST SULPHUR LA 70665-7439 | 01-01139 W.R. GRACE & CO. | 1319 | $3,424.32 | (S) | RECLASSIFY AND ALLOW | $3,424.32 | (U) | SUSTAINED |
| 40 | KONECRANES INC C/O SIERRA CAPITAL 2699 WHITE RD STE 255 IRVINE CA 92614 | 01-01139 W.R. GRACE & CO. | 626 | $5,445.70 | (U) | REDUCE AND ALLOW | $1,212.50 | (U) | SUSTAINED |
| 41 | LINATEX INC 1550 AIRPORT RD GALLATIN TN 37066 | 01-01139 W.R. GRACE & CO. | 1266 | $3,738.29 | (P) | RECLASSIFY AND ALLOW | $3,738.29 | (U) | SUSTAINED |
| 42 | LOUIS M ZIGMAN LAW 473 S HOLT AVE LOS ANGELES CA 90048 | 01-01139 W.R. GRACE & CO. | 3065 | $2,600.00 | (U) | REDUCE AND ALLOW | $1,300.00 | (U) | SUSTAINED |
| 43 | M & M CONTROLS A DIVISION OF 9 E W AYLESBURY RD TIMONIUM MD 21093 | 01-01139 W.R. GRACE & CO. | 1743 | $9,690.60 | (U) | REDUCE AND ALLOW | $6,589.73 | (U) | SUSTAINED |
| 44 | MCJUNKIN CORPORATION ATTN: MICHELE THOMPSON PO BOX 513 CHARLESTON WV 25322 | 01-01139 W.R. GRACE & CO. | 355 | $1,523.64 | (U) | REDUCE AND ALLOW | $1,513.76 | (U) | SUSTAINED |
| 45 | MID-ATLANTIC INDUSTRIAL C/O SIERRA CAPITAL 2699 WHITE RD STE 255 IRVINE CA 92614 | 01-01139 W.R. GRACE & CO. | 629 | $1,295.91 | (U) | REDUCE AND ALLOW | $1,234.20 | (U) | SUSTAINED |
| 46 | MOVABLE WOOD BUILDINGS CO 11804 HEMPSTEAD HWY HOUSTON TX 77092 | 01-01139 W.R. GRACE & CO. | 1119 | $1,764.48 | (S) | RECLASSIFY AND ALLOW | $1,764.48 | (U) | SUSTAINED |
| 47 | N E BAYSTATE PRESS C/O SIERRA CAPITAL 2699 WHITE RD STE 255 IRVINE CA 92614 | 01-01139 W.R. GRACE & CO. | 631 | $8,858.35 | (U) | REDUCE AND ALLOW | $8,617.90 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

6/28/2004 9:59:09 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 48 | NETZSCH INCORPORATED 119 PICKERING WAY EXTON PA 19341 | 01-01139 1551 W.R. GRACE & CO. | | $30,136.00 | (U) | REDUCE AND ALLOW | $29,372.48 | (U) | SUSTAINED |
| 49 | NEWARK ELECTRONICS 4801 N RAVENSWOOD AVE CHICAGO IL 60640 | 01-01139 354 W.R. GRACE & CO. | | $3,162.05 | (U) | REDUCE AND ALLOW | $291.77 | (U) | SUSTAINED |
| 50 | NON METALLIC RESOURCES INC PO BOX 61303 MOBILE AL 36689 | 01-01139 966 W.R. GRACE & CO. | | $18,093.38 | (U) | REDUCE AND ALLOW | $14,472.00 | (U) | SUSTAINED |
| 51 | NSF INTERNATIONAL 789 N DIXBORO RD ANN ARBOR MI 48105 | 01-01139 1251 W.R. GRACE & CO. | | $1,150.09 | (U) | REDUCE AND ALLOW | $1,116.58 | (U) | SUSTAINED |
| 52 | OBRIEN & GERE ENGINEERS INC C/O SIERRA CAPITAL 2699 WHITE RD STE 255 IRVINE CA 92614 | 01-01139 634 W.R. GRACE & CO. | | $28,140.62 | (U) | REDUCE AND ALLOW | $27,100.76 | (U) | SUSTAINED |
| 53 | PARKER HANNIFIN CORPORATION 6035 PARKLAND BLVD CLEVELAND OH 44124 | 01-01139 132 W.R. GRACE & CO. | | $905.70 | (U) | REDUCE AND ALLOW | $157.95 | (U) | SUSTAINED |
| 54 | PCS IN A PINCH 338 CLUBHOUSE RD HUNT VALLEY MD 21031 | 01-01139 2318 W.R. GRACE & CO. | | $3,078.39 | (U) | REDUCE AND ALLOW | $2,402.60 | (U) | SUSTAINED |
| 55 | PORTER PIPE & SUPPLY CO 303 S ROHLWING RD ADDISON IL 60101 | 01-01139 1824 W.R. GRACE & CO. | | $1,955.79 | (U) | REDUCE AND ALLOW | $1,911.40 | (U) | SUSTAINED |
| 56 | PROVIA SOFTWARE INC 5460 CORPORATE GROVE BLVD SE GRAND RAPIDS MI 49512-5500 | 01-01139 1130 W.R. GRACE & CO. | | $8,363.00 | (U) | REDUCE AND ALLOW | $5,432.00 | (U) | SUSTAINED |
| 57 | R T VANDERBILT COMPANY INC 30 WINFIELD ST NORWALK CT 06855 | 01-01139 1321 W.R. GRACE & CO. | | $4,826.00 | (U) | REDUCE AND ALLOW | $4,565.50 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority                  (U) - Unsecured

6/28/2004 9:59:09 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 58 | RED CAP MAINTENANCE INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 637 | $4,582.77 | (U) | REDUCE AND ALLOW | $2,204.00 | (U) | SUSTAINED |
| 59 | SCHENCK ACCURATE INC<br>746 E MILWAUKEE ST<br>WHITEWATER WI 53190 | 01-01139<br>W.R. GRACE & CO. | 1079 | $3,069.25 | (U) | REDUCE AND ALLOW | $2,165.00 | (U) | SUSTAINED |
| 60 | SCOTT SPECIALTY GASES<br>ATTN LOIS HAYES<br>6141 EASTON RD<br>PLUMSTEADVILLE PA 18949 | 01-01139<br>W.R. GRACE & CO. | 1837 | $5,215.78 | (U) | REDUCE AND ALLOW | $3,532.79 | (U) | SUSTAINED |
| 61 | SELLERS PROCESS EQUIPMENT CO<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 765 | $2,106.27 | (U) | REDUCE AND ALLOW | $2,043.85 | (U) | SUSTAINED |
| 62 | SIMPSON GUMPERTZ & HEGER, INC<br>41 SEYON ST<br>BLDG 1 STE 500<br>WALTHAM MA 02453 | 01-01139<br>W.R. GRACE & CO. | 882 | $22,403.26 | (U) | REDUCE AND ALLOW | $12,303.26 | (U) | SUSTAINED |
| 63 | SOUTH CAROLINA ELECTRIC & GAS<br>C/O SCANA SERVICES<br>1426 MAIN ST MC 130<br>COLUMBIA SC 29218 | 01-01139<br>W.R. GRACE & CO. | 1665 | $70,452.34 | (U) | REDUCE AND ALLOW | $69,444.41 | (U) | SUSTAINED |
| 64 | STANDARD REGISTER COMPANY<br>LILLIAN COMBS<br>600 ALBANY ST<br>DAYTON OH 45408 | 01-01139<br>W.R. GRACE & CO. | 413 | $41,811.16 | (U) | REDUCE AND ALLOW | $40,842.09 | (U) | SUSTAINED |
| 65 | STATE OF MARYLAND CENTRAL<br>C/O MICHAEL S FRIEDMAN<br>OFFICE OF THE ATTY GEN OF MD -<br>DBM<br>300 W PRESTON ST RM 407<br>BALTIMORE MD 21201 | 01-01139<br>W.R. GRACE & CO. | 15174 | $6,435.00 | (U) | REDUCE AND ALLOW | $5,500.00 | (U) | SUSTAINED |
| 66 | STONE CONTAINER CORPORATION<br>ATTN: CREDIT DEPT<br>PO BO 2276<br>ALTON IL 62002 | 01-01139<br>W.R. GRACE & CO. | 663 | $236,621.31 | (U) | REDUCE AND ALLOW | $231,390.19 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative          (S) - Secured
(P) - Priority                       (U) - Unsecured

6/28/2004 9:59:09 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 67 | T&D PROPERTIES C/O TED RAKER 11 BACHMAN ST NEWNAN GA 30263 | 01-01139  1287 W.R. GRACE & CO. | | $900.00 | (P) | PAID - PREPETITION | $0.00 | (P) | SUSTAINED |
| 68 | TETRA TECHNOLOGIES INC ATTN: CINDY BOLDT 25025 I45 NORTH STE 600 THE WOODLANDS TX 77380 | 01-01139  1099 W.R. GRACE & CO. | | $161,590.90 | (U) | REDUCE AND ALLOW | $159,620.53 | (U) | SUSTAINED |
| 69 | TEXAS COMPTROLLER OF PUBLIC OFFICE OF THE ATTORNEY GENERAL COLLECTION DIV BANKRUPTCY SECT PO BOX 12548 AUSTIN TX 78711-2548 | 01-01140  381 W.R. GRACE & CO.-CONN. | | $652,766.79 | (P) | REDUCE AND ALLOW | $28,564.68 | (P) | SUSTAINED |
| 70 | THE CINCINNATI GAS & ELECTRIC CO A SUBSIDIARY OF CINERGY CORP 3300 CENTRAL PKWY 2ND FL CINCINNATI OH 45225 | 01-01140  170 W.R. GRACE & CO.-CONN. | | $91,456.74 | (U) | REDUCE AND ALLOW | $89,554.35 | (U) | SUSTAINED |
| 71 | THOMAS PUBLISHING CO 5 PENN PLAZA NEW YORK NY 10001 | 01-01140  513 W.R. GRACE & CO.-CONN. | | $18,560.37 | (U) | REDUCE AND ALLOW | $18,115.30 | (U) | SUSTAINED |
| 72 | TOWN OF WINSHAM COLLECTOR OF REVENUE PO BOX 195 WILLIAMANTIC CT 06226-0195 | 01-01139  904 W.R. GRACE & CO. | | $702.19 | (P) | REDUCE AND ALLOW | $595.08 | (P) | SUSTAINED |
| 73 | US FILTER CORP 10 TECHNOLOGY DRIVE LOWELL MA 01851 | 01-01139  120 W.R. GRACE & CO. | | $23,442.64 | (U) | REDUCE AND ALLOW | $15,656.96 | (U) | SUSTAINED |
| 74 | US INTERNATIONAL SERVICES LTD 113 KRESSON-GIBBSBORO RD VOORHEES NJ 08043 | 01-01139  4497 W.R. GRACE & CO. | | $7,389.88 | (P) | RECLASSIFY AND ALLOW | $7,389.88 | (U) | SUSTAINED |
| 75 | V & H EXCAVATING CO INC 402 NORBEH DR HEBRON IN 46341-8501 | 01-01139  1516 W.R. GRACE & CO. | | $108.75 $2,356.96 | (P) (U) | RECLASSIFY, REDUCE & ALLOW | $2,349.55 | (U) | SUSTAINED |
| 76 | W K MERRIMAN INC 7038 RIVER RD PITTSBURGH PA 15225 | 01-01139  2045 W.R. GRACE & CO. | | $2,548.80 | (U) | REDUCE AND ALLOW | $2,052.58 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

Page 8 of 9

6/28/2004 9:59:09 AM

In re: W.R. GRACE & CO., et al

**OMNIBUS 4 - EXHIBIT B - SUSTAINED**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 77 | WALTER G COALE INC<br>PO BOX 39<br>CHURCHVILLE MD 21028 | 01-01139    1210<br>W.R. GRACE & CO. | | $1,995.04 | (U) | REDUCE AND ALLOW | $1,750.00 | (U) | SUSTAINED |
| 78 | WELDING SERVICES INC<br>ATTN: DOUGLAS R THOMPSON<br>1872-C INDEPENDENCE SQUARE<br>DUNWOODY GA 30338 | 01-01139    1753<br>W.R. GRACE & CO. | | $108,820.00 | (U) | REDUCE AND ALLOW | $350.00 | (U) | SUSTAINED |
| 79 | WELD-RITE SERVICE INC<br>ATTN: JOEL A STEIN<br>6 W HUBBARD ST 8TH FL<br>CHICAGO IL 60610 | 01-01140    1813<br>W.R. GRACE & CO.-CONN. | | $77,187.50 | (U) | REDUCE AND ALLOW | $71,333.50 | (U) | SUSTAINED |
| 80 | WESCO DISTRIBUTION INC<br>C/O JULIE QUAGLIANO ESQ<br>3243 P ST NW<br>WASHINGTON DC 20007 | 01-01140    360<br>W.R. GRACE & CO.-CONN. | | $32,161.18 | (U) | REDUCE AND ALLOW | $31,598.08 | (U) | SUSTAINED |
| 81 | WESTSIDE BUILDING MATERIAL<br>ATTN: JOE BOWERBANK<br>PO BOX 711<br>ANAHEIM CA 92815 | 01-01139    1134<br>W.R. GRACE & CO. | | $3,374.00 | (U) | REDUCE AND ALLOW | $2,836.52 | (U) | SUSTAINED |
| 82 | YORKE, JUDITH<br>YORKE ENGINEERING<br>31726 RANCHO VIEJO RD STE 108<br>SAN JUAN CAPISTRANO CA 92675 | 01-01139    2161<br>W.R. GRACE & CO. | | $4,515.15 | (P) | RECLASSIFY AND ALLOW | $4,515.15 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative          (S) - Secured
(P) - Priority                  (U) - Unsecured

Page 9 of 9

6/28/2004 9:59:09 AM