# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Re: Docket No. 5527** |
| | | **6/21/04 Agenda Item No. 7** |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon consideration of the Fifth Omnibus Objection[2] of the above captioned debtors and

debtors in possession (the "Debtors"), seeking entry of an order expunging and disallowing certain

Claims; and no previous application having been made; and upon consideration of the Fifth

Omnibus Objection and all responses thereto; and due and proper notice of the Fifth Omnibus

Objection having been given, it is hereby

ORDERED that the Objection to each of the Claims listed on Exhibit A and Exhibit B to

this Order is continued to the July 19, 2004 omnibus hearing; and it is further

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]    Capitalized terms used but not defined herein are as defined in the Debtors' Fifth Omnibus Objection.

ORDERED that pursuant to Fed.R.Bankr.P. 3006 and the Notice of Withdrawal of Claim No. 5539 filed by the Texas Commission on Environmental Quality (the "TCEQ"), Claim No. 5539 of the TCEQ is hereby withdrawn (See Exhibit C); and it is further

ORDERED that the Objection to each of the Claims listed on Exhibit D to this Order is sustained and the claims are expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each of the Claims listed as indicated on Exhibit E to this Order is sustained and the claims are expunged and disallowed for all purposes; and it is further

ORDERED that Claim No. 6970 of Norfolk Southern Railway Company is disallowed and expunged for all purposes and Claim No. 7021 shall be treated as the remaining claim. As to remaining Claim No. 7021, it shall be unaffected by the Fifth Omnibus Objection; however, the Debtors retain the right to object to Claim No. 7021 on any grounds in the future upon proper notice and consistent with applicable bankruptcy rules; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

# EXHIBIT A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class*** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | AKZO NOBEL POLYMER CHEMICALS LLC<br>ATTN: MARK FILIPPINI<br>300 SOUTH RIVERSIDE PLAZA<br>22ND FLOOR NORTH<br>CHICAGO IL 60606-6697 | 01-01139<br>W.R. GRACE & CO. | 17 | $30,086.70 | (U) | OTHER (INDIVIDUAL CLAIM OBJECTION)<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 2 | ARCHER JR, DAVID L<br>706 W TEXAS<br>IOWA PARK TX 76367 | 01-01140<br>W.R. GRACE & CO.-CONN. | 602 | $1,541,849.60 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 3 | ARCHER, MICHELLE B<br>706 W TEXAS<br>IOWA PARK TX 76367 | 01-01140<br>W.R. GRACE & CO.-CONN. | 604 | $1,910,100.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 4 | BUI, KENT<br>3414 NE 22ND AVE<br>PORTLAND OR 97220 | 01-01139<br>W.R. GRACE & CO. | 1570 | BLANK | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 5 | BUI, KENT<br>3414 NE 22ND AVE<br>PORTLAND OR 97220 | 01-01139<br>W.R. GRACE & CO. | 1570 | BLANK | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 6 | BUREAU OF CUSTOMS AND BORDER PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN<br>UNKNOWN | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 7 | BUREAU OF CUSTOMS AND BORDER PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN<br>UNKNOWN | (P)<br>(U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 8 | CHI, ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 9 | CHI, ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 10 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4720 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

6/23/2004 4:08:34 PM

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 11 | CITY OF CAMBRIDGE MASSACHUSETTS C/O STEPHEN D ANDERSON ESQ ANDERSON & KREIGER LLP 43 THORNDIKE ST CAMBRIDGE MA 02141 | 01-01139 W.R. GRACE & CO. | 4722 | $14,829,000.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 12 | DAP PRODUCTS INC DBA DAP INC FINANCE DEPT 2400 BOSTON ST #200 BALTIMORE MD 21224 | 01-01139 W.R. GRACE & CO. | 12990 | $428,798.91 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 13 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE WA 98124 | 01-01140 W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 14 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE WA 98124 | 01-01139 W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 15 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE WA 98124 | 01-01140 W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 16 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE WA 98124 | 01-01139 W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 17 | MARSHALLS OF MA INC 770 COCHITUATE RD ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT FRAMINGHAM MA 01701 | 01-01140 W.R. GRACE & CO.-CONN. | 13233 | UNKNOWN | (A) | NO LIABILITY EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 18 | MARSHALLS OF MA INC 770 COCHITUATE RD ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT FRAMINGHAM MA 01701 | 01-01140 W.R. GRACE & CO.-CONN. | 13233 | UNKNOWN | (A) | UNLIQUIDATED EXPUNGE | CONTINUED TO 7/19/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

6/23/2004 4:08:34 PM

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 19 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI<br>C/O MICHAEL CROSSEN<br>DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110<br>W.R. GRACE & CO.-CONN. | 01-01140 | 9693 | UNKNOWN | (U) | NO LIABILITY<br><br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 20 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI<br>C/O MICHAEL CROSSEN<br>DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110<br>W.R. GRACE & CO.-CONN. | 01-01140 | 9693 | UNKNOWN | (U) | UNLIQUIDATED<br><br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 21 | NC DEPT OF ENVIRONMENTAL AND NATURAL RESOURCES, SUPERFUND SECTION, DIVISION OF WASTE MANAGEMENT<br>ATTN: W WALLACE FINLATOR JR<br>NC DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629<br>W.R. GRACE & CO. | 01-01139 | 13298 | $1,866,000.00 | (U) | NO LIABILITY<br><br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 22 | NEW ENGLAND CONSTRUCTIN CO INC<br>DUFFY & SWEENEY LTD<br>ONE TURKS HEAD BLDG<br>STE 1200<br>PROVIDENCE RI 02903<br>W.R. GRACE & CO. | 01-01139 | 14396 | $127,327.42 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 23 | PEARSON SR, PETER P<br>PO BOX 26301<br>TUCSON AZ 85726<br>W.R. GRACE & CO. | 01-01139 | 2281 | $741,600.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 24 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111<br>W.R. GRACE & CO.-CONN. | 01-01140 | 4704 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 25 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111<br>W.R. GRACE & CO.-CONN. | 01-01140 | 4704 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 26 | ROCCO & ZWEIFACH<br>C/O SAMUEL BARKIN<br>HELLER EHRMAN WHITE & MCAULIFFE LLP<br>120 W 45TH ST<br>NEW YORK, NY 10036<br>W.R. GRACE & CO. | 01-01139 | 1205 | $19,454.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

6/23/2004 4:08:34 PM

In re: W.R. GRACE & CO., et al

OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 27 | STATE OF OHIO ENVIRONMENTAL PROTECTION A<br>C/O TIMOTHY J KERN ASST ATT'Y GEN ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS OH 43215-3428 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9557 | UNKNOWN | (P) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 28 | STATE OF OHIO ENVIRONMENTAL PROTECTION A<br>C/O TIMOTHY J KERN ASST ATT'Y GEN ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS OH 43215-3428 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9557 | UNKNOWN | (P) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 29 | SVERDRUP CIVIL INC<br>ATTN: MICHAEL J HIGGINS<br>CHIEF OPERATING OFFICER<br>13723 RIVERPORT DRIVE<br>MARYLAND HEIGHTS MO 63043 | 01-01139<br>W.R. GRACE & CO. | 576 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 30 | SVERDRUP CIVIL INC<br>ATTN: MICHAEL J HIGGINS<br>CHIEF OPERATING OFFICER<br>13723 RIVERPORT DRIVE<br>MARYLAND HEIGHTS MO 63043 | 01-01139<br>W.R. GRACE & CO. | 576 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 31 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1694 | $351,758.00 | (A) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 32 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 1695 | $351,758.00 | (A) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 33 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1719 | $351,758.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 34 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 1720 | $351,758.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

6/23/2004 4:08:34 PM

# EXHIBIT B

## In re: W.R. GRACE & CO., et al

### OMNIBUS 5 - EXHIBIT B - CONTINUED - SURVIVING CLAIMS

**Claim To Be Expunged**

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| 1  GULF PACIFIC AMERICA INC<br><br>MAR-GULF MANAGEMENT INC<br>7083 HOLLYWOOD BLVD #600<br>HOLLYWOOD CA 90028 | 01-01139 | 1755 | $207,937.00 | (U) |
| Relief Requested: EXPUNGE<br>CONTINUED TO 7/19/04 12:00PM | | | | |

**Surviving Claim**

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| GULF PACIFIC AMERICA INC<br><br>MAR-GULF MANAGEMENT INC<br>7083 HOLLYWOOD BLVD #650<br>HOLLYWOOD CA 90028 | 01-01149 | 1756 | $207,937.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative     (S) - Secured
(P) - Priority             (U) - Unsecured

# EXHIBIT C

Hearing Date: June 21, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS PO BOX 12548 AUSTIN TX 78711-2548 | 01-01194 | 5539 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | WITHDRAWN |
| 2 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS PO BOX 12548 AUSTIN TX 78711-2548 | 01-01194 | 5539 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

6/14/2004 12:17:25 PM

# EXHIBIT D

Hearing Date: June 21, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ACCOUNTEMPS<br>DIV OF ROBERT HALF INTERNATIONAL<br>ATTN: KAREN LIMA<br>5720 STONERIDGE DR SUITE 3<br>PLEASANTON CA 94588-2700 | 01-01151<br>DEL TACO RESTAURANTS, INC. | 60 | $2,823.91 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 2 | ALLIED WASTE INDUSTRIES INC<br>15880 N GREENWAY HAYDEN LOOP<br>SCOTTSDALE AZ 85260 | 01-01140<br>W.R. GRACE & CO.-CONN. | 164 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 3 | ALLIED WASTE INDUSTRIES INC<br>15880 N GREENWAY HAYDEN LOOP<br>SCOTTSDALE AZ 85260 | 01-01140<br>W.R. GRACE & CO.-CONN. | 164 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |
| 4 | ARTHUR ANDERSEN LLP<br>33 W MONROE ST<br>CHICAGO IL 60603-5385 | 01-01139<br>W.R. GRACE & CO. | 2629 | $5,100.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 5 | CHEMSTATION MID-ATLANTIC<br>ATTN: DAVID SINGER<br>4815 HOLLINS FERRY RD STE A<br>BALTIMORE MD 21227 | 01-01139<br>W.R. GRACE & CO. | 1585 | $430.84 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 6 | COASTAL CONSTRUCTION PRODUCTS INC<br>CORPORATE HEADQUARTERS<br>1901 SERVICE ST<br>JACKSONVILLE FL 32207 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8555 | $6,021,857.00 | (P) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 7 | COVERALL OF CHICAGO<br>3202 A WOODCREEK<br>DOWNERS GROVE IL 60515 | 01-01139<br>W.R. GRACE & CO. | 1881 | $142.62 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 8 | CROSSROADS INDUSTRIAL PARK INC<br>C/O SCOTT ESTELLE PRESIDENT<br>PO BOX 220<br>WEEDSPORT NY 13166 | 01-01139<br>W.R. GRACE & CO. | 874 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 9 | CROSSROADS INDUSTRIAL PARK INC<br>C/O SCOTT ESTELLE PRESIDENT<br>PO BOX 220<br>WEEDSPORT NY 13166 | 01-01139<br>W.R. GRACE & CO. | 874 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |
| 10 | DAVIS COUNTY ASSESSOR<br>PO BOX 618<br>FARMINGTON UT 84025 | 01-01151<br>DEL TACO RESTAURANTS, INC. | 2251 | $2,456.19 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative<br>(P) - Priority

(S) - Secured<br>(U) - Unsecured

6/23/2004 4:10:40 PM

In re: W.R. GRACE & CO., et al

OMNIBUS 5 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 11 | DE LAGE LANDEN FINANCIAL SERVICES INC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | 01-01139<br>W.R. GRACE & CO. | 7723 | $10,473.22 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 12 | DE LAGE LANDEN FINANCIAL SERVICES INC<br>F/K/A TOKAI FINANCIAL<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | 01-01139<br>W.R. GRACE & CO. | 7724 | $270,344.01 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 13 | DEPARTMENT OF THE TREASURY- INTERNAL REVE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01139<br>W.R. GRACE & CO. | 15360 | $10,177.92 | (P) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 14 | DEPT OF REVENUE STATE OF MISSOURI<br>STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY MO 65105 | 01-01140<br>W.R. GRACE & CO.-CONN. | 590 | $1,081.37 | (A) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 15 | DUNBAR, WILLIAM B<br>C/O TED N PETTIT<br>CASE BIGELOW & LOMBARDI<br>737 BISHOP ST STE 2600<br>HONOLULU HI 96813 | 01-01139<br>W.R. GRACE & CO. | 2637 | $22,745.25 | (U) | ASSUMED CONTRACT<br>EXPUNGE | SUSTAINED |
| 16 | EASTERN CONTROLS INC<br>PO BOX 519<br>EDGEMONT PA 19028 | 01-01139<br>W.R. GRACE & CO. | 2172 | $3,388.35 | (U) | OTHER (INDIVIDUAL CLAIM OBJECTION)<br>EXPUNGE | SUSTAINED |
| 17 | EDWARD C WHITNEY & SONS INC<br>PO BOX 474<br>WILMINGTON MA 01887 | 01-01139<br>W.R. GRACE & CO. | 1253 | $941.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 18 | EXHIBIT SURVEYS INC<br>D&B RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 423 | $2,600.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 19 | FIRST NORTHERN STAR LLC<br>C/O JOHN D DEMMY ESQ<br>STEVENS & LEE PC<br>300 DELAWARE AVE<br>8TH FLR STE 800<br>WILMINGTON DE 19801 | 01-01139<br>W.R. GRACE & CO. | 13949 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

6/23/2004 4:10:40 PM

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 5 - EXHIBIT D - SUSTAINED - EXPUNGE**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 20 | FIRST NORTHERN STAR LLC C/O JOHN D DEMMY ESQ STEVENS & LEE PC 300 DELAWARE AVE 8TH FLR STE 800 WILMINGTON DE 19801 | 01-01139 W.R. GRACE & CO. | 13949 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | SUSTAINED |
| 21 | GEORGIA DEPT OF REVENUE DEPT OF REVENUE PO BOX 38143 ATLANTA GA 30334 CC PARTNERS | 01-01198 | 583 | $35,500.00 $7,500.00 | (P) (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 22 | GOYEN VALVE CORP 1195 AIRPORT RD LAKEWOOD NJ 08701 | 01-01139 W.R. GRACE & CO. | 1353 | $178.95 | (U) | OTHER (INDIVIDUAL CLAIM OBJECTION) EXPUNGE | SUSTAINED |
| 23 | GRAYBAR ELECTRIC COMPANY INC 299 GARLINGTON RD GREENVILLE SC 29615 | 01-01139 W.R. GRACE & CO. | 1265 | $522.56 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 24 | HAGEN, STREIFF, NEWTON & OSHIRO 4667 MACARTHUR BLVD STE 400 NEWPORT BEACH CA 92660 | 01-01139 W.R. GRACE & CO. | 661 | $7,481.72 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 25 | HAGEN, STREIFF, NEWTON & OSHIRO 4667 MACARTHUR BLVD STE 400 NEWPORT BEACH CA 92660 | 01-01139 W.R. GRACE & CO. | 662 | $21,168.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 26 | HAMMER, LYNN K 7709 GROVEWOOD DR LAKE WORTH FL 33467 | 01-01140 W.R. GRACE & CO.-CONN. | 1709 | $5,000.00 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 27 | HUGHES ASSOCIATES INC CCG 317 S BRAND BLVD GLENDALE CA 91204 | 01-01139 W.R. GRACE & CO. | 680 | $10,000.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 28 | INTERTAPE POLYMER CORP 110 E MONTEE DE LIESSE ST LAURENT QC H4T 1N4 CANADA | 01-01139 W.R. GRACE & CO. | 1836 | $12,005.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 29 | KANEB PIPE LINE OPERATING PARTNERSHIP LP EDWARD D DOHERTY 2435 N CENTRAL EXPWY STE 700 RICHARDSON TX 75080 | 01-01140 W.R. GRACE & CO.-CONN. | 4208 | $6,250,258.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 30 | OFFICE DEPOT INC ROBBIE SMITH ACCS 2200 OLD GERMANTOWN RD DELRAY BEACH FL 33445 | 01-01139 W.R. GRACE & CO. | 443 | $4,758.17 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional amounts, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

6/23/2004 4:10:40 PM

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 31 | PETERS SMITH & CO<br>C/O CHARLES C TRASCHER III<br>PO BOX 2055<br>MONROE LA 71207 | 01-01139<br>W.R. GRACE & CO. | 9689 | $50,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 32 | PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON CT 05484-4361 | 01-01139<br>W.R. GRACE & CO. | 15164 | $51,244.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 33 | PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br><br>SHELTON CT 05484-4361 | 01-01139<br>W.R. GRACE & CO. | 15366 | $20,708.76 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 34 | PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON CT 05484-5151 | 01-01139<br>W.R. GRACE & CO. | 2708 | $1,001.58 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 35 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13302 | UNKNOWN | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 36 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13303 | UNKNOWN | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 37 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13304 | $438,445.00 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 38 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13302 | UNKNOWN | (S) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |
| 39 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13303 | UNKNOWN | (S) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative       (S) - Secured
(P) - Priority              (U) - Unsecured

6/23/2004 4:10:40 PM

In re: W.R. GRACE & CO., et al

OMNIBUS 5 - EXHIBIT D - SUSTAINED - EXPUNGE

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 40 | SAP AMERICA INC<br>BROWN & CONNERY LLP<br>ATTN: STEPHANIE NOLAN DEVINEY<br>PO BOX 539<br>360 HADDON AVENUE<br>WESTMONT NJ 08108 | 01-01140<br>W.R. GRACE & CO.-CONN. | 161 | $2,250.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 41 | SNACK INC<br>C/O NEWCO MANAGEMENT COMPANY LLC<br>ATTN: VAHE MELKONIAN<br>6320 CANOGA AVE #1430<br>WOODLAND HILLS CA 91367 | 01-01139<br>W.R. GRACE & CO. | 5740 | $543,258.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 42 | SOLVAY MINERALS INC<br>3333 RICHMOND AVE<br>HOUSTON TX 77098 | 01-01140<br>W.R. GRACE & CO.-CONN. | 410 | $56,894.70 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 43 | SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN: CREDIT & PAYMENT SERVICES<br>2131 WALNUT GROVE AVE<br>ROSEMEAD CA 91770 | 01-01139<br>W.R. GRACE & CO. | 6 | $16,100.53 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 44 | SUFFOLK COUNTY TREASURER<br>C/O OFFICE OF ROBERT J CIMINO<br>SUFFOLK COUNTY ATTORNEY<br>H LEE DENNISON BLDG<br>100 VETERANS MEMORIAL HWY<br>HAUPPAUGE NY 11788-0099 | 01-01139<br>W.R. GRACE & CO. | 370 | $27,124.09 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 45 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 5540 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 46 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 5540 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |
| 47 | WEEDSPORT ASSOCIATES LLC<br>C/O SCOTT ESTELLE PRESIDENT<br>CROSSROADS INDUSTRIAL PARK INC<br>PO BOX 220<br>WEEDSPORT NY 13166 | 01-01139<br>W.R. GRACE & CO. | 873 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

6/23/2004 4:10:40 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT D - SUSTAINED - EXPUNGE

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 48 WEEDSPORT ASSOCIATES LLC C/O SCOTT ESTELLE PRESIDENT CROSSROADS INDUSTRIAL PARK INC PO BOX 220 WEEDSPORT NY 13166 | 01-01139 W.R. GRACE & CO. | 873 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

Page 6 of 6

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

6/23/2004 4:10:40 PM

# EXHIBIT E

## In re: W.R. GRACE & CO., et al

### OMNIBUS 5 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | AE DOOR & WINDOW SALES<br>1260 W SHARON RD<br>CINCINNATI OH 45240<br>Relief Requested: EXPUNGE | 01-01139 | 2101 | $339.00 | (P) | | AE DOOR SALES & SERVICE INC<br>1260 W SHARON RD<br>CINCINNATTI OH 45240 | 01-01140 | 958 | $339.00 | (U) |
| 2 | BULK LIFT INTERNATIONAL INCORPORATED<br>C/O CHRISTOPHER COMBEST<br>ALTHEIMER & GRAY<br>10 S WACKER DR, SUITE 4000<br>CHICAGO IL 60606<br>Relief Requested: EXPUNGE | 01-01139 | 9564 | $33,485.00 | (U) | | BULK LIFT INTERNATIONAL INCORPORATED<br>C/O CHRISTOPHER COMBEST<br>ALTHEIMER & GRAY<br>10 S WACKER DR, SUITE 4000<br>CHICAGO IL 60606 | 01-01140 | 9565 | $33,485.00 | (U) |
| 3 | CENTRAL FIBER CORP<br>4814 FIBER LN<br>WELLSVILLE KS 66092<br>Relief Requested: EXPUNGE | 01-01139 | 1390 | $60,728.39 | (U) | | CENTRAL FIBER CORPORATION<br>4814 FIBER LANE<br>WELLSVILLE KS 66092 | 01-01140 | 343 | $60,728.39 | (U) |
| 4 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ADAMS & GRAHAM LP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br>Relief Requested: EXPUNGE | 01-01139 | 8759 | $22,059.52 | (U) | | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ADAMS & GRAHAM LLP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9175 | $22,059.52 | (U) |
| 5 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF JOHNSON TOMLIN &<br>JOHNSON<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br>Relief Requested: EXPUNGE | 01-01139 | 8760 | $20,309.82 | (U) | | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF JOHNSON TOMLIN &<br>JOHNSON<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9176 | $20,309.82 | (U) |
| 6 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF COCHRANE COMPRESSOR<br>CO<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br>Relief Requested: EXPUNGE | 01-01139 | 8762 | $30,538.00 | (U) | | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF COCHRANE COMPRESSOR CO<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9178 | $30,538.00 | (U) |

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

6/16/2004 10:48:10 AM

# In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| Claims To Be Expunged | | | | | Surviving Claim | | | | |
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars** | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars** | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|
| 7 CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF BERENFIELD CONTAINERS ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 | 01-01139 | 8763 Relief Requested: EXPUNGE | $30,672.70 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF BERENFIELD CONTAINERS ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9179 | $30,672.70 | (U) |
| 8 CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF INDUSTRIAL SERVICE PRODUCTS CO ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 | 01-01139 | 8764 Relief Requested: EXPUNGE | $26,831.15 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF INDUSTRIAL SERVICE PRODUCTS CO ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9180 | $26,831.15 | (U) |
| 9 CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF REICHHOLD CHEMICALS ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 | 01-01139 | 8765 Relief Requested: EXPUNGE ○ | $56,347.52 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF REICHHOLD CHEMICALS ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9181 | $56,347.52 | (U) |
| 10 CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF LA CHEMICALS LTD ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 | 01-01139 | 8766 Relief Requested: EXPUNGE | $32,289.15 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF LA CHEMICALS LTD ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9182 | $32,289.15 | (U) |
| 11 CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF ASCO PNEUMATIC CONTROLS ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 | 01-01139 | 8767 Relief Requested: EXPUNGE | $38,971.80 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF ASCO PNEUMATIC CONTROLS ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9183 | $38,971.30 | (U) |
| 12 CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF DOWIE LTD DBA SDI ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 | 01-01139 | 8768 Relief Requested: EXPUNGE | $29,026.48 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF DOWIE LTD D/B/A SDI ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9184 | $29,026.48 | (U) |

**(A) - Administrative     (S) - Secured
(P) - Priority               (U) - Unsecured

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

### Claims to be Expunged

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| 13 CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF FIDELITY & DEPOSIT COMPANY OF MD<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139 | 8769<br>Relief Requested: EXPUNGE | $56,894.70 | (U) |
| 14 CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF GENERAL STEEL DRUM CORPORATION<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139 | 8771<br>Relief Requested: EXPUNGE | $15,523.00 | (U) |
| 15 CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF POREX MED PROD GRP DBA KIPP GROUP<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139 | 8772<br>Relief Requested: EXPUNGE | $25,391.70 | (U) |
| 16 CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF AT&T CORP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9186<br>Relief Requested: EXPUNGE | $952,979.56 | (U) |
| 17 CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF GENERAL ELECTRIC COMPANY<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01139 | 9208<br>Relief Requested: EXPUNGE | $22,389.88 | (U) |

### Surviving Claims

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF FIDELITY & DEPOSIT OF MARYLAND<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9185 | $56,894.70 | (U) |
| CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF GENERAL STEEL DRUM CORP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9187 | $15,523.00 | (U) |
| CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF POREX MED PROD GRP DBA KIPP GROUP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9188 | $25,391.70 | (U) |
| CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF AT&T<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139 | 8770 | $952,979.56 | (U) |
| CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF GENERAL ELECTRIC CO<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9189 | $22,389.88 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

6/16/2004 10:48:10 AM

## In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 18 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF CAPERS CLEVELAND DESIGN INC ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830<br><br>Relief Requested: EXPUNGE | 01-01139 | 9209 | $40,708.10 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF CAPERS CLEVELAND DESIGN INC ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9190 | $40,708.10 | (U) |
| 19 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF ANDREW & KURTH MAYOR DAY CALDWELL & KEETON LLP ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830<br><br>Relief Requested: EXPUNGE | 01-01139 | 9210 | $148,193.63 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF ANDREW & KURTH MAYOR DAY CALDWELL & KEETON LLP ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9191 | $148,193.63 | (U) |
| 20 | H W FIORI & SON INC 407 JACK ST BALTIMORE MD 21225<br><br>Relief Requested: EXPUNGE | 01-01139 | 1083 | $58,427.00 | (P) | H W FIORI & SON INC 407 JACK ST BALTIMORE MD 21225 | 01-01140 | 858 | $58,427.00 | (U) |
| 21 | HOLME ROBERTS & OWEN LLP C/O ELIZABETH K FLAAGAN 1700 LINCOLN ST STE 4100 DENVER CO 80203<br><br>Relief Requested: EXPUNGE | 01-01194 | 6929 | $442,783.06 | (U) | HOLME ROBERTS & OWEN LLP C/O ELIZABETH K FLAAGAN 1700 LINCOLN ST STE 4100 DENVER CO 80203 | 01-01139 | 6928 | $442,783.06 | (U) |
| 22 | HOLME ROBERTS & OWEN LLP C/O ELIZABETH K FLAAGAN 1700 LINCOLN ST STE 4100 DENVER CO 80203<br><br>Relief Requested: EXPUNGE | 01-01166 | 6930 | $442,783.06 | (U) | HOLME ROBERTS & OWEN LLP C/O ELIZABETH K FLAAGAN 1700 LINCOLN ST STE 4100 DENVER CO 80203 | 01-01139 | 6928 | $442,783.06 | (U) |
| 23 | HOLME ROBERTS & OWEN LLP C/O ELIZABETH K FLAAGAN 1700 LINCOLN ST STE 4100 DENVER CO 80203<br><br>Relief Requested: EXPUNGE | 01-01140 | 6931 | $442,783.06 | (U) | HOLME ROBERTS & OWEN LLP C/O ELIZABETH K FLAAGAN 1700 LINCOLN ST STE 4100 DENVER CO 80203 | 01-01139 | 6928 | $442,783.06 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative (P) - Priority
(S) - Secured (U) - Unsecured

6/16/2004 10:48:10 AM

# In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT E - SUSTAINED - SURVIVING CLAIMS

| Claim to be Expunged | | | | | Surviving Claim | | | | |
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 24 JAMESON, CRAIG E<br>305 MIDDLE RD<br>BREUTWOOD NH 03833<br>Relief Requested: EXPUNGE | 01-01139 | 13703 | $4,577.59 | (U) | JAMESON, CRAIG E<br>305 MIDDLE RD<br>BREUTWOOD NH 03833 | 01-01140 | 13702 | $4,577.59 | (U) |
| 25 NORFOLK SOUTHERN RAILWAY COMPANY<br>C/O WILLIAM H JOHNSON<br>THREE COMMERCIAL PLACE<br>NORFOLK VA 23510-9242<br>Relief Requested: EXPUNGE | 01-01139 | 6970 | $1,584,182.18 | (U) | NORFOLK SOUTHERN RAILWAY COMPANY<br>C/O WILLIAM H JOHNSON<br>THREE COMMERCIAL PLACE<br>NORFOLK VA 23510-9242 | 01-01140 | 7021 | $1,584,182.18 | (U) |
| 26 PETROLEUM SERVICE CORPORATION<br>PO BOX 3517<br>BATON ROUGE LA 70821<br>Relief Requested: EXPUNGE | 01-01139 | 449 | $720.99 | (U) | PETROLEUM SERVICE CORPORATION<br>PO BOX 3517<br>BATON ROUGE LA 70821 | 01-01140 | 448 | $720.99 | (U) |
| 27 SPENCER FANE BRITT & BROWNE LLP<br>1000 WALNUT STE 1400<br>ATTN LISA A EPPS ESQ<br>KANSAS CITY MO 64106<br>Relief Requested: EXPUNGE | 01-01140 | 9567 | $19,072.51 | (U) | SPENCER FANE BRITT & BROWNE LLP<br>1000 WALNUT STE 1400<br>ATTN LISA A EPPS ESQ<br>KANSAS CITY MO 64106 | 01-01194 | 9568 | $19,072.51 | (U) |
| 28 WINSTELL CONTROLS, INC<br>1423 QUEEN CITY AVE<br>CINCINNATI OH 45214<br>Relief Requested: EXPUNGE | 01-01140 | 28 | $280.41 | (U) | WINSTELL CONTROLS, INC<br>1423 QUEEN CITY AVE<br>CINCINNATI OH 45214 | 01-01139 | 897 | $280.41 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

6/16/2004 10:48:11 AM