## EXHIBIT A

**Business Operations (.10 Hours; $ 68.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/21/04 | PVL | 685.00 | 0.10 | Review LTC 1st quarter '04 fin. report. |

**Total Task Code .03      .10**

**Case Administration (16.50 Hours; $ 6,366.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.40 | $685 | 4,384.00 |
| Julie W. Davis | .40 | $520 | 208.00 |
| Rita C. Tobin | .80 | $375 | 300.00 |
| Robert C. Spohn | 2.50 | $180 | 450.00 |
| Andrew D. Katznelson | 6.40 | $160 | 1,024.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/03/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 05/03/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/03/04 (.1). |
| 05/03/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 05/04/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/04/04 (.2). |

{D0022998:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/04/04 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for RCT, TB and ADK. |
| 05/05/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/05/04 (.1). |
| 05/06/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/6/04 (.2). |
| 05/06/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 05/10/04 | PVL | 685.00 | 0.10 | Review 3 miscellaneous filings. |
| 05/10/04 | RCT | 375.00 | 0.20 | Update EI re: local counsel recommendations. |
| 05/10/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/10/04 (.2). |
| 05/11/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/11/04 (.1). |
| 05/11/04 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT; Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 05/12/04 | PVL | 685.00 | 1.60 | Review 7 miscellaneous filings (.1); review UCC response re FCR (.2); review Certain Ins. response re FCR (1.3). |
| 05/12/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/12/04 (.1). |
| 05/13/04 | PVL | 685.00 | 0.80 | Teleconference Pearson (.1); review Grace reply re MDEP set-off (.1); prep for hearing re FCR retention (.6). |
| 05/13/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/13/04 (.1). |

{D0022998:1 }

Table

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/14/04 | PVL | 685.00 | 0.20 | Teleconference Hurford (.1); review Hurford e-mails (.1). |
| 05/14/04 | JWD | 520.00 | 0.40 | Review weekly calendar, recommendation memos |
| 05/17/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 05/17/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/17/04 (.2). |
| 05/18/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/18/04 (.2). |
| 05/18/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI. |
| 05/19/04 | PVL | 685.00 | 0.30 | Teleconference EI (.1); review Libby depo motion (.1); review agenda letter (.1). |
| 05/19/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/19/04 (.1). |
| 05/20/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 05/20/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/20/04 (.2). |
| 05/20/04 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT; perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 05/21/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/21/04 (.2). |
| 05/21/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 05/24/04 | PVL | 685.00 | 2.90 | Attend omni hearing. |

{D0022998:1}

| Date | Attorney | Rate | Hours | Description |
|---|---|---|---|---|
| 05/24/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/24/04 (.1). |
| 05/24/04 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 05/25/04 | PVL | 685.00 | 0.30 | Telephone call from EI regarding omni hearing (.2), review 2d claims status report (.1). |
| 05/25/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/25/04 (.1). |
| 05/26/04 | PVL | 685.00 | 0.20 | Telephone call from Hurford (.1), review Eskin memo (.1). |
| 05/26/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/26/04 (.2). |
| 05/26/04 | ADK | 160.00 | 0.40 | Review, classify and annotate relevant materials from Third Circuit Recusal matter for EI. |
| 05/27/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/27/04 (.1). |
| 05/28/04 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI; perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI and RCT. |

**Total Task Code .04**        **16.50**


**Claims Analysis Objections & Resolution (Asbestos) (6.80 Hours; $ 1,844.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |
| John P. Cunningham | 6.70 | $265 | 1,775.50 |

{D0022998:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/09/04 | PVL | 685.00 | 0.10 | Review Grace obj re Libby depos. |
| 05/10/04 | JPC | 265.00 | 2.20 | Review developments in asbestos litigation re: claims analysis. |
| 05/11/04 | JPC | 265.00 | 1.80 | Review developments in asbestos litigation re: claims analysis. |
| 05/12/04 | JPC | 265.00 | 1.40 | Review developments in asbestos litigation and update organization project re: same. |
| 05/13/04 | JPC | 265.00 | 1.30 | Review developments in asbestos litigation and update organization project re: same |

**Total Task Code .05        6.80**


**Committee, Creditors', Noteholders' or Equity Holders'(1.50 Hours; $ 1,094.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $780 | 546.00 |
| Peter Van N. Lockwood | .80 | $685 | 548.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/20/04 | PVL | 685.00 | 0.50 | Prep for omni hearing (.4); review UST et al resps. re FCR ret. (.1). |
| 05/21/04 | PVL | 685.00 | 0.30 | Teleconference EI re omni hearing (.1); prep for hearing (.2). |
| 05/21/04 | EI | 780.00 | 0.20 | Memo re: status. |
| 05/25/04 | EI | 780.00 | 0.50 | T/c PVNL and report to Committee re: Hearing. |

**Total Task Code .07        1.50**


**Fee Applications, Applicant (4.30 Hours; $ 967.50)**

{D0022998:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.30 | $375 | 487.50 |
| Andrew D. Katznelson | 3.00 | $160 | 480.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/11/04 | RCT | 375.00 | 0.50 | Review pre bills. |
| 05/12/04 | RCT | 375.00 | 0.30 | Review exhibits for fee apps. |
| 05/12/04 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 05/13/04 | RCT | 375.00 | 0.50 | Review fee apps. |
| 05/14/04 | ADK | 160.00 | 0.50 | Worked on fee application. |
| 05/26/04 | ADK | 160.00 | 1.50 | Worked on fee application. |

**Total Task Code .12      4.30**

**Fee Applications, Others (.20 Hours; $ 137.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $685 | 137.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/19/04 | PVL | 685.00 | 0.10 | Review 5 fee applications. |
| 05/23/04 | PVL | 685.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13      .20**

**Litigation and Litigation Consulting (1.10 Hours; $ 594.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

{D0022998:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $780 | 234.00 |
| Albert G. Lauber | .20 | $540 | 108.00 |
| Trevor W. Swett | .10 | $520 | 52.00 |
| Nathan D. Finch | .20 | $440 | 88.00 |
| Rita C. Tobin | .30 | $375 | 112.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/13/04 | NDF | 440.00 | 0.20 | Send and receive email corresp. re: various case issues (.2) |
| 05/17/04 | RCT | 375.00 | 0.30 | Review 3rd Circuit opinion re: Wolin recusal. |
| 05/17/04 | EI | 780.00 | 0.20 | 3d Circuit Wolin decision. [Total time of 1.0 divided among Owens Corning, USG, Grace, Armstrong and Federal-Mogul.] |
| 05/18/04 | AGL | 540.00 | 0.20 | Review pending orders and motions. |
| 05/25/04 | TWS | 520.00 | 0.10 | Read EI memo: re exclusivity |
| 05/27/04 | EI | 780.00 | 0.10 | Memo to Budd/Cooney re: Libby. |

**Total Task Code .16         1.10**


**Plan & Disclosure Statement (1.80 Hours; $ 1,366.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.40 | $780 | 1,092.00 |
| Peter Van N. Lockwood | .40 | $685 | 274.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/05/04 | EI | 780.00 | 0.20 | Memo re: Libby. |
| 05/06/04 | EI | 780.00 | 0.50 | T/c Cooney re: Futures Rep. |
| 05/07/04 | EI | 780.00 | 0.40 | T/c Cooney re: Futures Rep and t/c Eskin re: same (.3); review of draft (.1). |
| 05/08/04 | EI | 780.00 | 0.30 | Read Libby correspondence. |

| 05/09/04 | PVL | 685.00 | 0.20 | Review Heberling letter and attachments re TDP. |
| 05/10/04 | PVL | 685.00 | 0.20 | Teleconference EI re POR. |

**Total Task Code .17**  **1.80**

**Travel-Non Working (2.40 Hours; $ 822.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.40 | $342.50 | 822.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/24/04 | PVL | 342.50 | 2.40 | Travel to/from Pittsburgh (1/2)/ |

**Total Task Code .21**  **2.40**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $16.38 |
| Meals Related to Travel | $6.95 |
| Travel Expenses - Ground Transportation | $92.00 |
| Xeroxing | $153.90 |
| Telecopier/Equitrac | $6.90 |
| Long Distance-Equitrac In-House | $0.14 |
| NYO Long Distance Telephone | $18.07 |
| **Total for Report** | **$294.34** |

{D0022998:1 }