**EXHIBIT B**

**Business Operations (.1 Hours; $ 68.50)**

   Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**   .1

**Case Administration (16.5 Hours; $ 6,366.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   16.5

**Claim Analysis Objection & Resolution (Asbestos) (6.8 Hours; $ 1,844.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**   6.8

**Committee, Creditors', Noteholders' or Equity Holders' (1.5 Hours; $1,094.00)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**   1.5

**Fee Applications, Applicant (4.3 Hours; $ 967.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**   4.3

**Fee Applications, Others (.2 Hours; $ 137.00)**

{D0022999:1 }
DOC#151898

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          .2**

**Litigation and Litigation Consulting (1.1 Hours; $ 594.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          1.1**

**Plan and Disclosure Statement (1.8 Hours; $ 1,366.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          1.8**

**Travel –Non Working (2.4 Hours; $ 822.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half and attorney's usual hourly rate.

**Total Task Code .21          2.4**