## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $16.38 |
| Meals Related to Travel | $6.95 |
| Travel Expenses - Ground Transportation | $92.00 |
| Xeroxing | $153.90 |
| Telecopier/Equitrac | $6.90 |
| Long Distance-Equitrac In-House | $0.14 |
| NYO Long Distance Telephone | $18.07 |
| **Total for Report** | **$294.34** |

{D0023000:1 }