| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter      000 | Disbursements | 6/22/2004 |
| | | Print Date/Time: |
| | | 06/22/2004 |
| | | 11:13:07AM |
| Attn: | | Invoice # |

PREBILL / CONTROL REPORT

Trans Date Range:   1/1/1950  to: 5/31/2004

**Matter      000**
**Disbursements**
Bill Cycle:        Monthly          Style:        i1          Start:    4/16/2001

Last Billed : 5/30/2004                                13,655

Trust Amount Available

Total Expenses Billed To Date        $237,980.94

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N. Lockwood | 0.00 | 98.95 | 0.00 | 98.95 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 16.38 | 0.00 | 16.38 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 8.55 | 0.00 | 8.55 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 70.50 | 0.00 | 70.50 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 99.96 | 0.00 | 99.96 |
| | | | **0.00** | **294.34** | **0.00** | **294.34** |
| **Total Fees** | | | | | | |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1637907 | Photocopy | E | 05/03/2004 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 0.90 |
| 1637932 | Photocopy | E | 05/03/2004 | 0238 | SLG | 0.00 | | $4.50 | 0.00 | | $4.50 | 5.40 |
| 1637938 | Photocopy | E | 05/03/2004 | 0999 | C&D | 0.00 | | $15.30 | 0.00 | | $15.30 | 20.70 |
| 1638933 | Air Freight & Express Mail - Federal Express delivery on 4/23 to L. Przybylek | E | 05/07/2004 | 0120 | EI | 0.00 | | $2.36 | 0.00 | | $2.36 | 23.06 |
| 1639830 | Photocopy | E | 05/07/2004 | 0999 | C&D | 0.00 | | $2.10 | 0.00 | | $2.10 | 25.16 |
| 1639928 | Photocopy | E | 05/07/2004 | 0999 | C&D | 0.00 | | $23.25 | 0.00 | | $23.25 | 48.41 |
| 1639931 | Photocopy | E | 05/07/2004 | 0999 | C&D | 0.00 | | $1.50 | 0.00 | | $1.50 | 49.91 |
| 1640294 | Photocopy | E | 05/10/2004 | 0999 | C&D | 0.00 | | $3.00 | 0.00 | | $3.00 | 52.91 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                                          Page:    1
Matter      000                   Disbursements                                                                                                     6/22/2004
                                                                                                                                            Print Date/Time:
                                                                                                                                                 06/22/2004
                                                                                                                                                11:13:07AM
Attn:                                                                                                                                            Invoice #
1640687    Equitrac - Long Distance to 2123999067           E   05/11/2004    0999    C&D      0.00        $0.05        0.00       $0.05         52.96
1640971    Photocopy                                        E   05/11/2004    0238    SLG      0.00       $10.80        0.00      $10.80         63.76
1641825    Photocopy                                        E   05/12/2004    0238    SLG      0.00        $1.80        0.00       $1.80         65.56
1641832    Photocopy                                        E   05/12/2004    0238    SLG      0.00       $20.40        0.00      $20.40         85.96
1642713    Equitrac - Long Distance to 8054993572           E   05/13/2004    0999    C&D      0.00        $0.09        0.00       $0.09         86.05
1642992    Federal Express to Joseph Rice from EI on 5/5    E   05/14/2004    0120    EI       0.00       $14.02        0.00      $14.02        100.07
1643496    Photocopy                                        E   05/14/2004    0999    C&D      0.00        $3.30        0.00       $3.30        103.37
1643523    Photocopy                                        E   05/14/2004    0999    C&D      0.00       $10.20        0.00      $10.20        113.57
1643525    Photocopy                                        E   05/14/2004    0999    C&D      0.00        $3.30        0.00       $3.30        116.87
1643527    Photocopy                                        E   05/14/2004    0999    C&D      0.00        $0.90        0.00       $0.90        117.77
1644074    Photocopy                                        E   05/17/2004    0238    SLG      0.00       $12.60        0.00      $12.60        130.37
1644076    Photocopy                                        E   05/17/2004    0238    SLG      0.00        $1.50        0.00       $1.50        131.87
1644088    Photocopy                                        E   05/17/2004    0232    LK       0.00        $0.45        0.00       $0.45        132.32
1644430    Photocopy                                        E   05/18/2004    0999    C&D      0.00        $3.90        0.00       $3.90        136.22
1644524    Photocopy                                        E   05/18/2004    0238    SLG      0.00        $8.10        0.00       $8.10        144.32
1645167    Photocopy                                        E   05/19/2004    0232    LK       0.00        $5.85        0.00       $5.85        150.17
1645182    Photocopy                                        E   05/19/2004    0238    SLG      0.00        $6.00        0.00       $6.00        156.17
1646046    Photocopy                                        E   05/21/2004    0232    LK       0.00        $1.80        0.00       $1.80        157.97
1646867    Photocopy                                        E   05/24/2004    0999    C&D      0.00        $0.90        0.00       $0.90        158.87
1646889    Photocopy                                        E   05/24/2004    0238    SLG      0.00        $4.80        0.00       $4.80        163.67
1647176    Fax Transmission to 12145239159                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        163.97
1647177    Fax Transmission to 12145239157                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        164.27
1647180    Fax Transmission to 12145239158                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        164.57
1647181    Fax Transmission to 12145991171                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        164.87
1647184    Fax Transmission to 12148248100                  E   05/25/2004    0999    C&D      0.00        $0.45        0.00       $0.45        165.32
1647187    Fax Transmission to 17136501400                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        165.62
1647189    Fax Transmission to 13125516759                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        165.92
1647191    Fax Transmission to 18432169290                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        166.22
1647193    Fax Transmission to 14067527124                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        166.52
1647195    Fax Transmission to 13026565875                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        166.82
1647197    Fax Transmission to 15108354913                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        167.12
1647199    Fax Transmission to 12165750799                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        167.42
1647200    Fax Transmission to 13053796222                  E   05/25/2004    0999    C&D      0.00        $0.45        0.00       $0.45        167.87
1647202    Fax Transmission to 14124718308                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        168.17
1647203    Fax Transmission to 12123440994                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        168.47
1647206    Fax Transmission to 12123445462                  E   05/25/2004    0999    C&D      0.00        $0.15        0.00       $0.15        168.62
1647207    Fax Transmission to 12123445461                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        168.92
1647209    Fax Transmission to 12123445462                  E   05/25/2004    0999    C&D      0.00        $0.15        0.00       $0.15        169.07
1647210    Fax Transmission to 16179510679                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        169.37
1647212    Fax Transmission to 18432169450                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        169.67
1647213    Fax Transmission to 18432169440                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        169.97
1647217    Fax Transmission to 13024269947                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        170.27
1647220    Fax Transmission to 14122615066                  E   05/25/2004    0999    C&D      0.00        $0.30        0.00       $0.30        170.57
1647323    Photocopy                                        E   05/25/2004    0232    LK       0.00        $0.45        0.00       $0.45        171.02
1647719    Photocopy                                        E   05/26/2004    0999    C&D      0.00        $6.30        0.00       $6.30        177.32
1647771    NYO Long Distance Telephone                      E   05/27/2004    0999    C&D      0.00        $9.38        0.00       $9.38        186.70
1647779    NYO Long Distance Telephone                      E   05/27/2004    0999    C&D      0.00        $7.27        0.00       $7.27        193.97
1647790    NYO Long Distance Telephone                      E   05/27/2004    0999    C&D      0.00        $1.42        0.00       $1.42        195.39
1649317    Petty Cash  PVNL travel expenses to Pittsburgh   E   05/28/2004    0020    PVL      0.00       $92.00        0.00      $92.00        287.39
           on 5/24
1649318    Petty Cash  Lunch for PVNL in Pittsburgh on 5/24 E   05/28/2004    0020    PVL      0.00        $6.95        0.00       $6.95        294.34
Total Expenses                                                                                 0.00      $294.34        0.00     $294.34


                   Matter Total Fees                                                                        0.00                    0.00


                   Matter Total Expenses                                                                  294.34                  294.34


                   Matter Total                                                                0.00       294.34        0.00      294.34




                   Prebill Total Fees
```

| | | | | |
|---|---|---|---|---|
| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | | | Page:  1 |
| Matter     000 | Disbursements | | | 6/22/2004 |
| | | | | Print Date/Time: |
| | | | | 06/22/2004 |
| | | | | 11:13:07AM |
| Attn: | | | | Invoice # |

```
                Prebill Total Expenses                                              $294.34                    $294.34


                Prebill Total                                          0.00         $294.34         0.00       $294.34
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,556 | 11/20/2003 | 22,649.50 | 4,529.90 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 43,917 | 12/29/2003 | 22,939.00 | 4,587.80 |
| 44,174 | 01/23/2004 | 17,186.00 | 3,437.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 44,595 | 02/26/2004 | 7,367.50 | 1,473.50 |
| 44,882 | 03/26/2004 | 18,454.50 | 3,690.90 |
| 45,209 | 04/28/2004 | 29,045.77 | 29,045.77 |
| 45,687 | 05/30/2004 | 5,433.74 | 5,433.74 |
| | | 1,346,419.76 | 255,193.00 |