**L TERSIGNI CONSULTING, P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

**June 30, 2004**

**Invoice No. 06604**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

For services rendered in connection with the above-captioned matter during the period May 1, 2004 through May 31, 2004 as per the attached analysis.

| Professional Fees (see Schedule A) | Hours | Amount |
|---|---:|---:|
| Loreto T. Tersigni  - President | 5.20 | $2,600.00 |
| James Sinclair - Managing Director | 10.80 | $5,130.00 |
| Bradley Rapp - Managing Director | 1.70 | $807.50 |
| Robert Mathews - Managing Director | 7.10 | $3,372.50 |
| Michael Berkin  - Managing Director | 14.20 | $6,745.00 |
| Peter Rubsam - Director | 4.00 | $1,460.00 |
| Aaron Prills - Manager | 27.20 | $7,480.00 |
| Cheryl Wright - Manager | 76.10 | $20,927.50 |
| Dottie-Jo Collins - Manager | 6.00 | $1,650.00 |

| Expenses   (see Schedule C) | |
|---|---:|
| Telephone, Xerox | $88.38 |
| **T O T A L** | $50,260.88 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
                       by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

**June 30, 2004**

**Invoice No. 06604**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:   May 1, 2004 - May 31, 2004

| Name | Position | Schedule | Rate (2004) | Hours | Amount |
|---|---|---|---|---|---|
| Loreto T. Tersigni | President | Schedule A | $500 | 5.20 | $2,600.00 |
| James Sinclair | Managing Director | Schedule A | $475 | 10.80 | $5,130.00 |
| Bradley Rapp | Managing Director | Schedule A | $475 | 1.70 | $807.50 |
| Robert Mathews | Managing Director | Schedule A | $475 | 7.10 | $3,372.50 |
| Michael Berkin | Managing Director | Schedule A | $475 | 14.20 | $6,745.00 |
| Peter Rubsam | Director | Schedule A | $365 | 4.00 | $1,460.00 |
| Aaron Prills | Manager | Schedule A | $275 | 27.20 | $7,480.00 |
| Cheryl Wright | Manager | Schedule A | $275 | 76.10 | $20,927.50 |
| Dottie-Jo Collins | Manager | Schedule A | $275 | 6.00 | $1,650.00 |
| **Total  Professional  Services- Schedule A:** | | | | 152.30 | $50,172.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $88.38 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $50,260.88 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
               by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

**Services Rendered during the Period: May 1-31, 2004**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|

**Loreto Tersigni - President**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/11/04 | LT | Review realignment of Grace Division and related Q+A | 26 | 0.70 | $500.00 | $350.00 |
| 5/19/04 | LT | Review and analysis of monthly operating report for March 2004 | 26 | 2.20 | $500.00 | $1,100.00 |
| 5/20/04 | LT | Preparation of 1st Quarter 2004 operating results summary and analysis for distribution to ACC | 07 | 1.10 | $500.00 | $550.00 |
| 5/21/04 | LT | Conference call with ACC and committee counsel to discuss engagement status | 07 | 0.20 | $500.00 | $100.00 |
| 5/27/04 | LT | Review engagement status | 26 | 0.50 | $500.00 | $250.00 |
| 5/27/04 | LT | Review monthly fee application for April 2004 including timekeeper daily entries | 11 | 0.50 | $500.00 | $250.00 |
| | | **Sub-Total** | | **5.20** | | **$2,600.00** |

**James Sinclair - Managing Director**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/10/04 | JS | Review first quarter 2004 10Q in preparation for conference call with Company on 5/11/04 re quarterly results and 2004 outlook for valuation and monitoring. | 21 | 3.10 | $475.00 | $1,472.50 |
| 5/10/04 | JS | Review 1st Quarter 2004 Executive Summary from Company for performance by product line, variance from 2003 in preparation for conference call with Company on 5/11/04 for valuation and monitoring. | 21 | 2.70 | $475.00 | $1,282.50 |
| 5/10/04 | JS | Review 2004 Plan forecasts distributed by Company at meeting in 2/04, compare first quarter 2004 results with Plan in preparation for conference call with Company on 5/11/04 for valuation and monitoring. | 21 | 1.80 | $475.00 | $855.00 |
| 5/11/04 | JS | Review Company's Quarterly Review, 1st Quarter 2004, and Latest Estimate for 2004 against 2004 Plan in preparation for conference call with Company on 5/11/04 for valuation and monitoring. | 21 | 0.90 | $475.00 | $427.50 |
| 5/11/04 | JS | Draft questions for conference call with Company on 5/11/04 for valuation and monitoring. | 21 | 1.00 | $475.00 | $475.00 |
| 5/11/04 | JS | Conference call with Company re first quarter 2004 review for valuation and monitoring. | 21 | 0.80 | $475.00 | $380.00 |
| 5/21/04 | JS | Conference call with ACC and committee counsel to discuss engagement status. | 07 | 0.50 | $475.00 | $237.50 |
| | | **Sub-Total** | | **10.80** | | **$5,130.00** |

**Bradley Rapp - Managing Director**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/27/04 | BR | Internet research on the building materials industry for purpose of updating valuations of companies | 21 | 0.60 | $475.00 | $285.00 |
| 5/27/04 | BR | Analysis of latest economic data regarding residential construction for purpose of assessing economic environment for building materials companies | 21 | 0.10 | $475.00 | $47.50 |
| 5/27/04 | BR | Analysis of latest economic data regarding commercial construction for purpose of assessing economic implications for companies in the building materials industry | 21 | 0.40 | $475.00 | $190.00 |
| 5/27/04 | BR | Analysis of trends in market multiples in the building materials industry for purpose of updating valuations of companies | 21 | 0.60 | $475.00 | $285.00 |
| | | **Sub-Total** | | **1.70** | | **$807.50** |

**Robert Mathews - Managing Director**

# W.R. Grace                                                      Schedule A

### Services Rendered during the Period:   May 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/10/04 | RM | Research and prepare economic and industry analysis update for valuation purposes - GDP and Fiscal policy | 21 | 0.50 | $475.00 | $237.50 |
| 5/10/04 | RM | Research and prepare economic and industry analysis update for valuation purposes - Monetary policy and interest rates | 21 | 0.50 | $475.00 | $237.50 |
| 5/10/04 | RM | Research and prepare economic and industry analysis update for valuation purposes - Employment | 21 | 0.60 | $475.00 | $285.00 |
| 5/11/04 | RM | Research and prepare economic and industry analysis update for valuation purposes - Inflation | 21 | 0.60 | $475.00 | $285.00 |
| 5/11/04 | RM | Research and prepare economic and industry analysis update for valuation purposes - Consumer Index and Spending | 21 | 0.60 | $475.00 | $285.00 |
| 5/11/04 | RM | Research and prepare economic and industry analysis update for valuation purposes- Capacity Utilization and Industrial Production | 21 | 0.50 | $475.00 | $237.50 |
| 5/12/04 | RM | Research and prepare economic and industry analysis update for valuation purposes - Energy Prices | 21 | 0.30 | $475.00 | $142.50 |
| 5/12/04 | RM | Research and prepare economic and industry analysis update for valuation purposes - Industry Variables | 21 | 0.30 | $475.00 | $142.50 |
| 5/13/04 | RM | Research and prepare presentation on Economic and Industry analysis update for valuation purposes through May 12, 2004 | 21 | 0.70 | $475.00 | $332.50 |
| 5/17/04 | RM | Research and prepare economic update on economic conditions in Germany for update of valuation and monitoring | 21 | 0.50 | $475.00 | $237.50 |
| 5/18/04 | RM | Research and update European economic survey for valuation update purposes | 21 | 0.80 | $475.00 | $380.00 |
| 5/18/04 | RM | Research and update German economic survey update for valuation purposes | 21 | 0.30 | $475.00 | $142.50 |
| 5/19/04 | RM | Edit of European and German economic update for valuation purposes | 21 | 0.70 | $475.00 | $332.50 |
| 5/21/04 | RM | Conference call with ACC and committee counsel to discuss engagement status. | 07 | 0.20 | $475.00 | $95.00 |
| | | **Sub-Total** | | 7.10 | | $3,372.50 |

**Michael Berkin - Managing Director**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/3/04 | MB | Review 4/30/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 5/11/04 | MB | Review first quarter financial briefing in preparation for conference call with debtor | 26 | 2.20 | $475.00 | $1,045.00 |
| 5/11/04 | MB | Develop questions for debtor response pertaining to first quarter operating results | 26 | 0.80 | $475.00 | $380.00 |
| 5/11/04 | MB | Participate in conference call with debtor to discuss first quarter operating results | 26 | 0.80 | $475.00 | $380.00 |
| 5/11/04 | MB | Review management discussion section of first quarter 10Q in connection with monitoring continuing operations | 28 | 1.70 | $475.00 | $807.50 |
| 5/11/04 | MB | Review financial information section of first quarter 10Q in connection with monitoring continuing operations | 28 | 1.90 | $475.00 | $902.50 |
| 5/11/04 | MB | Summarize key issues raised by debtor in operating result conference call | 26 | 1.20 | $475.00 | $570.00 |
| 5/11/04 | MB | Review 5/7/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 5/13/04 | MB | Review and analyze operation impact of Davison realignment | 26 | 1.60 | $475.00 | $760.00 |
| 5/18/04 | MB | Review and modify first quarter 2004 operating report memorandum to ACC | 07 | 1.70 | $475.00 | $807.50 |
| 5/18/04 | MB | Review 5/14/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 5/24/04 | MB | Review 5/21/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 5/27/04 | MB | Review account status, open issues and calendar for engagement status and planning | 26 | 1.10 | $475.00 | $522.50 |
| | | **Sub-Total** | | 14.20 | | $6,745.00 |

# W.R. Grace

**Schedule A**

## Services Rendered during the Period: May 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Peter Rubsam - Director** | | | | | | |
| 5/3/04 | PR | Analyze and review Cabot April 2004 8K 2nd Qtr and full year estimates, segment review, comparison to prior year and restructuring items for consolidated valuation | 21 | 1.40 | $365.00 | $511.00 |
| 5/7/04 | PR | Review and analyze Great Lakes April 2004 8K regarding 1st Qtr earnings release, revenue growth, comparison to 2003, segment analysis and outlook for 2004, for comparable company review | 21 | 1.20 | $365.00 | $438.00 |
| 5/14/04 | PR | Review and analyze Hercules April 2004 8K regarding 1st Qtr earnings release, revenue growth, comparison to 2003, segment analysis and outlook for 2004 for comparable company review | 21 | 1.40 | $365.00 | $511.00 |
| | | **Sub-Total** | | 4.00 | | $1,460.00 |
| **Aaron Prills - Manager** | | | | | | |
| 5/7/04 | AP | Reviewed notes to the Grace Q1 Executive Summary Financial Statements in order to understand the detail of management's perspective on performance and what impacted performance in each business during the quarter. | 28 | 2.10 | $275.00 | $577.50 |
| 5/7/04 | AP | Reviewed detailed financial statements for the first quarter 2004 provided by the company to analyze performance and prepare comments for the Q1 2004 memo to counsel. | 28 | 2.10 | $275.00 | $577.50 |
| 5/7/04 | AP | Prepared updates to the Grace Q1 2004 performance summary exhibit to clarify some discrepancies in performance during the first three months of 2004. | 26 | 0.60 | $275.00 | $165.00 |
| 5/7/04 | AP | Prepared the non-core activities section of the Grace Q1 2004 summary memo to counsel to describe any recent changes within the firm or activities that might have occurred outside of the normal course of business. | 26 | 0.90 | $275.00 | $247.50 |
| 5/7/04 | AP | Prepared the Grace overview on reorganization expenses for the first three months of 2004 in order to describe the recent increase in expense during the quarter versus the prior year. | 26 | 0.90 | $275.00 | $247.50 |
| 5/7/04 | AP | Prepared the Balance Sheet summary for the March 2004 MOR review in order to review the key balances of the firm during the month and understand any material changes versus historical months. | 26 | 0.70 | $275.00 | $192.50 |
| 5/7/04 | AP | Prepared the Balance Sheet summary for the March 2004 MOR review in order to review the performance of the firm during the month and analyze performance versus historical months. | 26 | 0.70 | $275.00 | $192.50 |
| 5/7/04 | AP | Reviewed the cash balance of the firm for both debtor and non-debtor entities to understand where the cash is for the business and how these balances have changed in the recent time periods. | 28 | 1.30 | $275.00 | $357.50 |
| 5/10/04 | AP | Prepared analysis of divisions summary for Grace legal entities for the March 2004 MOR in order to understand the performance for each business and how the performance compared with the prior year. | 26 | 0.70 | $275.00 | $192.50 |
| 5/10/04 | AP | Prepared the Grace cash summary exhibit for the March 2004 MOR review to determine the growth in cash during the month and what percent of the cash balance exists in the debtor and non-debtor entities. | 26 | 0.70 | $275.00 | $192.50 |
| 5/10/04 | AP | Reviewed Financial Statements from W.R. Grace's 10Q for March 31, 2004 in order to understand performance and prepare questions for the conference call tomorrow with management to discuss Grace's first quarter performance. | 28 | 0.90 | $275.00 | $247.50 |
| 5/10/04 | AP | Reviewed the notes associated with the financial statements from Grace's March 31, 2004 10Q statement to understand the specific changes within the firm during the year and prepare questions for the financial review conference call covering Q1 performance. | 28 | 2.10 | $275.00 | $577.50 |

# W.R. Grace

**Schedule A**

### Services Rendered during the Period: May 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/10/04 | AP | Prepared questions for Grace's Q1 2004 financial review conference call to better understand the performance of the firm during the quarter and address specific questions in the summary review for counsel. | 26 | 2.10 | $275.00 | $577.50 |
| 5/10/04 | AP | Prepared updates to the Grace first quarter summary review memo to counsel to provide an abridged summary of performance which could be used as an executive summary of the first quarter 10Q. | 26 | 1.60 | $275.00 | $440.00 |
| 5/11/04 | AP | Reviewed documents regarding international loan that Grace provided for the conference call in order to become familiar with the information and prepare questions. | 28 | 0.70 | $275.00 | $192.50 |
| 5/11/04 | AP | Reviewed the Grace Financial Briefing which was provided for the quarterly conference call in order to be able to prepare questions for the call regarding performance. | 28 | 0.60 | $275.00 | $165.00 |
| 5/11/04 | AP | Participated in Grace quarterly conference call to review the first quarter performance with management in order to prepare additional sections to the first quarter 2004 review. | 26 | 0.80 | $275.00 | $220.00 |
| 5/17/04 | AP | Prepared the consolidated summary of the Grace first quarter review to summarize the key balances and performance statistics for the month in order to provide counsel with an executive summary of performance. | 26 | 2.30 | $275.00 | $632.50 |
| 5/18/04 | AP | Prepared updates to the Grace memo to counsel to clarify the breakdown of the change in sales for both Performance and Davison chemicals by showing the percentage points from each reason for the increase. | 26 | 0.70 | $275.00 | $192.50 |
| 5/20/04 | AP | Prepared updates to Grace financial exhibits for the first quarter summary memo to counsel in order to provide detailed support for the memo along and send it out to the committee. | 26 | 1.10 | $275.00 | $302.50 |
| 5/21/04 | AP | Reviewed the presentation prepared by Grace's management regarding managing a firm with legacy issues to understand how the firm is addressing these issues and how overtime they hope to resolve these issues during the Chapter 11 process. | 28 | 2.30 | $275.00 | $632.50 |
| 5/24/04 | AP | Prepared executive summary section of March 2004 monthly operating report review in order to describe the performance of the business during the month and highlight any substantial changes within the business. | 26 | 1.30 | $275.00 | $357.50 |
| | | **Sub-Total** | | 27.20 | | $7,480.00 |

**Cheryl Wright - Manager**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/3/04 | CW | Prepare strategy analysis for Centex using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 3.40 | $275.00 | $935.00 |
| 5/3/04 | CW | Review and edit Centex strategy analysis document | 21 | 1.10 | $275.00 | $302.50 |
| 5/3/04 | CW | Review and analyze Multex Fundamentals research report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/3/04 | CW | Review and analyze S&P sub-industry outlook research report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/3/04 | CW | Review and analyze S&P News Headlines research report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/3/04 | CW | Review and analyze First Call Earnings Valuation Report research report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/3/04 | CW | Review and analyze S&P stock report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/3/04 | CW | Edit quarterly financial schedules for Centex for valuation purposes | 21 | 0.30 | $275.00 | $82.50 |
| 5/3/04 | CW | Review and analyze S&P corporate profile on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |

# W.R. Grace                                                              Schedule A

### Services Rendered during the Period:   May 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/3/04 | CW | Review and analyze Lehman Brothers research report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/4/04 | CW | Review and analyze Merrill Lynch research report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/11/04 | CW | Review and analyze PPG industries' 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/11/04 | CW | Update PPG's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/11/04 | CW | Review and analyze Engelhard Corp's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/11/04 | CW | Update Engelhard's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/11/04 | CW | Review and analyze Great Lakes Chemical's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/12/04 | CW | Update Great Lakes Chemical's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/12/04 | CW | Review and analyze H.B Fuller's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/12/04 | CW | Update H.B Fuller's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/12/04 | CW | Review and analyze WR Grace's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/12/04 | CW | Update WR Grace's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/12/04 | CW | Review and analyze Rohm and Haas' 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/12/04 | CW | Update Rohm and Haas' historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/12/04 | CW | Review and analyze Lubrizol's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/13/04 | CW | Update Lubrizol's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/14/04 | CW | Review and analyze Cytec's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/14/04 | CW | Update Cytec's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/17/04 | CW | Review and analyze Cabot's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/17/04 | CW | Update Cabot's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/17/04 | CW | Review and analyze Albemarle's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/17/04 | CW | Update Albemarle's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/17/04 | CW | Review and analyze Hercules' 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/17/04 | CW | Update Hercules' historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/17/04 | CW | Review and analyze Crompton's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/17/04 | CW | Update Crompton's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |

# W.R. Grace

**Schedule A**

### Services Rendered during the Period:   May 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/18/04 | CW | Re-index sales, EBITDA and EBIT to 2000 from 1999 for use in comparable company graphs | 21 | 1.20 | $275.00 | $330.00 |
| 5/18/04 | CW | Reformat and adjust links to historical financial statements for all comparable companies graphs to begin in 2000 instead of 1999 | 21 | 1.70 | $275.00 | $467.50 |
| 5/18/04 | CW | Adjust Cabot's LTM 12/31/03 data to fiscal year ended 9/30/03 for 2003 data points in graphs | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for WR Grace | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Rohm & Haas | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Engelhard | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Lubrizol | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Engelhard | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Lubrizol | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Albemarle | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Cytec Industries | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Hercules | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Great Lake Chemicals | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for PPG Industries | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Crompton | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for HB Fuller | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Cabot Corp | 21 | 0.60 | $275.00 | $165.00 |
| 5/19/04 | CW | Prepare revenues graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/19/04 | CW | Prepare total assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/19/04 | CW | Prepare EBITDA graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/19/04 | CW | Prepare gross profit margin receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |

# W.R. Grace                                                      Schedule A

### Services Rendered during the Period:   May 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/19/04 | CW | Prepare EBITDA margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/19/04 | CW | Prepare EBIT margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare EBITDA-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare EBIT-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare revenue growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare EBIT growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare EBITDA growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare debt-to-equity graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare debt-to-total capital graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare debt-to-EBITDA graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare days receivable graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare inventory turnover graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare quick ratio graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare current ratio graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for WR Grace | 21 | 0.30 | $275.00 | $82.50 |
| 5/20/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Rohm & Haas | 21 | 0.30 | $275.00 | $82.50 |
| 5/20/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Engelhard Corp | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Lubrizol | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Albemarle | 21 | 0.30 | $275.00 | $82.50 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period: May 1-31, 2004**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cytec Industries | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Hercules | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Great Lake Chemicals | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Crompton Corp. | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for PPG Industries | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for HB Fuller | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cabot Corp | 21 | 0.30 | $275.00 | $82.50 |
| | | | **Sub-Total** | 76.10 | | $20,927.50 |

**Dottie-Jo Collins  -  Manager**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/31/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 4.00 | $275.00 | $1,100.00 |
| 5/31/04 | DC | Assignment of Monthly Task Codes | 11 | 2.00 | $275.00 | $550.00 |
| | | | **Sub-Total** | 6.00 | | $1,650.00 |
| | | | **TOTAL Schedule A** | 152.30 | | $50,172.50 |

# W.R. Grace                                                                    Schedule B

### Services Rendered during the Period:  May 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/18/04 | MB | Review and modify first quarter 2004 operating report memorandum to ACC | 07 | 1.70 | $475.00 | $807.50 |
| 5/20/04 | LT | Preparation of 1st Quarter 2004 operating results summary and analysis for distribution to ACC | 07 | 1.10 | $500.00 | $550.00 |
| 5/21/04 | LT | Conference call with ACC and committee counsel to discuss engagement status | 07 | 0.20 | $500.00 | $100.00 |
| 5/21/04 | JS | Conference call with ACC and committee counsel to discuss engagement status. | 07 | 0.50 | $475.00 | $237.50 |
| 5/21/04 | RM | Conference call with ACC and committee counsel to discuss engagement status. | 07 | 0.20 | $475.00 | $95.00 |
| | | **TOTAL Task Code 07: Committee, Creditors', Noteholders** | | 3.70 | | $1,790.00 |
| 5/27/04 | LT | Review monthly fee application for April 2004 including timekeeper daily entries | 11 | 0.50 | $500.00 | $250.00 |
| 5/31/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 4.00 | $275.00 | $1,100.00 |
| 5/31/04 | DC | Assignment of Monthly Task Codes | 11 | 2.00 | $275.00 | $550.00 |
| | | **TOTAL Task Code 11: Fee Application, Applicant** | | 6.50 | | $1,900.00 |
| 5/3/04 | PR | Analyze and review Cabot April 2004 8K 2nd Qtr and full year estimates, segment review, comparison to prior year and restructuring items for consolidated valuation | 21 | 1.40 | $365.00 | $511.00 |
| 5/3/04 | CW | Prepare strategy analysis for Centex using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 3.40 | $275.00 | $935.00 |
| 5/3/04 | CW | Review and edit Centex strategy analysis document | 21 | 1.10 | $275.00 | $302.50 |
| 5/3/04 | CW | Review and analyze Multex Fundamentals research report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/3/04 | CW | Review and analyze S&P sub-industry outlook research report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/3/04 | CW | Review and analyze S&P News Headlines research report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/3/04 | CW | Review and analyze First Call Earnings Valuation Report research report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/3/04 | CW | Review and analyze S&P stock report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/3/04 | CW | Edit quarterly financial schedules for Centex for valuation purposes | 21 | 0.30 | $275.00 | $82.50 |
| 5/3/04 | CW | Review and analyze S&P corporate profile on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/3/04 | CW | Review and analyze Lehman Brothers research report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/4/04 | CW | Review and analyze Merrill Lynch research report on Centex for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 5/7/04 | PR | Review and analyze Great Lakes April 2004 8K regarding 1st Qtr earnings release, revenue growth, comparison to 2003, segment analysis and outlook for 2004,for comparable company review | 21 | 1.20 | $365.00 | $438.00 |
| 5/10/04 | JS | Review first quarter 2004 10Q in preparation for conference call with Company on 5/11/04 re quarterly results and 2004 outlook for valuation and monitoring. | 21 | 3.10 | $475.00 | $1,472.50 |
| 5/10/04 | JS | Review 1st Quarter 2004 Executive Summary from Company for performance by product line, variance from 2003 in preparation for conference call with Company on 5/11/04 for valuation and monitoring. | 21 | 2.70 | $475.00 | $1,282.50 |
| 5/10/04 | JS | Review 2004 Plan forecasts distributed by Company at meeting in 2/04, compare first quarter 2004 results with Plan in preparation for conference call with Company on 5/11/04 for valuation and monitoring. | 21 | 1.80 | $475.00 | $855.00 |
| 5/10/04 | RM | Research and prepare economic and industry analysis update for valuation purposes -GDP and Fiscal policy | 21 | 0.50 | $475.00 | $237.50 |
| 5/10/04 | RM | Research and prepare economic and industry analysis update for valuation purposes -Monetary policy and interest rates | 21 | 0.50 | $475.00 | $237.50 |
| 5/10/04 | RM | Research and prepare economic and industry analysis update for valuation purposes -Employment | 21 | 0.60 | $475.00 | $285.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: May 1-31, 2004**

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/11/04 | JS | Review Company's Quarterly Review, 1st Quarter 2004, and Latest Estimate for 2004 against 2004 Plan in preparation for conference call with Company on 5/11/04 for valuation and monitoring. | 21 | 0.90 | $475.00 | $427.50 |
| 5/11/04 | JS | Draft questions for conference call with Company on 5/11/04 for valuation and monitoring. | 21 | 1.00 | $475.00 | $475.00 |
| 5/11/04 | JS | Conference call with Company re first quarter 2004 review for valuation and monitoring. | 21 | 0.80 | $475.00 | $380.00 |
| 5/11/04 | RM | Research and prepare economic and industry analysis update for valuation purposes - Inflation | 21 | 0.60 | $475.00 | $285.00 |
| 5/11/04 | RM | Research and prepare economic and industry analysis update for valuation purposes -Consumer Index and Spending | 21 | 0.60 | $475.00 | $285.00 |
| 5/11/04 | RM | Research and prepare economic and industry analysis update for valuation purposes- Capacity Utilization and Industrial Production | 21 | 0.50 | $475.00 | $237.50 |
| 5/11/04 | CW | Review and analyze PPG industries' 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/11/04 | CW | Update PPG's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/11/04 | CW | Review and analyze Engelhard Corp's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/11/04 | CW | Update Engelhard's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/11/04 | CW | Review and analyze Great Lakes Chemical's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/12/04 | RM | Research and prepare economic and industry analysis update for valuation purposes -Energy Prices | 21 | 0.30 | $475.00 | $142.50 |
| 5/12/04 | RM | Research and prepare economic and industry analysis update for valuation purposes -Industry Variables | 21 | 0.30 | $475.00 | $142.50 |
| 5/12/04 | CW | Update Great Lakes Chemical's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/12/04 | CW | Review and analyze H.B Fuller's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/12/04 | CW | Update H.B Fuller's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/12/04 | CW | Review and analyze WR Grace's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/12/04 | CW | Update WR Grace's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/12/04 | CW | Review and analyze Rohm and Haas' 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/12/04 | CW | Update Rohm and Haas' historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/12/04 | CW | Review and analyze Lubrizol's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/13/04 | RM | Research and prepare presentation on Economic and Industry analysis update for valuation purposes through May 12, 2004 | 21 | 0.70 | $475.00 | $332.50 |
| 5/13/04 | CW | Update Lubrizol's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/14/04 | PR | Review and analyze Hercules April 2004 8K regarding 1st Qtr earnings release, revenue growth, comparison to 2003, segment analysis and outlook for 2004 for comparable company review | 21 | 1.40 | $365.00 | $511.00 |
| 5/14/04 | CW | Review and analyze Cytec's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/14/04 | CW | Update Cytec's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |

# W.R. Grace                                                                    Schedule B

### Services Rendered during the Period:   May 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/17/04 | RM | Research and prepare economic update on economic conditions in Germany for update of valuation and monitoring | 21 | 0.50 | $475.00 | $237.50 |
| 5/17/04 | CW | Review and analyze Cabot's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/17/04 | CW | Update Cabot's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/17/04 | CW | Review and analyze Albemarle's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/17/04 | CW | Update Albemarle's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/17/04 | CW | Review and analyze Hercules' 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/17/04 | CW | Update Hercules' historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/17/04 | CW | Review and analyze Crompton's 10Q for the quarter ended March 31, 2003 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 5/17/04 | CW | Update Crompton's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | RM | Research and update European economic survey for valuation update purposes | 21 | 0.80 | $475.00 | $380.00 |
| 5/18/04 | RM | Research and update German economic survey update for valuation purposes | 21 | 0.30 | $475.00 | $142.50 |
| 5/18/04 | CW | Re-index sales, EBITDA and EBIT to 2000 from 1999 for use in comparable company graphs | 21 | 1.20 | $275.00 | $330.00 |
| 5/18/04 | CW | Reformat and adjust links to historical financial statements for all comparable companies graphs to begin in 2000 instead of 1999 | 21 | 1.70 | $275.00 | $467.50 |
| 5/18/04 | CW | Adjust Cabot's LTM 12/31/03 data to fiscal year ended 9/30/03 for 2003 data points in graphs | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for WR Grace | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Rohm & Haas | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Engelhard | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Lubrizol | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Engelhard | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Lubrizol | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Albemarle | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Cytec Industries | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Hercules | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Great Lake Chemicals | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for PPG Industries | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10Q filings for LTM 03/31/04 for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Crompton | 21 | 0.60 | $275.00 | $165.00 |

# W.R. Grace                                                                   Schedule B

### Services Rendered during the Period:   May 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/18/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for HB Fuller | 21 | 0.60 | $275.00 | $165.00 |
| 5/18/04 | CW | Research SEC 10K and 10Q filings for fiscal year 2003 and LTM period for non-recurring and restructuring charges that need to be excluded from EBIT / EBITDA calculations for Cabot Corp | 21 | 0.60 | $275.00 | $165.00 |
| 5/19/04 | RM | Edit of European and German economic update for valuation purposes | 21 | 0.70 | $475.00 | $332.50 |
| 5/19/04 | CW | Prepare revenues graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/19/04 | CW | Prepare total assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/19/04 | CW | Prepare EBITDA graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/19/04 | CW | Prepare gross profit margin receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/19/04 | CW | Prepare EBITDA margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/19/04 | CW | Prepare EBIT margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare EBITDA-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare EBIT-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare revenue growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare EBIT growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare EBITDA growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare debt-to-equity graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare debt-to-total capital graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare debt-to-EBITDA graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare days receivable graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare inventory turnover graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |

# W.R. Grace                                                    Schedule B

**Services Rendered during the Period:   May 1-31, 2004**

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/20/04 | CW | Prepare quick ratio graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Prepare current ratio graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 5/20/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for WR Grace | 21 | 0.30 | $275.00 | $82.50 |
| 5/20/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Rohm & Haas | 21 | 0.30 | $275.00 | $82.50 |
| 5/20/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Engelhard Corp | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Lubrizol | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Albemarle | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cytec Industries | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Hercules | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Great Lake Chemicals | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Crompton Corp. | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for PPG Industries | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for HB Fuller | 21 | 0.30 | $275.00 | $82.50 |
| 5/21/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cabot Corp | 21 | 0.30 | $275.00 | $82.50 |
| 5/27/04 | BR | Internet research on the building materials industry for purpose of updating valuations of companies | 21 | 0.60 | $475.00 | $285.00 |
| 5/27/04 | BR | Analysis of latest economic data regarding residential construction for purpose of assessing economic environment for building materials companies | 21 | 0.10 | $475.00 | $47.50 |
| 5/27/04 | BR | Analysis of latest economic data regarding commercial construction for purpose of assessing economic implications for companies in the building materials industry | 21 | 0.40 | $475.00 | $190.00 |
| 5/27/04 | BR | Analysis of trends in market multiples in the building materials industry for purpose of updating valuations of companies | 21 | 0.60 | $475.00 | $285.00 |
| | | **TOTAL Task Code 21: Valuation** | | 99.00 | | $31,365.00 |
| 5/3/04 | MB | Review 4/30/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 5/7/04 | AP | Prepared updates to the Grace Q1 2004 performance summary exhibit to clarify some discrepancies in performance during the first three months of 2004. | 26 | 0.60 | $275.00 | $165.00 |
| 5/7/04 | AP | Prepared the non-core activities section of the Grace Q1 2004 summary memo to counsel to describe any recent changes within the firm or activities that might have occurred outside of the normal course of business. | 26 | 0.90 | $275.00 | $247.50 |
| 5/7/04 | AP | Prepared the Grace overview on reorganization expenses for the first three months of 2004 in order to describe the recent increase in expense during the quarter versus the prior year. | 26 | 0.90 | $275.00 | $247.50 |
| 5/7/04 | AP | Prepared the Balance Sheet summary for the March 2004 MOR review in order to review the key balances of the firm during the month and understand any material changes versus historical months. | 26 | 0.70 | $275.00 | $192.50 |
| 5/7/04 | AP | Prepared the Balance Sheet summary for the March 2004 MOR review in order to review the performance of the firm during the month and analyze performance versus historical months. | 26 | 0.70 | $275.00 | $192.50 |

# W.R. Grace

Schedule B

### Services Rendered during the Period: May 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/10/04 | AP | Prepared analysis of divisions summary for Grace legal entities for the March 2004 MOR in order to understand the performance for each business and how the performance compared with the prior year. | 26 | 0.70 | $275.00 | $192.50 |
| 5/10/04 | AP | Prepared the Grace cash summary exhibit for the March 2004 MOR review to determine the growth in cash during the month and what percent of the cash balance exists in the debtor and non-debtor entities. | 26 | 0.70 | $275.00 | $192.50 |
| 5/10/04 | AP | Prepared questions for Grace's Q1 2004 financial review conference call to better understand the performance of the firm during the quarter and address specific questions in the summary review for counsel. | 26 | 2.10 | $275.00 | $577.50 |
| 5/10/04 | AP | Prepared updates to the Grace first quarter summary review memo to counsel to provide an abridged summary of performance which could be used as an executive summary of the first quarter 10Q. | 26 | 1.60 | $275.00 | $440.00 |
| 5/11/04 | LT | Review realignment of Grace Division and related Q+A | 26 | 0.70 | $500.00 | $350.00 |
| 5/11/04 | MB | Review first quarter financial briefing in preparation for conference call with debtor | 26 | 2.20 | $475.00 | $1,045.00 |
| 5/11/04 | MB | Develop questions for debtor response pertaining to first quarter operating results | 26 | 0.80 | $475.00 | $380.00 |
| 5/11/04 | MB | Participate in conference call with debtor to discuss first quarter operating results | 26 | 0.80 | $475.00 | $380.00 |
| 5/11/04 | MB | Summarize key issues raised by debtor in operating result conference call | 26 | 1.20 | $475.00 | $570.00 |
| 5/11/04 | MB | Review 5/7/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 5/11/04 | AP | Participated in Grace quarterly conference call to review the first quarter performance with management in order to prepare additional sections to the first quarter 2004 review. | 26 | 0.80 | $275.00 | $220.00 |
| 5/13/04 | MB | Review and analyze operation impact of Davison realignment | 26 | 1.60 | $475.00 | $760.00 |
| 5/17/04 | AP | Prepared the consolidated summary of the Grace first quarter review to summarize the key balances and performance statistics for the month in order to provide counsel with an executive summary of performance. | 26 | 2.30 | $275.00 | $632.50 |
| 5/18/04 | MB | Review 5/14/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 5/18/04 | AP | Prepared updates to the Grace memo to counsel to clarify the breakdown of the change in sales for both Performance and Davison chemicals by showing the percentage points from each reason for the increase. | 26 | 0.70 | $275.00 | $192.50 |
| 5/19/04 | LT | Review and analysis of monthly operating report for March 2004 | 26 | 2.20 | $500.00 | $1,100.00 |
| 5/20/04 | AP | Prepared updates to Grace financial exhibits for the first quarter summary memo to counsel in order to provide detailed support for the memo along and send it out to the committee. | 26 | 1.10 | $275.00 | $302.50 |
| 5/24/04 | MB | Review 5/21/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 5/24/04 | AP | Prepared executive summary section of March 2004 monthly operating report review in order to describe the performance of the business during the month and highlight any substantial changes within the business. | 26 | 1.30 | $275.00 | $357.50 |
| 5/27/04 | LT | Review engagement status | 26 | 0.50 | $500.00 | $250.00 |
| 5/27/04 | MB | Review account status, open issues and calendar for engagement status and planning | 26 | 1.10 | $475.00 | $522.50 |
| | | **TOTAL Task Code 26: Business Analysis** | | 27.40 | | $10,080.00 |
| 5/7/04 | AP | Reviewed notes to the Grace Q1 Executive Summary Financial Statements in order to understand the detail of management's perspective on performance and what impacted performance in each business during the quarter. | 28 | 2.10 | $275.00 | $577.50 |
| 5/7/04 | AP | Reviewed detailed financial statements for the first quarter 2004 provided by the company to analyze performance and prepare comments for the Q1 2004 memo to counsel. | 28 | 2.10 | $275.00 | $577.50 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period:   May 1-31, 2004**

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/7/04 | AP | Reviewed the cash balance of the firm for both debtor and non-debtor entities to understand where the cash is for the business and how these balances have changed in the recent time periods. | 28 | 1.30 | $275.00 | $357.50 |
| 5/10/04 | AP | Reviewed Financial Statements from W.R. Grace's 10Q for March 31, 2004 in order to understand performance and prepare questions for the conference call tomorrow with management to discuss Grace's first quarter performance. | 28 | 0.90 | $275.00 | $247.50 |
| 5/10/04 | AP | Reviewed the notes associated with the financial statements from Grace's March 31, 2004 10Q statement to understand the specific changes within the firm during the year and prepare questions for the financial review conference call covering Q1 performance. | 28 | 2.10 | $275.00 | $577.50 |
| 5/11/04 | MB | Review management discussion section of first quarter 10Q in connection with monitoring continuing operations | 28 | 1.70 | $475.00 | $807.50 |
| 5/11/04 | MB | Review financial information section of first quarter 10Q in connection with monitoring continuing operations | 28 | 1.90 | $475.00 | $902.50 |
| 5/11/04 | AP | Reviewed documents regarding international loan that Grace provided for the conference call in order to become familiar with the information and prepare questions. | 28 | 0.70 | $275.00 | $192.50 |
| 5/11/04 | AP | Reviewed the Grace Financial Briefing which was provided for the quarterly conference call in order to be able to prepare questions for the call regarding performance. | 28 | 0.60 | $275.00 | $165.00 |
| 5/21/04 | AP | Reviewed the presentation prepared by Grace's management regarding managing a firm with legacy issues to understand how the firm is addressing these issues and how overtime they hope to resolve these issues during the Chapter 11 process. | 28 | 2.30 | $275.00 | $632.50 |
| | | **TOTAL Task Code 28: Data Analysis** | | 15.70 | | $5,037.50 |
| | | **TOTAL Schedule B** | | 152.30 | | $50,172.50 |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---:|
| Telephone | $41.88 |
| Xerox  ( 465 @ $0.10 per page) | $46.50 |
| **Total Expenses incurred from  May 1-31, 2004** | $88.38 |