IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | : | |
| | : | Chapter 11 |
| W. R. GRACE & CO. | : | |
| | : | Case No. 01-01139 (JKF) |
| Debtor. | : | Related Docket Item: 5742 |

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION NINETEENTH MONTHLY FEE APPLICATION, OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2004**

On June 8, 2004, PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants to the Debtors, filed its *Nineteenth Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, For Allowance of Compensation and Reimbursement of Expenses for the Month of April 2004* (Docket No. 5742) (the "Application"). The notice filed with the Application provided an objection deadline of 4:00 pm (Eastern Standard Time) on June 28, 2004. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Pursuant to Sections 105 and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals dated January December 31, 2001 ("the Order"), the Debtor is authorized to pay PwC $101,753.13 which represents eighty percent (80%) of the fees, and $2,503.45, which represents 100% of the expenses requested in the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

MCM9371.W51

|  |  |
|---|---|
| Dated: July 1, 2004 | SMITH,   KATZENSTEIN & FURLOW, LLP |
|  |  |
|  | /s/ Kathleen M. Miller |
|  | Kathleen Miller (I.D.  No.2898) |
|  | The Corporate Plaza |
|  | 800 Delaware Avenue, 7th Floor |
|  | P.O. Box 410 |
|  | Wilmington, DE 19899 (Courier 19801) |
|  | Telephone:  302-652-8400 |
|  | Facsimile:  302-652-8405 |
|  | Email: Kmiller@skfdelaware.com |
|  |  |
|  | Attorneys for PricewaterhouseCoopers LLP |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the **1st** day of **July 2004,** a copy of the *No Order Required Certification of No Objection to Nineteenth Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April 2004* was served on the following parties in the manner herein indicated:

W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: David B. Siegel, Senior Vice President
and General Counsel
**VIA U.S. MAIL AND VIA E-MAIL IN PDF FORMAT TO william.sparks@grace.com**

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
**VIA E-MAIL IN PDF FORMAT TO dcarickhoff@pszyj.com**

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
**VIA E-MAIL IN PDF FORMAT TO syoder@bayardfirm.com**

Michael R. Latowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
**VIA E-MAIL IN PDF FORMAT TO mlastowski@duanemorris.com**

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
**VIA E-MAIL IN PDF FORMAT TO james.kapp@chicago.kirkland.com**

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
**VIA E-MAIL IN PDF FORMAT TO david.heller@lw.com and carol.hennessey@lw.com**

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
**VIA E-MAIL IN PDF FORMAT TO rserrette@stroock.com**

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
**VIA E-MAIL IN PDF FORMAT TO jsakalo@bilzin.com**

MCM9371.W51

| | |
|---|---|
| Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO ttacconelli@ferryjoseph.com** | Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO pvnl@capdale.com** |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine, LLC<br>Chase Manhattan Centre, 15th Floor<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO mgz@del.camlev.com** | Philip Bentley, Esq.<br>Kramer, Levin, Naftalis &<br>Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO pbentley@kramerlevin.com** |
| Teresa K.D. Currier, Esq.<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO currier@klettrooney.com** | Warren H. Smith<br>Warren H. Smith & Associates<br>Republic Center<br>325 North Saint Paul Street<br>Dallas, TX  75201<br>**VIA U.S. MAIL AND VIA E-MAIL IN AN ELECTRONIC FORMAT TO whsmith@ whsmithlaw.com** |
| Frank J. Perch, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2311<br>Wilmington, DE 19801<br>**VIA U.S. MAIL** | |

 

       /s/ Kathleen M. Miller
       Kathleen M. Miller

MCM9371.W51