IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al., | Case No. 01-01139 (JFK) |
|  | Jointly Administered |
| Debtors. |  |
|  |  |
| W. R. GRACE & CO., et al., |  |
| Plaintiffs, |  |
| -against- |  |
|  | Adversary No. A-01-771 (JFK) |
| MARGARET CHAKARIAN, et al., And John Does 1-1000, |  |
| Defendants. |  |

### MOTION AND ORDER FOR ADMISSION
### PRO HAC VICE OF AARON JOSEPH DELUCA

Pursuant to United States District Court Local Rule 83.5 and the Local Rules of the United States Bankruptcy Court for the District of Delaware, I, Bernard George Conaway, Esquire (the "*Movant*"), a member in good standing, admitted to practice and practicing before the Supreme Court and the inferior courts of the State of Delaware, and an attorney in good standing, admitted to practice and practicing before the United States District Court for the District of Delaware, hereby moves this Court for entry of an order granting the admission *pro hac vice* of Aaron Joseph DeLuca, Esquire of the law

firm of The Lanier Law Firm, to represent The Claimants ("Claimants") in the above-captioned bankruptcy cases and adversary proceeding. In support of this motion, the Movant respectfully submits the attached Certification.

FOX ROTHSCHILD, LLP

Bernard George Conaway, Esquire (DE 2856)
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

Attorney for The Lanier Law Firm Asbestos Claimants

Dated: July __, 2004

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, the undersigned hereby certifies that he is eligible for admission to this Court and is admitted to practice and in good standing in the State of Pennsylvania, U.S. District Court Western District of Pennsylvania and the U.S. Supreme Court. The undersigned hereby submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of these cases and adversary proceeding. The undersigned hereby states that he has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

THE LANIER LAW FIRM

Aaron Joseph DeLuca
6810 FM 1960 West
Houston, TX 77069
Phone: (713) 659-5200
Fax: (713) 659-2204

Dated: July 1, 2004

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* counsel's motion for admission of Aaron DeLuca *pro hac vice* is granted.

_____
The Honorable Judith K. Fitzgerald

Dated: July ___, 2004

## CERTIFICATE OF SERVICE

It is hereby certified that a one (1) copy of this Motion and Order for Admissions *Pro Hac Vice* were served by First-Class Mail, postage prepaid, on this 1st day of July, 2004, addressed to the following individuals by First Class Mail, postage prepaid:

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour & Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Fax: 614-719-4663

William H. Sudell, Jr., Esq.
Donna L. Culver, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347
Fax: 302-658-3989

James H. M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, ILL 60601
Fax: 312-861-2200

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Fax: 302-652-4400

Lewis Kruger, Esq.
Stroock & Stroock & Lavan

WM1A 39919v1 07/01/04

180 Maiden Lane
New York, New York 10038-4982
Fax: 212-806-6006

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Fax: 302-657-4901

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
Fax: 305-374-7593

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Fax: 302-575-1714

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, New York 10022
Fax: 212-644-6755

Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801
Fax: 302-426-9947

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, ILL 60606
Fax: 312-993-9767

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Fax: 302-658-6395

Frank J. Perch, Esq.
The Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801
Fax: 302-573-6497

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022
Fax: 212-715-8000

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O.Box 1397
Wilmington, DE 19899-1397
Fax: 302-552-4220


                                    /s/ Bernard G. Conaway
                                    Bernard G. Conaway, Esquire