# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** July 21, 2004, at 4:00 p.m. |
| | | **Hearing Date:**     TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 17 – Relief from Stay – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/04/2004 | Samuel Blatnick | 1.00 | Prepare for and internal conference re Motion by T. Kane for relief from stay and Grace's response. |
| 5/04/2004 | James W Kapp | 1.40 | Review memorandum opinion re Exxon motion for relief from stay (.8); attend to issues re same (.3); review correspondence from G. Smolker re proposed order to modify preliminary injunction (.1); attend to issues re same (.2). |
| 5/05/2004 | Samuel Blatnick | 0.70 | Prepare for and call with J. Posner re T. Kane Motion for Relief from Stay and available insurance. |
| 5/06/2004 | Samuel Blatnick | 0.50 | Prepare for and telephone call with S. Cohen re Timothy Kane's motion for relief from automatic stay. |
| 5/07/2004 | Samuel Blatnick | 2.00 | Prepare for and calls with J. Posner, CNA and T. Kane's counsel re T. Kane's motion for relief from the automatic stay, Grace's insurance policies covering such claims, and the terms under which Grace would allow T. Kane to proceed. |
| 5/10/2004 | Samuel Blatnick | 1.00 | Prepare for and calls with J. Posner, CNA and T. Kane's counsel re T. Kane's motion for relief from the automatic stay and Grace's insurance policies. |
| 5/14/2004 | Samuel Blatnick | 0.70 | Draft letter to T. Kane's counsel re Grace's insurance coverage. |
| 5/17/2004 | Samuel Blatnick | 1.50 | Prepare for and calls to negotiate with counsel for T. Kane re their motion for leave from the automatic stay and the language in their proposed order. |
| 5/18/2004 | Samuel Blatnick | 0.50 | Review pleadings filed by Gerard in further support of their motion to take perpetuation depositions. |
|  | Total hours: | 9.30 |  |

## Matter 19 – Claims Analysis Objection & Resolution (Non-Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/2004 | Rhonda Lopera | 3.00 | Review and analyze claim responses re third omnibus objection (1.5); organize same (.5); prepare index of same (1.0). |
| 5/03/2004 | Rhonda Lopera | 2.50 | Review and analyze documents re Libby claimants (1.5); interoffice conference re same (.5); review central file correspondence re same (.5). |
| 5/03/2004 | Rachel Schulman | 1.20 | Read and respond to e-mails re filing omni 4 and 5 (.6); work on preparations for filing same (.6). |
| 5/03/2004 | William F Hurley | 1.20 | Review memo and attachments from E. Kratofil re examples of supplemental disclosure affidavits (.3); review correspondence from R. Schulman and S. Herrschaft at BMC re short paid invoices (.3); telephone conference with R. Schulman re preparation of final version of documents pertaining to the 4th and 5th omnibus claims objections that will be filed with court (.2); prepare correspondence to D. Carickhoff re 4th and 5th omnibus claims objections and forward drafts of the objections' exhibits, client declaration and notice of filing for review by Pachulski (.4). |
| 5/03/2004 | James W Kapp | 1.20 | Review correspondence from Texas comptroller re tax claims (.1); attend to issues re same (.1); review response to objections to claims (1.0). |
| 5/04/2004 | Rachel Schulman | 2.90 | Review documents and e-mails for filing of omni 4 and 5 (2.0); read and respond to e-mails (.3); telephone conferences re same (.6). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 5/04/2004 | William F Hurley | 1.60 | Review memo from R. Schulman re status of filing of the 4th and 5th omnibus claims objections (.2); review email from R. Schulman to J. Baer re proposed edits to 4th and 5th omnibus claims objections (.3); conference call with R. Schulman and S. Herrschaft re open issues for filing of the final versions of the 4th and 5th omnibus claims objections and final modifications to exhibits (.4); confer with E. Kratofil re amended disclosure affidavit (.2); conference with R. Schulman re written responses of claimants addressed by 3rd omnibus claims objection, filing of the 4th and 5th omnibus claims objections and the results of the conflicts screening performed in connection with the 4th and 5th omnibus claims objections (.5). |
| 5/04/2004 | William F Hurley | 1.30 | Confer with R. Lopera re responses received from claimants in the 3rd omnibus claims objection and court documents received from central files (.2); review and respond to voice memorandum from R. Schulman re recent changes to exhibits in the 4th and 5th omnibus claims objections (.2); telephone call with D. Carickhoff at Pachulski re approval of the final draft of the 4th and 5th omnibus claims objections and related documents (.2); review correspondence from D. Carickhoff at Pachulski and his revisions to the 4th and 5th omnibus claims objections (.4); review email from S. Herrschaft along with attachments re final versions of the 4th and 5th omnibus claims objections and related documents (.2); review email from R. Schulman to S. Herrschaft re final versions of exhibits for the 4th and 5th omnibus claims objections (.1). |
| 5/04/2004 | William F Hurley | 0.80 | Telephone conference with R. Schulman re court filing of 4th and 5th omnibus claims objections (.2); prepare and send email to D. Carickhoff re final court versions of 4th and 5th omnibus claims objections and review email from S. Herrschaft re same (.2); review final set of documents that relate to the 4th and 5th omnibus claims objections for court filing and forward same to Pachulski with instructions (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/05/2004 | Rhonda Lopera | 2.50 | Review and analyze case precedent re claim status chart (1.0); prepare same (.5); interoffice conference re same (.5); telephone conference with BMC re status of claims re objections (.5). |
| 5/05/2004 | Rachel Schulman | 3.20 | Read and revise draft claim objections and orders (1.2); work to get omni 4 and 5 filed in Delaware (2.0). |
| 5/05/2004 | William F Hurley | 1.20 | Review email from S. Herrschaft at BMC re revisions to notice of hearing on the 4th and 5th omnibus claims objections and related exhibits thereto (.2); telephone conference with D. Carickhoff at Pachulski re filing of 4th and 5th omnibus claims objections (.2); address open issues pending with respondents in the 3rd omnibus claims objection (.6); confer with T. Wood in the updating of the omnibus claim status charts for the pending objections (.2). |
| 5/05/2004 | William F Hurley | 1.20 | Review correspondence from D. Carickhoff at Pachulski to R. Schulman along with attachments re notice of filing of the 4th and 5th omnibus claims objections (.3); telephone conference with S. Herrschaft at BMC re updated documents to and filing of the 4th and 5th omnibus claims objections (.2); review emails from R. Schulman to S. Herrschaft and J. Baer re modifications to exhibits and language in proposed order in the 4th and 5th omnibus claims objections (.2); review redlined comments of D. Carickhoff to the 4th and 5th omnibus claims objections (.3); review correspondence from D. Carickhoff at Pachulski re final edits to all related documents involved with the 4th and 5th omnibus claims objections and timeline for filing same (.2). |
| 5/06/2004 | Rhonda Lopera | 1.50 | Review and analyze docket re responses to claim objections (.7); interoffice conference re same (.3); update status chart re same (.5). |
| 5/06/2004 | Rachel Schulman | 1.50 | Read and respond to e-mails re status to court on omni 3 claim objection (.5); review and revise chart to submit to court (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/06/2004 | William F Hurley | 1.20 | Confer with D. Carickhoff, T. Wood, S. Herrschaft at BMC and R. Schulman re preparation of interim claimant response status chart for 3rd omnibus claims objection and prepare same. |
| 5/06/2004 | Samuel Blatnick | 4.00 | Prepare for and call with D. Nahaske and T. Cremmins re MDEP motion for setoff (1.0); modify and file sur reply to MDEP motion for setoff (3.0). |
| 5/07/2004 | William F Hurley | 1.10 | Reply to inquiry from S. Blatnick re claim summary on the motion to mediate disputed claims and compile bar date information (.6); review claimant responses received to-date in the 3rd omnibus claims objection (.5). |
| 5/07/2004 | Samuel Blatnick | 5.00 | Review alternative dispute resolution programs from past bankruptcy cases (4.0); draft outline for an alternative dispute resolution program (1.0). |
| 5/10/2004 | Rhonda Lopera | 3.00 | Review and analyze claim objection responses (1.0); interoffice conference re same (.5); prepare and revise chart re same (.5); review and analyze exhibits re 4th and 5th omnibus claim objection (1.0). |
| 5/10/2004 | Rachel Schulman | 1.00 | Read and review on claim objections received (.2); office conference to discuss replying to claim objections and work on same (.8). |
| 5/10/2004 | William F Hurley | 3.10 | Review and respond to emails from S. Herrschaft at BMC re claims of D. Nelson addressed in the 3rd omnibus claims objection (.2); confer with R. Schulman re plans of procedures for replying to claimant responses in the 3rd omnibus claims objection (.2); review responses of claimants in response to 3rd omnibus claims objection and work on the resolutions to same (2.1); telephone call with S. Herrschaft at BMC re Same (.2); review and update spreadsheet status charts of responding claimants to the 3rd omnibus claims objection and forward information to responsible party at client (.2); confer with R. Lopera re status of claimant responses received to-date in the 3rd omnibus claims objection and forward on names of respondees (.2). |
| 5/10/2004 | Samuel Blatnick | 6.00 | Draft alternative dispute resolution program motion and proposed order, notice, stipulation, procedures, and related documents. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/11/2004 | Rhonda Lopera | 2.50 | Review docket re 4th and 5th omnibus objection exhibits (1.0); interoffice conference re same (.5); prepare correspondence to BMC re same (.5); respond to creditor inquiries re same (.5). |
| 5/11/2004 | Rachel Schulman | 1.10 | Prepare for and attend office conference re responses to omni 3 and work to be done (.5); telephone conferences re issues with filing of omni 4 and 5 (.3); telephone conferences re filing of omni 6 (.3). |
| 5/11/2004 | William F Hurley | 0.40 | Review final court-filed versions of the 4th and 5th and 5th omnibus claims objections (.2); review and respond to email from T. Wood re the check of the bankruptcy court docket with respect to filed versions of the 4th and 5th omnibus claims objections (.2). |
| 5/11/2004 | William F Hurley | 2.20 | Prepare for and attend conference with R. Schulman re preparations for hearing on May 24, resolutions to responses received from claimants addressed in 3rd omnibus claims objection, and update binders and status charts thereto (.8); confer with T. Wood re call in responses of claimants addressed in the 3rd omnibus claims objection (.2); review sample supplemental affidavit and exhibits re disclosures to the bankruptcy court (.3); confer with R. Schulman re status of open issues in the 3rd omnibus claims objection and discuss issues in the 4th and 5th omnibus claims objections (.2); discuss early drafts of the 6th omnibus claims objection (.2); prepare memo to R. Schulman re amending the disclosure affidavit for the bankruptcy court (.3); confer with T. Wood re response binders in the 3rd omnibus claims objection (.2). |
| 5/11/2004 | Samuel Blatnick | 7.00 | Draft alternative dispute resolution program motion and proposed order, notice, stipulation, procedures, and related documents. |
| 5/12/2004 | Rhonda Lopera | 2.00 | Review and analyze correspondence from BMC re claim objections (.7); interoffice conference re same (.3); telephone conference with Rost consulting re same (.3); review and analyze docket re claim objection (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/12/2004 | William F Hurley | 2.70 | Review memo from R. Schulman re supplemental disclosure affidavits and pending omnibus objections (.2); review correspondence from D. Carickhoff at Pachulski re response of the counsel for claimant Gulf Pacific addressed by the 4th omnibus claims objection and note same (.3); respond to request for information from S. Blatnick re status of all omnibus objections filed to-date and confer with T. Wood re same (.4); handle responses to 3rd omnibus objections from several claimants in advance of May 24 hearing (1.8). |
| 5/12/2004 | Samuel Blatnick | 5.50 | Draft alternative dispute resolution program motion and proposed order, notice, stipulations, procedures, and related documents. |
| 5/13/2004 | Janet S Baer | 0.70 | Confer with R. Schulman and W. Hurley re status of Grace claims' objections (.4); confer re mediation issues (.3). |
| 5/13/2004 | Rachel Schulman | 4.50 | Respond to claimants re omnibus objections 3, 4 and 5 (1.8); prepare for and attend office conference re hearing on omnibus objections 3, 4 and 5 and status on 6 (1.0); prepare for and participate in telephone conference re claims objections to include in omni 6 (.7); prepare for and participate in telephone conferences re status on filing claims and resolving claims (.5); work on litigation claims status report (.5). |
| 5/13/2004 | William F Hurley | 0.30 | Conference with T. Wood and S. Blatnick re procedures for supplementing the disclosure affidavit. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/13/2004 | William F Hurley | 3.20 | Meeting with R. Schulman re amending supplemental disclosure affidavit, preparing for hearing on 3rd omnibus claims objection and various responses received to-date in the 4th and 5th omnibus claims objections (.4); handle the resolutions to responses received by claimants addressed in the 3rd omnibus claims objection (1.3); review memo from R. Schulman re results of the conflicts screening in preparation of the 3rd 4th and 5th omnibus claims objections (.2); prepare memo to J. Baer re conflicts screening in the 3rd, 4th and 5th omnibus claims objections and possible amendments to disclosure affidavit (.6); conference with R. Schulman re open issues in the 3rd omnibus claims objection and the supplemental disclosure affidavit (.5); confer with T. Wood re updates to the status chart for the hearing on the 3rd omnibus claims objection (.2). |
| 5/14/2004 | Janet S Baer | 0.50 | Confer re Evanston Wyoming property, claim, potential sale/motion and revise documents re same. |
| 5/14/2004 | William F Hurley | 0.60 | Review emails from T. Wood and R. Schulman re objection to claims of Orange County, CA in the 3rd omnibus claims objection (.3); review proofs of claim and correspondence from BMC re same (.3). |
| 5/14/2004 | William F Hurley | 4.30 | Prepare draft of 12th amended disclosure affidavit (.8); prepare draft of debtor's 6th omnibus claims objection (.7); review most recent draft of response status chart for 3rd omnibus claims objection and confer with T. Wood re updating same (.3); review memo from R. Schulman re forwarding status chart to Pachulski for filing (.2); review most current version of status chart and forward same to D. Carickhoff at Pachulski to be filed with court (.3); telephone calls with T. Hurford, counsel for Asbestos P. I. Committee re language for the proposed 3rd omnibus order (.4); review prior omnibus orders re same (.2); revise 3rd omnibus order per agreement with T. Hurford (.3); confer with T. Wood re same (.2); confer with D. Carickhoff re responses received by court in 3rd omnibus claims objection (.2); review and respond to same (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/17/2004 | William F Hurley | 1.10 | Conferences with T. Wood re preparation of final documents and status chart for hearing on May 24 and update same (.4); review and update claimant respondent status chart for the 3rd omnibus claims objection and related hearing (.7). |
| 5/17/2004 | William F Hurley | 4.60 | Review message from claimant Orange County's counsel re 3rd omnibus claims objection and forward same to H. Card (.2); prepare correspondence to counsel for claimant Orange County re same and forward related proofs of claim (.2); prepare supplemental disclosure affidavit re standard of disinterestedness and confer with J. Mazza and E. Chalut re precedent for same (.5); meetings with J. Baer re open issues in the 3rd, 4th and 5th omnibus claims objections and upcoming hearing (.4); prepare for hearing on 3rd omnibus claims objection (2.8); telephone conference with J. McFarland re responses received to the 3rd omnibus claims objection (.3); confer with J. Baer re completed documents for hearing and forward related revised documents for same (.2). |
| 5/17/2004 | James W Kapp | 0.20 | Review correspondence from J. McFarland re objection to certain claims (.1); review D. Siegel response re same (.1). |
| 5/18/2004 | Janet S Baer | 2.50 | Confer re status of claim objections / information for claims report and court hearing on claims objections (.5); prepare status report on litigation claims (2.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/18/2004 | William F Hurley | 3.90 | Telephone conference with J. Rivenbark re trade claims addressed by the 3rd omnibus claims objection (.3); conferences with J. Baer re open issues in the 3rd omnibus claims objection and preparation for hearing on same (.5); conferences with T. Wood re review of court docket and the filing of additional responses from claimants in the 3rd omnibus claims objection (.4); review message from R. Schulman re open issues in the 3rd omnibus claims objection and follow-up with same (.3); meetings with J. Baer and T. Wood re open issues in the 3rd omnibus claims objection and hearing on same and discuss related documents (.2); update draft of proposed order for hearing on 3rd omnibus claims objection (1.2); review and revise current claimant response status chart for 3rd omnibus claims objection (1.0). |
| 5/18/2004 | William F Hurley | 1.90 | Prepare items for May 24 hearing on 3rd omnibus claims objection (.9); handle open issues with respect to responding claimants in the 3rd omnibus claims objection (1.0). |
| 5/19/2004 | Janet S Baer | 2.30 | Continue preparation of second claims report (1.5); revise same and prepare exhibits re same (.8). |
| 5/19/2004 | William F Hurley | 0.50 | Handle calls from claimants responding to 3rd omnibus claims objection (.3); telephone call with J. Rivenbark re trade payable claimants addressed by 3rd omnibus claims objection (.2). |
| 5/20/2004 | Rhonda Lopera | 1.50 | Review omnibus claim objections (.7); update index re same (.3); review and analyze docket re same (.5). |
| 5/20/2004 | Janet S Baer | 1.00 | Confer and revise claims status report. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/20/2004 | William F Hurley | 2.90 | Conference with J. Baer re preparation for the May 24 hearing on the 3rd omnibus claims objection (.5); telephone call with J. Rivenbark re trade payable claimants addressed by the 3rd omnibus claims objection and handle open issues re same (.4); telephone conferences with S. Herrschaft at BMC re claimant respondents in the 3rd omnibus claims objection and exhibits and related to the hearing on May 24 (.4); review and respond to correspondence from S. Herrschaft and review attached exhibits prepared by BMC appended to proposed order on 3rd omnibus claims objection (.4); review and revise stipulation with counsel for State of Montana re resolution to 3rd omnibus claims objection and confer with claimant's counsel re same (.5); revise proposed order and status chart for 3rd omnibus claims objection and handle open issues for hearing on same (.6). |
| 5/21/2004 | Janet S Baer | 0.60 | Final review/revisions to claims report and coordinate filing of same. |
| 5/21/2004 | William F Hurley | 3.00 | Conferences with J. Baer re final order, open issues and the updated status chart in the 3rd omnibus claims objection (.3); prepare final version of proposed order and status chart in the 3rd omnibus claims objection (1.6); confer with S. Herrschaft at BMC re revisions to proposed order and related exhibits in the 3rd omnibus claims objection (.2); handle open issues and resolutions to certain objections in the 3rd omnibus claims objection in advance of hearing on May 24 (.9). |
| 5/24/2004 | Rachel Schulman | 2.00 | Read and review all responses received on omni 4 and 5 (.5); office conference re same (.6); review omni 3 responses and hearings to be set re same (.6); prepare for and participate in telephone conference with claimant re claim no. 1205 and continued it until 7/19 hearing and response date 7/2 (.3). |
| 5/24/2004 | William F Hurley | 0.60 | Confer with T. Wood on the preparation of revised status charts in the 4th and 5th omnibus claims objections and discuss recent written responses of claimants. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/24/2004 | William F Hurley | 3.00 | Confer with T. Wood re preparation of final version of proposed order for 3rd omnibus claims objection (.3); prepare and assemble court-ready documents for May 24 omnibus hearing on pending claim objections (.4); confer with R. Schulman re status of 3rd omnibus claims objection and forward most recent response status log for review (.3); meeting with R. Schulman re status of responses received in the 4th and 5th omnibus claims objections (.5); prepare for and attend meeting with R. Schulman and T. Wood on the status of the 3rd omnibus claims objection along with proposed order and status charts (.3); forward revised and updated 3rd omnibus status chart to R. Schulman for review (.2); contact responding claimants and counsel addressed by the 4th and 5th omnibus claims objections and work on resolution to objections (1.0). |
| 5/25/2004 | Rhonda Lopera | 2.50 | Review and analyze responses re omnibus claim objections (1.0); interoffice conference re same (.5); telephone conference with BMC re exhibits for claim objections (.5); review and analyze exhibits (.5). |
| 5/25/2004 | Rachel Schulman | 3.80 | Review and work on claims subject to litigation/mediation (2.20); telephone conferences with claimants re 4th and 5th omni objections to claims (.8); review 2nd report on claims and work to be done on same (.8). |
| 5/25/2004 | William F Hurley | 0.80 | Prepare for and attend interoffice conference with T. Wood re updates to claim response status logs for the 4th and 5th omnibus claims objections (.4); confer with R. Lopera re status of responses received to-date in the 4th and 5th omnibus claims objections and procedures thereto (.4). |
| 5/26/2004 | Janet S Baer | 0.30 | Internal conference re Omnibus objections. |
| 5/26/2004 | Rachel Schulman | 4.30 | Receive and return telephone calls from claimants re omnibus objection 4 and 5 (2.3); draft e-mail messages to pertinent Grace contacts re same (.7); review claims at issue re omni objection 4 and 5 (1.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/26/2004 | William F Hurley | 2.40 | Handle resolutions to responses received from claimants addressed by the 4th and 5th omnibus claims objections and confer with relevant parties at client re same (1.7); confer with R. Schulman and T. Wood re addressing responses of claimants responding to the 4th and 5th omnibus claims objections (.4); review data on B-Linx and retrieve certain proofs of claims of claimants addressed in the 4th and 5th omnibus claims objections and forward same to R. Schulman with comments (.3). |
| 5/27/2004 | Janet S Baer | 0.50 | Prepare for and attend interoffice conference re mediation and non-asbestos litigation claims. |
| 5/27/2004 | William F Hurley | 2.20 | Confer with J. Baer re results of the hearing on the 3rd omnibus claims objection and the order related thereto (.2); discuss specific claim objections in the 5th omnibus claims objection with J. Baer (.1); handle responses and work toward the resolution of issues raised by responding claimants to the 4th and 5th omnibus claims objections (.8); review and update claimant response status charts in the 4th and 5th omnibus claims objections with T. Wood (.2); telephone conference with S. Whittier re merits of the claim of Norfolk Southern Railway (.2); review proofs of claim and work on resolution to same (.7). |
| 5/27/2004 | Samuel Blatnick | 2.50 | Draft alternative dispute resolution program motion and proposed order, notice, stipulation, procedures, and related documents. |
| 5/28/2004 | Rhonda Lopera | 1.50 | Retrieve claim objections for attorney review (.6); interoffice conference re same (.4); update and revise claim index chart (.5). |
| 5/28/2004 | Janet S Baer | 0.20 | Confer re claim status. |
| 5/28/2004 | Rachel Schulman | 1.30 | Telephone conference with claimant re treatment of claim in objection (.3); read and review e-mails re same (1.0). |
| 5/28/2004 | William F Hurley | 3.40 | Prepare for and attend conference call with J. McFarland re claim objections to claim of Norfolk Southern Railway and possible resolution thereto (.5); review and work to resolve written responses received from claimants addressed by the 4th and 5th omnibus claims objections (1.0); prepare draft of twelfth supplemental disclosure affidavit (1.9). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/28/2004 | Samuel Blatnick | 7.50 | Research past alternative dispute resolution program and draft alternative dispute resolution program motion and proposed order, notice, stipulation, procedures, and related documents. |
| | Total hours: | 153.50 | |

**Matter 20 – Case Administration – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/02/2004 | James W Kapp | 0.30 | Review pleadings and correspondence. |
| 5/03/2004 | Rhonda Lopera | 1.50 | Review central file correspondence re plaintiff attorney (.5); review and analyze pleadings re incorporation into central file (1.0). |
| 5/03/2004 | Tiffany J Wood | 1.50 | Review newly filed pleadings and update central files re same (1.0); review docket re various motions and distribute same for attorney review (.5). |
| 5/03/2004 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download same (.5); review, organize and catalog pleadings for litigation support system (.5); review, analyze and organize documents forwarded by attorneys for inclusion in Grace main file (1.0). |
| 5/04/2004 | Rhonda Lopera | 1.00 | Review and analyze docket adversary cases re filed complaints (.7); retrieve same for attorney review (.3). |
| 5/04/2004 | Janet S Baer | 0.80 | Internal conference re status of all outstanding matters re plan, litigation, claims and related matters (.5); internal conference re hedging agreement and Canadian acquisition motions (.3). |
| 5/04/2004 | Tiffany J Wood | 1.50 | Review docket re application to appoint futures representative and distribute same for attorney review (.5); review Eagle Picher docket re plan and disclosure statement and follow up with S. Blatnick re same (.5); teleconference with document retrieval service re order of plan and disclosure statement (.5). |
| 5/04/2004 | James W Kapp | 0.30 | Review pleadings and correspondence. |
| 5/04/2004 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (1.0); review and organize appeal letter briefs for litigation support system (1.0); organize and catalog pleadings for Concordance litigation support database system (1.0). |
| 5/05/2004 | Rhonda Lopera | 1.50 | Review and analyze docket re filed certificates of no objection (.7); interoffice conference re same (.3); review and organize order binder (.5). |
| 5/05/2004 | Tiffany J Wood | 3.00 | Review correspondence and supporting documents re Libby claimants and index and organize same for attorney review (1.5); review attorney notes and revise litigation summary chart re same (1.5). |
| 5/05/2004 | James W Kapp | 0.10 | Review pleadings and correspondence. |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/06/2004 | Rhonda Lopera | 1.50 | Review and analyze docket re motion status chart (1.0); interoffice conference re same (.2); revise same (.3). |
| 5/06/2004 | Rhonda Lopera | 1.50 | Review and analyze correspondence re Libby claimants (.5); update status chart re same (.5); update and distribute critical dates (.5). |
| 5/06/2004 | Tiffany J Wood | 6.00 | Review newly filed pleadings and update central files re same (1.5); review docket re status of motions and update motion status chart re same (1.5); review docket re responses to omnibus objection and update response status chart re same (1.0); teleconference with S. Herrschaft re proofs of claim needed and follow up with R. Schulman re same (.5); review various proofs of claim and update response status chart re same (.5); review attorney notes, revise response status chart re same and follow up with R. Schulman (.5); review attorney notes and revise critical dates chart re same (.5). |
| 5/06/2004 | Samuel Blatnick | 0.50 | Review and revise critical dates list for upcoming matters. |
| 5/06/2004 | James W Kapp | 0.20 | Review pleadings and correspondence (.1); review critical date memorandum (.1). |
| 5/07/2004 | Tiffany J Wood | 5.50 | Review attorney notes, revise response status chart and send same to local counsel (1.0); review and organize case files from C. Lane and make arrangements for transfer of same to S. Blatnick (.5); review attorney notes, revise motion status chart and distribute same (.5); review and analyze new correspondence and enter same into electronic filing database (2.0); review docket re responses to application to appoint futures representative, retrieve, duplicate and distribute same for attorney review (1.5). |
| 5/07/2004 | Sorah Kim | 1.00 | Review, catalog and organize pleadings for Concordance Litigation Support System. |
| 5/10/2004 | Rhonda Lopera | 2.50 | Retrieve adversary documents for attorney review (.7); interoffice conference re same (.3); review and analyze asbestos case precedent (1.0); organize documents re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/10/2004 | Tiffany J Wood | 4.00 | Review case management order and revise critical dates chart re same (.5); conduct teleconference with claimant and follow up with BMC re service list (.5); review responses re omnibus objection and prepare binder of same (1.0); review docket and adversary dockets re motions to modify automatic stay and follow up with S. Blatnick re same (1.0); review newly filed pleadings and incorporate same into central files (1.0). |
| 5/10/2004 | James W Kapp | 0.60 | Review pleadings and correspondence (.4); review motion status chart (.1); review critical date list (.1). |
| 5/10/2004 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for litigation support system database entry (1.0). |
| 5/11/2004 | Tiffany J Wood | 5.00 | Review docket re status of motions and update status chart re same (1.0); review docket re responses to application to appoint legal representative for future claimants and distribute same (.5); conduct teleconference with claimant re omnibus objection and follow up with R. Lopera re same (1.0); retrieve omnibus objections, print and distribute same (1.0); retrieve proof of claim re Kane and follow up with S. Blatnick re same (1.5). |
| 5/11/2004 | James W Kapp | 0.30 | Review pleadings and correspondence. |
| 5/12/2004 | Rhonda Lopera | 3.00 | Review and analyze docket re Maryland Casualty stipulation (.7); interoffice conference re same (.3); review case precedent dockets re future representative pleadings (1.0); review pleadings re incorporation into central file (1.0). |
| 5/12/2004 | Tiffany J Wood | 3.50 | Review docket re stipulation and distribute same (.5); review docket re dates of objections and follow up with S. Blatnick re same (.5); retrieve and review various proofs of claim (1.0); review dockets re orders for precedent and distribute same (1.5). |
| 5/12/2004 | Shirley A Pope | 0.80 | Review docket for newly filed pleadings and download same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/13/2004 | Rhonda Lopera | 3.50 | Review and analyze correspondence re stipulation with Maryland Casualty (.5); interoffice conference re same (.3); review docket re same (.7); respond to creditor inquiries (.5); review adversary docket re signed orders and critical dates (1.5). |
| 5/13/2004 | Tiffany J Wood | 7.00 | Review docket and adversary dockets re stipulation with Maryland Casualty Company (.5); review central files re correspondence with Maryland Casualty Company and follow up with R. Lopera re same (1.0); review dockets re futures representative motions for precedent (2.0); review responses to omnibus objection and update status chart and binder re same (1.0); conduct teleconference with document retrieval service re plan and confirmation order (.5); review docket and central files re disclosure affidavit and supplements and prepare binder re same (2.0). |
| 5/13/2004 | Samuel Blatnick | 0.50 | Review settlement procedures order to determine treatment of a proposed settlement. |
| 5/13/2004 | James W Kapp | 0.50 | Review docket (.2); review pleadings and correspondence (.3). |
| 5/13/2004 | Shirley A Pope | 0.50 | Review docket for newly filed pleadings and download same. |
| 5/14/2004 | Tiffany J Wood | 4.00 | Duplicate and distribute Eagle Picher plan and disclosure statement (.5); conduct teleconference with claimant re status of case (.5); review central files re preference letters and follow up with M. Whitcomb re same (1.0); retrieve and distribute various pleadings for J. Baer (1.0); review docket re statement by U.S. Trustee and distribute same (.5); review docket re status of motions and update status chart re same (.5). |
| 5/14/2004 | James W Kapp | 0.30 | Review pleadings and correspondence. |
| 5/17/2004 | Tiffany J Wood | 4.50 | Research various on-line databases re Wolin recusal (1.5); review docket and retrieve and distribute various pleadings (1.0); prepare claims status chart for J. Baer (1.0); review adversary dockets re professional fee applications and prepare chart of same (1.0). |
| 5/17/2004 | Sorah Kim | 0.50 | Review, catalog and organize pleadings for Concordance Litigation Support System. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/17/2004 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for litigation support system database entry (1.0); review and organize Third Circuit Opinion papers re Wolin recusal motion for litigation support system database entry (1.0). |
| 5/18/2004 | Rhonda Lopera | 2.00 | Review and analyze docket re Judge Wolin recusal order (.5); revise and update order binder (.5); search adversary docket re claim stipulation (.7); interoffice conference re same (.3). |
| 5/18/2004 | Rhonda Lopera | 3.50 | Review and analyze docket re motion status chart (.7); revise and distribute same (.8); revise and update critical dates (.5); retrieve signed stipulations for attorney review (.5); review docket re fee applications (1.0). |
| 5/18/2004 | Tiffany J Wood | 3.50 | Review docket re responses to omnibus objection and update status chart re same (1.0); retrieve and distribute various pleadings for attorney review (1.0); review adversary docket re professional fee applications and update chart re same (1.5). |
| 5/18/2004 | James W Kapp | 0.20 | Review Daily Bankruptcy Review article re disqualification of judge (.1); review Daily Bankruptcy Review article re future claims representation (.1). |
| 5/18/2004 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same. |
| 5/19/2004 | Rhonda Lopera | 2.00 | Retrieve signed orders for attorney review (.5); review case precedent re asbestos cases (1.0); interoffice conference re same (.5). |
| 5/19/2004 | Tiffany J Wood | 6.00 | Review docket re various orders and certificates of no objection and follow up with R. Lopera re same (1.0); prepare hearing binder for omnibus hearing (3.5); retrieve motion and order for precedent (.5); review docket and adversary dockets re status of motions and update motion status chart re same (1.0). |
| 5/19/2004 | Sorah Kim | 1.00 | Review, catalog and organize bankruptcy pleadings for Concordance Litigation Support System. |
| 5/19/2004 | Shirley A Pope | 0.50 | Review, organize and catalog documents forwarded by attorney for inclusion in litigation support system database. |
| 5/20/2004 | Rhonda Lopera | 1.50 | Prepare pleadings re 5-24-04 hearing; (1.0); interoffice conference re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/20/2004 | Tiffany J Wood | 3.00 | Retrieve and distribute various pleadings for attorney review (1.5); duplicate and distribute hearing binders (.5); review newly filed pleadings and update central files re same (1.0). |
| 5/20/2004 | James W Kapp | 1.00 | Review Daily Bankruptcy Review article re judges recusal slowing asbestos cases (.1); review pleadings and correspondence (.3); review order recusing district court judge (.6). |
| 5/20/2004 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (1.0); review, organize and catalog Third Circuit appeal papers for litigation support system (2.0). |
| 5/21/2004 | Rhonda Lopera | 1.50 | Prepare and revise documents re 5-24-04 hearing. |
| 5/21/2004 | Tiffany J Wood | 5.00 | Retrieve various pleadings for omnibus hearing (2.0); review docket and retrieve order re reply to objections and distribute same for attorney review (.5); review central files re settlement agreement and distribute same for attorney review (1.0); review files re informational brief and distribute same for attorney review (.5); review newly filed pleadings and update central files re same (1.0). |
| 5/21/2004 | James W Kapp | 0.30 | Review pleadings and correspondence. |
| 5/21/2004 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same. |
| 5/24/2004 | Jonathan Friedland | 1.70 | Review informational brief (1.3); telephone conference with I. Warren and J. Nuckles re non-impairment issues (.2); telephone conference with B. Spiegel re same (.2). |
| 5/24/2004 | Rhonda Lopera | 3.00 | Review and organize pleadings re asbestos case precedent (1.0); interoffice conference re same (.5); retrieve case management order and related pleadings for attorney review (.5); review pleadings re incorporation into central file (1.0). |
| 5/24/2004 | Tiffany J Wood | 5.50 | Retrieve various pleadings and proposed orders re omnibus hearing and send same to J. Baer (3.0); review central files re status report and follow up with J. Baer re same (.5); review newly filed pleadings and update central files re same (1.0); review docket and adversary dockets re status of motions and update status chart re same (1.0). |
| 5/24/2004 | Shirley A Pope | 1.00 | Review, analyze and prepare status reports for attorney use. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/25/2004 | Rhonda Lopera | 2.50 | Review and analyze main docket and adversary docket re critical dates (.7); update and distribute critical dates (.5); interoffice conference re same (.3); retrieve correspondence re CNO's (.5); review central file documents re signed stipulation (.5). |
| 5/25/2004 | Rhonda Lopera | 1.00 | Review Legal Key documents re case precedent (.7); interoffice conference re same (.3). |
| 5/25/2004 | Tiffany J Wood | 2.50 | Research various databases re contact information for D. Austern and follow up with J. Baer re same (1.0); review responses to omnibus objections and prepare status chart re same (1.5). |
| 5/25/2004 | David M Bernick, P.C. | 0.80 | Conduct telephone conference with D. Siegel and F. McGovern re case status. |
| 5/25/2004 | Shirley A Pope | 0.50 | Review docket for newly filed pleadings and download same. |
| 5/26/2004 | Rhonda Lopera | 1.00 | Prepare for and interoffice conference re submitting orders to court and status of critical dates (.4); review and analyze docket re signed orders and CNO's filed (.6). |
| 5/26/2004 | Tiffany J Wood | 4.00 | Retrieve docket and adversary dockets and distribute same to R. Lopera (.5); review response status chart and revise same (.5); retrieve case management briefs and duplicate and distribute same for attorney review (1.0); review supplemental affidavits and follow up with S. Blatnick re same (1.0); retrieve various draft orders and follow up with R. Lopera re same (1.0). |
| 5/26/2004 | Sorah Kim | 1.00 | Review, catalog and organize pleadings for Concordance Litigation Support System. |
| 5/26/2004 | Samuel Blatnick | 2.50 | Respond to emails and voicemails related to Grace that were received while on vacation. |
| 5/26/2004 | James W Kapp | 0.60 | Review pleadings and correspondence. |
| 5/26/2004 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for entry in litigation support system (2.0). |
| 5/27/2004 | Rhonda Lopera | 1.00 | Review and revise motion status chart (.7); review docket re current dates to be incorporated into motion status chart (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/27/2004 | Tiffany J Wood | 4.00 | Review responses to omnibus objections and update status chart re same (1.0); retrieve Babcock & Wilcox plan and disclosure statement and distribute same for attorney review (1.0); review Magic Restaurants docket and follow up with R. Lopera re same (.5); review central files re Norfolk Southern Railway and follow up with R. Lopera re same (.5); review retention application re date of retention and follow up with S. Blatnick re same (.5); review docket and adversary dockets re status of motions and update status chart re same (.5). |
| 5/27/2004 | Samuel Blatnick | 0.50 | Prepare for and call with W. Sparks re outstanding fees for the professional involved in the fraudulent conveyance matter. |
| 5/27/2004 | James W Kapp | 0.20 | Review pleadings and correspondence (.1); review critical date list (.1). |
| 5/28/2004 | Rhonda Lopera | 2.00 | Review and analyze docket re signed orders (.5); update critical dates and distribute same (1.0); retrieve contact information re creditors committee and asbestos committee (.5). |
| 5/28/2004 | Tiffany J Wood | 1.50 | Conduct teleconference to counsel for T. Kane re proposed order and follow up with J. Baer re same (.5); retrieve claims status reports and distribute same for attorney review (.5); retrieve Dow Corning plan and distribute same for attorney review (.5). |
| 5/28/2004 | James W Kapp | 0.10 | Review Daily Bankruptcy Review article re appointment of new Judge to Owens Corning case. |
|  | Total hours: | 154.60 |  |

## Matter 23 – Business Operations – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/04/2004 | Samuel Blatnick | 2.00 | Prepare for and conference call with J. McFarland and J. Kapp re whether a proposed transaction is an ordinary course transaction (.5); conference call with M. Schehitz and J. Kapp re whether a proposed transaction is an ordinary course transaction (1.0); internal conference re Caterpillar invoice (.5). |
| | Total hours: | 2.00 | |

### Matter 27 – Employee Benefits/Pension – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/12/2004 | James W Kapp | 0.20 | Telephone conference with J. Forgach re employee benefit plan issues (.1); attend to issues re same (.1). |
| 5/13/2004 | James W Kapp | 0.40 | Telephone conference with J. Forgach re employee plans. |
| | Total hours: | 0.60 | |

## Matter 28 – Litigation and Litigation Consulting – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/03/2004 | James W Kapp | 2.70 | Review Debtors objection to Libby motion to the depositions (.9); review response to Libby motion to stay contempt hearing (1.4); attend to issues re same (.4). |
| 5/04/2004 | Janet S Baer | 0.50 | Confer re T. Kane matter and contact counsel re same (.3); confer with W. Sparks re Rodriguez matter (.2). |
| 5/04/2004 | Samuel Blatnick | 0.50 | Prepare for and call re proposed order for review of Alabama and Texas claims with counsel for National Union and Claimants. |
| 5/05/2004 | Janet S Baer | 0.30 | Internal conference re status of Libby plaintiff matters and 524(g) research. |
| 5/06/2004 | Janet S Baer | 2.00 | Review Curtis Bay environmental issue and confer re same (.3); review and revise MDEP sur-reply (.5); review 505 memo and comments on same (.5); confer with clients re Curtis Bay matter (.4); internal conference re MDEP matter, National Union and T. Kane (.3). |
| 5/06/2004 | James W Kapp | 0.30 | Attend to issues re negotiation with certain agencies re certain cleanup obligations. |
| 5/13/2004 | Janet S Baer | 0.30 | Confer with W. Sparks re Rodriguez, futures representative and claims issues. |
| 5/14/2004 | Christopher Landau | 0.80 | Organize files re Libby Appeal. |
| 5/17/2004 | Rhonda Lopera | 2.50 | Review and analyze publications re recusal of Judge Wolin (1.0); interoffice conference re same (.5); review and analyze publications re status of asbestos cases (1.0). |
| 5/17/2004 | Janet S Baer | 2.50 | Attend to matters re Wolin recusal matters (.4); confer re Kane matter (.3); review Wolin recusal opinion (1.0); review Libby claimants' response on perpetual depositions (.8). |
| 5/17/2004 | David M Bernick, P.C. | 0.80 | Conduct telephone conference re recusal. |
| 5/17/2004 | Michelle H Browdy | 1.00 | Review/analysis of 3d Circuit opinion and calls on same. |
| 5/17/2004 | Christopher Landau | 1.50 | Review Third Circuit opinion re Wolin recusal appeal. |
| 5/18/2004 | Janet S Baer | 0.70 | Confer re Libby claimants matter and review pleadings re same (.5); review e-mail on Baker Hughes property (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/18/2004 | Samuel Blatnick | 1.50 | Review and outline the Third Circuit's opinion and order directing Judge Wolin to recuse himself from certain asbestos cases. |
| 5/19/2004 | Janet S Baer | 0.70 | Confer with M. Shelnitz and D. Siegel re Baker Hughes property matter (.4); review/revise Baker Hughes motion (.3). |
| 5/19/2004 | David M Bernick, P.C. | 2.00 | Conduct telephone status conference with D. Siegel (.5); conduct telephone conference with S. Birnbaum (.5); conduct telephone conference with T. Freedman re work assignments (1.0). |
| 5/20/2004 | Janet S Baer | 0.30 | Confer with J. Frost re comments to stay motion on Baker Hughes property. |
| 5/21/2004 | David M Bernick, P.C. | · 8.10 | Conduct telephone conference with L. Kruger re hearing (.5); conduct telephone conference with D. Siegel re same (.5) preparation for hearing (5.5); attend team meeting (1.3); conduct telephone conference with C. Landau re en banc review (.3). |
| 5/26/2004 | James W Kapp | 0.20 | Review Gerard contempt order. |
|  | Total hours: | 29.20 |  |

## **Matter 30 – Hearings – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/21/2004 | Janet S Baer | 1.60 | Prepare for and confer re all upcoming matters for omnibus hearing (.5); review/revise claims chart for same (.3); assemble materials for May omnibus hearing (.8). |
| 5/23/2004 | Janet S Baer | 1.50 | Review/organize materials for May omnibus hearing (1.0); internal conference re additional materials for May omnibus hearing (.5). |
| 5/23/2004 | David M Bernick, P.C. | 3.50 | Preparation for hearing. |
| 5/24/2004 | Janet S Baer | 7.00 | Review materials in preparation for omnibus hearing (2.0); confer with clients and further review and organize materials in preparation for omnibus hearing (2.0); attend omnibus hearing (3.0). |
| 5/24/2004 | David M Bernick, P.C. | 6.00 | Preparation for Omnibus hearing and attending hearing. |
| 5/26/2004 | Janet S Baer | 0.50 | Internal conference re results of May omnibus hearing. |
| | Total hours: | 20.10 | |

## Matter 31 – Asset Disposition – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/04/2004 | James W Kapp | 2.20 | Telephone conference with J. McFarland re potential transaction agreements (.6); telephone conference with M. Shelnitz, P. Hamlin, and E. Filon re potential acquisition (.8); attend to follow-up issues arising from McFarland inquiries (.8). |
| 5/18/2004 | Samuel Blatnick | 4.00 | Research and draft motion to assume and assign certain leases and subleases with Jay Peak LLC. |
| 5/26/2004 | Samuel Blatnick | 1.00 | Update and revise motion to assume and assign certain leases and subleases with Jay Peak and send to Client for comments. |
| | Total hours: | 7.20 | |

## Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/03/2004 | Toni L Wallace | 0.50 | Review and comment on Quarterly Fee Application. |
| 5/04/2004 | Toni L Wallace | 0.50 | Review and comment on Quartly Fee Application. |
| 5/10/2004 | Toni L Wallace | 2.30 | Review time entries in response to fee examiner report (.2); prepare March monthly invoice for client-specific use (1.6); revise Quarterly Fee Application (.5). |
| 5/11/2004 | Toni L Wallace | 0.20 | Office conference with S. Blatnick re response to fee examiner report (.1); locate responses to prior fee examiner reports and forward to S. Blatnick (.1). |
| 5/11/2004 | Samuel Blatnick | 1.00 | Review fee auditor's report in response to Debtors' 11th fee application and draft letter to fee auditor in response. |
| 5/11/2004 | James W Kapp | 0.70 | Review fee examiner's initial report for eleventh interim period (.4); attend to response re same (.3). |
| 5/12/2004 | Toni L Wallace | 0.20 | Final review and revision of Quarterly Fee Application. |
| 5/12/2004 | Samuel Blatnick | 0.50 | Review twelfth Quarterly Fee Application. |
| 5/13/2004 | James W Kapp | 0.70 | Review twelfth Quarterly Fee Application. |
| 5/18/2004 | Toni L Wallace | 0.40 | Prepare project category spreadsheet for twelfth Quarterly Fee Application and forward same to fee examiner. |
| 5/18/2004 | Samuel Blatnick | 2.70 | Review and revise detailed time entries for Kirkland's services rendered in April 2004. |
| 5/20/2004 | Toni L Wallace | 1.00 | Review and revise fee detail for April monthly fee application. |
| 5/26/2004 | Toni L Wallace | 2.50 | Prepare April monthly fee application and exhibits to same. |
| 5/26/2004 | Samuel Blatnick | 0.80 | Review April fee application. |
| 5/28/2004 | Samuel Blatnick | 0.70 | Final review of April fee application. |
|  | Total hours: | 14.70 |  |

## Matter 37 – Plan and Disclosure Statement – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/20/2004 | Legislative Research | 1.50 | Legislative Research re History of 11 USC 524(g). |
| 5/04/2004 | Theodore L Freedman | 1.50 | Draft memo re steps to plan structuring. |
| 5/04/2004 | James W Kapp | 0.40 | Attend to issues re potential plan. |
| 5/05/2004 | Samuel Blatnick | 4.50 | Research for and expand and update memorandum concerning nuances of 524(g) plans. |
| 5/07/2004 | Theodore L Freedman | 1.50 | Draft memo to client re plan structures. |
| 5/10/2004 | Deanna D Boll | 4.20 | Draft Plan strategy memorandum. |
| 5/10/2004 | Theodore L Freedman | 1.50 | Review memo re response to Future Claimants Representative (.8); edit memo re class claims (.7). |
| 5/11/2004 | Deanna D Boll | 2.70 | Analyze issues re American Reserve and continue draft of plan strategy memorandum. |
| 5/11/2004 | Theodore L Freedman | 1.50 | Draft memo re steps to accomplish class action settlement (1.2); conference with B. Beber re status (.3). |
| 5/12/2004 | Deanna D Boll | 3.80 | Analyze issues and continue draft of plan strategy memorandum. |
| 5/12/2004 | Janet S Baer | 3.90 | Interanl conferences re futures rep responses and reply to same (.5); review responses re Grace futures rep (1.5); review and revise draft 524(g) memo (1.2); review draft plan structure memo (.4); confer with D. Blechman re plan structure issues (.3). |
| 5/12/2004 | David M Bernick, P.C. | 0.80 | Draft strategy memo re plan. |
| 5/12/2004 | Theodore L Freedman | 2.00 | Draft memo re class action settlement. |
| 5/13/2004 | Deanna D Boll | 3.20 | Work on plan strategy materials and review trust structures re same (2.1); prepare version of strategy materials for D. Bernick distribution (1.1). |
| 5/13/2004 | Janet S Baer | 3.10 | Confer with E. Filon re plan issues and questions re various claims/treatment (.3); further revise 524(g) memo (.5); confer re futures representative issues (.2); review memo re plan issues for upcoming Company call (.3); review draft reply on futures rep (1.8). |
| 5/13/2004 | David M Bernick, P.C. | 1.00 | Review and revise strategy memo re plan. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/13/2004 | Theodore L Freedman | 2.50 | Edit memo re class action settlement. |
| 5/14/2004 | Deanna D Boll | 0.30 | Review final strategy memorandum. |
| 5/14/2004 | Janet S Baer | 3.40 | Confer with W. R. Grace personnel re plan structure and outstanding issues re same (1.5); confer re revisions to futures rep reply (.4); revise futures rep brief and confer re same (1.5). |
| 5/14/2004 | Samuel Blatnick | 1.50 | Prepare for and conference call with P. Zilly, J. Baer, and E. Filipon re claims resolution and proposed reorganization plans. |
| 5/14/2004 | Theodore L Freedman | 2.50 | Finalize memo re class action issues. |
| 5/16/2004 | Janet S Baer | 0.30 | Review memo on 524(g) plan structure issues. |
| 5/17/2004 | Janet S Baer | 1.00 | Confer re futures rep response (.3); review revised draft reply brief on futures rep (.7). |
| 5/19/2004 | Janet S Baer | 0.30 | Confer with R. Finke re status of various outstanding matters and plan discussion. |
| 5/20/2004 | Janet S Baer | 0.60 | Confer with M. Shelnitz re disparate treatment / classification issues (.3); confer with J. Hughes re medical monitoring claims and Libby matters (.3). |
| 5/20/2004 | Bennett L Spiegel | 0.50 | Telephone conference with T. Freedman re broad overview of case and likely timing for filing Plan and Disclosure Statement. |
| 5/20/2004 | Theodore L Freedman | 0.50 | Conference with B. Spiegel re plan structuring. |
| 5/21/2004 | Jonathan Friedland | 1.70 | Telephone conference with D. Bernick, J. Baer, T. Freedman, and B. Spiegel re status and going forward goal (1.0); telephone conference with B. Spiegel re same (.2); draft email to I. Warren re research items (.1); preliminary review of same (.4). |
| 5/21/2004 | Janet S Baer | 1.20 | Confer re status of case, background and potential plan structure. |
| 5/21/2004 | Bennett L Spiegel | 0.30 | Telephone conference with J. Friedland re staffing and research issues re Plan preparation (.2); emails to J. Friedland and J. Baer re document info requests (.1). |
| 5/21/2004 | Bennett L Spiegel | 1.10 | Telephone conference with D. Bernick, T. Freedman  J. Baer, J. Friedland re case background and deadline re preparation of Plan and Disclosure Statement. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/21/2004 | Ingrid Warren | 0.60 | Search for Westlaw articles discussing cramdown and 524(g). |
| 5/21/2004 | Theodore L Freedman | 1.00 | Conference with D. Bernick re procedures for getting plan confirmed. |
| 5/21/2004 | James W Kapp | 1.30 | Attend to status conference re plan issues (1.0); attend to issues re same (.3). |
| 5/24/2004 | Bennett L Spiegel | 0.20 | Telephone conference with J. Friedland re follow up on legal research issues re confirmation. |
| 5/24/2004 | Ingrid Warren | 2.10 | Research 1124 and 524 impairment issues concerning lawsuit claimants; (1.4) and Discuss same with J. Friedland and J. Nuckles (.7). |
| 5/25/2004 | Janet S Baer | 0.30 | Confer with D. Siegel re issues re plan and related matters. |
| 5/25/2004 | Ingrid Warren | 10.30 | Research issues related to a successor trust and plan confirmation. |
| 5/25/2004 | Theodore L Freedman | 0.50 | Conference with counsel to D. Austern. |
| 5/26/2004 | Jonathan Friedland | 2.00 | Prepare for and interoffice office conference re case background. |
| 5/26/2004 | Janet S Baer | 2.30 | Prepare for and internal conference re case background for chapter 11 plan and related issues (2.0); follow up re meetings re plan (.3). |
| 5/26/2004 | Bennett L Spiegel | 1.80 | Telephone conference with J. Baer, J. Friedland re case status and background as regards to preparation of Plan and Disclosure Statement. |
| 5/26/2004 | Bennett L Spiegel | 1.20 | Review Blackstone claim analysis and memos re possible plan treatment. |
| 5/26/2004 | Ingrid Warren | 5.80 | Additional research on the successor trust and confirmation issues (3.9); prepare notes and memo summarizing analysis (1.9). |
| 5/26/2004 | Theodore L Freedman | 1.80 | Draft memo re confirmation of plan. |
| 5/27/2004 | Jonathan Friedland | 0.70 | Review informational brief. |
| 5/27/2004 | Rhonda Lopera | 2.50 | Retrieve case precedent re plan and disclosure statement (1.0); review asbestos bankruptcy cases re filing of plan and disclosure statement (1.0); interoffice conference re same (.5). |
| 5/27/2004 | Janet S Baer | 1.10 | Confer with D. Siegel re 6/2 plan meeting (.3); assemble and transmit certain materials re same (.5); prepare order on exclusivity (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/27/2004 | Ingrid Warren | 0.50 | Gathered and circulated background research on asbestos claims and research memo re section 524 trust to B. Spiegel. |
| 5/27/2004 | David M Bernick, P.C. | 1.30 | Conduct telephone conference with L. Kruger re plan (.8); attend team meeting (.5). |
| 5/28/2004 | Jonathan Friedland | 1.60 | Prepare for and telephone conference with Client and Counsel for the Unsecured Creditor Committee (.6); telephone conference with D. Bernick, T. Freedman,and others (.5); summarize conference call per T. Freedman request (.5). |
| 5/28/2004 | Janet S Baer | 0.80 | Follow up re Plan meetings (.3); participate in call with various counsel re chapter 11 plan alternatives and status (.5). |
| 5/28/2004 | Bennett L Spiegel | 2.70 | Review Case Information Brief with attention to PI claimants and Plan (2.0); internal telephone conference re follow up on K&E internal call (.7). |
| 5/28/2004 | Bennett L Spiegel | 0.80 | Prepare for and telephone conference with K&E team, client representatives and Counsel for Unsecured Creditors Committee re Plan structure. |
| 5/28/2004 | David M Bernick, P.C. | 0.50 | Conduct telephone conference with D. Siegel re strategy. |
| 5/28/2004 | Theodore L Freedman | 2.00 | Prepare for and conference call with Counsel for Unsecured Creditors Committee and post-committee call re Plan structuring. |
| 5/29/2004 | Jonathan Friedland | 3.00 | Review pleadings in preparation to draft plan. |
| 5/30/2004 | Jonathan Friedland | 2.00 | Draft preliminary flowchart for plan. |
| 5/30/2004 | Rhonda Lopera | 1.50 | Retrieve pleadings re plan and disclosure statement (1.0); research docket re case precedent (.5). |
| 5/31/2004 | Bennett L Spiegel | 3.30 | Review authorities pulled per B. Spiegel request re Plan; Disclosure Statement; voting issues; begin review of Sealed Air settlement documents; telephone conference with J. Friedland re report on 5/28 telephone conference and scheduling for next steps. |
| 5/31/2004 | Theodore L Freedman | 1.00 | Internal conference call re draft Plan. |
| | Total hours: | 111.30 | |

## Matter 38 – Employment Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/05/2004 | Samuel Blatnick | 1.50 | Draft motions to retain Baker Donelson and Latham & Watkins. |
| 5/05/2004 | James W Kapp | 1.00 | Review application to retain Baker Donelson (.4); review retention application of Latham & Watkins as special environmental counsel (.6). |
| 5/06/2004 | Samuel Blatnick | 1.50 | Draft proposed order for motion to retain Latham & Watkins (.8); revise motion (.7). |
| 5/07/2004 | Samuel Blatnick | 1.00 | Draft proposed order to motion to retain Baker Donelson (.5); revise motion (.5). |
| 5/10/2004 | Samuel Blatnick | 1.50 | Review and outline responses and objections that were filed against Debtors' motion to appoint a futures representative. |
| 5/10/2004 | David M Bernick, P.C. | 1.50 | Draft and review response on futures representative. |
| 5/10/2004 | James W Kapp | 1.00 | Review responses to motion to retain future claim representative. |
| 5/11/2004 | Samuel Blatnick | 1.00 | Call with Baker Donelson re Motion to Retain Baker Donelson (.5); revise and update motion to retain Baker Donelson (.5). |
| 5/11/2004 | David M Bernick, P.C. | 0.30 | Conduct telephone conference with J. Baer re futures representative. |
| 5/12/2004 | Samuel Blatnick | 8.50 | Draft reply in further support of appointment of futures representative (4.0); research re the standards for appointing a futures representative the powers of the United States Trustee, and the authority to nominate a futures representative (4.5). |
| 5/13/2004 | Samuel Blatnick | 6.70 | Draft and revise reply in further support of appointment of futures representative (6.5); discuss grace's motion to retain Latham & Watkins with Latham's counsel (.2). |
| 5/13/2004 | James W Kapp | 2.20 | Review various objections to motion to retain future claims representative (1.5); develop strategy, response re same (.7). |
| 5/14/2004 | Samuel Blatnick | 6.80 | Expand and revamp reply to objections and responses to Debtors' application to appoint a futures representative. |
| 5/17/2004 | Samuel Blatnick | 3.70 | Make final revisions to, and file, Debtor's reply in further support of their application to appoint a future representative. |
| | Total hours: | 38.20 | |

## Matter 42 – Travel non-working – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/23/2004 | Janet S Baer | 2.50 | Travel to Pittsburgh for May omnibus hearing (weather delay) (billed at 1/2 time). |
| 5/24/2004 | Janet S Baer | 1.50 | Travel from Pittsburgh to Philadelphia after omnibus hearing (billed at 1/2 time). |
| 5/24/2004 | David M Bernick, P.C. | 2.00 | Travel to omnibus hearing (billed at 1/2 time). |
|  | Total hours: | 6.00 |  |

### Matter 46 – Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/03/04 | Todd F Maynes, P.C. | 2.00 | Preparation of memorandum re Section 505 proceedings. |
| 5/04/04 | Pratibha J Shenoy | 3.60 | Continue drafting "closing agreement" for potential settlement with government. |
| 5/05/04 | Pratibha J Shenoy | 2.20 | Continue drafting "closing agreement" for potential settlement with government. |
| 5/05/04 | Todd F Maynes, P.C. | 0.50 | Further preparation to 505 memorandum; emails re same. |
| 5/06/04 | Pratibha J Shenoy | 3.00 | Complete first draft of "closing agreement" for potential settlement with government and forward same to N. Keller. |
| 5/10/04 | Todd F Maynes, P.C. | 0.50 | Telephone calls re meetings with IRS re Steptoe matters. |
| 5/11/04 | Pratibha J Shenoy | 2.00 | Meet with N. Keller re "closing agreement" for potential settlement with government and revise same per comments of N. Keller. |
| 5/13/04 | Pratibha J Shenoy | 3.00 | Per comments of N. Keller and T. Maynes, complete drafts of "closing agreement" for potential settlement with government and forward same to client. |
| 5/13/04 | Todd F Maynes, P.C. | 1.00 | Telephone calls re Remedium transaction; review of files re same. |
| 5/14/04 | Todd F Maynes, P.C. | 0.50 | Telephone calls re Remedium transaction. |
| 5/17/04 | Todd F Maynes, P.C. | 0.50 | Telephone calls and emails re Remedium situation. |
| 5/18/04 | Pratibha J Shenoy | 3.30 | Revise "closing agreement" for potential settlement with government and begin preparing "settlement agreement" for same (2.9); discuss same with N. Keller (.3); telephone call to government attorney re same (.1). |
| 5/18/04 | Todd F Maynes, P.C. | 0.50 | Telephone calls re settlement discussions. |
| 5/19/04 | Pratibha J Shenoy | 3.00 | Review letter from Internal Revenue Service Appeals Officer re years at issue in potential settlement between client and government (1.3); discuss same with N. Keller (.1); prepare and forward memorandum re same to client (1.6). |
| 5/19/04 | Todd F Maynes, P.C. | 0.50 | Telephone calls and emails re settlement status. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 5/21/04 | Pratibha J Shenoy | 1.60 | Telephone call with Internal Revenue Service Appeals officer re years at issue in potential settlement between client and government (.1); discuss same with N. Keller (.2); review facsimile from Internal Revenue Service Appeals officer re same (1.0); prepare and forward e-mail re same to client (.3). |
| 5/25/04 | Pratibha J Shenoy | 3.70 | Telephone calls to client re Internal Revenue Service Appeals officer's questions re years at issue in potential settlement between client and government (.4); prepare letter to Internal Revenue Service Appeals officer re same (2.5); discuss same with client and N. Keller (.2); finalize letter and forward same to Internal Revenue Service Appeals officer (.6). |
| 5/27/04 | Todd F Maynes, P.C. | 0.50 | Review of closing agreement. |
| 5/28/04 | Pratibha J Shenoy | 5.00 | Review draft closing agreements prepared by government attorney and Internal Revenue Service for years at issue in potential settlement between client and government (2.0); begin preparing mark-up of same (3.0). |
| 5/31/04 | Pratibha J Shenoy | 1.50 | Review comments of T. Maynes and N. Keller to draft closing agreements prepared by government attorney and Internal Revenue Service for years at issue in potential settlement between client and government (1.0); continue preparing mark-up of closing agreements (.5). |
| | Total hours: | 38.40 | |