# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
| --- | --- |
| Travel Expense | $158.46 |
| Airfare | $1,149.00 |
| Transportation to/from airport | $130.34 |
| Travel Meals | $48.45 |
| **Total** | **$1,486.25** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 4/13/2004 | 62.00 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 4/13/2004 | 41.82 | Vital Transportation - Transportation to/from airport, David M Bernick, P.C. |
| 4/13/2004 | 26.52 | Vital Transportation - Transportation to/from airport, David M Bernick, P.C. |
| 5/03/2004 | 1,149.00 | Janet Baer, Airfare, Philadelphia, PA, 05/03/04 to 05/03/04, (Hearing) |
| 5/23/2004 | 158.46 | Janet Baer, Hotel, Pittsburgh, 05/23/04, (Hearing) |
| 5/23/2004 | 13.00 | Janet Baer, Travel Meal, Pittsburgh, 05/23/04, (Hearing) |
| 5/24/2004 | 8.00 | Janet Baer, Travel Meal, Pittsburgh, 05/24/04, (Hearing) |
| 5/24/2004 | 27.45 | Janet Baer, Travel Meal, Pittsburgh, 05/24/04, (Hearing) |
| Total: | 1,486.25 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $541.41 |
| Fax Telephone Charge | $21.93 |
| Fax Charge | $274.50 |
| Standard Copies | $1,609.90 |
| Binding | $3.50 |
| Tabs/Indexes/Dividers | $7.30 |
| Scanned Images | $331.80 |
| Overnight Delivery | $231.87 |
| Outside Messenger Services | $37.20 |
| Local Transportation | $40.80 |
| Court Reporter Fee/Deposition | $565.76 |
| Working Meals/K&E and Others | $63.75 |
| Information Broker Doc/Svcs | $393.00 |
| Computer Database Research | $3,090.02 |
| Overtime Transportation | $233.05 |
| Overtime Meals | $24.00 |
| Overtime Meals - Attorney | $317.13 |
| Secretarial Overtime | $229.32 |
| **Total** | **$8,016.24** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 2/18/2004 | 0.50 | Telephone call to: PHLP AREA,PA 267-299-4952 |
| 2/26/2004 | 0.50 | Telephone call to: STATE OF,DE 302-778-0218 |
| 2/26/2004 | 0.50 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 3/03/2004 | 0.75 | Telephone call to: PHILADELPH,PA 215-597-2995 |
| 3/05/2004 | 41.22 | West Publishing-TP,Database Usage 3.04 |
| 3/07/2004 | 39.50 | West Publishing-TP,Database Usage 3.04 |
| 3/08/2004 | 7.12 | West Publishing-TP,Database Usage 3.04 |
| 3/08/2004 | 12.50 | West Publishing-TP,Database Usage 3.04 |
| 3/08/2004 | 32.70 | West Publishing-TP,Database Usage 3.04 |
| 3/09/2004 | 0.75 | Telephone call to: PHILADELPH,PA 215-597-2995 |
| 3/09/2004 | 46.00 | West Publishing-TP,Database Usage 3.04 |
| 3/10/2004 | 1.00 | Telephone call to: CHICAGO,IL 773-761-6607 |
| 3/10/2004 | 8.99 | Telephone call to: CHICAGO,IL 773-761-9104 |
| 3/11/2004 | 0.84 | Telephone call to: CHICAGO,IL 773-761-6607 |
| 3/11/2004 | 0.84 | Telephone call to: CHICAGO,IL 773-627-2801 |
| 3/11/2004 | 1.57 | Telephone call to: CHICAGO,IL 773-761-6607 |
| 3/11/2004 | 4.66 | Telephone call to: CHICAGO,IL 773-761-6607 |
| 3/11/2004 | 64.08 | West Publishing-TP,Database Usage 3.04 |
| 3/22/2004 | 2.57 | West Publishing-TP,Database Usage 3.04 |
| 3/24/2004 | 158.02 | West Publishing-TP,Database Usage 3.04 |
| 3/25/2004 | 14.11 | West Publishing-TP,Database Usage 3.04 |
| 3/29/2004 | 37.09 | West Publishing-TP,Database Usage 3.04 |
| 3/30/2004 | 98.46 | West Publishing-TP,Database Usage 3.04 |
| 3/31/2004 | 63.75 | MARKET CAFE & BRICK OVEN PIZZERIA - Working Meals/K&E and Others, Ted Freedman, 3/31/04 Client Lunch (4) |
| 3/31/2004 | 11.95 | RED TOP CAB COMPANY - Overtime Transportation 03/23/2004 |
| 4/01/2004 | 31.20 | QUICK MESSENGER SERVICE - Outside Messenger Services 03/26/04 |
| 4/01/2004 | 86.34 | West Publishing-TP,Database Usage 4.04 |
| 4/01/2004 | 18.10 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 04/01/04, (Overtime Meals), Overtime Meal |
| 4/07/2004 | 26.56 | GENESYS CONFERENCING, INC. - Telephone, Conference call, T Freedman, 4/07/04 |
| 4/07/2004 | 64.61 | Computer Database Research, Pacer database usage, S Pope, 1/01/04 to 3/31/04 |
| 4/07/2004 | 0.14 | Computer Database Research, Pacer database usage, S Kearns, 1/01/04 to 3/31/04 |

| Date | Amount | Description |
|------|-------:|-------------|
| 4/08/2004 | 4.57 | Telephone call to:  NEWYORKCTY,NY 212-583-5388 |
| 4/08/2004 | 0.15 | Scanned Images |
| 4/08/2004 | 0.60 | Scanned Images |
| 4/08/2004 | 24.24 | West Publishing-TP,Database Usage  4.04 |
| 4/09/2004 | 12.60 | Scanned Images |
| 4/09/2004 | 7.05 | Scanned Images |
| 4/09/2004 | 33.15 | Scanned Images |
| 4/09/2004 | 1.83 | West Publishing-TP,Database Usage  4.04 |
| 4/12/2004 | 24.00 | West Publishing-TP,Database Usage  4.04 |
| 4/12/2004 | 2.87 | West Publishing-TP,Database Usage  4.04 |
| 4/13/2004 | 0.15 | Scanned Images |
| 4/13/2004 | 22.44 | Vital Transportation - Local Transportation, Theodore L Freedman |
| 4/13/2004 | 18.36 | Vital Transportation - Local Transportation, Theodore L Freedman |
| 4/13/2004 | 27.63 | West Publishing-TP,Database Usage  4.04 |
| 4/14/2004 | 0.83 | Telephone call to:  WILMINGTON,DE 302-652-4100 |
| 4/14/2004 | 54.78 | GENESYS CONFERENCING, INC. - Telephone, Conference calls, R Schulman, 3/15/04 to 4/14/04 |
| 4/14/2004 | 5.72 | GENESYS CONFERENCING, INC. - Telephone, Conference calls, R Schulman, 3/15/04 to 4/14/04 |
| 4/14/2004 | 188.55 | GENESYS CONFERENCING, INC. - Telephone, Conference calls, R Schulman, 3/15/04 to 4/14/04 |
| 4/15/2004 | 1.66 | Telephone call to:  CAMBRIDGE,MA 617-498-4399 |
| 4/15/2004 | 0.15 | Scanned Images |
| 4/15/2004 | 29.68 | West Publishing-TP,Database Usage  4.04 |
| 4/15/2004 | 68.33 | West Publishing-TP,Database Usage  4.04 |
| 4/15/2004 | 38.14 | West Publishing-TP,Database Usage  4.04 |
| 4/16/2004 | 9.00 | Scanned Images |
| 4/16/2004 | 51.65 | West Publishing-TP,Database Usage  4.04 |
| 4/16/2004 | 518.85 | West Publishing-TP,Database Usage  4.04 |
| 4/16/2004 | 175.34 | West Publishing-TP,Database Usage  4.04 |
| 4/16/2004 | 91.67 | West Publishing-TP,Database Usage  4.04 |
| 4/17/2004 | 1.95 | Scanned Images |
| 4/18/2004 | 1.45 | Telephone call to:  PHILADELPH,PA 215-963-1500 |
| 4/18/2004 | 0.62 | Telephone call to:  GAITHERSBG,MD 301-977-8900 |
| 4/18/2004 | 0.62 | Telephone call to:  PHILADELPH,PA 215-925-0000 |
| 4/18/2004 | 0.10 | Standard Copies |
| 4/18/2004 | 0.10 | Standard Copies |
| 4/18/2004 | 0.10 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 4/18/2004 | 0.10 | Standard Copies |
| 4/18/2004 | 0.40 | Standard Copies |
| 4/18/2004 | 0.10 | Standard Copies |
| 4/18/2004 | 0.30 | Standard Copies |
| 4/18/2004 | 10.50 | Standard Copies |
| 4/18/2004 | 3.80 | Standard Copies |
| 4/18/2004 | 38.81 | West Publishing-TP,Database Usage  4.04 |
| 4/18/2004 | 2.69 | West Publishing-TP,Database Usage  4.04 |
| 4/18/2004 | 32.35 | West Publishing-TP,Database Usage  4.04 |
| 4/18/2004 | 83.30 | West Publishing-TP,Database Usage  4.04 |
| 4/19/2004 | 1.04 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 4/19/2004 | 1.25 | Telephone call to:  PINETOP,AZ 602-368-8911 |
| 4/19/2004 | 1.87 | Telephone call to:  NY CITY,NY 917-319-2202 |
| 4/19/2004 | 3.90 | Standard Copies |
| 4/19/2004 | 36.60 | Standard Copies |
| 4/19/2004 | 4.10 | Standard Copies |
| 4/19/2004 | 54.60 | Standard Copies |
| 4/19/2004 | 13.00 | Standard Copies |
| 4/19/2004 | 15.80 | Standard Copies |
| 4/19/2004 | 2.30 | Standard Copies |
| 4/19/2004 | 4.10 | Standard Copies |
| 4/19/2004 | 11.40 | Standard Copies |
| 4/19/2004 | 11.40 | Standard Copies |
| 4/19/2004 | 3.60 | Tabs/Indexes/Dividers |
| 4/19/2004 | 1.10 | Tabs/Indexes/Dividers |
| 4/19/2004 | 15.00 | Scanned Images |
| 4/19/2004 | 7.50 | Scanned Images |
| 4/19/2004 | 7.95 | Scanned Images |
| 4/19/2004 | 118.81 | West Publishing-TP,Database Usage  4.04 |
| 4/20/2004 | 1.25 | Telephone call to:  NEW YORK,NY 212-223-0400 |
| 4/20/2004 | 0.62 | Telephone call to:  CAMBRIDGE,MA 617-498-3826 |
| 4/20/2004 | 1.04 | Telephone call to:  NEWYORKCTY,NY 212-806-5544 |
| 4/20/2004 | 0.83 | Telephone call to:  NEWARK,DE 302-458-3459 |
| 4/20/2004 | 3.74 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 4/20/2004 | 7.27 | Telephone call to:  SOUTH EAST,OR 541-345-5675 |
| 4/20/2004 | 0.62 | Telephone call to:  CAMBRIDGE,MA 617-498-3826 |
| 4/20/2004 | 0.80 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 4/20/2004 | 0.90 | Standard Copies |
| 4/20/2004 | 0.50 | Standard Copies |
| 4/20/2004 | 0.90 | Standard Copies |
| 4/20/2004 | 10.00 | Standard Copies |
| 4/20/2004 | 5.00 | Standard Copies |
| 4/20/2004 | 5.30 | Standard Copies |
| 4/20/2004 | 0.20 | Standard Copies |
| 4/20/2004 | 0.60 | Standard Copies |
| 4/20/2004 | 0.20 | Standard Copies |
| 4/20/2004 | 0.60 | Standard Copies |
| 4/20/2004 | 0.30 | Standard Copies |
| 4/20/2004 | 2.40 | Standard Copies |
| 4/20/2004 | 1.60 | Standard Copies |
| 4/20/2004 | 1.00 | Standard Copies |
| 4/20/2004 | 1.80 | Standard Copies |
| 4/20/2004 | 1.40 | Standard Copies |
| 4/20/2004 | 0.40 | Standard Copies |
| 4/20/2004 | 4.50 | Standard Copies |
| 4/20/2004 | 0.40 | Standard Copies |
| 4/20/2004 | 1.00 | Standard Copies |
| 4/20/2004 | 1.10 | Standard Copies |
| 4/20/2004 | 0.40 | Standard Copies |
| 4/20/2004 | 0.50 | Standard Copies |
| 4/20/2004 | 4.50 | Standard Copies |
| 4/20/2004 | 1.00 | Standard Copies |
| 4/20/2004 | 0.40 | Standard Copies |
| 4/20/2004 | 0.90 | Standard Copies |
| 4/20/2004 | 0.20 | Standard Copies |
| 4/20/2004 | 1.10 | Standard Copies |
| 4/20/2004 | 1.10 | Standard Copies |
| 4/20/2004 | 2.00 | Standard Copies |
| 4/20/2004 | 1.80 | Standard Copies |
| 4/20/2004 | 1.60 | Standard Copies |
| 4/20/2004 | 0.70 | Standard Copies |
| 4/20/2004 | 1.00 | Standard Copies |
| 4/20/2004 | 1.30 | Standard Copies |
| 4/20/2004 | 1.40 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 4/20/2004 | 1.10 | Standard Copies |
| 4/20/2004 | 1.60 | Standard Copies |
| 4/20/2004 | 1.10 | Standard Copies |
| 4/20/2004 | 9.39 | Fed Exp to:CHECK LABEL,COLUMBIA,MD from:MAILROOM |
| 4/20/2004 | 17.99 | UPS Dlvry to:CABINET WEINSTEIN ,MICHEL THINAT PARIS,from:Christian J Lane |
| 4/20/2004 | 111.78 | West Publishing-TP,Database Usage 4.04 |
| 4/20/2004 | 91.13 | West Publishing-TP,Database Usage 4.04 |
| 4/20/2004 | 22.11 | West Publishing-TP,Database Usage 4.04 |
| 4/20/2004 | 31.36 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 04/20/04, (Overtime Meals), Overtime Meal |
| 4/21/2004 | 1.00 | Telephone call to:  DENVER,CO 303-866-0408 |
| 4/21/2004 | 2.30 | Standard Copies |
| 4/21/2004 | 15.80 | Standard Copies |
| 4/21/2004 | 5.20 | Standard Copies |
| 4/21/2004 | 2.30 | Standard Copies |
| 4/21/2004 | 1.30 | Standard Copies |
| 4/21/2004 | 4.10 | Standard Copies |
| 4/21/2004 | 299.96 | West Publishing-TP,Database Usage 4.04 |
| 4/21/2004 | 14.00 | Samuel Blatnick, cabfare, Chicago, 04/21/04, (Overtime Transportation), Cab fare home |
| 4/21/2004 | 8.72 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 04/21/04, (Overtime Meals), Overtime Meal |
| 4/22/2004 | 0.62 | Telephone call to:  ALEXANDRIA,VA 703-739-0800 |
| 4/22/2004 | 1.66 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 4/22/2004 | 1.25 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 4/22/2004 | 0.50 | Telephone call to:  DENVER,CO 303-866-0408 |
| 4/22/2004 | 2.70 | Standard Copies |
| 4/22/2004 | 7.60 | Standard Copies |
| 4/22/2004 | 4.50 | Standard Copies |
| 4/22/2004 | 23.30 | Standard Copies |
| 4/22/2004 | 0.80 | Standard Copies |
| 4/22/2004 | 0.50 | Standard Copies |
| 4/22/2004 | 19.30 | Standard Copies |
| 4/22/2004 | 6.15 | Scanned Images |
| 4/22/2004 | 1.19 | West Publishing-TP,Database Usage 4.04 |
| 4/22/2004 | 10.79 | West Publishing-TP,Database Usage 4.04 |
| 4/22/2004 | 81.25 | West Publishing-TP,Database Usage 4.04 |

| Date | Amount | Description |
|------|--------|-------------|
| 4/22/2004 | 14.00 | Samuel Blatnick, cabfare, Chicago, 04/22/04, (Overtime Transportation), Cab fare home |
| 4/22/2004 | 12.00 | Overtime Meals    Pamela S Gagliardi |
| 4/22/2004 | 12.00 | Overtime Meals    Pamela S Gagliardi |
| 4/22/2004 | 25.48 | Errin D Washington - FILING |
| 4/22/2004 | 25.48 | Bonny A Jackson - working in repro for K. Sturek |
| 4/23/2004 | 1.80 | Standard Copies |
| 4/23/2004 | 0.20 | Standard Copies |
| 4/23/2004 | 1.10 | Standard Copies |
| 4/23/2004 | 0.10 | Standard Copies |
| 4/23/2004 | 2.60 | Standard Copies |
| 4/23/2004 | 2.60 | Standard Copies |
| 4/23/2004 | 0.45 | Scanned Images |
| 4/23/2004 | 0.45 | Scanned Images |
| 4/23/2004 | 11.10 | Scanned Images |
| 4/23/2004 | 11.87 | Fed Exp to:JOHN T. STAHR,WASHINGTON,DC from:CHRISTOPHER LANDAU |
| 4/23/2004 | 21.15 | Fed Exp to:KELLY E. RICHARDSON,SAN DIEGO,CA from:CHRISTOPHER LANDAU |
| 4/23/2004 | 28.12 | Fed Exp to:CATHY CATTERSON,SAN FRANCISCO,CA from:CHRISTOPHER LANDAU |
| 4/23/2004 | 19.83 | Fed Exp to:JAMES FREEMAN,DENVER,CO from:CHRISTOPHER LANDAU |
| 4/23/2004 | 28.96 | Fed Exp to:CATHY CATTERSON,SAN FRANCISCO,CA from:CHRISTOPHER LANDAU |
| 4/23/2004 | 21.15 | Fed Exp to:CATHY CATTERSON,SAN FRANCISCO,CA from:CHRISTOPHER LANDAU |
| 4/23/2004 | 4.34 | West Publishing-TP,Database Usage 4.04 |
| 4/23/2004 | 61.47 | West Publishing-TP,Database Usage 4.04 |
| 4/23/2004 | 25.48 | Lawrence H Bradley, Jr. - Filing for Ken Sturek |
| 4/23/2004 | 50.96 | Lawrence H Bradley, Jr. - Filing for Ken Sturek |
| 4/23/2004 | 101.92 | Bonny A Jackson - working in repro for K. Sturek |
| 4/26/2004 | 2.70 | Telephone call to:  BOSTON,MA 617-951-2505 |
| 4/26/2004 | 0.83 | Telephone call to:  CAMBRIDGE,MA 617-498-3826 |
| 4/26/2004 | 0.62 | Telephone call to:  NASHVILLE,TN 615-742-9350 |
| 4/26/2004 | 10.81 | Telephone call to:  NPA SUMMRY,MI 231-798-0218 |
| 4/26/2004 | 1.80 | Standard Copies |
| 4/26/2004 | 0.10 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 4/26/2004 | 2.40 | Standard Copies |
| 4/26/2004 | 0.20 | Standard Copies |
| 4/26/2004 | 3.90 | Standard Copies |
| 4/26/2004 | 2.60 | Standard Copies |
| 4/26/2004 | 0.10 | Standard Copies |
| 4/26/2004 | 0.60 | Standard Copies |
| 4/26/2004 | 2.70 | Standard Copies |
| 4/26/2004 | 10.80 | Standard Copies |
| 4/26/2004 | 0.80 | Standard Copies |
| 4/26/2004 | 2.50 | Standard Copies |
| 4/26/2004 | 9.20 | Standard Copies |
| 4/26/2004 | 0.90 | Scanned Images |
| 4/26/2004 | 0.30 | Scanned Images |
| 4/26/2004 | 11.87 | Fed Exp to:CHRISTOPHER LANDAU,WASHINGTON,DC from:CLERK |
| 4/26/2004 | 42.08 | West Publishing-TP,Database Usage  4.04 |
| 4/27/2004 | 2.70 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 4/27/2004 | 0.62 | Telephone call to:  SO KAN,MO 816-966-0048 |
| 4/27/2004 | 2.25 | Fax page charge to 302-652-5338 |
| 4/27/2004 | 2.25 | Fax page charge to 561-362-1583 |
| 4/27/2004 | 3.75 | Fax page charge to 617-498-4402 |
| 4/27/2004 | 0.20 | Standard Copies |
| 4/27/2004 | 1.20 | Standard Copies |
| 4/27/2004 | 6.70 | Standard Copies |
| 4/27/2004 | 1.20 | Standard Copies |
| 4/27/2004 | 0.10 | Standard Copies |
| 4/27/2004 | 2.50 | Standard Copies |
| 4/27/2004 | 5.50 | Standard Copies |
| 4/27/2004 | 0.10 | Standard Copies |
| 4/27/2004 | 1.70 | Standard Copies |
| 4/27/2004 | 21.52 | Fed Exp to:KATHERYN JARVIS COGGON,DENVER,CO from:KENNETH KJS STUREK |
| 4/27/2004 | 46.30 | West Publishing-TP,Database Usage  4.04 |
| 4/27/2004 | 27.72 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 04/27/04, (Overtime Meals), Overtime Meal |
| 4/28/2004 | 2.49 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 4/28/2004 | 16.44 | Telephone call to:  DENVER,CO 303-866-0408 |
| 4/28/2004 | 2.20 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 4/28/2004 | 0.10 | Standard Copies |
| 4/28/2004 | 1.75 | Binding |
| 4/28/2004 | 0.60 | Scanned Images |
| 4/28/2004 | 0.30 | Scanned Images |
| 4/28/2004 | 2.40 | Scanned Images |
| 4/28/2004 | 1.50 | Scanned Images |
| 4/28/2004 | 7.12 | West Publishing-TP,Database Usage  4.04 |
| 4/28/2004 | 14.20 | West Publishing-TP,Database Usage  4.04 |
| 4/28/2004 | 32.57 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 04/28/04, (Overtime Meals), Overtime Meal |
| 4/29/2004 | 6.90 | Standard Copies |
| 4/29/2004 | 0.60 | Standard Copies |
| 4/29/2004 | 34.80 | Standard Copies |
| 4/29/2004 | 0.70 | Standard Copies |
| 4/29/2004 | 17.40 | Standard Copies |
| 4/29/2004 | 0.80 | Standard Copies |
| 4/29/2004 | 1.70 | Standard Copies |
| 4/29/2004 | 26.10 | Scanned Images |
| 4/29/2004 | 26.10 | Scanned Images |
| 4/29/2004 | 0.15 | Scanned Images |
| 4/29/2004 | 0.30 | Scanned Images |
| 4/29/2004 | 7.50 | Scanned Images |
| 4/29/2004 | 9.00 | Scanned Images |
| 4/29/2004 | 9.60 | Scanned Images |
| 4/29/2004 | 26.10 | Scanned Images |
| 4/29/2004 | 8.12 | Fed Exp to:JAMES FREEMAN,DENVER,CO from:CHRISTOPHER LANDAU |
| 4/29/2004 | 5.33 | Fed Exp to:JOHN T. STAHR,WASHINGTON,DC from:CHRISTOPHER LANDAU |
| 4/29/2004 | 8.39 | Fed Exp to:CRAIG WESTBROOK,SAN FRANCISCO,CA from:CHRISTOPHER LANDAU |
| 4/29/2004 | 25.00 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 04/29/04, (Overtime Meals), Overtime Meal |
| 4/30/2004 | 1.45 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 4/30/2004 | 2.91 | Telephone call to:  SO KAN,MO 816-765-5878 |
| 4/30/2004 | 1.87 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 4/30/2004 | 1.50 | Fax page charge to 617-951-0679 |
| 4/30/2004 | 1.50 | Fax page charge to 406-755-5155 |

| Date | Amount | Description |
|------|--------|-------------|
| 4/30/2004 | 1.50 | Fax page charge to 617-498-4402 |
| 4/30/2004 | 1.50 | Fax page charge to 406-752-7124 |
| 4/30/2004 | 1.50 | Fax page charge to 302-658-7567 |
| 4/30/2004 | 6.80 | Standard Copies |
| 4/30/2004 | 1.20 | Standard Copies |
| 4/30/2004 | 0.40 | Standard Copies |
| 4/30/2004 | 0.50 | Standard Copies |
| 4/30/2004 | 0.50 | Standard Copies |
| 4/30/2004 | 3.90 | Standard Copies |
| 4/30/2004 | 0.20 | Standard Copies |
| 4/30/2004 | 1.10 | Standard Copies |
| 4/30/2004 | 0.10 | Standard Copies |
| 4/30/2004 | 0.20 | Standard Copies |
| 4/30/2004 | 1.80 | Standard Copies |
| 4/30/2004 | 2.50 | Standard Copies |
| 4/30/2004 | 2.50 | Standard Copies |
| 4/30/2004 | 1.10 | Standard Copies |
| 4/30/2004 | 2.30 | Standard Copies |
| 4/30/2004 | 2.20 | Standard Copies |
| 4/30/2004 | 2.20 | Standard Copies |
| 4/30/2004 | 2.20 | Standard Copies |
| 4/30/2004 | 7.80 | Standard Copies |
| 4/30/2004 | 0.80 | Tabs/Indexes/Dividers |
| 4/30/2004 | 0.75 | Scanned Images |
| 4/30/2004 | 0.30 | Scanned Images |
| 4/30/2004 | 0.45 | Scanned Images |
| 4/30/2004 | 1.20 | Scanned Images |
| 4/30/2004 | 10.20 | Scanned Images |
| 4/30/2004 | 1.50 | Scanned Images |
| 4/30/2004 | 11.40 | Scanned Images |
| 4/30/2004 | 5.85 | Scanned Images |
| 4/30/2004 | 0.15 | Scanned Images |
| 4/30/2004 | 0.15 | Scanned Images |
| 4/30/2004 | 0.45 | Scanned Images |
| 4/30/2004 | 0.45 | Scanned Images |
| 4/30/2004 | 393.00 | PARCELS - Information Broker Doc/Svcs, Documents regarding case #03-4212 for T. Wood, 4/30/04 |

| Date | Amount | Description |
|------|--------|-------------|
| 4/30/2004 | 11.87 | VIRTUALDOCKET.COM - Computer Database Research, TA(11.20) Download of documents 4/22/04 |
| 4/30/2004 | 198.89 | LEXISNEXIS - Computer Database Research, Lexis-Nexis Database Usage for April 2004 |
| 5/03/2004 | 1.45 | Fax phone charge to 302-652-4400 |
| 5/03/2004 | 14.25 | Fax page charge to 302-652-4400 |
| 5/03/2004 | 1.40 | Standard Copies |
| 5/03/2004 | 58.70 | Standard Copies |
| 5/03/2004 | 1.50 | Standard Copies |
| 5/03/2004 | 6.80 | Standard Copies |
| 5/03/2004 | 3.90 | Standard Copies |
| 5/03/2004 | 6.00 | SPEEDY COURIER - Outside Messenger Services 04/26/04 |
| 5/04/2004 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4362 |
| 5/04/2004 | 0.62 | Telephone call to: NEW YORK,NY 212-223-0400 |
| 5/04/2004 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4362 |
| 5/04/2004 | 0.62 | Telephone call to: SE PART,FL 954-590-3454 |
| 5/04/2004 | 4.78 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 5/04/2004 | 4.50 | Fax page charge to 302-658-0380 |
| 5/04/2004 | 4.50 | Fax page charge to 202-659-6699 |
| 5/04/2004 | 46.80 | Standard Copies |
| 5/04/2004 | 0.40 | Standard Copies |
| 5/04/2004 | 10.40 | Standard Copies |
| 5/04/2004 | 4.50 | Standard Copies |
| 5/04/2004 | 2.30 | Standard Copies |
| 5/04/2004 | 0.80 | Standard Copies |
| 5/04/2004 | 28.30 | Standard Copies |
| 5/04/2004 | 12.20 | Standard Copies |
| 5/04/2004 | 6.30 | Scanned Images |
| 5/04/2004 | 0.60 | Scanned Images |
| 5/05/2004 | 0.83 | Telephone call to: LAS VEGAS,NV 702-326-1779 |
| 5/05/2004 | 1.66 | Telephone call to: SE PART,FL 954-590-3454 |
| 5/05/2004 | 0.10 | Standard Copies |
| 5/05/2004 | 1.90 | Standard Copies |
| 5/05/2004 | 1.70 | THE DIALOG CORPORATION - Computer Database Research, Dialog Database Usage April 2004 |
| 5/06/2004 | 8.20 | Standard Copies |
| 5/06/2004 | 1.75 | Binding |
| 5/06/2004 | 0.15 | Scanned Images |

| Date | Amount | Description |
|------|-------:|-------------|
| 5/06/2004 | 565.76 | JAMES DECRESCENZO REPORTING - Court Reporter Fee/Deposition TRANSCRIPT OF 3RD CIRCUIT |
| 5/06/2004 | 7.00 | Overtime Transportation, T. Wood, 4/13/04 |
| 5/06/2004 | 14.00 | Overtime Transportation, N. Merenyuk, 4/12/04 |
| 5/06/2004 | 25.00 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 05/06/04, (Overtime Meals), Overtime Meal |
| 5/07/2004 | 1.25 | Telephone call to:  SE PART,FL 954-590-3454 |
| 5/07/2004 | 0.62 | Telephone call to:  SE PART,FL 954-590-3454 |
| 5/07/2004 | 0.59 | GENESYS CONFERENCING, INC. - Telephone 04/20/04 |
| 5/07/2004 | 47.38 | GENESYS CONFERENCING, INC. - Telephone 04/20/04 |
| 5/07/2004 | 3.00 | Fax page charge to 302-652-5338 |
| 5/07/2004 | 3.00 | Fax page charge to 561-362-1583 |
| 5/07/2004 | 3.80 | Standard Copies |
| 5/07/2004 | 12.10 | Standard Copies |
| 5/07/2004 | 8.40 | Standard Copies |
| 5/07/2004 | 1.50 | Standard Copies |
| 5/07/2004 | 1.50 | Standard Copies |
| 5/07/2004 | 1.50 | Standard Copies |
| 5/07/2004 | 1.50 | Standard Copies |
| 5/07/2004 | 4.90 | Standard Copies |
| 5/07/2004 | 0.15 | Scanned Images |
| 5/07/2004 | 0.45 | Scanned Images |
| 5/07/2004 | 0.90 | Scanned Images |
| 5/07/2004 | 2.40 | Scanned Images |
| 5/07/2004 | 0.90 | Scanned Images |
| 5/07/2004 | 7.65 | Scanned Images |
| 5/07/2004 | 3.00 | Standard Copies NY |
| 5/07/2004 | 10.60 | Overtime Transportation, M. Arnot, 4/15/04 |
| 5/10/2004 | 1.04 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 5/10/2004 | 9.98 | Telephone call to:  EASTERN,MD 410-580-4222 |
| 5/10/2004 | 1.25 | Telephone call to:  EASTERN,MD 410-580-4153 |
| 5/10/2004 | 0.62 | Telephone call to:  EASTERN,MD 410-580-4153 |
| 5/10/2004 | 0.83 | Telephone call to:  EASTERN,MD 410-580-4153 |
| 5/10/2004 | 2.25 | Fax page charge to 215-297-8920 |
| 5/10/2004 | 0.10 | Standard Copies |
| 5/10/2004 | 1.00 | Standard Copies |
| 5/10/2004 | 2.50 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 5/10/2004 | 4.60 | Standard Copies |
| 5/10/2004 | 2.50 | Standard Copies |
| 5/10/2004 | 1.00 | Standard Copies |
| 5/10/2004 | 2.50 | Standard Copies |
| 5/10/2004 | 0.60 | Standard Copies |
| 5/10/2004 | 0.50 | Standard Copies |
| 5/10/2004 | 0.50 | Standard Copies |
| 5/10/2004 | 0.10 | Standard Copies |
| 5/10/2004 | 2.10 | Standard Copies |
| 5/10/2004 | 0.60 | Standard Copies |
| 5/10/2004 | 0.20 | Standard Copies |
| 5/10/2004 | 4.90 | Standard Copies |
| 5/10/2004 | 0.30 | Standard Copies |
| 5/10/2004 | 0.10 | Standard Copies |
| 5/10/2004 | 0.60 | Standard Copies |
| 5/10/2004 | 3.00 | Standard Copies |
| 5/10/2004 | 6.80 | Standard Copies |
| 5/10/2004 | 0.30 | Standard Copies |
| 5/10/2004 | 1.60 | Standard Copies |
| 5/10/2004 | 0.30 | Standard Copies |
| 5/10/2004 | 0.60 | Standard Copies |
| 5/10/2004 | 0.60 | Standard Copies |
| 5/10/2004 | 5.10 | Standard Copies |
| 5/10/2004 | 5.10 | Standard Copies |
| 5/10/2004 | 0.70 | Tabs/Indexes/Dividers |
| 5/10/2004 | 0.45 | Standard Copies NY |
| 5/10/2004 | 1.65 | Standard Copies NY |
| 5/10/2004 | 1.35 | Standard Copies NY |
| 5/10/2004 | 1.80 | Standard Copies NY |
| 5/10/2004 | 2.70 | Standard Copies NY |
| 5/10/2004 | 1.95 | Standard Copies NY |
| 5/10/2004 | 1.05 | Standard Copies NY |
| 5/10/2004 | 0.60 | Standard Copies NY |
| 5/10/2004 | 2.25 | Standard Copies NY |
| 5/10/2004 | 1.50 | Standard Copies NY |
| 5/10/2004 | 1.35 | Standard Copies NY |
| 5/10/2004 | 1.35 | Standard Copies NY |

| Date | Amount | Description |
|------|--------|-------------|
| 5/10/2004 | 0.75 | Standard Copies NY |
| 5/10/2004 | 0.75 | Standard Copies NY |
| 5/10/2004 | 29.52 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 05/10/04, (Overtime Meals), Overtime Meal |
| 5/11/2004 | 0.62 | Telephone call to:  STATE OF,CT 860-687-7566 |
| 5/11/2004 | 1.66 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 5/11/2004 | 4.16 | Telephone call to:  NEWYORKCTY,NY 212-583-5388 |
| 5/11/2004 | 5.10 | Standard Copies |
| 5/11/2004 | 61.10 | Standard Copies |
| 5/11/2004 | 26.40 | Standard Copies |
| 5/11/2004 | 0.10 | Standard Copies |
| 5/11/2004 | 5.50 | Standard Copies |
| 5/11/2004 | 1.30 | Standard Copies |
| 5/11/2004 | 5.50 | Standard Copies |
| 5/11/2004 | 4.60 | Standard Copies |
| 5/11/2004 | 2.50 | Standard Copies |
| 5/11/2004 | 1.00 | Standard Copies |
| 5/11/2004 | 0.30 | Standard Copies |
| 5/11/2004 | 0.20 | Standard Copies |
| 5/11/2004 | 4.60 | Standard Copies |
| 5/11/2004 | 0.40 | Standard Copies |
| 5/11/2004 | 0.70 | Standard Copies |
| 5/11/2004 | 0.30 | Standard Copies |
| 5/11/2004 | 0.40 | Standard Copies |
| 5/11/2004 | 0.30 | Standard Copies |
| 5/11/2004 | 0.90 | Standard Copies |
| 5/11/2004 | 2.50 | Standard Copies |
| 5/11/2004 | 0.40 | Standard Copies |
| 5/11/2004 | 0.20 | Standard Copies |
| 5/11/2004 | 0.60 | Standard Copies |
| 5/11/2004 | 0.90 | Standard Copies |
| 5/11/2004 | 0.40 | Standard Copies |
| 5/11/2004 | 0.20 | Standard Copies |
| 5/11/2004 | 0.30 | Standard Copies |
| 5/11/2004 | 2.50 | Standard Copies |
| 5/11/2004 | 0.90 | Standard Copies |
| 5/11/2004 | 0.75 | Standard Copies NY |

| Date | Amount | Description |
|------|--------|-------------|
| 5/11/2004 | 1.35 | Standard Copies NY |
| 5/11/2004 | 0.90 | Standard Copies NY |
| 5/11/2004 | 17.00 | Overtime Transportation, N. Merenyuk, 4/15/04 |
| 5/11/2004 | 13.00 | Overtime Transportation, N. Merenyuk, 3/23/04 |
| 5/11/2004 | 6.70 | Overtime Transportation, T. Wood, 4/12/04 |
| 5/11/2004 | 11.00 | Overtime Transportation, M. Arnot, 4/16/04 |
| 5/11/2004 | 10.80 | Overtime Transportation, M. Arnot, 4/18/04 |
| 5/11/2004 | 23.89 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 05/11/04, (Overtime Meals), Overtime Meal |
| 5/12/2004 | 2.08 | Telephone call to:  COLUMBIA,MD 410-531-4751 |
| 5/12/2004 | 1.04 | Telephone call to:  WILMINGTON,DE 302-656-8162 |
| 5/12/2004 | 0.62 | Telephone call to:  COLUMBIA,MD 410-531-4434 |
| 5/12/2004 | 0.83 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 5/12/2004 | 1.25 | Telephone call to:  COLUMBIA,MD 410-531-4783 |
| 5/12/2004 | 0.60 | Standard Copies |
| 5/12/2004 | 2.40 | Standard Copies |
| 5/12/2004 | 0.60 | Standard Copies |
| 5/12/2004 | 0.30 | Scanned Images |
| 5/12/2004 | 0.90 | Scanned Images |
| 5/12/2004 | 1.50 | Scanned Images |
| 5/12/2004 | 1.50 | Scanned Images |
| 5/12/2004 | 1.50 | Scanned Images |
| 5/12/2004 | 1.50 | Scanned Images |
| 5/12/2004 | 0.15 | Standard Copies NY |
| 5/12/2004 | 0.90 | Standard Copies NY |
| 5/12/2004 | 1.20 | Standard Copies NY |
| 5/12/2004 | 1.20 | Standard Copies NY |
| 5/12/2004 | 29.52 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 05/12/04, (Overtime Meals), Overtime Meal |
| 5/13/2004 | 0.83 | Telephone call to:  NORTH WEST,NJ 973-639-7097 |
| 5/13/2004 | 0.62 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 5/13/2004 | 2.29 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 5/13/2004 | 2.29 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 5/13/2004 | 25.10 | Janet Baer, Cellular Service, TMobile, 4/11/04, 05/13/04, (Telephone Charges) |
| 5/13/2004 | 0.79 | Fax phone charge to 202-637-7326 |
| 5/13/2004 | 0.79 | Fax phone charge to 202-637-7326 |
| 5/13/2004 | 7.50 | Fax page charge to 202-637-7326 |

| Date | Amount | Description |
|------|--------|-------------|
| 5/13/2004 | 7.50 | Fax page charge to 202-637-7326 |
| 5/13/2004 | 6.00 | Standard Copies |
| 5/13/2004 | 7.70 | Standard Copies |
| 5/13/2004 | 1.00 | Standard Copies |
| 5/13/2004 | 0.90 | Standard Copies |
| 5/13/2004 | 3.60 | Standard Copies |
| 5/13/2004 | 7.60 | Standard Copies |
| 5/13/2004 | 14.50 | Standard Copies |
| 5/13/2004 | 1.10 | Tabs/Indexes/Dividers |
| 5/13/2004 | 3.30 | Scanned Images |
| 5/13/2004 | 3.45 | Scanned Images |
| 5/13/2004 | 0.30 | Scanned Images |
| 5/13/2004 | 1.20 | Standard Copies NY |
| 5/13/2004 | 1.20 | Standard Copies NY |
| 5/13/2004 | 3.00 | Standard Copies NY |
| 5/13/2004 | 3.00 | Standard Copies NY |
| 5/13/2004 | 1.35 | Standard Copies NY |
| 5/13/2004 | 1.50 | Standard Copies NY |
| 5/13/2004 | 1.50 | Standard Copies NY |
| 5/13/2004 | 1.50 | Standard Copies NY |
| 5/13/2004 | 0.30 | Standard Copies NY |
| 5/13/2004 | 1.50 | Standard Copies NY |
| 5/13/2004 | 0.30 | Standard Copies NY |
| 5/13/2004 | 0.30 | Standard Copies NY |
| 5/13/2004 | 1.50 | Standard Copies NY |
| 5/13/2004 | 1.50 | Standard Copies NY |
| 5/13/2004 | 10.23 | Fed Exp from:MS JEFF WOOD,CHICAGO,IL to:MARK |
| 5/14/2004 | 3.53 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 5/14/2004 | 0.83 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 5/14/2004 | 1.45 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 5/14/2004 | 1.70 | Standard Copies |
| 5/14/2004 | 2.90 | Standard Copies |
| 5/14/2004 | 54.80 | Standard Copies |
| 5/14/2004 | 5.50 | Standard Copies |
| 5/14/2004 | 3.80 | Standard Copies |
| 5/14/2004 | 3.30 | Standard Copies |
| 5/14/2004 | 0.50 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 5/14/2004 | 1.00 | Standard Copies |
| 5/14/2004 | 0.60 | Standard Copies |
| 5/14/2004 | 0.60 | Standard Copies |
| 5/14/2004 | 0.60 | Standard Copies |
| 5/14/2004 | 0.10 | Standard Copies |
| 5/14/2004 | 2.10 | Standard Copies |
| 5/14/2004 | 1.50 | Standard Copies |
| 5/14/2004 | 1.50 | Standard Copies |
| 5/14/2004 | 1.60 | Standard Copies |
| 5/14/2004 | 1.60 | Standard Copies |
| 5/14/2004 | 0.30 | Standard Copies |
| 5/14/2004 | 0.80 | Standard Copies |
| 5/14/2004 | 0.10 | Standard Copies |
| 5/14/2004 | 3.30 | Scanned Images |
| 5/14/2004 | 1.80 | Scanned Images |
| 5/14/2004 | 4.95 | Scanned Images |
| 5/14/2004 | 3.75 | Scanned Images |
| 5/14/2004 | 0.90 | Scanned Images |
| 5/14/2004 | 16.50 | Scanned Images |
| 5/14/2004 | 0.15 | Scanned Images |
| 5/14/2004 | 1.50 | Standard Copies NY |
| 5/14/2004 | 1.50 | Standard Copies NY |
| 5/14/2004 | 1.50 | Standard Copies NY |
| 5/14/2004 | 3.82 | VIRTUALDOCKET.COM - Computer Database Research, TA(3.60) Download of documents 5/04 |
| 5/14/2004 | 14.00 | Samuel Blatnick, cabfare, Chicago, 05/14/04, (Overtime Transportation) |
| 5/14/2004 | 25.00 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 05/14/04, (Overtime Meals), Overtime Meal |
| 5/16/2004 | 0.10 | Standard Copies |
| 5/17/2004 | 1.50 | Fax page charge to 714-834-2359 |
| 5/17/2004 | 0.20 | Standard Copies |
| 5/17/2004 | 1.00 | Standard Copies |
| 5/17/2004 | 0.20 | Standard Copies |
| 5/17/2004 | 12.70 | Standard Copies |
| 5/17/2004 | 0.80 | Standard Copies |
| 5/17/2004 | 3.40 | Standard Copies |
| 5/17/2004 | 5.40 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 5/17/2004 | 0.20 | Standard Copies |
| 5/17/2004 | 0.20 | Standard Copies |
| 5/17/2004 | 0.10 | Standard Copies |
| 5/17/2004 | 0.50 | Standard Copies |
| 5/17/2004 | 0.20 | Standard Copies |
| 5/17/2004 | 5.40 | Standard Copies |
| 5/17/2004 | 5.40 | Standard Copies |
| 5/17/2004 | 4.00 | Standard Copies |
| 5/17/2004 | 3.80 | Standard Copies |
| 5/17/2004 | 3.80 | Standard Copies |
| 5/17/2004 | 7.00 | Standard Copies |
| 5/17/2004 | 1.10 | Standard Copies |
| 5/17/2004 | 0.20 | Standard Copies |
| 5/17/2004 | 0.60 | Standard Copies |
| 5/17/2004 | 0.50 | Standard Copies |
| 5/17/2004 | 0.30 | Standard Copies |
| 5/17/2004 | 0.20 | Standard Copies |
| 5/17/2004 | 1.80 | Standard Copies |
| 5/17/2004 | 0.40 | Standard Copies |
| 5/17/2004 | 0.20 | Standard Copies |
| 5/17/2004 | 0.30 | Standard Copies |
| 5/17/2004 | 0.50 | Standard Copies |
| 5/17/2004 | 0.30 | Standard Copies |
| 5/17/2004 | 0.40 | Standard Copies |
| 5/17/2004 | 0.10 | Standard Copies |
| 5/17/2004 | 2.20 | Standard Copies |
| 5/17/2004 | 8.10 | Standard Copies NY |
| 5/18/2004 | 1.04 | Telephone call to: HELENA,MT 406-444-2026 |
| 5/18/2004 | 3.95 | Telephone call to: EASTERN,MD 410-580-4153 |
| 5/18/2004 | 0.60 | Standard Copies |
| 5/18/2004 | 0.10 | Standard Copies |
| 5/18/2004 | 1.70 | Standard Copies |
| 5/18/2004 | 8.10 | Standard Copies NY |
| 5/18/2004 | 1.65 | Standard Copies NY |
| 5/18/2004 | 7.95 | Fed Exp to:READ LABEL,WILMINGTON,DE from:MAILROOM |
| 5/19/2004 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4210 |
| 5/19/2004 | 1.04 | Telephone call to: STATE OF,DE 302-778-6464 |

| Date | Amount | Description |
|------|-------:|-------------|
| 5/19/2004 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-355-3000 |
| 5/19/2004 | 2.29 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 5/19/2004 | 1.45 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 5/19/2004 | 0.62 | Telephone call to: DENVER,CO 303-295-1234 |
| 5/19/2004 | 1.25 | Fax phone charge to 313-962-2424 |
| 5/19/2004 | 3.00 | Fax page charge to 561-362-1583 |
| 5/19/2004 | 16.50 | Fax page charge to 313-962-2424 |
| 5/19/2004 | 1.30 | Standard Copies |
| 5/19/2004 | 33.20 | Standard Copies |
| 5/19/2004 | 2.30 | Standard Copies |
| 5/19/2004 | 6.90 | Standard Copies |
| 5/19/2004 | 2.90 | Standard Copies |
| 5/19/2004 | 6.80 | Standard Copies |
| 5/19/2004 | 7.80 | Standard Copies |
| 5/19/2004 | 15.30 | Standard Copies |
| 5/19/2004 | 3.30 | Scanned Images |
| 5/19/2004 | 15.89 | Pratibha Shenoy, Overtime Meal-Attorney, Chicago, IL, 05/19/04, (Overtime Meals) |
| 5/20/2004 | 2.70 | Telephone call to: COLUMBIA,MD 410-531-8310 |
| 5/20/2004 | 1.45 | Telephone call to: STATE OF,CT 860-449-0341 |
| 5/20/2004 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 5/20/2004 | 1.87 | Telephone call to: CAMBRIDGE,MA 617-498-3826 |
| 5/20/2004 | 1.66 | Telephone call to: EASTERN,MD 410-580-4153 |
| 5/20/2004 | 0.60 | Standard Copies |
| 5/20/2004 | 0.60 | Standard Copies |
| 5/20/2004 | 0.10 | Standard Copies |
| 5/20/2004 | 2.30 | Standard Copies |
| 5/20/2004 | 2.80 | Standard Copies |
| 5/20/2004 | 1.10 | Standard Copies |
| 5/20/2004 | 1.50 | Scanned Images |
| 5/20/2004 | 1.35 | Scanned Images |
| 5/20/2004 | 0.75 | Scanned Images |
| 5/20/2004 | 13.30 | Overtime Transportation, S. Blatnick, 4/29/04 |
| 5/20/2004 | 13.00 | Overtime Transportation, S. Blatnick, 4/26/04 |
| 5/20/2004 | 13.00 | Overtime Transportation, S. Blatnick, 4/13/04 |
| 5/21/2004 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-355-3000 |
| 5/21/2004 | 0.62 | Telephone call to: WILMINGTON,DE 302-652-4100 |

| Date | Amount | Description |
|------|--------|-------------|
| 5/21/2004 | 4.99 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 5/21/2004 | 0.60 | Standard Copies |
| 5/21/2004 | 0.50 | Standard Copies |
| 5/21/2004 | 0.40 | Standard Copies |
| 5/21/2004 | 1.30 | Standard Copies |
| 5/21/2004 | 3.20 | Standard Copies |
| 5/21/2004 | 4.80 | Standard Copies |
| 5/21/2004 | 3.00 | Standard Copies |
| 5/21/2004 | 1.30 | Standard Copies |
| 5/21/2004 | 2.60 | Standard Copies |
| 5/21/2004 | 0.10 | Standard Copies |
| 5/21/2004 | 3.90 | Standard Copies |
| 5/21/2004 | 4.10 | Standard Copies |
| 5/21/2004 | 0.10 | Standard Copies |
| 5/21/2004 | 7.30 | Standard Copies |
| 5/21/2004 | 7.30 | Standard Copies |
| 5/21/2004 | 0.20 | Standard Copies |
| 5/21/2004 | 1.10 | Standard Copies |
| 5/21/2004 | 1.35 | Scanned Images |
| 5/21/2004 | 1.35 | Scanned Images |
| 5/23/2004 | 45.37 | VIRTUALDOCKET.COM - Computer Database Research, TA(42.80) Download of documents 5/13/04 |
| 5/24/2004 | 2.49 | Telephone call to: LB AREA,CA 310-321-5532 |
| 5/24/2004 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-847-8749 |
| 5/24/2004 | 2.49 | Fax phone charge to 412-288-3063 |
| 5/24/2004 | 1.45 | Fax phone charge to 412-288-3063 |
| 5/24/2004 | 1.45 | Fax phone charge to 412-288-3063 |
| 5/24/2004 | 1.45 | Fax phone charge to 412-288-3063 |
| 5/24/2004 | 4.16 | Fax phone charge to 412-288-3063 |
| 5/24/2004 | 4.78 | Fax phone charge to 412-288-3063 |
| 5/24/2004 | 1.04 | Fax phone charge to 412-288-3063 |
| 5/24/2004 | 0.83 | Fax phone charge to 412-288-3063 |
| 5/24/2004 | 30.75 | Fax page charge to 412-288-3063 |
| 5/24/2004 | 15.00 | Fax page charge to 412-288-3063 |
| 5/24/2004 | 17.25 | Fax page charge to 412-288-3063 |
| 5/24/2004 | 16.50 | Fax page charge to 412-288-3063 |
| 5/24/2004 | 50.25 | Fax page charge to 412-288-3063 |

| Date | Amount | Description |
|------|--------|-------------|
| 5/24/2004 | 40.50 | Fax page charge to 412-288-3063 |
| 5/24/2004 | 10.50 | Fax page charge to 412-288-3063 |
| 5/24/2004 | 6.75 | Fax page charge to 412-288-3063 |
| 5/24/2004 | 0.20 | Standard Copies |
| 5/24/2004 | 2.30 | Standard Copies |
| 5/24/2004 | 13.10 | Standard Copies |
| 5/24/2004 | 5.20 | Standard Copies |
| 5/24/2004 | 0.10 | Standard Copies |
| 5/24/2004 | 0.70 | Standard Copies |
| 5/24/2004 | 24.70 | Standard Copies |
| 5/24/2004 | 2.30 | Standard Copies |
| 5/24/2004 | 4.10 | Standard Copies |
| 5/24/2004 | 10.50 | Standard Copies |
| 5/24/2004 | 10.50 | Standard Copies |
| 5/24/2004 | 5.20 | Standard Copies |
| 5/24/2004 | 16.00 | Overtime Transportation, S. Blatnick, 4/20/04 |
| 5/24/2004 | 13.00 | Overtime Transportation, S. Blatnick, 4/14/04 |
| 5/25/2004 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-850-2822 |
| 5/25/2004 | 2.80 | Standard Copies |
| 5/25/2004 | 1.40 | Standard Copies |
| 5/25/2004 | 0.10 | Standard Copies |
| 5/25/2004 | 3.40 | Standard Copies |
| 5/25/2004 | 7.20 | Standard Copies |
| 5/25/2004 | 5.40 | Standard Copies |
| 5/25/2004 | 19.60 | Standard Copies |
| 5/25/2004 | 3.70 | Standard Copies |
| 5/25/2004 | 5.50 | Standard Copies |
| 5/25/2004 | 0.20 | Standard Copies |
| 5/25/2004 | 0.30 | Standard Copies |
| 5/25/2004 | 0.40 | Standard Copies |
| 5/25/2004 | 3.20 | Standard Copies |
| 5/25/2004 | 1.35 | Standard Copies NY |
| 5/26/2004 | 1.25 | Telephone call to: BOSTON,MA 617-330-7099 |
| 5/26/2004 | 5.40 | Telephone call to: LB AREA,CA 310-321-5532 |
| 5/26/2004 | 0.62 | Telephone call to: STATE OF,DE 302-778-6464 |
| 5/26/2004 | 3.75 | Fax page charge to 310-640-8071 |
| 5/26/2004 | 0.20 | Standard Copies |

| Date | Amount | Description |
|------|-------|-------------|
| 5/26/2004 | 4.30 | Standard Copies |
| 5/26/2004 | 51.00 | Standard Copies |
| 5/26/2004 | 1.90 | Standard Copies |
| 5/26/2004 | 1.00 | Standard Copies |
| 5/26/2004 | 1.80 | Standard Copies |
| 5/26/2004 | 6.70 | Overtime Transportation, T. Wood, 3/16/04 |
| 5/27/2004 | 2.70 | Telephone call to: COLUMBIA,MD 410-531-4075 |
| 5/27/2004 | 0.83 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 5/27/2004 | 0.83 | Telephone call to: GREENVILLE,SC 803-255-9425 |
| 5/27/2004 | 0.62 | Telephone call to: WILMINGTON,DE 302-984-6061 |
| 5/27/2004 | 0.20 | Standard Copies |
| 5/27/2004 | 4.80 | Standard Copies |
| 5/27/2004 | 0.20 | Standard Copies |
| 5/27/2004 | 2.40 | Standard Copies |
| 5/27/2004 | 10.30 | Standard Copies |
| 5/27/2004 | 10.80 | Standard Copies |
| 5/27/2004 | 0.20 | Standard Copies |
| 5/27/2004 | 2.80 | Standard Copies |
| 5/27/2004 | 21.80 | Standard Copies |
| 5/27/2004 | 7.30 | Standard Copies |
| 5/27/2004 | 10.60 | Standard Copies |
| 5/27/2004 | 5.40 | Standard Copies |
| 5/27/2004 | 10.50 | Standard Copies |
| 5/27/2004 | 1.90 | Standard Copies |
| 5/27/2004 | 36.00 | Standard Copies |
| 5/27/2004 | 14.00 | Samuel Blatnick, cabfare, Chicago, 05/27/04, (Overtime Transportation), Overtime Transportation |
| 5/27/2004 | 24.84 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 05/27/04, (Overtime Meals), Overtime Meal |
| Total: | 8,016.24 | |