# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## APRIL 1, 2004 THROUGH APRIL 30, 2004

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 04/12/04 | Paid NJ Law Journal #10501 S#5390[2] | 25.44 |
| | Duplicating | 24.08 |
| | Matter Total Engagement Cost | 49.52 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 04/09/04 | PD UPS TO WILMINGTON DE; KMJ; CK# 260076 | 7.74 |
| | Duplicating | 24.64 |
| | Matter Total Engagement Cost | 32.38 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---|
| 02/27/04 | Paid Skyline Duplication for services rendered #10501; S#5444[3] | 213.48 |
| 02/29/04 | Paid Skyline Duplication for services rendered #10501; S#5444[4] | 1419.55 |
| 03/10/04 | Paid Skyline Duplication for services rendered #10501; S#5444[5] | 390.50 |
| 03/11/04 | Paid Document Express, Inc. for services rendered #10501; S#5444[6] | 2560.32 |
| 03/16/04 | Paid Document Express, Inc. for services rendered #10501; S#5444[7] | 2648.52 |
| 03/16/04 | Paid Document Express, Inc. for services rendered #10501; S#5444[8] | 1710.15 |
| 03/16/04 | Paid Skyline Duplication for services rendered | 1315.73 |

---

[2] See New Jersey Law Journal Invoice No. 10016765 dated 4/12/2004 attached hereto as Exhibit 1.
[3] See Skyline Duplication DMT, LLC Invoice #N1368 dated 2/27/2004 attached hereto as Exhibit 2.
[4] See Skyline Duplication DMT, LLC Invoice #N1379 dated 2/29/2004 attached hereto as Exhibit 3.
[5] See Skyline Duplication DMT, LLC Invoice #N1561 dated 3/10/2004 attached hereto as Exhibit 4.
[6] See Document Express, Inc. Invoice #147376 dated 03/11/2004 attached hereto as Exhibit 5.
[7] See Document Express, Inc. Invoice #147636 dated 03/16/2004 attached hereto as Exhibit 6.
[8] See Document Express, Inc. Invoice #147632 dated 03/16/2004 attached hereto as Exhibit 7.

| | | |
|---|---|---|
| | #10501; S#5444[9] | |
| 03/16/04 | Paid Document Express, Inc. for services rendered #10501; S#5456[10] | 2094.83 |
| 03/17/04 | Paid Document Express, Inc. for services rendered #10501; S#5444[11] | 3487.82 |
| 03/18/04 | PD TRAVEL EXPENSES TO/FROM NEWARK, NJ; MEW; CK# 260281[12] | 10.25 |
| 03/18/04 | Paid Document Express, Inc. for services rendered #10501; S#5456[13] | 1289.28 |
| 03/18/04 | Paid Document Express, Inc. for services rendered #10501; S#5456[14] | 1454.69 |
| 03/19/04 | Paid Document Express, Inc. for services rendered #10501; S#5444[15] | 747.72 |
| 03/19/04 | Paid Document Express, Inc. for services rendered #10501; S#5456[16] | 1064.72 |
| 03/19/04 | Paid Document Express, Inc. for services rendered #10501; S#5456[17] | 2027.36 |
| 03/22/04 | Paid Document Express, Inc. for services rendered #10501; S#5444[18] | 562.86 |
| 03/23/04 | Paid Skyline Duplication for services rendered #10501; S#5444[19] | 922.52 |
| 03/23/04 | Paid Skyline Duplication for services rendered #10501; S#5444[20] | 490.67 |
| 03/23/04 | Paid Skyline Duplication for services rendered #10501; S#5444[21] | 263.78 |
| 03/23/04 | Paid Skyline Duplication for services rendered #10501; S#5444[22] | 1307.88 |
| 03/23/04 | Paid Skyline Duplication for services rendered #10501; S#5456[23] | 1537.05 |

---

[9] See Skyline Duplication DMT, LLC Invoice #N1503 dated 3/16/2004 attached hereto as Exhibit 8.

[10] See Document Express, Inc. Invoice #147634 dated 03/16/2004 attached hereto as Exhibit 9.

[11] See Document Express, Inc. Invoice #147327 dated 03/17/2004 attached hereto as Exhibit 10.

[12] See Direct Reimbursement Expense Report of Michael E. Walller, Esq., for the period 3/4/04 – 3/27/04 attached hereto as Exhibit 11.

[13] See Document Express, Inc. Invoice #147699 dated 03/18/2004 attached hereto as Exhibit 12.

[14] See Document Express, Inc. Invoice #147697 dated 03/18/2004 attached hereto as Exhibit 13.

[15] See Document Express, Inc. Invoice #147750 dated 03/19/2004 attached hereto as Exhibit 14.

[16] See Document Express, Inc. Invoice #147753 dated 03/19/2004 attached hereto as Exhibit 15.

[17] See Document Express, Inc. Invoice #147746 dated 03/16/2004 attached hereto as Exhibit 16.

[18] See Document Express, Inc. Invoice #147796 dated 03/16/2004 attached hereto as Exhibit 17.

[19] See Skyline Duplication DMT, LLC Invoice #N1512 dated 3/23/2004 attached hereto as Exhibit 18.

[20] See Skyline Duplication DMT, LLC Invoice #N1530 dated 3/23/2004 attached hereto as Exhibit 19.

[21] See Skyline Duplication DMT, LLC Invoice #N1553 dated 3/23/2004 attached hereto as Exhibit 20.

[22] See Skyline Duplication DMT, LLC Invoice #N1466 dated 3/23/2004 attached hereto as Exhibit 21.

[23] See Skyline Duplication DMT, LLC Invoice #N1513 dated 3/23/2004 attached hereto as Exhibit 22.

| Date | Description | Amount |
|---|---|---|
| 03/24/04 | Paid Document Express, Inc. for services rendered #10501; S#5456[24] | 846.15 |
| 03/25/04 | PD TRAVEL EXPENSES; AJM; CK# 260281[25] | 37.00 |
| 03/29/04 | PD MEAL EXPENSES; AJM; CK# 260281 | 8.25 |
| 03/30/04 | Paid Skyline Duplication for services rendered #10501; S#5456[26] | 779.63 |
| 03/31/04 | Paid Skyline Duplication for services rendered #10501; S#5456[27] | 374.07 |
| 03/31/04 | Paid Skyline Duplication for services rendered #10501; S#5456[28] | 615.01 |
| 04/12/04 | PD TRAVEL EXPENSES TO/FROM NY AND NJ- DATES ARE FROM 4/12 THROUGH 4/14/04; FVC; UJ-4/30/04[29] | 130.40 |
| 04/12/04 | PD MEAL EXPENSES-DATED 4/12, 4/13, AND 4/14/04; FVC; UJ-4/30/04[30] | 37.10 |
| 04/13/04 | Paid Premier Office Supply #10501 S#5429[31] | 35.49 |
| 04/30/04 | DOCUMENT ACCESS FACILITY--ANNEX--APRIL 2004 | 2864.00 |
| | Duplicating | 177.60 |
| | **Matter Total Engagement Cost** | **33,424.38** |

---

[24] See Document Express, Inc. Invoice #147894 dated 03/24/2004 attached hereto as Exhibit 23.

[25] See Direct Reimbursement Expense Report for Anthony J. Marchetta, Esq. signed 3/30/04 attached hereto as Exhibit 24.

[26] See Skyline Duplication DMT, LLC Invoice #N1614 dated 3/30/2004 attached hereto as Exhibit 25.

[27] See Skyline Duplication DMT, LLC Invoice #N1626 dated 3/31/2004 attached hereto as Exhibit 26.

[28] See Skyline Duplication DMT, LLC Invoice #N1616 dated 3/31/2004 attached hereto as Exhibit 27.

[29] See Direct Reimbursement Expense Report for Fatiah Varonne Crowley for the period 4/12/2004 – 4/14/2004 attached hereto as Exhibit 28.

[30] Id.

[31] See Premier Office Supply Invoice No. 436716-0 dated 4/13/04 attached hereto as Exhibit 29.