# EXHIBIT 1

**New Jersey Law Journal**
DDS ALERT "Daily Decision Service"
P.O. Box 18229
Newark, NJ 07191-8229
Phone: (973) 642-0075

Invoice Date: 4/12/2004
Invoice No. 10016765
Customer No. PITNE1

Order No. O0016755
Ordered By: ELIZABETH GREENFIEL
Order Date: 4/12/2004

Salesperson No
Terms: NET 10 DAYS
Customer PO No

**Bill to:**
Attention: LIBRARY
PITNEY, HARDIN, KIPP & S.
PO BOX 1945
MORRISTOWN, NJ 07962-1945

**Ship to:**
Attention: LIBRARY
PITNEY, HARDIN, KIPP & S.
PO BOX 1945
MORRISTOWN, NJ 07962-1945

| Qty | Item# | Title | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | 17-2-6229 | NATHAN BARRY CO. V. KIMBER PETROLEUM CORP. This Item Consists of 6 Pages | 24.00 | 24.00 |
|   |   | Your File Number Is EMAIl |   |   |
| 1 | PAGE CHARGE | $1.15 Per Page; $24.00 Minimum + 6% Sales Tax |   |   |

PAID
APPROVED
VENDOR NO. 04464
CHECK NO. 259755
CHARGE 10501

082910.
06T656
Hatfield

**This fax consists of 6 pages excluding this sheet.**

This is your only invoice.
Please make payment promptly to ensure uninterrupted service.

Sales Total: 24.00
Shipping & Handling: 0.00
Misc. Charges: 0.00
Tax Total: 1.44
25.44

*** NJ Law Journal New CLE Programs *** - Ethics, Personal Injury and Employment Law Lectures - May and June 2004 - Call 973-642-0075 ext. 130 for more Information ***

Invoice Total: 25.44

PLEASE SEPERATE BOTTOM PORTION AND REMIT WITH YOUR PAYMENT

---

**New Jersey Law Journal**
DDS ALERT "Daily Decision Service"
P.O. Box 18229
Newark, NJ 07191-8229
Phone: (973) 642-0075

Address Correction Requested

Attention: LIBRARY
PITNEY, HARDIN, KIPP & S.
PO BOX 1945
MORRISTOWN, NJ 07962-1945

Invoice Date: 4/12/2004
Invoice No. 10016765
Customer No. PITNE1
Salesperson No
Invoice Total: 25.44

CUSTOMER FAX NUMBER
9739661550