# EXHIBIT 2

# Skyline Duplication

DMT, LLC
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 2/27/2004 | N1368 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

| Rep | Reference/Case # | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.000009 | 2/20/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 2,014 | 8.5 x 11 | 0.10 | 201.40T |

*O.K. to pay*
*Brian Emmett*
082913.000009

PAID..........
APPROVED...... JK
VENDOR NO. 05359
CHECK NO. 260339
CHARGE 1050I

| | |
|---|---|
| Sales Tax (6.0%) | $12.08 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$213.48** |

Phone # 973-648-0090
Fax # 973-648-0004

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Tax ID 03-0385240