# EXHIBIT 3

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 2/29/2004 | N1379 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

| Rep | Reference/Case | Date Requested | Ordered By |
|---|---|---|---|
| KK | 004169.104032 | 2/24/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 13,152 | 8.5 x 11 | 0.10 | 1,315.20T |
| 16 | Oversize print 18x28 (per sq. ft.) | 1.50 | 24.00T |

O.K. to pay
Brian Emmett
082913.000009

PAID
APPROVED
VENDOR NO. 05359
CHECK NO. 260339
CHARGE 7050

| | |
|---|---|
| Sales Tax (6.0%) | $80.35 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,419.55** |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #  973-648-0090
Fax #    973-648-0004

Tax ID 03-0385240