# EXHIBIT 4

# Skyline Duplication

DMT, LLC
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 3/10/2004 | N1561 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.000009 | 3/19/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 7,368 | Bates Range(RMD-12-000001-007368) | 0.05 | 368.40T |

*O.K. to pay* [handwritten signature]
082913.000009

PAID
APPROVED
VENDOR NO. 05359
CHECK NO. 260359

| | |
|---|---|
| Sales Tax (6.0%) | $22.10 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$390.50** |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #  973-648-0090
Fax #  973-648-0004

Tax ID 03-0385240