# EXHIBIT 5

# INVOICE

## Document Express, Inc.
75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502

| Invoice # | Invoice Date |
|---|---|
| 147376 | 03/11/2004 |

Sales Rep: Jennifer Founds
Customer#: MO10075
Page: 1

**BILL TO:**

Pitney Hardin Kipp & Szuch LLP
200 Campus Rd.
PO Box 1945
Morristown, NJ 07962-1945
  Susan Parker

**SHIP TO:**

Pitney Hardin Kipp & Szuch LLP
Re: 82913-00009
7 boxes orig/1 copy

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 966-6300 x8331 | (973) 966-1550 | Susan Parker | MT08330 3/9 | Marianne |

| Quantity | Description | | Tax | Sub-Total |
|---|---|---|---|---|
| 1 | @ .10 - 82913-00009 20# Xerobond White Copies on 8.5 x 11 21120 Originals, 1 Side, As Original 21,120 Copies | | Y | 2,112.00 |
| 20 | OVERSIZE - Oversized Copies - M | @ .70 sqft 18x24 | Y | 42.00 |
| 33 | OVERSIZE - Oversized Copies - M | @ .70 sqft 24x36 | Y | 138.60 |
| 12 | OVERSIZE - Oversized Copies - M | @ .70 sqft 36x48 | Y | 100.80 |
| 440 | SLIPSHEETS - Covers/Slipsheets - M | @ .05 | Y | 22.00 |

*O.K. to pay*
*08/2913.00009*
*Michele Walker* (signature)

PAID........
APPROVED.... 11026
VENDOR NO. 260330
CHECK NO. 10501
CHARGE......

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | Deposit | Amount Due |
|---|---|---|---|---|---|---|
| Delivery | 2,415.40 | 6.000 | 144.92 | 0.00 | 0.00 | $ 2,560.32 |

*Thank you. We appreciate your business!*

*"catch the express"*