# EXHIBIT 6

# INVOICE

| | Invoice # | Invoice Date |
|---|---|---|
| | 147636 | 03/16/2004 |

## Document Express, Inc.

75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502

| | |
|---|---|
| Sales Rep: | Jennifer Founds |
| Customer#: | MO10075 |
| Page: | 1 |

BILL TO:

Pitney Hardin Kipp & Szuch LLP
200 Campus Rd.
PO Box 1945
Morristown, NJ 07962-1945
  Susan Parker

SHIP TO:

Pitney Hardin Kipp & Szuch LLP
8 original boxes / 1 cpy
Re: 082913.000009

,

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 966-6300 x8331 | (973) 966-1550 | Susan Parker | MT08334 3/12 | Cynthia |

| Quantity | Description | Tax | | Sub-Total |
|---|---|---|---|---|
| 1 | @ .10 - 082913.000009<br>20# Xerobond White<br>Copies on 8.5 x 11<br>24102 Originals, 1 Side, As Original<br>24,102 Copies | Y | | 2,410.20 |
| 7 | OVERSIZE -<br>Oversized Copies - M     @ .70 sqft  24x36 | Y | | 29.40 |
| 8 | OVERSIZE -<br>Oversized Copies - M     @ .70 sqft 30x40 | Y | | 50.40 |
| 172 | SLIPSHEETS -<br>Covers/Slipsheets - M     @ .05 | Y | | 8.60 |

*O.K. to pay*

082913.000009

PAID.....................
APPROVED.....................
VENDOR NO. ...11026...
CHECK NO. ...260330...
CHARGE.....70507...

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | | Deposit | Amount Due |
|---|---|---|---|---|---|---|---|
| Delivery | 2,498.60 | 6.000 | 149.92 | 0.00 | | 0.00 $ | 2,648.52 |

*Thank you. We appreciate your business!*

*"catch the express"*