# EXHIBIT 7

# INVOICE

| Invoice # | Invoice Date |
|---|---|
| 147632 | 03/16/2004 |

## *Document Express, Inc.*

75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502

**Sales Rep:** Jennifer Founds
**Customer#:** MO10075
**Page:** 1

BILL TO:

**Pitney Hardin Kipp & Szuch LLP**
**200 Campus Rd.**
**PO Box 1945**
**Morristown, NJ 07962-1945**
  Susan Parker

SHIP TO:

**Pitney Hardin Kipp & Szuch LLP**
**4 original boxes / 1 cpy**
**Re: 082913.000009**

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 966-6300 x8331 | (973) 966-1550 | Susan Parker | MT08329 3/9 | Cynthia |

| Quantity | Description | | Tax | Sub-Total |
|---|---|---|---|---|
| 1 | @ .10 - 082913.000009 | | Y | 1,051.50 |
| | 20# Xerobond White | | | |
| | Copies on 8.5 x 11 | | | |
| | 10515 Originals, 1 Side, As Original | | | |
| | 10,515 Copies | | | |
| 7 | OVERSIZE - | | Y | 29.40 |
| | Oversized Copies - M | @ .70 sqft  24x36 | | |
| 1 | OVERSIZE - | | Y | 6.30 |
| | Oversized Copies - M | @ .70 sqft 30x40 | | |
| 10,523 | BATES LABELING - RMD-01-000001 - 01-010523 | | Y | 526.15 |
| | Bates Labeling - M | @ .05 | | |

o.k. to pay
Brian Emmett
082913.000009

PAID..............
APPROVED..........
VENDOR NO. ....11020
CHECK NO. ....260330
CHARGE...........1050)

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | | Deposit | Amount Due |
|---|---|---|---|---|---|---|---|
| Delivery | 1,613.35 | 6.000 | 96.80 | 0.00 | | 0.00 $ | 1,710.15 |

*Thank you. We appreciate your business!*

*"catch the express"*