# EXHIBIT 8

# Skyline Duplication

DMT, LLC
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 3/16/2004 | N1503 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 3/16/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 8,275 | 8.5 x 11 Copy | 0.10 | 827.50T |
| 8,275 | RMD-05 00001-008275 Bates Range | 0.05 | 413.75T |

*O.K. to pay* [handwritten]
*Brian Sargent* [handwritten]
*082913.00009* [handwritten]

PAID..........
APPROVED..... [initials]
VENDOR NO. 05359
CHECK NO. 260339
CHARGE..... 10501

| | | Sales Tax (6.0%) | $74.48 |
|---|---|---|---|
| Please Remit Payment to: | Phone # 973-648-0090 | Payments/Credits | $0.00 |
| Skyline Duplication | Fax # 973-648-0004 | **Balance Due** | **$1,315.73** |
| 550 Broad Street | | | |
| Basement Level | | | |
| Newark, NJ 07102 | | | |

**Tax ID 03-0385240**