# EXHIBIT 9

# INVOICE

## Document Express, Inc.
75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502
BILL TO:

Pitney Hardin Kipp & Szuch LLP
200 Campus Rd.
PO Box 1945
Morristown, NJ 07962-1945
Susan Parker

| Invoice # | Invoice Date |
|---|---|
| 147634 | 03/16/2004 |

Sales Rep: Jennifer Founds
Customer#: MO10075
Page: 1

SHIP TO:

Pitney Hardin Kipp & Szuch LLP
4 original boxes / 1 cpy
Re: 082913.000009

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 966-6300 x8331 | (973) 966-1550 | Susan Parker | MT08333 3/12 | Cynthia |

| Quantity | Description | | Tax | Sub-Total |
|---|---|---|---|---|
| 1 @ .10 - 082913.000009<br>20# Xerobond White<br>Copies on 8.5 x 11<br>11229 Originals, 1 Side, As Original<br>11,229 Copies | | | Y | 1,122.90 |
| 20 OVERSIZE -<br>Oversized Copies - M | @ .70 sqft  18x24 | | Y | 42.00 |
| 30 OVERSIZE -<br>Oversized Copies - M | @ .70 sqft  24x36 | | Y | 126.00 |
| 12 OVERSIZE -<br>Oversized Copies - M | @ .70 sqft  36x48 | | Y | 100.80 |
| 400 SLIPSHEETS -<br>Covers/Slipsheets - M | @ .05 | | Y | 20.00 |
| 11,291 BATES LABELING - RMD-04-000001 04-011291<br>Bates Labeling - M | @ .05 | | Y | 564.55 |

*o.k. - to pay*
*Brian Emmett*
*082913.00009*

PAID........
APPROVED........
VENDOR NO. 11026
CHECK NO. 260440
CHARGE 10501

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | Deposit | Amount Due |
|---|---|---|---|---|---|---|
| Delivery | 1,976.25 | 6.000 | 118.58 | 0.00 | 0.00 | $ 2,094.83 |

*Thank you. We appreciate your business!*

*"catch the express"*