# EXHIBIT 10

# *Document Express, Inc.*

75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502
BILL TO:

| | |
|---|---|
| Invoice # | Invoice Date |
| 147327 | 03/17/2004 |

**Sales Rep:** Jennifer Founds
**Customer#:** MO10075
**Page:** 1

BILL TO:

Pitney Hardin Kipp & Szuch LLP
200 Campus Rd.
PO Box 1945
Morristown, NJ 07962-1945
  Susan Parker

SHIP TO:

Pitney Hardin Kipp & Szuch LLP
Re: 082913.000009
9 boxes orig/1 copy
,

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 966-6300 x8331 | (973) 966-1550 | Susan Parker | MT05567 3/8 | Cynthia |

| Quantity | Description | | | Tax | Sub-Total |
|---|---|---|---|---|---|
| 1 | @ .10 - 082913.000009<br>20# Xerobond White<br>Copies on 8.5 x 11<br>30319 Originals, 1 Side, As Original<br>30,319 Copies | | | Y | 3,031.90 |
| 1 | OVERSIZE -<br>Oversized Copies - M | @ .70 sqft | 18x24 | Y | 2.10 |
| 22 | OVERSIZE -<br>Oversized Copies - M | @ .70 sqft | 24x36 | Y | 92.40 |
| 22 | OVERSIZE -<br>Oversized Copies - M | @ .70 sqft | 30x40 | Y | 138.60 |
| 1 | OVERSIZE -<br>Oversized Copies - M | @ .70 sqft | 36x48 | Y | 8.40 |
| 340 | SLIPSHEETS -<br>Covers/Slipsheets - M | @ .05 | | Y | 17.00 |

*O.K. to pay*
*082913.000009*
*Michele Walker*

PAID.............
APPROVED.............
VENDOR NO. ...*11026*
CHECK NO. *260330*
CHARGE.............*10501*

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | | Deposit | Amount Due |
|---|---|---|---|---|---|---|---|
| Delivery | 3,290.40 | 6.000 | 197.42 | 0.00 | | 0.00 $ | 3,487.82 |

*Thank you. We appreciate your business!*

*"catch the express"*