# EXHIBIT 11

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME: MICHAEL E. WALLER

RECEIVED MAR 31 2004 PITNEY, HARDIN, KIPP & SZUCH LLP

Period From: March 4, 2004  To: March 27, 2004

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses Miles | Auto Expenses Amount | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| 3/18/2004 | Travel to/from Penn Station, Newark and S.D.N.Y. Court house for Court Conference Train | 22 mi. | $8.25 | | | | $2.00 | $10.25 | 082913.00009 |

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

Show details on Page 2

I certify that I have incurred all the expenses above on behalf of the Firm and that they are all directly related to the active conduct of the Firm's business.

Signature _____ Date 3/31/04

PAID  10501
PITNEY HARDIN KIPP & SZUCH LLP APR 28 2004

10504 - 247.00
10504 - 38.49

ENTERED IN COMPUTER BY ___

3/30/2004