# EXHIBIT 12

# INVOICE

# Document Express, Inc.

75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502

| Invoice # | Invoice Date |
|---|---|
| 147699 | 03/18/2004 |
| Sales Rep: | Jennifer Founds |
| Customer#: | MO10075 |
| Page: | 1 |

BILL TO:

Pitney Hardin Kipp & Szuch LLP
200 Campus Rd.
PO Box 1945
Morristown, NJ 07962-1945
Susan Parker

SHIP TO:

Pitney Hardin Kipp & Szuch LLP
3 original boxes / 1 cpy
Re: 082913.000009

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 966-6300 x8331 | (973) 966-1550 | Susan Parker | MT08332 3/12 | Cynthia |

| Quantity | Description | Tax | Sub-Total |
|---|---|---|---|
| 1 | @ .10 - 082913.000009<br>20# Xerobond White<br>Copies on 8.5 x 11<br>7995 Originals, 1 Side, As Original<br>7,995 Copies | Y | 799.50 |
| 2 | OVERSIZE -<br>Oversized Copies - M  @ .70 sqft 18x24 | Y | 4.20 |
| 3 | OVERSIZE -<br>Oversized Copies - M  @ .70 sqft 24x36 | Y | 12.60 |
| 8,000 | BATES LABELING - RMD-03-000001 - 03-008000<br>Bates Labeling - M  @ .05 | Y | 400.00 |

PAID
APPROVED
VENDOR NO. 11026
CHECK NO. 260490
CHARGE 10501

O.K. to pay
Brian Emmett
082913.00009

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | Deposit | Amount Due |
|---|---|---|---|---|---|---|
| Delivery | 1,216.30 | 6.000 | 72.98 | 0.00 | 0.00 | $ 1,289.28 |

*Thank you. We appreciate your business!*

*"catch the express"*