# EXHIBIT 13

# INVOICE

| | |
|---|---|
| Invoice # | Invoice Date |
| 147697 | 03/18/2004 |

## Document Express, Inc.

75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502

Sales Rep: Jennifer Founds
Customer#: MO10075
Page: 1

BILL TO:

Pitney Hardin Kipp & Szuch LLP
200 Campus Rd.
PO Box 1945
Morristown, NJ 07962-1945
 Susan Parker

SHIP TO:

Pitney Hardin Kipp & Szuch LLP
3 original boxes / 1 cpy
Re: 082913.00009

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 966-6300 x8331 | (973) 966-1550 | Susan Parker | MT08331 3/11 | Cynthia |

| Quantity | Description | | Tax | Sub-Total |
|---|---|---|---|---|
| 1 | @ .10 - 082913.00009<br>20# Xerobond White<br>Copies on 8.5 x 11<br>8474 Originals, 1 Side, As Original<br>8,474 Copies | | Y | 847.40 |
| 7 | OVERSIZE -<br>Oversized Copies - M | @ .70 sqft 24x36 | Y | 29.40 |
| 8 | OVERSIZE -<br>Oversized Copies - M | @ .70 sqft 36x48 | Y | 67.20 |
| 2 | VELOBINDING -<br>Binding/Velo - M | @ 1.95 | Y | 3.90 |
| 8,489 | BATES LABELING - RMD-02-006976 - 02-015465<br>Bates Labeling - M | @ .05 | Y | 424.45 |

O.K. to pay
Brian Emmett
082913.00009

PAID
APPROVED
VENDOR NO. 11026
CHECK NO. 260490
CHARGE 70501

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | Deposit | Amount Due |
|---|---|---|---|---|---|---|
| Delivery | 1,372.35 | 6.000 | 82.34 | 0.00 | 0.00 | $ 1,454.69 |

*Thank you. We appreciate your business!*

*"catch the express"*