# EXHIBIT 14

# INVOICE

## Document Express, Inc.
75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502

| Invoice # | Invoice Date |
|---|---|
| 147750 | 03/19/2004 |

Sales Rep: Jennifer Founds
Customer#: MO10075
Page: 1

**BILL TO:**

Pitney Hardin Kipp & Szuch LLP
200 Campus Rd.
PO Box 1945
Morristown, NJ 07962-1945
   Susan Parker

**SHIP TO:**

Pitney Hardin Kipp & Szuch LLP
5 original boxes / no copy
Re: 082913.000009

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 966-6300 x8331 | (973) 966-1550 | Susan Parker | MT08336 3/15 | Cynthia |

| Quantity | Description | Tax | Sub-Total |
|---|---|---|---|
| 14,108 | BATES LABELING - RMD-06-000001 - 06-014108 | Y | 705.40 |
|  | Bates Labeling - M     @ .05 |  |  |

O.K. to pay
Brian Emmett
082913.000009

PAID..........
APPROVED..........
VENDOR NO. 11026
CHECK NO. 260330
CHARGE.......... 10501

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | Deposit | Amount Due |
|---|---|---|---|---|---|---|
| Delivery | 705.40 | 6.000 | 42.32 | 0.00 | 0.00 | $ 747.72 |

*Thank you. We appreciate your business!*

*"catch the express"*