# EXHIBIT 15

# INVOICE

## Document Express, Inc.
75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502

| Invoice # | Invoice Date |
|---|---|
| 147753 | 03/19/2004 |

Sales Rep: Jennifer Founds
Customer#: MO10075
Page: 1

**BILL TO:**

Pitney Hardin Kipp & Szuch LLP
200 Campus Rd.
PO Box 1945
Morristown, NJ 07962-1945
  Susan Parker

**SHIP TO:**

Pitney Hardin Kipp & Szuch LLP
4 original boxes / 1 cpy
Re: 082913.000009

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 966-6300 x8331 | (973) 966-1550 | Susan Parker | MT08338 3/16 | Cynthia |

| Quantity | Description | Tax | Sub-Total |
|---|---|---|---|
| 1 | @ .10 - 082913.000009<br>20# Xerobond White<br>Copies on 8.5 x 11<br>9640 Originals, 1 Side, As Original<br>9,640 Copies | Y | 964.00 |
| 1 | @.30 -<br>20# Xerobond White<br>Copies on 11 x 17<br>22 Originals, 1 Side, As Original<br>22 Copies | Y | 6.60 |
| 677 | SLIPSHEETS -<br>    Covers/Slipsheets - M    @ .05 | Y | 33.85 |

PAID
APPROVED
VENDOR NO. 11026
CHECK NO. 260440
CHARGE 70501

o.k. to pay
Brian Emmett
082913.000009

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | Deposit | Amount Due |
|---|---|---|---|---|---|---|
| Delivery | 1,004.45 | 6.000 | 60.27 | 0.00 | 0.00 | $ 1,064.72 |

*Thank you. We appreciate your business!*

*"catch the express"*