# EXHIBIT 17

# INVOICE

## Document Express, Inc.
75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502

| Invoice # | Invoice Date |
|---|---|
| 147796 | 03/22/2004 |

Sales Rep: Jennifer Founds
Customer#: MO10075
Page: 1

**BILL TO:**

Pitney Hardin Kipp & Szuch LLP
200 Campus Rd.
PO Box 1945
Morristown, NJ 07962-1945
   Susan Parker

**SHIP TO:**

Pitney Hardin Kipp & Szuch LLP
2 original boxes / 1 cpy
Re: 082913-00009

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 966-6300 x8331 | (973) 966-1550 | Susan Parker | MT08337 3/17 | Cynthia |

| Quantity | Description | Tax | Sub-Total |
|---|---|---|---|
| 1 | @ .10 - 082913.00009<br>20# Xerobond White<br>Copies on 8.5 x 11<br>5106 Originals, 1 Side, As Original<br>5,106 Copies | Y | 510.60 |
| 408 | SLIPSHEETS -<br>   Covers/Slipsheets - M       @ .05 | Y | 20.40 |

O.K. to pay
Brian Emmett
082913.00009

PAID..........
APPROVED........
VENDOR NO. 11026
CHECK NO. 260330
CHARGE.... 10501

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | Deposit | Amount Due |
|---|---|---|---|---|---|---|
| Delivery | 531.00 | 6.000 | 31.86 | 0.00 | 0.00 | $ 562.86 |

*Thank you. We appreciate your business!*

*"catch the express"*