# EXHIBIT 18

# Skyline Duplication

DMT, LLC
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 3/23/2004 | N1512 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 3/17/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 17,406 | Bates Range( RMD-07-000001-017406) | 0.05 | 870.30T |

*O.K. to pay Brian Smith*
*082913 000009*

PAID..........
APPROVED..........
VENDOR NO. 05359
CHECK NO. 260329 / 0509
CHARGE..........

| | Sales Tax (6.0%) | $52.22 |
|---|---|---|

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone # 973-648-0090
Fax # 973-648-0004

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$922.52** |

Tax ID 03-0385240