# EXHIBIT 19

# Skyline Duplication

**DMT, LLC**
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 3/23/2004 | N1530 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 3/17/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 9,258 | Bates Range( RMD-009-000001-009258) | 0.05 | 462.90T |

*Handwritten notes:* O.K. to pay / Brian Emmett / 082913.00009

PAID
APPROVED
VENDOR NO. 05559
CHECK NO. 260339
CHARGE 10501

| | |
|---|---|
| Sales Tax (6.0%) | $27.77 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$490.67** |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone # 973-648-0090
Fax # 973-648-0004

Tax ID 03-0385240