# EXHIBIT 20

# Skyline Duplication

**DMT, LLC**
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 3/23/2004 | N1553 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

| Rep | Reference/Case # | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 3/18/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 4,977 | Bates Range( RMD-10-000001-004977) | 0.05 | 248.85T |

*O.K. to pay [signature]*
*082913.00009*

PAID
APPROVED
VENDOR NO. 05359
CHECK NO. 260339
CHARGE 10501

| | Sales Tax (6.0%) | $14.93 |
|---|---|---|

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone # 973-648-0090
Fax # 973-648-0004

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$263.78** |

Tax ID 03-0385240