# EXHIBIT 21

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 3/23/2004 | N1466 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

| Rep | Reference/Case | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 3/7/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 6,961 | 8.5 x 11 Copy | 0.10 | 696.10T |
| 126 | Oversize Print 30x42 (per sq ft) | 1.50 | 189.00T |
| 6,975 | Bates Range( RMD-02-000001-006975) | 0.05 | 348.75T |

*O.K. to pay*
*Bryan [signature]*
*082913.00009*

PAID............
APPROVED.......
VENDOR NO. 05359
CHECK NO. 260339

| | |
|---|---|
| Sales Tax (6.0%) | $74.03 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,307.88** |

Phone # 973-648-0090
Fax # 973-648-0004

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Tax ID 03-0385240