# EXHIBIT 22

# Skyline Duplication

DMT, LLC
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 3/23/2004 | N1513 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 3/16/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 9,667 | 8.5 x 11 Copy | 0.10 | 966.70T |
| 9,667 | Bates Range( RMD-08-000001-009667) | 0.05 | 483.35T |

O.K. to pay
Brian [signature]
082913.00009

APPROVED [signature]
VENDOR NO. 05359
CHECK NO. 260499
CHARGE 10501

| | |
|---|---|
| Sales Tax (6.0%) | $87.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,537.05** |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #  973-648-0090
Fax #  973-648-0004

Tax ID 03-0385240