# EXHIBIT 23

# INVOICE

## Document Express, Inc.
75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502

BILL TO:

Pitney Hardin Kipp & Szuch LLP
200 Campus Rd.
PO Box 1945
Morristown, NJ 07962-1945
  Susan Parker

| Invoice # | Invoice Date |
|---|---|
| 147894 | 03/24/2004 |

Sales Rep: Jennifer Founds
Customer#: MO10075
Page: 1

SHIP TO:

Pitney Hardin Kipp & Szuch LLP
3 original boxes / 1 cpy
Re: 082913.000009

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 966-6300 x8331 | (973) 966-1550 | Susan Parker | MT10191 3/12 | Cynthia |

| Quantity | Description | Tax | Sub-Total |
|---|---|---|---|
| 1 | @ .10 - 082913.000009<br>20# Xerobond White<br>Copies on 8.5 x 11<br>7735 Originals, 1 Side, As Original<br>7,735 Copies | Y | 773.50 |
| 495 | SLIPSHEETS -<br>Covers/Slipsheets - M        @ .05 | Y | 24.75 |

O.K. to pay
Brian Emmett
082913.000009

APPROVED
VENDOR NO. 11026
CHECK NO. 260490
CHARGE     10501

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | Deposit | Amount Due |
|---|---|---|---|---|---|---|
| Delivery | 798.25 | 6.000 | 47.90 | 0.00 | 0.00 | $ 846.15 |

*Thank you. We appreciate your business!*

"catch the express"