# EXHIBIT 24

RECEIVED
APR - 1 2004
PITNEY, HARDIN, KIPP & SZUCH LLP

10501 - 75.25
10504 - 8.00

ENTERED IN
COMPUTER BY:

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME ___ANTHONY J. MARCHETTA___

Period From: _____
To: _____

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

Show details on Page 2

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|------|------|------|------|------|------|------|------|------|
| | | Miles | Amount | Parking or Tolls | | | | | |
| 3/25/2004 | Court hearing re W.R. Grace/NYSuperfund | 60 | $22.50 | $4.50 | | | $10.00 | $37.00 | 082913.9 NY Superfund |

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____  Date 3/30/04

PAID
APR 28 2004
PITNEY HARDIN KIPP & SZUCH LLP

3/30/2004