# EXHIBIT 25

# Skyline Duplication

DMT, LLC
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 3/30/2004 | N1614 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 3/29/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 7,355 | 8.5 x 11 Copy | 0.10 | 735.50T |

*O.K. to pay Brian Emmett 082913.00009*

PAID..........
APPROVED...✓
VENDOR NO. 05359
CHECK NO. 260499
CHARGE 7050?

| | |
|---|---|
| Sales Tax (6.0%) | $44.13 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$779.63** |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #   973-648-0090
Fax #     973-648-0004

Tax ID 03-0385240