# EXHIBIT 26

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 3/31/2004 | N1626 |

Bill To

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 3/30/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 7,058 | Bates Range( RMD-14-000001-007058) | 0.05 | 352.90T |

*O.K. to pay*
*Brian Moffitt*
*082913.*
*000009*

PAID
APPROVED
VENDOR NO. 05355
CHECK NO. 260H99
CHARGE 10501

| | |
|---|---|
| Sales Tax (6.0%) | $21.17 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$374.07** |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #    973-648-0090
Fax #      973-648-0004

**Tax ID 03-0385240**