# EXHIBIT 27

# Skyline Duplication

DMT, LLC
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 3/31/2004 | N1616 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

| Rep | Reference/Case # | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 3/29/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 5,802 | 8.5 x 11 Copy | 0.10 | 580.20T |

*O.K. to pay Brian Emmett*
*082913.000009*

PAID
APPROVED
VENDOR NO. 05359
CHECK NO. 260499
CHARGE 70501

| | | | |
|---|---|---|---|
| | | Sales Tax (6.0%) | $34.81 |
| Please Remit Payment to: | Phone # 973-648-0090 | Payments/Credits | $0.00 |
| Skyline Duplication | Fax # 973-648-0004 | **Balance Due** | **$615.01** |
| 550 Broad Street | | | |
| Basement Level | | | |
| Newark, NJ 07102 | | | |

Tax ID 03-0385240