# EXHIBIT 28

# DIRECT REIMBURSEMENT EXPENSE REPORT

NAME: Fatiah Varonne Crowley

Period From: 4/12/2004
To: 4/14/2004

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses Miles | Amount | Parking | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| 4/12/2004 | Travel to/from NY office via NJ Transit (roundtrip) | | $9.80 | $30.00 | | $17.10 | $9.00 | $56.10 | 082913.000009 |
| 4/12/2004 | Cab to NY office from Penn Station | | | | | | $9.00 | $9.00 | 082913.000009 |
| 4/12/2004 | Subway fare from Grand Central to Penn Station | | $2.00 | | | | | $2.00 | 082913.000009 |
| 4/13/2004 | Travel to/from NY office via NJ Transit (roundtrip) | | $9.80 | | | $10.00 | | $19.80 | 082913.000009 |
| 4/13/2004 | Cab to NY office from Penn Station | | | | | | $8.90 | $8.90 | 082913.000009 |
| 4/13/2004 | Car Service to NJ Transit station from home | | | | | | $18.00 | $18.00 | 082913.000009 |
| 4/13/2004 | Car Service home from NJ Transit Station in Maplewood | | | | | | $9.00 | $9.00 | 082913.000009 |
| 4/13/2004 | Subway fare from Grand Central to Penn Station | | $2.00 | | | | | $2.00 | 082913.000009 |
| 4/14/2004 | Travel to/from NY office via NJ Transit (roundtrip) | | $9.80 | | | $10.00 | | $19.80 | 082913.000009 |
| 4/14/2004 | Car Service to NJ Transit station from home | | | | | | $9.00 | $9.00 | 082913.000009 |
| 4/14/2004 | Car Service home from NJ Transit Station in Maplewood | | | | | | $8.00 | $8.00 | 082913.000009 |
| 4/14/2004 | Subway fare from Grand Central to Penn Station | | $2.00 | | | | | $2.00 | 082913.000009 |
| 4/14/2004 | Subway fare from Penn Station to Grand Central | | $2.00 | | | | | $2.00 | 082913.000009 |
| | | | | | | | TOTAL | $165.60 | |

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE. show details on Page

4/16/2004

PAID APR 3 0 2004

ENTERED IN COMPUTER BY