# EXHIBIT 29



# Premier Office Supply

326 North 14th Street • Kenilworth, New Jersey 07033
Phone (908) 276-6900 • Fax (908) 276-3740
www.premieroffice.com

| Date | Invoice |
|---|---|
| 04/13/04 | 436716-0 |

```
CUSTOMER #     10348 DEPT              CHARGE           SALESMAN    99
  BILLING ADDRESS                       INVOICE         WRITER    112   PAGE   1
PITNEY HARDIN LLP.                      ROUTE # N       PO #
                                                           SHIPPING ADDRESS
PO BOX 1945                                             PITNEY HARDIN LLP.
MORRISTOWN         NJ 07962 1945                        200 CAMPUS DRIVE
                                                        FLORHAM PARK        NJ 07932
```

| ITEM NUMBER | CO. | DESCRIPTION | UNIT | ORDER QTY | B/O QTY | SHIP QTY | UNIT PRICE | D T | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Who Called : FRANCIS |  |  |  |  |  |  |  |
| .3-85H | CNM | CALC,8 DGT,MINI DSKTP DSPLY | EA | 3 |  | 3 | 11.160 | N | 33.48 |

PAID..........
APPROVED..........
VENDOR NO. 12424
CHECK NO. 26022H
CHARGE 1050

Per B. Moffitt
Bill to:
82913.9

OUR CHOICE IS YOURS... THANKS FOR CHOOSING US!!!!

**Please Pay This Amount**

| | |
|---|---|
| SUB-TOTAL | 33.48 |
| TAX | 2.01 |
| TOTAL | 35.49 |