REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number  1158781 |
| One Town Center Road | Invoice Date    06/30/04 |
| Boca Raton, FL   33486 | Client Number   172573 |

===========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Expenses                                   1,684.14

                TOTAL BALANCE DUE UPON RECEIPT        $1,684.14
                                                                   =============

```
                      REED SMITH LLP
                      PO Box 360074M
                 Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630


  W.R Grace & Co.                         Invoice Number      1158781
  One Town Center Road                    Invoice Date        06/30/04
  Boca Raton, FL   33486                  Client Number        172573
                                          Matter Number         60026


==========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                          6.05
    Documentation Charge                       3.43
    Duplicating/Printing                     188.10
    Other Databases                           20.65
    Lexis                                     15.90
    Postage Expense                            3.87
    Courier Service - Outside                 35.20
    Outside Duplicating                    1,410.94

              CURRENT EXPENSES                              1,684.14
                                                          --------------

              TOTAL BALANCE DUE UPON RECEIPT              $1,684.14
                                                          ==============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number   1158781<br>Invoice Date     06/30/04<br>Client Number     172573<br>Matter Number      60026 |

================================================================================

Re: (60026)   Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 04/27/04 | 561-362-1533/BOCA RATON, FL/2 | .10 |
| 04/30/04 | 561-362-1533/BOCA RATON, FL/25 | 1.25 |
| 04/30/04 | 614-464-5460/COLUMBUS, OH/14 | .70 |
| 04/30/04 | Other Databases | 20.65 |
| 05/03/04 | 617-426-0135/BOSTON, MA/5 | .20 |
| 05/03/04 | ATTY # 0718: 6 COPIES | .90 |
| 05/04/04 | 617-426-5900/BOSTON, MA/10 | .45 |
| 05/04/04 | 614-464-5460/COLUMBUS, OH/3 | .15 |
| 05/04/04 | ATTY # 0559; 94 COPIES | 14.10 |
| 05/04/04 | ATTY # 0559; 94 COPIES | 14.10 |
| 05/04/04 | ATTY # 0559; 73 COPIES | 10.95 |
| 05/04/04 | ATTY # 0559; 73 COPIES | 10.95 |
| 05/04/04 | ATTY # 0885: 2 COPIES | .30 |
| 05/04/04 | ATTY # 0885: 2 COPIES | .30 |
| 05/04/04 | ATTY # 0559: 6 COPIES | .90 |
| 05/04/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 05/04/04 | ATTY # 0559: 2 COPIES | .30 |
| 05/04/04 | ATTY # 0559: 2 COPIES | .30 |

| | | |
|---|---|---:|
| 172573 W. R. Grace & Co. | | Invoice Number   1158781 |
| 60026  Litigation and Litigation Consulting | | Page     2 |
| June 30, 2004 | | |

| | | |
|---|---|---:|
| 05/04/04 | ATTY # 0559: 6 COPIES | .90 |
| 05/04/04 | ATTY # 0559: 9 COPIES | 1.35 |
| 05/04/04 | ATTY # 0559: 4 COPIES | .60 |
| 05/04/04 | ATTY # 0559: 4 COPIES | .60 |
| 05/04/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 05/04/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 05/04/04 | ATTY # 0559: 1 COPIES | .15 |
| 05/04/04 | ATTY # 0559: 1 COPIES | .15 |
| 05/04/04 | ATTY # 0559: 2 COPIES | .30 |
| 05/05/04 | 614-464-5460/COLUMBUS, OH/7 | .35 |
| 05/05/04 | 561-362-1533/BOCA RATON, FL/15 | .70 |
| 05/05/04 | 617-426-0135/BOSTON, MA/2 | .10 |
| 05/05/04 | 561-362-1533/BOCA RATON, FL/2 | .10 |
| 05/05/04 | ATTY # 0885; 10 COPIES | 1.50 |
| 05/05/04 | ATTY # 0885; 10 COPIES | 1.50 |
| 05/05/04 | ATTY # 0885; 10 COPIES | 1.50 |
| 05/05/04 | ATTY # 0885; 10 COPIES | 1.50 |
| 05/05/04 | ATTY # 0718; 5 COPIES | .75 |
| 05/05/04 | ATTY # 0718; 5 COPIES | .75 |
| 05/05/04 | ATTY # 0885: 3 COPIES | .45 |
| 05/05/04 | ATTY # 0885: 3 COPIES | .45 |
| 05/05/04 | ATTY # 0718: 12 COPIES | 1.80 |
| 05/05/04 | ATTY # 0885: 2 COPIES | .30 |
| 05/05/04 | ATTY # 0885: 2 COPIES | .30 |
| 05/05/04 | ATTY # 0885: 3 COPIES | .45 |
| 05/05/04 | ATTY # 0885: 2 COPIES | .30 |

```
172573  W. R. Grace & Co.                         Invoice Number   1158781
60026   Litigation and Litigation Consulting      Page    3
        June 30, 2004
```

| Date | Description | Amount |
|---|---|---:|
| 05/05/04 | ATTY # 0885: 2 COPIES | .30 |
| 05/05/04 | ATTY # 0885: 1 COPIES | .15 |
| 05/05/04 | ATTY # 0559: 6 COPIES | .90 |
| 05/06/04 | ATTY # 0718; 21 COPIES | 3.15 |
| 05/06/04 | ATTY # 0718; 21 COPIES | 3.15 |
| 05/06/04 | ATTY # 0718: 2 COPIES | .30 |
| 05/06/04 | ATTY # 0718: 1 COPIES | .15 |
| 05/06/04 | ATTY # 0718: 6 COPIES | .90 |
| 05/06/04 | ATTY # 0887: 21 COPIES | 3.15 |
| 05/06/04 | ATTY # 0718: 4 COPIES | .60 |
| 05/06/04 | ATTY # 0718: 25 COPIES | 3.75 |
| 05/06/04 | ATTY # 0718: 8 COPIES | 1.20 |
| 05/06/04 | ATTY # 0718: 4 COPIES | .60 |
| 05/06/04 | ATTY # 0718: 4 COPIES | .60 |
| 05/06/04 | ATTY # 0559: 6 COPIES | .90 |
| 05/06/04 | ATTY # 0559: 6 COPIES | .90 |
| 05/06/04 | ATTY # 0559: 1 COPIES | .15 |
| 05/06/04 | Postage Expense | 3.87 |
| 05/07/04 | ATTY # 0559; 48 COPIES | 7.20 |
| 05/07/04 | ATTY # 0559; 48 COPIES | 7.20 |
| 05/10/04 | ATTY # 0559; 5 COPIES | .75 |
| 05/10/04 | ATTY # 0559; 5 COPIES | .75 |
| 05/13/04 | 302-652-5340/WILMINGTON, DE/2 | .10 |
| 05/13/04 | ATTY # 0349: 1 COPIES | .15 |
| 05/13/04 | ATTY # 0887: 21 COPIES | 3.15 |
| 05/13/04 | ATTY # 0885: 2 COPIES | .30 |

172573 W. R. Grace & Co.                                        Invoice Number   1158781
60026  Litigation and Litigation Consulting                     Page    4
       June 30, 2004

| Date | Description | Amount |
|---|---|---|
| 05/13/04 | ATTY # 0559: 4 COPIES | .60 |
| 05/13/04 | ATTY # 0559: 1 COPIES | .15 |
| 05/13/04 | ATTY # 0559: 1 COPIES | .15 |
| 05/13/04 | ATTY # 0559: 1 COPIES | .15 |
| 05/13/04 | ATTY # 0559: 13 COPIES | 1.95 |
| 05/13/04 | ATTY # 0559: 2 COPIES | .30 |
| 05/13/04 | ATTY # 0559: 2 COPIES | .30 |
| 05/14/04 | ATTY # 0718; 246 COPIES | 36.90 |
| 05/14/04 | ATTY # 0718: 12 COPIES | 1.80 |
| 05/14/04 | ATTY # 0718: 4 COPIES | .60 |
| 05/14/04 | ATTY # 0718: 4 COPIES | .60 |
| 05/17/04 | ATTY # 0349; 6 COPIES | .90 |
| 05/17/04 | ATTY # 0559; 2 COPIES | .30 |
| 05/17/04 | ATTY # 0349: 1 COPIES | .15 |
| 05/17/04 | ATTY # 0349: 1 COPIES | .15 |
| 05/17/04 | ATTY # 0885: 2 COPIES | .30 |
| 05/17/04 | ATTY # 0885: 2 COPIES | .30 |
| 05/18/04 | Outside Duplicating - - VENDOR:IKON OFFICE SOLUTIONS, INC. COPYING | 61.30 |
| 05/18/04 | Outside Duplicating - - VENDOR:IKON OFFICE SOLUTIONS, INC. COPYING | 65.80 |
| 05/18/04 | ATTY # 0349; 6 COPIES | .90 |
| 05/18/04 | 561-362-1533/BOCA RATON, FL/16 | .75 |
| 05/18/04 | ATTY # 0885: 3 COPIES | .45 |
| 05/18/04 | ATTY # 0885: 3 COPIES | .45 |
| 05/18/04 | ATTY # 0349: 1 COPIES | .15 |
| 05/18/04 | ATTY # 0349: 3 COPIES | .45 |

| | | | |
|---|---|---|---|
| 172573 W. R. Grace & Co. | | Invoice Number | 1158781 |
| 60026 Litigation and Litigation Consulting | | Page 5 | |
| June 30, 2004 | | | |

| Date | Description | Amount |
|---|---|---|
| 05/18/04 | ATTY # 0349: 2 COPIES | .30 |
| 05/18/04 | ATTY # 0885: 1 COPIES | .15 |
| 05/18/04 | ATTY # 0885: 1 COPIES | .15 |
| 05/18/04 | ATTY # 0885: 2 COPIES | .30 |
| 05/19/04 | Outside Duplicating - - VENDOR:IKON OFFICE SOLUTIONS, INC. COPYING--copies for hard-copy service of quarterly fee application on service list parties. | 1023.09 |
| 05/19/04 | 843-216-6509/MTPLEASANT, SC/4 | .20 |
| 05/19/04 | 561-362-1533/BOCA RATON, FL/4 | .20 |
| 05/19/04 | ATTY # 0885; 11 COPIES | 1.65 |
| 05/19/04 | ATTY # 0349: 1 COPIES | .15 |
| 05/19/04 | ATTY # 0349: 1 COPIES | .15 |
| 05/19/04 | ATTY # 0885: 1 COPIES | .15 |
| 05/19/04 | ATTY # 0885: 2 COPIES | .30 |
| 05/19/04 | ATTY # 0885: 2 COPIES | .30 |
| 05/19/04 | ATTY # 0885: 3 COPIES | .45 |
| 05/21/04 | Lexis--Electronic case retrieval | 9.48 |
| 05/23/04 | Lexis--Electronic case retrieval | 6.42 |
| 05/24/04 | ATTY # 0349; 39 COPIES | 5.85 |
| 05/24/04 | ATTY # 0349; 44 COPIES | 6.60 |
| 05/24/04 | ATTY # 0559: 1 COPIES | .15 |
| 05/24/04 | ATTY # 0349: 2 COPIES | .30 |
| 05/24/04 | ATTY # 0349: 6 COPIES | .90 |
| 05/24/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Janet Baer, Kirkland & Ellis (CHICAGO IL 60601). | 12.52 |
| 05/25/04 | 828-898-8565/BANNER ELK, NC/14 | .70 |

| | | |
|---|---|---|
| 172573 W. R. Grace & Co. | Invoice Number | 1158781 |
| 60026   Litigation and Litigation Consulting | Page   6 | |
| June 30, 2004 | | |

| | | |
|---|---|---|
| 05/25/04 | ATTY # 0559: 2 COPIES | .30 |
| 05/25/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Janet Baer, Kirkland & Ellis (CHICAGO IL 60601). | 12.52 |
| 05/25/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Janet Baer, Kirkland & Ellis (CHICAGO IL 60601). | 10.16 |
| 05/26/04 | ATTY # 0559; 2 COPIES | .30 |
| 05/26/04 | ATTY # 0559; 2 COPIES | .30 |
| 05/26/04 | ATTY # 4229: 12 COPIES | 1.80 |
| 05/27/04 | Documentation Charge - - Electronic docket retrieval service charge for April 2004. | 3.43 |
| 05/27/04 | ATTY # 4229: 10 COPIES | 1.50 |
| 05/28/04 | Outside Duplicating - - VENDOR:IKON OFFICE SOLUTIONS, INC. - COPYING | 260.75 |
| 05/28/04 | ATTY # 0559: 6 COPIES | .90 |
| 05/28/04 | ATTY # 0559: 6 COPIES | .90 |
| 05/28/04 | ATTY # 0559: 12 COPIES | 1.80 |
| | CURRENT EXPENSES | 1,684.14 |
| | TOTAL BALANCE DUE UPON RECEIPT | $1,684.14 |

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number       1158782
5400 Broken Sound Blvd., N.W.            Invoice Date         06/30/04
Boca Raton, FL 33487                     Client Number         172573
```

===========================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

      Expenses                              702.36

                TOTAL BALANCE DUE UPON RECEIPT        $702.36
                                                                       =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1158782
5400 Broken Sound Blvd., N.W.            Invoice Date        06/30/04
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028
```

================================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Duplicating/Printing | 4.05 |
| Other Databases | 27.02 |
| Postage Expense | 2.59 |
| Air Travel Expense | 668.70 |

     CURRENT EXPENSES         702.36
                         --------------

     TOTAL BALANCE DUE UPON RECEIPT    $702.36
                         ==============

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

W. R. Grace                                Invoice Number      1158782
5400 Broken Sound Blvd., N.W.              Invoice Date        06/30/04
Boca Raton, FL 33487                       Client Number        172573
                                           Matter Number         60028

===============================================================================

Re: (60028)   ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/09/04 | FLATLEY/LAWRENCE--Airfare for 2/17/04 roundtrip travel from Pittsburgh to Philadelphia for meeting with Grace in-house counsel. | 668.70 |
| 04/30/04 | Documentation charge--Electronic docket retrieval service charge | 27.02 |
| 05/05/04 | Postage Expense | 1.11 |
| 05/05/04 | Postage Expense | 1.11 |
| 05/18/04 | ATTY # 0885: 1 COPIES | .15 |
| 05/18/04 | ATTY # 0885: 1 COPIES | .15 |
| 05/18/04 | ATTY # 0885: 1 COPIES | .15 |
| 05/18/04 | ATTY # 0885: 1 COPIES | .15 |
| 05/18/04 | ATTY # 0885: 1 COPIES | .15 |
| 05/18/04 | ATTY # 0885: 1 COPIES | .15 |
| 05/19/04 | Postage Expense | .37 |
| 05/19/04 | ATTY # 0349; 4 COPIES | .60 |
| 05/19/04 | ATTY # 0349; 10 COPIES | 1.50 |
| 05/19/04 | ATTY # 0349: 2 COPIES | .30 |
| 05/25/04 | ATTY # 0559: 5 COPIES | .75 |

CURRENT EXPENSES                                                       702.36

```
172573  W. R. Grace & Co.                          Invoice Number   1158782
60028   ZAI Science Trial                          Page     2
        June 30, 2004
                                                                ------------
                            TOTAL BALANCE DUE UPON RECEIPT            $702.36
                                                                ============
```