# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 28, 2004 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF APRIL 1, 2004 THROUGH
APRIL 30, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00000 - General**

| Name | Position | Hourly Rate | April | Total  Comp |
|------|----------|-------------|-------|-------------|
| Harris, Colin | Partner | $     350.00 | 2.80 | $      980.00 |
| | | | | |
| **Total** | | | **2.80** | **980.00** |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

## Regarding: GENERAL

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 04/13/04 | CGH | Per R. Emmett's request, review pleadings file for status of settlements of oil companies in 2002 (.50); review Samson complaint and related documents re plaintiff's suit against Samson post-bankruptcy and Samson's acquiring Grace's liabilities by stock/merger (.50); review settlement agreements for references to Grace (.30); review summary of case in bankruptcy spreadsheet and draft e-mail to R. Emmett (.20). | 1.50 | $ | 525.00 |
| 04/16/04 | CGH | Review bankruptcy filing in NY Hillside case (1.00); prepare for and participate in conference call with KWLund re same (.30). | 1.30 | | 455.00 |

| | | **Total Fees Through April 30, 2004:** | **2.80** | **$** | **980.00** |
|---|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| CGH | Colin G. Harris | Partner | $ 350.00 | 2.80 | $ | 980.00 |
| | | **Total Fees:** | | **2.80** | **$** | **980.00** |

### Accounts Receivable Detail

| Invoice | Date | | Description | Amount |
|---------|------|---|-------------|--------|
| 612649 | 10/30/02 | Bill | | 111,074.09 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | April | Total  Comp |
|------|----------|-------------|-------|-------------|
| Coggon, Katheryn | Special Counsel | $      280.00 | 1.3 | $        364.00 |
|  |  |  |  |  |
| **Total** |  |  | **1.30** | **364.00** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $         - |
| Photocopies | $       5.25 |
| Facsimiles | $         - |
| Long Distance Telephone | $       2.40 |
| Outside Courier | $         - |
| Lexis | $         - |
| Travel Expense | $         - |
| Outside Reporduction | $         - |
| Federal Express | $         - |
| Research Service | $         - |
| Velo Binding | $         - |
| Other Expense | $     196.80 |
| Color Copies | $         - |
| **Total** | **$     204.45** |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 667181 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 04/16/04 | KJC | Telephone conference with M. Murphy re Lason document scanning and missing big floppies (0.50). | 0.50 | $ | 140.00 |
| 04/21/04 | KJC | Review and respond to email from M. Murphy re computer disks in old production documents (0.30). | 0.30 | | 84.00 |
| 04/27/04 | KJC | Telephone conference with A. Stringer re search for computer disks (.50). | 0.50 | | 140.00 |
| | | **Total Fees Through April 30, 2004:** | **1.30** | **$** | **364.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 1.30 | $ | 364.00 |
| | | **Total Fees:** | | **1.30** | **$** | **364.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/31/04 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: L606078; DATE: 3/31/2004 - Document Storage - April 2004 | $ | 196.80 |
| 04/06/04 | 35 | Photocopy | | 5.25 |
| 04/08/04 | | Long Distance Telephone: 6174265900, 2 Mins., TranTime:11:2 | | 0.20 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/14/04 | | Long Distance Telephone: 6174265900, 8 Mins., TranTime:9:27 | 0.80 |
| 04/23/04 | | Long Distance Telephone: 4062933964, 2 Mins., TranTime:16:13 | 0.10 |
| 04/27/04 | | Long Distance Telephone: 4062933964, 13 Mins., TranTime:10:59 | 1.30 |

**Total Disbursements:** $ **204.45**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 5.25 |
| Long Distance Telephone | | 2.40 |
| Other Expense | | 196.80 |
| **Total Disbursements:** | $ | **204.45** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | *Outstanding Balance on Invoice 612649:* | | $    *1,095.20* |
| | | | |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 04/11/03 | Cash Receipt | -259,371.06 |
| | 04/14/03 | Cash Receipt Cancellation | 259,371.06 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | April | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $   300.00 | 0.8 | $   240.00 |
|  |  |  |  |  |
| **Total** |  |  | **0.80** | **$   240.00** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $         - |
| Facsimiles | $         - |
| Long Distance Telephone | $         - |
| Federal Express | $         - |
| Tab Stock | $         - |
| Lexis | $         - |
| Consulting Fee | $         - |
| Postage | $         - |
| Research Services | $      6.09 |
| Professional Services | $         - |
| **Total** | **$      6.09** |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 04/12/04 | EKF | Review and revise March invoices (prebills) (.80). | 0.80 | $ | 240.00 |
| | | **Total Fees Through April 30, 2004:** | **0.80** | **$** | **240.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 0.80 | $ | 240.00 |
| | | | **Total Fees:** | **0.80** | **$** | **240.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/23/04 | | Library: VENDOR: Wells Fargo Remittance Center; INVOICE#: 04082004; DATE: 4/23/2004  -  Master Card Charges to Pacer Service Center for Delaware Bankruptcy Court on 11/05/03 | $ | 4.41 |
| 04/23/04 | | Library: VENDOR: Wells Fargo Remittance Center; INVOICE#: 04082004; DATE: 4/23/2004  -  Master Card Charges to Pacer Service Center for Delaware Bankruptcy Court on 12/30/03 | | 1.68 |
| | | **Total Disbursements:** | **$** | **6.09** |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

Page    26
Invoice No.:  667181
Client No.:  04339
Matter No.:  00390

### Disbursement Summary

| | | |
|---|---|---|
| Library | $ | 6.09 |
| **Total Disbursements:** | **$** | **6.09** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 612649 | 10/30/02 | Bill | | 6,832.32 |
| | 12/16/02 | Cash Receipt | | -5,498.82 |
| | 12/23/02 | Cash Receipt | | -132.27 |
| | 04/14/03 | Cash Receipt Cancellation | | 132.27 |
| | *Outstanding Balance on Invoice 612649:* | | *$* | *1,333.50* |
| 621058 | 01/31/03 | Bill | | 3,749.68 |
| | 04/11/03 | Cash Receipt | | -3,425.88 |
| | 04/14/03 | Cash Receipt | | -3,425.88 |
| | 04/14/03 | Cash Receipt Cancellation | | 3,425.88 |
| | 09/05/03 | Cash Receipt | | -316.51 |
| | *Outstanding Balance on Invoice 621058:* | | *$* | *7.29* |
| 628890 | 04/16/03 | Bill | | 3,900.58 |
| | 06/16/03 | Cash Receipt | | -3,198.68 |
| | 10/02/03 | Cash Receipt | | -698.90 |
| | *Outstanding Balance on Invoice 628890:* | | *$* | *3.00* |
| 639049 | 07/31/03 | Bill | | 3,095.49 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | April | Total Comp |
|------|----------|-------------|-------|------------|
| Brown, Linnea | Partner | $ 400.00 | 0.8 | $ 320.00 |
| Coggon, Katheryn | Special Counsel | $ 280.00 | 50.2 | $ 14,056.00 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 3.1 | $ 868.00 |
| Sherman, Joan | Paralegal | $ 150.00 | 7.2 | $ 1,080.00 |
| Carroll, Ann | Paralegal | $ 140.00 | 2 | $ 280.00 |
| Tognetti, Natalie | Paralegal | $ 125.00 | 61.2 | $ 7,650.00 |
| Floyd, Mary Beth | Information Specialist | $ 125.00 | 1 | $ 125.00 |
| | | | | |
| **Total** | | | **125.50** | **$ 24,379.00** |

Expenses

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $          - |
| Photocopies | $       1.65 |
| Facsimile | $          - |
| Long Distance Telephone | $      11.80 |
| Federal Express | $          - |
| Outside Courier | $      26.10 |
| Lexis | $          - |
| Travel Expense | $          - |
| Meal Expenses | $          - |
| Other Expenses | $          - |
| Color Photocopy | $       2.60 |
| Velo Binding | $          - |
| **Total** | **$      42.15** |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/01/04 | KJC | Review and respond to email re brief (0.30). | 0.30 | $    84.00 |
| 04/01/04 | NKT | Research re documents cited in brief (2.00): update W.R. Grace Appeal database with results of same (.80); telephone conference with J. O'Quinn re follow-up items for finalization of brief (.20); review revised draft of brief along with information in W.R. Grace Appeal database (3.40); review EPA memorandum re residential cleanup (.50). | 6.90 | 862.50 |
| 04/02/04 | NKT | Research databases and filed briefs re documents cited in draft brief (4.70); update W.R. Grace Appeal database with results of same (.80); draft email to J. O'Quinn re status of research re Excerpts of Record (.60); begin research re previously filed deposition testimony (.30). | 6.40 | 800.00 |
| 04/05/04 | NKT | Research re deposition testimony cited in draft brief (5.50); draft email to J. O'Quinn re results and follow-up (.50). | 6.00 | 750.00 |
| 04/06/04 | NKT | Research re deposition testimony cited in draft brief (1.80); review and compile new documents received from J. O'Quinn for imaging into system (.40); work with CCotts re new database organization for appeal database (.50); review docket sheet and begin updating database with relevant information (.60). | 3.30 | 412.50 |
| 04/07/04 | NKT | Work with CCotts to revise design of W.R. Grace Appeal database (1.00). | 1.00 | 125.00 |
| 04/08/04 | KJC | Conferences with NKTognetti re appeal database (.20); address issues re brief (.80); review and sign amicus letter (.20). | 1.20 | 336.00 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 667181 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/08/04 | NKT | Conference with KJCoggon re status of W.R. Grace appeal database and other action items (.20); review case docket sheet and input relevant information into appeal database (2.00); follow-up research of databases re documents cited in draft brief (.80); email correspondence with J. O'Quinn re Excerpts of Record (.20). | 3.20 | 400.00 |
| 04/09/04 | KJC | Telephone conferences with C. Landau, J. O'Quinn, and N. Timmers re appeal issues (1.40). | 1.40 | 392.00 |
| 04/12/04 | KJC | Address questions re citations in brief (2.30); telephone conference with J. Freeman and J. Stahr re transcript and email team re same (0.50). | 2.80 | 784.00 |
| 04/12/04 | NKT | Conferences with KJCoggon and WBrown re final tasks for preparation of excerpts of records of brief. | 0.40 | 50.00 |
| 04/13/04 | KJC | Review brief and address cite checking issues. | 4.30 | 1,204.00 |
| 04/13/04 | NKT | Review revised draft brief for documents cited (2.80); draft email to KJCoggon and Kirkland & Ellis team re results of research (.50). | 3.30 | 412.50 |
| 04/14/04 | KJC | Review brief and address cite checking issues (6.40). | 6.40 | 1,792.00 |
| 04/14/04 | AEC | Cite check draft brief. | 2.00 | 280.00 |
| 04/14/04 | JLS | Review and cite check revised draft brief (4.00). | 4.00 | 600.00 |
| 04/14/04 | NKT | Prepare Excerpts of Record cited in brief (5.50); cite check draft brief and correspondence with KJCoggon re same (2.80). | 8.30 | 1,037.50 |
| 04/14/04 | MBF | Cite check draft brief. | 1.00 | 125.00 |
| 04/15/04 | KJC | Review brief and address cite checking issues (2.50). | 2.50 | 700.00 |
| 04/15/04 | JLS | Prepare Excerpts of Record cited in brief (2.90); conferences with KJCoggon and NKTognetti re same (.30). | 3.20 | 480.00 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

Page          34
Invoice No.:   667181
Client  No.:   04339
Matter  No.:   00420

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/15/04 | NKT | Prepare Excerpts of Record cited in brief (5.50); conferences with KJCoggon and JLSherman re same (.30); work with Litigation Support re design of database and electronic documents (1.00); prepare index of Excerpts of Record and hard copies for transmittal to J. O'Quinn (.80). | 7.60 | 950.00 |
| 04/16/04 | KJC | Review index for Excerpts of Record (0.40); address questions re brief (0.70). | 1.10 | 308.00 |
| 04/16/04 | NKT | Finalize Excerpts of Record index for review by KJCoggon and Kirkland & Ellis team. | 2.30 | 287.50 |
| 04/19/04 | KJC | Address questions and comments re brief (2.50). | 2.50 | 700.00 |
| 04/20/04 | LB | Review draft appellate brief and provide comments re same to KJCoggon. | 0.80 | 320.00 |
| 04/20/04 | KJC | Assist with brief and Excerpts of Record (1.30); review final draft of brief and telephone conferences with C. Landau and J. O'Quinn re comments on same (4.40). | 5.70 | 1,596.00 |
| 04/21/04 | KJC | Assist re finalizing brief and Excerpts of Record (2.40); review draft brief (1.20). | 3.60 | 1,008.00 |
| 04/21/04 | NKT | Research re supplemental citations for draft brief (4.00); correspondence with KJCoggon and J. O'Quinn re same (.60); conferences with practice support team to computerize new Excerpts of Record (.50). | 5.10 | 637.50 |
| 04/22/04 | KJC | Address issues re final edits to brief and Excerpts of Record including telephone conferences and email exchange with C. Landau and J. O'Quinn (3.50); email exchange with amicus counsel (0.40). | 3.90 | 1,092.00 |
| 04/22/04 | NKT | Prepare new Excerpts of Record and correspondence with KJCoggon and J. O'Quinn re same (2.40). . | 2.40 | 300.00 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 35 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/23/04 | KJC | Telephone conferences with C. Landau and J. O'Quinn re final edits to brief and follow up re same (1.90); review comments on brief (1.30); review brief (1.00). | 4.20 | 1,176.00 |
| 04/23/04 | NKT | Research re W.R. Grace brief including conferences with KJCoggon and J. O'Quinn re same (2.20); prepare final versions of Excerpts of Record including conferences with practice support team re same (2.50). | 4.70 | 587.50 |
| 04/26/04 | KJC | Address outstanding issues re brief (.30); follow-up re receipt of brief (.20); forward draft amicus brief for review (.40). | 0.90 | 252.00 |
| 04/27/04 | KJC | Review amicus draft brief (1.00); telephone conference with team re same (.30). | 1.30 | 364.00 |
| 04/27/04 | EES | Review draft Montrose Chemical Amicus Brief (1.50); draft comments re same (1.10). | 2.60 | 728.00 |
| 04/28/04 | KJC | Review amicus brief (4.90); telephone conferences with team re suggested revisions to same (.50). | 5.40 | 1,512.00 |
| 04/28/04 | EES | Telephone conference with KJCoggon re comments and revisions to Montrose Chemical Amicus Brief. | 0.50 | 140.00 |
| 04/29/04 | KJC | Review suggested revisions to amicus brief. | 2.30 | 644.00 |
| 04/30/04 | KJC | Telephone conference with N. Timmers re amicus brief (.10); research re same (.30). | 0.40 | 112.00 |
| 04/30/04 | NKT | Telephone conference with N. Timmers re amicus brief (.20); conference with KJCoggon re same (.10). | 0.30 | 37.50 |

**Total Fees Through April 30, 2004:**    **125.50**   **$   24,379.00**

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 667181 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| LB | Linnea Brown | Partner | $ 400.00 | 0.80 | $ | 320.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 50.20 | | 14,056.00 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 3.10 | | 868.00 |
| JLS | Joan L. Sherman | Paralegal | 150.00 | 7.20 | | 1,080.00 |
| AEC | Ann E. Carroll | Paralegal | 140.00 | 2.00 | | 280.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 61.20 | | 7,650.00 |
| MBF | Mary Beth Floyd | Information Specialist | 125.00 | 1.00 | | 125.00 |
| | | **Total Fees:** | | **125.50** | **$** | **24,379.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/08/04 | | Long Distance Telephone: 6174983826, 1 Mins., TranTime:11:4 | $ | 0.10 |
| 04/08/04 | | Long Distance Telephone: 2028795213, 2 Mins., TranTime:11:6 | | 0.20 |
| 04/08/04 | 1 | Photocopy | | 0.15 |
| 04/09/04 | | Long Distance Telephone: 2028795213, 1 Mins., TranTime:10:9 | | 0.10 |
| 04/09/04 | | Long Distance Telephone: 2028795087, 7 Mins., TranTime:10:10 | | 0.70 |
| 04/09/04 | | Long Distance Telephone: 6192382813, 3 Mins., TranTime:10:17 | | 0.30 |
| 04/09/04 | | Long Distance Telephone: 6192382813, 7 Mins., TranTime:11:16 | | 0.70 |
| 04/09/04 | | Long Distance Telephone: 2028795087, 2 Mins., TranTime:13:18 | | 0.10 |
| 04/09/04 | | Long Distance Telephone: 2028795087, 8 Mins., TranTime:15:1 | | 0.70 |
| 04/09/04 | | Long Distance Telephone: 4105314203, 1 Mins., TranTime:15:20 | | 0.10 |
| 04/12/04 | 6 | Photocopy | | 0.90 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/13/04 | | Long Distance Telephone: 4105314170, 2 Mins., TranTime:12:19 | 0.10 |
| 04/13/04 | | Long Distance Telephone: 4105314751, 1 Mins., TranTime:12:20 | 0.10 |
| 04/13/04 | | Long Distance Telephone: 2028795087, 16 Mins., TranTime:15:22 | 1.60 |
| 04/13/04 | 2 | Photocopy | 0.30 |
| 04/14/04 | | Long Distance Telephone: 4105314170, 14 Mins., TranTime:9:11 | 1.40 |
| 04/15/04 | | Long Distance Telephone: 6192382813, 2 Mins., TranTime:10:12 | 0.20 |
| 04/15/04 | | Long Distance Telephone: 4105314203, 1 Mins., TranTime:15:52 | 0.10 |
| 04/15/04 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7220040; DATE: 4/15/2004  -  Courier, Acct. HO7068. 04-14; From Iron Mountain to HRO | 26.10 |
| 04/17/04 | 4 | Color Photocopy | 2.60 |
| 04/21/04 | | Long Distance Telephone: 6174983826, 3 Mins., TranTime:14:31 | 0.20 |
| 04/21/04 | 2 | Photocopy | 0.30 |
| 04/22/04 | | Long Distance Telephone: 2028795213, 1 Mins., TranTime:15:17 | 0.10 |
| 04/22/04 | | Long Distance Telephone: 2028795087, 17 Mins., TranTime:15:18 | 1.70 |
| 04/23/04 | | Long Distance Telephone: 2028795213, 3 Mins., TranTime:12:24 | 0.20 |
| 04/23/04 | | Long Distance Telephone: 4105314203, 1 Mins., TranTime:13:4 | 0.10 |
| 04/23/04 | | Long Distance Telephone: 4102998425, 1 Mins., TranTime:13:6 | 0.10 |
| 04/23/04 | | Long Distance Telephone: 2028795087, 6 Mins., TranTime:13:11 | 0.60 |
| 04/23/04 | | Long Distance Telephone: 4105314170, 6 Mins., TranTime:13:47 | 0.50 |
| 04/23/04 | | Long Distance Telephone: 2028795087, 3 Mins., TranTime:15:0 | 0.30 |
| 04/23/04 | | Long Distance Telephone: 2028795213, 3 Mins., TranTime:15:9 | 0.30 |
| 04/28/04 | | Long Distance Telephone: 6192361234, 2 Mins., TranTime:17:52 | 0.20 |
| 04/28/04 | | Long Distance Telephone: 6192382813, 4 Mins., TranTime:17:55 | 0.40 |
| 04/30/04 | | Long Distance Telephone: 6192382813, 2 Mins., TranTime:12:33 | 0.20 |
| 04/30/04 | | Long Distance Telephone: 6192382813, 5 Mins., TranTime:13:41 | 0.40 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 667181 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| | | **Total Disbursements:** | **$ 42.15** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 1.65 |
| Long Distance Telephone | | 11.80 |
| Outside Courier | | 26.10 |
| Color Photocopy | | 2.60 |
| **Total Disbursements:** | **$** | **42.15** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 641124 | 08/18/03 | Bill | 21,356.50 |
| | 05/04/04 | Cash Receipt | -4,271.30 |
| | *Outstanding Balance on Invoice 641124:* | | *$ 0.00* |
| 644977 | 09/25/03 | Bill | 28,438.91 |
| | 05/04/04 | Cash Receipt | -5,508.80 |
| | *Outstanding Balance on Invoice 644977:* | | *$ 0.00* |
| 646528 | 10/15/03 | Bill | 39,193.49 |
| | 04/14/04 | Cash Receipt | -31,476.09 |
| | 05/04/04 | Cash Receipt | -7,411.42 |