# EXHIBIT "A"

## SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH AND INCLUDING MARCH 31, 2004

**I.  BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant provided advice and counsel regarding business operations issues, and reviewed monthly operating reports of the Debtor.

**II.  CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant maintained the case calendar and the critical dates list, reviewed the agenda for various court hearings, filed with the court certain documents and pleadings and monitored the docket. Further, Applicant responded to inquiries from interested parties as to the status of various matters.

**III.  CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (TASK CODE NO. 005)**

Applicant provided advice and counsel regarding issues involving claims.

**IV.  COMMITTEE - ALL - CREDITORS', NOTEHOLDERS', EQUITY HOLDERS' (TASK CODE NO. 007)**

Applicant reviewed and monitored filings related to the recusal of Judge Wolin and various submissions to the Third Circuit Court.

**V.  EMPLOYEE BENEFITS/PENSIONS (TASK CODE 008)**

Applicant reviewed Debtor's Motion for an Order Authorzing the Debtor to enter into a Long Term Incentive Program for Key Employees.

**VI.  EMPLOYMENT APPLICATIONS, APPLICANT (TASK CODE 009)**

Applicant prepared Certifications of No Objection for Applicant's October, November and December 2003 fee applications.

**VII.  EMPLOYMENT APPLICATIONS (OTHERS) (TASK CODE NO. 010)**

Applicant drafted and filed the retention application of Capstone Recovery.

**VIII.  FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and coordinated the service and filing of its fees applications in the case. Applicant also responded to inquiries of the Fee Auditor and the Court regarding these fee applications.

**IX.  FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals, including Stroock & Stroock & Lavan and FTI Policano & Manzo.

**X.  HEARINGS (TASK CODE NO. 015)**

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

## XI. LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 016)

From its appointment, Applicant has provided critical services to the Committee with regards to litigation, and helped to coordinate the actions of several of the other professionals retained by the Committee in order to achieve a unified and organized response to all outstanding litigation.

## XII. PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)

Applicant reviewed motion to extend exclusivity.

## XIII. RELIEF FROM STAY PROCEEDINGS (TASK CODE NO. 018)

Applicant reviewed and monitored various motions seeking relief from automatic stay.

## XIV. ZAI SCIENCE TRIAL (TASK CODE NO. 023)

Applicant reviewed pleadings related to the ZAI Science matter.

## XV. OTHER (TASK CODE NO. 025)

Applicant reviewed and discussed matters relating to the opposition to section 1121 (D) motion.

## XVI. BUSINESS ANALYSIS (TASK CODE NO. 027)

Applicant reviewed the January monthly operating reports.

WLM\198036.1