## **CERTIFICATE OF SERVICE**

     I, Theodore J. Tacconelli, Esquire, hereby certify that on this 6th day of July, 2004, one copy of the foregoing Limited Objection of The Official Committee of Asbestos Property Damage Claimants to the Application of David T. Astern, Future Claimants' Representative to Employ Swindler Berlin Shereff Friedman, LLP as Bankruptcy Counsel to the Future Claimants' Representative was served on the following parties in the indicated manner:

     SEE ATTACHED SERVICE LIST

     Upon penalty of perjury I declare that the foregoing is true and correct.

                                                    /s/Theodore J. Tacconelli
                                                  Theodore J. Tacconelli (No. 2678)