**EXHIBIT "B"**

**Protiviti Inc.**
**W. R. Grace & Co. Preparation of Monthly Fee Applications**
**Period Covered:  May 2004**

**Name:**  Victor Blanchard
**Level:**  Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 5-May-04 | Review individual's time and expense summaries for April 2004 as preparation for producing the monthly fee application | $ 275.00 | 5.5 | $ 1,512.50 |
| 6-May-04 | Continue to review individual's time and expense summaries for April 2004 as preparation for producing the monthly fee application | $ 275.00 | 2.5 | $ 687.50 |
| 21-May-04 | Review expenses in detail for April for all staff in preparation for updating / filing final fee app | $ 275.00 | 2.0 | $ 550.00 |
| 25-May-04 | Document in fee application appendices each person's hours and expenses during April 2004 | $ 275.00 | 5.0 | $ 1,375.00 |
| 26-May-04 | Substantially complete documentation of each person's hours in the appendices and draft affidavit for Tenth fee application | $ 275.00 | 4.0 | $ 1,100.00 |
| 27-May-04 | Work with executive assistant to reconcile certain individual's expenses to ensure accuracy and completeness of fee application | $ 275.00 | 1.0 | $ 275.00 |
| | **Totals** | | **20.0** | **$ 5,500.00** |