**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: May 2004**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 34,669.38 |
| Lodging | N/A | $ 5,088.92 |
| Sundry | N/A | $ 461.42 |
| Business Meals | N/A | $ 1,106.96 |
| **Total** | | **$ 41,326.68** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: May 2004

**Name:** Marie Hendrixson
**Level:** Managing Director

| | Expense Detail | | | | Expense Category | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | | Totals |
| 19-May-04 | Mileage traveling to client site in excess of normal daily commute (100 miles) | $ 37.00 | $ 37.00 | | | | $ | 37.00 |
| 19-May-04 | Tolls during drive from / to Philadelphia | $ 11.00 | $ 11.00 | | | | $ | 11.00 |
| 27-May-04 | Cell phone attributable to Grace | $ 29.44 | | | $ 29.44 | | $ | 29.44 |
| | Totals | $ 77.44 | $ 48.00 | $ - | $ 29.44 | $ - | $ | 77.44 |

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | | Totals |
|---|---|---|---|---|---|---|---|---|
| 12-May-04 | Lunch at Greek Taverna with JBarnes to address other commitments and planning | $ 24.85 | | | | $ 24.85 | $ | 24.85 |
| 15-May-04 | Airfare from the US to Germany to London, back to the US for WR Grace; contractual reqt'ment that client books all travel | $ 5,591.10 | $ 5,591.10 | | | | $ | 5,591.10 |
| 22-May-04 | Taxi from home to BWI airport for Grace for trip to Germany | $ 32.00 | $ 32.00 | | | | $ | 32.00 |
| 25-May-04 | Dinner at Zur Kanzel in Mainz Germany for Grace SOA with Bob Purvis, Mahmoud Bah, Kevin Strickler, Kathryn Muller | $ 188.39 | | | | $ 188.39 | $ | 188.39 |
| 29-May-04 | Lodging at Sheraton Arabella, Munich, Germany for Grace in lieu of going home | $ 291.98 | | $ 291.98 | | | $ | 291.98 |
| | Totals | $ 6,128.32 | $ 5,623.10 | $ 291.98 | $ - | $ 213.24 | $ | 6,128.32 |

**Name:** Robert Mayer
**Level:** Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | | Totals |
|---|---|---|---|---|---|---|---|---|
| 11-May-04 | 48 miles (mileage in excess of normal daily commute) plus $2 tolls | $20.00 | $20.00 | | | | $ | 20.00 |
| 11-May-04 | Parking charge during SOA Controls Treasury conference call | $22.00 | | | $22.00 | | $ | 22.00 |
| | Totals | $ 42.00 | $ 20.00 | $ - | $ 22.00 | $ - | $ | 42.00 |

**Name:** John Barnes
**Level:** Senior Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | | Totals |
|---|---|---|---|---|---|---|---|---|
| 3-May-04 | 43 miles (mileage in excess of normal daily commute) | $ 16.13 | $ 16.13 | | | | $ | 16.13 |
| 4-May-04 | 43 miles (mileage in excess of normal daily commute) | $ 16.13 | $ 16.13 | | | | $ | 16.13 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: May 2004

| Date | Expense Detail | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| | | | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
| 5-May-04 | 43 miles (mileage in excess of normal daily commute) | $ 16.13 | $ 16.13 | | | | $ 16.13 |
| 6-May-04 | 43 miles (mileage in excess of normal daily commute) | $ 16.13 | $ 16.13 | | | | $ 16.13 |
| 7-May-04 | 43 miles (mileage in excess of normal daily commute) | $ 16.13 | $ 16.13 | | | | $ 16.13 |
| 10-May-04 | 43 miles (mileage in excess of normal daily commute) | $ 16.13 | $ 16.13 | | | | $ 16.13 |
| 11-May-04 | 43 miles (mileage in excess of normal daily commute) | $ 16.13 | $ 16.13 | | | | $ 16.13 |
| 14-May-04 | Lunch at Ruby Tuesday with Ryan Heaps, Loren VanLoan, Tom Downing, Matt Petito and John Martin to discuss recent audit visits | $ 69.42 | | | | $ 69.42 | $ 69.42 |
| | Totals | $ 182.33 | $ 112.91 | $ - | $ - | $ 69.42 | $ 182.33 |

Name: Christine Saxon
Level: Manager, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 14-May-04 | Amtrak train from PHL 30th St. Station to BWI | $ 60.00 | $ 60.00 | | | | $ 60.00 |
| 14-May-04 | Amtrak train from BWI to PHL 30 St. Station | $ 93.00 | $ 93.00 | | | | $ 93.00 |
| 14-May-04 | Parking at Amtrak's 30th St. Station | $ 15.00 | | | $ 15.00 | | $ 15.00 |
| | Totals | $ 168.00 | $ 153.00 | $ - | $ 15.00 | $ - | $ 168.00 |

Name: Matthew Petito
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 30-Apr-04 | Taxi from BWI airport to Glen Burnie; returning business travel from Lake Charles Louisiana | $ 20.00 | $ 20.00 | | | | $ 20.00 |
| 2-May-04 | Dinner by myself in BWI airport in preparation for travel to Lake Charles Louisiana | $ 6.81 | | | | $ 6.81 | $ 6.81 |
| 2-May-04 | Taxi from home in Glen Burnie to BWI airport in Baltimore in preparation of travel to Lake Charles Louisiana for audit of manufacturing plant | $ 20.00 | $ 20.00 | | | | $ 20.00 |
| 6-May-04 | Dinner with Kim Maronski at Rivenjacks in Lake Charles Louisiana | $ 25.00 | | | | $ 25.00 | $ 25.00 |
| 7-May-04 | Taxi from BWI airport to Glen Burnie; returning business travel from Lake Charles Louisiana | $ 20.00 | $ 20.00 | | | | $ 20.00 |
| 7-May-04 | Airfare from BWI airport in Baltimore to London England to audit a manufacturing plant in Slough England as required and booked by the client (round trip) | $ 5,775.40 | $ 5,775.40 | | | | $ 5,775.40 |
| 14-May-04 | Airfare from London England to Scotland booked by the client in lieu of going home | $ 336.50 | $ 336.50 | | | | $ 336.50 |
| 14-May-04 | Airfare from London England to Amsterdam booked by the client in lieu of going home | $ 223.50 | $ 223.50 | | | | $ 223.50 |
| 20-May-04 | Purchased a universal electric adapter at Radio Shack for Slough trip; useful for other plant audits in the future | $ 11.54 | | | $ 11.54 | | $ 11.54 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: May 2004

| Date | Expense Detail | | Expense Category | | | |
|---|---|---|---|---|---|---|
| 23-May-04 | Taxi from home in Glen Burnie to BWI airport in Baltimore in preparation of travel to Slough England for audit of manufacturing plant | $ 18.00 | $ 18.00 | | | $ 18.00 |
| 23-May-04 | Lunch at Bag O Nails in London England with Barb Summerson, Ryan Heaps, Loren VanLoan, John Martin and myself | $ 84.91 | | | $ 84.91 | $ 84.91 |
| 24-May-04 | Breakfast at Bagel Factory in train station by myself prior to traveling to Slough England manufacturing plant | $ 2.98 | | | $ 2.98 | $ 2.98 |
| 24-May-04 | Purchased employee photographs for myself and Loren VanLoan at Paddington England train station for weekly train pass from Paddington to Slough | $ 18.03 | | | $ 18.03 | $ 18.03 |
| 24-May-04 | Taxi from hotel in Paddington to restaurant for dinner with Ryan Heaps, Barb Summerson, Loren VanLoan and John Martin | $ 9.02 | $ 9.02 | | | $ 9.02 |
| 24-May-04 | Lunch by myself at Burger King in Slough England | $ 7.37 | | | $ 7.37 | $ 7.37 |
| 26-May-04 | Breakfast at train station for myself prior to boarding train to Slough England | $ 7.21 | | | $ 7.21 | $ 7.21 |
| 28-May-04 | Taxi from train station in Slough to Grace plant in Slough | $ 9.74 | $ 9.74 | | | $ 9.74 |
| 28-May-04 | Lodging at Hilton London Paddington in London England for 5 nights | $ 1,588.98 | | $ 1,588.98 | | $ 1,588.98 |
| 28-May-04 | Telephone charges from hotel room in London England for 5 nights | $ 14.06 | | | $ 14.06 | $ 14.06 |
| | Totals | $ 8,199.05 | $ 6,432.16 | $ 1,588.98 | $ 43.63 | $ 134.28 | $ 8,199.05 |

Name: Kevin Strickler
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 15-May-04 | Airfare from Germany to Amsterdam and back (related to Worms, Germany site visit) Northwest 6/4 to 6/6 TKT# 0127504615546 in lieu of going home | $ 223.00 | $ 223.00 | | | | $ 223.00 |
| 15-May-04 | Hertz Car Rental Frankfurt, Germany for Worms, Germany client site visit 5/23 to 6/19 | $ 1,434.00 | $ 1,434.00 | | | | $ 1,434.00 |
| 22-May-04 | Dinner/ Coffee at Starbucks in Chicago Airport (layover to Germany) | $ 4.00 | | | | $ 4.00 | $ 4.00 |
| 22-May-04 | Electrical convertor for Worms, Germany site visit | $ 25.00 | | | $ 25.00 | | $ 25.00 |
| 26-May-04 | Airfare from BWI to Boston and back Airtran TKT# 197147001010100 6/28 to 7/2 (for Cambridge site visit) | $ 127.00 | $ 127.00 | | | | $ 127.00 |
| 26-May-04 | Airfare from BWI to Boston and back Airtran TKT# 298147001010100 7/6 to 7/9 (for Cambridge site visit) | $ 147.00 | $ 147.00 | | | | $ 147.00 |
| 26-May-04 | Airfare from BWI to Boston and back Airtran TKT# 798147001010100 7/12 to 7/16 (for Cambridge site visit) | $ 127.00 | $ 127.00 | | | | $ 127.00 |
| | Totals | $ 2,087.00 | $ 2,058.00 | $ - | $ 25.00 | $ 4.00 | $ 2,087.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: May 2004

**Expense Detail** | **Expense Category**

Name: Sarah Dilling
Level: Senior Consultant, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 4-May-04 | 70 miles (mileage in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 10-May-04 | 70 miles (mileage in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 10-May-04 | 17 miles (mileage in excess of normal daily commute) | $ 6.38 | $ 6.38 | | | | $ 6.38 |
| 10-May-04 | 17 miles (mileage in excess of normal daily commute) | $ 6.38 | $ 6.38 | | | | $ 6.38 |
| 14-May-04 | 70 miles (mileage in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 17-May-04 | 70 miles (mileage in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 19-May-04 | 70 miles (mileage in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| | Totals | $ 144.01 | $ 144.01 | $ - | $ - | $ - | $ 144.01 |

Name: Robert Purvis
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 3-May-04 | Miles in excess of normal commute: 88 | $ 33.00 | $ 33.00 | | | | $ 33.00 |
| 4-May-04 | Miles in excess of normal commute: 77 | $ 28.88 | $ 28.88 | | | | $ 28.88 |
| 5-May-04 | Miles in excess of normal commute: 79 | $ 29.63 | $ 29.63 | | | | $ 29.63 |
| 5-May-04 | Airfare Washington-Frankfurt | $ 2,794.30 | $ 2,794.30 | | | | $ 2,794.30 |
| 6-May-04 | Miles in excess of normal commute: 76 | $ 28.50 | $ 28.50 | | | | $ 28.50 |
| 7-May-04 | Miles in excess of normal commute: 75 | $ 28.13 | $ 28.13 | | | | $ 28.13 |
| 10-May-04 | Miles in excess of normal commute: 84 | $ 31.50 | $ 31.50 | | | | $ 31.50 |
| 11-May-04 | Miles in excess of normal commute: 81 | $ 30.38 | $ 30.38 | | | | $ 30.38 |
| 12-May-04 | Miles in excess of normal commute: 82 | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 13-May-04 | Miles in excess of normal commute: 81 | $ 30.38 | $ 30.38 | | | | $ 30.38 |
| 17-May-04 | Miles in excess of normal commute: 83 | $ 31.13 | $ 31.13 | | | | $ 31.13 |
| 19-May-04 | Miles in excess of normal commute: 83 | $ 31.13 | $ 31.13 | | | | $ 31.13 |
| 20-May-04 | Miles in excess of normal commute: 83 | $ 31.13 | $ 31.13 | | | | $ 31.13 |
| 20-May-04 | Airfare Washington-Singapore | $ 4,289.70 | $ 4,289.70 | | | | $ 4,289.70 |
| 20-May-04 | Airfare Frankfurt-Newcastle in lieu of going home | $ 470.82 | $ 470.82 | | | | $ 470.82 |
| 21-May-04 | Miles in excess of normal commute: 82 | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 23-May-04 | Miles from Upper Marlboro to nearest metro station: 48 | $ 18.00 | $ 18.00 | | | | $ 18.00 |
| 23-May-04 | Metro ticket (Washington DC) | $ 2.20 | $ 2.20 | | | | $ 2.20 |
| 23-May-04 | Bus from metro station to Washington Dulles airport | $ 8.00 | $ 8.00 | | | | $ 8.00 |
| 24-May-04 | Taxi Mainz Germany train station to hotel | $ 12.25 | $ 12.25 | | | | $ 12.25 |
| 24-May-04 | Taxi Mainz to Worms Germany | $ 79.60 | $ 79.60 | | | | $ 79.60 |
| 28-May-04 | Lodging at Hyatt Regency in Mainz, Germany for 4 nights | $ 998.56 | | $ 998.56 | | | $ 998.56 |
| 28-May-04 | Telephone from hotel 4 nights | $ 23.72 | | | 23.72 | | $ 23.72 |
| 28-May-04 | Laundry | $ 60.54 | | | 60.54 | | $ 60.54 |
| 29-May-04 | Lunch alone at Arena Rest., Worms, Germany | $ 14.70 | | | | $ 14.70 | $ 14.70 |
| 29-May-04 | Dinner alone at Prinz Carl Hotel, Worms, Germany | $ 48.25 | | | | $ 48.25 | $ 48.25 |
| 30-May-04 | Lunch alone at Tivoli Rest., Worms, Germany | $ 42.86 | | | | $ 42.86 | $ 42.86 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: May 2004

| Expense Detail | | | | Expense Category | | | |
|---|---|---|---|---|---|---|---|
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
| 30-May-04 | Dinner w/ Downing at Acropolis rest., Worms, Germany | $ 44.09 | | | | $ 44.09 | $ 44.09 |
| 31-May-04 | Lunch alone at street vendor, Worms, Germany | $ 6.12 | | | | $ 6.12 | $ 6.12 |
| | Totals | $ 9,309.00 | $ 8,070.16 | | $ 84.26 | $ 156.02 | $ 9,309.00 |

Name: John Martin
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 3-May-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | $ 28.13 | | | | $ 28.13 |
| 4-May-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | $ 28.13 | | | | $ 28.13 |
| 5-May-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | $ 28.13 | | | | $ 28.13 |
| 6-May-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | $ 28.13 | | | | $ 28.13 |
| 7-May-04 | 75 miles (in excess of normal daily commute) | $ 28.13 | $ 28.13 | | | | $ 28.13 |
| 7-May-04 | Airline ticket from Baltimore to London - Grace Slough review | $ 5,775.40 | $ 5,775.40 | | | | $ 5,775.40 |
| 10-May-04 | 80 miles (in excess of daily commute) | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 11-May-04 | 35 miles (in excess of daily commute) | $ 13.13 | $ 13.13 | | | | $ 13.13 |
| 12-May-04 | 35 miles (in excess of daily commute) | $ 13.13 | $ 13.13 | | | | $ 13.13 |
| 14-May-04 | 35 miles (in excess of daily commute) | $ 13.13 | $ 13.13 | | | | $ 13.13 |
| 17-May-04 | 35 miles (in excess of daily commute) | $ 13.13 | $ 13.13 | | | | $ 13.13 |
| 17-May-04 | Airline ticket to Amsterdam in lieu of going home | $ 223.50 | $ 223.50 | | | | $ 223.50 |
| 18-May-04 | 35 miles (in excess of daily commute) | $ 13.13 | $ 13.13 | | | | $ 13.13 |
| 18-May-04 | Airline ticket to Singapore - next SarbOx audit | $ 4,261.70 | $ 4,261.70 | | | | $ 4,261.70 |
| 20-May-04 | 35 miles (in excess of daily commute) | $ 13.13 | $ 13.13 | | | | $ 13.13 |
| 21-May-04 | 35 miles (in excess of daily commute) | $ 13.13 | $ 13.13 | | | | $ 13.13 |
| 22-May-04 | 80 miles airport drop off (in excess of normal daily commute) | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 23-May-04 | Photograph required for UK daily train pass | $ 6.65 | | | $ 6.65 | | $ 6.65 |
| 24-May-04 | Breakfast-train station | $ 3.80 | | | | $ 3.80 | $ 3.80 |
| 24-May-04 | Lunch-City center-Slough | $ 12.29 | | | | $ 12.29 | $ 12.29 |
| 25-May-04 | Breakfast-train center | $ 5.70 | | | | $ 5.70 | $ 5.70 |
| 26-May-04 | Breakfast-train center | $ 5.70 | | | | $ 5.70 | $ 5.70 |
| 27-May-04 | Breakfast-train center | $ 7.60 | | | | $ 7.60 | $ 7.60 |
| 28-May-04 | Breakfast-train center | $ 5.70 | | | | $ 5.70 | $ 5.70 |
| 28-May-04 | Dinner-London-Che Loco | $ 51.00 | | | | $ 51.00 | $ 51.00 |
| 29-May-04 | Breakfast-London-Paddington Deli | $ 12.74 | | | | $ 12.74 | $ 12.74 |
| 29-May-04 | Lunch-London-Kings Arms | $ 14.56 | | | | $ 14.56 | $ 14.56 |
| 29-May-04 | Dinner-London-Nikoli Greek restaurant | $ 45.00 | | | | $ 45.00 | $ 45.00 |
| 30-May-04 | Breakfast-London-Paddington Deli | $ 10.92 | | | | $ 10.92 | $ 10.92 |
| 30-May-04 | Lunch-London-Royal Crown | $ 14.56 | | | | $ 14.56 | $ 14.56 |
| 30-May-04 | Dinner-London-Levantine Restaurant | $ 59.38 | | | | $ 59.38 | $ 59.38 |
| 30-May-04 | Train/Tube tickets for week 2 | $ 84.08 | $ 84.08 | | | | $ 84.08 |
| 31-May-04 | Breakfast-London-Paddington Deli | $ 12.47 | | | | $ 12.47 | $ 12.47 |
| 31-May-04 | Lunch-London-Crossed Swords Pub | $ 19.75 | | | | $ 19.75 | $ 19.75 |
| 31-May-04 | Dinner-London-Bizzarro Restaurant | $ 21.84 | | | | $ 21.84 | $ 21.84 |
| | Totals | $ 10,946.83 | $ 10,637.18 | $ - | $ 6.65 | $ 303.00 | $ 10,946.83 |

Page 36 of 39

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: May 2004

**Name:** Thomas Downing
**Level:** Senior Consultant

Expense Detail | | | | | | | Expense Category | |

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 3-May-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 4-May-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 5-May-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 6-May-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 7-May-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 10-May-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 11-May-04 | 124 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 12-May-04 | 125 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 13-May-04 | 126 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 14-May-04 | 127 miles (in excess of normal daily commute)+ $1.00 toll | $ 47.50 | $ 47.50 | | | | $ 47.50 |
| 17-May-04 | 94 miles (in excess of normal daily commute)+ $1.00 toll | $ 36.25 | $ 36.25 | | | | $ 36.25 |
| 18-May-04 | 94 miles (in excess of normal daily commute)+ $1.00 toll | $ 36.25 | $ 36.25 | | | | $ 36.25 |
| 19-May-04 | 94 miles (in excess of normal daily commute)+ $1.00 toll | $ 36.25 | $ 36.25 | | | | $ 36.25 |
| 20-May-04 | 94 miles (in excess of normal daily commute)+ $1.00 toll | $ 36.25 | $ 36.25 | | | | $ 36.25 |
| 21-May-04 | Lunch, Philadelphia Luncheonette, alone | $ 8.50 | | | | $ 8.50 | $ 8.50 |
| 21-May-04 | Mileage, Phialdelphia and return, 312 miles | $ 117.00 | $ 117.00 | | | | $ 117.00 |
| 21-May-04 | Passport photo | $ 26.00 | | | $ 26.00 | | $ 26.00 |
| 21-May-04 | Passport fee | $ 130.00 | | | $ 130.00 | | $ 130.00 |
| 21-May-04 | Tolls | $ 32.00 | $ 32.00 | | | | $ 32.00 |
| 23-May-04 | Taxi from home to National Airport | $ 67.00 | $ 67.00 | | | | $ 67.00 |
| 23-May-04 | Lunch, alone, Atlanta airport | $ 7.00 | | | | $ 7.00 | $ 7.00 |
| 24-May-04 | Lodging, Mainz, Hyatt for one night | $ 248.00 | | $ 248.00 | | | $ 248.00 |
| 24-May-04 | Charge for electrical converter by hotel business center | $ 13.39 | | | $ 13.39 | | $ 13.39 |
| 24-May-04 | Currency conversion fee | $ 4.05 | | | $ 4.05 | | $ 4.05 |
| 24-May-04 | Laundry | $ 34.72 | | | $ 34.72 | | $ 34.72 |
| 24-May-04 | Taxi from Frankfort airport to Mainz | $ 98.33 | $ 98.33 | | | | $ 98.33 |
| 25-May-04 | Lodging, Mainz, Hyatt for one night | $ 248.00 | | $ 248.00 | | | $ 248.00 |
| 25-May-04 | Breakfast, alone, Hyatt | $ 24.18 | | | | $ 24.18 | $ 24.18 |
| 25-May-04 | Dinner, alone, Hyatt | $ 14.88 | | | | $ 14.88 | $ 14.88 |
| 26-May-04 | Lodging, Mainz, Hyatt for one night | $ 248.00 | | $ 248.00 | | | $ 248.00 |
| 26-May-04 | Breakfast, along, Hyatt | $ 24.18 | | | | $ 24.18 | $ 24.18 |
| 26-May-04 | Dinner, alone, Hyatt | $ 17.36 | | | | $ 17.36 | $ 17.36 |
| 26-May-04 | Laundry | $ 21.08 | | | $ 21.08 | | $ 21.08 |
| 27-May-04 | Lodging, Mainz, Hyatt for one night | $ 248.00 | | $ 248.00 | | | $ 248.00 |
| 27-May-04 | Breakfast, alone, Hyatt | $ 24.18 | | | | $ 24.18 | $ 24.18 |
| 27-May-04 | Dinner, alone, Hyatt | $ 42.78 | | | | $ 42.78 | $ 42.78 |
| 28-May-04 | Lodging, Worms, Prinz Carl Hotel for one night | $ 80.60 | | $ 80.60 | | | $ 80.60 |
| 28-May-04 | Dinner, alone, hotel | $ 19.84 | | | | $ 19.84 | $ 19.84 |
| 29-May-04 | Lodging, Worms, Prinz Carl Hotel for one night | $ 80.60 | | $ 80.60 | | | $ 80.60 |
| 29-May-04 | Dinner, alone, Prinz Carl Hotel | $ 39.06 | | | | $ 39.06 | $ 39.06 |
| 29-May-04 | Telephone card purchased rather than direct dial rates | $ 6.20 | | | $ 6.20 | | $ 6.20 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: May 2004

| Expense Detail | | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| | | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
| 30-May-04 | Lodging, Worms, Prinz Carl Hotel for one night | $ 80.60 | | $ 80.60 | | | $ 80.60 |
| 31-May-04 | Lodging, Worms, Prinz Carl Hotel for one night | $ 80.60 | | $ 80.60 | | | $ 80.60 |
| | Totals | $ 2,706.13 | $ 934.33 | $ 1,314.40 | $ 235.44 | $ 221.96 | $ 2,706.13 |

Name: Kathryn Muller
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 14-May-04 | Train Rouen / Paris / Rouen (Obli. Medical visit) | $ 43.50 | $ 43.50 | | | | $ 43.50 |
| 23-May-04 | Train Rouen/Paris/Mannheim/Mainz | $ 113.50 | $ 113.50 | | | | $ 113.50 |
| 23-May-04 | Metro Paris | $ 1.25 | $ 1.25 | | | | $ 1.25 |
| 23-May-04 | Taxis Rail station Mainz - Hotel HYATT Regency / Mainz, Germany | $ 12.50 | $ 12.50 | | | | $ 12.50 |
| 23-May-04 | Lunch Paris-St Lazare, France - one person | $ 2.13 | | | | $ 2.13 | $ 2.13 |
| 27-May-04 | Hotel HYATT Regency / Mainz, Germany - 4 nights | $ 750.00 | | $ 750.00 | | | $ 750.00 |
| 27-May-04 | Dinner Aldi - one person | $ 2.91 | | | | $ 2.91 | $ 2.91 |
| 29-May-04 | Hotel Prinz Carl Hotel / Worms, Germany - 2 nights | $ 145.00 | | $ 145.00 | | | $ 145.00 |
| 29-May-04 | Car rental Hertz - 3 days - Worms / Wolfratzhausen / Worms | $ 143.75 | $ 143.75 | | | | $ 143.75 |
| 29-May-04 | Diesel Worms / Wolfratzhausen | $ 50.86 | $ 50.86 | | | | $ 50.86 |
| 31-May-04 | Diesel Wolfratzhausen / Worms | $ 18.29 | $ 18.29 | | | | $ 18.29 |
| | Totals | $ 1,283.69 | $ 383.65 | $ 895.00 | $ - | $ 5.04 | $ 1,283.69 |

Name: Kina Beale
Level: Consultant, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 4-May-04 | Mileage (6 miles) for travel to and from client in excess of my daily | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 5-May-04 | Mileage (6 miles) for travel to and from client in excess of my daily | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 7-May-04 | Mileage (6 miles) for travel to and from client in excess of my daily | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 11-May-04 | Mileage (6 miles) for travel to and from client in excess of my daily | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 12-May-04 | Mileage (6 miles) for travel to and from client in excess of my daily | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 13-May-04 | Mileage (6 miles) for travel to and from client in excess of my daily | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 14-May-04 | Mileage (75 miles) for travel to BWI train station to pick up Lynn Bruneau and Christine Saxon, drive from train station to Grace for client meeting, drive back to BWI train station to drop Lynn and Christine off, drive back to WR Grace to finish the work day, and drive home. All mileage expensed is in excess of my daily commute to the office. | $ 28.13 | $ 28.13 | | | | $ 28.13 |
| 17-May-04 | Mileage (6 miles) for travel to and from client in excess of my daily | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 19-May-04 | Mileage (6 miles) for travel to and from client in excess of my daily | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 26-May-04 | Mileage (6 miles) for travel to and from client in excess of my daily | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 27-May-04 | Mileage (6 miles) for travel to and from client in excess of my daily | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 28-May-04 | Mileage (6 miles) for travel to and from client in excess of my daily | $ 2.25 | $ 2.25 | | | | $ 2.25 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: May 2004

### Expense Detail

| | Expense Category | | | | |
|---|---|---|---|---|---|
| Totals | $ 52.88 | $ 52.88 | $ - | $ - | $ 52.88 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 41,326.68 | $ 34,669.38 | $ 5,088.92 | $ 461.42 | $ 1,106.96 | $ 41,326.68 |