UNITED STATES BANKRUPTCY COURT
DELAWARE BANKRUPTCY COURT

FILED

2004 JUL -6  AM 11: 12

U. BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------x

In re

**CHAPTER 11**

W R GRACE & CO,

Case #01-01139

Debtor(s).

-------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Euler Hermes ACI f/k/a EULER American Credit Indemnity

("Euler"), formerly located at 100 East Pratt Street, Baltimore, Maryland 21202, has the following change of

address:

**Euler Hermes ACI**
**800 Red Brook Boulevard**
**Owings Mills, Maryland 21117**
**Telephone (410) 753-0753**
**Facsimile (410) 753-0943**
**info@eulerhermes.com**
**www.eulerhermes.com**

**PLEASE TAKE FURTHER NOTICE** that Euler hereby requests, pursuant to Federal Rules of

Bankruptcy Procedure 2002, 9007 and 9010 and §§102(1), 342 and 1109(b) of Title 11 of the United States Code,

that all future notices given or required to be given and all papers hereinafter served or required to be served in this

case be given to and served upon Euler at its new address as set forth above.

Dated:   Owings Mills, Maryland
         July 01, 2004

Euler Hermes ACI

By:

Name: Lauren Holzman
Title:  Claims Processor
800 Red Brook Boulevard
Owings Mills, Maryland 21117
410-753-0749



July 01, 2004

Delaware Bankruptcy Court
824 Market Street
5th Floor
Wilmington, DE 19801-4937

Attention:      Court Clerk/Claims Department

Bankruptcy Case No:   01-01139
Re:                   Euler Hermes ACI
                      Agent/Assignee of Atlas Roofing Corporation
Our Claim No:         000223195
Debtor:               W R Grace & Co
Balance Due:          20,528.09US$

Dear Sir or Madam:

The claim of the above creditor was filed in this case on 09/18/2001. Attached is a Notice of
Change of Address. We request that all future notices and all papers hereinafter served or
required to be served in this case be given to and served at the new address as set forth on the
attached notice.

Please acknowledge receipt and processing of this request by notating the extra copy of this
letter. A business reply envelope is enclosed for your response.

Thank your for your courtesy and cooperation.

Sincerely,

Lauren Holzman
Claims Processor
Euler Hermes ACI
410-753-0749

Enclosure

Allianz Group

Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117-1008
Tel: 410-753-0753
Fax: 410-753-0943
www.eulerhermes.com



July 01, 2004

Delaware Bankruptcy Court
824 Market Street
5th Floor
Wilmington, DE 19801-4937

Attention:        Court Clerk/Claims Department

Bankruptcy Case No:   01-01139
Re:                   Euler Hermes ACI
                      Agent/Assignee of Bpi: By-product Industries, Inc
Our Claim No:         000222856
Debtor:               W R Grace
Balance Due:          7,934.00US$

Dear Sir or Madam:

The claim of the above creditor was filed in this court. Attached is a Notice of Change of
Address. We request that all future notices and all papers hereinafter served or required to be
served in this case be given to and served at the new address as set forth on the attached
notice.

Please acknowledge receipt and processing of this request by notating the extra copy of this
letter. A business reply envelope is enclosed for your response.

Thank your for your courtesy and cooperation.

Sincerely,

Lauren Holzman
Claims Processor
Euler Hermes ACI
410-753-0749

Enclosure

Allianz Group

Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117-1008
Tel: 410-753-0753
Fax: 410-753-0943
www.eulerhermes.com