## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 8th day of July, 2004, one copy of the Limited Objection of the Official Committee of Asbestos Property Damage Claimants To Application of David T. Austern, Future Claimants' Representative For Authorization To Employ CIBC World Markets Corp. As Financial Advisor was served on the following parties in the indicated manner:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)