UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO., <u>et al.</u>,**[1] | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## NOTICE RE DOCKET 5948

TO:     AKZO NOBEL RESINS AND VEHICLES
          DEPT 70066
          CHICAGO, IL 60673-7066

     Pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure, you are advised that there has been filed with the United States Bankruptcy Court for the District of Delaware, a Transfer to **CONTRARIAN FUNDS, LLC** of your claim in the amount of **$20,112.00**.

     If you do not object to this Transfer on or before twenty (20) days from the date of the mailing of this Notice (i.e., **July 29, 2004**), by filing a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, Sixth Floor, 824 Market Street, Wilmington, Delaware 19801, and serving a copy of the objection on the Claims Reconciliation and Solicitation Consultant listed below, **CONTRARIAN FUNDS, LLC** will be substituted in your place as the claimant.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DATED: July 9, 2004        BANKRUPTCY MANAGEMENT CORPORATION
                           Claims Reconciliation and Solicitation Consultant
                           1330 East Franklin Avenue
                           El Segundo, California 90245

                           For and on behalf of Rust Consulting, Inc.
                           Official Claims and Noticing Agent for the Clerk of the
                           Court

Proof of Service

    I, Lisa Ruppaner, am over the age of eighteen years and not a party to the within action. I am employed by Bankruptcy Management Corporation, the Court Appointed Claims Reconciliation and Solicitation Consultant, for and on behalf of Rust Consulting, Inc., the Official Claims and Noticing Agent for the Clerk of the Court, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245. On July 9, 2004, I served a copy of the "Notice re Docket 5948" upon the following party:

AKZO NOBEL RESINS AND VEHICLES
DEPT 70066
CHICAGO, IL 60673-7066

CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE, S-225
ATTN: MS. ALPA JIMENEZ
GREENWICH, CT 06830

AKZO NOBEL COATINGS INC
(dba AKZO NBEL INK & ADHESIVE RESINS)
ATTN BRIAN SCHULTZ
21625 OAK ST
MATTERSON, IL 60443

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2004

                                          /s/ Lisa Ruppaner
                                          Lisa Ruppaner