IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No: 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT the firm of Zuckerman Spaeder LLP hereby enters its appearance in the above-captioned adversary proceeding as substitute counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, and that the firms of Baach Robinson & Lewis PLLC and Murphy Spadaro & Landon hereby withdraw their appearances.

Dated: Wilmington, Delaware
       July 9, 2004

ZUCKERMAN SPAEDER LLP
James Sottile, Esquire
1201 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

- and -

_____
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 1705
P.O. Box 1028
Wilmington, Delaware 19899
(302) 427-0400

Substitute Counsel for Certain
Underwriters at Lloyd's, London
and Certain London Market Companies

BAACH ROBINSON & LEWIS PLLC
Joseph L. Ruby, Esquire
Michael J. Zoeller, Esquire
1201 F. Street, NW #500
Washington, DC 20004-1225
Telephone: (202) 833-8900
Facsimile: (202) 466-5738

- and –

MURPHY SPADARO & LANDON

_____
Francis J. Murphy
DE ID #223
1011 Centre Road
Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-Mail: Fmurphy@msllaw.com

Withdrawing Counsel for Certain Underwriters
At Lloyd's London and Certain London Marker
Companies

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July 2004, a copy of the foregoing was mailed first-class, postage prepaid, to the following:

Shelley A. Kinsella, Esquire
Cozen O'Connor
1201 N. Market street, Suite 1400
Wilmington, DE 19801

Ian Connor Bifferato, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington, DE 198099

Francis J. Murphy, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Elizabeth M. DeCristofaro, Esquire
Charles A. Booth, Esquire
Ford Marrin Esposito Witmeyer
& Gleser, L.L.P.
Wall Street Plaza
New York, NY 1000

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899

Michael R. Lastowski, Esquire
William S. Katchen, Esquire
Duane Morris LLP
1100 Market Street, Suite 1200
Wilmington, DE 19801

William P. Shelley, Esquire
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Carl J. Pernicone, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP
150 East 42nd Street
New York, NY 10017

Joseph L. Ruby, Esquire
Baach Robinson & Lewis PLLC
1201 F Street, NW
Washington, DC 20004

Robert Fishman, Esquire
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610

David M. Bernick, Esquire
Dandrew R. Running, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Kathleen J. Campbell, Esquire
Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, D# 19806

Rhonda L. Thomas, Esquire
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Theodore J. Tacconelli, Esquire
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Adam G. Landis, Esquire
Kerri Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801

William D. Sullivan, Esquire
Charles J. Brown, III, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Albert G. Lauber, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin Shereff Friedman, LLP
The Washington Harbour
3000 K Street, N.W., Suite 300
Washington, DC 20007

Philip Bentley, Esquire
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price
& Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

David B. Madoff, Esquire
Daniel C. Cohn, Esquire
Cohn Khoury Madoff & Withesell LLP
101 Arch Street
Boston, MA 02110

Darrell W. Scott, Esquire
Burke D. Jackowich, Esquire
Lukins & Annis, PS
717 W. Sprague Ave., Suite 1600
Spokane, WA 99201

Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Bld. A
Mount Pleasant, SC 29464

Jon L. Heberling
McGarvey, Heberling, Sullivan &
McGarvey, P.C.
745 South Main
Kalispell, MT 59904

Fabrice N. Vincent, Esquire
Lieff, Cabraser, Heimann & Bernstein
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111


/s/ Thomas G. Macauley
Thomas G. Macauley (ID No. 3411)