# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of Court            824 Market Street
                                          Wilmington, DE  19801
                                          (302) 252-2900

Date: July 14, 2004

To:    Clerk of Court
       U.S. District Court
       District of Delaware
       Wilmington De 19801

Re    W.R. Grace Co., et al
       Case 01-1139 bk

      Enclosed you will find Notice of Appeal 04-58 docket #5705, 04-63 docket #5775, 04-64 docket #5793. Certified Copy of the Docket Starting with the Motion #5460 Kindly acknowledge receipt of this document.

                                                                        Sincerely,

                                                                        *Betsy Magnuson*
                                                                        Deputy Clerk

Please fill out the information below and return to Betsy Magnuson, Bankruptcy Court.

I hereby acknowledge receipt of the above transferred record this ___day of_____2003.

By:_____
      Deputy Clerk

                                                                           _____ Supervisor