IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 2, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on July 12, 2004 the Twelfth Monthly Application of Conway, Del Genio, Gries & Co., LLC ("CDG") For Compensation For Services Rendered And Reimbursement of Actual And Necessary Expenses Incurred as Financial Advisor For The Official Committee of Asbestos Property Damage Claimants For The Period From January 1, 2004 Through March 31, 2004 (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before August 2, 2004 at 4:00 p.m. prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the attached service list.

A HEARING ON THE APPLICATION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION TO THE APPLICATION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 12, 2004            FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of
Asbestos Property Damage Claimants

-and-

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Allyn S. Danzeisen, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Counsel to the Official Committee of Asbestos
Property Damage Claimants