Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of January 1, 2004 through March 31, 2004

Summary of Services Rendered by Project Category

| Category Code | Category Description | Jan-Mar 2004 Hours | Bankruptcy Case Cumulative Hours | Adversary Proceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 9.0 | 369.1 | 0.0 | 369.1 |
| 11 | Fee Applications, Applicant | 6.1 | 579.1 | 249.0 | 828.1 |
| 14 | Hearings | 0.0 | 34.0 | 0.0 | 34.0 |
| 20 | Travel - Non-working | 15.5 | 136.6 | 0.0 | 136.6 |
| 24 | Other | 3.9 | 101.1 | 5058.2 | 5159.3 |
| 26 | Business Analysis (for financial advisors) | 31.7 | 819.3 | 0.0 | 819.3 |
| 27 | Corporate Finance (for financial advisors) | 51.4 | 1420.3 | 0.0 | 1420.3 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 494.0 | 0.0 | 494.0 |
|  | TOTAL | 117.6 | 3953.5 | 5307.2 | 9260.7 |
|  | TOTAL FEES |  | 2,898,217 | 1,115,116 | 4,013,333 |

<u>Exhibit A</u>

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2004 through March 31, 2004**

<u>Summary of Services Rendered by Professional</u>

| *Name* | *Hours* |
|---|---|
| Michael Gries, Member | 0.3 |
| Gregory Boyer, Managing Director | 37.9 |
| Stephanie Jones, Associate | 79.4 |
| **TOTAL** | 117.6 |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of January 1, 2004 through March 31, 2004

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 1/2/2004 | 7 | 0.3 | Committee Conference Call |
| WR Grace | S. Jones | 1/2/2004 | 7 | 0.2 | Calls to/from JS re: Committee business |
| WR Grace | G. Boyer | 1/2/2004 | 7 | 0.3 | Committee Conference Call |
| WR Grace | S. Jones | 1/6/2004 | 11 | 1.0 | Fee Application—Compile time detail and expenses for 10th Interim Fee Application |
| WR Grace | G. Boyer | 1/8/2004 | 24 | 1.0 | Call with Grace management re: restructuring motion |
| WR Grace | S. Jones | 1/8/2004 | 26 | 0.9 | Receive and review email re: preliminary Grace 2003 results press release |
| WR Grace | G. Boyer | 1/8/2004 | 26 | 1.0 | Receive and review email re: preliminary Grace 2003 results press release |
| WR Grace | S. Jones | 1/9/2004 | 26 | 4.1 | Receive and review Company's October and November 2003 operating report; perform comparative analyses with historical results and projected budget |
| WR Grace | S. Jones | 1/12/2004 | 24 | 0.3 | Status meeting w/ MG |
| WR Grace | M. Gries | 1/12/2004 | 24 | 0.3 | Status meeting w/ SJ |
| WR Grace | S. Jones | 1/14/2004 | 26 | 0.1 | Receive email from Grace re: meeting schedule to discuss Grace 2003 results and 2004 operating plan |
| WR Grace | G. Boyer | 1/14/2004 | 26 | 0.1 | Receive email from Grace re: meeting schedule to discuss Grace 2003 results and 2004 operating plan |
| WR Grace | G. Boyer | 1/21/2004 | 11 | 2.0 | Review fee applications |
| WR Grace | S. Jones | 1/22/2004 | 7 | 1.6 | Committee Conference Call |
| WR Grace | G. Boyer | 1/22/2004 | 7 | 1.6 | Committee Conference Call |
| WR Grace | S. Jones | 1/26/2004 | 11 | 0.6 | Fee Application—Correspondence with SB re: 10th Interim Fee Application; forward fee application to LC for filing |
| WR Grace | G. Boyer | 1/26/2004 | 11 | 0.3 | Review fee applications |
| WR Grace | S. Jones | 1/28/2004 | 11 | 0.2 | Correspondence with SB re: 10th Interim Fee Application |
| WR Grace | G. Boyer | 1/29/2004 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 2/2/2004 | 26 | 0.1 | Receive and review email from Company re: December 2003 monthly financial report |
| WR Grace | G. Boyer | 2/2/2004 | 26 | 0.1 | Receive and review email from Company re: December 2003 monthly financial report |
| WR Grace | S. Jones | 2/4/2004 | 26 | 1.2 | Receive and review December 2003 monthly report from Company |
| WR Grace | S. Jones | 2/5/2004 | 7 | 0.3 | Committee Conference Call |
| WR Grace | G. Boyer | 2/5/2004 | 7 | 0.3 | Committee Conference Call |
| WR Grace | S. Jones | 2/5/2004 | 24 | 0.1 | Receive/send correspondence to/from Company re: meeting schedule and logistics |
| WR Grace | S. Jones | 2/9/2004 | 11 | 0.2 | Correspondence with SW re: 10th Interim Fee Application |
| WR Grace | S. Jones | 2/9/2004 | 26 | 0.4 | Correspondence with GB re: meeting with Grace management; compile documents related to historical performance in preparation for meeting with Grace; forward documents to GB |
| WR Grace | S. Jones | 2/9/2004 | 26 | 1.6 | Review Grace historical performance and 2003 projections in preparation for meeting with Management |
| WR Grace | S. Jones | 2/11/2004 | 11 | 0.3 | Fee Application – forward 10th Interim Fee Application to SW for filing |
| WR Grace | S. Jones | 2/11/2004 | 26 | 0.5 | Receive and review financial briefing from Grace management |
| WR Grace | S. Jones | 2/11/2004 | 26 | 1.7 | Preparation for meeting with Grace management |
| WR Grace | G. Boyer | 2/11/2004 | 26 | 2.0 | Review Grace historical performance and 2003 projections in preparation for meeting with Management |
| WR Grace | G. Boyer | 2/11/2004 | 26 | 0.5 | Receive and review financial briefing from Grace management |
| WR Grace | S. Jones | 2/12/2004 | 20 | 3.5 | Non-Working Travel Time: Travel (Amtrak) from New York, NY to Columbia, MD |
| WR Grace | S. Jones | 2/12/2004 | 20 | 4.3 | Non-Working Travel Time: Travel (Amtrak) from Columbia, MD to New York, NY |
| WR Grace | G. Boyer | 2/12/2004 | 20 | 3.5 | Non-Working Travel Time: Travel (Amtrak) from New York, NY to Columbia, MD |
| WR Grace | G. Boyer | 2/12/2004 | 20 | 4.3 | Non-Working Travel Time: Travel (Amtrak) from Columbia, MD to New York, NY |
| WR Grace | S. Jones | 2/12/2004 | 26 | 6.8 | Attend meeting at Grace Hqtrs re: 2003 Operating Plan |
| WR Grace | G. Boyer | 2/12/2004 | 26 | 0.8 | Preparation for meeting with Grace management |
| WR Grace | G. Boyer | 2/12/2004 | 26 | 6.8 | Attend meeting at Grace Hqtrs re: 2003 Operating Plan |
| WR Grace | G. Boyer | 2/13/2004 | 26 | 2.5 | Review Grace historical performance and 2003 projections in preparation for meeting with Management |
| WR Grace | S. Jones | 2/17/2004 | 27 | 1.1 | Receive and review additional financial/operational results from Grace |
| WR Grace | G. Boyer | 2/17/2004 | 27 | 1.5 | Receive and review additional financial/operational results from Grace |
| WR Grace | S. Jones | 2/19/2004 | 7 | 0.7 | Committee Conference Call |
| WR Grace | G. Boyer | 2/19/2004 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 2/20/2004 | 11 | 0.5 | Fee Application—Conversations and emails with SW re: filing and hearing dates |
| WR Grace | S. Jones | 2/26/2004 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 2/26/2004 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 2/26/2004 | 27 | 6.4 | Receive and review revised financial performance schedules from Grace; draft committee presentation |
| WR Grace | G. Boyer | 2/26/2004 | 27 | 1.0 | Receive and review revised financial performance schedules from Grace; draft committee presentation |
| WR Grace | S. Jones | 3/1/2004 | 27 | 4.0 | Draft committee report re: Grace 2003 operating results and 2004 plan |
| WR Grace | G. Boyer | 3/2/2004 | 27 | 3.0 | Receive and review Grace LTIP motion and request additional information from PZ |
| WR Grace | S. Jones | 3/4/2004 | 27 | 2.3 | Prepare outline for report on Grace's 2003 operations; discuss same with GB |
| WR Grace | G. Boyer | 3/4/2004 | 27 | 0.5 | Discuss outline for report on Grace's 2003 operations with SJ |
| WR Grace | S. Jones | 3/5/2004 | 24 | 0.6 | Receive and review draft of Company's LTIP motion |
| WR Grace | G. Boyer | 3/5/2004 | 24 | 0.5 | Receive and review draft of Company's LTIP motion |
| WR Grace | S. Jones | 3/5/2004 | 27 | 1.1 | Discuss report on Grace's 2003 operations with GB; prepare financial schedules to be completed by Company |
| WR Grace | G. Boyer | 3/5/2004 | 27 | 0.2 | Discuss report on Grace's 2003 operations with SJ |
| WR Grace | S. Jones | 3/8/2004 | 27 | 3.0 | Draft committee report re: Grace 2003 operating results and 2004 plan |
| WR Grace | G. Boyer | 3/10/2004 | 27 | 1.0 | Review additional information re: LTIP plan |
| WR Grace | S. Jones | 3/11/2004 | 24 | 0.5 | Receive and review additional LTIP information sent by PZ; compare new information against prior LTIP motions |
| WR Grace | G. Boyer | 3/11/2004 | 24 | 0.6 | Receive and review additional LTIP information sent by PZ; compare new information against prior LTIP motions |
| WR Grace | S. Jones | 3/12/2004 | 27 | 1.2 | Prepare financial schedules to be completed by Company; forward same to GB for review and discuss his comments; forward same to Grace |
| WR Grace | G. Boyer | 3/12/2004 | 27 | 0.4 | Review financial schedules to be completed by Company; discuss comments with SJ |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of January 1, 2004 through March 31, 2004

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 3/15/2004 | 27 | 5.1 | Draft committee report re: Grace 2003 operating results and 2004 plan |
| WR Grace | S. Jones | 3/16/2004 | 27 | 0.1 | Discuss draft of committee report with GB |
| WR Grace | G. Boyer | 3/16/2004 | 27 | 0.1 | Discuss draft of committee report with SJ |
| WR Grace | S. Jones | 3/17/2004 | 26 | 0.2 | Call with FG to discuss availability of information for financial schedules to be included in Committee Report |
| WR Grace | S. Jones | 3/18/2004 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 3/18/2004 | 26 | 0.4 | Grace conference call to discuss amended 2003 results |
| WR Grace | S. Jones | 3/22/2004 | 27 | 6.0 | Draft committee report re: Grace 2003 operating results and 2004 plan |
| WR Grace | S. Jones | 3/23/2004 | 27 | 4.2 | Perform comparable company valuation analysis for Committee Report |
| WR Grace | S. Jones | 3/23/2004 | 27 | 0.3 | Receive and review correspondence from FG re: Grace financial information |
| WR Grace | S. Jones | 3/24/2004 | 27 | 3.0 | Perform comparable company valuation analysis for Committee Report |
| WR Grace | S. Jones | 3/25/2004 | 7 | 0.4 | Committee Conference Call |
| WR Grace | G. Boyer | 3/25/2004 | 7 | 0.4 | Committee Conference Call |
| WR Grace | S. Jones | 3/25/2004 | 27 | 4.0 | Perform comparable company valuation analysis for Committee Report |
| WR Grace | S. Jones | 3/25/2004 | 27 | 0.3 | Receive and review correspondence from Grace re: requested financial data |
| WR Grace | S. Jones | 3/29/2004 | 27 | 1.6 | Draft committee report re: Grace 2003 operating results and 2004 plan |
| WR Grace | S. Jones | 3/31/2004 | 11 | 1.0 | Compile time detail and expense information for 11th and 12th Interim fee applications |

Per Hour   255.0

| | LEGEND |
|---|---|
| AD | Allyn Danzeisen, Associate--Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| DB | David Blechman, Associate--Blackstone |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| FG | Francine Gilbert, Grace |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| LC | Lisa Coggins, Associate -- Ferry, Joseph & Pearce PA |
| MG | Michael Gries, Member -- CDG |
| MP | Mark Peterson, PI Asbestos Expert--Hamilton Rabinovitz |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry, Joseph & Pearce PA |
| TT | Ted Taconelli, Partner -- Ferry & Joseph PA |
| WHS | Warren Smith Associates, fee examiner |