IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JULY 19, 2004 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**UNCONTESTED MATTERS**

1. Debtors' Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for the Entry or an Order Authorizing the Debtors to Advance Funds to a Non-Debtor Subsidiary to Acquire Alltech International Holdings, Inc. and its Subsidiaries (Docket No. 5809)

    Related Documents:

    a. [Proposed] Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for the Entry or an Order Authorizing the Debtors to Advance Funds to a Non-Debtor Subsidiary to Acquire Alltech International Holdings, Inc. and its Subsidiaries (Docket No. 5809)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

        b.        Certification of No Objection Regarding Docket No. 5809 (Docket No. 5925)

Response Deadline: July 2, 2004 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.

2.      Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §365 Authorizing the Debtors' to Assign a Lease and Sublease for Real Property (Docket No. 5810)

Related Documents:

        a.        [Proposed] Order Pursuant to 11 U.S.C. §365 Authorizing Debtors to Assigning Leases for Real Property (Docket No. 5810)

        b.        Certification of No Objection Regarding Docket No. 5810 (Docket No. 5926)

Response Deadline: July 2, 2004 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.

3.      Motion for Entry of an Order Modifying the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(D) (Docket No. 5653)

Related Documents:

        a.        [Proposed] Agreed Order Modifying the Automatic Stay (Docket No. 5653)

Response Deadline: July 2, 2004 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: The Debtors' expect this matter will be resolved pursuant to a consensual order that the parties are finalizing.

**CONTESTED MATTERS**

4. Debtors' Motion Pursuant to Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolution Program to Liquidate Certain Prepetition Claims (Docket No. 5808)

    Related Documents:

    a. [Proposed] Order Pursuant to 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolution Program to Liquidate Certain Prepetition Claims (Docket No. 5808)

    Response Deadline: July 2, 2004 at 4:00 p.m.

    Responses Received:

    a. Internal Revenue Service's Objection to Debtors' Motion Pursuant to Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolutions Program to Liquidate Certain Prepetition Claims (Docket No. 5899)

    b. Objection of Oldcastle APG Northeast, Inc., D/B/A Foster-Southeastern to Debtors' Motion to Establish an Alternative Dispute Resolution Program to Liquidate Certain Claims (Docket No. 5922)

    Status: The parties have agreed to continue this matter until August 23, 2004 at 12:00 p.m.

**OMNIBUS CLAIM OBJECTIONS**

5. Debtors' Third Omnibus Objection to Claims (Non-Substantive) (Docket No. 5450)

    Related Documents:

    a. Declaration of David B. Siegel in Support of Debtors' Third Omnibus Objection to Claims (Non-Substantive) (Docket No. 5450)

    Response Deadline: May 14, 2004 at 4:00 p.m.

Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

Status: The status of each claim is indicated in the charts attached as <u>Exhibit A</u>.

6.   Debtors' Fourth Omnibus Objection to Claims (Substantive) (Docket No. 5525)

   Related Documents:

   a.   Declaration of David B. Siegel in Support of Debtors' Fourth Omnibus Objection to Claims (Substantive) (Docket No. 5525)

   Response Deadline: June 4, 2004 at 4:00 p.m.

   Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit B.

   Status: The status of each claim is indicated in the charts attached as <u>Exhibit B</u>.

7.   Debtors' Fifth Omnibus Objection to Claims (Substantive) (Docket No. 5527)

   Related Documents:

   a.   Declaration of David B. Siegel in Support of Debtors' Fifth Omnibus Objection to Claims (Substantive) (Docket No. 5527)

   Response Deadline: June 4, 2004 at 4:00 p.m.

   Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit C.

Status: The status of each claim is indicated in the charts attached as Exhibit C.

Dated: July 12, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession