# Exhibit A

# W. R. Grace
## Status Schedule for the Debtors' Third Omnibus Objection to Claims

| Creditor | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|
| Mitchell, Ronald | 4993 | $40,032.00 | U | No Supporting Documentation | Expunge | Continued to July 19, 2004 Omnibus Hearing for status. |
| Nelson, Dennis | 15365 | $250,000,000.00 | U | Late Filed | Expunge | Hearing set for July 19, 2004 - going forward. |
| Nelson, Dennis | 15367 | $250,000,000.00 | U | Late Filed | Expunge | Hearing set for July 19, 2004 - going forward. |
| Orange County Treasurer, Tax Collector | 15314 | $26,918.96 | P | Duplicate; Late Filed | Expunge | Continued to July 19, 2004 Omnibus Hearing for status. |
| Orange County Treasurer, Tax Collector | 15314 | $15,083.57 | U | Duplicate; Late Filed | Expunge | Continued to July 19, 2004 Omnibus Hearing for status. |
| Orange County Treasurer, Tax Collector | 15317 | $27,053.18 | U | Late Filed | Expunge | Continued to July 19, 2004 Omnibus Hearing for status. |
| Orange County Treasurer, Tax Collector | 15318 | $27,053.18 | U | Late Filed | Expunge | Continued to July 19, 2004 Omnibus Hearing for status. |
| Orange County Treasurer, Tax Collector | 15318 | $27,053.18 | U | Duplicate, Late Filed | Expunge | Continued to July 19, 2004 Omnibus Hearing for status. |
| International Paper Arizona Chemical | 349 | $208,595.34 | U | Duplicate | Expunge | Continued to July 19, 2004 Omnibus Hearing for status. |
| Tape Rental Library Inc. | 1350 | $1,825.07 | U | No Supporting Documentation | Expunge | Continued to July 19, 2004 Omnibus Hearing for status. |

# Exhibit B

# W. R. Grace
## Responses Received to Debtors' Fourth Omnibus Objection to Claims

| Creditor-Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Gulf Pacific America, Inc. | None | 1756 | $207,937.00 | U | Reduce and Allow | Reduce and Allow claim in the amount of $134,772.00 | Continue to August 23, 2004 Omnibus Hearing |
| City of El Paso | 5647 | 63 | $721.05 | S | Reclassify, Reduce and Allow | Reduce claim to the amount of $245.32 and reclassify as Secured | Continue to August 23, 2004 Omnibus Hearing |
| Spaulding & Sly Construction LP | 5701, 5718 | 203 | $1,403,017.00 | U | Reduce and Allow | Reduce claim to the amount of $549,159.00 | Continue to August 23, 2004 Omnibus Hearing |
| ExxonMobile Chemical Company | 5691 | 869 | $71,547.45 | U | Reduce and Allow | Reduce claim to the amount of $63,059.42 | Continue to July 19 Omnibus Hearing |

# W. R. Grace
## Responses Received to Debtors' Fourth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Xerox Company | None | 711 | $16,322.61 | S | Reclassify, Reduce and Allow | Reduce claim to the amount of $4961.52 and reclassify as Unsecured | Claimant failed to file response. Claim will be allowed as Unsecured Claim for $4961.52. |
| Nstar Gas | 5714 | 196 | $14,773.55 | U | Reduce and Allow | Reduce claim to the amount of $7132.59 | Continue to August 23, 2004 Omnibus Hearing |
| Don's Diesel Services, Inc. | None | 2399 | $1,943.98 | U | Reduce and Allow | Reduce claim to the amount of $1577.41 | Continue to August 23, 2004 Omnibus Hearing |
| Greenville County Tax Collector | None | 2177 | $42,191.16 | S | Reclassify, Reduce and Allow | Reduce amount to $14123.61 and reclassify as Unsecured | Debtors will withdraw objection to claim #2177 without prejudice. |
| Katten Muchin Zavis Rosenman | None | 15176 | $56,292.87 | U | Reduce and Allow | Reduce amount to $1153.13 | Reply to be filed by August 6, 2004; Continue to August 23, 2004 Omnibus Hearing |

# Exhibit C

**W. R. Grace**

**Responses Received to Debtors' Fifth Omnibus Objection to Claims**

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Gulf Pacific America, Inc. | None | 1755 | $207,937.00 | U | Cross-Debtor Duplicate | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| Pearson, Peter P. | 5637 | 2281 | $741,600.00 | U | No Liability | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| Rocco & Zweifach | None | 1205 | $19,454.00 | U | No Liability | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| Weatherford International Inc. | None | 1694 | $351,758.00 | A | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |

**W. R. Grace**

**Responses Received to Debtors' Fifth Omnibus Objection to Claims**

| Creditor/ Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Weatherford International Inc. | None | 1695 | $351,758.00 | A | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| Weatherford International Inc. | None | 1719 | $351,758.00 | A | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| Weatherford International Inc. | None | 1720 | $351,758.00 | A | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| City of Cambridge, Massachusetts | None | 4720 | $14,829,000.00 | U | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |

**W. R. Grace**
**Responses Received to Debtors' Fifth Omnibus Objection to Claims**

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| City of Cambridge, Massachusetts | None | 4722 | $14,829,000.00 | U | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| Massachusetts Bay Transportation Authority | None | 9693 | Unliquidated | U | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| Perini Corporation | None | 4704 | Unliquidated | U | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| DAP Products, Inc. | None | 12990 | $429,798.91 | U | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| Dillingham-Manson Joint Venture | 5841 | 14050 | Unliquidated | A | No Liability; Unliquidated | Expunge | Continue to August 23, 2004 Omnibus Hearing |

W. R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor/Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| State of Ohio Environmental Protection Agency | 5692 | 9557 | Unliquidated | U | No Liability; Unliquidated | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| Marshalls of MA, Inc. | 5703 | 13233 | Unliquidated | A | No Liability; Unliquidated | Expunge | Debtors will withdraw objection to Claim No. 5703 without prejudice. |
| U.S. Bureau of Customs and Border Protection | 5707 | 8742 | Unliquidated | P, U | No Liability; Unliquidated | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| CHL Administration, Inc. | 5708 (through 5713) | 851 | Unliquidated | U | No Liability; Unliquidated | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| Archer, David | 5795 | 602 | $1,541,849.60 | U | No Liability | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| Archer, Michelle | 5796 | 604 | $1,910,100.00 | U | No Liability | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| New England Construction Company | 5716 | 14396 | $127,327.42 | U | No Liability | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| AKZO Nobel Polymer Chemicals LLC | None | 17 | $30,086.70 | U | Other (Individual Claim Objection) | Expunge | Continue to July 19, 2004 Omnibus Hearing |
| Bui, Kent | None | 1570 | Blank | U | No Liability, Unliquidated | Expunge | Continue to July 19, 2004 Omnibus Hearing |

**W. R. Grace**

**Responses Received to Debtors' Fifth Omnibus Objection to Claims**

| Creditor/Filing/Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| North Carolina Department of Environmental & Natural Resources | None | 13298 | $1,966,000.00 | U | No Liability | Expunge | Response to be filed by July 14, 2004; Continue to August 23, 2004 Omnibus Hearing. |