# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of Court

824 Market Street
Wilmington, DE 19801
(302) 252-2900

Date: July 12, 2004

To:    Clerk of Court
U.S. District Court
District of Delaware
Wilmington De 19801

Re    W.R. Grace Co., et al
Case 01-1139 bk

04 - 844

04 - 845

04 - 846

Enclosed you will find Notice of Appeal 04-58 docket #5705, 04-63 docket #5775, 04-64 docket #5793. Certified Copy of the Docket Starting with the Motion #5460. Kindly acknowledge receipt of this document.

Sincerely,

*Betsy Magnuson*
Deputy Clerk

Please fill out the information below and return to Betsy Magnuson, Bankruptcy Court.

I hereby acknowledge receipt of the above transferred record this ___ day of _____ 2003.

By: *Monica Mooney*
Deputy Clerk

_____ Supervisor

**Laura Davis Jones**
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19899-8705

**Enclosed Items:**

Notice of Appeal #04-58, (Docket #5705) Appeal #04-63 (Docket #5775 ), Appeal #04-64 (Docket #) Certified Copy's of Appeal, and Certified Copy of Order # 5645 dated 5/24/04,

**Certified Copy of Docket starting with the Motion #5460**

**Appellant: Designation of Record**

**Appellee's Designation of Record**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re:   Federal Insurance Co

        Debtor

---

| | |
|---|---|
| Federal Insurance Co  ) | |
|     appellant  ) | |
| v.  ) | Civil Action No. 04 - 844 UNA |
| W.R. Grace & Co etal  ) | |
|     appellee  ) | Bankruptcy Case  01 - 1139 |

### Notice of Docketing

A Notice of Appeal of the following order of the Bankruptcy Court on 5/24/04 was docketed in the District Court on **July 12, 2004**.

    Order Granting Application of Debtors for Appointment of a Legal Representative for Future Asbestos Claimaints

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                        Peter T. Dalleo
                        Clerk of the Court

                        BY: _[signature]_
                              Deputy Clerk

Date: 07/12/04

To: Bankruptcy Court
    David W. Carickhoff, Esq.
    Frank J. Perch, Trustee
    Shelley A. Kinsella, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re:   W.R. Grace & Co etal

       Debtor

---

| | |
|---|---|
| Royal Indemnity Co. <br><br>     appellant <br><br> v. <br><br> W.R. Grace & Co etal <br><br>     appellee | Civil Action No. 04 - 845 UNA <br><br> Bankruptcy Case 01 - 1139 |

### Notice of Docketing

A Notice of Appeal of the following order of the Bankruptcy Court on **5/24/04** was docketed in the District Court on **July 12, 2004.**

Order Granting Application of Debtors for the Appointment of a Legal Representative for Future Asbestos Claimants

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                          Peter T. Dalleo
                                          Clerk of the Court

                                       BY: _____
                                                  Deputy Clerk

Date: 07/12/04

To: Bankruptcy Court
    Ian Connor Bifferato, Esq.
    David W. Carickhoff, Esq.
    Frank J. Perch, Trustee

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re:   W.R. Grace & Co etal

         Debtor

| | |
|---|---|
| Asbestos Property<br><br>      et al.<br>      appellant<br><br>v.<br><br>W.R. Grace & Co etal<br><br>      appellee | Civil Action No. 04 - 846 UNA<br><br>Bankruptcy Case   01 - 1139 |

### Notice of Docketing

A Notice of Appeal of the following order of the Bankruptcy Court on 5/24/04 was docketed in the District Court on July 12, 2004.

   Order Granting Application of Debtors for the Appointment of a Legal Representative for Future Asbestos Claims

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                       Peter T. Dalleo
                                       Clerk of the Court

                                   BY: _____
                                              Deputy Clerk

Date: 07/12/04

To: Bankruptcy Court
    Theodore J. Tacconelli, Esq.
    David W. Carickhoff, Esq.
    Frank J. Perch, Trustee