UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
WILMINGTON

In re.                                                    ) Chapter 11
                                                          )
WR Grace & Co                                             )
                                                          ) CASE NO. 01-1139
          Debtor.                                         )
                                                          ) NOTICE OF CHANGE OF ADDRESS
                                                          )
_____                   )

**PLEASE TAKE NOTICE** that Debt Acquisition Company of America V, LLC, formerly located at 2120 West Washington Street, San Diego, California 92110, has the following change of address:

1565 Hotel Circle South, #310
San Diego, California 92108
Telephone (619) 220-8900
Facsimile (619) 220-8112
questions@daca4.com
www.daca4.com

**PLEASE TAKE FURTHER NOTICE** that Debt Acquisition requests, that all future notices given or required to be given and all papers hereinafter served or required to be served in this case be given to and served upon Debt Acquisition at its new address as set forth above.

Debt Acquisition Company of America V, LLC

By: _____ 7/9/04
Name: Sylvia C. Serrano
1565 Hotel Circle South, #310
San Diego, California 92108
619-220-8900