# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: August 9, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## THIRTY-SECOND MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/325878

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 9, 2004

Bill Number 69485
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through May 31, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/03/04 | MTM | Receipt and review of email from in-house counsel re: Canadian expanding plants (.2). Receipt and review of 40 blank affidavits for my signature from O.M. Scott (.2); compare to my January 2004 affidavit (.4); telephone call to Reed Smith counsel re: differences in affidavits (.2); telephone call from Reed Smith counsel re: affidavit and scheduling of document production in Boston to O.M. Scott (.3). Continue review of depositions re: particular product (2.2). | 3.50 Hrs | $665.00 |
| 05/04/04 | RAM | Conference with PM and fax term sheet for Winthrop Square lease extension to in-house counsel. | 0.10 Hrs | $22.00 |
| 05/04/04 | MTM | Work on affidavits for O.M. Scott (.2); letter to in-house counsel re: deposition excerpts re: references to particular products at shipyards (.7). | 0.90 Hrs | $171.00 |
| 05/05/04 | RAM | Read email re: production of documents to O.M. Scott's attorneys; conference with MTM re: same (.2). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.30 Hrs | $66.00 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/05/04 | MTM | Telephone call from in-house counsel re: documents concerning Vermiculite of Japan (.2); conference with DBM re: same (.1). Work on O.M. Scott affidavits (.3). | 0.60 Hrs | $114.00 |
| 05/05/04 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court for RAM (.2). | 0.30 Hrs | $25.50 |
| 05/06/04 | RAM | Telephone conference with in-house counsel re: Winthrop Square renewal terms; o.k. | 0.10 Hrs | $22.00 |
| 05/06/04 | MTM | Locate Sales Outside U.S. boxes at Winthrop Square re: request from in-house counsel at Grace to review same re: sales to Japan. | 0.30 Hrs | $57.00 |
| 05/11/04 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $110.00 |
| 05/13/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Conference with MTM and PM re: Winthrop Square lease renewal and relocation of documents within the repository (.4). | 0.50 Hrs | $110.00 |
| 05/13/04 | MTM | Conference with RAM and PM re: move of repository next week. | 0.70 Hrs | $133.00 |
| 05/14/04 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $22.00 |
| 05/17/04 | RAM | Telephone call from and telephone conference with MTM re: in-house counsel's question re: microfiche machines. | 0.10 Hrs | $22.00 |
| 05/18/04 | MTM | Receipt and review of email from in-house counsel at Grace re: review of sales outside U.S. boxes for sales to Japan (.1); telephone call to ARA re: same and respond to email from in-house counsel (.1). | 0.20 Hrs | $38.00 |
| 05/18/04 | ARA | Telephone call from MTM re: reviewing sales outside U.S. documents. | 0.10 Hrs | $8.50 |
| 05/20/04 | ARA | Review sales outside U.S. documents per in-house counsel's request for sales in Japan. | 1.60 Hrs | $136.00 |
| 05/21/04 | ARA | Review sales outside U.S. documents for sales in Japan, per in-house counsel's request. | 6.60 Hrs | $561.00 |
| 05/24/04 | ARA | Review sales outside U.S. documents for sales in Japan, per in-house counsel's request. | 5.70 Hrs | $484.50 |
| 05/25/04 | MTM | Telephone call from ARA re: Winthrop Square move and where to place certain categories of documents in repository. | 0.20 Hrs | $38.00 |
| 05/25/04 | ARA | Review sales outside U.S. documents for sales in Japan re: in-house counsel's request (5.4). Telephone call to MTM re: relocation of documents (.2). | 5.60 Hrs | $476.00 |
| 05/26/04 | MTM | Review Winthrop Square (old and new space) re: move at end of week. | 2.40 Hrs | $456.00 |

Page 2

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/26/04 | ARA | Review and redact sales outside U.S. documents for sales to Japan re: in-house counsel's request (.5). Meeting with MTM re: repository move (.8); prepare floor plan for relocating documents (6.8). | 8.10 Hrs | $688.50 |
| 05/27/04 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $44.00 |
| 05/27/04 | ARA | Work on preparing documents for relocation to different area at Winthrop Square; label boxes; answer questions of movers; correct floor plan. | 9.00 Hrs | $765.00 |
| 05/28/04 | MTM | Telephone call from in-house counsel re: review of sales outside U.S. boxes (.1); telephone call to ARA re: same (.1). | 0.20 Hrs | $38.00 |
| 05/28/04 | ARA | Work on preparing documents for relocation to different area at Winthrop Square; label boxes; answer questions of movers; correct floor plan. | 6.00 Hrs | $510.00 |
|  |  | TOTAL LEGAL SERVICES |  | $5,783.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.90 Hrs | 220/hr | $418.00 |
| MATTHEW T. MURPHY | 9.00 Hrs | 190/hr | $1,710.00 |
| ANGELA R. ANDERSON | 42.70 Hrs | 85/hr | $3,629.50 |
| MARCI E. VANDERHEIDE | 0.30 Hrs | 85/hr | $25.50 |
| | 53.90 Hrs | | $5,783.00 |

TOTAL THIS BILL     $5,783.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 9, 2004

Bill Number 69486
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through May 31, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/05/04 | RAM | Telephone conference with in-house counsel re: March fee application; OK to file (.1). Finalize fee application and send it to Delaware counsel to file (.1). | 0.20 Hrs | $44.00 |
| 05/14/04 | RAM | Work on quarterly fee application. | 0.30 Hrs | $66.00 |
| 05/26/04 | RAM | Work on April fee application. | 0.80 Hrs | $176.00 |
| 05/27/04 | RAM | Work on April fee application. | 1.70 Hrs | $374.00 |
| 05/28/04 | RAM | Work on April fee application. | 0.20 Hrs | $44.00 |
| | | | TOTAL LEGAL SERVICES | $704.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.20 Hrs | 220/hr | $704.00 |
| | 3.20 Hrs | | $704.00 |

Page 1

David B. Siegel

TOTAL THIS BILL      $704.00

**EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 9, 2004

Bill Number 69487
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through May 31, 2004

| | |
|---|---|
| EXCESS POSTAGE | $3.04 |

**FEDERAL EXPRESS**

| | | |
|---|---|---|
| 05/19/04 | FEDERAL EXPRESS - To in-house counsel from MTM on 5/5/04. | 7.04 |
| 05/19/04 | FEDERAL EXPRESS - To Douglas R. Matthews, Esq. from MTM on 5/7/04. | 34.40 |
| | | $41.44 |

**UPS DELIVERY SERVICE**

| | | |
|---|---|---|
| 05/04/04 | ROBERT A MURPHY - shipment of O.M. Scott documents to office from RAM in FLA | 28.45 |
| | | $28.45 |

**TELEPHONE**

| | | | |
|---|---|---|---|
| 05/03/04 | 329 | 4122884048 | 0.55 |
| 05/04/04 | 357 | 5613621583 | 1.10 |
| 05/04/04 | 329 | 2696959676 | 0.44 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through May 31, 2004

TELEPHONE

| Date | Code | Number | Amount |
|---|---|---|---:|
| 05/05/04 | 329 | 4122884048 | 1.10 |
| 05/07/04 | 329 | 4122884048 | 0.77 |
| 05/07/04 | 329 | 5613621533 | 0.44 |
| 05/10/04 | AT&T | 4804883615 | 3.98 |
| 05/10/04 | AT&T | 6174263501 | 4.78 |
| 05/10/04 | AT&T | 4122883131 | 7.15 |
| 05/10/04 | AT&T | 6174263501 | 7.62 |
| 05/13/04 | 329 | 5613621533 | 0.44 |
| 05/13/04 | 329 | 6145794832 | 0.77 |
| 05/13/04 | 329 | 4122884048 | 0.88 |
| 05/17/04 | AT&T | 6174263501 | 13.04 |

$43.06

RENT REIMBURSEMENT

| Date | Description | Amount |
|---|---|---:|
| 05/04/04 | BOSTON CAPITAL INSTI - Rent and utilities for document repository at One Winthrop Square - April 2004 | 12,575.88 |
| 05/28/04 | BOSTON CAPITAL INSTI - rent and utilities for document repository at One Winthrop Square - May 2004 | 13,427.96 |

$26,003.84

MISCELLANEOUS

| Date | Description | Amount |
|---|---|---:|
| 05/07/04 | RECORDKEEPER ARCHIVE - monthly storage fee (5/04) | 395.10 |

$395.10

TOTAL DISBURSEMENTS $26,514.93

TOTAL THIS BILL $26,514.93

Page 2

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 9, 2004

Bill Number 69488
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through May 31, 2004

### FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 05/19/04 | FEDERAL EXPRESS - To Scotta McFarland, Esq. from RAM on 5/7/04. | 12.57 | |
| | | | $12.57 |

### PHOTOCOPYING

| | | | |
|---|---|---|---|
| 05/14/04 | 105 copies. | 12.60 | |
| | | | $12.60 |
| | | TOTAL DISBURSEMENTS | $25.17 |
| | | TOTAL THIS BILL | $25.17 |

Page 1