## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,

                Debtors.

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

**Objection Deadline: August 2, 2004 @ 4:00 p.m.**
**Hearing Date: September 27, 2004 @ 12:00 p.m.**

## QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004

Name of Applicant:    *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:    *Official Committee of Equity Holders*

Date of Retention:    *As of July 18, 2001*

Period for which compensation
and reimbursement is sought:    *January 1, 2004 through and
                           including March 31, 2004*

Amount of Compensation sought as
actual, reasonable and necessary: *$31,674.50*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$1,451.43*

This is a(n):    _    monthly        **X**    interim application

**SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS &
FRANKEL - JANUARY 1, 2004 THROUGH MARCH 31, 2004**

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 2/27/04 5178 | $8,979.00 | $436.47 | 3/19/04 5316 | $7,183.20 | $436.47 | $9,415.47 |
| 5/5/04 5521 | $8,888.00 | $545.85 | 5/28/04 5655 | $7,110.40 | $545.85 | $9,433.85 |
| 5/28/04 5665 | $13,807.50 | $469.11 | 6/17/04 5830 | $-0- | $-0- | $14,276.61 |
| **Total** | **$31,674.50** | **$1,451.43** | | **$14,293.60** | **$982.32** | **$33,125.93** |

Currently Unpaid:    Fees      $ 17,380.90
                        Expenses  $   469.11

                        TOTAL     $ 17,850.01

KL2:2271453.1

**SUMMARY OF OUTSTANDING FEES OWED TO KRAMER LEVIN NAFTALIS & FRANKEL - JANUARY 1, 2004 - MARCH 31, 2003**

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved[1] | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $73,418.50 $5,356.96 | $73,418.50 $5,356.96 | $73,418.50 $5,356.96 | $-0- |
| July 1, 2002 - September 30, 2002 | $87,266.50 $10,070.69 | $86,576.50 $9,737.19 | $86,576.50 9,737.19 | $-0- |
| October 1, 2002 - December 31, 2002 | $70,445.00 $3,575.61 | $70,445.00 $3,575.61 | $70,445.00 $3,575.61 | $-0- |
| January 1, 2003 - March 31, 2003 | $51,487.00 $1,619.93 | $51,487.00 $1,619.93 | $51,487.00 $1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $27,447.00 $1,839.08 | $27,447.00 $1,839.08 | $27,447.00 $1,839.08 | $-0- |
| July 1, 2003 - September 31, 2003 | $34,092.00 $497.86 | $34,092.00 $497.86 | $34,092.00 $497.86 | $-0- |
| October 1, 2003 - December 31, 2003 | $45,266.00 $2,046.18 | $45,266.00 $2,046.18 | $45,266.00 $2,046.18 | $-0- |
| **TOTAL** | **$389,422.00 $24,672.81** | **$388,732.00 $24,672.81** | **$388,732.00 $24,672.81** | **$0.00** |

Currently Unpaid:    Fees:        $    0.00
                     Expenses     $    0.00

                     TOTAL        $    0.00

**SUMMARY OF TIME FOR BILLING PERIOD**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 565.00 | 13.40 | $7,571.00 |
| Becker, Gary | 495.00 | 26.30 | $13,018.50 |
| Becker, Gary | 247.50 | 5.00 | $1,237.50 |
| Klein, David | 390.00 | 15.20 | $5,928.00 |
| Mangual, Kathleen | 195.00 | 20.10 | $3,919.50 |
| **Total** | | **80.00** | **$31,674.50** |

---

[1] July 1-September 30, 2002 Fees and Expenses Order Granted on March 12, 2003 (Docket No. 3511); October 1-December 31, 2002 Order Granted on July 28, 2003 (Docket No. 4157); January 1-March 31, 2003 Order Granted on September 22, 2003 (Docket No. 4480); April 1-June 30, 2003 Order Granted on December 15, 2003 (Docket No. 4827); July 1-September 2003 Order granted on April 26, 2004 (Docket No. 5482).

KL2:2271453.1

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 01/1/04 through 03/31/04 | Total Fees for the Period 01/1/04 through 03/31/04 |
|---|---|---|
| Bankruptcy Motions | 6.80 | $3,534.00 |
| Case Administration | 28.90 | $9,265.50 |
| Claims Analysis Objection | 4.80 | $2,586.00 |
| Creditor Committee | 16.70 | $8,469.50 |
| Fee Applications, Applicant | 10.60 | $2,787.00 |
| Fraudulent Conveyance Adv. Proc. | 3.20 | $1,808.00 |
| Hearings | 2.50 | $1,237.50 |
| Employee Benefits/Pension | 1.50 | $749.50 |
| Travel/Non-Working | 5.00 | $1,237.50 |
| **Total** | **80.00** | **$31,674.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 01/1/04 through 03/31/04 |
|---|---|
| Photocopying | $280.95 |
| Lexis / Nexis On-Line Research | $26.61 |
| Messenger/ Courier | $46.43 |
| Corp. Doc. & Mat. | $497.50 |
| Cab Fares11 | $17.00 |
| Out-of-town Travel | $279.00 |
| Document Retrieval Fees | $303.94 |
| **Total** | **$1,454.43** |

KL2:2271453.1

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").  Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period January 1, 2004 through March 31, 2004, it be allowed the total amount of fees of $31,674.50 and disbursements $1,454.43, and that the Debtor be directed to pay all unpaid amounts as set forth above.

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____

Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: July 13, 2004

KL2:2271453.1

## SCHEDULE OF TIME CHARGES AND RATES
### FOR THE PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004

### *CASE ADMINISTRATION*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.80 | 565.00 | 1,017.00 |
| KLEIN, DAVID | CRED | 15.20 | 390.00 | 5,928.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 11.90 | 195.00 | 2,320.50 |
| | Subtotal | 28.90 | $ | 9,265.50 |

### *CREDITOR COMMITTEE*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.90 | 565.00 | 1,638.50 |
| BECKER, GARY M. | CRED | 13.80 | 495.00 | 6,831.00 |
| | Subtotal | 16.70 | $ | 8,469.50 |

### *BANKR. MOTIONS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.40 | 565.00 | 1,356.00 |
| BECKER, GARY M. | CRED | 4.40 | 495.00 | 2,178.00 |
| | Subtotal | 6.80 | $ | 3,534.00 |

### *FEE APPLICATIONS, APPLICANT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.40 | 495.00 | 1,188.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 8.20 | 195.00 | 1,599.00 |
| | Subtotal | 10.60 | $ | 2,787.00 |

### *CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 3.00 | 565.00 | 1,695.00 |
| BECKER, GARY M. | CRED | 1.80 | 495.00 | 891.00 |
| | Subtotal | 4.80 | $ | 2,586.00 |

KL4:2102496.1

## SCHEDULE OF TIME CHARGES AND RATES
### FOR THE PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004

### *FRAUDULENT CONVEYANCE ADV. PROCEEDING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 3.20 | 565.00 | 1,808.00 |
| | Subtotal | 3.20 | $ | 1,808.00 |

### *EMPLOYEE BENEFITS/PENSION*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 0.10 | 565.00 | 56.50 |
| BECKER, GARY M. | CRED | 1.40 | 495.00 | 693.00 |
| | Subtotal | 1.50 | $ | 749.50 |

### *HEARINGS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 2.50 | 495.00 | 1,237.50 |
| | Subtotal | 2.50 | $ | 1,237.50 |

### *TRAVEL\NON-WORKING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 5.00 | 247.50 | 1,237.50 |
| | Subtotal | 5.00 | $ | 1,237.50 |
| | Total | 80.00 | $ | 31,674.50 |

KL4 2102496.1

## SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | PARTNER | 13.40 | 565.00 | 7,571.00 |
| BECKER, GARY M. | SPEC COUNS | 26.30 | 495.00 | 13,018.50 |
| BECKER, GARY M. | SPEC COUNS | 5.00 | 247.50 | 1,237.50 |
| KLEIN, DAVID | ASSOCIATE | 15.20 | 390.00 | 5,928.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 20.10 | 195.00 | 3,919.50 |
| | Total | 80.00 | | $31,674.50 |

KL4:2102496.1

## SCHEDULE OF DISBURSEMENTS
### FOR THE PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004

| DISBURSEMENTS * | AMOUNT |
|---|---|
| PHOTOCOPYING | 280.95 |
| LEXIS / NEXIS ON -LINE RESEAR | 26.61 |
| MESSENGER/COURIER | 46.43 |
| CORP. DOC.& MAT. | 497.50 |
| CAB FARES | 17.00 |
| OUT-OF-TOWN TRAVEL | 279.00 |
| DOCUMENT RETRIEVAL FEES | 303.94 |
| Subtotal | $1,451.43 |

KL4:2102496.1

### SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
### FOR THE PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004
### IN ACCORDANCE WITH THE CASE MANAGEMENT ORDER

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 149.84 |
| Subtotal | $149.84 |

KL4:2102496.1