alp_132r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    21

Master No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status    : ACTIVE

| A L L   T I M E   S U M M A R Y | | | | | | |
|---|---|---|---|---|---|---|
| Employee Name | Hours | Amount | Bill | W/O / W/U | Transfer To | Clnt/Mtr    Carry Forward |
| BECKER, GARY M. | 2.40 | 1,188.00 | | | | |
| MANGUAL, KATHLEEN | 8.20 | 1,599.00 | | | | |
| Total: | 10.60 | 2,787.00 | | | | |

alp_112r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   22

| | |
|---|---|
| Matter No: 056772-00009 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT | Supv Prtnr : MAYER THOMAS MORRS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

Special Billing Instructions:

```
***************************************************************************************************
                                    PRE-BILLING SUMMARY REPORT
***************************************************************************************************
```

| | | | | TO: |
| |---|---|---|
| | | | TO: |

UNBILLED TIME FROM:
UNBILLED DISB FROM:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?  YES  OR  NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:          BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

```
***************************************************************************************************
                                         ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
***************************************************************************************************
```

| | | |
|---|---|---|
| FEES: | 136.50 | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 136.50 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: |

```
---------------------------------- BILLING HISTORY ----------------------------------
```

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 06/29/04 | LAST PAYMENT DATE: | 09/13/02 |
| LAST BILL NUMBER: | 391727 | FEES BILLED TO DATE: | 5,569.00 |
| LAST BILL THRU DATE: | 05/31/04 | FEES WRITTEN OFF TO DATE: | 150.00 |

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

```
(1) Exceeded Fixed Fee               (6) Summer Associate
(2) Late Time & Costs Posted         (7) Fixed Fee
(3) Pre-arranged Discount            (8) Premium
(4) Excessive Legal Time             (9) Rounding
(5) Business Development             (10) Client Arrangement
```

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____

alp_131r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

KRAMER LEVIN NAFTALIS & FRANKEL LLP

"PRIVILEGED AND CONFIDENTIAL"

PAGE    23

Matter No: 056772-00009
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975                Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status    ACTIVE

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 07/09/04 11:10:34)

| Bill Date Thru Date Bill# | ------- Billed ------- | | | ------ Applied ------ ---- Collections ---- | | Balance |
|---|---|---|---|---|---|---|
| | Fee & OA | Disbursement | From OA | Total | Date | Due |
| YEAR 2001 | 5,432.50 | 120.78 | | 5,553.28 | | |
| YEAR 2002 | .00 | .00 | | .00 | | |
| 06/29/04 05/31/04  3917727 | 136.50 | .00 | | .00 | | 136.50 |
| Total: | 5,569.00 | 120.78 | | 5,553.28 | | 136.50 |

alp.131r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  24

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976  Status    : ACTIVE
Matter Opened : 07/17/2001

Special Billing Instructions:

```
                                        PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:   01/05/2004                              TO:    03/31/2004
           UNBILLED DISB FROM:   02/12/2004                              TO:    03/01/2004

                                        FEES                                 COSTS

           GROSS BILLABLE AMOUNT:                    2,586.00                         546.01
           AMOUNT WRITTEN DOWN:
              PREMIUM:
           ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:                             03/31/2004

   CLOSE MATTER/FINAL BILLING?     YES    OR    NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:                         03/01/2004

           BILLING COMMENTS:

           BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                            ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

                    FEES:                     4,791.50     UNIDENTIFIED RECEIPTS:       0.00
           DISBURSEMENTS:                       158.76     PAID FEE RETAINER:           0.00
           FEE RETAINER:                          0.00     PAID DISB RETAINER:          0.00
           DISB RETAINER:                         0.00     TOTAL AVAILABLE FUNDS:       0.00
           TOTAL OUTSTANDING:                 4,950.26     TRUST BALANCE:

                                        BILLING HISTORY

           DATE OF LAST BILL:      06/29/04            LAST PAYMENT DATE:         07/02/04
           LAST BILL NUMBER:       391727             FEES BILLED TO DATE:     170,546.50
           LAST BILL THRU DATE:    05/31/04   FEES WRITTEN OFF TO DATE:         4,417.50
```

FOR ACCT'G USE ONLY:

           Write Down/Up Reason Codes:

           (1)  Exceeded Fixed Fee              (6)  Summer Associate
           (2)  Late Time & Costs Posted        (7)  Fixed Fee
           (3)  Pre-arranged Discount           (8)  Premium
           (4)  Excessive Legal Time            (9)  Rounding
           (5)  Business Development           (10)  Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: All Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    25

Run Date & Time: 07/09/2004 11:10:34

Matter No: 056772-00012                         Orig Prtnr : CRED. RGTS - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                         Status    : ACTIVE

**A L L   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | All Time Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 01/05/04 | 03/31/04 | 3.00 | 1,695.00 |
| 05292 | BECKER, GARY M. | CRED | 02/27/04 | 03/31/04 | 1.80 | 891.00 |
| | Total: | | | | 4.80 | 2,586.00 |

Sub-Total Hours :    3.00 Partners     1.80 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**A L L   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 03/01/04 | 03/01/04 | 21.90 |
| 0921 | LEXIS / NEXIS  ON  -LINE RESEAR | 03/01/04 | 03/01/04 | 26.61 |
| 0936 | CORP. DOC.& MAT. | 02/12/04 | 02/12/04 | 497.50 |
| | Total: | | | 546.01 |

Grand Total                                   3,132.01

**B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/09/04 11:10:34)**

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| | YEAR 2001 | | | | | | | |
| | YEAR 2002 | | | | | | | |
| 01/31/03 | 12/31/02 | 364671 | 44,026.00 | 5,710.65 | | 49,736.65 | | |
| | | | 78,495.90 | 6,087.88 | | 84,583.38 | | |
| 02/20/03 | 01/31/03 | 365684 | 1,025.00 | .00 | | 1,025.00 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 6,254.00 | 23.10 | | 6,277.10 | 10/23/03 | |
| 03/19/03 | 02/28/03 | 367178 | 6,230.00 | 2.70 | | 6,232.70 | 10/23/03 | |
| 04/29/03 | 03/31/03 | 369330 | 19,960.50 | .00 | | 19,960.50 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 2,181.50 | 14.00 | | 2,195.50 | 12/26/03 | |
| 06/17/03 | 05/31/03 | 371897 | 1,659.50 | .00 | | 1,659.50 | 12/26/03 | |
| 07/24/03 | 06/30/03 | 373811 | 2,845.50 | 1.79 | | 2,847.29 | 12/26/03 | |
| 08/31/03 | 07/31/03 | 375389 | 535.50 | 2.69 | | 538.19 | 05/10/04 | |
| 11/14/03 | 09/30/03 | 379590 | 1,627.50 | .00 | | 1,627.50 | 05/10/04 | |
| 11/30/03 | 10/31/03 | 380293 | 210.00 | .00 | | 210.00 | 07/02/04 | |
| 01/29/04 | 12/31/03 | 382765 | 582.00 | .00 | | 582.00 | 07/02/04 | |
| 02/25/04 | 01/31/04 | 384579 | 56.50 | .00 | | 56.50 | | 56.50 |
| 04/30/04 | 02/29/04 | 388529 | 247.50 | 497.50 | | 497.50 | 06/29/04 | 247.50 |
| 05/27/04 | 04/30/04 | 390208 | 2,282.00 | 48.51 | | .00 | | 2,330.51 |
| 06/29/04 | 05/31/04 | 391727 | 2,205.50 | 110.25 | | .00 | | 2,315.75 |
| | Total: | | 170,424.00 | 13,499.07 | | 177,972.81 | | 4,950.26 |

alp_132r: All Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 26

Run Date & Time: 07/09/2004 11:10:34

| | |
|---|---|
| Matter No: 056772-00012 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**A L L   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 01/05/04 | Discs GB re 2A1 | 0.10 | 56.50 | 5003896 | 02/03/04 |
| BECKER, GARY M. | 02/27/04 | Attention to Penn. Supreme Court decision and memo to Bentley and Mayer re same | 0.50 | 247.50 | 5040509 | 03/01/04 |
| BECKER, GARY M. | 03/01/04 | Research re recent court decision on asbestos | 0.30 | 148.50 | 5049887 | 03/04/04 |
| BENTLEY, PHILIP | 03/01/04 | Review memo and trade emails re asbestos issues | 0.30 | 169.50 | 5085175 | 04/01/04 |
| BENTLEY, PHILIP | 03/04/04 | Discs TW and GB re pending issues, trade emails re same, and prepare for committee conference call re same | 0.90 | 508.50 | 5085176 | 04/01/04 |
| BENTLEY, PHILIP | 03/22/04 | Conf GB re exclusivity hearing | 0.30 | 169.50 | 5086806 | 04/01/04 |
| BENTLEY, PHILIP | 03/30/04 | Discs Bernick, GB and voicemail re selection of futures representative | 0.30 | 169.50 | 5086805 | 04/01/04 |
| BECKER, GARY M. | 03/31/04 | research re proposed asbestos futures repp and conf with Bentley re same (1.0) | 1.00 | 495.00 | 5085755 | 04/01/04 |
| BENTLEY, PHILIP | 03/31/04 | Discs K. Pasquale, Wescher and GB, and trade emails re selection of futures representative | 1.10 | 621.50 | 5086804 | 04/01/04 |

Fee Total     4.80     2,586.00

**A L L   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No. | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| 0820 | BECKER, G M | 03/01/04 | 18.90 | 6464424 | 112132 | 03/05/04 |
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | BECKER, G M | 03/01/04 | 1.50 | 6464425 | 112132 | 03/05/04 |
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | BECKER, G M | 03/01/04 | 1.50 | 6464426 | 112132 | 03/05/04 |
| BECKER, GARY M. | | | | | | |

0820 PHOTOCOPYING Total :     21.90

| | | | | | | |
|---|---|---|---|---|---|---|
| LEXIS / NEXIS  ON -L | | | | | | |
| LEXIS / NEXIS  ON -L | 0921 | BECKER, G M | 03/01/04 | 26.61 | 6506931 | 113493 | 04/05/04 |
| LEXIS / NEXIS  ON -LINE RESEARCH | | | | | | |

0921 LEXIS / NEXIS ON -L Total :     26.61

| | | | | | | |
|---|---|---|---|---|---|---|
| CORP. DOC.& MAT. | | | | | | |
| MEALEY PUBLICATIONS | 0936 | PELLETIER, D | 02/12/04 | 497.50 | 6484359 | 112691 | 03/19/04 |
| CORP. DOC.& MAT. - VENDOR-MEALEY PUBLICATIONS | | | | | | |

0936 CORP. DOC.& MAT. Total :     497.50

alp_132r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    27

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status     : ACTIVE

A L L   C O S T S   D E T A I L

Description/Code                  Employee           Date        Amount       Index#  Batch No   Batch Date

Costs Total :                                                    546.01

alp_132r: All Charges Analysis

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE   28

Run Date & Time: 07/09/2004 11:10:34

Matter No: 056772-00012                                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status    : ACTIVE

| Employee Name | A L T   T I M E   S U M M A R Y   Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 3.00 | 1,695.00 | | | | | |
| BECKER, GARY M. | 1.80 | 891.00 | | | | | |
| Total: | 4.80 | 2,586.00 | | | | | |

| Code | Description | A L T   C O S T S   S U M M A R Y   Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 21.90 | | | | | |
| 0921 | LEXIS / NEXIS - ON-LINE R | 26.61 | | | | | |
| 0936 | CORP. DOC.& MAT. | 497.50 | | | | | |
| | Costs Total : | 546.01 | | | | | |

alp_133r: All Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 29

Run Date & Time: 07/09/2004 11:10:34

Matter No: 056772A-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status       : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    02/24/2004                TO:              03/08/2004
UNBILLED DISB FROM:                              TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,808.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?   YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | | |

DEDUCTED FROM PAID RETAINER:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

| | | | |
|---|---|---|---|
| FEES: | 1,808.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 1,808.00 | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 05/27/04 | LAST PAYMENT DATE: | 02/27/04 |
|---|---|---|---|
| LAST BILL NUMBER: | 392028 | FEES BILLED TO DATE: | 75,985.50 |
| LAST BILL THRU DATE: | 04/30/04 | FEES WRITTEN OFF TO DATE: | 1,600.00 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1)  Exceeded Fixed Fee          (6)  Summer Associate
(2)  Late Time & Costs Posted     (7)  Fixed Fee
(3)  Pre-arranged Discount        (8)  Premium
(4)  Excessive Legal Time         (9)  Rounding
(5)  Business Development         (10) Client Arrangement

BILL NUMBER: _____          DATE OF BILL: _____   Processed by: _____   FRC: _____          CRC: _____

alp_132r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

**KRAMER LEVIN NAFTALIS & FRANKEL, LLP**
*PRIVILEGED AND CONFIDENTIAL*

PAGE    30

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

**A L L   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | All Time | |
|---|---|---|---|---|---|---|
| | | | | | Hours | Amount |
| 02495 | BENTLEY, PHILIP | CRED | 02/24/04 | 03/08/04 | 3.20 | 1,808.00 |
| | **Total:** | | | | **3.20** | **1,808.00** |

Sub-Total Hours :    3.20 Partners    0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 07/09/04 11:10:34)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| | YEAR 2001 | | 2,212.50 | 389.75 | | 2,602.25 | | |
| | YEAR 2002 | | 66,342.00 | 550.91 | | 66,892.91 | | |
| 01/31/03 | 12/31/02 | 564671 | 2,601.00 | 83.50 | | 2,684.50 | 08/19/03 | |
| 02/20/03 | 01/31/03 | 565684 | 1,638.50 | .00 | | 1,638.50 | 10/23/03 | |
| 03/19/03 | 02/28/03 | 567178 | 672.00 | .00 | | 672.00 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 570445 | 100.50 | 926.30 | | 1,026.80 | 12/26/03 | |
| 06/17/03 | 05/31/03 | 571897 | 167.50 | .00 | | 167.50 | 12/26/03 | |
| 12/31/03 | 11/30/03 | 381784 | 443.50 | .00 | | 443.50 | 02/27/04 | |
| 04/30/04 | 02/29/04 | 388529 | 1,186.50 | .00 | | .00 | | 1,186.50 |
| 05/27/04 | 04/30/04 | 390208 | 621.50 | .00 | | .00 | | 621.50 |
| | **Total:** | | 75,985.50 | 1,950.46 | | 76,127.96 | | 1,808.00 |

a1p_132r: All Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 31

Run Date & Time: 07/09/2004 11:10:34

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status     : ACTIVE

**A L L    T I M E    D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 02/24/04 | Review draft pleading re proposed settlement and trade emails re same | 0.30 | 169.50 | 5044408 | 03/01/04 |
| BENTLEY, PHILIP | 02/26/04 | Review draft motion re proposed settlement | 0.70 | 395.50 | 5044409 | 03/01/04 |
| BENTLEY, PHILIP | 02/27/04 | Review draft motion re proposed settlement, and discs TW and GB re same | 1.10 | 621.50 | 5044407 | 03/01/04 |
| BENTLEY, PHILIP | 03/08/04 | Prepare memo to committee re sealed air issues | 1.10 | 621.50 | 5085177 | 04/01/04 |

Fee Total     3.20     1,808.00

Fee Total     3.20     1,808.00

rlp_132r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  32

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

**A L L   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/O / W/U | Transfer To | Clnt/Mtr | Carry Forward | Status |
|---|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 3.20 | 1,808.00 | | | | | | |
| **Total:** | **3.20** | **1,808.00** | | | | | | |

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 33

alp_132r: All Charges Analysis
Run Date & Time: 07/09/2004 11:10:34

| | | |
|---|---|---|
| Matter No: 056772-00017 | | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : EMPLOYEE BENEFITS/PENSION | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 09/06/2002 | | | Status : ACTIVE |

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: 03/29/2004 | TO: 03/31/2004 | |
| UNBILLED DISB FROM: | TO: | |

GROSS BILLABLE AMOUNT:    749.50    0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:    03/31/2004
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS    UNAPPLIED CASH

FEES:    749.50    UNIDENTIFIED RECEIPTS:    0.00
DISBURSEMENTS:    0.00    PAID FEE RETAINER:    0.00
FEE RETAINER:    0.00    PAID DISB RETAINER:    0.00
DISB RETAINER:    0.00    TOTAL AVAILABLE FUNDS:    0.00
TOTAL OUTSTANDING:    749.50    TRUST BALANCE:
                                  BILLING HISTORY

DATE OF LAST BILL:    05/27/04    LAST PAYMENT DATE:    04/29/03
LAST BILL NUMBER:    390208    FEES BILLED TO DATE:    2,059.50
LAST BILL THRU DATE:    04/30/04    FEES WRITTEN OFF TO DATE:    0.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (6) Summer Associate
(2) Late Time & Costs Posted  (7) Fixed Fee
(3) Pre-arranged Discount     (8) Premium
(4) Excessive Legal Time      (9) Rounding
(5) Business Development       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: All Charges Analysis

Run Date & Time: 07/09/2004 11:00:34

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
*"PRIVILEGED AND CONFIDENTIAL"*

PAGE  34

Matter No: 056772-00017
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : EMPLOYEE BENEFITS/PENSION
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

**A L L   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | ------- Oldest ------- | | -------- Latest -------- | All Time ------ | ------ |
|--------|---------------|-------|----------|--------|----------|-------|-------|
| | | | | | | Hours | Amount |
| 02495 | BENTLEY, PHILIP | CRED | 03/30/04 | | 03/30/04 | 0.10 | 56.50 |
| 05292 | BECKER, GARY M. | CRED | 03/29/04 | | 03/31/04 | 1.40 | 693.00 |
| | | Total: | | | | 1.50 | 749.50 |

Sub-Total Hours :   0.10 Partners      1.40 Counsels      0.00 Associates      0.00 Legal Assts      0.00 Others

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 07/09/04 11:00:34)

| Bill Date Thru Date Bill# | Fee & OA Billed | Disbursement | Applied From OA | ---- Collections ---- Total Date | Balance Due |
|---------------------------|-----------------|--------------|-----------------|----------------------------------|-------------|
| YEAR 2002 | 1,310.00 | .00 | .00 | 1,310.00 | .00 |
| 05/27/04 04/30/04 390208 | 749.50 | .00 | | | 749.50 |
| Total: | 2,059.50 | .00 | | 1,310.00 | 749.50 |

alp_132r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    35

Matter No: 056772-00017                                  Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                  Supv Prtnr : MAYER THOMAS MORS - 03976
Matter Opened : 09/06/2002                                                                      Status    : ACTIVE

ALL TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 03/29/04 | Review pleading re claim objection; review pleading re long term incentive program | 0.70 | 346.50 | 5080454 | 03/30/04 |
| BECKER, GARY M. | 03/30/04 | Conf Bentley re futures rep; long term incentive program and other case issues. | 0.40 | 198.00 | 5085753 | 04/01/04 |
| BENTLEY, PHILIP | 03/30/04 | Discs GB re debtor's motion to renew long-term incentive program | 0.10 | 56.50 | 5066807 | 04/01/04 |
| BECKER, GARY M. | 03/31/04 | Call debtors counsel re LTIP motion and conf. Bentley re same.(0.3) | 0.30 | 148.50 | 5085756 | 04/01/04 |

Fee Total                                                                                 0.90                  749.50

Fee Total                                                                                 1.50                  749.50

alp_132r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 36

Matter No: 056772-00017
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : EMPLOYEE BENEFITS/PENSION
Matter Opened : 07/06/2002

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status     : ACTIVE

**A L L   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/O. / W/u | Transfer  To | Clnt/Mtr | Carry Forward | Status |
|---|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.10 | 56.50 | | | | | | |
| BECKER, GARY M. | 1.40 | 693.00 | | | | | | |
| Total: | 1.50 | 749.50 | | | | | | |

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   37

alp_132r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

Matter No: 056772-00019                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                      Supp Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                       Status    : ACTIVE

**************************** PRE-BILLING SUMMARY REPORT ****************************

Special Billing Instructions:

UNBILLED TIME FROM:   03/22/2004                   TO:    03/22/2004
UNBILLED DISB FROM:                                TO:    03/22/2004

                                          FEES                          COSTS
                                        --------                       --------

GROSS BILLABLE AMOUNT:                   1,237.50                        0.00
AMOUNT WRITTEN DOWN:
                PREMIUM:
        ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
             THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:           BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:                   03/22/2004

                                          ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH
                                        -------------------------------           -----------------

            FEES:                       5,023.00      UNIDENTIFIED RECEIPTS:          0.00
    DISBURSEMENTS:                          0.00      PAID FEE RETAINER:              0.00
    FEE RETAINER:                           0.00      PAID DISB RETAINER:             0.00
    DISB RETAINER:                          0.00      TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:                      5,023.00      TRUST BALANCE:
                                                      BILLING HISTORY:
                                        ------------------------------------
DATE OF LAST BILL:        06/29/04        LAST PAYMENT DATE:         07/02/04
LAST BILL NUMBER:          391727         FEES BILLED TO DATE:      60,880.50
LAST BILL THRU DATE:     05/31/04      FEES WRITTEN OFF TO DATE:    5,087.68

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

            (1) Exceeded Fixed Fee           (6) Summer Associate
            (2) Late Time & Costs Posted     (7) Fixed Fee
            (3) Pre-arranged Discount        (8) Premium
            (4) Excessive Legal Time         (9) Rounding
            (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_112r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  38

Matter No: 056772-00013                                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                 Status       : ACTIVE

| A L L   T I M E   S U M M A R Y |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Emp Id Employee Name | Group | Oldest | Latest | All Time Hours | Amount |  |

| 05292  BECKER, GARY M. | CRED | 03/22/04 | 03/22/04 | 2.50 | 1,237.50 |
|---|---|---|---|---|---|

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Total: |  |  | 2.50 | 1,237.50 |

Sub-Total Hours :    0.00 Partners       2.50 Counsels       0.00 Associates       0.00 Legal Assts       0.00 Others

| B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/09/04 11:10:34) |  |  |  |  |  |
|---|---|---|---|---|---|
| Bill Date Thru Date Bill# | Fee & OA Billed | Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |

| YEAR 2002 |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 02/20/03 01/31/03  365684 | 45,704.82 | 58.14 |  | 45,762.96 | 10/23/03 |  |
| 07/24/03 06/30/03  373811 | 105.00 | .00 |  | 105.00 | 12/26/03 |  |
| 08/31/03 07/31/03  375389 | 455.00 | .00 |  | 455.00 | 05/10/04 |  |
| 09/30/03 08/31/03  376733 | 12.00 | 12.00 |  | 12.00 | 05/10/04 |  |
| 11/14/03 09/30/03  379590 | 1,365.00 | 13.00 |  | 1,378.00 | 05/30/04 |  |
| 11/30/03 10/31/03  380293 | 940.00 | .00 |  | 940.00 | 05/30/04 |  |
| 12/31/03 11/30/03  381784 | 1,739.00 | .00 |  | 1,739.00 | 07/02/04 |  |
| 01/29/04 12/31/03  382765 | 2,021.00 | .00 |  | 2,021.00 | 07/02/04 |  |
| 05/27/04 04/30/04  390208 | 1,237.50 | .00 |  | .00 |  | 1,237.50 |
| 06/29/04 05/31/04  391727 | 3,785.50 | .00 |  |  |  | 3,785.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Total: | 58,292.82 | 83.14 |  | 53,352.96 |  | 5,023.00 |

a1p_133r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE 39

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 07/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status     : ACTIVE

**A L L   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 03/22/04 | Prepare for and participate in omnibus hearing, including argment in support of exclusivity extension. | 2.50 | 1,237.50 | 5071270 | 03/23/04 |
| | | Fee Total | 2.50 | 1,237.50 | 1,237.50 | |
| | | Fee Total | 2.50 | 1,237.50 | 1,237.50 | |

alp_132r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    40

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                               Status     : ACTIVE

A L L   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 2.50 | 1,237.50 | | | | | |
| Total: | 2.50 | 1,237.50 | | | | | |

a1p_133r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
*"PRIVILEGED AND CONFIDENTIAL"*

PAGE    41

| | | |
|---|---|---|
| Matter No: 056772-00028 | Orig Prtnr : CRED. RGTS. - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : TRAVEL\NON-WORKING | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 10/04/2002 | | Status     : ACTIVE |

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

```
----------------------------------  PRE-BILLING SUMMARY REPORT  -----------------------------
```

| | | FEES | COSTS |
|---|---|---|---|
| UNBILLED TIME FROM: | 01/26/2004 | | |
| UNBILLED DISB FROM: | 03/22/2004 | | |

|  | | | |
|---|---|---|---|
| GROSS BILLABLE AMOUNT: | | 1,237.50 | 279.00 |
| AMOUNT WRITTEN DOWN: | | | |
| PREMIUM: | | | |
| ON ACCOUNT BILLED: | | | |
| DEDUCTED FROM PAID RETAINER: | | | |
| AMOUNT BILLED: | | | |
| THRU DATE: | | | |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION: | | | |

| | | |
|---|---|---|
| BILLING PARTNER APPROVAL: | BENTLEY PHILIP - 02495 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |

BILLING COMMENTS:

```
---------------------------------  ACCOUNTS RECEIVABLE TOTALS  ---------------------------------
```

| | | | UNAPPLIED CASH |
|---|---|---|---|
| FEES: | 1,859.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 543.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 2,402.00 | TRUST BALANCE: | |

```
-----------------------------------  BILLING HISTORY  -----------------------------------
```

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 06/29/04 | LAST PAYMENT DATE: | 07/02/04 |
| LAST BILL NUMBER: | 391727 | FEES BILLED TO DATE: | 11,939.00 |
| LAST BILL THRU DATE: | 05/31/04 | FEES WRITTEN OFF TO DATE: | 10,029.00 |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

```
(1)  Exceeded Fixed Fee           (6)  Summer Associate
(2)  Late Time & Costs Posted     (7)  Fixed Fee
(3)  Pre-arranged Discount        (8)  Premium
(4)  Excessive Legal Time         (9)  Rounding
(5)  Business Development         (10) Client Arrangement
```

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: All Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE 42

Run Date & Time: 07/09/2004 11:10:34

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL/NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**A L L   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | All Time Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 01/26/04 | 03/22/04 | 5.00 | 1,237.50 |
| | **Total:** | | | | **5.00** | **1,237.50** |

Sub-Total Hours :      0.00 Partners      5.00 Counsels      0.00 Associates      0.00 Legal Assts      0.00 Others

**A L L   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 03/22/04 | 03/22/04 | 279.00 |
| | Total: | | | 279.00 |
| | Grand Total | | | 1,516.50 |

**B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/09/04 11:10:34)**

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2002 | | | | | | | | |
| 06/13/03 | 05/31/03 | 371897 | 2,275.00 | .00 | | 2,275.00 | 435.00 12/26/03 | |
| 07/24/03 | 06/30/03 | 373811 | 910.00 | .00 | | | 910.00 12/26/03 | |
| 09/30/03 | 08/31/03 | 376733 | 455.00 | .00 | | | 455.00 05/10/04 | |
| 11/14/03 | 09/30/03 | 379590 | 705.00 | .00 | | | 705.00 05/03/04 | |
| 11/30/03 | 10/31/03 | 380293 | 470.00 | .00 | | | 470.00 07/02/04 | |
| 12/31/03 | 11/30/03 | 381784 | 705.00 | 205.00 | | | 910.00 07/02/04 | |
| 01/29/04 | 12/31/03 | 382765 | 705.00 | 197.00 | | | 902.00 07/02/04 | |
| 02/25/04 | 01/31/04 | 384579 | 495.00 | .00 | | | .00 | 495.00 |
| 05/27/04 | 04/30/04 | 390208 | 742.50 | 279.00 | | | .00 | 1,021.50 |
| 06/29/04 | 05/31/04 | 391727 | 621.50 | 264.00 | | | .00 | 885.50 |
| | | **Total:** | **8,539.00** | **945.00** | | **7,082.00** | | **2,402.00** |

alp_132r: All Charges Analysis

Run Date & Time: 07/09/2004 11:10:34

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
*"PRIVILEGED AND CONFIDENTIAL"*

PAGE   43

Matter No: 056772-00002&
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status   : ACTIVE

**A L L   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 01/26/04 | Travel to and from Wilmington for court hearing (bill at 1/2 normal rate). | 2.00 | 495.00 | 4989308 | 01/30/04 | |
| BECKER, GARY M. | 03/22/04 | Non working travel to-from omnibus hearing (bill at 1/2 normal rate) | 3.00 | 742.50 | 5071271 | 03/23/04 | |

Fee Total :   5.00   1,237.50

**A L L   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| OUT-OF-TOWN TRAVEL   0950 | | | | | | |
| CITICORP DINERS CLUB | | | | | | |
| OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS | BECKER, G M | 03/22/04 | 279.00 | 6520603 | 113939 | 04/19/04 |
| CLUB Wilmington | | | | | | |

0950 OUT-OF-TOWN TRAVEL Total :   279.00

Costs Total :   279.00

alp_132r: All Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE 44

Run Date & Time: 07/09/2004 11:10:34

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

| Employee Name | Hours | Amount | Bill | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 5.00 | 1,237.50 | | | | | | |
| **Total :** | **5.00** | **1,237.50** | | | | | | |

**A L L   T I M E   S U M M A R Y**

**A L L   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 279.00 | | | | | |
| | **Costs Total :** | **279.00** | | | | | |