IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: July 12, 2004 at 4:00 p.m.** |

### NO ORDER REQUIRED CERTIFICATION
### OF NO OBJECTION REGARDING DOCKET NO. 5842

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Thirty-Fifth Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from May 1, 2004 through May 31, 2004 ("the Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than July 12, 2004 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $15,319.60 which represents 80% of the fees ($19,149.50) and $1,808.87 which represents 100% of the expenses requested in the Application for the period May 1, 2004 through May 31, 2004 upon the filing of this certification and without

[continued on next page]

the need for entry of a Court order approving the Application.

Dated: July 14, 2004                              FERRY, JOSEPH & PEARCE, P.A.


                                                  /s/ Theodore J. Tacconelli
                                                  Michael B. Joseph (No. 392)
                                                  Theodore J. Tacconelli (No. 2678)
                                                  824 Market Street, Suite 904
                                                  P.O. Box 1351
                                                  Wilmington, DE. 19899
                                                  Tel:   (302) 575-1555
                                                  Fax:   (302) 575-1714

                                                  -and-

                                                  Scott L. Baena, Esquire
                                                  Jay M. Sakalo, Esquire
                                                  Allyn S. Danziesen, Esquire
                                                  BILZIN, SUMBERG, BAENA, PRICE &
                                                   AXELROD, LLP
                                                  2500 Wachovia Financial Center
                                                  200 South Biscayne Boulevard
                                                  Miami, FL 33131-2336
                                                  Tel:   (305) 374-7580
                                                  Fax:   (305) 374-7593

                                                  Co-Counsel to the Official Committee of Asbestos
                                                  Property Damage Claimants