## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:**
**August 3, 2004 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
**if objections are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Corporate Recovery, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors (the "Advisors") of the above captioned debtor and debtors in

possession in the above-captioned chapter 11 cases, filed and served the First Interim

Application of Capstone Corporate Recovery, LLC, Financial Advisors to the Official

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Committee of Unsecured Creditors, for Allowance of Compensation and for Services Rendered

and Reimbursement of Expenses Incurred for the period from February 4, 2004 through February

29, 2004, seeking compensation in the amount of $75,905.60, reimbursement for actual and

actual and necessary expenses in the amount of $3,932.07.

Objections or responses to the Monthly Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland

Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before

**August 3, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the following:  (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland &

Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura

Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street,

Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-

4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire,

Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax

number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market

Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-

counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena,

Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200

South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and

Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official

Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947);

(v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower,

Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire,

The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899

(fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee,

Attn:  Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

(fax number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201, Attn: Stephen L. Bossay.


Dated: July 14, 2004
       Wilmington, DE

**RESPECTFULLY SUBMITTED,**

    /s/ Michael R. Lastowski
    Michael R. Lastowski, Esq. (DE I.D. No. 3892)
    DUANE MORRIS LLP
    1100 North Market Street, Suite 1200
    Wilmington, DE 19801
    Telephone: (302) 657-4900
    Facsimile: (302) 657-4901
    E-mail:  mlastowski@duanemorris.com


    William S. Katchen, Esquire (Admitted in NJ Only)
    DUANE MORRIS LLP
    One Riverfront Plaza
    Newark, New Jersey 07102
    Telephone: (973) 424-2000
    Facsimile: (973) 424-2001
    E-mail:  wskatchen@duanemorris.com


      and

    Lewis Kruger, Esquire
    STROOCK & STROOCK & LAVAN LLP
    180 Maiden Lane
    New York, New York 10038-4982
    Telephone: (212) 806-5400
    Facsimile: (212) 806-6006
    E-mail:  lkruger@Stroock.com


    Co-Counsel for the Official Committee of
    Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No. 01-01139 (JKF)
                                          (Jointly Administered)

        Debtors

FIRST INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH FEBRUARY 29, 2004)

| | |
|---|---|
| Name of Applicant: | Capstone Corporate Recovery, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | February 4, 2004 through February 29, 2004 |

Amount of Compensation sought
as actual, reasonable and necessary (80% of $94,882.00):   $75,905.60
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):   $3,932.07
This is an: __X___ interim _____ final application

This is the First Interim Application filed by Capstone Corporate Recovery, LLC.
("Capstone") was retained instead of FTI Consulting, Inc. (a/k/a FTI Policano & Manzo)
("FTI") as financial advisors to the Official Committee of Unsecured Creditors, by order
of this Court dated June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for fee application preparation activities is approximately 20.2
hours and corresponding compensation requested is approximately $5,987.00. The time
expended totaled approximately 7.2 hours spent on the preparation of Capstone's first
monthly interim fee application and 13.0 hours preparing fee applications on behalf of
FTI Consulting, Inc., including 3.0 hours spent by a paraprofessional assisting in
preparation of the applications.

Disclosure for the current period is as follows:

FIRST INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH FEBRUARY 29, 2004)

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |

2

FIRST INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH FEBRUARY 29, 2004)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

3

**W.R. Grace & Co.**
**Capstone Corporate Recovery, LLC**
**Summary of Fees by Professional**
**For the Period 2/4/04 through 2/29/04**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $495 | 6.70 | $3,316.50 |
| S. Cunningham | Member | $475 | 62.00 | $29,450.00 |
| C. Troyer | Consultant | $375 | 63.00 | $23,625.00 |
| L. Hamilton | Consultant | $335 | 112.30 | $37,620.50 |
| M. Desalvio | Research | $150 | 1.00 | $150.00 |
| M. Hakoun | Research | $150 | 3.30 | $495.00 |
| N. Backer | Paraprofessional | $75 | 3.00 | $225.00 |
| **For the Period 2/4/04 through 2/29/04** | | | **251.30** | **$94,882.00** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code
## For the Period 2/1/2004 through 2/29/2004

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant attended meetings to discuss various case issues with members of the Committee. | 0.80 | $396.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Applications for itself and on behalf of FTI Consulting, Inc. | 20.20 | $5,987.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed Q4 2003 financial results and prepared a report to the Committee thereon. | 107.20 | $38,689.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant analyzed the Debtors' FY 2004 Business Plan and prepared a report to the Committee detailing the Plan highlights. | 28.20 | $11,035.00 |
| 11. Financial Analysis - Other | During the Fee Application period, the Applicant analyzed the court docket for pertinent case information. Additionally, Capstone analyzed financial data regarding competitors and economic forecasts. | 8.95 | $3,062.25 |
| 18. Retention of Professionals | During the Fee Application Period, the Applicant prepared retention application documents and reviewed same with counsel. | 22.00 | $7,418.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant read and analyzed historical tax data, Sealed Air settlement information and information provided by the Debtors in preparation for tax issues meeting. | 22.35 | $10,224.25 |
| 20. Valuation | During the Fee Application period, the Applicant spent time updating a hypothetical recovery analysis for for Sealed Air impacts and discussed same with tax advisors and the Debtors. | 17.00 | $7,047.00 |
| 26. Meetings with Debtors | During the Fee Application Period, we met with the Debtors to discuss the Q4 2003 financial results as well as the 2004 Business Plan. We also participated in a tax issues meeting with the Debtors. | 24.20 | $10,825.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed recent asbestos case information. | 0.40 | $198.00 |
| **For the Period 2/1/2004 through 2/29/2004** | | **251.30** | **$94,882.00** |

# W.R. Grace & Co.

## Capstone Corporate Recovery, LLC

### Detailed Time Description by Task Code

### For the Period 2/4/04 through 2/29/04

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **04. Creditor Committee Matters** | | | |
| 2/10/2004 | E. Ordway | 0.30 | Called counsel to discuss meeting and next steps. |
| 2/10/2004 | E. Ordway | 0.20 | Advised staff regarding participation in Committee conference call. |
| 2/19/2004 | E. Ordway | 0.30 | Called Committee member to discuss status report. |
| Subtotal | | 0.80 | |
| **07. Fee Applications & Invoices** | | | |
| 2/18/2004 | L. Hamilton | 2.40 | Prepared January fee application on behalf of FTI. |
| 2/19/2004 | L. Hamilton | 1.60 | Prepared January fee application for FTI. |
| 2/22/2004 | N. Backer | 3.00 | Prepared fee application for Capstone Corporate Recovery. |
| 2/26/2004 | L. Hamilton | 4.20 | Prepared January fee application for Capstone Corporate Recovery. |
| 2/27/2004 | L. Hamilton | 2.70 | Prepared final fee application for FTI. |
| 2/27/2004 | L. Hamilton | 2.70 | Prepared Quarterly fee application for FTI. |
| 2/27/2004 | L. Hamilton | 3.60 | Prepared January fee application for FTI. |
| Subtotal | | 20.20 | |
| **08. Financial Analysis - Schedules & Statements** | | | |
| 2/4/2004 | L. Hamilton | 2.30 | Read and analyzed 4th quarter information provided by Debtors. |
| 2/5/2004 | L. Hamilton | 2.40 | Read and analyzed 4th quarter information provided by Debtors. |
| 2/5/2004 | S. Cunningham | 2.00 | Read and analyzed Q4 2003 financial information received from the Debtors. |
| 2/6/2004 | S. Cunningham | 2.75 | Read and analyzed Q4 2003 financial information received from the Debtors. |
| 2/9/2004 | E. Ordway | 1.20 | Read and analyzed December financial statements and supplementary schedules; prepared list of items for staff to further investigate. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/9/2004 | L. Hamilton | 2.00 | Read and analyzed 4th quarter information provided by the Debtors. |
| 2/9/2004 | S. Cunningham | 2.50 | Read and analyzed Q4 2003 financial information received from Debtors. |
| 2/9/2004 | C. Troyer | 2.80 | Read and analyzed 4th quarter and year-to-date financial statements. |
| 2/10/2004 | S. Cunningham | 3.75 | Read and analyzed FY 2004 year-to-date financial results. |
| 2/12/2004 | L. Hamilton | 3.70 | Prepared 4th quarter analyses of divisional results compared to Plan and Latest Estimate. |
| 2/12/2004 | L. Hamilton | 3.30 | Prepared 4th quarter analyses of consolidated results compared to Plan and Latest Estimate. |
| 2/13/2004 | L. Hamilton | 4.40 | Prepared 4th quarter analyses of corporate expenses and non-core expenses. |
| 2/13/2004 | L. Hamilton | 1.10 | Prepared 4th quarter cash flow schedule. |
| 2/16/2004 | L. Hamilton | 1.80 | Prepared formats for 4th quarter report to the Committee. |
| 2/16/2004 | L. Hamilton | 4.20 | Prepared Year-over-Year schedules for inclusion in 4th quarter report to the Committee. |
| 2/16/2004 | L. Hamilton | 3.50 | Prepared EBIT analysis for inclusion in 4th quarter report to the Committee. |
| 2/16/2004 | C. Troyer | 7.00 | Read and analyzed 4th quarter and year-to-date financial statements. |
| 2/17/2004 | L. Hamilton | 2.30 | Prepared corporate expense analysis for 4th quarter report to the Committee. |
| 2/17/2004 | L. Hamilton | 1.90 | Prepared cash flow analysis for 4th quarter report to the Committee. |
| 2/17/2004 | C. Troyer | 7.50 | Prepared schedules for inclusion in the report to the Committee on 4th quarter 2003 performance. |
| 2/17/2004 | L. Hamilton | 0.80 | Prepared distribution of 4th quarter financial statements to the Committee. |
| 2/18/2004 | L. Hamilton | 0.50 | Updated distribution of 4th quarter financial statements. |
| 2/22/2004 | M. Hakoun | 2.00 | Prepared peer group analysis for 4th quarter. |
| 2/23/2004 | C. Troyer | 7.00 | Read and analyzed 4th quarter and year-to-date financial statements. |
| 2/23/2004 | L. Hamilton | 4.90 | Prepared peer company analyses for 4th quarter report. |
| 2/23/2004 | L. Hamilton | 3.60 | Read and analyzed latest SEC filings for peer companies. |
| 2/24/2004 | L. Hamilton | 3.20 | Continued to prepare peer company analysis for 4th quarter report. |
| 2/24/2004 | L. Hamilton | 1.20 | Continued to prepare peer company analysis. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/24/2004 | C. Troyer | 9.00 | Prepared draft of 4th quarter report to the Committee. |
| 2/25/2004 | L. Hamilton | 1.00 | Read and analyzed additional 4th quarter data provided by Debtors. |
| 2/25/2004 | L. Hamilton | 1.30 | Prepared analysis of 4th quarter and full year EBITDA variances. |
| 2/25/2004 | M. Hakoun | 1.30 | Prepared peer group analysis for 4th quarter. |
| 2/25/2004 | C. Troyer | 7.00 | Prepared draft of 4th quarter report to the Committee. |
| 2/26/2004 | L. Hamilton | 0.90 | Updated non-core expense analysis to reflect changes reported by Debtors. |
| 2/27/2004 | C. Troyer | 1.10 | Prepared draft 4th quarter report to the Committee. |
| Subtotal | | 107.20 | |

### 09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/11/2004 | C. Troyer | 4.70 | Read and analyzed 2004 Plan materials prepared by the Debtors. |
| 2/11/2004 | S. Cunningham | 4.50 | Read and analyzed information related to FY 2004 plan in preparation for meeting with Debtors. |
| 2/12/2004 | S. Cunningham | 2.50 | Read and analyzed year-end FY 2003 financial information for incorporation in business plan analysis. |
| 2/12/2004 | S. Cunningham | 3.00 | Prepared preliminary analysis of FY 2004 plan. |
| 2/18/2004 | L. Hamilton | 2.00 | Read and analyzed 2004 Business Plan prepared by Debtors. |
| 2/24/2004 | L. Hamilton | 3.80 | Read and analyzed 2004 Business Plan prepared by Debtors. |
| 2/25/2004 | L. Hamilton | 3.90 | Prepared consolidated analysis schedules for inclusion in 2004 Business Plan report to Committee. |
| 2/25/2004 | L. Hamilton | 3.80 | Prepared EBITDA analyses for inclusion in 2004 Business Plan report to Committee. |
| Subtotal | | 28.20 | |

### 11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/4/2004 | L. Hamilton | 2.20 | Read and analyzed court docket information regarding Wolin recusal. |
| 2/5/2004 | L. Hamilton | 0.80 | Read and analyzed court docket information regarding Wolin recusal. |
| 2/10/2004 | S. Cunningham | 0.75 | Updated environmental data to reflect year-end charges. |
| 2/13/2004 | L. Hamilton | 2.30 | Prepared summary of environmental charges from filing date to present. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/17/2004 | L. Hamilton | 1.00 | Read and analyzed various recent court docket items. |
| 2/25/2004 | E. Ordway | 0.90 | Read and analyzed peer group data and drafted section of business plan reporting addressing industry performance.. |
| 2/27/2004 | M. Desalvio | 1.00 | Researched update to economic forecasts for prime rate, fed funds rate and GDP. |
| Subtotal | | 8.95 | |

**18. Retention of Professionals**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/10/2004 | E. Ordway | 0.30 | Prepared retention documents. |
| 2/11/2004 | L. Hamilton | 6.50 | Prepared retention documents. |
| 2/12/2004 | L. Hamilton | 2.20 | Prepared retention documents. |
| 2/12/2004 | L. Hamilton | 0.30 | Discussed retention documents with counsel. |
| 2/13/2004 | L. Hamilton | 0.20 | Discussed retention documents with counsel. |
| 2/18/2004 | L. Hamilton | 3.80 | Updated retention documents to reflect comments from counsel. |
| 2/19/2004 | L. Hamilton | 2.80 | Updated retention documents to reflect comments by counsel. |
| 2/19/2004 | L. Hamilton | 0.50 | Discussed retention documents with counsel. |
| 2/20/2004 | L. Hamilton | 4.50 | Updated retention documents to reflect comments by counsel. |
| 2/23/2004 | L. Hamilton | 0.50 | Discussed status of retention filing with counsel. |
| 2/24/2004 | L. Hamilton | 0.40 | Finalized retention filing with counsel. |
| Subtotal | | 22.00 | |

**19. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/5/2004 | L. Hamilton | 2.80 | Provided counsel, Debtors and case team members with agendas for planned tax meetings in February and March. |
| 2/16/2004 | S. Cunningham | 2.90 | Read and analyzed historical tax information in preparation for meeting at Debtors' headquarters. |
| 2/17/2004 | S. Cunningham | 3.20 | Read and analyzed Sealed Air settlement and related tax issues. |
| 2/17/2004 | S. Cunningham | 1.80 | Read and analyzed information forwarded by Debtors in preparation for tax issues meeting. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/19/2004 | S. Cunningham | 1.50 | Read and analyzed draft of Debtors' response regarding Sealed Air settlement. |
| 2/20/2004 | S. Cunningham | 1.50 | Discussed Sealed Air issues with tax advisors. |
| 2/23/2004 | S. Cunningham | 1.90 | Read historical treatment of NOL utilization and analyzed impact on tax settlements. |
| 2/23/2004 | S. Cunningham | 1.40 | Read and prepared analysis of 1993 -1996 COLI tax issues. |
| 2/25/2004 | S. Cunningham | 1.80 | Discussed Sealed Air issues with counsel. |
| 2/26/2004 | S. Cunningham | 1.00 | Read and analyzed information regarding Sealed Air settlement and related tax issues. |
| 2/27/2004 | S. Cunningham | 2.55 | Prepared analysis of tax issues regarding COLI and Lonely Parent issues. |
| Subtotal | | 22.35 | |

### 20. Valuation

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/20/2004 | E. Ordway | 1.40 | Read and analyzed Sealed Air settlement arrangements and summarized key economic points for inclusion in valuation analysis. |
| 2/26/2004 | S. Cunningham | 2.00 | Prepared update analysis regarding hypothetical recovery analysis under various asbestos outcomes. |
| 2/26/2004 | E. Ordway | 1.30 | Directed staff in updating valuation model to consider impact of Seal Air settlement. |
| 2/26/2004 | C. Troyer | 8.00 | Prepared update of hypothetical recovery analysis. |
| 2/27/2004 | C. Troyer | 2.10 | Updated memo regarding hypothetical recovery analysis. |
| 2/27/2004 | C. Troyer | 0.80 | Participated in meeting with the tax advisors regarding hypothetical analysis. |
| 2/27/2004 | S. Cunningham | 1.00 | Read hypothetical recovery analysis and assumptions with tax personnel. |
| 2/27/2004 | E. Ordway | 0.40 | Edited/prepared memo to agent and counsel regarding Seal Air settlement and impact on recovery. |
| Subtotal | | 17.00 | |

### 26. Meetings with Debtors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/12/2004 | C. Troyer | 6.00 | Met with the Debtors to discuss 4th quarter 2003 performance and the 2004 Plan. |
| 2/12/2004 | S. Cunningham | 4.50 | Participated in FY 2004 budget review at headquarters of Debtors. |
| 2/17/2004 | S. Cunningham | 3.00 | Participated in tax issues meeting at Debtors' headquarters. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/18/2004 | S. Cunningham | 8.00 | Participated in tax issues meeting. |
| 2/25/2004 | S. Cunningham | 2.20 | Met with counsel and tax advisors to discuss Committee update regarding tax issues meeting with Debtors. |
| 2/26/2004 | L. Hamilton | 0.50 | Participated in conference call with Debtors regarding 4th quarter post-closing adjustment. |
| Subtotal | | 24.20 | |

**28. Special Case Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/12/2004 | E. Ordway | 0.40 | Read and analyzed most recent report prepared by Navigant regarding asbestos claims update. |
| Subtotal | | 0.40 | |
| **Total Hours** | | **251.30** | |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Expense Detail
## For the Period 2/4/04 through 2/29/04

| Expense Date | Professional | Amount |
|---|---|---|
| **Airfare/Train** | | |
| 2/25/2004 | S. Cunningham | $1,379.20 |
| 2/25/2004 | S. Cunningham | $323.00 |
| Subtotal - Airfare/Train | | $1,702.20 |
| **Auto Rental** | | |
| 2/13/2004 | C. Troyer | $203.22 |
| 2/26/2004 | S. Cunningham | $307.47 |
| Subtotal - Auto Rental | | $510.69 |
| **Lodging** | | |
| 2/25/2004 | S. Cunningham | $876.86 |
| Subtotal - Lodging | | $876.86 |
| **Meals** | | |
| 2/25/2004 | S. Cunningham | $364.29 |
| 2/25/2004 | S. Cunningham | $34.41 |
| Subtotal - Meals | | $398.70 |
| **Parking/Tolls/Mileage** | | |
| 2/25/2004 | S. Cunningham | $170.00 |
| 2/25/2004 | S. Cunningham | $161.00 |
| 2/25/2004 | S. Cunningham | $48.00 |
| Subtotal - Parking/Tolls/Mileage | | $379.00 |
| **Taxi** | | |
| 2/25/2004 | S. Cunningham | $40.00 |
| Subtotal - Taxi | | $40.00 |

| Expense Date | Professional | Amount |
|---|---|---|
| Telephone | | |
| 2/15/2004 | E. Ordway | $24.62 |
| Subtotal - Telephone | | $24.62 |
| **For the Period 2/4/04 through 2/29/04** | | **$3,932.07** |