IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

***AMENDED* NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 19, 2004 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**UNCONTESTED MATTERS**

1. Debtors' Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for the Entry or an Order Authorizing the Debtors to Advance Funds to a Non-Debtor Subsidiary to Acquire Alltech International Holdings, Inc. and its Subsidiaries (Docket No. 5809)

    Related Documents:

    a. [Proposed] Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for the Entry or an Order Authorizing the Debtors to Advance Funds to a Non-Debtor Subsidiary to Acquire Alltech International Holdings, Inc. and its Subsidiaries (Docket No. 5809)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

        b.      Certification of No Objection Regarding Docket No. 5809 (Docket No. 5925)

Response Deadline: July 2, 2004 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.

2. Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §365 Authorizing the Debtors' to Assign a Lease and Sublease for Real Property (Docket No. 5810)

    Related Documents:

        a.      [Proposed] Order Pursuant to 11 U.S.C. §365 Authorizing Debtors to Assigning Leases for Real Property (Docket No. 5810)

        b.      Certification of No Objection Regarding Docket No. 5810 (Docket No. 5926)

Response Deadline: July 2, 2004 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.

3. Motion for Entry of an Order Modifying the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(D) (Docket No. 5653)

    Related Documents:

        a.      [Proposed] Agreed Order Modifying the Automatic Stay (Docket No. 5653)

Response Deadline: July 2, 2004 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: The Debtors' expect this matter will be resolved pursuant to a consensual order that the parties are finalizing.

**CONTESTED MATTERS**

4. Debtors' Motion Pursuant to Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolution Program to Liquidate Certain Prepetition Claims (Docket No. 5808)

   Related Documents:

   a. [Proposed] Order Pursuant to 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolution Program to Liquidate Certain Prepetition Claims (Docket No. 5808)

   Response Deadline: July 2, 2004 at 4:00 p.m.

   Responses Received:

   a. Internal Revenue Service's Objection to Debtors' Motion Pursuant to Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolutions Program to Liquidate Certain Prepetition Claims (Docket No. 5899)

   b. Objection of Oldcastle APG Northeast, Inc., D/B/A Foster-Southeastern to Debtors' Motion to Establish an Alternative Dispute Resolution Program to Liquidate Certain Claims (Docket No. 5922)

   Status: The parties have agreed to continue this matter until August 23, 2004 at 12:00 p.m.

**OMNIBUS CLAIM OBJECTIONS**

5. Debtors' Third Omnibus Objection to Claims (Non-Substantive) (Docket No. 5450)

   Related Documents:

   a. Declaration of David B. Siegel in Support of Debtors' Third Omnibus Objection to Claims (Non-Substantive) (Docket No. 5450)

   Response Deadline: May 14, 2004 at 4:00 p.m.

Responses Received:

    a.    **Letter Response of Dennis Nelson (Docket No. 5486)**

    b.    **Debtors' Reply to Response Filed by Dennis Nelson to the Third Omnibus Objection to Claims (Docket No. 5838) [leave was granted to file this reply by order entered on June 29, 2004 – Docket No. 5890]**

Status:  **A hearing on the objection to the claims of Dennis Nelson (the "Nelson Claims") will go forward. The Nelson Claims are attached to the Debtors' Reply as *Exhibits A* and *B*. Nelson's Response is attached to the Debtors' Reply as *Exhibit C*. The hearing with respect to the remaining unresolved disputed claims is continued to the August 23, 2004 hearing at 12:00 p.m., as set forth on Exhibit A.**

6.    Debtors' Fourth Omnibus Objection to Claims (Substantive) (Docket No. 5525)

    Related Documents:

        a.    Declaration of David B. Siegel in Support of Debtors' Fourth Omnibus Objection to Claims (Substantive) (Docket No. 5525)

    Response Deadline: June 4, 2004 at 4:00 p.m.

    Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit B.

    Status:  **The status of each claim is indicated in the charts attached hereto as the amended Exhibit B.**

7.    Debtors' Fifth Omnibus Objection to Claims (Substantive) (Docket No. 5527)

    Related Documents:

        a.    Declaration of David B. Siegel in Support of Debtors' Fifth Omnibus Objection to Claims (Substantive) (Docket No. 5527)

    Response Deadline: June 4, 2004 at 4:00 p.m.

    Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit C.

Status: **The status of each claim is indicated in the charts attached hereto as amended <u>Exhibit C</u>.**

Dated: July 14, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

# Exhibit A

# W. R. Grace
## Status Schedule for the Debtors' Third Omnibus Objection to Claims

| Creditor | Claim No(s). Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|
| Mitchell, Ronald | 4993 | $40,032.00 | U | No Supporting Documentation | Expunge | Verifying address and resending. Continue to August 23, 2004. |
| Nelson, Dennis | 15365 | $250,000,000.00 | U | Late Filed | Expunge | Hearing set for July 19, 2004 - going forward. |
| Nelson, Dennis | 15367 | $250,000,000.00 | U | Late Filed | Expunge | Hearing set for July 19, 2004 - going forward. |
| Orange County Treasurer, Tax Collector | 15314 | $26,918.96 | P | Duplicate; Late Filed | Expunge | Continue to August 23, 2004. |
| Orange County Treasurer, Tax Collector | 15314 | $15,083.57 | U | Duplicate; Late Filed | Expunge | Continue to August 23, 2004. |
| Orange County Treasurer, Tax Collector | 15317 | $27,053.18 | U | Late Filed | Expunge | Continue to August 23, 2004. |
| Orange County Treasurer, Tax Collector | 15318 | $27,053.18 | U | Late Filed | Expunge | Continue to August 23, 2004. |
| Orange County Treasurer, Tax Collector | 15318 | $27,053.18 | U | Duplicate, Late Filed | Expunge | Continue to August 23, 2004. |
| International Paper Arizona Chemical | 349 | $208,595.34 | U | Duplicate | Expunge | Verifying address and resending. Continue to August 23, 2004. |
| Tape Rental Library Inc. | 1350 | $1,825.07 | U | No Supporting Documentation | Expunge | Continue to August 23, 2004. |

# Exhibit B

# W. R. Grace
## Responses Received to Debtors' Fourth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Gulf Pacific America, Inc. | None | 1756 | $207,937.00 | U | Reduce and Allow | Reduce and Allow claim in the amount of $134,772.00 | Debtors will withdraw objection to Claim No. 1756 without prejudice. |
| City of El Paso | 5647 | 63 | $721.05 | S | Reclassify, Reduce and Allow | Reduce claim to the amount of $245.32 and reclassify as Secured | Continue to August 23, 2004 Omnibus Hearing |
| Spaulding & Sly Construction, LP | 5701, 5718 | 203 | $1,403,017.00 | U | Reduce and Allow | Reduce claim to the amount of $549,159.00 | Continue to August 23, 2004 Omnibus Hearing |
| ExxonMobile Chemical Company | 5691 | 869 | $71,547.45 | U | Reduce and Allow | Reduce claim to the amount of $63,059.42 | Continue to August 23, 2004 Omnibus Hearing |

# W. R. Grace
## Responses Received to Debtors' Fourth Omnibus Objection to Claims

| Creditor filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Xerox Company | None | 711 | $16,322.61 | S | Reclassify, Reduce and Allow | Reduce claim to the amount of $4961.52 and reclassify as Unsecured | Claimant failed to file response. Claim will be allowed as Unsecured Claim for $4961.52. |
| Nstar Gas | 5714 | 196 | $14,773.55 | U | Reduce and Allow | Reduce claim to the amount of $7132.59 | Continue to August 23, 2004 Omnibus Hearing |
| Don's Diesel Services, Inc. | None | 2399 | $1,943.98 | U | Reduce and Allow | Reduce claim to the amount of $1577.41 | Continue to August 23, 2004 Omnibus Hearing |
| Greenville County Tax Collector | None | 2177 | $42,191.16 | S | Reclassify, Reduce and Allow | Reduce amount to $14123.61 and reclassify as Unsecured | Debtors will withdraw objection to Claim No. 2177 without prejudice. |
| Katten Muchin Zavis Rosenman | None | 15176 | $56,292.87 | U | Reduce and Allow | Reduce amount to $1153.13 | Reply to be filed by August 6, 2004; Continue to August 23, 2004 Omnibus Hearing |

# Exhibit C

## W. R. Grace
## Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Gulf Pacific America, Inc. | None | 1755 | $207,937.00 | U | Cross-Debtor Duplicate | Expunge | Debtors will withdraw objection to Claim No. 1755 without prejudice. |
| Pearson, Peter P. | 5637 | 2281 | $741,600.00 | U | No Liability | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| Rocco & Zweifach | None | 1205 | $19,454.00 | U | No Liability | Expunge | Response deadline extended until July 30, 2004; continue to August 23, 2004 Omnibus Hearing |
| Weatherford International Inc. | None | 1694 | $351,758.00 | A | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |

# W. R. Grace
## Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Weatherford International Inc. | None | 1695 | $351,758.00 | A | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| Weatherford International Inc. | None | 1719 | $351,758.00 | A | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| Weatherford International Inc. | None | 1720 | $351,758.00 | A | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| City of Cambridge, Massachusetts | None | 4720 | $14,829,000.00 | U | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |

## W. R. Grace
### Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| City of Cambridge, Massachusetts | None | 4722 | $14,829,000.00 | U | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| Massachusetts Bay Transportation Authority | None | 9693 | Unliquidated | U | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| Perini Corporation | None | 4704 | Unliquidated | U | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| DAP Products, Inc. | None | 12990 | $429,798.91 | U | No Liability | Expunge | Response deadline extended until August 2, 2004; continue to August 23, 2004 Omnibus Hearing |
| Dillingham-Manson Joint Venture | 5841 | 14050 | Unliquidated | A | No Liability; Unliquidated | Expunge | Continue to September 27, 2004 Omnibus Hearing |

# W. R. Grace
## Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| State of Ohio Environmental Protection Agency | 5692 | 9557 | Unliquidated | U | No Liability; Unliquidated | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| Marshalls of MA, Inc. | 5703 | 13233 | Unliquidated | A | No Liability; Unliquidated | Expunge | Debtors will withdraw objection to Claim No. 13233 without prejudice. |
| U.S. Bureau of Customs and Border Protection | 5707 | 8742 | Unliquidated | P, U | No Liability; Unliquidated | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| CHL Administration, Inc. | 5708 (through 5713) | 851 | Unliquidated | U | No Liability; Unliquidated | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| Archer, David | 5795 | 602 | $1,541,849.60 | U | No Liability | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| Archer, Michelle | 5796 | 604 | $1,910,100.00 | U | No Liability | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| New England Construction Company | 5716 | 14396 | $127,327.42 | U | No Liability | Expunge | Continue to August 23, 2004 Omnibus Hearing |
| AKZO Nobel Polymer Chemicals LLC | None | 17 | $30,086.70 | U | Other (Individual Claim Objection) | Expunge | Verifying address and resending; continue to August 23, 2004 Omnibus Hearing. |

# W. R. Grace
## Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Bui, Kent | None | 1570 | Unliquidated | U | No Liability, Unliquidated | Expunge | Verifying address and resending; continue to August 23, 2004 Omnibus Hearing. |
| North Carolina Department of Environmental & Natural Resources | None | 13298 | $1,966,000.00 | U | No Liability | Expunge | Response deadline extended until July 14, 2004; continue to August 23, 2004 Omnibus Hearing. |
| Peters Smith & Co. | None | 9689 | $50,000.00 | U | No Liability | Expunge | Response deadline extended until August 6, 2004; continue to August 23, 2004 Omnibus Hearing |
| Sverdrup Civil Inc. | None | 576 | Unliquidated | U | No Liability | Expunge | Continue to August 23, 2004 Omnibus Hearing |