IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| USG CORPORATION, et al.[1] ) | Case No. 01-02094 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK )

ALEXANDRA CASKADON, being duly sworn, deposes and says: deponent is not a party to the action and is over 18 years of age.

On July 2, 2004, deponent served a copy of *Notice of Quarterly Fee and Expense Invoice of Navigant Consulting, Inc. for the period November 2003 through January 2004*, upon all of whom are set forth on the service list annexed hereto via electronic transmission or via UPS Overnight Delivery, as indicated.

_____
ALEXANDRA CASKADON

---

[1] The Debtors are the following 11 entities: USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC., B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company and Stocking Specialists, Inc.

SSL-DOCS1 1470559v1

Martha S. Brown, Esq.
Judie Roberts, Esq.
USG Corporation
125 S. Franklin Street
Chicago, IL 60606
msbrown@usg.com
jroberts@usg.com
(serve by email)

Brad B. Erens, Esq.
Jones, Day, Reavis & Pogue
77 W. Wacker Drive
Chicago, IL 60601
bberens@jonesday.com
(serve by email)

Daniel J. DeFranceschi, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
defranceschi@rlf.com
(serve by email)

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
lkruger@stroock.com
(serve by email)

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131-2336
sbaena@bilzin.com
(serve by email)

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801
syoder@bayardfirm.com
(serve by email)

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
ei@capdale.com
(serve by email)

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802
pvnl@capdale.com
(serve by email)

Matthew G. Zaleski, III, Esq.
Campbell & Levin, LLC
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
mgz@camlev.com
(serve by email)

Gregory D. Willard, Esq.
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2020
gdwillard@bryancave.com
(serve by email)

Teresa K.D. Currier, Esq.
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
currier@klettrooney.com
(serve by email)

Michael Lastowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
mlastowski@duanemorris.com
(serve by email)

Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801
(serve by UPS)

Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201
feeauditor@whsmithlaw.com
(serve by email (invoice only) and UPS)

Virginia Akin
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Serve by UPS and email)

SSL-DOCS1 1470559v1