IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| W. R. GRACE & CO, et al., : | Case No. 01-01139 (JKF) |
| : | (Jointly Administered) |
| Debtors. : | |
| : | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that **Michael S. Etkin, Esq. and Ira M. Levee, Esq.**, and the law firm of **Lowenstein Sandler PC** hereby enter its appearance as counsel to Keri Evans, on behalf of herself and all others similarly situated as Plaintiff in ERISA litigation entitled *Keri Evans, on behalf of herself and a class of all others similarly situated v. John F. Akers, et al.*, Civil Action No. 04-11380 (WGY) pending in the United States District Court for the District of Massachusetts, request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the address listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-Mail: metkin@lowenstein.com
E-Mail: ilevee@lowenstein.com

17175/2
07/16/2004 1577379.01

-2-

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by the Plaintiff to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: July 16, 2004

LOWENSTEIN SANDLER PC

By: /s/ Michael S. Etkin
Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee, Esq. (IL 9958)
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Bankruptcy Counsel to Keri Evans on behalf of herself and a class of all others similarly situated*