IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x
In re:                              Chapter 11

W.R. GRACE & Co., et al.,           Case No. 01-01139 (JKF)
                                    (Jointly Administered)

                Debtors

FOURTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004)

| | |
|---|---|
| Name of Applicant: | Capstone Corporate Recovery, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | May 1, 2004 through May 31, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $32,665.00): | $26,132.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $477.15 |

This is an: _X_ interim ___ final application

This is the Fourth Interim Application filed by Capstone Corporate Recovery, LLC. ("Capstone"). Capstone was retained instead of FTI Consulting, Inc. (a/k/a FTI Policano & Manzo) ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, by order of this Court dated June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for fee application preparation activities is approximately 38.0 hours and corresponding compensation requested is approximately $7,998.00. The total time expended includes preparation of Capstone's first, second, and third fee applications. Additionally, the time spent on fee applications includes approximately 9.0 hours for preparation of a fee application for the period of February and March 2004 on behalf of FTI.

Disclosure for the current period is as follows:

FOURTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $687.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |

2

FOURTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004)</u>

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Professional
## For the Period 5/1/04 through 5/31/04

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $495 | 4.60 | $2,277.00 |
| S. Cunningham | Member | $475 | 30.40 | $14,440.00 |
| C. Troyer | Consultant | $375 | 19.00 | $7,125.00 |
| L. Hamilton | Consultant | $335 | 9.80 | $3,283.00 |
| T. Sell | Consultant | $275 | 13.00 | $3,575.00 |
| M. Hakoun | Research | $150 | 5.50 | $825.00 |
| N. Backer | Paraprofessional | $75 | 15.20 | $1,140.00 |
| **For the Period 5/1/04 through 5/31/04** | | | **97.50** | **$32,665.00** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
### Summary of Fees by Task Code by Professional
### For the Period 5/1/04 through 5/31/04

| Professional | Hours | Fees |
|---|---|---|
| **04. Creditor Committee Matters** | | |
| E. Ordway | 0.30 | $148.50 |
| S. Cunningham | 0.30 | $142.50 |
| | 0.60 | $291.00 |
| **07. Fee Applications & Invoices** | | |
| L. Hamilton | 9.80 | $3,283.00 |
| T. Sell | 13.00 | $3,575.00 |
| N. Backer | 15.20 | $1,140.00 |
| | 38.00 | $7,998.00 |
| **08. Financial Analysis - Schedules & Statements** | | |
| E. Ordway | 2.10 | $1,039.50 |
| S. Cunningham | 21.10 | $10,022.50 |
| C. Troyer | 13.50 | $5,062.50 |
| | 36.70 | $16,124.50 |
| **11. Financial Analysis - Other** | | |
| E. Ordway | 1.90 | $940.50 |
| S. Cunningham | 3.50 | $1,662.50 |
| C. Troyer | 1.00 | $375.00 |
| M. Hakoun | 1.00 | $150.00 |
| | 7.40 | $3,128.00 |
| **21. Research** | | |
| M. Hakoun | 4.50 | $675.00 |
| | 4.50 | $675.00 |
| **26. Meetings with Debtors** | | |

Capstone Corporate Recovery, LLC
Invoice for the Fourth Interim Fee Application

| Professional | Hours | Fees |
|---|---|---|
| S. Cunningham | 4.00 | $1,900.00 |
| C. Troyer | 4.50 | $1,687.50 |
|  | 8.50 | $3,587.50 |
| **28. Special Case Issues** | | |
| E. Ordway | 0.30 | $148.50 |
| S. Cunningham | 1.50 | $712.50 |
|  | 1.80 | $861.00 |
| **For the Period 5/1/04 through 5/31/04** | 97.50 | $32,665.00 |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Detailed Time Description by Task Code
## For the Period 5/1/04 through 5/31/04

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **04. Creditor Committee Matters** | | | |
| 5/27/2004 | E. Ordway | 0.30 | Discussed proposal acquisition with Committee member. |
| 5/28/2004 | S. Cunningham | 0.30 | Updated Committee Chair on potential acquisition. |
| Subtotal | | 0.60 | |
| **07. Fee Applications & Invoices** | | | |
| 5/3/2004 | T. Sell | 3.00 | Prepared fee applications on behalf on FTI. |
| 5/3/2004 | N. Backer | 3.00 | Prepared fee applications on behalf on FTI. |
| 5/4/2004 | T. Sell | 3.00 | Prepared Capstone February and March fee applications. |
| 5/4/2004 | L. Hamilton | 3.20 | Prepared February fee application. |
| 5/5/2004 | L. Hamilton | 1.10 | Prepared February and March fee applications for Capstone. |
| 5/5/2004 | N. Backer | 2.00 | Prepared fee application for April. |
| 5/6/2004 | N. Backer | 1.00 | Continued to prepare fee application for April. |
| 5/6/2004 | L. Hamilton | 1.00 | Prepared February and March fee applications for Capstone. |
| 5/6/2004 | T. Sell | 3.00 | Finalized Capstone fee application. |
| 5/6/2004 | T. Sell | 3.00 | Finalized FTI fee application. |
| 5/7/2004 | L. Hamilton | 2.00 | Prepared/edited fee applications for Capstone. |
| 5/10/2004 | N. Backer | 1.00 | Continued to prepare fee application. |
| 5/11/2004 | L. Hamilton | 1.10 | Prepared February and March fee applications for Capstone. |
| 5/12/2004 | N. Backer | 1.50 | Continued preparing fee application. |
| 5/13/2004 | N. Backer | 0.70 | Prepared expenses for inclusion in April fee application. |
| 5/13/2004 | L. Hamilton | 1.40 | Prepared February/March fee applications for Capstone. |

Capstone Corporate Recovery, LLC                                                                 Page 1 of 4
Invoice for the Fourth Interim Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/27/2004 | N. Backer | 2.00 | Continued preparing fee application. |
| 5/27/2004 | N. Backer | 1.00 | Prepared expenses for inclusion in April fee application. |
| 5/28/2004 | N. Backer | 3.00 | Continued preparing fee application. |
| 5/28/2004 | T. Sell | 1.00 | Prepared the reconciliation of the April fee application. |
| Subtotal | | 38.00 | |

### 08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/5/2004 | S. Cunningham | 2.50 | Analyzed preliminary results of operation for first quarter FY 2004 versus prior year and plan. |
| 5/6/2004 | C. Troyer | 4.50 | Analyzed the discussion materials distributed by the Debtors' in advance of the conference call to discuss 1st quarter performance. |
| 5/6/2004 | E. Ordway | 0.90 | Read and analyzed Company's monthly financial data and prepared list of items for staff to further investigate. |
| 5/7/2004 | C. Troyer | 2.50 | Read and analyzed the Debtor's 1st quarter 10Q. |
| 5/10/2004 | S. Cunningham | 2.50 | Analyzed preliminary results of operation for first quarter FY 2004 versus prior year and plan. |
| 5/11/2004 | C. Troyer | 6.50 | Prepared schedules for inclusion in Committee report regarding 1st quarter performance. |
| 5/14/2004 | E. Ordway | 0.60 | Read and analyzed Company's 10Q. |
| 5/14/2004 | S. Cunningham | 3.00 | Analyzed results of 1st quarter performance versus plan and prior year. |
| 5/20/2004 | S. Cunningham | 5.00 | Prepared analysis of Q1 results versus plan and prior year. |
| 5/20/2004 | S. Cunningham | 2.40 | Analyzed Q1 financials. |
| 5/21/2004 | S. Cunningham | 2.00 | Analyzed Q1 financials. |
| 5/21/2004 | E. Ordway | 0.60 | Prepared/edited report to Committee regarding first quarter performance. |
| 5/24/2004 | S. Cunningham | 1.50 | Analyzed Q1 results of operations. |
| 5/28/2004 | S. Cunningham | 2.20 | Read and analyzed Q1 financials. |
| Subtotal | | 36.70 | |

### 11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/3/2004 | C. Troyer | 0.50 | Prepared an information request for valuation information. |
| 5/10/2004 | M. Hakoun | 1.00 | Read and analyzed Company 10Q filing. |
| 5/11/2004 | C. Troyer | 0.50 | Read and analyzed materials distributed by the Debtors regarding an organizational restructuring. |
| 5/12/2004 | E. Ordway | 0.90 | Read and analyzed Debtor's restructuring proposal and prepared list of items for staff to investigate. |
| 5/21/2004 | E. Ordway | 0.80 | Read and analyzed documents relating to recusal order. |
| 5/24/2004 | S. Cunningham | 2.00 | Read and analyzed various responses and issues related to Judge Wolin recusal. |
| 5/25/2004 | E. Ordway | 0.20 | Reviewed/added to information request list provided to Blackstone. |
| 5/26/2004 | S. Cunningham | 1.50 | Prepared information request schedule in preparation meeting with Debtors' advisor, Blackstone, to review acquisition and liabilities subject to compromise data. |
| Subtotal | | 7.40 | |

**21. Research**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/3/2004 | M. Hakoun | 0.50 | Gathered fee applications filed in the W.R. Grace Bankruptcy case. |
| 5/19/2004 | M. Hakoun | 0.40 | Gathered selected fee applications from U.S. Bankruptcy Court. |
| 5/20/2004 | M. Hakoun | 0.80 | Read and analyzed commentary surrounding Wolin's recusal, including Wolin's personal statement on recusal. |
| 5/20/2004 | M. Hakoun | 0.40 | Read and analyzed company presentation by CEO, "Operating Successfully While Managing Legacy Liabilities." |
| 5/24/2004 | M. Hakoun | 1.20 | Researched and analyzed developments in the asbestos arena with regards to Judge Wolin's recusal. |
| 5/24/2004 | M. Hakoun | 1.20 | Reviewed analyst and industry experts commentary on Wolin recusal. |
| Subtotal | | 4.50 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/11/2004 | C. Troyer | 1.00 | Participated in a conference call with the Debtors' to discuss first quarter performance. |
| 5/27/2004 | C. Troyer | 1.00 | Prepared discussion materials for meeting with the Debtors' advisors. |
| 5/27/2004 | C. Troyer | 2.50 | Met with the Debtor's advisors. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/27/2004 | S. Cunningham | 1.50 | Prepared issue list for meeting with Company regarding plan issues/timing. |
| 5/27/2004 | S. Cunningham | 2.50 | Met with advisors to Debtors to discuss plan issues. |
| Subtotal | | 8.50 | |
| **28. Special Case Issues** | | | |
| 5/5/2004 | S. Cunningham | 1.00 | Read and analyzed various updates regarding Asbestos legislation received from counsel and other sources. |
| 5/10/2004 | E. Ordway | 0.30 | Read information regarding update on Asbestos litigation provided by counsel. |
| 5/14/2004 | S. Cunningham | 0.50 | Read and analyzed update to Asbestos litigation. |
| Subtotal | | 1.80 | |
| **Total Hours** | | **97.50** | |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Expense Detail
## For the Period 5/1/04 through 5/31/04

| Expense Date | Professional | Amount |
|---|---|---|
| **Copies** | | |
| 5/31/2004 | Copies - May ( 522 photocopies @ .15 ea) | $78.30 |
| 5/31/2004 | Copies - April ( 87 photocopies @ .15 ea.) | $13.05 |
| Subtotal - Copies | | $91.35 |
| **Mileage** | | |
| 5/27/2004 | S. Cunningham - Blackstone Meeting | $11.25 |
| Subtotal - Mileage | | $11.25 |
| **Parking/Tolls** | | |
| 5/1/2004 | E. Ordway - Parking 3/24 | $41.00 |
| 5/1/2004 | E. Ordway - Parking 3/31 | $27.50 |
| 5/1/2004 | E. Ordway - Tolls 3/31 | $6.00 |
| 5/1/2004 | E. Ordway - Tolls 3/24 | $6.00 |
| 5/27/2004 | S. Cunningham - Blackstone Meeting | $32.00 |
| Subtotal - Parking/Tolls | | $112.50 |
| **Telecom Charges - Saddle Brook office** | | |
| 5/31/2004 | Telephone | $96.62 |
| Subtotal - Telecom Charges - Saddle Brook office | | $96.62 |
| **Telephone Charges** | | |
| 5/1/2004 | E. Ordway - Verizon Airfone 4/1 | $18.00 |
| 5/11/2004 | E. Ordway - Verizon 5/11/04 | $147.43 |
| Subtotal - Telephone Charges | | $165.43 |
| **For the Period 5/1/04 through 5/31/04** | | **$477.15** |

Capstone Corporate Recovery, LLC                                      Page 1 of 1
Invoice for the Fourth Interim Fee Application