# EXHIBIT A

W.R. GRACE & COMPANY                    July 9, 2004
5400 BROKEN SOUND BLVD., N.W.           Invoice No.   24243
BOCA RATON, FL  33487                   Client No.   734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


      For Professional Services Rendered through   06/30/04

Matter #          734680.1      VS. HONEYWELL INTERNATIONAL


**Litigation and Litigation Consulting**


06/01/04 JMA Receipt and review letter from Parsons to Louis   .10    37.50
             Berger Group re: TSDF RAA

06/01/04 JMA RCRA Fee Petition - conference with C. Marraro   4.50  1687.50
             and MEF re: contents of Honeywell preliminary
             Findings of Fact and Conclusions of Law

06/01/04 JMA RCRA Fee Petition - conference with MEF re:      1.60   600.00
             revisions to ECARG Findings of Fact and
             Conclusions of Law

06/01/04 JMA RCRA Fee Petition - preparation of analysis of   1.60   600.00
             Honeywell objections in preliminary Findings of
             Fact and Conclusions of Law

06/01/04 JMA RCRA Fee Petition - receipt and review letter    .40   150.00
             from D. Cantor to Judge Cavanaugh re: Honeywell
             preliminary Findings of Fact and Conclusions of
             Law

06/01/04 JMA RCRA Fee Petition - phone - K. Mililan re:       .30   112.50
             Honeywell preliminary findings of Fact and
             Conclusions of Law

06/01/04 MEF RCRA Fee Petition - Conference with JMA & CHM   4.50  1125.00
             re: Honeywell's proposed findings of fact and
             conclusions of law

06/01/04 MEF RCRA Fee Petition - phone with JMA and K.        .20    50.00
             Millian re: Honeywell's proposed findings of
             fact and conclusions of law

06/01/04 MEF Review letter from D. Cantor to Judge Cavanaugh   .30    75.00
             re: Honeywell's proposed findings of fact and
             conclusions of law re: ICO petition

06/01/04 MEF RCRA Fee Petition - Conference with JMA re:      1.60   400.00
             Honeywell's proposed findings of fact and
             conclusions of law and revisions to ECARG's
             proposed findings of fact and conclusions of
             law

```
W.R. GRACE & COMPANY                              July 9, 2004
Client No.            734680               Page      2
INVOICE NO.           24243
```

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/01/04 | MEF | RCRA Fee Petition - Review new cases cited by Honeywell in its proposed conclusions of law | 1.30 | 325.00 |
| 06/01/04 | LF | Assemble and index all remedial Honeywell submissions, Special Master submissions, ICO submissions and Grace submissions | 2.50 | 225.00 |
| 06/02/04 | JMA | RCRA Fee Petition - phone - D. Cantor re: filing deadline | .20 | 75.00 |
| 06/02/04 | JMA | RCRA Fee Petition - phone - D. Cantor and K. Millian re: filing deadline | .20 | 75.00 |
| 06/02/04 | JMA | RCRA Fee Petition - phone - C. Marraro re: status of filing deadline issues | .40 | 150.00 |
| 06/02/04 | JMA | RCRA Fee Petition - review cases cited by Honeywell in preliminary Findings of Fact and Conclusions of Law re: ECARG final proposed Findings of Fact and Conclusions of Law | 1.20 | 450.00 |
| 06/02/04 | JMA | RCRA Fee Petition - conference with MEF re: revisions to ECARG final proposed Findings of Fact and Conclusions of Law | .90 | 337.50 |
| 06/02/04 | JMA | RCRA Fee Petition - receipt and review letter from B. Terris to Clerk | .10 | 37.50 |
| 06/02/04 | JMA | RCRA Fee Petition - receipt and review letter from B. Terris to Judge Cavanaugh | .10 | 37.50 |
| 06/02/04 | JMA | RCRA Fee Petition - receipt and review ICO motion and brief to extend time to submit ICO Findings of Fact and Conclusions of Law | .30 | 112.50 |
| 06/02/04 | JMA | RCRA Fee Petition - receipt and review ICO proposed Order | .20 | 75.00 |
| 06/02/04 | MEF | RCRA Fee Petition - Additional revisions to proposed findings of fact and conclusions of law | 4.10 | 1025.00 |
| 06/02/04 | MEF | RCRA Fee Petition - Conference with JMA re: revisions to ECARG's final proposed findings of fact and conclusions of law | .90 | 225.00 |
| 06/02/04 | LF | Phone to Wallace King re: Kirk Brown; revise chart re: same | .30 | 27.00 |

```
W.R. GRACE & COMPANY                          July 9, 2004
Client No.          734680            Page      3
INVOICE NO.         24243
```

| | | | |
|---|---|---|---|
| 06/02/04 LF | Calculate the total photocopying charges for inclusion in Findings of Fact/Conclusions of Law | .90 | 81.00 |
| 06/02/04 LF | Assist in preparation of Findings of Fact/Conclusions of Law | 3.50 | 315.00 |
| 06/03/04 JMA | Phone - C. Marraro re: RAA issues | .40 | 150.00 |
| 06/03/04 JMA | Riverkeeper - receipt and review letter from B. Terris to Clerk - Riverkeeper motion | .10 | 37.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review letter from B. Terris to Judge Cavanaugh - Riverkeeper motion | .10 | 37.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review ICO motion to strike and notice of withdrawal of motion to enter judgment in Riverkeeper case | .30 | 112.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review ICO brief re; motion to strike/withdrawal Riverkeeper | .60 | 225.00 |
| 06/03/04 JMA | RCRA Fee Petition - conference with MEF re: revise and finalize ECARG proposed Findings of Fact and Conclusions of Law | 2.50 | 937.50 |
| 06/03/04 JMA | RCRA Fee Petition - receipt and review letter from D. Cantor to Judge Cavanaugh re: ICO motion to extend time | .30 | 112.50 |
| 06/03/04 JMA | Riverkeeper - phone - C. Marraro re: response to Honeywell supplemental/sur-reply papers | .30 | 112.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review letter from D. Field to Clerk-Riverkeeper motion to enter judgment | .10 | 37.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review letter to Judge Cavanaugh - Riverkeeper motion to enter default | .10 | 37.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review Declaration of W. Cunningham, P. Deming and R. Harris re: Honeywell sur-reply/supplemental submission - Riverkeeper motion to enter judgment | .90 | 337.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review Honeywell sur-reply/supplemental brief - Riverkeeper motion to enter judgment | 1.00 | 375.00 |

```
W.R. GRACE & COMPANY                          July 9, 2004
Client No.            734680              Page      4
INVOICE NO.           24243
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/04 | MEF | RCRA Fee Petition - revise and finalize proposed findings of fact and conclusions of law | 3.10 | 775.00 |
| 06/03/04 | MEF | RCRA Fee Petition - letter to Judge Cavanaugh filing proposed findings of fact and conclusions of law | .20 | 50.00 |
| 06/03/04 | MEF | RCRA Fee Petition - Conference with JMA re: revise and finalize ECARG proposed findings of fact and conclusions of law | 2.50 | 625.00 |
| 06/03/04 | MEF | RCRA Fee Petition - review and compare preliminary and final findings of fact and conclusions of law and prepare letter to all counsel with list of changes to Findings of Fact/Conclusions of Law from preliminary draft exchanged on 5/25/04 | 1.00 | 250.00 |
| 06/03/04 | LF | Review Findings of Fact and Conclusions of Law | .40 | 36.00 |
| 06/04/04 | JMA | Phone - R. Senftleben re: status update on Honeywell remediation activities | .40 | 150.00 |
| 06/04/04 | JMA | Appeal - receipt and review memo from MEF re: documents/pleadings included by Honeywell in Volume I of Appendix | .40 | 150.00 |
| 06/04/04 | JMA | Appeal - receipt and review memo from JAK re: Amicus filing by Superfund Settlements Project | .70 | 262.50 |
| 06/04/04 | JMA | Receipt and review email from counsel for Special Master | .10 | 37.50 |
| 06/04/04 | JMA | Riverkeeper - phone - C. Marraro re: joining ICO motion to strike Honeywell supplemental filings | .50 | 187.50 |
| 06/04/04 | JMA | Riverkeeper - phone - C. Marraro and C. Pravlik re: joining ICO motion to strike | .30 | 112.50 |
| 06/04/04 | JMA | Riverkeeper - preparation of letter to Judge Cavanaugh joining in ICO motion to strike | 2.00 | 750.00 |
| 06/04/04 | JMA | Riverkeeper - phone - C. Marraro re: revisions to letter | .40 | 150.00 |
| 06/04/04 | JMA | RCRA Fee Petition - phone - C. Marraro re: letter to Judge Cavanaugh re: Field Declaration | .80 | 300.00 |

```
W.R. GRACE & COMPANY                                July 9, 2004
Client No.              734680               Page       5
INVOICE NO.             24243
```

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/04/04 | JMA | RCRA Fee Petition - review filings and draft letter to Judge Cavanaugh re: Field Declaration | 2.00 | 750.00 |
| 06/04/04 | JMA | RCRA Fee Petition - receipt and review letter from D. Field to Clerk re: Honeywell proposed Findings of Fact and Conclusions of Law | .10 | 37.50 |
| 06/04/04 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh re: Honeywell proposed Findings of Fact and Conclusions of Law | .10 | 37.50 |
| 06/04/04 | JMA | RCRA Fee Petition - receipt and review Declaration of D. Field re: Lowenstein hourly rates | .30 | 112.50 |
| 06/04/04 | JMA | RCRA Fee Petition - Receipt and review Honeywell proposed Findings of Fact and Conclusions of law re: Lowenstein rates | .50 | 187.50 |
| 06/04/04 | JMA | Receipt and review memo from RCS re: 5/18/04 Jersey City Planning Board meeting | .20 | 75.00 |
| 06/04/04 | JMA | Appeal - receipt and review letter from B. Terris to Clerk | .10 | 37.50 |
| 06/04/04 | JMA | Appeal - Receipt and review ICO reply re: Grace motion to modify briefing schedule | .30 | 112.50 |
| 06/04/04 | MEF | RCRA Fee Petition - Review Field Declaration re: ECARG Petition | .20 | 50.00 |
| 06/04/04 | MEF | RCRA Fee Petition - Conference with JMA and CHM re: Field Declaration | .40 | 100.00 |
| 06/04/04 | MEF | RCRA Fee Petition - review Honeywell's proposed findings of fact and conclusions of law | 1.50 | 375.00 |
| 06/04/04 | RCS | Read Jersey Journal articles addressing Mayor Cunningham's death and affect on Jersey City Administration. | .50 | 112.50 |
| 06/04/04 | RCS | Prepare memorandum to John Agnello, Esq. regarding Acting Mayor and appointment of interim mayor. | .70 | 157.50 |
| 06/04/04 | RCS | Research New Jersey Statutes regarding vacancy in municipal office. | .80 | 180.00 |
| 06/05/04 | JMA | Receipt and review email from counsel for Special Master re: meeting dates | .20 | 75.00 |

W.R. GRACE & COMPANY                              July 9, 2004
Client No.          734680              Page      6
INVOICE NO.         24243

| | | | | |
|---|---|---|---|---|
| 06/05/04 | JMA | Riverkeeper - receipt and review C. Marraro revisions/comments to letter to Court joining in ICO motion | .30 | 112.50 |
| 06/05/04 | JMA | RCRA Fee Petition - receipt and review C. Marraro revisions/comments to letter to Court re: Field Declaration | .40 | 150.00 |
| 06/05/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: Field data-solid waste | .20 | 75.00 |
| 06/05/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: groundwater data | .10 | 37.50 |
| 06/05/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: sediment reports and data | .10 | 37.50 |
| 06/05/04 | JMA | Appeal - receipt and review letter from C. Anderson (5/21) to Case Manager | .20 | 75.00 |
| 06/05/04 | JMA | Receipt and review email from L. Thomas | .10 | 37.50 |
| 06/05/04 | JMA | Receipt and review letter from L. Thomas to Senator Torricelli re: Honeywell Redevelopment Plan | .10 | 37.50 |
| 06/05/04 | JMA | RCRA Fee Petition - revisions to letter to Court re: Field Declaration | 1.20 | 450.00 |
| 06/05/04 | JMA | Riverkeeper - revisions to letter to Court joining in ICO's motion to strike Honeywell's supplemental filing | 1.00 | 375.00 |
| 06/05/04 | JMA | Riverkeeper - conference with MEF re: revisions to letter to Court joining in ICO motion to strike | .30 | 112.50 |
| 06/05/04 | JMA | Review of Honeywell comprehensive redevelopment plan providing central basin contrary to Final Judgment | 1.00 | 375.00 |
| 06/05/04 | MEF | Hackensack Riverkeeper - Conference with JMA re: letter to Judge Cavanaugh joining ICO's motion to strike | .30 | 75.00 |
| 06/05/04 | MEF | Hackensack Riverkeeper - review and revise letter to Judge Cavanaugh re: joining ICO motion to strike | .60 | 150.00 |
| 06/07/04 | JMA | Phone conference with C. Marraro and K. Desoto re: development issues | .30 | 112.50 |

```
W.R. GRACE & COMPANY                              July 9, 2004
Client No.              734680              Page      7
INVOICE NO.             24243
```

06/07/04 JMA Receipt and review notice of electronic filing      .10      37.50
             re: Special Master Sixth Progress Report

06/07/04 JMA Receipt and review Special Master's Sixth           .40     150.00
             Progress Report

06/07/04 JMA Phone - C. Marraro and R. Senftleben re: status     .60     225.00
             update on RAA issues

06/07/04 JMA Receipt and review letter from K. Millian to        .20      75.00
             Senator Torricelli re: expanded bedrock
             investigation

06/07/04 JMA Receipt and review letter from D. Field to          .10      37.50
             counsel for Special Master with signature page
             - Stipulated Order 60% Design Work Plan

06/07/04 JMA Receipt and review email from counsel for           .10      37.50
             Special Master re: Access Order

06/07/04 JMA Receipt and review memo from K. Brown re:           .40     150.00
             weekly conference calls 5/11 and 5/25

06/07/04 JMA RCRA Fee Petition - receipt and review 5/4/04       .40     150.00
             oral argument transcript re: monitoring fees
             and expenses

06/07/04 JMA Receipt and review letter from K. Millian with      .20      75.00
             signature page - Stipulated Order 60% Design
             Work Plan

06/07/04 JMA Receipt and review email from K. Millian re:        .10      37.50
             bedrock sampling

06/07/04 JMA Receipt and review proposed Order re: Special       .20      75.00
             Master 12th Fee Application

06/07/04 JMA Receipt and review notice of electronic filing      .10      37.50
             re: Special Master 12th Fee Application

06/07/04 JMA Letter to Judge Cavanaugh re: Special Master        .20      75.00
             12th Fee Application

06/07/04 JMA Receipt and review executed Order re: Special       .20      75.00
             Master 11th Fee Application

06/07/04 JMA Receipt and review email from E. McDonald at        .10      37.50
             SI-Group

W.R. GRACE & COMPANY                                    July 9, 2004
Client No.              734680                 Page      8
INVOICE NO.             24243

06/07/04 JMA Riverkeeper - receipt and review notices of        .30    112.50
             electronic filing for Honeywell supplemental
             filings

06/07/04 JMA Receipt and review Special Master notice of        .20     75.00
             motion for compensation (12th fee application)

06/07/04 JMA Receipt and review Special Master's application    .60    225.00
             for compensation

06/07/04 JMA Receipt and review letter from T. Pasuit re:       .10     37.50
             Special Master's 12th Fee Application

06/07/04 JMA RCRA Fee Petition - final review and execution     .30    112.50
             of letter to Judge Cavanaugh re: Field
             Declaration

06/07/04 JMA Riverkeeper - Final review and execution of        .30    112.50
             letter to Judge Cavanaugh re: motion to strike
             Honeywell supplemental filings

06/07/04 JMA RCRA Fee Petition - revisions to letter to        1.00    375.00
             Judge Cavanaugh (Field Declaration)

06/07/04 JMA Riverkeeper - revisions to letter to Judge        1.30    487.50
             Cavanaugh (motion to strike)

06/07/04 JMA RCRA Fee Petition - phone - C. Marraro re:         .20     75.00
             letter to Judge Cavanaugh

06/07/04 JMA Appeal - phone - C. Marraro re: briefing           .20     75.00
             schedule

06/08/04 JMA RCRA Fee Petition - phone - C. Marraro re:         .20     75.00
             Honeywell request to withhold Findings of Fact
             and Conclusions of Law with ICO

06/08/04 JMA Receipt and review letter from K. Coakley to       .30    112.50
             Judge Cavanaugh re: Stipulated Order - 60%
             Design Work Plan

06/08/04 JMA Receipt and review letter from Parsons to Louis    .10     37.50
             Berger Group re: sampling grit

06/08/04 JMA Receipt and review email re: sampling grit         .10     37.50

06/08/04 JMA Receipt and review notice of electronic filing     .10     37.50
             re: Stipulated Order re: 60% Design Work Plan

06/08/04 JMA Receipt and review letter from JCMUA to Parsons    .20     75.00
             re: Grit

W.R. GRACE & COMPANY                                July 9, 2004
Client No.           734680                         Page     9
INVOICE NO.          24243


06/08/04 JMA Receipt and review minutes of 4/24/04 meeting    .30    112.50
             with DEP

06/08/04 JMA Receipt and review letter from Parsons to Louis  .10     37.50
             Berger Group

06/08/04 JMA Phone - C. Marraro re: Stipulation and Order     .30    112.50
             re: access

06/08/04 JMA RCRA Fee Petition - receipt and review letter    .10     37.50
             from D. Field to Court

06/08/04 JMA RCRA Fee Petition - receipt and review           .40    150.00
             Honeywell opposition brief re :ICO motion for 8
             day extension

06/08/04 JMA RCRA Fee Petition - receipt and review letter    .30    112.50
             to Judge Cavanaugh from K. Millian re: 8 day
             extension issue

06/08/04 JMA Appeal - Phone - Appeal Case Manager re: order   .20     75.00
             on briefing schedule

06/08/04 JMA Receipt and review letter from counsel for       .10     37.50
             Special Master re: 6th Progress Report

06/08/04 JMA Receipt and review email from S. Graham re: MEC  .10     37.50
             Report

06/08/04 JMA Receipt and review letter from Parsons to Louis  .10     37.50
             Berger Group re: offshore investigation

06/08/04 JMA Riverkeeper - receipt and review notice of       .10     37.50
             electronic filing re: ICO motion to
             strike/notice of withdrawal

06/08/04 JMA Receipt and review notice of electronic filing   .10     37.50
             re: ICO extension on Findings of Fact and
             Conclusions of Law

06/08/04 JMA Receipt and review notice of electronic filing   .10     37.50
             - deadlines for ICO's motions

06/08/04 JMA Receipt and review email from counsel for        .10     37.50
             Special Master re: access stipulation

06/08/04 JMA Receipt and review Stipulation and Order re:     .30    112.50
             access

06/08/04 JMA Execute Stipulation and Order re: access         .10     37.50

```
W.R. GRACE & COMPANY                          July 9, 2004
Client No.            734680            Page       10
INVOICE NO.           24243
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 06/08/04 | JMA | Letter to counsel for Special Master | .20 | 75.00 |
| 06/08/04 | MEF | Email from K. Millian to D. Cantor re: proposed Findings of Fact and Conclusions of Law re: ICO RCRA Fee Petition | .20 | 50.00 |
| 06/08/04 | MEF | RCRA Fee Petition - receipt and review fax from D. Cantor re: Honeywell's modification between preliminary and final proposed findings of fact and conclusions of law regarding ECARG's fee petition | .30 | 75.00 |
| 06/08/04 | MEF | Review Honeywell's opposition to ICO's motion for extension of time to file fee application | .40 | 100.00 |
| 06/09/04 | JMA | Receipt and review notice of electronic filing re: Field Declaration | .10 | 37.50 |
| 06/09/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: OSI reports | .10 | 37.50 |
| 06/09/04 | JMA | Receipt and review letter from L. Walsh to T. Milch re: escrow account/financial assurances | .20 | 75.00 |
| 06/09/04 | JMA | Review financial assurances order | .30 | 112.50 |
| 06/09/04 | JMA | RCRA Fee Petition - receipt and review letter from D. Cantor to C. Marraro re: disclose of Honeywell Findings of Fact and Conclusions of Law to ICO | .20 | 75.00 |
| 06/09/04 | JMA | Receipt and review letter from Columbia Analytical to Honeywell with deep groundwater data | .40 | 150.00 |
| 06/09/04 | JMA | Receipt and review email from S. Graham | .10 | 37.50 |
| 06/09/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: field notes and reports | .10 | 37.50 |
| 06/09/04 | JMA | Review field notes for March and April 2004 | .50 | 187.50 |
| 06/09/04 | JMA | Conference with C. Marraro re: Honeywell remedial activities at SA7 | 1.00 | 375.00 |
| 06/09/04 | JMA | Meeting with Jersey City officials and C. Marraro | 5.50 | 2062.50 |
| 06/09/04 | JMA | Receipt and review email from S. Graham | .10 | 37.50 |

W.R. GRACE & COMPANY                              July 9, 2004
Client No.            734680                      Page      11
INVOICE NO.           24243


06/09/04 JMA Receipt and review letter from Parsons to Louis    .10    37.50
             Berge Group re: well data

06/09/04 MEF Appeal - begin review of Honeywell's appellate    1.00   250.00
             brief

06/09/04 MEF Appeal - Conference with CHM re: appeal issues     .60   150.00

06/09/04 MEF Email from K. Millian to D. Cantor re: service     .10    25.00
             and exchange of ICO and Honeywell proposed
             findings of fact and conclusions of law re: ICO
             Fee Petition

06/09/04 MEF Email from D. Cantor to K. Millian re:             .10    25.00
             confirmation of exchange of findings of fact
             and conclusions of law

06/09/04 MEF Email from D. Cantor to K. Millian re: ICO RCRA    .20    50.00
             Fee Petition

06/09/04 MEF Appeal - PACER search re: Order on motions         .20    50.00

06/09/04 MEF Appeal - review docket re: disposition of          .20    50.00
             motions

06/09/04 ND  Appeal - authenticated information in             1.30   117.00
             adversary's brief cases, regulations and
             articles

06/10/04 JMA RCRA Fee Petition - receipt and review letter      .10    37.50
             from D. Field to Clerk

06/10/04 JMA RCRA Fee Petition - receipt and review letter      .10    37.50
             from D. Field to Judge Cavanaugh

06/10/04 JMA RCRA Fee Petition - receipt and review             .70   262.50
             Honeywell opposition to Grace motion to
             strike/impose sanctions

06/10/04 JMA RCRA Fee Petition - receipt and review notice      .10    37.50
             of electronic filing re: ICO reply brief re 8
             day extension

06/10/04 JMA Receipt and review ICO comments to Honeywell's     .40   150.00
             sediment evaluation

06/10/04 JMA RCRA Fee Petition - receipt and review letter      .20    75.00
             from D. Cantor with changes to Honeywell's
             findings of Fact and Conclusions of Law

W.R. GRACE & COMPANY                                    July 9, 2004
Client No.              734680                 Page       12
INVOICE NO.             24243

06/10/04 JMA RCRA Fee Petition - review of and comments to    3.80   1425.00
             Honeywell's proposed Findings of Fact and
             Conclusions of Law regarding ECARG's Fee
             Petition

06/10/04 JMA Receipt and review email from K. Millian to D.    .20     75.00
             Cantor re: ICO/Honeywell Findings of Facts and
             Conclusions of Law

06/10/04 JMA Receipt and review memo re: interim mayor of      .30    112.50
             Jersey City

06/10/04 JMA Appeal - conference with MEF re: Honeywell        .60    225.00
             motion for judicial notice

06/10/04 JMA Appeal - phone - C. Marraro re: Grace             .40    150.00
             Defendants' appellees' brief

06/10/04 JMA Receipt and  review notice of electronic filing   .10     37.50
             re: special Master status report

06/10/04 MEF Conference with JMA re: Honeywell motion for      .60    150.00
             judicial notice

06/11/04 KLW Review brief of Honeywell re judicial notice      .50    130.00

06/11/04 KLW Review appellate brief of Honeywell re use of    1.20    312.00
             material for which judicial notice is sought

06/11/04 KLW Conference with JMA re motion by Honeywell for    .50    130.00
             judicial notice

06/11/04 KLW Commence research on issue of judicial notice    4.00   1040.00

06/11/04 JMA Receipt and review letter from K. Millian to L.   .20     75.00
             Walsh with ICO's executed Access Order

06/11/04 JMA Appeal - receipt and review materials re:         .70    262.50
             potential conflict of Morgan Lewis

06/11/04 JMA Receipt and review email from R. Senftleben re:   .20     75.00
             SI Group

06/11/04 JMA Receipt and review email from S. Graham re:       .10     37.50
             data

06/11/04 JMA Receipt and review letter from Parsons to Louis   .20     75.00
             Berger Group re: data and sediment presentation

06/11/04 JMA Receipt and review email from H. Hall re:         .10     37.50
             groundwater addenda

```
W.R. GRACE & COMPANY                              July 9, 2004
Client No.              734680                Page      13
INVOICE NO.             24243
```

| | | | |
|---|---|---|---|
| 06/11/04 JMA | Receipt and review letter from T. Lewis to Parsons re: groundwater addenda | .20 | 75.00 |
| 06/11/04 JMA | Receipt and review letter from Parsons to Louis Berger Group re: OSI and MEC reports | .10 | 37.50 |
| 06/11/04 JMA | Appeal - conference with KLW re: Honeywell motion for judicial notice | .50 | 187.50 |
| 06/11/04 JMA | Receipt and review letter from T. Milch re: Honeywell motion to stay | .20 | 75.00 |
| 06/11/04 JMA | Phone - C. Marraro re: Honeywell motion for stay | .30 | 112.50 |
| 06/11/04 JMA | Receipt and review letter from D. Field to L. Walsh re: Access Order | .20 | 75.00 |
| 06/11/04 JMA | Appeal - phone - C. Marraro re: Honeywell motion - Judicial Notice | .40 | 150.00 |
| 06/11/04 JMA | RCRA Fee Petition - receipt and review notice of electronic file re: Honeywell brief re: ICO 8 day extension motion | .10 | 37.50 |
| 06/11/04 JMA | Appeal - phone - C. Marraro re: Grace Defendants' appellee brief | .70 | 262.50 |
| 06/11/04 JMA | RCRA Fee Petition - receipt and review letter from D. Cantor to Judge Cavanaugh re: Grace motion to strike | .10 | 37.50 |
| 06/11/04 JMA | RCRA Fee Petition - receipt and review letter from D. Cantor to Judge Cavanaugh re: ICO/Honeywell Finding of Fact and Conclusions of Law | .20 | 75.00 |
| 06/11/04 JMA | Receipt and review letter from Parsons to Special Master re: Addendum No. 5 - Groundwater Work Plan | .10 | 37.50 |
| 06/11/04 JMA | Receipt and review Addendum No. 5 - Deep Groundwater Inv. work Plan | .90 | 337.50 |
| 06/11/04 JMA | Receipt and review letter from Parsons to Louis Berger Group - diagonal crossing | .10 | 37.50 |
| 06/11/04 JMA | Receipt and review email from S. Graham re: Addendum No. 5 - Deep Groundwater | .10 | 37.50 |

```
W.R. GRACE & COMPANY                                July 9, 2004
Client No.              734680                Page     14
INVOICE NO.             24243
```

```
06/11/04 JMA Receipt and review notice of electronic filing    .10    37.50
             re: Order 60% Design Work Plan

06/11/04 JMA Receipt and review filed Order 60% Design Work     .20    75.00
             Plan

06/11/04 JMA Receipt and review letter from K. Millian to       .30   112.50
             Jersey City re: FOIA request

06/11/04 JMA Appeal - receipt and review Scheduling Order       .20    75.00
             (6/8/04)

06/11/04 JMA Receipt and review letter from K. Millian to       .10    37.50
             counsel for Special master with Access Order
             signature page

06/11/04 JMA RCRA Fee Petition - receipt and review letter      .10    37.50
             from K. Millian to Judge Cavanaugh with ICO
             reply brief - 8 day extension

06/11/04 JMA RCRA Fee Petition - receipt and review ICO         .60   225.00
             reply brief - 8 day extension

06/11/04 JMA RCRA Fee Petition - receipt and review letter      .10    37.50
             from K. Millian to clerk re: ICO 8 day motion

06/11/04 RCS Appeal:  Assist in identifying trial exhibits      .30    67.50
             cited by Honeywell in its appeal brief

06/11/04 LF  Appeal - review and compile evidentiary          6.50    585.00
             citations from Honeywell Appellant Brief

06/11/04 JL  Appeal -  Caselaw regarding judicial notice        .60    54.00

06/12/04 JMA Appeal - review of and comments to Grace         4.50   1687.50
             appellee brief

06/12/04 LF  Appeal - continued review and compile          10.50    945.00
             evidentiary citations from the Honeywell
             Appellate Brief

06/13/04 MEF Appeal - review Honeywell's Motion for Judicial  1.70    425.00
             Notice

06/14/04 KLW Appeal - Review research regarding judicial      3.00    780.00
             notice

06/14/04 KLW Appeal - Draft brief opposing motion for         4.20   1092.00
             judicial notice
```

```
W.R. GRACE & COMPANY                             July 9, 2004
Client No.              734680                    Page      15
INVOICE NO.             24243
```

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 06/14/04 | JMA | Appeal - conference with C. Marraro, B. Hughes, MEF re: Honeywell arguments and factual position in Honeywell's appeal brief | 7.30 | 2737.50 |
| 06/14/04 | JMA | Appeal - review of and comments to Honeywell appeal brief | 2.80 | 1050.00 |
| 06/14/04 | MEF | Appeal - Continue reviewing Honeywell appeal brief | 1.50 | 375.00 |
| 06/14/04 | MEF | Appeal - Conference with JMA, CHM, WFH (phone) re: Honeywell appeal brief | 6.20 | 1550.00 |
| 06/14/04 | ND | Appeal - Reviewed information/sources in adversary's brief for validity | 1.70 | 153.00 |
| 06/14/04 | RC | Appeal - assist LF in review and compiling evidentiary citations from Honeywell appellant brief | 2.80 | 252.00 |
| 06/14/04 | LF | Appeal - continued review and compile evidentiary citations from Honeywell Appellate Brief | 9.20 | 828.00 |
| 06/15/04 | KLW | Research law re standard of review on issue concerning license agreement | .50 | 130.00 |
| 06/15/04 | JMA | Receipt and review email from counsel for Special Master re: riparian grants | .10 | 37.50 |
| 06/15/04 | JMA | Conference with LF re: riparian grants | .30 | 112.50 |
| 06/15/04 | JMA | Letter to counsel from Special Master re: riparian grants | .20 | 75.00 |
| 06/15/04 | JMA | Appeal - conference with KLW re: opposition to motion for judicial notice | .60 | 225.00 |
| 06/15/04 | JMA | Appeal - begin preparation of Statement of Facts - Grace Appeal brief | 5.70 | 2137.50 |
| 06/15/04 | JMA | Appeal - conference call with B. Hughes re: Honeywell arguments in proof brief | 2.00 | 750.00 |
| 06/15/04 | JMA | Appeal - phone - C. Marraro re: motion for judicial notice | .40 | 150.00 |
| 06/15/04 | JMA | Appeal - phone - B. Hughes re: Honeywell arguments in proof brief | .60 | 225.00 |

```
W.R. GRACE & COMPANY                           July 9, 2004
Client No.            734680              Page      16
INVOICE NO.           24243
```

06/15/04 MEF  Appeal - email from B. Hughes re: Honeywell        .20     50.00
              Judicial Notice motion

06/15/04 MEF  Appeal - PACER search re: Honeywell motion for     .20     50.00
              Judicial Notice

06/15/04 ND   Appeal - Assist LF in reviewing and compiling     1.80    162.00
              evidentiary citations from Honeywell's
              appellate brief

06/15/04 RC   Appeal- Continued to assist L. Florence in        6.80    612.00
              reviewing and compiling evidentiary citation
              from Honeywell appellant brief

06/15/04 LF   Appeal - continue to compile and review           9.40    846.00
              evidentiary citations from the Honeywell
              Appellate Brief

06/15/04 LF   Review trial exhibits re: Riparian grants for      .60     54.00
              inclusion in Thomas J. Pasuit, Esq. letter

06/16/04 KLW  Conference with JMA re appellate motion for        .50    130.00
              stay and impact of same of appellate motion for
              judicial notice

06/16/04 KLW  Continue preparation of brief opposing           6.80   1768.00
              appellate judicial notice

06/16/04 JMA  Appeal - phone - M. Golladay at SI Group re:       .20     75.00
              RSDF issues - judicial notice motion

06/16/04 JMA  Appeal - phone - C. Marraro re: Honeywell          .40    150.00
              motion to stay

06/16/04 JMA  Appeal - conference with KLW re: opposition to     .50    187.50
              Honeywell motion for judicial notice

06/16/04 JMA  Appeal - phone - C. Marraro re: Honeywell          .60    225.00
              motion to stay and motion for judicial notice

06/16/04 JMA  Appeal - phone - C. Marraro and B. Hughes re:      .70    262.50
              stay and judicial notice motions

06/16/04 JMA  Appeal - phone - C. Marraro re: motion to stay     .40    150.00
              and motion for judicial notice

06/16/04 JMA  Appeal - phone - B. Hughes re: motion to stay      .50    187.50
              and motion for judicial notice

06/16/04 JMA  Phone - L. Walsh re: RAA issues                    .40    150.00

W.R. GRACE & COMPANY                                    July 9, 2004
Client No.              734680                          Page      17
INVOICE NO.             24243


06/16/04 JMA  Appeal - preparation of Statement of Facts -    3.20   1200.00
              Grace App. Brief

06/16/04 DGG  Conferences with JMA re: site inspection.        .30     75.00

06/16/04 LF   Complete review and compiling evidentiary       8.20    738.00
              citations from the Honeywell Appellate Brief

06/17/04 KLW  Conclude initial preparation of brief opposing  3.20    832.00
              judicial notice

06/17/04 JMA  Appeal - phone - C. Marraro and K. Brown re:     .30    112.50
              motion for judicial notice

06/17/04 JMA  Appeal - review Grace post trial Findings of    2.40    900.00
              Facts re: preparation of Grace Appellate brief

06/17/04 JMA  Appeal - preparation of Factual and Procedural  3.70   1387.50
              Background for motion for additional pages and
              extension of time

06/17/04 JMA  Receipt and review email and letter from K.      .30    112.50
              Millian re: briefing schedule

06/17/04 JMA  Appeal - phone - C. Marraro and K. Millian re:   .70    262.50
              briefing schedule

06/17/04 JMA  Appeal - phone - C. Marraro, K. Millian, M.      .40    150.00
              Sprague, C. Anderson re: briefing schedule

06/17/04 JMA  Appeal - phone - K. Millian and C. Marraro re:   .20     75.00
              briefing schedule

06/17/04 JMA  Appeal - phone - M. Golladay, SI Group, re:      .20     75.00
              judicial notice motion

06/17/04 JMA  Appeal - letter to M. Sprague and C. Anderson    .60    225.00
              re: briefing schedule

06/17/04 JMA  Appeal - conference with C. Marraro re:         2.50    937.50
              Honeywell motion to stay - Grace reply

06/17/04 DGG  Appear at Jersey City property for soil and     3.60    900.00
              water sampling.

06/18/04 JMA  Riverkeeper - receipt and review notice of       .10     37.50
              electronic filing re: plaintiffs' motion to
              strike Honeywell supplemental brief and
              withdrawal of motion to lift stay

```
W.R. GRACE & COMPANY                                    July 9, 2004
Client No.                734680              Page       18
INVOICE NO.               24243
```

| | | |
|---|---:|---:|
| 06/18/04 JMA Riverkeeper - receipt and review Order re: Honeywell supplemental brief and withdrawal of motion to lift stay | .20 | 75.00 |
| 06/18/04 JMA Riverkeeper - receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 06/18/04 JMA Riverkeeper - receipt and review Honeywell's motion to withdraw supplemental brief | .50 | 187.50 |
| 06/18/04 JMA Riverkeeper - receipt and review Honeywell's opposition to Riverkeeper motion to strike | 1.00 | 375.00 |
| 06/18/04 JMA Appeal - receipt and review email from K. Millian | .10 | 37.50 |
| 06/18/04 JMA RCRA Fee Petition - receipt and review email to/from K. Millian and D. Cantor re: Findings of Fact and Conclusions of Law | .30 | 112.50 |
| 06/18/04 JMA Receipt and review email from T. Pasuit re: Special Master meeting | .10 | 37.50 |
| 06/18/04 JMA Receipt and review memo from K. Brown re: 6/8/04 weekly conference call | .20 | 75.00 |
| 06/18/04 JMA Conference with DGG re: site inspection and sampling | .50 | 187.50 |
| 06/18/04 JMA Phone - C. Marraro re: 6/16/04 site inspection | .40 | 150.00 |
| 06/18/04 JMA RCRA Fee Petition - receipt and review letter from C. Pravlik to Clerk re: Findings of Fact and Conclusions of Law and motion to supplement | .10 | 37.50 |
| 06/18/04 JMA RCRA Fee Petition - receipt and review letter from C. Pravlik to Judge Cavanaugh re: Findings of Fact and Conclusions of Law and motion to supplement | .10 | 37.50 |
| 06/18/04 JMA RCRA Fee Petition - Receipt and review ICO motion to supplement record brief and proposed Order | .50 | 187.50 |
| 06/18/04 JMA RCRA Fee Petition - receipt and review ICO final Findings of Fact and Conclusions of Law | 2.40 | 900.00 |
| 06/18/04 DGG Conference with JMA re: surface water sampling. | .50 | 125.00 |

```
W.R. GRACE & COMPANY                              July 9, 2004
Client No.                734680            Page     19
INVOICE NO.               24243
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/18/04 | LF | Appeal - Complete review and compiling evidentiary citations from he Honeywell Appellate Brief | 1.30 | 117.00 |
| 06/19/04 | JMA | Appeal - receipt and review District Court opinion re: preparation of Grace Statement of Facts | 3.30 | 1237.50 |
| 06/19/04 | JMA | RCRA Fee Petition - receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 06/19/04 | JMA | RCRA Fee Petition - receipt and review letter from D. Field to Judge Cavanaugh | .10 | 37.50 |
| 06/19/04 | JMA | RCRA Fee Petition - receipt and review Honeywell Findings of Fact and Conclusions of Law re: ICO RCRA Fee Petition | 2.00 | 750.00 |
| 06/19/04 | JMA | Receipt and review memo from K. Brown re: 6/15/04 weekly conference call | .30 | 112.50 |
| 06/19/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: water level data | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: bulkhead pits work plan | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: MRCE daily reports | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review email from M. Daneker re: diagonal crossing | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review letter from Deming to Honeywell re: diagonal wall | .30 | 112.50 |
| 06/19/04 | JMA | Receipt and review email from M. Daneker re: data and plans - diagonal crossing | .30 | 112.50 |
| 06/19/04 | JMA | Receipt and review email from K. Millian with letter and Bell comments re: sediment investigation | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review letter from K. Millian to Special Master re: sediment investigation | .20 | 75.00 |
| 06/19/04 | JMA | Receipt and review Dr. Bell's comments re: sediment investigation | .60 | 225.00 |
| 06/19/04 | JMA | Receipt and review letter from M. Daneker to Special Master re: diagonal wall | .10 | 37.50 |

```
W.R. GRACE & COMPANY                              July 9, 2004
Client No.              734680              Page      20
INVOICE NO.             24243
```

| | | | | |
|---|---|---|---|---|
| 06/19/04 | JMA | RCRA Fee Petition - receipt and review notice of electronic filing re: ICO motion to supplement record | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review notice of electronic filing re: schedule for ICO motion | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review notice of electronic filing re: order - Access | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review letter from K. Coakley to Judge Cavanaugh with Order regarding access | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review email from T. Pasuit re: Special Master meeting | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review agenda for Special Master meeting | .20 | 75.00 |
| 06/19/04 | JMA | Riverkeeper - receipt and review notice of electronic filing re: Honeywell motion to withdraw supplemental brief | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review notice of electronic filing re: Honeywell opposition to ICO motion to strike | .10 | 37.50 |
| 06/19/04 | JMA | RCRA Fee Petition - receipt and review notice of electronic filing re: Honeywell Findings of Fact and Conclusions of Law | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review notice of electronic filing re: Order regarding access | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review filed Stipulation and Order re: access | .10 | 37.50 |
| 06/19/04 | JMA | RCRA Fee Petition - receipt and review notice of electronic filing re; Honeywell opposition to ECARG motion to strike | .10 | 37.50 |
| 06/20/04 | JMA | Receipt and review slides from 5/27/04 sediment investigation review | .70 | 262.50 |
| 06/20/04 | JMA | Receipt and review letter from Parsons to Special Master with Honeywell Progress Report No. 13 | .10 | 37.50 |
| 06/20/04 | JMA | Receipt and review Honeywell Progress Report No. 13 | 1.00 | 375.00 |

W.R. GRACE & COMPANY                                    July 9, 2004
Client No.          734680                         Page      21
INVOICE NO.         24243


06/20/04 JMA Receipt and review email from S. Graham re:        .10      37.50
             Honeywell Progress Report No. 13

06/20/04 JMA Receipt and review email from S. Graham re:        .10      37.50
             Hydroqual response to Louis Berger comments

06/20/04 JMA Receipt and review Hyrdoqual response to Louis     .80     300.00
             Berger Group comments - groundwater addenda 1-4

06/21/04 KLW Appeal - Supplement brief with 3rd circuit law    5.10    1326.00
             on motions to supplement the record

06/21/04 JMA Phone - C. Marraro and A. Nagy re: Special         .30     112.50
             Master meeting

06/21/04 JMA Appeal - receipt and review Order re: Honeywell    .20      75.00
             motion to expand the record

06/21/04 JMA Appeal - conference with C. Marraro and MEF re:    .40     150.00
             Merits Panel review of Honeywell motion to
             expand record

06/21/04 JMA Appeal - receipt and review letter from M.         .30     112.50
             Sprague re: brief schedule and joint motion

06/21/04 JMA Appeal - review of and comments to Grace brief    1.90     712.50
             in opposition to Honeywell motion for judicial
             notice

06/21/04 JMA Appeal - review of and comments to proposed        .70     262.50
             joint motion re: briefing schedule (motion to
             stay)

06/21/04 JMA Appeal - conference with MEF re: joint motion      .30     112.50
             re: brief schedule

06/21/04 JMA Appeal - phone - K. Millian re: joint motion       .30     112.50
             re: briefing schedule

06/21/04 JMA Appeal - preparation of Factual and Procedural    4.50    1687.50
             Background - Grace motion for additional time
             and additional pages for merits brief

06/21/04 JMA Phone - M. Daneker                                 .10      37.50

06/21/04 JMA Appeal - conference with K. Brown, C. Marraro     1.60     600.00
             and MEF re: K. Brown Declaration - opposition
             to motion to expand record

```
W.R. GRACE & COMPANY                           July 9, 2004
Client No.              734680          Page      22
INVOICE NO.             24243
```

06/21/04 MEF Appeal - receipt and review fax from M. Sprague    .30    75.00
             regarding request for Honeywell's consent to
             modified briefing schedule on stay motion;
             additional words for appellees' briefs on the
             merits and modified briefing schedule for
             appellees' briefs on the merits

06/21/04 MEF Appeal - review draft joint motion to modify       .20    50.00
             briefing schedule on Honeywell's stay motion

06/21/04 MEF Appeal - Conference with JMA and CHM re:           .40   100.00
             Honeywell's motions for judicial notice

06/21/04 MEF Email from K. Millian re: letter to T. Milch       .30    75.00
             re: plaintiff's appeal brief and opposition to
             Honeywell's motion for stay in Third Circuit

06/21/04 MEF Appeal - phone with A. Laws re: decisions on       .20    50.00
             motions referred to merits panel

06/21/04 MEF Appeal - review LAR and IOPs regarding motions     .20    50.00

06/21/04 MEF Appeal - Conference with JMA regarding joint       .30    75.00
             motion regarding briefing schedule on stay
             motion

06/21/04 MEF Phones with M. Sprague regarding joint motion      .30    75.00
             for extension to file briefs on stay motion

06/21/04 MEF Appeal - motion for extension to file briefs on    .70   175.00
             stay motion

06/21/04 MEF Appeal - email to/from M. Sprague regarding        .20    50.00
             redlined motion papers

06/21/04 MEF Appeal - emails from/to K. Millian regarding       .20    50.00
             motion papers

06/21/04 MEF Appeal - Conference with JMA, CHM, K. Brown       1.60   400.00
             regarding response to Honeywell's motion for
             judicial notice

06/21/04 MEF Appeal - Conference with K. Brown regarding       2.30   575.00
             declaration in opposition to Honeywell's motion
             for judicial notice

06/21/04 LF  Appeal - Review all parties proposed and final    2.70   243.00
             trial exhibit lists regarding Honeywell new
             evidence

```
W.R. GRACE & COMPANY                              July 9, 2004
Client No.              734680            Page       23
INVOICE NO.             24243
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/22/04 | JMA | Appeal - preparation of motion to extend time for Grace's principal brief | 5.00 | 1875.00 |
| 06/22/04 | JMA | Appeal - conference with C. Marraro re: Grace opposition to Honeywell motion to expand the record | 1.00 | 375.00 |
| 06/22/04 | JMA | Review file re: meeting with Special Master and all parties | 1.00 | 375.00 |
| 06/22/04 | JMA | Conference with R. Senftleben, A. Nagy, K. Brown, C. Marraro re: Special Master meeting | 1.00 | 375.00 |
| 06/22/04 | JMA | Attend Special Master/all parties meeting | 3.00 | 1125.00 |
| 06/22/04 | MEF | Appeal - draft declaration of K. Brown in opposition to Honeywell motion for judicial notice | 3.20 | 800.00 |
| 06/22/04 | MEF | Appeal - phone with M. Sprague regarding joint motion on briefing schedule on stay motion | .20 | 50.00 |
| 06/22/04 | MEF | Appeal - finalize joint motion on briefing schedule on stay | .20 | 50.00 |
| 06/22/04 | MEF | Appeal - prepare certificate of service | .20 | 50.00 |
| 06/22/04 | MEF | Appeal - letter to A. Laws re: joint motion | .20 | 50.00 |
| 06/22/04 | RCS | Telephone call to Jersey City Planning Board regarding agenda for meeting. | .20 | 45.00 |
| 06/22/04 | RCS | Receipt and review of Jersey City Planning Board Agenda. | .10 | 22.50 |
| 06/22/04 | LF | Appeal - Continue to review all parties proposed and final trial exhibit lists regarding Honeywell new evidence | 1.20 | 108.00 |
| 06/22/04 | LF | Appeal - Review and compare Honeywell motion to stay before the District Court with Honeywell motion for judicial notice | 2.50 | 225.00 |
| 06/22/04 | LF | Appeal - review and compare Honeywell motion for judicial notice, amicus motion and stay motion regarding new evidence | 4.70 | 423.00 |
| 06/23/04 | JMA | Appeal - phone - C. Marraro re: Grace opposition to Honeywell motion to expand record | .30 | 112.50 |

```
W.R. GRACE & COMPANY                              July 9, 2004
Client No.              734680            Page      24
INVOICE NO.             24243
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 06/23/04 | JMA | Appeal - review FRAP 29 re: amicus curiae briefs | .60 | 225.00 |
| 06/23/04 | JMA | Appeal - conference with MEF re: amicus curiae motion and brief | .40 | 150.00 |
| 06/23/04 | JMA | Appeal - revise and finalize expedited motion for extension of time for filing Grace principal brief | 2.80 | 1050.00 |
| 06/23/04 | JMA | Appeal - revisions to K. Brown Declaration re; Honeywell motion to expand record | 3.60 | 1350.00 |
| 06/23/04 | JMA | Appeal - phone - C. Marraro re: Grace opposition to motion to expand the record | .40 | 150.00 |
| 06/23/04 | JMA | Appeal - preparation of expedited motion to extend time for Grace's brief | 1.00 | 375.00 |
| 06/23/04 | JMA | Appeal - conference with MEF re: expedited motion | .50 | 187.50 |
| 06/23/04 | JMA | Appeal - conference with MEF re: Honeywell motion to expand record | .50 | 187.50 |
| 06/23/04 | MEF | Appeal - phone with A. Laws re: expedited motion and with G. Cain at 3rd Circuit | .40 | 100.00 |
| 06/23/04 | MEF | Appeal - review and finalize motion for extension of time to file principal brief | .80 | 200.00 |
| 06/23/04 | MEF | Appeal - begin review of draft brief in opposition to motion to expand the record by Honeywell | .30 | 75.00 |
| 06/23/04 | MEF | Appeal - Conference with JMA re: expedited motion | .50 | 125.00 |
| 06/23/04 | MEF | Appeal - Conference with JMA re: amicus motion and brief | .40 | 100.00 |
| 06/23/04 | MEF | Appeal - Conference with JMA re: opposition to Honeywell motion to expand the record | .50 | 125.00 |
| 06/23/04 | LF | Appeal - continue review of Honeywell motions regarding new evidence | 2.50 | 225.00 |
| 06/23/04 | LF | Appeal - Prepare memo regarding new evidence in Honeywell motions | .20 | 18.00 |

```
W.R. GRACE & COMPANY                            July 9, 2004
Client No.              734680          Page       25
INVOICE NO.             24243
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/24/04 | JMA | Appeal - revisions to Grace response to Honeywell motion to expand record | 5.50 | 2062.50 |
| 06/24/04 | JMA | Appeal - revisions to Declaration of K. Brown re: Grace response to motion to expand record | 1.80 | 675.00 |
| 06/24/04 | JMA | Conference with MEF re: filing deadline for Grace response re: motion to expand record | .50 | 187.50 |
| 06/24/04 | JMA | Appeal - Final review and execution of motion to extend time for Grace response | .40 | 150.00 |
| 06/24/04 | JMA | Appeal - final review and execution of Grace response to motion to expand record | .60 | 225.00 |
| 06/24/04 | JMA | Conference with MEF re: revisions to motion to extend time for Grace response to motion to expand record | .60 | 225.00 |
| 06/24/04 | JMA | Appeal - phone - C. Marraro re: revisions to K. Brown Declaration - motion to expand record | .80 | 300.00 |
| 06/24/04 | JMA | Appeal - phone - C. Marraro re: revisions to Grace response to motion to expand record | 1.50 | 562.50 |
| 06/24/04 | MEF | Appeal - email from B. Self re: draft opposition to motion for judicial notice | .10 | 25.00 |
| 06/24/04 | MEF | Appeal - review revised draft brief in opposition to Honeywell motion for judicial notice | .40 | 100.00 |
| 06/24/04 | MEF | Appeal - review and revise K. Brown declaration | .50 | 125.00 |
| 06/24/04 | MEF | Email from K. Millian re: draft letter to Daneker | .10 | 25.00 |
| 06/24/04 | MEF | Review draft letter from K. Millian to M. Daneker re: June 17 site visit | .20 | 50.00 |
| 06/24/04 | MEF | Appeal - phones with M. Sprague re: motion to file response out of time | .20 | 50.00 |
| 06/24/04 | MEF | Appeal - review amicus brief | 1.10 | 275.00 |
| 06/24/04 | MEF | Appeal - review and finalize response to Honeywell's motion to expand the record | .40 | 100.00 |
| 06/24/04 | MEF | Appeal - review FRAP re: filing responses to motions | .30 | 75.00 |

W.R. GRACE & COMPANY                              July 9, 2004
Client No.                734680        Page      26
INVOICE NO.               24243

06/24/04 MEF Appeal - voice mail A. Laws                        .10     25.00

06/24/04 MEF Appeal - phone with CHM's office                   .20     50.00

06/24/04 MEF Appeal - phone with A. Laws re: response to        .20     50.00
             Honeywell's motion to expand record

06/24/04 MEF Appeal - prepare motion to respond out of time    1.60    400.00

06/24/04 MEF Appeal - conference with JMA re: motion to file    .60    150.00
             response out of time

06/24/04 MEF Appeal - Conference with JMA regarding filing      .50    125.00
             deadline for Grace response regarding motion to
             expand record

06/24/04 LF  Appeal - review findings of fact and              2.50    225.00
             conclusions of law regarding Kirk Brown
             remediation alternatives.

06/24/04 LF  Appeal - review Wong testimony regarding HW        .50     45.00
             annual sales.

06/25/04 JMA Appeal - receipt and review Order re: Honeywell    .20     75.00
             motion to expand record

06/25/04 JMA Receipt and review email from Louis Berger         .10     37.50
             Group to Parsons re: bulkhead test pit work
             plan

06/25/04 JMA Receipt and review letter from Louis Berger        .10     37.50
             Group to Parsons re: bulkhead test pit work
             plan

06/25/04 JMA Appeal - receipt and review email from K.          .10     37.50
             Millian to C. Anderson re: motion to stay -
             schedule

06/25/04 JMA Receipt and review email from S. Graham re:        .10     37.50
             bulkhead test pits

06/25/04 JMA Receipt and review letter from Parsons to Louis    .10     37.50
             Berger Group - bulkhead test pit work plan

06/25/04 JMA Receipt and review bulkhead test pit work plan     .50    187.50

06/25/04 JMA Receipt and review email from S. Graham re:        .10     37.50
             groundwater discharge reports

06/25/04 JMA Receipt and review letter from Parsons to PVSC     .40    150.00
             re: groundwater discharge reports and reports

```
W.R. GRACE & COMPANY                              July 9, 2004
Client No.              734680               Page       27
INVOICE NO.             24243
```

06/25/04 JMA Receipt and review letter from Parsons to Louis     .10     37.50
             Berger Group re: field reports for April

06/25/04 JMA Receipt and review MRCE field reports for 4/04      .40    150.00

06/25/04 JMA Receipt and review notice of electronic filing      .10     37.50
             re: Access Order

06/25/04 JMA Receipt and review email from H. Hale re:           .10     37.50
             sediment investigation

06/25/04 JMA Receipt and review letter from Louis Berger         .30    112.50
             Group to Parsons re: Special Master comments to
             sediment investigation

06/25/04 JMA Receipt and review letter from Parsons to Louis     .10     37.50
             Berger Group re: revised work plan - test pits

06/25/04 JMA Receipt and review letter from M. Daneker to K.     .30    112.50
             Millian re: 6/17/04 Site visit

06/25/04 JMA Appeal - receipt and review letter from L.          .10     37.50
             Thomas to Clerk

06/25/04 JMA Appeal - receipt and review ICO motion for one      .20     75.00
             day extension

06/25/04 JMA Appeal - conference with MEF re: aerial photos      .40    150.00
             - motion to stay

06/25/04 JMA Phone - C. Marraro re: Honeywell sediment           .50    187.50
             investigation issues

06/25/04 JMA Appeal - phone - C. Marraro re: ECARG response      .50    187.50
             to Honeywell motion for stay

06/25/04 JMA Appeal - review of and comments to Honeywell       2.30    862.50
             brief - motion to stay

06/25/04 MEF Appeal - Conference with JMA regarding aerial       .40    100.00
             photos - motion to stay

06/25/04 MEF Appeal - Phone with LF regarding aerial photos      .50    125.00

06/25/04 MEF Phone with LF regarding motion by amicus            .20     50.00

06/25/04 MEF Appeal - Review Honeywell brief regarding          1.40    350.00
             partial stay

06/25/04 LF  Appeal - phone with MEF regarding aerial photos     .50     45.00

```
W.R. GRACE & COMPANY                                 July 9, 2004
Client No.              734680            Page      28
INVOICE NO.             24243
```

| | | |
|---|---|---|
| 06/25/04 LF  Appeal - phone with MEF regarding Amicus Motion | .20 | 18.00 |
| 06/25/04 LF  Appeal - multiple phone calls with John at Aerial Photo of NJ regarding aerial photos | .40 | 36.00 |
| 06/25/04 LF  Appeal - phone with Bill Furlick at Airphoto Services regarding aerial photos | .20 | 18.00 |
| 06/25/04 LF  Appeal - Prepare letter to John at Aerial Photo of NJ with enclosures | .40 | 36.00 |
| 06/26/04 MEF Appeal - phone with John at Aerial Photo | .20 | 50.00 |
| 06/26/04 MEF Appeal - emails to/from B. Hughes regarding draft brief in opposition to stay motion | .40 | 100.00 |
| 06/26/04 MEF Appeal - draft motion to strike portions of Honeywell's principal brief | 2.00 | 500.00 |
| 06/26/04 MEF Appeal - email to CHM regarding draft motion to strike | .20 | 50.00 |
| 06/26/04 MEF Appeal - emails from/to WFH regarding opposition to amicus motion | .20 | 50.00 |
| 06/26/04 MEF Appeal - Phone with WFH regarding opposition to motion to stay | .20 | 50.00 |
| 06/26/04 MEF Appeal - Email from K. Millian regarding B. Ross information for principal brief | .20 | 50.00 |
| 06/27/04 JMA Appeal - Review all exhibits to Honeywell motion to stay | 2.70 | 1012.50 |
| 06/27/04 JMA Appeal - Review of and comments to draft of Grace response to Honeywell motion to stay | 3.00 | 1125.00 |
| 06/27/04 JMA Appeal - Phone CHM regarding Grace response to Honeywell motion to stay | .60 | 225.00 |
| 06/27/04 MEF Appeal - phone with WFH regarding response to Honeywell stay motion | .20 | 50.00 |
| 06/27/04 MEF Appeal - Email from WFH regarding response to Honeywell stay motion | .10 | 25.00 |
| 06/27/04 MEF Appeal - review draft response to Honeywell stay motion | 1.00 | 250.00 |
| 06/28/04 JMA Appeal - Phone with B. Hughes regarding Grace response to Honeywell motion for stay | 1.50 | 562.50 |

```
W.R. GRACE & COMPANY                                    July 9, 2004
Client No.              734680                    Page      29
INVOICE NO.             24243
```

06/28/04 JMA Appeal - Review of and comments to Grace motion  3.70  1387.50
             to strike portion of Honeywell principal brief

06/28/04 JMA Appeal - Phone with counsel for Special Master    .30   112.50
             regarding permitting delays

06/28/04 JMA Appeal - Phone with K. Millian, CHM, B. Hughes    .60   225.00
             regarding motion to stay, Grace's motion to
             strike

06/28/04 JMA Appeal - Phone conference with CHM and W.        1.80   675.00
             Hughes regarding preparation of Grace Response
             to Stay Motion

06/28/04 JMA Appeal - Final review and execution of motion     .40   150.00
             to strike regarding expand the record documents

06/28/04 JMA Appeal - Conference with MEF regarding            .50   187.50
             scheduling of stay motion, motion to expand
             record and Grace motions to strike

06/28/04 JMA Appeal - Conference with L. Florence regarding    .40   150.00
             file research for Grace response to motion for
             stay

06/28/04 JMA Appeal - Phone with CHM regarding settlement      .50   187.50
             issues

06/28/04 JMA Appeal - Phone with CHM, MEF regarding motion     .50   187.50
             to extend Grace's time for principal brief

06/28/04 JMA Appeal - Conference with MEF regarding briefing   .40   150.00
             schedule for all pending motions and principal
             brief

06/28/04 JMA Appeal - Phone with B. Hughes regarding motion    .20    75.00
             to stay opposition

06/28/04 MEF Appeal - Phone conference with JMA and CHM        .50   125.00
             regarding motion to extend Grace time for
             principal brief

06/28/04 MEF Appeal - Conference with JMA regarding briefing   .40   100.00
             schedules for all pending motions and principal
             brief

06/28/04 MEF Appeal - Phone with A. Laws regarding Joint       .30    75.00
             Motion for extension of time and expedited
             motion regarding principal brief

W.R. GRACE & COMPANY                                    July 9, 2004
Client No.              734680                  Page      30
INVOICE NO.             24243


06/28/04 MEF  Appeal - Conference with B. Furlick of Airphoto    .50   125.00
              regarding aerial photos

06/28/04 MEF  Appeal - Email to M. Sprague regarding draft       .20    50.00
              letter to Clark regarding Honeywell consent

06/28/04 MEF  Appeal - email to CHM regarding draft letter to    .10    25.00
              Clerk regarding Honeywell consent to extension

06/28/04 MEF  Appeal - email from M. Sprague regarding           .10    25.00
              Honeywell motion for extension

06/28/04 MEF  Appeal - review draft Honeywell brief regarding    .20    50.00
              extension to file reply

06/28/04 MEF  Appeal - Conference with JMA regarding             .50   125.00
              scheduling of motion for stay, motions to
              strike, motion to expand record

06/28/04 MEF  Appeal - voice mail - A. Laws                      .10    25.00

06/28/04 MEF  Appeal - review docket regarding status of         .20    50.00
              motion for extensions of time to file
              responses/reply to stay motion

06/28/04 MEF  Appeal - Conference with LF regarding aerial       .20    50.00
              photos

06/28/04 MEF  Appeal - phone with CHM regarding letter to        .20    50.00
              Clerk and Honeywell motion for extension

06/28/04 MEF  Appeal - letter to A. Laws regarding Honeywell     .30    75.00
              consent to motion for extension of time to file
              principal brief

06/28/04 MEF  Appeal - phone with CHM regarding joint motion     .20    50.00
              for extension to file response to stay motion
              and expedited motion regarding extension to
              file principal brief

06/28/04 MEF  Appeal - Revise and finalize motion to strike     2.30   575.00
              portions of Honeywell's principal brief

06/28/04 RCS  Review letter from Kathy Millian, Esq. to          .10    22.50
              Robert Cotter of Jersey City Dept. of Housing
              regarding New Jersey Open Public Records Act;
              request.

06/28/04 RCS  Telephone call to Lem Thomas, Esq. regarding       .20    45.00
              Jersey City response to Public Records Act
              Request.

W.R. GRACE & COMPANY                              July 9, 2004
Client No.              734680           Page      31
INVOICE NO.             24243

06/28/04 LF  Appeal - Conference with MEF regarding aerial        .20    18.00
             photos

06/28/04 LF  Appeal - phone with Bill Furlick regarding           .20    18.00
             aerial photos

06/28/04 LF  Appeal - phone with John at Aerial Photo of NJ       .20    18.00
             regarding aerial photos

06/28/04 LF  Appeal - Review Peter Chapman testimony and          .80    72.00
             related exhibits regarding sediment
             investigation issues

06/28/04 LF  Appeal - review file and prepare charts             5.10   459.00
             regarding special master's fee application and
             orders.

06/29/04 JMA RCRA Fee Petition - receipt and review letter        .10    37.50
             from M. Caffrey to Clerk

06/29/04 JMA RCRA Fee Petition - receipt and review letter        .10    37.50
             from M. Caffrey to Judge Cavanaugh

06/29/04 JMA RCRA Fee Petition - receipt and review               .20    75.00
             Honeywell response to ICO Motion to Supplement
             Record

06/29/04 JMA Appeal - receipt and review email from M.            .20    75.00
             Sprague with 7 day extension motion

06/29/04 JMA Receipt and review email from S. Graham re:          .10    37.50
             sediment slides

06/29/04 JMA Receipt and review letter from Environ to            .40   150.00
             Honeywell re: sediment investigation slides and
             slides

06/29/04 JMA Appeal - receipt and review letter from              .10    37.50
             L.Thomas to Case Manager re: Honeywell consent
             to 30 day extension

06/29/04 JMA Receipt and review letter from ICO to Special        .30   112.50
             Master re: timing of permit submissions to DEP

06/29/04 JMA Appeal - receipt and review ICO letter to Clerk      .10    37.50
             filing Motion in opposition to Honeywell Motion
             to Expand Record

06/29/04 JMA Appeal - receipt and review ICO opposition to       1.00   375.00
             Honeywell Motion to Expand the District Court
             Record

```
W.R. GRACE & COMPANY                          July 9, 2004
Client No.            734680            Page      32
INVOICE NO.           24243
```

06/29/04 JMA Appeal - receipt and review ICO Motion for           .50    187.50
             additional words in principal brief

06/29/04 JMA Appeal - receipt and review K. Brown's comments      .20     75.00
             regarding Groundwater IRM's - Honeywell Motion
             to Stay

06/29/04 JMA Receipt and review letter from K. Millian to M.      .20     75.00
             Daneker re: 6/17/04 Site visit

06/29/04 JMA Receipt and review email from S. Graham re:          .10     37.50
             test pits

06/29/04 JMA Appeal - receipt and review ICO Expedited            .60    225.00
             Motion for extension of 30 days to file
             appellee brief

06/29/04 JMA Receipt and review email from H. Hall re: test       .10     37.50
             pits

06/29/04 JMA Receipt and review letter from Louis Berger          .10     37.50
             Group to Parsons re: approval of revised Test
             Pit Plan

06/29/04 JMA Receipt and review notice of electronic filing       .10     37.50
             re: Special Master's 12th Fee Application

06/29/04 JMA Receipt and review Order approving Special           .20     75.00
             Master's 12th Fee Application

06/29/04 JMA Appeal - receipt and review email from L.            .20     75.00
             Thomas re: Honeywell brief inaccuracies

06/29/04 MEF Appeal - email from M. Sprague regarding             .10     25.00
             comments to draft letter to Clerk

06/29/04 MEF Appeal - email to M. Sprague regarding comments      .10     25.00
             to draft letter to Clerk

06/29/04 MEF Appeal - revise and finalize letter to Clerk         .20     50.00
             regarding Honeywell consent to extension to
             file principal brief

06/29/04 MEF Appeal - receipt and review letter from T.           .10     25.00
             Milch to A. Laws regarding motion for 7 day
             extension to file reply brief

06/29/04 MEF Appeal - receipt and review Honeywell's motion       .20     50.00
             for 7 day extension to file reply brief

```
W.R. GRACE & COMPANY                              July 9, 2004
Client No.              734680            Page     33
INVOICE NO.             24243
```

| | | | |
|---|---|---|---|
| 06/29/04 MEF | Appeal - receipt and review letter from T. Milch to A. Laws regarding Honeywell response to ICO motion to expand the word limits | .30 | 75.00 |
| 06/29/04 MEF | Appeal - Conference with LF regarding aerial photos | .40 | 100.00 |
| 06/29/04 LF | Appeal - complete review of file and prepare charts regarding Special Master's fee applications and orders. | 1.90 | 171.00 |
| 06/30/04 JMA | RCRA Fee Petition - receipt and review notice of electronic filing re: Honeywell response to ICO Motion to supplement | .10 | 37.50 |
| 06/30/04 JMA | Appeal - receipt and review email from K. Millian to M. Sprague re: Honeywell 7 day extension | .10 | 37.50 |
| 06/30/04 JMA | Receipt and review email from S. Graham re: gas main test pit memo | .10 | 37.50 |
| 06/30/04 JMA | Receipt and review letter from M. Daneker to Special Master re: timing of permit submissions to DEP | .30 | 112.50 |
| 06/30/04 JMA | Draft footnote for Grace opposition to motion to stay | .40 | 150.00 |
| 06/30/04 JMA | Appeal - review of and comments to redraft of Grace opposition to Motion to Stay | 3.90 | 1462.50 |
| 06/30/04 JMA | Appeal - phone - W. Hughes re: revisions to redraft of Grace opposition to Motion to Stay | .70 | 262.50 |
| 06/30/04 JMA | Phone - C. Marraro re: issues for Grace opposition to Motion to Stay | .40 | 150.00 |
| 06/30/04 LF | Appeal - phone call with Bill Furlick regarding aerial photos. | .20 | 18.00 |
| 06/30/04 LF | Appeal - prepare letter to Bill Furlick regarding payment of aerial photos. | .20 | 18.00 |
| 06/30/04 LF | Appeal - prepare letter to Bill Hughes with enclosures regarding aerial photos. | .30 | 27.00 |
| 06/30/04 LF | Appeal - assemble materials regarding HW immediate action items (IRMs). | 3.40 | 306.00 |

W.R. GRACE & COMPANY                          July 9, 2004
Client No.            734680                  Page      34
INVOICE NO.           24243

## Fee Applications, Applicant

| Date | | Description | | |
|------|---|-------------|---|---|
| 06/01/04 | MEF | Fee Application - PACER search re: 25th CNO | .20 | 50.00 |
| 06/01/04 | MEF | Fee Application - email to P. Cuniff re: status of CNO for 25th Monthly Fee Application | .20 | 50.00 |
| 06/02/04 | MEF | Fee Application - PACER search re: status of 25th CNO | .20 | 50.00 |
| 06/04/04 | MEF | Fee Application - PACER search re: status of 25th CNO | .20 | 50.00 |
| 06/04/04 | MEF | Fee Application - Email to P. Cuniff re: status of 25th CNO | .20 | 50.00 |
| 06/04/04 | MEF | Fee Application - Begin preparing 27th monthly fee application | .60 | 150.00 |
| 06/05/04 | MEF | Fee Application - review May fee detail | 1.00 | 250.00 |
| 06/07/04 | JMA | Fee Application - receipt and review Fee Auditor's Report - Carella Byrne Fee Application 11th Interim Period | .20 | 75.00 |
| 06/07/04 | MEF | Fee Application - review revised fee detail | .60 | 150.00 |
| 06/07/04 | MEF | Fee Application - continue preparing 27th Monthly Fee Application | 1.90 | 475.00 |
| 06/07/04 | MEF | Fee Application - letter to P. Cuniff re: 27th Monthly Fee Application | .20 | 50.00 |
| 06/07/04 | MEF | Fee Application - PACER search 25th CNO | .20 | 50.00 |
| 06/08/04 | JMA | Fee Application - review and execute Carella, Byrne's 27th Monthly Fee Application | .40 | 150.00 |
| 06/08/04 | MEF | Fee Application - PACER search CNO for 25th and 26th Monthly Fee Applications | .20 | 50.00 |
| 06/08/04 | MEF | Fee Application - Email to P. Cuniff re: status of CNOs for 25th and 26th Monthly Fee Application | .20 | 50.00 |
| 06/08/04 | MEF | Fee Application - email to S. Bossay re: CBBG figures for 11th Quarterly Fee Application | .30 | 75.00 |
| 06/08/04 | MEF | Fee Application - Email from D. Carickoff re: filing of 25th and 26th CNOs | .20 | 50.00 |

```
W.R. GRACE & COMPANY                          July 9, 2004
Client No.              734680                Page     35
INVOICE NO.             24243
```

| | | | | |
|---|---|---|---|---|
| 06/08/04 | MEF | Fee Application - email from S. Bossay re: 11th quarterly fee application | .20 | 50.00 |
| 06/09/04 | MEF | Fee Application - email from S. Bossay re: 11th Quarterly Chart and project category spreadsheet | .10 | 25.00 |
| 06/09/04 | MEF | Fee Application - review 11th Quarterly Chart and project category spreadsheet | .30 | 75.00 |
| 06/09/04 | MEF | Fee Application - email to S. Bossay re: 11th Quarterly chart and project category spreadsheet | .10 | 25.00 |
| 06/09/04 | MEF | Fee Application - review CNO for 25th Monthly Fee Application | .20 | 50.00 |
| 06/09/04 | MEF | Fee Application - PACER search - 25th and 26th CNOs | .30 | 75.00 |
| 06/09/04 | MEF | Fee Application - review CNO for 26th Monthly Fee Application | .20 | 50.00 |
| 06/09/04 | MEF | Fee Application - email to D. Carickoff re: CNO for 25th Monthly Fee Application | .20 | 50.00 |
| 06/22/04 | MEF | Fee Application - PACER search - status and filing of 27th Monthly Fee Application | .30 | 75.00 |
| 06/25/04 | JMA | Fee Application - receipt and review Order approving 11th Quarterly Fee Application | .20 | 75.00 |
| 06/25/04 | MEF | Fee Application - receipt and review Order Approving Quarterly Fee Applications for 11th Quarterly Period | .20 | 50.00 |

```
                                              -------------
Total Fees:                                     116,834.50
```

```
W.R. GRACE & COMPANY                          July 9, 2004
Client No.              734680                Page     37
INVOICE NO.             24243
```

SUMMARY OF FEES:

```
    *-------------------------TIME AND FEE SUMMARY--------------------*
    *----------TIMEKEEPER---------*    RATE   HOURS              FEES
    K L WINTERS                      260.00   29.50           7670.00
    J M AGNELLO                      375.00  209.00          78375.00
    D G GILFILLAN                    250.00    4.40           1100.00
    M E FLAX                         250.00   80.40          20100.00
    RC SCRIVO                        225.00    2.90            652.50
    N DE PALMA                        90.00    4.80            432.00
    R CAMEJO                          90.00    9.60            864.00
    LAURA FLORENCE                    90.00   84.30           7587.00
    JANICE LEE                        90.00     .60             54.00
                          TOTALS             425.50         116834.50
```