**EXHIBIT B**

```
W.R. GRACE & COMPANY                                    July 9, 2004
Client No.            734680                            Page      36
INVOICE NO.           24243
```

Disbursements

Meals

```
06/01/04 Meals 6/1 FORTE (JMA,CHM,MEF)                    23.17
06/07/04 Meals JMA 6/4 CLOUD 9 #397074                     6.98
06/16/04 Meals JMA, MEF, CHM FORTE 6/14 #2902             24.55
06/25/04 Meals 6/04 JMA, MEF, LOIS WILBERS                27.55
06/25/04 Meals JMA FORTE 6/24 (JMA, MEF,LOIS)             22.43

                                          SUBTOTAL:      104.68
```

Computer Searches

```
06/08/04 Computer Searches WESTLAW 5/4, 5/8, 5/11, 5/20,  500.82
         5/25

                                          SUBTOTAL:      500.82
```

Costs Advanced

```
06/28/04 Costs Advanced - AIRPHOTO SERVICES  6/28/04      275.00
06/30/04 Costs Advanced - AIRPHOTO SERVICES  6/30/04      523.25

                                          SUBTOTAL:      798.25

06/30/04 Messenger                                         50.00
06/30/04 Photocopies                                     4693.80
06/30/04 Stationary and Supplies                          195.94
06/30/04 Faxes                                            642.00
06/30/04 Telephone                                          1.98
06/30/04 Additional Staff Time                            969.63
06/30/04 Computer Searches                                121.61
06/30/04 Federal Express                                  653.72
```

```
Total Costs                                             8,732.43

Total Due this Matter                                 125,566.93
==============
```

# INVOICE
# Airphoto Services

BOX 834 - CALDWELL, NEW JERSEY 07007
Telephone (201) 226-2040

Carella-Byrne                                June 29, 2004
5 Becker Farm Rd
Roseland, N. J.                              (Att: Laura )

        Re aerial photogrphy & services
        for the Jersey City site and area-

        Flight on 6/27/04 to obtain color
        overall and cloee-up airviews      - $550.00
         (six 4x5 transp views dlvrd 6/28)

        Prints  - (rush)
        Two 8x10 of five selected views-
        1st print of each of 5 at $30 ea     150.00
        2nd   "         "      15  "      75.00

                                      $775.00
                       NJST  ½ txbl 6%  23.25

                              Tot  798.25
                            - dep  275.00
                       due bal $523.25


              (prints dlvrd 6/29)

                  /thank you/

```
 1   DURABLE VIEW BINDE
     077711340015                  3.89
        *****Buy More / Save More*****
 5   PASTEL TURQ LTR 20
     010199083265       5.760ea   25.00
     Discount Amount <-3.80>
*******************************************
        *****Buy More / Save More*****
 1   DURABLE VIEW BINDE
     077711170414                  8.33
 1   DURABLE VIEW BINDE
     077711170414                  8.33
 1   DURABLE VIEW BINDE
     077711170414                  8.33
 1   DURABLE VIEW BINDE
     077711170414                  8.33
 1   DURABLE VIEW BINDE
     077711170414                  8.33
 1   DURABLE VIEW BINDE
     077711170414                  8.33
 1   DURABLE VIEW BINDE
     077711170414                  8.33
 1   DURABLE VIEW BINDE
     077711170414                  8.33
 1   DURABLE VIEW BINDE
     077711170414                  8.33
 1   DURABLE VIEW BINDE
     077711170414                  8.33
 1   DURABLE VIEW BINDE
     077711170414                  8.33
     Discount Amount <-11.04>
*******************************************
SUBTOTAL                          184.85
     Standard Tax 6.00%             11.09
TOTAL                            $195.94

Visa                              195.94
Card No.: XXXXXXXXXXXX9164 <S>
Auth No.: 679262

         TOTAL ITEMS    26


            Compare and Save
         with Staples-brand products.

     THANK YOU FOR SHOPPING AT STAPLES !
```

# STAPLES

**that was easy.**

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
506 West Mount Pleasant Avenue
Livingston, NJ 07039
(973) 740-9733

```
SALE              595449 6 006 50378
                  0075 06/12/04 04:30
```

*******************************************
*******************************************

$10,000 SHOPPING SPREE AT STAPLES!
ENTER TO WIN!

*******************************************
*******************************************

We care about what you think!
Take a short survey and be entered
into a monthly drawing. Just log on to
www.staples-survey.com
or call 1-800-890-7305

Your survey code: 0102 6411 2954 2576

See store for rules.
Survey code expires 07/12/2004.

*******************************************
*******************************************

```
QTY SKU                         OUR PRICE


        *****Buy More / Save More*****
 1   DURABLE VIEW BINDE
     077711170315                  7.00
 1   DURABLE VIEW BINDE
     077711170315                  7.00
 1   DURABLE VIEW BINDE
     077711170315                  7.00
 1   DURABLE VIEW BINDE
     077711170315                  7.00
 1   DURABLE VIEW BINDE
     077711170315                  7.00
 1   DURABLE VIEW BINDE
     077711170315                  7.00
 1   DURABLE VIEW BINDE
     077711170315                  7.00
 1   DURABLE VIEW BINDE
     077711170315                  7.00
     Discount Amount <-6.00>
```