# Exhibit A

**EXHIBIT A**
**Funding Approaches[1]**
Contributions by Fiscal Year
(In 000's)

| | | 2004 Funding Strategy | | | Just-In-Time-Funding | | |
|---|---|---|---|---|---|---|---|
| | | All Plans | Annual Total | Cumulative Total | All Plans | Annual Total | Cumulative Total |
| 2004 | 4/15/2004 | $ - | | | $ - | | |
| | 7/15/2004 | $ - | | | $ - | | |
| | 9/15/2004 | $ 19,725 | | | $ - | | |
| | 10/15/2004 | $ - | $ 19,725 | $ 19,725 | $ 109 | $ 109 | $ 109 |
| 2005 | 1/15/2005 | | | | $ 124 | | |
| | 4/15/2005 | $ - | | | $ 14,349 | | |
| | 7/15/2005 | $ 7,166 | | | $ 14,614 | | |
| | 9/15/2005 | $ 16,988 | | | $ 35,471 | | |
| | 10/15/2005 | $ - | $ 24,154 | $ 43,879 | $ 14,743 | $ 79,301 | $ 79,410 |
| 2006 | 1/15/2006 | $ - | | | $ 14,745 | | |
| | 4/15/2006 | $ 59,888 | | | $ 12,353 | | |
| | 7/15/2006 | $ 13,485 | | | $ 12,353 | | |
| | 9/15/2006 | $ 26,200 | | | $ 13,197 | | |
| | 10/15/2006 | $ - | $ 99,573 | $ 143,452 | $ 12,353 | $ 65,001 | $ 144,411 |
| 2007 | 1/15/2007 | $ - | | | $ 12,353 | | |
| | 4/15/2007 | $ 20,535 | | | $ 12,143 | | |
| | 7/15/2007 | $ 10,163 | | | $ 12,143 | | |
| | 9/15/2007 | $ 19,928 | | | $ 10,346 | | |
| | 10/15/2007 | $ - | $ 50,626 | $ 194,078 | $ 12,150 | $ 59,135 | $ 203,546 |

[1] Calculations by the actuary of the Grace Retirement Plans.

Regarding the 2004 Funding Strategy, Debtors shall continue to evaluate the Plans, and reserve the right to refine or change the funding strategy for 2005 and subsequent years.