IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections Due by: July 19, 2004 at 4:00 p.m. |
| | ) | Hearing Date: Only if Objections are timely filed. |

## NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 5893

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Nineteenth Interim Application of Hamilton, Rabinovitz & Alschuler, Inc. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of February 1, 2004 through February 29, 2004 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 19, 2004.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay Hamilton, Rabinovitz & Alschuler, Inc. $1,392.00 which represents 80% of the fees ($1,740.00) and $0.00, which represents 100% of the expenses requested in the Application for the period February 1, 2004 through February 29, 2004, upon the filing of this

[continued to next page]

certification and without the need for entry of a Court order approving the Application.

>FERRY, JOSEPH & PEARCE, P.A.
>
>/s/ Theodore J. Tacconelli
>Michael B. Joseph (No. 392)
>Theodore J. Tacconelli (No. 2678)
>824 Market Street, Suite 904
>P.O. Box 1351
>Wilmington, DE. 19899
>(302) 575-1555
>
>-and-
>
>Scott L. Baena, Esquire
>Jay M. Sakalo, Esquire
>Allyn S. Danziesen, Esquire
>BILZIN, SUMBERG, BAENA, PRICE
>& AXELROD, LLP
>2500 Wachovia Financial Center
>200 South Biscayne Boulevard
>Miami, FL 33131-2336
>(305) 374-7580
>
>Co-Counsel to the Official Committee of Asbestos
>Property Damage Claimants

Dated: July 20, 2004