IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections Due by: July 19, 2004 at 4:00 p.m. |
| | ) | Hearing Date: Only if Objections are timely filed. |

## NO ORDER REQUIRED CERTIFICATION OF
## NO OBJECTION REGARDING DOCKET NO. 5895

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twenty-First Interim Application of Hamilton, Rabinovitz & Alschuler, Inc. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2004 through April 30, 2004 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 19, 2004.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay Hamilton, Rabinovitz & Alschuler, Inc. $180.00 which represents 80% of the fees ($225.00) and $0.00, which represents 100% of the expenses requested in the Application for the period April 1, 2004 through April 30, 2004, upon the filing of this

[continued to next page]

certification and without the need for entry of a Court order approving the Application.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

-and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danziesen, Esquire
BILZIN, SUMBERG, BAENA, PRICE
& AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580

Co-Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: July 20, 2004