IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: August 9, 2004 at 4:00 p.m.**
**Hearing Date: to be scheduled if necessary**

**FEE DETAIL FOR PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.'S MONTHLY FEE APPLICATION
<u>FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004</u>**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

May 31, 2004

Invoice Number    **61385**    **91100**    **00001**    **SEM**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:   April 30, 2004 | $109,948.52 |
| Payments received since last invoice, last payment received --   July 2, 2004 | $52,943.34 |
| A/R Adjustments | $-7,338.30 |
| Net balance forward | $49,666.88 |

Re:   W.R. Grace and Co.

---

**Statement of Professional Services Rendered Through**    **05/31/2004**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | **CASE ADMINISTRATION [B110]** | | | | |
| 05/01/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 05/01/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 05/03/04 | SLP | Maintain docket control. | 1.00 | 70.00 | $70.00 |
| 05/04/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 05/04/04 | PEC | Update critical dates memorandum | 1.10 | 140.00 | $154.00 |
| 05/04/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 05/04/04 | DWC | Review Monthly Operating Report for March 2004. | 0.40 | 320.00 | $128.00 |
| 05/05/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 05/05/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 05/06/04 | CMS | Prepare Hearing Notebook. | 3.20 | 60.00 | $192.00 |
| 05/06/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 05/06/04 | PEC | Update critical dates memo | 0.30 | 140.00 | $42.00 |
| 05/06/04 | PEC | Review docket | 0.40 | 140.00 | $56.00 |
| 05/07/04 | SLP | Maintain document control. | 1.00 | 70.00 | $70.00 |
| 05/07/04 | CMS | Prepare Hearing Notebook. | 6.80 | 60.00 | $408.00 |
| 05/07/04 | PEC | Review docket | 0.30 | 140.00 | $42.00 |
| 05/07/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 05/07/04 | PEC | Update critical dates memo | 0.60 | 140.00 | $84.00 |
| 05/10/04 | CMS | Maintain Document Control. | 4.20 | 60.00 | $252.00 |
| 05/11/04 | SLP | Maintain document control. | 3.30 | 70.00 | $231.00 |
| 05/11/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 05/11/04 | CMS | Prepare Hearing Notebook. | 0.80 | 60.00 | $48.00 |
| 05/11/04 | PEC | Review docket for updates | 0.20 | 140.00 | $28.00 |
| 05/11/04 | PEC | Review daily correspondence and pleadings and forward to | 0.20 | 140.00 | $28.00 |

**Invoice number  61385**      91100    00001                                    **Page  2**

|            |     |                                                                           |      |        |          |
|------------|-----|---------------------------------------------------------------------------|------|--------|----------|
|            |     | the appropriate parties                                                   |      |        |          |
| 05/11/04   | PEC | Update critical dates memo                                                | 1.10 | 140.00 | $154.00  |
| 05/12/04   | SLP | Maintain document control.                                                | 2.00 | 70.00  | $140.00  |
| 05/12/04   | PEC | Review daily correspondence and pleadings and forward to                  | 0.20 | 140.00 | $28.00   |
|            |     | the appropriate parties                                                   |      |        |          |
| 05/12/04   | PEC | Update critical dates memo                                                | 0.30 | 140.00 | $42.00   |
| 05/12/04   | PEC | Review docket                                                             | 0.20 | 140.00 | $28.00   |
| 05/12/04   | PEC | Return calls to various creditors regarding case status                   | 0.30 | 140.00 | $42.00   |
| 05/13/04   | SLP | Maintain document control.                                                | 2.00 | 70.00  | $140.00  |
| 05/13/04   | PEC | Review daily correspondence and pleadings and forward to                  | 0.20 | 140.00 | $28.00   |
|            |     | the appropriate parties                                                   |      |        |          |
| 05/13/04   | PEC | Update critical dates memo                                                | 0.80 | 140.00 | $112.00  |
| 05/13/04   | PEC | Review docket                                                             | 0.20 | 140.00 | $28.00   |
| 05/14/04   | CMS | Prepare Hearing Notebook.                                                 | 0.70 | 60.00  | $42.00   |
| 05/14/04   | SLP | Maintain document control.                                                | 4.15 | 70.00  | $290.50  |
| 05/14/04   | PEC | Update critical dates memo.                                               | 1.10 | 140.00 | $154.00  |
| 05/14/04   | PEC | Review docket for updates.                                                | 0.20 | 140.00 | $28.00   |
| 05/14/04   | PEC | Return calls to creditors regarding case status.                          | 0.40 | 140.00 | $56.00   |
| 05/14/04   | PEC | Review daily correspondence and pleadings and forward to                  | 0.30 | 140.00 | $42.00   |
|            |     | the appropriate parties.                                                  |      |        |          |
| 05/17/04   | CMS | Prepare Hearing Notebook.                                                 | 2.90 | 60.00  | $174.00  |
| 05/17/04   | SLP | Maintain document control.                                                | 1.30 | 70.00  | $91.00   |
| 05/17/04   | PEC | Review daily correspondence and pleadings and forward to                  | 0.20 | 140.00 | $28.00   |
|            |     | the appropriate parties                                                   |      |        |          |
| 05/17/04   | PEC | Update critical dates memo                                                | 0.30 | 140.00 | $42.00   |
| 05/17/04   | PEC | Review docket                                                             | 0.20 | 140.00 | $28.00   |
| 05/18/04   | SLP | Maintain document control.                                                | 2.00 | 70.00  | $140.00  |
| 05/18/04   | PEC | Review daily correspondence and pleadings and forward to                  | 0.20 | 140.00 | $28.00   |
|            |     | the appropriate parties                                                   |      |        |          |
| 05/18/04   | PEC | Update critical dates memorandum                                          | 0.80 | 140.00 | $112.00  |
| 05/19/04   | SLP | Maintain document control.                                                | 2.30 | 70.00  | $161.00  |
| 05/19/04   | PEC | Review daily correspondence and pleadings and forward to                  | 0.20 | 140.00 | $28.00   |
|            |     | the appropriate parties                                                   |      |        |          |
| 05/19/04   | PEC | Update critical dates memorandum                                          | 1.10 | 140.00 | $154.00  |
| 05/19/04   | PEC | Review docket                                                             | 0.10 | 140.00 | $14.00   |
| 05/20/04   | SLP | Maintain document control.                                                | 0.30 | 70.00  | $21.00   |
| 05/20/04   | PEC | Review daily correspondence and pleadings and forward to                  | 0.20 | 140.00 | $28.00   |
|            |     | the appropriate parties                                                   |      |        |          |
| 05/20/04   | PEC | Update critical dates memorandum                                          | 0.80 | 140.00 | $112.00  |
| 05/20/04   | PEC | Review docket                                                             | 0.20 | 140.00 | $28.00   |
| 05/21/04   | CMS | Prepare Hearing Notebook.                                                 | 1.20 | 60.00  | $72.00   |
| 05/24/04   | PEC | Review daily correspondence and pleadings and forward to                  | 0.20 | 140.00 | $28.00   |
|            |     | the appropriate parties                                                   |      |        |          |
| 05/24/04   | PEC | Update critical dates memo                                                | 1.10 | 140.00 | $154.00  |
| 05/24/04   | PEC | Update critical dates memo                                                | 2.50 | 140.00 | $350.00  |
| 05/25/04   | SLP | Maintain document control.                                                | 3.00 | 70.00  | $210.00  |
| 05/26/04   | SLP | Maintain document control.                                                | 3.30 | 70.00  | $231.00  |
| 05/26/04   | PEC | Review docket                                                             | 0.20 | 140.00 | $28.00   |
| 05/26/04   | PEC | Review daily correspondence and pleadings and forward to                  | 0.20 | 140.00 | $28.00   |
|            |     | the appropriate parties                                                   |      |        |          |
| 05/26/04   | PEC | Update critical dates memo                                                | 1.00 | 140.00 | $140.00  |
| 05/27/04   | SLP | Maintain document control.                                                | 2.00 | 70.00  | $140.00  |
| 05/27/04   | PEC | Review daily correspondence and pleadings and return to                   | 0.20 | 140.00 | $28.00   |
|            |     | the appropriate parties                                                   |      |        |          |
| 05/27/04   | PEC | Update critical dates memorandum                                          | 1.30 | 140.00 | $182.00  |
| 05/27/04   | PEC | Review docket                                                             | 0.20 | 140.00 | $28.00   |
| 05/28/04   | RMO | Maintain document control.                                                | 0.20 | 75.00  | $15.00   |
| 05/28/04   | SLP | Maintain document control.                                                | 2.00 | 70.00  | $140.00  |
| 05/28/04   | PEC | Review daily correspondence and pleadings and forward to                  | 0.20 | 140.00 | $28.00   |
|            |     | the appropriate parties                                                   |      |        |          |

**Invoice number  61385**      91100   00001                                    **Page  3**

| | | | | | |
|---|---|---|---|---|---|
| 05/28/04 | PEC | Update critical dates memorandum | 0.80 | 140.00 | $112.00 |
| 05/28/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |

|  |  |  |  |
|---|---|---|---|
| **Task Code Total** | | **73.85** | **$6,712.50** |

### WRG CLAIM ANALYSIS NONASBESTOS

| | | | | | |
|---|---|---|---|---|---|
| 05/04/04 | DWC | Review and provide comments on 4th and 5th Omnibus Objections to Claims. | 2.40 | 320.00 | $768.00 |
| 05/05/04 | PEC | Draft Certification of Counsel Regarding Revised Order Granting Limited Waiver for the Purpose of Streamlining Objections to Certain Claims filed Pursuant to the Bar Date Order | 0.60 | 140.00 | $84.00 |
| 05/05/04 | PEC | Prepare Debtor's Fourth Omnibus Obejction to Claims for filing and service (.6); Draft Affidavit of Service (.1) | 0.70 | 140.00 | $98.00 |
| 05/05/04 | PEC | Prepare Debtor's Fifth Omnibus Objection to Claims for filing and service (.6); Draft Affidavit of Service (.1) | 0.70 | 140.00 | $98.00 |
| 05/05/04 | PEC | Discuss Claim Objections to be filed with David Carickhoff | 0.20 | 140.00 | $28.00 |
| 05/05/04 | DWC | Telephone conference with Rachel Schulman regarding revisions to 4th and 5th Omnibus Claim Objections and review email with new paragraph changes. | 0.40 | 320.00 | $128.00 |
| 05/05/04 | DWC | Finalize 4th and 5th Omnibus Objections. | 1.80 | 320.00 | $576.00 |
| 05/06/04 | DWC | Email to co-counsel regarding status of responses to 3rd Omnibus Claim Objection. | 0.20 | 320.00 | $64.00 |
| 05/07/04 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |
| 05/07/04 | DWC | Finalize Certification of Counsel regarding 3007-1 waiver order for claim objections and emails regarding same. | 0.50 | 320.00 | $160.00 |
| 05/07/04 | DWC | Emails with Rachel Schulman regarding claim objection responses and status for hearing. | 0.30 | 320.00 | $96.00 |
| 05/11/04 | DWC | Telephone conference with Gulf Pacific America counsel regarding 4th Omni claim Objection. | 0.50 | 320.00 | $160.00 |
| 05/12/04 | DWC | Email Rachel Schulman regarding Gulf Pacific issues regarding 4th Omni Claim Objection. | 0.60 | 320.00 | $192.00 |
| 05/13/04 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |
| 05/14/04 | DWC | Review Orange County response to 3rd Omni Claim Objection. | 0.30 | 320.00 | $96.00 |
| 05/14/04 | DWC | Review Response to 3rd Omni Claim Objection filed by Cooksey and Finello. | 0.20 | 320.00 | $64.00 |
| 05/14/04 | DWC | Review New York Administrative tax claim. | 0.10 | 320.00 | $32.00 |
| 05/19/04 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |
| 05/21/04 | BDC | Review and prepare the Second Status Report on Claims Reconciliation (.4) address efiling and service (.5) | 0.90 | 140.00 | $126.00 |
| 05/21/04 | BDC | Continue preparation of Second Status Report on Claims Reconciliation (.4) find procedures for sending to Pittsburgh Chambers and USBC Wilmington(.2) | 0.60 | 140.00 | $84.00 |
| 05/24/04 | PEC | Return calls to various parties regarding case status | 0.30 | 140.00 | $42.00 |
| 05/24/04 | DWC | Review status report on claims. | 0.30 | 320.00 | $96.00 |
| 05/26/04 | PEC | Return calls to various creditors regarding case status | 0.30 | 140.00 | $42.00 |
| 05/26/04 | DWC | Review and respond to emails regarding Texas claim. | 0.20 | 320.00 | $64.00 |
| 05/27/04 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |

|  |  |  |  |
|---|---|---|---|
| **Task Code Total** | | **14.10** | **$3,378.00** |

### WRG- EMPLOY. APP. , OTHERS

| | | | | | |
|---|---|---|---|---|---|
| 05/05/04 | PEC | Draft Certification of Counsel Regarding Proposed Order Expanding the Scope of Deloitte & Touche's Expenses | 0.60 | 140.00 | $84.00 |
| 05/07/04 | DWC | Finalize Certification of Counsel regarding Deloitte | 0.30 | 320.00 | $96.00 |

**Invoice number  61385**     91100    00001          **Page  4**

|  |  | retention order. |  |  |  |
|---|---|---|---|---|---|
| 05/07/04 | DWC | Review responses to Motion to Appoint Futures Representative. | 1.20 | 320.00 | $384.00 |
| 05/18/04 | PEC | File and service Motion for Leave to File Reply of Debtors' in Further Support of Their Application for Appointment of a Legal Representative for Future Asbestos Claimants (.5); Draft Certificate of Service (.1) | 0.60 | 140.00 | $84.00 |
| 05/18/04 | DWC | Review and revise Reply in Support of Application to Appoint a Future's Representative and draft Motion for Leave to File same. | 1.30 | 320.00 | $416.00 |
| 05/19/04 | PEC | File and serve Application to Employ Baker, Donelson, Braman, Caldwell & Berkowitz (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 05/19/04 | PEC | File and serve Application to Employ Latham Watkins (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 05/19/04 | DWC | Review and revise Retention Applications for Latham & Watkins and Baker Donelson. | 2.60 | 320.00 | $832.00 |

|  | **Task Code Total** |  | **7.60** |  | **$2,036.00** |
|---|---|---|---|---|---|

**WRG-FEE APPS., APPLICANT**

| 05/02/04 | WLR | Review correspondence from Laura Davis Jones re March 2004 fee application | 0.10 | 375.00 | $37.50 |
|---|---|---|---|---|---|
| 05/03/04 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 145.00 | $29.00 |
| 05/03/04 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 145.00 | $29.00 |
| 05/04/04 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 145.00 | $29.00 |
| 05/10/04 | LDJ | Review and finalize interim fee application (March 2004) | 0.20 | 595.00 | $119.00 |
| 05/11/04 | PEC | Prepare  PSZYJ&W 's March Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 05/11/04 | WLR | Review correspondence from Laura Davis Jones re March 2004 fee application | 0.10 | 375.00 | $37.50 |
| 05/11/04 | DWC | Review PSZYJ&W March 2004 fee application. | 0.30 | 320.00 | $96.00 |
| 05/15/04 | WLR | Review correspondence from Liliana Gardiazabal re April 2004 fee application | 0.10 | 375.00 | $37.50 |
| 05/17/04 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 145.00 | $29.00 |
| 05/17/04 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 145.00 | $29.00 |
| 05/21/04 | WLR | Prepare April 2004 fee application | 0.60 | 375.00 | $225.00 |
| 05/22/04 | WLR | Correspondence to Liliana Gardiazabal re fee application | 0.20 | 375.00 | $75.00 |
| 05/24/04 | WLR | Review correspondence from Liliana Gardiazabal re April 2004 fee application | 0.10 | 375.00 | $37.50 |
| 05/24/04 | WLR | Review correspondence from Liliana Gardiazabal re April 2004 fee application and reply | 0.20 | 375.00 | $75.00 |
| 05/25/04 | WLR | Prepare April 2004 fee application | 0.40 | 375.00 | $150.00 |
| 05/27/04 | LDJ | Review and finalize twelfth quarterly fee application | 0.30 | 595.00 | $178.50 |
| 05/28/04 | PEC | Draft Notice of Filing Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. Twelfth Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 05/28/04 | WLR | Draft April 2004 fee application | 0.50 | 375.00 | $187.50 |
| 05/31/04 | WLR | Review and revise April 2004 fee application | 0.40 | 375.00 | $150.00 |
| 05/31/04 | WLR | Correspondence to Peg Broadwater, Liliana Gardiazabal and Andrea Ciabattoni re April 2004 fee application | 0.30 | 375.00 | $112.50 |
| 05/31/04 | WLR | Update fee application status memorandum | 0.10 | 375.00 | $37.50 |

**Invoice number  61385**       91100   00001                                    **Page  5**


| | | Task Code Total | 6.20 | | $1,883.00 |
|---|---|---|---|---|---|

### WRG-FEE APPLICATIONS, OTHERS

| | | | | | |
|---|---|---|---|---|---|
| 05/01/04 | PEC | Prepare Kirkland & Ellis' March Monthly Fee Application for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 140.00 | $56.00 |
| 05/01/04 | PEC | Prepare Kirkland & Ellis' March Monthly Fraudulent Conveyance Fee Application for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 140.00 | $56.00 |
| 05/05/04 | PEC | Draft Certificate of Service Regarding Woodcock Washburn's November Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 05/05/04 | DWC | Address Gary Levin call regarding Woodcock's fees. | 0.20 | 320.00 | $64.00 |
| 05/06/04 | DWC | Telephone calls with Pat Billows and Wil Sparks regarding fees of Duff & Phelps and Goodwin Procter (.2);  Steve Bossay regarding same (.2) | 0.40 | 320.00 | $128.00 |
| 05/10/04 | DWC | Telephone conference with Gary Levin at Woodcock regarding fees. | 0.20 | 320.00 | $64.00 |
| 05/12/04 | PEC | Prepare Casner & Edwards March Monthly Fee Application for filing and service (.5); draft affidavit of service (.1). | 0.60 | 140.00 | $84.00 |
| 05/12/04 | PEC | Prepare Wallace King's March Monthly Fee Application for filing and service (.5); draft affidavit of service (.1). | 0.60 | 140.00 | $84.00 |
| 05/12/04 | PEC | Prepare NMR&S's February Monthly Fee Application for filing and service (.50); draft affidavit of service (.1). | 0.60 | 140.00 | $84.00 |
| 05/12/04 | PEC | Prepare NMR&S's January Monthly Fee Application for filing and service (.5); draft affidavit of service (.1). | 0.60 | 140.00 | $84.00 |
| 05/12/04 | PEC | Prepare NMR&S's March Monthly Fee Application for filing and service (.5); draft affidavit of service (.1). | 0.60 | 140.00 | $84.00 |
| 05/12/04 | PEC | Draft CNO regarding Casner & Edwards February Fee Application and certificate of service (.4); prepare for filing and service (.4). | 0.80 | 140.00 | $112.00 |
| 05/12/04 | PEC | Draft CNO regarding Casner & Edwards December Fee Application and certificate of service (.4); prepare for filing and service (.4). | 0.80 | 140.00 | $112.00 |
| 05/12/04 | PEC | Draft CNO regarding Casner & Edwards December Fee Application and certificate of service (.4); prepare for filing and service (.4). | 0.80 | 140.00 | $112.00 |
| 05/12/04 | DWC | Review Certs of No Obj. for Casner & Edwards November 2003, December 2003 and February 2004 fee applications. | 0.20 | 320.00 | $64.00 |
| 05/17/04 | PEC | Draft Notice of Kirkland & Ellis' Twelfth Quarterly Fee Application and Certificate of Service (.4); Prepare Fee Application for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 05/17/04 | PEC | Prepare Notice of Casner & Edwards Twelfth Quarterly Fee Application and Certificate of Service (.4); Prepare Fee Application for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 05/17/04 | PEC | Draft Notice of Steptoe and Johnson Eleventh Quarterly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 05/17/04 | DWC | Review Steptoe quarterly fee application (.2); Kirkland & Ellis quarterly fee application in main case (.2); Casner and Edwards quarterly fee application (.2). | 0.60 | 320.00 | $192.00 |
| 05/18/04 | PEC | Prepare Carella Byrne April Monthly Fee Application for Filing and Service (.5), Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 05/18/04 | PEC | Prepare Protiviti Inc's March Monthly Fee Application for Filing and Service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 05/18/04 | PEC | Draft Notice of Filing of Goodwin Procter's Eleventh Quarterly Fee Application and Certificates of Service (.4); Prepare for Filing and Service (.4) | 0.80 | 140.00 | $112.00 |

**Invoice number   61385**        91100    00001                              **Page   6**

| 05/18/04 | PEC | Draft Notice of Filing Eleventh Quarterly Fee Application of BMC and Certification of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
|---|---|---|---|---|---|
| 05/18/04 | PEC | Draft Notice of Filing Twelfth Quarterly Fee Application of Carella Byrne and Certification of Service (.4); Prepare for Filing and Service (.4) | 0.80 | 140.00 | $112.00 |
| 05/18/04 | DWC | Review quarterly fee applications of Goodwin Procter (.2), BMC (.2), and Carella Byrne (.2). | 0.60 | 320.00 | $192.00 |
| 05/28/04 | DWC | Review Fee Examiner reports regarding Duff & Phelps, Goodwin Procter; and Blackstone. | 0.30 | 320.00 | $96.00 |

**Task Code Total**                                                          **15.50**              **$2,620.00**

**LITIGATION (NON-BANKRUPTCY]**

| 05/06/04 | PEC | Draft Notice of Agenda for 5/6/04 hearing | 2.00 | 140.00 | $280.00 |
|---|---|---|---|---|---|
| 05/07/04 | DWC | Review and revise draft agenda for 5/24/2004 hearing. | 0.80 | 320.00 | $256.00 |
| 05/07/04 | PEC | Discuss various issues regarding case status and 5/24/04 hearing with David Carickhoff | 0.30 | 140.00 | $42.00 |
| 05/07/04 | PEC | Revise and review 5/24/04 Agenda to reflect additional pleadings | 0.60 | 140.00 | $84.00 |
| 05/07/04 | PEC | Review 5/24/04 hearing binders | 0.80 | 140.00 | $112.00 |
| 05/07/04 | PEC | Revise and review Notice of Agenda Regarding 5/24/04 hearing | 1.00 | 140.00 | $140.00 |
| 05/11/04 | DWC | Telephone conference with Sam Blatnick regarding Coudert settlement and review omnibus settlement procedures order. | 0.20 | 320.00 | $64.00 |
| 05/13/04 | PEC | Review and revise Agenda for 5/24/04 hearing | 0.60 | 140.00 | $84.00 |
| 05/14/04 | DWC | Review and revise agenda for 5/24/04 hearing and emails regarding same. | 0.70 | 320.00 | $224.00 |
| 05/14/04 | PEC | Revise and review May 24, 2004 Agenda. | 0.80 | 140.00 | $112.00 |
| 05/17/04 | DWC | Finalize agenda for 5/24/04 hearing. | 0.50 | 320.00 | $160.00 |
| 05/17/04 | DWC | Review 3rd Circuit decision regarding the recusal of Judge Wolin and email co-counsel regarding same. | 0.60 | 320.00 | $192.00 |
| 05/17/04 | DWC | Telephone conference with Bill Hurley regarding 5/24/04 hearing and open issues. | 0.20 | 320.00 | $64.00 |
| 05/17/04 | PEC | Review and revise final Agenda for 5/24/04 Agenda | 0.30 | 140.00 | $42.00 |
| 05/17/04 | PEC | Draft Certificate of Service and service list regarding 5/24/04 Agenda | 0.30 | 140.00 | $42.00 |
| 05/17/04 | PEC | File and serve 5/24/04 Agenda | 0.40 | 140.00 | $56.00 |
| 05/17/04 | PEC | Review supplement of pleadings to be sent to Pittsburgh for the 5/24/04 hearing binders | 0.20 | 140.00 | $28.00 |
| 05/17/04 | LDJ | Review Third Circuit decision regarding motion to disqualify Judge Wolin | 0.80 | 595.00 | $476.00 |
| 05/18/04 | DWC | Review judgment and writ of mandamus regarding Judge Wolin recusal. | 0.30 | 320.00 | $96.00 |
| 05/18/04 | DWC | Review and respond to emails and calls regarding telephonic participation at 5/24/04 hearing. | 0.40 | 320.00 | $128.00 |
| 05/21/04 | DWC | Review and respond to emails and voice mails regarding 5/24/04 hearing. | 0.50 | 320.00 | $160.00 |
| 05/24/04 | DWC | Attend 5/24/04 hearing by phone. | 1.40 | 320.00 | $448.00 |
| 05/26/04 | PEC | Discuss 5/24/04 hearing with David Carickhoff | 0.20 | 140.00 | $28.00 |
| 05/26/04 | PEC | Discuss various issues regarding Order signed at the 5/24/04 hearing with Diane Armstrong at WR Grace | 0.20 | 140.00 | $28.00 |
| 05/27/04 | DWC | Telephone conference with Jan Baer regarding follow-up on revisions to orders as per 5/24/04 hearing and Judge's rulings. | 0.20 | 320.00 | $64.00 |
| 05/27/04 | DWC | Review designation of District Court Judge and email regarding same. | 0.20 | 320.00 | $64.00 |
| 05/27/04 | SEM | Review designation of Judge to replace Wolin. | 0.10 | 425.00 | $42.50 |

**Invoice number  61385**    91100    00001                                      **Page  7**

| | | | | | |
|---|---|---|---|---|---|
| 05/27/04 | LDJ | Attention to transition issues regarding reassignment of judge | 1.00 | 595.00 | $595.00 |
| 05/28/04 | SGM | Research regarding newly appointed Judge - Judge Buckwalter | 2.80 | 255.00 | $714.00 |

**Task Code Total**                                                              **18.40**                    **$4,825.50**

**STAY LITIGATION [B140]**

| | | | | | |
|---|---|---|---|---|---|
| 05/07/04 | PEC | Prepare Motion for Leave to File Sur-Reply to the Motion of the Massachusetts Department of Environmental Protection for Relief From the Automatic Stay and Setoff for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 05/07/04 | DWC | Review and revise Sur Reply to Mass. Motion for Relief from Stay to Set Off Claim and draft Motion for Leave to File same. | 0.80 | 320.00 | $256.00 |

**Task Code Total**                                                              **1.40**                     **$340.00**

**WRG-ZAI SCIENCE TRIAL**

| | | | | | |
|---|---|---|---|---|---|
| 05/19/04 | DWC | Review and respond to call of Joanne Wills regarding ZAI litigation. | 0.30 | 320.00 | $96.00 |

**Task Code Total**                                                              **0.30**                     **$96.00**

**Total professional services:**                                                 137.35                       **$21,891.00**

**Costs Advanced:**

| | | | |
|---|---|---|---|
| 01/26/2004 | CC | Conference Call---Genesys Conferening. [E105] | $10.50 |
| 03/22/2004 | CC | Conference Call---Genesys Conferencing. [E105] | $110.16 |
| 04/14/2004 | FX | Fax Transmittal. [E104] | $13.00 |
| 04/14/2004 | RE | Reproduction Expense. [E101] | $4.35 |
| 04/14/2004 | RE | Reproduction Expense. [E101] | $1.80 |
| 04/15/2004 | FX | Fax Transmittal. [E104] | $4.00 |
| 04/15/2004 | RE | Reproduction Expense. [E101] | $0.60 |
| 04/16/2004 | RE | Reproduction Expense. [E101] | $4.20 |
| 04/16/2004 | RE | Reproduction Expense. [E101] | $4.20 |
| 04/17/2004 | RE | Reproduction Expense. [E101] | $3.15 |
| 05/03/2004 | DH | DHL | $15.72 |
| 05/03/2004 | DH | DHL | $19.41 |
| 05/03/2004 | DH | DHL | $10.17 |
| 05/03/2004 | RE | (G8 CORR 2018 @0.15 PER PG) | $302.70 |
| 05/03/2004 | RE | (F5 AGR 188 @0.15 PER PG) | $28.20 |
| 05/03/2004 | RE | (F7 DOC 94 @0.15 PER PG) | $14.10 |
| 05/03/2004 | RE | (G8 FEE 259 @0.15 PER PG) | $38.85 |
| 05/04/2004 | DC | TriState | $279.00 |
| 05/04/2004 | DC | TriState | $23.85 |
| 05/04/2004 | DC | TriState | $15.00 |
| 05/04/2004 | DH | DHL | $8.73 |
| 05/04/2004 | DH | DHL | $13.26 |
| 05/04/2004 | DH | DHL | $14.48 |
| 05/04/2004 | PO | Postage | $124.20 |
| 05/04/2004 | PO | Postage | $1.20 |
| 05/04/2004 | RE | (G8 CORR 77 @0.15 PER PG) | $11.55 |
| 05/04/2004 | RE | (G8 CORR 577 @0.15 PER PG) | $86.55 |
| 05/04/2004 | RE | (G7 CORR 27 @0.15 PER PG) | $4.05 |
| 05/04/2004 | RE | (F5 AGR 3 @0.15 PER PG) | $0.45 |

**Invoice number  61385**      91100    00001                        **Page  8**

| | | | |
|---|---|---|---|
| 05/04/2004 | RE | (F7 AGR 100 @0.15 PER PG) | $15.00 |
| 05/04/2004 | RE | (G8 CORR 720 @0.15 PER PG) | $108.00 |
| 05/04/2004 | RE | (G8 AGR 6 @0.15 PER PG) | $0.90 |
| 05/04/2004 | RE | (G8 AGR 2 @0.15 PER PG) | $0.30 |
| 05/05/2004 | DC | TriState | $21.20 |
| 05/05/2004 | DC | TriState | $360.00 |
| 05/05/2004 | DC | TriState | $15.00 |
| 05/05/2004 | DH | DHL | $7.20 |
| 05/05/2004 | DH | DHL | $8.05 |
| 05/05/2004 | DH | DHL | $8.05 |
| 05/05/2004 | PO | Postage | $804.65 |
| 05/05/2004 | PO | Postage | $4.80 |
| 05/05/2004 | RE | (F3 EQU 491 @0.15 PER PG) | $73.65 |
| 05/05/2004 | RE | (G7 CORR 97 @0.15 PER PG) | $14.55 |
| 05/05/2004 | RE | (F6 AGR 205 @0.15 PER PG) | $30.75 |
| 05/05/2004 | RE | (F8 AGR 122 @0.15 PER PG) | $18.30 |
| 05/05/2004 | RE | (F7 CORR 9 @0.15 PER PG) | $1.35 |
| 05/05/2004 | RE | (G7 CORR 8640 @0.15 PER PG) | $1,296.00 |
| 05/05/2004 | RE | (F7 DOC 61 @0.15 PER PG) | $9.15 |
| 05/05/2004 | RE | (F7 DOC 72 @0.15 PER PG) | $10.80 |
| 05/05/2004 | RE | (F4 AGR 10810 @0.15 PER PG) | $1,621.50 |
| 05/05/2004 | RE | (F0 AGR 31 @0.15 PER PG) | $4.65 |
| 05/05/2004 | RE | (F4 AGR 307 @0.15 PER PG) | $46.05 |
| 05/06/2004 | DC | Parcels | $7.50 |
| 05/06/2004 | DC | TriState | $21.20 |
| 05/06/2004 | DH | DHL | $8.05 |
| 05/06/2004 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $78.72 |
| 05/06/2004 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $4.50 |
| 05/06/2004 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $25.00 |
| 05/06/2004 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $35.00 |
| 05/06/2004 | PO | Postage | $4.75 |
| 05/06/2004 | PO | Postage | $6.85 |
| 05/06/2004 | RE | (F3 EQU 2629 @0.15 PER PG) | $394.35 |
| 05/06/2004 | RE | (F3 EQU 2 @0.15 PER PG) | $0.30 |
| 05/06/2004 | RE | (F6 AGR 5 @0.15 PER PG) | $0.75 |
| 05/06/2004 | RE | (F5 CORR 603 @0.15 PER PG) | $90.45 |
| 05/06/2004 | RE | (F5 CORR 18 @0.15 PER PG) | $2.70 |
| 05/06/2004 | RE | (F7 DOC 30 @0.15 PER PG) | $4.50 |
| 05/07/2004 | DC | TriState | $15.00 |
| 05/07/2004 | PO | Postage | $8.30 |
| 05/07/2004 | RE | (F3 EQU 53 @0.15 PER PG) | $7.95 |
| 05/07/2004 | RE | (F3 EQU 204 @0.15 PER PG) | $30.60 |
| 05/07/2004 | RE | (F5 CORR 106 @0.15 PER PG) | $15.90 |
| 05/07/2004 | RE | (F5 DOC 8 @0.15 PER PG) | $1.20 |
| 05/07/2004 | RE | (F6 DOC 10 @0.15 PER PG) | $1.50 |
| 05/07/2004 | RE | (F8 CORR 24 @0.15 PER PG) | $3.60 |
| 05/07/2004 | RE | (F8 CORR 244 @0.15 PER PG) | $36.60 |
| 05/07/2004 | RE | (F5 CORR 240 @0.15 PER PG) | $36.00 |
| 05/07/2004 | RE | (G7 CORR 51 @0.15 PER PG) | $7.65 |
| 05/07/2004 | RE | (G7 CORR 397 @0.15 PER PG) | $59.55 |
| 05/07/2004 | RE | (G7 CORR 1412 @0.15 PER PG) | $211.80 |
| 05/07/2004 | RE | (F6 AGR 24 @0.15 PER PG) | $3.60 |
| 05/07/2004 | RE | (F6 AGR 3 @0.15 PER PG) | $0.45 |
| 05/07/2004 | RE | (F5 CORR 36 @0.15 PER PG) | $5.40 |
| 05/07/2004 | RE | (F5 CORR 16 @0.15 PER PG) | $2.40 |
| 05/08/2004 | DC | TriState | $63.00 |

**Invoice number  61385**     91100   00001                    **Page  9**

| | | | |
|---|---|---|---:|
| 05/10/2004 | DH | DHL | $12.02 |
| 05/10/2004 | DH | DHL | $26.43 |
| 05/10/2004 | DH | DHL | $11.61 |
| 05/10/2004 | DH | DHL | $19.41 |
| 05/10/2004 | RE | (F5 CORR 405 @0.15 PER PG) | $60.75 |
| 05/10/2004 | RE | (F5 CORR 3 @0.15 PER PG) | $0.45 |
| 05/10/2004 | RE | (F0 AGR 1515 @0.15 PER PG) | $227.25 |
| 05/11/2004 | DC | TriState | $15.00 |
| 05/11/2004 | DC | TriState | $15.00 |
| 05/11/2004 | DH | DHL | $12.02 |
| 05/11/2004 | DH | DHL | $12.02 |
| 05/11/2004 | DH | DHL | $13.26 |
| 05/11/2004 | DH | DHL | $12.02 |
| 05/11/2004 | DH | DHL | $8.21 |
| 05/11/2004 | RE | (F8 CORR 8 @0.15 PER PG) | $1.20 |
| 05/11/2004 | RE | (F5 AGR 56 @0.15 PER PG) | $8.40 |
| 05/11/2004 | RE | (F2 CORR 294 @0.15 PER PG) | $44.10 |
| 05/11/2004 | RE | (F7 DOC 28 @0.15 PER PG) | $4.20 |
| 05/11/2004 | RE | (G9 CORR 72 @0.15 PER PG) | $10.80 |
| 05/11/2004 | RE | (F7 CORR 14 @0.15 PER PG) | $2.10 |
| 05/11/2004 | RE | (G9 AGR 27 @0.15 PER PG) | $4.05 |
| 05/11/2004 | RE | (F2 AGR 5 @0.15 PER PG) | $0.75 |
| 05/12/2004 | DC | TriState | $9.00 |
| 05/12/2004 | DC | Parcels | $29.40 |
| 05/12/2004 | PO | Postage | $4.80 |
| 05/12/2004 | RE | (F3 EQU 337 @0.15 PER PG) | $50.55 |
| 05/12/2004 | RE | (F6 AGR 20 @0.15 PER PG) | $3.00 |
| 05/12/2004 | RE | (F6 AGR 218 @0.15 PER PG) | $32.70 |
| 05/12/2004 | RE | (F7 CORR 177 @0.15 PER PG) | $26.55 |
| 05/12/2004 | RE | (F7 CORR 22 @0.15 PER PG) | $3.30 |
| 05/12/2004 | RE | (F6 AGR 3 @0.15 PER PG) | $0.45 |
| 05/12/2004 | RE | (F8 AGR 264 @0.15 PER PG) | $39.60 |
| 05/12/2004 | RE | (F7 DOC 30 @0.15 PER PG) | $4.50 |
| 05/13/2004 | DC | Parcels | $7.50 |
| 05/13/2004 | DH | DHL | $8.05 |
| 05/13/2004 | DH | DHL | $10.82 |
| 05/13/2004 | DH | DHL | $18.18 |
| 05/13/2004 | DH | DHL | $14.48 |
| 05/13/2004 | DH | DHL | $8.21 |
| 05/13/2004 | DH | DHL | $8.21 |
| 05/13/2004 | RE | (G7 CORR 462 @0.15 PER PG) | $69.30 |
| 05/13/2004 | RE | (G7 CORR 767 @0.15 PER PG) | $115.05 |
| 05/13/2004 | RE | (F6 AGR 7 @0.15 PER PG) | $1.05 |
| 05/13/2004 | RE | (F6 AGR 73 @0.15 PER PG) | $10.95 |
| 05/13/2004 | RE | (F3 EQU 48 @0.15 PER PG) | $7.20 |
| 05/14/2004 | DH | DHL | $12.02 |
| 05/14/2004 | DH | DHL | $7.20 |
| 05/14/2004 | DH | DHL | $8.05 |
| 05/14/2004 | RE | (G8 CORR 27 @0.15 PER PG) | $4.05 |
| 05/14/2004 | RE | (F5 CORR 6 @0.15 PER PG) | $0.90 |
| 05/14/2004 | RE | (F5 CORR 6 @0.15 PER PG) | $0.90 |
| 05/15/2004 | RE | Reproduction Expense. [E101] | $2.70 |
| 05/17/2004 | DC | TriState | $15.00 |
| 05/17/2004 | DC | TriState | $378.00 |
| 05/17/2004 | DC | TriState | $23.85 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |

**Invoice number  61385**   91100   00001        **Page  10**

| | | | |
|---|---|---|---|
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | FX | (G2 CORR 17 @1.00 PER PG) | $17.00 |
| 05/17/2004 | PO | Postage | $36.50 |
| 05/17/2004 | PO | Postage | $172.64 |
| 05/17/2004 | RE | (F6 AGR 50 @0.15 PER PG) | $7.50 |
| 05/17/2004 | RE | (F5 CORR 130 @0.15 PER PG) | $19.50 |
| 05/17/2004 | RE | (F5 AGR 6 @0.15 PER PG) | $0.90 |
| 05/17/2004 | RE | (G7 CORR 607 @0.15 PER PG) | $91.05 |
| 05/17/2004 | RE | (G7 CORR 81 @0.15 PER PG) | $12.15 |
| 05/17/2004 | RE | (G7 CORR 927 @0.15 PER PG) | $139.05 |
| 05/17/2004 | RE | (F6 AGR 95 @0.15 PER PG) | $14.25 |
| 05/17/2004 | RE | (F7 DOC 143 @0.15 PER PG) | $21.45 |
| 05/17/2004 | RE | (F7 DOC 99 @0.15 PER PG) | $14.85 |
| 05/17/2004 | RE | (F7 DOC 98 @0.15 PER PG) | $14.70 |
| 05/17/2004 | RE | (F7 DOC 29 @0.15 PER PG) | $4.35 |
| 05/17/2004 | RE | (F3 EQU 1466 @0.15 PER PG) | $219.90 |
| 05/17/2004 | RE | (F2 AGR 1147 @0.15 PER PG) | $172.05 |
| 05/17/2004 | RE | (F4 AGR 2490 @0.15 PER PG) | $373.50 |
| 05/17/2004 | RE | (F2 AGR 2892 @0.15 PER PG) | $433.80 |
| 05/17/2004 | RE | (F2 AGR 10 @0.15 PER PG) | $1.50 |
| 05/17/2004 | RE | (F7 DOC 8 @0.15 PER PG) | $1.20 |
| 05/18/2004 | DC | TriState | $21.20 |
| 05/18/2004 | DC | TriState | $423.00 |
| 05/18/2004 | DC | TriState | $15.00 |
| 05/18/2004 | DH | DHL | $8.05 |
| 05/18/2004 | DH | DHL | $12.78 |
| 05/18/2004 | DH | DHL | $24.03 |
| 05/18/2004 | DH | DHL | $35.33 |
| 05/18/2004 | PO | Postage | $4.95 |
| 05/18/2004 | PO | Postage | $167.66 |
| 05/18/2004 | PO | Postage | $1.10 |
| 05/18/2004 | PO | Postage | $33.25 |
| 05/18/2004 | PO | Postage | $20.55 |
| 05/18/2004 | PO | Postage | $7.15 |
| 05/18/2004 | PO | Postage | $3.32 |
| 05/18/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 05/18/2004 | RE | (F8 FEE 246 @0.15 PER PG) | $36.90 |
| 05/18/2004 | RE | (F6 AGR 236 @0.15 PER PG) | $35.40 |
| 05/18/2004 | RE | (F4 AGR 1252 @0.15 PER PG) | $187.80 |
| 05/18/2004 | RE | (F5 DOC 48 @0.15 PER PG) | $7.20 |
| 05/18/2004 | RE | (F7 DOC 606 @0.15 PER PG) | $90.90 |
| 05/18/2004 | RE | (G8 AGR 956 @0.15 PER PG) | $143.40 |
| 05/18/2004 | RE | (G7 A 956 @0.15 PER PG) | $143.40 |
| 05/18/2004 | RE | (G8 AGR 14 @0.15 PER PG) | $2.10 |
| 05/18/2004 | RE | (F0 AGR 336 @0.15 PER PG) | $50.40 |

**Invoice number 61385**     91100   00001                    **Page   11**

| | | | |
|---|---|---|---|
| 05/18/2004 | RE | (F4 RPLY 441 @0.15 PER PG) | $66.15 |
| 05/18/2004 | RE | (F3 EQU 956 @0.15 PER PG) | $143.40 |
| 05/18/2004 | RE | (F0 AGR 1192 @0.15 PER PG) | $178.80 |
| 05/18/2004 | RE | (F4 AGR 1406 @0.15 PER PG) | $210.90 |
| 05/18/2004 | RE | (F2 AGR 1882 @0.15 PER PG) | $282.30 |
| 05/18/2004 | RE | (F2 AGR 1 @0.15 PER PG) | $0.15 |
| 05/19/2004 | DC | TriState | $21.20 |
| 05/19/2004 | DC | TriState | $15.00 |
| 05/19/2004 | DC | TriState | $279.00 |
| 05/19/2004 | PO | Postage | $3.95 |
| 05/19/2004 | PO | Postage | $1.06 |
| 05/19/2004 | PO | Postage | $3.10 |
| 05/19/2004 | PO | Postage | $464.10 |
| 05/19/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 05/19/2004 | RE | (F5 CORR 40 @0.15 PER PG) | $6.00 |
| 05/19/2004 | RE | (F5 DOC 47 @0.15 PER PG) | $7.05 |
| 05/19/2004 | RE | (F7 CORR 95 @0.15 PER PG) | $14.25 |
| 05/19/2004 | RE | (G7 A 5736 @0.15 PER PG) | $860.40 |
| 05/19/2004 | RE | (G8 AGR 5500 @0.15 PER PG) | $825.00 |
| 05/19/2004 | RE | (G8 AGR 94 @0.15 PER PG) | $14.10 |
| 05/20/2004 | DC | TriState | $21.20 |
| 05/20/2004 | DH | DHL | $8.05 |
| 05/20/2004 | DH | DHL | $19.41 |
| 05/20/2004 | DH | DHL | $11.21 |
| 05/20/2004 | DH | DHL | $26.43 |
| 05/20/2004 | RE | (G8 CORR 1722 @0.15 PER PG) | $258.30 |
| 05/20/2004 | RE | (F6 AGR 4 @0.15 PER PG) | $0.60 |
| 05/20/2004 | RE | (F0 CORR 1212 @0.15 PER PG) | $181.80 |
| 05/20/2004 | RE | (F5 CORR 12 @0.15 PER PG) | $1.80 |
| 05/21/2004 | DC | TriState | $270.00 |
| 05/21/2004 | DC | TriState | $15.00 |
| 05/21/2004 | PO | Postage | $97.52 |
| 05/21/2004 | PO | Postage | $125.08 |
| 05/21/2004 | RE | (G7 CORR 2235 @0.15 PER PG) | $335.25 |
| 05/21/2004 | RE | (F7 PLDG 82 @0.15 PER PG) | $12.30 |
| 05/21/2004 | RE | (F2 3 3857 @0.15 PER PG) | $578.55 |
| 05/22/2004 | FX | Fax Transmittal. [E104] | $11.00 |
| 05/22/2004 | RE | Reproduction Expense. [E101] | $1.65 |
| 05/24/2004 | DC | TriState | $21.20 |
| 05/24/2004 | FX | Fax Transmittal---Fax Log Sheet. [E104] | $23.00 |
| 05/24/2004 | RE | Reproduction Expense. [E101] | $3.60 |
| 05/24/2004 | RE | (F6 AGR 50 @0.15 PER PG) | $7.50 |
| 05/24/2004 | RE | (F4 AGR 15 @0.15 PER PG) | $2.25 |
| 05/24/2004 | RE | (F3 EQU 342 @0.15 PER PG) | $51.30 |
| 05/25/2004 | RE | (F5 CORR 28 @0.15 PER PG) | $4.20 |
| 05/25/2004 | RE | (F5 CORR 38 @0.15 PER PG) | $5.70 |
| 05/26/2004 | PO | Postage | $0.83 |
| 05/26/2004 | RE | (F6 AGR 13 @0.15 PER PG) | $1.95 |
| 05/27/2004 | RE | (F5 CORR 4 @0.15 PER PG) | $0.60 |
| 05/27/2004 | RE | (F5 CORR 4 @0.15 PER PG) | $0.60 |
| 05/27/2004 | RE | (G7 CORR 333 @0.15 PER PG) | $49.95 |
| 05/27/2004 | RE | (G7 CORR 822 @0.15 PER PG) | $123.30 |
| 05/27/2004 | RE | (F4 CORR 1466 @0.15 PER PG) | $219.90 |
| 05/28/2004 | DC | TriState | $15.00 |
| 05/28/2004 | DC | TriState | $333.00 |
| 05/28/2004 | PO | Postage | $4.41 |
| 05/28/2004 | PO | Postage | $6.60 |
| 05/28/2004 | PO | Postage | $472.94 |
| 05/28/2004 | PO | Postage | $46.20 |
| 05/28/2004 | RE | Reproduction Expense. [E101] | $1.05 |

**Invoice number   61385**      91100   00001                                    **Page   12**

| | | | |
|---|---|---|---:|
| 05/28/2004 | RE | (F5 CORR 114 @0.15 PER PG) | $17.10 |
| 05/28/2004 | RE | (F6 AGR 6 @0.15 PER PG) | $0.90 |
| 05/28/2004 | RE | (G7 CORR 15 @0.15 PER PG) | $2.25 |
| 05/28/2004 | RE | (F6 AGR 13 @0.15 PER PG) | $1.95 |
| 05/28/2004 | RE | (F6 AGR 26 @0.15 PER PG) | $3.90 |
| 05/28/2004 | RE | (G7 CORR 115 @0.15 PER PG) | $17.25 |
| 05/28/2004 | RE | (G7 CORR 10 @0.15 PER PG) | $1.50 |
| 05/28/2004 | RE | (F3 EQU 89 @0.15 PER PG) | $13.35 |
| 05/28/2004 | RE | (F7 DOC 203 @0.15 PER PG) | $30.45 |
| 05/28/2004 | RE | (G8 A 132 @0.15 PER PG) | $19.80 |
| 05/28/2004 | RE | (F4 AGR 960 @0.15 PER PG) | $144.00 |
| 05/28/2004 | RE | (F3 EQU 2146 @0.15 PER PG) | $321.90 |
| 05/28/2004 | RE | (F4 CORR 1480 @0.15 PER PG) | $222.00 |
| 05/28/2004 | RE | (F2 AGR 2665 @0.15 PER PG) | $399.75 |
| 05/28/2004 | RE | (F0 AGR 5778 @0.15 PER PG) | $866.70 |

**Total Expenses:**                                                  **$20,728.27**


## Summary:

| | |
|---|---:|
| Total professional services | $21,891.00 |
| Total expenses | $20,728.27 |
| Net current charges | $42,619.27 |
| Net balance forward | $49,666.88 |
| **Total balance now due** | **$92,286.15** |


## Billing Summary

| | | | | |
|---|---|---:|---:|---:|
| BDC | Campbell, Bruce Dean | 1.50 | $140.00 | $210.00 |
| CMS | Shaeffer, Christina M. | 19.80 | $60.00 | $1,188.00 |
| DWC | Carickhoff, David W | 23.50 | $320.00 | $7,520.00 |
| LAG | Gilbert, Laurie A. | 1.00 | $145.00 | $145.00 |
| LDJ | Jones, Laura Davis | 2.30 | $595.00 | $1,368.50 |
| PEC | Cuniff, Patricia E. | 53.00 | $140.00 | $7,420.00 |
| RMO | Olivere, Rita M. | 0.60 | $75.00 | $45.00 |
| SEM | McFarland, Scotta E. | 0.10 | $425.00 | $42.50 |
| SGM | McLamb, Sandra G | 2.80 | $255.00 | $714.00 |
| SLP | Pitman, L. Sheryle | 29.65 | $70.00 | $2,075.50 |
| WLR | Ramseyer, William L. | 3.10 | $375.00 | $1,162.50 |
| | | 137.35 | | $21,891.00 |


## Task Code Summary

|  | **Hours** | **Amount** |
|---|---|---|

**Invoice number  61385**        91100     00001                                                    **Page  13**

| | | | |
|---|---|---:|---:|
| CA | CASE ADMINISTRATION [B110] | 73.85 | $6,712.50 |
| CR02 | WRG CLAIM ANALYSIS NONASBESTOS | 14.10 | $3,378.00 |
| EA01 | WRG- EMPLOY. APP. , OTHERS | 7.60 | $2,036.00 |
| FA | WRG-FEE APPS., APPLICANT | 6.20 | $1,883.00 |
| FA01 | WRG-FEE APPLICATIONS, OTHERS | 15.50 | $2,620.00 |
| LN | LITIGATION (NON-BANKRUPTCY] | 18.40 | $4,825.50 |
| SL | STAY LITIGATION [B140] | 1.40 | $340.00 |
| ZA01 | WRG-ZAI SCIENCE TRIAL | 0.30 | $96.00 |
| | | 137.35 | $21,891.00 |

## Expense Code Summary

| | |
|---|---:|
| Conference Call [E105] | $120.66 |
| Delivery/Courier Service | $2,763.30 |
| DHL- Worldwide Express | $480.63 |
| Fax Transmittal. [E104] | $425.00 |
| Outside Reproduction Expense | $143.22 |
| Postage [E108] | $2,632.46 |
| Reproduction Expense. [E101] | $14,163.00 |
| | $20,728.27 |