# EXHIBIT A

Hearing Date: June 21, 2004

## In re: W.R. GRACE & CO., et al
### OMNIBUS 3 - EXHIBIT A – CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | MITCHELL, RONALD<br>2130 11TH AVE N<br>BIRMINGHAM AL 35224 | 01-01139<br>W.R. GRACE & CO. | 4993 | $40,092.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 2 | NELSON, DENNIS<br>PO BOX 149<br>ATTICA CORR FACILITY EXCHANGE STR. RD<br>ATTICA NY 14011 | 01-01139<br>W.R. GRACE & CO. | 15365 | $250,000,000.00 | (S) | LATE FILED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 3 | NELSON, DENNIS<br>PO BOX 149<br>A C F<br>ATTICA NY 14011 | 01-01139<br>W.R. GRACE & CO. | 15367 | $250,000,000.00 | (S) | LATE FILED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 4 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA, CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15357 | $22,774.20 | (P) | LATE FILED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 5 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA, CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15314 | $26,918.96<br>$15,083.57 | (P)<br>(U) | LATE FILED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 6 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA, CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15317 | $27,053.18 | (P) | LATE FILED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 7 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA, CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15318 | $27,053.18 | (P) | LATE FILED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 8 | TAPE RENTAL LIBRARY INC<br>PO BOX 107<br>COVESVILLE VA 22931 | 01-01139<br>W.R. GRACE & CO. | 1950 | $1,825.07 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
  (P) - Priority       (U) - Unsecured

Page 1 of 1

6/14/2004 1:37:58 PM