# EXHIBIT B

Hearing Date: June 21, 2004

## In re: W.R. GRACE & CO., et al
### OMNIBUS 3 - EXHIBIT B - CONTINUED - SURVIVING CLAIMS

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|
| 1 INTERNATIONAL PAPER ARIZONA CHEMICAL<br>ATTN: LEE WALKER<br>6775 LENOX CENTER COURT<br>MEMPHIS TN 38115 | 01-01140<br>Relief Requested: EXPUNGE<br>CONTINUED TO 7/19/04 12:00PM | 349 | $208,595.34 | (U) | ARIZONA CHEMICAL<br>4049 WILLOW LAKE BLVD<br>MEMPHIS TN 38118 | 01-01139 | 1106 | $211,684.16 | (U) |
| 2 ORANGE COUNTY TREASURER-TAX COLLE<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>Relief Requested: EXPUNGE<br>CONTINUED TO 7/19/04 12:00PM | 15314 | $26,918.96<br>$15,083.57 | (P)<br>(U) | ORANGE COUNTY TREASURER-TAX COLLEC<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15317 | $27,053.18 | (P) |
| 3 ORANGE COUNTY TREASURER-TAX COLLE<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>Relief Requested: EXPUNGE<br>CONTINUED TO 7/19/04 12:00PM | 15318 | $27,053.18 | (P) | ORANGE COUNTY TREASURER-TAX COLLEC<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15317 | $27,053.18 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative       (S) - Secured
 (P) - Priority              (U) - Unsecured

Page 1 of 1                                                                                6/14/2004 1:45:44 PM