# EXHIBIT C

Hearing Date: June 21, 2004

## In re: W.R. GRACE & CO., et al
### OMNIBUS 3 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | LEONARD, CALVIN L<br>911 FOLEY AVE<br>IOWA PARK TX 76367 | 01-01139<br>W.R. GRACE & CO. | 1003 | $103,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

Page 1 of 1

6/14/2004 11:17:14 AM