IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br><br> W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br><br> Jointly Administered |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION TO THIRTY-THIRD MONTHLY
APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO
THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2004
THROUGH APRIL 30, 2004 [RE: DOCKET NO. 5897]**

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Thirty-Third Monthly Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Equity Holders, filed on June 30, 2004 [Docket No.5897]. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed and served no later than 4:00 p.m. on July 20, 2004.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

Krls/Wilm 55559v1

are authorized to pay Kramer Levin Naftalis & Frankel LLP $11,498.80 which represents 80% of the fees ($14,373.50) and $389.30, which represents 100% of the expenses, for an aggregate amount of $11,888.10, requested in the Application for the period April 1, 2004 through April 30, 2004, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

        KLETT ROONEY LIEBER & SCHORLING
        A Professional Corporation

        By:   /s/ Rhonda L. Thomas
             Teresa K. D. Currier (No. 3080)
             Rhonda L. Thomas (No. 4053)
             1000 West Street, Suite 1410
             Wilmington, DE 19801
             (302) 552-4200

        -and-

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        Philip Bentley, Esquire
        Gary M. Becker, Esquire
        919 Third Avenue
        New York, NY 10022
        (212) 715-9100

        Counsel to the Official Committee of
        Equity Holders

Dated: July 21, 2004