Presented at Hearing 7/19/04

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 5525 and 7/19/04 Agenda Item 6 |

# CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS

1. On May 5, 2004 the Debtors filed their Fourth Omnibus Objection[1] to Claims (the "Fourth Omnibus Objection") [Docket No. 5525]

2. On June 30, 2004 the Debtors submitted to the Court the Continuation Order Granting the Relief Sought in Debtors' Third Omnibus Objection to Claims as to Continued Claims (the "Order") [Docket No. 5901]. The Order provided that the Debtors' Objection to certain claims contained therein were continued to July 19, 2004 (the "Continued Objections") or that the Objection to certain of the Reduce and/or Reclassify and Allow Claims was sustained and the claims were reduced and/or reclassified as indicated.

NOW, THEREFORE, upon consideration of the Debtors' Fourth Omnibus Objection seeking an order disallowing certain claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] All capitalized terms used but not defined herein are as defined in the Debtors' Fourth Omnibus Objection.

91100-001\DOCS_DE:96938.1

ORDERED that the Objection to each of the Claims listed on Exhibit A to this Order is continued to the August 23, 2004 omnibus hearing; and it is further

ORDERED that the Debtors' Objection to the claims listed on Exhibit B, Claim No. 1756 of Gulf Pacific America, Inc. and Claim No. 2177 of Greenville County Tax Collector, is withdrawn without prejudice and the Debtors retain the right to object to Claim No. 1756 and Claim No. 2177 on any grounds in the future upon proper notice and consistent with applicable bankruptcy rules; and it is further

ORDERED that the claim listed on Exhibit C, Claim No. 711 filed by Xerox Company, is reclassified, reduced and allowed as an unsecured claim in the amount of $4961.52; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that pursuant to Federal Rules of Civil Procedure 54(b), made applicable in the contested matter by Federal Rules of Bankruptcy Procedure 7054 and 9014, the Court hereby directs entry of a final judgment with respect to the claims objections that are the subject of this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July 19, 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge