# Exhibit A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT A - CONTINUED

Hearing Date: July 19, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | CITY OF EL PASO<br>C/O DAVID G AELVOET<br>LINEBARGER HEARD GOGGAN ET AL<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | 01-01139<br>W.R. GRACE & CO. | 63 | $721.05 (S) | RECLASSIFY, REDUCE & ALLOW | $245.32 | (U) | CONTINUED TO 8/23/04 12:00PM |
| 2 | DONS DIESEL SERVICE INC<br>PO BOX 2438<br>HILLSBORO MO 63050 | 01-01139<br>W.R. GRACE & CO. | 2399 | $1,943.98 (U) | REDUCE AND ALLOW | $1,577.41 | (U) | CONTINUED TO 8/23/04 12:00PM |
| 3 | EXXONMOBIL CHEMICAL COMPANY<br>LAW DEPT BANKRUPTCY MATTERS<br>13501 KATY FREEWAY<br>HOUSTON TX 77079 | 01-01139<br>W.R. GRACE & CO. | 869 | $71,547.45 (U) | REDUCE AND ALLOW | $63,059.42 | (U) | CONTINUED TO 8/23/04 12:00PM |
| 4 | KATTEN MUCHIN ZAVIS ROSENMAN<br>C/O JEFF J FRIEDMAN ESQ<br>575 MADISON AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 15176 | $58,292.87 (U) | REDUCE AND ALLOW | $1,153.13 | (U) | CONTINUED TO 8/23/04 12:00PM |
| 5 | NSTAR GAS<br>800 BOYLSTON ST<br>17TH FLOOR<br>BOSTON MA 02119 | 01-01140<br>W.R. GRACE & CO.-CONN. | 196 | $14,773.55 (U) | REDUCE AND ALLOW | $7,132.59 | (U) | CONTINUED TO 8/23/04 12:00PM |
| 6 | SPAULDING AND SLYE<br>C/O BRUCE D LEVIN ESQ<br>BERNKOPF GOODMAN & BASEMAN LLP<br>125 SUMMER STR<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 203 | $1,403,017.00 (U) | REDUCE AND ALLOW | $549,159.00 | (U) | CONTINUED TO 8/23/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured