# Exhibit B

Hearing Date: July 19, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars *Class*** | Claim Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | GREENVILLE COUNTY TAX<br>301 UNIVERSITY RDG STE 700<br>GREENVILLE SC 29601<br><br>W.R. GRACE & CO. | 01-01139 | 2177 | $42,191.16 (S) | RECLASSIFY, REDUCE & ALLOW | $14,123.61 | (S) | WITHDRAWN |
| 2 | GULF PACIFIC AMERICA INC<br>MAR-GULF MANAGEMENT INC<br>7083 HOLLYWOOD BLVD #650<br>HOLLYWOOD CA 90028 | 01-01149 | 1756<br>CREATIVE FOOD 'N FUN COMPANY | $207,937.00 (U) | REDUCE AND ALLOW | $134,772.00 | (U) | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative**
(P) - Priority

(S) - Secured
(U) - Unsecured

7/15/2004 10:00:03 AM