# Exhibit C

Hearing Date: July 19, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** Relief Requested | Allowed Claim Amount* Claim Class** Order Status |
|---|---|---|---|---|---|
| 1 | XEROX CORPORATION<br>LEGAL DEPT MS 1-2<br>ATTN: CATHY FLOWERS<br>800 CARILLON PKWY<br>ST PETERSBURG FL 33716 | 01-01140<br>W.R. GRACE & CO.-CONN. | 711 | $16,322.61  (S)  RECLASSIFY, REDUCE & ALLOW | $4,961.52  (U)  SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1

7/15/2004 10:04:13 AM