IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 5450 and 7/19/04 Agenda Item 5 |

Hearing 7/19/04

## SECOND CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) AS TO CONTINUED OBJECTIONS

1. On April 14, 2004 the Debtors filed their Third Omnibus Objection[1] to Claims (the "Third Omnibus Objection") [Docket No. 5450]

2. On May 25, 2004 the Court entered an Order Granting the Relief Sought in Debtors' Third Omnibus Objection to Claims [Docket No. 5646].

3. On June 30, 2004 the Debtors submitted to the Court the Continuation Order Granting the Relief Sought in Debtors' Third Omnibus Objection to Claims as to Continued Claims (the "Order") [Docket No. 5900]. The Order provided that the Debtors' Objection to certain claims contained therein were continued to July 19, 2004 (the "Continued Objections") or that the Debtors' objection to certain claims contained therein were withdrawn without prejudice.

NOW, THEREFORE, upon consideration of the Debtors' Third Omnibus Objection seeking an order disallowing certain claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no

---

[1] Capitalized terms used but not defined herein are as defined in the Debtors' Third Omnibus Objection.

further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Objection to each of the Claims listed on Exhibit A and Exhibit B to this Order is continued to the August 23, 2004 omnibus hearing; and it is further

ORDERED that, after notice and a hearing, the Objection to Claim Nos. 15365 and 15367 filed by Dennis Nelson (listed on Exhibit C to this Order) is sustained for the reasons set forth in open court on July 19, 2004, and Claim Nos. 15365 and 15367 are expunged and disallowed for all purposes; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that pursuant to Federal Rules of Civil Procedure 54(b), made applicable in the contested matter by Federal Rules of Bankruptcy Procedure 7054 and 9014, the Court hereby directs entry of a final judgment with respect to the claims objections that are the subject of this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July 19, 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge