# Exhibit C

In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT C - SUSTAINED - EXPUNGE

Hearing Date: July 19, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | NELSON, DENNIS<br>PO BOX 149<br>ATTICA CORR FACILITY EXCHANGE<br>STR. RD<br>ATTICA NY 14011 | 01-01139<br>W.R. GRACE & CO. | 15365 | $250,000,000.00 | (S) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 2 | NELSON, DENNIS<br>PO BOX 149<br>A.C.F.<br>ATTICA NY 14011 | 01-01139<br>W.R. GRACE & CO. | 15367 | $250,000,000.00 | (S) | LATE FILED<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured