IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 5527 and |
| | | 7/19/04 Agenda Item 7 |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon consideration of the Fifth Omnibus Objection[1] of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging and disallowing certain Claims; and no previous application having been made; and upon consideration of the Fifth Omnibus Objection and all responses thereto; and due and proper notice of the Fifth Omnibus Objection having been given, it is hereby

ORDERED that the Objection to each of the Claims listed on Exhibits A to this Order are continued to the August 23, 2004 or September 27, 2004 (as indicated on Exhibit A) omnibus hearing; and it is further

ORDERED that the Debtors' Objection to the claims listed on Exhibit B, Claim No. 1755 of Gulf Pacific America, Inc. and Claim No. 13233 of Marshalls MA, Inc., is withdrawn without prejudice and the Debtors retain the right to object to Claim No. 1755 and Claim No. 13233 on any grounds in the future upon proper notice and consistent with applicable bankruptcy rules; and it is further

---

[1] Capitalized terms used but not defined herein are as defined in the Debtors' Fifth Omnibus Objection.

ORDERED that the Objection to each of the Claims listed on Exhibit C to this Order is sustained and the claims are expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each of the Cross-Debtor Duplicate Claims listed on Exhibit D to this Order is sustained and the surviving claim shall remain as indicated. As to the remaining claims, they shall be unaffected by the Fifth Omnibus Objection; however, the Debtors retain the right to object to any remaining claims on any grounds in the future upon proper notice and consistent with applicable bankruptcy rules; and it is further

ORDERED that pursuant to Fed.R.Bankr.P. 3006 and the Notice of Withdrawal of Claim No. 5539 filed by the Texas Commission on Environmental Quality (the "TCEQ"), the claim listed on Exhibit E, Claim No. 5539 of the TCEQ, is hereby withdrawn; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that pursuant to Fed. R. Civ. P. 54(b), made applicable in the contested matter by Fed. R. Bankr. P. 7054 and 9014, the Court hereby directs entry of a final judgment with respect to the claims objections that are the subject of this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July 19, 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2

91100-001\DOCS_DE:96939.1