# Exhibit B

Hearing Date: July 19, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | GULF PACIFIC AMERICA INC<br>MAR-GULF MANAGEMENT INC<br>7083 HOLLYWOOD BLVD #600<br>HOLLYWOOD CA 90028 | 01-01139<br>W.R. GRACE & CO. | 1755 | $207,937.00 | (U) | CROSS-DEBTOR DUPLICATE<br>EXPUNGE | WITHDRAWN |
| 2 | MARSHALLS OF MA INC<br>770 COCHITUATE RD<br>ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT<br>FRAMINGHAM MA 01701 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13233 | UNKNOWN | (A) | NO LIABILITY<br>EXPUNGE | WITHDRAWN |
| 3 | MARSHALLS OF MA INC<br>770 COCHITUATE RD<br>ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT<br>FRAMINGHAM MA 01701 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13233 | UNKNOWN | (A) | UNLIQUIDATED<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured