# Exhibit C

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT C - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ACCOUNTEMPS DIV OF ROBERT HALF INTERNATIONAL ATTN: KAREN LIMA 5720 STONERIDGE DR SUITE 3 PLEASANTON CA 94588-2700 | 01-01151 DEL TACO RESTAURANTS, INC. | 60 | $2,823.91 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 2 | ALLIED WASTE INDUSTRIES INC 15880 N GREENWAY HAYDEN LOOP SCOTTSDALE AZ 85260 | 01-01140 W.R. GRACE & CO.-CONN. | 164 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 3 | ALLIED WASTE INDUSTRIES INC 15880 N GREENWAY HAYDEN LOOP SCOTTSDALE AZ 85260 | 01-01140 W.R. GRACE & CO.-CONN. | 164 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | SUSTAINED |
| 4 | ARTHUR ANDERSEN LLP 33 W MONROE ST CHICAGO IL 60603-5385 | 01-01139 W.R. GRACE & CO. | 2629 | $5,100.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 5 | CHEMSTATION MID-ATLANTIC ATTN: DAVID SINGER 4615 HOLLINS FERRY RD STE A BALTIMORE MD 21227 | 01-01139 W.R. GRACE & CO. | 1685 | $430.84 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 6 | COASTAL CONSTRUCTION PRODUCTS INC CORPORATE HEADQUARTERS 1901 SERVICE ST JACKSONVILLE FL 32207 | 01-01140 W.R. GRACE & CO.-CONN. | 8555 | $6,021,857.00 | (P) | EXPUNGE | SUSTAINED |
| 7 | COVERALL OF CHICAGO 3202 A WOODCREEK DOWNERS GROVE IL 60515 | 01-01139 W.R. GRACE & CO. | 1881 | $142.62 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 8 | CROSSROADS INDUSTRIAL PARK INC C/O SCOTT ESTELLE PRESIDENT PO BOX 220 WEEDSPORT NY 13166 | 01-01139 W.R. GRACE & CO. | 874 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 9 | CROSSROADS INDUSTRIAL PARK INC C/O SCOTT ESTELLE PRESIDENT PO BOX 220 WEEDSPORT NY 13166 | 01-01139 W.R. GRACE & CO. | 874 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | SUSTAINED |
| 10 | DAVIS COUNTY ASSESSOR PO BOX 618 FARMINGTON UT 84025 | 01-01151 DEL TACO RESTAURANTS, INC. | 2251 | $2,456.19 | (S) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT C - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 11 | DE LAGE LANDEN FINANCIAL SERVICES INC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | 01-01139<br>W.R. GRACE & CO. | 7723 | $10,473.22 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 12 | DE LAGE LANDEN FINANCIAL SERVICES INC<br>F/K/A TOKAI FINANCIAL<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | 01-01139<br>W.R. GRACE & CO. | 7724 | $270,344.01 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 13 | DEPARTMENT OF THE TREASURY-INTERNAL REVE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01139<br>W.R. GRACE & CO. | 15360 | $10,177.92 | (P) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 14 | DEPT OF REVENUE STATE OF MISSOURI<br>STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY MO 65105 | 01-01140<br>W.R. GRACE & CO.-CONN. | 590 | $1,081.37 | (A) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 15 | DUNBAR, WILLIAM B<br>C/O TED N PETTIT<br>CASE BIGELOW & LOMBARDI<br>737 BISHOP ST STE 2600<br>HONOLULU HI 96813 | 01-01139<br>W.R. GRACE & CO. | 2637 | $22,745.25 | (U) | ASSUMED CONTRACT<br>EXPUNGE | SUSTAINED |
| 16 | EASTERN CONTROLS INC<br>PO BOX 519<br>EDGEMONT PA 19028 | 01-01139<br>W.R. GRACE & CO. | 2172 | $3,388.35 | (U) | OTHER (INDIVIDUAL CLAIM OBJECTION)<br>EXPUNGE | SUSTAINED |
| 17 | EDWARD C WHITNEY & SONS INC<br>PO BOX 474<br>WILMINGTON MA 01887 | 01-01139<br>W.R. GRACE & CO. | 1253 | $941.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 18 | EXHIBIT SURVEYS INC<br>D&B RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 423 | $2,600.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 19 | FIRST NORTHERN STAR LLC<br>C/O JOHN D DEMMY ESQ<br>STEVENS & LEE PC<br>300 DELAWARE AVE<br>8TH FLR STE 800<br>WILMINGTON DE 19801 | 01-01139<br>W.R. GRACE & CO. | 13949 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 20 | FIRST NORTHERN STAR LLC<br>C/O JOHN D DEMMY ESQ<br>STEVENS & LEE PC<br>300 DELAWARE AVE<br>8TH FLR STE 800<br>WILMINGTON DE 19801 | 01-01139<br>W.R. GRACE & CO. | 13949 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT C - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 21 | GEORGIA DEPT OF REVENUE<br>DEPT OF REVENUE<br>PO BOX 38143<br>ATLANTA GA 30334 | 01-01198<br>CC PARTNERS | 583 | $35,500.00<br>$7,500.00 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 22 | GOYEN VALVE CORP<br>1195 AIRPORT RD<br>LAKEWOOD NJ 08701 | 01-01139<br>W.R. GRACE & CO. | 1353 | $178.95 | (U) | OTHER (INDIVIDUAL CLAIM OBJECTION)<br>EXPUNGE | SUSTAINED |
| 23 | GRAYBAR ELECTRIC COMPANY INC<br>299 GARLINGTON RD<br>GREENVILLE SC 29615 | 01-01139<br>W.R. GRACE & CO. | 1265 | $522.56 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 24 | HAGEN, STREIFF, NEWTON & OSHIRO<br>4667 MACARTHUR BLVD STE 400<br>NEWPORT BEACH CA 92660 | 01-01139<br>W.R. GRACE & CO. | 661 | $7,481.72 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 25 | HAGEN, STREIFF, NEWTON & OSHIRO<br>4667 MACARTHUR BLVD STE 400<br>NEWPORT BEACH CA 92660 | 01-01139<br>W.R. GRACE & CO. | 662 | $21,168.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 26 | HANMER, LYNN K<br>7709 GROVEWOOD DR<br>LAKE WORTH FL 33467 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1709 | $5,000.00 | (P) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 27 | HUGHES ASSOCIATES INC<br>CCG<br>317 S BRAND BLVD<br>GLENDALE CA 91204 | 01-01139<br>W.R. GRACE & CO. | 690 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 28 | INTERTAPE POLYMER CORP<br>110 E MONTEE DE LIESSE<br>ST LAURENT QC H4T 1N4<br>CANADA | 01-01139<br>W.R. GRACE & CO. | 1836 | $12,005.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 29 | KANEB PIPE LINE OPERATING PARTNERSHIP LP<br>EDWARD D DOHERTY<br>2435 N CENTRAL EXPWY STE 700<br>RICHARDSON TX 75080 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4208 | $6,250,258.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 30 | NC DEPT OF ENVIRONMENTAL AND NATURAL RESOURCES, SUPERFUND SECTION, DIVISION OF WASTE MANAGEMENT<br>ATTN: W WALLACE FINLATOR JR<br>NC DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | 01-01139<br>W.R. GRACE & CO. | 13298 | $1,966,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT C - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 31 | OFFICE DEPOT INC<br>ROBBIE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 443 | $4,758.17 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 32 | PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON CT 06484-4361 | 01-01139<br>W.R. GRACE & CO. | 15164 | $51,244.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 33 | PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON CT 06484-4361 | 01-01139<br>W.R. GRACE & CO. | 15366 | $20,708.76 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 34 | PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON CT 06484-5151 | 01-01139<br>W.R. GRACE & CO. | 2708 | $1,001.58 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 35 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13302 | UNKNOWN | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 36 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13303 | UNKNOWN | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 37 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13304 | $438,445.00 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 38 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13302 | UNKNOWN | (S) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |
| 39 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13303 | UNKNOWN | (S) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority            (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT C - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 40 | SAP AMERICA INC<br>BROWN & CONNERY LLP<br>ATTN: STEPHANIE NOLAN DEVINEY<br>PO BOX 539<br>360 HADDON AVENUE<br>WESTMONT NJ 08108 | 01-01140<br>W.R. GRACE & CO.-CONN. | 161 | $2,250.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 41 | SNACK INC<br>C/O NEWCO MANAGEMENT COMPANY LLC<br>ATTN: VAHE MELKONIAN<br>6320 CANOGA AVE #1430<br>WOODLAND HILLS CA 91367 | 01-01139<br>W.R. GRACE & CO. | 5740 | $543,258.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 42 | SOLVAY MINERALS INC<br>3333 RICHMOND AVE<br>HOUSTON TX 77098 | 01-01140<br>W.R. GRACE & CO.-CONN. | 410 | $56,894.70 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 43 | SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN: CREDIT & PAYMENT SERVICES<br>2131 WALNUT GROVE AVE<br>ROSEMEAD CA 91770 | 01-01139<br>W.R. GRACE & CO. | 6 | $16,100.53 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 44 | SUFFOLK COUNTY TREASURER<br>C/O OFFICE OF ROBERT J CIMINO<br>SUFFOLK COUNTY ATTORNEY<br>H LEE DENNISON BLDG<br>100 VETERANS MEMORIAL HWY<br>HAUPPAUGE NY 11788-0099 | 01-01139<br>W.R. GRACE & CO. | 370 | $27,124.09 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 45 | WEEDSPORT ASSOCIATES LLC<br>C/O SCOTT ESTELLE PRESIDENT<br>CROSSROADS INDUSTRIAL PARK INC<br>PO BOX 220<br>WEEDSPORT NY 13166 | 01-01139<br>W.R. GRACE & CO. | 873 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 46 | WEEDSPORT ASSOCIATES LLC<br>C/O SCOTT ESTELLE PRESIDENT<br>CROSSROADS INDUSTRIAL PARK INC<br>PO BOX 220<br>WEEDSPORT NY 13166 | 01-01139<br>W.R. GRACE & CO. | 873 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

Page 5 of 5

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

7/15/2004 11:18:38 AM