# Exhibit E

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT E - CLAIM WITHDRAWN

Hearing Date: July 19, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01194<br>REMEDIUM GROUP, INC. | 5539 | UNKNOWN (U) | NO LIABILITY<br>EXPUNGE | CLAIM WITHDRAWN |
| 2 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01194<br>REMEDIUM GROUP, INC. | 5539 | UNKNOWN (U) | UNLIQUIDATED<br>EXPUNGE | CLAIM WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured