# EXHIBIT A

Hearing Date: June 21, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT A - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class*** | Claim | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CITY OF EL PASO<br>C/O DAVID G AELVOET<br>LINEBARGER HEARD GOGGAN ET AL<br>310 S ST MARYS TENTH FLOOR<br>TOWER LIFE BLDG STE 1000<br>SAN ANTONIO TX 78205 | 01-01139<br>W.R. GRACE & CO. | 63 | $721.05 | (S) | RECLASSIFY, REDUCE & ALLOW | $245.32 | (U) | CONTINUED TO 7/19/04 12:00PM |
| 2 | DONS DIESEL SERVICE INC<br>PO BOX 2438<br>HILLSBORO MO 63050 | 01-01139<br>W.R. GRACE & CO. | 2399 | $1,943.98 | (U) | REDUCE AND ALLOW | $1,577.41 | (U) | CONTINUED TO 7/19/04 12:00PM |
| 3 | EXXONMOBIL CHEMICAL COMPANY<br>LAW DEPT BANKRUPTCY MATTERS<br>13501 KATY FREEWAY<br>HOUSTON TX 77079 | 01-01139<br>W.R. GRACE & CO. | 869 | $71,547.45 | (U) | REDUCE AND ALLOW | $63,059.42 | (U) | CONTINUED TO 7/19/04 12:00PM |
| 4 | GREENVILLE COUNTY TAX<br>301 UNIVERSITY RDG STE 700<br>GREENVILLE SC 29601 | 01-01139<br>W.R. GRACE & CO. | 2177 | $42,191.16 | (S) | RECLASSIFY, REDUCE & ALLOW | $14,123.61 | (S) | CONTINUED TO 7/19/04 12:00PM |
| 5 | GULF PACIFIC AMERICA INC<br>MAR-GULF MANAGEMENT INC<br>7083 HOLLYWOOD BLVD #650<br>HOLLYWOOD CA 90028 | 01-01149<br>CREATIVE FOOD 'N FUN COMPANY | 1755 | $207,937.00 | (U) | REDUCE AND ALLOW | $134,772.00 | (U) | CONTINUED TO 7/19/04 12:00PM |
| 6 | KATTEN MUCHIN ZAVIS ROSENMAN<br>C/O JEFF J FRIEDMAN ESQ<br>575 MADISON AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 15176 | $58,292.87 | (U) | REDUCE AND ALLOW | $1,153.13 | (U) | CONTINUED TO 7/19/04 12:00PM |
| 7 | NSTAR GAS<br>800 BOYLSTON ST<br>17TH FLOOR<br>BOSTON MA 02119 | 01-01140<br>W.R. GRACE & CO.-CONN. | 195 | $14,773.55 | (U) | REDUCE AND ALLOW | $7,132.59 | (U) | CONTINUED TO 7/19/04 12:00PM |
| 8 | SPAULDING AND SLYE<br>C/O BRUCE D LEVIN ESQ<br>BERNKOPF GOODMAN & BASEMAN LLPW.R. GRACE & CO.-CONN.<br>125 SUMMER STR<br>BOSTON MA 02110 | 01-01140 | 203 | $1,403,017.00 | (U) | REDUCE AND ALLOW | $548,155.00 | (U) | CONTINUED TO 7/19/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
 (P) - Priority        (U) - Unsecured

Page 1 of 2

6/28/2004 9:58:26 AM

In re: **W.R. GRACE & CO., et al**

## OMNIBUS 4 - EXHIBIT A - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 9 | XEROX CORPORATION<br>LEGAL DEPT MS 1-2<br>ATTN: CATHY FLOWERS<br>800 CARILLON PKWY<br>ST PETERSBURG FL 33716 | 01-01140<br>W.R. GRACE & CO.-CONN. | 711 | $16,322.61  (S) | RECLASSIFY, REDUCE & ALLOW | $4,961.52 | (U) | CONTINUED TO 7/19/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured