# EXHIBIT B

Hearing Date: June 21, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT B - SUSTAINED

| # | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AGA GAS INC<br>MEMBER OF THE LINDE GAS GROUP<br>PO BOX 94737<br>CLEVELAND OH 44101-4737 | 01-01140<br>W.R. GRACE & CO.-CONN. | 752 | $5,896.73 | (U) | REDUCE AND ALLOW | $1,893.49 | (U) | SUSTAINED |
| 2 | ALABAMA POWER CO<br>PO BOX 12465<br>BIRMINGHAM AL 35202-2465 | 01-01139<br>W.R. GRACE & CO. | 126 | $17,403.69 | (U) | REDUCE AND ALLOW | $9,222.67 | (U) | SUSTAINED |
| 3 | AMERICAN WICK DRAIN CORP<br>ATT N: DAVIS CARMAN<br>1209 AIRPORT RD<br>MONROE NC 28110 | 01-01139<br>W.R. GRACE & CO. | 1628 | $62,465.32 | (U) | REDUCE AND ALLOW | $59,368.00 | (U) | SUSTAINED |
| 4 | AMERSHAM BIOSCIENCES<br>800 CENTENNIAL AVE<br>PISCATAWAY NJ 08855-1327 | 01-01139<br>W.R. GRACE & CO. | 1072 | $10,063.68 | (U) | REDUCE AND ALLOW | $9,587.18 | (U) | SUSTAINED |
| 5 | APPLIED INDUSTRIAL TECH<br>PO BOX 6925<br>CLEVELAND OH 44101 | 01-01139<br>W.R. GRACE & CO. | 42 | $589.05 | (U) | REDUCE AND ALLOW | $563.85 | (U) | SUSTAINED |
| 6 | ASHLAND INCORPORATED<br>PO BOX 2219<br>COLLECTION DEPT DS3<br>COLUMBUS OH 43216 | 01-01139<br>W.R. GRACE & CO. | 15349 | $40,641.07 | (U) | REDUCE AND ALLOW | $40,505.76 | (U) | SUSTAINED |
| 7 | B & C FAB INC<br>6925 N ORANGE BLOSSOM TRL #126<br>ORLANDO FL 32810 | 01-01139<br>W.R. GRACE & CO. | 1600 | $295.97 | (U) | REDUCE AND ALLOW | $117.81 | (U) | SUSTAINED |
| 8 | BENTCO PALLET & CRATE LLC<br>PO BOX 750<br>EASTABOGA AL 36260 | 01-01139<br>W.R. GRACE & CO. | 2657 | $29,764.08 | (U) | REDUCE AND ALLOW | $26,117.52 | (U) | SUSTAINED |
| 9 | BRADLEY SUPPLY CO<br>PO BOX 29096<br>CHICAGO IL 60629 | 01-01139<br>W.R. GRACE & CO. | 911 | $16,652.24 | (U) | REDUCE AND ALLOW | $16,602.94 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative        (S) - Secured
  (P) - Priority              (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 10 | BROCK & COMPANY INC<br>77 GREAT VALLEY PKWY<br>MALVERN PA 19355 | 01-01140<br>W.R. GRACE & CO.-CONN. | 119 | $11,359.55 (U) | REDUCE AND ALLOW | $5,216.44 | (U) | SUSTAINED |
| 11 | CARDINAL BUILDING MAINTENANCE<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 646 | $2,145.00 (U) | REDUCE AND ALLOW | $2,125.00 | (U) | SUSTAINED |
| 12 | CARLUCCIO, FRANK<br>OSBORNE & VISCONTI<br>20 EASTBROOK RD STE 304<br>DEDHAM MA 02026 | 01-01139<br>W.R. GRACE & CO. | 2726 | $17,443.00 (U) | REDUCE AND ALLOW | $750.00 | (U) | SUSTAINED |
| 13 | CENTER ENTERPRISES INC DBA<br>PO BOX 7567<br>HOUSTON TX 77270-7567 | 01-01139<br>W.R. GRACE & CO. | 1503 | $13,418.23 (S) | RECLASSIFY, REDUCE & ALLOW | $9,896.35 | (U) | SUSTAINED |
| 14 | CHERCO SYSTEMS<br>1838 RYAN ST<br>LAKE CHARLES LA 70601 | 01-01139<br>W.R. GRACE & CO. | 1567 | $3,291.31 (P) | RECLASSIFY AND ALLOW | $3,291.31 | (U) | SUSTAINED |
| 15 | CHROMA COPY<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 647 | $1,934.31 (U) | REDUCE AND ALLOW | $1,184.04 | (U) | SUSTAINED |
| 16 | CITY OF MILWAUKEE<br>CITY TREASURER #1353<br>200 E WELLS ST - ROOM 103<br>MILWAUKEE WI 53202 | 01-01139<br>W.R. GRACE & CO. | 14727 | $8,780.22 (U) | REDUCE AND ALLOW | $7,701.95 | (U) | SUSTAINED |
| 17 | CLARKE REYNOLDS ELECTRIC CO<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 648 | $5,319.62 (U) | REDUCE AND ALLOW | $2,475.89 | (U) | SUSTAINED |
| 18 | COLEMANS PUMPING SERVICE<br>C/O JAMES COLEMAN<br>190 STURDEE RD<br>WAGENER SC 29164 | 01-01139<br>W.R. GRACE & CO. | 2641 | $1,100.00 (U) | REDUCE AND ALLOW | $1,040.00 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative        (S) - Secured
  (P) - Priority              (U) - Unsecured

In re: **W.R. GRACE & CO., et al**
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | CORROSION FLUID PRODUCTS<br>24450 INDOPLEX CIRCLE<br>FARMINGTON HILLS MI 48332 | 01-01139<br>W.R. GRACE & CO. | 376 | $7,186.94 | (U) | REDUCE AND ALLOW | $7,116.25 | (U) | | SUSTAINED |
| 20 | CROMPTON SALES COMPANY INC<br>C/O MARY O'NEIL<br>BENSON RD<br>MIDDLEBURY CT 06749 | 01-01139<br>W.R. GRACE & CO. | 2091 | $49,039.66 | (U) | REDUCE AND ALLOW | $45,059.92 | (U) | | SUSTAINED |
| 21 | DOMNERN SOMGIAT & BOONMA<br>719 SI PHYA RD<br>BANGKOK 10500<br>THAILAND | 01-01140<br>W.R. GRACE & CO.-CONN. | 1802 | $8,739.25 | (U) | REDUCE AND ALLOW | $5,073.02 | (U) | | SUSTAINED |
| 22 | DONNELLY & DUNCAN INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 770 | $5,329.80 | (U) | REDUCE AND ALLOW | $4,647.30 | (U) | | SUSTAINED |
| 23 | DOUGLAS TECHNICAL SERVICES<br>9 EASTERN LN<br>NEW MILFORD CT 06776 | 01-01139<br>W.R. GRACE & CO. | 1168 | $2,155.00 | (U) | REDUCE AND ALLOW | $2,055.00 | (U) | | SUSTAINED |
| 24 | EASTERN LIFT TRUCK CO INC<br>PO BOX 307<br>MAPLE SHADE NJ 08052 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5303 | $1,296.72 | (U) | REDUCE AND ALLOW | $315.86 | (U) | | SUSTAINED |
| 25 | ENGELHARD CORPORATION<br>ATTN STEPHEN MCINTYRE<br>101 WOOD AVE 4TH FLR CREDIT<br>ISELIN NJ 08830 | 01-01139<br>W.R. GRACE & CO. | 1576 | $50,832.60 | (U) | REDUCE AND ALLOW | $34,760.20 | (U) | | SUSTAINED |
| 26 | FREE-FLOW PACKAGING INT'L DBA<br>1090 MILLS WAY<br>REDWOOD CITY CA 94063 | 01-01139<br>W.R. GRACE & CO. | 1209 | $2,118.40 | (P) | RECLASSIFY AND ALLOW | $2,118.40 | (U) | | SUSTAINED |
| 27 | GAC CHEMICAL CORP<br>1610 TIMBERWOLF<br>HOLLAND OH 43528 | 01-01140<br>W.R. GRACE & CO.-CONN. | 895 | $102,298.90 | (U) | REDUCE AND ALLOW | $100,966.41 | (U) | | SUSTAINED |
| 28 | GLOBAL EQUIPMENT<br>1206 SATELLITE BLVD<br>SAWANEE GA 30024 | 01-01139<br>W.R. GRACE & CO. | 659 | $622.27 | (P) | RECLASSIFY AND ALLOW | $622.27 | (U) | | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 29 | HARRIS AUTOMATION SERVICES INC<br>C/O DIANE B HARRIS<br>PO BOX 890472<br>HOUSTON TX 77289 | 01-01139<br>W.R. GRACE & CO. | 2124 | $6,064.64 (U) | REDUCE AND ALLOW | $6,758.90 | (U) | SUSTAINED |
| 30 | HAYES MECHANICAL INC<br>2160 N ASHLAND AVE<br>CHICAGO IL 60614 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2403 | $18,350.19 (U) | REDUCE AND ALLOW | $17,225.00 | (U) | SUSTAINED |
| 31 | HINDS CO TAX COLLECTOR<br>C/O NCTC<br>PO BOX 1727<br>JACKSON MS 39215 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1747 | $437.20 (U) | REDUCE AND ALLOW | $408.68 | (U) | SUSTAINED |
| 32 | HOMETOWN NEWS INC<br>DBA THE WOODRUFF NEWS<br>PO BOX 5211<br>SPARTANBURG SC 29304-5211 | 01-01139<br>W.R. GRACE & CO. | 84 | $80.60 (U) | REDUCE AND ALLOW | $40.00 | (U) | SUSTAINED |
| 33 | HUGHES ASSOCIATES INC<br>3610 COMMERCE DR #817<br>BALTIMORE MD 21227 | 01-01139<br>W.R. GRACE & CO. | 2296 | $14,550.00 (U) | REDUCE AND ALLOW | $4,550.00 | (U) | SUSTAINED |
| 34 | HUGHES SUPPLY INC<br>C/O LUIS D HERNANDEZ LEGAL<br>DEPARTMEN<br>20 N ORANGE AVE<br>STE 200<br>ORLANDO FL 32801 | 01-01139<br>W.R. GRACE & CO. | 2071 | $12,999.73 (U) | REDUCE AND ALLOW | $12,388.94 | (U) | SUSTAINED |
| 35 | ICI AMERICAS INC & INDOPCO<br>C/O W STEVEN BRYANT<br>LOCKE LIDDELL & SAPP LLP<br>600 TRAVIS ST STE 2600<br>HOUSTON TX 77002-3095 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13953 | $367,075.50 (U) | REDUCE AND ALLOW | $361,075.00 | (U) | SUSTAINED |
| 36 | IMERYS<br>100 MANSELL CT E<br>SUITE 300<br>ROSWELL GA 30076 | 01-01139<br>W.R. GRACE & CO. | 3771 | $72,358.38 (U) | REDUCE AND ALLOW | $71,123.56 | (U) | SUSTAINED |
| 37 | J HARVARD CO<br>3418 E MARDAN DR<br>LONG GROVE IL 60047 | 01-01139<br>W.R. GRACE & CO. | 1357 | $894.25 (P) | RECLASSIFY AND ALLOW | $894.25 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 38 | JAY INDUSTRIAL TEC GROUP INC<br>555 N WAYNE AVE<br>CINCINNATI OH 45215 | 01-01139<br>W.R. GRACE & CO. | 1055 | $2,020.05 (U) | REDUCE AND ALLOW | $1,732.55 | (U) | SUSTAINED |
| 39 | KMS RADIATOR & MFG CO INC<br>2615 LENA ST<br>SULPHUR LA 70665-7439 | 01-01139<br>W.R. GRACE & CO. | 1319 | $3,424.32 (S) | RECLASSIFY AND ALLOW | $3,424.32 | (U) | SUSTAINED |
| 40 | KONECRANES INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 626 | $5,445.70 (U) | REDUCE AND ALLOW | $1,212.50 | (U) | SUSTAINED |
| 41 | LINATEX INC<br>1550 AIRPORT RD<br>GALLATIN TN 37066 | 01-01139<br>W.R. GRACE & CO. | 1255 | $3,738.29 (P) | RECLASSIFY AND ALLOW | $3,738.29 | (U) | SUSTAINED |
| 42 | LOUIS M ZIGMAN LAW<br>473 S HOLT AVE<br>LOS ANGELES CA 90048 | 01-01139<br>W.R. GRACE & CO. | 3085 | $2,600.00 (U) | REDUCE AND ALLOW | $1,300.00 | (U) | SUSTAINED |
| 43 | M & M CONTROLS A DIVISION OF<br>9 E W AYLESBURY RD<br>TIMONIUM MD 21093 | 01-01139<br>W.R. GRACE & CO. | 1743 | $9,590.60 (U) | REDUCE AND ALLOW | $6,569.73 | (U) | SUSTAINED |
| 44 | MCJUNKIN CORPORATION<br>ATTN: MICHELE THOMPSON<br>PO BOX 513<br>CHARLESTON WV 25322 | 01-01139<br>W.R. GRACE & CO. | 355 | $1,523.84 (U) | REDUCE AND ALLOW | $1,513.76 | (U) | SUSTAINED |
| 45 | MID-ATLANTIC INDUSTRIAL<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 629 | $1,285.91 (U) | REDUCE AND ALLOW | $1,234.20 | (U) | SUSTAINED |
| 46 | MOVABLE WOOD BUILDINGS CO<br>11804 HEMPSTEAD HWY<br>HOUSTON TX 77092 | 01-01139<br>W.R. GRACE & CO. | 1119 | $1,764.48 (S) | RECLASSIFY AND ALLOW | $1,764.48 | (U) | SUSTAINED |
| 47 | N E BAYSTATE PRESS<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 631 | $8,858.35 (U) | REDUCE AND ALLOW | $8,817.90 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 5 of 9                                                                                                6/28/2004 9:59:09 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 48 | NETZSCH INCORPORATED<br>119 PICKERING WAY<br>EXTON PA 19341 | 01-01139<br>W.R. GRACE & CO. | 1551 | $30,138.00 (U) | REDUCE AND ALLOW | $29,372.48 | (U) | SUSTAINED |
| 49 | NEWARK ELECTRONICS<br>4801 N RAVENSWOOD AVE<br>CHICAGO IL 60640 | 01-01139<br>W.R. GRACE & CO. | 354 | $3,162.05 (U) | REDUCE AND ALLOW | $291.77 | (U) | SUSTAINED |
| 50 | NON METALLIC RESOURCES INC<br>PO BOX 81303<br>MOBILE AL 36689 | 01-01139<br>W.R. GRACE & CO. | 966 | $18,093.38 (U) | REDUCE AND ALLOW | $14,472.00 | (U) | SUSTAINED |
| 51 | NSF INTERNATIONAL<br>789 N DIXBORO RD<br>ANN ARBOR MI 48105 | 01-01139<br>W.R. GRACE & CO. | 1251 | $1,150.09 (U) | REDUCE AND ALLOW | $1,116.58 | (U) | SUSTAINED |
| 52 | OBRIEN & GERE ENGINEERS INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 634 | $28,140.62 (U) | REDUCE AND ALLOW | $27,100.78 | (U) | SUSTAINED |
| 53 | PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD<br>CLEVELAND OH 44124 | 01-01139<br>W.R. GRACE & CO. | 132 | $905.70 (U) | REDUCE AND ALLOW | $157.95 | (U) | SUSTAINED |
| 54 | PCS IN A PINCH<br>338 CLUBHOUSE RD<br>HUNT VALLEY MD 21031 | 01-01139<br>W.R. GRACE & CO. | 2318 | $3,078.39 (U) | REDUCE AND ALLOW | $2,402.60 | (U) | SUSTAINED |
| 55 | PORTER PIPE & SUPPLY CO<br>303 S ROHLWING RD<br>ADDISON IL 60101 | 01-01139<br>W.R. GRACE & CO. | 1824 | $1,955.79 (U) | REDUCE AND ALLOW | $1,911.40 | (U) | SUSTAINED |
| 56 | PROVIA SOFTWARE INC<br>5460 CORPORATE GROVE BLVD SE<br>GRAND RAPIDS MI 49512-5500 | 01-01139<br>W.R. GRACE & CO. | 1130 | $8,363.00 (U) | REDUCE AND ALLOW | $5,432.00 | (U) | SUSTAINED |
| 57 | R T VANDERBILT COMPANY INC<br>30 WINFIELD ST<br>NORWALK CT 06855 | 01-01139<br>W.R. GRACE & CO. | 1321 | $4,826.00 (U) | REDUCE AND ALLOW | $4,565.50 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority           (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 58 | RED CAP MAINTENANCE INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 637 | $4,582.77 | (U) | REDUCE AND ALLOW | $2,204.00 | (U) | SUSTAINED |
| 59 | SCHENCK ACCURATE INC<br>746 E MILWAUKEE ST<br>WHITEWATER WI 53190 | 01-01139<br>W.R. GRACE & CO. | 1079 | $3,069.25 | (U) | REDUCE AND ALLOW | $2,165.00 | (U) | SUSTAINED |
| 60 | SCOTT SPECIALTY GASES<br>ATTN LOIS HAYES<br>6141 EASTON RD<br>PLUMSTEADVILLE PA 18949 | 01-01139<br>W.R. GRACE & CO. | 1837 | $5,215.78 | (U) | REDUCE AND ALLOW | $3,532.79 | (U) | SUSTAINED |
| 61 | SELLERS PROCESS EQUIPMENT CO<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 765 | $2,106.27 | (U) | REDUCE AND ALLOW | $2,043.85 | (U) | SUSTAINED |
| 62 | SIMPSON GUMPERTZ & HEGER, INC<br>41 SEYON ST<br>BLDG 1 STE 500<br>WALTHAM MA 02453 | 01-01139<br>W.R. GRACE & CO. | 882 | $22,403.26 | (U) | REDUCE AND ALLOW | $12,303.26 | (U) | SUSTAINED |
| 63 | SOUTH CAROLINA ELECTRIC & GAS<br>C/O SCANA SERVICES<br>1426 MAIN ST MC 130<br>COLUMBIA SC 29218 | 01-01139<br>W.R. GRACE & CO. | 1865 | $70,452.34 | (U) | REDUCE AND ALLOW | $69,444.41 | (U) | SUSTAINED |
| 64 | STANDARD REGISTER COMPANY<br>LILLIAN COMBS<br>600 ALBANY ST<br>DAYTON OH 45408 | 01-01139<br>W.R. GRACE & CO. | 413 | $41,811.16 | (U) | REDUCE AND ALLOW | $40,842.09 | (U) | SUSTAINED |
| 65 | STATE OF MARYLAND CENTRAL<br>C/O MICHAEL S FREEDMAN<br>OFFICE OF THE ATTY GEN OF MD - DBM<br>300 W PRESTON ST RM 407<br>BALTIMORE MD 21201 | 01-01139<br>W.R. GRACE & CO. | 15174 | $6,495.00 | (U) | REDUCE AND ALLOW | $5,500.00 | (U) | SUSTAINED |
| 66 | STONE CONTAINER CORPORATION<br>ATTN: CREDIT DEPT<br>PO BO 2276<br>ALTON IL 62002 | 01-01139<br>W.R. GRACE & CO. | 663 | $238,621.31 | (U) | REDUCE AND ALLOW | $231,390.19 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority              (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 67 | T&D PROPERTIES<br>C/O TED RAKER<br>11 BACHMAN ST<br>NEWNAN GA 30263 | 01-01139<br>W.R. GRACE & CO. | 1287 | $900.00 | (P) | PAID - PREPETITION | $0.00 | (P) | SUSTAINED |
| 68 | TETRA TECHNOLOGIES INC<br>ATTN: CINDY BOLDT<br>25025 I45 NORTH STE 600<br>THE WOODLANDS TX 77380 | 01-01139<br>W.R. GRACE & CO. | 1059 | $161,580.90 | (U) | REDUCE AND ALLOW | $159,620.53 | (U) | SUSTAINED |
| 69 | TEXAS COMPTROLLER OF PUBLIC<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIV BANKRUPTCY SECT<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01140<br>W.R. GRACE & CO.-CONN. | 381 | $652,766.79 | (P) | REDUCE AND ALLOW | $28,584.68 | (P) | SUSTAINED |
| 70 | THE CINCINNATI GAS & ELECTRIC CO<br>A SUBSIDIARY OF CINERGY CORP<br>3300 CENTRAL PKWY 2ND FL<br>CINCINNATI OH 45225 | 01-01140<br>W.R. GRACE & CO.-CONN. | 170 | $91,456.74 | (U) | REDUCE AND ALLOW | $89,554.35 | (U) | SUSTAINED |
| 71 | THOMAS PUBLISHING CO<br>5 PENN PLAZA<br>NEW YORK NY 10001 | 01-01140<br>W.R. GRACE & CO.-CONN. | 513 | $18,560.37 | (U) | REDUCE AND ALLOW | $18,115.30 | (U) | SUSTAINED |
| 72 | TOWN OF WINDHAM<br>COLLECTOR OF REVENUE<br>PO BOX 195<br>WILLIMANTIC CT 06226-0195 | 01-01139<br>W.R. GRACE & CO. | 904 | $702.19 | (P) | REDUCE AND ALLOW | $595.08 | (P) | SUSTAINED |
| 73 | US FILTER CORP<br>10 TECHNOLOGY DRIVE<br>LOWELL MA 01851 | 01-01139<br>W.R. GRACE & CO. | 120 | $23,442.64 | (U) | REDUCE AND ALLOW | $15,656.96 | (U) | SUSTAINED |
| 74 | US INTERNATIONAL SERVICES LTD<br>113 KRESSON-GIBBSBORO RD<br>VOORHEES NJ 08043 | 01-01139<br>W.R. GRACE & CO. | 4497 | $7,389.88 | (P) | RECLASSIFY AND ALLOW | $7,389.88 | (U) | SUSTAINED |
| 75 | V & H EXCAVATING CO INC<br>402 NORBEH DR<br>HEBRON IN 46341-8501 | 01-01139<br>W.R. GRACE & CO. | 1516 | $108.75<br>$2,356.96 | (P)<br>(U) | RECLASSIFY, REDUCE & ALLOW | $2,349.55 | (U) | SUSTAINED |
| 76 | W K MERRIMAN INC<br>7038 RIVER RD<br>PITTSBURGH PA 15225 | 01-01139<br>W.R. GRACE & CO. | 2045 | $2,548.80 | (U) | REDUCE AND ALLOW | $2,052.58 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority            (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 77 | WALTER G COALE INC<br>PO BOX 39<br>CHURCHVILLE MD 21028 | 01-01139<br>W.R. GRACE & CO. | 1210 | $1,995.04 | (U) | REDUCE AND ALLOW | $1,750.00 | (U) | SUSTAINED |
| 78 | WELDING SERVICES INC<br>ATTN: DOUGLAS R THOMPSON<br>1872-C INDEPENDENCE SQUARE<br>DUNWOODY GA 30338 | 01-01139<br>W.R. GRACE & CO. | 1753 | $106,820.00 | (U) | REDUCE AND ALLOW | $350.00 | (U) | SUSTAINED |
| 79 | WELD-RITE SERVICE INC<br>ATTN: JOEL A STEIN<br>6 W HUBBARD ST 8TH FL<br>CHICAGO IL 60610 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1813 | $77,187.50 | (U) | REDUCE AND ALLOW | $71,333.50 | (U) | SUSTAINED |
| 80 | WESCO DISTRIBUTION INC<br>C/O JULIE QUAGLIANO ESQ<br>3243 P ST NW<br>WASHINGTON DC 20007 | 01-01140<br>W.R. GRACE & CO.-CONN. | 360 | $32,161.18 | (U) | REDUCE AND ALLOW | $31,598.08 | (U) | SUSTAINED |
| 81 | WESTSIDE BUILDING MATERIAL<br>ATTN: JOE BOWERBANK<br>PO BOX 711<br>ANAHEIM CA 92815 | 01-01139<br>W.R. GRACE & CO. | 1134 | $3,374.00 | (U) | REDUCE AND ALLOW | $2,836.52 | (U) | SUSTAINED |
| 82 | YORKE, JUDITH<br>YORKE ENGINEERING<br>31726 RANCHO VIEJO RD STE 108<br>SAN JUAN CAPISTRANO CA 92675 | 01-01139<br>W.R. GRACE & CO. | 2161 | $4,515.15 | (P) | RECLASSIFY AND ALLOW | $4,515.15 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
  (P) - Priority            (U) - Unsecured