IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
In re                                         *    Chapter 11
                                              *
W.R. GRACE & CO., et al.,                     *    Case No. 01-01139 (JKF)
                                              *    Jointly Administered
            Debtor.                           *
* * * * * * * * * * * * * * * * * * * * * * * *
W.R. GRACE & CO., et al.,                     *
                                              *
                                              *    Adversary No. A-01-771
                                              *
            Plaintiffs,                       *
                                              *
v.                                            *
                                              *
MARGARET CHAKARIAN, et al.,                   *
And John Does 1-1000,                         *
                                              *
            Defendants.                       *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## *AMENDED* NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Cohn & Whitesell LLP, counsel to the claimants injured by exposure to tremolite asbestos from the Debtors' operations in and near Libby, Montana[1] (the "Libby Claimants"), each a creditor and party-in-interest in the above cases, hereby amends its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) to reflect a name change of its firm from Cohn Khoury Madoff & Whitesell LLP to Cohn & Whitesell LLP; and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

---

[1] As identified in the Verified Statement of Cohn Khoury Madoff & Whitesell LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 4807] filed in Case No. 01-01139 (JFK), as it may be amended and supplemented from time to time.

393.001-4082.DOC

| | | |
|---|---|---|
| Adam G. Landis<br>Kerri K. Mumford<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>       mumford@lrclaw.com | Daniel C. Cohn<br>Christopher M. Candon<br>Cohn & Whitesell LLP<br>101 Arch Street<br>Boston, MA 02110<br>Telephone: (617) 951-2505<br>Facsimile: (617) 951-0679<br>Email: cohn@ckmw.com<br>       candon@ckmw.com | Jon L. Heberling<br>McGarvey, Heberling, Sullivan &<br>McGarvey PC<br>745 South Main<br>Kalispell, MT 59904<br>Telephone: (406) 752-5566<br>Facsimile: (406) 752-7124<br>Email:<br>jheberling@mcgarveylaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Amended Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Libby Claimants' (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Libby Claimants are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

2

Dated: July 22, 2004                    LANDIS RATH & COBB LLP

                                        /s/ Kerri Mumford
                                        Adam G. Landis (No. 3407)
                                        Kerri K. Mumford (No. 4186)
                                        919 Market Street, Suite 600
                                        Wilmington, DE 19801
                                        (302) 467-4400

                                        and

                                        Daniel C. Cohn
                                        Christopher M. Candon
                                        COHN & WHITESELL LLP
                                        101 Arch Street
                                        Boston, MA  02110
                                        (617) 951-2505

                                        and

                                        Jon L. Heberling
                                        MCGARVEY, HEBERLING, SULLIVAN &
                                          MCGARVEY, P.C.
                                        745 South Main
                                        Kalispell, MT  59904
                                        (406) 752-5566

                                        Counsel to Libby Claimants