Case 01-01139-AMC    Doc 6014-1    Filed 07/23/04    Page 1 of 10

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 18, 2004 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MAY 1, 2004 THROUGH MAY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1022602 v1

Holme Roberts & Owen LLP

June 14, 2004

W.R. Grace

Page             9
Invoice No.:   669970
Client  No.:   04339
Matter No.:   00300

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/30/04 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: M161686; DATE: 4/30/2004 - Storage - April 2004 | $ 203.36 |
| | | **Total Disbursements:** | **$ 203.36** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 203.36 |
| **Total Disbursements:** | **$** | **203.36** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | | *Outstanding Balance on Invoice 612649:* | $ 1,095.20 |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 04/11/03 | Cash Receipt | -259,371.06 |
| | 04/14/03 | Cash Receipt Cancellation | 259,371.06 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reproduction | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Velo Binding | $ - |
| Other Expense | $ 203.36 |
| Color Copies | $ - |
| **Total** | **$ 203.36** |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | May | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 300.00 | 1.0 | $ 300.00 |
| Coggon, Kathryn | Special Counsel | $ 280.00 | 6.4 | $ 1,792.00 |
| Haag, Susan | Paralegal | $ 125.00 | 2.1 | $ 262.50 |
| | | | | |
| **Total** | | | **9.50** | **$ 2,354.50** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 8.70 |
| Facsimiles | $ - |
| Long Distance Telephone | $ 0.60 |
| Federal Express | $ - |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ 1,631.13 |
| **Total** | **$ 1,640.43** |

Holme Roberts & Owen LLP

June 14, 2004

W.R. Grace

Page 24
Invoice No.: 669970
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/12/04 | EKF | Review and revise April invoices (prebills) (.70). | 0.70 | $ 210.00 |
| 05/14/04 | KJC | Telephone conference with R. Emmett re Libby costs (.30); telephone conferences with Remedium re Libby costs (.40); research re Libby costs (1.20). | 1.90 | 532.00 |
| 05/17/04 | KJC | Telephone conference with J. Roeder re Libby cost research (0.30); research re Libby costs (0.60). | 0.90 | 252.00 |
| 05/18/04 | KJC | Research re Libby costs including telephone conferences with A. Stringer. | 1.90 | 532.00 |
| 05/19/04 | KJC | Research re Libby costs (1.10); telephone conference with R. Marriam re Libby costs (0.60). | 1.70 | 476.00 |
| 05/28/04 | EKF | Review, revise and finalize March 2004 fee application (.30). | 0.30 | 90.00 |
| 05/28/04 | SH | Calculate March fee application (1.70); compile and file March fee applications (.40). | 2.10 | 262.50 |

| | | Total Fees Through May 31, 2004: | 9.50 | $ 2,354.50 |
|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 1.00 | $ 300.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 6.40 | 1,792.00 |
| SH | Susan Haag | Paralegal | 125.00 | 2.10 | 262.50 |

Holme Roberts & Owen LLP

June 14, 2004

W.R. Grace

Page                 25
Invoice No.:    669970
Client   No.:    04339
Matter  No.:    00390

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
|  |  | **Total Fees:** |  | **9.50**  $ | **2,354.50** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/28/04 |  | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 263188; DATE: 4/28/2004 - Professional services through 3/31/04 | $ 1,152.62 |
| 05/14/04 |  | Long Distance Telephone: 9018202023, 3 Mins., TranTime:9:34 | 0.30 |
| 05/17/04 |  | Long Distance Telephone: 4062933964, 2 Mins., TranTime:16:14 | 0.20 |
| 05/20/04 |  | Long Distance Telephone: 3028886818, 1 Mins., TranTime:8:52 | 0.10 |
| 05/24/04 |  | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 264285; DATE: 5/24/2004 - HRO Legal Fees & Costs in WR Grace Bankruptcy (Professional Services through 04/30/04) | 478.51 |
| 05/28/04 | 58 | Photocopy | 8.70 |
|  |  | **Total Disbursements:** | **$ 1,640.43** |

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,631.13 |
| Photocopy |  | 8.70 |
| Long Distance Telephone |  | 0.60 |
| **Total Disbursements:** | **$** | **1,640.43** |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | May | Total Comp |
|---|---|---|---|---|
| Tognetti, Natalie | Paralegal | $ 125.00 | 0.3 | $ 37.50 |
| | | | | |
| Total | | | 0.30 | $ 37.50 |

Holme Roberts & Owen LLP

June 14, 2004

W.R. Grace

Page             31
Invoice No.:   669970
Client  No.:    04339
Matter  No.:   00420

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 05/19/04 | NKT | Telephone conference with KJCoggon re WR Grace's Findings of Fact content (.10); subsequent research re same (.20). | 0.30 | $ | 37.50 |
| | | **Total Fees Through May 31, 2004:** | **0.30** | **$** | **37.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| NKT | Natalie Tognetti | Paralegal | $ 125.00 | 0.30 | $ | 37.50 |
| | | **Total Fees:** | | **0.30** | **$** | **37.50** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 646528 | 10/15/03 | Bill | 39,193.49 |
| | 04/14/04 | Cash Receipt | -31,476.09 |
| | 05/04/04 | Cash Receipt | -7,411.42 |
| | | *Outstanding Balance on Invoice 646528:* | $ 305.98 |
| 649383 | 11/13/03 | Bill | 5,482.57 |