
## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 12, 2004 |
| | ) | Hearing Date: TBD only if necessary |

### SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

Name of Applicant:   Lukins & Annis, P.S.

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:   July 22, 2002

Period for which compensation and Reimbursement is sought:   February 1, 2004 through February 29, 2004

Amount of Compensation sought as actual, Reasonable, and necessary:   $ 0.00

Amount of Expenses Reimbursement:   $ 389.65

This is a:  X monthly   _ interim   _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/14/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | Objections due 7/7/04 | Objections due 7/7/04 |

This is the seventeenth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 8.95 |
| Telephone Expense -- Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $ 10.20 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | $ 370.50 |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 389.65 |

Dated: July 23, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ William D. Sullivan
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
FAX: (509) 747-2323

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANT

## VERIFICATION

STATE OF WASHINGTON )
)
COUNTY OF SPOKANE )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this 4th day of June, 2004.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 3/2/08

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 23, 2004 |
| | ) | Hearing Date: TBD only if necessary |

**FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

# COST REPORT
## Lukins & Annis, P.S.
### Time Period 02/01/2004 - 02/29/2004

| DATE | DESCRIPTION | CHARGE |
|---|---|---|
| 02/02/04 | Photocopies | $ 1.05 |
| 02/02/04 | Photocopies | $ 0.15 |
| 02/02/04 | Long Distance Charges | $ 1.28 |
| 02/09/04 | Photocopies | $ 5.10 |
| 02/09/04 | Long Distance Charges | $ 7.03 |
| 02/09/04 | Non-Refundable portion of Plane Fare for 2/9/04 Hrg in Pittsburgh, PA-canceled | $ 370.50 |
| 02/12/04 | Long Distance Charges | $ 0.64 |
| 02/17/04 | Photocopies | $ 3.90 |
| | **Total** | **$ 389.65** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify I caused a copy of the foregoing *Verified Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from February 1, 2004 through February 29, 2004* to be served upon those parties identified on the attached service list via United States Mail, postage prepaid or hand delivery.

I certify the foregoing to be true and correct under the penalty of perjury.

Dated: Wilmington, Delaware
July 23, 2004

/s/ *William D. Sullivan*
WILLIAM D. SULLIVAN

**SERVICE LIST**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899