# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 12, 2004 |
| | | Hearing Date: TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004

Name of Applicant:                                Richardson Patrick Westbrook & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                          July 22, 2002

Period for which compensation and
Reimbursement is sought:                     March 1, 2004 through
                                                         March 31, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                     $ 6,212.50

Amount of Expenses Reimbursement:       $ 100.02

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/04 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | Pending | Pending |
| 4/21/04 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | Pending | Pending |

This is the eighteenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 49.7 | $6,212.50 |
| TOTALS | | | | | 49.7 | $6,212.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 49.7 | $6,212.50 |
| TOTALS | 49.7 | $6,212.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Duplicating / Printing | $9.40 |
| Federal Express Charges | $37.42 |
| Outside Duplicating | $53.20 |
| Total | $100.02 |

Dated: July 22, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

Lead Counsel for ZAI Claimants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 12, 2004 |
| | | Hearing Date: TBD only if necessary |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE <u>INTERIM PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004</u>**


04/08/2004

# Time report

### 03/01/2004 - 03/31/2004

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| **Transaction:** | L106 | | | | |
| **Day:** | 03/01/2004 | | | | |
| 03/01/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 1.50 |
| **Day:** | 03/02/2004 | | | | |
| 03/02/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 6.70 |
| **Day:** | 03/03/2004 | | | | |
| 03/03/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 5.00 |
| **Day:** | 03/04/2004 | | | | |
| 03/04/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 6.70 |
| 03/04/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 6.70 |
| **Day:** | 03/08/2004 | | | | |
| 03/08/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 3.00 |
| **Day:** | 03/09/2004 | | | | |
| 03/09/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 5.70 |
| **Day:** | 03/11/2004 | | | | |
| 03/11/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 3.70 |
| **Day:** | 03/15/2004 | | | | |
| 03/15/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 3.70 |
| **Day:** | 03/16/2004 | | | | |
| 03/16/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 |

04/08/2004

# Time report

### 03/01/2004 - 03/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY |
|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | |
| **Day:** | | **03/17/2004** | | | |
| 03/17/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 |
| Ikerrison | 0000 | | Review Mort Com CVs for listing of published articles for Rob Turkewitz | | |

|  |  |
|---|---|
| **Grand Total:** | $6, |
| **Expense Grand Total:** | |
| **Time Grand Total:** | $6, |
| **Total Hours/Report:** | |
| **Count:** | |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify I caused a copy of the foregoing to be served upon those parties identified on the attached service list via United States Mail, postage prepaid or hand delivery.

- **Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from March 1, 2004 through March 31, 2004**

I certify the foregoing to be true and correct under the penalty of perjury.

Dated: Wilmington, Delaware
July 22, 2004

/s/ *William D. Sullivan*
WILLIAM D. SULLIVAN

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202