IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 12, 2004** |
| | | **Hearing Date: September 27, 2004 @ 12:00 PM** |

## SUMMARY OF THE TWELFTH INTERIM QUARTERLY APPLICATION OF LUKINS & ANNIS, P.S.[1] FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004

| | |
|---|---|
| Name of Applicant: | Lukins & Annis, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | Appointment Order effective As of July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | January 1, 2004 through March 31, 2004 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 4,105.00 |
| Amount of Expenses Reimbursement: | $ 1,107.72 |

This is a:  _ monthly   X quarterly application

Prior Application filed:  Yes

---

[1] L&A became counsel in this matter over a year after it was filed. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, L&A is titling this the "Twelfth" Interim Quarterly Application, (although it is actually L&A's seventh such application).

| Period Covered | Date Filed | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 01/01/04 – 01/31/04 | June 17, 2004 | | $ 695.68 | Pending | Pending |
| 02/01/04 – 02/29/04 | June 17, 2004 | $ 3,497.00 | $ 389.65 | Pending | Pending |
| 03/01/04 – 03/31/04 | June 17, 2004 | $ 608.00 | $  22.39 | Pending | Pending |

The objection deadline for the L&A Monthly Application for fees and expenses incurred for the periods of January 1, 2004 through January 31, 2004; February 1 through February 29, 2004; and March 1, 2004 through March 31, 2004, has not yet passed.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 14 | Litigation | $390 | .10 | $39.00 |
| TOTALS | | | | | .10 | $39.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | .10 Hours | $ 39.00 |
| TOTALS | .10 Hours | $ 39.00 |

ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---:|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 16.62 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | $ 6.00 |
| Courier & Express Carriers | $ 5.00 |
| In-House Duplicating / Printing ($.15 per page) | $ 48.60 |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | |
| Transportation | |
| Air Travel Expense | $ 1,031.50 |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain) | |
| (Deposition Transcripts) | |
| Total: | $ 1,107.72 |

Dated: July 23, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 3368)
Charles J. Brown, III (Bar No. 2820)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq..
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
FAX: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL FOR
ZAI CLAIMANTS