# Exhibit A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | ALEXANDER, JOHN<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3194 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 2 | BRABON JR, RONALD W<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CTR, STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3514 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 3 | BURNETT, SCOTT<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CTR, STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3513 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 4 | CONNER EL, MICHAEL<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3195 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 5 | CTL ENGINEERING INC<br>2860 FISHER RD<br>COLUMBUS OH 43204 | 01-01139<br>W.R. GRACE & CO. | 2174 | $968.45 | (U) | CLAIM 1760 WAS FILED BY CLAIMANT'S INSURANCE COMPANY FOR THE SAME LIABILITY. PER CLAIMANT, CLAIM 1760 IS THE VALID CLAIM. |
| 6 | DAWSON, WARREN<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3199 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 7 | ESTATE OF BOBBY CAMPBELL DECEASED<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3200 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
                                                                                                              (P) - Priority         (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6: EXHIBIT A - NO LIABILITY CLAIMS

|    | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|----|---|---|---|---|---|---|
| 8  | ESTATE OF DARRYL BROWN DECEASED<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br><br>W.R. GRACE & CO.-CONN. | 3204 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 9  | ESTATE OF ELTON FLOYD MIZELL DECEASED<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br><br>W.R. GRACE & CO.-CONN. | 3198 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 10 | ESTATE OF MARION STANLEY DECEASED<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br><br>W.R. GRACE & CO.-CONN. | 3187 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 11 | ESTATE OF MICHAEL HURD DECEASED<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER, STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br><br>W.R. GRACE & CO.-CONN. | 3206 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 12 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTIONS<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 01-01193<br><br>MRA STAFFING SYSTEMS, INC. | 274 | $6,870.32<br>$250.00 | (P)<br>(U) | 1998-2000 AUDIT COMPLETED WITH NO ASSESSMENT. |
| 13 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 01-01139<br><br>W.R. GRACE & CO. | 440 | $1,717,549.43 | (P) | 1998-2000 AUDIT COMPLETED WITH 1998 ASSESSMENT REDUCED TO $0. |
| 14 | GREEN, DONALD<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br><br>W.R. GRACE & CO.-CONN. | 3192 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 15 | LERMA, BENITO<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3191 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 16 | LIMOUSINE EIGHTEEN LTD<br>PO BOX 263<br>LEXINGTON MA 02421 | 01-01139<br>W.R. GRACE & CO. | 1361 | $0.00 | (U) | NO CLAIM AGAINST GRACE. |
| 17 | LOUISIANA DEPT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE LA 70896 | 01-01158<br>GN HOLDINGS, INC. | 73 | $20,252.55<br>$4,013.50 | (P)<br>(U) | NO RETURNS WERE DUE FOR 1998-2001. |
| 18 | MCLAUGHLIN, KEVIN<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3196 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 19 | OBLIGADO & CIA LDA SA<br>PARAGUAY 610<br>C1057AAH<br>BUENOS AIRES<br>ARGENTINA | 01-01139<br>W.R. GRACE & CO. | 1946 | $177,057.26 | (U) | ALL INVOICES CLAIMED WERE DATED BETWEEN 1994 AND 1998. ACCORDING TO A MEMO RECEIVED FROM VENDOR IN 1999, ONLY TWO INVOICES WERE OPEN AT THAT TIME. BOTH WERE PAID. |
| 20 | PATTERSON, LARRY<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3193 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 21 | POWELL, RUFUS<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3197 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.  **(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 22 | RIMKA, EDWARD<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3190 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 23 | SEES SR, J RONALD<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3188 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 24 | STATE OF FLORIDA DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | 01-01139<br>W.R. GRACE & CO. | 2010 | $390,809.39<br>$181,654.27 | (P)<br>(U) | CLAIM HAS BEEN SETTLED WITH CREDITOR. |
| 25 | TOMLIN, JERRY<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER, STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3205 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 26 | VALENTINE, ANTHONY<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3189 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 27 | VANNUNALLY BEY, CYLESTER<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3203 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| 28 | WHEELER, CHARLES<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER, STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3201 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 29 | WOODARD, KEVIN<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3202 | $10,000.00 | (U) | CLAIM DISMISSED BY MICHIGAN COURT. |
| | | | totals: | $2,135,481.69<br>$583,943.48 | (P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
                                                                                                                  (P) - Priority        (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 5 of 5                                                                                                                        7/22/2004 10:08:17 AM

# Exhibit B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6: EXHIBIT B - RECLASSIFY AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | MOBILE STORAGE GROUP INC<br>7590 N GLENOAKS BLVD<br>BURBANK CA 91504 | 3211 | $1,599.70 | (P) | $1,599.70 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| | | totals: | $1,599.70 | (P) | $1,599.70 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

# Exhibit C

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6: EXHIBIT C - RECLASSIFY, REDUCE & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | FISHER SCIENTIFIC<br>ATTN: GARY R BARNES<br>2000 PARK LANE DRIVE<br>PITTSBURGH PA 15275 | 312 | $60,206.71 | (S) | $41,329.75 | (U) | NO BASIS FOR SECURED CLAIM. VENDOR PROVIDED STATEMENT RATHER THAN INVOICES. CLAIM REDUCED FOR THOSE INVOICES NOT SHOWN IN OUR BOOKS AND RECORDS. |
| 2 | LASON SYSTEMS INC<br>SUE MOORE<br>1305 STEPHENSON HWY<br>TROY MI 48083 | 3210 | $283,279.92 | (P) | $204,990.45 | (U) | NO BASIS FOR PRIORITY CLAIM. DEDUCTED FOR SHORTFALL IN THE NUMBER OF SCANNED IMAGES DELIVERED. |
| | | totals: | $60,206.71<br>$283,279.92 | (S)<br>(P) | $246,320.20 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority    (U) - Unsecured

# Exhibit D

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6: EXHIBIT D - REDUCE AND ALLOW CLAIMS

|   | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | A D INSTRUMENTS INC<br>DIVISION OF ENDRESS & HAUSEN<br>4711 A NATIONS CROSSING<br>CHARLOTTE NC 28217 | 124 | $2,633.59 | (U) | $1,433.59 | (U) | REDUCED BY $1200 FOR INVOICE 102047. ITEM WAS NOT RECEIVED. |
| 2 | CAMBRIDGE ELECTRIC LIGHT CO DBA NSTAR ELECTRIC<br>800 BOYLSTON ST<br>17TH FLOOR<br>BOSTON MA 02119 | 195 | $65,215.42 | (U) | $47,261.85 | (U) | SALES TAX REFUND CHECK TOTALING $17,953.57 WITHHELD BY VENDOR. AMOUNT DEDUCTED FROM CLAIM. |
| 3 | CATCHING FLUID POWER INC<br>881 REMINGTON BLVD<br>BOLINGBROOK IL 60440 | 4488 | $32,162.24 | (U) | $31,290.19 | (U) | VENDOR WAS UNABLE TO PROVIDE POD FOR INVOICE 64531-1. |
| 4 | CHEMICAL SPECIALTIES INC DBA MINERAL RESEARACH & DEV<br>PO BOX 1330<br>5910 PHARR MILL ROAD<br>HARRISBURG NC 28075 | 56 | $51,918.08 | (U) | $51,831.67 | (U) | ALLOWABLE DISCOUNT TAKEN ON INVOICE A70334 FOR $86.41 |
| 5 | CHEM-TAINER IND INC<br>361 NEPTUNE AVE<br>WEST BABYLON NY 11704 | 3086 | $64,018.62 | (U) | $62,670.83 | (U) | FOUR INVOICES TOTALING $1,347.79 WERE NOT IN BOOKS AND RECORDS. |
| 6 | CORPORATE EXPRESS<br>7150 EXCHEQUER DR<br>BATON ROUGE LA 70809 | 75 | $9,685.70 | (U) | $2,385.72 | (U) | REDUCED FOR AMOUNT OF THIS CLAIM THAT WAS TRANSFERRED TO SIERRA CAPITAL ON CLAIM 768. |
| 7 | ENSR CORPORATION<br>2 TECHNOLOGY DR<br>WESTFORD MA 01886 | 189 | $50,716.91 | (U) | $44,263.86 | (U) | REDUCED FOR THE TWO INVOICES DATED 5/1/01 (228573 FOR $4,789.15 AND 228574 FOR $1,663.90). VENDOR WAS CONTACTED BUT PROJECT NUMBER WAS NOT PROVIDED. |
| 8 | GREIF INC<br>ATTN: CREDIT DEPT<br>366 GREIF PKWY<br>DELAWARE OH 43015 | 682 | $336,481.88 | (U) | $328,461.19 | (U) | VENDOR UNABLE TO PROVIDE PROOF OF DELIVERY AND THREE ITEMS INCORRECTLY INVOICED. |
| 9 | MICHELIN NORTH AMERICA INC<br>ATTN: WANDA LINK / CREDIT<br>PO BOX 19001<br>GREENVILLE SC 29602-9001 | 1299 | $11,739.90 | (U) | $3,220.24 | (U) | VENDOR UNABLE TO PROVIDE PROOF OF DELIVERY FOR THREE INVOICES TOTALING $8,519.66. |
| 10 | MITCHELL DISTRIBUTING COMPANY<br>R D MAYHEW DIR OF CREDIT<br>PO BOX 32156<br>CHARLOTTE NC 28232 | 430 | $1,439.56 | (U) | $718.67 | (U) | REDUCED FOR SERVICE CHARGES AND ITEMS WHERE CREDITOR FAILED TO PROVIDE PROOF OF DELIVERY. |
| 11 | SEVERN TRENT LABORATORIES INC<br>ATTN: MARSHA HEMMERICH<br>4101 SHUFFEL DR NW<br>NORTH CANTON OH 44720 | 1145 | $9,945.00 | (U) | $7,210.00 | (U) | INVOICE #57040 WAS PAID 11/22/00, CHECK #2055 IN AMOUNT OF $3,605.00. |
| 12 | SUBURBAN PROPANE LP<br>240 ROUTE 10 WEST<br>WHIPPANY NJ 07981 | 1231 | $1,598.82 | (U) | $811.32 | (U) | INVOICE 210090 DATED 3/16/01 FOR $787.50 WAS DENIED AT TIME OF BILLING. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6: EXHIBIT D - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 13 | TEXAS NATURAL RESOURCE CONSERVATION COMMISSION<br>MC 132<br>C/O DENISE ESPINOSA<br>PO BOX 13087<br>AUSTIN TX 78711-3087 | 167 | $553.00 | (U) | $125.00 | (U) | VENDOR UNABLE TO PROVIDE PROOF OF DELIVERY ON 4 INVOICES DATED BETWEEN 1993 AND 1995. |
| 14 | TURNER COMPANY LLC<br>C/O KIRK A PATRICK III<br>PO BOX 3656<br>BATON ROUGE LA 70821 | 2850 | $9,511.06 | (U) | $8,988.16 | (U) | CASH DISCOUNT TAKEN ON INVOICE 6501-0136 ($488.18) AND ADJUSTMENT TO INVOICE ($34.72). |
| | | totals: | $647,619.78 | (U) | $590,672.29 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

# Exhibit E

All responses are to be served upon: Rachel R. Schulman, Kirkland & Ellis LLP 200 East Randolph Drive, Chicago, Illinois 60601 and David W. Carickhoff, Jr. Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C. 919 North Market Street 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) |
| | ) Case No. 01-01139 (JKF) |
| Debtors. | ) |
| | ) (Jointly Administered) |

Hearing Date: September 27, 2004 at 12:00 p.m.
Responses Due: August 25, 2004 at 4:00 p.m.

ACCOUNTEMPS
DIV OF ROBERT HALF INTERNATIONAL
ATTN: KAREN LIMA
5720 STONERIDGE DR SUITE 3
PLEASANTON CA 94588-2700

02108751510579

Basis For Objection:
NO LIABILITY

Reason for Proposed Disallowance:
GRACE HAS NEVER OPERATED ANY FRANCHISES IN THE STATE OF CALIFORNIA.

**Claim Data**

| Case | Claim Number | Claim Date | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| 01-01151 | 60 | 5/14/2001 | $2,823.91 | (U) |

# OMNIBUS 6: EXHIBIT E - SAMPLE NOTICE

**NOTICE OF FILING**
**DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)**

**PLEASE TAKE NOTICE** that on or about July 26, 2004, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Sixth Omnibus Objection to Claims (Substantive) (the "Sixth Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative    (S) - Secured
                                                                                                                   (P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**PLEASE TAKE FURTHER NOTICE** that the following parties will receive a copy of the Sixth Omnibus Objection (with all exhibits): (i) the U.S. Trustee and (ii) the Core Group as defined in the current Case Management Procedures and (iii) the 2002 List. In addition, the Debtors' claims consultant, Bankruptcy Management Corporation ("BMC"), will serve a copy of the Sixth Omnibus Objection and a customized Notice summarizing claim detail exactly as reflected in the Exhibit on which such creditor is listed upon those creditors that have filed claims that are affected by the Sixth Omnibus Objection in lieu of serving all Exhibits. Any party may obtain a copy of the Sixth Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in Support of the Objection by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1. A hearing on the Sixth Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on **September 27, 2004 at 12:00 p.m.** (the "Claims Hearing").

2. Any party wishing to oppose the relief requested in the Sixth Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Rachel R. Schulman, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: David W. Carickhoff, Jr., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), so as to be received on or before **August 25, 2004 at 4:00 p.m. (Eastern Time)**. Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3. If no response is filed, served and received by August 25, 2004, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order disallowing, expunging, and/or reclassifying the Claim(s) as requested in the Sixth Omnibus Objection.

4. Any response should contain the following:
   (i) a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;
   (ii) the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;
   (iii) the claim number(s) of the claim objection(s) to which the response is directed;
   (iv) the specific factual basis and supporting legal argument upon which the party will rely in opposing the Sixth Omnibus Objection; and
   (v) any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5. If you file a response to the Sixth Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6. You need not respond to the Sixth Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Sixth Omnibus Objection. If you do not timely file and serve a response to the Sixth Omnibus Objection, the relief requested in the Sixth Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Sixth Omnibus Objection shall be deemed (i) waiver of your right to respond to the Sixth Omnibus Objection and (ii) your consent to the relief requested in the Sixth Omnibus Objection respecting your Claim.

7. The Debtors reserve the right to file and serve a reply to a claimant's Response. **If you have any questions regarding your claim(s) you should contact Bankruptcy Management Corporation at (888) 909-0100. If you have any questions regarding the Sixth Omnibus Objection, please call Kirkland & Ellis LLP at (312) 861-2441.**

Wilmington, Delaware
Dated: July 26, 2004

Respectfully submitted,

| | | |
|---|---|---|
| KIRKLAND & ELLIS LLP<br>James H.M. Sprayregen, P.C.<br>James W. Kapp III<br>Janet S. Baer<br>200 East Randolph Drive<br>Chicago, IL 60601-6636<br>(312) 861-2000 (telephone)<br>(312) 861-2200 (facsimile) | and | PACHULSKI, STANG, ZIEHL, YOUNG,<br>JONES & WEINTRAUB P.C.<br>/s/<br>Laura Davis Jones (Bar No. 2436)<br>David W. Carickhoff, Jr. (Bar No. 3715)<br>919 N. Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>(302) 652-4100 (telephone)<br>(302) 652-4400 (facsimile) |

Co-Counsel for the Debtors and Debtors in Possession