IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. _____ and 9/27/04 Agenda Item No. __ |

### ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon the Sixth Omnibus Objection to Claims (the "Sixth Omnibus Objection")[1] filed by the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging and disallowing certain Claims; and no previous application having been made; and upon consideration of the Sixth Omnibus Objection and all responses thereto; and due and proper notice of the Sixth Omnibus Objection having been given, it is hereby

ORDERED that, except as hereinafter stated, the relief sought in the Sixth Omnibus Objection is granted to the extent not inconsistent with the language herein, with the Orders previously entered with respect to the Sixth Omnibus Objection, and with the Exhibits attached hereto;[2] and it is further

ORDERED that, to the extent that the relief granted in this Order differs from the relief granted with respect to the Sixth Omnibus Objection by the Orders previously entered with respect to Sixth Omnibus Objection, this Order shall control; and it is further

---

[1] Capitalized terms used but not defined herein are as defined in the Sixth Omnibus Objection.

[2] To the extent that any claim that is the subject of the Sixth Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

ORDERED that the Objection to each of the Claims listed on <u>Exhibit A</u> to this Order is sustained and each of the claims are expunged and disallowed for all purposes and it is further

ORDERED that the Objection to each of the Claims listed on <u>Exhibit B</u> to this Order is sustained and each of the claims is reclassified as indicated on <u>Exhibit B</u>; and it is further

ORDERED that the Objection to each Claim listed on <u>Exhibit C</u> to this Order is sustained, and each of the claims is reduced and/ or reclassified as indicated on Exhibit C; and it is further

ORDERED that the Objection to each Claim listed on <u>Exhibit D</u> to this Order is sustained, and each of the claims is reduced as indicated on <u>Exhibit D</u>; and it is further

ORDERED that the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved, except as provided for herein; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: September ___, 2004

                                                Honorable Judith K. Fitzgerald
                                                United States Bankruptcy Judge