To: United State District of Delaware

From: Dennis Nelson 94-B-0694
Attica Correctional Facility
PO Box 149
Attica, NY 14011-0149

RE

W.R. Grace Company
Chapter 11
Case No. 01-01139
(JCK)

Hearing Date
July 19th 2004.

I'm writing to responed. To let you know the facility refuse to let me use there phone. So is there away you can come up here & see me for your self. For we can talk about this here is another settlement of ($50 million dollar's) or ($10 million dollars) I'll take $60 million for my settlement.

PLEASE WRITE BACK. A.S.A.P.

From Dennis Nelson

2004 JUL 26 AM 10:31
CLERK U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
FILED