## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-01139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT Adelman Lavine Gold and Levin, A Professional Corporation ("ALGL") has relocated its Philadelphia office. ALGL requests that all parties change its address with regard to the above-referenced proceeding as follows:

>Barry D. Kleban, Esquire
>Adelman Lavine Gold and Levin,
>A Professional Corporation
>Suite 900
>Four Penn Center
>Philadelphia, PA  19103
>Telephone: (215) 568-7515
>Facsimile: (215) 557-7922

Dated: July 27, 2004

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

By: /s/ Bradford J. Sandler

Bradford J. Sandler, Esquire (No. 4142)
919 North Market Street, Suite 710
Wilmington, DE  19801
(302) 654-8200

- and -

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation
Barry D. Kleban, Esquire
Suite 900
Four Penn Center
Philadelphia, PA  19103
(215) 568-7515
Counsel to AON Consulting, Inc.

G:\392\50\PLEADING\ALGL no chg address.DOC