# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: August 17, 2004** |
|  | | **Hearing Date: September 27, 2004 @ 12:00 PM** |

## SUMMARY OF THE TWELFTH INTERIM QUARTERLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004[1]

Name of Applicant:                                    Richardson Patrick Westbrook
                                                            & Brickman, LLC

Authorized to Provide Professional Services to:      Zonolite Attic Insulation Claimants

Date of Appointment:                                  Appointment Order effective
                                                            As of July 22, 2002

Period for which compensation and
Reimbursement is sought:                              January 1, 2004 through
                                                            March 31, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 60,060.00

Amount of Expenses Reimbursement:                     $ 4,551.24

This is a: __ monthly    X quarterly application

Prior Application filed:  Yes

---

[1]  RPWB became counsel in this matter over a year after it was filed.  To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, RPWB is titling this the "Twelfth Interim Quarterly Application, (although it is actually RPWB's seventh such application).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 31, 2002 | 7/22/02 – 9/30/02 | $170,069.50 | $44,005.38 | $170,069.50 | $42,828.33 |
| December 2, 2002 | 10/01/02- 10/31/02 | $163,682.00 | $35,319.00 | $63,682.00 | $35,319.00 |
| January 8, 2003 | 11/01/02- 11/30/02 | $115,319.00 | $5,714.09 | $115,319.00 | $5,714.09 |
| February 17, 2003 | 12/01/02- 12/31/02 | $104,018.00 | $32,439.18 | $104,018.00 | $32,439.18 |
| March 12, 2003 | 01/01/03- 01/31/03 | $142,944.50 | $68,022.89 | $142,944.50 | $68,022.89 |
| April 8, 2003 | 02/01/03- 02/28/03 | $217,149.00 | $31,928.29 | $217,149.00 | $31,928.29 |
| May 16,2003 | 03/01/03- 03/31/03 | $248,048.00 | $66,978.32 | $248,048.00 | $66,978.32 |
| July 1, 2003 | 04/01/03- 04/30/03 | $102,950.00 | $149,727.83 | $102,950.00 | $149,727.83 |
| July 21, 2003 | 05/01/03- 05/31/03 | $174,462.25 | $48,658.57 | $174,462.25 | $48,658.57 |
| August 15, 2003 | 06/01/03- 06/30/03 | $202,080.25 | $71,550.40 | $202,080.25 | $71,550.40 |
| September 15, 2003 | 07/01/03- 07/31/03 | $126,035.00 | $25,802.60 | $126,035.00 | $25,802.60 |
| October 23, 2003 | 08/01/03- 08/30/03 | $121,733.75 | $26,563.23 | $121,733.75 | $26,563.23 |
| November 12, 2003 | 09/01/03- 09/30/03 | $69,708.00 | $19,989.71 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| December 8, 2003 | 10/01/03- 10/30/03 | $24,786.50 | $5,853.38 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| February 8, 2004 | 11/01/03- 11/30/03 | $13,566.00 | $106.03 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| February 8. 2004 | 12/01/03- 12/31/03 | $12,107.50 | $11,256.59 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| April 21, 2004 | 01/01/04- 01/31/04 | $17,311.00 | $1,427.54 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| April 21, 2004 | 02/01/04- 02/29/04 | $36,536.50 | $3,023.68 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| July 23, 2004 | 03/01/04- 03/31/04 | $6,212.50 | $100.02 | Pending | Pending |

With the exception of the Applications for March 2004, RPWB has filed certificates of no objection with the Court with respect to the above Applications because no objections were filed with the Court within the objection period. The objection deadlines for the RPWB Monthly Application for fees and expenses incurred from March 1, 2004 through March 31, 2004 has not yet passed.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 10.9 | $7,085.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | .4 | $160.00 |
| James L. Ward | Associate | 6 | Litigation | $265 | 1.0 | $265.00 |
| TOTALS | | | | | 12.3 | $7,510.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 18 | Litigation | $125 | 417.4 | $52,175.00 |
| Kim Garcia | Lit. Support | 10 | Litigation | $75 | 5.0 | $375.00 |
| TOTALS | | | | | 422.4 | $52,550.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 5.0 | $375.00 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 429.7 | $59,685.00 |
| TOTALS | 343.3 | $60,060.00 |

## ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---|
| Conference Room Rental | $260.00 |
| Parking | $12.00 |
| Air Travel | $1,429.27 |
| Mileage | $15.41 |
| Travel Meals | $89.72 |
| Internal Duplicating | $129.40 |
| Outside Duplicating | $222.80 |
| Lodging | $211.25 |
| Expert Fees | $2,038.11 |
| Car Rental | $105.86 |
| Federal Express Overnight Delivery | $37.42 |
| Total | $4,551.24 |

Dated:  July 28, 2004                    ELZUFON AUSTIN REARDON
                                         TARLOV & MONDELL

                                         */s/ William D. Sullivan*
                                         William D. Sullivan (No. 2820)
                                         Charles J. Brown, III (No. 3368)
                                         300 Delaware Avenue, Suite 1700
                                         P.O. Box 1630
                                         Wilmington, DE  19899
                                         Phone: (302) 428-3181
                                         FAX: (302) 777-7244

                                         -and-

                                         Edward J. Westbrook, Esq.
                                         Richardson Patrick Westbrook
                                         & Brickman
                                         1037 Chuck Dawley Blvd., Building A
                                         Mount Pleasant, SC  29464
                                         Phone: (843) 727-6513
                                         FAX: (843) 727-6688

                                         Lead Counsel for ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 17, 2004** |
| | | **Hearing Date: September 27, 2004 @ 12:00 PM** |

## TWELFTH INTERIM QUARTERLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004[1]

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Appointment Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Amended Interim Compensation Order" and collectively with the Interim Compensation Order, the "Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Richardson Patrick Westbrook & Brickman ("Applicant" or "RPWB"), ZAI Lead Special Counsel, hereby applies for an order allowing it: (i) compensation in the amount of $60,060.00 for the reasonable and necessary legal services RPWB has rendered; and (ii) reimbursement for the actual and necessary expenses RPWB has incurred in the amount of $4,551.24 (the "Twelfth Interim Quarterly Fee Application"), for the interim quarterly period

---

[1] RPWB became counsel in this matter over a year after it was filed. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, RPWB is titling this the "Twelfth" Interim Quarterly Application, (although it is actually RPWB's seventh such application).

from January 1, 2004 through March 31, 2004 (the "Fee Period"). In support of this Application,

RPWB respectfully states as follows:

## Background

### Retention of RPWB

1.  On April 2, 2001 (The "Petition Date"), the Debtors each filed voluntary petitions for
    relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").
    On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11
    Cases for administrative purposes only. Since the Petition Date, the Debtors have
    continued to operate their businesses and manage their properties as debtors in possession
    pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.  By this Court's order effective as of July 22, 2002, RPWB was appointed as ZAI Lead
    Special Counsel to prosecute the ZAI "Science Trial" issues on behalf of the ZAI
    Claimants' position against Debtors' position (the "Appointment Order"). The
    Appointment Order authorizes a total budget for ZAI Counsel of $1.5 million in fees and
    $500,000 in expenses for prosecuting the Science Trial, against which RPWB may be
    compensated for legal services at its hourly rates as specified to the Court, and for actual
    and necessary out-of-pocket expenses incurred, subject to application to this Court in
    accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and
    all applicable local rules and orders of this Court[2]. On May 3, 2001, this Court entered
    the Interim Compensation Order and entered the Amended Interim Compensation Order

---

[2] The rates billed by RPWB are within the range of rates previously identified to the Court. The rates of the two principal RPWB partners involved here, Edward J. Westbrook ($650) and Robert M. Turkewitz ($400) were provided in the June 7, 2002 filing, "The Official Committee of Asbestos Property Damage Claimants' Response and Motion Pursuant to Section 503 of the Bankruptcy Code to Retain Special Counsel For the Purpose of Defending Objections to Zonolite Attic Insulation Proofs of Claim" (at 6-7). Other RPWB lawyers and

on April 17, 2002. On July 28, 2003, the Court entered an Order increasing the budget by $950,000 per side for additional attorney fees and expenses.

## Monthly Interim Fee Applications Covered Herein

3.      Pursuant to the procedures set forth in the Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application") subject to any objections lodged by the Notice Parties, as defined in the Compensation Order. If no objection is filed to a Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4.      Furthermore, and also pursuant to the Compensation Order, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

professionals are being billed at rates commensurate with their experience and in the same range as other firms are billing in this bankruptcy (i.e. $150-$340 for associates and $75 to $125 for paralegals).

5. This is the sixth Interim Quarterly Fee Application that RPWB has filed with the Bankruptcy Court in connection with these Chapter 11 Cases. (See Footnote 1)

6. RPWB has filed the following Monthly Fee Applications for interim compensation during this Fee Period:

 1. Application of Richardson, Patrick, Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Special Lead Counsel for the Interim Period from January 1, 2004 through January 31, 2004 filed April 21, 2004 (the "January Application") attached hereto as Exhibit A.

 2. Application of Richardson, Patrick, Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Special Lead Counsel for the Interim Period of February 1, 2004 through February 29, 2004 filed April 21, 2004 (the "February Application") attached hereto as Exhibit B.

 3. Application of Richardson, Patrick, Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Special Lead Counsel for the Interim Period of March 1, 2004 through March 31, 2004 filed July 23, 2004 (the "March Application") attached hereto as Exhibit C.

7. The period for objecting to the fees and expense reimbursement requested in the March 2004 Fee Application has not yet expired. Certificates of No Objection have been filed with regards to the January and February Applications.

8. During the Fee Period, RPWB has prepared for the ZAI Science Trial as detailed in the Application.

**Requested Relief**

9.    By this Twelfth Interim Quarterly Fee Application, RPWB requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by RPWB for the Fee Period as detailed in the Application, less any amounts previously paid to RPWB pursuant to the Application and the procedures set forth in the Compensation Order. The full scope of services provided and the related expenses incurred are fully described in Exhibits A through C.

**Disinterestedness**

10.    With the exception of its representation of asbestos claimants, RPWB does not hold or represent any interest adverse to the estates as stated in the Affidavit of Edward J. Westbrook in Support of the Application of the Asbestos Property Damage Committee to Retain Special Counsel, filed June 7, 2002.

11.    In addition, RPWB may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.

**Representations**

12.    RPWB believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

13.    RPWB performed the services for which it is seeking compensation under its Court Appointment effective as of July 22, 2002.

14. During the Fee Period, RPWB has received no payment, nor has it received any promises for payment, from any other source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

15. Pursuant to Fed. R. Bank. P. 2016(b), RPWB has not shared, nor has it agreed to share: (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of RPWB; or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

16. Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. RPWB reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

WHEREFORE, RPWB respectfully requests that the Court enter an order providing: (a) that for the Fee Period an administrative allowance be made to RPWB in the sum of (i) $60,060.00 as compensation for reasonable and necessary professional services, and (ii) $4,551.24 for reimbursement of actual and necessary costs and expenses incurred (for a total of $64,611.24); (b) that the Debtors be authorized and directed to pay to RPWB the outstanding amount of such sums less any sums previously paid to RPWB pursuant to the Application and the procedures set forth in the Compensation Order; and (c) that this Court grant such further relief as is equitable and just.[3]

---

[3] RPWB recognizes that payment of some of the amount requested herein is contingent on the Court increasing the current ZAI Science Trial budget.

Dated:  July 27, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook & Brickman
174 East Bay Street
Charleston, SC 29401
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR ZAI CLAIMANTS

# EXHIBIT A

.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 11, 2004** |
| | | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

Name of Applicant:                                      Richardson Patrick Westbrook
                                                        & Brickman, LLC

Authorized to Provide Professional Services to:         Zonolite Attic Insulation Claimants

Date of Appointment:                                    July 22, 2002

Period for which compensation and
Reimbursement is sought:                                January 1, 2004 through
                                                        January 31, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                              $ 17,311.00

Amount of Expenses Reimbursement:                       $ 1,427.54

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31/2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5/31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |

This is the seventeenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 9.7 | $6,305.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | .4 | $160.00 |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | .4 | $106.00 |
| TOTALS | | | | | 10.5 | $6,571.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 84.0 | $10,500.00 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | 3.2 | $240.00 |
| TOTALS | | | | | 87.2 | $10,740.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 3.2 | $240.00 |
| 20-Travel-Non-working 22-ZAI Science Trial | 94.5 | $17,071.00 |
| TOTALS | 97.7 | $17,311.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Conference Room Rental | $260.00 |
| Parking | $12.00 |
| Air Travel Expense | $1,083.70 |
| Mileage | $11.25 |
| Travel Meals | $60.59 |
| Total | $1,427.54 |

Dated: April 21, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
Charlie Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
Wilmington, DE 19899
Phone: (302) 428-3181

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513

LEAD COUNSEL FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                                                    )
COUNTY OF CHARLESTON    )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 14th day of April , 2004.

Kimberly Anderson-Loarris

Notary Public for South Carolina

My Commission Expires
February 4, 2014

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 11, 2004** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE <u>INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004</u>

04/05/2004

# Time report

### 01/01/2004 - 01/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY |
|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | |

## Transaction:    L106

### Day:    01/05/2004

| 01/05/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.70 |
|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | |

### Day:    01/06/2004

| 01/06/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 |
|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | |

### Day:    01/07/2004

| 01/07/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 |
|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | |
| 01/07/2004 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.10 |
| jward | 0000 | | Review article regarding tremolite biopersistence | | |
| 01/07/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.50 |
| ewestbrook | 0000 | | Discussion with Rob Turkewitz regarding recent chrysotile article implicating tremolite and about status of ZAI hearing (.4); review article (.1) | | |
| 01/07/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.40 |
| rturkewitz | 0000 | | Conversation with Ed Westbrook regarding recent chrysotile article implicating tremolite and the status of the hearing. | | |

### Day:    01/08/2004

| 01/08/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 |
|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | |

### Day:    01/12/2004

| 01/12/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 |
|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | |

### Day:    01/13/2004

| 01/13/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 |
|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | |

### Day:    01/14/2004

| 01/14/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 |
|---|---|---|---|---|---|

04/05/2004

# Time report

## 01/01/2004 - 01/31/2004

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| **Day:** | | **01/15/2004** | | | |
| 01/15/2004 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 5.20 |
| **Day:** | | **01/20/2004** | | | |
| 01/20/2004 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 4.60 |
| **Day:** | | **01/21/2004** | | | |
| 01/21/2004 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 4.00 |
| 01/21/2004 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Prepare for a strategic meeting, attend strategic meeting in Atlanta and return to Charleston, working during the whole trip preparing for meeting and then making notes after meeting (9.2) | $650.00 | 9.20 |
| **Day:** | | **01/22/2004** | | | |
| 01/22/2004 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 6.70 |
| **Day:** | | **01/23/2004** | | | |
| 01/23/2004 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 3.50 |
| **Day:** | | **01/26/2004** | | | |
| 01/26/2004 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 4.00 |
| **Day:** | | **01/27/2004** | | | |
| 01/27/2004 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 4.70 |
| 01/27/2004 jward | 200106 0000 | Zonolite Science Trial | L106 Review recent news articles regarding investigations of asbestos contamination in and around former vermiculite processing plants | $265.00 | 0.20 |
| **Day:** | | **01/28/2004** | | | |
| 01/28/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 |

04/05/2004

# Time report

## 01/01/2004 – 01/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY |
|------|-----------|-------------|------------------|------|---------|
| Timekeeper | Matter No. | | Description | | |

| | | | | | |
|------|-----------|-------------|------------------|------|---------|
| **Day:** | | **01/29/2004** | | | |
| 01/29/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.20 |
| lkerrison | 0000 | | Review ZAI database for sales documents | | |
| **Day:** | | **01/31/2004** | | | |
| 01/31/2004 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.10 |
| jward | 0000 | | Review recent ZAI article from Building magazine | | |
| **Transaction:** | | **L150** | | | |
| **Day:** | | **01/29/2004** | | | |
| 01/29/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 3.20 |
| kgarcia | 0000 | | Prepare November and December 2003 monthly applications | | |

| | |
|---|---|
| **Grand Total:** | **$17,** |
| **Expense Grand Total:** | |
| **Time Grand Total:** | **$17,** |
| **Total Hours/Report:** | |
| **Count:** | |

# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 11, 2004** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE <u>INTERIM PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004</u>

Name of Applicant:                                         Richardson Patrick Westbrook
                                                          & Brickman, LLC

Authorized to Provide Professional Services to:            Zonolite Attic Insulation Claimants

Date of Appointment:                                       July 22, 2002

Period for which compensation and                          February 1, 2004 through
Reimbursement is sought:                                   February 29, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                                 $ 36,536.50

Amount of Expenses Reimbursement:                          $ 3,023.68

This is a: X monthly _ interim _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 – 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 – 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 – 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 – 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 – 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 – 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003– 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003– 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003– 5/31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003– 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003– 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003– 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003– 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003– 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003– 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003– 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004– 1/31/2004 | $17,311.00 | $1,427.54 | Pending | Pending |

This is the eighteenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 1.2 | $780.00 |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | .6 | $159.00 |
| TOTALS | | | | | 1.8 | $939.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 283.7 | $35,462.50 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | 1.8 | $135.00 |
| TOTALS | | | | | 285.5 | $25,597.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 1.8 | $135.00 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 285.5 | $36,401.50 |
| TOTALS | 287.3 | $36,536.50 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Duplicating / Printing | $120.00 |
| Outside Duplicating | $169.60 |
| Lodging | $211.25 |
| Air Travel Expense | $345.57 |
| Mileage Expense | $4.16 |
| Travel Meals | $29.13 |
| Expert Fees | $2,038.11 |
| Car Rental | $105.86 |
| Total | $3,023.68 |

Dated: April 21, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

Lead Counsel for ZAI Claimants

## VERIFICATION

STATE OF SOUTH CAROLINA   )
                          )
COUNTY OF CHARLESTON      )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED .
Before me this 14ᵗʰ day of April , 2004.

Kimberly Anderson-Cearius
Notary Public for South Carolina

**My Commission Expires
February 4, 2014**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 11, 2004 |
| | ) | Hearing Date: TBD only if necessary |

## FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

04/07/2004

# Time report

## 02/01/2004 - 02/29/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| **Transaction:** | | **L106** | | | |
| **Day:** | | **02/02/2004** | | | |
| 02/02/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 205.00 9 |
| **Day:** | | **02/03/2004** | | | |
| 02/03/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 6.70 |
| 02/03/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review memo regarding spreading of problem from Libby to neighboring town, review information regarding Chatfield and Iigren | $650.00 | 0.80 |
| **Day:** | | **02/04/2004** | | | |
| 02/04/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarize Iigren deposition | $125.00 | 5.00 |
| **Day:** | | **02/05/2004** | | | |
| 02/05/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents (1.5); organize ZAI expert files on public database (5.2) | $125.00 | 6.70 |
| 02/05/2004<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review prior Iigren trial and deposition transcripts | $265.00 | 0.40 |
| **Day:** | | **02/09/2004** | | | |
| 02/09/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Discussions regarding McArthur vermiculite situation; emails and correspondence regarding same and discussions with Minnesota counsel handling matter | $650.00 | 0.40 |
| **Day:** | | **02/10/2004** | | | |
| 02/10/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 6.70 |
| **Day:** | | **02/11/2004** | | | |
| 02/11/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 6.00 |

04/07/2004

# Time report

## 02/01/2004 - 02/29/2004

| Date Timekeeper | Client No. Matter No. | Client Name Description | Transaction Code | Rate | HRS/QTY |
|---|---|---|---|---|---|
| 02/12/2004 jward | 200106 0000 | Zonolite Science Trial | L106<br>Review summary of CDC seminar on Libby mortality and e-mail messages regarding same | $265.00 | 0.20 |

| **Day:** | | **02/13/2004** | | | |
|---|---|---|---|---|---|
| 02/13/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 6.50 |

| **Day:** | | **02/16/2004** | | | |
|---|---|---|---|---|---|
| 02/16/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 4.00 |

| **Day:** | | **02/17/2004** | | | |
|---|---|---|---|---|---|
| 02/17/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents (4.5); Organize prior Lee deposition transcripts (2.) | $125.00 | 6.50 |

| **Day:** | | **02/18/2004** | | | |
|---|---|---|---|---|---|
| 02/18/2004 lkerrison | 200106 0000 | Zonolite Science Trial | · L106<br>Review ZAI database for sales documents | $125.00 | 2.00 |

| **Day:** | | **02/19/2004** | | | |
|---|---|---|---|---|---|
| 02/19/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 6.70 |

| **Day:** | | **02/23/2004** | | | |
|---|---|---|---|---|---|
| 02/23/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 4.00 |

| **Day:** | | **02/24/2004** | | | |
|---|---|---|---|---|---|
| 02/24/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents; compile and organize documents printed | $125.00 | 6.70 |

| **Day:** | | **02/25/2004** | | | |
|---|---|---|---|---|---|
| 02/25/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 4.50 |

| **Day:** | | **02/26/2004** | | | |

04/07/2004

# Time report

### 02/01/2004 - 02/29/2004

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| 02/26/2004 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 6.70 |

**Transaction:**  **L150**

| Day: | | 02/12/2004 | | | |
|---|---|---|---|---|---|
| 02/12/2004 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Finalize November and December 2003 monthly applications; prepare 11th Quarterly application | $75.00 | 1.80 |

| | | |
|---|---|---|
| **Grand Total:** | | **$36,** |
| **Expense Grand Total:** | | |
| **Time Grand Total:** | | **$36,** |
| **Total Hours/Report:** | | |
| **Count:** | | |

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 12, 2004** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004

Name of Applicant:                     Richardson Patrick Westbrook
                                                    & Brickman, LLC

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                  July 22, 2002

Period for which compensation and
Reimbursement is sought:            March 1, 2004 through
                                                    March 31, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:          $ 6,212.50

Amount of Expenses Reimbursement:     $ 100.02

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/04 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | Pending | Pending |
| 4/21/04 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | Pending | Pending |

This is the eighteenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 49.7 | $6,212.50 |
| TOTALS | | | | | 49.7 | $6,212.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 49.7 | $6,212.50 |
| TOTALS | 49.7 | $6,212.50 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Duplicating / Printing | $9.40 |
| Federal Express Charges | $37.42 |
| Outside Duplicating | $53.20 |
| Total | $100.02 |

Dated:   July 22, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

Lead Counsel for ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 12, 2004** |
| | | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE <u>INTERIM PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004</u>

04/08/2004

# Time report

### 03/01/2004 - 03/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY |
|------|-----------|-------------|------------------|------|---------|
| Timekeeper | Matter No. | | Description | | |

**Transaction:**  L106

| **Day:** | | **03/01/2004** | | | |
|------|-----------|-------------|------------------|------|---------|
| 03/01/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.50 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

| **Day:** | | **03/02/2004** | | | |
|------|-----------|-------------|------------------|------|---------|
| 03/02/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

| **Day:** | | **03/03/2004** | | | |
|------|-----------|-------------|------------------|------|---------|
| 03/03/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

| **Day:** | | **03/04/2004** | | | |
|------|-----------|-------------|------------------|------|---------|
| 03/04/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |
| 03/04/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

| **Day:** | | **03/08/2004** | | | |
|------|-----------|-------------|------------------|------|---------|
| 03/08/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

| **Day:** | | **03/09/2004** | | | |
|------|-----------|-------------|------------------|------|---------|
| 03/09/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.70 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

| **Day:** | | **03/11/2004** | | | |
|------|-----------|-------------|------------------|------|---------|
| 03/11/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.70 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

| **Day:** | | **03/15/2004** | | | |
|------|-----------|-------------|------------------|------|---------|
| 03/15/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.70 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

| **Day:** | | **03/16/2004** | | | |
|------|-----------|-------------|------------------|------|---------|
| 03/16/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 |

04/08/2004

# Time report

### 03/01/2004 - 03/31/2004

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| **Day:** | | **03/17/2004** | | | |
| 03/17/2004 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Review Mort Corn CVs for listing of published articles for Rob Turkewitz | $125.00 | 2.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | **Grand Total:** |  | **$6** |
|  |  | **Expense Grand Total:** |  |  |
|  |  | **Time Grand Total:** |  | **$6** |
|  |  | **Total Hours/Report:** |  |  |
|  |  | **Count:** |  |  |

## <u>CERTIFICATE OF SERVICE</u>

I, William D. Sullivan, Esquire, hereby certify that on July 28, 2004, service of the

foregoing

- **Twelfth Interim Quarterly Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from January 1, 2004 through March 31, 2004**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
      July 28, 2004
                                         */s/ William D. Sullivan*
                                         William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202