## EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD JANUARY 1, 2004 THORUGH MARCH 31, 2004

1. Case Administration – 22.6 hours ($8,090.00)

During the Application Period, the Applicant expended time participating in weekly conference calls with the Property Damage Committee to address issues within the Applicant's areas of expertise.

2. Asbestos: Claims Analysis & Evaluation – 2.3 hours ($787.50.)

During the Application Period, the Applicant reviewed the Celotex claims facility property damage claim valuation model and participated in telephone conference regarding property damage claims estimation process and schedule.

681880