# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

INVOICE
#HRA20020313
March 13, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of February, 2002.

### CURRENT FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>7.20 hours @ $ 375 per hour | $ 2,700.00 |
| Paul Silvern<br>11.50 hours @ $ 325 per hour | 3,737.50 |
| Robert H. Sims<br>.50 hours @ $ 275 per hour | 137.50 |
| Total Current Fees: | $ 6,575.00 |

### CURRENT EXPENSES

| | |
|---|---:|
| Reproduction Expenses | $ 397.25 |
| Courier Expenses | 82.61 |
| Total Current Expense: | $ 479.86 |
| **TOTAL CURRENT FEES & EXPENSES:** | **$ 7,054.86** |

*Please remit to corporate address below:*

MONTH, 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 02/07/02 | 0.3 | Cat. 12. Case Administration and Consulting. Participate in PD Committee call re status of case. |
|  | 0.6 | Cat. 12. Case Administration and Consulting. Followup conversation with Paul Silvern (PS) re: PD Committee call. |
| 02/14/02 | 0.3 | Cat. 12. Case Administration and Consulting. Participate in PD Committee call re status of case. |
|  | 0.7 | Cat. 12. Case Administration and Consulting. Read transcript of 1/29/02 Omnibus hearing. |
| 02/15/02 | 0.5 | Cat. 12. Case Administration and Consulting. Phone call with PS re: proposed revised Case Management Order |
| 02/25/02 | 2.1 | Cat. 12. Case Administration and Consulting. Read testimony on estimation re fraudulent transfer/solvency from other cases. |
|  | 0.4 | Cat. 12. Case Administration and Consulting. Provide answers to committee questions re estimation methodology used in other cases. |
| 02/28/02 | 1.0 | Cat. 12. Case Administration and Consulting. Participate in PD Committee call re status of case. |
|  | 0.3 | Cat. 2. Asbestos: Claims Analysis & Valuation. Talk with Committee Counsel (SB) about PD estimation for solvency hearing. |
|  | 0.5 | Cat. 2. Asbestos: Claims Analysis & Valuation. Talk with PS about receipt of PD data from debtor and process of assessing data. |
|  | 0.5 | Cat. 12. Case Administration and Consulting. Phone call with PS re: Debtor's revised proposed Proof of Claim form. |
| TOTAL | 7.2 | |

FEBRUARY, 2002, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| 02/04/02 | 2.0 | Cat. 12. Case Administration and Consulting. Review E. Hamilton declarations re: evolution of property damage insurable risk understanding in re: Celotex. |
| 02/06/02 | 1.0 | Cat. 12. Case Administration and Consulting. Develop Property Damage (PD) Committee and other proceeding participants reference list. |
| 02/07/02 | 0.3 | Cat. 12. Case Administration and Consulting. Participate in PD Committee call re: case status. |
| | 0.6 | Cat. 12. Case Administration and Consulting. Followup conversation with Francine F. Rabinovitz (FR) re: PD Committee call. |
| 02/13/02 | 1.0 | Cat. 2. Asbestos: Claims Analysis & Valuation. Review Celotex Claims Facility property damage claim valuation model. |
| 02/14/02 | 1.0 | Cat. 12. Case Administration and Consulting. Review Debtor's proposed revised Case Management Order |
| 02/15/02 | 0.5 | Cat. 12. Case Administration and Consulting. Phone call with FR re: proposed revised Case Management Order. |
| 02/20/02 | 1.5 | Cat. 12. Case Administration and Consulting. Review Opinion regarding insolvency determination for fraudulent transfer proceedings in re: Babcock & Wilcox. |
| 02/21/02 | 0.6 | Cat. 12. Case Administration and Consulting. Participate in PD Committee call re: case status. |
| | 1.0 | Cat. 12. Case Administration and Consulting. Update FR re: PD Committee call. |

FEBRUARY, 2002, TIME LOG OF PAUL J. SILVERN (PJS) (continued)

| DATE | TIME | TASK |
|---|---|---|
| 02/28/02 | 1.0 | Cat. 12. Case Administration and Consulting. Participate in PD Committee call re: case status. |
| | 0.5 | Cat. 2. Asbestos: Claims Analysis & Valuation. Phone call with FR re: PD claims estimation process and schedule. |
| | 0.5 | Cat. 12. Case Administration and Consulting. Phone call with FR re: Debtor's revised proposed Proof of Claim form. |
| TOTAL | 11.5 | |

FEBRUARY, 2002, TIME LOG OF Robert H. Sims (RHS)

| DATE | TIME | TASK |
|---|---|---|
| 02/02/02 | 0.5 | Cat. 12. Case Administration and Consulting. Copy and FedEx estimation materials to Paul Silvern. |
| TOTAL | 0.5 | |

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace). For the month of February, 2002.

| | Francine F. Rabinovitz | Paul J. Silvern | Robert H. Sims | | |
|---|---|---|---|---|---|
| 02/01/2002 | | | | | |
| 02/02/2002 | | | 0.50 | | |
| 02/03/2002 | | | | | |
| 02/04/2002 | | 2.00 | | | |
| 02/05/2002 | | | | | |
| 02/06/2002 | | 1.00 | | | |
| 02/07/2002 | 0.90 | 0.90 | | | |
| 02/08/2002 | | | | | |
| 02/09/2002 | | | | | |
| 02/10/2002 | | | | | |
| 02/11/2002 | | | | | |
| 02/12/2002 | | | | | |
| 02/13/2002 | | 1.00 | | | |
| 02/14/2002 | 1.00 | 1.00 | | | |
| 02/15/2002 | 0.50 | 0.50 | | | |
| 02/16/2002 | | | | | |
| 02/17/2002 | | | | | |
| 02/18/2002 | | | | | |
| 02/19/2002 | | | | | |
| 02/20/2002 | | | | | |
| 02/21/2002 | | 1.50 | | | |
| 02/22/2002 | | 1.60 | | | |
| 02/23/2002 | | | | | |
| 02/24/2002 | | | | | |
| 02/25/2002 | 2.50 | | | | |
| 02/26/2002 | | | | | |
| 02/27/2002 | | | | | |
| 02/28/2002 | 2.30 | 2.00 | | | Total Hours |
| Hours | 7.20 | 11.50 | 0.50 | | 19.20 |
| Rate | $375 | $325 | $275 | | Total Fees |
| | $2,700.00 | $3,737.50 | $137.50 | | $6,575.00 |