EXHIBIT "C-3"

# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20040310

March 10, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of February 2004.

**FEES**

| | |
|---|---:|
| James E. Hass | |
| 1.70 hours @ $ 450 per hour | $    765.00 |
| Paul J. Silvern | |
| 2.60 hours @ $ 375 per hour | 975.00 |
| TOTAL FEES: | $ 1,740.00 |

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                                                        NEW YORK

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace).
For the month of February 2004 .

|  | James E. Hass | Paul J. Silvern |  |
|---|---|---|---|
| 02/01/2004 |  |  |  |
| 02/02/2004 |  |  |  |
| 02/03/2004 |  |  |  |
| 02/04/2004 |  |  |  |
| 02/05/2004 | 0.70 | 2.60 |  |
| 02/06/2004 | 0.50 |  |  |
| 02/07/2004 |  |  |  |
| 02/08/2004 |  |  |  |
| 02/09/2004 |  |  |  |
| 02/10/2004 |  |  |  |
| 02/11/2004 |  |  |  |
| 02/12/2004 |  |  |  |
| 02/13/2004 |  |  |  |
| 02/14/2004 |  |  |  |
| 02/15/2004 |  |  |  |
| 02/16/2004 |  |  |  |
| 02/17/2004 |  |  |  |
| 02/18/2004 |  |  |  |
| 02/19/2004 |  |  |  |
| 02/20/2004 |  |  |  |
| 02/21/2004 |  |  |  |
| 02/22/2004 |  |  |  |
| 02/23/2004 |  |  |  |
| 02/24/2004 |  |  |  |
| 02/25/2004 |  |  |  |
| 02/26/2004 | 0.50 |  |  |
| 02/27/2004 |  |  | Total Hours |
| Hours | 1.70 | 2.60 | 4.30 |
| Rate | $450 | $375 | Total Fees |
|  | $765.00 | $975.00 | $1,740.00 |

FEBRUARY, 2004 TIME LOG OF JAMES E. HASS (JEH);

| DATE | TIME | TASK |
|---|---|---|
| | | Case Administration |
| 02/05/04 | 0.5 | Participate in Property Damage (PD) Committee call. |
| | 0.2 | Send Wolin opinion to Paul J. Silvern with e-mail outlining key issues. |
| 02/06/04 | 0.5 | Review discovery sent by Allyn Danziesen. |
| 02/26/04 | 0.5 | Participate in Property Damage Committee conference call re: case status. |
| TOTAL: | 1.7 | Case Administration |

FEBRUARY 2004, TIME LOG OF PAUL J. SILVERN (PJS)

<u>DATE</u>         <u>TIME</u>   <u>TASK</u>

<u>Case Administration</u>

02/05/04      0.5    Participate in Property Damage (PD) Committee call re: case status.

              0.1    Voice mail message for Francine F. Rabinovitz re: Property Damage Committee call

              <u>2.0</u>    Review Wolin opinion re: motion to recuse Judge Wolin.

TOTAL         2.6    Case Administration