## EXHIBIT A

### W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139

#### Report on Settlements of Certain Claims and Causes of Action April 1, 2004 through June 30, 2004

| W. R. Grace & Co.-Conn. | William F. Foley | On March 18, 2004, the matter was settled for no damages. Defendant Foley agreed to a nonsolicitation agreement. |

4

91100-001\DOCS_DE:97603.1