## EXHIBIT A

## W. R. Grace & Co., et al.

## District of Delaware, Bankruptcy Case No. 01-1139

## Report on *De Minimis* Asset Sales April 1, 2004 through June 30, 2004

**Part I – Sales in excess of $25,000, but less than $250,000.**

| Seller | Purchaser | Description |
|---|---|---|
| W. R. Grace & Co.-Conn., Seller | The Furman University Foundation, Inc., Purchaser | W. R. Grace & Co.-Conn. sold 9,112 acres on Roe Ford Road in Greenville County, SC, referred to as the Travelers Rest property, and a portion of the former Zonolite property to The Furman University Foundation, Inc. Purchase Price: $134,857.60. Net to Grace after closing costs and unpaid real estate taxes: $127,055.05 |
| W. R. Grace & Co.-Conn., Seller | Stang Enterprises, LLC, Purchaser | W. R. Grace & Co.-Conn. sold a +/- 53.4-acre parcel on Highway 414 in Greenville County, SC, referred to as the Tigerville site, being a former vermiculite mining site, to Stang Enterprises, LLC. Purchase Price: $220,000.00. Net to Grace after closing costs and 1999-2003 unpaid real estate taxes: $182,027.72 |

**Part II – Sales equal to or less than $25,000.**

NONE

91100-001\DOCS_DE:97600.1