## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:   August 18, 2004 at 4:00 p.m.** |

## THIRTY-SECOND MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD JUNE 1, 2004 THROUGH JUNE 30, 2004

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | June 1, 2004 through June 30, 2004[1] |
| Amount of fees to be approved as actual, reasonable and necessary: | $30,666.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $1,008.14 |

This is a(n): ___ interim        ___ final application.        _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

---

[1] Due to an inadvertent accounting error, some fees and expenses incurred prior to this Application were excluded from prior fee applications.  Accordingly, these fees are included for payment in this Application.
KRLSWLM:  55624v1

## Prior Monthly Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04<br>5187 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |
| 4/6/04<br>5403 | 2/1/04 through<br>2/29/04 | $11,591.50/<br>$673.24 | $9,273.20/<br>$673.24 | 5501<br>4/28/04 |
| 4/25/04<br>5502 | 3/1/04 through<br>3/31/04 | $12,715.00/<br>$1,402.19 | $10,172.00/<br>$1,402.19 | 5616<br>5/19/04 |
| 5/28/04<br>5656 | 4/1/04 through<br>4/30/04 | $8,492.50/<br>$782.53 | $6,794.00/<br>$782.53 | 5844<br>6/21/04 |
| 6/28/04<br>5883 | 5/1/04 though<br>5/31/04 | $16,891.00/<br>$180.37 | $13,512.80/<br>$180.37 | 5996<br>7/20/04 |

## SUMMARY OF TIME FOR BILLING PERIOD
### JUNE 1, 2004 THROUGH JUNE 30, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Teresa K.D. Currier | $465 | 41.5 | $19,297.50 |
| Rhonda L. Thomas | $220 | 39.8 | $8,756.00 |
| Raelena Y. Taylor | $130 | 16.8 | $2,184.00 |
| Melissa N. Flores | $130 | 3.3 | $429.00 |
| **TOTAL** | | **101.4** | **$30,666.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
### JUNE 1, 2004 THROUGH JUNE 30, 2004

| Project category | Total Hours | Total Fees |
|------------------|-------------|------------|
| Asset Disposition | 4.0 | $1247.50 |
| Business Operations | 1.3 | $604.50 |
| Case Administration | 31.0 | $9,823.00 |
| Claims Analysis Obj. & Resolution (Asbestos) | .8 | $176.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 15.9 | $5,972.50 |
| Committee, Creditors', Noteholders', or Equity Holders | 2.5 | $1,162.50 |
| Employee Benefits/Pension | .5 | $183.50 |
| Employment Applications, Others | 4.7 | $1,499.50 |
| Fee Applications, Applicant | 9.4 | $1,578.50 |
| Fee Applications, Others | 21.0 | $4,585.00 |
| Hearing | 1.60 | $744.00 |
| Litigation and Litigation Consulting | 6.9 | $2,424.50 |
| Relief From Stay Proceedings | 1.3 | $555.50 |
| Relief From Stay Proceedings | .5 | $110.00 |

| TOTAL | 101.4 | $30,666.50 |
|-------|-------|------------|

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**JUNE 1, 2004 THROUGH JUNE 30, 2004**

| Expense Category | Total Expenses |
|---|---:|
| Reproduction of Documents | $97.05 |
| Express/Certified Mail | $6.23 |
| Federal Express | $69.28 |
| Parking | $24.00 |
| Duplicating Services | $811.58 |
| **TOTAL** | **$1,008.14** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By:    /s/ Rhonda L. Thomas
        Teresa K. D. Currier (No. 3080)
        Rhonda L. Thomas (No. 4053)
        1000 West Street, Suite 1410
        Wilmington, DE 19801
        (302) 552-4200

        Co-Counsel to the Official Committee of
        Equity Holders

Dated: July 29, 2004

KRLSWLM: 55624v1