# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER : W9600-000
INVOICE :   177957

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:   EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 05/28/04 REPRODUCTION OF DOCUMENTS | 25.20 |
| 05/28/04 REPRODUCTION OF DOCUMENTS | 6.75 |
| 06/01/04 REPRODUCTION OF DOCUMENTS | 0.30 |
| 06/01/04 REPRODUCTION OF DOCUMENTS | 13.80 |
| 06/04/04 DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 35.00 |
| 06/04/04 DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 215.94 |
| 06/15/04 FEDERAL EXPRESS - FEDEX - # 1-819-17367 | 18.18 |
| 06/15/04 FEDERAL EXPRESS - FEDEX - # 1-819-17367 | 18.18 |
| 06/17/04 REPRODUCTION OF DOCUMENTS | 2.40 |
| 06/17/04 REPRODUCTION OF DOCUMENTS | 5.40 |
| 06/21/04 REPRODUCTION OF DOCUMENTS | 9.15 |
| 06/23/04 REPRODUCTION OF DOCUMENTS | 9.90 |
| 06/23/04 REPRODUCTION OF DOCUMENTS | 7.50 |
| 06/24/04 PARKING - R. THOMAS | 24.00 |
| 06/25/04 DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 332.56 |
| 06/25/04 DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 228.08 |
| 06/25/04 EXPRESS/CERTIFIED MAIL | 2.40 |
| 06/25/04 EXPRESS/CERTIFIED MAIL | 3.83 |
| 06/25/04 FEDERAL EXPRESS - FEDEX - # 1-866-95317 | 21.46 |
| 06/25/04 FEDERAL EXPRESS - FEDEX - # 1-866-95317 | 11.46 |
| 06/28/04 REPRODUCTION OF DOCUMENTS | 5.70 |
| 06/30/04 REPRODUCTION OF DOCUMENTS | 10.95 |

TOTAL EXPENSE ADVANCES :     1,008.14

TOTAL DUE  :     1,008.14

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 23, 2004
MATTER : W9600-002
INVOICE :  177958

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/26/04 | RLT | REVIEWED NOTICE OF SALE / DEBTORS' ELEVENTH QUARTERLY REPORT OF ASSET SALES FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 IN ACCORDANCE WITH THAT CERTAIN ORDER ESTABLISHING PROCEDURES FOR THE SALE OR ABANDONMENT OF DE MINIMIS ASSETS FILED BY W.R. GRACE & CO | .40 |
| 04/26/04 | RLT | REVIEWED NOTICE OF SETTLEMENT / DEBTORS' ELEVENTH QUARTERLY REPORT OF SETTLEMENTS FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 IN ACCORDANCE WITH THAT CERTAIN AMENDED ORDER AUTHORIZING AND APPROVING AN OMNIBUS PROCEDURE FOR SETTLING CERTAIN CLAIMS AND CAUSES OF ACTION BROUGHT BY OR AGAINST THE DEBTORS IN A JUDICIAL, ADMINISTRATIVE, ARBITRAL OR OTHER ACTION OR PROCEEDING FILED BY W.R. GRACE & CO. | .40 |
| 06/07/04 | TC | REVIEWED ORDER EXTENDING TIME TO ASSUME OR REJECT LEASES | .30 |
| 06/08/04 | RLT | REVIEWED ORDER EXTENDING TIME TO ASSUME, ASSUME AND ASSIGN, OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY. | .30 |
| 06/08/04 | RLT | REVIEWED ORDER (AGREED) APPROVING STIPULATION BY AND BETWEEN WILLIAM B. DUNBAR AND W.R. GRACE & CO.--CONN | .20 |
| 06/14/04 | TC | REVIEWED MOTION TO ADVANCE FUNDS TO A NONDEBTOR SUBSIDIARY | .70 |

---

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 23, 2004
                                              MATTER :  W9600-002
                                              INVOICE : 177958


       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

       RE:  ASSET DISPOSITION
```

| | | | |
|---|---|---|---|
| 06/16/04 RLT | REVIEWED MOTION TO AUTHORIZE DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. SECTIOM 365 AUTHORIZING THE DEBTORS TO ASSIGN A LEASE AND SUBLEASE FOR REAL PROPERTY | | .40 |
| 06/16/04 RLT | REVIEWED MOTION TO AUTHORIZE DEBTORS' MOTION PURSUANT TO SECTIONS 105(A) AND 363 OF THE BANKRUPTCY CODE FOR THE ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO ADVANCE FUNDS TO A NON-DEBTOR SUBSIDIARY TO ACQUIRE ALLTECH INTERNATIONAL HOLDINGS, INC. AND ITS SUBSIDIARIES FILED BY W.R. GRACE & CO.. | | .40 |
| 06/16/04 RLT | REVIEWED MOTION TO APPROVE DEBTORS' MOTION PURSUANT TO SECTIONS 105(A), 362, 363, 502 AND 503 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 TO ESTABLISH AN ALTERNATE DISPUTE RESOLUTION PROGRAM TO LIQUIDATE CERTAIN PREPETITION CLAIMS FILED BY W.R. GRACE & CO.. | | .40 |
| 06/17/04 TC | REVIEWED MOTION TO ASSIGN LEASE AND SUBLEASE OF REAL PROPERTY | | .50 |

```
                   T I M E   S U M M A R Y
                   ----------------------

                        RATE      HOURS          TOTALS
                        ----      -----          ------

    R L THOMAS         220.00      2.50          550.00
    T CURRIER          465.00      1.50          697.50
                TOTALS             4.00         1247.50


               TOTAL FEES :                          1,247.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER :  W9600-002
INVOICE : 177958

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  ASSET DISPOSITION

TOTAL DUE  :                        1,247.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JULY 23, 2004
                                            MATTER :  W9600-003
                                            INVOICE : 177959


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

    RE:  BUSINESS OPERATIONS


DATE   ATTY    DESCRIPTION OF SERVICES RENDERED                  HOURS
----   ----    -------------------------------                   -----

06/11/04 TC    REVIEWED MONTHLY OPERATING REPORTS FOR DEBTORS     .60

06/17/04 TC    REVIEWED MONTHLY OPERATING REPORTS                 .70


                     T I M E   S U M M A R Y
                     ----------------------

                          RATE    HOURS         TOTALS
                          ----    -----         ------

    T CURRIER             465.00   1.30         604.50
                  TOTALS           1.30         604.50


                    TOTAL FEES :                     604.50


                    TOTAL DUE   :                     604.50
```

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 23, 2004
MATTER : W9600-004
INVOICE : 177960

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/08/04 | RLT | REVIEWED RECUSAL MOTION OPINION | .50 |
| 03/16/04 | RLT | REVIEWED ORDER ON MOTION TO DISQUALIFY JUDGE WOLIN | .30 |
| 06/01/04 | RTT | REVIEW E-NOTICES | .20 |
| 06/02/04 | RTT | REVIEW E-NOTICES | .20 |
| 06/02/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/03/04 | RTT | REVIEW E-NOTICES | .20 |
| 06/04/04 | RTT | DOWNLOAD AND REVIEW NOTICE OF APPEARANCE OF PETER MCGLYNN FILED BY SPAULDING & SLYE CONSTRUCTION LP (.1); UPDATE 2002 SERVICE LIST RE SAME(.1) | .20 |
| 06/04/04 | RTT | DOWNLOAD NOTICE OF APPEARANCE OF BRUCE LEVIN FILED BY SPAULDING & SLYE CONSTRUCTION LP (.1); UPDATE 2002 RE SAME(.1) | .20 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :   JULY 23, 2004
                                               MATTER : W9600-004
                                               INVOICE :  177960


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

    RE:  CASE ADMINISTRATION


| | | | |
|---|---|---|---|
| 06/08/04 | RLT | REVIEWED MEMORANDUM AND ORDER OF THE HON. RONALD L. BUCKWALTER, U.S.D.C., EASTERN DISTRICT OF PENNSYLVANIA, ORDERING THAT THE DEBTOR ASBESTOS PI CREDITORS COMMITEEE, ASBESTOS PROPERTY DAMAGE COMMITTEE, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OFFICIAL COMMITTEE OF EQUITY HOLDERS, ZONOLITE ATTIC INSULATION CLAIMANTS, AND LIBBY CLAIMANTS SUBMIT A STATUS REPORT TO THE COURT ON OR BEFORE JUNE 21, 2004. | .30 |
| 06/08/04 | TC | REVIEWED MOTION FOR ORDER VACATING JUDGE WOLINS 7/29 ORDER | 1.30 |
| 06/09/04 | RLT | REVIEWED AGENDA FOR JUNE 10TH HEARING; REVIEWED EMAIL FROM TC RE SAME | .40 |
| 06/09/04 | RTT | DOWNLOAD AND REVIEW NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS FILED BY SPAULDING & SLYE CONSTRUCTION LP (.1); UPDATE 2002 SERVICE LIST RE SAME(.1) | .20 |
| 06/09/04 | RTT | DOWNLOAD AND REVIEW NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS FILED BY SPAULDING & SLYE CONSTRUCTION LP (.1); UPDATE 2002 RE SAME(.1) | .20 |
| 06/09/04 | RTT | REVIEW RETURNED MAIL AND UPDATE 2002 | 1.00 |
| 06/10/04 | RTT | REVIEW E-NOTICES | .20 |
| 06/11/04 | RTT | REVIEW RETURNED MAIL AND UPDATE 2002 | .40 |
| 06/11/04 | RTT | REVIEW E-NOTICES | .20 |

---

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER :  W9600-004
INVOICE : 177960

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 06/14/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/14/04 | RTT | REVIEW E-NOTICES | .20 |
| 06/14/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AGENDA NOTICE RE 6/21/04 HEARING | .30 |
| 06/16/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ELEVENTH QUARTER PROJECT CATEGORY SUMMARY FOR THE ELEVENTH INTERIM FEE PERIOD AND CERTAIN PRIOR AMOUNTS FILED BY W.R. GRACE & CO. | .20 |
| 06/16/04 | RLT | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 21, 2004 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD FILED BY W.R. GRACE & CO. | .30 |
| 06/16/04 | RTT | DOWNLOAD AND REVIEW NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICES OF PAPERS OF SWIDLER BERLIN SHEREFF & FRIEDMAN, LLP AND PHILLIPS, GOLDMAN & SPENCE, P.A. AS COUNSEL TO DAVID T. AUSTERN, THE FUTURE CLAIIMANTS' REPRESENTATIVE(.2) UPDATE 2002 RE SAME | .30 |
| 06/17/04 | RLT | REVIEWED MEMORANDUM OF JUNE 10TH CALL | .50 |
| 06/17/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON 6/21/04 | .30 |
| 06/17/04 | RTT | REVIEW E-NOTICES | .10 |
| 06/17/04 | TC | REVIEWED OFFICIAL COMMITTEE OF UNSECURED CREDITORS STATUS REPORT | 1.10 |

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 23, 2004
MATTER :  W9600-004
INVOICE :  177960

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  CASE ADMINISTRATION

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 06/21/04 | RTT | REVIEW E-NOTICES | .20 |
| 06/21/04 | TC | REVIEWED STATUS REPORT OF FUTURES REPRESENTATIVE | .60 |
| 06/21/04 | TC | REVIEWED STATUS REPORT OF EQUITY COMMITTEE SENT BY GARY BECKER | .50 |
| 06/22/04 | RLT | REVIEWED JUDGE BUCKWALTER'S CHAMBERS PROCEDURE AND ENSURED HAND DELIVERY OF STATUS REPORT | .70 |
| 06/22/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE STATUS REPORT OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS AND PREPARE SERVICE OF SAME | .70 |
| 06/22/04 | RTT | COMMUNICATION WITH RLT RE EQUITY HOLDERS STATUS REPORT AND SERVICE | .10 |
| 06/22/04 | RTT | REVIEW E-NOTICES | .20 |
| 06/22/04 | TC | REVIEWED STATUS REPORT FILED BY LIBBY CLAIMANTS | .90 |
| 06/22/04 | TC | REVIEWED STATUS REPORT BY ASBESTOS PERSONAL INJURY CLAIMANTS | 1.10 |
| 06/22/04 | TC | REVIEWED STATUS REPORT FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 1.30 |
| 06/22/04 | TC | REVIEWED ZAI CLAIMANTS STATUS REPORT | 2.70 |
| 06/23/04 | RLT | REVIEWED STATUS REPORT OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, PURSUANT TO THE DISTRICT COURT'S JUNE 8, 2004 MEMORANDUM AND ORDER | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 23, 2004
MATTER :  W9600-004
INVOICE :  177960

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 06/23/04 | RLT | REVIEWED STATUS REPORT BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN COMPLIANCE WITH DISTRICT COURT'S ORDER DATED JUNE 8, 2004 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .40 |
| 06/23/04 | RLT | REVIEWED STATUS REPORT - CERTAIN INSURERS' STATUS REPORT TO THE COURT FILED BY FEDERAL INSURANCE COMPANY | .40 |
| 06/23/04 | RLT | REVIEWED STATUS REPORT REGARDING THE ZAI SCIENCE TRIAL FILED BY ZONOLITE ATTIC INSULATION CLASS PLAINTIFFS (ATTACHMENTS: # (1) EXHIBIT 1 THROUGH 9# (2) EXHIBIT 10 (;PART 1)# (3) EXHIBIT 10 (PART 2)# (4) EXHIBIT 11 AND 12# (5) EXHIBIT 13 AND 14# (6) SERVICE LIST 15 (PART 1)# (7) EXHIBIT 15 (PART 2)# (8) EXHIBIT 16 AND 17# (9) EXHIBIT 18 THROUGH 22# | .50 |
| 06/23/04 | RLT | REVIEWED STATUS REPORT / W.R. GRACE'S STATUS REPORT FILED BY W.R. GRACE & CO | .60 |
| 06/23/04 | RLT | REVIEWED STATUS REPORT SUBMITTED BY THE LIBBY CLAIMANTS FILED BY LIBBY CLAIMANTS | .40 |
| 06/23/04 | RLT | REVIEWED STATUS REPORT OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS (RELATED DOCUMENT(S) {5747) FILED BY OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | .40 |
| 06/23/04 | RTT | REVIEW E-NOTICES | .20 |
| 06/23/04 | TC | REVIEWED ADDENDUM TO STATUS REPORT OF ASBESTOS PROPERTY DAMAGE COMMITTEE | .40 |
| 06/23/04 | TC | REVIEWED STATUS REPORT BY CERTAIN INSURERS | .60 |
| 06/23/04 | TC | REVIEWED WR GRACE'S STATUS REPORT TO COURT | 1.10 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE   :   JULY 23, 2004
MATTER :   W9600-004
INVOICE :  177960
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---:|
| 06/23/04 | TC | REVIEWED STATUS REPORT BY ASBESTOS PROPERTY DAMAGE COMMITTEE | .60 |
| 06/23/04 | TC | REVIEWED STATUS REPORT OF DAVID AUSTERN FUTURES REPRESENTATIVE TO DISTRICT COURT | .50 |
| 06/24/04 | MNF | REVIEW OMNI HEARING DATES; CALENDAR SAME | .30 |
| 06/24/04 | TC | REVIEWED STATUS REPORT OF ZAI CLAIMANTS | 2.10 |
| 06/25/04 | TC | REVIEWED STATUS REPORT OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | .80 |
| 06/28/04 | MNF | MAINTAINED AND ORGANIZED FILES BY REVIEWING INCOMING PLEADINGS, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 06/29/04 | MNF | MAINTAINED AND ORGANIZED FILES BY REVIEWING INCOMING PLEADINGS, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |

## TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| M N FLORES | 130.00 | 1.30 | 169.00 |
| R L THOMAS | 220.00 | 6.30 | 1386.00 |
| R T TAYLOR | 130.00 | 7.80 | 1014.00 |
| T CURRIER | 465.00 | 15.60 | 7254.00 |
| TOTALS | | 31.00 | 9823.00 |

TOTAL FEES :                          9,823.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :    JULY 23, 2004
                                              MATTER :  W9600-004
                                              INVOICE :  177960


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

    RE:   CASE ADMINISTRATION



                        TOTAL DUE  :                    9,823.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 23, 2004
                                              MATTER : W9600-005
                                              INVOICE : 177961


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

      RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
   ----  ----   --------------------------------                   -----

06/17/04 RLT    REVIEWED OBJECTION TO NOTICE OF TRANSFER RE:        .20
                DOCKET NO. 5722 FILED BY NON METALLIC
                RESOURCES, INC.

06/21/04 RLT    REVIEWED STATUS REPORT FILED BY OFFICIAL            .30
                COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS

06/23/04 RLT    REVIEWED STATUS REPORT (ADDENDUM) OF THE            .30
                OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE
                CLAIMANTS
```

### T I M E   S U M M A R Y

```
                           RATE      HOURS          TOTALS
                           ----      -----          ------

   R L THOMAS            220.00       .80           176.00
                 TOTALS              .80            176.00


                   TOTAL FEES :                      176.00


                   TOTAL DUE  :                      176.00
```

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 23, 2004
                                              MATTER : W9600-006
                                              INVOICE : 177962


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/26/04 | RLT | REVIEWED RESPONSE TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY | .30 |
| 04/26/04 | RLT | REVIEWED RESPONSE TO NO OBJECTION TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY STATE OF NEW JERSEY, DIVISION OF TAXATION | .30 |
| 04/27/04 | RLT | REVIEWED LETTER IN RESPONSE TO CLAIM #15367 & 15365. FILED BY DENNIS NELSON | .20 |
| 06/02/04 | RLT | REVIEWED RESPONSE TO EXXONMOBIL CHEMICAL COMPANY TO DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY W.R. GRACE & CO. | .30 |
| 06/02/04 | TC | REVIEWED PETER PEARSON RESPONSE TO CLAIM OBJECTION | .30 |
| 06/03/04 | TC | REVIEWED EPA RESPONSE TO CLAIM OBJECTIONS | .40 |
| 06/03/04 | TC | REVIEWED RESPONSE FROM STATE OF OHIO EPA TO CLAIMS OBJECTIONS | .40 |
| 06/03/04 | TC | REVIEWED RESPONSE OF EXXON MOBIL TO CLAIMS OBJECTIONS | .50 |
| 06/03/04 | TC | REVIEWED MARSHALLS' RESPONSE TO CLAIMS OBJECTIONS | .40 |
| 06/03/04 | TC | REVIEWED APPEAL OF FDIC TO ORDER APPOINTING FUTURES REPRESENTATIVE | .60 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 23, 2004
                                              MATTER : W9600-006
                                              INVOICE : 177962


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)
```

| | | | |
|---|---|---|---|
| 06/04/04 RLT | REVIEWED RESPONSE TO RESPONSE TO OBJECTION TO CLAIM FILED BY UNITED STATES/USAO | | .20 |
| 06/04/04 RLT | REVIEWED RESPONSE TO THE DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | | .20 |
| 06/04/04 RLT | REVIEWED EXHIBIT /EXHIBITS A THROUGH F TO RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) (RELATED DOCUMENT(S){5708) FILED BY CHL ADMINISTRATION, INC. | | .40 |
| 06/04/04 RLT | REVIEWED EXHIBIT G (PARTS 1 THROUGH 4) TO RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) (RELATED DOCUMENT(S){5708) FILED BY CHL ADMINISTRATION, INC. | | .40 |
| 06/04/04 RLT | REVIEWED EXHIBIT G (PART 5) TO RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY CHL ADMINISTRATION, INC | | .40 |
| 06/04/04 RLT | REVIEWED EXHIBIT G (PARTS 6 AND 7) TO RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY CHL ADMINISTRATION, INC. | | .50 |
| 06/04/04 RLT | REVIEWED EXHIBIT G (PARTS 5 THROUGH 7) TO RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY CHL ADMINISTRATION, INC. | | .40 |
| 06/07/04 RLT | REVIEWED RESPONSE TO DEBTOR'S FIFTH OMNIBUS OBJECTION TO CLAIM NO. 14396. FILED BY NEW ENGLAND CONSTRUCTION COMPANY INC | | .30 |
| 06/07/04 RLT | REVIEWED RESPONSE TO THE STATE OF OHIO, ON BEHALF OF THE OHIO ENVIRONMENTAL PROTECTION AGENCY TO DEBTOR'S FIFTH OMNIBUS OBJECTION TO CLAIM NO. 9557 FILED BY STATE OF OHIO, OHIO ENVIRONMENTAL PROTECTION AGENCY | | .30 |

**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 23, 2004
                                            MATTER : W9600-006
                                            INVOICE : 177962
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | | Description | Hours |
|---|---|---|---|
| 06/07/04 | RLT | REVIEWED RESPONSE TO DEBTOR'S FOURTH OMNIBUS OBJECTION TO CLAIMS NO. 203 (SUBSTANTIVE). FILED BY SPAULDING & SLYE CONSTRUCTION LP | .30 |
| 06/07/04 | TC | REVIEWED RESPONSE OF USA TO CLAIMS OBJECTIONS | .40 |
| 06/07/04 | TC | REVIEWED CHL RESPONSE TO CLAIMS OBJECTION | .40 |
| 06/07/04 | TC | REVIEWED EXHIBITS TO CHL CLAIM RESPONSE | .80 |
| 06/07/04 | TC | NEW ENGLAND CONSTRUCTION COMPANY RESPONSE TO CLAIMS OBJECTION | .40 |
| 06/07/04 | TC | REVIEWED STATE OF OHIO RESPONSE TO CLAIM OBJECTION | .40 |
| 06/07/04 | TC | REVIEWED SPAULIDING & SPRYE RESPONSE TO CLAIMS | .40 |
| 06/09/04 | TC | REVIEWED THIRD OMNIBUS CLAIMS ORDER | .50 |
| 06/11/04 | TC | REVIEWED ARCHERS' RESPONSES TO CLAIMS OBJECTIONS | .50 |
| 06/14/04 | TC | REVIEWED MOTION TO ESTABLISH AN ADR PROCEDURE FOR THE RESOLUTION OF CLAIMS | .80 |
| 06/16/04 | RLT | REVIEWED RESPONSE TO DEBTOR'S FIFTH OMNIBUS OBJECTION TO CLAIM FILED BY DAVID ARCHER | .20 |
| 06/16/04 | RLT | REVIEWED RESPONSE TO DEBTOR'S FIFTH OMNIBUS OBJECTION TO CLAIM. FILED BY MICHELLE ARCHER | .20 |
| 06/17/04 | TC | REVIEWED DILLINGHAM-MANSON'S JOINT RESPONSE TO CLAIMS OBJECTIONS | .70 |
| 06/21/04 | RLT | REVIEWED RESPONSE TO DILLINGHAM-MANSON JOINT VENTURE'S RESPONSE IN OPPOSITION TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIM | .30 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 23, 2004
                                             MATTER : W9600-006
                                             INVOICE : 177962


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


| Date | | Description | Hours |
|------|------|-------------|------|
| 06/21/04 | TC | REVIEWED DEBTORS' MOTION TO FILE REPLY RE DENNIS NELSON RESPONSE TO CLAIMS OBJECTIONS | .80 |
| 06/24/04 | TC | REVIEWED ADDITIONAL DESIGNATION OF ITEMS ON FUTURES REPRESENTATIVE APPEAL | .50 |
| 06/25/04 | TC | REVIEWED CLAIMS OBJECTION PLEADINGS | .60 |
| 06/29/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .20 |
| 06/29/04 | TC | REVIEWED ORDER GRANTING DEBTORS LEAVE TO FILE REPLY IN CLAIMS OBJECTIONS | .30 |
| 06/30/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .20 |
| 06/30/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |


                    T I M E   S U M M A R Y
                    -----------------------

|                | RATE | HOURS | TOTALS |
|----------------|------|-------|--------|
|                | ---- | ----- | ------ |
| R L THOMAS     | 220.00 | 5.80 | 1276.00 |
| T CURRIER      | 465.00 | 10.10 | 4696.50 |
| TOTALS         |      | 15.90 | 5972.50 |


                    TOTAL FEES :                    5,972.50

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA  15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE  :     JULY 23, 2004
MATTER :   W9600-006
INVOICE :   177962
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


TOTAL DUE   :            5,972.50


PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :   JULY 23, 2004
                                          MATTER : W9600-007
                                          INVOICE : 177963


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

    RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
         EQUITY HOLDERS'



 DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                 HOURS
 ----   ----   -------------------------------                  -----

06/10/04 TC    PREPARED FOR MEETING WITH COMMITTEE, REVIEWED     1.00
               MATERIALS

06/10/04 TC    COMMITTEE MEETING                                 1.50


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

    T CURRIER           465.00   2.50           1162.50
                 TOTALS          2.50           1162.50


                    TOTAL FEES :                        1,162.50


                    TOTAL DUE  :                        1,162.50
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :    JULY 23, 2004
                                              MATTER :   W9600-008
                                              INVOICE :  177964


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

     RE:  EMPLOYEE BENEFITS / PENSION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/07/04 | TC | REVIEWED ORDER AUTHORIZING BUT NOT IMPLEMENTING INCENTIVE PLAN FOR EMPLOYEES | .30 |
| 06/08/04 | RLT | REVIEWED ORDER AUTHORIZING, BUT NOT REQUIRING, THE IMPLEMENTATION OF THE 2004-2006 LONG-TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES. | .20 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS        TOTALS
                         ----     -----        ------

     R L THOMAS          220.00    .20          44.00
     T CURRIER           465.00    .30         139.50
                  TOTALS           .50         183.50


               TOTAL FEES :                     183.50


               TOTAL DUE  :                     183.50
```

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 23, 2004
                                              MATTER :  W9600-010
                                              INVOICE :  177965


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

    RE:  EMPLOYMENT APPLICATIONS, OTHERS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/07/04 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) OF PAUL A. TIBURZI, MANAGING PARTNER OF PIPER RUDNICK | .30 |
| 06/08/04 | RLT | REVIEWED ORDER (CONSENT) AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPSTONE CORPORATE RECOVERY, LLC AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND LIMITING THE SCOPE OF THE SERVICES TO BE RENDERED BY FTI CONSULTING, INC. | .20 |
| 06/09/04 | TC | REVIEWED DUNBAR ORDER | .30 |
| 06/09/04 | TC | REVIEWED ORDER AUTHORIZING EMPLOYMENT OF CAPSTONE | .30 |
| 06/15/04 | RLT | REVIEWED APPLICATION TO EMPLOY APPLICATION OF DAVID T. AUSTERN, FUTURE (NOTICE, DECLARATION OF JOHN C. PHILLIPS, JR., UNDER FED. R. BANKR. P. 2014 AND 2016(B), PROPOSED ORDER | .30 |
| 06/16/04 | RLT | REVIEWED APPLICATION TO EMPLOY SWIDLER BERLIN & FRIEDMAN, LLP AS BANKRUPTCY COUNSEL FILED BY DAVID AUSTERN. | .40 |
| 06/16/04 | RLT | REVIEWED ORDER AUTHORIZING THE DEBTORS TO EMPLOY LATHAM & WATKINS LLP AS SPECIAL ENVIRONMENTAL COUNSEL TO THE DEBTORS. | .20 |
| 06/16/04 | RLT | REVIEWED ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. AS A PROFESSIONAL EMPLOYED BY THE ESTATE FOR THE DEBTORS. | .20 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JULY 23, 2004
                                            MATTER :  W9600-010
                                            INVOICE : 177965

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 06/16/04 TC | REVIEWED MOTION OF FUTURES REPRESENTATIVE TO EMPLOY SWIDLER BERLIN | .90 |
| 06/16/04 TC | REVIEWED ORDER RETAINING BAKER DONELSON | .40 |
| 06/17/04 RLT | REVIEWED AFFIDAVIT SUPPLEMENTAL STATEMENT OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE IN ACCORDANCE WITH FED. R. BANKR. P. 2014 (A) AND 5002 | .20 |
| 06/17/04 RLT | REVIEWED APPLICATION TO EMPLOY CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE (WITH DECLARATION OF JOSEPH J. RADECKI, JR. UNDER FED. R. BANKR. P. 2014 AND 5002, PROPOSED ORDER, CERTIFICATE OF SERVICE) | .30 |
| 06/17/04 RLT | REVIEWED NOTICE OF INTENT SUPPLEMENTAL DECLARATION OF ROGER FRANKEL UNDER FED. R. BANKR. P. 2014 AND 5002 IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL TO DAVID T. AUSTERN AS FUTURE CLAIMANTS' REPRESENTATIVE | .20 |
| 06/23/04 RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) OF DOUGLAS BELL, PRESIDENT OF BELL ROYES SANDERS, LPA FILED BY W.R. GRACE & CO. | .30 |
| 06/24/04 RLT | REVIEWED AFFIDAVIT REGARDING AFFIDAVIT UNDER 11 U.S.C. 327(E) OF STEVEN C. KOHL, A SHAREHOLDER OF HOWARD & HOWARD FILED BY W.R. GRACE & CO | .20 |

---

**PENNSYLVANIA**  ●  **DELAWARE**  ●  **NEW JERSEY**  ●  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    JULY 23, 2004
MATTER :   W9600-010
INVOICE :  177965

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 2.80 | 616.00 |
| T CURRIER | 465.00 | 1.90 | 883.50 |
| TOTALS | | 4.70 | 1499.50 |

TOTAL FEES :                    1,499.50

TOTAL DUE  :                    1,499.50

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 23, 2004
                                            MATTER : W9600-011
                                            INVOICE : 177966
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/22/04 | RLT | REVIEWED CNO FOR KRLS 27TH MONTHLY FEE APPLICATION AND COMMENTED ON SAME | .20 |
| 04/26/04 | RLT | REVIEWED DRAFT OF OUR 29TH FEE APPLICATION AND COMMENTED RE SAME | .40 |
| 04/26/04 | RLT | REVIEWED CNO FOR KRLS 28TH FEE APPLICATION | .10 |
| 06/01/04 | RTT | CALENDAR OBJECTION D/L'S RE KRLS FEE APPLICATIONS | .30 |
| 06/01/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE KRLS THIRTIETH MONTHLY FEE APPLICATION, TWELFTH QUARTERLY FEE APPLICATION AND NOTICE OF TWELFTH QUARTERLY FEE APPLICATION | .60 |
| 06/10/04 | RTT | REVIEW/EDIT PRE-BILLS FOR THE MONTH OF MAY 2004 | 1.00 |
| 06/17/04 | RLT | REVIEWED MAY PREBILLS | .60 |
| 06/21/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS THIRTIETH MONTHLY FEE APP | .60 |
| 06/21/04 | RTT | E-FILE AND SERVE CERTIFICATE OF NO OBJECTION TO KRLS TWELFTH QUARTERLY FEE APPLICATION | .60 |
| 06/21/04 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS THIRTIETH MONTHLY FEE APP | .60 |
| 06/22/04 | RTT | REVIEW/EDIT AND COMPARE FINAL BILLS FOR THE MONTH OF MAY 2004 | .60 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 23, 2004
                                              MATTER :  W9600-011
                                              INVOICE : 177966


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

        RE:  FEE APPLICATIONS, APPLICANT


| 06/22/04 RTT | DRAFT KRLS THIRTY-FIRST MONTHLY FEE APPLICATION FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004 | 1.50 |
| 06/24/04 RLT | REVIEWED AND COMMENTED ON KRLS 31ST MONTHLY FEE APPLICATION | .40 |
| 06/25/04 RLT | REVIEWED 31ST MONTHLY FEE APPLICATION AND COMMENTED ON SAME | .40 |
| 06/25/04 TC | REVIEWED FEE APPLICATION OF KLETT ROONEY | .50 |
| 06/28/04 MNF | E-FILE AND SERVE 31ST MONTHLY FEE APP OF KRLS | 1.00 |


               T I M E   S U M M A R Y
               -----------------------

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| M N FLORES   |        | 130.00 | 1.00  | 130.00  |
| R L THOMAS   |        | 220.00 | 2.10  | 462.00  |
| R T TAYLOR   |        | 130.00 | 5.80  | 754.00  |
| T CURRIER    |        | 465.00 | .50   | 232.50  |
|              | TOTALS |        | 9.40  | 1578.50 |


               TOTAL FEES :                    1,578.50


               TOTAL DUE  :                    1,578.50


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER : W9600-012
INVOICE : 177967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/08/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC. FOR THE TENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .30 |
| 03/08/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF WALLACE, KING, MARRARO & BRANSON, PLLC FOR THE TENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .30 |
| 03/08/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION / FIFTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR NOVEMBER 2003 FILED BY PROTIVITY INC. | .20 |
| 03/08/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION / SIXTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR DECEMBER 2003 | .10 |
| 03/16/04 | RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION SUMMARY APPLICATION FOR KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE THIRD MONTHLY INTERIM PERIOD, FROM DECEMBER 1, THROUGH DECEMBER 31, 2003 | .10 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER :  W9600-012
INVOICE : 177967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS


03/16/04 RLT    REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL          .30
                REPORT REGARDING FEE APPLICATION OF CAPLIN &
                DRYSDALE, CHARTERED FOR THE TENTH INTERIM
                PERIOD FILED BY WARREN H. SMITH & ASSOCIATES,
                P.C.

03/16/04 RLT    REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL          .30
                REPORT REGARDING FEE APPLICATION OF
                PRICEWATERHOUSECOOPERS LLP FOR THE TENTH
                INTERIM PERIOD FILED BY WARREN H. SMITH &
                ASSOCIATES, P.C

03/16/04 RLT    REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL          .30
                REPORT REGARDING FEE APPLICATION OF HOLME
                ROBERTS & OWEN, LLP FOR THE TENTH INTERIM
                PERIOD

03/16/04 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION          .30
                (THIRTY-FOURTH AND FINAL MONTHLY) FOR THE
                PERIOD JANUARY 1, 2004 THROUGH FEBRUARY 3,
                2004, FILED BY FTI POLICANO & MANZO

03/16/04 RLT    REVIEWED MONTHLY APPLICATION FOR INTERIM               .30
                PROFESSIONAL COMPENSATION -- SUMMARY OF
                APPLICATION OF HOLME, ROBERTS & OWEN, LLP FOR
                COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
                SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL.,
                FOR THE INTERIM PERIOD FROM JANUARY 1, 2004
                THROUGH JANUARY 31, 2004

04/26/04 RLT    REVIEWED APPLICATION FOR COMPENSATION /SUMMARY         .10
                COVER SHEET TO THIRTY-FIFTH MONTHLY INTERIM
                APPLICATION OF WALLACE KING MARRARO & BRANSON
                PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF
                EXPENSES FOR FEBRUARY 1, 2004 THROUGH FEBRUARY
                29, 2004

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER :  W9600-012
INVOICE :  177967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

04/26/04 RLT   REVIEWED SUMMARY APPLICATION OF WOODCOCK           .10
               WASHBURN FOR COMPENSATION FOR SERVICES AND
               REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
               COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE
               MONTHLY INTERIM PERIOD OF MARCH 1, 2004 THROUGH
               MARCH 31, 2004

04/27/04 RLT   REVIEWED VERIFIED APPLICATION FOR COMPENSATION      .20
               OR SERVICES AND REIMBURSEMENT OF EXPENSES AS
               ZAI ADDITIONAL SPECIAL COUNSEL FOR INTERIM
               PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER
               31, 2003 FILED BY LUKINS & ANNIS

04/27/04 RLT   REVIEWED VERIFIED APPLICATION FOR COMPENSATION      .10
               FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
               ZAI ADDITIONAL SPECIAL COUNSEL FOR INTERIM
               PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER
               30, 2003 FILED BY LUKINS & ANNI

04/27/04 RLT   REVIEWED TENTH QUARTERLY FEE ORDER                  .20

04/28/04 RLT   REVIEWED MONTHLY APPLICATION FOR COMPENSATION       .10
               (THIRTY-SIXTH) FOR THE PERIOD MARCH 1 THROUGH
               MARCH 31, 2004, FILED BY STROOCK & STROOCK &
               LAVAN LLP.

04/28/04 RLT   REVIEWED TWENTY-NINTH MONTHLY APPLICATION OF        .10
               KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO
               THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
               COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
               THE PERIOD MARCH 1, 2004 THROUGH MARCH 31, 2004

04/29/04 RLT   REVIEWED MONTHLY APPLICATION FOR COMPENSATION       .10
               TWENTY-NINTH MONTHLY FEE APPLICATION OF
               CAMPBELL & LEVINE, LLC FOR MARCH 2004 FILED BY
               CAMPBELL & LEVINE, LLC.

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER :  W9600-012
INVOICE : 177967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| Date | | Description | Hours |
|------|---|-------------|-------|
| 04/29/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION TWENTY-NINTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR MARCH 2004. | .10 |
| 04/29/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION MONTHLY APPLICATION FOR LEGAL ANALYSIS SYSTEMS, INC. FOR MARCH 2004 | .10 |
| 04/29/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTY SECOND MONTHLY FEE APPLICATION OF L TERSIGNI CONSULTING P.C. FOR MARCH 2004 | .10 |
| 04/29/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTY FIRST MONTHLY FEE APPLICATION OF L. TERSIGNI CONSULTING P.C. FOR FEBRUARY 2004 | .10 |
| 06/01/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 06/01/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-SIXTH INTERIM FEE APPLICATION OF PITNEY HARDIN LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MARCH 1, 2004 THROUGH MARCH 31, 2004 | .10 |
| 06/01/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION / SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIRST MONTHLY INTERIM PERIOD, FROM APRIL 1, 2004, THROUGH APRIL 30, 2004 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 23, 2004
                                              MATTER : W9600-012
                                              INVOICE : 177967
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 06/01/04 RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRAMER LEVIN'S THIRTY-FIRST FEE APPLICATION AND KRAMER LEVIN'S THIRTY SECOND MONTHLY FEE APPLICATION | .60 |
| 06/02/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED | .10 |
| 06/02/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004 FILED BY L. TERSIGNI CONSULTING | .10 |
| 06/02/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004 FILED BY LEGAL ANALYSIS SYSTEMS, INC.. | .10 |
| 06/02/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004 FILED BY CAMPBELL & LEVINE, LLC. | .10 |
| 06/02/04 RLT | REVIEWED SUPPLEMENTAL RESPONSE TO DEBTOR'S FIFTH OMNIBUS OBJECTION TO CLAIM FILED BY PETER P PEARSON | .10 |
| 06/02/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF DELOITTE & TOUCHE LLP FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 06/07/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR MAY 2004 FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .10 |
| 06/07/04 RLT | REVIEWED NOTICE OF SERVICE /FILING OF 12TH QUARTERLY FEE APPLICATION FILED BY ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. | .10 |

---

**PENNSYLVANIA** • **DELAWARE** • **NEW JERSEY** • **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER :  W9600-012
INVOICE : 177967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 06/07/04 RLT | REVIEWED APPLICATION FOR COMPENSATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM APRIL 1 THROUGH APRIL 30, 2004 | | .10 |
| 06/07/04 RLT | REVIEWED APPLICATION FOR COMPENSATION /EIGHTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR FEBRUARY 2004 | | .10 |
| 06/07/04 RLT | REVIEWED APPLICATION FOR COMPENSATION /TENTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR APRIL 2004 | | .10 |
| 06/07/04 RLT | REVIEWED NOTICE OF SERVICE OF COMBINED FIRST INTERIM APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY 4, 2003 THROUGH DECEMBER 31, 2003 | | .20 |
| 06/07/04 RLT | REVIEWED APPLICATION FOR COMPENSATION / SECOND FEE APPLICATION OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR JANUARY 2004 | | .20 |
| 06/07/04 RLT | REVIEWED APPLICATION FOR COMPENSATION / THIRD FEE APPLICATION OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR FEBRUARY 2004 | | .10 |

**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER :  W9600-012
INVOICE :  177967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 06/07/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION / FOURTH FEE APPLICATION OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR MARCH 2004 | .10 |
| 06/07/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION TWELFTH QUARTERLY VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .10 |
| 06/07/04 | RLT | REVIEWED NOTICE OF HEARING NOTICE OF FILING OF QUARTERLY FEE APPLICATION {DOCKET NO. 5734 - TWELFTH QUARTERLY VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 06/07/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004 | .20 |
| 06/08/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING ELEVENTH INTERIM QUARTERLY FEE APPLICATION OF CONWAY, DEL GENIO, GRIES & CO., LLC FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |

---

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    JULY 23, 2004
MATTER :   W9600-012
INVOICE :   177967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 06/08/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF WALLACE, KING, MARRARO & BRANSON, PLLC FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 06/08/04 | RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION --SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004 | .10 |
| 06/08/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .20 |
| 06/08/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION /NINETEENTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR APRIL 2004 | .10 |
| 06/09/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION OF PROTIVITI INC. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY PROTIVITI INC.. | .30 |
| 06/09/04 | RLT | REVIEWED OPERATING REPORT FOR APRIL | .60 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER :  W9600-012
INVOICE :  177967


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS


| | | |
|---|---|---|
| 06/09/04 RLT | REVIEWED VERIFIED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES OF WALLACE, KING MARRARO & BRANSON, PLLC AS SPECIAL LITIGATION AND ENVIRONMENTAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE TWELFTH QUARTERLY INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 06/09/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION SECOND INTERIM FEE APPLICATION OF DUFF & PHELPS, LLC, FINANCIAL ADVISOR TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR THE PERIOD FEBRUARY 2004 THROUGH APRIL 2004 | .20 |
| 06/09/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL. FOR THE TWELFTH QUARTERLY INTERIM PERIOD OF JANUARY 1, 2004 - MARCH 31, 2004 | .20 |
| 06/09/04 RLT | REVIEWED VERIFIED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES OF PITNEY HARDIN KIPP & SZUCH LLP AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE TWELFTH QUARTERLY INTERIM PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 06/09/04 TC | REVIEWED CAPSTONE ORDER | .30 |
| 06/10/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S AMENDED FINAL REPORT REGARDING FEE APPLICATION OF BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS
DATE :    JULY 23, 2004
MATTER :  W9600-012
INVOICE :  177967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS


| | | | |
|---|---|---|---|
| 06/10/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S AMENDED FINAL REPORT REGARDING FEE APPLICATION OF BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP FOR THE ELEVENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 06/10/04 | RLT | REVIEWED TWELFTH INTERIM QUARTERLY VERIFIED APPLICATION OF HOLME ROBERTS & OWEN, LLP, FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 06/10/04 | RLT | REVIEWED NOTICE OF APPEAL OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FROM ORDER GRANTING APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. SECTIONS 105, 327 AND 524(G)(4)(B)(I), FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS | .30 |
| 06/14/04 | RTT | REVIEW CERTIFICATION OF COUNSEL RE PROPOSED ORDER APPROVING ELEVENTH INTERIM FEE APPLICATIONS | .10 |
| 06/15/04 | RLT | REVIEWED TWELFTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004 | .10 |
| 06/15/04 | RLT | REVIEWED THIRTEENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 | .10 |
| 06/15/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF WOODCOCK WASHBURN LLP FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 31, 2004 FILED BY WOODCOCK WASHBURN LLP. | .10 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JULY 23, 2004
                                            MATTER : W9600-012
                                            INVOICE :  177967


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

        RE:  FEE APPLICATIONS, OTHERS


06/15/04 RLT    REVIEWED FOURTEENTH MONTHLY APPLICATION OF          .10
                DELOITTE & TOUCHE LLP FOR COMPENSATION FOR
                SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
                TO THE DEBTORS FOR THE PERIOD FROM MARCH 1,
                2004 THROUGH MARCH 31, 2004

06/16/04 RLT    REVIEWED ORDER APPROVING QUARTERLY FEE              .20
                APPLICATIONS FOR THE ELEVENTH PERIOD AND
                CERTAIN PRIOR AMOUNTS.

06/16/04 RLT    REVIEWED APPLICATION FOR COMPENSATION               .10
                (TWENTY-SEVENTH) OF CARELLA, BYRNE, BAIN,
                GILFILLAN, CECCHI, STEWART & OLSTEIN FOR MAY 1,
                2004 THROUGH MAY 31, 2004

06/16/04 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION       .20
                (THIRTY-SEVENTH) FILED BY STROOCK & STROOCK &
                LAVAN LLP.

06/16/04 RLT    REVIEWED APPLICATION FOR COMPENSATION               .20
                SUMMARIZED INTERIM FEE APPLICATION OF STEPFOE &
                JOHNSON LLP FOR COMPENSATION FOR SERVICES AND
                REIMBURSEMENT OF EXPENSES AS SPECIAL TAX
                COUNSEL TO W. R. GRACE & CO., ET AL. FOR THE
                MONTHLY INTERIM PERIOD FROM JANUARY 1, 2004
                THROUGH JANUARY 30, 2004 FOR THE QUARTER OF
                JANUARY - MARCH 2004

06/16/04 RLT    REVIEWED APPLICATION FOR COMPENSATION               .20
                SUMMARIZED INTERIM FEE APPLICATION OF STEPFOE &
                JOHNSON LLP FOR COMPENSATION FOR SERVICES AND
                REIMBURSEMENT OF EXPENSES AS SPECIAL TAX
                COUNSEL TO W. R. GRACE & CO., ET AL. FOR THE
                MONTHLY INTERIM PERIOD FROM MARCH 1, 2004
                THROUGH MARCH 31, 2004 FOR THE QUARTER OF
                JANUARY - MARCH 2004


PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER :  W9600-012
INVOICE : 177967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 06/16/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SUMMARIZED INTERIM FEE APPLICATION OF STEPFOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL. FOR THE MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 | | .10 |
| 06/16/04 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-FIRST MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004 | | .10 |
| 06/16/04 RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE ELEVENTH PERIOD AND CERTAIN PRIOR AMOUNTS FILED BY W.R. GRACE & CO. | | .20 |
| 06/16/04 TC | REVIEWED ORDER AUTHORIZING DEBTORS TO EMPLOY LATHAM & WATKINS | | .30 |
| 06/17/04 RLT | REVIEWED DRAFT OF CNO FOR KRAMER LEVIN'S 32ND FEE APPLICATION AND COMMENTED ON SAME | | .30 |
| 06/17/04 RLT | REVIEWED THIRTY-SEVENTH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004 | | .10 |
| 06/17/04 RLT | REVIEWED MOTION FOR LEAVE / DEBTORS' MOTION FOR LEAVE TO FILE DEBTORS' REPLY TO RESPONSE FILED BY DENNIS NELSON TO THE THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) | | .30 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 23, 2004
                                              MATTER :  W9600-012
                                              INVOICE : 177967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| Date | | Description | Hours |
|---|---|---|---|
| 06/17/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF MAY 1, 2004 THROUGH MAY 31, 2004 FILED BY FERRY, JOSEPH & PEARCE, P.A. | .10 |
| 06/17/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTY-FIRST MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004 | .10 |
| 06/17/04 | RTT | EMAIL FILED COPY OF CNO TO KRAMER'S THIRTY-SECOND FEE APP | .10 |
| 06/17/04 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRAMER LEVIN'S THIRTY-SECOND MONTHLY FEE APPLICATION | .60 |
| 06/17/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER'S THIRTY-SECOND FEE APP | .10 |
| 06/17/04 | RTT | PREPARE EMAIL TO RLT RE CNO TO KRAMER'S THIRTY-SECOND FEE APP | .10 |
| 06/17/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRAMER LEVIN'S THIRTY-SECOND FEE APP | .70 |
| 06/17/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE ORDER APPROVING ELEVENTH QUARTERLY FEE APPLICATIONS | .20 |
| 06/17/04 | TC | REVIEWED APPLICATION TO RETAIN CIBC AS FINANCIAL ADVISOR | .80 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JULY 23, 2004
MATTER : W9600-012
INVOICE :  177967


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS


| | | | |
|---|---|---|---|
| 06/21/04 | RLT | CALL FROM GARY BECKER RE: FILING OF STATUS REPORT ON W. R. GRACE; FILED STATUS REPORT AND REVIEWED SAME | .80 |
| 06/21/04 | RLT | REVIEWED AND COMMENTED ON KRLS 30TH FEE APPLICATION CNO | .30 |
| 06/21/04 | RTT | DRAFT CERTIFICATE OF NO OBJECTION TO KRLS TWELFTH QUARTERLY FEE APPLICATION | .60 |
| 06/21/04 | RTT | PREPARE EMAIL TO RLT RE CNO'S TO KRLS FEE APPLICATIONS TO BE FILED | .10 |
| 06/23/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION TWENTY-SIX MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MARCH 1, 2004 THROUGH MARCH 31, 2004 | .10 |
| 06/23/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION TWENTY-FIFTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS. | .10 |
| 06/23/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION TWENTY-FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JANUARY 1, 2004 THROUGH JANUARY 31, 2004 | .10 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS    DATE :    JULY 23, 2004
                                        MATTER :  W9600-012
                                        INVOICE :  177967

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

    RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 06/23/04 RLT | REVIEWED APPLICATION FOR COMPENSATION TWENTY-SECOND MONTHLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004 | .10 |
| 06/23/04 RLT | REVIEWED APPLICATION FOR COMPENSATION TWENTY-THIRD MONTHLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004 FILED BY BANKRUPTCY MANAGEMENT CORPORATION. | .10 |
| 06/23/04 RLT | REVIEWED APPLICATION FOR COMPENSATION TWENTY-FOURTH MONTHLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004 | .10 |
| 06/29/04 RLT | REVIEWED ORDER GRANTING DEBTOR'S MOTION FOR LEAVE TO FILE DEBTORS' REPLY TO RESPONSE FILED BY DENNIS NELSON TO THE THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) | .10 |
| 06/29/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR JANUARY, 2004 | .10 |

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 23, 2004
                                            MATTER : W9600-012
                                            INVOICE : 177967


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

     RE:  FEE APPLICATIONS, OTHERS


06/29/04 RLT    REVIEWED APPLICATION FOR COMPENSATION FOR          .10
                SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
                AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF
                ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR APRIL,
                2004

06/29/04 RLT    REVIEWED APPLICATION FOR COMPENSATION FOR          .10
                SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
                AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF
                ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR
                FEBRUARY, 2004

06/29/04 RLT    REVIEWED APPLICATION FOR COMPENSATION FOR          .10
                SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
                AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF
                ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR MARCH,
                2004

06/29/04 RLT    REVIEWED APPLICATION FOR COMPENSATION             .10
                THIRTY-THIRD MONTHLY FEE APPLICATION OF KRAMER
                LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
                OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
                COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
                THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004

06/29/04 RLT    REVIEWED APPLICATION FOR COMPENSATION             .10
                /TWENTIETH MONTHLY FEE APPLICATION FOR
                PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX
                CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF
                COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
                THE MONTH OF MAY 2004 FILED BY
                PRICEWATERHOUSECOOPERS LLP

06/29/04 RLT    REVIEWED APPLICATION FOR COMPENSATION TWENTY -    .10
                EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS
                LLP FOR THE PERIOD OF MAY 1, 2004 THROUGH MAY
                31, 2004 FILED BY OFFICIAL COMMITTEE OF
                UNSECURED CREDITORS

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER :  W9600-012
INVOICE : 177967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 06/29/04 RLT | REVIEWED RESPONSE TO DEBTORS' MOTION PURSUANT TO SECTIONS 105(A), 362, 363, 502 AND 503 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 TO ESTABLISH AN ALTERNATIVE DISPUTE RESOLUTIONS PROGRAM TO LIQUIDATE CERTAIN PREPETITION CLAIMS | | .30 |
| 06/30/04 MNF | E-FILE 33RD MONTHLY FEE APP OF KRAMER LEVIN | | .40 |
| 06/30/04 MNF | SERVE 33RD MONTHLY FEE APP OF KRAMER LEVIN | | .60 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 130.00 | 1.00 | 130.00 |
| R L THOMAS | 220.00 | 15.40 | 3388.00 |
| R T TAYLOR | 130.00 | 3.20 | 416.00 |
| T CURRIER | 465.00 | 1.40 | 651.00 |
| TOTALS | | 21.00 | 4585.00 |

TOTAL FEES :                4,585.00

TOTAL DUE  :                4,585.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER :  W9600-014
INVOICE : 177968

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/14/04 | TC | REVIEWED AGENDA LETTER FOR HEARING 6/21 | .50 |
| 06/14/04 | TC | REVIEWED AMENDED AGENDA NOTICE | .40 |
| 06/16/04 | TC | REVIEWED AMENDED AGENDA LETTER | .30 |
| 06/25/04 | TC | REVIEWED ORDER FROM JUDGE FITZGERALD RE SCOTTS HEARING | .40 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 465.00 | 1.60 | 744.00 |
| TOTALS | | 1.60 | 744.00 |

TOTAL FEES :        744.00

TOTAL DUE  :        744.00

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 23, 2004
                                              MATTER : W9600-015
                                              INVOICE : 177969


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

    RE:  LITIGATION AND LITIGATION CONSULTING
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 03/08/04 | RLT | REVIEWED BRIEF IN RESPONSE TO DEBTOR'S BRIEF OUTLINING "EXCUSABLE NEGLECT STANDARD" WITH REGARD TO MISTAKES OF LAW AND IN FURTHER SUPPORT OF ROYAL'S MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM FILED BY ROYAL INDEMNITY COMPANY | .50 |
| 03/08/04 | RLT | REVIEWED MOTION TO EXTEND TIME DEBTORS' MOTION FOR AN ORDER PURSUANT TO FED.R.BANKR.P. 9006(B) FURTHER EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. ?1452 AND FED.R.BANKR.P. 9027 FILED BY W.R. GRACE | .40 |
| 06/09/04 | RLT | REVIEWED NOTICE OF APPEAL OF ROYAL INDEMNITY COMPANY FROM ORDER GRANTING APPLICATION OF DEBTORS FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS. | .30 |
| 06/16/04 | RLT | REVIEWED NOTICE OF INTENT STATEMENT OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, IN ACCORDANCE WITH FED. R. BANKR. P. 2014(A) AND 5002 | .30 |
| 06/16/04 | RLT | REVIEWED APPELLANT DESIGNATION OF CONTENTS FOR INCLUSION IN RECORD ON APPEAL JOINT DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES OF APPELLANTS FEDERAL INSURANCE COMPANY AND ROYAL & SUNALLIANCE REGARDING ORDER GRANTING APPLICATION OF THE DEBTORS FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS | .50 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JULY 23, 2004
                                            MATTER :  W9600-015
                                            INVOICE : 177969


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04    T C

        RE:  LITIGATION AND LITIGATION CONSULTING


| | | |
|---|---|---|
| 06/16/04 TC | REVIEWED APPEAL MATTERS FOR APPEAL OF FUTURES REPRESENTATIVE MATTER | .50 |
| 06/17/04 RLT | REVIEWED APPELLANT DESIGNATION OF CONTENTS FOR INCLUSION IN RECORD ON APPEAL - AMENDED JOINT DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES OF APPELLANTS FEDERAL INSURANCE COMPANY AND ROYAL SUNALLIANCE REGARDING ORDER GRANTING APPLICATION OF DEBTORS FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS | .50 |
| 06/17/04 RLT | REVIEWED APPELLEE DESIGNATION OF CONTENTS FOR INCLUSION IN RECORD OF APPEAL DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL REGARDING THE ORDER GRANTING THE APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. ?105, 327 AND 524(G)(4)(B)(I), FOR THE APPOINTMENT OF A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS | .40 |
| 06/21/04 TC | REVIEWED STATUS REPORT FROM ASBESTOS COMMITTEE | .40 |
| 06/21/04 TC | REVIEWED PROTECTIVE OBJECTION OF OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE MOTION OF SEALED AIR FOR AN ORDER VACATING JUDGE WOLIN'S IN LIMINE STANDARDS OPINION AND ORDER | .60 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JULY 23, 2004
                                            MATTER : W9600-015
                                            INVOICE : 177969


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

    RE:  LITIGATION AND LITIGATION CONSULTING


06/23/04 RLT    REVIEWED APPELLANT DESIGNATION OF CONTENTS FOR        .30
                INCLUSION IN RECORD ON APPEAL AND (RELATED
                DOCUMENT(S){5793, {5831 ), STATEMENT OF ISSUES
                ON APPEAL, OF APPELLANT OFFICIAL COMMITTEE OF
                ASBESTOS PROPERTY DAMAGE CLAIMANTS REGARDING
                ORDER GRANTING APPLICATION OF DEBTORS PURSUANT
                TO 11 U.S.C. SECTIONS 105, 327 AND 524
                (G)(4)(B)(I), FOR THE APPOINTMENT OF A LEGAL
                REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS

06/23/04 TC     REVIEWED DESIGNATION OF ITEMS FOR RECORD FOR         .60
                ASBESTOS COMMITTEE APPEAL

06/24/04 TC     REVIEWED TRO PAPERS FILED BY THE SCOTTS COMPANY     1.60


                   T I M E   S U M M A R Y
                   -----------------------

                         RATE      HOURS          TOTALS
                         ----      -----          ------

    R L THOMAS         220.00       3.20          704.00
    T CURRIER          465.00       3.70         1720.50
                TOTALS              6.90         2424.50


                TOTAL FEES :                            2,424.50

                TOTAL DUE  :                            2,424.50
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 23, 2004
MATTER :  W9600-016
INVOICE : 177970

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/03/04 | TC | REVIEWED CERTIFICATION OF COUNSEL WITH RESPECT TO EXCLUSIVITY | .40 |
| 06/16/04 | RLT | REVIEWED ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON. | .20 |
| 06/16/04 | TC | REVIEWED ORDER EXTENDING DEBTORS' EXCLUSIVITY TO FILE A PLAN | .30 |
| 06/25/04 | TC | REVIEWED ORDER EXTENDING EXCLUSIVITY | .40 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 220.00 | .20 | 44.00 |
| T CURRIER | 465.00 | 1.10 | 511.50 |
| TOTALS | | 1.30 | 555.50 |

TOTAL FEES :                    555.50

TOTAL DUE  :                    555.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 23, 2004
                                              MATTER :  W9600-017
                                              INVOICE : 177971


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/04   T C

      RE:  RELIEF FROM STAY PROCEEDINGS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/08/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING RENEWED MOTION OF TIMOTHY KANE FOR RELIEF FROM THE AUTOMATIC STAY | .30 |
| 06/16/04 | RLT | REVIEWED ORDER REGARDING RENEWED MOTION OF TIMOTHY KANE TO LIFT THE AUTOMATIC STAY FOR CAUSE. | .20 |

```
                  T I M E   S U M M A R Y
                  -----------------------

                      RATE    HOURS        TOTALS
                      ----    -----        ------

   R L THOMAS        220.00    .50         110.00
                TOTALS         .50         110.00


               TOTAL FEES :                110.00


               TOTAL DUE  :                110.00
```

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**