UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF DELAWARE</u>              X

In re:                                                                    In Proceeding for a
                                                                          Reorganization Under
<u>W.R. GRACE & CO.</u>                            X                      Chapter 11
                        Debtor

                                                                          Case No. 01-01139

                                                                          **Claim No. 1244**
                                                                          **Claim Amount: $22,917.56**


### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(E) (2)

Transferor:     Lemax / Ram Motors & Controls
                5460 Pottsville Pike #A
                Leesport, PA 19533
                Attn: Jeffrey Musser

*Your claim amount of* **$22,917.56** *against the Debtors has been transferred to:*

Transferee:     Contrarian Funds, LLC
                411 West Putnam Avenue, S-225
                Greenwich, CT 06830
                Attn:  Ms. Alpa Jimenez

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    District of Delaware
    Attn: The U.S. Bankruptcy Clerk
    824 Market Street, 5th Floor
    Wilmington, DE 19801

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Copy:  (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____


                                                        _____
                                                        Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

LEMAX/RAM, a __MJ__ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated ~~May~~ July 14 2004, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $22,917.56, against W.R. Grace & Co., (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 14 day of ~~May~~ July 2004.

(Assignor)
**LEMAX/RAM**

By: _(signature)_
Name: Jeffrey R. Musser
Title: President

(Assignee)
**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, LLC,
as manager

By: _(signature)_
Name: Janice Stanton
Title: Member

(Assignor)
**WITNESS:**

By: _(signature)_
Name: Linda D. Rauenzahn
Title: Credit Manager