# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## MAY 1, 2004 THROUGH MAY 31, 2004

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 05/14/04 | PD UPS TO WILMINGTON, DE; KMJ; CK # 261166 | 9.84 |
| 05/19/04 | PD UPS TO WILMINGTON, DE; KMJ; INV # 0000081207214 | 0.00 |
| | Duplicating | 122.92 |
| | Matter Total Engagement Cost | 132.76 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 04/21/04 | PD AMEXP TO AT&T WIRELESS; AJM; CK# 260567[2] | 14.00 |
| 05/11/04 | PD UPS TO NEW YORK, NY; BEM; CK # 261166 | 7.74 |
| 05/11/04 | PD UPS TO NEW YORK, NY; BEM; CK # 261166 | 7.74 |
| 05/11/04 | PD UPS TO NEW YORK, NY; BEM; CK # 261166 | 7.74 |
| 05/13/04 | PD TRAVEL EXPENSE; AJM; CK# 261372[3] | 68.25 |
| 05/13/04 | PD MEAL EXPENSE; AJM; CK# 261372[4] | 9.00 |
| 05/21/04 | PD UPS TO NEW YORK, NY; BEM; INV # 0000081207214 | 7.74 |
| 05/25/04 | Paid HCK#153149 to Southern District Reporters for fee for reporters in U. S. District Court, Southern District of New York, #10501, S#5530[5] | 240.00 |
| 05/28/04 | DOCUMENT ACCESS FACILITY--ANNEX--MAY 2004 | 2864.00 |
| | Duplicating | 34.90 |
| | Matter Total Engagement Cost | 3,261.11 |

---

[2] This expense reflects cellular telephone charges incurred by Anthony J. Marchetta, Esq. for calls regarding the *NY Superfund* matter.

[3] *See* Direct Reimbursement Expense Report for Anthony J. Marchetta, Esq. dated May 14, 2004 attached hereto as Exhibit 1.

[4] *See id.*

[5] *See* copy of Pitney, Hardin, Kipp & Szuch LLP check no. 153149 made payable to the Southern District Reports, dated May 25, 2004 and District Court Transcript Order form dated May 24, 2004, both attached hereto as Exhibit 2.

# EXHIBIT 1

# DIRECT REIMBURSEMENT EXPENSE REPORT

**NAME** ANTHONY J. MARCHETTA

**Period From:** _____
**To:** _____

| DATE | DESCRIPTION OF DEPARTURE DESCRIPTION OR ALLOWABLE EXPENSE | Auto Expenses | | | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | Parking or Tolls | | | | | |
| 5/13/2004 | Travel to and hearing in NY on Superfund case | 110 | $41.25 | $13.00 | | $9.00 | $14.00 | $77.25 | 082913.9 WRG/Superfund |

Show details on Page 2

**Expenses Reported** $ 77.25

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _[signed]_   Date 5/14/04

RECEIVED MAY 18 2004
PITNEY, HARDIN, KIPP & SZUCH LLP

10501 - 68.25
10504 - 9.00

# EXHIBIT 2

082913.000009
Fee for Reporters in USDC-SDNY
$240.00
5/25/04

#8 S#5530

PAID..............
APPROVED...........
VENDOR NO. 10116
CHECK NO. 153149
CHARGE.... 10541

ALREADY ENTERED
IN COMPUTER

**PITNEY, HARDIN, KIPP & SZUCH LLP**
P.O. BOX 1945
MORRISTOWN, NEW JERSEY 07962-1945

№ 153149

55-760/312 (006)

PNC Bank, N.A.
NEW JERSEY 060
161 MADISON AVENUE, MORRISTOWN, NJ 07960

PAY   Two Hundred Forty Dollars and Zero Cents

TO THE ORDER OF   Southern District Reporters

**ACCOUNTS PAYABLE FILE COPY**

| DATE | AMOUNT |
|---|---|
| 5/25/04 | $240.00 |

PITNEY, HARDIN, KIPP & SZUCH LLP

NON NEGOTIABLE
AUTHORIZED SIGNATURE

⑈153149⑈ ⑆031207607⑆ 8100460510⑈

---

**PITNEY, HARDIN, KIPP & SZUCH LLP**
**CHECK REQUISITION**

PAYEE   Southern District Reporters            DATE 5/25/04
CLIENT  WR Grace                               NO.
MATTER  Continental Casualty                   NO.
DESCRIPTION  Fee for Reporters in USDC SDNY

AMOUNT $ 240.00

AUTHORIZED SIGNATURE

# District Court Transcript Order Form
(Not for CJA or AUSA)

**Southern District Reporters, P.C.**
500 Pearl Street, Room 330
New York, NY 10007
(212) 805-0300

*Complete this form CLEARLY, sign and fax to (212) 805-0355*

Name: SUSAN PARKER

Firm Name: PITNEY HARDIN

Email Address: sparker@pitneyhardin.com

Address: 200 Campus Drive

City/State/Zip: Florham Park, New Jersey 07932

Phone: 973-966-8316    Fax: 973-966-1550

## Transcript Information

Name of Case: W R Grace & Co. vs. Continental Casualty

Case Number: 88-CV-4337    Judge/Magistrate: Lewis A. Kaplan

Date of Proceeding: May 20, 2004

Type of Proceeding: Hearing

Check if Sealed: ___
Check if Decision: ___

## Delivery Information

*Please check all that apply:*

Night (Same Day-$7.20 pp): ___
Daily (Next day-$6.00 pp): X
Intermediate (One week-$4.80 pp): ___
Regular (One month-$3.60 pp): ___
Need page estimate first?: ___
Realtime ($2.75 pp additional): ___

Hard Copy: ✓ yes ___ no
Diskette: ___ yes ___ no
Email Transcript: ___ yes ___ no
(provide email address above)
Minuscript: ___ yes ___ no

Want to order electronic copies immediately? Log on to www.exemplaris.com to purchase a copy. For more information, contact Rose at (212) 805-0300, extension 5.

Signature: Susan Parker    Date: 5/24/04

Payment is due upon receipt of transcript
Accepted methods of payment – VISA, MC, DISCOVER, CASH, CHECK

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | (Jointly Administered) |
| Debtors. | Objection Deadline: August 20, 2004 |
| | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: July 23, 2004

Respectfully submitted,
PITNEY HARDIN LLP

_____
Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

2