# EXHIBIT A

### Matter 48 – Fraudulent Conveyance Adversary Proceeding – Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/27/2004 | Samuel Blatnick | 5.50 | Research and draft motion of interim fee application to recover fees for services performed in the fraudulent conveyance matter from June 1, 2003 through December 31, 2003. |
| 6/21/2004 | Shirley A Pope | .50 | Review and download fradulent conveyance pleadings. |
|  | Total hours: | 6.00 |  |

A-1