## Attachment B To June 2004 Fee Application
## Summary of PwC's Fees By Professional

**Professional Profiles**
**WR Grace Time Tracking-Audit**
**For the Month Ended June 30, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Bill Bishop | Audit Partner | 27 | 802 | 4.3 | 3,449 |
| Todd Hutcherson | Audit Senior Manager | 11 | 615 | 1.4 | 861 |
| Will Choi | Audit Manager | 6 | 526 | 13.0 | 6,838 |
| Sandra David | Audit Manager | 6 | 526 | 1.2 | 631 |
| Nina Govic | Audit Senior Associate | 3 | 369 | 8.0 | 2,952 |
| Ryan Grady | Audit Senior Associate | 12 | 332 | 55.9 | 18,559 |
| Aimee Stickley | Audit Associate | 2 | 292 | 25.9 | 7,563 |
| Nicholas Stromann | Audit Associate | <1 | 213 | 2.3 | 490 |
| Lauren Misler | Audit Associate | <1 | 213 | 0.9 | 192 |
| Cornelius Nzume | Audit Intern | Intern | 170 | 21.0 | 3,570 |
| | | | TOTAL | 133.9 | $ 45,104 |

| | |
|---|---|
| Total at Standard Rate | $ 45,104.00 |
| 55 % Accrual Rate Adjustment | $ 24,807.20 |
| Total at 45% Accrual Rate | $ 20,296.80 |
| Total Hours | 133.9 |

**Professional Profiles**
**WR Grace Time Tracking-Sarbanes-Oxley**
**For the Month Ended June 30, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 7.4 | 5,935 |
| John Newstead | Audit Senior Manager | 10+ | 659 | 63.0 | 41,517 |
| Hermann Schutte | Audit Manager | 4 | 526 | 113.6 | 59,754 |
| William Choi | Audit Senior Associate | 5 | 526 | 1.7 | 894 |
| Nina Govic | Audit Senior Associate | 3 | 369 | 1.0 | 369 |
| Maureen Driscoll | SPA Senior Associate | 4 | 449 | 17.8 | 7,992 |
| Douglas Wright | Audit Associate | 2 | 251 | 28.0 | 7,028 |
| Aimee Stickley | Audit Associate | 2 | 292 | 1.3 | 380 |
| Martin Pretorius | SPA Senior Associate | 5+ | 449 | 4.0 | 1,796 |
| | | | TOTAL | 237.8 | $ 125,664 |

| | |
|---|---|
| Total at Standard Rate | $ 125,664.40 |
| 35 % Accrual Rate Adjustment | $ 43,982.54 |
| Total at 65% Accrual Rate | $ 81,681.86 |
| Total Hours | 238 |
| | |
| Total Fees Requested June 2004 | $ 101,978.66 |
| Total Hours June 2004 | 371.7 |

{MCM9466.DOC}

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file)**

| | |
|---|---|
| **Total Cost of Time Tracking** | $ 6,074.50 |
| **Less 55% rate reduction** | $ (3,340.98) |
| **Total Cost of Tracking Time Billed to Grace** | $ 2,733.53 |
| **Total Hours Spent Tracking Time** | 28.2 |

## Summary of PwC's Fees By Project Category:
## June 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **28.2** | **$2,733.53** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |

{MCM9466.DOC}

| | | |
|---|---|---|
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **371.7** | **$101,978.66** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **399.9** | **$104,712.19** |

## Expense Summary
## June 2004

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$719.00** |
| **Lodging** | **N/A** | |
| **Sundry** | **N/A** | |
| **Business Meals** | **N/A** | **6.38** |
| **TOTAL:** | | **$725.38** |

{MCM9466.DOC}