**EXHIBIT A**

**Professional Profiles**
**WR Grace Time Tracking-Audit**
**For the Month Ended June 30, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Bill Bishop | Audit Partner | 27 | 802 | 4.3 | 3,449 |
| Todd Hutcherson | Audit Senior Manager | 11 | 615 | 1.4 | 861 |
| Will Choi | Audit Manager | 6 | 526 | 13.0 | 6,838 |
| Sandra David | Audit Manager | 6 | 526 | 1.2 | 631 |
| Nina Govic | Audit Senior Associate | 3 | 369 | 8.0 | 2,952 |
| Ryan Grady | Audit Senior Associate | 12 | 332 | 55.9 | 18,559 |
| Aimee Stickley | Audit Associate | 2 | 292 | 25.9 | 7,563 |
| Nicholas Stromann | Audit Associate | <1 | 213 | 2.3 | 490 |
| Lauren Misler | Audit Associate | <1 | 213 | 0.9 | 192 |
| Cornelius Nzume | Audit Intern | Intern | 170 | 21.0 | 3,570 |
| | | | TOTAL | 133.9 $ | 45,104 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 45,104.00 |
| 55 % Accrual Rate Adjustment | $ | 24,807.20 |
| Total at 45% Accrual Rate | $ | 20,296.80 |
| Total Hours | | 133.9 |

**Professional Profiles**
**WR Grace Time Tracking-Sarbanes-Oxley**
**For the Month Ended June 30, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 7.4 | 5,935 |
| John Newstead | Audit Senior Manager | 10+ | 659 | 63.0 | 41,517 |
| Hermann Schutte | Audit Manager | 4 | 526 | 113.6 | 59,754 |
| William Choi | Audit Senior Associate | 5 | 526 | 1.7 | 894 |
| Nina Govic | Audit Senior Associate | 3 | 369 | 1.0 | 369 |
| Maureen Driscoll | SPA Senior Associate | 4 | 449 | 17.8 | 7,992 |
| Douglas Wright | Audit Associate | 2 | 251 | 28.0 | 7,028 |
| Aimee Stickley | Audit Associate | 2 | 292 | 1.3 | 380 |
| Martin Pretorius | SPA Senior Associate | 5+ | 449 | 4.0 | 1,796 |
| | | | TOTAL | 237.8 $ | 125,664 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 125,664.40 |
| 35 % Accrual Rate Adjustment | $ | 43,982.54 |
| Total at 65% Accrual Rate | $ | 81,681.86 |
| Total Hours | | 238 |
| | | |
| Total Fees Requested June 2004 | $ | 101,978.66 |
| Total Hours June 2004 | | 371.7 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: John Newstead** | | | | |
| **SARBANES-OXLEY** | | | | |
| 06/01/2004 | 1.0 | Documentary review - review of Grace Sarbanes documentation | $659 | $ 659 |
| | 1.0 | Attend Coordination meeting - Brian Kenny, Ryan Heaps, Barb Summerson (Grace), Bill Bishop, John Newstead, William Choi, Ryan Grady, Nina Govic (PwC) | | |
| 06/02/2004 | 3.6 | Planning and documentation - review documentation prepared by Grace and plan on PwC testing/review strategy | $659 | $ 2,372 |
| 06/03/2004 | 1.4 | Meet with J Newstead and T Hutcherson (PwC) to discuss agenda for June 7 meeting with B Tarola (Grace) and July 15 audit committee meeting | $659 | $ 923 |
| | 2.6 | Revise audit committee report | | |
| 06/04/2004 | 2.0 | Phone conversation with B. Kenny (PwC) and associated preparation | $659 | $ 1,318 |
| 06/07/2004 | 6.0 | Site visit to Columbia -internal Pwc meeting and meeting with protiviti representatives, B. Tarola, and B. Kenny (Grace) | $659 | $ 3,954 |
| 06/08/2004 | 1.0 | Conference call preparation and call with B. Kenny (Grace) | $659 | $ 659 |
| 06/09/2004 | 1.0 | Attend IT planning meeting with Barb Summerson, Ed Slotwinski, George Bollok, Val Mrozek (Grace), Christine Saxon (Protiviti) and John Newstead (PwC) | $659 | $ 659 |
| | 1.0 | Attend meeting with Brian Kenny, Ryan Heaps (Grace) and John Newstead (PwC) to discuss clients 404 concerns | | |
| | 5.4 | work on Grace documentation review for general computer controls | | |
| 06/10/2004 | 1.4 | Documentary review for IT cycle | $659 | $ 923 |
| 06/11/2004 | 0.8 | Documentary review of company level controls | $659 | $ 527 |
| 06/14/2004 | 1.2 | Research on company level controls | $659 | $ 791 |
| 06/15/2004 | 2.0 | Internal liaison for IT review | $659 | $ 1,318 |
| 06/16/2004 | 1.0 | Project support, provide guidence package to PwC and Grace Teams | $659 | $ 659 |
| 06/17/2004 | 2.0 | Meet with John Newstead (PwC) to discuss planning documentation and scheduling issues, as well as inputs for Audit Committee | $659 | $ 1,318 |
| | 3.6 | Meeting with Brian Kenny to discuss SOX project | | |
| 06/21/2004 | 4.0 | discussions with H. Schutte and M. Driscoll (PwC) regarding project management | $659 | $ 2,636 |
| 06/23/2004 | 8.0 | Site visit to Columbia meeting with B. Kenny (Grace) and review of asscoiated doceumentation | $659 | $ 5,272 |
| 06/24/2004 | 3.0 | Internal research and documentation | $659 | $ 1,977 |
| 06/25/2004 | 3.0 | Internal research and documentation | $659 | $ 1,977 |
| 06/28/2004 | 5.0 | Project management and discussions with H. Schutte (PwC) | $659 | $ 3,295 |
| 06/30/2004 | 2.0 | Responding to questions from B. Kenny (Grace) | $659 | $ 1,318 |
| | **63.0** | | | **$ 32,555** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Bill Bishop** | | | | |
| **AUDIT** | | | | |
| 06/22/2004 | 2.0 | Research audit policies relating to audit of Alltech - new Grace acquisition | 802 | $ 1,604 |
| 06/22/2004 | 1.6 | Discuss background of Alltech with B. Tarola (Grace) | 802 | $ 1,283 |
| 06/22/2004 | 0.4 | Discuss background of Alltech with S. Ahern (Grace) | 802 | $ 321 |
| 06/30/2004 | 0.3 | Call in to quarterly legal reserve review meeting | 802 | $ 241 |
| | **4.3** | | | **$ 3,449** |
| **SARBANES-OXLEY** | | | | |
| 06/01/2004 | 1.0 | Summerson (Grace), J Newstead, T Hutcherson, W Choi, S David, N Govic, R Grady, H Schutte (PwC) | 802 | $ 802 |
| 06/03/2004 | 1.4 | Meet with J Newstead and T Hutcherson (PwC) to discuss agenda for June 7 meeting with B Tarola (Grace) and July 15 audit committee meeting | 802 | $ 1,123 |
| 06/07/2004 | 3.2 | Meet with B Tarola, B Kenny, B Summerson, R Heaps (Grace), M Hendrixson (Protiviti), J Newstead (PwC) to discuss status of internal control audit process and current understandings of requirements | 802 | $ 2,566 |
| | 1.0 | Meet with B Tarola, D Siegel,B Kenny, R Heaps (Grace), M Hendrixson (Protiviti), J Newstead (PwC) to discuss application of internal control audit to legal reserve process | 802 | $ 802 |
| | 0.3 | Discuss with H Schutte (PwC) status of review of treasury function documentation | 802 | $ 241 |
| | 0.3 | Discuss with J Newstead (PwC) the outcomes of the client meeting | 802 | $ 241 |
| | 0.2 | Discuss internal control audit status with B Tarola (Grace) | 802 | $ 160 |
| | **7.4** | | | **$ 5,935** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Todd Hutcherson** | | | | |
| 06/03/2004 | 1.0 | Scoping meeting (call) regarding environmental matters and interaction with Sarbanes-Oxley legislation with B. Kenny (Grace) and T. Kalinosky (PwC) | 615 | $ 615 |
| 06/30/2004 | 0.4 | Second quarter legal reserve call with Grace management; legal counsel and PwC | 615 | $ 246 |
| | **1.4** | | | **$ 861** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Hermann Schutte** | | | | |
| **SARBANES-OXLEY** | | | | |
| 06/01/2004 | 1.0 | Compile information for coordination meeting and prepare for meeting | 526 | $ 526 |
| | 1.0 | Attend Coordination meeting - Brian Kenny, Ryan Heaps, Barb Summerson (Grace), Bill Bishop, John Newstead, William Choi, Ryan Grady, Nina Govic (PwC) | 526 | $ 526 |
| | 2.0 | Work through Chicago 51st, 65th and 71st Street walkthrough documentation for correctness | 526 | $ 1,052 |
| | 2.0 | Update control sheet and matrixes based on new location classification included in the Protiviti Portal and describe new matrixes | 526 | $ 1,052 |
| 06/02/2004 | 1.0 | Prepare for walkthrough meeting of the Treasury process | 526 | $ 526 |
| | 1.4 | Walkthrough Treasury: Process Funds process with Bonita Harch (Grace) | 526 | $ 736 |
| | 1.3 | Walkthrough Treasury: Manage Debt process with Bonita Harch (Grace) | 526 | $ 684 |
| | 0.3 | Walkthrough Treasury: Foreign Exchange process with Bonita Harch (Grace) | 526 | $ 158 |
| | 0.5 | Document walkthrough for Cash Mobilization & Utilization sub-process | 526 | $ 263 |
| | 0.2 | Document walkthrough for Wire Transfers sub-process | 526 | $ 105 |
| | 0.4 | Document walkthrough for US Bank Account Management sub-process | 526 | $ 210 |
| | 0.3 | Document walkthrough for Receipt of Miscellaneous Non-Cutomer Payments sub-process | 526 | $ 158 |
| | 0.4 | Document walkthrough for Davison Stand-By Letter of Credit sub-process | 526 | $ 210 |
| | 0.4 | Document walkthrough for US Stand-by Letters of Credit sub-process | 526 | $ 210 |
| | 0.4 | Document walkthrough for Foreign Financial Assurances sub-process | 526 | $ 210 |
| | 0.3 | Document walkthrough for DIP Credit Facility & Stand-by Letters of Credit Fee Accrual sub-process | 526 | $ 158 |
| | 0.2 | Document walkthrough for Post-Petition Borrowing - Foreign sub-process | 526 | $ 105 |
| | 0.2 | Document walkthrough for Post-Petition Borrowing - ART sub-process | 526 | $ 105 |
| | 0.4 | Document walkthrough for WR Grace & Co DIP Post-Petition Borrowing - sub-process | 526 | $ 210 |
| | 0.3 | Document walkthrough for Foreign Exchange (F/X) sub-process | 526 | $ 158 |
| 06/03/2004 | 2.0 | Work through Chicago 51st, 65th and 71st Street walkthrough documentation for correctness | 526 | $ 1,052 |
| | 0.2 | Attend conference call between Brian Kenny (Grace) and Tom Kalinosky (PwC) regarding envrinmental risks | 526 | $ 105 |
| | 0.5 | Print site desription documentation and related documents for Curtic Bay Site | 526 | $ 263 |
| | 0.7 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay - Capital Assets Process (2 sub-processes) | 526 | $ 368 |
| | 0.9 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay - Procurement process (3 sub-processes) | 526 | $ 473 |
| | 0.6 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay - Inventory Management process (2 sub-processes) | 526 | $ 316 |
| | 0.4 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay - Payroll process (1 sub-process) | 526 | $ 210 |
| | 0.5 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay Fluid Cracking Catalysts - Procurement (1 sub-process) | 526 | $ 263 |
| | 1.2 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay Fluid Cracking Catalysts - Inventory Management (6 sub-process) | 526 | $ 631 |
| | 0.5 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay Fluid Cracking Catalysts - Payroll process (1 sub-process) | 526 | $ 263 |
| | 0.5 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay Hydro-Processing - Procurement (1 sub-process) | 526 | $ 263 |
| 06/04/2004 | 1.4 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay Hydro-Processing - Inventory Management (8 sub-processes) | 526 | $ 736 |
| | 0.4 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay Hydro-Processing - Payroll process (1 sub-process) | 526 | $ 210 |
| | 0.5 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay Polyolefins - Procurement (1 sub-process) | 526 | $ 263 |
| | 1.2 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay Polyolefins - Inventory Management (7 sub-process) | 526 | $ 631 |
| | 0.3 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay Polyolefins - Payroll process (1 sub-process) | 526 | $ 158 |
| | 0.5 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay Silicas - Procurement (1 sub-process) | 526 | $ 263 |
| | 1.1 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay Silicas - Inventory Management (7 sub-process) | 526 | $ 579 |
| | 0.5 | Generate risk matrix report, print copy of risk matrix and process maps for Curtis Bay Silicas - Payroll process (1 sub-process) | 526 | $ 263 |
| | 1.1 | Document design evaluation for Treasury: Process Funds - various sub-processes | 526 | $ 579 |
| | 1.0 | Document design evaluation for Treasury: Foreign Exchange - various sub-processes | 526 | $ 526 |
| 06/07/2004 | 0.6 | Document design evaluation for Treasury: Manage Debt - various sub-processes | 526 | $ 316 |
| | 1.0 | Update PwC database with Treasury information | 526 | $ 526 |
| | 1.0 | Update and analysis of scheduling for 404 assignment | 526 | $ 526 |
| 06/08/2004 | 0.7 | Print site desription documentation and related documents for Lake Charles Site | 526 | $ 368 |
| | 0.8 | Generate risk matrix report, print copy of risk matrix and process maps for Lake Charles - Sales/Order Entry process (4 sub-process) | 526 | $ 421 |
| | 0.5 | Generate risk matrix report, print copy of risk matrix and process maps for Lake Charles - Capital assets process (2 sub-process) | 526 | $ 263 |
| | 0.8 | Generate risk matrix report, print copy of risk matrix and process maps for Lake Charles - Procurement process (4 sub-process) | 526 | $ 421 |
| | 1.0 | Generate risk matrix report, print copy of risk matrix and process maps for Lake Charles - Inventory Management process (7 sub-process) | 526 | $ 526 |
| | 0.7 | Generate risk matrix report, print copy of risk matrix and process maps for Lake Charles - Accounts Payable process (3 sub-process) | 526 | $ 368 |

| Date | Hours | Description | | | |
|---|---|---|---|---|---|
| | 0.3 | Generate risk matrix report, print copy of risk matrix and process maps for Lake Charles - Payroll process (1 sub-process) | 526 | $ | 158 |
| | 0.5 | Print site desription documentation and related documents for Epernon, France Site | 526 | $ | 263 |
| | 0.8 | Generate risk matrix report, print copy of risk matrix and process maps for Epernon, France - Financial Reporting (4 sub-process) | 526 | $ | 421 |
| | 0.7 | Generate risk matrix report, print copy of risk matrix and process maps for Epernon, France - Credit & Collections (3 sub-process) | 526 | $ | 368 |
| | 1.2 | Generate risk matrix report, print copy of risk matrix and process maps for Epernon, France - Sales/Order Entry (8 sub-process) | 526 | $ | 631 |
| 06/09/2004 | 1.2 | Generate risk matrix report, print copy of risk matrix and process maps for Epernon, France - Inventory Management (9 sub-process) | 526 | $ | 631 |
| | 0.4 | Generate risk matrix report, print copy of risk matrix and process maps for Epernon, France - Accounts Payable (3 sub-process) | 526 | $ | 210 |
| | 0.6 | Generate risk matrix report, print copy of risk matrix and process maps for Epernon, France - Payroll (3 sub-processes) | 526 | $ | 316 |
| | 1.3 | Plot scheduled time for staff related to 404 on timetable | 526 | $ | 684 |
| | 1.1 | Print remediation plans (various) to be used in analysis document by staff members | 526 | $ | 579 |
| | 1.0 | Attend IT planning meeting with Barb Summerson, Ed Slotwinski, George Bollok, Val Mrozek (Grace), Christine Saxon (Protiviti) and John Newstead (PwC) | 526 | $ | 526 |
| | 1.0 | Attend meeting with Brian Kenny, Ryan Heaps (Grace) and John Newstead (PwC) to discuss clients 404 concerns | 526 | $ | 526 |
| | 1.4 | Generate risk matrix report on Protivit Portal for Epernon, France Site, export to Excel and edit for printing purposes | 526 | $ | 736 |
| 06/10/2004 | 1.2 | Generate risk control matrix on Protivit Portal for Corporate, export to Excel and edit for printing purposes | 526 | $ | 631 |
| | 0.7 | Generate risk control matrix on Protivit Portal for Columbia Site, export to Excel and edit for printing purposes | 526 | $ | 368 |
| | 0.8 | Generate risk control matrix on Protivit Portal for Chicago 51st Street Site, export to Excel and edit for printing purposes | 526 | $ | 421 |
| | 0.7 | Generate risk control matrix on Protivit Portal for Chicago 51st Street - DAREX Site, export to Excel and edit for printing purposes | 526 | $ | 368 |
| | 0.6 | Generate risk control matrix on Protivit Portal for Chicago 51st Street - SSC Site, export to Excel and edit for printing purposes | 526 | $ | 316 |
| | 0.7 | Generate risk control matrix on Protivit Portal for Chicago 51st Street - SBM Site, export to Excel and edit for printing purposes | 526 | $ | 368 |
| | 0.9 | Generate risk control matrix on Protivit Portal for Chicago 71st Street Site, export to Excel and edit for printing purposes | 526 | $ | 473 |
| | 0.6 | Generate risk control matrix on Protivit Portal for Chicago 65th Street Site, export to Excel and edit for printing purposes | 526 | $ | 316 |
| | 0.7 | Generate risk control matrix on Protivit Portal for Columbia - FCC Site, export to Excel and edit for printing purposes | 526 | $ | 368 |
| | 0.5 | Generate risk control matrix on Protivit Portal for Columbia - Other Catalysts Site, export to Excel and edit for printing purposes | 526 | $ | 263 |
| | 0.6 | Generate risk control matrix on Protivit Portal for Columbia Site - Polyolefin, export to Excel and edit for printing purposes | 526 | $ | 316 |
| 06/11/2004 | 0.4 | Generate risk control matrix on Protivit Portal for Columbia Site - Silicas, export to Excel and edit for printing purposes | 526 | $ | 210 |
| | 0.6 | Generate risk control matrix on Protivit Portal for Curtis Bay Site, export to Excel and edit for printing purposes | 526 | $ | 316 |
| | 1.0 | Generate risk control matrix on Protivit Portal for Curtis Bay - FCC and Other Catalysts Sites, export to Excel and edit for printing purposes | 526 | $ | 526 |
| 06/14/2004 | 1.2 | Generate risk control matrix on Protivit Portal for Curtis Bay - Polyolefin and Silicas Sites, export to Excel and edit for printing purposes | 526 | $ | 631 |
| | 1.1 | Generate risk control matrix on Protivit Portal for Valleyfield, Canada Site, export to Excel and edit for printing purposes | 526 | $ | 579 |
| | 1.2 | Generate risk control matrix on Protivit Portal for Pieri, France Site, export to Excel and edit for printing purposes | 526 | $ | 631 |
| | 1.3 | Generate risk control matrix on Protivit Portal for Houston Site, export to Excel and edit for printing purposes | 526 | $ | 684 |
| | 1.2 | Generate risk control matrix on Protivit Portal for Santiago, Mexico Site, export to Excel and edit for printing purposes | 526 | $ | 631 |
| 06/15/2004 | 1.8 | Update locations control matrix spreadsheet with information relating to Houston - add controls were necessary | 526 | $ | 947 |
| | 2.2 | Update locations control matrix spreadsheet with information relating to Valleyfield, Canada - add controls were necessary | 526 | $ | 1,157 |
| | 1.7 | Update locations control matrix spreadsheet with information relating to Pieri, France - add controls were necessary | 526 | $ | 894 |
| | 0.3 | Update locations control matrix spreadsheet with information relating to Santiago, Mexico - add controls were necessary | 526 | $ | 158 |
| 06/16/2004 | 1.4 | Update locations control matrix spreadsheet with information relating to Santiago, Mexico - add controls were necessary (continued) | 526 | $ | 736 |
| | 1.6 | Update locations control matrix spreadsheet with information relating to Lake Charles, Mexico - add controls were necessary | 526 | $ | 842 |
| | | | 526 | $ | - |
| 06/17/2004 | 0.8 | Edit location control matrix spreadsheet for printing purposes and print copies for discussion purposes | 526 | $ | 421 |
| | 2.2 | Compile planning document/timetable for walkthroughs, testing and level one and two testing of company level controls | 526 | $ | 1,157 |
| | 2.0 | Meet with John Newstead (PwC) to discuss planning documentation and scheduling issues, as well as inputs for Audit Committee | 526 | $ | 1,052 |
| | 3.0 | Prepare draft presentation relating to Sarbnaes Oxley for Audit Committee | 526 | $ | 1,578 |
| 6/18/2004 | 1.2 | Amend Audit Committee presentation | 526 | $ | 631 |
| | 0.8 | Compile list of outstanding issues/issues to be addressed | 526 | $ | 421 |
| | 2.1 | Compile file for senior manager regarding planning and control location for discussion purposes, including examples of risk control matrixes form Protiviti Portal | 526 | $ | 1,105 |
| | 0.8 | Follow-up, prepare and discuss outstanding issues over telephone with Brian Kenny and Ryan Heaps (Grace) | 526 | $ | 421 |
| | 3.1 | Research and document requirements for control objectives in risk control matrixes for discussion purposes | 526 | $ | 1,631 |
| 06/28/2004 | 5.0 | Meet with John Newstead (PwC) to discuss feedback of meeting with client, audit committee presentation, planning documents and international visits | 526 | $ | 2,630 |
| | 1.2 | Amend audit committee presentation and forward copies for inputs | 526 | $ | 631 |
| | 0.8 | Update list of internal and external issues to be addressed, compile file with supporting documentation | 526 | $ | 421 |
| | 1.0 | Respond to e-mail received from client and attend conference call to discuss issue with Ryan Heaps (Grace) and John Newstead (PwC) | 526 | $ | 526 |

| | | | | | |
|---|---|---|---|---|---|
| 06/29/2004 | 0.9 | Attend second quarter meeting with William Choi, Nina Govic, Aimee Stickley, Ryan Grady, Lauren Misler, Nick Stromann and Cornelius Nzume (PwC) | 526 | $ | 473 |
| | 1.0 | Download all remediation plans available for Protivit Portal and compile list for control purposes | 526 | $ | 526 |
| | 0.3 | Generate risk matrix report, print copy of risk matrix and process maps for Epernon, France - Capital Assets (2 sub-process) | 526 | $ | 158 |
| | 0.3 | Generate risk matrix report, print copy of risk matrix and process maps for Epernon, France - Procurement (5 sub-process) | 526 | $ | 158 |
| | 0.8 | Compile PwC Risk control matrix for Houston (Sales/Order Process) | 526 | $ | 421 |
| | 1.4 | Compile PwC Risk control matrix for Houston (Procurements Process) | 526 | $ | 736 |
| | 1.5 | Compile PwC Risk control matrix for Houston (Inventory Management Process) | 526 | $ | 789 |
| | 1.6 | Compile PwC Risk control matrix for Houston (Payroll Process) | 526 | $ | 842 |
| | 1.2 | | 526 | $ | 631 |
| 06/30/2004 | 0.7 | Attend meeting with Brian Kenny (Grace) to discuss company level controls and potential site visits | 526 | $ | 368 |
| | 1.5 | Attend the WR Grace Sarbanes Oxley 404 meeting with Bryan Kenny and Ryan Heaps (WR Grace) as a PwC observer | 526 | $ | 789 |
| | 4.8 | Start with process to document all current deficiencies in the remediation plans in PwC's Summary of Aggregated Deficiencies | 526 | $ | 2,525 |
| | **113.6** | | | **$** | **59,754** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: William Choi** | | | | |
| **AUDIT** | | | | |
| 06/03/2004 | 1.2 | Review and review current year letter of arrangement | 526 | $ 631 |
| | 0.9 | Research accrued vacation issue, its impact on the quarters at WR Grace | 526 | $ 473 |
| 06/04/2004 | 0.8 | Research footnote disclosures for foreign currency transaction information | 526 | $ 421 |
| | 1.1 | Review the impact of the current draft of SOP on PP&E policy | 526 | $ 579 |
| | 1.2 | Discuss the PP&E policy issue and foreign currency transaction disclosure requirement with T. Delbrugge (Grace) | 526 | $ 631 |
| | 0.8 | Review the new integrated audit database steps | 526 | $ 421 |
| 06/28/2004 | 2.1 | Review/Draft WR Grace presentation to the audit committee, July 2004 | 526 | $ 1,105 |
| 06/29/2004 | 0.6 | WR Grace second quarter planning meeting - R Grady (PwC), Stronman (PwC), Misler (PwC), Stickley (PwC), Govic (PwC) | 526 | $ 316 |
| | 0.9 | Review the scope of Alltech acquisition | 526 | $ 473 |
| | 0.5 | Review 2nd quarter planning meeting agenda | 526 | $ 263 |
| | 0.3 | Review responsibility matrix for the 2nd quarter review work | 526 | $ 158 |
| 06/30/2004 | 0.3 | Participate in the WR Grace quarterly legal reserve meeting | 526 | $ 158 |
| | 0.3 | Review the press release on the corporate governance issue | 526 | $ 158 |
| | 0.8 | Prepare list of questions to ask K. Myers (Grace) regarding the acquisition of Alltech | 526 | $ 421 |
| | 0.6 | Start on the adverse data search form for Alltech officers | 526 | $ 316 |
| | 0.6 | Review the scope of work document (scope and coverage info to be included in the ACR) for upcoming 2004 audit | 526 | $ 316 |
| | **13.0** | | | **$ 6,838** |
| **SARBANES-OXLEY** | | | | |
| 06/01/2004 | 1.0 | Participate in bi-weekly status update meeting Kenny (Grace), Summerset (Grace), Schutte (PwC), Grady (PwC), Govic (PwC) | 526 | $ 526 |
| | 0.7 | Prepare and review the agenda for the status update meeting | 526 | $ 368 |
| | **1.7** | | | **$ 894** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Sandra David** | | | | |
| 06/17/2004 | 0.4 | Discuss timing of second quarter with R. Brown and D. Hughes (Grace) | 526 | $    210 |
| 06/25/2004 | 0.3 | Review second quarter schedule request to be sent to R. Brown (Grace) | 526 | $    158 |
| 06/30/2004 | 0.5 | Planning for second quarter with R. Brown (Grace), review schedule request with Rick, discuss information we will review | 526 | $    263 |
| | **1.2** | | | **631** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) | |
|------|-------|--------------------------------|-----------|----------|---|

**Name:  Nina Govic**

**AUDIT**

| 06/01/2004 | 0.7 | Group team planning meeting.  Discussion of logistics, and discussion of information Grace had requested was dissemenated | 369 | $ | 258 |
| | 1.8 | Discussion with William Choi and new senior Ryan Grady (PwC) regarding logistics for segregation of duties at Grace and upcoming Grace audit committtee reporting | 369 | $ | 664 |
| 06/03/2004 | 0.6 | Discussion with A. Stickley (PwC) on the set up on the new database | 369 | $ | 221 |
| | 1.6 | Review of the 2004 integrated audit database | 369 | $ | 590 |
| | 0.5 | Discussion with M. Brown (Grace) regarding the inclusion of value added tax in purchase price allocaitons | 369 | $ | 185 |
| 06/07/2005 | 0.5 | Research inclusion of value added tax in purchase price allocaitons. | 369 | $ | 185 |
| 06/08/2004 | 0.4 | Document researched conclusion of value added tax in purchase price allocaitons. | 369 | $ | 148 |
| 06/14/2004 | 0.4 | Discussion conclusions for value added tax exclusion from purchase price allocation with M. Brown (Grace) | 369 | $ | 148 |
| 06/17/2004 | 0.5 | Work with Aimee Stickley (PwC) to determine strategy for updating 2004 database for work to be performed. | 369 | $ | 185 |
| 06/29/2004 | 0.1 | Review check received from WR Grace, apply to bankruptcy allowance | 369 | $ | 37 |
| | 0.9 | timing | 369 | $ | 332 |
| | **8.0** | | | **$** | **2,952** |

**SARBANES-OXLEY**

| 06/01/2004 | 0.6 | Set up required Sarbanes Oxley steps in the new 2004 audit database | 369 | $ | 221 |
| | 0.4 | Discussion with Maureen Driscoll on Sarbox timing and agenda | 369 | $ | 148 |
| | **1.0** | | | **$** | **369** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Ryan Grady** | | | | |
| 06/01/2004 | 2.8 | Review prior year working papers and database to become familiar with Grace and PwC's audit procedures | 369 | $ 1,033 |
| 06/02/2004 | 0.8 | Review prior year database and related audit procedures | 369 | $ 295 |
| 06/03/2004 | 1.6 | Review, and incorporate changes in, Grace engagement letter for 2004 audit | 369 | $ 590 |
| | 1.6 | Compile international fee information for audits of Grace international affiliates | 369 | $ 590 |
| 06/14/2004 | 0.8 | Review 1st quarter work in process (WiP) reports and compile budgetary information for second quarter review work | 369 | $ 295 |
| | 0.4 | General planning for second quarter review work | 369 | $ 148 |
| 06/15/2004 | 2.1 | Planning and prepartion work for second quarter review work | 369 | $ 775 |
| 06/16/2004 | 2.3 | Compile information for audit committee report draft | 369 | $ 849 |
| | 1.7 | Prepare first draft of audit committee report for review by engagement management | 369 | $ 627 |
| 06/21/2004 | 2.1 | Work on draft audit committee report | 369 | $ 775 |
| | 3.3 | Revise draft fee schedule for interational audit teams | 369 | $ 1,218 |
| | 0.8 | Review and proofread draft audit committee report | 369 | $ 295 |
| | 1.5 | General planning procedures for second quarter review | 369 | $ 554 |
| | 0.4 | Review of prior quarterly review database workpapers | 369 | $ 148 |
| 06/22/2004 | 0.9 | Review of prior quarterly review database | 369 | $ 332 |
| | 1.8 | Planning procedures and completion of database steps for second quarter review work | 369 | $ 664 |
| | 2.1 | Revise audit committee report | 369 | $ 775 |
| | 2.5 | Planning procedures and completion of database steps for second quarter review work | 369 | $ 923 |
| 06/23/2004 | 1.8 | Review and revise audit committee report | 369 | $ 664 |
| 06/24/2004 | 2.1 | Compile and update/revise international audit team fee schedule | 369 | $ 775 |
| | 2.0 | Review and revise audit committee report | 369 | $ 738 |
| | 0.5 | Proofread and review draft audit committee report | 369 | $ 185 |
| | 0.5 | Draft billing invoice for April 2004 | 369 | $ 185 |
| | 1.1 | Compile and update billing and cash receipts schedule for Grace billings | 369 | $ 406 |
| | 0.5 | Discuss with G. Herndon (Grace) March and April billings | 369 | $ 185 |
| 06/25/2004 | 0.5 | Revise draft billing invoice for April 2004 | 369 | $ 185 |
| | 0.5 | Revise/Review billing and cash receipts schedule for Grace billings | 369 | $ 185 |
| | 1.2 | Review draft client assistance listings for second quarter reievw | 369 | $ 443 |
| | 1.3 | Review prior quarter (first quarter) work performed | 369 | $ 480 |
| | 0.9 | Review draft audit committee report and revise as requested | 369 | $ 332 |
| | 0.8 | Discuss draft client assistance listing with N. Fausto (Grace) | 369 | $ 295 |
| | 0.4 | Revise draft client assistance listing | 369 | $ 148 |
| 06/28/2004 | 1.7 | Review changes and incorporate into draft audit committee report | 369 | $ 627 |
| | 0.4 | Review information on Alltech, Inc., a company to be acquired by Grace | 369 | #REF! |
| 06/29/2004 | 0.9 | Planning meeting for second quarter with W. Choi (PwC), N. Stromann (PwC), N. Govic (PwC), L. Misler (PwC), A. Stickley (PwC), C. Nzume (PwC) | 369 | $ 332 |
| | 1.0 | Review information on Alltech, Inc., a company to be acquired by Grace | 369 | $ 369 |
| | 1.5 | Begin planning phase for audit of acquisition of Alltech | 369 | $ 554 |
| | 1.0 | Review and make changes to audit committee report | 369 | $ 369 |
| | 0.8 | Review work performed by C. Nzume (PwC) in relation to planning for Grace audit | 369 | $ 295 |
| | 0.7 | Review and compile staffing levels for Grace audit | 369 | $ 258 |
| 06/30/2004 | 1.0 | Update and review staffing summary for Grace audit | 369 | $ 369 |
| | 0.8 | Compose email requests and review responses from international affiliates for information included in audit committee report | 369 | $ 295 |
| | 1.2 | General planning procedures for acquisition audit of Alltech, Inc. | 369 | $ 443 |
| | 0.5 | Participate in conference call regarding Grace's legal and divestiture reserves with B. Torrola (Grace), M. Joy (Grace), T. Hutcherson (PwC), W. Bishop (PwC). | 369 | $ 185 |
| | 0.8 | Document results of meeting with Grace regardingl legal and divestiture reserves | 369 | $ 295 |
| | **55.9** | | | **#REF!** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Maureen Driscoll** | | | | |
| **SARBANES-OXLEY** | | | | |
| 06/14/2004 | 3.6 | Review preliminary draft of Grace Sarbanes Oxley documentation related to IT, including downloading material from Portal online tool | 449 | $ 1,616 |
| | 1.2 | Review Grace IT documentation with Protiviti staff | 449 | $ 539 |
| | 2.4 | Travel time during business hours | 449 | $ 1,078 |
| | 0.8 | Review 2004 audit plan and Portal tool with H. Schutte (PwC) | 449 | $ 359 |
| 06/18/2004 | 0.2 | Coordinate with B. Summerson (Grace) to set up meeting with Protiviti to review IT documentation | 449 | $ 90 |
| | 0.6 | Review Grace Sarbanes Oxley IT documentation | 449 | $ 269 |
| 06/21/2004 | 0.8 | Review Grace Sarbanes Oxley IT documentation | 449 | $ 359 |
| | 0.2 | Coordinate with M. Pretorius (PwC) for meeting to review documentation | 449 | $ 90 |
| 06/22/2004 | 2.1 | Meet with B. Summerson (Grace), Protiviti, and M. Pretorius (PwC) regarding questions on Sarbanes IT documentation | 449 | $ 943 |
| | 1.5 | Meet with M. Pretorius (PwC) to provide background on Grace's Sarbanes Oxley efforts to date, issues from 2003 audit, and discuss planing for 2004 | 449 | $ 674 |
| | 2.4 | Travel during business hours | 449 | $ 1,078 |
| 06/28/2004 | 1.0 | Discuss 2004 audit planning with N. Govic (PwC), send note to Grace PwC team to coordinate planning meeting | 449 | $ 449 |
| 06/29/2004 | 1.0 | Prepare agenda and confirm talking points for planning meeting | 449 | $ 449 |
| | **17.8** | | | **$ 7,992** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Aimee Stickley** | | | | |
| **06/07/2004** | 0.5 | Discussing to do list with Nina Govic (PwC) and timing of 2nd quarter work | 292 | $   146 |
| **06/08/2004** | 0.3 | Discussing archive of the 1st quarter database with Nina Govic (PwC) | 292 | $    88 |
| | 0.2 | Looking thorough database for the outstanding deliverable and status (Hong Kong) | 292 | $    58 |
| **06/09/2004** | 0.2 | Email to Ryan Grady (PwC) on timing for next week | 292 | $    58 |
| | 0.2 | Reviewing the archiving approval process for Grace database | 292 | $    58 |
| **06/14/2004** | 0.4 | Sending emails to Ryan Grady (PwC) and Nina Govic (PwC) about the database migration to integrated audit database | 292 | $   117 |
| **06/16/2004** | 0.5 | Planning work on Grace database in order to incorporate the new integrated database | 292 | $   146 |
| **06/17/2004** | 0.3 | Database email to Nina Govic (PwC) in regard to rolling forward information and the integrated database | 292 | $    88 |
| | 0.3 | Discussion with Nina Govic on implementing the integrated database | 292 | $    88 |
| | 0.5 | Discussion with Lauren Misler (PwC) and Nick Stromann (PwC) on benefit plan testing and selection testing | 292 | $   146 |
| | 2.5 | Creating database and reading guidance on database - importing new and required steps | 292 | $   730 |
| | 0.9 | Looking through the databases again - comparing databases and making recommendations on the items to import and delete | 292 | $   263 |
| | 0.5 | Inputting information for the file deployment to server - (detail file information, engagement & administrative info, engagement roles) | 292 | $   146 |
| | 0.3 | Looking up info on the concurring review partner maximum period of continuous service | 292 | $    88 |
| | 0.4 | Researching concurring review partner question and reading PwC audit 3221 | 292 | $   117 |
| | 0.2 | Reviewing 1st quarter Section of the database for open items and things needing follow up during 2nd quarter | 292 | $    58 |
| | 0.5 | Discussion with Ryan Grady (PwC) on Grace items - (planning meeting agenda, database set up, responsibility matrix, scheduling) | 292 | $   146 |
| | 0.3 | Beginning the details for the Q2 planning agenda | 292 | $    88 |
| | 0.3 | Looking at the Grace intern timing | 292 | $    88 |
| | 0.3 | Updating availability matrix to Ryan Grady (PwC) for planning meeting | 292 | $    88 |
| **06/18/2004** | 0.3 | sending out Q1 update list for wil so we can make sure it is ready for archive | 292 | $    88 |
| | 0.3 | Grace - making list of key contacts for Grace | 292 | $    88 |
| | 0.3 | draft email to team for file deployment of integrated database | 292 | $    88 |
| | 0.5 | email to Ryan on key client contact list, updates to database, pbc lists | 292 | $   146 |
| | 0.3 | update to responsibility matrix | 292 | $    88 |
| | 0.2 | update to the planning meeting agenda | 292 | $    58 |
| | 0.4 | rolling forward the PBC for Davison and Corporate | 292 | $   117 |
| | 0.2 | sending FSDCL email to corporate team | 292 | $    58 |
| | 0.4 | Grace updates and email to R. Grady | 292 | $   117 |
| **06/21/2004** | 0.1 | Answering Ryan Grady's (PwC) Grace question about scoping and international clearance schedule | 292 | $    29 |
| **06/28/2004** | 1.9 | Grace database items - looking through new integrated database and updating the database with tailored procedures and steps. | 292 | $   555 |
| | 0.4 | Grace database discussion about steps | 292 | $   117 |
| | 0.2 | Grace - database items | 292 | $    58 |
| | 0.2 | talking to Ryan Grady about journal entry testing | 292 | $    58 |
| **06/29/2004** | 0.3 | Talking to Ryan Grady (PwC) about planning meeting and agenda | 292 | $    88 |
| | 0.9 | Grace planning meeting/conference call with team (W. Choi, R.Grady, N.Stromann, N.Govic, H. Schutte, L. Misler, C. Nzume) | 292 | $   263 |
| **06/30/2004** | 1.0 | Looking through the integrated database and the supplementary database and printing supplementary steps | 292 | $   292 |
| | 0.5 | aiding Cornelius Nzume (PwC) on importing required steps for the new database | 292 | $   146 |
| | 5.2 | Continuing to review the database - comparing new steps to the prior year database and the tailored procedures within the steps. | 292 | $ 1,518 |
| | 0.7 | aiding Cornelius Nzume (PwC) on importing quarter steps from the prior year database | 292 | $   204 |
| | 0.5 | aiding Cornelius on adding new step - (copy steps internally and adding new sections to the database) | 292 | $   146 |
| | 0.3 | Walking through the database steps with Ryan Grady (PwC) to see if there are other steps to import | 292 | $    88 |
| | 0.2 | Meeting with John Reilly (Grace) and Ryan Grady (PwC) to discuss lifo/inv. Cap calculation timing | 292 | $    58 |
| | 0.3 | aiding Cornelius Nzume on the copy internal steps and the initial interim steps/ Q1 steps to complete | 292 | $    88 |
| | 0.3 | Looking through the client inquiry questionnaires compared to inquiry steps in database for completeness | 292 | $    88 |
| | 0.4 | Emailing the client assistance list to John Reilly (Grace) and Michael Brown (Grace) | 292 | $   117 |
| | **25.9** | | | **$ 7,563** |
| **SARBANES-OXLEY** | | | | |
| **05/06/2004** | 1.3 | Meeting with Larry Marchman (Grace) and Nina Govic (PwC) on the credit and collections process | 292 | $   380 |
| | **1.3** | | | **$   380** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|

**Name:  Douglas Wright**

**SARBANES-OXLEY**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| | 0.5 | Discussion with H. Schutte (PwC) and J. Newstead (PwC) regarding documentation of controls matrices. | 251 | $ 126 |
| 06/07/2004 | 1.5 | Wrapping up controls documentation for Chicago trip | 251 | $ 377 |
| | 1.0 | Reading through remediation plans | 251 | $ 251 |
| | 4.0 | Creating excel spreadsheet in which to document controls matrices and company-wide controls. | 251 | $ 1,004 |
| 06/08/2004 | 1.5 | Creating excel spreadsheet in which to document controls matrices and company-wide controls. | 251 | $ 377 |
| | 4.0 | Documenting Chicago and Curtis Bay processes in controls matrices | 251 | $ 1,004 |
| | 1.0 | Documenting Columbia MD processes in controls matrices. | 251 | $ 251 |
| 06/09/2004 | 1.5 | Reading through remediation plans for Chicago, Curtis Bay, Lake Charles, LA and Columbia, MD. | 251 | $ 377 |
| | 2.5 | Documenting issues noted in the remediation plan into PwC spreadsheet. | 251 | $ 628 |
| 06/10/2004 | 1.5 | Mapping of company-wide controls into PwC formatted spreadsheet. | 251 | $ 377 |
| | 2.5 | Documenting CAVR for Chicago, Curtis Bay, Lake Charles, LA and Columbia, MD into PwC formatted spreadsheet. | 251 | $ 628 |
| | 3.0 | Preparing Curtis Bay, MD notes and reading through the processes noted by internal audit | 251 | $ 753 |
| 06/11/2004 | 1.5 | Documenting Columbia, MD remediation issues into PwC spreadsheet. | 251 | $ 377 |
| | 2.0 | Documenting Lake Charles, LA remediation issues into PwC spreadsheet. | 251 | $ 502 |
| | **28.0** | | | **$   7,028** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|---|---|---|---|---|---|---|

**Name: Nicholas Stromann**

| Date | Hours | Description of Services Provided | | Bill Rate | | Cost ($) |
|---|---|---|---|---|---|---|
| 06/23/2004 | 0.8 | Update table of contents of the presentation for the upcoming AC meeting | $ | 212 | $ | 170 |
| 06/29/2004 | 0.2 | Contact Guy Welty (Grace) about connectivity issues at Grace. | $ | 212 | $ | 42 |
| | 0.9 | Q2 Team Planning meeting with R. Grady, H. Schutte, C. Nzume, A. Stickley, N. Govic, W. Choi, L. Misler (PwC) | $ | 212 | $ | 191 |
| | 0.2 | Introduce R. Grady (PwC) to Glenn Herndon (Grace) and inquire to the status of the March fees due to PwC | $ | 212 | $ | 42 |
| | 0.2 | Call to N. Govic (PwC) regarding matching invoices to check received from G. Herndon | $ | 212 | $ | 42 |
| | **2.3** | | | | $ | **488** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|------|-------|--------------------------------|-----------|--|----------|--|

**Name:  Lauren Misler**

| 06/29/2004 | 0.9 | Q2 Team Planning meeting with R. Grady, H. Schutte, C. Nzume, A. Stickley, N. Govic, W. Choi, N. Stromann (PwC) | $ | 212 | $ | 191 |
| | **0.9** | | | | $ | **191** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Martin Pretorius** | | | | |
| **SARBANES-OXLEY** | | | | |
| **06/22/2004** | 4.0 | Meeting between PwC, Proviti and WR Grace to discuss status of the audit to date. | 449 | $    1,796 |
| | **4.0** | | | $    **1,796** |

W. R. Grace & Co.
Time Summary Report
Month Ended June 30, 2004

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Cornelius Nzume** | | | | |
| **06/28/2004** | 3.3 | Meet with R.Grady (PwC) to discuss role on team and learn about client | 170 | $ 561 |
| | 1.2 | download client data current and prior year | 170 | $ 204 |
| | 3.0 | review prior year audit | 170 | $ 510 |
| **06/29/2004** | 1.5 | update the client contact list | 170 | $ 255 |
| | 0.9 | meeting with L. Misler, W. Choi, A. Strickley, n. Govic, R. Grady, N. Stromann, H. Schutte (all PwC) | 170 | $ 153 |
| | 1.6 | send independence confirmation to new associate on client contact list as required by audit standards | 170 | $ 272 |
| | 4.0 | build a schedule of staff assigned to client up to March 05 | 170 | $ 680 |
| **06/30/2004** | 1.0 | build a schedule of staff assigned to client up to March 05 | 170 | $ 170 |
| | 1.5 | update client audit database | 170 | $ 255 |
| | 3.0 | roll STEPS into integrated database | 170 | $ 510 |
| | **21.0** | | | **$   3,570** |

W. R. Grace & Co.
Time Summary Report
Month Ended June 30, 2004

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|-----------|---|---------|
| **Name: Nina Govic** | | | | | |
| **06/03/2004** | 1.0 | Complete my May 2004 time and expense reporting | 369 | $ | 369 |
| | 0.8 | Create request for May 2004 time and expense filings to bankruptcy court. | 369 | $ | 295 |
| **06/21/2004** | 0.8 | Compile my May 2004 T&E | 369 | $ | 295 |
| **06/25/2004** | 0.7 | Finalize May 2004 T&E filing | 369 | $ | 258 |
| **06/29/2004** | 0.6 | Finalize May 2004 filing | 369 | $ | 221 |
| **Name: Aimee Stickley** | | | | | |
| **06/16/2004** | 2.0 | grace time recording for bankruptcy process | 292 | $ | 584 |
| **06/21/2004** | 0.2 | Grace bankruptcy time - getting June expense reports and sending | 292 | $ | 58 |
| **Name: Nicholas Stromann** | | | | | |
| **06/07/2004** | 1.0 | Creating May Time and Expense Worksheets for the Grace Team based upon the hours and expenses charged per the May WIPS; sending initial reminder to remit this information to me | $  212 | $ | 212 |
| **06/15/2004** | 1.5 | May Time and Expense for entire Grace team-assimilating data into consolidated files | $  212 | $ | 318 |
| **06/16/2004** | 1.1 | May Time and Expense for entire Grace team-assimilating data into consolidated files | $  212 | $ | 233 |
| **06/22/2004** | 2.0 | May Time and Expense for entire Grace team-assimilating data into consolidated files | $  212 | $ | 424 |
| **06/23/2004** | 1.0 | May Time and Expense for entire Grace team-assimilating data into consolidated files | $  212 | $ | 212 |
| **06/24/2004** | 2.0 | May Time and Expense for entire Grace team-assimilating data into consolidated files, extracting time that is not compensable, separating time spent for time tracking, formatting print screens | $  212 | $ | 424 |
| **06/25/2004** | 0.5 | Put finishing touches on the May Time and Expense Files for the Grace team and sending the files to N. Govic (PwC) for review | $  212 | $ | 106 |
| **06/28/2004** | 0.3 | Sending emails to D. Wright and H. Schutte (PwC) requesting additional explanations for May expenses charged to WR Grace | $  212 | $ | 64 |
| **06/29/2004** | 0.2 | Resolve unresolved May 2004 Expense issues | $  212 | $ | 42 |
| **Name: Gemma Munro** | | | | | |
| **06/29/2004** | 1.0 | Fax and mail Grace fee application to attorneys | 119 | $ | 119 |
| **Name: Ilauna Ogunloye** | | | | | |
| **06/05/2004** | 4.0 | Revise and update time and expense tracking spreadsheets | 157 | $ | 628 |
| **Name: Ryan Grady** | | | | | |
| 06/21/2004 | 0.2 | Time tracking update for bankruptcy reporting | 369 | $ | 74 |
| 06/23/2004 | 0.5 | Time tracking update | 369 | $ | 185 |
| **06/24/2004** | 0.2 | Time tracking update | 369 | $ | 74 |
| **06/25/2004** | 0.2 | Update time tracking | 369 | $ | 74 |

| | | | | | |
|---|---|---|---|---|---|
| **06/29/2004** | 0.4 | Update time tracking | 369 | $ | 148 |
| **06/30/2004** | 0.2 | Update time tracking | 369 | $ | 74 |
| **Name: H. Schutte** | | | | | |
| **06/07/2004** | 4.4 | Detail ananlysis of time and expenses for invoive purposes | 526 | $ | - |
| **Name: S. David** | | | | | |
| **06/16/2004** | 0.7 | Put together time summary report for May 2004 | 526 | $ | 368 |
| **Name: M. Driscoll** | | | | | |
| **06/18/2004** | 0.2 | Grace time and expense reporting | 449 | $ | 90 |
| **Doug Wright** | | | | | |
| **06/11/2004** | 0.5 | Time tracking | 251 | $ | 126 |

| | |
|---|---|
| **Total Cost of Time Tracking** | **$   6,074.50** |
| **Less 55% rate reduction** | **$   (3,340.98)** |
| **Total Cost of Tracking Time Billed to Grace** | **$   2,733.53** |
| **Total Hours Spent Tracking Time** | **28.2** |