**EXHIBIT B**

| | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|
| **CONSOLIDATED AUDIT-EXPENSE DETAIL** | | | | | |
| **For the Month Ended June 30, 2004** | | | | | |
| **Nina Govic** | 06/01/2004 | **Audit Senior Associate** | $ | 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | 06/03/2004 | **Audit Senior Associate** | $ | 32.35 | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | | | **$** | **64.70** | |
| **Ryan Grady** | 06/16/2004 | **Audit Senior Associate** | $ | 12.00 | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | 06/21/2004 | **Audit Senior Associate** | $ | 12.00 | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | 06/22/2004 | **Audit Senior Associate** | $ | 12.00 | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | 06/24/2004 | **Audit Senior Associate** | $ | 12.00 | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | 06/25/2004 | **Audit Senior Associate** | $ | 12.00 | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | 06/28/2004 | **Audit Senior Associate** | $ | 12.00 | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | 06/29/2004 | **Audit Senior Associate** | $ | 12.00 | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | 06/30/2004 | **Audit Senior Associate** | $ | 12.00 | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | | | **$** | **96.00** | |
| **Aimee Stickley** | 06/17/2004 | **Audit Associate** | $ | 27.75 | Mileage in excess of normal commute (86-12 miles) * $0.375/mile |
| | 06/30/2004 | **Audit Associate** | $ | 27.75 | Mileage in excess of normal commute (86-12 miles) * $0.375/mile |
| | | | **$** | **55.50** | |
| **Cornelius Nzume** | 06/28/2004 | **Audit Intern** | $ | 3.00 | Mileage in excess of normal commute (24-20 miles * $0.375/mile) |
| | 06/29/2004 | **Audit Intern** | $ | 3.00 | Mileage in excess of normal commute (24-20 miles * $0.375/mile) |
| | 06/30/2004 | **Audit Intern** | $ | 3.00 | Mileage in excess of normal commute (24-20 miles * $0.375/mile) |
| | | | **$** | **9.00** | |
| **SARBANES OXLEY RELATED EXPENSES:** | | | | | |
| **Todd Hutcherson** | | **Audit Senior Manager** | | | |
| **Hermann Schutte** | 06/01/2004 | **Audit Manager** | $ | 26.64 | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | 06/02/2004 | **Audit Manager** | $ | 26.64 | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | 06/03/2004 | **Audit Manager** | $ | 26.64 | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | 06/04/2004 | **Audit Manager** | $ | 26.64 | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | 06/07/2004 | **Audit Manager** | $ | 26.64 | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | 06/08/2004 | **Audit Manager** | $ | 26.64 | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | 06/09/2004 | **Audit Manager** | $ | 26.64 | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | 06/10/2004 | **Audit Manager** | $ | 26.64 | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | 06/14/2004 | **Audit Manager** | $ | 26.64 | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | 06/29/2004 | **Audit Manager** | $ | 26.64 | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | 06/30/2004 | **Audit Manager** | $ | 26.64 | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | | | **$** | **293.04** | |
| **Maureen Driscoll** | 06/14/2004 | **SPA Senior Associate** | $ | 6.38 | Out of town lunch (Columbia) |
| | 06/14/2004 | **SPA Senior Associate** | $ | 88.88 | Mileage in excess of normal commute (240-3 miles) * $0.375 |
| | 06/14/2004 | **SPA Senior Associate** | $ | 11.50 | Tolls while travelling from Philadelphia to Columbia |
| | 06/22/2004 | **SPA Senior Associate** | $ | 88.88 | Mileage in excess of normal commute (240-3 miles) * $0.375 |
| | 06/22/2004 | **SPA Senior Associate** | $ | 11.50 | Tolls while travelling from Philadelphia to Columbia |
| | | | **$** | **207.14** | |
| | | **Grand Total** | **$** | **725.38** | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended June 30, 2004**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **Nina Govic** | Audit | 06/01/2004 | $ 32.35 | | | | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| | Audit | 06/03/2004 | $ 32.35 | | | | Mileage in excess of normal commute (93-7 miles * $.375/mile) |
| **Ryan Grady** | Audit | 06/16/2004 | $ 12.00 | | | | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | Audit | 06/21/2004 | $ 12.00 | | | | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | Audit | 06/22/2004 | $ 12.00 | | | | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | Audit | 06/24/2004 | $ 12.00 | | | | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | Audit | 06/25/2004 | $ 12.00 | | | | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | Audit | 06/28/2004 | $ 12.00 | | | | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | Audit | 06/29/2004 | $ 12.00 | | | | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| | Audit | 06/30/2004 | $ 12.00 | | | | Mileage in excess of normal commute (58-26 miles * $.375/mile) |
| **Aimee Stickley** | Audit | 06/17/2004 | $ 27.75 | | | | Mileage in excess of normal commute (86-12 miles) * $0.375/mile |
| | Audit | 06/30/2004 | $ 27.75 | | | | Mileage in excess of normal commute (86-12 miles) * $0.375/mile |
| **Cornelius Nzume** | Audit | 06/28/2004 | $ 3.00 | | | | Mileage in excess of normal commute (24-20 miles * $0.375/mile) |
| | Audit | 06/29/2004 | $ 3.00 | | | | Mileage in excess of normal commute (24-20 miles * $0.375/mile) |
| | Audit | 06/30/2004 | $ 3.00 | | | | Mileage in excess of normal commute (24-20 miles * $0.375/mile) |
| **Hermann Schutte** | Sarbanes | 06/01/2004 | $ 26.64 | | | | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | Sarbanes | 06/02/2004 | $ 26.64 | | | | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | Sarbanes | 06/03/2004 | $ 26.64 | | | | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | Sarbanes | 06/04/2004 | $ 26.64 | | | | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | Sarbanes | 06/07/2004 | $ 26.64 | | | | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | Sarbanes | 06/08/2004 | $ 26.64 | | | | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | Sarbanes | 06/09/2004 | $ 26.64 | | | | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | Sarbanes | 06/10/2004 | $ 26.64 | | | | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | Sarbanes | 06/14/2004 | $ 26.64 | | | | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | Sarbanes | 06/29/2004 | $ 26.64 | | | | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| | Sarbanes | 06/30/2004 | $ 26.64 | | | | Mileage in excess of normal commute (76-4 miles)*$0.37/mile |
| **Maureen Driscoll** | Sarbanes | 06/14/2004 | | | | $ 6.38 | Out of town lunch (Columbia) |
| | Sarbanes | 06/14/2004 | $ 88.88 | | | | Mileage in excess of normal commute (240-3 miles) * $0.375 |
| | Sarbanes | 06/14/2004 | $ 11.50 | | | | Tolls while travelling from Philadelphia to Columbia |
| | Sarbanes | 06/22/2004 | $ 88.88 | | | | Mileage in excess of normal commute (240-3 miles) * $0.375 |
| | Sarbanes | 06/22/2004 | $ 11.50 | | | | Tolls while travelling from Philadelphia to Columbia |
| **Summary** | | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
| | | | $ 725.38 | $ 719.00 | $ - | $ - | $ 6.38 |