**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors | : | |

**ORDER APPROVING THIRTEENTH QUARTERLY**
**FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX**
**CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF**
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

Upon consideration of the Thirteenth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period April 1, 2004 through June 30, 2004, dated August 13, 2004 (the "Application"); and upon the Certification of William Bishop in support of the Application; and upon a hearing having been held before this Court to consider the Thirteenth Quarterly Fee Application on July 28, 2004; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Thirteenth Fee Application are approved, and it is further

ORDERED that the compensation for services rendered in the amount of 80% of $306,678.88 (plus $9,949.01 for preparing the related fee applications) and reimbursement of expenses incurred in the amount of $5,819.86 is hereby granted to PwC.

Dated: _____ __, 2004

<div style="text-align:right">
_____
JUDITH K. FITZGERALD
United States Bankruptcy Judge
</div>

{MCM9479.DOC}