# EXHIBIT B

{MCM9476.DOC}

**Summary of PwC's Fees By Individual:**
**Thirteenth Interim Quarterly Reporting Period**
**April 1, 2004 thru June 30, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| **Aimee Stickley** | **Audit Associate** | 2 | 292 | 158.7 | **20,929.10** |
| **Bill Bishop** | **Audit Partner** | 27 | 802 | 37.4 | **15,999.90** |
| **Cornelius Nzume** | **Audit Intern** | <1 | 170 | 21 | **1,606.50** |
| **Douglas Wright** | **Audit Associate** | 2 | 251 | 120.2 | **19,610.63** |
| **Hermann Schutte** | **Audit Manager** | 5+ | 526 | 301.3 | **103,014.47** |
| **Jean Qi** | **Audit Senior Associate** | 5 | 377 | 14.5 | **2,459.93** |
| **John Newstead** | **SPA Senior Manager** | 10+ | 659 | 90 | **38,551.50** |
| **Joseph Divito** | **SPA Partner** | 10+ | 887 | 1 | **576.55** |
| **Larry Farmer** | **Audit Partner** | 34 | 802 | 4.9 | **1,768.41** |
| **Lauren Misler** | **Audit Associate** | <1 | 213 | 37.2 | **3,565.62** |
| **Martin Pretorius** | **SPA Senior Associate** | 5+ | 449 | 4 | **1,167.40** |
| **Maureen Driscoll** | **SPA Senior Associate** | 5 | 449 | 26.4 | **7,201.96** |
| **Nicholas Stromann** | **Audit Associate** | <1 | 213 | 104 | **9,968.40** |
| **Nina Govic** | **Audit Senior Associate** | 4 | 369 | 125.1 | **24,263.60** |
| **Robert Eydt** | **Audit Partner** | 20+ | 1310 | 1 | **589.50** |
| **Ryan Grady** | **Audit Senior Associate** | 5 | 332 | 64.9 | **9,696.06** |
| **Sandra David** | **Audit Manager** | 6 | 526 | 23.4 | **5,538.78** |
| **Scott Tremble** | **Audit Associate** | 1 | 197 | 3 | **265.95** |
| **Todd Hutcherson** | **Audit Senior Manager** | 11 | 615 | 52 | **14,391.00** |
| **William Choi** | **Audit Manager** | 6 | 526 | 103.7 | **25,513.63** |
| **Total** | | | | 1293.7 | **306,678.88** |

**Time to Track Time:**

| Month | Hours | Total Cost |
|---|---|---|
| **April** | 23.6 | 3,612.33 |
| **May** | 26.4 | 3,603.15 |
| **June** | 28.2 | 2,733.53 |
| **Totals** | 78.2 | $9,949.01 |

**Summary of PwC's Fees By Project Category:**
**Thirteenth Interim Quarterly Reporting Period**
**April 1, 2004 thru June 30, 2004**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |

| | | |
|---|---|---|
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **78.2** | **$9,949.01** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **1,293.7** | **$306,678.88** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **1,371.9** | **$316,627.89** |

{MCM9476.DOC}

# EXHIBIT C

{MCM9476.DOC}

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Thirteenth Interim Reporting Period**
**April 1, 2004 thru June 30, 2004**

| Type of Expense | |
|---|---:|
| Transportation | $4,352.17 |
| Lodging | $873.78 |
| Sundry | $35.37 |
| Business Meals | $558.54 |
| **Grand Total for the Fee Period April 1, 2004 through June 30, 2004** | **$5,819.86** |

{MCM9476.DOC}