## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. <u>et al.</u>[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: August 18, 2004 at 4:00 p.m.**
**Hearing date:  To be scheduled, only if objections**
**are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Twenty-Ninth Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from June 1, 2004 through June 30, 2004, seeking

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

compensation in the amount of $27,416.50 and reimbursement for actual and necessary expenses in the

amount of $738.78 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 18, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the following:  (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200

East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones,

Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box

8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the

Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP,

180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R.

Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware

19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property

Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First

Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number

305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O.

Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official

Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399

Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford,

Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500,

Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas

Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-

993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O.

25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee

of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
        July 29, 2004

                                Respectfully submitted,


                                Michael R. Lastowski (DE I.D. No. 3892)
                                DUANE MORRIS LLP
                                1100 North Market Street, Suite 1200
                                Wilmington, DE 19801
                                Telephone:      (302) 657-4900
                                Facsimile:      (302) 657-4901
                                E-mail:         mlastowski@duanemorris.com

                                - and –

                                William S. Katchen (Admitted in NJ Only)
                                DUANE MORRIS LLP
                                One Riverfront Plaza
                                Newark, New Jersey 07102
                                Telephone:      (973) 424-2000
                                Facsimile:      (973) 424-2001
                                E-mail:         wskatchen@duanemorris.com

                                -and -

                                Lewis Kruger
                                STROOCK & STROOCK & LAVAN LLP
                                180 Maiden Lane
                                New York, New York 10038-4982
                                Telephone:      (212) 806-5400
                                Facsimile:      (212) 806-6006
                                e-mail:         lkruger@stroock.com


                                *Co-Counsel for the Official Committee of Unsecured Creditors of*
                                *W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                              Chapter 11

**W.R. Grace & Co., et al.**         Case No. 01-01139 (JKF)

           Debtors.           Jointly Administered

**Objection Date:  August 18, 2004 at 4:00 p.m.**
**Hearing Date:  To be scheduled, only if objections are timely filed and served**

### TWENTY-NINTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **June 1, 2004 – June 30, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$27,416.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$738.78** |

This is an: ☒ interim  ☐ final application

The total time expended for fee application preparation is approximately 2.70 hours and the corresponding compensation requested is approximately $459.00[2]

This is the twenty-ninth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Twenty-ninth Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

**Monthly Interim Fee Applications**

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

WLM\199358.1

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |

WLM\199358.1

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | | |

# DuaneMorris

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

July 22, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1027534                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 14.10 | hrs. at | $495.00 | /hr. = | $6,979.50 |
| RW RILEY | PARTNER | 3.00 | hrs. at | $385.00 | /hr. = | $1,155.00 |
| WS KATCHEN | PARTNER | 27.30 | hrs. at | $545.00 | /hr. = | $14,878.50 |
| JH LEMKIN | ASSOCIATE | 0.30 | hrs. at | $295.00 | /hr. = | $88.50 |
| RA HARRIS | ASSOCIATE | 6.80 | hrs. at | $220.00 | /hr. = | $1,496.00 |
| CM WINTER | ASSOCIATE | 0.40 | hrs. at | $275.00 | /hr. = | $110.00 |
| DM SPEERS | PARALEGAL | 2.80 | hrs. at | $190.00 | /hr. = | $532.00 |
| CB FOX | PARALEGAL | 0.40 | hrs. at | $170.00 | /hr. = | $68.00 |
| VL AKIN | PARALEGAL | 11.20 | hrs. at | $170.00 | /hr. = | $1,904.00 |
| AT ASH | LEGAL ASSISTAN | 1.00 | hrs. at | $125.00 | /hr. = | $125.00 |
| V MARCHELLO | LEGAL ASSISTAN | 1.00 | hrs. at | $80.00 | /hr. = | $80.00 |
| | | | | | | $27,416.50 |

| DISBURSEMENTS | |
|---|---|
| DOCUMENT E-FILING | 130.70 |
| DOCUMENT RETRIEVAL | 39.68 |
| LEXIS LEGAL RESEARCH | 52.80 |
| MEETING EXPENSE | 30.13 |
| MESSENGER SERVICE | 219.50 |
| OVERNIGHT MAIL | 35.34 |
| OVERTIME RELATED COSTS | 25.60 |
| PRINTING & DUPLICATING | 157.80 |
| TELECOPY | 37.05 |
| TELEPHONE | 10.18 |
| TOTAL DISBURSEMENTS | $738.78 |

BALANCE DUE THIS INVOICE                                        $28,155.28

PREVIOUS BALANCE                                                    $83,242.74

TOTAL BALANCE DUE                                                  $111,398.02

Duane Morris
July 22, 2004
Page 3

File # K0248-00001                                          INVOICE # 1027534
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/12/2004 | 001 | WS KATCHEN | REVIEW SEALED AIR MOTION. | 1.70 | $926.50 |
| 6/14/2004 | 001 | WS KATCHEN | REVIEW SEALED AIR MOTION PAPERS AND EXHIBITS FOR RECONSIDERATION STRATEGY ON BANKRUPTCY COURT'S DECISION. | 2.60 | $1,417.00 |
| | | | Code Total | 4.30 | $2,343.50 |

Duane Morris
July 22, 2004
Page 4

File # K0248-00001                                          INVOICE # 1027534
    W.R. GRACE & CO.

| 6/15/2004 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO ASSIGN A CERTAIN SUBLEASE FOR REAL PROPERTY | 0.20 | $99.00 |
|---|---|---|---|---|
| | | Code Total | 0.20 | $99.00 |

Duane Morris
July 22, 2004
Page 5

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1027534

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/1/2004 | 004 | CB FOX | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL | 0.10 | $17.00 |
| 6/2/2004 | 004 | DM SPEERS | REVIEWING 6/1/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/2/2004 | 004 | DM SPEERS | REVIEWING 6/2/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/3/2004 | 004 | DM SPEERS | REVIEWING 6/3/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 6/4/2004 | 004 | DM SPEERS | ONLINE 3RD CIRCUIT DOCKET SEARCH IN COMBUSTION ENGINEERING APPEALS RE 6/3/04 ORAL ARGUMENT AND TRANSCRIPT, TELEPHONE CIRCUIT COURT RE OBTAINING TRANSCRIPT | 0.20 | $38.00 |
| 6/4/2004 | 004 | DM SPEERS | REVIEWING 6/4/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 6/7/2004 | 004 | CB FOX | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL | 0.10 | $17.00 |
| 6/8/2004 | 004 | DM SPEERS | REVIEWING 6/7/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/9/2004 | 004 | DM SPEERS | TELEPHONE 3RD CIRCUIT AND COURT REPORTER RE OBTAINING COPY OF 6/3/04 ORAL ARGUMENT TRANSCRIPT, E-MAIL RAHARRIS AND WSKATCHEN RE SAME | 0.10 | $19.00 |
| 6/10/2004 | 004 | DM SPEERS | REVIEWING 6/8/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/10/2004 | 004 | DM SPEERS | REVIEWING 6/9/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/10/2004 | 004 | DM SPEERS | REVIEWING 6/10/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/11/2004 | 004 | AT ASH | REVIEW DOCKET TO DETERMINE STATUS OF DM FEE APPLICATIONS PER M. LASTOWSKI'S CASE. | 0.10 | $12.50 |

Duane Morris
July 22, 2004
Page 6

File # K0248-00001                                    INVOICE # 1027534
        W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/14/2004 | 004 | AT ASH | CONFERENCE WITH R. RILEY REGARDING STATUS OF FEE APPLICATIONS AND PROCEDURES FOR FILING AND SERVICE. | 0.20 | $25.00 |
| 6/14/2004 | 004 | AT ASH | SEVERAL TELEPHONE CALLS TO AND FROM A. CASKADON RE FEE APPLICATIONS. | 0.20 | $25.00 |
| 6/14/2004 | 004 | AT ASH | REVIEW DOCKET AND DETERMINE STATUS OF DM FEE APPLICATIONS. | 0.20 | $25.00 |
| 6/14/2004 | 004 | DM SPEERS | REVIEWING 6/11/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/15/2004 | 004 | DM SPEERS | REVIEWING 6/14/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/15/2004 | 004 | DM SPEERS | REVIEWING 6/15/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/17/2004 | 004 | DM SPEERS | REVIEWING 6/16/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 6/17/2004 | 004 | DM SPEERS | REVIEWING 6/17/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/17/2004 | 004 | DM SPEERS | REVIEW PACKAGE FROM COURT REPORTER CONTAINING COPY OF 6/3/04 3RD CIRCUIT ORAL ARGUMENT TRANSCRIPT IN COMBUSTION ENGINEERING APPEALS, FORWARD TO WSKATCHEN AND E-MAIL RAHARRIS AND WSKATCHEN RE SAME | 0.10 | $19.00 |
| 6/18/2004 | 004 | DM SPEERS | REVIEWING 6/18/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/21/2004 | 004 | CB FOX | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL | 0.10 | $17.00 |
| 6/21/2004 | 004 | DM SPEERS | REVIEWING 6/21/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/21/2004 | 004 | VL AKIN | FILE AND SERVE STATUS REPORT PURSUANT TO DISTRICT COURT ORDER | 0.70 | $119.00 |

DUANE MORRIS LLP

File # K0248-00001                                           INVOICE #  1027534
         W.R. GRACE & CO.

| 6/22/2004 004 | DM SPEERS | REVIEWING 6/22/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
|---|---|---|---|---|
| 6/23/2004 004 | DM SPEERS | REVIEWING 6/23/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/24/2004 004 | DM SPEERS | REVIEWING 6/24/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 6/28/2004 004 | CB FOX | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL | 0.10 | $17.00 |
| 6/28/2004 004 | DM SPEERS | REVIEWING 6/28/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 6/30/2004 004 | DM SPEERS | REVIEWING 6/30/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| | | Code Total | 4.60 | $806.50 |

Duane Morris
July 22, 2004
Page 8

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1027534

| | | | | |
|---|---|---|---|---|
| 6/1/2004 005 | WS KATCHEN | CONTINUED TO REVIEW DOCUMENTS. | 0.80 | $436.00 |
| 6/1/2004 005 | WS KATCHEN | E-MAIL TO STROOCK ON UNITED STATES DISTRIXT COURT BUCKWALTER. | 0.20 | $109.00 |
| 6/2/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEVIN KELLEY. | 0.10 | $54.50 |
| 6/2/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.10 | $54.50 |
| 6/3/2004 005 | WS KATCHEN | DEBRIEF ASSOCIATE ON HEARING ON APPEAL FROM COMBUSTION CONFIRMATION - BACKWARD ISSUES FOR PENDING EXAMINER MOTION IN OWENS CORNING AND STRATEGY. | 0.40 | $218.00 |
| 6/7/2004 005 | V MARCHELLO | MONITOR DELAWARE DOCKET IN OWENS CORNING AND RETRIEVE VARIOUS PLEADINGS FILED TODAY FOR BILL KATCHEN, PER HIS REQUEST. | 0.40 | $32.00 |
| 6/7/2004 005 | WS KATCHEN | MEETING WITH KEVIN KELLEY. | 0.50 | $272.50 |
| 6/7/2004 005 | WS KATCHEN | MEETING WITH LEWIS KRUGER. | 0.80 | $436.00 |
| 6/7/2004 005 | WS KATCHEN | REVIEW EXAMINER PLEADINGS AND EXHIBITS AND PREPARE FOR MEETINGS WITH KEVIN KELLEY AND LEWIS KRUGER. | 1.50 | $817.50 |
| 6/7/2004 005 | WS KATCHEN | REVIEW RESPONSES AND OBJECTIONS. | 0.50 | $272.50 |
| 6/8/2004 005 | V MARCHELLO | MONITOR DELAWARE DOCKET IN OWENS CORNING AND RETRIEVE VARIOUS DOCUMENTS FILED YESTERDAY PER BILL KATCHEN'S REQUEST. | 0.20 | $16.00 |
| 6/8/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEVIN KELLEY. | 0.10 | $54.50 |
| 6/8/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.30 | $163.50 |
| 6/8/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ROBERTA DEANGELIS. | 0.20 | $109.00 |
| 6/9/2004 005 | WS KATCHEN | CONFERENCE CALL WITH KEVIN KELLEY AND LEWIS KRUGER. | 0.20 | $109.00 |
| 6/10/2004 005 | WS KATCHEN | ATTEND HEARING (JUDGE FULLOM) IN OWENS CORNING. | 1.70 | $926.50 |
| 6/10/2004 005 | WS KATCHEN | REVIEW Q REPORT. | 0.20 | $109.00 |
| 6/10/2004 005 | WS KATCHEN | REVIEW SEALED AIR MOTION AND COMMITTEE MEMO. | 0.40 | $218.00 |
| 6/11/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEVIN KELLEY RE: STRATEGY ON OWENS CORNING EXAMINER ISSUES. | 0.30 | $163.50 |
| 6/11/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER RE: STRATEGY ON OWENS CORNING EXAMINER ISSUES. | 0.30 | $163.50 |

Duane Morris
July 22, 2004
Page 9

File # K0248-00001
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/11/2004 | 005 | WS KATCHEN | ANALYSIS OF SEALED AIR MOTION AND EXHIBITS AND ADDITIONAL REVIEW. | 0.40 | $218.00 |
| 6/11/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.10 | $54.50 |
| 6/15/2004 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO ESTABLISH AN ADR PROGRAM TO LIQUIDATE CERTAIN PREPETITION CLAIMS | 0.20 | $99.00 |
| 6/21/2004 | 005 | V MARCHELLO | PREPARE LETTER TO KEN PASQUALE ENCLOSING JUNE 3, 2004 TRANSCRIPT FROM IN RE: COMBUSTION ENGINEERING, INC. | 0.10 | $8.00 |
| 6/21/2004 | 005 | WS KATCHEN | REVIEW IQ '04 FINANCIAL REPORT (CAPSTONE). | 0.40 | $218.00 |
| 6/21/2004 | 005 | WS KATCHEN | REVIEW SUPPLEMENTAL DECLARATION OF ROGER FRANKEL. | 0.10 | $54.50 |
| 6/21/2004 | 005 | WS KATCHEN | REVIEW APPLICATION FOR RETENTION OF CIBC. | 0.30 | $163.50 |
| 6/21/2004 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH KEN PASQUALE RE: DELIVERY OF PAPERS TO COURT. | 0.20 | $109.00 |
| 6/21/2004 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH MIKE LASTOWSKI. | 0.20 | $109.00 |
| 6/21/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR LEAVE TO FILE AND REPLY TO NELSON CLAIM. | 0.20 | $109.00 |
| 6/21/2004 | 005 | WS KATCHEN | REVIEW SUPPLEMENTAL STATEMENT BY D. AUSTERN (FUTURE'S REP.). | 0.20 | $109.00 |
| 6/21/2004 | 005 | WS KATCHEN | REVIEW COMMITTEE STATUS REPORT. | 0.20 | $109.00 |
| 6/21/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO ADVANCE FUNDS TO PURCHASE ALLTECH INT'L $54.8 TRANSACTION. | 0.30 | $163.50 |
| 6/21/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: §365; ASSIGN LEASE. | 0.20 | $109.00 |
| 6/21/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR ADR-2 (ALTERNATE DISPUTE RESOLUTION). | 0.20 | $109.00 |
| 6/21/2004 | 005 | WS KATCHEN | REVIEW MOTION BY AUSTERN TO RETAIN SWIDLER BERLIN AS COUNSEL TO FUTURE'S REP. | 0.40 | $218.00 |
| 6/22/2004 | 005 | WS KATCHEN | REVIEW E-MAIL FROM STROOCK - COMMITTEE MEMO ON DEBTOR'S MOTIONS. | 0.30 | $163.50 |
| 6/22/2004 | 005 | WS KATCHEN | E-MAILS TO KEN PASQUALE AND ARLENE KRIEGER. | 0.20 | $109.00 |
| 6/22/2004 | 005 | WS KATCHEN | REVIEW STATUS REPORTS BY LIBBY CLAIMANTS. | 0.40 | $218.00 |
| 6/22/2004 | 005 | WS KATCHEN | REVIEW STATUS REPORTS BY CERTAIN INSURERS. | 0.20 | $109.00 |
| 6/22/2004 | 005 | WS KATCHEN | REVIEW STATUS REPORTS BY D. AUSTERN. | 0.10 | $54.50 |

Duane Morris
July 22, 2004
Page 10

File # K0248-00001
  W.R. GRACE & CO.
                 INVOICE # 1027534

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/22/2004 | 005 | WS KATCHEN | REVIEW STATUS REPORTS BY THE OFFICIAL ASBESTOS COMMITTEE. | 0.40 | $218.00 |
| 6/22/2004 | 005 | WS KATCHEN | REVIEW STATUS REPORTS BY THE EQUITY COMMITTEE. | 0.10 | $54.50 |
| 6/22/2004 | 005 | WS KATCHEN | REVIEW STATUS REPORTS BY THE OCC. | 0.30 | $163.50 |
| 6/22/2004 | 005 | WS KATCHEN | REVIEW STATUS REPORTS BY THE DEBTOR. | 1.00 | $545.00 |
| 6/22/2004 | 005 | WS KATCHEN | REVIEW STATUS REPORTS BY THE PROPERTY DAMAGE COMMITTEE. | 0.30 | $163.50 |
| 6/22/2004 | 005 | WS KATCHEN | REVIEW STATUS REPORTS BY THE ZAI CLAIMANTS. | 0.30 | $163.50 |
| 6/22/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RE: CASE STATUS. | 2.00 | $1,090.00 |
| 6/22/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.10 | $54.50 |
| 6/23/2004 | 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 942 F.2D 1101. | 0.10 | $8.00 |
| 6/23/2004 | 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 539 U.S. 11. | 0.10 | $8.00 |
| 6/23/2004 | 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 273 F.3D 249. | 0.10 | $8.00 |
| 6/23/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RE: CASE STATUS AND ISSUES. | 0.30 | $163.50 |
| 6/24/2004 | 005 | WS KATCHEN | REVIEW RETENTION ORDERS FOR ENVIRONMENTAL COUNSEL. | 0.10 | $54.50 |
| 6/24/2004 | 005 | WS KATCHEN | REVIEW §1121(D) ORDER. | 0.10 | $54.50 |
| 6/24/2004 | 005 | WS KATCHEN | REVIEW §362(D) ORDER. | 0.10 | $54.50 |
| 6/25/2004 | 005 | WS KATCHEN | REVIEW MEMO TO COMMITTEE. | 0.30 | $163.50 |
| 6/25/2004 | 005 | WS KATCHEN | PREPARE FOR CONFERENCE CALL ON JUNE 28, 2004. | 0.40 | $218.00 |
| 6/28/2004 | 005 | WS KATCHEN | REVIEW SCOTT'S MOTION §105 STAY. | 0.40 | $218.00 |
| 6/28/2004 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $109.00 |
| 6/28/2004 | 005 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL ON JUNE 28, 2004 INCLUDING CONFIDENTIAL MEMOS ON LITIGATION EXPOSURE - DIONEX. | 1.30 | $708.50 |
| 6/28/2004 | 005 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 1.00 | $545.00 |
| 6/29/2004 | 005 | WS KATCHEN | REVIEW STROOCK E-MAIL. | 0.10 | $54.50 |
| 6/29/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.20 | $109.00 |
| 6/29/2004 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH KEVIN KELLEY. | 0.20 | $109.00 |
| 6/29/2004 | 005 | WS KATCHEN | E-MAIL TO LEWIS KRUGER RE: UPDATE. | 0.10 | $54.50 |
| 6/30/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER (K. KELLEY). | 0.30 | $163.50 |
| 6/30/2004 | 005 | WS KATCHEN | SECOND TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.20 | $109.00 |
| | | | Code Total | 24.20 | $12,714.00 |

File # K0248-00001                                    INVOICE # 1027534
     W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/21/2004 | 007 | MR LASTOWSKI | MONITOR OWENS EXAMINER PROCEEDING | 1.40 | $693.00 |
| 6/21/2004 | 007 | MR LASTOWSKI | REVIEW AND EXECUTE COMMITTEE STATUS REPORT | 0.60 | $297.00 |
| 6/22/2004 | 007 | MR LASTOWSKI | REVIEW ZAI CLAIMANTS STATUS REPORT | 1.20 | $594.00 |
| 6/23/2004 | 007 | MR LASTOWSKI | REVIEW FINAL JUDGMENT IN THIRD CIRCUIT APPEAL | 0.20 | $99.00 |
| 6/23/2004 | 007 | MR LASTOWSKI | REVIEW FINAL JUDGMENT IN THIRD CIRCUIT APPEAL | 0.20 | $99.00 |
| 6/23/2004 | 007 | MR LASTOWSKI | REVIEW CASE STATUS REPORT OF "CERTAIN INSURERS" | 0.50 | $247.50 |
| 6/23/2004 | 007 | MR LASTOWSKI | REVIEW CASE STATUS REPORT OF COMMITTEE OF EQUITY SECURITY HOLDERS | 0.30 | $148.50 |
| 6/23/2004 | 007 | MR LASTOWSKI | REVIEW CASE STATUS REPORT OF THE FUTURE CLAIMS REPRESENTATIVE | 0.10 | $49.50 |
| 6/24/2004 | 007 | MR LASTOWSKI | REVIEW W.R. GRACE'S STATUS REPORT | 0.90 | $445.50 |
| 6/24/2004 | 007 | MR LASTOWSKI | REVIEW LIBBY CLAIMANT'S STATUS REPORT | 0.30 | $148.50 |
| 6/24/2004 | 007 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY CLAIMANT'S STATUS REPORT | 0.50 | $247.50 |
| 6/24/2004 | 007 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY CLAIMANT'S STATUS REPORT | 0.50 | $247.50 |
| | | | Code Total | 6.70 | $3,316.50 |

Duane Morris
July 22, 2004
Page 12

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1027534

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/16/2004 | 009 | RW RILEY | REVIEWING STATUS OF FEE APPLICATION FOR DUANE MORRIS | 0.60 | $231.00 |
| 6/21/2004 | 009 | RW RILEY | REVIEWING TIME ENTRIES FOR DUANE MORRIS' FEE APPLICATIONS FOR 1/04 THROUGH 3/04 AND REVIEWING STATUS OF OUTSTANDING FEE APPLICATIONS | 1.50 | $577.50 |
| 6/22/2004 | 009 | MR LASTOWSKI | REVIEW AND APPROVE FEBRUARY 2004 MONTHLY FEE STATEMENT | 0.20 | $99.00 |
| 6/22/2004 | 009 | MR LASTOWSKI | REVIEW AND APPROVE MARCH 2004 MONTHLY FEE STATEMENT | 0.20 | $99.00 |
| 6/23/2004 | 009 | MR LASTOWSKI | REVIEW STATUS OF FEE APPLICATIONS | 0.30 | $148.50 |
| 6/28/2004 | 009 | VL AKIN | PREPARE TWENTY SEVENTH FEE APPLICATION OF DUANE MORRIS | 0.40 | $68.00 |
| 6/28/2004 | 009 | VL AKIN | FILE TWENTY SEVENTH FEE APPLICATION OF DUANE MORRIS | 0.40 | $68.00 |
| 6/29/2004 | 009 | VL AKIN | PREPARE 28TH FEE APPLICATION OF DUANE MORRIS | 0.50 | $85.00 |
| 6/30/2004 | 009 | VL AKIN | EDIT 12TH QUARTERLY FEE APPLICATION OF DUANE MORRIS | 0.40 | $68.00 |
| 6/30/2004 | 009 | VL AKIN | PREPARE CERTIFICATE OF SERVICE FOR TWENTY-EIGHTH FEE APPLICATION OF DUANE MORRIS | 0.10 | $17.00 |
| 6/30/2004 | 009 | VL AKIN | FILE AND SERVE TWENTY - EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS | 0.70 | $119.00 |
| 6/30/2004 | 009 | VL AKIN | PREPARE 12TH QUARTERLY FEE APPLICATION OF DUANE MORRIS | 1.30 | $221.00 |
| | | | Code Total | 6.60 | $1,801.00 |

Duane Morris
July 22, 2004
Page 13

File # K0248-00001                                          INVOICE # 1027534
   W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 6/7/2004 | 010 | CM WINTER | CAPSTONE RETENTION: REVIEWING PAPERS AND EMAIL AND TCS TO CHAMBERS | 0.40 | $110.00 |
| 6/15/2004 | 010 | MR LASTOWSKI | REVIEW FEDERAL INSURANCE COMPANY'S NOTICE OF APPEAL FROM THE COURT'S ORDER APPOINTING A FUTURE CLAIMS REPRESENTATIVE | 0.40 | $198.00 |
| 6/17/2004 | 010 | MR LASTOWSKI | REVIEW DAVID AUSTERN'S 2014 AFFIDAVIT | 0.20 | $99.00 |
| | | | Code Total | 1.00 | $407.00 |

Duane Morris
July 22, 2004
Page 14

File # K0248-00001                                        INVOICE # 1027534
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|--|-----------|-------------|-------|--------|
| 6/15/2004 | 012 | RW RILEY | REVIEWING AND ADDRESSING ISSUES RELATED TO FIRST QUARTER 2004 FEE APPLICATION OF DUANE MORRIS | 0.90 | $346.50 |
| 6/17/2004 | 012 | VL AKIN | PREPARE TWENTY-SIXTH FEE APPLICATION OF DUANE MORRIS | 0.80 | $136.00 |
| 6/17/2004 | 012 | VL AKIN | PREPARE TWELFTH QUARTERLY FEE APPLICATION OF DUANE MORRIS | 1.00 | $170.00 |
| 6/17/2004 | 012 | VL AKIN | PREPARE TWENTY-FIFTH FEE APPLICATION OF DUANE MORRIS | 0.80 | $136.00 |
| 6/21/2004 | 012 | VL AKIN | FILE AND SERVE NAVIGANT JANUARY 2004 MONTHLY FEE APPLICATION. CONFERENCES WITH CO-COUNSEL REGARDING SAME. | 0.50 | $85.00 |
| 6/22/2004 | 012 | VL AKIN | EDIT FEE APPLICATIONS FOR JANUARY, FEBRUARY AND MARCH 2004 | 0.80 | $136.00 |
| 6/22/2004 | 012 | VL AKIN | FILE AND SERVE THE TWENTY-FOURTH, TWENTY-FIFTH AND TWENTY-SIXTH FEE APPLICATIONS OF DUANE MORRIS. | 0.90 | $153.00 |
| 6/24/2004 | 012 | VL AKIN | PREPARE TWELFTH INTERIM APPLICATION OF DUANE MORRIS | 1.50 | $255.00 |
| 6/30/2004 | 012 | MR LASTOWSKI | REVIEW AND APPROVE DUANE MORRIS 28TH MONTHLY FEE APPLICATION | 0.30 | $148.50 |
| 6/30/2004 | 012 | VL AKIN | UPDATE FEE APPLICATION CHART | 0.40 | $68.00 |
| | | | Code Total | 7.90 | $1,634.00 |

File # K0248-00001                                              INVOICE #  1027534
       W.R. GRACE & CO.


| 6/14/2004 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE THIRTY-SEVENTH FEE APPLICATION OF STROOCK & STROOK & LAVAN LLP | 0.30 | $37.50 |
|---|---|---|---|---|---|
| | | | Code Total | 0.30 | $37.50 |

Duane Morris
July 22, 2004
Page 16

File # K0248-00001                                              INVOICE # 1027534
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 6/15/2004 | 014 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO MAKE CERTAIN ADVANCES TO A SUBSIDIARY IN CONNECTION WITH THE ALLTECH ACQUISITION | 0.40 | $198.00 |
| | | | Code Total | 0.40 | $198.00 |

File # K0248-00001                                    INVOICE #  1027534
    W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/2/2004 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT 5/25/04 HERAING | 0.30 | $148.50 |
| 6/2/2004 | 015 | RA HARRIS | PREPARING FOR HEARING | 0.20 | $44.00 |
| 6/3/2004 | 015 | RA HARRIS | COVERING HEARING BEFORE THIRD CIRCUIT; NOTES ON HEARING; TRAVELING TO/ FROM | 4.70 | $1,034.00 |
| 6/4/2004 | 015 | RA HARRIS | MEMO ON THE HEARING | 1.30 | $286.00 |
| 6/7/2004 | 015 | RA HARRIS | EDITING MEMO | 0.30 | $66.00 |
| 6/8/2004 | 015 | RA HARRIS | REVIEW OF MEMO; COMMUNICATING WITH B KATCHEN | 0.30 | $66.00 |
| 6/23/2004 | 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: STATUS OF NEXT OMNIBUS HEARING | 0.10 | $49.50 |
| 6/24/2004 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 6/16/04 | 0.30 | $148.50 |
| | | | Code Total | 7.50 | $1,842.50 |

July 22, 2004
Page 18

File # K0248-00001                                    INVOICE # 1027534
    W.R. GRACE & CO.

| 6/4/2004 017 | MR LASTOWSKI | REVIEW POTENTIAL PLAN ISSUES | 1.40 | $693.00 |
|---|---|---|---|---|
| | | Code Total | 1.40 | $693.00 |

Duane Morris
July 22, 2004
Page 19

File # K0248-00001                                    INVOICE # 1027534
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/3/2004 | 018 | MR LASTOWSKI | REVIE BAKER HUGHES MOTION TO MODIFY AUTOMATIC STAY | 0.20 | $99.00 |
| 6/29/2004 | 018 | MR LASTOWSKI | REVIEW THE SCOTTS COMPANY'S EXPEDITED MOTION ENFORCING THE AUTOMATIC AND PRIOR INJUNCTION ORDER RELATING TO CERTAIN ASBESTOS RELATED LITIGATION | 1.20 | $594.00 |
| 6/30/2004 | 018 | MR LASTOWSKI | REVIEW RESPONSE OF ALLEN PLAINTIFFS TO SCOTTS COMPANY'S EXPEDITED MOTION TO ENFORCE THE AUTOMATIC STAY | 0.30 | $148.50 |
| | | | Code Total | 1.70 | $841.50 |

Duane Morris
July 22, 2004
Page 20

File # K0248-00001                                    INVOICE #  1027534
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 6/1/2004 025 | JH LEMKIN | REVIEW DOCKET RE: ORDERS RE: TRANSFER OF MATTER TO ALTERNATIVE DISTRICT COURT JUDGE. | 0.30 | $88.50 |
| | | Code Total | 0.30 | $88.50 |

Duane Morris
July 22, 2004
Page 21

File # K0248-00001                                          INVOICE # 1027534
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 6/9/2004 030 | MR LASTOWSKI | REVIEW SEALED AIR CORPORATION AND CRYOVAC, INC.'S MOTION FOR AN ORDER VACATING JUDGE WOLIN'S JULY 29, 2002 ORDER RE: IN LIMINE STANDARDS | 1.20 | $594.00 |
| | | Code Total | 1.20 | $594.00 |

July 22, 2004
Page 22

File # K0248-00001                                          INVOICE #  1027534
    W.R. GRACE & CO.

               TOTAL SERVICES                68.30    $27,416.50

Duane Morris
July 22, 2004
Page 23

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1027534

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 6/30/2004 | TELEPHONE | | 10.18 |
| | | Total: | $10.18 |
| 6/30/2004 | MEETING EXPENSE | | 30.13 |
| | | Total: | $30.13 |
| 6/23/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.10 |
| 6/23/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 8.00 |
| 6/25/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.70 |
| 6/25/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 10.00 |
| 6/25/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 32.00 |
| | | Total: | $52.80 |
| 6/28/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQ. AT SENIOR VICE PRESIDENT AND GENE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790682986335) | | 7.68 |
| 6/28/2004 | OVERNIGHT MAIL PACKAGE SENT TO WARREN H.SMITH AT WARREN H. SMITH AND ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790682974191) | | 9.99 |
| 6/30/2004 | OVERNIGHT MAIL PACKAGE SENT TO WARRENH SMITHESQUIRE AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790194135332) | | 9.99 |
| 6/30/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VICE PRESIDENT AND GENE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790686234702) | | 7.68 |
| | | Total: | $35.34 |
| 6/30/2004 | MESSENGER SERVICE | | 219.50 |
| | | Total: | $219.50 |
| 6/30/2004 | OVERTIME RELATED COSTS | | 25.60 |
| | | Total: | $25.60 |
| 6/30/2004 | TELECOPY | | 37.05 |
| | | Total: | $37.05 |
| 6/30/2004 | DOCUMENT RETRIEVAL | | 14.80 |
| 6/30/2004 | DOCUMENT RETRIEVAL | | 24.88 |
| | | Total: | $39.68 |

File # K0248-00001                                      INVOICE # 1027534
    W.R. GRACE & CO.


| 6/30/2004 | DOCUMENT E-FILING | | | 130.70 |
|---|---|---|---|---|
| | | | Total: | $130.70 |
| 6/30/2004 | PRINTING & DUPLICATING | | | 123.00 |
| 6/30/2004 | PRINTING & DUPLICATING | | | 34.80 |
| | | | Total: | $157.80 |
| | | TOTAL DISBURSEMENTS | | $738.78 |