# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20040624

June 24, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz &
Alschuler, Inc. in connection with expert services to the
Official Committee of Asbestos Property Damage Claimants in the
bankruptcy of W.R. Grace & Co. et al. For the month of May 2004.

### FEES

| | |
|---|---|
| James E. Hass 3.8 hours @ $ 450 per hour | $ 1,710.00 |
| Paul J. Silvern 3.9 hours @ $ 375 per hour | 1,462.50 |
| **TOTAL FEES:** | **$ 3,172.50** |

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                    NEW YORK

Summary of billed hours for service rendered in connection
with the Property Damage Claimants (W. R. Grace).
For the month of May 2004 .

| | James E. Hass | Paul J. Silvern | |
|---|---|---|---|
| 05/01/2004 | | | |
| 05/02/2004 | | | |
| 05/03/2004 | | | |
| 05/04/2004 | | | |
| 05/05/2004 | | | |
| 05/06/2004 | | 0.30 | |
| 05/07/2004 | | | |
| 05/08/2004 | | | |
| 05/09/2004 | | | |
| 05/10/2004 | | | |
| 05/11/2004 | | | |
| 05/12/2004 | | | |
| 05/13/2004 | | | |
| 05/14/2004 | | | |
| 05/15/2004 | | | |
| 05/16/2004 | | | |
| 05/17/2004 | | | |
| 05/18/2004 | | 1.00 | |
| 05/19/2004 | | | |
| 05/20/2004 | 0.50 | 2.50 | |
| 05/21/2004 | | | |
| 05/22/2004 | | | |
| 05/23/2004 | | | |
| 05/24/2004 | | | |
| 05/25/2004 | | | |
| 05/26/2004 | | | |
| 05/27/2004 | 0.50 | 0.10 | |
| 05/28/2004 | 2.80 | | Total Hours |
| Hours | 3.80 | 3.90 | 7.70 |
| Rate | $450 | $375 | Total Fees |
| | $1,710.00 | $1,462.50 | $3,172.50 |

MAY 2004, TIME LOG OF JAMES E. HASS (JEH);

DATE        TIME    TASK

                    Case Administration

05/20/04    0.5     Participate in Property Damage (PD) Committee call
                    re: case status.

05/27/04    0.5     Participate in Property Damage (PD) Committee call
                    re: case status.

SUBTOTAL    1.0     Case Administration

                    Asbestos: Claims Analysis and Valuation

05/28/04    2.8     Analyze law article on Grace and other 524g cases
                    and fraudulent transfers.

SUBTOTAL    2.8     Claims Analysis and Valuation

TOTAL:      3.8

MAY 2004, TIME LOG OF PAUL J. SILVERN (PJS);

DATE        TIME    TASK

                    Case Administration

05/06/04    0.3     Participate in Property Damage (PD) Committee call
                    re: case status.

05/18/04    1.0     Review Limited Objection of Certain Insurers in re:
                    Future Claimants Representative.

05/20/04    0.4     Participate in PD Committee call re: case status.
                    Voice mail message for Francine F. Rabinovitz re:
                    PD Committee call.

            2.0     Review 3rd Circuit decision in re: Wolin recusal.

5/27/04     0.1     Review message from James E. Hass on PD Committee
                    call re: case status.

SUBTOTAL    3.9     Case Administration

TOTAL       3.9     Case Administration