# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20040722

July 22, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of June 2004.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.0 hours @ $ 450 per hour | $    450.00 |
| James E. Hass<br>12.6 hours @ $ 450 per hour | 5,670.00 |
| Paul J. Silvern<br>5.1 hours @ $ 375 per hour | 1,912.50 |
| Joshua S. Katz<br>1.2 hours @ $ 175 per hour | 210.00 |
| **TOTAL FEES:** | **$ 8,242.50** |

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                                                     NEW YORK

## Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace). For the month of June 2004.

| | Francine F. Rabinovitz | James E. Hass | Paul J. Silvern | Joshua S. Katz | | |
|---|---|---|---|---|---|---|
| 06/01/2004 | | | | | | |
| 06/02/2004 | | | | | | |
| 06/03/2004 | | 0.50 | | | | |
| 06/04/2004 | | | | | | |
| 06/05/2004 | | | | | | |
| 06/06/2004 | | | | | | |
| 06/07/2004 | | | | | | |
| 06/08/2004 | | | 0.10 | | | |
| 06/09/2004 | | | 0.10 | | | |
| 06/10/2004 | | 2.30 | 2.30 | 1.20 | | |
| 06/11/2004 | | 1.10 | | | | |
| 06/12/2004 | | | | | | |
| 06/13/2004 | | | | | | |
| 06/14/2004 | | 3.20 | | | | |
| 06/15/2004 | | 3.00 | | | | |
| 06/16/2004 | | | | | | |
| 06/17/2004 | | | 0.70 | | | |
| 06/18/2004 | | | | | | |
| 06/19/2004 | | | | | | |
| 06/20/2004 | | | | | | |
| 06/21/2004 | | | | | | |
| 06/22/2004 | | 2.00 | | | | |
| 06/23/2004 | | | | | | |
| 06/24/2004 | 1.00 | 0.50 | 1.90 | | | |
| 06/25/2004 | | | | | | |
| 06/26/2004 | | | | | | |
| 06/27/2004 | | | | | | |
| 06/28/2004 | | | | | | Total Hours |
| Hours | 1.00 | 12.60 | 5.10 | 1.20 | | 19.90 |
| Rate | $450 | $450 | $375 | $175 | | Total Fees |
| | $450.00 | $5,670.00 | $1,912.50 | $210.00 | | $8,242.50 |

JUNE, 2004 TIME LOG OF FRANCINE F. RABINOVITZ (FFR);

| DATE | TIME | TASK |
|---|---|---|
| | | Case Administration |
| 06/24/04 | 1.0 | Conference call with James E. Hass and Paul J. Silvern re workplan. |
| TOTAL: | 1.0 | Case Administration |

JUNE 2004, TIME LOG OF JAMES E. HASS (JEH);

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 06/03/04 | 0.5 | Participate in Property Damage (PD)Committee call re: case status. |
| 06/10/04 | 1.1 | Participate in (PD)Committee call re: case status. |
| | 1.2 | Discuss background of case with Joshua S. Katz, HR&A financial analyst. |
| 06/11/04 | 1.1 | Analyze Sealed Air motion. |
| 06/14/04 | 3.2 | Analyze CDG valuation. |
| 06/15/04 | 3.0 | Analyze CDG recovery analysis and debt structure. |
| 06/22/04 | 2.0 | Meeting with Jay Sakalo. |
| 06/25/04 | <u>0.5</u> | Conference call with Francine F. Rabinovitz and Paul J. Silvern re: PD Committee call. |
| TOTAL | 12.6 | <u>Case Administration</u> |

JUNE 2004, TIME LOG OF PAUL J. SILVERN (PJS);

| DATE | TIME | TASK |
|---|---|---|
| | | *Case Administration* |
| 6/08/04 | 0.1 | Review Judge Buckwalter order re: status reports request. |
| 6/09/04 | 0.1 | E-mail to James E. Hass (JEH) re Sealed Air motion to vacate Wolin opinion. |
| 6/10/04 | 1.0 | Review Sealed Air motion exhibit to vacate Judge Wolin order. |
| | 1.2 | Participate in Property Damage (PD) Committee call re: case status. |
| | 0.1 | Voice mail message for Francine F. Rabinovitz re: PD Committee call. |
| 6/17/04 | 0.5 | Participate in PD Committee call. |
| | 0.1 | Voice mail message for Francine F. Rabinovitz re: PD Committee call. |
| | 0.1 | Voice mail message for James E. Hass re: PD Committee call. |
| 6/24/04 | 1.0 | Participate in PD Committee call re: case status. |
| | 0.2 | Voice mail message for Francine F. Rabinovitz re: PD Committee call. |
| | 0.2 | Voice mail message for James E. Hass re: PD Committee call. |
| | <u>0.5</u> | Conference call with Francine F. Rabinovitz and James E. Hass re: PD Committee call. |
| SUBTOTAL | 5.1 | Case Administration |
| TOTAL | 5.1 | Case Administration |

JUNE 2004, TIME LOG OF JOSHUA S. KATZ (JSK);

| DATE | TIME | TASK |
|------|------|------|
|      |      | Case Administration |
| 06/10/04 | 1.2 | Discuss background of case with James E. Hass. |
| TOTAL: | 1.2 | Case Administration |