BILZIN SUMBERG BAENA PRICE & AXELROD LLP
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

July 29, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice # 81238

FOR PROFESSIONAL SERVICES RENDERED
THROUGH June 30, 2004

Atty - SLB
RE: 01- Case Administration Client No. 74817/15537

| | | | | |
|---|---|---|---|---|
| 06/01/04 | SLB | 0.30 | 165.00 | Emails from and to R. Henkin regarding new district court judge (.3). |
| 06/02/04 | ASD | 0.20 | 58.00 | Review article on asbestos issues (.2). |
| 06/03/04 | ASD | 0.50 | 145.00 | Research regarding recusal issue (.4); e-mail committee regarding same (.1). |
| 06/08/04 | ASD | 3.00 | 870.00 | Review (.5) responses to motion to appoint examiner (1.8); review order for status report (.1); review motion to terminate and disgorge fees from 3 advisors (.6). |
| 06/08/04 | ASD | 0.30 | 87.00 | Review of motion to disgorge fees (.3). |
| 06/08/04 | SLB | 0.40 | 220.00 | Review memorandum and order of J. Buchwalter and interoffice conference with J. Sakalo regarding written response (.4). |
| 06/08/04 | JMS | 0.60 | 174.00 | Review status report order and email to Committee thereon |
| 06/09/04 | ASD | 0.30 | 87.00 | Email committee forwarding response to examiner notice (.3). |
| 06/09/04 | ASD | 2.10 | 609.00 | Continue review recusal exhibits; email Robbins Russel Attorney regarding exhibits. |
| 06/09/04 | SLB | 0.30 | 165.00 | Attention to order of J. Buchwalter regarding status report and interoffice conference with J. Sakalo regarding same (.3). |
| 06/09/04 | JMS | 0.80 | 232.00 | Review Owens Corning status reports (1/2 time with USG) |
| 06/10/04 | ASD | 3.90 | 1,131.00 | Research regarding asbestos legislation (1.4); summarize examiner issues (.8); summarize insurance issues (.7); interoffice conference with Scott Baena regarding outstanding issues (.8); review notice of appeal of Royal Indemnity Insurers and forward to committee (.2). |
| 06/10/04 | ASD | 0.20 | 58.00 | Email co-chair regarding May hearing. |
| 06/10/04 | ASD | 3.10 | 899.00 | Begin draft of status report. |
| 06/10/04 | SLB | 0.30 | 165.00 | Email to and from and to P. Lockwood regarding motion to vacate (.3). |
| 06/10/04 | JMS | 1.20 | 348.00 | Meeting with S. Baena, A. Danzeisen regarding open issues, status report, prepare for committee call (.8); emails to A. Danzeisen regarding status report (.4) |
| 06/11/04 | SLB | 0.50 | 275.00 | Telephone call from H. Wasserstein regarding motion to vacate (.2); memo to committee and email to P. Lockwood regarding same (.3). |
| 06/13/04 | JMS | 0.30 | 87.00 | Review docket |
| 06/14/04 | JMS | 0.80 | 232.00 | Review hearing agenda (.2); review Owens Corning hearing agenda (1/2 time with USG) (.2); respond to A. Danzeisen's questions regarding status report (.4) |
| 06/15/04 | JMS | 0.20 | 58.00 | Review agenda for notebook |
| 06/16/04 | JMS | 0.10 | 29.00 | Review notices of appointment regarding AWI and Federal Mogul |
| 06/16/04 | AJ | 2.30 | 253.00 | Preparation of hearing notebooks for J. Sakalo |
| 06/17/04 | ASD | 10.30 | 2,987.00 | Continue work on Status Report (8.9); review responses regarding examiner; issues in OC (1.3); forward to Committee (.1). |
| 06/17/04 | JMS | 1.30 | 377.00 | Work on status report issues and conference with A. Danzeisen thereon |
| 06/18/04 | ASD | 1.30 | 377.00 | Finalize draft of status report (1.3). |
| 06/18/04 | JMS | 0.50 | 145.00 | Emails regarding meeting with Futures Representative |
| 06/18/04 | WV | 1.70 | 187.00 | Pull docket and print documents to send to McMahon. |
| 06/18/04 | WV | 3.10 | 341.00 | Pull docket, print out pleadings and prepare hearing binder. |
| 06/20/04 | ASD | 2.70 | 783.00 | Prepare documents for committee chair (2.6); draft letter to committee chair (.1). |
| 06/20/04 | SLB | 2.80 | 1,540.00 | Review status report to district court (2.8). |

| | | | | |
|---|---|---|---|---|
| 06/20/04 | JMS | 0.40 | 116.00 | Review draft of status report |
| 06/21/04 | SLB | 7.50 | 4,125.00 | Revise status report to district court (7.5). |
| 06/21/04 | JMS | 10.00 | 2,900.00 | Review and revise status report (9.5); emails with J. Hass regarding meeting (.5) |
| 06/22/04 | ASD | 2.90 | 841.00 | Review various status reports (2.9). |
| 06/22/04 | SLB | 0.20 | 110.00 | Email from and to D. Rosenbloom regarding Fresenius discussion status report to district court (.2). |
| 06/22/04 | JMS | 3.50 | 1,015.00 | Email from and to D. Rosenbloom regarding status reports (.3); emails to W. Van Dijk regarding status reports (.2); review status reports filed by all parties-in-interest (2.6); draft addendum to Status Report and email to D. Rosenbloom thereon (.4) |
| 06/22/04 | WV | 0.50 | 55.00 | Download status reports filed with court. |
| 06/23/04 | ASD | 0.30 | 87.00 | Review stipulation regarding McGovern (.3). |
| 06/23/04 | ASD | 1.60 | 464.00 | Review motion to assign lease (.4); review motion to establish ADR (.6); review motion to advance funds (alltech) (.5); review cumulative fees chart (.1). |
| 06/23/04 | JMS | 0.20 | 58.00 | Telephone conference with M. Hurford regarding status reports |
| 06/24/04 | ASD | 0.50 | 145.00 | Review order extending exclusivity periods (.1); review order on case issue (.1); review order of fees (.1); review notice of application by Austen to employ local counsel (.2). |
| 06/24/04 | JMS | 1.60 | 464.00 | Review emails to Committee regarding pending motions (.4); emails to A. Danzeisen regarding same (.4); research regarding ADR motion (.8) |
| 06/25/04 | ASD | 0.10 | 29.00 | Review email from co-chair regarding outstanding issues (.1). |
| 06/25/04 | JMS | 0.80 | 232.00 | Email from M. Hurford regarding pending motions (.4); review P.I. Committee motion for protective order regarding Baron & Budd in the Owens Corning case (.4) |
| 06/29/04 | JMS | 1.20 | 348.00 | E-mails to/from M. Hurford regarding ADR motion, Alltech motion (.9); e-mail to G. Boyer regarding Alltech (.3). |
| 06/30/04 | ASD | 1.00 | 290.00 | Review of expedited motion and order (.5); interoffice conference with Jay M. Sakalo regarding expedited hearing (.2); e-mail counsel for movants (.1); e-mail Committee regarding motion (.2). |
| 06/30/04 | ASD | 1.40 | 406.00 | Review PI Committee objection to expedited motion (.3); review Allen Plaintiffs objection to expedited motion (.4); review motion to dismiss relating to expedited motion (.3); review debtors response to expedited motion (.4). |
| 06/30/04 | JMS | 0.70 | 203.00 | Review article on financial performance of asbestos chapter 11 debtors. |

**PROFESSIONAL SERVICES** $24,972.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 03/18/04 | Photocopies 2.00pgs @ .15/pg | 0.30 |
| 04/26/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 806598769; DATE: 4/30/2004 - Westlaw Charges | 15.69 |
| 05/17/04 | Long Distance Telephone(813) 833-6029 | 1.54 |
| 05/20/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4052355095; DATE: 5/23/2004 - Acct.#BILZIN01 | 22.38 |
| 05/21/04 | Photocopies 336.00pgs @ .15/pg | 50.40 |
| 05/25/04 | Long Distance Telephone(772) 794-7828 | 0.50 |
| 05/27/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4053055347; DATE: 5/30/2004 - Acct.#BILZIN01 | 20.92 |
| 06/03/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 06/03/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 06/03/04 | Long Distance Telephone(302) 575-1555 | 13.86 |
| 06/03/04 | Long Distance Telephone(302) 295-2000 | 1.98 |
| 06/03/04 | Long Distance Telephone(302) 429-1900 | 1.98 |

| | | |
|---|---|---|
| 06/03/04 | Long Distance Telephone(212) 201-2700 | 1.98 |
| 06/03/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4060657305; DATE: 6/6/2004 - Acct.#BILZIN01 | 27.91 |
| 06/04/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 06/08/04 | Long Distance Telephone(302) 652-5340 | 0.99 |
| 06/08/04 | Long Distance Telephone(409) 883-4394 | 22.77 |
| 06/08/04 | Long Distance Telephone(843) 524-5708 | 20.79 |
| 06/09/04 | Long Distance Telephone(302) 652-5340 | 8.91 |
| 06/09/04 | Long Distance Telephone(312) 861-2000 | 3.96 |
| 06/09/04 | Long Distance Telephone(310) 645-9000 | 1.98 |
| 06/09/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 181587669 DATE: 6/14/2004 | 7.72 |
| 06/10/04 | Long Distance Telephone(302) 575-1555 | 20.79 |
| 06/10/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 06/10/04 | Long Distance Telephone(302) 575-1555 | 2.97 |
| 06/10/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4061357998; DATE: 6/13/2004 - Acct.#BILZIN01 | 57.62 |
| 06/11/04 | Long Distance Telephone(212) 735-3550 | 6.93 |
| 06/11/04 | Archival/Retrieval ServicesVENDOR: JUDICIAL RESEARCH & RETRIEVAL SERV; INVOICE#: JR213974; DATE: 6/11/2004 - Client #15537 | 64.20 |
| 06/11/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 186209218 DATE: 6/16/2004 | 11.83 |
| 06/14/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 06/15/04 | Photocopies 12.00pgs @ .15/pg | 1.80 |
| 06/17/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 06/17/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 06/17/04 | Long Distance Telephone(415) 989-1801 | 1.98 |
| 06/17/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4062057769; DATE: 6/20/2004 - Acct.#BILZIN01 | 21.41 |
| 06/20/04 | AirfareTravel to Philadelphia - VENDOR: Continental Travel; INVOICE#: 314655; DATE: 6/16/2004 - Clients | 699.60 |
| 06/21/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 06/21/04 | Long Distance Telephone(302) 575-1555 | 6.93 |
| 06/21/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 186279345 DATE: 6/24/2004 | 21.55 |
| 06/22/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 06/23/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 06/23/04 | Long Distance Telephone(302) 426-1900 | 27.72 |
| 06/23/04 | Long Distance Telephone(212) 806-5400 | 13.86 |
| 06/23/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 06/25/04 | Long Distance Telephone(212) 201-2713 | 0.99 |
| 06/30/04 | Photocopies 63.00pgs @ .15/pg | 9.45 |
| 06/30/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 06/30/04 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 06/30/04 | Long Distance Telephone(212) 813-1703 | 1.98 |
| 06/30/04 | Long Distance Telephone(212) 813-9774 | 3.96 |
| 06/30/04 | Long Distance Telephone(302) 575-1555 | 15.84 |
| 06/30/04 | Long Distance Telephone(310) 645-9000 | 0.99 |

**TOTAL COSTS ADVANCED** $1,241.81

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 12.30 | 550.00 | $6,765.00 |
| Danzeisen, Allyn S | 35.70 | 290.00 | $10,353.00 |
| Sakalo, Jay M | 24.20 | 290.00 | $7,018.00 |
| Van Dijk, Wendy | 5.30 | 110.00 | $583.00 |
| Josephs, Adam | 2.30 | 110.00 | $253.00 |
| *TOTAL* | *79.80* | | *$24,972.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Airfare | $699.60 |
| Archival/Retrieval Services | $64.20 |
| Photocopies | $61.95 |
| Telecopies | $8.00 |
| Federal Express | $41.10 |
| Long Distance Telephone | $201.03 |
| Long Distance Telephone-Outside Services | $150.24 |
| Westlaw-Online Legal Research | $15.69 |
| TOTAL | $1,241.81 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$26,213.81**

Atty - SLB

RE: 02 - Debtors' Business Operations Client No. 74817/15538

| | | | | |
|---|---|---|---|---|
| 06/14/04 | JMS | 1.30 | 377.00 | Review 2003 10-K (1.0); emails with J. Hass and G. Boyer thereon (.3) |
| 06/15/04 | JMS | 0.30 | 87.00 | Email to J. Hass regarding answers to questions on valuation issues |
| 06/20/04 | JMS | 0.70 | 203.00 | Review Debtors' motion to approve Alltech acquisition (.5); email to G. Boyer thereon (.2) |
| 06/21/04 | JMS | 0.20 | 58.00 | Brief telephone conference with G. Boyer regarding Alltech acquisition |
| 06/23/04 | JMS | 2.20 | 638.00 | Telephone conference with G. Boyer regarding Alltech motion (.6); review Grace non-debtor cash issues (.8); telephone conference with M. Hurford regarding Personal Injury Committee view (.5); telephone conference with A. Krieger regarding GUCs view (.3) |
| 06/24/04 | JMS | 0.70 | 203.00 | Review file on Grace's non-debtor cash position |
| 06/25/04 | JMS | 1.30 | 377.00 | Research regarding Alltech motion |
| 06/30/04 | JMS | 1.60 | 464.00 | Telephone conferences with S. Blatnick regarding Alltech acquisition and related issues (.6); telephone conference with G. Boyer and S. Jones regarding Alltech financial issues (.4); research regarding Alltech cash issues (.6). |

**PROFESSIONAL SERVICES** $2,407.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 8.30 | 290.00 | $2,407.00 |
| *TOTAL* | *8.30* | | *$2,407.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$2,407.00**

| | | | | |
|---|---|---|---|---|
| 06/03/04 | ASD | 1.40 | 406.00 | Prepare for and attend committee call (1.1); e-mail summary of same to Scott L. Baena and Jay M. Sakalo (.2); review e-mail from committee chairman (.1). |
| 06/03/04 | SLB | 0.40 | 220.00 | Email to and from A. Danzeisen regarding committee meeting agenda and resolution of pending inquiry (.3); email to D. Speights regarding meeting (.1). |
| 06/10/04 | ASD | 1.20 | 348.00 | Prepare for and attend committee meeting (1.2). |
| 06/10/04 | SLB | 2.40 | 1,320.00 | Telephone call from J. Schwartz regarding meeting agenda issue (.3); interoffice conference with A. Danzeisen and J. Sakalo in preparation for 6/10 committee meeting (.8); committee meeting (1.3). |
| 06/10/04 | JMS | 1.30 | 377.00 | Committee call |
| 06/17/04 | ASD | 0.50 | 145.00 | Prepare for and attend Grace Committee call. |
| 06/17/04 | JMS | 0.80 | 232.00 | Prepare for and attend committee call |
| 06/24/04 | ASD | 2.30 | 667.00 | Prepare for and attend Grace Committee Meeting (1.6): Summary Meeting for absent member (.3); e-mail committee with status report (.4). |
| 06/24/04 | JMS | 1.50 | 435.00 | Prepare for and hold committee call |

**PROFESSIONAL SERVICES** $4,150.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.80 | 550.00 | $1,540.00 |
| Danzeisen, Allyn S | 5.40 | 290.00 | $1,566.00 |
| Sakalo, Jay M | 3.60 | 290.00 | $1,044.00 |
| *TOTAL* | *11.80* | | *$4,150.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$4,150.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE: 04 - Retention of Professionals

Atty - SLB
Client No. 74817/15540

| | | | | |
|---|---|---|---|---|
| 06/04/04 | ASD | 0.30 | 87.00 | Review various e-mails regarding futures representative (.3). |
| 06/11/04 | LMF | 1.10 | 132.00 | Draft supplemental affidavit of disinterestedness for continued employment of Bilzin (1.1). |
| 06/15/04 | LMF | 0.30 | 36.00 | Finalize supplemental affidavit and send to local counsel for filing (.3). |

**PROFESSIONAL SERVICES** $255.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.30 | 290.00 | $87.00 |
| Flores, Luisa M | 1.40 | 120.00 | $168.00 |
| *TOTAL* | *1.70* | | *$255.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$255.00**

| | | Atty - SLB |
|---|---|---|
| RE: | 07 - Applicant's Fee Application | Client No. 74817/15543 |

| | | | | |
|---|---|---|---|---|
| 06/02/04 | ASD | 0.50 | 145.00 | Work on interim fee application. |
| 06/02/04 | LMF | 0.20 | 24.00 | Meet with A. Danzeisen regarding draft of quarterly application (.2). |
| 06/03/04 | LMF | 0.60 | 72.00 | Revise footnote on quarterly application and submit to J. Sakalo for review (.3); revise description of services on quarterly application per A. Danzeisen (.3). |
| 06/04/04 | LMF | 0.70 | 84.00 | Finalize quarterly application and submit to local counsel for filing and serving (.7). |
| 06/07/04 | LMF | 0.80 | 96.00 | Attention to edits and review of May 31st prebills (.8). |
| 06/08/04 | LMF | 0.30 | 36.00 | Review with A. Danzeisen regarding fee auditors informal objection to Bilzin fees (.3). |
| 06/08/04 | JMS | 0.30 | 87.00 | Telephone conference and email to W. Sparks regarding holdback fees |
| 06/10/04 | LMF | 0.90 | 108.00 | Review spreadsheets received from fee auditor regarding Bilzin's 11th interim period and respond accordingly (.9). |
| 06/16/04 | LMF | 2.70 | 324.00 | Prepare notices, review final statements and attend to filing notices and statements for months of March and April 2004 (.9); prepare, finalize and attend to filing quarterly application for district court (1.8). |
| 06/18/04 | LMF | 0.50 | 60.00 | Revise statement for May 2004, prepare notice and submit to local counsel for filing and serving (.5). |

**PROFESSIONAL SERVICES** $1,036.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 06/03/04 | Long Distance Telephone(212) 813-9774 | 6.93 |
| 06/04/04 | Long Distance Telephone(212) 813-0590 | 2.97 |
| 06/08/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 06/17/04 | Long Distance Telephone(214) 698-3868 | 1.98 |
| 06/17/04 | Long Distance Telephone(310) 337-4141 | 12.87 |
| 06/18/04 | Long Distance Telephone(214) 698-3868 | 2.97 |
| 06/22/04 | ParkingVENDOR: CASH; INVOICE#: PCASH-07/09/04; DATE: 7/9/2004 - Reimburse Petty Cash | 5.00 |

**TOTAL COSTS ADVANCED** $34.70

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.50 | 290.00 | $145.00 |
| Sakalo, Jay M | 0.30 | 290.00 | $87.00 |
| Flores, Luisa M | 6.70 | 120.00 | $804.00 |
| *TOTAL* | *7.50* | | *$1,036.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Long Distance Telephone | $29.70 |

| | |
|---|---|
| Parking | $5.00 |
| TOTAL | $34.70 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$1,070.70**

Atty - SLB
RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) Client No. 74817/15545

| | | | | |
|---|---|---|---|---|
| 06/18/04 | LMF | 0.30 | 36.00 | Review court orders to determine bar date for PD claims (.3). |
| 06/22/04 | JMS | 1.60 | 464.00 | Meet with J. Hass regarding claims issues |

PROFESSIONAL SERVICES $500.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.60 | 290.00 | $464.00 |
| Flores, Luisa M | 0.30 | 120.00 | $36.00 |
| *TOTAL* | *1.90* | | *$500.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$500.00**

Atty - SLB

RE: 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos) Client No. 74817/15548

| | | | | |
|---|---|---|---|---|
| 06/20/04 | JMS | 1.00 | 290.00 | Review Debtors' motion to establish ADR procedures |

**PROFESSIONAL SERVICES** $290.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.00 | 290.00 | $290.00 |
| *TOTAL* | *1.00* | | *$290.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$290.00**

Atty - SLB
RE: 18 - Plan & Disclosure Statement Client No. 74817/15554

| | | | | |
|---|---|---|---|---|
| 06/15/04 | SLB | 0.30 | 165.00 | Telephone call from M. Dies regarding status of plan negotiations and appointment of futures rep (.3). |
| 06/18/04 | JMS | 2.10 | 609.00 | Research regarding 524(g) and 105 issues |
| 06/29/04 | JMS | 3.30 | 957.00 | Research 524(g) and 105 issues. |

**PROFESSIONAL SERVICES** $1,731.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | 550.00 | $165.00 |
| Sakalo, Jay M | 5.40 | 290.00 | $1,566.00 |
| *TOTAL* | *5.70* | | *$1,731.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$1,731.00**

RE: 27 - Litigation Consulting

Atty - SLB
Client No. 74817/15563

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/01/04 | ASD | 1.50 | 435.00 | Review and draft summary of motion to terminate McGovern (.7); review and draft email regarding motion to appoint examiner (.8). |
| 06/03/04 | ASD | 0.20 | 58.00 | Review notice of appeal (.1); future issue review; e-mail regarding same (.1). |
| 06/07/04 | ASD | 0.30 | 87.00 | Review of rice complaint from claimant. |
| 06/07/04 | JMS | 0.90 | 261.00 | Review responses to motion to appoint examiner in Owens Corning (1/2 time with USG) |
| 06/10/04 | JMS | 0.70 | 203.00 | Telephone conference with J. Cohn regarding appeal of Futures Claimants Representative order (.3); review Kaiser Aluminum pleadings thereon (.4) |
| 06/11/04 | ASD | 0.20 | 58.00 | Review email regarding Notice of Appeal; respond to same. |
| 06/12/04 | JMS | 0.70 | 203.00 | Review subpoenas issued in Owens Corning (1/2 time with USG) |
| 06/14/04 | ASD | 0.60 | 174.00 | Review email regarding Designation of Record (.1); review subpoenas issued, forward same on termination (.3); telephone conference with Ted Tacconelli regarding appeal issues (.2). |
| 06/15/04 | ASD | 0.90 | 261.00 | Review of Austern 2014 Statement (.4); send Austern disclosure to committee with description (.4); email committee chair regarding request for documents and review response (.1). |
| 06/15/04 | JMS | 0.30 | 87.00 | Review joint designation of record and items to be included on appeal |
| 06/18/04 | ASD | 0.20 | 58.00 | Review amended designation of record (.1); interoffice conference with Jay M. Sakalo regarding designation of record (.1). |
| 06/20/04 | JMS | 0.50 | 145.00 | Draft designation of record for FCR appeal |
| 06/21/04 | JMS | 0.60 | 174.00 | Conference with S. Baena regarding designation of items on appeal and revise same (.4); email to T. Tacconelli thereon (.2) |
| 06/30/04 | JMS | 2.50 | 725.00 | Review Scotts' motion to enforce injunction and related exhibits (1.1); e-mails with M. Hurford thereon (.3); telephone conference with S. Blatnick thereon (.4); review responses to motion (.7). |

**PROFESSIONAL SERVICES** $2,929.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 06/29/04 | Photocopies 18.00pgs @ .15/pg | 2.70 |

**TOTAL COSTS ADVANCED** $2.70

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 3.90 | 290.00 | $1,131.00 |
| Sakalo, Jay M | 6.20 | 290.00 | $1,798.00 |
| *TOTAL* | *10.10* | | *$2,929.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Photocopies | $2.70 |
| TOTAL | $2.70 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$2,931.70**

Atty - SLB

RE: 30 - Fee Application of Others | Client No. 74817/17781

| | | | | |
|---|---|---|---|---|
| 06/02/04 | JMS | 0.30 | 87.00 | Email to S. Bossay regarding Conway fees |
| 06/03/04 | LMF | 1.20 | 144.00 | Research court docket and compile various pleadings for Conway Del Genio to assist them in responding to inquiries by Debtors regarding their fee applications (1.2). |
| 06/04/04 | ASD | 0.40 | 116.00 | Review 5 fee application (.4). |
| 06/14/04 | ASD | 0.50 | 145.00 | Review of six fee applications. |
| 06/17/04 | LMF | 1.40 | 168.00 | Review and organize statements received from Hamilton Rabinovitz for filing (.7); reconcile outstanding payments from WR Grace and telephone conference with Hamilton Rabinovitz regarding same (.7). |
| 06/18/04 | LMF | 2.80 | 336.00 | Telephone conference with fee auditor regarding outstanding balance due Hamilton Rabinovitz from February 2002 (.3); prepare notices and statements for monthly fee applications for March and April 2004 and submit for filing (1.2); prepare, finalize and file quarterly application for Hamilton Rabinovitz (1.3). |
| 06/18/04 | JMS | 0.30 | 87.00 | Review HR&A fee application |

**PROFESSIONAL SERVICES** $1,083.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.90 | 290.00 | $261.00 |
| Sakalo, Jay M | 0.60 | 290.00 | $174.00 |
| Flores, Luisa M | 5.40 | 120.00 | $648.00 |
| *TOTAL* | *6.90* | | *$1,083.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$1,083.00**

Atty - SLB
RE: 31 - Retention of Others — Client No. 74817/17782

| | | | | |
|---|---|---|---|---|
| 06/04/04 | JMS | 0.70 | 203.00 | Review emails regarding appeal of Future Claimants Representative order |
| 06/15/04 | JMS | 0.30 | 87.00 | Review statement of D. Austern |

**PROFESSIONAL SERVICES** $290.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.00 | 290.00 | $290.00 |
| *TOTAL* | *1.00* | | *$290.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$290.00**

***CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD***

| Timekeeper | Hours | Total |
|---|---|---|
| *Danzeisen, Allyn S* | *46.70* | $13,543.00 |
| *Baena, Scott L* | *15.40* | $8,470.00 |
| *Flores, Luisa M* | *13.80* | $1,656.00 |
| *Sakalo, Jay M* | *52.20* | $15,138.00 |
| *Van Dijk, Wendy* | *5.30* | $583.00 |
| *Josephs, Adam* | *2.30* | $253.00 |
| ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | | ***$39,643.00*** |

***CLIENT SUMMARY OF COSTS ADVANCED***

| | | |
|---|---|---|
| *Airfare* | *$699.60* | |
| *Archival/Retrieval Services* | *$64.20* | |
| *Photocopies* | *$64.65* | |
| *Telecopies* | *$8.00* | |
| *Federal Express* | *$41.10* | |
| *Long Distance Telephone* | *$230.73* | |
| *Long Distance Telephone-Outside Services* | *$150.24* | |
| *Meals* | *$0.00* | |
| *Parking* | *$5.00* | |
| *Westlaw-Online Legal Research* | *$15.69* | |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | | ***$1,279.21*** |
| ***TOTAL AMOUNT DUE THIS PERIOD*** | | ***$40,922.21*** |

**CLIENT SUMMARY**

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 06/30/04** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 24,972.00 | 1,241.81 | 26,213.81 |
| 02 - Debtors' Business Operations/15538 | 2,407.00 | 0.00 | 2,407.00 |
| 03 - Creditors Committee/15539 | 4,150.00 | 0.00 | 4,150.00 |
| 04 - Retention of Professionals/15540 | 255.00 | 0.00 | 255.00 |
| 07 - Applicant's Fee Application/15543 | 1,036.00 | 34.70 | 1,070.70 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 500.00 | 0.00 | 500.00 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)/15548 | 290.00 | 0.00 | 290.00 |
| 18 - Plan & Disclosure Statement/15554 | 1,731.00 | 0.00 | 1,731.00 |
| 27 - Litigation Consulting/15563 | 2,929.00 | 2.70 | 2,931.70 |
| 30 - Fee Application of Others/17781 | 1,083.00 | 0.00 | 1,083.00 |
| 31 - Retention of Others/17782 | 290.00 | 0.00 | 290.00 |
| Client Total | $39,643.00 | $1,279.21 | $40,922.21 |