# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT *Presented at Hearing 7/19/04*

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Re: Docket Nos. 5450 & 5646
6/21/04 Agenda Item No. 5

**CONTINUATION ORDER GRANTING THE
RELIEF SOUGHT IN DEBTORS' THIRD OMNIBUS OBJECTION
TO CLAIMS (NON-SUBSTANTIVE) AS TO CONTINUED OBJECTIONS**

1.    On April 14, 2004 the Debtors filed their Third Omnibus Objection to Claims (the "Third Omnibus Objection" [Docket No. 5450]

2.    On May 25, 2004 the Court entered an Order Granting the Relief Sought in Debtors' Third Omnibus Objection to Claims (the "Order") [Docket No. 5646]. The Order provides that the Debtors' Objection to certain claims contained therein were continued to June 21, 2004 (the "Continued Objections").

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

NOW, THEREFORE, upon consideration of the Debtors' Third Omnibus Objection seeking an order disallowing certain claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Objection to each of the Claims listed on Exhibit A to this Order is continued to the July 19, 2004 omnibus hearing; and it is further

ORDERED that the Objection to each of the Claims listed on Exhibit B to this Order is continued to the July 19, 2004 omnibus hearing; and it is further

ORDERED that the Debtors' objection to the claim of Calvin Leonard, Claim No. 1003 is hereby withdrawn without prejudice and Debtors expressly reserve their rights to object to said claim of Calvin Leonard on substantive grounds; and it further ordered

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: __7/19__ , 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

In re: W.R. GRACE & CO., et al

OMNIBUS 3 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | MITCHELL, RONALD<br>2130 11TH AVEN<br>BIRMINGHAM AL 35224 | 01-01139<br>W.R. GRACE & CO. | 4993 | $40,032.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 2 | NELSON, DENNIS<br>PO BOX 149<br>ATTICA CORR FACILITY EXCHANGE<br>STR. RD<br>ATTICA NY 14011 | 01-01139<br>W.R. GRACE & CO. | 15365 | $250,000,000.00 | (S) | LATE FILED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 3 | NELSON, DENNIS<br>PO BOX 149<br>A C F<br><br>ATTICA NY 14011 | 01-01139<br>W.R. GRACE & CO. | 15367 | $250,000,000.00 | (S) | LATE FILED<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 4 | ORANGE COUNTY TREASURER TAX<br>COLLECTOR<br>PO BOX 1438<br><br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15357 | $22,774.20 | (P) | LATE FILED<br><br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 5 | ORANGE COUNTY TREASURER-TAX<br>COLLECTOR<br>PO BOX 1438<br><br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15314 | $26,918.96<br>$15,083.57 | (P)<br>(U) | LATE FILED<br><br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 6 | ORANGE COUNTY TREASURER-TAX<br>COLLECTOR<br>PO BOX 1438<br><br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15317 | $27,053.18 | (P) | LATE FILED<br><br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 7 | ORANGE COUNTY TREASURER-TAX<br>COLLECTOR<br>PO BOX 1438<br><br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15318 | $27,053.18 | (P) | LATE FILED<br><br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 8 | TAPE RENTAL LIBRARY INC<br>PO BOX 107<br>COVESVILLE VA 22931 | 01-01139<br>W.R. GRACE & CO. | 1350 | $1,825.07 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/19/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority            (U) - Unsecured

Page 1 of 1

Hearing Date: June 21, 2004

# In re: W.R. GRACE & CO., et al

## OMNIBUS 3 - EXHIBIT B - CONTINUED - SURVIVING CLAIMS

| Claim to be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 INTERNATIONAL PAPER ARIZONA CHEMICAL<br>ATTN: LEE WALKER<br>6775 LENOX CENTER COURT<br>MEMPHIS TN 38115 | 01-01140<br>Relief Requested: EXPUNGE<br>CONTINUED TO 7/19/04 12:00PM | 349 | $208,595.34 | (U) | ARIZONA CHEMICAL<br>4049 WILLOW LAKE BLVD<br>MEMPHIS TN 38118 | 01-01139 | 1106 | $211,684.16 | (U) |
| 2 ORANGE COUNTY TREASURER-TAX COLLE<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>Relief Requested: EXPUNGE<br>CONTINUED TO 7/19/04 12:00PM | 15314 | $26,918.96<br>$15,083.57 | (P)<br>(U) | ORANGE COUNTY TREASURER-TAX COLLEC<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15317 | $27,053.18 | (P) |
| 3 ORANGE COUNTY TREASURER-TAX COLLE<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>Relief Requested: EXPUNGE<br>CONTINUED TO 7/19/04 12:00PM | 15318 | $27,053.18 | (P) | ORANGE COUNTY TREASURER-TAX COLLEC<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15317 | $27,053.18 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative          (S) - Secured
(P) - Priority                      (U) - Unsecured

Page 1 of 1

Hearing Date: June 21, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | LEONARD, CALVIN L<br>911 FOLEY AVE<br>IOWA PARK, TX 76367 | 01-01139<br>W.R. GRACE & CO. | 1003 | $103,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority              (U) - Unsecured

6/14/2004 11:17:14 AM