# EXHIBIT 2

## 2nd Order re 3rd Omnibus Objection to Claims for WR Grace

Total number of parties: 9
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 9835 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 9835 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 9835 | INTERNATIONAL PAPER ARIZONA CHEMICAL, ATTN: LEE WALKER, 4049 WILLOW LAKE BLVD, MEMPHIS, TN 38118 |
| 9835 | MITCHELL, RONALD, 2130 11TH AVE N, BIRMINGHAM, AL 35234 |
| 9835 | NELSON, DENNIS, PO BOX 149, A C F, ATTICA, NY 14011 |
| 9835 | NELSON, DENNIS, PO BOX 149, ATTICA CORR FACILITY EXCHANGE STR. RD, ATTICA, NY 14011 |
| 9835 | ORANGE COUNTY TREASURER TAX COLLECTOR, PO BOX 1438, SANTA ANA, CA 92702 |
| 9835 | ORANGE COUNTY TREASURER-TAX COLLECTOR, PO BOX 1438, SANTA ANA, CA 92702 |
| 9835 | TAPE RENTAL LIBRARY INC, PO BOX 107, COVESVILLE, VA 22931 |

Subtotal for this group: 9