page 3 of 10

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

*Presented at Hearing 7/19/04*

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | Re: Docket No. 5525 and |
| | 7/19/04 Agenda Item 6 |

## CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS

1. On May 5, 2004 the Debtors filed their Fourth Omnibus Objection[1] to Claims (the "Fourth Omnibus Objection") [Docket No. 5525]

2. On June 30, 2004 the Debtors submitted to the Court the Continuation Order Granting the Relief Sought in Debtors' Third Omnibus Objection to Claims as to Continued Claims (the "Order") [Docket No. 5901]. The Order provided that the Debtors' Objection to certain claims contained therein were continued to July 19, 2004 (the "Continued Objections") or that the Objection to certain of the Reduce and/or Reclassify and Allow Claims was sustained and the claims were reduced and/or reclassified as indicated.

NOW, THEREFORE, upon consideration of the Debtors' Fourth Omnibus Objection seeking an order disallowing certain claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] All capitalized terms used but not defined herein are as defined in the Debtors' Fourth Omnibus Objection.

ORDERED that the Objection to each of the Claims listed on Exhibit A to this Order is continued to the August 23, 2004 omnibus hearing; and it is further

ORDERED that the Debtors' Objection to the claims listed on Exhibit B, Claim No. 1756 of Gulf Pacific America, Inc. and Claim No. 2177 of Greenville County Tax Collector, is withdrawn without prejudice and the Debtors retain the right to object to Claim No. 1756 and Claim No. 2177 on any grounds in the future upon proper notice and consistent with applicable bankruptcy rules; and it is further

ORDERED that the claim listed on Exhibit C, Claim No. 711 filed by Xerox Company, is reclassified, reduced and allowed as an unsecured claim in the amount of $4961.52; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that pursuant to Federal Rules of Civil Procedure 54(b), made applicable in the contested matter by Federal Rules of Bankruptcy Procedure 7054 and 9014, the Court hereby directs entry of a final judgment with respect to the claims objections that are the subject of this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July 19, 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Hearing Date: July 19, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT A - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CITY OF EL PASO<br>C/O DAVID G AELVOET<br>LINEBARGER HEARD GOGGAN ET AL<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | 01-01139<br>W.R. GRACE & CO. | 63 | $721.05 | (S) | RECLASSIFY, REDUCE & ALLOW | $245.32 | | (U) | CONTINUED TO 8/23/04 12:00PM |
| 2 | DONS DIESEL SERVICE INC<br>PO BOX 2438<br>HILLSBORO MO 63050 | 01-01139<br>W.R. GRACE & CO. | 2399 | $1,943.98 | (U) | REDUCE AND ALLOW | $1,577.41 | | (U) | CONTINUED TO 8/23/04 12:00PM |
| 3 | EXXONMOBIL CHEMICAL COMPANY<br>LAW DEPT BANKRUPTCY MATTERS<br>13501 KATY FREEWAY<br>HOUSTON TX 77079 | 01-01139<br>W.R. GRACE & CO. | 869 | $71,547.45 | (U) | REDUCE AND ALLOW | $63,059.42 | | (U) | CONTINUED TO 8/23/04 12:00PM |
| 4 | KATTEN MUCHIN ZAVIS ROSENMAN<br>C/O JEFF J FRIEDMAN ESQ<br>575 MADISON AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 15176 | $58,292.87 | (U) | REDUCE AND ALLOW | $1,153.13 | | (U) | CONTINUED TO 8/23/04 12:00PM |
| 5 | NSTAR GAS<br>800 BOYLSTON ST<br>17TH FLOOR<br>BOSTON MA 02119 | 01-01140<br>W.R. GRACE & CO.-CONN. | 196 | $14,773.55 | (U) | REDUCE AND ALLOW | $7,132.59 | | (U) | CONTINUED TO 8/23/04 12:00PM |
| 6 | SPAULDING AND SLYE<br>C/O BRUCE D LEVIN ESQ<br>BERNKOPF GOODMAN & BASEMAN LLP<br>125 SUMMER STR<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 203 | $1,403,017.00 | (U) | REDUCE AND ALLOW | $549,159.00 | | (U) | CONTINUED TO 8/23/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority             (U) - Unsecured

Page 1 of 1

7/15/2004 9:56:22 AM

Hearing Date: July 19, 2004

In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GREENVILLE COUNTY TAX<br>301 UNIVERSITY RDG STE 700<br>GREENVILLE SC 29601 | 01-01139<br>W.R. GRACE & CO. | 2177 | $42,191.16 | (S) | RECLASSIFY, REDUCE & ALLOW | $14,123.61 | (S) | | WITHDRAWN |
| 2 | GULF PACIFIC AMERICA INC<br>MAR-GULF MANAGEMENT INC<br>7083 HOLLYWOOD BLVD #650<br>HOLLYWOOD CA 90028 | 01-01149<br>CREATIVE FOOD 'N FUN COMPANY | 1756 | $207,937.00 | (U) | REDUCE AND ALLOW | $134,772.00 | | (U) | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority           (U) - Unsecured

Page 1 of 1

7/15/2004 10:00:03 AM

Hearing Date: July 19, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | XEROX CORPORATION<br>LEGAL DEPT MS 1-2<br>ATTN: CATHY FLOWERS<br>800 CARILLON PKWY<br>ST PETERSBURG FL 33716 | 01-01140<br>W.R. GRACE & CO.-CONN. | 711 | $16,322.61 | (S) | RECLASSIFY, REDUCE & ALLOW | $4,961.52 | (U) | | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority            (U) - Unsecured

Page 1 of 1

7/15/2004 10:04:13 AM