# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 5527 and 7/19/04 Agenda Item 7 |

### ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon consideration of the Fifth Omnibus Objection[1] of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging and disallowing certain Claims; and no previous application having been made; and upon consideration of the Fifth Omnibus Objection and all responses thereto; and due and proper notice of the Fifth Omnibus Objection having been given, it is hereby

ORDERED that the Objection to each of the Claims listed on Exhibits A to this Order are continued to the August 23, 2004 or September 27, 2004 (as indicated on Exhibit A) omnibus hearing; and it is further

ORDERED that the Debtors' Objection to the claims listed on Exhibit B, Claim No. 1755 of Gulf Pacific America, Inc. and Claim No. 13233 of Marshalls MA, Inc., is withdrawn without prejudice and the Debtors retain the right to object to Claim No. 1755 and Claim No. 13233 on any grounds in the future upon proper notice and consistent with applicable bankruptcy rules; and it is further

---

[1] Capitalized terms used but not defined herein are as defined in the Debtors' Fifth Omnibus Objection.

ORDERED that the Objection to each of the Claims listed on Exhibit C to this Order is sustained and the claims are expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each of the Cross-Debtor Duplicate Claims listed on Exhibit D to this Order is sustained and the surviving claim shall remain as indicated. As to the remaining claims, they shall be unaffected by the Fifth Omnibus Objection; however, the Debtors retain the right to object to any remaining claims on any grounds in the future upon proper notice and consistent with applicable bankruptcy rules; and it is further

ORDERED that pursuant to Fed.R.Bankr.P. 3006 and the Notice of Withdrawal of Claim No. 5539 filed by the Texas Commission on Environmental Quality (the "TCEQ"), the claim listed on Exhibit E, Claim No. 5539 of the TCEQ, is hereby withdrawn; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that pursuant to Fed. R. Civ. P. 54(b), made applicable in the contested matter by Fed. R. Bankr. P. 7054 and 9014, the Court hereby directs entry of a final judgment with respect to the claims objections that are the subject of this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July 19, 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Hearing Date: July 19, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | AKZO NOBEL POLYMER CHEMICALS LLC<br>ATTN: MARK FILIPPINI<br>525 W VAN BUREN<br>CHICAGO IL 60607 | 01-01139<br>W.R. GRACE & CO. | 17 | $30,086.70 | (U) | OTHER (INDIVIDUAL CLAIM OBJECTION)<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 2 | ARCHER JR, DAVID L<br>706 W TEXAS<br>IOWA PARK TX 76367 | 01-01140<br>W.R. GRACE & CO.-CONN. | 602 | $1,541,849.60 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 3 | ARCHER, MICHELLE B<br>706 W TEXAS<br>IOWA PARK TX 76367 | 01-01140<br>W.R. GRACE & CO.-CONN. | 604 | $1,910,100.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 4 | BUI, KENT<br>3414 NE 82ND AVE<br>PORTLAND OR 97220 | 01-01139<br>W.R. GRACE & CO. | 1570 | BLANK | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 5 | BUI, KENT<br>3414 NE 82ND AVE<br>PORTLAND OR 97220 | 01-01139<br>W.R. GRACE & CO. | 1570 | BLANK | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 6 | BUREAU OF CUSTOMS AND BORDER PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN<br>UNKNOWN | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 7 | BUREAU OF CUSTOMS AND BORDER PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN<br>UNKNOWN | (P)<br>(U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 8 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 9 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 10 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4720 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority          (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 11 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01139<br>W.R. GRACE & CO. | 4722 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 12 | DAP PRODUCTS INC DBA DAP INC<br>FINANCE DEPT<br>2400 BOSTON ST #200<br>BALTIMORE MD 21224 | 01-01139<br>W.R. GRACE & CO. | 12990 | $429,798.91 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 13 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 9/27/2004 12:00PM |
| 14 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 9/27/2004 12:00PM |
| 15 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 9/27/2004 12:00PM |
| 16 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 9/27/2004 12:00PM |
| 17 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI<br>C/O MICHAEL CROSSEN<br>DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 18 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI<br>C/O MICHAEL CROSSEN<br>DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 19 | NEW ENGLAND CONSTRUCTIN CO INC<br>DUFFY & SWEENEY LTD<br>ONE TURKS HEAD BLDG<br>STE 1200<br>PROVIDENCE RI 02903 | 01-01139<br>W.R. GRACE & CO. | 14396 | $127,327.42 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 20 | PEARSON SR, PETER P<br>PO BOX 26301<br>TUCSON AZ 85726 | 01-01139<br>W.R. GRACE & CO. | 2281 | $741,600.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 21 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 22 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 23 | PETERS SMITH & CO<br>C/O CHARLES C TRASCHER III<br>PO BOX 2055<br>MONROE LA 71207 | 01-01139<br>W.R. GRACE & CO. | 9689 | $50,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 24 | ROCCO & ZWEIFACH<br>C/O SAMUEL BARKIN<br>HELLER EHRMAN WHITE & MCAULIFFE LLP<br>120 W 45TH ST<br>NEW YORK NY 10036 | 01-01139<br>W.R. GRACE & CO. | 1205 | $19,454.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 25 | STATE OF OHIO ENVIRONMENTAL PROTECTION A<br>C/O TIMOTHY J KERN ASST ATTY GEN<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS OH 43215-3428 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9557 | UNKNOWN | (P) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 26 | STATE OF OHIO ENVIRONMENTAL PROTECTION A<br>C/O TIMOTHY J KERN ASST ATTY GEN<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS OH 43215-3428 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9557 | UNKNOWN | (P) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 27 | SVERDRUP CIVIL INC<br>C/O JACOBS ENGINEERING<br>501 N BROADWAY<br>ST LOUIS MO 63103-2121 | 01-01139<br>W.R. GRACE & CO. | 576 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 28 | SVERDRUP CIVIL INC<br>C/O JACOBS ENGINEERING<br>501 N BROADWAY<br>ST LOUIS MO 63103-2121 | 01-01139<br>W.R. GRACE & CO. | 576 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 29 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 5540 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 30 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 5540 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 31 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1694 | $351,758.00 | (A) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 32 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 1695 | $351,758.00 | (A) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 33 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1719 | $351,758.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |
| 34 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 1720 | $351,758.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/23/2004 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
  (P) - Priority          (U) - Unsecured

Hearing Date: July 19, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | GULF PACIFIC AMERICA INC<br>MAR-GULF MANAGEMENT INC<br>7083 HOLLYWOOD BLVD #600<br>HOLLYWOOD CA 90028 | 01-01139<br>W.R. GRACE & CO. | 1755 | $207,937.00 | (U) | CROSS-DEBTOR DUPLICATE<br>EXPUNGE | WITHDRAWN |
| 2 | MARSHALLS OF MA INC<br>770 COCHITUATE RD<br>ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT<br>FRAMINGHAM MA 01701 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13233 | UNKNOWN | (A) | NO LIABILITY<br>EXPUNGE | WITHDRAWN |
| 3 | MARSHALLS OF MA INC<br>770 COCHITUATE RD<br>ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT<br>FRAMINGHAM MA 01701 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13233 | UNKNOWN | (A) | UNLIQUIDATED<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Hearing Date: July 19, 2004

# In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT C - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ACCOUNTEMPS<br>DIV OF ROBERT HALF INTERNATIONAL<br>ATTN: KAREN LIMA<br>5720 STONERIDGE DR SUITE 3<br>PLEASANTON CA 94588-2700 | 01-01151<br>DEL TACO RESTAURANTS, INC. | 60 | $2,823.91 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 2 | ALLIED WASTE INDUSTRIES INC<br>15880 N GREENWAY HAYDEN LOOP<br>SCOTTSDALE AZ 85260 | 01-01140<br>W.R. GRACE & CO.-CONN. | 164 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 3 | ALLIED WASTE INDUSTRIES INC<br>15880 N GREENWAY HAYDEN LOOP<br>SCOTTSDALE AZ 85260 | 01-01140<br>W.R. GRACE & CO.-CONN. | 164 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |
| 4 | ARTHUR ANDERSEN LLP<br>33 W MONROE ST<br>CHICAGO IL 60603-5385 | 01-01139<br>W.R. GRACE & CO. | 2629 | $5,100.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 5 | CHEMSTATION MID-ATLANTIC<br>ATTN: DAVID SINGER<br>4615 HOLLINS FERRY RD STE A<br>BALTIMORE MD 21227 | 01-01139<br>W.R. GRACE & CO. | 1585 | $430.84 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 6 | COASTAL CONSTRUCTION PRODUCTS INC<br>CORPORATE HEADQUARTERS<br>1901 SERVICE ST<br>JACKSONVILLE FL 32207 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8555 | $6,021,857.00 | (P) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 7 | COVERALL OF CHICAGO<br>3202 A WOODCREEK<br>DOWNERS GROVE IL 60515 | 01-01139<br>W.R. GRACE & CO. | 1681 | $142.62 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 8 | CROSSROADS INDUSTRIAL PARK INC<br>C/O SCOTT ESTELLE PRESIDENT<br>PO BOX 220<br>WEEDSPORT NY 13166 | 01-01139<br>W.R. GRACE & CO. | 874 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 9 | CROSSROADS INDUSTRIAL PARK INC<br>C/O SCOTT ESTELLE PRESIDENT<br>PO BOX 220<br>WEEDSPORT NY 13166 | 01-01139<br>W.R. GRACE & CO. | 874 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |
| 10 | DAVIS COUNTY ASSESSOR<br>PO BOX 618<br>FARMINGTON UT 84025 | 01-01151<br>DEL TACO RESTAURANTS, INC. | 2251 | $2,456.19 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority          (U) - Unsecured

Page 1 of 5

7/15/2004 11:18:37 AM
page 11 of 25

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT C - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 11 | DE LAGE LANDEN FINANCIAL SERVICES INC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | 01-01139<br>W.R. GRACE & CO. | 7723 | $10,473.22 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 12 | DE LAGE LANDEN FINANCIAL SERVICES INC<br>F/K/A TOKAI FINANCIAL<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | 01-01139<br>W.R. GRACE & CO. | 7724 | $270,344.01 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 13 | DEPARTMENT OF THE TREASURY-INTERNAL REVE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01139<br>W.R. GRACE & CO. | 15360 | $10,177.92 | (P) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 14 | DEPT OF REVENUE STATE OF MISSOURI<br>STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY MO 65105 | 01-01140<br>W.R. GRACE & CO.-CONN. | 590 | $1,081.37 | (A) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 15 | DUNBAR, WILLIAM B<br>C/O TED N PETTIT<br>CASE BIGELOW & LOMBARDI<br>737 BISHOP ST STE 2600<br>HONOLULU HI 96813 | 01-01139<br>W.R. GRACE & CO. | 2637 | $22,745.25 | (A) | ASSUMED CONTRACT<br>EXPUNGE | SUSTAINED |
| 16 | EASTERN CONTROLS INC<br>PO BOX 519<br>EDGEMONT PA 19028 | 01-01139<br>W.R. GRACE & CO. | 2172 | $3,388.35 | (U) | OTHER (INDIVIDUAL CLAIM OBJECTION)<br>EXPUNGE | SUSTAINED |
| 17 | EDWARD C WHITNEY & SONS INC<br>PO BOX 474<br>WILMINGTON MA 01887 | 01-01139<br>W.R. GRACE & CO. | 1253 | $941.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 18 | EXHIBIT SURVEYS INC<br>D&B RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 423 | $2,600.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 19 | FIRST NORTHERN STAR LLC<br>C/O JOHN D DEMMY ESQ<br>STEVENS & LEE PC<br>300 DELAWARE AVE<br>8TH FLR STE 300<br>WILMINGTON DE 19801 | 01-01139<br>W.R. GRACE & CO. | 13949 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 20 | FIRST NORTHERN STAR LLC<br>C/O JOHN D DEMMY ESQ<br>STEVENS & LEE PC<br>300 DELAWARE AVE<br>8TH FLR STE 800<br>WILMINGTON DE 19801 | 01-01139<br>W.R. GRACE & CO. | 13949 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 2 of 5

7/15/2004 11:18:37 AM
page 12 of 25

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT C - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 21 | GEORGIA DEPT OF REVENUE<br>DEPT OF REVENUE<br>PO BOX 38143<br>ATLANTA GA 30334 | 01-01198<br>CC PARTNERS | 583 | $35,500.00<br>$7,500.00 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 22 | GOYEN VALVE CORP<br>1195 AIRPORT RD<br>LAKEWOOD NJ 08701 | 01-01139<br>W.R. GRACE & CO. | 1353 | $178.95 | (U) | OTHER (INDIVIDUAL CLAIM OBJECTION)<br>EXPUNGE | SUSTAINED |
| 23 | GRAYBAR ELECTRIC COMPANY INC<br>299 GARLINGTON RD<br>GREENVILLE SC 29615 | 01-01139<br>W.R. GRACE & CO. | 1265 | $522.56 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 24 | HAGEN, STREIFF, NEWTON & OSHIRO<br>4667 MACARTHUR BLVD STE 400<br>NEWPORT BEACH CA 92660 | 01-01139<br>W.R. GRACE & CO. | 661 | $7,481.72 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 25 | HAGEN, STREIFF, NEWTON & OSHIRO<br>4667 MACARTHUR BLVD STE 400<br>NEWPORT BEACH CA 92660 | 01-01139<br>W.R. GRACE & CO. | 662 | $21,168.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 26 | HANMER, LYNN K<br>7709 GROVEWOOD DR<br>LAKE WORTH FL 33467 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1709 | $5,000.00 | (P) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 27 | HUGHES ASSOCIATES INC<br>CCG<br>317 S BRAND BLVD<br>GLENDALE CA 91204 | 01-01139<br>W.R. GRACE & CO. | 680 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 28 | INTERTAPE POLYMER CORP<br>110 E MONTEE DE LIESSE<br>ST LAURENT QC H4T 1N4<br>CANADA | 01-01139<br>W.R. GRACE & CO. | 1836 | $12,005.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 29 | KANEB PIPE LINE OPERATING<br>PARTNERSHIP LP<br>EDWARD D DOHERTY<br>2435 N CENTRAL EXPWY STE 700<br>RICHARDSON TX 75080 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4208 | $6,250,258.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 30 | NC DEPT OF ENVIRONMENTAL AND<br>NATURAL RESOURCES, SUPERFUND<br>SECTION, DIVISION OF WASTE<br>MANAGEMENT<br>ATTN: W WALLACE FINLATOR JR<br>NC DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | 01-01139<br>W.R. GRACE & CO. | 13298 | $1,956,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 3 of 5

In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT C - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 31 | OFFICE DEPOT INC<br>ROBBIE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 443 | $4,758.17 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 32 | PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON CT 06484-4361 | 01-01139<br>W.R. GRACE & CO. | 15164 | $51,244.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 33 | PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON CT 06484-4361 | 01-01139<br>W.R. GRACE & CO. | 15366 | $20,708.76 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 34 | PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON CT 06484-5151 | 01-01139<br>W.R. GRACE & CO. | 2708 | $1,001.58 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 35 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13302 | UNKNOWN | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 36 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13303 | UNKNOWN | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 37 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13304 | $438,445.00 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 38 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13302 | UNKNOWN | (S) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |
| 39 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O STEPHEN G SKRIVANEK ESQ<br>THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392 | 01-01139<br>W.R. GRACE & CO. | 13303 | UNKNOWN | (S) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative        (S) - Secured
  (P) - Priority              (U) - Unsecured

Page 4 of 5

7/15/2004 11:18:38 AM

page 14 of 25

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT C - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 40 | SAP AMERICA INC<br>BROWN & CONNERY LLP<br>ATTN: STEPHANIE NOLAN DEVINEY<br>PO BOX 539<br>360 HADDON AVENUE<br>WESTMONT NJ 08108 | 01-01140<br>W.R. GRACE & CO.-CONN. | 161 | $2,250.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 41 | SNACK INC<br>C/O NEWCO MANAGEMENT COMPANY LLC<br>ATTN: VAHE MELKONIAN<br>6320 CANOGA AVE #1430<br>WOODLAND HILLS CA 91367 | 01-01139<br>W.R. GRACE & CO. | 5740 | $543,258.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 42 | SOLVAY MINERALS INC<br>3333 RICHMOND AVE<br>HOUSTON TX 77098 | 01-01140<br>W.R. GRACE & CO.-CONN. | 410 | $56,894.70 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 43 | SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN: CREDIT & PAYMENT SERVICES<br>2131 WALNUT GROVE AVE<br>ROSEMEAD CA 91770 | 01-01139<br>W.R. GRACE & CO. | 6 | $16,100.53 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 44 | SUFFOLK COUNTY TREASURER<br>C/O OFFICE OF ROBERT J CIMINO<br>SUFFOLK COUNTY ATTORNEY<br>H LEE DENNISON BLDG<br>100 VETERANS MEMORIAL HWY<br>HAUPPAUGE NY 11788-0099 | 01-01139<br>W.R. GRACE & CO. | 370 | $27,124.09 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 45 | WEEDSPORT ASSOCIATES LLC<br>C/O SCOTT ESTELLE PRESIDENT<br>CROSSROADS INDUSTRIAL PARK INC<br>PO BOX 220<br>WEEDSPORT NY 13166 | 01-01139<br>W.R. GRACE & CO. | 873 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 46 | WEEDSPORT ASSOCIATES LLC<br>C/O SCOTT ESTELLE PRESIDENT<br>CROSSROADS INDUSTRIAL PARK INC<br>PO BOX 220<br>WEEDSPORT NY 13166 | 01-01139<br>W.R. GRACE & CO. | 873 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Hearing Date: July 19, 2004

# In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT D - SUSTAINED - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | AE DOOR & WINDOW SALES<br>1260 W SHARON RD<br>CINCINNATI OH 45240<br>Relief Requested: EXPUNGE | 01-01139 | 2101 | $339.00 | (P) | AE DOOR SALES & SERVICE INC<br>1260 W SHARON RD<br>CINCINNATTI OH 45240 | 01-01140 | 958 | $339.00 | (U) |
| 2 | BULK LIFT INTERNATIONAL INCORPORATED<br>C/O CHRISTOPHER COMBEST<br>ALTHEIMER & GRAY<br>10 S WACKER DR, SUITE 4000<br>CHICAGO IL 60606<br>Relief Requested: EXPUNGE | 01-01139 | 9564 | $33,485.00 | (U) | BULK LIFT INTERNATIONAL INCORPORATED<br>C/O CHRISTOPHER COMBEST<br>ALTHEIMER & GRAY<br>10 S WACKER DR, SUITE 4000<br>CHICAGO IL 60606 | 01-01140 | 9565 | $33,485.00 | (U) |
| 3 | CENTRAL FIBER CORP<br>4814 FIBER LN<br>WELLSVILLE KS 66092<br>Relief Requested: EXPUNGE | 01-01139 | 1390 | $60,728.39 | (U) | CENTRAL FIBER CORPORATION<br>4814 FIBER LANE<br>WELLSVILLE KS 66092 | 01-01140 | 343 | $60,728.39 | (U) |
| 4 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ADAMS & GRAHAM LP<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br>Relief Requested: EXPUNGE | 01-01139 | 8759 | $22,059.52 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ADAMS & GRAHAM LLP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9175 | $22,059.52 | (U) |
| 5 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF JOHNSON TOMLIN & JOHNSON<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br>Relief Requested: EXPUNGE | 01-01139 | 8760 | $20,309.82 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF JOHNSON TOMLIN & JOHNSON<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9176 | $20,309.82 | (U) |
| 6 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF COCHRANE COMPRESSOR CO<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br>Relief Requested: EXPUNGE | 01-01139 | 8762 | $30,536.00 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF COCHRANE COMPRESSOR CO<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9178 | $30,536.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT D - SUSTAINED - SURVIVING CLAIMS

| | Claim to be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 7 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF BERENFIELD CONTAINERS<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139<br>Relief Requested: EXPUNGE | 8763 | $30,672.70 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF BERENFIELD CONTAINERS<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9179 | $30,672.70 | (U) |
| 8 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF INDUSTRIAL SERVICE PRODUCTS CO<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139<br>Relief Requested: EXPUNGE | 8764 | $26,831.15 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF INDUSTRIAL SERVICE PRODUCTS CO<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9180 | $26,831.15 | (U) |
| 9 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF REICHHOLD CHEMICALS<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139<br>Relief Requested: EXPUNGE | 8765 | $56,347.52 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF REICHHOLD CHEMICALS<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9181 | $56,347.52 | (U) |
| 10 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF LA CHEMICALS LTD<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139<br>Relief Requested: EXPUNGE | 8766 | $32,289.15 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF LA CHEMICALS LTD<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9182 | $32,289.15 | (U) |
| 11 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ASCO PNEUMATIC CONTROLS<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139<br>Relief Requested: EXPUNGE | 8767 | $38,971.80 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ASCO PNEUMATIC CONTROLS<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9183 | $38,971.30 | (U) |
| 12 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF DOWIE LTD DBA SDI<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139<br>Relief Requested: EXPUNGE | 8768 | $29,026.48 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF DOWIE LTD D/B/A SDI<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9184 | $29,026.48 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT D - SUSTAINED - SURVIVING CLAIMS

| | Claims to be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 13 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF FIDELITY & DEPOSIT COMPANY OF MD ATTN: ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 | 01-01139 | 8769 Relief Requested: EXPUNGE | $56,894.70 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF FIDELITY & DEPOSIT OF MARYLAND ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9185 | $56,894.70 | (U) |
| 14 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF GENERAL STEEL DRUM CORPORATION ATTN: ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 | 01-01139 | 8771 Relief Requested: EXPUNGE | $15,523.00 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF GENERAL STEEL DRUM CORP ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9187 | $15,523.00 | (U) |
| 15 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF POREX MED PROD GRP DBA KIPP GROUP ATTN: ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 | 01-01139 | 8772 Relief Requested: EXPUNGE | $25,391.70 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF POREX MED PROD GRP DBA KIPP GROUP ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9188 | $25,391.70 | (U) |
| 16 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF AT&T CORP ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9186 Relief Requested: EXPUNGE | $952,979.56 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF AT&T ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 | 01-01139 | 8770 | $952,979.56 | (U) |
| 17 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF GENERAL ELECTRIC COMPANY ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01139 | 9208 Relief Requested: EXPUNGE | $22,389.88 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF GENERAL ELECTRIC CO ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 | 9189 | $22,389.88 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

# In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT D - SUSTAINED - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 18 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF CAPERS CLEVELAND DESIGN INC<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01139<br>Relief Requested: EXPUNGE | 9209 | $40,708.10 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF CAPERS CLEVELAND DESIGN INC<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9190 | $40,708.10 | (U) |
| 19 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ANDREW & KURTH MAYOR DAY CALDWELL & KEETON LLP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01139<br>Relief Requested: EXPUNGE | 9210 | $148,193.63 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ANDREW & KURTH MAYOR DAY CALDWELL & KEETON LLP<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9191 | $148,193.63 | (U) |
| 20 | H W FIORI & SON INC<br>407 JACK ST<br>BALTIMORE MD 21225 | 01-01139<br>Relief Requested: EXPUNGE | 1083 | $58,427.00 | (P) | H W FIORI & SON INC<br>407 JACK ST<br>BALTIMORE MD 21225 | 01-01140 | 858 | $58,427.00 | (U) |
| 21 | HOLME ROBERTS & OWEN LLP<br>C/O ELIZABETH K FLAAGAN<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | 01-01194<br>Relief Requested: EXPUNGE | 6929 | $442,783.06 | (U) | HOLME ROBERTS & OWEN LLP<br>C/O ELIZABETH K FLAAGAN<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | 01-01139 | 6928 | $442,783.06 | (U) |
| 22 | HOLME ROBERTS & OWEN LLP<br>C/O ELIZABETH K FLAAGAN<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | 01-01186<br>Relief Requested: EXPUNGE | 6930 | $442,783.06 | (U) | HOLME ROBERTS & OWEN LLP<br>C/O ELIZABETH K FLAAGAN<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | 01-01139 | 6928 | $442,783.06 | (U) |
| 23 | HOLME ROBERTS & OWEN LLP<br>C/O ELIZABETH K FLAAGAN<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | 01-01140<br>Relief Requested: EXPUNGE | 6931 | $442,783.06 | (U) | HOLME ROBERTS & OWEN LLP<br>C/O ELIZABETH K FLAAGAN<br>1700 LINCOLN ST STE 4100<br>DENVER CO 80203 | 01-01139 | 6928 | $442,783.06 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT D - SUSTAINED - SURVIVING CLAIMS

### Claim To Be Expunged

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|
| 24 | JAMESON, CRAIG E<br>305 MIDDLE RD<br>BREUTWOOD NH 03833 | 01-01139<br>Relief Requested: EXPUNGE | 13703 | $4,577.59 | (U) |
| 25 | NORFOLK SOUTHERN RAILWAY COMPANY<br>C/O WILLIAM H JOHNSON<br>THREE COMMERCIAL PLACE<br>NORFOLK VA 23510-9242 | 01-01139<br>Relief Requested: EXPUNGE | 6970 | $1,584,182.18 | (U) |
| 26 | PETROLEUM SERVICE CORPORATION<br>PO BOX 3517<br>BATON ROUGE LA 70821 | 01-01139<br>Relief Requested: EXPUNGE | 449 | $720.99 | (U) |
| 27 | SPENCER FANE BRITT & BROWNE LLP<br>1000 WALNUT STE 1400<br>ATTN LISA A EPPS ESQ<br>KANSAS CITY MO 64106 | 01-01140<br>Relief Requested: EXPUNGE | 9567 | $19,072.51 | (U) |
| 28 | WINSTELL CONTROLS INC<br>1423 QUEEN CITY AVE<br>CINCINNATI OH 45214 | 01-01140<br>Relief Requested: EXPUNGE | 28 | $280.41 | (U) |

### Surviving Claim

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| JAMESON, CRAIG E<br>305 MIDDLE RD<br>BREUTWOOD NH 03833 | 01-01140 | 13702 | $4,577.59 | (U) |
| NORFOLK SOUTHERN RAILWAY COMPANY<br>C/O WILLIAM H JOHNSON<br>THREE COMMERCIAL PLACE<br>NORFOLK VA 23510-9242 | 01-01140 | 7021 | $1,584,182.18 | (U) |
| PETROLEUM SERVICE CORPORATION<br>PO BOX 3517<br>BATON ROUGE LA 70821 | 01-01140 | 448 | $720.99 | (U) |
| SPENCER FANE BRITT & BROWNE LLP<br>1000 WALNUT STE 1400<br>ATTN LISA A EPPS ESQ<br>KANSAS CITY MO 64106 | 01-01194 | 9568 | $19,072.51 | (U) |
| WINSTELL CONTROLS, INC<br>1423 QUEEN CITY AVE<br>CINCINNATI OH 45214 | 01-01139 | 897 | $280.41 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Hearing Date: July 19, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT E - CLAIM WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01194<br>REMEDIUM GROUP, INC. | 5539 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CLAIM WITHDRAWN |
| 2 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01194<br>REMEDIUM GROUP, INC. | 5539 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CLAIM WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

Page 1 of 1

7/15/2004 2:49:42 PM