# EXHIBIT 2

# Omnbus 5 Order
# for WR Grace

Total number of parties: 87
Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 9808 | ACCOUNTEMPS, DIV OF ROBERT HALF INTERNATIONAL, ATTN: KAREN LIMA, 5720 STONERIDGE DR SUITE 3, PLEASANTON, CA 94588-2700 |
| 9808 | AE DOOR & WINDOW SALES, 1260 W SHARON RD, CINCINNATI, OH 45240 |
| 9808 | AKZO NOBEL POLYMER CHEMICALS LLC, 525 W VAN BUREN, CHICAGO, IL 60607 |
| 9808 | ALLIED WASTE INDUSTRIES INC, 15880 N GREENWAY HAYDEN LOOP, SCOTTSDALE, AZ 85260 |
| 9808 | ANDREWS & KURTH LLP, 450 LEXINGTON AVE 15TH FL, NEW YORK, NY 10017 |
| 9808 | ARCHER JR, DAVID L, 706 W TEXAS, IOWA PARK, TX 76367 |
| 9808 | ARCHER, MICHELLE B, 706 W TEXAS, IOWA PARK, TX 76367 |
| 9808 | ARTHUR ANDERSEN LLP, 33 W MONROE ST, CHICAGO, IL 60603-5385 |
| 9808 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 9808 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 9808 | BUI, KENT, 3414 NE 82ND AVE, PORTLAND, OR 97220 |
| 9808 | BULK LIFT INTERNATIONAL INCORPORATED, C/O CHRISTOPHER COMBEST, ALTHEIMER & GRAY, 10 S WACKER DR, SUITE 4000, CHICAGO, IL 60606 |
| 9808 | BUREAU OF CUSTOMS AND BORDER PROTECTION, 6026 LAKESIDE BLVD, PO BOX 68911, INDIANAPOLIS, IN 46268 |
| 9808 | CENTRAL FIBER CORP, 4814 FIBER LN, WELLSVILLE, KS 66092 |
| 9808 | CHEMSTATION MID-ATLANTIC, ATTN: DAVID SINGER, 4615 HOLLINS FERRY RD STE A, BALTIMORE, MD 21227 |
| 9808 | CHL ADMINISTRATION INC, PO BOX 6029, PORTLAND, OR 97228 |
| 9808 | CITY OF CAMBRIDGE MASSACHUSETTS, C/O STEPHEN D ANDERSON ESQ, ANDERSON & KREIGER LLP, 43 THORNDIKE ST, CAMBRIDGE, MA 02141 |
| 9808 | COASTAL CONSTRUCTION PRODUCTS INC, CORPORATE HEADQUARTERS, 1901 SERVICE ST, JACKSONVILLE, FL 32207 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF ADAMS & GRAHAM LP, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF ANDREW & KURTH MAYOR DAY CALDWELL & KE, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF ASCO PNEUMATIC CONTROLS, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF AT&T CORP, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF BERENFIELD CONTAINERS, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF CAPERS CLEVELAND DESIGN INC, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF COCHRANE COMPRESSOR CO, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF DOWIE LTD DBA SDI, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF FIDELITY & DEPOSIT COMPANY OF MD, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF GENERAL ELECTRIC COMPANY, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF GENERAL STEEL DRUM CORPORATION, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF INDUSTRIAL SERVICE PRODUCTS CO, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF JOHNSON TOMLIN & JOHNSON, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF LA CHEMICALS LTD, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF POREX MED PROD GRP DBA KIPP GROUP, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 9808 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF REICHHOLD CHEMICALS, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 9808 | COVERALL OF CHICAGO, 3202 A WOODCREEK, DOWNERS GROVE, IL 60515 |
| 9808 | CROSSROADS INDUSTRIAL PARK INC, C/O SCOTT ESTELLE PRESIDENT, PO BOX 220, WEEDSPORT, NY 13166 |
| 9808 | DAP PRODUCTS INC DBA DAP INC, FINANCE DEPT, 2400 BOSTON ST #200, BALTIMORE, MD 21224 |
| 9808 | DAVID J GORMAN PC, 800 TURNPIKE ST STE 300, NORTH ANDOVER, MA 01845 |
| 9808 | DAVIS COUNTY ASSESSOR, PO BOX 618, FARMINGTON, UT 84025 |
| 9808 | DE LAGE LANDEN FINANCIAL SERVICES INC, 1111 OLD EAGLE SCHOOL RD, WAYNE, PA 19087 |
| 9808 | DE LAGE LANDEN FINANCIAL SERVICES INC, F/K/A TOKAI FINANCIAL, 1111 OLD EAGLE SCHOOL RD, WAYNE, PA 19087 |
| 9808 | DEPARTMENT OF THE TREASURY-INTERNAL REVE, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE, MD 21201 |
| 9808 | DEPT OF REVENUE STATE OF MISSOURI, STATE OF MISSOURI, BOX 475, JEFFERSON CITY, MO 65105 |
| 9808 | DILLINGHAM-MANSON JOINT VENTURE, MANSON CONSTRUCTION, ATTN PRESIDENT, 5209 E MARGINAL WAY S, SEATTLE, WA 98124 |
| 9808 | DUNBAR, WILLIAM B, C/O TED N PETTIT, CASE BIGELOW & LOMBARDI, 737 BISHOP ST STE 2600, HONOLULU, HI 96813 |
| 9808 | EASTERN CONTROLS INC, PO BOX 519, EDGEMONT, PA 19028 |
| 9808 | EDWARD C WHITNEY & SONS INC, PO BOX 474, WILMINGTON, MA 01887 |
| 9808 | EXHIBIT SURVEYS INC, D&B RMS BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094 |
| 9808 | FIRST NORTHERN STAR LLC, C/O JOHN D DEMMY ESQ, STEVENS & LEE PC, 300 DELAWARE AVE, 8TH FLR STE 800, WILMINGTON, DE 19801 |
| 9808 | GEORGIA DEPT OF REVENUE, DEPT OF REVENUE, PO BOX 38143, ATLANTA, GA 30334 |
| 9808 | GOYEN VALVE CORP, 1195 AIRPORT RD, LAKEWOOD, NJ 08701 |
| 9808 | GRAYBAR ELECTRIC COMPANY INC, 299 GARLINGTON RD, GREENVILLE, SC 29615 |
| 9808 | GULF PACIFIC AMERICA INC, MAR-GULF MANAGEMENT INC, 7083 HOLLYWOOD BLVD #600, HOLLYWOOD, CA 90028 |
| 9808 | H W FIORI & SON INC, 407 JACK ST, BALTIMORE, MD 21225 |
| 9808 | HAGEN, STREIFF, NEWTON & OSHIRO, 4667 MACARTHUR BLVD STE 400, NEWPORT BEACH, CA 92660 |
| 9808 | HANMER, LYNN K, 7709 GROVEWOOD DR, LAKE WORTH, FL 33467 |
| 9808 | HOLME ROBERTS & OWEN LLP, C/O ELIZABETH K FLAAGAN, 1700 LINCOLN ST STE 4100, DENVER, CO 80203 |
| 9808 | HUGHES ASSOCIATES INC, CCG, 317 S BRAND BLVD, GLENDALE, CA 91204 |
| 9808 | INTERTAPE POLYMER CORP, 110 E MONTEE DE LIESSE, ST LAURENT, QC H4T 1N4CANADA |
| 9808 | JAMESON, CRAIG E, 305 MIDDLE RD, BREUTWOOD, NH 03833 |
| 9808 | KANEB PIPE LINE OPERATING PARTNERSHIP LP, EDWARD D DOHERTY, 2435 N CENTRAL EXPWY STE 700, RICHARDSON, TX 75080 |
| 9808 | MARSHALLS OF MA INC, 770 COCHITUATE RD, ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT, FRAMINGHAM, MA 01701 |
| 9808 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI, C/O MICHAEL CROSSEN, DAVID C FIXLER, RUBIN AND RUDMAN LLP, 50 ROWES WHARF, BOSTON, MA 02110 |
| 9808 | NC DEPT OF ENVIRONMENTAL AND NATURAL RESOURCES, SU, ATTN: W WALLACE FINLATOR JR, NC DEPT OF JUSTICE, PO BOX 629, RALEIGH, NC 27602-0629 |
| 9808 | NEW ENGLAND CONSTRUCTIN CO INC, DUFFY & SWEENEY LTD, ONE TURKS HEAD BLDG, STE 1200, PROVIDENCE, RI 02903 |
| 9808 | NORFOLK SOUTHERN RAILWAY COMPANY, C/O WILLIAM H JOHNSON, THREE COMMERCIAL PLACE, NORFOLK, VA 23510-9242 |
| 9808 | OFFICE DEPOT INC, ROBBIE SMITH ACCS, 2200 OLD GERMANTOWN RD, DELRAY BEACH, FL 33445 |
| 9808 | PEARSON SR, PETER P, PO BOX 26301, TUCSON, AZ 85726 |
| 9808 | PERINI CORPORATION, C/O JEFFREY R PORTER ESQUIRE, MINTZ LEVIN COHN FERRIS ET AL, ONE FINANCIAL CENTER, BOSTON, MA 02111 |
| 9808 | PETERS SMITH & CO, C/O CHARLES C TRASCHER III, PO BOX 2055, MONROE, LA 71207 |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 9808 | PETROLEUM SERVICE CORPORATION, PO BOX 3517, BATON ROUGE, LA 70821 |
| 9808 | PITNEY BOWES CREDIT CORPORATION, 27 WATERVIEW DR, SHELTON, CT 06484-5151 |
| 9808 | PITNEY BOWES CREDIT CORPORATION, ATTN RECOVERY DEPT, 27 WATERVIEW DR, SHELTON, CT 06484-4361 |
| 9808 | PRINCIPAL LIFE INSURANCE COMPANY, C/O STEPHEN G SKRIVANEK ESQ, THE PRINCIPAL FINANCIAL GROUP, 711 HIGH ST, DES MOINES, IA 50392 |
| 9808 | ROCCO & ZWEIFACH, C/O SAMUEL BARKIN, HELLER EHRMAN WHITE & MCAULIFFE LLP, 120 W 45TH ST, NEW YORK, NY 10036 |
| 9808 | SAP AMERICA INC, BROWN & CONNERY LLP, ATTN: STEPHANIE NOLAN DEVINEY, PO BOX 539, 360 HADDON AVENUE, WESTMONT, NJ 08108 |
| 9808 | SNACK INC, C/O NEWCO MANAGEMENT COMPANY LLC, ATTN: VAHE MELKONIAN, 6320 CANOGA AVE #1430, WOODLAND HILLS, CA 91367 |
| 9808 | SOLVAY MINERALS INC, 3333 RICHMOND AVE, HOUSTON, TX 77098 |
| 9808 | SOUTHERN CALIFORNIA EDISON COMPANY, ATTN: CREDIT & PAYMENT SERVICES, 2131 WALNUT GROVE AVE, ROSEMEAD, CA 91770 |
| 9808 | SPENCER FANE BRITT & BROWNE LLP, 1000 WALNUT STE 1400, ATTN LISA A EPPS ESQ, KANSAS CITY, MO 64106 |
| 9808 | STATE OF OHIO ENVIRONMENTAL PROTECTION A, C/O TIMOTHY J KERN ASST ATTY GEN, ENVIRONMENTAL ENFORCEMENT SECTION, 30 E BROAD ST 25TH FL, COLUMBUS, OH 43215-3428 |
| 9808 | SUFFOLK COUNTY TREASURER, C/O OFFICE OF ROBERT J CIMINO, SUFFOLK COUNTY ATTORNEY, H LEE DENNISON BLDG, 100 VETERANS MEMORIAL HWY, HAUPPAUGE, NY 11788-0099 |
| 9808 | SVERDRUP CIVIL INC, C/O JACOBS ENGIEERING, 501 N BROADWAY, ST LOUIS, MO 63103-2121 |
| 9808 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL, BANKRUPTCY & COLLECTIONS, PO BOX 12548, AUSTIN, TX 78711-2548 |
| 9808 | WEATHERFORD INTERNATIONAL INC, ATTN: BURT MARTIN, 515 POST OAK BLVD STE 600, HOUSTON, TX 77027 |
| 9808 | WEEDSPORT ASSOCIATES LLC, C/O SCOTT ESTELLE PRESIDENT, CROSSROADS INDUSTRIAL PARK INC, PO BOX 220, WEEDSPORT, NY 13166 |
| 9808 | WINSTEL CONTROLS INC, 1423 QUEEN CITY AVE, CINCINNATI, OH 45214 |

**Subtotal for this group: 87**