**EXHIBIT 2**

# 6th Omnibus Objection to Claims
# for WR Grace

Total number of parties: 46
Preferred Mode of Service: US Mail (1st Class)

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 9820 | A D INSTRUMENTS INC, DIVISION OF ENDRESS & HAUSEN, 4711 A NATIONS CROSSING, CHARLOTTE, NC 28217 |
| 9820 | ALEXANDER, JOHN, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | BRABON JR, RONALD W, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CTR, STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | BURNETT, SCOTT, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CTR, STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | CAMBRIDGE ELECTRIC LIGHT CO DBA NSTAR ELECTRIC, 800 BOYLSTON ST, 17TH FLOOR, BOSTON, MA 02119 |
| 9820 | CATCHING FLUID POWER INC, 881 REMINGTON BLVD, BOLINGBROOK, IL 60440 |
| 9820 | CHEM-TAINER IND INC, 361 NEPTUNE AVE, WEST BABYLON, NY 11704 |
| 9820 | CONNER EL, MICHAEL, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | CORPORATE EXPRESS, 7150 EXCHEQUER DR, BATON ROUGE, LA 70809 |
| 9820 | CTL ENGINEERING INC, 2860 FISHER RD, COLUMBUS, OH 43204 |
| 9820 | DAWSON, WARREN, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | ENSR CORPORATION, 2 TECHNOLOGY DR, WESTFORD, MA 01886 |
| 9820 | ESTATE OF BOBBY CAMPBELL DECEASED, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | ESTATE OF DARRYL BROWN DECEASED, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | ESTATE OF ELTON FLOYD MIZELL DECEASED, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | ESTATE OF MARION STANLEY DECEASED, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | ESTATE OF MICHAEL HURD DECEASED, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER, STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | FISHER SCIENTIFIC, ATTN: GARY R BARNES, 2000 PARK LANE DRIVE, PITTSBURGH, PA 15275 |
| 9820 | FRANCHISE TAX BOARD, SPECIAL PROCEDURES SECTIONS, PO BOX 2952, SACRAMENTO, CA 95812-2952 |
| 9820 | FRANCHISE TAX BOARD, SPECIAL PROCEDURES, PO BOX 2952, SACRAMENTO, CA 95812-2952 |
| 9820 | GREEN, DONALD, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | LASON SYSTEMS INC, SUE MOORE, 1305 STEPHENSON HWY, TROY, MI 48083 |
| 9820 | LERMA, BENITO, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | LIMOUSINE EIGHTEEN LTD, PO BOX 263, LEXINGTON, MA 02421 |
| 9820 | LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019 |
| 9820 | LOUISIANA DEPT OF REVENUE, PO BOX 66658, BATON ROUGE, LA 70896 |
| 9820 | MCLAUGHLIN, KEVIN, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | MICHELIN NORTH AMERICA INC, ATTN: WANDA LINK / CREDIT, PO BOX 19001, GREENVILLE, SC 29602-9001 |
| 9820 | MITCHELL DISTRIBUTING COMPANY, R D MAYHEW DIR OF CREDIT, PO BOX 32156, CHARLOTTE, NC 28232 |
| 9820 | MOBILE STORAGE GROUP INC, 7590 N GLENOAKS BLVD, BURBANK, CA 91504 |
| 9820 | OBLIGADO & CIA LDA SA, PARAGUAY 610, C1057AAH, BUENOS AIRES, ARGENTINA |
| 9820 | PATTERSON, LARRY, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |

WR Grace

**Exhibit 2 - WR Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 9820 | POWELL, RUFUS, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | RIMKA, EDWARD, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | SEES SR, J RONALD, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | SEVERN TRENT LABORATORIES INC, ATTN: MARSHA HEMMERICH, 4101 SHUFFEL DR NW, NORTH CANTON, OH 44720 |
| 9820 | STATE OF FLORIDA DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 6668, TALLAHASSEE, FL 32314-6668 |
| 9820 | SUBURBAN PROPANE LP, 240 ROUTE 10 WEST, WHIPPANY, NJ 07981 |
| 9820 | TEXAS NATURAL RESOURCE CONSERVATION COMMISSION, MC 132, C/O DENISE ESPINOSA, PO BOX 13087, AUSTIN, TX 78711-3087 |
| 9820 | TOMLIN, JERRY, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER, STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | TRANSFEROR: CHEMICAL SPECIALTIES INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019 |
| 9820 | TURNER COMPANY LLC, C/O KIRK A PATRICK III, PO BOX 3656, BATON ROUGE, LA 70821 |
| 9820 | VALENTINE, ANTHONY, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | VANNUNALLY BEY, CYLESTER, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | WHEELER, CHARLES, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER, STE 1800, SOUTHFIELD, MI 48075 |
| 9820 | WOODARD, KEVIN, C/O RONALD M APPLEBAUM ESQ, WEINER & COX PLC, 3000 TOWN CENTER STE 1800, SOUTHFIELD, MI 48075 |

Subtotal for this group:  46