IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 27, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## NO ORDER REQUIRED CERTIFICATION
## OF NO OBJECTION REGARDING DOCKET NO. 5930

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to the Application of Nelson Mullins Riley &

Scarborough, L.L.P. ("NMRS") for Compensation for Services and Reimbursement of Expenses

as Special Counsel to W. R. Grace & Co., et al., for the First Interim Period, from May 1, 2004

Through May 31, 2004, for the Quarter of April 2004 – June, 2004, (the "Application"). The

undersigned further certifies that he has caused the Court's docket in this case to be reviewed and

no answer, objection or other responsive pleading to the Application appears thereon. Pursuant

to the Application, objections to the Application were to be filed and served no later than **July**

**27, 2004.**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay NMRS $10,341.60 which represents 80% of the fees ($12,927.00), and

$67.97 which represents 100% of the expenses requested in the Application for the period May

1, 2004 through May 31, 2004, upon the filing of this Certification and without the need for entry

of a Court order approving the Application.


Dated: July 3D, 2004                KIRKLAND & ELLIS LLP
                                    James H.M. Sprayregen, P.C.
                                    Janet S. Baer
                                    James W. Kapp III
                                    Samuel L. Blatnick
                                    200 East Randolph Drive
                                    Chicago, Illinois 60601
                                    Telephone:    (312) 861-2000
                                    Facsimile:    (312) 861-2200

                                    and

                                    PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
                                    WEINTRAUB P.C.


                                    Laura Davis Jones (Bar No. 2436)
                                    David W. Carickhoff, Jr. (Bar No. 3715)
                                    919 N. Market Street, 16th Floor
                                    P.O. Box 8705
                                    Wilmington, Delaware 19899-8705
                                    Telephone:    (302) 652-4100
                                    Facsimile:    (302) 652-4400

                                    Co-Counsel to Debtors and Debtors-in-Possession