## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF DUFF & PHELPS, LLC
## FOR THE TWELFTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Twelfth Interim Quarterly Fee Application of Duff & Phelps, LLC (the "Application").

## BACKGROUND

1.     Duff & Phelps, LLC  ("Duff & Phelps") was retained as financial advisor to State Street Bank and Trust Company, the investment manager and fiduciary of the Grace stock within the Grace savings and investment plan..  In the Application, Duff & Phelps seeks approval of fees totaling $50,000.00 and costs totaling $2,416.91 for its services from February 1, 2004, through April 30, 2004[1].

2.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the expense entries

---

[1] Duff & Phelps' services fall outside the normal purview of the bankruptcy fee application process.  Nevertheless, as fee auditor in the Grace bankruptcy matter, we were asked by the Debtor to review the Application.  At the further request of the Debtor and local Debtor's counsel, we were asked to waive the normal interim date restrictions so that the Application could be reviewed in its entirety.

included in the exhibits to the Application, for compliance with 11 U.S.C. §330, Local Rule 2016-2

of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended

Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications

for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

3.      We note that in its application, Duff & Phelps states, "W.R. Grace agreed to pay D&P

a flat fee of $50,000 in preparing and presenting an initial financial analysis on the valuation of

Grace stock plus reasonable, accrued expenses.  In addition, W.R. Grace agreed to pay D&P a

monthly retainer fee of $25,000 for the two month period following presentation of the initial

financial analysis, for providing State Street periodic update financial analyses and any other

financial advisory services that might be reasonably requested."   In its application Duff & Phelps

catalogues eight reports, including seven brief summary updates and a detailed financial analysis.

4.      We have no objections to, or issues with, the Application, and thus we did not send

an initial report to Duff & Phelps.

## CONCLUSION

5.      Thus, we recommend approval of fees totaling $50,000.00 and costs totaling

$2,416.91 for Duff & Phelps' services from February 1, 2004, through April 30, 2004.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
           Warren H. Smith
           Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 2nd day of August, 2004.

_____
           Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Daniel Bayston
Duff & Phelps, LLC
P.O. Box 150473
Hartford, CT 06115-0473

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801