REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1168238
One Town Center Road                     Invoice Date        07/26/04
Boca Raton, FL   33486                   Client Number        172573

========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                          23,249.00

              TOTAL BALANCE DUE UPON RECEIPT        $23,249.00
                                                 =============

```
                    REED SMITH LLP
                    PO Box 360074M
                 Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630
```

W.R Grace & Co.                     Invoice Number        1168238
One Town Center Road                Invoice Date         07/26/04
Boca Raton, FL    33486             Client Number         172573
                                    Matter Number          60026

========================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2004

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/01/04 | Bentz | Corresponding with counsel for non-debtor third party asbestos defendant. | .80 |
| 06/01/04 | Cameron | Review materials and e-mails relating to non-debtor asbestos defendant discovery requests (0.4); review status report (0.2); telephone call with J. Bentz regarding same (0.2); follow-up telephone call and e-mails with J. Bentz (0.3). | 1.10 |
| 06/01/04 | Pagliari | Research re: asbestos personal injury claims and jurisdiction. | 2.80 |
| 06/02/04 | Bentz | Conferences with counsel for non-debtor third party asbestos defendant and J. Restivo regarding proposed meeting (.6); conference with M. Murphy regarding document production (.8). | 1.40 |
| 06/02/04 | Cameron | Review e-mails regarding request for meeting by non-debtor third party asbestos defendant (.40); telephone call with J. Restivo regarding same (.20). | .60 |
| 06/02/04 | Pagliari | Research re: asbestos personal injury claims. | 2.90 |

```
172573  W. R. Grace & Co.                        Invoice Number   1168238
60026   Litigation and Litigation Consulting     Page    2
        July 26, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/02/04 | Restivo | Review research re: bankruptcy options for proceeding with treatment of asbestos claims. | .50 |
| 06/02/04 | Restivo | Telephone call with counsel for non-debtor third party asbestos defendant. | .50 |
| 06/03/04 | Bentz | Call to R. Finke regarding discovery request (.2); conferences with J. Restivo (.5) and counsel for non-debtor third party asbestos defendant regarding requested meeting (.4); review of published articles regarding ZAI (.5). | 1.60 |
| 06/03/04 | Cameron | Prepare for and meet with J. Restivo and N. Pagliari regarding research on issues relating to potential Plan treatment of asbestos claims (0.8); review draft memo to client regarding same (1.1); meet with J. Restivo regarding open issues and revisions to same (0.8); e-mails to R. Finke regarding open issues (0.4). | 3.10 |
| 06/03/04 | Pagliari | Research re: asbestos personal injury claims and jurisdiction (1.0); meet with J. Restivo and D. Cameron re: same (.8); edit/revise J. Restivo memo re: plan proposal (.8). | 2.60 |
| 06/03/04 | Restivo | Memo re: bankruptcy issues. | 3.00 |
| 06/03/04 | Singer | Meeting with J. Restivo (.8) and review and comment on draft summary (1.2). | 2.00 |
| 06/04/04 | Bentz | Conference with R. Finke regarding non-debtor third party asbestos defendant and request for meeting. | .40 |
| 06/04/04 | Cameron | Review P. Singer comments to draft memo and telephone call with J. Restivo regarding same (0.8); continued review and revisions to memo regarding asbestos claims in | 2.50 |

```
172573  W. R. Grace & Co.                         Invoice Number   1168238
60026   Litigation and Litigation Consulting      Page      3
        July 26, 2004
```

| Date | Name | | Hours |
|------|------|---|------:|
| | | Plan of Reorganization (1.4); meet with P. Singer regarding same (0.3). | |
| 06/04/04 | Pagliari | Review/revise J. Restivo memo to client re: plan proposal. | .60 |
| 06/04/04 | Singer | Review draft plan outline (0.7) and meeting with D. Cameron re same (0.3). | 1.00 |
| 06/07/04 | Cameron | Review materials relating to treatment of asbestos claims in bankruptcy plan. | .70 |
| 06/08/04 | Lord | | .10 |
| 06/09/04 | Cameron | Prepare for (0.4) and participate in (1.0) conference call with J. Restivo and multiple W.R. Grace in-house counsel re: strategy relating to asbestos bodily injury claims. | 1.40 |
| 06/09/04 | Lord | | .20 |
| 06/09/04 | Pagliari | Meet with J. Restivo and D. Cameron (.6); call with J. Restivo and D. Cameron to client re: plan of reorganization (1.0). | 1.60 |
| 06/09/04 | Restivo | Telephone call with R. Finke (.3); prepare for conference call (.5); conference call re: options (1.0); file review in participation for telephone calls to parties (.5). | 2.30 |
| 06/10/04 | Cameron | Telephone call with R. Finke re: review of files for information relating to asbestos claims (.30); review files to respond to request (1.10); meeting with J. Restivo re: same (.20). | 1.60 |
| 06/10/04 | Restivo | File memo in preparation for teleconferences. | 2.00 |
| 06/10/04 | Singer | Meeting with J. Restivo re capital structure. | .30 |

```
172573  W. R. Grace & Co.                        Invoice Number   1168238
60026   Litigation and Litigation Consulting     Page    4
        July 26, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 06/11/04 | Cameron | Review J. Restivo memo re: strategy issues and comment. | .80 |
| 06/15/04 | Bentz | Review of agenda for omnibus hearing. | .20 |
| 06/15/04 | Muha | Email reports to D. Cameron and J. Restivo re: June 21 omnibus hearing. | .20 |
| 06/16/04 | Restivo | Property damage claim research. | .80 |
| 06/17/04 | Lord | Research docket and update 2002 Service List. | .30 |
| 06/17/04 | Restivo | Review property damage treatment in other bankruptcies (1.0); telephone calls with Finke (.3), Budd (.4) and emails (.3). | 2.00 |
| 06/19/04 | Cameron | Review collected emails re: case status reports. | .80 |
| 06/21/04 | Cameron | Review materials relating to status report on asbestos matters. | .50 |
| 06/21/04 | Restivo | Receipt and review of various bankruptcy motions. | .70 |
| 06/22/04 | Cameron | Meeting with J. Restivo re: miscellaneous status issues with respect to asbestos claims. | .80 |
| 06/24/04 | Cameron | Review draft documents relating to treatment of asbestos claims in bankruptcy (1.10); prepare for and participate in meeting with J. Restivo and P. Singer re: same (.40); prepare for and participate in conference call with R. Finke re: same (1.80). | 3.30 |
| 06/24/04 | Restivo | Receipt and review of draft Plan overview (1.1); discussions with P. Singer (.5); conference call with R. Finke and D. Cameron (1.8). | 3.40 |
| 06/24/04 | Singer | Meeting with J. Restivo re Plan issues. | .50 |

```
172573  W. R. Grace & Co.                        Invoice Number    1168238
60026   Litigation and Litigation Consulting     Page      5
        July 26, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 06/25/04 | Atkinson | Information re: Lindholm Boston counsel for D. Cameron. | .30 |
| 06/25/04 | Cameron | Follow-up from conference call with R. Finke. | .60 |
| 06/25/04 | Restivo | Telephone calls with J. Baer and R. Finke. | .50 |
| 06/29/04 | Bentz | Review of notice regarding hearing on motion by non-debtor third party asbestos defendant and corresponding with R. Finke regarding same. | .40 |
| 06/29/04 | Cameron | Telephone call with R. Finke and meet with J. Restivo regarding outstanding issues relating to asbestos claims. | 1.10 |
| 06/30/04 | Cameron | Review materials from R. Finke. | .70 |

```
                                            TOTAL HOURS      55.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 15.70 | at $ | 495.00 | = | 7,771.50 |
| Paul M. Singer | 3.80 | at $ | 495.00 | = | 1,881.00 |
| Douglas E. Cameron | 19.60 | at $ | 465.00 | = | 9,114.00 |
| James W Bentz | 4.80 | at $ | 370.00 | = | 1,776.00 |
| Andrew J. Muha | 0.20 | at $ | 235.00 | = | 47.00 |
| Nicholas R. Pagliari | 10.50 | at $ | 240.00 | = | 2,520.00 |
| John B. Lord | 0.60 | at $ | 160.00 | = | 96.00 |
| Maureen L. Atkinson | 0.30 | at $ | 145.00 | = | 43.50 |

```
            CURRENT FEES                               23,249.00

                                                   ------------
            TOTAL BALANCE DUE UPON RECEIPT          $23,249.00
                                                   ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number        1168239
5400 Broken Sound Blvd., N.W.            Invoice Date          07/26/04
Boca Raton, FL 33487                     Client Number          172573
```

==========================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

    Fees                                                        3,466.00

                    TOTAL BALANCE DUE UPON RECEIPT             $3,466.00
                                                                     =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1168239
5400 Broken Sound Blvd., N.W.            Invoice Date       07/26/04
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028
```

========================================================================

Re: (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 06/10/04 | Cameron | Review materials relating to ZAI Science Trial and pending schedule. | .90 |
| 06/22/04 | Restivo | Review outstanding issues related to ZAI case. | .70 |
| 06/23/04 | Cameron | Review materials for ZAI Science Trial budget to submit to the court. | .90 |
| 06/28/04 | Muha | Drafting motion relating to ZAI budget (3.0); review file materials to prepare same (1.7). | 4.70 |
| 06/29/04 | Muha | Revise draft motion re: ZAI Science Trial budget. | .80 |
| 06/29/04 | Restivo | Review ZAI Science Trial Status Reports filed by all parties. | 2.00 |
| | | TOTAL HOURS | 10.00 |

| TIME SUMMARY | Hours | Rate | | Value |
|---|---|---|---|---|
| James J. Restivo Jr. | 2.70 at | $ 495.00 | = | 1,336.50 |
| Douglas E. Cameron | 1.80 at | $ 465.00 | = | 837.00 |
| Andrew J. Muha | 5.50 at | $ 235.00 | = | 1,292.50 |
| | CURRENT FEES | | | 3,466.00 |

```
172573  W. R. Grace & Co.                        Invoice Number   1168239
60028   ZAI Science Trial                        Page    2
        July 26, 2004
```

                    TOTAL BALANCE DUE UPON RECEIPT            $3,466.00
                                                            ==============

Case 01-01139-AMC    Doc 6108-1    Filed 08/03/04    Page 9 of 12

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1168240
5400 Broken Sound Blvd., N.W.            Invoice Date       07/26/04
Boca Raton, FL 33487                     Client Number       172573
```

===========================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

    Fees                                          1,977.50

                 TOTAL BALANCE DUE UPON RECEIPT        $1,977.50
                                                                          =============

```
                         REED SMITH LLP
                         PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number        1168240
5400 Broken Sound Blvd., N.W.            Invoice Date         07/26/04
Boca Raton, FL 33487                     Client Number         172573
                                         Matter Number          60029
```

=========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 06/01/04 | Lord | Draft CNO and service for RS 33rd monthly fee application. | .40 |
| 06/03/04 | Lord | E-mail to PLykens re: April monthly fee application. | .10 |
| 06/04/04 | Muha | Final revisions to 34th Monthly Fee Application (April 2004). | .70 |
| 06/07/04 | Lankford | Proofread calculations regarding RS 34th Monthly Fee Application. | .50 |
| 06/07/04 | Lord | Review, revise and prepare RS 34th monthly fee application for e-filing and service. | 1.00 |
| 06/07/04 | Muha | Extensive revisions to DBR for May 2004 fee application. | 1.90 |
| 06/08/04 | Falini | Reviewed Reed Smith's 34th Monthly Fee Application. | .20 |
| 06/08/04 | Lord | Revise, e-file and perfect service of RS 34th monthly fee application. | 1.00 |
| 06/08/04 | Muha | Attend to issues re: Fee Auditor's spreadsheet for 11th quarterly fee application, including review of Reed Smith's 11th quarterly fee application and e-mail to Fee Auditor. | .70 |

```
172573 W. R. Grace & Co.                        Invoice Number   1168240
60029  Fee Applications-Applicant               Page     2
       July 26, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 06/10/04 | Lord | E-file and perfect service for RS CNO for 12th Quarterly fee application. | .50 |
| 06/14/04 | Muha | Revisions to fee and expense details for 35th monthly application. | 1.00 |
| 06/21/04 | Muha | Revisions to May 2004 fee/expense details. | .90 |
| 06/30/04 | Muha | Final review and revisions to May 2004 monthly fee application. | .80 |

```
                                                TOTAL HOURS     9.70
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Andrew J. Muha    | 6.00 at $ 235.00 = | | 1,410.00 |
| Janice E. Falini  | 0.20 at $ 200.00 = | |    40.00 |
| John B. Lord      | 3.00 at $ 160.00 = | |   480.00 |
| Lisa Lankford     | 0.50 at $  95.00 = | |    47.50 |

```
        CURRENT FEES                                           1,977.50

        TOTAL BALANCE DUE UPON RECEIPT                        $1,977.50
```