REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1168241
One Town Center Road                     Invoice Date      07/26/04
Boca Raton, FL    33486                  Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

            Expenses                          725.43

                     TOTAL BALANCE DUE UPON RECEIPT          $725.43
                                                        ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1168241
One Town Center Road                     Invoice Date      07/26/04
Boca Raton, FL    33486                  Client Number      172573
                                         Matter Number       60026


=============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                       9.05
        Duplicating/Printing                   38.70
        Lexis                                   9.28
        Postage Expense                         5.16
        Courier Service - Outside              12.09
        Outside Duplicating                   566.65
        Meal Expense                           72.60
        General Expense                        11.90

                    CURRENT EXPENSES                        725.43
                                                      --------------

                    TOTAL BALANCE DUE UPON RECEIPT        $725.43
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1168241
One Town Center Road                     Invoice Date      07/26/04
Boca Raton, FL    33486                  Client Number      172573
                                         Matter Number        60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 05/19/04 | Reversal from Cancelled Voucher 656620 | -1023.09 |
| 05/27/04 | 561-362-1533/BOCA RATON, FL/5 | .25 |
| 05/28/04 | 561-362-1533/BOCA RATON, FL/5 | .20 |
| 06/01/04 | Lexis-Electronic case retrieval charge | 2.32 |
| 06/01/04 | Lexis-Electronic case retrieval charge | 6.96 |
| 06/02/04 | 614-464-6400/COLUMBUS, OH/10 | .45 |
| 06/03/04 | 614-464-6400/COLUMBUS, OH/3 | .15 |
| 06/03/04 | ATTY # 4229: 6 COPIES | .90 |
| 06/03/04 | ATTY # 0349: 4 COPIES | .60 |
| 06/04/04 | Courier Service - Outside - - J. BENTZ TO D. MATTHEWS, VORYS SATER SAYVOUR & PEASE, 52 EAST GAY ST., COLUMBUS, OH 43215 | 12.09 |
| 06/04/04 | 561-362-1533/BOCA RATON, FL/6 | .25 |
| 06/04/04 | ATTY # 0349: 4 COPIES | .60 |
| 06/04/04 | ATTY # 0349: 1 COPIES | .15 |
| 06/04/04 | ATTY # 0349: 5 COPIES | .75 |
| 06/04/04 | ATTY # 0349: 5 COPIES | .75 |
| 06/04/04 | ATTY # 0349: 5 COPIES | .75 |

172573 W. R. Grace & Co.                          Invoice Number   1168241
60026  Litigation and Litigation Consulting        Page    2
        July 26, 2004

| Date | Description | Amount |
|---|---|---|
| 06/04/04 | ATTY # 0349: 5 COPIES | .75 |
| 06/07/04 | Outside Duplicating - -Duplicating documents for production to non-debtor third-party asbestos defendants. | 444.05 |
| 06/07/04 | ATTY # 0710; 8 COPIES | 1.20 |
| 06/07/04 | ATTY # 0718: 5 COPIES | .75 |
| 06/07/04 | ATTY # 0718: 18 COPIES | 2.70 |
| 06/07/04 | ATTY # 0718: 12 COPIES | 1.80 |
| 06/08/04 | ATTY # 0718; 96 COPIES | 14.40 |
| 06/08/04 | Postage Expense - Fee Applications | 5.16 |
| 06/09/04 | ATTY # 0856: 1 COPIES | .15 |
| 06/09/04 | ATTY # 0559: 6 COPIES | .90 |
| 06/09/04 | ATTY # 0559: 1 COPIES | .15 |
| 06/14/04 | Outside Duplicating - - VENDOR:IKON OFFICE SOLUTIONS, INC. COPYING--copies for fee application service. | 61.30 |
| 06/14/04 | ATTY # 0349; 44 COPIES | 6.60 |
| 06/16/04 | 410-531-4355/COLUMBIA, MD/4 | .15 |
| 06/17/04 | Outside Duplicating - - VENDOR:IKON OFFICE SOLUTIONS, INC. COPYING--copies for fee application service. | 61.30 |
| 06/17/04 | Meal Expense - - VENDOR:JAMES J. RESTIVO, JR.--Lunch for six for meeting w/clients (5/24/04). | 72.60 |
| 06/17/04 | 410-531-4355/COLUMBIA, MD/32 | 1.55 |
| 06/18/04 | Outside Duplicating - - VENDOR:IKON OFFICE SOLUTIONS, INC. COPYING--copies for fee application service. | 1023.09 |
| 06/18/04 | ATTY # 0349: 1 COPIES | .15 |
| 06/18/04 | ATTY # 0856: 1 COPIES | .15 |
| 06/23/04 | 410-531-4170/COLUMBIA, MD/3 | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1168241
60026  Litigation and Litigation Consulting       Page    3
       July 26, 2004

| | | |
|---|---|---|
| 06/24/04 | 410-531-4355/COLUMBIA, MD/104 | 5.20 |
| 06/25/04 | 410-531-4355/COLUMBIA, MD/12 | .60 |
| 06/25/04 | 312-861-2162/CHICAGO, IL/2 | .10 |
| 06/28/04 | ATTY # 0885: 10 COPIES | 1.50 |
| 06/28/04 | ATTY # 0559: 10 COPIES | 1.50 |
| 06/29/04 | ATTY # 0710: 9 COPIES | 1.35 |
| 06/30/04 | ATTY # 0349: 1 COPIES | .15 |
| 06/30/04 | Documentation Charge - VENDOR:PACER SERVICE CENTER PACER--ELECTRONIC DOCKET RETIEVAL CHARGES. | 11.90 |

                              CURRENT EXPENSES                725.43
                                                         ------------
                  TOTAL BALANCE DUE UPON RECEIPT          $725.43
                                                         =============