IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| W.R. GRACE & CO., | |
| | Case No. 01-1139 (JKF) |
| Debtor. | Jointly Administered |

## NOTICE OF DOCUMENTS ENTERED IN ERROR (Re: D.I. 6109)

Please be advised that Docket Entry Number 6109 was entered in error.

Dated: August 3, 2004

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Carl N. Kunz, III (ID No. 3201)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

WWW/105624-0001/1027219/1 8/3/2004