**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections Due by: August 2, 2004 at 4:00 p.m. |
| | ) | Hearing Date: Only if Objections are timely filed. |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 5955**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twelfth Monthly Application of Conway, Del Genio, Gries & Co., LLC (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2004 through March 31, 2004 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 2, 2004.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay Conway, Del Genio, Gries & Co., LLC $240,000.00 which represents 80% of the fees ($300,000.00) and $761.69, which represents 100% of the expenses requested in the

[continued to next page]

Application for the period January 1, 2004 through March 31, 2004, upon the filing of this certification and without the need for entry of a Court order approving the Application.

                              BILZIN, SUMBERG, BAENA, PRICE
                              & AXELROD, LLP
                              Scott L. Baena, Esquire
                              Jay M. Sakalo, Esquire
                              Allyn S. Danziesen, Esquire
                              2500 Wachovia Financial Center
                              200 South Biscayne Boulevard
                              Miami, FL 33131-2336
                              (305) 374-7580

                              -and-

                              FERRY, JOSEPH & PEARCE, P.A.


                              /s/ Theodore J. Tacconelli
                              Michael B. Joseph (No. 392)
                              Theodore J. Tacconelli (No. 2678)
                              824 Market Street, Suite 904
                              P.O. Box 1351
                              Wilmington, DE. 19899
                              (302) 575-1555

                              Co-Counsel to the Official Committee of Asbestos
Date: August 3, 2004                 Property Damage Claimants