Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                          06/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      37

    Asset Disposition


    PREVIOUS BALANCE                                    $312.90


                                            HOURS
06/17/04
    MTH Reviewing Debtors' Motion to Assign a
        Lease to Jay Peak.                       0.30      82.50
                                                 ----     -----
        FOR CURRENT SERVICES RENDERED            0.30      82.50
                         RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
    Mark T. Hurford                0.30    $275.00    $82.50


    TOTAL CURRENT WORK                                  82.50


06/30/04 Payment - Thank you. (March, 2004 - 80%)      -156.40


    BALANCE DUE                                        $239.00
                                                       =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          06/30/2004
Wilmington  DE                         ACCOUNT NO: 3000-03D
                                       STATEMENT NO:      32


Business Operations



        PREVIOUS BALANCE                              $319.50



                                          HOURS
06/17/04
     MTH Reviewing correspondence from M Berkin re
         Alltech Motion.                     0.10      27.50
     MTH Begin reviewing Debtors Motion re
         Alltech.                            0.50     137.50
     MTH Correspondence to M Berkin re Debtors'
         Motion re Alltech.                  0.20      55.00

06/23/04
     MTH Telephone conference with M Berkin re
         Alltech motion.                     0.20      55.00
     MTH Telephone conference with J. Sakalo re
         Alltech Motion, ADR Motion, Status
         Report.                             0.50     137.50

06/24/04
     MTH telephone call to Mike Berkin re Alltech
         Motion                              0.10      27.50
     MTH Additional review of Debtors' Motion re
         Alltech                             0.50     137.50

06/25/04
     MTH Telephone conference with M Berkin and J.
         Sinclair re Alltech Motion.         0.50     137.50
     MTH Correspondence to S. Blatnick re Alltech
         Motion and ADR Motion.              0.30      82.50
     MTH Reviewing correspondence from M Berkin re
         Alltech Motion.                     0.10      27.50

06/30/04
     MTH Correspondence to M Berkin re Alltech
         Motion.                             0.10      27.50

```
                                                              Page: 2
     W.R. Grace                                           06/30/2004
                                               ACCOUNT NO: 3000-03D
                                               STATEMENT NO:      32

     Business Operations




                                                    HOURS
     MTH Reviewing correspondence from M Berkin re
         draft memo re Alltech and response to
         same.                                       0.20    55.00
                                                     ----   ------
         FOR CURRENT SERVICES RENDERED               3.30   907.50

                        RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
     Mark T. Hurford                3.30   $275.00   $907.50


         TOTAL CURRENT WORK                              907.50


06/30/04 Payment - Thank you. (March, 2004 - 80%)       -23.20


         BALANCE DUE                                 $1,203.80
                                                     =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            06/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-04D
                                        STATEMENT NO:      37

    Case Administration



    PREVIOUS BALANCE                              $1,343.70


                                            HOURS
06/24/04
    MTH Reviewing affidavit of Kohl.            0.10     27.50

06/25/04
    MTH Reviewing Affidavit of L. Bell.         0.10     27.50
    MTH Telephone conference with EP Sullivan re
        questions re claim.                     0.20     55.00
                                                ----   ------
        FOR CURRENT SERVICES RENDERED           0.40   110.00

                        RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE      TOTAL
    Mark T. Hurford          0.40    $275.00    $110.00


    TOTAL CURRENT WORK                            110.00


06/30/04 Payment - Thank you. (March, 2004 - 80%)      -201.60


    BALANCE DUE                                  $1,252.10
                                                =========



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          06/30/2004
Wilmington  DE                      ACCOUNT NO: 3000-05D
                                    STATEMENT NO:      37


Claims Analysis Objection & Resolution (Asbestos)




    PREVIOUS BALANCE                        $2,695.70


                                       HOURS
06/28/04
    DAC Review status reports from Libby
        claimants and Zonolite claimants    0.80    300.00
                                            ----    ------
    FOR CURRENT SERVICES RENDERED           0.80    300.00

                    RECAPITULATION
 TIMEKEEPER                   HOURS HOURLY RATE    TOTAL
 Douglas A. Campbell          0.80    $375.00   $300.00


    TOTAL CURRENT WORK                           300.00


06/30/04 Payment - Thank you. (March, 2004 - 80%)     -67.20


    BALANCE DUE                             $2,928.50
                                            =========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                             06/30/2004
Wilmington  DE                            ACCOUNT NO: 3000-06D
                                          STATEMENT NO:       37


Claims Analysis Objection & Resol. (Non-Asbestos)



     PREVIOUS BALANCE                              $1,073.10



                                           HOURS
06/03/04
     MTH Additional review of Debtors' Fifth
         Claims Objection (.1) and discussion with
         DEM re same (.1)                           0.20    55.00

06/14/04
     PEM Review memo from counsel to committee re:
         open issues and status (.2);
         correspondence re: same (.2)               0.40   126.00
     DAC Review memo re: claims estimation          0.20    75.00

06/18/04
     MTH Reviewing correspondence from PVNL re
         Debtors' ADR Motion.                       0.10    27.50
     MTH Reviewing correspondence from NF re
         Debtors' ADR Motion.                       0.10    27.50
     MTH Reviewing Debtors' Motion to Establish
         ADR Program.                               1.40   385.00

06/22/04
     MTH Correspondence to and from MRE re
         Debtors' ADR Motion.                       0.10    27.50
     MTH Reviewing correspondence from EI re
         Debtors' ADR Motion.                       0.10    27.50
     MTH Additional review of Debtors' ADR Motion.  0.30    82.50
     MTH Telephone conference with S. Blatnick re
         Debtors' ADR Motion.                       0.30    82.50
     MTH Correspondence to S. Blatnick re Debtors'
         ADR Motion.                                0.20    55.00
     MTH Correspondence to Nate Finch re Debtors'
         ADR Motion and contact with counsel re
         same.                                       0.30    82.50

```
                                                          Page: 2
W.R. Grace                                              06/30/2004
                                         ACCOUNT NO: 3000-06D
                                         STATEMENT NO:      37
Claims Analysis Objection & Resol. (Non-Asbestos)
```

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing correspondence from MRE to NDF re ADR motion, Objection Deadline. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from NDF re thoughts re ADR Motion. | 0.10 | 27.50 |
| MRE | E-mail with NDF regarding ADR procedures | 0.10 | 29.00 |
| MRE | Review of e-mail from MTH regarding ADR procedures | 0.10 | 29.00 |

**06/23/04**

| MTH | Reviewing correspondence from NDF re ADR Motion. | 0.10 | 27.50 |
|---|---|---|---|

**06/25/04**

| MTH | Reviewing Dillingham-Manson's Response to Debtors' Claims Objection. | 0.10 | 27.50 |
|---|---|---|---|
| MTH | Reviewing Debtors' Reply to Dennis Nelson's Response to Claims Objection. | 0.20 | 55.00 |

**06/29/04**

| MTH | Reviewing correspondence from S. Blatnick re ADR motion, Alltech motion (.1) and response thereto (.2) | 0.30 | 82.50 |
|---|---|---|---|
| MTH | Reviewing revised proposed Order re ADR Motion | 0.30 | 82.50 |

**06/30/04**

| MRE | Review of revised ADR order | 0.30 | 87.00 |
|---|---|---|---|
| MTH | Correspondence to and from MRE (x2) re proposed Order re ADR Motion. | 0.20 | 55.00 |
| MTH | Correspondence to Nate Finch re revised proposed Order re ADR Procedures. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from Nate Finch re revised Order re ADR Motion and response to same. | 0.10 | 27.50 |
| MRE | Review of e-mail from MTH regarding ADR | 0.10 | 29.00 |
| MRE | Review of e-mail from N. Finch regarding ADR procedure | 0.10 | 29.00 |
| MTH | Correspondence to MRE re Debtors' Proposed language re pre-approved settlements. | 0.10 | 27.50 |

```
                                                       ----   --------
       FOR CURRENT SERVICES RENDERED                   6.10  1,724.00
```

```
                        RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
Douglas A. Campbell           0.20     $375.00      $75.00
Philip E. Milch               0.40      315.00      126.00
```

```
                                                          Page: 3
       W.R. Grace                                       06/30/2004
                                           ACCOUNT NO: 3000-06D
                                           STATEMENT NO:      37
       Claims Analysis Objection & Resol. (Non-Asbestos)




       Mark T. Hurford                    4.80    275.00   1,320.00
       Marla R. Eskin                     0.70    290.00     203.00


           TOTAL CURRENT WORK                             1,724.00


   06/30/04 Payment - Thank you. (March, 2004 - 80%)        -22.00


           BALANCE DUE                                   $2,775.10
                                                         =========
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                        06/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      37

Committee, Creditors, Noteholders, Equity Holders



PREVIOUS BALANCE                               $19,120.90


                                        HOURS
06/01/04
     MAL Retrieval of documents, organization and
         distribution of daily pleadings          0.30      28.50
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo       0.30      28.50
     DEM Update Attorney Binder - Weekly
         Recommendation Memo                      0.20      19.00
     MAL Updating Service List                    0.10       9.50
     MRE Review of memorandum summarizing
         pleadings filed 5/28/04 through 5/31/04  0.10      29.00
     PEM Review memo re: daily pleadings filed    0.10      31.50

06/02/04
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo       0.20      19.00
     MAL Retrieval of documents, organization and
         distribution of daily pleadings          0.30      28.50
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)          0.10       9.50
     MRE Review of memorandum summarizing
         pleadings filed on 6/1/04                0.10      29.00
     MTH Review of memorandum summarizing
         pleadings filed from May 28 through May
         31                                       0.10      27.50
     MTH Review of memorandum summarizing
         pleadings filed on 6/1/04                0.10      27.50

06/03/04
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo       0.20      19.00
     MAL Retrieval of documents, organization and
         distribution of daily pleadings          0.20      19.00

```
                                                              Page: 2
W.R. Grace                                                06/30/2004
                                              ACCOUNT NO: 3000-07D
                                              STATEMENT NO:      37
Committee, Creditors, Noteholders, Equity Holders
```

```
                                                    HOURS
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)              0.10      9.50
    MAL Updating Service List                        0.10      9.50
    MRE Review of memorandum summarizing
        pleadings filed on June 2, 2004              0.10     29.00
    PEM Review memo re: pleadings filed              0.10     31.50
    MTH Review of memorandum summarizing
        pleadings filed on 6/2/04                    0.10     27.50

06/04/04
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)              0.20     19.00
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo           0.20     19.00
    MAL Retrieval of documents, organization and
        distribution of daily pleadings              0.40     38.00
    DEM Prepare and distribute Weekly
        Recommendation Memo to Committee (Fee
        Apps & Other Matters)                        0.30     28.50
    MTH Reviewing correspondence from DEM to
        Committee regarding weekly recommendation
        memoranda.                                   0.10     27.50
    DAC Review counsel's weekly memo                 0.20     75.00
    PEM Review weekly recommendation memo re:
        pending motions (.2); fee memo (.1)          0.30     94.50
    MTH Prepare weekly recommendation memo for
        Motions (.5) and fee applications (.1)       0.60    165.00
    MTH Review of memorandum summarizing
        pleadings filed on 6/3/04                    0.10     27.50
    MTH Reviewing notice of appeal re FR Order
        (.1) and Correspondence to EI, PVNL re
        same (.2)                                    0.30     82.50

06/06/04
    MRE Review of memorandum summarizing
        pleadings filed on 6/3/04                    0.10     29.00
    MRE Review of Federal Appeal                     0.10     29.00

06/07/04
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo           0.20     19.00
    DEM Update Attorney Binder - Weekly
        Recommendation Memo                          0.20     19.00
    MAL Retrieval of documents, organization and
        distribution of daily pleadings              0.50     47.50
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)              0.10      9.50
```

Committee, Creditors, Noteholders, Equity Holders


                                                  HOURS

    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings;
        preparation, retrieval and distribution
        of documents relating to adversary
        proceeding memo                          0.20     19.00
    MAL Updating Service List                     0.10      9.50
    DAC Review Caplin status memo                 0.20     75.00
    PEM Review daily memo re: pleadings filed     0.10     31.50
    MTH Review of memorandum summarizing
        adversary pleadings filed between May 25
        and June 6                               0.10     27.50
    MTH Review of memorandum summarizing
        pleadings filed from June 4, 2004 through
        June 6, 2004.                            0.10     27.50

06/08/04
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo       0.30     28.50
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)          0.10      9.50
    MAL Retrieval of documents, organization and
        distribution of daily pleadings          1.00     95.00
    DEM Continued Revision of Weekly
        Recommendation Memo (adding new motions
        and orders - Adversary Memorandums)      0.10      9.50
    MRE Review of memorandum summarizing
        pleadings filed from 6/4/04 through
        6/6/04                                   0.10     29.00
    MRE Review of memorandum summarizing
        pleadings filed on 6/7/04                0.10     29.00
    MTH Review of memorandum summarizing
        pleadings filed on 6/7/04.               0.10     27.50
    MK  Update attorney calendar and review
        e-mail                                   0.10     10.00

06/09/04
    MAL Review Pleadings, Preparation of Daily
        Memo, retrieval of documents,
        organization and distribution of daily
        pleadings                                0.80     76.00
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)          0.10      9.50
    MTH Reviewing Memorandum and Order from Judge
        Buckwalter (.2); discussion with MRE re
        same (.1); Correspondence to EI, PVNL re
        same (.1)                                0.40    110.00
    MTH Reviewing memoranda re pending objections

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | and matters set for hearing. | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/8/04 | 0.10 | 27.50 |
| MTH | Reviewing correspondence from DEM re June 21 Omnibus (.1) and response to same (.1) | 0.10 | 27.50 |
| PEM | Review memo re: pleadings filed | 0.10 | 31.50 |
| MRE | Review of memorandum summarizing pleadings filed on 6/8/04 | 0.10 | 29.00 |
| MRE | Meeting with MTH regarding status conference | 0.20 | 58.00 |
| MTH | Meeting with MRE re: status conference | 0.20 | 55.00 |

06/10/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.30 | 28.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MTH | Reviewing various Orders entered on 6/9 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/9/04 | 0.10 | 27.50 |
| MTH | Prepare weekly recommendation memo | 0.20 | 55.00 |

06/11/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.30 | 28.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.2); fee memo (.1) | 0.30 | 94.50 |
| MTH | Reviewing correspondence from DEM to Committee re weekly recommendation memoranda. | 0.10 | 27.50 |
| MTH | Prepare weekly recommendation memo for motions (.3); and fee applications (.1) | 0.40 | 110.00 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 75.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/10/04 | 0.10 | 27.50 |
| MTH | Reviewing Notice of Appeal of Royal Indemnity. re: FR | 0.10 | 27.50 |

```
                                              HOURS
06/12/04
     MRE Review of memorandum summarizing
         pleadings filed on 6/9/04                   0.10      29.00

06/14/04
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo          0.20      19.00
     DEM Update Attorney Binder - Weekly
         Recommendation Memo                         0.20      19.00
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)             0.10       9.50
     DEM Review Pleadings and electronic filing
         notices filed in adversary proceedings;
         preparation, retrieval and distribution
         of documents relating to adversary
         proceeding memo                             0.20      19.00
     MAL Retrieval of documents, organization and
         distribution of daily pleadings            0.30      28.50
     DEM Revision of Weekly Recommendation Memo
         (agenda)                                    0.20      19.00
     MRE Review of e-mail from T. Goldberg
         regarding status                            0.10      29.00
     MRE Review of e-mail from PVNL regarding
         status                                      0.10      29.00
     MTH Reviewing correspondence from EI re
         status.                                     0.10      27.50
     MTH Reviewing correspondence from T Goldberg
         re response to EI (.1) and reviewing
         response from PVNL to same (.1)             0.20      55.00
     MRE Review of memorandum summarizing
         pleadings filed on June 10, 2004            0.10      29.00
     MRE Notice of Royal's appeal from order
         appointing FR                               0.10      29.00
     PEM Review daily memo re: pleadings filed      0.10      31.50
     MTH Review of memorandum summarizing
         pleadings filed from 6/11/04 through
         6/13/04                                     0.10      27.50
     MTH Reviewing Notice of Appeal of Asbestos PD
         Committee re FR.                            0.10      27.50
     MRE Review of memo from EI regarding status    0.20      58.00

06/15/04
     MRE Telephone conference with N. Finch
         regarding status report                     0.20      58.00
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo          0.40      38.00
     DEM Revision of Weekly Recommendation Memo
```

|     |                                                              | HOURS |        |
|-----|--------------------------------------------------------------|-------|--------|
|     | (adding new motions and orders)                              | 0.10  | 9.50   |
| DEM | Search of docket regarding various docket numbers and dates for Status Report | 0.60  | 57.00  |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 1.50  | 142.50 |
| MRE | Revisions to status report regarding PD claims               | 0.90  | 261.00 |
| MRE | Review of memorandum summarizing pleadings filed on 6/14/04  | 0.10  | 29.00  |
| MTH | Review of memorandum summarizing pleadings filed on 6/14/04  | 0.10  | 27.50  |
| MTH | Reviewing Statement of Austern.                              | 0.20  | 55.00  |

06/16/04

|     |                                                              |       |        |
|-----|--------------------------------------------------------------|-------|--------|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20  | 19.00  |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10  | 9.50   |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20  | 19.00  |
| MTH | Review of memorandum summarizing pleadings filed on 6/15/04  | 0.10  | 27.50  |
| MTH | Reviewing supplemental affidavit of S. Baena, as counsel to PD Committee. | 0.10  | 27.50  |

06/17/04

|     |                                                              |       |        |
|-----|--------------------------------------------------------------|-------|--------|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.30  | 28.50  |
| MTH | Meeting with MRE re upcoming hearing, pending matters.       | 0.20  | 55.00  |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.40  | 38.00  |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20  | 19.00  |
| MTH | Review of memorandum summarizing pleadings filed on 6/16   | 0.10  | 27.50  |
| MTH | Reviewing four Orders entered.                               | 0.10  | 27.50  |
| PEM | Review daily memo re: pleadings filed                        | 0.10  | 31.50  |
| MTH | Prepare weekly recommendation memo                           | 0.30  | 82.50  |
| MRE | Meeting with DEM regarding information for status report     | 0.50  | 145.00 |
| MRE | E-mails with A. Lauber regarding status report               | 0.20  | 58.00  |
| MRE | Meeting with MTH re: upcoming hearing, pending matters       | 0.20  | 58.00  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **06/18/04** |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Retrieval of documents from docket and preparation of e-mail to Mike Berkin attaching same (5809) | 0.30 | 28.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MRE | Meeting with MTH regarding weekly recommendation memo | 0.20 | 58.00 |
| MTH | Reviewing correspondence from DEM to committee re weekly recommendation memoranda | 0.10 | 27.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| MTH | Prepare weekly recommendation memo - motions (.5) and fee applications (.2) | 0.70 | 192.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/17/04 | 0.10 | 27.50 |
| **06/20/04** |  |  |  |
| MRE | Review of memorandum summarizing pleadings filed on 6/17/04 | 0.10 | 29.00 |
| MRE | Review of Amended Designation of Record by Royal | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 6/16/04 | 0.10 | 29.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
| **06/21/04** |  |  |  |
| MAL | Review Pleadings, preparation of Daily Memo, retrieval of documents, organization and distribution of daily pleadings | 0.90 | 85.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/18/04. | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 18, 2004. | 0.10 | 29.00 |
| LMP | Research case docket per A. Lauber for Order regarding Wolin w/d the reference related to asbestos claims | 0.70 | 66.50 |
| LMP | Electronic filing of Official Committee of Asbestos Claimants Status Report | 0.20 | 19.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **06/22/04** | | | |
| MAL | Review pleadings, preparation of Daily Memo, retrieval of documents, organization and distribution of daily pleadings | 1.00 | 95.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/21/04 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed 6/11/04-6/13/04 | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| **06/23/04** | | | |
| MAL | Review pleadings, preparation of Daily Memo, retrieval of documents, organization and distribution of daily pleadings | 0.70 | 66.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/22/04. | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on 6/22/04 | 0.10 | 29.00 |
| **06/24/04** | | | |
| MTH | Prepare weekly recommendation memo | 0.20 | 55.00 |
| MAL | Review pleadings, preparation of Daily Memo, retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/23/04. | 0.10 | 27.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| **06/25/04** | | | |
| MTH | Reviewing Asbestos PD's Designation of Items to be Included in Record of Appeal. | 0.10 | 27.50 |
| MAL | Review pleadings, preparation of daily memo, organization and distribution of daily pleadings | 0.20 | 19.00 |
| MTH | Reviewing correspondence from EI re status of matters. | 0.20 | 55.00 |
| MTH | Reviewing Amended Joint Designation re Insurer's Appeal re FR | 0.10 | 27.50 |
| MAL | Updating Service List | 0.10 | 9.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| MTH | Prepare weekly recommendation memo for motions (.7) and fee applications (.1) | 0.80 | 220.00 |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Correspondence to Committee re weekly recommendation memos | 0.20 | 55.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/24/04. | 0.10 | 27.50 |
| **06/27/04** |  |  |  |
| DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
| **06/28/04** |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.10 | 9.50 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| MTH | Reviewing Designation of additional items to be included in the record on appeal from Federal and Royal Insurance | 0.10 | 27.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders and fee applications) | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on June 23, 2004 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on June 24, 2004 | 0.10 | 29.00 |
| **06/29/04** |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| DEM | Preparation of e-mails attaching documents to Julie Davis (207 & 208 - Scotts Company Motion). | 0.20 | 19.00 |
| MRE | Review of weekly recommendation memo | 0.20 | 58.00 |
| MTH | Meeting with MRE re pending objections and deadlines. | 0.20 | 55.00 |
| MRE | Review of memorandum summarizing pleadings filed on June 28, 2004 | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/28/04 | 0.10 | 27.50 |
| MRE | Meeting with MTH regarding upcoming motions and deadline | 0.20 | 58.00 |

```
                                                    Page: 10
W.R. Grace                                          06/30/2004
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      37
Committee, Creditors, Noteholders, Equity Holders




                                          HOURS
06/30/04
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo        0.20     19.00
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)           0.10      9.50
    DEM Revision of Weekly Recommendation Memo
        (Fee Applications)                        0.20     19.00
    MTH Review of memorandum summarizing
        pleadings filed on 6/29/04                0.10     27.50
    MAL Retrieval of documents, organization and
        distribution of daily pleadings           0.20     19.00
                                                 -----  --------
        FOR CURRENT SERVICES RENDERED            38.00  7,032.00

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE       TOTAL
    Douglas A. Campbell           1.00   $375.00      $375.00
    Philip E. Milch               2.30    315.00       724.50
    Michele Kennedy               0.10    100.00        10.00
    Mark T. Hurford               8.90    275.00     2,447.50
    Marla R. Eskin                5.30    290.00     1,537.00
    Lauren M. Przybylek           0.90     95.00        85.50
    Margaret A. Landis           10.20     95.00       969.00
    Diane E. Massey               9.30     95.00       883.50


    TOTAL CURRENT WORK                              7,032.00


06/30/04 Payment - Thank you. (March, 2004 - 80%)   -3,608.80


    BALANCE DUE                                    $22,544.10
                                                   ==========
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             06/30/2004
Wilmington  DE                            ACCOUNT NO: 3000-08D
                                          STATEMENT NO:      36


Employee Benefits/Pension



    PREVIOUS BALANCE                                   -$189.70



                                            HOURS
06/24/04
    LMP Review March Fee Application of
        Bankruptcy Management Corporation(.1);
        Update Wr Grace Weekly Recommendation
        Memo (.1)                             0.20      19.00
    LMP Review February Fee Application of
        Bankruptcy Management Corporation(.1);
        Update Wr Grace Weekly Recommendation
        Memo (.1)                             0.20      19.00
    LMP Review January Fee Application of
        Bankruptcy Management Corporation(.1);
        Update Wr Grace Weekly Recommendation
        Memo (.1)                             0.20      19.00
    LMP Review March Fee Application of Duane
        Morris (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)              0.20      19.00
    LMP Review February Fee Application of Duane
        Morris (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)              0.20      19.00
    LMP Review January Fee Application of Duane
        Morris (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)              0.20      19.00
                                              ----      ------
        FOR CURRENT SERVICES RENDERED         1.20      114.00

                        RECAPITULATION
TIMEKEEPER                       HOURS HOURLY RATE     TOTAL
Lauren M. Przybylek               1.20     $95.00    $114.00


    TOTAL CURRENT WORK                                  114.00

```
                                                    Page: 2
W.R. Grace                                        06/30/2004
                                        ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      36

Employee Benefits/Pension
```

06/30/04 Payment - Thank you. (March, 2004 - 80%)              -344.40


        CREDIT BALANCE                                    -$420.10
                                                          ========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                       06/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-09D
                                        STATEMENT NO:     12

Employee Applications, Applicant



    PREVIOUS BALANCE                               $58.00


    BALANCE DUE                                    $58.00
                                                   ======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                        06/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      37


Employment Applications, Others



PREVIOUS BALANCE                              $2,445.40


                                            HOURS
06/01/04
     MTH Reviewing correspondence from MRE re
         Debtors' Application to Retain Baker
         Donelson (.1) and response to same (.1)     0.20     55.00

06/03/04
     MTH Additional review of Debtors' Application
         re Baker Donelson (.1); discussion with
         MRE re same (.1); and Correspondence to
         PVNL re same (.2)                            0.40    110.00
     MRE Meeting with MTH regarding Baker Donelson
         application                                 0.10     29.00
     MRE Review of e-mail from MTH regarding Baker
         Donelson application                        0.10     29.00
     MTH Reviewing correspondence from PVNL re
         Debtors' Application to Retain Baker
         Donelson (.1) and discussion with MRE re
         same (.1)                                   0.20     55.00

06/07/04
     MTH Correspondence to DAC Re Debtors'
         Application to retain lobbyists.            0.20     55.00

06/17/04
     MTH Correspondence to DEM re FR application
         to employ                                   0.10     27.50
     MTH Reviewing Application of FR to retain
         Swidler, Berlin (.5) and Correspondence
         to PVNL re same (.1)                        0.60    165.00
     MTH Reviewing correspondence from PVNL re FCR
         Application to retain SBSF (.1) and
         response to same (.3)                       0.40    110.00

```
                                              Page: 2
W.R. Grace                                    06/30/2004
                               ACCOUNT NO: 3000-10D
                               STATEMENT NO:      37

Employment Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| **06/18/04** |  |  |  |
| MTH | Reviewing correspondence from PVNL re FR's Retention Application for Swidler. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from DEM re FR's Application re Swidler. | 0.10 | 27.50 |
| DEM | SEarch of docket regarding filing of Phillips Goldman & Spence retention motion | 0.20 | 19.00 |
| **06/21/04** |  |  |  |
| MRE | Review of CIBC Application | 0.30 | 87.00 |
| MRE | Review of Supplemental Statement of David Austern | 0.10 | 29.00 |
| **06/23/04** |  |  |  |
| MTH | Discussion with MRE re FR's application to retain CIBC | 0.10 | 27.50 |
| MRE | Review of Phillips, Goldman & Spence Retention Application | 0.30 | 87.00 |
| MTH | Reviewing correspondence from LMP re analysis re F/A for FR | 0.10 | 27.50 |
| **06/24/04** |  |  |  |
| MTH | Correspondence to LMP re application to retain CIBC | 0.10 | 27.50 |
| **06/25/04** |  |  |  |
| MTH | Reviewing FR's Application to Retain Phillips Goldman as local counsel. | 0.40 | 110.00 |
| MTH | Additional review of FR's Application to Retain CIBC. | 0.30 | 82.50 |
|  | FOR CURRENT SERVICES RENDERED | 4.40 | 1,187.50 |

```
                       RECAPITULATION
TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
Mark T. Hurford               3.30    $275.00    $907.50
Marla R. Eskin                0.90     290.00     261.00
Diane E. Massey               0.20      95.00      19.00


         TOTAL CURRENT WORK                       1,187.50


06/30/04 Payment - Thank you. (March, 2004 - 80%)        -134.40
```

```
                                                    Page: 3
W.R. Grace                                        06/30/2004
                                        ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      37

Employment Applications, Others



    BALANCE DUE                                    $3,498.50
                                                   =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                      06/30/2004
Wilmington  DE                               ACCOUNT NO: 3000-11D
                                             STATEMENT NO:      35


Expenses



PREVIOUS BALANCE                                        $4,397.80



06/02/04 Parcels bill dated 6/6/04 - copying and postage
         for C&D & C&L  April Fee Applications             262.10
06/02/04 Parcels bill dated 6/6/04 - Hand delivery to
         Pachulski Stang                                     5.00
06/02/04 Parcels bill dated 6/6/04 - Hand delivery to
         Office of US Trustee                                5.00
06/02/04 Parcels bill dated 6/6/04 - Hand delivery to
         Ferry & Joseph                                      5.00
06/02/04 Parcels bill dated 6/6/04 - Hand delivery to
         Klett Rooney Lieber & Schorling                     5.00
06/02/04 Parcels bill dated 6/6/04 - Hand delivery to
         Duane Morris                                        5.00
06/02/04 Parcels bill dated 6/6/04 - Hand delivery to The
         Bayard Firm                                         5.00
06/14/04 MRE -Lodging expense in Pittsburgh at William
         Penn Hotel on 5/24/04 (split between 4 clients)    39.62
06/21/04 Parcels' bill of 6/27/04 - Filing of Status
         Report at District Court                           58.50
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to The
         Bayard Firm                                         5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to
         Pachulski Stang                                      5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to
         Elzufon & Austin                                    5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to Ferry
         & Joseph                                            5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to Duane
         Morris LLP                                          5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to Klett
         Rooney                                              5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to
         Buchanan Ingersol                                   5.00

```
                                                  Page: 2
        W.R. Grace                               06/30/2004
                                    ACCOUNT NO: 3000-11D
                                    STATEMENT NO:      35
        Expenses
```

```
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to
         Office of US Trustee                              5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery of
         Status Report via car to Murphy, Spadaro & Landon    33.00
06/21/04 Parcels' bill of 6/27/04 - Service of Status
         Report                                          498.10
06/30/04 Pacer Charges for the Month of May               35.77
06/30/04 Westlaw charges for the month of June, 2004      13.61
06/30/04 Parcels Bill of 6/30/04 - Hand Delivery by car to
         Murphy Spardaro & Landon at 1011 Centre Road,
         Wilmington, DE 19808                             33.00
06/30/04 Parcels Bill of 6/30/04 - Hand Delivery to
         Elzufon & Austin                                  5.00
06/30/04 Parcels Bill of 6/30/04 - Hand Delivery to
         Buchanan Ingersol                                 5.00
06/30/04 Parcels Bill of 6/30/04 - Hand Delivery to Ferry
         & Joseph                                          5.00
06/30/04 Parcels Bill of 6/30/04 - Hand Delivery to Office
         of US Trustee                                     5.00
06/30/04 Parcels Bill of 6/30/04 - Hand Delivery to Duane
         Morris LLP                                        5.00
06/30/04 Parcels Bill of 6/30/04 - Hand Delivery to Klett
         Rooney                                            5.00
06/30/04 Parcels Bill of 6/30/04 - Hand Delivery to The
         Bayard Firm                                       5.00
                                                       --------
         TOTAL EXPENSES                                 1,078.70

         TOTAL CURRENT WORK                             1,078.70


06/30/04 Payment - Thank you. (March, 2004 - 100%)     -2,823.64


         BALANCE DUE                                   $2,652.86
                                                       =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              06/30/2004
Wilmington   DE                           ACCOUNT NO: 3000-12D
                                          STATEMENT NO:      35


Fee Applications, Applicant




PREVIOUS BALANCE                                $3,500.30




                                          HOURS
06/01/04
      LMP Review email from D. Collins re: C&L
          April 2004 bill (.1); Draft Excel
          Spreadsheet of Professional hours and
          project category summary for April fee
          application (.5)                        0.60      57.00
      LMP Update and prepare C&L April Fee
          Application for filing                  0.30      28.50

06/02/04
      LMP Electronic filing and service of Campbell
          & Levine's April 2004 Monthly Application
          for Compensation                        0.20      19.00
      KJC Review and sign C&L April fee application 0.30    52.50
      MRE Review of Combined Fee Auditor Report    0.20     58.00

06/04/04
      KJC Review and sign CNO re C&L fifth interim
          fee application                         0.20      35.00
      KJC Review and sign CNO re C&L 10th monthly
          fee application                         0.20      35.00

06/11/04
      MTH Reviewing pre-bill.                      0.80     220.00

06/14/04
      MTH Reviewing pre-bill.                      0.60     165.00

06/22/04
      LMP Review email from D. Seitz re: C&L May
          2004 Bill (.1); Draft Excel spreadsheet
          of professional hours and fees re: May

```
                                                    Page: 2
       W.R. Grace                                 06/30/2004
                                          ACCOUNT NO: 3000-12D
                                          STATEMENT NO:      35

       Fee Applications, Applicant




                                          HOURS
               Fee App (.5)                0.60      57.00
           LMP Update and prepare Campbell & Levine's
               May Fee Application for filing    0.30      28.50

    06/23/04
           LMP Review case docket for Objections to
               Campbell & Levine's April 2004 Monthly
               Application for Compensation (.1); Update
               and prepare CNO (.2)                0.30      28.50
           KJC Review and sign CNO re C&L April fee
               application                         0.20      35.00
                                                   ----    ------
               FOR CURRENT SERVICES RENDERED       4.80    819.00

                         RECAPITULATION
        TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
        Mark T. Hurford              1.40   $275.00     $385.00
        Marla R. Eskin               0.20    290.00       58.00
        Kathleen J. Campbell         0.90    175.00      157.50
        Lauren M. Przybylek          2.30     95.00      218.50


           TOTAL CURRENT WORK                             819.00



    06/30/04 Payment - Thank you. (March, 2004 - 80%)     -731.60


           BALANCE DUE                                 $3,587.70
                                                       =========
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              06/30/2004
Wilmington  DE                              ACCOUNT NO: 3000-13D
                                            STATEMENT NO:      22

Fee Applications, Others

PREVIOUS BALANCE                                      $4,871.50

                                            HOURS
06/02/04
     KJC Review LAS April monthly fee application
         and sign COS re same                  0.30      52.50
     KJC Review LTC April monthly fee application
         and sign COS re same                  0.30      52.50
     KJC Review C&D April monthly fee application
         and sign COS re same                  0.30      52.50
     LMP Electronic filing and service of Caplin &
         Drysdale's April 2004 Monthly Application
         for Compensation                      0.20      19.00
     LMP Electronic filing and service of Legal
         Analysis Systems April 2004 Monthly
         Application for Compensation           0.20      19.00
     LMP Electronic filing and service of L
         Tersigni's April 2004 Monthly Application
         for Compensation                      0.20      19.00
     LMP Review April Fee Application of Klett
         Rooney (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)               0.20      19.00
     LMP Review December through March Interim Fee
         Application of Klett Rooney (.1); Update
         Wr Grace Weekly Recommendation Memo (.1) 0.20    19.00
     LMP Review January through March Interim Fee
         Application of PSZYJ&W (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)  0.20      19.00
     LMP Review March Fee Application of Kramer
         Levin Naftalis & Frankel (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)  0.20      19.00

06/03/04
     LMP Review April Fee Application of Kirkland
         & Ellis (.1); Update Wr Grace Weekly

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review March Fee Application of Pitney Hardin (.1); Update Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |

06/08/04

| LMP | Review January through March Interim Fee Application of Nelson Mullins Riley & Scarborough (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Review April Fee Application of Protivit Inc. (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Fee Application of Goodwin Procter (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February Fee Application of Goodwin Procter (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review March Fee Application of Goodwin Procter (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January through March Interim Fee Application of Elzufon Austin Reardon Tarlov & Mondell (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review May Fee Application of Warren H. Smith & Associates (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January through March Interim Fee Application of Deloitte & Touche (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

06/09/04

| LMP | Review April Fee Application of Reed Smith (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Review April Fee Application of PwC, LLC (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review March Fee Application of Holme Roberts & Owen (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

06/14/04

| LMP | Review October through December Interim |

```
                                                            Page: 3
W.R. Grace                                                06/30/2004
                                             ACCOUNT NO: 3000-13D
                                             STATEMENT NO:      22

Fee Applications, Others



                                              HOURS

           Fee Application of Protiviti, Inc. (.1);
           Update Wr Grace Weekly Recommendation
           Memo (.1)                                0.20    19.00

06/15/04
      LMP Review January through March Interim Fee
           Application of Holme Robert & Owen (.1);
           Update Wr Grace Weekly Recommendation
           Memo (.1)                                0.20    19.00
      LMP Review January through March Interim Fee
           Application of Bilzin Sumberg Baena Price
           & Axelrod (.1); Update Wr Grace Weekly
           Recommendation Memo (.1)                 0.20    19.00

06/16/04
      LMP Review April Fee Application of Stroock &
           Stroock & Lavan (.1); Update Wr Grace
           Weekly Recommendation Memo (.1)          0.20    19.00
      LMP Review April Fee Application of Casner &
           Edwards (.1); Update Wr Grace Weekly
           Recommendation Memo (.1)                 0.20    19.00
      LMP Review January Fee Application of Steptoe
           & Johnson (.1); Update Wr Grace
           Recommendation Memo (.1)                 0.20    19.00
      LMP Review February Fee Application of
           Steptoe & Johnson (.1); Update Wr Grace
           Weekly Recommendation Memo (.1)          0.20    19.00
      LMP Review March Fee Application of Steptoe &
           Johnson (.1); Update Wr Grace Weekly
           Recommendation Memo (.1)                 0.20    19.00

06/17/04
      LMP Review May Fee Application of Carella,
           Byrne, Bain, Gilfillan, Cecchi, Stewart &
           Olstein (.1): Update Wr Grace Weekly
           Recommendation Memo (.1)                 0.20    19.00
      LMP Review April Fee Application of Woodcock
           Washburn (.1): Update Wr Grace Weekly
           Recommendation Memo (.1)                 0.20    19.00
      LMP Review January Fee Application of
           Deloitte & Touche (.1): Update Wr Grace
           Weekly Recommendation Memo (.1)          0.20    19.00
      LMP Review February Fee Application of
           Deloitte & Touche (.1): Update Wr Grace
           Weekly Recommendation Memo (.1)          0.20    19.00
      LMP Review March Fee Application of Deloitte
           & Touche (.1): Update Wr Grace Weekly
```

```
                                                    Page: 4
W.R. Grace                                        06/30/2004
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      22
```

Fee Applications, Others

```
                                              HOURS
     Recommendation Memo (.1)                  0.20      19.00
MTH Reviewing Order entered re Fee
     application and discussion with LMP re
     same                                      0.10      27.50

06/22/04
LMP Review PSZYJ&W April Monthly Fee
     Application (.1); Update Wr Grace Weekly
     Recommendation Memo (.1)                  0.20      19.00
LMP Review Bilzin Sumberg Baena Price &
     Axelrod's May Monthly Fee Application
     (.1); Update Wr Grace Weekly
     Recommendation Memo (.                    0.20      19.00

06/23/04
LMP Review case docket for Objections to
     Caplin & Drysdale's April 2004 Monthly
     Application for Compensation (.1); Update
     and prepare CNO (.2)                      0.30      28.50
LMP Review case docket for Objections to
     Legal Analysis Systems April 2004 Monthly
     Application for Compensation (.1); Update
     and prepare CNO (.2)                      0.30      28.50
LMP Review case docket for Objections to L
     Tersigni's April 2004 Monthly Application
     for Compensation (.1); Update and prepare
     CNO (.2)                                  0.20      19.00
KJC Review and sign CNO re LTC April fee
     application                               0.20      35.00
KJC Review and sign CNO re LAS April fee
     application                               0.20      35.00
KJC Review and sign CNO re C&D April fee
     application                               0.20      35.00
                                               ----  --------
     FOR CURRENT SERVICES RENDERED             9.40  1,031.00

                    RECAPITULATION
TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
Mark T. Hurford               0.10    $275.00     $27.50
Kathleen J. Campbell          1.50     175.00     262.50
Lauren M. Przybylek           7.80      95.00     741.00


     TOTAL CURRENT WORK                           1,031.00
```

```
                                                 Page: 5
    W.R. Grace                                06/30/2004
                                  ACCOUNT NO: 3000-13D
                                  STATEMENT NO:      22
    Fee Applications, Others
```

```
06/30/04 Payment - Thank you. (March, 2004 - 80%)        -1,372.40


         BALANCE DUE                                    $4,530.10
                                                        =========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        06/30/2004
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      32

Financing


    PREVIOUS BALANCE                                  $5.50


    BALANCE DUE                                       $5.50
                                                      =====


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          06/30/2004
Wilmington  DE                        ACCOUNT NO: 3000-15D
                                      STATEMENT NO:      37

Hearings

PREVIOUS BALANCE                                    $7,515.40

                                           HOURS
06/14/04
    MTH Reviewing correspondence from PVNL re
        June Omnibus (.1) and response from R.
        Tobin re same (.1)                          0.20     55.00

06/15/04
    MTH Reviewing Agenda for hearing.               0.20     55.00

06/16/04
    MRE E-mails with LMP regarding hearing          0.20     58.00
    DEM Preparation of attorney binder for
        omnibus hearing                             0.30     28.50

06/17/04
    MTH Reviewing Amended Agenda and
        Correspondence to PVNL and JWD re same.     0.10     27.50
                                                    ----    ------
        FOR CURRENT SERVICES RENDERED               1.00    224.00

                        RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE       TOTAL
    Mark T. Hurford             0.50    $275.00     $137.50
    Marla R. Eskin             0.20     290.00       58.00
    Diane E. Massey            0.30      95.00       28.50

        TOTAL CURRENT WORK                             224.00

06/30/04 Payment - Thank you. (March, 2004 - 80%)       -745.20

Page: 2
06/30/2004
W.R. Grace
ACCOUNT NO: 3000-15D
STATEMENT NO:      37

Hearings


BALANCE DUE                                    $6,994.20
                                               =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

<table>
<tr><td></td><td>Page: 1</td></tr>
<tr><td>W.R. Grace</td><td>06/30/2004</td></tr>
<tr><td>Wilmington  DE</td><td>ACCOUNT NO: 3000-16D</td></tr>
<tr><td></td><td>STATEMENT NO:     22</td></tr>
</table>

Litigation and Litigation Consulting

PREVIOUS BALANCE                                    $7,103.40

|  |  | HOURS |  |
|---|---|---|---|
| **06/15/04** | | | |
| MTH | Reviewing debtors status report on claims reconciliation (.3); reviewing debtors second status report on claims reconciliation (.2); drafting section pertaining to Asbestos PD Claims for status report to Dist. J. Buckwalter (1.8) | 2.30 | 632.50 |
| MTH | Reviewing correspondence from MRE re status report | 0.10 | 27.50 |
| **06/17/04** | | | |
| MTH | Reviewing correspondence from MRE re service and filing of Status Report. | 0.10 | 27.50 |
| **06/18/04** | | | |
| MTH | Research and reviewing documents related to Status Report to Judge Buckwalter. | 1.30 | 357.50 |
| **06/21/04** | | | |
| KJC | E-mails re status report | 0.20 | 35.00 |
| KJC | Review and sign status report | 0.30 | 52.50 |
| KJC | Further e-mails re status report | 0.10 | 17.50 |
| MTH | Discussion with MRE re Status Report to Judge Buckwalter (.2); reviewing draft of same (.3) | 0.50 | 137.50 |
| MTH | Reviewing correspondence from N Finch re status report to Judge and response to same. | 0.20 | 55.00 |
| MTH | Reviewing correspondence from MRE to Nate Finch re status report. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from A. Lauber | | |

|  | | HOURS | |
|---|---|---|---|
|  | re Status Report. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from MRE re revised Status Report | 0.20 | 55.00 |

**06/23/04**

| MTH | Reviewing correspondence from N Finch re various status reports and discussion with MAL re same. | 0.20 | 55.00 |
|---|---|---|---|
| MTH | Reviewing correspondence from N Finch re status reports | 0.10 | 27.50 |

**06/24/04**

| MTH | Correspondence to (x3) to Nate Finch re status reports filed by various parties (.2) and Telephone conference to Nate re same (.1) | 0.30 | 82.50 |
|---|---|---|---|
| MTH | Correspondence to J Sakalo re issue re Status Report. | 0.10 | 27.50 |
| MTH | Discussion with MRE re issue with status report. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from Nate re issue re Status Report. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from J. Sakalo re correspondence from counsel to Fresenius and Correspondence to Nate Finch re same. | 0.20 | 55.00 |
| MTH | Reviewing Addendum of the Asbestos PD Committee. | 0.10 | 27.50 |

**06/25/04**

| MTH | Reviewing Status Report of the ZAI Claimants | 0.40 | 110.00 |
|---|---|---|---|
| KJC | E-mails with MRE, NDF re 3CA briefs and search re same | 0.50 | 87.50 |
|  |  | ---- | -------- |
|  | FOR CURRENT SERVICES RENDERED | 7.60 | 1,980.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 6.50 | $275.00 | $1,787.50 |
| Kathleen J. Campbell | 1.10 | 175.00 | 192.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 1,980.00 |

```
                                                        Page: 3
        W.R. Grace                                    06/30/2004
                                           ACCOUNT NO: 3000-16D
                                           STATEMENT NO:      22
        Litigation and Litigation Consulting
```

```
06/30/04 Payment - Thank you. (March, 2004 - 80%)        -2,275.20


         BALANCE DUE                                     $6,808.20
                                                         =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          06/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-17D
                                        STATEMENT NO:      22


Plan and Disclosure Statement




PREVIOUS BALANCE                              $2,823.40



                                          HOURS
06/04/04
     MRE  Review of Grace exclusivity COC and order
          and meeting with MTH regarding same        0.20      58.00
     MTH  Reviewing COC re proposed Order re
          exclusivity motion (.2); discussion with
          DEM re same (.1); Correspondence to PVNL
          re same (.2).                              0.50     137.50
     MRE  Meeting with MTH regarding exclusivity
          order and review of proposed order and
          COC                                        0.50     145.00
     MTH  Reviewing correspondence from PVNL
          regarding Grace COC regarding
          exclusivity.                               0.10      27.50
     MTH  Discussion with MRE re: exclusivity order  0.30      82.50

06/06/04
     MRE  Review of e-mail from MTH regarding order
          for exclusivity                            0.10      29.00
     MRE  Review of e-mail from PVNL regarding
          exclusivity order                          0.10      29.00

06/17/04
     DEM  Search of docket regarding information
          for status report                          0.50      47.50

06/18/04
     DEM  Corrections to Final Draft of Status
          Report                                     0.30      28.50
     MRE  Work on revisions to status letter         2.60     754.00
     MRE  Additional work on status report           1.60     464.00

```
                                                         Page: 2
W.R. Grace                                             06/30/2004
                                           ACCOUNT NO: 3000-17D
                                           STATEMENT NO:      22
Plan and Disclosure Statement
```

```
                                              HOURS
06/21/04
     MRE Final revisions to status report       0.60    174.00

06/23/04
     MRE Review of Future Representative's Status
         Report                                 0.10     29.00
     MRE Review of Status Report of Equity Holders
                                                0.20     58.00
     MRE Review of OCUC's Status Report         0.20     58.00
     MRE Review of Certain Insurers' Status Report
         to the Court                           0.30     87.00
     MRE Review of Status Report of the ZAI
         Claimants                              0.30     87.00
     MRE Review of W.R. Grace's Status Report   0.30     87.00
     MRE Review of Status Report Submitted by the
         Libby Claimants                        0.30     87.00
     MRE Review of Status Report of the Property
         Damage Claimants                       0.30     87.00

06/24/04
     MTH Correspondence to PVNL and Nate re ADR
         Motion, Alltech Motion, Status Report. 0.70    192.50

06/25/04
     PEM Review status report                   0.40    126.00
     MTH Reviewing correspondence from EI re
         various status reports.                0.10     27.50
                                                -----  --------
         FOR CURRENT SERVICES RENDERED         10.60  2,902.50

                       RECAPITULATION
     TIMEKEEPER             HOURS HOURLY RATE      TOTAL
     Philip E. Milch         0.40   $315.00     $126.00
     Mark T. Hurford         1.70    275.00      467.50
     Marla R. Eskin          7.70    290.00    2,233.00
     Diane E. Massey         0.80     95.00       76.00


     TOTAL CURRENT WORK                         2,902.50


06/30/04 Payment - Thank you. (March, 2004 - 80%)  -1,557.20


     BALANCE DUE                               $4,168.70
                                               =========
```

W.R. Grace

Plan and Disclosure Statement

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            06/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-18D
                                        STATEMENT NO:      22


Relief from Stay Proceedings




        PREVIOUS BALANCE                              $867.20



                                             HOURS
06/04/04
     MTH Reviewing Baker Hughes motion for stay
         relief.                               0.30     82.50

06/07/04
     MTH Reviewing Order re Contempt of Court.  0.10     27.50

06/21/04
     MRE Meeting with LMP regarding Scott stay
         issue                                 0.20     58.00

06/22/04
     MRE Review of information and e-mail to NDF
         regarding application of stay to other
         companies                            0.30     87.00

06/29/04
     MRE Review of Scotts stay matter          0.70    203.00
     MRE E-mail to J. Davis regarding Scotts
         motion                               0.30     87.00
     MRE Telephone calls with J. Phillips and J.
         Bear regarding Scotts lift stay      0.40    116.00
     MRE Drafting e-mail to J. Davis regarding
         Scotts motion for extension of stay  0.30     87.00
     MRE Meeting with MTH regarding Scotts motion
         for extension of stay                0.10     29.00
     MRE Additional meeting with MTH regarding
         regarding Scotts motion for extension of
         stay                                 0.20     58.00
     MRE Telephone conference with J. Davis
         regarding Scotts                     0.20     58.00
     MRE E-mails with J. Davis, MTH and PH

W.R. Grace

Relief from Stay Proceedings

|  |  | HOURS |  |
|---|---|---|---|
|  | regarding Scotts | 0.40 | 116.00 |
| MTH | Reviewing correspondence from MRE to JWD re Scotts Motion. | 0.10 | 27.50 |
| MTH | Telephone conference with T. Cobb re notice and Order re hearing. | 0.30 | 82.50 |
| MTH | Reviewing correspondence from MRE to JWD re Chakarian adversary. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from MRE (Follow up) to JWD re Chakarian adversary. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from JWD re Chakarian adversary. | 0.10 | 27.50 |
| MTH | Review of Scotts Motion re: stay; review of related documents to draft objection re: same | 2.50 | 687.50 |
| MTH | Discussions with MRE re: Scotts Stay Motion | 0.30 | 82.50 |

06/30/04

|  |  | HOURS |  |
|---|---|---|---|
| MRE | Telephone conference with and e-mails with P. Hughes regarding Scotts | 0.50 | 145.00 |
| MRE | Review of materials related to objection to Scott's motion for injunctive relief | 0.80 | 232.00 |
| MRE | Additional review of materials related to Scotts motion | 0.60 | 174.00 |
| MRE | Review and revisions to objection to Scotts motion | 0.40 | 116.00 |
| MRE | Additional review and revision to Scotts motion | 0.40 | 116.00 |
| MTH | Correspondence to JWD re draft objection to Scott's Expedited Motion. | 0.10 | 27.50 |
| MTH | Call to JWD re draft objection to Scott's Motion. | 0.10 | 27.50 |
| MTH | Discussions with MRE re draft objections to Scott's Motion. | 0.30 | 82.50 |
| MTH | Correspondence to and from T. Cobb re participation in hearing, identification of individuals and contact information. | 0.20 | 55.00 |
| MTH | Reviewing correspondence from MRE and Nate Finch re draft objection (.1) and Correspondence to T. Cobb re additional participant re hearing (.1) | 0.20 | 55.00 |
| MTH | Reviewing correspondence from MRE re contact with FR Counsel re Objection Scotts Motion. | 0.10 | 27.50 |
| MTH | Additional correspondence to and from J. Sakalo re Scotts' Motion. | 0.10 | 27.50 |
| MRE | Work on objection to Scotts motion | 1.40 | 406.00 |

```
                                                     Page: 3
W.R. Grace                                         06/30/2004
                                       ACCOUNT NO: 3000-18D
                                       STATEMENT NO:      22
Relief from Stay Proceedings
```

```
                                          HOURS
MTH Telephone conference with JWD re
    revisions to Scott's Objection (.2);
    discussion with MRE re same (.1);
    supplementing objection (.8)             1.10     302.50
MTH Reviewing correspondence from JWD re
    final revisions to objection (.1) and
    revising and signing same and COS (.1)   0.20      55.00
MTH Reviewing correspondence from MRE
    possible position of other parties re
    Scott's Motion.                          0.10      27.50
MTH Correspondence to EI, PVNL, JWD and Nate
    Finch re objection to the Scotts Company
    Motion.                                  0.10      27.50
DEM Preparation and e-filing of Objection in
    Chakarian Adversary                      0.30      28.50
MTH Additional research and drafting of
    Objection to Scott's Motion for
    Preliminary Injunction.                  4.00   1,100.00
                                            -----   --------
        FOR CURRENT SERVICES RENDERED       18.00   5,004.00

                      RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Mark T. Hurford               10.50   $275.00    $2,887.50
Marla R. Eskin                 7.20    290.00     2,088.00
Diane E. Massey                0.30     95.00        28.50


        TOTAL CURRENT WORK                          5,004.00


06/30/04 Payment - Thank you. (March, 2004 - 80%)    -44.00


        BALANCE DUE                                $5,827.20
                                                   =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          06/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-19D
                                        STATEMENT NO:      12


Tax Issues



        PREVIOUS BALANCE                            $128.10



06/30/04 Payment - Thank you. (March, 2004 - 80%)    -66.00


        BALANCE DUE                                  $62.10
                                                     ======



                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                           06/30/2004
Wilmington  DE                         ACCOUNT NO: 3000-20D
                                       STATEMENT NO:      21


Tax Litigation



PREVIOUS BALANCE                                    $468.80


BALANCE DUE                                         $468.80
                                                    =======






Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          06/30/2004
Wilmington  DE                         ACCOUNT NO: 3000-21D
                                       STATEMENT NO:      13

Travel-Non-Working


    PREVIOUS BALANCE                                  $543.50


    BALANCE DUE                                       $543.50
                                                      =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                06/30/2004
Wilmington  DE                            ACCOUNT NO: 3000-22D
                                          STATEMENT NO:      26

Valuation


        PREVIOUS BALANCE                              $1,250.40


        BALANCE DUE                                   $1,250.40
                                                      =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          06/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-23D
                                        STATEMENT NO:      26


    ZAI Science Trial




    PREVIOUS BALANCE                            $1,342.30


                                          HOURS
06/24/04
    PEM Review status report re: ZAI (.4); Libby
        (.4); to court per 6/8/04 order          0.80    252.00

06/30/04
    MTH Reviewing correspondence from Nate Finch
        to D. Bernick re ZAI information.         0.10     27.50
                                                 ----    ------
        FOR CURRENT SERVICES RENDERED            0.90    279.50

                     RECAPITULATION
    TIMEKEEPER                HOURS HOURLY RATE      TOTAL
    Philip E. Milch           0.80    $315.00    $252.00
    Mark T. Hurford           0.10     275.00      27.50


    TOTAL CURRENT WORK                                279.50


    BALANCE DUE                                    $1,621.80
                                                   =========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                06/30/2004
Wilmington  DE                            ACCOUNT NO    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition |||||
| 312.90 | 82.50 | 0.00 | 0.00 | -156.40 | $239.00 |
| 3000-03 Business Operations |||||
| 319.50 | 907.50 | 0.00 | 0.00 | -23.20 | $1,203.80 |
| 3000-04 Case Administration |||||
| 1,343.70 | 110.00 | 0.00 | 0.00 | -201.60 | $1,252.10 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) |||||
| 2,695.70 | 300.00 | 0.00 | 0.00 | -67.20 | $2,928.50 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) |||||
| 1,073.10 | 1,724.00 | 0.00 | 0.00 | -22.00 | $2,775.10 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders |||||
| 19,120.90 | 7,032.00 | 0.00 | 0.00 | -3,608.80 | $22,544.10 |
| 3000-08 Employee Benefits/Pension |||||
| -189.70 | 114.00 | 0.00 | 0.00 | -344.40 | -$420.10 |
| 3000-09 Employee Applications, Applicant |||||
| 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | $58.00 |
| 3000-10 Employment Applications, Others |||||
| 2,445.40 | 1,187.50 | 0.00 | 0.00 | -134.40 | $3,498.50 |
| 3000-11 Expenses |||||
| 4,397.80 | 0.00 | 1,078.70 | 0.00 | -2,823.64 | $2,652.86 |
| 3000-12 Fee Applications, Applicant |||||
| 3,500.30 | 819.00 | 0.00 | 0.00 | -731.60 | $3,587.70 |
| 3000-13 Fee Applications, Others |||||
| 4,871.50 | 1,031.00 | 0.00 | 0.00 | -1,372.40 | $4,530.10 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Financing | | | | | |
| 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | $5.50 |
| 3000-15 Hearings | | | | | |
| 7,515.40 | 224.00 | 0.00 | 0.00 | -745.20 | $6,994.20 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 7,103.40 | 1,980.00 | 0.00 | 0.00 | -2,275.20 | $6,808.20 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 2,823.40 | 2,902.50 | 0.00 | 0.00 | -1,557.20 | $4,168.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 867.20 | 5,004.00 | 0.00 | 0.00 | -44.00 | $5,827.20 |
| 3000-19 Tax Issues | | | | | |
| 128.10 | 0.00 | 0.00 | 0.00 | -66.00 | $62.10 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 543.50 | 0.00 | 0.00 | 0.00 | 0.00 | $543.50 |
| 3000-22 Valuation | | | | | |
| 1,250.40 | 0.00 | 0.00 | 0.00 | 0.00 | $1,250.40 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,342.30 | 279.50 | 0.00 | 0.00 | 0.00 | $1,621.80 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 61,997.10 | 23,697.50 | 1,078.70 | 0.00 | -14,173.24 | $72,600.06 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.