# EXHIBIT A

**Case Administration (25.50 Hours; $ 9,290.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 5.80 | $685 | 3,973.00 |
| Walter B. Slocombe | 1.50 | $560 | 840.00 |
| Julie W. Davis | 2.00 | $520 | 1,040.00 |
| Trevor W. Swett | 1.60 | $520 | 832.00 |
| Ronald E. Reinsel | .20 | $500 | 100.00 |
| Rita C. Tobin | .60 | $375 | 225.00 |
| Robert C. Spohn | 4.50 | $180 | 810.00 |
| Andrew D. Katznelson | 7.50 | $160 | 1,200.00 |
| David B. Smith | 1.80 | $150 | 270.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 06/01/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/1/04 (.2). |
| 06/01/04 | RER | 500.00 | 0.20 | Follow-up w/UST re committee member substitution. |
| 06/02/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/2/04 (.2). |
| 06/03/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/3/04 (.2). |
| 06/03/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pretrial and status conferences for EI and RCT. |
| 06/04/04 | PVL | 685.00 | 0.20 | Review 5 miscellaneous filings (.1); review e-mails (.1). |
| 06/04/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/4/04 (.1). |

{D0024085:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/04/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 06/07/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/7/04 (.2). |
| 06/08/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/8/04 (.2). |
| 06/09/04 | PVL | 685.00 | 0.10 | Review Buckwalter order. |
| 06/09/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/9/04 (.1). |
| 06/10/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/10/04 (.1). |
| 06/11/04 | PVL | 685.00 | 2.40 | Review e-mail (.2); confer TWS, NDF, AGL and JWD re status report (1.6); teleconference EI re same (.2); review Sealed Air motion to vacate (.3); e-mail Baena et al (.1). |
| 06/11/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/11/04 (.2). |
| 06/11/04 | TWS | 520.00 | 1.60 | Conference with PVNL, NDF and AGL (for part of meeting); and JWD (by phone) re: status report. |
| 06/11/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 06/12/04 | JWD | 520.00 | 0.30 | Review calendars of upcoming events |
| 06/14/04 | PVL | 685.00 | 0.10 | Review agenda letter. |
| 06/14/04 | RCS | 180.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/14/04 (.2); retrieve documents requested by attorney (.3). |
| 06/14/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |

{D0024085:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/15/04 | PVL | 685.00 | 0.10 | Review 7 miscellaneous filings. |
| 06/15/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/15/04 (.1). |
| 06/15/04 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant Wolin Recusal Appeal documents for EI. |
| 06/16/04 | PVL | 685.00 | 1.00 | Teleconference Hurford (.1); review draft status report (.6); confer AGL re same (.1); teleconference NDF re same (.1); review e-mail and reply (.1). |
| 06/16/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/16/04 (.1). |
| 06/16/04 | ADK | 160.00 | 1.00 | Review, classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT; Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 06/17/04 | PVL | 685.00 | 1.60 | Confer AGL and WBS re status report (1.3); review drafts of same (.3). |
| 06/17/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/17/04 (.2). |
| 06/18/04 | PVL | 685.00 | 0.30 | Review 2 miscellaneous motions (.2); e-mail EI et al (.1). |
| 06/18/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 06/18/04 | JWD | 520.00 | 0.40 | Review weekly recommendation memos |
| 06/18/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/18/04 (.2). |
| 06/18/04 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for AK, TB, and RCT. |
| 06/18/04 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for AK and RCT. |

{D0024085:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/21/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/21/04 (.1). |
| 06/22/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/22/04 (.2). |
| 06/22/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 06/23/04 | RCS | 180.00 | 1.00 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/23/04 (.2); retrieve files requested by attorney (.2); review docket for specific issues (.6). |
| 06/23/04 | ADK | 160.00 | 1.00 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 06/24/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/24/04 (.1). |
| 06/26/04 | JWD | 520.00 | 1.30 | Review filings for week of 6/21 |
| 06/28/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 06/28/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/28/04 (.2). |
| 06/29/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/29/04 (.2). |
| 06/29/04 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 06/30/04 | WBS | 560.00 | 1.50 | Rev docs in connection with appl to extend stay to bar actions against Scotts, conference JWD re issues. |
| 06/30/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/30/04 (.1). |

{D0024085:1 }

| 06/30/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| --- | --- | --- | --- | --- |
| 06/30/04 | DBS | 150.00 | 1.80 | Compile and organize pleadings for case files. |

**Total Task Code .04      25.50**

**Claims Analysis Objections & Resolution (Asbestos) (6.20 Hours; $ 1,643.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| John P. Cunningham | 6.20 | $265 | 1,643.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 06/07/04 | JPC | 265.00 | 1.90 | Research re: review developments in asbestos litigation. |
| 06/08/04 | JPC | 265.00 | 1.40 | Research re: review developments in asbestos litigation. |
| 06/10/04 | JPC | 265.00 | 0.90 | Research re: review developments in asbestos litigation. |
| 06/11/04 | JPC | 265.00 | 0.80 | Research re: review developments in asbestos litigation. |
| 06/14/04 | JPC | 265.00 | 1.20 | Research re: review developments in asbestos litigation. |

**Total Task Code .05      6.20**

**Claim Analysis Objection & Resolution (Asbestos) (.30 Hours; $ 205.50)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | .30 | $685 | 205.50 |

| Trans | Empl | Bill | Billing |
| --- | --- | --- | --- |

| Date | Init | Rate | Hours | Full Narrative |
|---|---|---|---|---|
| 06/10/04 | PVL | 685.00 | 0.30 | Confer NDF (.2); teleconference EI (.1). |

**Total Task Code .06     .30**


**Committee, Creditors', Noteholders' or Equity Holders'(2.50 Hours; $ 1,510.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $780 | 312.00 |
| Peter Van N. Lockwood | .80 | $685 | 548.00 |
| Ronald E. Reinsel | 1.30 | $500 | 650.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/04/04 | EI | 780.00 | 0.10 | Report to all Committees on status [Total time of 1.2 hours divided among 12 cases.] |
| 06/04/04 | RER | 500.00 | 0.20 | Follow-up w/EI re committee substitution issue. |
| 06/08/04 | RER | 500.00 | 0.60 | Correspondence and teleconference re substitution for deceased committee member. |
| 06/13/04 | PVL | 685.00 | 0.80 | Draft memo to Comm. |
| 06/14/04 | RER | 500.00 | 0.20 | Follow-up re substitution of committee member. |
| 06/15/04 | EI | 780.00 | 0.20 | Memo re: status. |
| 06/16/04 | RER | 500.00 | 0.30 | Follow-up and teleconference re member substitution. |
| 06/21/04 | EI | 780.00 | 0.10 | T/c Rice, Weitz, Cooney, Thornton and memo re: having meeting and arrangements. [Total time of 1.5 hours divided among 15 cases.] |

**Total Task Code .07     2.50**


**Employment Applications, Others (.20 Hours; $ 137.00)**

{D0024085:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $685 | 137.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/18/04 | PVL | 685.00 | 0.20 | Review Swidler retention application. |

**Total Task Code .10**     .20

**Fee Applications, Applicant (2.80 Hours; $ 727.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.30 | $375 | 487.50 |
| Andrew D. Katznelson | 1.50 | $160 | 240.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/02/04 | RCT | 375.00 | 0.10 | Reviewing June fee schedules. |
| 06/11/04 | RCT | 375.00 | 0.50 | Review prebills. |
| 06/15/04 | RCT | 375.00 | 0.20 | Review and edit exhibit to fee apps. |
| 06/21/04 | RCT | 375.00 | 0.50 | Review monthly fee app. |
| 06/24/04 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 06/25/04 | ADK | 160.00 | 0.50 | Worked on fee application. |

**Total Task Code .12**     2.80

**Fee Applications, Others (.30 Hours; $ 205.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

{D0024085:1 }

| | | | | |
|---|---|---|---|---|
| Peter Van N. Lockwood | | .30 | $685 | 205.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/06/04 | PVL | 685.00 | 0.10 | Review 4 fee applications. |
| 06/12/04 | PVL | 685.00 | 0.10 | Review 2 fee applications and 1 miscellaneous ord. course aff. |
| 06/14/04 | PVL | 685.00 | 0.10 | Review 4 fee applications and 11 CNOs re fees. |

**Total Task Code .13**        .30

**Litigation and Litigation Consulting (49.70 Hours; $ 25,618.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.00 | $780 | 2,340.00 |
| Albert G. Lauber | 27.30 | $540 | 14,742.00 |
| Nathan D. Finch | 19.40 | $440 | 8,536.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/08/04 | NDF | 440.00 | 0.50 | T/c Brad Friedman re: case issues for Sealed Air (.5). |
| 06/10/04 | NDF | 440.00 | 0.50 | Conf. Lockwood re: status report (.5). |
| 06/11/04 | AGL | 540.00 | 0.90 | Meet w/PVNL, NDF and TWS re response to judge's request for status report. |
| 06/11/04 | NDF | 440.00 | 3.50 | Conf. Lockwood et al re: status report to court (2.0); begin drafting status report to court (1.5). |
| 06/14/04 | AGL | 540.00 | 1.10 | Work on response to Judge's order for status report (0.8); review emails from PVNL and NDF re same (0.3). |
| 06/14/04 | AGL | 540.00 | 0.80 | Review prior filings in connection with work on status report. |

{D0024085:1 }

Case 01-01139-AMC   Doc 6116-1   Filed 08/03/04   Page 9 of 12

- 9 -

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/14/04 | NDF | 440.00 | 4.80 | Work on status report to court (4.8) |
| 06/15/04 | AGL | 540.00 | 0.60 | Review emails from NDF re status report to Dist. Ct. Judge (0.3); legal research re same (0.3). |
| 06/15/04 | AGL | 540.00 | 0.20 | Review pending orders and schedules. |
| 06/15/04 | AGL | 540.00 | 9.00 | Review NDF draft response to Dist. Ct. request for status report (1.2); review prior filings in Grace bankruptcy re estimation and valuation of asbestos PI claims (2.4); draft section of status report dealing with these issues (5.4). |
| 06/15/04 | NDF | 440.00 | 6.50 | Work on Status Report (6.5) |
| 06/16/04 | AGL | 540.00 | 4.80 | Review and revise NDF draft status report (1.4); complete inserts re estimation procedure and ACC's recommended cause of action (3.2); conference w/PVNL re draft (0.2). |
| 06/16/04 | AGL | 540.00 | 0.40 | Emails to/from NDF and PVNL re revisions to draft status report. |
| 06/17/04 | AGL | 540.00 | 1.60 | Meet w/PVNL and NDF to discuss revisions and additions to draft status report. |
| 06/17/04 | AGL | 540.00 | 2.90 | Implement agreed-upon revisions to draft status report. |
| 06/17/04 | AGL | 540.00 | 0.30 | Review Mark Hurferd draft response to Sealed Air motion re in limine ruling by Judge Wolin (0.2); review PVNL email re same (0.1). |
| 06/17/04 | AGL | 540.00 | 0.70 | Review declaration filed by David Austern as Futures Rep and ins. co notice of appeal. |
| 06/17/04 | AGL | 540.00 | 1.60 | Complete revisions to status report (1.2); send to EI for comments with cover memo (0.3); send to D. Cohn on behalf of Libby claimants (0.1). |
| 06/17/04 | EI | 780.00 | 0.90 | Reviewed court report and t/c AGL (.5); t/c Roger Frankel re: meeting (.2); memo to Frankel re: Sealed Air motion (.2). |
| 06/17/04 | NDF | 440.00 | 1.30 | Work on status report to court (1.3). |
| 06/18/04 | AGL | 540.00 | 1.10 | Telecon (3) w/Marla Eskin re Grace status report due 6/21 (0.6); review order withdrawing refinance (0.2); legal research re same (0.3). |

{D0024085:1 }

- 10 -

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 06/21/04 | AGL | 540.00 | 1.30 | Review revised draft of status report from C&L (0.7); make comments for revision of same (0.6). |
| 06/22/04 | EI | 780.00 | 0.10 | Memo re: claim cap motion. |
| 06/25/04 | EI | 780.00 | 1.00 | Memo to Committee re: status (.3); read reports (.5); memo to gather data (.2). |
| 06/29/04 | EI | 780.00 | 1.00 | Conference Roger Frankel, Rick Wyron, NDF re: status. |
| 06/29/04 | NDF | 440.00 | 1.00 | Meeting with FCR lawyers re case issues |
| 06/30/04 | NDF | 440.00 | 1.30 | Draft memo to rice re ZAI issue (1.0); memo to LTC re assets info (.3) |

**Total Task Code .16        49.70**


**Plan & Disclosure Statement (6.90 Hours; $ 3,703.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .70 | $685 | 479.50 |
| Julie W. Davis | 6.20 | $520 | 3,224.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/07/04 | PVL | 685.00 | 0.70 | Confer Pernick re POR (.1); confer Restivo re same (.5); confer Weitz and Budd re same (.1). |
| 06/28/04 | JWD | 520.00 | 3.40 | Review filings re Scotts injunction motion, PD request to hire Weil Gotchal (1.3); memos to EI re same (.9); telephone conferences, e-mails with plaintiffs' counsel re Scotts motion, hearing, etc. (1.2) |
| 06/29/04 | JWD | 520.00 | 1.00 | Telephone conferences, e-mails to M. Eskin re Scotts motion, PD motion, ACC objections (.8); telephone conference with EI re same (.2) |

{D0024085:1 }

| | | | | |
|---|---|---|---|---|
| 06/30/04 | JWD | 520.00 | 1.80 | Revise, edit draft opposition to Scotts motion |

**Total Task Code .17**     **6.90**

{D0024085:1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 456.50 |
| Air Freight & Express Mail | 7.10 |
| Database Research | 61.46 |
| Long Distance-Equitrac In-House | 12.17 |
| Telecopier/Equitrac | 16.20 |
| Xeroxing | 155.55 |
| **Total for Report** | **$ 708.98** |

{D0024085:1 }