**EXHIBIT B**

**Case Administration (25.5 Hours; $ 9,290.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        25.5**

**Claim Analysis Objection & Resolution (Asbestos) (6.2 Hours; $ 1,643.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05        6.2**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.3 Hours; $ 205.50)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06        .3**

**Committee, Creditors', Noteholders' or Equity Holders' (2.5 Hours; $1,510.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07        2.5**

**Employment Applications, Others (.2 Hours; $137.00)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10        .2**

**Fee Applications, Applicant (2.8 Hours; $ 727.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        2.8**


**Fee Applications, Others (.3 Hours; $ 205.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        .3**


**Litigation and Litigation Consulting (49.7 Hours; $ 25,618.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        49.7**


**Plan and Disclosure Statement (6.9 Hours; $ 3,703.50)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        6.9**