## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 456.50 |
| Air Freight & Express Mail | 7.10 |
| Database Research | 61.46 |
| Long Distance-Equitrac In-House | 12.17 |
| Telecopier/Equitrac | 16.20 |
| Xeroxing | 155.55 |
| **Total for Report** | **$ 708.98** |

{D0024087:1 }