```
Client Number:   4642                Grace Asbestos Personal Injury Claimants                                              Page:    1
Matter      000                      Disbursements                                                                         7/22/2004
                                                                                                                   Print Date/Time:
                                                                                                                         07/22/2004
                                                                                                                          2:10:06PM
Attn:                                                                                                                     Invoice #

                                             PREBILL / CONTROL REPORT
                                                          Trans Date Range:   1/1/1950  to:  6/30/2004
Matter      000
Disbursements
Bill Cycle:        Monthly           Style:        i1        Start:    4/16/2001
                                                          Last Billed : 6/28/2004                       13,655
```

Trust Amount Available

Total Expenses Billed To Date        $238,275.28

```
                                                   Billing Empl:        0120     Elihu Inselbuch
                                                   Responsible Empl:    0120     Elihu Inselbuch
                                                   Alternate Empl:      0120     Elihu Inselbuch
                                                   Originating Empl:    0120     Elihu Inselbuch
```

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N. Lockwood | 0.00 | 497.35 | 0.00 | 456.50 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 10.20 | 0.00 | 10.20 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 7.10 | 0.00 | 7.10 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 7.50 | 0.00 | 7.50 |
| 0234 | RET | Rita E Tower | 0.00 | 6.90 | 0.00 | 6.90 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 100.80 | 0.00 | 100.80 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 119.98 | 0.00 | 119.98 |
|  |  |  | **0.00** | **749.83** | **0.00** | **708.98** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1650705 | Photocopy | E | 06/01/2004 | 0999 | C&D | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 0.45 |
| 1650706 | Photocopy | E | 06/01/2004 | 0999 | C&D | 0.00 |  | $5.10 | 0.00 |  | $5.10 | 5.55 |
| 1652379 | ADA Travel   PVNL 5/24 air fare to Pittsburgh (coach fare  436.50) (split iwht 2814) | E | 06/04/2004 | 0020 | PVL | 0.00 |  | $477.35 | 0.00 |  | $436.50 | 442.05 |
| 1652380 | ADA Travel    Agency fee on PVNL 5/24 travel to Pittsburgh | E | 06/04/2004 | 0020 | PVL | 0.00 |  | $20.00 | 0.00 |  | $20.00 | 462.05 |
| 1652586 | Fax Transmission to 17136501400 | E | 06/04/2004 | 0999 | C&D | 0.00 |  | $1.65 | 0.00 |  | $1.65 | 463.70 |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                              Page:    1
Matter      000                    Disbursements                                                                                         7/22/2004
                                                                                                                                   Print Date/Time:
                                                                                                                                        07/22/2004
                                                                                                                                       2:10:06PM
Attn:                                                                                                                                    Invoice #
1652590     Fax Transmission to 14067527124                E    06/04/2004    0999    C&D       0.00         $1.65        0.00      $1.65    465.35
1652592     Fax Transmission to 16179510679                E    06/04/2004    0999    C&D       0.00         $1.65        0.00      $1.65    467.00
1653078     Photocopy                                      E    06/07/2004    0238    SLG       0.00         $4.20        0.00      $4.20    471.20
1653184     Air Freight & Express Mail - Federal Express   E    06/08/2004    0120    EI        0.00         $7.10        0.00      $7.10    478.30
            delivery service on 5/26 to L. Przybylek
1654735     Equitrac - Long Distance to 8054993572         E    06/11/2004    0999    C&D       0.00         $1.80        0.00      $1.80    480.10
1654775     Equitrac - Long Distance to 3022270994         E    06/11/2004    0999    C&D       0.00         $7.50        0.00      $7.50    487.60
1654792     Equitrac - Long Distance to 2123199240         E    06/11/2004    0999    C&D       0.00         $1.00        0.00      $1.00    488.60
1655001     Photocopy                                      E    06/11/2004    0238    SLG       0.00         $6.30        0.00      $6.30    494.90
1655002     Photocopy                                      E    06/11/2004    0238    SLG       0.00         $1.80        0.00      $1.80    496.70
1656176     Fax Transmission to 12145239159                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    497.15
1656177     Fax Transmission to 12145239157                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    497.60
1656178     Fax Transmission to 12145239158                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    498.05
1656179     Fax Transmission to 12148248100                E    06/14/2004    0999    C&D       0.00         $0.60        0.00      $0.60    498.65
1656180     Fax Transmission to 12145991171                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    499.10
1656181     Fax Transmission to 17136501400                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    499.55
1656182     Fax Transmission to 13125516759                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    500.00
1656183     Fax Transmission to 18432169290                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    500.45
1656184     Fax Transmission to 13026565875                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    500.90
1656186     Fax Transmission to 14067527124                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    501.35
1656187     Fax Transmission to 15108354913                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    501.80
1656188     Fax Transmission to 12165750799                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    502.25
1656189     Fax Transmission to 13053796222                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    502.70
1656190     Fax Transmission to 14124718308                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    503.15
1656191     Fax Transmission to 12123440994                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    503.60
1656192     Fax Transmission to 12123445461                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    504.05
1656193     Fax Transmission to 16179510679                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    504.50
1656194     Fax Transmission to 18432169450                E    06/14/2004    0999    C&D       0.00         $0.15        0.00      $0.15    504.65
1656195     Fax Transmission to 18432169440                E    06/14/2004    0999    C&D       0.00         $0.45        0.00      $0.45    505.10
1656196     Fax Transmission to 18432169450                E    06/14/2004    0999    C&D       0.00         $0.15        0.00      $0.15    505.25
1656197     Fax Transmission to 18432169450                E    06/14/2004    0999    C&D       0.00         $0.15        0.00      $0.15    505.40
1656198     Fax Transmission to 13024269947                E    06/14/2004    0999    C&D       0.00         $0.15        0.00      $0.15    505.55
1656199     Fax Transmission to 14122615066                E    06/14/2004    0999    C&D       0.00         $0.15        0.00      $0.15    505.70
1656200     Fax Transmission to 13024269947                E    06/14/2004    0999    C&D       0.00         $0.30        0.00      $0.30    506.00
1656201     Fax Transmission to 14122615066                E    06/14/2004    0999    C&D       0.00         $0.30        0.00      $0.30    506.30
1656218     Photocopy                                      E    06/14/2004    0234    RET       0.00         $3.45        0.00      $3.45    509.75
1656279     Photocopy                                      E    06/14/2004    0232    LK        0.00         $0.90        0.00      $0.90    510.65
1656315     Photocopy                                      E    06/14/2004    0238    SLG       0.00         $4.80        0.00      $4.80    515.45
1656833     Equitrac - Long Distance to 3024261900         E    06/15/2004    0999    C&D       0.00         $0.14        0.00      $0.14    515.59
1656868     Equitrac - Long Distance to 8054993572         E    06/15/2004    0999    C&D       0.00         $0.91        0.00      $0.91    516.50
1656898     Equitrac - Long Distance to 3128612000         E    06/15/2004    0999    C&D       0.00         $0.20        0.00      $0.20    516.70
1657129     Photocopy                                      E    06/15/2004    0101    RCS       0.00        $10.20        0.00     $10.20    526.90
1657592     Photocopy                                      E    06/16/2004    0238    SLG       0.00         $1.20        0.00      $1.20    528.10
1657924     Fax Transmission to 17576255959                E    06/17/2004    0232    LK        0.00         $0.30        0.00      $0.30    528.40
1657936     Photocopy                                      E    06/17/2004    0999    C&D       0.00         $4.80        0.00      $4.80    533.20
1658014     Photocopy                                      E    06/17/2004    0238    SLG       0.00        $23.10        0.00     $23.10    556.30
1658360     Equitrac - Long Distance to 3024261900         E    06/18/2004    0999    C&D       0.00         $0.40        0.00      $0.40    556.70
1658390     Equitrac - Long Distance to 3024260166         E    06/18/2004    0999    C&D       0.00         $0.05        0.00      $0.05    556.75
1658536     Photocopy                                      E    06/18/2004    0999    C&D       0.00         $1.50        0.00      $1.50    558.25
1658579     Photocopy                                      E    06/18/2004    0238    SLG       0.00         $0.60        0.00      $0.60    558.85
1659107     Photocopy                                      E    06/21/2004    0238    SLG       0.00         $4.20        0.00      $4.20    563.05
1659489     Fax Transmission to 17136501400                E    06/22/2004    0999    C&D       0.00         $0.45        0.00      $0.45    563.50
1659492     Fax Transmission to 14067527124                E    06/22/2004    0999    C&D       0.00         $0.45        0.00      $0.45    563.95
1659494     Fax Transmission to 16179510679                E    06/22/2004    0999    C&D       0.00         $0.45        0.00      $0.45    564.40
1659594     Photocopy                                      E    06/22/2004    0234    RET       0.00         $3.45        0.00      $3.45    567.85
1660271     Photocopy                                      E    06/23/2004    0238    SLG       0.00         $0.90        0.00      $0.90    568.75
1660273     Photocopy                                      E    06/23/2004    0999    C&D       0.00         $0.30        0.00      $0.30    569.05
1660899     Photocopy                                      E    06/24/2004    0238    SLG       0.00        $34.50        0.00     $34.50    603.55
1661207     Equitrac - Long Distance to 8054993572         E    06/25/2004    0999    C&D       0.00         $0.17        0.00      $0.17    603.72
1661327     Photocopy                                      E    06/25/2004    0999    C&D       0.00         $9.60        0.00      $9.60    613.32
1661339     Photocopy                                      E    06/25/2004    0999    C&D       0.00         $6.30        0.00      $6.30    619.62
1661367     Photocopy                                      E    06/25/2004    0238    SLG       0.00        $13.20        0.00     $13.20    632.82
1662269     Photocopy                                      E    06/28/2004    0238    SLG       0.00         $5.40        0.00      $5.40    638.22
1663464     Photocopy                                      E    06/29/2004    0999    C&D       0.00         $1.50        0.00      $1.50    639.72
1663541     Photocopy                                      E    06/29/2004    0999    C&D       0.00         $0.90        0.00      $0.90    640.62
1664150     Photocopy                                      E    06/30/2004    0238    SLG       0.00         $0.60        0.00      $0.60    641.22
1664191     Photocopy                                      E    06/30/2004    0232    LK        0.00         $6.30        0.00      $6.30    647.52
1665730     Database Research-By NDF on 6/17               E    06/30/2004    0999    C&D       0.00        $61.46        0.00     $61.46    708.98
Total Expenses                                                                                  0.00       $749.83        0.00    $708.98
```

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                                      Page:  1
Matter     000                  Disbursements                                                               7/22/2004
                                                                                                       Print Date/Time:
                                                                                                            07/22/2004
                                                                                                             2:10:06PM
Attn:                                                                                                        Invoice #

            Matter Total Fees                                                          0.00                      0.00


            Matter Total Expenses                                                    749.83                    708.98


            Matter Total                                            0.00             749.83          0.00      708.98



            Prebill Total Fees


            Prebill Total Expenses                                                  $749.83                   $708.98


            Prebill Total                                            0.00           $749.83          0.00     $708.98
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 44,595 | 02/26/2004 | 7,367.50 | 1,473.50 |
| 44,882 | 03/26/2004 | 18,454.50 | 3,690.90 |
| 45,209 | 04/28/2004 | 28,587.50 | 5,717.50 |
| 45,687 | 05/30/2004 | 5,433.74 | 5,433.74 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
|  |  | 1,296,740.83 | 232,863.67 |