# EXHIBIT 2

**WHEREFORE,** BMC respectfully requests:

(a) that an allowance be made to it in the aggregate of $179,739.02, which is comprised of:

    (i) 80% of the fees rendered by BMC to the Debtors for reasonable and necessary professional services during the Eleventh Quarterly Fee Period (80% of $218,187.00 = $174,549.60); and

    (ii) 100% of the actual and necessary costs and expenses incurred by BMC during the Eleventh Quarterly Fee Period ($5,189.42);

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates; and

(c) for such other and further relief as the Court deems just and proper.

Dated: March 31, 2004          BANKRUPTCY MANAGEMENT CORPORATION

By: *[signature]*
JULIA HASENZAHL,
Chief Operating Officer
6096 Upland Terrace South
Seattle, Washington 98118
Telephone: (206) 725-5405
Telecopier: (206) 374-2727

Claims Reconciliation and Solicitation Consultant
to the Debtors and Debtors in Possession

**EXHIBIT "2"**

## VERIFICATION

STATE OF CALIFORNIA       )
                          )  ss.
COUNTY OF LOS ANGELES     )

JULIA HASENZAHL, after being duly sworn, deposes and says:

1. I am the Chief Operating Officer of Bankruptcy Management Corporation, the applicant herein ("BMC"), the Claims Reconciliation and Solicitation Consultant to the debtors and debtors in possession herein (the "Debtors"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. I have personally reviewed the consulting services rendered by BMC as Claims Reconciliation and Solicitation Consultant to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by other consultants and employees of BMC.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Annexed hereto are the following Exhibits: **Exhibit 1** – Consolidated Fee Invoice for the Eleventh Quarter comprised of a detail of time expended and Professional Activity Summary; and **Exhibit 2** – Monthly Expense Invoices for the Eleventh Quarter comprised of (i) an Expense Invoice and Detail for each month and (ii) a Production Invoice and Detail. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members,' signed April 17, 2002, and submit that the Application herein substantially complies with such Rules and Order.

_____
JULIA HASENZAHL

SWORN AND SUBSCRIBED to before me
this ___ day of _____, 2004

_____
Notary Public
My Commission Expires:

JAMES H. MYERS
Commission # 1313901
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2005

6

## EXHIBIT "2"