```
Date: 07/13/04              Legal Analysis Systems, Inc.
Time: 2:00pm                                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip#  Description                                          HOURS/RATE    AMOUNT
---------------------------------------------------------------------------------------
 06/25/04   Peterson  / (07) Committee, Creditors'                     0.5     300.00
 #5701      review Inselbuch, Tersigni and Finch email;              600.00
            telephone Inselbuch re: estimates of liabilities for
            various creditor groups; respond to emails
```

{D0023568:1 }

```
Date: 07/13/04            Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/25/04  Peterson  / (28) Data Analysis                        2.3     1380.00
 #5702     review Status Reports for Zonolite and Libby,       600.00
           Montana claimants groups

 06/25/04  Peterson  / (28) Data Analysis                        4.5     2700.00
 #5703     review LAS and debtors' contemporaneous forecasts of 600.00
           asbestos liabilities in Sealed Air litigation

 06/28/04  Peterson  / (28) Data Analysis                        3.0     1800.00
 #5704     Review forecasts of liability                       600.00
-------------------------------------------------------------------------------
```

{D0023568:1 }

```
Date: 07/13/04              Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page 3

                       W. R. Grace (continued)

             Summary Of Time Charges, By Month and Activity
                         June 2004 - June 2004

 MONTH       ACTIVITY                                      HOURS     AMOUNT
 ---------------------------------------------------------------------------
 June      - (07) Committee, Creditors'                      0.5     300.00
 June      - (28) Data Analysis                              9.8    5880.00
 June      - (99) Total                                     10.3    6180.00

 Total     - (07) Committee, Creditors'                      0.5     300.00
 Total     - (28) Data Analysis                              9.8    5880.00
 Total     - (99) Total                                     10.3    6180.00


-----------------------------------------------------------------------------
```

{D0023568:1 }

```
Date: 07/13/04              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 4

                          W. R. Grace (continued)

                  Summary Of Time Charges, By Month and Person
                             June 2004 - June 2004

   MONTH        PERSON                                        HOURS     AMOUNT
   ----------------------------------------------------------------------------
   June      - Peterson                                        10.3    6180.00
   June      - Total                                           10.3    6180.00

   Total     - Peterson                                        10.3    6180.00
   Total     - Total                                           10.3    6180.00


   -----------------------------------------------------------------------------
```

{D0023568:1 }

```
Date: 07/13/04           Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 5

                         W. R. Grace (continued)

             Summary Of Time Charges, By Activity, Month, and Person
                            June 2004 - June 2004

 MONTH        PERSON                              HOURS    RATE     AMOUNT
 ---------------------------------------------------------------------------
 (07) Committee, Creditors'

 June       - Peterson                              0.5    600.      300.00

 (28) Data Analysis

 June       - Peterson                              9.8    600.     5880.00

 ---------------------------------------------------------------------------
```

{D0023568:1 }