IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 5967)

On July 13, 2004, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from January 1, 2004 through March 31, 2004 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on August 2, 2004. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                               KLETT ROONEY LIEBER & SCHORLING
                                               A Professional Corporation

                                               By: /s/ Rhonda Thomas
                                                     Teresa K. D. Currier (No. 3080)
                                                     Rhonda L. Thomas (No. 4053)
                                                     The Brandywine Building
                                                     1000 West St. - Suite 1410
                                                     Wilmington, DE 19801

                                                              -and-

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              Philip Bentley, Esquire
                                              Gary M. Becker, Esquire
                                              919 Third Avenue
                                              New York, NY 10022
                                              (212) 715-9100
                                              Counsel to the Official Committee of
                                              Equity Holders

Dated: August 4, 2004                    Co-Counsel to the Official Committee
                                              of Equity Holders