**Exhibit A**
April Fee Application

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )    Chapter 11
                                          )
W. R. GRACE & CO., et al.,[1]             )    Case No. 01-01139 (JKF)
                                          )    (Jointly Administered)
                                          )
            Debtors.                      )
                                               **Objection Deadline: July 1, 2004 at 4:00 p.m.**
                                               **Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE THIRTY-FOURTH MONTHLY INTERIM
## <u>PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004</u>

Name of Applicant:                          Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., et al., Debtors and
                                                 Debtors-in-Possession

Date of Retention:                          July 19, 2001,
                                            effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                    April 1, 2004 through April 30, 2004

Amount of fees and expenses sought as actual,
reasonable, and necessary:                  $16,536.58

This an: <u>X</u> monthly  ___ interim  ___ final application.

Prior Applications filed: Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |

| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |

| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the thirty-fourth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $600.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 33 Years | Litigation | $495.00 | .50 | $247.50 |
| Lawrence E. Flatley | Partner | 28 Years | Litigation | $470.00 | .10 | $47.00 |
| Douglas E. Cameron | Partner | 19 Years | Litigation | $465.00 | 8.30 | $3,859.50 |
| James W. Bentz | Partner | 15 Years | Litigation | $370.00 | 29.00 | $10,730.00 |
| Andrew J. Muha | Associate | 3 Years | Litigation | $235.00 | .80 | $188.00 |
| Janice E. Falini | Associate | 1 Year | Business & Regulatory | $200.00 | .50 | $100.00 |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $145.00 | 3.70 | $536.50 |
| John B. Lord | Paralegal | 11 Years | Business & Regulatory | $160.00 | 4.80 | $768.00 |
| Lisa Lankford | Bankr. Specialist | 5 Years | Business & Regulatory | $95.00 | .20 | $19.00 |

Total Fees: $16,495.50

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 35.40 | $12,679.00 |
| ZAI Science Trial | 7.20 | $2,901.50 |
| Fee Applications | 5.30 | $915.00 |
| **Total:** | **47.90** | **$16,495.50** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $16.62 | ---- |
| Duplicating/Printing | $99.15 | ---- |
| Postage Expense | $7.60 | ---- |
| Courier Service – Outside | $47.11 | ---- |
| Expense Advance | (129.40) | ---- |
| SUBTOTAL | $41.08 | ---- |
| TOTAL | $41.08 | ---- |

Dated: June 8, 2004
Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: kgwynne@reedsmith.com

       and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    435 Sixth Avenue
    Pittsburgh, PA 15219
    Telephone: 412.288.3131
    Facsimile: 412.288.3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1147468
One Town Center Road                     Invoice Date    05/27/04
Boca Raton, FL   33486                   Client Number     172573

================================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                              12,679.00

              TOTAL BALANCE DUE UPON RECEIPT       $12,679.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                                    Invoice Number      1147468
One Town Center Road                               Invoice Date      05/27/04
Boca Raton, FL    33486                            Client Number       172573
                                                   Matter Number        60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2004

| Date | Name | | Hours |
|------|------|--|-------|
| 04/01/04 | Atkinson | Continue to check Summation results to justify Lason page amounts vs. images scanned, for R. Finke (0.7); e-mail to M. Murphy re: same (0.1). | .80 |
| 04/01/04 | Bentz | Review of file in preparation for prosecution of property damage case appeal. | .50 |
| 04/06/04 | Bentz | Conference with W. Sparks (0.6) and review of recent media coverage regarding asbestos issues (2.0). | 2.60 |
| 04/06/04 | Flatley | Review e-mail from D. Cameron and follow-up correspondence. | .10 |
| 04/07/04 | Lord | Research docket and update 2002 service list. | .50 |
| 04/13/04 | Cameron | Review materials relating to recent inquiries concerning asbestos studies (0.6) and meet with J. Restivo regarding same (0.2). | .80 |
| 04/14/04 | Cameron | Review materials from R. Finke and e-mails from R. Finke and W. Sparks regarding status matters. | .80 |
| 04/14/04 | Restivo | Review new material and telephone call with R. Finke. | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1147468
60026  Litigation and Litigation Consulting       Page    2
       May 27, 2004

| Date | Name | | Hours |
|------|------|---|-------|

04/16/04 Bentz          Review of appellate court filings        1.30
                        in preparation for property damage
                        case appeal.

04/19/04 Bentz          Review of prior document                 2.60
                        production and correspondence
                        (1.4); conference with R. Finke
                        (.3); conferences with counsel for
                        non-debtor third party asbestos
                        defendant regarding inquiries
                        about document productions (.9).

04/20/04 Atkinson       Searches on W.R. Grace databases          .80
                        for possible production of
                        documents to non-debtor third
                        party asbestos defendant for J.
                        Bentz (0.5); detailed e-mail to J.
                        Bentz with results of searches
                        (0.3).

04/20/04 Bentz          Review of potential responses to         2.50
                        document requests from non-debtor
                        third-party asbestos defendant
                        (1.3); conference with M. Atkinson
                        regarding non-debtor third party
                        asbestos defendant request (.3);
                        corresponding with Grace regarding
                        witness in Canada (.5);
                        corresponding with counsel for
                        non-debtor third party asbestos
                        defendant (.4).

04/21/04 Atkinson       Searches on W.R. Grace databases         1.40
                        for documents (non-privileged,
                        non-medical confidential) subject
                        to possible production to
                        non-debtor third-party asbestos
                        defendant (1.1); detailed e-mail
                        to J. Bentz with search results
                        (0.3).

04/21/04 Bentz          Correspondence regarding Canadian        5.00
                        issues (.3); conferences with
                        bankruptcy counsel regarding third
                        party subpoena (1.7); review of
                        subpoena and preparation of
                        potential response (3.0).

```
172573  W. R. Grace & Co.                          Invoice Number  1147468
60026   Litigation and Litigation Consulting       Page    3
        May 27, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/22/04 | Bentz | Work on response to subpoena by non-debtor third party asbestos defendant (1.9); correspond with R. Finke regarding various issues (.2). | 2.10 |
| 04/22/04 | Cameron | Review materials relating to third party discovery. | .70 |
| 04/23/04 | Bentz | Review of various alternatives for response to subpoena (.9); review of materials regarding existing sources of documents (1.0); conference with R. Finke regarding document production (.4). | 2.30 |
| 04/23/04 | Cameron | Review materials regarding non-debtor third party asbestos defendant discovery (0.9); prepare to meet with J. Bentz regarding same (.4). | 1.30 |
| 04/26/04 | Bentz | Conference with D. Cameron regarding response to subpoena (.5); corresponding with R. Finke regarding Canadian issues (.3); preparation of response to subpoenas (1.4). | 2.20 |
| 04/27/04 | Bentz | Continue preparation of response to subpoena for production of documents. | .80 |
| 04/27/04 | Cameron | Review materials relating to third party discovery (0.9); meet with J. Restivo regarding same (0.4); telephone call and e-mail to J. Bentz re: same (0.3). | 1.60 |
| 04/28/04 | Bentz | Preparation for call with counsel for non-debtor third party asbestos defendant. | .50 |
| 04/28/04 | Cameron | Review materials regarding non-debtor third party asbestos defendant discovery. | .60 |

```
172573  W. R. Grace & Co.                          Invoice Number  1147468
60026  Litigation and Litigation Consulting        Page   4
       May 27, 2004
```

| Date | Name | | Hours |
|------|------|--|-------|
| 04/29/04 | Atkinson | Review J. Bentz correspondence re: documents/formats of documents provided to ZAI claimants, and have copies made. | .70 |
| 04/29/04 | Lord | Research docket and update 2002 service List. | .50 |
| 04/30/04 | Bentz | Conferences with R. Finke regarding document request by non-debtor third party asbestos defendant (.5); corresponding with M. Murphy regarding document requests (.3); letters to R. Finke and M. Murphy regarding affidavits (.4); negotiating document production with counsel for non-debtor third party asbestos defendant (.7). | 1.90 |

```
                                                          ------
                                       TOTAL HOURS         35.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 0.50 | at $ | 495.00 | = | 247.50 |
| Lawrence E. Flatley | 0.10 | at $ | 470.00 | = | 47.00 |
| Douglas E. Cameron | 5.80 | at $ | 465.00 | = | 2,697.00 |
| James W Bentz | 24.30 | at $ | 370.00 | = | 8,991.00 |
| John B. Lord | 1.00 | at $ | 160.00 | = | 160.00 |
| Maureen L. Atkinson | 3.70 | at $ | 145.00 | = | 536.50 |

```
                  CURRENT FEES                           12,679.00


                                                        -------------
           TOTAL BALANCE DUE UPON RECEIPT                 $12,679.00
                                                        =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1147469
5400 Broken Sound Blvd., N.W.            Invoice Date      05/27/04
Boca Raton, FL 33487                     Client Number      172573



========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees        .                        2,901.50

                     TOTAL BALANCE DUE UPON RECEIPT      $2,901.50
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1147469
5400 Broken Sound Blvd., N.W.        Invoice Date    05/27/04
Boca Raton, FL 33487                 Client Number     172573
                                     Matter Number      60028


==================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 04/07/04 | Bentz | Preparation for argument of dispositive motions. | 1.30 |
| 04/08/04 | Bentz | Review of correspondence and articles regarding ZAI. | 2.60 |
| 04/13/04 | Bentz | Review of materials from R. Finke re: ZAI. | .80 |
| 04/22/04 | Cameron | Review material from R. Finke re: ZAI and studies relating to same. | 2.50 |

                                            TOTAL HOURS      7.20


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.50 at $ 465.00 = | | 1,162.50 |
| James W Bentz | 4.70 at $ 370.00 = | | 1,739.00 |

                      CURRENT FEES                    2,901.50


                                                    ------------
              TOTAL BALANCE DUE UPON RECEIPT          $2,901.50
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1147470 |
| Invoice Date | 05/27/04 |
| Client Number | 172573 |
| Matter Number | 60029 |

≈=========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 04/05/04 | Lord | Research docket and draft CNO and service for same re: Reed Smith January fee application (.4); e-mail to P. Lykens re: same (.2). | .60 |
| 04/06/04 | Muha | Complete review of and revisions to February 2004 fee application. | .40 |
| 04/07/04 | Falini | Reviewed Certificate of No Objection for Reed Smith's Fee Application 1/1-1/31/04 (0.1); reviewed Reed Smith's Fee Application 2/1-2/29/04 (0.3); discuss same with J. Lord (.1). | .50 |
| 04/07/04 | Lankford | Proofread calculations re: fee application (.2). | .20 |
| 04/07/04 | Lord | Review, revise and prepare Reed Smith 32nd monthly fee application for service/e-filing (1.5); revise and e-file CNO for 31st monthly fee application (.4); discuss same with J. Falini (.1); perfect service for same (.1); prepare correspondence to Grace re: same (.1). | 2.20 |
| 04/08/04 | Lord | Revise and e-file 32nd monthly fee application (.4); prepare and perfect electronic and hard service of same (.6). | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1147470
60029  Fee Applications-Applicant           Page    2
       May 27, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/16/04 | Muha | Revise fee and expense details for March 2004 fee application. | .40 |

```
                                                    ------
                                    TOTAL HOURS      5.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|--------|---|-------|
| Andrew J. Muha | 0.80 | at $ | 235.00 | = | 188.00 |
| Janice E. Falini | 0.50 | at $ | 200.00 | = | 100.00 |
| John B. Lord | 3.80 | at $ | 160.00 | = | 608.00 |
| Lisa Lankford | 0.20 | at $ | 95.00 | = | 19.00 |

```
                        CURRENT FEES                              915.00


                                                    ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $915.00
                                                    ============
```

```
                    REED SMITH LLP
                    PO Box 360074M
              Pittsburgh, PA  15251-6074
                 Tax ID# 25-0749630
```

W.R Grace & Co.                        Invoice Number      1147473
One Town Center Road                   Invoice Date      05/27/04
Boca Raton, FL   33486                 Client Number       172573


==========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Expenses                                41.08

              TOTAL BALANCE DUE UPON RECEIPT          $41.08
                                               ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1147473
One Town Center Road                     Invoice Date      05/27/04
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

=======================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                      16.62
    Duplicating/Printing                   99.15
    Postage Expense                         7.60
    Courier Service - Outside              47.11
    Expense Advance                      (129.40)

                    CURRENT EXPENSES                      41.08
                                                      --------------

                    TOTAL BALANCE DUE UPON RECEIPT      $41.08
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1147473 |
| Invoice Date | 05/27/04 |
| Client Number | 172573 |
| Matter Number | 60026 |

=========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 01/05/04 | 6144648349/COLUMBUS, OH/8 | .46 |
| 01/05/04 | 3125514936/CHICAGO, IL/8 | .46 |
| 01/05/04 | 5613621533/BOCA RATON, FL/8 | .51 |
| 01/16/04 | 617-426-0135/BOSTON, MA/1 | .11 |
| 01/20/04 | 614-464-5460/COLUMBUS, OH/1 | .11 |
| 01/20/04 | 561-362-1533/BOCA RATON, FL/6 | .34 |
| 01/22/04 | 561-362-1533/BOCA RATON, FL/5 | .29 |
| 01/22/04 | 614-464-5460/COLUMBUS, OH/6 | .40 |
| 01/22/04 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 01/26/04 | 561-362-1533/BOCA RATON, FL/6 | .40 |
| 01/26/04 | 917-319-2202/NEW YORK, NY/13 | .74 |
| 01/26/04 | 561-362-1533/BOCA RATON, FL/8 | .51 |
| 01/26/04 | 561-362-1533/BOCA RATON, FL/6 | .40 |
| 01/27/04 | 614-464-5460/COLUMBUS, OH/7 | .46 |
| 01/28/04 | 614-464-5460/COLUMBUS, OH/6 | .34 |
| 01/28/04 | 614-464-5460/COLUMBUS, OH/3 | .17 |
| 01/29/04 | 561-362-1533/BOCA RATON, FL/2 | .11 |
| 01/29/04 | 614-464-5460/COLUMBUS, OH/2 | .17 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       May 27, 2004

Invoice Number  1147473
Page    2

| Date | Description | Amount |
|---|---|---|
| 01/29/04 | 614-464-5460/COLUMBUS, OH/1 | .11 |
| 01/29/04 | 617-426-0135/BOSTON, MA/3 | .17 |
| 01/29/04 | 617-426-0135/BOSTON, MA/4 | .29 |
| 02/04/04 | 302-652-5340/WILMINGTON, DE/38 | 2.22 |
| 02/06/04 | 561-362-1533/BOCA RATON, FL/32 | 1.82 |
| 03/11/04 | Postage Expense | 4.56 |
| 04/05/04 | 617-426-5900/BOSTON, MA/2 | .17 |
| 04/06/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 04/06/04 | ATTY # 0559: 10 COPIES | 1.50 |
| 04/06/04 | ATTY # 0559: 6 COPIES | .90 |
| 04/06/04 | 302-652-5340/WILMINGTON, DE/12 | .74 |
| 04/07/04 | ATTY # 0559: 1 COPIES | .15 |
| 04/07/04 | ATTY # 0559: 11 COPIES | 1.65 |
| 04/07/04 | ATTY # 0718: 3 COPIES | .45 |
| 04/08/04 | ATTY # 0718: 3 COPIES | .45 |
| 04/08/04 | ATTY # 0718; 171 COPIES | 25.65 |
| 04/08/04 | Postage Expense | 3.04 |
| 04/15/04 | Deposit for reimbursement of additional duplicating cost for document production to non-debtor third party asbestos defendant. | -129.40 |
| 04/15/04 | ATTY # 0559; 22 COPIES | 3.30 |
| 04/19/04 | 561-362-1533/BOCA RATON, FL/16 | .91 |
| 04/21/04 | 561-362-1533/BOCA RATON, FL/29 | 1.71 |
| 04/21/04 | 312-861-2000/CHICAGO, IL/1 | .11 |
| 04/21/04 | 312-861-2162/CHICAGO, IL/13 | .74 |

172573 W. R. Grace & Co.
60026 Litigation and Litigation Consulting
      May 27, 2004

Invoice Number  1147473
Page   3

| 04/21/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 04/21/04 | ATTY # 0856; 28 COPIES | 4.20 |
| 04/21/04 | ATTY # 0856; 10 COPIES | 1.50 |
| 04/23/04 | 561-362-1533/BOCA RATON, FL/26 | 1.54 |
| 04/29/04 | ATTY # 0856; 254 COPIES | 38.10 |
| 04/29/04 | ATTY # 0559; 54 COPIES | 8.10 |
| 04/30/04 | ATTY # 0885; 57 COPIES | 8.55 |
| 04/30/04 | ATTY # 0885; 1 COPIES | .15 |
| 04/30/04 | ATTY # 0885: 1 COPIES | .15 |
| 04/30/04 | ATTY # 0885: 1 COPIES | .15 |
| 04/30/04 | ATTY # 0885: 1 COPIES | .15 |
| 04/30/04 | ATTY # 0885: 2 COPIES | .30 |
| 04/30/04 | ATTY # 0885: 1 COPIES | .15 |
| 04/30/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Richard Finke, Esq., W.R. Grace & Company (BOCA RATON FL 33487). | 24.53 |
| 04/30/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Matthew T. Murphy, Casner & Edwards, LLP (BOSTON MA 02210). | 22.58 |

CURRENT EXPENSES                41.08
                        --------------
TOTAL BALANCE DUE UPON RECEIPT   $41.08
                        ==============