IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: August 23, 2004 @ 4:00 p.m. |

**THIRTY-FOURTH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004**

Name of Applicant:     *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:     *Official Committee of Equity Holders*

Date of Retention:     *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:     *May 1, 2004 through and
                                    including May 31, 2004*

Amount of Compensation sought as
actual, reasonable and necessary: *$10,840.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$1,279.24*

This is a(n):     __x__ monthly          __ interim application

KL2:2274487.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | Approved on 3/14/03 Doc. No. 3511, but 20% holdback not yet paid |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June, 2002 is still outstanding.

KL2:2274487.1

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | Approved on 7/28/03 Doc. No. 4157, but 20% hold-back not yet paid |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | Approved on 9/22/03 Doc. No. 3511, but 20% hold-back not yet paid |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | Approved on 12/15/03 Doc. No. 4827, but 20% hold-back not yet paid |
| September 25, 2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | $12,003.20<br>$334.63 |
| December 19, 2003 | October 1, 2003<br>October 31, 2003 | $13,134.00<br>$174.04 | $10,507.20<br>$174.04 |
| January 6, 2004 | November 1, 2003<br>November 30, 2003 | $14,537.00<br>$273.00 | $11,629.60<br>$273.00 |

KL2:2274487.1

|  |  |  |  |
|---|---|---|---|
| January 29, 2004 | December 1, 2003<br>December 31, 2003 | $17,595.00<br>$1,599.14 | $14,076.00<br>$1,599.14 |
| February 27, 2004 | January 1, 2004<br>January 31, 2004 | $8,979.00<br>$436.37 | $7183.20<br>$436.47 |
| May 5, 2004 | February 1, 2004<br>February 29, 2004 | $8,888.00<br>$545.85 | pending |
| May 28, 2004 | March 1, 2004<br>March 31, 2004 | $14,550.00<br>$472.11 | pending |
| June 30, 2004 | April 1, 2004<br>April 30, 2004 | $14,373.50<br>$383.90 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## MAY 1, 2004 THROUGH MAY 31, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 565.00 | 2.20 | $1,243.00 |
| Becker, Gary M. | 495.00 | 9.10 | $4,504.50 |
| Becker, Gary M. | 247.50 | 6.00 | $1,485.00 |
| Klein, David | 390.00 | 5.10 | $1,989.00 |
| Mangual, Kathleen | 195.00 | 8.30 | $1,618.50 |
| **Total** |  | **30.70** | **$10,840.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 5/1/04 through 5/31/04 | Total Fees for the Period 5/1/04 through 5/31/04 |
|---|---|---|
| Case Administration | 10.10 | $3,114.50 |
| Creditor Committee | 3.60 | $1,789.00 |
| Bankruptcy Motions | 3.10 | $1,667.50 |
| Fee Applications, Applicant | 4.20 | $939.00 |
| Hearings | 3.70 | $1,845.50 |
| Travel/Non-Working | 6.00 | $1,485.00 |
| **Total** | **30.70** | **$10,840.00** |

- 4 -

KL2:2274487.1

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 5/1/04 through 5/31/04 |
|---|---:|
| Photocopying | $87.30 |
| Postage | $3.04 |
| Messenger/Courier | $15.80 |
| Out-of-Town Travel | $1,173.10 |
| **Total** | **$1,279.24** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: August 3rd, 2004

- 5 -

KL2:2274487.1