# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 2.20 | 565.00 | 1,243.00 |
| BECKER, GARY M. | SPEC COUNS | 9.10 | 495.00 | 4,504.50 |
| BECKER, GARY M. | SPEC COUNS | 6.00 | 247.50 | 1,485.00 |
| KLEIN, DAVID | ASSOCIATE | 5.10 | 390.00 | 1,989.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 8.30 | 195.00 | 1,618.50 |
| | Total | 30.70 | | $10,840.00 |

KL4:2102264.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.50 | 495.00 | 247.50 |
| KLEIN, DAVID | CRED | 5.10 | 390.00 | 1,989.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 4.50 | 195.00 | 877.50 |
| | Subtotal | 10.10 | $ | 3,114.00 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.10 | 565.00 | 56.50 |
| BECKER, GARY M. | CRED | 3.50 | 495.00 | 1,732.50 |
| | Subtotal | 3.60 | $ | 1,789.00 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.90 | 565.00 | 1,073.50 |
| BECKER, GARY M. | CRED | 1.20 | 495.00 | 594.00 |
| | Subtotal | 3.10 | $ | 1,667.50 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.40 | 495.00 | 198.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 3.80 | 195.00 | 741.00 |
| | Subtotal | 4.20 | $ | 939.00 |

### HEARINGS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 565.00 | 113.00 |
| BECKER, GARY M. | CRED | 3.50 | 495.00 | 1,732.50 |
| | Subtotal | 3.70 | $ | 1,845.50 |

KL4:2102264.1

## SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004

*TRAVEL\NON-WORKING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 6.00 | 247.50 | 1,485.00 |
| | Subtotal | 6.00 | | $ 1,485.00 |
| | Total | 30.70 | | $ 10,840.00 |

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004

| DISBURSEMENTS * | AMOUNT |
|---|---:|
| PHOTOCOPYING | 87.30 |
| POSTAGE | 3.04 |
| MESSENGER/COURIER | 15.80 |
| OUT-OF-TOWN TRAVEL | 1,173.10 |
| Subtotal | $1,279.24 |

KL4:2102264.1

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004
## IN ACCORDANCE WITH THE CASE MANAGEMENT ORDER

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 46.56 |
| Subtotal | $46.56 |

KL4:2102264.1

```
alp_132rc: Client Analysis Sheet              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    1
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/04 10:07:07         Worked : 12/31/99 thru 07/12/04
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
```

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp. Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 10.10 | 3,114.00 | 87.30 | 3,201.30 | BENTLEY PHILIP | 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 3.60 | 1,789.00 | 0.00 | 1,789.00 | BENTLEY PHILIP | 02495 | M | B |
| 00004 | ASSET DISPOSITION | 10.80 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP | 02495 | M | B |
| 00005 | BANKR. MOTIONS | 3.10 | 1,667.50 | 0.00 | 1,667.50 | BENTLEY PHILIP | 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 4.20 | 939.00 | 0.00 | 939.00 | BENTLEY PHILIP | 02495 | M | B |
| 00011 | ASSET ANALYSIS AND RECOV | 13.20 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP | 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 18.84 | 18.84 | BENTLEY PHILIP | 02495 | M | B |
| 00016 | BUSINESS OPERATIONS | 7.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP | 02495 | M | B |
| 00019 | HEARINGS | 3.70 | 1,845.50 | 127.40 | 1,972.90 | BENTLEY PHILIP | 02495 | M | B |
| 00028 | TRAVEL\NON-WORKING | 6.00 | 1,485.00 | 1,045.70 | 2,530.70 | BENTLEY PHILIP | 02495 | M | B |
| | Client Total | 61.70 | 10,840.00 | 1,279.24 | 12,119.24 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

```
alp_132c: Client Summary                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   1
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2004 10:07:03

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele 1.00/photo 0.15/w/o manu services

                                              PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:    01/01/1901                    TO:  05/31/2004
          UNBILLED DISB FROM:    01/01/1901                    TO:  05/31/2004

                                     FEES                              COSTS
                                     ----                              -----
          GROSS BILLABLE AMOUNT:          10,840.00                         1,279.24
          AMOUNT WRITTEN DOWN:
                       PREMIUM:
              ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                     THRU DATE:                 05/31/2004                 05/31/2004
    CLOSE MATTER/FINAL BILLING?   YES  OR  NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:                                   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                 ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                         FEES:          39,900.40       UNIDENTIFIED RECEIPTS:         0.00
                DISBURSEMENTS:           2,137.65          PAID FEE RETAINER:           0.00
                FEE RETAINER:                0.00         PAID DISB RETAINER:           0.00
               DISB RETAINER:                0.00       TOTAL AVAILABLE FUNDS:          0.00
           TOTAL OUTSTANDING:           57,640.23               TRUST BALANCE:
                                                              BILLING HISTORY

           DATE OF LAST BILL:        06/29/04            LAST PAYMENT DATE:      07/02/04
           LAST BILL NUMBER:         391727              FEES BILLED TO DATE:    709,528.50
           LAST BILL THRU DATE:      05/31/04

                                                         FEES WRITTEN OFF TO DATE:    573,012.18
FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

           (1) Exceeded Fixed Fee         (6) Summer Associate
           (2) Late Time & Costs Posted   (7) Fixed Fee
           (3) Pre-arranged Discount      (8) Premium
           (4) Excessive Legal Time       (9) Rounding
           (5) Business Development       (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____
```

alp_132c: Client Summary                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE    2
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:06

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D   T I M E   S U M M A R Y   ------------------- Total Unbilled -------------------
Emp Id Employee Name                    Group                Oldest      Latest         Total    Unbilled
                                                             Entry       Entry          Hours    Amount

02495  BENTLEY, PHILIP                  PARTNER              05/19/04    05/27/04         2.20    1,243.00
05292  BECKER, GARY M.                  SPEC. COUNSEL        05/03/04    05/25/04        15.10    5,989.50
05646  KLEIN, DAVID                     ASSOCIATE                        05/03/04         5.10    1,989.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN                PARALEGAL            05/03/04    05/27/04        39.30    1,618.50

                              Total:                                                     61.70   10,840.00


U N B I L L E D   C O S T S   S U M M A R Y   ------------- Total Unbilled ------------
Code  Description                                Oldest      Latest          Total
                                                 Entry       Entry           Amount

0820  PHOTOCOPYING                               05/04/04    05/28/04           87.30
0880  POSTAGE                                    05/19/04    05/19/04            3.04
0930  MESSENGER/COURIER                          05/20/04    05/20/04           15.80
0950  OUT-OF-TOWN TRAVEL                         05/24/04    05/24/04        1,173.10

                              Total                                          1,279.24


                              Grand Total                                   12,119.24



B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/12/04 10:07:06)
                                         ------ Billed ------       Applied      -- Collections --       Balance
Bill Date Thru Date  Bill#               Fee & OA    Disbursement   From OA       Total      Date         Due

YEAR 2001                               136,341.00    15,690.88                152,031.88
YEAR 2002                               261,894.32    22,174.91                284,069.23
01/31/03 12/31/02   364671                9,252.50       733.32                  9,985.82  03/25/03
02/20/03 01/31/03   365684                9,461.50       927.47                 10,388.97  10/23/03
03/19/03 02/28/03   367178               11,346.00       240.08                 11,586.08  05/27/03
04/29/03 03/31/03   369330               26,969.00       452.38                 27,421.38  10/23/03
05/16/03 04/30/03   370445                7,508.50       668.12                  8,176.62  10/23/03
06/17/03 05/31/03   371897                9,243.50       107.57                  9,351.07  12/26/03
07/24/03 06/30/03   373811                9,790.00       137.09                  9,927.09  10/23/03
08/31/03 07/31/03   375389                7,840.00        27.75                  7,867.75  05/10/04
09/30/03 08/31/03   376733                9,815.50       130.93                  9,946.43  12/08/03
11/14/03 09/30/03   379590               14,930.00       334.63                 15,264.63  05/10/04
11/30/03 10/31/03   380293               13,134.00       174.04                 13,308.04  02/27/04
12/31/03 11/30/03   381784               13,331.00       273.00                 13,604.00  07/02/04
01/29/04 12/31/03   382765               17,595.00     1,599.14                 19,194.14  02/27/04
02/25/04 01/31/04   384579                8,979.00       436.47                  7,619.67                  1,795.80
04/30/04 02/29/04   388529                7,701.50       545.85                  7,656.25  06/29/04          591.10
05/27/04 04/30/04   390208               12,436.50       469.11                       .00                 12,905.61
06/29/04 05/31/04   391727               14,237.00       389.30                       .00                 14,626.30
07/12/04 05/31/04   392045               10,840.00     1,279.24                       .00                 12,119.24