alp_132c: Client Summary                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                            PAGE    3
                                                       *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:06

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/12/04 10:07:06)
                           -------- Billed --------           Applied        ----- Collections -----      Balance
Bill Date Thru Date Bill#   Fee & OA      Disbursement       From OA        Total          Date             Due
------------------------   ----------    -------------       -------      ---------      --------         -------
          Total:          612,645.82        46,791.28                     617,399.05                     42,038.05

alp_132r: Matter Detail                                                                                                                                                 PAGE     1

Run Date & Time: 07/12/2004 10:06:59

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975                          Proforma Number:   1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495                      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                        PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:     05/03/2004           TO:   05/31/2004
         UNBILLED DISB FROM:     05/04/2004           TO:   05/28/2004

                     FEES                                       COSTS
                    ------                                     -------
GROSS BILLABLE AMOUNT:           3,114.00                        87.30
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                           05/31/2004                   05/28/2004
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                     ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH

         FEES:                        8,034.00
         DISBURSEMENTS:                 214.50        UNIDENTIFIED RECEIPTS:      0.00
         FEE RETAINER:                    0.00        PAID FEE RETAINER:          0.00
         DISB RETAINER:                   0.00        PAID DISB RETAINER:         0.00
         TOTAL OUTSTANDING:           8,248.50        TOTAL AVAILABLE FUNDS:      0.00
                                                      TRUST BALANCE:
                                                      BILLING HISTORY
         DATE OF LAST BILL:         07/12/04          LAST PAYMENT DATE:     06/29/04
         LAST BILL NUMBER:            392045          FEES BILLED TO DATE:  207,818.00
         LAST BILL THRU DATE:                         FEES WRITTEN OFF TO DATE: 75,939.50

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee          (6) Summer Associate
         (2) Late Time & Costs Posted    (7) Fixed Fee
         (3) Pre-arranged Discount       (8) Premium
         (4) Excessive Legal Time        (9) Rounding
         (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____    Processed by: _____   FRC: _____   CRC: _____

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                PAGE     2
Run Date & Time: 07/12/2004 10:06:59                       *PRIVILEGED AND CONFIDENTIAL*

Matter No.: 056772-00001                                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y     ------------- Total Unbilled -------
Emp Id Employee Name             Group                Oldest      Latest           Hours             Amount

05292 BECKER, GARY M.            CRED                05/19/04    05/19/04            0.50            247.50
05646 KLEIN, DAVID               CRED                05/03/04    05/31/04            5.10          1,989.00
       PARAPROFESSIONALS
05208 MANGUAL, KATHLEEN          CRED                05/04/04    05/20/04            4.50            877.50

                         Total:                                                     10.10          3,114.00

Sub-Total Hours :    0.00 Partners    0.50 Counsels    5.10 Associates    4.50 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y   ------ Total Unbilled ------
Code Description                                   Oldest       Latest            Total
                                                    Entry        Entry           Amount

0820 PHOTOCOPYING                                 05/04/04     05/28/04            87.30

         Total                                                                     87.30

         Grand Total                                                            3,201.30

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 07/12/04 10:06:59)
                                   ------- Billed -------      Applied     ---- Collections ----     Balance
Bill Date Thru Date  Bill#     Fee & OA     Disbursement       From OA      Total       Date          Due

YEAR 2001                      71,036.50      8,160.18                    79,196.68
YEAR 2002                      63,892.50     13,613.26                    77,505.76
01/31/03 12/31/02 364671        6,081.00         733.32                    6,814.32 03/25/03
02/20/03 01/31/03 365684        2,264.50         904.37                    3,168.87 04/11/03
03/19/03 02/28/03 367178        1,726.50         175.30                    1,901.80 05/27/03
04/29/03 03/31/03 369330        4,200.00         435.90                    4,635.90 10/23/03
05/15/03 04/30/03 370445        4,021.00         627.57                    4,648.57 10/23/03
06/17/03 05/31/03 371897        3,418.50         105.57                    3,524.07 12/26/03
07/24/03 06/30/03 373811        2,578.50         135.30                    2,713.80 10/23/03
08/31/03 07/31/03 375389        3,533.50          13.06                    3,546.56 11/28/03
09/30/03 08/31/03 376733        3,660.00          89.89                    3,749.89 12/08/03
11/14/03 09/30/03 379590        3,721.50         225.75                    3,947.25 12/26/03
11/30/03 10/31/03 380293        3,546.00         155.04                    3,701.04 02/27/04
12/31/03 11/30/03 381784        3,986.00          48.00                    4,034.00 02/27/04
01/29/04 12/31/03 382765        6,246.50       1,364.34                    7,610.84 02/27/04
02/25/04 01/31/04 384579        4,124.00         436.47                    4,560.47 04/13/04
04/30/04 02/29/04 388529        2,552.50          43.85                    2,596.35 06/29/04
05/27/04 04/30/04 390208        2,589.00         114.15                         .00           2,703.15
06/29/04 05/31/04 391727        2,331.00          13.05                         .00           2,344.05
07/12/04 05/31/04 392045        3,114.00          87.30                         .00           3,201.30
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                                      *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:06:59

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/12/04 10:06:59)
                          -------- Billed --------     Applied   ---- Collections ----    Balance
Bill Date Thru Date Bill#   Fee & OA   Disbursement   From OA      Total       Date        Due

         Total:           198,623.00     27,481.67              217,856.17              8,248.50
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2004 10:06:59

Matter No: 056772-00001                                            Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status       : ACTIVE

U N B I L L E D   T I M E    D E T A I L
Employee Name         Work Date     Description                                            Hours      Amount    Index#   Batch Date

KLEIN, DAVID          05/03/04  review pleadings/filings, distr same as                     0.20       78.00   5172581 06/02/04
                                necessary;
MANGUAL, KATHLEEN     05/04/04  update pleadings index and correspondence (1.3)             1.30      253.50   5163087 06/01/04
KLEIN, DAVID          05/04/04  review pleadings/filings, distr same as                     0.20       78.00   5172582 06/02/04
                                necessary;
KLEIN, DAVID          05/05/04  review filings.                                             0.10       39.00   5172583 06/02/04
KLEIN, DAVID          05/06/04  review filings;                                             0.10       39.00   5172584 06/02/04
KLEIN, DAVID          05/07/04  review filings.                                             0.10       39.00   5172585 06/02/04
KLEIN, DAVID          05/10/04  review pleadings/filings, distr same as                     0.70      273.00   5172586 06/02/04
                                necessary.
KLEIN, DAVID          05/11/04  review pleadings/filings, distr same as                     0.40      156.00   5172587 06/02/04
                                necessary;
KLEIN, DAVID          05/13/04  review pleadings/filings, distr same as                     0.10       39.00   5172588 06/02/04
                                necessary.
KLEIN, DAVID          05/14/04  review pleadings/filings, distr same as                     0.10       39.00   5172589 06/02/04
                                necessary;
KLEIN, DAVID          05/17/04  review pleadings/filings, distr same as                     0.50      195.00   5172590 06/02/04
                                necessary.
BECKER, GARY M.       05/19/04  Review hearing agenda for next omnibus hearing;             0.50      247.50   5150523 05/20/04
                                conf. Bentley re hearing and email local
                                counsel re hearing
KLEIN, DAVID          05/19/04  review pleadings/filings, distr same as                     1.10      429.00   5172591 06/02/04
                                necessary; email summary to MGB, PB re hearing.
MANGUAL, KATHLEEN     05/20/04  retrieval of pleadings, create hearing binder               3.20      624.00   5163088 06/01/04
                                index and prepare materials for hearing (2.3);
                                update pleadings index (.90)
KLEIN, DAVID          05/21/04  review pleadings/filings, distr same as                     0.30      117.00   5172592 06/02/04
                                necessary;
KLEIN, DAVID          05/24/04  review pleadings/filings, distr same as                     0.40      156.00   5172593 06/02/04
                                necessary;
KLEIN, DAVID          05/31/04  review pleadings/filings, distr same as                     0.80      312.00   5172594 06/02/04
                                necessary.
                                                                   Fee Total               10.10    3,114.00

                                                                   Fee Total               10.10    3,114.00

U N B I L L E D   C O S T S   D E T A I L
Description/Code                 Employee                        Date          Amount   Index#   Batch No   Batch Date

PHOTOCOPYING           0820
    PHOTOCOPYING                  MANGUAL, K M                  05/04/04         5.10   6544477   114792    05/07/04
MANGUAL, KATHLEEN
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE       5
                                                     *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:06:59

Matter No: 056772-00001                            Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status      : ACTIVE

U N B I L L E D    C O S T S   D E T A I L
Description/Code           Employee              Date         Amount      Index#    Batch No   Batch Date
                                                                                                                     
 PHOTOCOPYING
  MANGUAL, KATHLEEN        MANGUAL, K M          05/04/04       5.10      6544478   114792     05/07/04
 PHOTOCOPYING
  MANGUAL, KATHLEEN        MANGUAL, K M          05/20/04      59.70      6590616   116326     06/15/04
 PHOTOCOPYING
  MANGUAL, KATHLEEN        MANGUAL, K M          05/27/04      13.80      6573691   115546     06/01/04
 PHOTOCOPYING
  MANGUAL, KATHLEEN        MANGUAL, K M          05/28/04       3.60      6573692   115546     06/01/04

                           0820 PHOTOCOPYING Total :           87.30


             Costs Total :                                     87.30
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     6
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    T I M E    S U M M A R Y
Employee Name              Hours      Amount            Bill        W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward

BECKER, GARY M.             0.50      247.50

KLEIN, DAVID                5.10    1,989.00

MANGUAL, KATHLEEN           4.50      877.50
                          -------  ---------
         Total:            10.10    3,114.00


B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y
Code Description           Amount                       Bill        W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward

0820 PHOTOCOPYING            87.30
                          ---------
         Costs Total :       87.30
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00002                                   Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status       : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:   05/03/2004     TO:  05/26/2004
        UNBILLED DISB FROM:                  TO:

                              FEES              COSTS
                              ----              -----
    GROSS BILLABLE AMOUNT:   1,789.00            0.00
    AMOUNT WRITTEN DOWN:
               PREMIUM:
       ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
             THRU DATE:                       05/26/2004
CLOSE MATTER/FINAL BILLING?   YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                           ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

            FEES:                  8,723.00
    DISBURSEMENTS:                    25.40   UNIDENTIFIED RECEIPTS:         0.00
     FEE RETAINER:                     0.00   PAID FEE RETAINER:             0.00
    DISB RETAINER:                     0.00   PAID DISB RETAINER:            0.00
TOTAL OUTSTANDING:                 8,748.40   TOTAL AVAILABLE FUNDS:         0.00
                                              TRUST BALANCE:
                                              BILLING HISTORY
                                              ---------------
DATE OF LAST BILL:          07/12/04          LAST PAYMENT DATE:        06/29/04
  LAST BILL NUMBER:           392045          FEES BILLED TO DATE:     82,818.50
LAST BILL THRU DATE:                          FEES WRITTEN OFF TO DATE: 19,778.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee           (6) Summer Associate
        (2) Late Time & Costs Posted     (7) Fixed Fee
        (3) Pre-arranged Discount        (8) Premium
        (4) Excessive Legal Time         (9) Rounding
        (5) Business Development        (10) Client Arrangement


BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```