```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE      8
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00002                                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y  ----------------- Total Unbilled -----------------
Emp Id  Employee Name              Group             Oldest       Latest           Hours           Amount
                                                     --------    --------         -------         --------
02495   BENTLEY, PHILIP            CRED              05/26/04    05/26/04            0.10            56.50
05292   BECKER, GARY M.            CRED              05/03/04    05/25/04            3.50         1,732.50
                                                                                   -------         --------
                           Total:                                                    3.60         1,789.00

Sub-Total Hours :   0.10 Partners     3.50 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/12/04 10:07:00)
                                  ------- Billed -------      Applied    ---- Collections ----     Balance
Bill Date Thru Date  Bill#         Fee & OA    Disbursement    From OA    Total          Date        Due
                                  ----------  ------------   ---------  ----------   ----------   ---------
YEAR 2001                         11,113.50       1,628.57              12,742.07
YEAR 2002                         34,996.50       2,032.99              37,029.49
01/31/03  12/31/02   364671        1,341.00            .00               1,341.00   03/25/03
03/19/03  02/28/03   367178        1,123.50          50.00               1,173.50   05/27/03
04/29/03  03/31/03   369330        2,138.50           3.00               2,141.50   10/23/03
05/16/03  04/30/03   370445          455.00          26.55                 481.55   10/23/03
06/17/03  05/31/03   371897              .00          2.00                   2.00   08/19/03
07/24/03  06/30/03   373811        2,292.50            .00               2,292.50   10/23/03
08/31/03  07/31/03   375389        3,567.50            .00               3,567.50   11/28/03
09/30/03  08/31/03   376733        1,137.50            .00               1,137.50   12/08/03
11/14/03  09/30/03   379590        4,804.50           2.00               4,806.50   12/26/03
11/30/03  10/31/03   380293        3,302.50          19.00               3,321.50   02/27/04
12/31/03  11/30/03   381784        1,405.50          20.00               1,425.50   02/27/04
01/29/04  12/31/03   382765        2,416.00          36.00               2,452.00   02/27/04
02/25/04  01/31/04   384579        2,284.00            .00               2,284.00   04/13/04
04/30/04  02/29/04   388529        1,717.50            .00               1,717.50   06/29/04
05/27/04  04/30/04   390208        4,468.00          23.40                    .00               4,491.40
06/29/04  05/31/04   391727        2,466.00           2.00                    .00               2,468.00
07/12/04  05/31/04   392045        1,789.00            .00                    .00               1,789.00
                                  ----------  ------------              ----------              ---------
                          Total:  82,818.50       3,845.51              77,915.61               8,748.40
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE      9
                                                  *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975                 Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

UNBILLED TIME DETAIL
Employee Name           Work Date   Description                                         Hours      Amount     Index#    Batch Date

BECKER, GARY M.         05/03/04   Fax to Mercer re committee memo; attention to         0.30      148.50     5143576   05/14/04
                                   emails from Weschler and Atlas re same.
BECKER, GARY M.         05/19/04   Review Nolin press release and circulate to           0.40      198.00     5150524   05/20/04
                                   equity committee.
BECKER, GARY M.         05/24/04   Revise and send memo to equity committee re           1.00      495.00     5154210   05/25/04
                                   Wolin recusal decision.
BECKER, GARY M.         05/25/04   Prepare memo to committee re omnibus hearing          1.80      891.00     5157156   05/26/04
                                   and circulate (1.5); conf. with Bentley re same
                                   (0.3).
BENTLEY, PHILIP         05/26/04   Review memo to Committee re recent developments       0.10       56.50     5170588   06/01/04

                                                         Fee Total                       3.60     1,789.00

                                                         Fee Total                       3.60     1,789.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    10
                                             *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00002                            Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours      Amount       Bill     W/o / W/u     Transfer To     Clnt/Mtr    Carry Forward

BENTLEY, PHILIP             0.10       56.50       _____  _____

BECKER, GARY M.             3.50    1,732.50       _____  _____

      Total:                3.60    1,789.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE   11
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00004                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : ASSET DISPOSITION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status       : ACTIVE

Special Billing Instructions:

- - - - - - - - - - - - - - - - - - - - - - - - - - - PRE-BILLING SUMMARY REPORT - - - - - - - - - - - - - - - - - - - - - -

        UNBILLED TIME FROM:    05/24/2004          TO:  05/25/2004
        UNBILLED DISB FROM:                        TO:

                                     FEES                           COSTS
                                     ----                           -----

   GROSS BILLABLE AMOUNT:             0.00                           0.00
   AMOUNT WRITTEN DOWN:
               PREMIUM:
      ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
            THRU DATE:                                        05/25/2004
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


- - - - - - - - - - - - - - - - - - - - - - - - - ACCOUNTS RECEIVABLE TOTALS - - - UNAPPLIED CASH - - - - - - - - - - - - - -

              FEES:              0.00
     DISBURSEMENTS:              0.00    UNIDENTIFIED RECEIPTS:       0.00
      FEE RETAINER:              0.00    PAID FEE RETAINER:           0.00
     DISB RETAINER:              0.00    PAID DISB RETAINER:          0.00
  TOTAL OUTSTANDING:             0.00    TOTAL AVAILABLE FUNDS:       0.00
                                              TRUST BALANCE:
                                              BILLING HISTORY
                                              ---------------
   DATE OF LAST BILL:       07/12/04         LAST PAYMENT DATE:    10/30/02
   LAST BILL NUMBER:          392045         FEES BILLED TO DATE:  1,975.00
   LAST BILL THRU DATE:                      FEES WRITTEN OFF TO DATE:  0.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee          (6) Summer Associate
        (2) Late Time & Costs Posted    (7) Fixed Fee
        (3) Pre-arranged Discount       (8) Premium
        (4) Excessive Legal Time        (9) Rounding
        (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
PARAPROFESSIONALS
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    12
                                                     *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00004                                                       Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : ASSET DISPOSITION                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y                 ------------- Total Unbilled -------------
Emp Id Employee Name                   Group                  Oldest          Latest        Hours      Amount
                                                             --------       --------       ------    ----------
05208 MANGUAL, KATHLEEN                CRED                  05/24/04        05/25/04       10.80        0.00

                           Total:                                                           10.80        0.00

Sub-Total Hours :        0.00 Partners       0.00 Counsels       0.00 Associates      10.80 Legal Assts      0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 07/12/04 10:07:00)
                                ------- Billed -------     ------- Applied -------  ----- Collections -----          Balance
Bill Date Thru Date Bill#         Fee & OA   Disbursement    From OA        Total       Total       Date               Due
-----------------------------   ----------   ------------  ---------      --------    --------    --------         ----------
YEAR 2002
07/12/04 05/31/02 392045          1,975.00           1.50       .00        1,976.50         .00                           .00

          Total:                  1,975.00           1.50                  1,976.50                                       .00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    13
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00004                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ASSET DISPOSITION                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name            Work Date      Description                         Hours      Amount      Index#    Batch Date

MANGUAL, KATHLEEN        05/24/04                                            6.40        0.00     5163089    06/01/04
MANGUAL, KATHLEEN        05/25/04                                            4.40        0.00     5163090    06/01/04

                                                        Fee Total           10.80        0.00

                                                        Fee Total           10.80        0.00
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   14
                                                  *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00004                                         Orig Prtnr : CRED. RGTS. - 06975            Proforma Number:    1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : ASSET DISPOSITION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours      Amount         Bill         W/o / W/u    Transfer To    Clnt/Mtr   Carry Forward
----------------------------------------------------------------------------------------------------------------------

MANGUAL, KATHLEEN          10.80                     0.00

        Total:             10.80                     0.00
```