```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE     15
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00005                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:     05/05/2004                 TO:    05/27/2004
            UNBILLED DISB FROM:                                TO:

                                               FEES                    COSTS

      GROSS BILLABLE AMOUNT:         1,667.50                  0.00
      AMOUNT WRITTEN DOWN:
                    PREMIUM:
          ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:                               05/27/2004
    CLOSE MATTER/FINAL BILLING?     YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                   ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

                  FEES:                         5,534.50
          DISBURSEMENTS:                            4.05   UNIDENTIFIED RECEIPTS:      0.00
          FEE RETAINER:                             0.00      PAID FEE RETAINER:      0.00
         DISB RETAINER:                             0.00     PAID DISB RETAINER:      0.00
      TOTAL OUTSTANDING:                        5,538.55   TOTAL AVAILABLE FUNDS:     0.00
                                                               TRUST BALANCE:
                                                    BILLING HISTORY
      DATE OF LAST BILL:              07/12/04          LAST PAYMENT DATE:       07/02/04
      LAST BILL NUMBER:                 392045          FEES BILLED TO DATE:    29,242.00
      LAST BILL THRU DATE:                              FEES WRITTEN OFF TO DATE: -1,223.50

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee             (6) Summer Associate
      (2) Late Time & Costs Posted       (7) Fixed Fee
      (3) Pre-arranged Discount          (8) Premium
      (4) Excessive Legal Time           (9) Rounding
      (5) Business Development          (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    16
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00005                                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                      ----------- Total Unbilled -----------
Emp Id Employee Name                      Group              Oldest        Latest        Hours           Amount
                                                             --------      --------      ------          ------

02495  BENTLEY, PHILIP                    CRED             05/19/04       05/27/04        1.90         1,073.50
05292  BECKER, GARY M.                    CRED             05/05/04       05/19/04        1.20           594.00
                          Total:                                                          3.10         1,667.50

Sub-Total Hours :   1.90 Partners      1.20 Counsels       0.00 Associates     0.00 Legal Assts    0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/12/04 10:07:00)
                            ------- Billed -------    Applied     ---- Collections ----           Balance
Bill Date Thru Date Bill#     Fee & OA   Disbursement  From OA    Total         Date                Due
---------------------------  ---------   ------------  -------    -----         ----              -------
YEAR 2002                     1,450.00        198.00     .00      1,648.00
06/17/03 05/31/03  371897     2,677.50           .00     .00      2,677.50   12/26/03
08/31/03 07/31/03  375389          .00           .00     .00            .00
09/30/03 08/31/03  376733     2,138.50           .00     .00      2,138.50   12/08/03
11/14/03 09/30/03  379590     2,444.00           .00     .00      2,444.00   12/26/03
11/30/03 10/31/03  380293     4,425.00           .00     .00      4,425.00   07/02/04
12/31/03 11/30/03  381784     4,533.50           .00     .00      4,533.50   02/27/04
01/29/04 12/31/03  392765     3,544.50          1.80     .00      3,546.30   02/27/04
02/25/04 01/31/04  384579       261.50           .00     .00        261.50   04/13/04
04/30/04 02/29/04  388529     2,233.00          4.50     .00      2,237.50   06/29/04
05/27/04 04/30/04  390208     1,039.50          4.05     .00            .00                       1,043.55
06/29/04 05/31/04  391727     2,827.50           .00     .00            .00                       2,827.50
07/12/04 05/31/04  392045     1,667.50           .00     .00            .00                       1,667.50

            Total:           29,242.00        208.35             23,911.80                        5,538.55
```

alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                               PAGE    17
                                                          *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00005                                  Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name          Work Date     Description                                              Hours       Amount     Index#    Batch Date

BECKER, GARY M.        05/05/04  Conf. with Bentley re response to futures rep                 0.30       148.50     5143577 05/14/04
                                 motion and send same to local counsel for
                                 service (0.3).
BECKER, GARY M.        05/17/04  Review recusal decision and circulate to equity               0.50       247.50     5149154 05/19/04
                                 committee
BECKER, GARY M.        05/19/04  Conf. Bentley re Wolin recusal decision and                   0.40       198.00     5150525 05/20/04
                                 effect on Grace
BENTLEY, PHILIP        05/19/04  Review Third Circuit's recusal decision, and                  0.40       226.00     5170584 06/01/04
                                 discs GB re same
BENTLEY, PHILIP        05/21/04  Review Third Circuit's recusal decision                       1.10       621.50     5170585 06/01/04
BENTLEY, PHILIP        05/24/04  Review recusal issues                                         0.10        56.50     5170586 06/01/04
BENTLEY, PHILIP        05/27/04  Review issues raised by Wolin recusal                         0.30       169.50     5170587 06/01/04

                                                 Fee Total                                     3.10     1,667.50

                                                 Fee Total                                     3.10     1,667.50

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00005                                                Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 1.90 | 1,073.50 | | | | | |
| BECKER, GARY M. | 1.20 | 594.00 | | | | | |
| Total: | 3.10 | 1,667.50 | | | | | |

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    19
                                             *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status        : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:   05/03/2004         TO: 05/27/2004
       UNBILLED DISB FROM:                      TO:

                                     FEES               COSTS
       GROSS BILLABLE AMOUNT:        939.00              0.00
       AMOUNT WRITTEN DOWN:
       PREMIUM:
       ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
       THRU DATE:                                      05/27/2004
       CLOSE MATTER/FINAL BILLING?   YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:


                                       ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH
             FEES:                              2,604.90            UNIDENTIFIED RECEIPTS:      0.00
             DISBURSEMENTS:                         0.00            PAID FEE RETAINER:          0.00
             FEE RETAINER:                          0.00            PAID DISB RETAINER:         0.00
             DISB RETAINER:                         0.00            TOTAL AVAILABLE FUNDS:      0.00
             TOTAL OUTSTANDING:                 2,604.90            TRUST BALANCE:
                                                       BILLING HISTORY
       DATE OF LAST BILL:        07/12/04      LAST PAYMENT DATE:          07/02/04
       LAST BILL NUMBER:           392045      FEES BILLED TO DATE:       59,401.00
       LAST BILL THRU DATE:                    FEES WRITTEN OFF TO DATE:    -717.00

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee            (6) Summer Associate
       (2) Late Time & Costs Posted      (7) Fixed Fee
       (3) Pre-arranged Discount         (8) Premium
       (4) Excessive Legal Time          (9) Rounding
       (5) Business Development         (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   20
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00008                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE
```

## UNBILLED TIME SUMMARY

```
                                             -------- Total Unbilled --------
Emp Id  Employee Name           Group         Oldest      Latest       Hours       Amount
------  ----------------------  -------       --------    --------     ------      --------
              PARAPROFESSIONALS
05292   BECKER, GARY M.         CRED          05/04/04    05/04/04       0.40        198.00
05208   MANGUAL, KATHLEEN       CRED          05/03/04    05/27/04       3.80        741.00
                                                                       ------      --------
                  Total:                                                 4.20        939.00

Sub-Total Hours :    0.00 Partners     0.40 Counsels    0.00 Associates    3.80 Legal Assts    0.00 Others
```

## BILLING & PAYMENT HISTORY (Reflects Payments As of 07/12/04 10:07:00)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 |  |  | 10,165.00 | 191.48 |  | 10,356.48 |  |  |
| YEAR 2002 |  |  | 33,105.00 | 183.14 |  | 33,288.14 |  |  |
| 01/31/03 | 12/31/02 | 364671 | 805.50 | .00 |  | 805.50 | 03/25/03 |  |
| 02/20/03 | 01/31/03 | 365684 | 838.00 | .00 |  | 838.00 | 04/11/03 |  |
| 03/19/03 | 02/28/03 | 367178 | 2,266.00 | 12.08 |  | 2,278.08 | 05/27/03 |  |
| 04/29/03 | 03/31/03 | 369330 | 670.00 | 13.48 |  | 683.48 | 10/23/03 |  |
| 05/16/03 | 04/30/03 | 370445 | 851.00 | .00 |  | 851.00 | 10/23/03 |  |
| 06/17/03 | 05/31/03 | 371897 | 1,033.00 | .00 |  | 1,033.00 | 12/26/03 |  |
| 07/24/03 | 06/30/03 | 373811 | 708.50 | .00 |  | 708.50 | 10/23/03 |  |
| 08/31/03 | 07/31/03 | 375389 | 203.50 | .00 |  | 203.50 | 05/10/04 |  |
| 09/30/03 | 08/31/03 | 376733 | 1,059.50 | 28.04 |  | 1,087.54 | 12/08/03 |  |
| 11/14/03 | 09/30/03 | 379590 | 687.50 | .00 |  | 687.50 | 12/26/03 |  |
| 11/30/03 | 10/31/03 | 380293 | 240.50 | .00 |  | 240.50 | 07/02/04 |  |
| 12/31/03 | 11/30/03 | 381784 | 962.00 | .00 |  | 962.00 | 02/27/04 |  |
| 01/29/04 | 12/31/03 | 382765 | 2,080.00 | .00 |  | 2,080.00 | 07/02/04 |  |
| 02/25/04 | 01/31/04 | 384579 | 1,758.00 | .00 |  | 513.70 | 04/13/04 | 1,244.30 |
| 04/30/04 | 02/29/04 | 388529 | 951.00 | .00 |  | 607.40 | 06/29/04 | 343.60 |
| 05/27/04 | 04/30/04 | 390208 | 78.00 | .00 |  | .00 |  | 78.00 |
| 07/12/04 | 04/30/04 | 392045 | 939.00 | .00 |  | .00 |  | 939.00 |
|  |  |  |  |  |  |  |  |  |
|  | Total: |  | 59,401.00 | 428.22 |  | 57,224.32 |  | 2,604.90 |

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    21
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS - 06975               Proforma Number:   1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

UNBILLED TIME DETAIL
Employee Name      Work Date   Description                                              Hours    Amount    Index#   Batch Date

MANGUAL, KATHLEEN  05/03/04    draft Feb. monthly fee application (.90);                 1.10    214.50    5148052  05/19/04
                               disc/w accounting re: fee's paid (.20)
BECKER, GARY M.    05/04/04    Review monthly fee application and execute.               0.40    198.00    5143578  05/14/04
MANGUAL, KATHLEEN  05/04/04    draft and service Feb Monthly Fee App (.90)               0.90    175.50    5163091  06/01/04
MANGUAL, KATHLEEN  05/05/04    revise KL Monthly fee app (.30)                           0.30     58.50    5163092  06/01/04
MANGUAL, KATHLEEN  05/26/04    disc/w accounting re: proforma (.20)                      0.20     39.00    5163093  06/01/04
MANGUAL, KATHLEEN  05/27/04    draft March Monthly fee application; revise               1.30    253.50    5163094  06/01/04
                               such per GB comments; disc/w accounting re:
                               charts; revise application, draft cover ltr and
                               serve. (1.3)

                                             Fee Total                                   4.20    939.00

                                             Fee Total                                   4.20    939.00
```