```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   22
                                                     *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00008                                     Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

B I L L I N G    I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours        Amount          Bill         W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward
-------------------------------------------------------     ------------    ------------

BECKER, GARY M.           0.40        198.00

MANGUAL, KATHLEEN         3.80        741.00
                        ------       -------
        Total:            4.20        939.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    23
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00011                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency:  M
Matter Name : ASSET ANALYSIS AND RECOVERY                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status       :  ACTIVE

Special Billing Instructions:

----------------------------------------------------------------------------------------------------------------------------------
                                                  PRE-BILLING SUMMARY REPORT
----------------------------------------------------------------------------------------------------------------------------------

              UNBILLED TIME FROM:  05/06/2004                    TO:  05/11/2004
              UNBILLED DISB FROM:                                 TO:

                                        FEES               COSTS
                                       ------             ------
       GROSS BILLABLE AMOUNT:           0.00               0.00
         AMOUNT WRITTEN DOWN:
                    PREMIUM:
             ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:                               05/11/2004
       CLOSE MATTER/FINAL BILLING?   YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:


----------------------------------------------------------------------------------------------------------------------------------
                        ACCOUNTS RECEIVABLE TOTALS                                           UNAPPLIED CASH
                     FEES:                         0.00
             DISBURSEMENTS:                        0.00       UNIDENTIFIED RECEIPTS:           0.00
               FEE RETAINER:                       0.00            PAID FEE RETAINER:          0.00
              DISB RETAINER:                       0.00           PAID DISB RETAINER:          0.00
          TOTAL OUTSTANDING:                       0.00         TOTAL AVAILABLE FUNDS:         0.00
                                                                        TRUST BALANCE:
                                                              BILLING HISTORY
                                                              ----------------
       DATE OF LAST BILL:              07/12/04              LAST PAYMENT DATE:         12/26/03
       LAST BILL NUMBER:                392045               FEES BILLED TO DATE:           0.00
       LAST BILL THRU DATE:                                  FEES WRITTEN OFF TO DATE:  2,907.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee           (6) Summer Associate
          (2) Late Time & Costs Posted     (7) Fixed Fee
          (3) Pre-arranged Discount        (8) Premium
          (4) Excessive Legal Time         (9) Rounding
          (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____           CRC: _____
PARAPROFESSIONALS
```

alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   24
                                                          *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00011                                                        Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y          ------------- Total Unbilled -------------
Emp Id Employee Name              Group            Oldest      Latest      Hours      Amount

05208  MANGUAL, KATHLEEN           CRED             05/06/04   05/11/04    13.20        0.00

              Total:                                                       13.20        0.00

Sub-Total Hours :     0.00 Partners     0.00 Counsels     0.00 Associates   13.20 Legal Assts   0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/12/04 10:07:00)
                                      ------- Billed -------       Applied     ---- Collections ----        Balance
Bill Date Thru Date Bill#         Fee & OA    Disbursement   From OA    Total       Date                       Due

11/14/03  09/30/03  379590            .00         106.88       .00      106.88   12/26/03
02/25/04  01/31/04  384579            .00            .00       .00          .00
06/29/04  05/31/04  391727            .00            .00                    .00
07/12/04  05/31/04  392045            .00            .00                    .00
              Total:                  .00         106.88                106.88                                    .00

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    25
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00011                            Orig Prtnr : CRED. RGTS - 06975                    Proforma Number: 1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495                Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name            Work Date   Description                                       Hours    Amount    Index#    Batch Date

MANGUAL, KATHLEEN        05/06/04    create chart to reflect all paid time, disc/w      7.00      0.00    5163095   06/01/04
                                     Debtor re: payments, organize files and have
                                     sent to records (7.0)
MANGUAL, KATHLEEN        05/11/04    retrieval of plan and DS, convert to .pdf          6.20      0.00    5163096   06/01/04
                                     attend to service of such (7.0)

                                                       Fee Total                       13.20      0.00

                                                       Fee Total                       13.20      0.00
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    26
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No.: 056772-00011                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
  Employee Name           Hours      Amount             Bill       W/o / W/u      Transfer To     Clnt/Mtr    Carry Forward

MANGUAL, KATHLEEN        13.20

         Total:          13.20       0.00               0.00
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   27
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS - 06975       Proforma Number:   1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status       : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM:                          TO:
             UNBILLED DISB FROM:    05/19/2004            TO:    05/20/2004

                                  FEES               COSTS
                                  ----               -----
    GROSS BILLABLE AMOUNT:         0.00               18.84
    AMOUNT WRITTEN DOWN:
               PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
              THRU DATE:                                          05/20/2004
CLOSE MATTER/FINAL BILLING?    YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH
                 FEES:              4,791.50
          DISBURSEMENTS:              177.60       UNIDENTIFIED RECEIPTS:     0.00
            FEE RETAINER:               0.00         PAID FEE RETAINER:       0.00
           DISB RETAINER:               0.00         PAID DISB RETAINER:      0.00
        TOTAL OUTSTANDING:          4,969.10       TOTAL AVAILABLE FUNDS:     0.00
                                                       TRUST BALANCE:
                                                     BILLING HISTORY
        DATE OF LAST BILL:          07/12/04       LAST PAYMENT DATE:      07/02/04
         LAST BILL NUMBER:            392045       FEES BILLED TO DATE:  170,546.50
       LAST BILL THRU DATE:                        FEES WRITTEN OFF TO DATE: 4,417.50

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee              (6) Summer Associate
         (2) Late Time & Costs Posted        (7) Fixed Fee
         (3) Pre-arranged Discount           (8) Premium
         (4) Excessive Legal Time            (9) Rounding
         (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   28
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00012                                                     Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status  : ACTIVE
```

U N B I L L E D   C O S T S   S U M M A R Y ------- Total Unbilled -------

| Code | Description       | Oldest Entry | Latest Entry | Total Amount |
|------|-------------------|--------------|--------------|--------------|
| 0880 | POSTAGE           |              | 05/19/04     | 3.04         |
| 0930 | MESSENGER/COURIER | 05/19/04     | 05/20/04     | 15.80        |
|      | Total             |              |              | 18.84        |
|      | Grand Total       |              |              | 18.84        |

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/12/04 10:07:00)

|                                |           |               | Applied | ---- Collections ---- | Balance |
| Bill Date  Thru Date  Bill#    | Fee & OA  | Disbursement  | From OA | Total       Date      | Due     |
|--------------------------------|-----------|---------------|---------|-----------------------|---------|
| YEAR 2001                      | 44,026.00 | 5,710.65      |         | 49,736.65             |         |
| YEAR 2002                      | 78,495.50 | 6,087.88      |         | 84,583.38             |         |
| 01/31/03 12/31/02 364671       | 1,025.00  | .00           |         | 1,025.00   03/25/03   |         |
| 02/20/03 01/31/03 365684       | 6,254.00  | 23.10         |         | 6,277.10   10/23/03   |         |
| 03/19/03 02/28/03 367178       | 6,230.00  | 2.70          |         | 6,232.70   10/23/03   |         |
| 04/29/03 03/31/03 369330       | 19,960.50 | .00           |         | 19,960.50  10/23/03   |         |
| 05/16/03 04/30/03 370445       | 2,181.50  | 14.00         |         | 2,195.50   12/26/03   |         |
| 06/17/03 05/31/03 371897       | 1,659.50  | .00           |         | 1,659.50   12/26/03   |         |
| 07/24/03 06/30/03 373811       | 2,845.50  | 1.79          |         | 2,847.29   12/26/03   |         |
| 08/31/03 07/31/03 375389       | 535.50    | 2.69          |         | 538.19     05/10/04   |         |
| 11/14/03 09/30/03 379590       | 1,627.50  | .00           |         | 1,627.50   05/10/04   |         |
| 11/30/03 10/31/03 380293       | 210.00    | .00           |         | 210.00     07/02/04   |         |
| 01/29/04 12/31/03 382765       | 582.00    | .00           |         | 582.00     07/02/04   |         |
| 02/25/04 01/31/04 384579       | 56.50     | .00           |         | .00                   | 56.50   |
| 04/30/04 02/29/04 388529       | 247.50    | .00           |         | 497.50     06/29/04   | 247.50  |
| 05/27/04 04/30/04 390208       | 2,282.00  | 48.51         |         | .00                   | 2,330.51|
| 06/29/04 05/31/04 391727       | 2,205.50  | 110.25        |         | .00                   | 2,315.75|
| 07/12/04 05/31/04 392045       | .00       | 18.84         |         | .00                   | 18.84   |
| Total:                         |170,424.00 | 12,517.91     |         |177,972.81             | 4,969.10|