```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   29
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code          Employee                Date         Amount      Index#   Batch No   Batch Date

POSTAGE             0880
   POSTAGE
     Gina Pierre-Paul     BECKER, G M             05/19/04       2.44      6562339  115283     05/21/04
   POSTAGE
     Javon Frierson       BECKER, G M             05/19/04       0.60      6562340  115283     05/21/04
                                                                 ----
                                       0880 POSTAGE Total :      3.04

MESSENGER/COURIER   0930
   FEDERAL EXPRESS CORPORAT BENTLEY, P            05/20/04      15.80      6560577  115216     05/20/04
   MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
   CORPORATION
                                                                -----
                                       0930 MESSENGER/COURIER Total :     15.80

                         Costs Total :                          18.84
```

alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    30
                                                         *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y

Code Description              Amount        Bill      W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

0880 POSTAGE                    3.04
0930 MESSENGER/COURIER         15.80

       Costs Total :           18.84

```
alp_132r: Matter Detail                KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    31
                                          *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00016                                   Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BUSINESS OPERATIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                       Status      : ACTIVE

Special Billing Instructions:

---------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:   05/19/2004       TO:  05/19/2004
              UNBILLED DISB FROM:                    TO:

                                    FEES                  COSTS
                                    ----                  -----
        GROSS BILLABLE AMOUNT:      0.00                  0.00
         AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:                              05/19/2004
  CLOSE MATTER/FINAL BILLING?   YES  OR  NO
  EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


---------------------------------------------------------------------------------------------------------------------------
                          ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

              FEES:                        0.00
     DISBURSEMENTS:                        0.00   UNIDENTIFIED RECEIPTS:       0.00
      FEE RETAINER:                        0.00      PAID FEE RETAINER:        0.00
     DISB RETAINER:                        0.00     PAID DISB RETAINER:        0.00
  TOTAL OUTSTANDING:                       0.00   TOTAL AVAILABLE FUNDS:       0.00
                                                         TRUST BALANCE:
                                          BILLING HISTORY
  DATE OF LAST BILL:         07/12/04        LAST PAYMENT DATE:
  LAST BILL NUMBER:            392045       FEES BILLED TO DATE:            0.00
  LAST BILL THRU DATE:                   FEES WRITTEN OFF TO DATE:      2,320.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development       (10) Client Arrangement

BILL NUMBER:              DATE OF BILL:            Processed by:            FRC:            CRC:

PARAPROFESSIONALS
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    32
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00016                                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : BUSINESS OPERATIONS                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                    Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y       ------------- Total Unbilled -------------
Emp Id Employee Name               Group              Oldest       Latest         Hours         Amount

05208 MANGUAL, KATHLEEN            CRED             05/19/04      05/19/04          7.00           0.00

                        Total:                                                      7.00           0.00

Sub-Total Hours :     0.00 Partners     0.00 Counsels   0.00 Associates    7.00 Legal Assts    0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/12/04 10:07:00)
                       ------- Billed -------        ---- Applied ----     ---- Collections ----     Balance
Bill Date Thru Date Bill#    Fee & OA    Disbursement    From OA    Total     Date                     Due

06/29/04 05/31/04 391727          .00          .00          .00      .00
07/12/04 05/31/04 392045          .00          .00          .00      .00

         Total:                   .00          .00          .00      .00                                 .00
```

alp_132r: Matter Detail                               KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    33
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00016                                       Orig Prtnr : CRED. RGTS - 06975                      ProForma Number: 1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495                  Bill Frequency: M
Matter Name : BUSINESS OPERATIONS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                         Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date     Description                                            Hours       Amount      Index#   Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------

MANGUAL, KATHLEEN       05/19/04  attend to service of motions and file (7.0)                 7.00         0.00      5163097 06/01/04

                                                                   Fee Total                  7.00         0.00

                                                                   Fee Total                  7.00         0.00

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE   34
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00016                                     Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BUSINESS OPERATIONS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours        Amount          Bill        W/o / W/u       Transfer To     Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------------

MANGUAL, KATHLEEN         7.00                         0.00
                         ------                       ------
         Total:           7.00                         0.00
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    35
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00015                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status     : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

               UNBILLED TIME FROM:     05/24/2004         TO:    05/25/2004
               UNBILLED DISB FROM:     05/24/2004         TO:    05/24/2004

                                       FEES                       COSTS
                                       ----                       -----
           GROSS BILLABLE AMOUNT:       1,845.50                  127.40
             AMOUNT WRITTEN DOWN:
                        PREMIUM:
              ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                     THRU DATE:                                05/24/2004
      CLOSE MATTER/FINAL BILLING?    YES OR NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:


                                  ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

                        FEES:             6,868.50
               DISBURSEMENTS:               127.40     UNIDENTIFIED RECEIPTS:       0.00
                 FEE RETAINER:                 0.00     PAID FEE RETAINER:          0.00
                DISB RETAINER:                 0.00     PAID DISB RETAINER:         0.00
           TOTAL OUTSTANDING:             6,995.90     TOTAL AVAILABLE FUNDS:       0.00
                                                               TRUST BALANCE:
                                             BILLING HISTORY
           DATE OF LAST BILL:         07/12/04          LAST PAYMENT DATE:      07/02/04
             LAST BILL NUMBER:         392045          FEES BILLED TO DATE:    62,726.00
           LAST BILL THRU DATE:                      FEES WRITTEN OFF TO DATE:  3,242.18

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

           (1) Exceeded Fixed Fee           (6) Summer Associate
           (2) Late Time & Costs Posted     (7) Fixed Fee
           (3) Pre-arranged Discount        (8) Premium
           (4) Excessive Legal Time         (9) Rounding
           (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____  FRC: _____  CRC: _____
```