alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    36

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00019                                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                           Status      : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y       --------- Total Unbilled ---------
Emp Id Employee Name                    Group           Oldest      Latest      Hours        Amount

02495   BENTLEY, PHILIP                 CRED           05/25/04    05/25/04      0.20          113.00
05292   BECKER, GARY M.                 CRED           05/24/04    05/24/04      3.50        1,732.50

        Total:                                                                  3.70        1,845.50

Sub-Total Hours   :   0.20 Partners     3.50 Counsels    0.00 Associates      0.00 Legal Assts      0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y     ---- Total Unbilled ----
Code  Description                 Oldest      Latest       Total
                                  Entry       Entry        Amount

0950  OUT-OF-TOWN TRAVEL          05/24/04    05/24/04     127.40

        Total                                              127.40

        Grand Total                                      1,972.90

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/12/04 10:07:00)
                                     -------- Billed --------     Applied       ---- Collections ----       Balance
Bill Date Thru Date Bill#            Fee & OA     Disbursement    From OA       Total        Date           Due

YEAR 2002
02/20/03 01/31/03   365684          45,704.82          58.14     45,762.96
07/24/03 06/30/03   373811             105.00            .00                    105.00  10/23/03
08/31/03 07/31/03   375389             455.00            .00                    455.00  12/26/03
09/30/03 08/31/03   376733                .00          12.00                     12.00  05/10/04
11/14/03 09/30/03   379590           1,365.00          13.00                  1,378.00  05/10/04
11/30/03 10/31/03   380293             940.00            .00                    940.00  05/10/04
12/31/03 11/30/03   381784             940.00            .00                    940.00  07/02/04
01/29/04 12/31/03   382765           1,739.00            .00                  1,739.00  07/02/04
05/27/04 04/30/04   390208           2,021.00            .00                  2,021.00  07/02/04
06/29/04 05/31/04   391727           1,237.50            .00                       .00                     1,237.50
07/12/04 05/31/04   392045           3,785.50            .00                       .00                     3,785.50
                                     1,845.50         127.40                       .00                     1,972.90

        Total:                      60,138.32         210.54                  53,352.96                    6,995.90

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   37

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:      1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status      : ACTIVE

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 05/24/04 | Prepare for and appear at omnibus hearing in Pittsburgh | 3.50 | 1,732.50 | 5154211 | 05/25/04 |
| BENTLEY, PHILIP | 05/25/04 | Discs GB re yesterday's hearing | 0.20 | 113.00 | 5170589 | 06/01/04 |

|  |  | Fee Total | 3.70 | 1,845.50 | | |

|  |  | Fee Total | 3.70 | 1,845.50 | | |

**U N B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| OUT-OF-TOWN TRAVEL          0950 | | | | | | |
| MARIANNE FERGUSON, CASHI | BECKER, G M | 05/24/04 | 127.40 | 6571626 | 115513 | 05/28/04 |
| OUT-OF-TOWN TRAVEL - VENDOR-MARIANNE FERGUSON, CASHIER | | | | | | |

|  | | 0950 OUT-OF-TOWN TRAVEL Total : | 127.40 | | | |

|  | | Costs Total : | 127.40 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   38

Run Date & Time: 07/12/2004 10:07:00

Matter No.: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1829185
Bill Frequency: M

Status         : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.20 | 113.00 | | | | | |
| BECKER, GARY M. | 3.50 | 1,732.50 | | | | | |
| Total: | 3.70 | 1,845.50 | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 127.40 | | | | | |
| | Costs Total : | 127.40 | | | | | |

elp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    39

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976  Status        : ACTIVE
Matter Opened : 10/04/2002

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                   PRE-BILLING SUMMARY REPORT

                                                        FEES                           COSTS

UNBILLED TIME FROM:      05/24/2004              TO:    05/24/2004
UNBILLED DISB FROM:      05/24/2004              TO:    05/24/2004

GROSS BILLABLE AMOUNT:                           1,485.00                    1,045.70
AMOUNT WRITTEN DOWN:
                      ON ACCOUNT PREMIUM:
DEDUCTED FROM PAID RETAINER:
                      AMOUNT BILLED:
                          THRU DATE:                   05/24/2004                     05/24/2004
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:        BENTLEY PHILIP - 02495

                              ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                   FEES:              3,344.00          UNIDENTIFIED RECEIPTS:        0.00
           DISBURSEMENTS:             1,588.70              PAID FEE RETAINER:        0.00
            FEE RETAINER:                 0.00             PAID DISB RETAINER:        0.00
           DISB RETAINER:                 0.00          TOTAL AVAILABLE FUNDS:        0.00
       TOTAL OUTSTANDING:             4,932.70                  TRUST BALANCE:

                                                           BILLING HISTORY

     DATE OF LAST BILL:       07/12/04              LAST PAYMENT DATE:        07/02/04
     LAST BILL NUMBER:         392045           FEES BILLED TO DATE:        13,424.00
   LAST BILL THRU DATE:                       FEES WRITTEN OFF TO DATE:      8,544.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee              (6) Summer Associate
     (2) Late Time & Costs Posted        (7) Fixed Fee
     (3) Pre-arranged Discount           (8) Premium
     (4) Excessive Legal Time            (9) Rounding
     (5) Business Development            (10) Client Arrangement

BILL NUMBER:           DATE OF BILL:           Processed by:              FRC:              CRC:

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   40
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:      18291185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                         Status        : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ----------- Total Unbilled ------------
Emp Id Employee Name              Group             Oldest       Latest      Hours       Amount
                                                    Entry        Entry

05292  BECKER, GARY M.            CRED              05/24/04     05/24/04      6.00      1,485.00

              Total:                                                          6.00      1,485.00

Sub-Total Hours :     0.00 Partners      6.00 Counsels      0.00 Associates     0.00 Legal Assts     0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled ------------
Code  Description                              Oldest      Latest        Total
                                               Entry       Entry         Amount

0950  OUT-OF-TOWN TRAVEL                       05/24/04    05/24/04     1,045.70

        Total                                                          1,045.70

        Grand Total                                                    2,530.70

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/12/04 10:07:00)
                                 ------- Billed -------       ------- Applied -------    ------ Collections ------   Balance
Bill Date Thru Date Bill#        Fee & OA    Disbursement     From OA        Total       Date          Total        Due

YEAR 2002
06/17/03 05/31/03 371897         2,275.00           .00                     2,275.00     12/26/03      2,275.00
07/24/03 06/30/03 373811           455.00           .00                       455.00     12/26/03        455.00
09/30/03 07/31/03 376733           910.00           .00                       910.00     05/10/04        910.00
11/16/03 08/30/03 379590           455.00           .00                       455.00     05/10/04        455.00
11/30/03 10/31/03 380293           705.00           .00                       705.00     07/02/04        705.00
12/31/03 11/30/03 381784           705.00         205.00                       470.00     07/02/04        470.00
01/29/04 12/31/03 382765           705.00         197.00                       910.00     07/02/04        910.00
02/25/04 01/31/04 384579           495.00           .00                       902.00     07/02/04        902.00
05/25/04 04/30/04 390208           742.50         279.00           .00                                                495.00
06/29/04 05/31/04 391727           621.50         264.00           .00                                              1,021.50
07/12/04 05/31/04 392045         1,485.00       1,045.70           .00                                                885.50
                                                                                                                   2,530.70
        Total:                  10,024.00       1,990.70                     7,082.00                              4,932.70
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE  41
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/12/2004 10:07:00
```

Matter No: 056772-00028                          Orig Prtnr : CRED. RGTS  - 06975                   Proforma Number:      1829185
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                          Status         : ACTIVE

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 05/24/04 | Travel to and from Pittsburgh for court hearing (bill at 1/2 normal rate) | 6.00 | 1,485.00 | 5154212 | 05/25/04 |
| | | Fee Total | 6.00 | 1,485.00 | | |
| | | Fee Total | 6.00 | 1,485.00 | | |

**U N B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| OUT-OF-TOWN TRAVEL | 0950 | | | | | | |
| CITICORP DINERS CLUB | | BECKER, G M | 05/24/04 | 1,045.70 | 6596031 | 116435 | 06/18/04 |
| OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS CLUB pittsbugh | | | | | | | |
| | | 0950 OUT-OF-TOWN TRAVEL Total : | | 1,045.70 | | | |
| | | Costs Total : | | 1,045.70 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    42

Run Date & Time: 07/12/2004 10:07:00

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1829185
Bill Frequency: M

Status       : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 6.00 | 1,485.00 | | | | | |
| Total: | 6.00 | 1,485.00 | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 1,045.70 | | | | | |
| | Costs Total : | 1,045.70 | | | | | |