## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF
### MELISSA N. FLORES, PARALEGAL

STATE OF DELAWARE:
                       SS:
NEW CASTLE COUNTY:

      I Melissa N. Flores, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made on August 5, 2004. I certify further that I caused the service of the:

**Notice and Thirty-Fourth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements for the Period from May 1, 2004 through May 31, 2004**

was made on the following parties in the manner listed on the attached service list

_____
Melissa N. Flores

    SWORN AND SUBSCRIBED before me this 5th day of August, 2004.

_____
NOTARY

KRLSWIL:#55726 V1 - W.R. GRACE-AOS

W.R. GRACE -
Special Service List

(U.S. Mail & Electronic Mail)
David M. Bernick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
**(Debtor's counsel)**

David S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Jerel Ellington, Esquire
Senior Counsel, U.S. Dept. of Justice
Environmental Enforcement Section
999 18th Street, Suite 945 - North Tower
Denver, CO 80202

(U.S. Mail & Electronic Mail)
Scott L. Baena, Esquire/Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336
**(Official Committee of Property Damage Claimants)**

(U.S. Mail & Electronic Mail)
Kenneth Pasquale, Esquire
Arlene Krieger, Esquire
Moshe Sasson, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
**(Official Committee of Unsecured Creditors)**

Philip Bentley, Esquire
Gary Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

(U.S. Mail & Electronic Mail)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
**(Official Committee of Personal Injury Claimants)**

Henry Wassenstein, Esquire
Bert Wolf, Esquire
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Brad N. Friedman, Esquire
Rachel S. Flesihman, Esquire
Milberg Weiss Bershad Hynes & Learch
One Pennsylvania Plaza
New York, NY 10119

(U.S. Mail & Electronic Mail)
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
**(Official Committee of Personal Injury Claimants)**

Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King St.
Wilmington, DE 19801
**(U.S. Trustee)**

(Hand Delivery & Electronic Mail)
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market St. - Suite 1200
Wilmington, DE 19801
**(Official Committee of Unsecured Creditors)**

(Hand Delivery & Electronic Mail)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 Market St.
Wilmington, DE 19899
**(Official Committee of Property Damage Claimants)**

(Hand Delivery & Electronic Mail)
Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market St. - 16th Floor
Wilmington, DE 19899-8705
**(Debtor's counsel)**

(Hand Delivery & Electronic Mail)
Matthew G. Zaleski, III, Esquire
Campbell & Levine
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
**(Official Committee of Personal Injury Claimants)**

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801


Mark S. Chehi, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801