IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No. 01-01139 (JKF)
                                          (Jointly Administered)


                        Debtor            Objection Deadline: To be Determined
                                          Hearing Date: To be Determined


**SECOND QUARTERLY INTERIM APPLICATION OF CAPSTONE CORPORATE
RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004)**

Name of Applicant:                              Capstone Corporate Recovery, LLC

Authorized to Provide Professional Services to:  The Official Committee of
                                                 Unsecured Creditors

Date of Retention:                              June 8, 2004 (nunc pro tunc to
                                                February 4, 2004)

Period for which compensation and              April 1, 2004 through
reimbursement is sought:                        June 30, 2004

Amount of Compensation sought
as actual, reasonable and necessary
during the Quarter (100%):                      $201,060.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary during
the Quarter (100%):                             $ 2,275.11


This is an: __X___ interim _____ final application


This is the Second Quarterly application filed.  Disclosure for all periods is as follows:

**SECOND QUARTERLY INTERIM APPLICATION OF CAPSTONE CORPORATE
RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004)**

**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 2, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |

**SECOND QUARTERLY INTERIM APPLICATION OF CAPSTONE CORPORATE
RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Summary of Fees  by Task Code by Professional
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Professional
## For the Period 4/1/2004 through 6/30/2004

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $495 | 22.50 | $11,137.50 |
| S. Cunningham | Member | $475 | 191.15 | $90,796.25 |
| C. Troyer | Consultant | $375 | 101.65 | $38,118.75 |
| J. Rooney | Consultant | $375 | 6.10 | $2,287.50 |
| J. Surdoval | Consultant | $375 | 60.00 | $22,500.00 |
| L. Hamilton | Consultant | $335 | 35.30 | $11,825.50 |
| T. Sell | Consultant | $275 | 54.70 | $15,042.50 |
| M. DeSalvio | Research | $150 | 1.00 | $150.00 |
| M. Hakoun | Research | $150 | 29.10 | $4,365.00 |
| N. Backer | Paraprofessional | $75 | 64.50 | $4,837.50 |
| **For the Period 4/1/2004 through 6/30/2004** | | | **566.00** | **$201,060.50** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code
## For the Period 4/1/2004 through 6/30/2004

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisitions | During the Fee Application period, the Applicant read and analyzed information provided by the Debtors regarding several proposed acquisitions. The Applicant prepared reports to the Committee thereon. | 131.40 | $55,521.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared correspondence to the Debtors regarding claims analysis. | 0.40 | $150.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee, including potential acquisitions, operating performance, and status of bankruptcy POR negotiations. | 14.45 | $6,166.75 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant prepared a pension plan payment analysis. | 0.90 | $427.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Applications and related materials for itself and on behalf of FTI Consulting, Inc. | 152.30 | $30,940.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed Q1 2004 financial results and prepared a report to the Committee thereon. | 132.05 | $56,111.75 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed peer group information. Applicant also read and analyzed various motions and related materials. Additionally, patent infringement, intercompany and other issues were analyzed. | 74.45 | $29,797.00 |
| 18. Retention of Professionals | During the Fee Application Period, the Applicant reviewed retention application documents with counsel and FTI. | 0.60 | $201.00 |
| 20. Valuation | During the Fee Application period, the Applicant spent time updating a hypothetical recovery analysis. | 17.95 | $7,606.50 |
| 21. Research | During the Fee Application period, the Applicant analyzed court dockets for pertinent case information. | 6.50 | $975.00 |

| Task Code | Task Description | Hours | Fees |
|-----------|------------------|-------|------|
| 26. Meetings with Debtors | During the Fee Application Period, we met with the Debtors' advisors and participated in calls with the Debtors regarding patent infringement, an intercompany note, acquisitions and other issues. | 20.60 | $8,705.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed recent asbestos legislation information. | 14.40 | $4,459.00 |
| **For the Period 4/1/2004 through 6/30/2004** | | **566.00** | **$201,060.50** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code by Professional
## For the Period 4/1/2004 through 6/30/2004

| Professional | Hours | Fees |
|---|---|---|
| **01. Asset Acquisitions** | | |
| E. Ordway | 1.80 | $891.00 |
| S. Cunningham | 61.30 | $29,117.50 |
| J. Surdoval | 52.00 | $19,500.00 |
| C. Troyer | 13.80 | $5,175.00 |
| L. Hamilton | 2.50 | $837.50 |
| | 131.40 | $55,521.00 |
| **03. Claims Analysis & Valuation** | | |
| C. Troyer | 0.40 | $150.00 |
| | 0.40 | $150.00 |
| **04. Creditor Committee Matters** | | |
| E. Ordway | 3.90 | $1,930.50 |
| S. Cunningham | 2.80 | $1,330.00 |
| J. Surdoval | 4.00 | $1,500.00 |
| C. Troyer | 3.75 | $1,406.25 |
| | 14.45 | $6,166.75 |
| **05. Employee Matters/KERP/Other** | | |
| S. Cunningham | 0.90 | $427.50 |
| | 0.90 | $427.50 |
| **07. Fee Applications & Invoices** | | |
| E. Ordway | 0.40 | $198.00 |
| L. Hamilton | 32.20 | $10,787.00 |
| T. Sell | 54.70 | $15,042.50 |
| M. Desalvio | 0.50 | $75.00 |

| Professional | Hours | Fees |
|---|---|---|
| N. Backer | 64.50 | $4,837.50 |
| | 152.30 | $30,940.00 |
| 08. Financial Analysis - Schedules & Statements | | |
| E. Ordway | 6.40 | $3,168.00 |
| S. Cunningham | 58.25 | $27,668.75 |
| C. Troyer | 67.40 | $25,275.00 |
| | 132.05 | $56,111.75 |
| 11. Financial Analysis - Other | | |
| E. Ordway | 5.10 | $2,524.50 |
| S. Cunningham | 46.30 | $21,992.50 |
| J. Rooney | 6.10 | $2,287.50 |
| J. Surdoval | 1.00 | $375.00 |
| C. Troyer | 1.00 | $375.00 |
| M. Hakoun | 14.95 | $2,242.50 |
| | 74.45 | $29,797.00 |
| 18. Retention of Professionals | | |
| L. Hamilton | 0.60 | $201.00 |
| | 0.60 | $201.00 |
| 20. Valuation | | |
| E. Ordway | 3.70 | $1,831.50 |
| S. Cunningham | 6.00 | $2,850.00 |
| C. Troyer | 7.50 | $2,812.50 |
| M. Hakoun | 0.75 | $112.50 |
| | 17.95 | $7,606.50 |
| 21. Research | | |
| M. Desalvio | 0.50 | $75.00 |
| M. Hakoun | 6.00 | $900.00 |
| | 6.50 | $975.00 |

**Capstone Corporate Recovery, LLC**
**Invoice for the Second Quarterly Fee Application**

| Professional | Hours | Fees |
|---|---|---|
| **26. Meetings with Debtors** | | |
| S. Cunningham | 9.80 | $4,655.00 |
| C. Troyer | 7.80 | $2,925.00 |
| J. Surdoval | 3.00 | $1,125.00 |
| | 20.60 | $8,705.00 |
| **28. Special Case Issues** | | |
| E. Ordway | 1.20 | $594.00 |
| S. Cunningham | 5.80 | $2,755.00 |
| M. Hakoun | 7.40 | $1,110.00 |
| | 14.40 | $4,459.00 |
| **For the Period 4/1/2004 through 6/30/2004** | 566.00 | $201,060.50 |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Expense Detail
## For the Period 4/1/04 through 6/30/04

| Expense Date | Professional | Amount |
|---|---|---|
| **Copies** | | |
| 4/30/2004 | CCR Direct Expenses | $36.80 |
| 5/31/2004 | Copies - May ( 522 photocopies @ .15 ea) | $78.30 |
| 5/31/2004 | Copies - April ( 87 photocopies @ .15 ea.) | $13.05 |
| 6/30/2004 | Copies (June 1101 @ .15 per page | $165.15 |
| Subtotal - Copies | | $293.30 |
| **Faxes** | | |
| 4/30/2004 | CCR Direct Expenses | $15.00 |
| Subtotal - Faxes | | $15.00 |
| **Meals - Billable** | | |
| 4/23/2004 | S. Cunningham | $36.50 |
| Subtotal - Meals - Billable | | $36.50 |
| **Mileage** | | |
| 4/23/2004 | S. Cunningham | $18.75 |
| 5/27/2004 | S. Cunningham - Blackstone Meeting | $11.25 |
| Subtotal - Mileage | | $30.00 |
| **Parking and Tolls** | | |
| 6/30/2004 | Troyer, C. - not submitted in March application | $39.00 |
| Subtotal - Parking and Tolls | | $39.00 |
| **Parking/Tolls** | | |
| 4/23/2004 | C. Troyer | $39.00 |
| 4/23/2004 | S. Cunningham | $29.00 |
| 4/23/2004 | S. Cunningham | $6.00 |

Capstone Corporate Recovery, LLC

Invoice for the Second Quarterly Fee Application

Page 1 of 3

| Expense Date | Professional | Amount |
|---|---|---|
| 5/1/2004 | E. Ordway - Parking 3/24 | $41.00 |
| 5/1/2004 | E. Ordway - Parking 3/31 | $27.50 |
| 5/1/2004 | E. Ordway - Tolls 3/24 | $6.00 |
| 5/1/2004 | E. Ordway - Tolls 3/31 | $6.00 |
| 5/27/2004 | S. Cunningham - Blackstone Meeting | $32.00 |
| Subtotal - Parking/Tolls | | $186.50 |

**Postage/FedEx**

| | | |
|---|---|---|
| 6/8/2004 | Troyer, C. | $27.36 |
| Subtotal - Postage/FedEx | | $27.36 |

**Research-Billable**

| | | |
|---|---|---|
| 4/1/2004 | M. Hakoun | $225.62 |
| 4/12/2004 | L. Hamilton | $7.63 |
| 4/30/2004 | M. Hakoun | $10.33 |
| Subtotal - Research-Billable | | $243.58 |

**Scans**

| | | |
|---|---|---|
| 6/30/2004 | Scans - 9 at $1.00 per page | $9.00 |
| Subtotal - Scans | | $9.00 |

**Subscription Fees - Factiva**

| | | |
|---|---|---|
| 6/30/2004 | Hakoun, M. | $32.44 |
| Subtotal - Subscription Fees - Factiva | | $32.44 |

**Subscription Fees - Mealey's**

| | | |
|---|---|---|
| 6/30/2004 | Hakoun, M. | $331.66 |
| Subtotal - Subscription Fees - Mealey's | | $331.66 |

**Telecom Charges**

| | | |
|---|---|---|
| 6/1/2004 | Ordway, E. - ATT Wireless - 5/31/04 | $14.69 |
| 6/1/2004 | Ordway, E. - Verizon - 4/11/04 | $3.01 |
| 6/11/2004 | Ordway, E. - Verizon - 6/11/04 | $5.34 |

**Capstone Corporate Recovery, LLC**

**Invoice for the Second Quarterly Fee Application**

| Expense Date | Professional | Amount |
|---|---|---|
| 6/30/2004 | Telephone | $389.18 |
| 6/30/2004 | Ordway, E. | $69.90 |
| 6/30/2004 | Ordway, E. | $32.90 |
| Subtotal - Telecom Charges | | $515.02 |
| **Telecom Charges - Saddle Brook office** | | |
| 5/31/2004 | Telephone | $96.62 |
| Subtotal - Telecom Charges - Saddle Brook office | | $96.62 |
| **Telecom Charges- Billable** | | |
| 4/1/2004 | E. Ordway | $67.54 |
| 4/1/2004 | E. Ordway | $18.45 |
| 4/30/2004 | CCR Direct Expenses | $167.71 |
| Subtotal - Telecom Charges- Billable | | $253.70 |
| **Telephone Charges** | | |
| 5/1/2004 | E. Ordway - Verizon Airfone 4/1 | $18.00 |
| 5/11/2004 | E. Ordway - Verizon 5/11/04 | $147.43 |
| Subtotal - Telephone Charges | | $165.43 |
| **For the Period 4/1/04 through 6/30/04** | | $2,275.11 |

**SECOND QUARTERLY INTERIM APPLICATION OF CAPSTONE CORPORATE
RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004)**

### APPLICATION

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the

"Bankruptcy Code", Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the

Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Professionals and Official Committee Members (the

"Interim Compensation Order"), the Amendment to the Administrative Order effective April 17,

2002 (the "Amendment") and Del.Bankr.LR 2016-2,  Capstone Corporate Recovery, LLC

("Capstone"), Financial Advisors to the Official Committee of Unsecured Creditors (the

"Committee") of W.R. Grace & Co. and its sixty-one domestic subsidiaries and affiliates that are

debtors and debtors-in-possession (the "Debtors"), hereby applies for an order allowing it (i)

compensation in the amount of $201,060.50 for professional services rendered by Capstone as

financial advisors for the Committee, less $0.00 previously paid, and (ii) reimbursement for the

actual and necessary expenses incurred by Capstone in rendering such services in the amount of

$2,275.11, less $0.00 previously paid, (the "Second Quarterly Fee Application"), in each case for

the interim quarterly period from April 1, 2004 through June 30, 2004 (the "Fee Period").  In

support of this Application, Capstone respectfully states as follows:

### Monthly Interim Fee Applications Covered Herein

1. Pursuant to the procedures set forth in the Administrative Fee Order and Amendment,

   professionals may apply for monthly compensation and reimbursement (each such

   application, a "Monthly Fee Application"), and the notice parties listed in the Administrative

4

Fee Order and Amendment may object to such request. If no notice party objects to a professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

2. Furthermore, and also pursuant to the Administrative Fee Order and Amendment, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

3. Pursuant to an Application submitted to the Court on or about February 20, 2004, and by a Court order dated June 8, 2004 (the "Retention Order"), Capstone was retained as financial advisors for the Committee, nunc pro tunc to February 4, 2004.

4. Capstone, which was formed by former employees of FTI, was retained by the Committee instead and in place of FTI Consulting Inc. ("FTI"). FTI continues to be retained by the Committee in a limited advisory capacity.

5. In the interests of providing an orderly transition of services and at the request of FTI, Capstone prepared certain fee applications on behalf of FTI. Both Capstone and FTI have

5

taken care in segregating fees and expenses in order to prevent any duplication within their respective fee applications. Time spent by Capstone employees in preparation of these FTI fee applications has been included in Capstone's fee applications and is not replicated in FTI's fee applications for the period April 1, 2004 through June 30, 2004.

6. Since its retention, Capstone has continuously and vigorously pursued the Committee's interests in these cases.

7. Capstone is a firm of financial advisors specializing in insolvency restructuring and related matters. Since being retained by the Committee, Capstone has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates. Capstone respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

8. This is the Second Quarterly Fee Application for compensation for services rendered that Capstone has filed with the Bankruptcy Court in connection with the representation of the Committee in these chapter 11 cases.

9. Capstone has filed the following Monthly Fee Applications for interim compensation during the Fee Period:

        a. Third application of Capstone Corporate Recovery, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from April 1, 2004 through April 30, 2004, filed on or about June 12, 2004, (the "Third Fee Application") attached hereto as Exhibit II.

        b. Fourth application of Capstone Corporate Recovery, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from May 1, 2004 through May 31, 2004, filed on or about July 13, 2004, (the "Fourth Fee Application") attached hereto as Exhibit III.

c. Fifth application of Capstone Corporate Recovery, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from June 1, 2004 through June 30, 2004, filed on or about June August 2, 2004, (the "Fifth Fee Application") attached hereto as Exhibit IV.

Capstone has not filed any other Quarterly Fee Applications or Monthly Fee Applications for the Fee Period.

## Description of Services, Fees and Expenses

10. During the Second Quarterly Interim Period, the Applicant rendered professional services aggregating a total of 566 hours in the discharge of its duties as financial advisor and bankruptcy consultant to the Committee. The Applicant is seeking an interim allowance for compensation of professional services rendered to the Debtors of $201,060.50, representing 100% of fees incurred, and reimbursement of expenses in connection therewith of $2,275.11. The Applicant, respectfully, submits the following:

a) The Applicant believes that the interim fees applied for herein for professional services rendered in performing accounting and advisory services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained.

b) All expenses were billed at actual cost, exclusive of amortization of the cost of investment, equipment or capital outlay. Internal charges for outgoing out-of-town facsimile transmissions were billed at $1.00 per page for domestic transmissions. Photocopy charges were billed at actual cost for external copying and $.15 per page for internal copying. Capstone believes that these charges reflect its actual out-of-pocket costs.

c) The disbursements and expenses have been incurred in accordance with Capstone's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses were often incurred to enable Capstone to devote time beyond normal office hours to matters that imposed extraordinary time demands. Capstone has endeavored to minimize these expenses to the fullest extent possible.

d) Capstone expended an aggregate of 566 hours, substantially all of which was expended by the professional staff of Capstone. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. A small staff was utilized to optimize efficiencies and avoid redundant efforts. The staff of the Debtors or their advisors has been utilized where practical and prudent.

e) Capstone's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost. In addition, Capstone's per diem rates for professionals of comparable experience are 10% to 20% lower than its competitors, the "Big-Four" accounting firms and certain other nationally-recognized specialty firms.

f) Because Capstone's core staff consisted of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum. Additionally, because of the experience of Capstone's professionals, in many instances only one or two Capstone representatives attended meetings or conference calls or performed specific functions.

g) Edwin N. Ordway, Jr., a senior member of the firm in charge of this case, directed the activities of the Capstone team, calling upon his more than ten years of experience in restructuring and insolvency matters, including more than 100 cases, many as large and complex, and some larger and more complex than this matter.

h) To the best of the Applicant's knowledge and belief, there has been no duplication of services between the Applicant and any other accountants or consultants to the bankruptcy estate.

i) Capstone's travel time policy is for professional personnel to travel outside of business hours when possible. Such time is not charged to a client unless productive work is performed during the travel period. In this engagement, non-productive travel time is not being charged to the Debtors.

j) In providing a reimbursable service such as copying or telephone, the Applicant does not make a profit on that service. In charging for a particular service, Capstone does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay. In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, Capstone requests reimbursement only for the amount billed to Capstone by such third party vendor and paid by Capstone to that vendor.

k) Annexed hereto as Attachment B are summaries of fees and hours by professional and by task during the Second Quarterly Interim Period, as well as a summary of expenses for the Second Quarterly Period.

8

l) Annexed hereto as Exhibit II, Exhibit III and Exhibit IV are the monthly interim applications that include the detail of the services performed by the Applicant during the each monthly period at the direction of the Committee and its Counsel.

m) Pursuant to Rule 2016, Capstone states that no compensation to be received in this proceeding will be shared with any person or entity outside of Capstone and that no compensation has been paid or promised to the Applicant in connection with the compensation sought in this Application except as disclosed herein. No prior application has been made to this or any other Court for the relief requested herein for the Compensation Period, nor has any payment been received by Capstone on account of its accounting and financial advisory services rendered or on account of the out-of-pocket expenses incurred in connection therewith.

n) As stated in the Affidavit of Edwin N. Ordway, Jr., annexed hereto as Exhibit I, all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

11. The detail of services provided by Capstone during the Fee Period is included in the monthly fee applications attached as Exhibit II, Exhibit III and Exhibit IV. A summary of the services provided by Capstone during the Fee Period is provided in Attachment B.

**Relief Requested**

9. By this Second Quarterly Fee Application, Capstone requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Capstone for the Fee Period, and as detailed in the April to June Monthly Applications, less the amounts previously paid to Capstone pursuant to the procedures set forth in the Administrative Fee Order and Amendment.[1]  As

---

[1]   Capstone reserves the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the April through June 2004 period that are not otherwise included in the relevant April through June Monthly Applications.

stated above, the full scope of services provided and the related expenses incurred are fully described in the April through June Monthly Applications, which are attached hereto as Exhibits II, III and IV.

## Disinterestedness

10. As disclosed in the affidavit of Edwin N. Ordway, Jr., (the "Affidavit") Capstone does not hold or represent any interest adverse to the estates, and had been, at all relevant times, a disinterested person as that term is defined in section 101(4) of the Bankruptcy Code as modified by section 1107 of the Bankruptcy Code.

11. Capstone may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the chapter 11 cases. Capstone disclosed in its Retention Application its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. Capstone will provide supplemental Affidavits when necessary and when Capstone becomes aware of material new information.

WHEREFORE, Capstone respectfully requests that the Court enter an order, substantially in the form attached hereto,

a) granting Capstone an allowance of (i) $201,060.50 as compensation for reasonable and necessary professional services rendered to the Committee, less $0.00 previously paid, and (ii) of $2,275.11 for reimbursement of actual and necessary costs and expenses incurred, less $0.00 previously paid, for a net total of $203,335.61 owing and unpaid, for the Fee Period from April 1, 2004 through June 30, 2004;

b) authorizing and directing the Debtors to pay to Capstone the outstanding amount of such sums; and

c) granting such other and further relief as this Court may deem just and proper.

Date: <u>August 2, 2004</u>

Capstone Corporate Recovery, LLC

By _____

Edwin N. Ordway, Jr.

Capstone Corporate Recovery, LLC
Park 80 West, Plaza I
Saddle Brook, NJ  07663
(201) 587-7100

11

**Index to Exhibits**

**Exhibit I**          **Affidavit**

**Exhibit II**         **Fee Application for the Period April 1, 2004 – April 30, 2004**

**Exhibit III**        **Fee Application for the Period May 1, 2004 – May 31, 2004**

**Exhibit IV**        **Fee Application for the Period June 1, 2004 – June 30, 2004**

**Exhibit I**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: To Be Determined |
| | | Hearing Date: To Be Determined |

## AFFIDAVIT

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) ss: |
| COUNTY OF BERGEN | ) |

EDWIN N. ORDWAY, JR., being duly sworn, deposes and says:

1. I am a senior member of Capstone Corporate Recovery, LLC, ("Capstone"), and I am duly authorized to make this affidavit on behalf of Capstone.  Capstone provides financial consulting services for restructuring matters and has its principal office at Park 80 West Plaza I, Saddle Brook, New Jersey.  Capstone has provided financial consulting services to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

2. This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of Capstone's Second Quarterly application for compensation for services and for reimbursement of expenses for services rendered during the period from April 1, 2004 through June 30, 2004 in the aggregate amount of $203,335.61, of which $203,335.61 has not yet been paid.

3. All services for which compensation is requested by Capstone were professional services performed for and on behalf of the Committee from April 1, 2004 through and including June 30, 2004 and not on behalf of any other person.

4. In accordance with Title 18 U.S.C. Section 155, neither I nor any employee of my firm has entered into any agreement, express or implied, with any other party-in-interest for the

purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5. In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any employee thereof, on the one hand, and any other person, on the other hand, for division of such compensation as my firm may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me or any employee of my firm.

EDWIN N. ORDWAY, JR.

Sworn to before me this
2nd day of August, 2004

Notary Public

**PATRICIA E. FOOSE**
**NOTARY** PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 6, 2008

2

**Exhibit II**

**Fee Application for the period**

**April 1, 2004 – April 30, 2004**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No. 01-01139 (JKF)
                                          (Jointly Administered)

            Debtors

THIRD INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004)

| | |
|---|---|
| Name of Applicant: | Capstone Corporate Recovery, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | April 1, 2004 through April 30, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $61,925.00): | $49,540.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $678.33 |

This is an:  _X_  interim  _____  final application

This is the Third Interim Application filed by Capstone Corporate Recovery, LLC. ("Capstone"). Capstone was retained instead of FTI Consulting, Inc. (a/k/a FTI Policano & Manzo) ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, by order of this Court dated June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for fee application preparation activities is approximately 78.8 hours and corresponding compensation requested is approximately $15,627.50. The total time expended includes preparation of Capstone's first and second fee applications. Additionally, the time spent on fee applications includes approximately 24.1 hours for preparation of a fee application for the period February through March 2004 on behalf of FTI.

Disclosure for the current period is as follows:

THIRD INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
|  |  |  |  |  |
| June 12, 2004 | April, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |

2

THIRD INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004)

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

3

# W.R. Grace & Co.

**Capstone Corporate Recovery, LLC**

**Summary of Fees by Professional**

**For the Period 4/1/04 through 4/30/04**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $495 | 11.10 | $5,494.50 |
| S. Cunningham | Member | $475 | 65.25 | $30,993.75 |
| C. Troyer | Consultant | $375 | 18.25 | $6,843.75 |
| J. Rooney | Consultant | $375 | 6.10 | $2,287.50 |
| L. Hamilton | Consultant | $335 | 5.80 | $1,943.00 |
| T. Sell | Consultant | $275 | 40.80 | $11,220.00 |
| M. DeSalvio | Research | $150 | 0.50 | $75.00 |
| M. Hakoun | Research | $150 | 4.50 | $675.00 |
| N. Backer | Paraprofessional | $75 | 31.90 | $2,392.50 |
| **For the Period 4/1/04 through 4/30/04** | | | **184.20** | **$61,925.00** |

# W.R. Grace & Co.

**Capstone Corporate Recovery, LLC**

**Summary of Fees by Task Code**

**For the Period 4/1/2004 through 4/30/2004**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, we drafted e-mail to Debtors regarding claims analysis. | 0.40 | $150.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant attended meetings to discuss various case issues with members of the Committee. | 6.95 | $2,990.25 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant prepared a compensation analysis. | 0.90 | $427.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Applications for itself and on behalf of FTI Consulting, Inc. | 78.80 | $15,627.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed February financial results and prepared a report to the Committee thereon. | 28.05 | $12,717.75 |
| 11. Financial Analysis - Other | During the Fee Application period, the Applicant analyzed the court docket for pertinent case information, including recusal motion information. Additionally, Capstone analyzed financial data for other asbestos bankrupcy cases. | 44.05 | $19,590.50 |
| 18. Retention of Professionals | During the Fee Application Period, the Applicant read, analyzed and prepared a response to the UST with respect to the Capstone retention application. | 0.60 | $201.00 |
| 20. Valuation | During the Fee Application period, the Applicant spent time updating a hypothetical recovery analysis for new claims information. | 17.95 | $7,606.50 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed recent asbestos claims information. | 6.50 | $2,614.00 |
| **For the Period 4/1/2004 through 4/30/2004** | | **184.20** | **$61,925.00** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Detailed Time Description by Task Code
## For the Period 4/1/2004 through 4/30/2004

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **03. Claims Analysis & Valuation** | | | |
| 4/21/2004 | C. Troyer | 0.40 | Drafted e-mail to Debtors regarding claims analysis. |
| Subtotal | | 0.40 | |
| **04. Creditor Committee Matters** | | | |
| 4/1/2004 | E. Ordway | 0.40 | Called Committee member to discuss Capstone business plan report. |
| 4/1/2004 | E. Ordway | 1.40 | Read and analyzed memorandum proposed by counsel regarding recent motion. |
| 4/12/2004 | C. Troyer | 0.25 | Coordinated the scheduling of Committee conference call. |
| 4/12/2004 | E. Ordway | 0.80 | Read emails from counsel. |
| 4/22/2004 | C. Troyer | 1.50 | Prepared for 4/23 Committee conference call. |
| 4/23/2004 | C. Troyer | 1.50 | Met with Committee chair and participated in a Committee conference call. |
| 4/23/2004 | E. Ordway | 0.30 | Called Committee member to discuss valuation analysis. |
| 4/26/2004 | E. Ordway | 0.30 | Called Committee member to discuss valuation analysis. |
| 4/26/2004 | C. Troyer | 0.50 | Discussed the hypothetical recovery analysis with Committee member. |
| Subtotal | | 6.95 | |
| **05. Employee Matters/KERP/Other** | | | |
| 4/1/2004 | S. Cunningham | 0.90 | Prepared analysis of future cash pension adjustments. |
| Subtotal | | 0.90 | |
| **07. Fee Applications & Invoices** | | | |
| 4/8/2004 | N. Backer | 6.00 | Processed fee application for February and began same for March. |
| 4/13/2004 | N. Backer | 5.00 | Processed February and March fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 4/14/2004 | L. Hamilton | 1.70 | Prepared February fee application. |
| 4/14/2004 | N. Backer | 6.00 | Processed February and March fee application. |
| 4/15/2004 | N. Backer | 2.80 | Processed fee application on behalf of FTI. |
| 4/15/2004 | N. Backer | 3.00 | Processed fee application on behalf of FTI. |
| 4/19/2004 | T. Sell | 2.10 | Prepared expense data for February Fee Application. |
| 4/19/2004 | T. Sell | 2.40 | Prepared time description data for inclusion in February fee applications. |
| 4/19/2004 | T. Sell | 2.20 | Prepare time detail data for March fee application. |
| 4/19/2004 | T. Sell | 1.80 | Prepared expense data for March fee application. |
| 4/19/2004 | N. Backer | 2.00 | Processed February and March fee application. |
| 4/20/2004 | T. Sell | 4.50 | Prepared time detail database for fee applications. |
| 4/20/2004 | T. Sell | 2.20 | Prepared expense detail database to produce expense schedules for fee applications. |
| 4/20/2004 | E. Ordway | 0.20 | Prepared fee application. |
| 4/20/2004 | N. Backer | 1.00 | Processed February and March fee application. |
| 4/20/2004 | L. Hamilton | 1.00 | Prepared fee applications for February and March. |
| 4/21/2004 | T. Sell | 2.20 | Prepared February expense detail schedule for FTI. |
| 4/21/2004 | T. Sell | 0.90 | Prepared draft of Capstone fee application narrative including excel schedules. |
| 4/21/2004 | T. Sell | 2.80 | Prepared February time detail schedules for FTI. |
| 4/21/2004 | T. Sell | 1.10 | Edited Capstone time detail schedules. |
| 4/22/2004 | L. Hamilton | 1.00 | Prepared information for fee applications. |
| 4/22/2004 | M. DeSalvio | 0.50 | Retrieved fee application submitted to court from Stroock Stroock & Lavan. |
| 4/22/2004 | T. Sell | 3.00 | Revised the FTI February/March fee application schedules. |
| 4/22/2004 | T. Sell | 2.60 | Revised Capstone's February fee application schedules. |
| 4/23/2004 | T. Sell | 3.10 | Prepared Capstone February fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/23/2004 | T. Sell | 2.80 | Prepared FTI February/March fee application. |
| 4/26/2004 | L. Hamilton | 1.50 | Read and edited February and March fee applications for FTI. |
| 4/26/2004 | T. Sell | 4.00 | Prepared fee applications for FTI for both February and March. |
| 4/26/2004 | T. Sell | 3.10 | Prepared Fee applications for Capstone for both February and March. |
| 4/27/2004 | N. Backer | 1.00 | Processed fee application on behalf of FTI. |
| 4/27/2004 | N. Backer | 1.10 | Processed February and March fee application. |
| 4/29/2004 | N. Backer | 0.90 | Processed February and March fee application. |
| 4/29/2004 | N. Backer | 1.00 | Processed fee application on behalf of FTI. |
| 4/30/2004 | N. Backer | 1.00 | Processed February and March fee application. |
| 4/30/2004 | E. Ordway | 0.20 | Prepared fee application. |
| 4/30/2004 | N. Backer | 1.10 | Processed February and March fee application. |
| Subtotal | | 78.80 | |

## 08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/2/2004 | S. Cunningham | 2.75 | Reviewed February financial statements received from Company. |
| 4/2/2004 | S. Cunningham | 0.75 | Prepared analysis of February financial results versus prior year. |
| 4/2/2004 | E. Ordway | 0.70 | Read and analyzed February financial data and prepared lists of items for staff to investigate/analyze. |
| 4/2/2004 | C. Troyer | 4.00 | Analyzed Debtors' February financial package. |
| 4/5/2004 | E. Ordway | 0.60 | Prepared/edited monthly monitoring report. |
| 4/5/2004 | S. Cunningham | 4.50 | Prepared analysis and draft report for Committee regarding February financial results. |
| 4/6/2004 | E. Ordway | 1.10 | Prepared/edited revised valuation report. |
| 4/6/2004 | S. Cunningham | 3.50 | Prepared and analysis and draft report for Committee regarding February financial results. |
| 4/7/2004 | S. Cunningham | 4.00 | Prepared and analysis and draft report for Committee regarding February financial results. |
| 4/7/2004 | C. Troyer | 2.00 | Distributed Debtors' February 2004 financial package to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 4/8/2004 | S. Cunningham | 2.25 | Finalized report to Committee regarding February results. |
| 4/9/2004 | S. Cunningham | 1.00 | Prepared final edits and comments regarding February results. |
| 4/19/2004 | E. Ordway | 0.30 | Read Debtors' 1st Quarter press release. |
| 4/20/2004 | C. Troyer | 0.60 | Read and analyzed the Debtors' 1st quarter press release. |
| Subtotal | | 28.05 | |

| 11. Financial Analysis - Other | | | |
|------|--------------|-------|---------------------------|
| 4/1/2004 | S. Cunningham | 1.10 | Updated Debt Capacity analysis. |
| 4/9/2004 | S. Cunningham | 1.40 | Read and analyzed Recusal arguments and related information. |
| 4/9/2004 | M. Hakoun | 1.50 | Researched M&A activity over the past 24 months in the specialty chemicals sector. |
| 4/13/2004 | J. Rooney | 3.40 | Read and analyzed filed motions. |
| 4/14/2004 | S. Cunningham | 8.80 | Prepared financial analysis of results of operations of other Asbestos related bankruptcies. |
| 4/15/2004 | S. Cunningham | 5.00 | Prepared financial analysis of results of operations of Asbestos related bankruptcies entities. |
| 4/16/2004 | S. Cunningham | 3.70 | Prepared analysis of comparable valuations, asbestos liabilities booked versus claimed, etc. |
| 4/16/2004 | S. Cunningham | 1.30 | Read and analyzed proposed disclosure statements of recent Asbestos bankruptcies. |
| 4/19/2004 | S. Cunningham | 1.50 | Prepared and reviewed proposed disclosure statements of recent asbestos bankruptcies. |
| 4/20/2004 | M. Hakoun | 0.75 | Read and analyzed first quarter earnings release and compared actual results to forecast. |
| 4/20/2004 | J. Rooney | 1.60 | Read and analyzed motions included in the 4/26 court agenda. |
| 4/22/2004 | J. Rooney | 1.10 | Read and analyzed latest motions added to the court docket. |
| 4/22/2004 | S. Cunningham | 1.50 | Prepared and reviewed proposed disclosure statements of recent asbestos bankruptcies. |
| 4/23/2004 | S. Cunningham | 3.50 | Prepared and reviewed proposed disclosure statements of recent asbestos bankruptcies. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 4/26/2004 | S. Cunningham | 2.50 | Prepared and reviewed proposed disclosure statements of recent asbestos bankruptcies. |
| 4/27/2004 | S. Cunningham | 2.50 | Prepared and reviewed proposed disclosure statements of recent asbestos bankruptcies. |
| 4/28/2004 | E. Ordway | 0.40 | Read motion regarding claims representative. |
| 4/28/2004 | S. Cunningham | 2.50 | Prepared and reviewed proposed disclosure statements of recent asbestos bankruptcies. |
| Subtotal | | 44.05 | |

**18. Retention of Professionals**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 4/12/2004 | L. Hamilton | 0.10 | Discussed UST objection to retention filing with FTI tax department. |
| 4/12/2004 | L. Hamilton | 0.50 | Discussed UST objection to retention filing with counsel. |
| Subtotal | | 0.60 | |

**20. Valuation**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 4/1/2004 | C. Troyer | 1.60 | Updated report to the Committee on the hypothetical recovery analysis. |
| 4/1/2004 | C. Troyer | 5.90 | Updated hypothetical recovery analysis. |
| 4/1/2004 | S. Cunningham | 2.50 | Updated hypothetical recovery scenarios. |
| 4/8/2004 | S. Cunningham | 1.00 | Prepared information request regarding valuation on business unit basis. |
| 4/9/2004 | E. Ordway | 1.60 | Prepared/edited revised valuation report. |
| 4/19/2004 | E. Ordway | 0.60 | Updated valuation data to consider comp data. |
| 4/20/2004 | M. Hakoun | 0.75 | Prepared quarter ended and 12-months ended March 31, 2004 operating analysis and enterprise valuation. |
| 4/21/2004 | E. Ordway | 1.50 | Updated recovery analyzed to consider various claim levels. |
| 4/25/2004 | S. Cunningham | 2.50 | Updated Hypothetical recovery analysis and assumptions. |
| Subtotal | | 17.95 | |

**28. Special Case Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 4/9/2004 | S. Cunningham | 1.10 | Read and analyzed update information regarding Asbestos legislation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/12/2004 | M. Hakoun | 0.75 | Researched and analyzed proposed asbestos bill. |
| 4/13/2004 | S. Cunningham | 2.00 | Read and analyzed disclosure and bankruptcy activity regarding selected asbestos filings. |
| 4/14/2004 | S. Cunningham | 0.40 | Read and analyzed update from Navigant regarding Asbestos legislation. |
| 4/14/2004 | S. Cunningham | 0.80 | Updated analysis and information regarding range of cost per ailment, etc. |
| 4/20/2004 | E. Ordway | 0.30 | Read counsel's memo regarding asbestos legislation update. |
| 4/20/2004 | E. Ordway | 0.40 | Read Navigant report on asbestos legislation. |
| 4/21/2004 | M. Hakoun | 0.75 | Read and analyzed developments in the asbestos bill legislation and proposed trust fund amounts. |
| Subtotal | | 6.50 | |
| **Total Hours** | | **184.20** | |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Expense Detail
## For the Period 4/1/2004 through 4/30/2004

| Expense Date | Professional | Amount |
|---|---|---|
| **Copies** | | |
| 4/30/2004 | CCR Direct Expenses | $36.80 |
| Subtotal - Copies | | $36.80 |
| **Faxes** | | |
| 4/30/2004 | CCR Direct Expenses | $15.00 |
| Subtotal - Faxes | | $15.00 |
| **Meals - Billable** | | |
| 4/23/2004 | S. Cunningham | $36.50 |
| Subtotal - Meals - Billable | | $36.50 |
| **Mileage** | | |
| 4/23/2004 | S. Cunningham | $18.75 |
| Subtotal - Mileage | | $18.75 |
| **Parking/Tolls** | | |
| 4/23/2004 | C. Troyer | $39.00 |
| 4/23/2004 | S. Cunningham | $29.00 |
| 4/23/2004 | S. Cunningham | $6.00 |
| Subtotal - Parking/Tolls | | $74.00 |
| **Research-Billable** | | |
| 4/1/2004 | M. Hakoun | $225.62 |
| 4/12/2004 | L. Hamilton | $7.63 |
| 4/30/2004 | M. Hakoun | $10.33 |
| Subtotal - Research-Billable | | $243.58 |
| **Telecom Charges- Billable** | | |

| Expense Date | Professional | Amount |
|---|---|---|
| 4/1/2004 | E. Ordway | $67.54 |
| 4/1/2004 | E. Ordway | $18.45 |
| 4/30/2004 | CCR Direct Expenses | $167.71 |
| Subtotal - Telecom Charges- Billable | | $253.70 |
| For the Period 4/1/2004 through 4/30/2004 | | $678.33 |

**Capstone Corporate Recovery, LLC**

**Invoice for the Third Interim Fee Application**

**Exhibit III**

**Fee Application for the period**

**May 1, 2004 – May 31, 2004**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------x

In re:                                      Chapter 11

W.R. GRACE & Co., et al.,                   Case No. 01-01139 (JKF)
                                            (Jointly Administered)

           Debtors

FOURTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004)

| | |
|---|---|
| Name of Applicant: | Capstone Corporate Recovery, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | May 1, 2004 through May 31, 2004 |

Amount of Compensation sought
as actual, reasonable and necessary (80% of $32,665.00):    $26,132.00
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):    $477.15
This is an: __X___ interim _____ final application

This is the Fourth Interim Application filed by Capstone Corporate Recovery, LLC.
("Capstone"). Capstone was retained instead of FTI Consulting, Inc. (a/k/a FTI Policano
& Manzo) ("FTI") as financial advisors to the Official Committee of Unsecured
Creditors, by order of this Court dated June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for fee application preparation activities is approximately 38.0
hours and corresponding compensation requested is approximately $7,998.00. The total
time expended includes preparation of Capstone's first, second, and third fee
applications. Additionally, the time spent on fee applications includes approximately 9.0
hours for preparation of a fee application for the period of February and March 2004 on
behalf of FTI.

Disclosure for the current period is as follows:

FOURTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $687.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |

2

FOURTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004)

**ATTACHMENT B
TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.

**Capstone Corporate Recovery, LLC**
**Summary of Fees by Professional**
**For the Period 5/1/04 through 5/31/04**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $495 | 4.60 | $2,277.00 |
| S. Cunningham | Member | $475 | 30.40 | $14,440.00 |
| C. Troyer | Consultant | $375 | 19.00 | $7,125.00 |
| L. Hamilton | Consultant | $335 | 9.80 | $3,283.00 |
| T. Sell | Consultant | $275 | 13.00 | $3,575.00 |
| M. Hakoun | Research | $150 | 5.50 | $825.00 |
| N. Backer | Paraprofessional | $75 | 15.20 | $1,140.00 |
| **For the Period 5/1/04 through 5/31/04** | | | **97.50** | **$32,665.00** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code by Professional
## For the Period 5/1/04 through 5/31/04

| Professional | Hours | Fees |
|---|---|---|
| **04. Creditor Committee Matters** | | |
| E. Ordway | 0.30 | $148.50 |
| S. Cunningham | 0.30 | $142.50 |
| | 0.60 | $291.00 |
| **07. Fee Applications & Invoices** | | |
| L. Hamilton | 9.80 | $3,283.00 |
| T. Sell | 13.00 | $3,575.00 |
| N. Backer | 15.20 | $1,140.00 |
| | 38.00 | $7,998.00 |
| **08. Financial Analysis - Schedules & Statements** | | |
| E. Ordway | 2.10 | $1,039.50 |
| S. Cunningham | 21.10 | $10,022.50 |
| C. Troyer | 13.50 | $5,062.50 |
| | 36.70 | $16,124.50 |
| **11. Financial Analysis - Other** | | |
| E. Ordway | 1.90 | $940.50 |
| S. Cunningham | 3.50 | $1,662.50 |
| C. Troyer | 1.00 | $375.00 |
| M. Hakoun | 1.00 | $150.00 |
| | 7.40 | $3,128.00 |
| **21. Research** | | |
| M. Hakoun | 4.50 | $675.00 |
| | 4.50 | $675.00 |
| **26. Meetings with Debtors** | | |

| Professional | Hours | Fees |
|---|---|---|
| S. Cunningham | 4.00 | $1,900.00 |
| C. Troyer | 4.50 | $1,687.50 |
| | 8.50 | $3,587.50 |
| 28. Special Case Issues | | |
| E. Ordway | 0.30 | $148.50 |
| S. Cunningham | 1.50 | $712.50 |
| | 1.80 | $861.00 |
| **For the Period 5/1/04 through 5/31/04** | 97.50 | $32,665.00 |

# W.R. Grace & Co.

**Capstone Corporate Recovery, LLC**

**Detailed Time Description by Task Code**

**For the Period 5/1/04 through 5/31/04**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **04. Creditor Committee Matters** | | | |
| 5/27/2004 | E. Ordway | 0.30 | Discussed proposal acquisition with Committee member. |
| 5/28/2004 | S. Cunningham | 0.30 | Updated Committee Chair on potential acquisition. |
| Subtotal | | 0.60 | |
| **07. Fee Applications & Invoices** | | | |
| 5/3/2004 | T. Sell | 3.00 | Prepared fee applications on behalf on FTI. |
| 5/3/2004 | N. Backer | 3.00 | Prepared fee applications on behalf on FTI. |
| 5/4/2004 | T. Sell | 3.00 | Prepared Capstone February and March fee applications. |
| 5/4/2004 | L. Hamilton | 3.20 | Prepared February fee application. |
| 5/5/2004 | L. Hamilton | 1.10 | Prepared February and March fee applications for Capstone. |
| 5/5/2004 | N. Backer | 2.00 | Prepared fee application for April. |
| 5/6/2004 | N. Backer | 1.00 | Continued to prepare fee application for April. |
| 5/6/2004 | L. Hamilton | 1.00 | Prepared February and March fee applications for Capstone. |
| 5/6/2004 | T. Sell | 3.00 | Finalized Capstone fee application. |
| 5/6/2004 | T. Sell | 3.00 | Finalized FTI fee application. |
| 5/7/2004 | L. Hamilton | 2.00 | Prepared/edited fee applications for Capstone. |
| 5/10/2004 | N. Backer | 1.00 | Continued to prepare fee application. |
| 5/11/2004 | L. Hamilton | 1.10 | Prepared February and March fee applications for Capstone. |
| 5/12/2004 | N. Backer | 1.50 | Continued preparing fee application. |
| 5/13/2004 | N. Backer | 0.70 | Prepared expenses for inclusion in April fee application. |
| 5/13/2004 | L. Hamilton | 1.40 | Prepared February/March fee applications for Capstone. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/27/2004 | N. Backer | 2.00 | Continued preparing fee application. |
| 5/27/2004 | N. Backer | 1.00 | Prepared expenses for inclusion in April fee application. |
| 5/28/2004 | N. Backer | 3.00 | Continued preparing fee application. |
| 5/28/2004 | T. Sell | 1.00 | Prepared the reconciliation of the April fee application. |
| Subtotal | | 38.00 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/5/2004 | S. Cunningham | 2.50 | Analyzed preliminary results of operation for first quarter FY 2004 versus prior year and plan. |
| 5/6/2004 | C. Troyer | 4.50 | Analyzed the discussion materials distributed by the Debtors' in advance of the conference call to discuss 1st quarter performance. |
| 5/6/2004 | E. Ordway | 0.90 | Read and analyzed Company's monthly financial data and prepared list of items for staff to further investigate. |
| 5/7/2004 | C. Troyer | 2.50 | Read and analyzed the Debtor's 1st quarter 10Q. |
| 5/10/2004 | S. Cunningham | 2.50 | Analyzed preliminary results of operation for first quarter FY 2004 versus prior year and plan. |
| 5/11/2004 | C. Troyer | 6.50 | Prepared schedules for inclusion in Committee report regarding 1st quarter performance. |
| 5/14/2004 | E. Ordway | 0.60 | Read and analyzed Company's 10Q. |
| 5/14/2004 | S. Cunningham | 3.00 | Analyzed results of 1st quarter performance versus plan and prior year. |
| 5/20/2004 | S. Cunningham | 5.00 | Prepared analysis of Q1 results versus plan and prior year. |
| 5/20/2004 | S. Cunningham | 2.40 | Analyzed Q1 financials. |
| 5/21/2004 | S. Cunningham | 2.00 | Analyzed Q1 financials. |
| 5/21/2004 | E. Ordway | 0.60 | Prepared/edited report to Committee regarding first quarter performance. |
| 5/24/2004 | S. Cunningham | 1.50 | Analyzed Q1 results of operations. |
| 5/28/2004 | S. Cunningham | 2.20 | Read and analyzed Q1 financials. |
| Subtotal | | 36.70 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/3/2004 | C. Troyer | 0.50 | Prepared an information request for valuation information. |
| 5/10/2004 | M. Hakoun | 1.00 | Read and analyzed Company 10Q filing. |
| 5/11/2004 | C. Troyer | 0.50 | Read and analyzed materials distributed by the Debtors regarding an organizational restructuring. |
| 5/12/2004 | E. Ordway | 0.90 | Read and analyzed Debtor's restructuring proposal and prepared list of items for staff to investigate. |
| 5/21/2004 | E. Ordway | 0.80 | Read and analyzed documents relating to recusal order. |
| 5/24/2004 | S. Cunningham | 2.00 | Read and analyzed various responses and issues related to Judge Wolin recusal. |
| 5/25/2004 | E. Ordway | 0.20 | Reviewed/added to information request list provided to Blackstone. |
| 5/26/2004 | S. Cunningham | 1.50 | Prepared information request schedule in preparation meeting with Debtors' advisor, Blackstone, to review acquisition and liabilities subject to compromise data. |
| Subtotal | | 7.40 | |

**21. Research**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/3/2004 | M. Hakoun | 0.50 | Gathered fee applications filed in the W.R. Grace Bankruptcy case. |
| 5/19/2004 | M. Hakoun | 0.40 | Gathered selected fee applications from U.S. Bankruptcy Court. |
| 5/20/2004 | M. Hakoun | 0.80 | Read and analyzed commentary surrounding Wolin's recusal, including Wolin's personal statement on recusal. |
| 5/20/2004 | M. Hakoun | 0.40 | Read and analyzed company presentation by CEO, "Operating Successfully While Managing Legacy Liabilities." |
| 5/24/2004 | M. Hakoun | 1.20 | Researched and analyzed developments in the asbestos arena with regards to Judge Wolin's recusal. |
| 5/24/2004 | M. Hakoun | 1.20 | Reviewed analyst and industry experts commentary on Wolin recusal. |
| Subtotal | | 4.50 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/11/2004 | C. Troyer | 1.00 | Participated in a conference call with the Debtors' to discuss first quarter performance. |
| 5/27/2004 | C. Troyer | 1.00 | Prepared discussion materials for meeting with the Debtors' advisors. |
| 5/27/2004 | C. Troyer | 2.50 | Met with the Debtor's advisors. |

**Capstone Corporate Recovery, LLC**
**Invoice for the Fourth Interim Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/27/2004 | S. Cunningham | 1.50 | Prepared issue list for meeting with Company regarding plan issues/timing. |
| 5/27/2004 | S. Cunningham | 2.50 | Met with advisors to Debtors to discuss plan issues. |
| Subtotal | | 8.50 | |

| 28. Special Case Issues | | | |
|------|-------------|-------|---------------------------|
| 5/5/2004 | S. Cunningham | 1.00 | Read and analyzed various updates regarding Asbestos legislation received from counsel and other sources. |
| 5/10/2004 | E. Ordway | 0.30 | Read information regarding update on Asbestos litigation provided by counsel. |
| 5/14/2004 | S. Cunningham | 0.50 | Read and analyzed update to Asbestos litigation. |
| Subtotal | | 1.80 | |

| Total Hours | | 97.50 | |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Expense Detail
## For the Period 5/1/04 through 5/31/04

| Expense Date | Professional | Amount |
|---|---|---|
| **Copies** | | |
| 5/31/2004 | Copies - May ( 522 photocopies @ .15 ea) | $78.30 |
| 5/31/2004 | Copies - April ( 87 photocopies @ .15 ea.) | $13.05 |
| Subtotal - Copies | | $91.35 |
| **Mileage** | | |
| 5/27/2004 | S. Cunningham - Blackstone Meeting | $11.25 |
| Subtotal - Mileage | | $11.25 |
| **Parking/Tolls** | | |
| 5/1/2004 | E. Ordway - Parking 3/24 | $41.00 |
| 5/1/2004 | E. Ordway - Parking 3/31 | $27.50 |
| 5/1/2004 | E. Ordway - Tolls 3/31 | $6.00 |
| 5/1/2004 | E. Ordway - Tolls 3/24 | $6.00 |
| 5/27/2004 | S. Cunningham - Blackstone Meeting | $32.00 |
| Subtotal - Parking/Tolls | | $112.50 |
| **Telecom Charges - Saddle Brook office** | | |
| 5/31/2004 | Telephone | $96.62 |
| Subtotal - Telecom Charges - Saddle Brook office | | $96.62 |
| **Telephone Charges** | | |
| 5/1/2004 | E. Ordway - Verizon Airfone 4/1 | $18.00 |
| 5/11/2004 | E. Ordway - Verizon 5/11/04 | $147.43 |
| Subtotal - Telephone Charges | | $165.43 |
| **For the Period 5/1/04 through 5/31/04** | | $477.15 |

**Exhibit IV**

**Fee Application for the period**

**June 1, 2004 – June 30, 2004**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No. 01-01139 (JKF)
                                          (Jointly Administered)

          Debtors

FIFTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004)

Name of Applicant:                        Capstone Corporate Recovery, LLC

Authorized to Provide Professional Services to:    The Official Committee of
                                                   Unsecured Creditors

Date of Retention:                        June 8, 2004 (nunc pro tunc
                                          to February 4, 2004)

Period for which compensation and         June 1, 2004 through
reimbursement is sought:                  June 30, 2004

Amount of Compensation sought
as actual, reasonable and necessary (80% of $106,470.50): $85,176.40
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):        $1,119.63
This is an: __X___ interim _____ final application

This is the Fifth Interim Application filed by Capstone Corporate Recovery, LLC.
("Capstone"). Capstone was retained instead of FTI Consulting, Inc. (a/k/a FTI Policano
& Manzo) ("FTI") as financial advisors to the Official Committee of Unsecured
Creditors, by order of this Court dated June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for fee application preparation activities is approximately 35.50
hours and corresponding compensation requested is approximately $7,314.50
Disclosure for the current period is as follows:

FIFTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |

FIFTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

3

# W.R. Grace & Co.

**Capstone Corporate Recovery, LLC**

**Summary of Fees by Professional**

**For the Period 6/1/04 through 6/30/04**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $495 | 6.80 | $3,366.00 |
| S. Cunningham | Member | $475 | 95.50 | $45,362.50 |
| C. Troyer | Consultant | $375 | 64.40 | $24,150.00 |
| J. Surdoval | Consultant | $375 | 60.00 | $22,500.00 |
| L. Hamilton | Consultant | $335 | 19.70 | $6,599.50 |
| T. Sell | Consultant | $275 | 0.90 | $247.50 |
| M. Desalvio | Research | $150 | 0.50 | $75.00 |
| M. Hakoun | Research | $150 | 19.10 | $2,865.00 |
| N. Backer | Paraprofessional | $75 | 17.40 | $1,305.00 |
| **For the Period 6/1/04 through 6/30/04** | | | **284.30** | **$106,470.50** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code
## For the Period 6/1/2004 through 6/30/2004

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisitions | During the Fee Application period, the Applicant read and analyzed information provided by the Debtors regarding several proposed acquisitions. The Applicant prepared reports to the Committee thereon. | 131.40 | $55,521.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee, including potential acquisitions, operating performance, and status of bankruptcy POR negotiations. | 6.90 | $2,885.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Applications and related materials for itself and on behalf of FTI Consulting, Inc. | 35.50 | $7,314.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed Q1 2004 financial results and prepared a report to the Committee thereon. | 67.30 | $27,269.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed peer group information. Applicant also read and analyzed various motions and related materials. Additionally, patent infringement, intercompany and other issues were analyzed. | 23.00 | $7,078.50 |
| 21. Research | During the Fee Application period, the Applicant analyzed court dockets for pertinent case information. | 2.00 | $300.00 |
| 26. Meetings with Debtors | During the Fee Application Period, we met with the Debtors' advisors and participated in calls with the Debtors regarding patent infringement, an intercompany note, acquisitions and other issues. | 12.10 | $5,117.50 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed recent asbestos legislation information. | 6.10 | $984.00 |
| **For the Period 6/1/2004 through 6/30/2004** | | **284.30** | **$106,470.50** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code by Professional
## For the Period 6/1/2004 through 6/30/2004

| Professional | Hours | Fees |
|---|---|---|
| **01. Asset Acquisitions** | | |
| E. Ordway | 1.80 | $891.00 |
| S. Cunningham | 61.30 | $29,117.50 |
| J. Surdoval | 52.00 | $19,500.00 |
| C. Troyer | 13.80 | $5,175.00 |
| L. Hamilton | 2.50 | $837.50 |
| | 131.40 | $55,521.00 |
| **04. Creditor Committee Matters** | | |
| E. Ordway | 0.40 | $198.00 |
| S. Cunningham | 2.50 | $1,187.50 |
| J. Surdoval | 4.00 | $1,500.00 |
| | 6.90 | $2,885.50 |
| **07. Fee Applications & Invoices** | | |
| L. Hamilton | 17.20 | $5,762.00 |
| T. Sell | 0.90 | $247.50 |
| N. Backer | 17.40 | $1,305.00 |
| | 35.50 | $7,314.50 |
| **08. Financial Analysis - Schedules & Statements** | | |
| E. Ordway | 1.60 | $792.00 |
| S. Cunningham | 18.40 | $8,740.00 |
| C. Troyer | 47.30 | $17,737.50 |
| | 67.30 | $27,269.50 |
| **11. Financial Analysis - Other** | | |
| E. Ordway | 2.80 | $1,386.00 |

| Professional | Hours | Fees |
|---|---|---|
| S. Cunningham | 7.50 | $3,562.50 |
| J. Surdoval | 1.00 | $375.00 |
| M. Hakoun | 11.70 | $1,755.00 |
| | 23.00 | $7,078.50 |
| **21. Research** | | |
| M. Desalvio | 0.50 | $75.00 |
| M. Hakoun | 1.50 | $225.00 |
| | 2.00 | $300.00 |
| **26. Meetings with Debtors** | | |
| S. Cunningham | 5.80 | $2,755.00 |
| C. Troyer | 3.30 | $1,237.50 |
| J. Surdoval | 3.00 | $1,125.00 |
| | 12.10 | $5,117.50 |
| **28. Special Case Issues** | | |
| E. Ordway | 0.20 | $99.00 |
| M. Hakoun | 5.90 | $885.00 |
| | 6.10 | $984.00 |
| **For the Period 6/1/2004 through 6/30/2004** | 284.30 | $106,470.50 |

# W.R. Grace & Co.

## Capstone Corporate Recovery, LLC

## Detailed Time Description by Task Code

## For the Period 6/1/2004 through 6/30/2004

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisitions** | | | |
| 6/2/2004 | C. Troyer | 2.30 | Read and analyzed discussion materials prepared by the Debtors on a proposed acquisition. |
| 6/2/2004 | E. Ordway | 0.40 | Read and analyzed data regarding proposed acquisition. |
| 6/3/2004 | S. Cunningham | 1.60 | Read and analyzed data to be included in Committee issues update including Project Caesar, etc. |
| 6/4/2004 | E. Ordway | 0.50 | Continued to analyze proposed acquisition data and summarized issues for staff to further investigate. |
| 6/7/2004 | S. Cunningham | 5.20 | Read and analyzed information pertaining to Project Caesar acquisition. |
| 6/8/2004 | J. Surdoval | 5.00 | Analyzed information and prepared draft of Project Caesar report to the Committee. |
| 6/9/2004 | J. Surdoval | 6.00 | Analyzed information and prepared draft of Project Caesar report to the Committee. |
| 6/10/2004 | J. Surdoval | 5.00 | Analyzed information and prepared draft of Project Caesar report to the Committee. |
| 6/10/2004 | E. Ordway | 0.20 | Revised and edited report regarding proposed acquisition. |
| 6/10/2004 | S. Cunningham | 4.40 | Read and analyzed information pertaining to Project Caesar acquisition. |
| 6/11/2004 | C. Troyer | 3.50 | Analyzed comparable company valuation multiples as part of our analysis of the proposed Alltech acquisition. |
| 6/11/2004 | J. Surdoval | 3.00 | Analyzed information and prepared draft of Project Caesar report to the Committee. |
| 6/14/2004 | C. Troyer | 1.50 | Performed a comparable company valuation analysis for the proposed Alltech acquisition. |
| 6/14/2004 | J. Surdoval | 0.50 | Analyzed information and prepared draft of Project Caesar report to the Committee. |
| 6/15/2004 | S. Cunningham | 5.20 | Prepared analysis of Caesar acquisition. |
| 6/15/2004 | J. Surdoval | 1.00 | Analyzed information and prepared draft of Project Caesar report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/16/2004 | J. Surdoval | 4.00 | Analyzed information and prepared draft of Project Caesar report to the Committee. |
| 6/16/2004 | C. Troyer | 4.00 | Finalized comparable company valuation analysis regarding the proposed Alltech acquisition. |
| 6/16/2004 | S. Cunningham | 4.80 | Prepared analysis of Caesar acquisition. |
| 6/17/2004 | C. Troyer | 0.50 | Drafted section of report evaluating the proposed Alltech acquisition. |
| 6/18/2004 | C. Troyer | 2.00 | Prepared a summary of historical bolt-on acquisitions and related key deal terms. |
| 6/18/2004 | J. Surdoval | 6.00 | Analyzed information and prepared draft of Project Caesar report to the Committee. |
| 6/21/2004 | S. Cunningham | 3.10 | Prepared and edited draft report to Committee regarding Alltech acquisition. |
| 6/21/2004 | J. Surdoval | 1.50 | Analyzed information and prepared draft of Project Caesar report to the Committee. |
| 6/21/2004 | S. Cunningham | 3.90 | Prepared analysis of Alltech acquisition. |
| 6/21/2004 | L. Hamilton | 1.20 | Read and edited report regarding Caesar acquisition. |
| 6/21/2004 | L. Hamilton | 1.30 | Prepared updates to acquisition summary. |
| 6/22/2004 | S. Cunningham | 3.50 | Prepared and edited draft report to Committee regarding Alltech acquisition. |
| 6/22/2004 | J. Surdoval | 2.00 | Read and analyzed additional materials received from Debtors regarding Project Caesar. |
| 6/23/2004 | E. Ordway | 0.70 | Investigated tangible property valuation issues related to possible acquisition. |
| 6/23/2004 | S. Cunningham | 3.80 | Prepared analyses of Project Rudy and Hamlet acquisitions. |
| 6/24/2004 | S. Cunningham | 2.10 | Read and analyzed purchase and sale agreement related to Alltech acquisition. |
| 6/24/2004 | S. Cunningham | 2.50 | Prepared analysis and report to the Committee regarding Project Rudy and Project Hamlet. |
| 6/24/2004 | J. Surdoval | 6.00 | Analyzed information and prepared draft of Project Caesar report to the Committee. |
| 6/24/2004 | S. Cunningham | 2.80 | Prepared analysis of Alltech acquisition. |
| 6/25/2004 | S. Cunningham | 3.90 | Read and analyzed disclosure schedules and Purchase and Sale Agreement related to acquisition of Alltech. |
| 6/25/2004 | J. Surdoval | 2.50 | Participated in conference calls with counsel and Debtors regarding Project Caesar. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/3/2004 | S. Cunningham | 2.40 | Prepared analysis of Q1 financial results versus plan and prior year. |
| 6/3/2004 | C. Troyer | 7.00 | Prepared supporting schedules for inclusion in the 1st quarter report to the Committee. |
| 6/4/2004 | C. Troyer | 1.50 | Drafted the report to the Committee on 1st quarter performance. |
| 6/4/2004 | E. Ordway | 0.60 | Prepared and edited monitoring report for Committee. |
| 6/7/2004 | E. Ordway | 0.40 | Revised monitoring report for Committee. |
| 6/7/2004 | C. Troyer | 6.00 | Drafted the 1st quarter report to the Committee. |
| 6/8/2004 | C. Troyer | 7.50 | Drafted the 1st quarter report to the Committee. |
| 6/9/2004 | C. Troyer | 7.00 | Drafted the 1st quarter report to the Committee. |
| 6/10/2004 | S. Cunningham | 4.50 | Read and analyzed first quarter financial information provided by Debtors. |
| 6/10/2004 | C. Troyer | 9.00 | Drafted the 1st quarter report to the Committee. |
| 6/11/2004 | S. Cunningham | 3.00 | Read and analyzed first quarter financial information provided by Debtors. |
| 6/13/2004 | S. Cunningham | 2.20 | Read and analyzed financial statements and prepared draft report of Q1 results for the Committee. |
| 6/14/2004 | S. Cunningham | 2.30 | Read and analyzed financial statements and prepared draft report of Q1 results for the Committee. |
| 6/15/2004 | E. Ordway | 0.60 | Updated monitoring report based on recent data provided by Debtor. |
| 6/15/2004 | C. Troyer | 1.00 | Updated 1st quarter report based on discussions with the Debtors. |
| 6/17/2004 | S. Cunningham | 4.00 | Read and analyzed financial statements and prepared draft report of Q1 results for the Committee. |
| Subtotal | | 67.30 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/3/2004 | M. Hakoun | 2.30 | Researched peer group asbestos reserves, insurance limitations and environmental issues. |
| 6/4/2004 | M. Hakoun | 2.50 | Prepared peer group analysis. |
| 6/7/2004 | M. Hakoun | 0.80 | Read and analyzed information regarding developments in USG bankruptcy, extension of recovery plan and appointment of mediator. |
| 6/7/2004 | M. Hakoun | 2.00 | Read and analyzed peer group companies quarterly statements as filed with the SEC for the first quarter 2004 period. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/9/2004 | M. Hakoun | 2.50 | Updated and completed peer group analysis for the trailing twelve months ended for the first quarter 2004, including details of asbestos reserves and environmental provisions. |
| 6/9/2004 | M. Hakoun | 0.20 | Continued to develop peer group analysis. |
| 6/14/2004 | E. Ordway | 0.90 | Read Sealed Air motions and memo prepared by counsel. |
| 6/22/2004 | E. Ordway | 1.40 | Read motions filed by Debtors regarding status reports from each Committee. |
| 6/22/2004 | M. Hakoun | 1.40 | Analyzed price fixing allegations in the chemical industry and potential impact on W.R. Grace's segment sales. |
| 6/23/2004 | S. Cunningham | 1.60 | Prepared analyses of impact of adverse claim regarding patent infringement lawsuit. |
| 6/24/2004 | S. Cunningham | 1.90 | Read and analyzed information related to damage calculation per patent infringement lawsuit. |
| 6/25/2004 | S. Cunningham | 2.20 | Researched and prepared analysis of royalty rates in various court cases. |
| 6/28/2004 | E. Ordway | 0.40 | Read and analyzed counsels' memo regarding alternative dispute resolution. |
| 6/29/2004 | E. Ordway | 0.10 | Read correspondence from counsel regarding Wolin. |
| 6/29/2004 | S. Cunningham | 1.80 | Updated analysis and issues regarding patent infringement. |
| 6/30/2004 | J. Surdoval | 1.00 | Read and analyzed intercompany loan agreement. |
| Subtotal | | 23.00 | |

**21. Research**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/1/2004 | M. Hakoun | 1.50 | Prepared database of case documents. |
| 6/30/2004 | M. Desalvio | 0.50 | Researched court for new case docket filings |
| Subtotal | | 2.00 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/3/2004 | C. Troyer | 1.00 | Discussed the proposed acquisition with the Debtors. |
| 6/3/2004 | S. Cunningham | 1.40 | Participated in call with Grace senior management regarding Project Caesar. |
| 6/4/2004 | C. Troyer | 1.00 | Discussed questions with the Debtors regarding the financial model supporting the proposed acquisition. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/9/2004 | C. Troyer | 1.00 | Participated in a conversation with the Debtors and their financial advisors to discuss questions on the proposed Alltech acquisition. |
| 6/15/2004 | C. Troyer | 0.30 | Discussed outstanding questions on 1st quarter performance with the Debtors. |
| 6/23/2004 | S. Cunningham | 0.60 | Participated in conference call with Debtors' counsel to discuss patent infringement lawsuit. |
| 6/24/2004 | S. Cunningham | 1.20 | Reviewed and discussed terms of intercompany note with the Debtors and counsel regarding Project Alltech. |
| 6/25/2004 | S. Cunningham | 0.80 | Reviewed and discussed with Debtors' and Debtors' advisor detail calculations supporting estimate of liability. |
| 6/28/2004 | J. Surdoval | 3.00 | Participated in conference calls with Debtors regarding Project Caesar. |
| 6/29/2004 | S. Cunningham | 1.80 | Reviewed and discussed open issues with counsel and Debtors regarding acquisition. |
| Subtotal | | 12.10 | |

### 28. Special Case Issues

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/7/2004 | M. Hakoun | 0.80 | Researched asbestos settlement proposals and insurance coverage by peer companies |
| 6/14/2004 | M. Hakoun | 1.30 | Researched recent developments regarding "The Five Asbestos Bankruptcies" and the appointment of new judges and other court personnel. |
| 6/23/2004 | M. Hakoun | 1.30 | Read and analyzed W.R. Grace analyst spreadsheet provided by Debtors and compared to 10Q filing. |
| 6/25/2004 | M. Hakoun | 0.40 | Analyzed developments in the Asbestos Bill / Fund and prepared summary thereof. |
| 6/25/2004 | M. Hakoun | 1.30 | Read and analyzed Asbestos Trust Plan proposed by Senate and summarized latest developments therein. |
| 6/28/2004 | M. Hakoun | 0.80 | Continued to read and analyze Asbestos Trust Plan proposed by Senate and summarize latest developments therein. |
| 6/29/2004 | E. Ordway | 0.20 | Read memo from counsel regarding Senate Trust fund proposal. |
| Subtotal | | 6.10 | |
| **Total Hours** | | **284.30** | |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Expense Detail
## For the Period 6/1/2004 through 6/30/2004

| Expense Date | Professional | Amount |
|---|---|---|
| **Copies** | | |
| 6/30/2004 | Copies (June 1101 @ .15 per page | $165.15 |
| Subtotal - Copies | | $165.15 |
| **Parking and Tolls** | | |
| 6/30/2004 | Troyer, C. - not submitted in March application | $39.00 |
| Subtotal - Parking and Tolls | | $39.00 |
| **Postage/FedEx** | | |
| 6/8/2004 | Troyer, C. | $27.36 |
| Subtotal - Postage/FedEx | | $27.36 |
| **Scans** | | |
| 6/30/2004 | Scans - 9 at $1.00 per page | $9.00 |
| Subtotal - Scans | | $9.00 |
| **Subscription Fees - Factiva** | | |
| 6/30/2004 | Hakoun, M. | $32.44 |
| Subtotal - Subscription Fees - Factiva | | $32.44 |
| **Subscription Fees - Mealey's** | | |
| 6/30/2004 | Hakoun, M. | $331.66 |
| Subtotal - Subscription Fees - Mealey's | | $331.66 |
| **Telecom Charges** | | |
| 6/1/2004 | Ordway, E. - ATT Wireless - 5/31/04 | $14.69 |
| 6/1/2004 | Ordway, E. - Verizon - 4/11/04 | $3.01 |
| 6/11/2004 | Ordway, E. - Verizon - 6/11/04 | $5.34 |
| 6/30/2004 | Telephone | $389.18 |

**Capstone Corporate Recovery, LLC**

**Invoice for the Fifth Interim Period Fee Application**

| Expense Date | Professional | Amount |
|---|---|---|
| 6/30/2004 | Ordway, E. | $69.90 |
| 6/30/2004 | Ordway, E. | $32.90 |
| Subtotal - Telecom Charges | | $515.02 |
| **For the Period 6/1/2004 through 6/30/2004** | | $1,119.63 |