**EXHIBIT 2**

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG040131**

| Expense Type | Amount |
|---|---:|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $390.05 |
| Postage/Shipping | $17.93 |
| Printing | $69.96 |
| **Total** | **$1,327.94** |

| Invoice | Client | Date | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|
| WRG040131 | WR Grace | 1/30/04 | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG040131 | WR Grace | 1/30/04 | BMC | $390.05 | Document Storage | 269 boxes |
| WRG040131 | WR Grace | 1/27/04 | Fed Ex | $17.93 | Postage/Shipping | Michelle Dalson Tracking ID 791132005060 |
| WRG040131 | WR Grace | 1/31/04 | BMC | $69.96 | Printing | document printing 1749 pages |

**TOTAL:** $1,327.94

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG040229**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $391.50 |
| Postage/Shipping | $18.64 |
| **Total** | **$1,260.14** |

| Invoice | Client | Date | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|
| WRG040229 | WR Grace | 2/2/04 | Fed Ex | $18.64 | Postage/Shipping | Barbara Kasser Tracking ID 790045297089 |
| WRG040229 | WR Grace | 2/27/04 | BMC | $391.50 | Document Storage | 270 boxes |
| WRG040229 | WR Grace | 2/29/04 | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |

**TOTAL:** $1,260.14



**bmc**
**Bankruptcy Management Corporation**
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 2/13/2004
**Invoice #:** 021-20040213-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | BMC Fee Applications MF 7800/7799/7802 | 188 / 19 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | Expedited Mail Handling | 3 Pieces @ $2.50 each | $7.50 |
| | | | | FedEx (at cost) | 3 Pieces @ $15.44 each | $46.32 |
| | | | Production | Copy | 564 Pieces @ $.15 each | $84.60 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Stuff/Mail | 3 Pieces @ $.10 each | $0.30 |

**Total Due:** $363.72

*Invoice Due Upon Receipt*

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG040331**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $391.50 |
| Postage/Shipping | $17.89 |
| Printing | $113.72 |
| **Total** | **$1,373.11** |

| Inv | Combo34 | Date | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|
| WRG040331 | WR Grace | 3/3/04 | Fed Ex | $17.89 | Postage/Shipping | Patricia Cuniff Tracking ID 791168110614 |
| WRG040331 | WR Grace | 3/31/04 | BMC | $391.50 | Document Storage | 270 boxes |
| WRG040331 | WR Grace | 3/31/04 | BMC | $113.72 | Printing | document printing 2843 pages |
| WRG040331 | WR Grace | 3/31/04 | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |

TOTAL: $1,373.11



**bmc**
**Bankruptcy Management Corporation**
6096 Upland Terrace S
Seattle, WA 98118
(206) 725-5405

WR Grace
INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice # 021-20040301-1 | 3/1/2004 | $30.88 |
| | Total | $30.88 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*