# EXHIBIT A



**Exhibit A**

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2003 THROUGH MARCH 31, 2003 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|------------|----------------|----------------|--------------------|--------------------|-------------------|---------------|
| 06/14/04 | 01/01/04 - 01/31/04 | $1,827.00 | $ 29.33 | $1,461.60 | $ 29.33 | $ 365.40 |
| 06/14/04 | 02/01/04 - 02/29/04 | $5,774.50 | $ 70.80 | $4,619.60 | $ 70.80 | $1,154.90 |
| 06/14/04 | 03/01/04 - 03/31/04 | $3,662.50 | $ 35.08 | $2,958.06 | $ 35.08 | $ 739.52 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---------------|--------|-------------|----------------------|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 8.60 | $3,741.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 14.20 | $7,523.00 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| | **Total** | **22.80** | **$11,264.00** |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|-------------|--------|
| Telephone | $ 27.32 |
| Copies – Matter 32 (Fee Applications) | $ 31.65 |
| Copies – Matter 46 (Tax Litigation) | $ 0 |
| Computer Database Research | $ 0 |
| Local Messenger | $ 0 |
| Federal Express/Overnight Messenger | $ 74.24 |
| Facsimile | $ 2.00 |
| Postage | $ 0 |
| Consultant | $ 0 |
| Duplication Supplies | $ 0 |
| Parking | $ 0 |
| Airfare | $ 0 |
| **Total** | **$ 135.21** |