# EXHIBIT B

## Exhibit B
January Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #5804 under Case No. 01-01139.  Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

Doc. #1430794 v.1-7/19/04 11:05 AM