# EXHIBIT E

STEPTOE & JOHNSON
Project Category Summary Report
Through 12th Interim Period
WR GRACE

| Category | 1st Qtr. (April, May, June 2001) | Cumulative 1st Qtr. (Through June, 2001[1]) | 2nd Qtr. (July, August, Sept. 2002) | Cumulative 2nd Qtr. (Through Sept., 2001) | 3rd Qtr. (Oct., Nov., Dec., 2001) | Cumulative 3rd Qtr. (Through Dec. 2001) | 4th Qtr. (Jan., Feb., Mar., 2002) | Cumulative 4th Qtr. (Through March, 2002) |
|---|---|---|---|---|---|---|---|---|
| Tax Litigation | 0 | 0 | $117,948.00 | $117,948.00 | $67,208.00 | $185,156 | $79,290 | $264,446.00 |
| Travel Non-Working | 0 | 0 | 13,310.00 | 13,310.00 | 0 | 13,310 | 3,640 | 16,950.00 |
| Fee Applications, Applicant (S&J Fees) | 0 | 0 | 1,995.00 | 1,995.00 | | 3,500 | 11,480 | 14,980.00 |
| Expenses | 0 | 0 | 7,109.29 | 7,109.29 | 966.72 | 8,076.01 | 8,274.48 | 16,350.49 |
| Total | | | $140,362.29 | $140,362.29 | 69,679.72 | $210,042.01 | $102,684.48 | $312,726.49 |

[1] Steptoe & Johnson LLP was only required to file applications with the Bankruptcy Court beginning July 1, 2001. See Order dated January 1, 2002, effective July 1, 2001.

EXHIBIT E

STEPTOE & JOHNSON
Project Category Summary Report
Through 12th Interim Period
WR GRACE
(Page 2)

| Category | 5th Qtr. April-June, 2002 | Cumulative (through June, 2002) | 6th Qtr. July-Sept. 2002 | Cumulative through Sept. 2002 | 7th Qtr. Oct-Dec. 2002 | Cumulative through Dec. 2002 | Cumulative through June 2003 |
|---|---|---|---|---|---|---|---|
| Tax Litigation | $93,410.00 | $357,856.00 | $48,312.50 | $406,168.50 | $64,025.00 | $470,193.50 | $602,253.00 |
| Travel Non-working | 0 | 16,950.00 | 0 | 16,950.00 | 0 | 16,950.00 | 22,098.00 |
| Fee applications, Applicant (S&J's fees) | 15,412.50 | 30,392.50 | 4,137.50 | 34,530.00 | 3,562.50 | 38,092.50 | 45,795.00 |
| Expenses | 7,433.20 | 23,783.69 | 5,416.67 | 29,200.36 | 1,382.34 | 30,582.70 | 36,910.86 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | $116,255.70 | $428,982.19 | $57,866.67 | $486,848.86 | $68,969.84 | $555,770.70 | $707,056.86 |

EXHIBIT E

Doc. #1370932 v.1-7/19/04 11:26 AM

EXHIBIT E

STEPTOE & JOHNSON
Project Category Summary Report
Through 12th Interim Period
WR GRACE
(Page 3)

| Category | 8th Qtr. Jan.-Mar 2003 | Cumulative through Mar. 2003 | 9th Qtr. April-June 2003 | Cumulative through June 2003 | 10 Qtr. July-Sept. 2003 | Cumulative through Sept. 2003 | 11th Qtr. Oct.-December 2003 | Cumulative through December 2003 | 12th Qtr. Jan-Mar, 2004 | Cumulative through March 2004 |
|---|---|---|---|---|---|---|---|---|---|---|
| Tax Litigation | $71,253.00 | $541,446.50 | $60,806.50 | $602,253.00 | $13,680.50 | $615,933.50 | $11,900 | $627,833.50 | $7,523.00 | $635,356.50 |
| Travel Non-working | 2,475.00 | 19,425.00 | 2,673.00 | 22,098.00 | 0 | 22,098.00 | 0 | 22,098.00 | 0 | 22,098.00 |
| Fee applications, Applicant (S&J's fees) | 5,016.50 | 43,109.00 | 2,686.00 | 45,795.00 | 6,289.50 | 52,084.50 | 4,779.50 | 56,864 | 3,741.00 | 60,605.00 |
| Expenses | 2,822.27 | 33,404.97 | 3,505.89 | 36,910.86 | 247.19 | 37,158.05 | 93.31 | 37,251.36 | 135.21 | 37,386.57 |
| Total | $81,566.77 | $637,385.47 | $69,671.39 | $707,056.86 | $20,217.19 | $727,274.05 | $16,772.81 | $744,046.86 | $11,399.21 | $755,446.07 |