# EXHIBIT C

W.R Grace & Company
One Town Center Road
Boca Raton, FL  33486

Invoice No.:  63287
Client:  19501
Matter:  77507

Attn.:  Robert H. Beber, Esq.,
       Executive Vice President
       & General Counsel

Date:  March 10, 1999

IN ACCOUNT WITH

# ROSENMAN & COLIN LLP

575 MADISON AVENUE, NEW YORK, NY 10022-2585

TAXPAYER ID: 13-1662112

For Professional Services Rendered to J.P. Bolduc for the period through February 28, 1999:

| | |
|---|---:|
| In connection with Florida SEC Investigation.............................. | $ 53,895.00 |
| In connection with Weiser matter......................................... | 375.00 |
| **Total Fees.......................................................** | $ **54,270.00** |

Disbursements and other Charges:

| | | |
|---|---:|---:|
| Telephone | $ 28.21 | |
| Telex/Telecopy | 131.20 | |
| Binding | 4.00 | |
| Duplicating | 346.86 | |
| Lexis/Westlaw | 1,576.50 | |
| Total Disbursements............................................... | | $ 2,086.77 |
| Total Fees and Disbursements...................................... | | 56,356.77 |
| Prior Outstanding Balance (combined matters)...................... | | 68,605.75 |
| **Total Amount Now Due......................................** | | $ **124,962.52** |

Disbursements incurred for which bills have not been posted as of the above date will be billed later.

21006184.05

W.R. Grace & Company - Conn.    (617) 861-6600
55 Hayden Avenue
Lexington, MA 02173-7918

CHECK DATE 04/09/99          CHECK NUMBER 00176865

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700001820 | 03 22 99 | 63287 | | 56,356.77 | 0.00 | 56,356.77 |
| 100226 | | | TOTALS > | 56,356.77 | 0.00 | 56,356.77 |

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES
WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT

First Union National Bank of North Carolina

66-156
531

00176865

| PAYMENT DATE | PAY THIS AMOUNT |
|---|---|
| 04/09/99 | ********$56,356.77 |

W.R. Grace & Company - Conn.
55 Hayden Avenue
Lexington, MA 02173-7918

100226

Fifty six thousand three hundred fifty six and 77/100 Dollars

W. R. Grace & Co.

Authorized Signature

Authorized Signature

PAY TO THE ORDER OF

Rosenman & Colin
575 Madison Ave
NEW YORK NY 10022-2585

⑈00176865⑈ ⑆053101561⑆ 2079920005761⑈

W.R Grace & Company
One Town Center Road
Boca Raton, FL 33486

Invoice No.: 65275
Client: 19501
Matter: 77507

Attn.: Robert H. Beber, Esq.,
        Executive Vice President
        & General Counsel

Date: May 14, 1999

IN ACCOUNT WITH

### ROSENMAN & COLIN LLP
575 MADISON AVENUE, NEW YORK, NY 10022-2585

TAXPAYER ID: 13-1662112

For Professional Services Rendered to J.P. Bolduc for the period through
April 30, 1999:

In connection with Florida SEC Investigation................................................ $    61,350.00

Disbursements and other Charges:

| | |
|---|---:|
| Telephone | $   125.82 |
| Telex/Telecopy | 1,710.40 |
| Binding | 12.00 |
| Duplicating | 1,130.58 |
| Lexis/Westlaw | 1,964.76 |
| Local Meals | 247.01 |
| Courier | 89.05 |
| Postage | 66.97 |
| Overtime-Secretarial | 103.03 |
| Local Travel | 60.70 |

Total Disbursements ............................................................................ $     5,510.32

Professional Fees March 1 – March 31, 1999............................................        2,703.33

Professional Fees April 1 –  April 30, 1999............................................       27,700.33

Total Fees and Disbursements ............................................................ $    97,263.98

Prior Outstanding Balance ................................................................       80,687.85

**Total Amount Now Due**........................................................................ $   177,951.83

Disbursements incurred for which bills have not been posted as of the above date will be billed later.

21006184.07

W.R. Grace & Company - Conn.    (617) 861-6600
55 Hayden Avenue
Lexington, MA 02173-7918

CHECK DATE 06/23/99       CHECK NUMBER 00189946

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700003146 | 06 03 99 | 65275 | | 97,263.98 | 0.00 | 97,263.98 |

*19501/77507*

| | | | TOTALS > | 97,263.98 | 0.00 | 97,263.98 |

100226

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES
WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT

First Union National Bank of North Carolina

66-156
531

00189946

| PAYMENT DATE | PAY THIS AMOUNT |
|---|---|
| 06/23/99 | ********$97,263.98 |

W.R. Grace & Company - Conn.
55 Hayden Avenue
Lexington, MA 02173-7918

*Ninety seven thousand two hundred sixty three and 98 / 100 Dollars*

W. R. Grace & Co.

100226

PAY TO THE ORDER OF

_Authorized signature_

_Authorized signature_

Rosenman & Colin
575 Madison Ave
NEW YORK NY 10022-2585

⑈00189946⑈ ⑆053101561⑆ 20799 2000 5761⑈

W.R Grace & Company
One Town Center Road
Boca Raton, FL  33486

Invoice No.: 68489
Client: 19501
Matter: 77507
75738

Attn.:  Robert H. Beber, Esq.,
       Executive Vice President
       & General Counsel

September 24, 1999

IN ACCOUNT WITH

## ROSENMAN & COLIN LLP

575 MADISON AVENUE, NEW YORK, NY 10022-2585

TAXPAYER ID: 13-1662112

For Professional Services Rendered to J.P. Bolduc for the period through August 31, 1999:

| | | |
|---|---|---:|
| In connection with Florida SEC Investigation | $ | 65,370.00 |
| In connection with Weiser Matter | | 2,920.00 |
| **Total Fees** | $ | **68,290.00** |

Disbursements and other Charges:

| | | |
|---|---:|---:|
| Telephone | $ | 84.32 |
| Telex/Telecopy | | 409.60 |
| Lexis/Westlaw | | 459.72 |
| Misc. Over $25 | | 42.27 |
| Duplicating | | 389.34 |
| Professional Expert Fees (Doug Carmichael) | | 3,600.00 |
| Courier | | 18.45 |
| Postage | | 14.55 |
| Service Fees | | 416.41 |
| Local Travel | | 18.00 |
| Court Reporter/Transcript | | 359.92 |

| | | |
|---|---|---:|
| Total Disbursements | | 5,812.58 |
| Total Fees and Disbursements | $ | 74,102.58 |
| Prior Outstanding Balance | | 138,049.09 |
| **Total Amount Now Due** | $ | **212,151.67** |

Disbursements incurred for which bills have not been posted as of the above date will be billed later.

21029815.01

W.R. Grace & Company - Conn.   (617) 498-4459
62 Whittemory Avenue
Cambridge, MA 02140

CHECK DATE 10/19/99          CHECK NUMBER 00209289

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700004990 | 10 04 99 | 68489 | | 74,102.58 | 0.00 | 74,102.58 |
| 100226 | | | TOTALS > | 74,102.58 | 0.00 | 74,102.58 |

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES
WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT

W.R. Grace & Company - Conn.
62 Whittemory Avenue
Cambridge, MA 02140

First Union National Bank of North Carolina
Chapel Hill, NC 27514
66-156
531

00209289

| PAYMENT DATE | PAY THIS AMOUNT |
|---|---|
| 10/19/99 | ***$74,102.58 |

100226

PAY TO THE ORDER OF

Seventy four thousand one hundred two and 58 / 100 Dollars

Rosenman & Colin
575 Madison Ave
NEW YORK NY 10022-2585

W. R. Grace & Co.

Authorized signature

Authorized signature

⑆00209289⑈ ⑆053101561⑈ 20799 2000576 ⑈

# EXHIBIT D

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>W. R. GRACE & CO., et al., | Case Number<br>01-01139 (JKF) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>KATTEN MUCHIN ZAVIS ROSENMAN<br>f/k/a Rosenman & Colin LLP<br><br>Name and address where notices should be sent:<br>Jeff J. Friedman, Esq.<br>Katten Muchin Zavis Rosenman<br>575 Madison Avenue<br>New York, NY 10022<br><br>Telephone number: (212) 940-8800 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

Account or other number by which creditor identifies debtor:

Check here ☒ replaces / ☐ amends if this claim previously filed claims, dated: June 5,2002 and February 28,2003

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  Legal Services rendered and reimbursement of expenses incurred as 3rd party beneficiaries of an indemnity provided by the Debtor to J.P. Bolduc.

- ☐ Retiree benefits as defined in U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your SS #: _____ _____ _____
  Unpaid compensation for services performed
  From _____ to _____
  (date)            (date)

**2. Date debt was incurred: 01/01/01 – 03/20/03**   **3. If court judgment, date obtained:**

**4. Total Amount Of Claim At Time Case Filed**   $ 58,292.87   See Attachment
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,3650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease or rental of property of services for personal, family, or household use - § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 211 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof a claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>March 27, 2003 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any).<br>By Jeff J. Friedman, Partner | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or improvement or up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

31138761.01

3/27/2003 10:40 AM

Parameter Set: MATTER     Req'd By: lsyadams

Date Range (Time): 3/11/2003 to 3/31/2003 (Disb): 3/11/2003 to 3/31/2003     Currency: USD

| Client: | 019501 | J.P. Bolduc | Bill Atty: | 00183 | Walpin, Gerald | Client Last Payment: | 3/25/2003 |
| Matter: | 77507 | Florida SEC Investigation | Resp Atty: | 00183 | Walpin, Gerald | Matter Last Billed: | 3/25/2003 |

## Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| 00183 | 3/18/2003 | 4.00 | $2,400.00 | 600.00 | W | Conference JP Bolduc, Levinson and colleague. | 16527000 |
| 00281 | 3/18/2003 | 0.50 | $230.00 | 460.00 | W | Review of proofs of claim submitted in Grace bankruptcy. Discuss with J. Cienki. | 16529249 |
| 00281 | 3/19/2003 | 0.30 | $138.00 | 460.00 | W | Discussions with accounting and time records. | 16529573 |
| 00281 | 3/20/2003 | 0.30 | $138.00 | 460.00 | W | Review time records. | 16529867 |
| Time Total | | 5.10 | $2,906.00 | 569.80 | | | |

## Detailed Disbursements Section (Matter)

| Tkpr | Date | Check | Disb Code | Amount | Status | Disbursement Description | Disb ID |
|---|---|---|---|---|---|---|---|
| 00183 | 3/18/2003 | | 180 | $0.60 | B | Long Distance call to COLUMBIA, MD, 4108841461 By WALPIN GERALD | 10176905 |
| 00281 | 3/20/2003 | | 250 | $1.60 | W | Photocopies | 10181798 |
| Disbursements Total | | | | $2.20 | | | |

## Working Timekeeper Summary Section (Matter)

| Timekeeper | | Hours | Amount | Rate |
|---|---|---|---|---|
| 00183 | Walpin, Gerald | 4.00 | $2,400.00 | 600.00 |
| | Of Counsel Total | 4.00 | $2,400.00 | 600.00 |
| 00281 | Cunha, Diane d. | 1.10 | $506.00 | 460.00 |
| | Special Counsel Total | 1.10 | $506.00 | 460.00 |
| Working Timekeeper Matter Summary Total | | 5.10 | $2,906.00 | 569.80 |

## Disbursement Code Summary Section (Matter)

| Code | Description | Amount |
|---|---|---|
| 180 | Telephone | $0.60 |
| 250 | Photocopy Costs | $1.60 |
| Disbursement Code Summary Total | | $2.20 |

| Matter: | 77507 | Florida SEC Investigation | Fees | $2,906.00 |
| | | | Disb | $2.20 |
| | | | Total | $2,908.20 |

| Client Summary For: | 019501 | J.P. Bolduc |

## Matter Time Client Summary Section

| Matter | | Hours | Amount | Rate |
|---|---|---|---|---|
| 77507 | Florida SEC Investigation | 5.10 | $2,906.00 | 569.80 |
| Matter Time Client Summary Total | | 5.10 | $2,906.00 | 569.80 |

3/27/2003 10:46 AM

Parameter Set: MATTER

Katten Muchin Zavis Rosenman

Case 01-01139-AMC    Doc 6141-1    Filed 08/06/04    Page 11 of 15

Client Detailed Time And Expense Report

Date Range (Time): 3/11/2003 to 3/31/2003  (Disb): 3/11/2003 to 3/31/2003

Report: COKM10

Req'd By: lsyadams

Currency: USD

## Working Timekeeper Summary Section (Client)

| Timekeeper | | Hours | Amount | Rate |
|---|---|---|---|---|
| 00183 | Walpin, Gerald | 4.00 | $2,400.00 | 600.00 |
| 00281 | Cunha, Diane d. | 1.10 | $506.00 | 460.00 |
| Working Timekeeper Client SummaryTotal | | 5.10 | $2,906.00 | 569.80 |

## Disbursement Code Summary Section (Client)

| Code | Description | Amount |
|---|---|---|
| 180 | Telephone | $0.60 |
| 250 | Photocopy Costs | $1.60 |
| Disbursement Code Client Summary Total | | $2.20 |

| Client: | 019501 | J.P. Bolduc | Fees | $2,906.00 |
|---|---|---|---|---|
| | | | Disb | $2.20 |
| | | | Total | $2,908.20 |

Start Time: 10:46 AM

End Time: 10:46 AM



# KMZRosenman
## KATTEN MUCHIN ZAVIS ROSENMAN

Direct Billing Inquiries to:
Tracie Chin
212-872-5325
FEIN: 36-2796532

575 Madison Avenue
New York, NY 10022-2585

**COPY**

March 20, 2003

JPB Enterprises
Attn: J.P. Bolduc
8820 Columbia 100 Parkway
Suite 400
Columbia, MD 21045

Invoice No. 1300009265
Client No. 019501

**Re:** <u>Florida SEC Investigation</u> KMZR Matter No. (77507)

| | |
|---|---|
| For legal services rendered through March 19, 2003 .............................. | $4,541.50 |
| Less Discount ........................................................................................ | -$454.50 |
| Sub-Total Fees: | $4,087.00 |
| Disbursements ...................................................................................... | $104.95 |
| **CURRENT INVOICE CHARGES:** | $4,191.95 |
| **PRIOR UNPAID BALANCE (See Remittance Page for Detail):** | $51,483.32 |
| **TOTAL BALANCE DUE:** | $55,675.27 |

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

A Law Partnership including Professional Corporations

019501.77507

JPB Enterprises
Florida SEC Investigation
Invoice No. 1300009265

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01/16/03 | Walpin, Gerald | Telephone conferences with counsel | 0.30 |
| 01/16/03 | Cunha, Diane d. | Discussion re: respondent still in case. | 0.30 |
| 02/04/03 | Walpin, Gerald | Telephone conference J.P. Bolduc; Telephone conference Bob Levenson | 0.30 |
| 02/11/03 | Cunha, Diane d. | Review of files to find documents for G. Walpin, arrange for files to go to warehouse. | 0.80 |
| 02/12/03 | Walpin, Gerald | Draft of letter to SEC; Review of statement; Letter to J.P. Bolduc; Telephone conference JPB office | 0.80 |
| 02/12/03 | Cunha, Diane d. | Draft statement, discussion with G. Walpin. | 1.50 |
| 02/20/03 | Cunha, Diane d. | T/c with R. Levinson of SEC. | 0.30 |
| 02/25/03 | Walpin, Gerald | Conference Diane da Cunha; Telephone conference Bob Levenson and Diane da Cunha; Telephone conference Larry Zweifach; Telephone conference Bob Levenson; Telephone conference J.P. Bolduc; Telephone conference Bob Levenson | 0.70 |
| 02/25/03 | Cunha, Diane d. | Discussion with G. Walpin, t/c with counsel for Sudenik. | 0.40 |
| 02/26/03 | Walpin, Gerald | Telephone conference Larry Zweifach | 0.10 |
| 02/27/03 | Walpin, Gerald | Telephone conferences Bob Levenson of SEC; Review of Order and Press Release; Telephone conference J.P. Bolduc | 0.60 |
| 02/28/03 | Walpin, Gerald | Telephone conference Bloomberg News; Telephone conference J.P. Bolduc | 0.40 |
| 02/28/03 | Cienki, James V. | Preparation of amended proof of claim. Draft letter to Court and transmit claim for filing. | 1.70 |
| 03/05/03 | Walpin, Gerald | Telephone conference Bob Levenson; Telephone conference J.P. Bolduc; Draft of letter to David Nelson | 0.60 |
| 03/06/03 | Walpin, Gerald | Telephone conference J.P. Bolduc; Draft of letter to SEC; Draft of memo to client | 0.60 |
| 03/10/03 | Walpin, Gerald | Telephone conference J.P. Bolduc | 0.20 |

**Total Hours:** 9.60

2

JPB Enterprises
Florida SEC Investigation
Invoice No. 1300009265

019501.77507

## SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 01117 | Cienki, James V. | 1.70 | 155.00 | $263.50 |
| 00281 | Cunha, Diane d. | 3.30 | 460.00 | $1,518.00 |
| 00183 | Walpin, Gerald | 4.60 | 600.00 | $2,760.00 |
| | **Current Fees for Matter 77507:** | **9.60** | | **$4,541.50** |

019501.77507

JPB Enterprises
Florida SEC Investigation
Invoice No. 1300009265

## DISBURSEMENTS SUMMARY

| Description | Amount |
|---|---|
| Telephone | $22.17 |
| Fax | $30.40 |
| Fax Call Cost | $4.49 |
| Postage | $6.89 |
| Photocopy Costs (205 @ 0.20) | $41.00 |
| **Current Disbursements for Matter 77507:** | **$104.95** |

4