# REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | | |
|---|---|---|---|
| **Attorney:** | 00183 | Gerald Walpin | |
| **Client:** | 019501 | JPB Enterprises | |
| **Matter:** | 77507 | Florida SEC Investigation | |

| | | | |
|---|---|---|---|
| Invoice No.: | 1300009265 | Invoice Date: | 03/20/03 |

**Current Invoice Charges:**  $4,191.95

**PREVIOUS BALANCE DUE:**

| Inv Date | Invoice # | Invoice Amt | Previous Payments | Balance | Current Payment |
|---|---|---|---|---|---|
| 02/13/01 | 1100085358 | 1,153.13 | 0.00 | 1,153.13 | _____ |
| 05/21/01 | 1106001092 | 8,057.45 | 0.00 | 8,057.45 | _____ |
| 06/18/01 | 1106003693 | 2,437.29 | 0.00 | 2,437.29 | _____ |
| 07/18/01 | 1106006777 | 562.18 | 0.00 | 562.18 | _____ |
| 12/10/01 | 1106023572 | 11,893.78 | 0.00 | 11,893.78 | _____ |
| 01/04/02 | 1106027923 | 7,260.08 | 0.00 | 7,260.08 | _____ |
| 03/13/02 | 1106035006 | 6,459.92 | 0.00 | 6,459.92 | _____ |
| 09/16/02 | 1106058573 | 7,420.55 | 0.00 | 7,420.55 | _____ |
| 10/17/02 | 1106063261 | 4,177.08 | 0.00 | 4,177.08 | _____ |
| 11/11/02 | 1106066205 | 1,639.68 | 0.00 | 1,639.68 | _____ |
| 12/12/02 | 1106070726 | 422.18 | 0.00 | 422.18 | _____ |

51,483.32

**Total Now Due:** $55,675.27

| TOTAL AMOUNT ENCLOSED: |
|---|

**Mailing Address:**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY 10022-2585

**Wiring Instructions:**
**JP Morgan Chase Bank**
**1211 Avenue of the Americas, 39th Floor**
**New York, New York 10036**
**Attn: Deanne Frederick**
**Phone: 212-789-6046**
**ABA #021000021**
**Swift Code: CHASUS33**
**Reference: 019501.77507**
**For Credit To: Katten Muchin Zavis Rosenman**
**Operating Account**
**Account #967343933**

**When wiring a payment please fax a copy of the Remittance to Heidi Grossman at 212-872-5344**

**Please direct any billing inquiries to Tracie Chin 212-872-5325**

JPB Enterprises
8820 Columbia 100 Parkway
Suite 400
Columbia, MD 21045
Attn: J.P. Bolduc

| | |
|---|---|
| Invoice Number | 6070726 |
| Invoice Date | December 12, 2002 |
| Client Number | 019501 |
| Matter Number | 77507 |

IN ACCOUNT WITH

# KMZ Rosenman
### KATTEN MUCHIN ZAVIS ROSENMAN

575 Madison Avenue, New York, NY 10022-2585

(212) 940-8800

Tax Id: 36-2796532

Re: Florida SEC Investigation

| | |
|---|---:|
| For Professional Services Rendered with regard to the above matter as described on the attached computer printout through November 30, 2002 | $ 410.00 |
| Disbursements and Other Charges | 12.18 |
| Total | $ 422.18 |
| Prior Balance Due | 51,061.14 |
| Total Amount of this Invoice | $ 51,483.32 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

A Law Partnership including Professional Corporations

22170376.01

RE: FLORIDA SEC INVESTIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2002:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 11/4/02 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC | 0.2 | 115.00 |
| 11/11/02 | DIANE DA CUNHA | REVIEW FINAL OFFER OF SETTLEMENT. | 0.5 | 225.00 |
| 11/11/02 | GERALD WALPIN | TELEPHONE CONFERENCE DIANE DA CUNHA; LETTER TO J.P. BOLDUC | 0.2 | 115.00 |
|  |  | TOTAL HOURS | 0.9 |  |

TIMEKEEPER TIME SUMMARY:

| TIMEKEEPER | HOURS | VALUE |
|---|---|---|
| DA CUNHA, DIANE | 0.5 | 225.00 |
| WALPIN, GERALD | 0.4 | 230.00 |
| CURRENT FEES |  | 410.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 11/30/02 | TELEPHONE | 5.38 |
|---|---|---|
| 11/30/02 | DUPLICATING | 6.80 |
|  | CURRENT DISBURSEMENTS | 12.18 |

|  |  |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | 422.18 |
| PRIOR BALANCE DUE | 51,061.14 |
| TOTAL BALANCE DUE UPON RECEIPT | $ 51,483.32 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

A Law Partnership including Professional Corporations

22179376.01

JPB Enterprises
8820 Columbia 100 Parkway
Suite 400
Columbia, MD 21045
Attn: J.P. Bolduc

| | |
|---|---:|
| Invoice Number | 6066205 |
| Invoice Date | November 11, 2002 |
| Client Number | 019501 |
| Matter Number | 77507 |

IN ACCOUNT WITH

# KMZ Rosenman
## KATTEN MUCHIN ZAVIS ROSENMAN

575 Madison Avenue, New York, NY 10022-2585

(212) 940-8800

Tax Id: 36-2796532

Re: Florida SEC Investigation

| | | |
|---|---:|---:|
| For Professional Services Rendered with regard to the above matter as described on the attached computer printout through October 31, 2002 | $ | 1,610.00 |
| Disbursements and Other Charges | | 29.68 |
| Total | $ | 1,639.68 |
| Prior Balance Due | | 49,421.46 |
| Total Amount of this Invoice | $ | 51,061.14 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

A Law Partnership including Professional Corporations

019501  J.P. Bolduc
77507   Florida SEC Investigation

RE: FLORIDA SEC INVESTIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2002:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/9/02 | GERALD WALPIN | TELEPHONE CONFERENCE BOB LEVENSON OF THE SEC | 0.2 | 115.00 |
| 10/22/02 | GERALD WALPIN | CONFERENCE DIANE DA CUNHA; REVIEW OF CHANGES; TELEPHONE CONFERENCE BOB LEVENSON, GORDON, DIANE DA CUNHA | 0.8 | 460.00 |
| 10/22/02 | DIANE DA CUNHA | REVIEW SEC DRAFT OFFER OF SETTLEMENT. | 0.8 | 360.00 |
| 10/23/02 | DIANE DA CUNHA | T/C TO SEC. | 0.5 | 225.00 |
| 10/23/02 | GERALD WALPIN | TELEPHONE CONFERENCE BOB LEVENSON; REVIEW OF NEW DRAFT; TELEPHONE CONFERENCE DIANE DA CUNHA | 0.5 | 287.50 |
| 10/24/02 | DIANE DA CUNHA | DISCUSSIONS WITH MR. WALPIN, FAX SEC DRAFT TO MR. BOLDUC. | 0.5 | 225.00 |
| 10/24/02 | GERALD WALPIN | TELEPHONE CONFERENCE DIANE DA CUNHA | 0.2 | 115.00 |
| | | TOTAL HOURS | 3.5 | |

TIMEKEEPER TIME SUMMARY:

| TIMEKEEPER | HOURS | VALUE |
|---|---|---|
| DA CUNHA, DIANE | 1.8 | 810.00 |
| WALPIN, GERALD | 1.7 | 977.50 |
| CURRENT FEES | | 1,610.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 10/31/02 | TELEPHONE | 6.88 |
| 10/31/02 | TELEX/TELECOPY | 20.80 |
| 10/31/02 | DUPLICATING | 2.00 |
| | CURRENT DISBURSEMENTS | 29.68 |
| | TOTAL AMOUNT OF THIS INVOICE | 1,639.68 |
| | PRIOR BALANCE DUE | 49,421.46 |
| | TOTAL BALANCE DUE UPON RECEIPT | $ 51,061.14 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

A Law Partnership including Professional Corporations

JPB Enterprises  
8820 Columbia 100 Parkway  
Suite 400  
Columbia, MD 21045  
Attn: J.P. Bolduc

Invoice Number    6063261  
Invoice Date    October 17, 2002  
Client Number    019501  
Matter Number    77507

IN ACCOUNT WITH

# KMZ Rosenman
### KATTEN MUCHIN ZAVIS ROSENMAN

575 Madison Avenue, New York, NY 10022-2585

(212) 940-8800

Tax Id: 36-2796532

Re: Florida SEC Investigation

| | |
|---|---:|
| For Professional Services Rendered with regard to the above matter as described on the attached computer printout through September 30, 2002 | $ 3,940.00 |
| Disbursements and Other Charges | 237.08 |
| Total | $ 4,177.08 |
| Prior Balance Due | 45,244.38 |
| Total Amount of this Invoice | $ 49,421.46 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

A Law Partnership including Professional Corporations

Case 01-01139-AMC   Doc 6141-2   Filed 08/06/04   Page 8 of 13

019501  J.P. Bolduc
77507   Florida SEC Investigation

Invoice Number 6063261
Page 2
10/17/02

RE: FLORIDA SEC INVESTIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2002:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 9/4/02 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC; TELEPHONE CONFERENCE BOB LEVENSON OF THE SEC | 0.5 | 287.50 |
| 9/6/02 | DIANE DA CUNHA | LOCATE SEC REPORT RE: GRACE BENEFITS. | 0.5 | 225.00 |
| 9/11/02 | DIANE DA CUNHA | REVIEW SEC OFFER OF SETTLEMENT, DRAFT PROPOSED REVISIONS. | 1.5 | 675.00 |
| 9/11/02 | GERALD WALPIN | REVIEW OF SEC PROPOSAL; TELEPHONE CONFERENCE DIANE DA CUNHA | 0.4 | 230.00 |
| 9/12/02 | DIANE DA CUNHA | DRAFT PROPOSED REVISIONS TO BOLDUC OFFER OF SETTLEMENT. | 1.5 | 675.00 |
| 9/13/02 | GERALD WALPIN | REVIEW OF REVISED DRAFT OF ORDER; CONFERENCE DIANE DA CUNHA | 0.5 | 287.50 |
| 9/13/02 | DIANE DA CUNHA | REVISIONS TO DRAFT OFFER OF SETTLEMENT. | 0.8 | 360.00 |
| 9/14/02 | GERALD WALPIN | REVIEW AND REVISION OF DRAFT ORDER | 0.4 | 230.00 |
| 9/17/02 | GERALD WALPIN | TELEPHONE CONFERENCE DIANE DA CUNHA; REVIEW OF REVISED DRAFT OF ORDER; LETTER TO J.P. BOLDUC | 0.4 | 230.00 |
| 9/17/02 | DIANE DA CUNHA | T/C WITH MR. WALPIN. | 0.3 | 135.00 |
| 9/24/02 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC; TELEPHONE CONFERENCE DIANE DA CUNHA | 0.4 | 230.00 |
| 9/24/02 | DIANE DA CUNHA | REVIEW AND REVISE DRAFT OFFER OF SETTLEMENT. | 1.3 | 585.0 |
| 9/25/02 | GERALD WALPIN | REVISION OF ORDER AND LETTER TO J.P. BOLDUC | 0.4 | 230.0 |

TOTAL HOURS  8.9

TIMEKEEPER TIME SUMMARY:

| TIMEKEEPER | HOURS | VALUE |
|---|---|---|
| DA CUNHA, DIANE | 5.9 | 2,655.00 |
| WALPIN, GERALD | 3.0 | 1,725.00 |

CURRENT FEES  3,940.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

A Law Partnership including Professional Corporations

Case 01-01139-AMC    Doc 6141-2    Filed 08/06/04    Page 9 of 13

Invoice Number 6063261
Page 3
10/17/02

019501    J.P. Bolduc
77507     Florida SEC Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 9/30/02 | TELEPHONE | 13.48 |
| 9/30/02 | TELEX/TELECOPY | 62.40 |
| 9/30/02 | DUPLICATING | 5.20 |
| 9/30/02 | AUTOMATED DOCUMENT PREPARATION | 70.00 |
| 9/30/02 | LEXIS/WESTLAW | 86.00 |
| | CURRENT DISBURSEMENTS | 237.08 |
| | TOTAL AMOUNT OF THIS INVOICE | 4,177.08 |
| | PRIOR BALANCE DUE | 45,244.38 |
| | TOTAL BALANCE DUE UPON RECEIPT | $ 49,421.46 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

A Law Partnership including Professional Corporations

JPB Enterprises
8820 Columbia 100 Parkway
Suite 400
Columbia, MD 21045
Attn: J.P. Bolduc

Invoice Number 6058573
Invoice Date September 16, 2002
Client Number 019501
Matter Number 77507

IN ACCOUNT WITH

# KMZ Rosenman
## KATTEN MUCHIN ZAVIS ROSENMAN

575 Madison Avenue, New York, NY 10022-2585

(212) 940-8800

Tax Id: 36-2796532

Re: Florida SEC Investigation

| | |
|---|---:|
| For Professional Services Rendered in connection with possible settlement as described on the attached computer printout | $ 6,970.00 |
| Disbursements and Other Charges | 450.55 |
| Total | $ 7,420.55 |
| Prior Balance Due | 37,823.83 |
| Total Amount of this Invoice | $ 45,244.38 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

A Law Partnership including Professional Corporations

019501  J.P. Bolduc  
77507   Florida SEC Investigation

Invoice Number 6058573  
Page 2  
9/16/02

RE: FLORIDA SEC INVESTIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2002:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 5/10/02 | JAMES V. CIENKI | PREPARATION OF PROOF OF CLAIM. | 1.5 | 225.00 |
| 6/5/02 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC; TELEPHONE CONFERENCE WALLY TIMMENY | 0.4 | 230.00 |
| 6/6/02 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC | 0.2 | 115.00 |
| 6/10/02 | GERALD WALPIN | TELEPHONE CONFERENCE BOB JOSSEN; TELEPHONE CONFERENCE LARRY ZWEIFACH; TELEPHONE CONFERENCE J.P. BOLDUC | 0.5 | 287.50 |
| 7/19/02 | DIANE DA CUNHA | REVIEW SEC ORDERS, T/C WITH SEC, FAXES TO MR. WALPIN. | 1.4 | 630.00 |
| 7/22/02 | DIANE DA CUNHA | REVIEW SEC ORDERS, SEND TO MR. WALPIN AND TO MR. BOLDUC. | 1.3 | 585.00 |
| 7/22/02 | GERALD WALPIN | TELEPHONE CONFERENCE DIANE DA CUNHA | 0.1 | 57.50 |
| 8/12/02 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC; TELEPHONE CONFERENCES DIANE DA CUNHA; TELEPHONE CONFERENCE TED SONDE | 1.1 | 632.50 |
| 8/15/02 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC; TELEPHONE CONFERENCES BOB LEVINSON | 0.8 | 460.00 |
| 8/16/02 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC | 0.2 | 115.00 |
| 8/20/02 | DIANE DA CUNHA | SEARCH FOR DIGITAL LIGHTWAVE CASE. | 1.0 | 450.00 |
| 8/20/02 | GERALD WALPIN | TELEPHONE CONFERENCE DAVID NELSON AND BOB LEVINSON OF THE SEC; TELEPHONE CONFERENCE DEFENSE COUNSEL; TELEPHONE CONFERENCE DIANE DA CUNHA | 0.7 | 402.50 |
| 8/21/02 | GERALD WALPIN | TELEPHONE CONFERENCE ALLAN MARTIN; TELEPHONE CONFERENCE BOB LEVINSON; TELEPHONE CONFERENCE DAVID NELSON AND BOB LEVINSON; TELEPHONE CONFERENCE J.P. BOLDUC | 1.2 | 690.00 |
| 8/22/02 | GERALD WALPIN | TELEPHONE CONFERENCES DIANE DA CUNHA; DRAFT OF LETTER | 1.0 | 575.00 |
| 8/22/02 | DIANE DA CUNHA | RESEARCH AUTHORITY OF SEC ON O&D BAR, DRAFT LETTER TO SEC. | 3.8 | 1,710.00 |
| 8/23/02 | GERALD WALPIN | PREPARE LETTER TO THE SEC | 0.2 | 115. |
| 8/26/02 | GERALD WALPIN | TELEPHONE CONFERENCE BOB LEVENSON OF THE SEC | 0.2 | 115. |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

A Law Partnership including Professional Corporations

Case 01-01139-AMC   Doc 6141-2   Filed 08/06/04   Page 12 of 13

Invoice Number 6058573
Page 3
9/16/02

019501   J.P. Bolduc
77507    Florida SEC Investigation

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 8/28/02 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC; DICTATION OF DRAFT RE: DIRECTOR; TELEPHONE CONFERENCE BOB LEVENSON OF SEC | 0.7 | 402.50 |
| 8/29/02 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC | 0.1 | 57.50 |
| 8/30/02 | GERALD WALPIN | REVIEW OF JOSEPH SEC ORDER | 0.2 | 115.00 |
| | | TOTAL HOURS | 16.6 | |

TIMEKEEPER TIME SUMMARY:

| TIMEKEEPER | HOURS | VALUE |
|---|---|---|
| DA CUNHA, DIANE | 7.5 | 3,375.00 |
| WALPIN, GERALD | 7.6 | 4,370.00 |
| CIENKI, JAMES V. | 1.5 | 225.00 |

CURRENT FEES                                             6,970.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 8/31/02 | TELEPHONE | 63.65 |
| 8/31/02 | TELEX/TELECOPY | 46.40 |
| 8/31/02 | COURIER | 9.13 |
| 8/31/02 | POSTAGE | 2.98 |
| 8/31/02 | DUPLICATING | 23.00 |
| 8/31/02 | LEXIS/WESTLAW | 305.39 |

CURRENT DISBURSEMENTS                                    450.55

TOTAL AMOUNT OF THIS INVOICE                             7,420.55

PRIOR BALANCE DUE                                        37,823.83

TOTAL BALANCE DUE UPON RECEIPT                        $  45,244.38

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

A Law Partnership including Professional Corporations

Robert H. Beber, Esq.
Executive Vice President and
General Counsel
W.R. Grace & Company
5400 Broken Sound Blvd., NW
Boca Raton, Florida 33487

Invoice Number     6035006
Invoice Date     March 13, 2002
Client Number     019501
Matter Number     77507

IN ACCOUNT WITH

# Rosenman
ROSENMAN & COLIN LLP

575 Madison Avenue, New York, NY 10022-2585

(212) 940-8800

Tax Id: 13-1662112

Re: Florida SEC Investigation

FOR PROFESSIONAL SERVICES RENDERED WITH REGARD TO THE ABOVE MATTER AS DESCRIBED ON THE ATTACHED COMPUTER PRINTOUT THROUGH FEBRUARY 28, 2002 CONCERNING COMMUNICATIONS WITH THE SEC ON A POSSIBLE 21A REPORT PROCEDURE............ $ 6,015.00

DISBURSEMENTS AND OTHER CHARGES ............ 444.92

TOTAL ............ $ 6,459.92

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date