019501 J.P. Bolduc
77507 Florida SEC Investigation

Invoice Number 6035006
Page 2
3/13/02

RE: FLORIDA SEC INVESTIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2002:

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 1/29/02 | GERALD WALPIN | 1-29 .20 OF AN HOUR - TELEPHONE CONFERENCE J.P. BOLDUC; 1-25-.20 OF AN HOUR - TELEPHONE CONFERENCE DAVID NELSON OF FLORIDA SEC | 0.4 | 220.00 |
| 1/30/02 | DIANE DA CUNHA | REVISIONS TO PROPOSED 21(A) REPORT. | 4.1 | 1,742.50 |
| 1/30/02 | GERALD WALPIN | TELEPHONE CONFERENCE DAVID NELSON; TELEPHONE CONFERENCE DIANE DA CUNHA; REVIEW AND REVISION OF REVISED DRAFT OF 21A REPORT; CONFERENCE DIANE DA CUNHA; LETTER TO J.P. BOLDUC | 1.2 | 660.00 |
| 1/31/02 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC; TELEPHONE CONFERENCE DAVID NELSON | 0.8 | 440.00 |
| 2/1/02 | GERALD WALPIN | TRAVEL TO WASHINGTON D.C., CONFERENCE WITH SEC AND RETURN TO NEW YORK; TELEPHONE CONFERENCE DIANE DA CUNHA | 5.8 | 3,335.0 |
| 2/4/02 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC | 0.1 | 57.5 |
| 2/13/02 | GERALD WALPIN | TELEPHONE CONFERENCE DAVID NELSON; TELEPHONE CONFERENCE J.P. BOLDUC | 0.4 | 230.0 |
| | | TOTAL HOURS | 12.8 | |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

22161501.01

019501
77507
J.P. Bolduc
Florida SEC Investigation

Case 01-01139-AMC    Doc 6141-3    Filed 08/06/04    Page 2 of 16

Invoice Number 6035006
Page 3
3/13/02

TIMEKEEPER TIME SUMMARY:

| TIMEKEEPER | HOURS | VALUE |
|---|---|---|
| DA CUNHA, DIANE | 4.1 | 1,742.50 |
| WALPIN, GERALD | 6.3 | 3,622.50 |
| WALPIN, GERALD | 2.4 | 1,320.00 |
| | CURRENT FEES | 6,015.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 2/28/02 | OUT OF TOWN TRAVEL | 375.35 |
| 2/28/02 | TELEPHONE | 16.77 |
| 2/28/02 | TELEX/TELECOPY | 52.80 |
| | CURRENT DISBURSEMENTS | 444.92 |
| | TOTAL AMOUNT OF THIS INVOICE | 6,459.92 |
| | PRIOR BALANCE DUE | 31,363.91 |
| | TOTAL BALANCE DUE UPON ECEIPT | $ 37,823.83 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

22161501.01

Robert H. Beber, Esq.
Executive Vice President and
General Counsel
W.R. Grace & Company
5400 Broken Sound Blvd., NW
Boca Raton, Florida 33487

Invoice Number 0027923
Invoice Date January 4, 2002
Client Number 019501
Matter Number 77507

IN ACCOUNT WITH

# Rosenman
ROSENMAN & COLIN LLP

575 Madison Avenue, New York, NY 10022-2585

(212) 940-8800

Tax Id: 13-1662112

RE: FLORIDA SEC INVESTIGATION

FOR PROFESSIONAL SERVICES RENDERED WITH REGARD TO THE ABOVE MATTER AS DESCRIBED ON THE ATTACHED COMPUTER PRINTOUT THROUGH DECEMBER 31, 2001 .................................................................... $ 7,175.00

DISBURSEMENTS AND OTHER CHARGES ................................................................ 85.08

TOTAL ............................................................................................................................. $ 7,260.08

PRIOR BALANCE DUE ................................................................................................. 24,103.83

TOTAL AMOUNT OF THIS INVOICE ......................................................................... $ 31,363.91

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

22157254.01

RE: FLORIDA SEC INVESTIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2001:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 12/3/01 | DIANE DA CUNHA | DRAFT REPORT OF INVESTIGATION. | 7.0 | 2,975.00 |
| 12/3/01 | GERALD WALPIN | REVIEW AND REVISION OF DRAFT OF 21(A) REPORT | 0.7 | 385.00 |
| 12/4/01 | DIANE DA CUNHA | REVISIONS TO REPORT OF INVESTIGATION PER MR. WALPIN. | 1.5 | 637.50 |
| 12/10/01 | GERALD WALPIN | TELEPHONE CONFERENCE J.P. BOLDUC | 0.5 | 275.00 |
| 12/17/01 | DIANE DA CUNHA | REVIEW DECISION AND MARRIE & BERRY CASE; MEMO TO MR. WALPIN. | 3.9 | 1,657.50 |
| 12/18/01 | DIANE DA CUNHA | MEMO TO MR. WALPIN ON MARRIE & BERRY. | 4.8 | 2,040.00 |
| | | TOTAL HOURS | 18.4 | |

TIMEKEEPER TIME SUMMARY:

| TIMEKEEPER | HOURS | VALUE |
|---|---|---|
| DA CUNHA, DIANE | 17.2 | 7,310.00 |
| WALPIN, GERALD | 1.2 | 660.00 |
| | CURRENT FEES | 7,175.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 12/31/01 | TELEPHONE | 9.58 |
|---|---|---|
| 12/31/01 | TELEX/TELECOPY | 48.00 |
| 12/31/01 | COURIER | 8.00 |
| 12/31/01 | DUPLICATING | 2.00 |
| 12/31/01 | AUTOMATED DOCUMENT PREPARATION | 17.50 |
| | CURRENT DISBURSEMENTS | 85.08 |

| TOTAL AMOUNT OF THIS INVOICE | 7,260.08 |
|---|---|
| PRIOR BALANCE DUE | 24,103.83 |
| TOTAL BALANCE DUE UPON RECEIPT | $ 31,363.91 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

22157254.01

Robert H. Beber, Esq.
Executive Vice President and
General Counsel
W.R. Grace & Company
5400 Broken Sound Blvd., NW
Boca Raton, Florida 33487

Invoice Number    0025572
Invoice Date    December 10, 2001
Client Number    019501
Matter Number    77507

IN ACCOUNT WITH

# Rosenman
ROSENMAN & COLIN LLP

575 Madison Avenue, New York, NY 10022-2585

(212) 940-8800

Tax Id: 13-1662112

RE: FLORIDA SEC INVESTIGATION

FOR PROFESSIONAL SERVICES RENDERED WITH REGARD TO THE
ABOVE MATTER, ALL AS DESCRIBED ON THE ATTACHED
COMPUTER PRINTOUT THROUGH NOVEMBER 30, 2001 .............................................................. $ 11,100.00

DISBURSEMENTS AND OTHER CHARGES ............................................................................................ 793.78

TOTAL ............................................................................................................................................................ $ 11,893.78

PRIOR BALANCE DUE ................................................................................................................................ 12,210.05

TOTAL AMOUNT OF THIS INVOICE ...................................................................................................... $ 24,103.83

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

22156857.01

Robert H. Beber, Esq.
Executive Vice President and
General Counsel
W.R. Grace & Company
5400 Broken Sound Blvd., NW
Boca Raton, Florida 33487

Invoice Number  ~~0023372~~
Invoice Date  12/10/01
Client Number  019501
Matter Number  77507

IN ACCOUNT WITH

# Rosenman
ROSENMAN & COLIN LLP

575 Madison Avenue, New York, NY 10022-2585

(212) 940-8800

Tax Id: 13-1662112

RE: FLORIDA SEC INVESTIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/01:

| DATE | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/6/01 | DIANE DA CUNHA | REVIEW ARTICLES ON ACCOUNTING ACTIONS. | 0.3 | 127.50 |
| 7/15/01 | GERALD WALPIN | DRAFT OF LETTER | 0.4 | 220.00 |
| 7/16/01 | GERALD WALPIN | REVIEW OF RESPONDING MEMOS; TELEPHONE CONFERENCE J.P. BOLDUC | 0.4 | 220.00 |
| 11/14/01 | DIANE DA CUNHA | DRAFT OUTLINE FOR DISCUSSION WITH NEW SEC. | 3.1 | 1,317.50 |
| 11/14/01 | GERALD WALPIN | TELEPHONE CONFERENCE BOB JOSSEN, DAVID HOFFNER AND OTHER COUNSEL; TELEPHONE CONFERENCE STEVE CUTLER'S OFFICE | 0.6 | 330.00 |
| 11/15/01 | DIANE DA CUNHA | OUTLINE FOR TALKS WITH NEW SEC. | 4.3 | 1,827.50 |
| 11/16/01 | DIANE DA CUNHA | OUTLINE FOR DISCUSSION W/SEC. | 2.0 | 850.00 |
| 11/19/01 | GERALD WALPIN | TELEPHONE CONFERENCE STEVE CUTLER; TELEPHONE CONFERENCE BOB JOSSEN; TELEPHONE CONFERENCE J.P. BOLDUC; TELEPHONE CONFERENCE NELSON AND ASSOCIATE | 0.9 | 495.00 |
| 11/26/01 | GERALD WALPIN | TELEPHONE CONFERENCE BOB JOSSEN | 0.2 | 110.00 |
| 11/26/01 | DIANE DA CUNHA | REVISIONS TO OUTLINE TO SPEAK TO SEC. | 3.5 | 1,487.50 |
| 11/27/01 | DIANE DA CUNHA | REVISIONS TO DISCUSSION OUTLINE AS PER NEW SEC GUIDELINES. | 5.0 | 2,125.00 |
| 11/28/01 | DIANE DA CUNHA | REVISIONS TO OUTLINE FOR DISCUSSION WITH SEC. | 2.5 | 1,062.50 |
| 11/30/01 | DIANE DA CUNHA | DRAFT PROPOSED 21(A) REPORT. | 4.3 | 1,827.50 |
| 11/30/01 | GERALD WALPIN | TELEPHONE CONFERENCE DAVID NELSON; TELEPHONE CONFERENCE DIANE DA CUNHA; TELEPHONE CONFERENCE J.P. BOLDUC | 0.6 | 330.00 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

22155176.01

Case 01-01139-AMC    Doc 6141-3    Filed 08/06/04    Page 7 of 16

019501
77507

J.P. Bolduc
Florida SEC Investigation

Invoice Number 6023572
Page 2
12/10/01

|  |  | TOTAL HOURS | 28.1 |

**TIMEKEEPER TIME SUMMARY:**

| TIMEKEEPER | HOURS |  | RATE |  | AMOUNT |
|---|---|---|---|---|---|
| DA CUNHA, DIANE | 25.0 | AT | 425 | = | 10,625.00 |
| WALPIN, GERALD | 3.1 | AT | 550 | = | 1,705.00 |

CURRENT FEES                                                       11,100.00

**DISBURSEMENTS AND OTHER CHARGES:**

| DATE |  | VALUE |
|---|---|---|
| 11/30/01 | TELEPHONE | 40.09 |
| 11/30/01 | TELEX/TELECOPY | 60.80 |
| 11/30/01 | POSTAGE | 3.10 |
| 11/30/01 | DUPLICATING | 206.80 |
| 11/30/01 | SERVICE FEES | 140.24 |
| 11/30/01 | LEXIS/WESTLAW | 342.75 |

DISBURSEMENTS AND OTHER CHARGES                                    793.78

TOTAL AMOUNT OF THIS INVOICE                                     11,893.78

PRIOR BALANCE DUE                                                12,210.05

TOTAL BALANCE DUE UPON RECEIPT                              $    24,103.83

JPB Enterprises  
8820 Columbia 100 Parkway  
Suite 400  
Columbia, MD 21045

Invoice No.: 6006777  
Client: 19501  
Matter: 77507

Date: July 18, 2001

Attn: J.P. Bolduc

IN ACCOUNT WITH

# Rosenman & Colin LLP
575 MADISON AVENUE, NEW YORK, NY 10022-2585

Taxpayer ID: 13-1662112

For Professional Services Rendered to J.P. Bolduc for the period through June 30, 2001:

| | | |
|---|---|---|
| In connection with Florida SEC Investigation | $ | 555.00 |
| Disbursements and other Charges: | | |
| Telephone | $ 7.18 | |
| Total Disbursements | | 7.18 |
| Total Fees and Disbursements | $ | 562.18 |
| Prior Outstanding Balance | | 11,647.87 |
| Total Amount Due | $ | 12,210.05 |

Disbursements incurred for which bills have not been posted as of the above date will be billed later.

2208878103

JPB Enterprises
8820 Columbia 100 Parkway
Suite 400
Columbia, MD 21045
Attn: J.P. Bolduc

Invoice Number 6006777
Invoice Date 7/18/01
Client Number 019501
Matter Number 77507

IN ACCOUNT WITH

# Rosenman
ROSENMAN & COLIN LLP

575 Madison Avenue, New York, NY 10022-2585

(212) 940-8800

Tax Id: 13-1662112

Re: Florida SEC Investigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH 6/30/01:

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 6/4/01 | Diane Da Cunha | TELEPHONE CONVERSATION WITH COUNSEL ON BANKRUPTCY COURT MOTION. | 0.8 | 340.00 |
| 6/13/01 | Gerald Walpin | REVIEW OF BY-LAWS; TELEPHONE CONFERENCE J.P. BOLDUC | 0.5 | 275.00 |
| | | TOTAL HOURS | 1.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Da Cunha, Diane | 0.8 | at | 425 | = | 340.00 |
| Walpin, Gerald | 0.5 | at | 550 | = | 275.00 |

CURRENT FEES                                                    555.00

DISBURSEMENTS AND OTHER CHARGES:

| Date | | Value |
|---|---|---|
| 6/30/01 | Telephone | 7.18 |

DISBURSEMENTS AND OTHER CHARGES                                 7.18

TOTAL AMOUNT OF THIS INVOICE                                  562.18

PRIOR BALANCE DUE                                          11,647.87

TOTAL BALANCE DUE UPON RECEIPT                         $   12,210.05

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

JPB Enterprises
8820 Columbia 100 Parkway
Suite 400
Columbia, MD 21045

Invoice No. 6003693
Client: 19501
Matter: 77507

Date: June 18, 2001

Attn: J.P. Bolduc

IN ACCOUNT WITH

## Rosenman & Colin LLP
575 MADISON AVENUE, NEW YORK, NY 10022-2585

Taxpayer ID: 13-1662112

For Professional Services Rendered to J.P. Bolduc for the period through May 31, 2001:

| | | |
|---|---:|---:|
| In connection with Florida SEC Investigation | $ | 2,320.00 |
| Disbursements and other Charges: | | |
| Telephone | $ 9.29 | |
| Telex/Telecopy | 33.60 | |
| Service Fees | 60.00 | |
| Duplicating | 14.40 | |
| Total Disbursements | | 117.29 |
| Total Fees and Disbursements | $ | 2,437.29 |
| Prior Outstanding Balance | | 9,210.58 |
| Total Amount Due | $ | 11,647.87 |

Disbursements incurred for which bills have not been posted as of the above date will be billed later.

22088781.02

JPB Enterprises  
8820 Columbia 100 Parkway  
Suite 400  
Columbia, MD 21045  
Attn: J.P. Bolduc  

| | |
|---|---|
| Invoice Number | 6003693 |
| Invoice Date | 6/18/01 |
| Client Number | 019501 |
| Matter Number | 77507 |

IN ACCOUNT WITH

# Rosenman
### ROSENMAN & COLIN LLP
575 Madison Avenue, New York, NY 10022-2585

Tax Id: 13-1662112                                                                          (212) 940-8800

Re: Florida SEC Investigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH 5/31/01:

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 5/2/01 | Gerald Walpin | TELEPHONE CONFERENCE J.P. BOLDUC | 0.1 | 55.00 |
| 5/9/01 | Gerald Walpin | REVIEW OF MOTION; CONFERENCE DIANE DA CUNHA | 0.8 | 440.00 |
| 5/9/01 | Diane Da Cunha | REVIEW MOTION TO BANKRUPTCY COURT. | 0.5 | 212.50 |
| 5/10/01 | Diane Da Cunha | FURTHER CHANGES TO BANKRUPTCY MOTION. | 0.5 | 212.50 |
| 5/14/01 | Diane Da Cunha | REVIEW BANKRUPTCY COURT MOTION. | 0.4 | 170.00 |
| 5/22/01 | Diane Da Cunha | ATTENTION TO EMPLOYEES' MOTION. | 1.0 | 425.00 |
| 5/24/01 | Diane Da Cunha | EMPLOYEE'S MOTION. | 1.0 | 425.00 |
| 5/24/01 | Gerald Walpin | TELEPHONE CONFERENCE DIANE DA CUNHA; TELEPHONE CONFERENCE BOB BEBER | 0.2 | 110.00 |
| 5/24/01 | Lorraine Collazo | LOCATING DOCUMENT RE: AGREEMENT FOR COVERING COST OF LITIGATION | 1.0 | 145.00 |
| 5/31/01 | Diane Da Cunha | FIND INDEMNIFICATION AGREEMENT, DISCUSS EMPLOYEES' MOTION WITH COUNSEL. | 0.9 | 382.50 |
| | | TOTAL HOURS | 6.4 | |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

019501
77507
Case 01-01139-AMC   Doc 6141-3   Filed 08/06/04   Page 12 of 16

Boldue
Florida SEC Investigation

Invoice Number
Page 2
6/18/01

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Da Cunha, Diane | 4.3 | at | 425 | = | 1,827.50 |
| Walpin, Gerald | 1.1 | at | 550 | = | 605.00 |
| Collazo, Lorraine | 1.0 | at | 145 | = | 145.00 |

CURRENT FEES                                           2,320.00

## DISBURSEMENTS AND OTHER CHARGES:

| Date | | Value |
|---|---|---|
| 5/31/01 | Telephone | 9.29 |
| 5/31/01 | Telex/Telecopy | 33.60 |
| 5/31/01 | Duplicating | 14.40 |
| 5/31/01 | Service Fees | 60.00 |

DISBURSEMENTS AND OTHER CHARGES                        117.29

TOTAL AMOUNT OF THIS INVOICE                          2,437.29

PRIOR BALANCE DUE                                     9,210.58

TOTAL BALANCE DUE UPON RECEIPT              $        11,647.87

Mr. J.P. Bolduc
8808 Centre Park Drive
Suite 204
Columbia, MD 21045

Invoice Number    6001092
Invoice Date    May 21, 2001
Client Number    019501
Matter Number    77507

IN ACCOUNT WITH

# Rosenman
ROSENMAN & COLIN LLP

575 Madison Avenue, New York, NY 10022-2585

(212) 940-8800

Tax Id: 13-1662112

Re: Florida Sec Investigation

| | |
|---|---:|
| For Professional Services Rendered with regard to the above matter, all as described on the attached computer printout through April 30, 2001 | $ 4,440.00 |
| Disbursements and Other Charges | 3,617.45 |
| Total | $ 8,057.45 |
| Prior Balance Due | 1,153.13 |
| Total Amount of this Invoice | $ 9,210.58 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Re: Florida Sec Investigation

For Professional Services Rendered through April 30, 2001:

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 3/1/01 | Diane Da Cunha | RESEARCH LIABILITY OF SEALED AIR. | 3.4 | 1,445.00 |
| 3/1/01 | Thomas P. Kiley | ARRANGE TO COPY DOCKETS AND PLEADINGS FROM 2 FEDERAL CASES AND WASHINGTON STATE COURT CASE | 0.3 | 42.00 |
| 3/7/01 | Diane Da Cunha | REVIEW ACTIONS AGAINST SEALED AIR. | 0.5 | 212.50 |
| 4/3/01 | Gerald Walpin | TELEPHONE CONFERENCE FRIEDMAN TELEPHONE CONFERENCES BOB JOSSEN TELEPHONE CONFERENCE J.P. BOLDUC TELEPHONE CONFERENCE RICHARD MORVILLO | 0.7 | 385.00 |
| 4/4/01 | Diane Da Cunha | SEARCH FOR GRACE BANKRUPTCY FILING. | 0.8 | 340.00 |
| 4/5/01 | Gerald Walpin | TELEPHONE CONFERENCE BOB JOSSEN TELEPHONE CONFERENCE ANDREW RUNNING TELEPHONE CONFERENCE J.P. BOLDUC | 0.5 | 275.00 |
| 4/6/01 | Diane Da Cunha | REVIEW GRACE BANKRUPTCY FILINGS. | 1.3 | 552.50 |
| 4/9/01 | Diane Da Cunha | REVIEW NATIONAL STEEL CASE. | 0.5 | 212.50 |
| 4/10/01 | Gerald Walpin | REVIEW OF DECISION TELEPHONE CONFERENCES DIANE DA CUNHA | 0.5 | 275.00 |
| 4/10/01 | Diane Da Cunha | REVIEW NATIONAL STEEL AND APEL. | 1.0 | 425.0 |
| 4/11/01 | Gerald Walpin | TELEPHONE CONFERENCE J.P. BOLDUC TELEPHONE CONFERENCE GENERAL COUNSEL OF NATIONAL STEEL TELEPHONE CONFERENCE WITH LAWYER FOR NATIONAL STEEL TELEPHONE CONFERENCE JOHN TEAKELL OF THE SEC TELEPHONE CONFERENCE DIANE DA CUNHA | 0.9 | 495.0 |
| 4/13/01 | Gerald Walpin | TELEPHONE CONFERENCE WALLY TIMMENY | 0.3 | 165. |
| 4/19/01 | Gerald Walpin | TELEPHONE CONFERENCE J.P. BOLDUC | 0.2 | 110 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

| Date | Timekeeper | Description | Hours | Value |
|------|------------|-------------|-------|-------|
|      |            | TOTAL HOURS | 10.9  |       |

**Timekeeper Time Summary:**

| Timekeeper | Hours | Value |
|------------|-------|-------|
| Da Cunha, Diane | 7.5 | 3,187.50 |
| Walpin, Gerald | 3.1 | 1,705.00 |
| Kiley, Thomas P. | 0.3 | 42.00 |

Current Fees     4,440.00

**For Costs Advanced and Expenses Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 4/30/01 | Telephone | 37.39 |
| 4/30/01 | Duplicating | 42.80 |
| 4/30/01 | Service Fees | 1,007.26 |
| 4/30/01 | Miscellaneous Over $25 | .00 |
| 4/30/01 | Lexis/Westlaw | 2,530.00 |

Current Disbursements     3,617.45

Total Amount of this Invoice     8,057.45

Prior Balance Due     1,153.13

Total Balance Due Upon Receipt     $ 9,210.58

*Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date*

W.R. Grace & Company
5400 Broken Sound Boulevard, NW
Boca Raton, FL 33487

Invoice No.: 85358
Client: 19501
Matter: 77507

Attn.: Robert H. Beber, Esq.,
Executive Vice President
& General Counsel

Date: February 13, 2001

IN ACCOUNT WITH

**ROSENMAN & COLIN LLP**
575 MADISON AVENUE, NEW YORK, NY 10022-2585

TAXPAYER ID: 13-1662112

For Professional Services Rendered to J.P. Bolduc for the period through January 31, 2001:

| | | |
|---|---|---|
| In connection with Florida SEC Investigation | | $ 1,050.00 |
| Disbursements and other Charges: | | |
| Telephone | $ 21.18 | |
| Courier | 8.00 | |
| Postage | 1.10 | |
| Duplicating | 12.60 | |
| Filing Fees | 60.25 | |
| Total Disbursements | | 103.13 |
| Total Amount Due | | $ 1,153.13 |

Disbursements incurred for which bills have not been posted as of the above date will be billed later.

22088781.01