# JPMorganChase

Statement of Account

TS        D

In US Dollars

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

| | |
|---|---|
| Account No: | 323-223141 |
| Statement Start Date: | 01 MAY 2004 |
| Statement End Date: | 28 MAY 2004 |
| Statement Code: | 000-USA-22 |
| Statement No: | 005 |
| | Page 1 of 1 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## TRANSACTIONS

| | | | |
|---|---|---|---|
| Total Credits | 1 | 740,037.83 | |
| Total Debits (incl. checks) | 1 | 740,037.83 | |
| Total Checks Paid | 0 | 0.00 | |

## BALANCES

| | Opening (01 MAY 2004) | Closing (28 MAY 2004) | |
|---|---|---|---|
| Ledger | 740,037.83 | .00 Ledger | .00 |

| Ledger Date | Adj Ledger Date | Value Date | F. T. | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

LEDGER BALANCES
03MAY                                          0.00

## CREDITS
03MAY

USD YOUR: NC040926700503040I          740,037.83  NASSAU DEPOSIT TAKEN
     OUR: 0412400019IN                             B/O: WR GRACE & COMPANY
                                                   JERSEY CITY, NJ 07310
                                                   REF: TO REPAY YOUR DEPOSIT FR 04040
                                                   1 TO 040503 RATE 0.9500

## DEBITS
03MAY

USD YOUR: ND040468305030401          740,037.83  NASSAU DEPOSIT TAKEN
     OUR: 0412400665IN                             A/C WR GRACE & COMPANY
                                                   JERSEY CITY NJ 07310
                                                   REF: TO ESTABLISH YOUR DEPOSIT FR 0
                                                   40503 TO 040603 RATE 0.9500

## CHECKS

No Activity

FT CODE:

| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase

Statement of Account

TS

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 15 MAY 2004 |
| Statement End Date: | 28 MAY 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 010 |

Page 1 of 14

## TRANSACTIONS

| | | | |
|---|---|---|---|
| Total Credits | 34 | 81,089,434.59 | |
| Total Debits (incl. checks) | 50 | 81,037,158.45 | |
| Total Checks Paid | 0 | 0.00 | |

## BALANCES

| | Opening (15 MAY 2004) | Closing (28 MAY 2004) | |
|---|---|---|---|
| Ledger | 245,602.63 | Ledger | 297,878.77 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 17MAY | 267,302.33 |
| 18MAY | 290,443.11 |
| 19MAY | 247,012.35 |
| 20MAY | 244,289.53 |
| 21MAY | 265,109.17 |
| 24MAY | 272,667.63 |
| 25MAY | 97,713.94 |
| 26MAY | 22,009.72- |
| 27MAY | 226,154.99 |
| 28MAY | 297,878.77 |

## CREDITS

| Ledger Date | Adj. Ledger Date | Value Date | F. T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 17MAY | | | | 17MAY USD YOUR: O/B WACHOVIA BK<br>OUR: 0262003138FF | 1,254,092.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600 1257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0517E3I75DIC001968 |
| 17MAY | | | | 17MAY USD YOUR: O/B BKAM IL CGO<br>OUR: 0263802138FF | 3,041,398.99 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600 1257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/13:00<br>IMAD: 0517G1OFGY2C000487 |
| 18MAY | | | | 18MAY USD YOUR: O/B WACHOVIA BK<br>OUR: 0359909139FF | 206,979.42 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600 1257 RFB=O/B WACHOVIA BK BBI |

| FT CODE: | USD - SAME DAY FUNDS<br>USN - NEXT DAY FUNDS | US1 - ONE DAY FLOAT<br>US2 - TWO DAY FLOAT | US3 - THREE DAY FLOAT<br>US4 - FOUR DAY FLOAT | US5 - FIVE DAY FLOAT<br>USM - MIXED FLOAT |
|---|---|---|---|---|

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 MAY 2004
Statement End Date: 28 MAY 2004
Statement Code: S00-USA-22
Statement No: 010
Page 2 of 14

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 18MAY | | 18MAY | | USD YOUR: O/B WACHOVIA BK OUR: 0147603139FF | 2,873,330.00 | =/TIME/15:26 IMAD: 0518E3B75D2C002139 FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC,NA /05300219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO | | |
| 18MAY | | 18MAY | | USD YOUR: O/B BKAM IL CGO OUR: 0143603139FF | 3,600,622.31 | IMAD: 0518E3B75D1C001417 FEDWIRE CREDIT VIA:BANK OF AMERICA /071000039 B/O:W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140/AC-0 0001601257 RFB=O/B BKAM IL CGO BBI | | |
| 19MAY | | 19MAY | | USD YOUR: O/B BKAM IL CGO OUR: 0297902140FF | 337,359.88 | =/TIME/11:24 IMAD: 0519G1QFGY2C000372 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O:W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CGO BBI | | |
| 19MAY | | 19MAY | | USD YOUR: O/B WACHOVIA BK OUR: 0225508140FF | 406,893.00 | =/TIME/15:05 IMAD: 0519G1QF6Y2C000993 FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC, NA /05300219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO | | |
| 19MAY | | 19MAY | | USD YOUR: MAESTRO OUR: 0321801140FF | 2,100,000.00 | IMAD: 0519E3B75D1C002621 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP | | |

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| | | Account No: | 016-001257 |
|---|---|---|---|
| | | Statement Start Date: | 15 MAY 2004 |
| | | Statement End Date: | 28 MAY 2004 |
| | | Statement Code: | S00-USA-22 |
| | | Statement No: | 010 |

Page 3 of 14

In US Dollars

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 20MAY | | | | USD YOUR: 0/B CAROLINA FIR<br>OUR: 0280209141FF | 127,055.05 | /011000028<br>B/0: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=MAESTRO OBI=FUND-31<br>A-P 1-S1 ML PREMIER FUND BBI=/TIME<br>/MAD: 051PA1Q002DC001293<br>FEDWIRE CREDIT<br>VIA: CAROLINA FIRST BANK<br>/053201885<br>B/0: WOMBLE CARLYLE SANDRIDGE & RIC<br>GREENVILLE, SC 29603-0000<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B CAROLINA FIR OB<br>I=REF FURMAN UNIVERSITY FOUNDATION | | |
| 20MAY | | | | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0195713141FF | 674,091.96 | /MAD: 0520E3B75HIC000115<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/0: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B BKAM IL CGO BBI<br>7 /TIME/12:25 | | |
| 20MAY | | | | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0190508141FF | 736,455.00 | /MAD: 052061QFGY2C000575<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/0: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 0520E3B75D1C001927 | | |
| 20MAY | | | | USD YOUR: MAESTRO<br>OUR: 0370502141FF | 3,900,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/0: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

TS

Account No: 016-001257
Statement Start Date: 15 MAY 2004
Statement End Date: 28 MAY 2004
Statement Code: S00-USA-22
Statement No: 010
Page 4 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

**21MAY** — USD OUR: 1420068237TC — 1,283.00
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=MAESTRO OBI=FUND-31
B-P-1-S-1 ML PREMIER FUND BBI=/TIME
/MAD: 0520A1Q002BC001776
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:COMPANYID
ORIG ID:901601257 DESC DATE:OFFSET
CO ENTRY DESCR:3TOXEPAYMNTSEC:CCD
TRACE#:02100002068237 EED:040521
IND ID:901601257
IND NAME:NT FILE NAME: R141028
EFT/ACH CREATED OFFSET FOR ORIGIN#:

**21MAY** — USD YOUR: SWF OF 04/05/19 OUR: 0251100140FS — 259,290.65
/8134321199 CO EFF DATE: 04/05/21
BOOK TRANSFER CREDIT
B/O: SAMPO BANK PLC
HELSINKI 00007 FINLAND
ORG: OMG HARJAVALTA NICKEL OY
TEOLLISUUSKATU 1
REF: RETURN/IN80015457 AND IN800155

**21MAY** — USD OUR: 1420068234TC — 322,158.28
78/CHGS/USD35,00/OCMT/USD259325,65/
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:AON CORPORATION
ORIG ID:9005551498 DESC DATE:040520
CO ENTRY DESCR:ACH PYMT SEC:CCD
TRACE#:02100002068234 EED:040521
IND ID:
IND NAME:W R GRACE AND CO CONN
REF=**RETTREEDB\

**21MAY** — USD YOUR: O/B BKAM IL CGO OUR: 0167014142FF — 1,511,948.99
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B BKAM IL CGO BBI
=/TIME/12:01
/MAD: 052G1QFGY2C00498

**21MAY** — USD YOUR: O/B WACHOVIA BK OUR: 0151203142FF — 2,706,581.00
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A

JPMorganChase          Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:               016-001257
Statement Start Date:     15 MAY 2004
Statement End Date:       28 MAY 2004
Statement Code:           S00-USA-22
Statement No:             010

Page 5 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 21MAY | | 21MAY | USD | YOUR: 600813912544000I<br>OUR: 1168000142FC | 11,814,311.45 | ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 0521IE3B75DIC002023<br>CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CA<br>MBRIDGE MA 02140-/AC-00001601257 O<br>RG=/600832561137 GRACE COLLECTION I<br>NC. OGB=BANK OF AMERICA NT AND SA L<br>ONDON ENGLAND E14 5AQ<br>SSN: 0074319 | | |
| 24MAY | | 24MAY | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0107801145FF | 1,348,512.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 0524E3B75DIC001389 | | |
| 24MAY | | 24MAY | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0108701145FF | 1,562,621.03 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/11:01<br>/MAD: 0524G1QFGYZC000268 | | |
| 24MAY | | 24MAY | USD | YOUR: MAESTRO<br>OUR: 0329508145FF | 2,300,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=MAESTRO OBI=FUND-31<br>8-P 1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0524A1Q002DC001366 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 MAY 2004
Statement End Date: 28 MAY 2004
Statement Code: S00-USA-22
Statement No: 010

Page 6 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

25MAY    25MAY  USD  YOUR: 000000000
OUR: 0495603146FF    200,000.00 FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
7500 GRACE DR
B/O: W R GRACE & CO - CDNN
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=000000000 BBI=/TIME
/17:33
IMAD: 0525A1Q002GC001934

25MAY    25MAY  USD  YOUR: O/B WACHOVIA BK
OUR: 0116808146FF    1,589,663.00 FEDWIRE CREDIT
VIA: WACHOVIA BANK OF NC, NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0525E3875D1C001201

25MAY    25MAY  USD  YOUR: O/B BKAM IL CGO
OUR: 0116302146FF    1,642,115.69 FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B BKAM IL CGO BBI
=/TIME/11:09
IMAD: 0525G1QFGY2C000296

25MAY    25MAY  USD  YOUR: MAESTRO
OUR: 0396713146FF    9,900,000.00 FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=MAESTRO OBI=FUND-3I
8-P 1-S.1 ML PREMIER FUND BBI=/TIME
IMAD: 0525A1Q002DC001447

26MAY    26MAY  USD  YOUR: O/B WACHOVIA BK
OUR: 0204814147FF    2,295,983.00 FEDWIRE CREDIT
VIA: WACHOVIA BANK OF NC, NA
/053000219
B/O: W R GRACE & CO. - CONN.

JPMorganChase    Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 MAY 2004
Statement End Date: 28 MAY 2004
Statement Code: S00-USA-22
Statement No: 010

Page 7 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | References | Credit / Debit |
|---|---|---|---|
| 26MAY | 26MAY | USD YOUR: O/B BKAM IL CGO OUR: 0196809147FF | 3,382,779.91 |
| | | | COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI /FUNDS TRANSFER FROM DAVISON LOCKBO /MAD: 0526E3B75D1C002219 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BKAM IL CGO BBI =/TIME/13:00 |
| 26MAY | 26MAY | USD YOUR: O/B WACHOVIA BK OUR: 0193202147FF | 10,000,000.00 |
| | | | /MAD: 0526G1DFGY2C000562 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI /FUNDS TRANSFER FROM DAVISON LOCKBO /MAD: 0526E3B75D1C002210 |
| 27MAY | 27MAY | USD YOUR: O/B BB&T SC OUR: 0292813146FF | 182,027.72 |
| | | | FEDWIRE CREDIT VIA: BB&T SOUTH CAROLINA /053201607 B/O: KEEGAN LAW FIRM LLC GREENVILLE SC 29601 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BB&T SC OBI=RE: /HWY 414 (TIGERVILLE SITE) BBI=/TIM /MAD: 0527E3QP022C000082 |
| 27MAY | 27MAY | USD YOUR: O/B WACHOVIA BK OUR: 013430114BFF | 735,533.00 |
| | | | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI |

JPMorganChase

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:         016-001257
Statement Start Date:   15 MAY 2004
Statement End Date:     28 MAY 2004
Statement Code:      S00-USA-22
Statement No:        010

Page 8 of 14

In US Dollars

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 27MAY | | 27MAY | USD | YOUR: O/B BKAM IL CGO OUR: 0139202148FF | 1,741,596.94 | =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0527E3B75D1C001410 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B BKAM IL CGO BBI =/TIME/11:14 | | |
| 27MAY | | 27MAY | USD | YOUR: O/B WACHOVIA BK OUR: 0213307148FF | 5,515,399.53 | IMAD: 0527G1QFGY2C000650 FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B WACHOVIA BK BBI =/TIME/12:51 | | |
| 28MAY | | 28MAY | USD | YOUR: O/B BKAM IL CGO OUR: 0198713149FF | 1,195,524.79 | IMAD: 0527E3B75D2C001142 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B BKAM IL CGO BBI =/TIME/11:47 | | |
| 28MAY | | 28MAY | USD | YOUR: O/B WACHOVIA BK OUR: 0205020149FF | 1,623,827.00 | IMAD: 0528G1QFGY2C000653 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0528E3B75D1C003031 | | |

JPMorganChase

Statement of Account

TS

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 MAY 2004
Statement End Date: 28 MAY 2004
Statement Code: S00-USA-22
Statement No: 010

Page 9 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS**

17MAY — 17MAY USD YOUR: NONREF OUR: 2564800138J0 — 27,604.98 — CHIPS DEBIT
VIA: DEUTSCHE BANK TRUST CO AMERICA
/0103
A/C: ACDEUTNL2A
DEUTSCHE BANK AG AMSTERDAM
BEN: A & MINERALS LTD.
SSN: 0296487

17MAY — 17MAY USD OUR: 0016150114XF — 46,186.31 — AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032319670S

17MAY — 17MAY USD YOUR: NONREF OUR: 2564700138J0 — 1,000,000.00 — FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219
A/C: W.R. GRACE & CO. - CONN
REF: W.R. GRACE PAYMENT FOR CONTROLL
ED DISBURSEMENT ACCOUNTS
IMAD: 0517B1QGC01C005068

17MAY — 17MAY USD YOUR: NONREF OUR: 2564900138J0 — 3,200,000.00 — FEDWIRE DEBIT
VIA: STATE ST BOS
/011000028
A/C: MERRILL LYNCH PREMIER INSTITUT
REF: FFC TO ACCOUNT 3323735 NO WR G
RACE & CO. - CONN ATTN:MERRILL GROU
P (TRANSFER FUNDS)/TIME/16:35
IMAD: 0517B1QGC01C005069

18MAY — 18MAY USD OUR: 0014930114XF — 41,336.29 — AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032319670S

18MAY — 18MAY USD YOUR: NONREF OUR: 1021500139J0 — 816,454.66 — FEDWIRE DEBIT
VIA: FIRST BANK
/052000113
A/C: GRACE DAVISON
REF: HOURLY PAYROLL
IMAD: 0518B1QGC02C001896

18MAY — 18MAY USD YOUR: NONREF OUR: 1910400139J0 — 5,800,000.00 — FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219
A/C: W.R. GRACE & CO. - CONN
REF: W.R. GRACE PAYMENT FOR CONTROLL
ED DISBURSEMENT ACCOUNTS
IMAD: 0518B1QGC04C004115

19MAY — 19MAY USD OUR: 0032050114XF — 8,101.79 — AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 0003238B1963

19MAY — 19MAY USD OUR: 0015870114XF — 24,040.66 — AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032319670S

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 MAY 2004
Statement End Date: 28 MAY 2004
Statement Code: S00-USA-22
Statement No: 010
Page 10 of 14

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 19MAY | | 19MAY | | USD | YOUR: NONREF OUR: 167630001140J0 | 172,227.19 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 0247543 | | |
| 19MAY | | 19MAY | | USD | YOUR: ACH OF 04/05/19 OUR: 009820001400HP | 283,314.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 19MAY | | 19MAY | | USD | YOUR: NONREF OUR: 237640001140J0 | 2,400,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0519810GC01C004300 | | |
| 20MAY | | 20MAY | | USD | YOUR: ACH OF 04/05/20 OUR: 0131100141HP | 1,283.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 20MAY | | 20MAY | | USD | OUR: 0015530114XF | 22,900.15 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231969705 | | |
| 20MAY | | 20MAY | | USD | OUR: 0031150114XF | 116,141.68 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003325881963 | | |
| 20MAY | | 20MAY | | USD | YOUR: NONREF OUR: 202940001410 | 5,300,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0520810GC07C004311 | | |
| 21MAY | | | | USD | OUR: 1420221674TC | 1,283.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901601257 DESC DATE:040521 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000020221674 EED:040521 IND ID:13511423000 IND NAME:STATE OF NEW JERSEY | | |
| 21MAY | | | | USD | OUR: 0031910114XF | 32,104.97 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003325881963 | | |
| 21MAY | | | | USD | OUR: 0015630114XF | 65,694.91 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231969705 | | |
| 21MAY | | | | USD | YOUR: NONREF OUR: 2005600114210 | 1,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC | | |

CHASE

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Statement of Account

Account No: 016-001257
Statement Start Date: 15 MAY 2004
Statement End Date: 28 MAY 2004
Statement Code: S00-USA-22
Statement No: 010
Page 11 of 14

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 21MAY | | 21MAY | USD | YOUR: NONREF OUR: 0726800142J0 | 2,395,670.85 | /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLLED DISBURSEMENT ACCOUNTS IMAD: 0521B1QGC01C003965 |
| 21MAY | | 21MAY | USD | YOUR: NONREF OUR: 2036300142J0 | 13,100,000.00 | FEDWIRE DEBIT VIA: BK NOVA SCOTIA NYC /026002532 A/C: THE BANK OF NOVA SCOTIA TRANSIT 24042 BEN: GRACE CANADA, INC. MONEY MOBILIZATION DIVISION REF: W.R GRACE - VALLEYFIELD SETTLEMENT ATTN: PIERRE LEBOURDAIS IMAD: 0521B1QGC07C001844 |
| 24MAY | | | USD | OUR: 0031030114XF | 2,138.94 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR GRACE & CO. - CONN ATTN:MERRILL GROUP (TRANSFER FUNDS)/TIME/15:58 IMAD: 0521B1QGC04C004259 |
| 24MAY | | 24MAY | USD | YOUR: NONREF OUR: 2425000145J0 | 14,968.35 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323881963 VIA: ALLFIRST BANK /052000113 A/C: SPECTERA, INC. IMAD: 0524B1QGC08C004184 |
| 24MAY | | | USD | OUR: 0015230114XF | 38,433.48 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323196705 |
| 24MAY | | 24MAY | USD | YOUR: NONREF OUR: 2424800145J0 | 120,138.18 | FEDWIRE DEBIT VIA: BANK ONE NA CHGO /071000013 A/C: UNITED HEALTHCARE INSURANCE CO REF: /TIME/16:00 IMAD: 0524B1QGC02C004175 |
| 24MAY | | 24MAY | USD | YOUR: NONREF OUR: 2424900145J0 | 358,755.46 | BOOK TRANSFER DEBIT A/C: 002243680 METROPOLITAN LIFE INSURANCE CO. REF: ATTN: W.R. GRACE & CO. - 29465 |
| 24MAY | | 24MAY | USD | YOUR: NONREF OUR: 2424700145J0 | 2,100,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:          016-001257
Statement Start Date:  15 MAY 2004
Statement End Date:    28 MAY 2004
Statement Code:        S00-USA-22
Statement No:          010
Page 12 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 24MAY | | 24MAY | USD | YOUR: NONREF OUR: 1266100145J0 | 2,569,140.14 | /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0524BIQGC02C004174 FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: SALARIED PAYROLL IMAD: 0524BIQGC01C002361 | |
| 25MAY | | | USD | OUR: 0031790114XF | 4,574.97 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388 1963 | |
| 25MAY | | | USD | YOUR: NONREF OUR: 2316800146J0 | 24,779.55 | FEDWIRE DEBIT VIA: CENTIER WHITING /071902878 A/C: NATIONAL BOND AND TRUST REF: ATTN: CAROL HIGHSMITH IMAD: 0525BIQGC03C004637 | |
| 25MAY | | | USD | OUR: 0015550114XF | 142,944.93 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319 6705 | |
| 25MAY | | | USD | YOUR: NONREF OUR: 2653600146J0 | 369,146.64 | FEDWIRE DEBIT VIA: NORTHERN CHGO /071000152 A/C: W.R GRACE & CO. RETIREMENT PLA REF: ATTN: MR. BRUCE HENIKEN/TIME/I 7.10 IMAD: 0525BIQGC08C005197 | |
| 25MAY | | | USD | YOUR: NONREF OUR: 2316600146J0 | 562,324.53 | FEDWIRE DEBIT VIA: BK NOVA SCOTIA NYC /026002532 A/C: THE BANK OF NOVA SCOTIA MISSISSAUGA, ONTARIO CANADA TRANSIT BEN: GRACE CANADA, INC. MONEY MOBILIZATION DIVISION REF: ATTN: PIERRE LEBOURDAIS IMAD: 0525BIQGC06C004817 | |
| 25MAY | | | USD | YOUR: NONREF OUR: 0888500146J0 | 811,718.00 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL IMAD: 0525BIQGC02C002345 | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | | | |
|---|---|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 15 MAY 2004 |
| Statement End Date: | 28 MAY 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 010 |
| | Page 13 of 14 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | |
| 25MAY | | 25MAY | USD | YOUR: NONREF OUR: 2316700146J0 | 891,243.76 | FEDWIRE DEBIT VIA: DTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS IMAD: 0525B1Q6C06C004816 | |
| 25MAY | | 25MAY | USD | YOUR: NONREF OUR: 2316500146J0 | 10,700,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0525B1Q6C03C004706 | |
| 26MAY | | 26MAY | USD | YOUR: NONREF OUR: 2252000147J0 | 172,388.33 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 247526519 | |
| 26MAY | | 26MAY | USD | OUR: 0015060114XF | 226,098.24 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231196705 | |
| 26MAY | | 26MAY | USD | YOUR: NONREF OUR: 2251900147J0 | 2,500,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0526B1Q6C07C004743 | |
| 26MAY | | 26MAY | USD | YOUR: NONREF OUR: 2251800147J0 | 12,900,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN: MERRILL GROU P (TRANSFER FUNDS)/TIME/15:44 IMAD: 0526B1Q6C05C004951 | |
| 27MAY | | 27MAY | USD | OUR: 0032700114XF | 71.75 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238881963 | |
| 27MAY | | 27MAY | USD | OUR: 0015860114XF | 26,320.73 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231196705 | |
| 27MAY | | 27MAY | USD | YOUR: NONREF OUR: 2555500148J0 | 100,000.00 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO | |

JPMorganChase                                          Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| | | | In US Dollars |
|---|---|---|---|
| Account No: | | | 016-001257 |
| Statement Start Date: | | | 15 MAY 2004 |
| Statement End Date: | | | 28 MAY 2004 |
| Statement Code: | | | S00-USA-22 |
| Statement No: | | | 010 |
| | | | Page 14 of 14 |

| Ledger Date | Adj Ledger Date | Value Date | F. T. | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 27MAY | | 27MAY | USD | YOUR: NONREF<br>OUR: 2555600148JO | 1,800,000.00 | COLUMBIA MD 2104Δ-4098<br>REF: CHASE MEDICAL ACCT FUNDING<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)/TIME/15:45<br>IMAD: 0527B1QGC07C004614 | | |
| 27MAY | | 27MAY | USD | YOUR: NONREF<br>OUR: 2555400148JO | 6,000,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0527B1QGC01C004633 | | |
| 28MAY | | | USD | OUR: 0046070114XF | 4,263.13 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323881963 | | |
| 28MAY | | | USD | OUR: 0019030114XF | 43,364.88 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323196705 | | |
| 28MAY | | 28MAY | USD | YOUR: NONREF<br>OUR: 1913500149JO | 400,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0528B1QGC02C004284 | | |
| 28MAY | | 28MAY | USD | YOUR: NONREF<br>OUR: 1913400149JO | 2,300,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)/TIME/13:16<br>IMAD: 0528B1QGC08C003899 | | |

**CHECKS**

No Activity

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2004
Statement End Date: 14 MAY 2004
Statement Code: S00-USA-22
Statement No: 009
Page 1 of 14

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 32 |
| Total Debits (incl. checks) | 53 |
| Total Checks Paid | 0 |

## BALANCES

| | Opening (01 MAY 2004) | Closing (14 MAY 2004) |
|---|---|---|
| Ledger | 113,651,150.71 | |
| | 113,670,862.63 | |
| | 0.00 | |

## ENCLOSURES

| | Closing Balances |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### LEDGER BALANCES

| Date | Amount |
|---|---|
| 03MAY | 435,536.70 |
| 04MAY | 5,197,111.95 |
| 05MAY | 278,526.70 |
| 06MAY | 272,703.38 |
| 07MAY | 442,347.69 |
| 10MAY | 292,801.53 |
| 11MAY | 303,191.90 |
| 12MAY | 205,282.09 |
| 13MAY | 262,640.16 |
| 14MAY | 245,602.63 |

Opening (01 MAY 2004) Ledger 265,314.55    Closing (14 MAY 2004) Ledger 245,602.63

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 03MAY | | | | USD OUR: 124209J664TC | 639,611.85 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BENEFIT PYMTS ORIG ID:918063000 DESC DATE: CO ENTRY DESCR:DED PMT  SEC:PPD TRACE#:021000022093664 EED:040503 IND ID:           2685ACH A IND NAME:W R GRACE   0207-3001 |
| 03MAY | | 03MAY | USD | YOUR: O/B WACHOVIA BK OUR: 0338509124FF | 1,168,393.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /05300219 B/O:W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0503E3B75DIC002824 |
| 03MAY | | 03MAY | USD | YOUR: O/B BKAM IL CGO OUR: 0378313124FF | 2,702,228.92 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O:W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BKAM IL CGO BBI =/TIME/13:49 IMAD: 0503G10FGY2C000831 |

FT CODE:    USD - SAME DAY FUNDS        US1- ONE DAY FLOAT        US3 - THREE DAY FLOAT        US5 - FIVE DAY FLOAT
            USN - NEXT DAY FUNDS        US2- TWO DAY FLOAT        US4 - FOUR DAY FLOAT        USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER EXECUTION OF THE STATEMENT AND CANCELED VOUCHERS KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:            016-001257
Statement Start Date:  01 MAY 2004
Statement End Date:    14 MAY 2004
Statement Code:        S00-USA-22
Statement No:          009
Page 2 of 14

| Ledger Date | Adj Ledger Date | Value Date | F X | References | Credit / Debit | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

04MAY | | 04MAY | | USD YOUR: O/B WACHOVIA BK OUR: 0132002125FF | 2,198,647.00 |

FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0504E3B75DIC001946

04MAY | | 04MAY | | USD YOUR: O/B BKAM IL CGO OUR: 0124901125FF | 3,457,324.31 |

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B BKAM IL CGO BBI
=/TIME/11:29

05MAY | | 05MAY | | USD YOUR: O/B WACHOVIA BK OUR: 0249681126FF | 670,897.00 |

IMAD: 0504GJQFGY2C000425
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0505E3B75DIC002559

05MAY | | 05MAY | | USD YOUR: MAESTRO OUR: 0062508126FF | 1,500,000.00 |

FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=MAESTRO OBI=FUND-31
A-P 1-S 1 ML PREMIER FUND BBI=/TIME
IMAD: 0505AIQ0028C000049

05MAY | | 05MAY | | USD YOUR: O/B BKAM IL CGO OUR: 0258013126FF | 1,609,423.28 |

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2004
Statement End Date: 14 MAY 2004
Statement Code: S00-USA-22
Statement No: 009

Page 3 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06MAY | | | USD | YOUR: O/B WACHOVIA BK OUR: 0237201127FF | 1,277,122.00 | COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM Il CGO BBI =/TIME/13:55 /MAD: 0505G1QFGY2C000927 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 | | |
| 06MAY | | | USD | YOUR: O/B BKAM IL CGO OUR: 0235009127FF | 1,815,419.69 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO /MAD: 0506E3B75DIC002199 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000059 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 | | |
| 06MAY | | | USD | YOUR: MAESTRO OUR: 0336B02127FF | 3,400,000.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM Il CGO BBI =/TIME/13:39 /MAD: 0505G1QFGY2C001353 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 | | |
| 07MAY | | | USD | YOUR: O/B PNCBANK PITT OUR: 0362714128FF | 241,492.78 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=MAESTRO OBI=FUND-31 8=F 1-5 1 ML PREMIER FUND BBI=/TIME /MAD: 0506A1Q002GC001534 FEDWIRE CREDIT VIA: PNC BANK, NA /043000096 B/O: NORILSK NICKEL USA INC PITTSBURGH PA 15276 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B PNCBANK PITT OB | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2004
Statement End Date: 14 MAY 2004
Statement Code: S00-USA-22
Statement No: 009
Page 4 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 07MAY | | | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0303S1412BFF | 808,992.00 | I=REF INV # 13766 BBI=/TIME/16:03<br>/MAD: 0507D3B74V9C001805<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO | | |
| 07MAY | | | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0302307128FF | 862,834.67 | /MAD: 0507E3B75D1CD03D02<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/14:53 | | |
| 10MAY | | | USD | YOUR: O/B BKAM IL CGO<br>OUR: 019591313IFF | 1,867,843.59 | /MAD: 0507G1QFGY2C001058<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/12:33 | | |
| 10MAY | | | USD | YOUR: O/B WACHOVIA BK<br>OUR: 019981313IFF | 1,876,726.00 | /MAD: 0510G1QFGY2C000493<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO | | |
| 10MAY | | | USD | YOUR: CAP OF 04/05/10<br>OUR: 1523400131J0 | 60,305,000.00 | /MAD: 0510E3B75D1C002239<br>BOOK TRANSFER CREDIT<br>B/O: GRACE INTERNATIONAL HOLDINGS,I | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No: 016-001257
Statement Start Date: 01 MAY 2004
Statement End Date: 14 MAY 2004
Statement Code: S00-USA-22
Statement No: 009

Page 5 of 14

Ts

| Ledger Date | Adj Ledger Date | Value Date | F t | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 11MAY | | 11MAY | USD | YOUR: NONREF OUR: 0440200132II | 8,673.52 | CAMBRIDGE MA 02140- BOOK TRANSFER CREDIT B/O: BANCO DO BRASIL S.A NOSTRO ACC RIO. DE JANEIRO BRAZIL 20031-201 ORG: W.R. GRACE AND COMPANY REF: NVSL GRACE BK PDT ENTRY REF NONR REF DD290-APR-04 PE R RY REQ, OUR TR N/2S890011J.O.ORI G AMT 8,719.52/U SLESS CHGS./BNF/OUR REF.JPM5182-05 MAY04 | | |
| 11MAY | | 11MAY | USD | YOUR: O/B WACHOVIA BK OUR: 0095003132FF | 2,346,201.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00616001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO /IMAD: 0511E3B75D1C000966 | | |
| 11MAY | | 11MAY | USD | YOUR: O/B BKAM IL CGO OUR: 0092303132FF | 3,096,779.95 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF/ CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B BKAM IL CGO BBI =/TIME/10:53 /IMAD: 0511GIQFGY2C000321 | | |
| 11MAY | | 11MAY | USD | YOUR: MAESTRO OUR: 0347708132FF | 8,400,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=MAESTRO OBI=FUND/31 00I-I ML PREMIER FUND BBI=/TIME /IMAD: 0511A1Q002GC001690 | | |
| 12MAY | | | USD | OUR: 13321800067TC | 130,000.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901601257 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:               016-001257
Statement Start Date:     01 MAY 2004
Statement End Date:       14 MAY 2004
Statement Code:           S00-USA-22
Statement No:             009
Page 6 of 14

| Ledger Date | Adj Ledger Date | F | References | Value Date | Credit / Debit | Description | Date | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 12MAY | USD YOUR: O/B WACHOVIA BK OUR: 0245903133FF | 12MAY | 631,045.00 | TRACE#: 021000022180067 EED:040512 IND ID:9016001257 IND NAME:EFT FILE NAME: R132047 EFT/ACH CREATED OFFSET FOR ORIGIN#: /81343219 CO EFF DATE: 04/05/12 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0512E3B75D1CO02461 |

| 12MAY | USD YOUR: O/B BKAM IL CGO OUR: 0247209133FF | 12MAY | 2,134,068.52 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BKAM IL CGO BBI =/TIME/14:10 IMAD: 0512G1QFGY2CO00912 |

| 13MAY | USD YOUR: O/B WACHOVIA BK OUR: 0178002134FF | 13MAY | 478,809.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC.NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0513E3B75D1CO01610 |

| 13MAY | USD YOUR: O/B WACHOVIA BK OUR: 0246508134FF | 13MAY | 554,960.60 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK BBI =/TIME/13:19 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2004
Statement End Date: 14 MAY 2004
Statement Code: S00-USA-22
Statement No: 009

Page 7 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | Reference | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 13MAY | | 13MAY | | USD YOUR: O/B BKAM IL CGO OUR: 0178414134FF | 1,271,216.83 | IMAD: 0513E3B75D2C001246 FEDWIRE CREDIT VIA: BANK OF AMERICA /07100039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600157 RFB=O/B BKAM IL CGO BBI =/TIME/11:47 | | |
| 13MAY | | 13MAY | | USD YOUR: MAESTRO OUR: 0418907134FF | 4,300,000.00 | IMAD: 0513S1QFGY2C000541 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /01100028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600157 RFB=MAESTRO OBI=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME | | |
| 14MAY | | 14MAY | | USD YOUR: 033535 OUR: 0316107135FF | 1,050.00 | IMAD: 0513A1Q002GC002214 FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: GRACE COLLECTIONS INC COLUMBIA MD REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600157 RFB=033535 OBI=CD INT P MT TKT 365507-5/11/04 BBI=/TIME/14: | | |
| 14MAY | | | | USD OUR: 135625763BTC | 8,481.00 | IMAD: 0514B6B7HU6R000791 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000026257638 EED:040514 IND ID:9016001257 IND NAME:EFT FILE NAME: R134031 EFT/ACH CREATED OFFSET FOR ORIGIN#: 813432199 CO EFF DATE: 04/05/14 | | |
| 14MAY | | 14MAY | | USD YOUR: O/B BKAM IL CGO OUR: 0188607135FF | 662,006.20 | FEDWIRE CREDIT VIA: BANK OF AMERICA /07100039 B/O: W.R. GRACE & CO. CON -TREASURY | | |

Ts

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN. DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2004
Statement End Date: 14 MAY 2004
Statement Code: S00-USA-22
Statement No: 009
Page 8 of 14

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 14MAY | | | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0183702135FF | 3,225,903.00 | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/12:17<br>IMAD: 0514GIQFGV2C000536<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0514E3B75D1C002000 | | |

## DEBITS

| 03MAY | | | USD | OUR: 003234011BXF | 70,327.68 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 | | |
| 03MAY | | | USD | OUR: 001624011BXF | 128,191.16 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0005231967705 | | |
| 03MAY | | | USD | YOUR: NONREF<br>OUR: 2679700124J0 | 241,492.78 | FEDWIRE DEBIT<br>VIA: PNCBANK PITT<br>/043000096<br>A/C: NORIMET USA, INC.<br>REF: GRACE DAVISON PREPAYING INV 06<br>92004<br>IMAD: 0503BIQGC05C005174 | | |
| 03MAY | | | USD | YOUR: NONREF<br>OUR: 2633200124J0 | 1,800,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0503BIQGC04C005034 | | |
| 03MAY | | | USD | YOUR: NONREF<br>OUR: 2633300124J0 | 2,100,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)/TIME/17:06<br>IMAD: 0503BIQGC02C005012 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 01 MAY 2004
Statement End Date: 14 MAY 2004
Statement Code: S00-USA-22
Statement No: 009

Page 9 of 14

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 04MAY | | | | USD OUR: 0030810114XF | 409.83 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 04MAY | | | | USD OUR: 0015390114XF | 60,442.01 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 04MAY | | | | USD YOUR: NONREF OUR: 0841900125J0 | 833,544.22 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL IMAD: 0504B1QGC07C002156 | | |
| 05MAY | | | | USD YOUR: NONREF OUR: 0376400126J0 | 1,958.38 | BOOK TRANSFER DEBIT A/C: 0022430680 METROPOLITAN LIFE INSURANCE COMPANY REF: ATTN: W.R. GRACE & CO. NO. 913 70 EMPLOYEE GUL CONTRIBUTIONS FOR 4 04 | | |
| 05MAY | | | | USD OUR: 0031110114XF | 3,254.67 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 05MAY | | | | USD OUR: 0014870114XF | 35,481.22 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| 05MAY | | | | USD YOUR: NONREF OUR: 0376300126J0 | 165,569.21 | FEDWIRE DEBIT VIA: F121000358 /121000358 A/C: BANK AMERICA BUSINESS CREDIT, ATTN: JOANN BASDEO 212-503-7642 REF: /TIME/10:07 IMAD: 0505B1QGC04C001241 | | |
| 05MAY | | | | USD YOUR: NONREF OUR: 0376100126J0 | 192,642.05 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: ACDEUTNL2A DEUTSCHE BANK AG AMSTERDAM BEN: A & MINERALS LTD. REF: GRACE DAVISON PYMT OF INV 2787 274 | | |
| 05MAY | | | | USD YOUR: NONREF OUR: 0376200126J0 | 1,000,000.00 | SSN: 0144242 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0505B1QGC02C001111 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No:                016-001257
Statement Start Date:      01 MAY 2004
Statement End Date:        14 MAY 2004
Statement Code:            S00-USA-22
Statement No:              009

Page 10 of 14

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 05MAY | | 05MAY | | USD YOUR: NONREF OUR: 2117900126J0 | 2,200,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0505B1QGC07C003850 | | |
| 05MAY | | | | USD YOUR: NONREF OUR: 0364900126J0 | 5,100,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0505B1QGC04C001109 | | |
| 06MAY | | | | USD OUR: 0030470114XF | 4,629.76 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 06MAY | | | | USD OUR: 0014990114XF | 18,054.80 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670 5 | | |
| 06MAY | | | | USD YOUR: NONREF OUR: 2107500127J0 | 175,680.45- | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & ATTN. FPRS SSN: 0259391 | | |
| 06MAY | | | | USD YOUR: NONREF OUR: 2107400127J0 | 6,300,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0506B1QGC08C004141 | | |
| 07MAY | | | | USD OUR: 0031510114XF | 177.44 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 07MAY | | | | USD YOUR: NONREF OUR: 2016900128J0 | 65,985.70 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: ACHABAEE2X AS HANSAPANK ESTONIA BEN: AS SILMET SSN: 0256342 | | |
| 07MAY | | | | USD OUR: 0015550114XF | 77,512.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670 5 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date:  01 MAY 2004
Statement End Date:   14 MAY 2004
Statement Code:      S00-USA-22
Statement No:        009
Page 11 of 14

| Ledger Date | Adj Ledger Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | References | Credit / Debit | Description |
|---|---|---|---|
| 07MAY | USD YOUR: NONREF OUR: 201680012BJ0 | 700,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0507B1QGC04C004008 |
| 07MAY | USD YOUR: NONREF OUR: 201700012BJ0 | 900,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P/(TRANSFER FUNDS)/TIME/15:36 IMAD: 0507B1QGC08C003800 |
| 10MAY | USD OUR: 0031090114XF | 26,849.69 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 |
| 10MAY | USD OUR: 0015390114XF | 57,014.34 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323196705 |
| 10MAY | USD YOUR: NONREF OUR: 2658400131J0 | 1,300,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0510B1QGC04C005017 |
| 10MAY | USD YOUR: NONREF OUR: 1472000131J0 | 2,615,251.72 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: SALARIED PAYROLL IMAD: 0510B1QGC08C002965 |
| 10MAY | USD YOUR: NONREF OUR: 2658600131J0 | 10,200,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P/(TRANSFER FUNDS)/TIME/17:37 IMAD: 0510B1QGC01C005031 |
| 10MAY | USD YOUR: NONREF OUR: 2658500131J0 | 50,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 01 MAY 2004
Statement End Date: 14 MAY 2004
Statement Code: S00-USA-22
Statement No: 009

Page 12 of 14

| Ledger Date | Adj Ledger Date | Value Date | F. | TX | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| Ledger Date | References | Credit / Debit | Description |
|---|---|---|---|
| 11MAY | USD OUR: 0029570114XF | 13,065.43 | REF: FFC TO ACCOUNT 332735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/17:36 IMAD: 0510B1QGC01C005030 |
| 11MAY | USD OUR: 0014270114XF | 26,713.15 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003523881963 |
| 11MAY | USD YOUR: ACH 04/05/11 OUR: 0889400132HP | 130,000.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- |
| 11MAY | USD YOUR: NONREF OUR: 1068500132J0 | 826,826.82 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL IMAD: 0511B1QGC02C002349 |
| 11MAY | USD YOUR: NONREF OUR: 2258700132J0 | 944,658.70 | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS IMAD: 0511B1QGC03C004280 |
| 11MAY | USD YOUR: NONREF OUR: 2258600132J0 | 11,900,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0511B1QGC05C004356 |
| 12MAY | USD OUR: 0030370114XF | 12,831.65 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003523881963 |
| 12MAY | USD OUR: 0014910114XF | 50,191.68 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 |
| 12MAY | USD OUR: 1332283080TC | 130,000.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040512 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022283080 EED:040512 IND ID:11351142309 IND NAME:COMPT. OF PUBLIC ACCTS |
| 12MAY | USD YOUR: NONREF OUR: 1962900133J0 | 1,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2004
Statement End Date: 14 MAY 2004
Statement Code: S00-USA-22
Statement No: 009
Page 13 of 14

| Ledger Date | Adj Ledger Date | Value Date | F. | Credit References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| | | 12MAY | USD | YOUR: NONREF OUR: 1962800135JO | /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/15:28 /MAD: 0512B1QGC02C004131 | 1,800,000.00 | | |
| | | 13MAY | USD | OUR: 003053011XF | FEDWIRE DEBIT /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS /MAD: 0512B1QGC01C004012 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003236B1963 | 3,413.95 | | |
| | | 13MAY | USD | YOUR: ACH OF 04/05/13 OUR: 0896401134HP | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | 8,481.00 | | |
| | | 13MAY | USD | OUR: 001475011XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 | 35,733.41 | | |
| | | 13MAY | USD | YOUR: NONREF OUR: 1557900134JO | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: CHASE MEDICAL ACCT FUNDING | 100,000.00 | | |
| | | 13MAY | USD | YOUR: NONREF OUR: 1775800134JO | FEDWIRE DEBIT /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS /MAD: 0513B1QGC06C004398 | 6,400,000.00 | | |
| | | 14MAY | USD | OUR: 1556423802TC | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040514 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000002642380Z EED:040514 IND ID:ME-010086 IND NAME:STATE OF MICHIGAN | Ⓒ 8,481.00 | | |
| | | 14MAY | USD | OUR: 003363011XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003236B1963 | 45,673.94 | | |
| | | 14MAY | USD | OUR: 0015990114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 | 86,515.68 | | |
| | | 14MAY | USD | YOUR: NONREF OUR: 2088900135JO | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA | 173,807.11 | | |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:   04/30/2004
This Statement:   05/28/2004

Customer Service
1-800-262-2726

W.R. GRACE & CO. DIP
ATTN  CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

Page      1 of    4

Bankruptcy Case Number:0101139

# ANALYZED CHECKING

## Account Summary Information

| | | |
|---|---|---|
| tatement Period 05/01/2004 - 05/28/2004 | Statement Beginning Balance | 1,373,152.29 |
| umber of Deposits/Credits | 40 | Amount of Deposits/Credits | 40,911,480.05 |
| umber of Checks | 0 | Amount of Checks | .00 |
| umber of Other Debits | 24 | Amount of Other Debits | 39,730,078.74 |
| | | Statement Ending Balance | 2,554,553.60 |
| umber of Enclosures | 0 | | |
| | | Service Charge | .00 |

## Deposits and Credits

| ate osted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 5/03 | | 638,863.25 | Zero Balance Transfer | TRSF FR 8188903106 | 00722234062 |
| 5/03 | | 3,668,666.82 | Zero Balance Transfer | TRSF FR 8188703107 | 00722233790 |
| 5/04 | | 363,630.53 | Zero Balance Transfer | TRSF FR 8188903106 | 00722161640 |
| 5/04 | | 1,599,086.35 | Zero Balance Transfer | TRSF FR 8188703107 | 00722161403 |
| 5/05 | | 158,104.27 | Zero Balance Transfer | TRSF FR 8188903106 | 00722139989 |
| 5/05 | | 1,799,832.09 | Zero Balance Transfer | TRSF FR 8188703107 | 00722139751 |
| 5/06 | | 129,611.03 | Zero Balance Transfer | TRSF FR 8188903106 | 00722141888 |
| 5/06 | | 712,704.96 | Zero Balance Transfer | TRSF FR 8188703107 | 00722141652 |
| 5/07 | | 569,458.90 | Zero Balance Transfer | TRSF FR 8188903106 | 00722142824 |
| 5/07 | | 783,867.11 | Zero Balance Transfer | TRSF FR 8188703107 | 00722142590 |
| 5/10 | | 722,186.22 | Zero Balance Transfer | TRSF FR 8188903106 | 00722233191 |
| 5/10 | | 2,771,367.72 | Zero Balance Transfer | TRSF FR 8188703107 | 00722232932 |
| 5/11 | | 136,213.21 | Zero Balance Transfer | TRSF FR 8188903106 | 00722157464 |
| 5/11 | | 1,860,971.71 | Zero Balance Transfer | TRSF FR 8188703107 | 00722157238 |
| 5/12 | | 141,080.99 | Zero Balance Transfer | TRSF FR 8188903106 | 00722137216 |
| 5/12 | | 1,417,090.07 | Zero Balance Transfer | TRSF FR 8188703107 | 00722136992 |
| 5/13 | | 150,476.01 | Zero Balance Transfer | TRSF FR 8188903106 | 00722140758 |
| 5/13 | | 464,386.29 | Zero Balance Transfer | TRSF FR 8188703107 | 00722140529 |
| 5/14 | | 4,267.20 | Zero Balance Transfer | TRSF FR 8188903106 | 00722143539 |
| 5/14 | | 1,715,186.63 | Zero Balance Transfer | TRSF FR 8188703107 | 00722143308 |
| 5/17 | | 1,019,676.94 | Zero Balance Transfer | TRSF FR 8188903106 | 00722234087 |
| 5/17 | | 3,674,592.78 | Zero Balance Transfer | TRSF FR 8188703107 | 00722233834 |
| 5/18 | | 349,274.91 | Zero Balance Transfer | TRSF FR 8188903106 | 00722156839 |
| 5/18 | | 1,727,834.53 | Zero Balance Transfer | TRSF FR 8188703107 | 00722156601 |
| 5/19 | | 156,564.34 | Zero Balance Transfer | TRSF FR 8188903106 | 00722137085 |
| 5/19 | | 587,887.12 | Zero Balance Transfer | TRSF FR 8188703107 | 00722136847 |
| 5/20 | | 316,290.65 | Zero Balance Transfer | TRSF FR 8188903106 | 00722140690 |
| 5/20 | | 1,160,914.14 | Zero Balance Transfer | TRSF FR 8188703107 | 00722140459 |
| 5/21 | | 79,650.31 | Zero Balance Transfer | TRSF FR 8188903106 | 00722143586 |
| 5/21 | | 1,212,652.40 | Zero Balance Transfer | TRSF FR 8188703107 | 00722143342 |
| 5/24 | | 497,427.96 | Zero Balance Transfer | TRSF FR 8188903106 | 00722233428 |
| 5/24 | | 1,455,439.05 | Zero Balance Transfer | TRSF FR 8188703107 | 00722233173 |
| 05/25 | | 136,353.90 | Zero Balance Transfer | TRSF FR 8188903106 | 00722163868 |
| 05/25 | | 2,607,558.32 | Zero Balance Transfer | TRSF FR 8188703107 | 00722163612 |
| 05/26 | | 908,436.57 | Zero Balance Transfer | TRSF FR 8188903106 | 00722137832 |
| 05/26 | | 1,517,762.07 | Zero Balance Transfer | TRSF FR 8188703107 | 00722137609 |
| 05/27 | | 166,205.14 | Zero Balance Transfer | TRSF FR 8188903106 | 00722141747 |
| 05/27 | | 953,102.17 | Zero Balance Transfer | TRSF FR 8188703107 | 00722141514 |
| 05/28 | | 138,175.67 | Zero Balance Transfer | TRSF FR 8188903106 | 00722146050 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

```
Account Number     8188203114
01 01 142 01 M0000 E#      0
Last Statement:    04/30/2004
This Statement:    05/28/2004
```

W.R. GRACE & CO. DIP

```
Customer Service
1-800-262-2726

Page     2 of    4
```

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 5/28 | | 2,438,629.72 | Zero Balance Transfer      TRSF FR 8188703107 | 00722145805 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 5/03 | | 2,702,228.92 | WIRE TYPE:WIRE OUT DATE:050304 TIME:1249 CT TRN:040503041026 FDREF/SEQ:040503041026/000831 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370041026 |
| 05/04 | | 3,457,324.31 | WIRE TYPE:WIRE OUT DATE:050404 TIME:1028 CT TRN:040504018629 FDREF/SEQ:040504018629/000425 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370018629 |
| 05/05 | | 1,609,423.28 | WIRE TYPE:WIRE OUT DATE:050504 TIME:1255 CT TRN:040505036576 FDREF/SEQ:040505036576/000927 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370036576 |
| 05/06 | | 1,815,419.69 | WIRE TYPE:WIRE OUT DATE:050604 TIME:1239 CT TRN:040506036417 FDREF/SEQ:040506036417/001353 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370036417 |
| 05/07 | | 862,834.67 | WIRE TYPE:WIRE OUT DATE:050704 TIME:1352 CT TRN:040507048317 FDREF/SEQ:040507048317/001058 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370048317 |
| 05/10 | | 1,867,843.59 | WIRE TYPE:WIRE OUT DATE:051004 TIME:1133 CT TRN:040510028408 FDREF/SEQ:040510028408/000493 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370028408 |
| 05/11 | | 3,096,779.95 | WIRE TYPE:WIRE OUT DATE:051104 TIME:0952 CT TRN:040511016079 FDREF/SEQ:040511016079/000321 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370016079 |
| 05/12 | | 1,600.00 | Foreign Exchange Debit       FX DRAW DRFX718010 2728.00 SGD  @ 1.705 ON 20040510 | 01790300043 |
| 05/12 | | 2,000.00 | Foreign Exchange Debit       FX DRAW DRFX718005 3410.00 SGD  @ 1.705 ON 20040510 | 01790300081 |
| 05/12 | | 2,134,068.52 | WIRE TYPE:WIRE OUT DATE:051204 TIME:1309 CT TRN:040512038295 FDREF/SEQ:040512038295/000912 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370038295 |
| 05/13 | | 1,271,216.83 | WIRE TYPE:WIRE OUT DATE:051304 TIME:1046 CT TRN:040513023036 FDREF/SEQ:040513023036/000541 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370023036 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#      0
Last Statement:   04/30/2004
This Statement:   05/28/2004

W.R. GRACE & CO. DIP

Customer Service
1-800-262-2726

Page    3 of    4

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Withdrawals and Debits

ther Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 5/14 | | 662,006.20 | WIRE TYPE:WIRE OUT DATE:051404 TIME:1117 CT<br>TRN:040514030029 FDREF/SEQ:040514030029/000536<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370030029 |
| 5/17 | | 3,041,398.99 | WIRE TYPE:WIRE OUT DATE:051704 TIME:1159 CT<br>TRN:040517031679 FDREF/SEQ:040517031679/000487<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370031679 |
| 5/18 | | 3,600,622.31 | WIRE TYPE:WIRE OUT DATE:051804 TIME:1023 CT<br>TRN:040518018877 FDREF/SEQ:040518018877/000372<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370018877 |
| 5/19 | | 337,359.88 | WIRE TYPE:WIRE OUT DATE:051904 TIME:1405 CT<br>TRN:040519046599 FDREF/SEQ:040519046599/000993<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370046599 |
| 5/20 | | 674,091.96 | WIRE TYPE:WIRE OUT DATE:052004 TIME:1125 CT<br>TRN:040520028774 FDREF/SEQ:040520028774/000575<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370028774 |
| 5/20 | | 1,554,622.28 | Foreign Exchange Debit          FX DRAW DRFX077941<br>1554622.28 USD  a 0.0 ON 20040519 | 01790300040 |
| 5/21 | | 2,650.01 | Foreign Exchange Debit          FX DRAW DRFX078290<br>2650.01 USD  a 0.0 ON 20040519 | 01790300121 |
| 5/21 | | 1,511,948.99 | WIRE TYPE:WIRE OUT DATE:052104 TIME:1101 CT<br>TRN:040521026606 FDREF/SEQ:040521026606/000498<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370026606 |
| 5/24 | | 1,562,621.03 | WIRE TYPE:WIRE OUT DATE:052404 TIME:1000 CT<br>TRN:040524017038 FDREF/SEQ:040524017038/000268<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370017038 |
| 05/25 | | 1,642,115.69 | WIRE TYPE:WIRE OUT DATE:052504 TIME:1009 CT<br>TRN:040525019675 FDREF/SEQ:040525019675/000296<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370019675 |
| 05/26 | | 3,382,779.91 | WIRE TYPE:WIRE OUT DATE:052604 TIME:1200 CT<br>TRN:040526030900 FDREF/SEQ:040526030900/000562<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370030900 |
| 05/27 | | 1,741,596.94 | WIRE TYPE:WIRE OUT DATE:052704 TIME:1013 CT<br>TRN:040527022841 FDREF/SEQ:040527022841/000650<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370022841 |
| 05/28 | | 1,195,524.79 | WIRE TYPE:WIRE OUT DATE:052804 TIME:1047 CT<br>TRN:040528034445 FDREF/SEQ:040528034445/000653<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370034445 |



# Commercial Checking

**WACHOVIA**   19        2079920005761  005  109        2291      0            10,258

---

## Checks continued

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 416462 | 3,090.08 | 5/26 | 416511* | 2,736.00 | 5/25 | 416573 | 27.00 | 5/26 |
| 416463 | 987.49 | 5/27 | 416512 | 141.37 | 5/28 | 416574 | 301.38 | 5/26 |
| 416464 | 493.00 | 5/26 | 416514* | 3,008.25 | 5/27 | 416575 | 1,331.40 | 5/25 |
| 416465 | 530.40 | 5/27 | 416515 | 11,877.00 | 5/26 | 416576 | 1,159.99 | 5/26 |
| 416466 | 30,183.46 | 5/25 | 416516 | 18,720.00 | 5/27 | 416577 | 426.90 | 5/25 |
| 416467 | 1,704.00 | 5/25 | 416517 | 1,659.46 | 5/25 | 416578 | 1,624.20 | 5/27 |
| 416468 | 462.30 | 5/25 | 416518 | 1,362.14 | 5/25 | 416580* | 529.87 | 5/26 |
| 416469 | 890.18 | 5/26 | 416519 | 1,128.00 | 5/26 | 416581 | 1,440.00 | 5/26 |
| 416470 | 21,427.00 | 5/26 | 416520 | 1,894.34 | 5/25 | 416582 | 20,545.55 | 5/25 |
| 416471 | 9,924.97 | 5/25 | 416521 | 299.47 | 5/27 | 416583 | 1,821.17 | 5/27 |
| 416472 | 4,660.00 | 5/26 | 416527* | 5,598.00 | 5/25 | 416585* | 18.45 | 5/26 |
| 416473 | 3,552.00 | 5/26 | 416529* | 373.94 | 5/26 | 416586 | 885.00 | 5/28 |
| 416474 | 786.06 | 5/25 | 416530 | 1,026.70 | 5/25 | 416587 | 16,855.00 | 5/26 |
| 416475 | 251.88 | 5/26 | 416533* | 5,173.49 | 5/27 | 416588 | 368.38 | 5/26 |
| 416476 | 6,232.20 | 5/26 | 416534 | 1,273.70 | 5/24 | 416589 | 626.40 | 5/26 |
| 416477 | 1,033.65 | 5/25 | 416535 | 835.00 | 5/26 | 416591* | 156.38 | 5/25 |
| 416478 | 108.00 | 5/26 | 416541* | 1,113.10 | 5/26 | 416592 | 300.00 | 5/28 |
| 416479 | 239.10 | 5/25 | 416543* | 183.23 | 5/26 | 416595* | 1,757.00 | 5/26 |
| 416480 | 15,499.48 | 5/26 | 416544 | 500.00 | 5/26 | 416596 | 27.32 | 5/25 |
| 416481 | 56.40 | 5/26 | 416545 | 254.45 | 5/27 | 416597 | 47.70 | 5/25 |
| 416482 | 1,207.20 | 5/27 | 416546 | 156.30 | 5/28 | 416598 | 54.19 | 5/25 |
| 416483 | 552.76 | 5/26 | 416547 | 400.95 | 5/27 | 416599 | 24.79 | 5/25 |
| 416484 | 1,617.77 | 5/25 | 416548 | 5,740.00 | 5/26 | 416600 | 95.40 | 5/25 |
| 416485 | 2,273.75 | 5/26 | 416551* | 110.00 | 5/25 | 416601 | 381.60 | 5/25 |
| 416486 | 331.54 | 5/25 | 416552 | 47,837.50 | 5/26 | 416602 | 24.63 | 5/25 |
| 416488* | 396.60 | 5/28 | 416553 | 2,452.63 | 5/26 | 416603 | 26.82 | 5/25 |
| 416489 | 485.00 | 5/27 | 416554 | 50.26 | 5/28 | 416604 | 47.70 | 5/25 |
| 416490 | 6,823.80 | 5/25 | 416555 | 17,346.00 | 5/25 | 416605 | 54.75 | 5/25 |
| 416491 | 1,562.22 | 5/26 | 416556 | 5,293.92 | 5/25 | 416606 | 74.56 | 5/25 |
| 416493* | 42.88 | 5/25 | 416558* | 426.50 | 5/25 | 416608* | 182.16 | 5/26 |
| 416494 | 1,940.00 | 5/27 | 416559 | 2,500.00 | 5/28 | 416609 | 35.88 | 5/26 |
| 416495 | 36,281.29 | 5/25 | 416560 | 64.20 | 5/25 | 416611* | 895.00 | 5/25 |
| 416496 | 4,900.00 | 5/25 | 416562* | 6,358.85 | 5/26 | 416614* | 24.00 | 5/27 |
| 416497 | 4,779.00 | 5/26 | 416563 | 156.41 | 5/26 | 416615 | 10,343.33 | 5/27 |
| 416500* | 1,255.25 | 5/26 | 416564 | 453.93 | 5/26 | 416616 | 10,129.19 | 5/26 |
| 416501 | 725.00 | 5/26 | 416565 | 912.00 | 5/26 | 416617 | 270.75 | 5/25 |
| 416502 | 793.94 | 5/25 | 416566 | 25,982.42 | 5/26 | 416618 | 42.13 | 5/26 |
| 416503 | 4,019.74 | 5/27 | 416567 | 31.87 | 5/26 | 416620* | 8,889.40 | 5/25 |
| 416505* | 286.00 | 5/28 | 416568 | 4,493.29 | 5/28 | 416622* | 6,559.64 | 5/27 |
| 416507* | 14,305.16 | 5/26 | 416569 | 168.00 | 5/26 | 416623 | 14,333.72 | 5/27 |
| 416508 | 431.95 | 5/26 | 416571* | 135.83 | 5/26 | 416624 | 374.76 | 5/25 |
| 416509 | 447.53 | 5/26 | 416572 | 449.00 | 5/27 | 416635* | 4,070.43 | 5/25 |

* Indicates a break in check number sequence

*Checks continued on next page*



# Commercial Checking

WACHOVIA    20        2079920005761   005   109        2291      0          10,259

## Checks *continued*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 416636 | 26,784.39 | 5/25 | 416691 | 358.80 | 5/26 | 416745* | 126,792.00 | 5/25 |
| 416637 | 12,332.25 | 5/26 | 416692 | 63.90 | 5/26 | 416746 | 941.85 | 5/26 |
| 416638 | 23.99 | 5/26 | 416693 | 620.76 | 5/25 | 416747 | 4,207.79 | 5/25 |
| 416639 | 625.00 | 5/26 | 416694 | 787.05 | 5/25 | 416749* | 4,083.00 | 5/25 |
| 416640 | 488.00 | 5/25 | 416695 | 404.90 | 5/26 | 416750 | 3,150.00 | 5/25 |
| 416642* | 603.71 | 5/26 | 416696 | 2,075.60 | 5/27 | 416751 | 13,128.72 | 5/25 |
| 416643 | 141.13 | 5/26 | 416697 | 7,000.00 | 5/25 | 416752 | 4,461.60 | 5/26 |
| 416647* | 460.00 | 5/27 | 416698 | 45.80 | 5/25 | 416753 | 2,236.50 | 5/26 |
| 416648 | 3,274.85 | 5/26 | 416700* | 8,867.00 | 5/25 | 416754 | 8,240.00 | 5/26 |
| 416649 | 8,625.00 | 5/26 | 416702* | 2,448.00 | 5/26 | 416755 | 956.10 | 5/28 |
| 416652* | 23,313.81 | 5/28 | 416703 | 486.50 | 5/25 | 416757* | 790.80 | 5/27 |
| 416653 | 6,132.76 | 5/26 | 416704 | 15,636.00 | 5/25 | 416759* | 4,173.00 | 5/26 |
| 416654 | 14,141.64 | 5/26 | 416705 | 19,554.92 | 5/26 | 416760 | 2,674.90 | 5/27 |
| 416656* | 22.50 | 5/26 | 416706 | 241.37 | 5/25 | 416761 | 152.64 | 5/26 |
| 416658* | 34.72 | 5/27 | 416707 | 224.53 | 5/26 | 416762 | 812.37 | 5/25 |
| 416659 | 1,003.00 | 5/25 | 416708 | 27.06 | 5/27 | 416763 | 2,445.20 | 5/25 |
| 416660 | 1,845.84 | 5/25 | 416710* | 350.95 | 5/27 | 416764 | 420.00 | 5/25 |
| 416661 | 3,885.00 | 5/25 | 416711 | 3,171.18 | 5/25 | 416765 | 6,260.00 | 5/25 |
| 416663* | 671.60 | 5/26 | 416712 | 4,222.72 | 5/26 | 416766 | 73.66 | 5/27 |
| 416665* | 478.00 | 5/26 | 416714* | 325.00 | 5/27 | 416768* | 513.00 | 5/25 |
| 416666 | 793.80 | 5/26 | 416715 | 1,788.12 | 5/26 | 416769 | 481.59 | 5/27 |
| 416668* | 145.03 | 5/26 | 416717* | 2,738.00 | 5/25 | 416770 | 79.04 | 5/25 |
| 416670* | 12,654.49 | 5/27 | 416719* | 250.00 | 5/25 | 416771 | 2,876.64 | 5/26 |
| 416671 | 1,687.95 | 5/27 | 416720 | 1,100.00 | 5/26 | 416773* | 9,310.25 | 5/25 |
| 416672 | 1,542.00 | 5/26 | 416721 | 730.00 | 5/26 | 416776* | 454.93 | 5/27 |
| 416673 | 696.00 | 5/26 | 416723* | 1,181.47 | 5/26 | 416777 | 2,493.80 | 5/28 |
| 416674 | 2,666.00 | 5/25 | 416724 | 29,745.33 | 5/26 | 416778 | 260.75 | 5/25 |
| 416675 | 958.80 | 5/26 | 416725 | 1,432.60 | 5/25 | 416779 | 14,205.00 | 5/25 |
| 416676 | 254.23 | 5/25 | 416726 | 565.44 | 5/26 | 416780 | 15.00 | 5/26 |
| 416677 | 2,201.00 | 5/26 | 416728* | 133.89 | 5/27 | 416782* | 170.00 | 5/25 |
| 416678 | 467.40 | 5/26 | 416729 | 71,390.00 | 5/26 | 416783 | 108.50 | 5/26 |
| 416679 | 550.00 | 5/28 | 416730 | 325.00 | 5/26 | 416784 | 409.70 | 5/26 |
| 416680 | 55.44 | 5/27 | 416731 | 2,484.59 | 5/28 | 416789* | 2,054.82 | 5/25 |
| 416681 | 2,666.66 | 5/25 | 416732 | 3,750.00 | 5/27 | 416791* | 180.41 | 5/27 |
| 416682 | 1,171.13 | 5/25 | 416733 | 8,161.64 | 5/25 | 416792 | 10.00 | 5/25 |
| 416684* | 674.63 | 5/25 | 416735* | 26,974.00 | 5/25 | 416793 | 18,665.76 | 5/26 |
| 416685 | 1,146.60 | 5/25 | 416736 | 113.54 | 5/26 | 416794 | 740.00 | 5/25 |
| 416686 | 760.00 | 5/26 | 416737 | 5,360.36 | 5/25 | 416795 | 717.00 | 5/27 |
| 416687 | 55.38 | 5/26 | 416738 | 27.80 | 5/25 | 416796 | 2,280.64 | 5/25 |
| 416688 | 3,042.65 | 5/27 | 416739 | 330.62 | 5/27 | 416797 | 90.00 | 5/26 |
| 416689 | 2,205.00 | 5/25 | 416740 | 2,477.35 | 5/25 | 416798 | 435.00 | 5/27 |
| 416690 | 4,519.60 | 5/25 | 416741 | 1,404.00 | 5/26 | 416799 | 165.00 | 5/25 |

*Indicates a break in check number sequence*

Checks continued on next page



# Commercial Checking

WACHOVIA   21        2079920005761   005  109        2291      0          10,260

## Checks continued

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 416800 | 22,878.25 | 5/25 | 416848 | 549.00 | 5/26 | 416917 | 107.60 | 5/28 |
| 416802* | 3,593.82 | 5/24 | 416850* | 24.00 | 5/24 | 416920* | 379.00 | 5/26 |
| 416803 | 438.57 | 5/28 | 416851 | 3,207.00 | 5/24 | 416921 | 1,465.00 | 5/26 |
| 416804 | 1,680.00 | 5/28 | 416852 | 9.00 | 5/27 | 416923* | 179.13 | 5/26 |
| 416805 | 27,838.36 | 5/25 | 416853 | 431.00 | 5/26 | 416927* | 738.00 | 5/28 |
| 416806 | 85.32 | 5/27 | 416854 | 4,291.00 | 5/26 | 416928 | 333.00 | 5/27 |
| 416807 | 904.60 | 5/25 | 416857* | 189.00 | 5/26 | 416930* | 754.00 | 5/28 |
| 416808 | 2,284.42 | 5/25 | 416858 | 2,545.00 | 5/24 | 416931 | 405.00 | 5/28 |
| 416811* | 7,635.25 | 5/26 | 416859 | 3,781.00 | 5/24 | 416933* | 667.00 | 5/25 |
| 416812 | 2,120.30 | 5/26 | 416860 | 7,602.00 | 5/25 | 416937* | 85,467.45 | 5/27 |
| 416813 | 349.40 | 5/26 | 416861 | 1,305.00 | 5/26 | 416938 | 61,582.20 | 5/25 |
| 416814 | 8,419.84 | 5/28 | 416862 | 306.00 | 5/26 | 416939 | 33,593.38 | 5/27 |
| 416815 | 4,008.36 | 5/27 | 416865* | 1,190.00 | 5/28 | 416940 | 27,859.59 | 5/26 |
| 416817* | 91.45 | 5/27 | 416866 | 5,608.00 | 5/25 | 416945* | 17,681.80 | 5/26 |
| 416818 | 504.20 | 5/25 | 416868* | 225.00 | 5/26 | 416947* | 234,006.51 | 5/26 |
| 416819 | 4,825.00 | 5/25 | 416869 | 51.68 | 5/28 | 416948 | 111,466.18 | 5/25 |
| 416820 | 145.00 | 5/27 | 416870 | 15,788.00 | 5/26 | 416949 | 29,538.08 | 5/25 |
| 416822* | 2,720.00 | 5/26 | 416871 | 118.00 | 5/25 | 416950 | 12,969.35 | 5/26 |
| 416823 | 1,100.00 | 5/26 | 416872 | 16.00 | 5/25 | 416951 | 15,021.01 | 5/26 |
| 416824 | 654.14 | 5/26 | 416873 | 2,931.00 | 5/27 | 416952 | 9,946.44 | 5/26 |
| 416826* | 605.76 | 5/27 | 416875* | 31,246.74 | 5/25 | 416953 | 2,400.00 | 5/27 |
| 416827 | 1,050.00 | 5/26 | 416876 | 8,670.00 | 5/28 | 416955* | 64,763.77 | 5/27 |
| 416828 | 17,395.25 | 5/26 | 416877 | 14,543.83 | 5/24 | 416957* | 40,838.00 | 5/25 |
| 416829 | 157.32 | 5/26 | 416878 | 18,651.31 | 5/24 | 416958 | 3,900.00 | 5/26 |
| 416831* | 73.00 | 5/28 | 416879 | 21.95 | 5/27 | 416960* | 8,606.00 | 5/28 |
| 416832 | 3,200.00 | 5/25 | 416880 | 2,000.00 | 5/28 | 416963* | 392.27 | 5/28 |
| 416834* | 12,500.00 | 5/28 | 416883* | 18,667.92 | 5/28 | 416964 | 7,581.81 | 5/28 |
| 416835 | 1,720.00 | 5/25 | 416884 | 75.00 | 5/26 | 416974* | 27.27 | 5/27 |
| 416836 | 767.00 | 5/26 | 416893* | 110.00 | 5/24 | 416977* | 48.16 | 5/27 |
| 416837 | 2,672.16 | 5/26 | 416897* | 50.00 | 5/26 | 416978 | 47.70 | 5/27 |
| 416838 | 130.00 | 5/25 | 416901* | 565.00 | 5/27 | 416979 | 47.70 | 5/27 |
| 416840* | 683.49 | 5/26 | 416903* | 626.00 | 5/27 | 416980 | 372.96 | 5/27 |
| 416842* | 2,201.00 | 5/27 | 416905* | 246.00 | 5/25 | 416981 | 47.70 | 5/27 |
| 416843 | 6,529.00 | 5/25 | 416906 | 312.00 | 5/27 | 416982 | 99.58 | 5/27 |
| 416844 | 425.00 | 5/25 | 416909* | 1,308.00 | 5/28 | 416984* | 22.25 | 5/28 |
| 416845 | 1,219.00 | 5/28 | 416912* | 311.00 | 5/27 | **Total** | **$12,688,147.44** | |
| 416846 | 18.78 | 5/28 | 416915* | 112.00 | 5/25 | | | |
| 416847 | 14,067.00 | 5/25 | 416916 | 3,031.16 | 5/27 | | | |

* Indicates a break in check number sequence



# Commercial Checking

WACHOVIA  22      2079920005761  005  109        2291      0          10,261



## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 5/03 | 1,144,143.02 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040503 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/04 | 851,992.68 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040504 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/05 | 573,707.34 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040505 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/06 | 442,615.95 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040506 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/07 | 3,272,913.02 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040507 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/10 | 364,096.55 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040510 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/11 | 652,101.22 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040511 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/12 | 1,049,220.23 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040512 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/13 | 618,776.91 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040513 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/14 | 2,945,313.50 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040514 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/17 | 223,977.06 | AUTOMATED DEBIT               EDIPAYMENT<br>OO. ID.        040517 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/18 | 675,795.65 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040518 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/19 | 417,672.09 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040519 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/20 | 1,371,000.31 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040520 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/21 | 1,128,067.71 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040521 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |
| 5/24 | 714,920.81 | AUTOMATED DEBIT               EDIPAYMENT<br>CO. ID.        040524 CCD<br>MISC SETTL NJSEDI  *NC*GRLEX NC |

*Other Withdrawals and Service Fees continued on next page.*