DE : W.R. GRACE & CO          NO. DE TEL :                    09 JUL. 2004 10:58AM P2

**Banco de Crédito ≫BCP≫**

## ESTADO DE CUENTA CORRIENTE

W.R. GRACE & CO. SUCURSAL DE LIMA
BCP.SUC SAN ISIDRO CAS. N.118
SAN ISIDRO-LIMA
LIMA-27

800        88888        (QQP*K3
4512

| MONEDA | CODIGO DE CUENTA INTERBANCARIO (CCI) | CODIGO DE CUENTA |
|---|---|---|
| SOLES | 002-193-001115122058-16 | 193-1115122-0-58 |

| PAGINA | 2 DE 2 |
|---|---|

EJECUTIVO DE NEGOCIOS: VERA D. MARTIN
OFICINA: SUC SAN ISIDRO
TELEFONO: 442-8642 CELULAR
E-MAIL:

### ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT. | LUGAR | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-05 | | ADU235100400680100 | BPI | | 111-031 | 197827 | 17:15 | CICSPR | 4706 | 1,770.00- | 35,822.19 |
| 20-05 | | PAGO VISA | INT | | 111-007 | 820868 | | | 4929 | .95- | 35,821.24 |
| 20-05 | | PAGO VISA | INT | | 111-007 | 821707 | | | 4929 | 1.68- | 35,819.56 |
| 20-05 | | PORTES COMPR.PAGO | Ñ INT | | 193-000 | 858601 | | | 4937 | 3.50- | 35,816.06 |
| 20-05 | | IMPUESTO ITF | INT | | | | | | 0909 | 3.05- | 35,813.01 |
| 21-05 | | CHEQUE 00921323 | INT | | 191-000 | 811216 | | | 3901 | 3,290.00- | 32,523.01 |
| 21-05 | | IMPUESTO ITF | INT | | - | | | | 0909 | 3.29- | 32,519.72 |
| 25-05 | | A 193 12629691 0 | TLC | | 111-008 | 092698 | 12:04 | TLC013 | 4401 | 897.23- | 31,622.49 |
| 25 | | A 193 1097390 0 | TLC | | 111-008 | 096983 | 12:12 | TLC009 | 4401 | 1,199.52- | 30,422.97 |
| 25 | | A 193 12514620 0 | TLC | | 111-008 | 090785 | 12:01 | TLC009 | 4401 | 1,200.00- | 29,222.97 |
| 25-05 | | A 193 12410916 0 | TLC | | 111-008 | 089365 | 11:58 | TLC031 | 4601 | 3,613.64- | 25,609.33 |
| 25-05 | | IMPUESTO ITF | INT | | - | | | | 0909 | 6.89- | 25,602.44 |
| 26-05 | | ADU235100418000100 | BPI | | 111-031 | 203543 | 17:17 | U15920 | 4706 | 10,074.00- | 15,528.44 |
| 26-05 | | IMPUESTO ITF | INT | | - | | | | 0909 | 10.07- | 15,518.37 |
| 28-05 | | SEDAPAL 26438150 | INT | | 000-000 | | 04:12 | | 4611 | 113.00- | 15,405.37 |
| 28-05 | | CHEQUE 07936651 | VEN | AG.MIGUERETA | 194-082 | 000021 | 15:05 | E74550 | 3001 | 1,196.90- | 14,208.47 |
| 28-05 | | IMPUESTO ITF | INT | | - | | | | 0909 | 1.30- | 14,207.17 |
| 31-05 | | A 191 0101441 0 | TLC | | 111-008 | 297179 | 16:02 | TLC006 | 4491 | 160.54- | 14,046.63 |
| 31-05 | | LUZ SUR 0664566 | INT | | 000-000 | | 03:26 | | 4611 | 715.90- | 13,330.73 |
| 31-05 | | A 194 11893535 0 | TLC | | 111-008 | 189710 | 13:08 | TLC010 | 4401 | 1,051.82- | 12,278.91 |
| 31-05 | | PORTE ESTADO CUENTA | Ñ INT | | 193-000 | 840227 | | | 4991 | 3.50- | 12,275.41 |
| 31-05 | | PORTES CREDIBANK | INT | | 111-007 | 940646 | | | 4903 | 3.50- | 12,271.91 |
| 31-05 | | MANTENIMIENTO | Ñ INT | | - | | | | 0101 | 24.00- | 12,247.91 |
| 31-05 | | COMIS.PROCESO DE OPERA | INT | | - | | | | 0101 | 10.50- | 12,237.41 |
| 31-05 | | IMPUESTO ITF | INT | | - | | | | 0909 | 1.92- | 12,235.49 |

DETALLE DE LA COMISION POR PROCESO DE OPERACIONES DEL PRESENTE MES

| TIPO DE OPERACION | NUMERO DE OPERACIONES LIBRES | NUMERO DE OPERACIONES ADICIONALES | SUB-TOTAL COMISION |
|---|---|---|---|
| 1. TRANSACCIONES EN EFECTIVO, CHEQUES CARGOS MANUALES | 1001 1009 1010 1018 2903 3001 3002 3011 3901 3902 4001 4002 4005 4006 4007 4012 4014 4015 4016 4017 4018 4019 4024 4028 29 | 12 | 10 | 10.50 |

| | TOTAL COMISION | | | 10.50 |
|---|---|---|---|---|

### CHEQUES PAGADOS

| NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO |
|---|---|---|---|---|---|---|---|
| 00921303 | 678.00 | 00921305 | 1,431.81 | 00921306 | 385.02 | 00921307 | 681.50 |
| 00921308 | 2,000.00 | 00921309 | 188.88 | 00921310 | 74.84 | 00921311 | 2,840.64 |
| 00921312 | 957.24 | 00921313 | 175.00 | 00921315 | 241.00 | 00921316 | 55,829.00 |
| 00921317 | 10,210.00 | 00921318 | 819.00 | 00921319 | 792.00 | 00921320 | 3,608.00 |
| 00921321 | 678.30 | 00921322 | 1,080.00 | 00921323 | 3,290.00 | 00921324 | 1,289.00 |
| 07936651 | 1,196.90 | | | | | | |

Impreso por Enotria S.A.

N221A (08-02)

4/cq

DE : W.R. GRACE & CO                    NO.DE TEL :                    09 JUL. 2004 11:02AM P3

**Banco de Crédito ≫BCP≫**

## ESTADO DE CUENTA CORRIENTE

DEL 01/05/2004 AL 31/05/2004
W.R. GRACE & CO. SUCURSAL DE LIMA
BCP.SUC SAN ISIDRO CAS. N.118
SAN ISIDRO-LIMA
LIMA-27
    800    88888      (QQFKJ
    4813

| | PAGINA | 1 DE 3 | |
|---|---|---|---|
| MONEDA | CODIGO DE CUENTA INTERBANCARIO (CCI) | | CODIGO DE CUENTA |
| DOLARES | 002-193-001125863172-16 | | 193-1125863-1-72 |

EJECUTIVO DE NEGOCIOS: VERA O. MARTIN
OFICINA: SUC SAN ISIDRO
TELEFONO: 442-8642CELULAR
E-MAIL:

### AVISOS

IMPORTANTE:SI DENTRO DE 30 DIAS NO SE FORMULAN OBSERVACIONES AL PRESENTE ESTADO, DAREMOS POR CONFORME LA CUENTA Y APROBADO EL SALDO.
EN CASO CONTRARIO SIRVANSE DIRIGIRSE A NUESTRAS OFICINAS PARA ATENDER SUS OBSERVACIONES.

(*) MED.AT:MEDIO DE ATENCION = VEN:VENTANILLA CAJ:CAJEROS AUTOMATICOS POS:PUNTO DE VENTA TLC:TELECREDITO INT:INTERNO
BPT:BANCA POR TELEFONO BPI:BANCA POR INTERNET

### RESUMEN DEL MES

| SALDO CONTABLE AL 01/05/2004 | ABONOS (DEPOSITOS) | | CARGOS (RETIROS) | | INTERESES | | SALDO CONTABLE AL 31/05/2004 | SALDO PROMEDIO MES ANTERIOR |
|---|---|---|---|---|---|---|---|---|
| | EFECTIVO | OTROS | CHEQUES | OTROS | ACREEDORES | DEUDORES | | |
| 148,449.60 | 3,272.42 | 193,091.16 | 3,663.58 | 258,525.81 | 0.00 | 0.00 | 82,522.79 | 89,843.81 |
| A | + B | + C | - D | - E | + F | - G | = H | |

### ACTIVIDADES

| FECHA PROC./VALOR | DESCRIPCION | MED. AT. * | LUGAR | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03-05 | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000102 | | | 2903 | 23,999.00 | 172,448.60 |
| 03-05 04-05 | O/B Local 23,999.00 | | | | | | | | | 172,448.60 |
| 03-05 | CHEQUE 08711297 | VEN | AG.LARCO | 194-013 | 000106 | 10:31 | E88872 | 3001 | 350.00- | 172,098.60 |
| 03-05 | LETRAS COBRANZA DEV | INT | | 193-000 | 816721 | | | 4903 | 40.78- | 172,057.82 |
| 03-05 | IMPUESTO ITF | INT | | - | | | | 0909 | 24.38- | 172,033.44 |
| 04-05 | LETRAS COBRANZA | INT | SUC SAN ISIDRO | 193-000 | 858958 | | E74075 | 2912 | 35,507.59 | 207,541.03 |
| 04-05 | CHEQUE 08711299 | VEN | | 193-000 | 000068 | 16:37 | E74075 | 3002 | 992.75- | 206,548.28 |
| 04-05 | A 193 1115122 0 | TLC | | 111-008 | 043465 | 10:13 | TLC021 | 4406 | 60,869.56- | 145,678.72 |
| | IMP.OP.S/. 210,000.00 | | | | | | | | | |
| 04-05 30-04 | PROC. OPER. ABRIL 04 | INT | | 193-000 | 827410 | | | 4926 | 2.80- | 145,675.92 |
| 04-05 | IMPUESTO ITF | INT | | - | | | | 0909 | 36.29- | 145,439.63 |
| 05-05 | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 803557 | | | 2903 | 749.70 | 146,189.33 |
| 05-05 06-05 | O/B Local 749.70 | | | | | | | | | 179,492.99 |
| 05-05 | LETRAS COBRANZA | INT | | 193-000 | 818145 | | | 2912 | 33,303.66 | 179,492.99 |
| 05-05 | CHEQUE 08711298 | INT | | 191-000 | 813264 | | | 3901 | 68.63- | 179,424.46 |
| 05-05 | IMPUESTO ITF | INT | | - | | | | 0909 | 34.10- | 179,390.36 |
| 07-05 | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000197 | | | 2903 | 9,442.65 | 188,833.01 |
| 07-05 | Credito 9,442.65 | | | | | | | | | |
| 07-05 | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000196 | | | 2903 | 10,035.47 | 198,868.48 |
| 10-05 | O/B Local 10,035.47 | | | | | | | | | |
| 10-05 | A 192 0040733 1 | TLC | | 111-008 | 027404 | 08:52 | TLC040 | 4401 | 25.28- | 198,843.20 |
| 10-05 | IMPUESTO ITF | INT | | - | | | | 0909 | 19.49- | 198,823.71 |
| 10-05 | LETRAS COBRANZA | INT | | 193-000 | 820149 | | | 2912 | 2,794.85- | 201,618.56 |
| 10-05 | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000138 | | | 2903 | 9,997.77 | 211,616.31 |
| 10-05 11-05 | O/B Local 9,997.77 | | | | | | | | | |
| 10-05 | A 193 0788054 1 | TLC | | 111-008 | 108972 | 12:06 | TLC029 | 4401 | 4,000.00- | 207,616.31 |
| 10-05 | IMPUESTO ITF | INT | | - | | | | 0909 | 16.78- | 207,599.53 |
| 11-05 | LETRAS COBRANZA | INT | | 193-000 | 823562 | | | 2912 | 2,549.04 | 210,148.57 |
| 11-05 | AT & T 00010253 | INT | | 000-000 | | 04:10 | | 4611 | 1,737.40- | 208,411.17 |
| 11-05 | IMPUESTO ITF | INT | | - | | | | 0909 | 4.27- | 208,406.90 |
| 11-05 | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000217 | | | 2903 | 302.26 | 208,709.16 |
| 12-05 13-05 | O/B Local 302.26 | | | | | | | | | |
| 12-05 | LETRAS COBRANZA | INT | | 193-000 | 818290 | | | 2912 | 7,773.70 | 216,482.86 |
| 12-05 | IMPUESTO ITF | INT | | - | | | | 0909 | 8.07- | 216,474.79 |
| 13-05 | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000169 | | | 2903 | 154.70 | 216,629.49 |
| 13-05 | Credito 105.55 | | | | | | | | | |
| 13-05 14-05 | O/B Local 51.17 | | | | | | | | | |
| 13-05 | LETRAS COBRANZA | INT | | 193-000 | 817523 | | | 2912 | 11,840.19 | 228,469.68 |
| 13-05 | NEXTEL 43955 | INT | | 000-000 | | 04:10 | | 4611 | 998.81- | 227,470.87 |
| 13-05 | IMPUESTO ITF | INT | | - | | | | 0909 | 12.98- | 227,457.89 |
| 14-05 | ENTR.EFEC. 000157 | VEN | AG.SAN BLAS | 194-021 | 000157 | 11:16 | E87230 | 1018 | 127.00 | 227,584.89 |
| 14-05 | IMPUESTO ITF | INT | | - | | | | 0909 | .12- | 227,584.77 |
| 17-05 | LETRAS COBRANZA | INT | | 193-000 | 817579 | | | 2912 | 102.10 | 227,686.87 |
| 17-05 | AT&T 00010253 | | | | | | | | | |
| | IMP.OP.S/. .03 | | | | | | | | | |
| 17-05 | AT&T 00010253 | | | | | | | | | |
| | IMP.OP.S/. .01 | | | | | | | | | |
| 17-05 | AT&T 00010253 | | | | | | | | | |
| | IMP.OP.S/. .01 | | | | | | | | | |
| 17-05 | AT&T 00010253 | INT | | 000-000 | | 05:04 | | 4611 | 8.29- | 227,678.58 |
| | IMP.OP.S/. 28.63 | | | | | | | | | |

Impreso por Enalta S.A.

NZZ10(08-02)

DE : W.R.GRACE & CO                    NO.DE TEL :                    09 JUL. 2004 11:05AM P4

## Banco de Crédito ≫BCP≫

## ESTADO DE CUENTA CORRIENTE

PAGINA    2 DE    3

W.R. GRACE & CO. SUCURSAL DE LIMA
BCP.SUC SAN ISIDRO CAS. N.118
SAN ISIDRO-LIMA
LIMA-27

| MONEDA | CODIGO DE CUENTA INTERBANCARIO (CCI) | CODIGO DE CUENTA |
|---|---|---|
| DOLARES | 002-193-001125963172-16 | 193-1125963-1-72 |

800    88888    (QQF*K3
4313

EJECUTIVO DE NEGOCIOS: VERA O. MARTIN
OFICINA: SUC SAN ISIDRO
TELEFONO: 442-8642 CELULAR
E-MAIL:

### ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT. * | LUGAR | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|
| 17-05 | | AT&T   00010253 | INT | | 000-000 | | 05:04 | | 4621 | 224.89- | 227,453.69 |
| 17-05 | | IMP.OP.S/.      775.88 | | | | | | | 0909 | .32- | 227,453.37 |
| 18-05 | | AB.TR.EXT-ET645125 | VEN | SUC LIMA | 191-000 | 163262 | 16:32 | C61269 | 2004 | 4,596.20 | 232,049.57 |
| 18-05 | | CHEQUE 08713301 | VEN | AC.SAN BLAS | 194-021 | 000069 | 14:52 | E11111 | 3001 | 250.00- | 231,799.57 |
| 18-05 | | IMPUESTO ITF | INT | | | | | | 0909 | 4.84- | 231,794.73 |
| 19-05 | | ENTR.EFEC. 000040 | INT | SUC SAN ISIDRO | 193-000 | 000040 | 09:39 | E89326 | 1018 | 950.51 | 232,745.24 |
| 19-05 | | VENTA ME 3.484000 | Ñ | | 111-005 | 973499 | 13:23 | SCHE01 | 4510 | 34,000.00- | 198,745.24 |
| 19 | | IMPUESTO ITF | | | | | | | 0909 | .95- | 198,744.29 |
| 20 | | LETRAS COBRANZA | INT | | 193-000 | 818125 | | | 2912 | 3,109.83 | 201,854.12 |
| 20-05 | | IMPUESTO ITF | INT | | | | | | 0909 | 3.10- | 201,851.02 |
| 21-05 | | ENTREGA C/CHEQUES  FUE | INT | | 000-000 | 000210 | | | 2903 | 11,139.19 | 212,990.21 |
| 21-05 | 24-05 | D/B Local     11,139.19 | | | | | | | | | |
| 21-05 | | IMPUESTO ITF | | | | | | | 0909 | 11.13- | 212,979.08 |
| 24-05 | | ENTREGA C/CHEQUES  FUE | INT | | 000-000 | 802313 | | | 2903 | 238.00 | 213,217.08 |
| 24-05 | | Credito     238.00 | | | | | | | | | |
| 24-05 | | ENTREGA C/CHEQUES  FUE | INT | | 000-000 | 000225 | | | 2903 | 374.85 | 213,591.93 |
| 24-05 | 25-05 | D/B Local     374.85 | | | | | | | | | |
| 24-05 | | ENTR.EFEC. 000473 | INT | AG.CENTRO AEREO C | 192-054 | 000473 | 13:09 | E86634 | 1018 | 1,156.78 | 214,748.71 |
| 24-05 | | TRANSF AL EXTERIOR | VEN | SUC LIMA | 191-000 | 000720 | 12:44 | E88616 | 4001 | 25.00- | 214,723.71 |
| | | C.24.05.04 | | | | | | | | | |
| 24-05 | | TRANSF AL EXTERIOR | VEN | SUC LIMA | 191-000 | 000728 | 12:46 | E88616 | 4001 | 25.00- | 214,698.71 |
| | | C.24.05.04 | | | | | | | | | |
| 24-05 | | TRANSF AL EXTERIOR | VEN | SUC LIMA | 191-000 | 000719 | 12:44 | E88616 | 4002 | 70,748.70- | 143,950.01 |
| | | C.24.05.04 | | | | | | | | | |
| 24-05 | | TRANSF AL EXTERIOR | VEN | SUC LIMA | 191-000 | 000727 | 12:46 | E88616 | 4002 | 82,465.73- | 61,484.28 |
| | | C.24.05.04 | | | | | | | | | |
| 24-05 | | PORTE N CARGO | Ñ | INT | | | | | 4991 | 1.00- | 61,483.28 |
| 24-05 | | PORTE N CARGO | Ñ | INT | | | | | 4991 | 1.00- | 61,482.28 |
| 24-05 | | LETRAS COBRANZA DEV | INT | | 193-000 | 816955 | | | 4905 | 110.00- | 61,372.28 |
| 24-05 | | IMPUESTO ITF | INT | | | | | | 0909 | 155.10- | 61,217.18 |
| 25-05 | | A 194 12679290 1 | TLC | | 111-008 | 094267 | 12:06 | TLC034 | 4401 | 325.42- | 60,891.76 |
| 25-05 | | CHEQUE 08713305 | VEN | SUC MIRAFLORES | 194-000 | 000070 | 15:42 | E74052 | 3002 | 658.13- | 60,233.63 |
| 25-05 | | A 192 0092796 0 | TLC | | 111-008 | 095240 | 12:08 | TLC805 | 4404 | 2,292.80- | 57,941.03 |
| | | IMP.OP.S/.     7,920.94 | | | | | | | | | |
| 25-05 | 24-05 | PORTES AUTOSOBRE | Ñ | INT | 193-000 | 820287 | | | 4981 | 1.00- | 57,940.03 |
| 25 | | LETRAS COBRANZA DEV | INT | | 193-000 | 824236 | | | 4905 | 55.00- | 57,885.03 |
| 25 | | IMPUESTO ITF | INT | | | | | | 0909 | 3.31- | 57,881.72 |
| 26-05 | | LETRAS COBRANZA | INT | | 193-000 | 818052 | | | 2912 | 10,185.03 | 68,066.75 |
| 26-05 | | LETRAS COBRANZA DEV | INT | | 193-000 | 818053 | | | 4905 | 110.00- | 67,956.75 |
| 26-05 | | CHQ.DEP.08713304 BCP | INT | | 000-000 | 800196 | | | 3902 | 500.00- | 67,456.75 |
| 26-05 | | IMPUESTO ITF | INT | | | | | | 0909 | 10.79- | 67,445.96 |
| 26-05 | | LETRAS COBRANZA | INT | | 193-000 | 818557 | | | 2912 | 7,671.60 | 75,117.56 |
| 28-05 | | TLC-MAY SML | INT | | 000-000 | | 04:12 | | 4621 | 80.00- | 75,037.36 |
| 28-05 | | CHEQUE 08713308 | INT | | 191-000 | 814204 | | | 3901 | 113.05- | 74,924.31 |
| 28-05 | | CHQ.DEP.08713306 BCP | INT | | 000-000 | 803162 | | | 3902 | 173.00- | 74,751.31 |
| 28-05 | | CHQ.DEP.08713307 BCP | INT | | 000-000 | 800544 | | | 3902 | 558.12- | 74,193.19 |
| 28-05 | | IMPUESTO ITF | INT | | | | | | 0909 | 6.58- | 74,186.61 |
| 31-05 | | TRANSF DE OTRA CTA | BPI | | 111-023 | 011354 | 16:53 | HBK141 | 2701 | 13.58 | 74,197.99 |
| | | IMP.OP.S/.       46.90 | | | | | | | | | |
| 31-05 | | ENTR.EFEC. 000160 | VEN | AG.METRO | 194-020 | 000160 | 11:17 | E87398 | 1018 | 937.13 | 75,135.12 |
| 31-05 | | ENTREGA C/CHEQUES  FUE | INT | | 000-800 | 000062 | | | 2903 | 7,410.62 | 82,545.74 |
| 31-05 | 01-06 | D/B Local     7,410.62 | | | | | | | | | |
| 31-05 | | PORTE ESTADO CUENTA | Ñ | INT | | 193-800 | 900593 | | | 4991 | 1.00- | 82,544.74 |
| 31-05 | | MANTENIMIENTO | Ñ | INT | | | | | 0101 | 8.00- | 82,536.74 |
| 31-05 | | COMIS.PROCESO DE OPERA | INT | | | | | | 0101 | 5.60- | 82,531.14 |
| 31-05 | | IMPUESTO ITF | INT | | | | | | 0909 | 8.35- | 82,522.79 |

DETALLE DE LA COMISION POR PROCESO DE OPERACIONES DEL PRESENTE MES

| TIPO DE OPERACION | NUMERO DE OPERACIONES LIBRES | NUMERO DE OPERACIONES ADICIONALES | SUB-TOTAL COMISION |
|---|---|---|---|
| 1. TRANSACCIONES EN   { 1001 1009 1016 1018 2903 3001 | 12 | 16 | 5.60 |

Impreso por Estofa S.A.

N221A (08-02)

6/9

DE : W.R. GRACE & CO                    NO.DE TEL :                    09 JUL. 2004 11:08AM P5

**Banco de Crédito ≫BCP≫**

## ESTADO DE CUENTA CORRIENTE

W.R. GRACE & CO. SUCURSAL DE LIMA
BCP.SUC SAN ISIDRO CAS. N.118
SAN ISIDRO-LIMA
LIMA-27
             800      88888        (QQP*K3
             4513

| | PAGINA | 3 DE 3 | |
|---|---|---|---|
| MONEDA | CÓDIGO DE CUENTA INTERBANCARIO (CCI) | CODIGO DE CUENTA | |
| DOLARES | 002-193-001125963172-16 | 193-1125963-1-72 | |

EJECUTIVO DE NEGOCIOS: VERA O. MARTIN
OFICINA: SUC SAN ISIDRO
TELEFONO: 442-8642 CELULAR
E-MAIL:

## ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT.* | LUGAR | REFERENCIAS ADICIONALES | | | | | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | | |
| | | 1. TRANSACCIONES EN EFECTIVO, CHEQUES Y CARGOS MANUALES | | 1001 1009 1010 1018 2903 3001 3002 3011 3981 3902 4001 4002 4005 4006 4007 4022 4014 4015 4016 4017 4018 4019 4024 4028 29 | | | 12 | | | 16 | 5.60 |
| | | -- TOTAL COMISION -- | | | | | | | | | 5.60 |

CHEQUES PAGADOS

| NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO |
|---|---|---|---|---|---|---|---|
| 08711297 | 350.00 | 08711298 | 68.53 | 08711299 | 992.75 | 08711301 | 250.00 |
| 08711304 | 500.00 | 08711305 | 658.15 | 08711306 | 175.00 | 08711307 | 558.12 |
| 08711308 | 113.05 | | | | | | |

Impreso por Enotria S.A.

NZ21A (08-02)                                                                              7/9

DE : W.R.GRACE & CO          NO. DE TEL :                    09 JUL. 2004 11:11AM P6



**BankBoston**
BankBoston N.A. Sucursal del Perú
RUC: 20331285251

1   de 1

**ESTADO DE CUENTA**

Del   01 MAY 2004      al    31 MAY 2004

W.R. GRACE & CO. - CONN
AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS
D.O.I.: 20102001053

Cuenta Nº   0154519
Moneda      SOLES
CCI Nº      046-001-000000154519-43
Cliente Nº  0015787

| FECHA OP. | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| | | SALDO APERTURA | | | 1,453.10 |
| 04MAY04 | 03MAY04 | PORTES    ABRIL 2004 | 12.30 | | 1,440.80 |
| 19MAY04 | | TRANSF M/TIT FX TC 3.4840 | | 69,680.00 | 71,120.80 |
| 2_.Y04 | | CH DE GEREN  CLI ADUANAS | 37,294.51 | | 33,826.29 |
| 21MAY04 | | CH DE GEREN  ESTUDIO COMB | 197.00 | | 33,629.29 |
| 21MAY04 | | DEB. VARIOS  ANGEL HERNAN | 460.00 | | 33,169.29 |
| 21MAY04 | | DEB. VARIOS  ENRNESTO CHA | 460.00 | | 32,709.29 |
| 21MAY04 | | DEB. VARIOS  GUILLERMO ES | 460.00 | | 32,249.29 |
| 21MAY04 | | ITF | 38.87 | | 32,210.42 |
| 24MAY04 | | DEB. VARIOS  PLANILLAS | 25,552.30 | | 6,658.12 |
| 24MAY04 | | ITF | 25.55 | | 6,632.57 |
| 31MAY04 | | GASTO MANT. CTA. | 34.87 | | 6,597.70 |
| | | SALDO CIERRE | | | 6,597.70 |

| SALDO ANTERIOR | DB | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 1,453.10 | 10 | 64,535.40 | 1 | 69,680.00 | 6,597.70 | 10,420.54 |

| | |
|---|---|
| Con BostonCollect optimizamos sus cobranzas en todo el país. Su Ejecutivo de Cuenta le facilitará información adicional. | **Resumen ITF** Total Transacciones Gravada:  64,423.81  ITF por Transacc Gravadas:  64.42  ITF por Transacc sin Cuenta:  0.00  Total Transacciones no Gravadas:  69,727.17 |

8/9

**Importante:**
Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo. En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

DE : W.R. GRACE & CO                     NO. DE TEL :                     09 JUL. 2004 11:13AM P7



## BankBoston
BankBoston N.A. Sucursal del Perú
RUC: 20331285251

1        de 2

### ESTADO DE CUENTA

| | | |
|---|---|---|
| Del | 01 MAY 2004 | al | 31 MAY 2004 |

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA

CHORRILLOS

D.O.I.:  20102001053

Cuenta Nº    0154424

Moneda        DOLARES

CCI Nº        046-001-000000154424-46

Cliente Nº   0015787

| FECHA OP. | FECHA VALOR | DESCRIPCIÓN | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| | | SALDO APERTURA | | | 479,881.10 |
| 03MAY04 | 03MAY04 | PORTES    ABRIL 2004 | 19.25 | | 479,861.85 |
| 05MAY04 | | COM CASH MGT MPAY | 25.50 | | 479,836.35 |
| 0__Y04 | | ITF | 0.03 | | 479,836.32 |
| 19MAY04 | | TRANSF M/TIT FX TC 3.4840 | 20,000.00 | | 459,836.32 |
| 20MAY04 | | TRAN EXTER  OP....005552 | | 15,459.50 | 475,295.82 |
| 20MAY04 | | TRANS EXTER  COMI..005552 | 35.00 | | 475,260.82 |
| 20MAY04 | | ITF | 15.50 | | 475,245.32 |
| 21MAY04 | | CH DE GEREN  CLI ADUANAS | 9,892.75 | | 465,352.57 |
| 21MAY04 | | CH DE GEREN  CORPORACION | 594.90 | | 464,757.67 |
| 21MAY04 | | CH DE GEREN  COTECNA INSP | 250.00 | | 464,507.67 |
| 21MAY04 | | CH DE GEREN  DHL INTERNAT | 96.47 | | 464,411.20 |
| 21MAY04 | | CH DE GEREN  ESTUDIO COMB | 223.72 | | 464,187.48 |
| 21MAY04 | | CH DE GEREN  FORMATOS TEC | 701.36 | | 463,486.12 |
| 21MAY04 | | CH DE GEREN  HECTOR A COM | 499.99 | | 462,986.13 |
| 21MAY04 | | CH DE GEREN  JB INTERNACI | 400.00 | | 462,586.13 |
| 21MAY04 | | CH DE GEREN  NAMBEI TRAVE | 418.41 | | 462,167.72 |
| 21MAY04 | | CH DE GEREN  POWER DISTRI | 249.45 | | 461,918.27 |
| 21MAY04 | | CH DE GEREN  SUITES EL GO | 231.70 | | 461,686.57 |
| 21MAY04 | | CH DE GEREN  VINCES ARRIE | 4,018.88 | | 457,667.69 |
| 2__AY04 | | ITF | 17.57 | | 457,650.12 |
| 25MAY04 | | COB LETRA/FA PAG CC 25/05 | | 9,906.88 | 467,557.00 |
| 25MAY04 | | COM COB/DESC PAG CC 25/05 | 5.00 | | 467,552.00 |
| 25MAY04 | | ITF | 9.92 | | 467,542.08 |
| 26MAY04 | | COB LETRA/FA PAG CH 24/05 | | 71,355.38 | 538,897.46 |
| 26MAY04 | | COM COB/DESC PAG CH 24/05 | 5.00 | | 538,892.46 |
| 26MAY04 | | ITF | 71.37 | | 538,821.09 |
| 31MAY04 | | COM CASH MGT BOSTONMAIL | 20.00 | | 538,801.09 |
| 31MAY04 | | ITF | 0.02 | | 538,801.07 |
| | | SALDO CIERRE | | | 538,801.07 |

| SALDO ANTERIOR | DB | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 479,881.10 | 25 | 37,801.79 | 3 | 96,721.76 | 538,801.07 | 489,104.67 |

Con BostonCollect: optimizamos sus
cobranzas en todo el país.
Su Ejecutivo de Cuenta le facilitará
información adicional.

Resumen ITF
Total Transacciones Gravadas:         114,389.89
ITF por Transacc Gravadas              114.41
ITF por Transacc sin Cuenta             0.00
Total Transacciones no Gravadas      20,019.25

**Importante:**
Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo. En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

9/9

FROM : WR GRACE LIBBY          FAX NO. : 4062933749          Jun. 17 2004 12:02PM  P2

FIRST NATIONAL BANK OF MONTANA          002 01 00      PAGE:              1
504 MINERAL AVENUE                      DATE: 05/28/04  ACCOUNT:    1049097
LIBBY, MONTANA  59923                                  DOCUMENTS:         1

TELEPHONE:406-293-0280



KOOTENAI DEVELOPMENT COMPANY                              30
PO BOX 695                                                0
LIBBY MT  59923-1055                                      1

===================================================================================
      OUR TOLL FREE CUSTOMER SERVICE CENTER NUMBER 1-800-824-2692

===================================================================================
                        COMMERCIAL ACCOUNT 1049097
===================================================================================
          DESCRIPTION              DEBITS     CREDITS     DATE       BALANCE

BALANCE LAST STATEMENT ..................................... 04/30/04   17,433.28
CHECK # 1202                      5,498.32               05/21/04   11,934.96
SERVICE CHARGE                        5.00               05/28/04   11,929.96
BALANCE THIS STATEMENT .................................... 05/28/04   11,929.96

  TOTAL CREDITS      (0)           .00   MINIMUM BALANCE              11,934.96
  TOTAL DEBITS       (2)      5,503.32   AVG AVAILABLE BALANCE        15,862.33
  TAX ID NUMBER            81-0495013   AVERAGE BALANCE              15,862.33

===================================================================================
                        YOUR CHECKS SEQUENCED
===================================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

05/21   1202   5,498.32

          - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

          TOTAL CHARGE FOR Maintenance Fee:            5.00

===================================================================================
                        CERTIFICATES OF DEPOSIT
===================================================================================
CERTIFICATE   INTEREST  MATURITY  NEXT INT     NEXT INT    INTEREST    CURRENT
  NUMBER        RATE      DATE      DATE        AMOUNT      PAID 2004   BALANCE

   115386     1.4000   05/22/05  08/21/04B      47.89        80.32     6,860.59

  *TOTAL*     1.4000                                                   6,860.59

  (B) INTEREST WILL BE PAID BY COMPOUNDING

**Privacy Notice on Reverse of Statement**                    Notice: see reverse side for important information

Case 01-01139-AMC    Doc 6142-8    Filed 08/06/04    Page 8 of 29
FROM : WR GRACE LIBBY                    FAX NO. : 4062933749              Jun. 17 2004 12:02PM  P3

KOOTENAI DEVELOPMENT COMPANY 1049097 Page 2



1202   $5,498.32   05/21/2004

# JPMorganChase

## Statement of Account

In US Dollars

REMEDIUM GROUP INC
W R GRACE & CO
MARY BOUCHARD
62 WHITTMORE AVENUE
CAMBRIDGE MA 02140

Account No: 601-831985
Statement Start Date: 01 MAY 2004
Statement End Date: 28 MAY 2004
Statement Code: 000-USA-12
Statement No: 005 133
Page 1 of 3

Ts

| | | | Credits |
|---|---|---|---|
| Total Credits | 17 | 348,031.27 | Debits |
| Total Debits (incl. checks) | 51 | 348,031.27 | Checks |
| Total Checks Paid | 51 | 348,031.27 | .00 |

| | Opening (01 MAY 2004) Ledger | Closing (28 MAY 2004) Ledger |
|---|---|---|
| | .00 | .00 |

| Date | | | Amount | Description |
|---|---|---|---|---|
| 01 MAY 03MAY | | | **** Balance **** | 0.00 / OPENING LEDGER BALANCE |
| | | | 70,327.68 | CDS FUNDING — MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVITY AT JPMC |
| | USD | OUR: 0405031985WC | | |
| 03MAY 03MAY 04MAY | | | **** Balance **** 70,327.68 | PACKAGE LISTING / CLOSING LEDGER BALANCE |
| | USD | OUR: 0311000880PP | | |
| | USD | OUR: 0405041985WC | .00 | CDS FUNDING — MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVITY AT JPMC |
| | | | 409.83 | |
| 04MAY 04MAY 05MAY | | | **** Balance **** 409.83 | PACKAGE LISTING / CLOSING LEDGER BALANCE |
| | USD | OUR: 0411000871PP | | |
| | USD | OUR: 0405051985WC | .00 | CDS FUNDING — MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVITY AT JPMC |
| | | | 3,254.67 | |
| 05MAY 05MAY 06MAY | | | **** Balance **** 3,254.67 | PACKAGE LISTING / CLOSING LEDGER BALANCE |
| | USD | OUR: 0511000853PP | | |
| | USD | OUR: 0405061985WC | .00 | CDS FUNDING — MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVITY AT JPMC |
| | | | 4,629.76 | |
| 08MAY 08MAY 07MAY | | | **** Balance **** 4,629.76 | PACKAGE LISTING / CLOSING LEDGER BALANCE |
| | USD | OUR: 0611000851PP | | |
| | USD | OUR: 0405071985WC | .00 | CDS FUNDING — MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVITY AT JPMC |
| | | | 177.44 | |
| 07MAY 07MAY | | | **** Balance **** 177.44 | PACKAGE LISTING / CLOSING LEDGER BALANCE |
| | USD | OUR: 0711000808PP | .00 | |

**FT CODE:**

| | | |
|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

JPMorganChase

Statement of Account

In US Dollars

**TS**

REMEDIUM GROUP INC
W R GRACE & CO
MARY BOUCHARD
62 WHITMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 601-831985
Statement Start Date: 01 MAY 2004
Statement End Date: 28 MAY 2004
Statement Code: 000-USA-12
Statement No: 005   133
Page  2  of  3

| Date | | | Amount | | Description |
|---|---|---|---|---|---|
| 10MAY | USD | OUR: 0405101985WC | | 26,849.69 | CDS FUNDING |
| | | | | | MONEY TRANSFER CREDIT RECEIVED TO |
| | | | | | FUND YOUR CONTROLLED DISBURSEMENT |
| | | | | | ACCOUNT ACTIVITY AT JPMC |
| 10MAY | USD | OUR: 1011000863PP | **** Balance **** | 26,849.69 | CLOSING LEDGER BALANCE |
| 10MAY | USD | OUR: 0405111985WC | | 13,065.00 | CDS FUNDING |
| 11MAY | | | | .43 | MONEY TRANSFER CREDIT RECEIVED TO |
| | | | | | FUND YOUR CONTROLLED DISBURSEMENT |
| | | | | | ACCOUNT ACTIVITY AT JPMC |
| 11MAY | USD | OUR: 1111000860PP | **** Balance **** | 13,065.43 | PACKAGE LISTING |
| 11MAY | | | | | CLOSING LEDGER BALANCE |
| 12MAY | USD | OUR: 0405121985WC | | 12,831.00 | CDS FUNDING |
| | | | | .65 | MONEY TRANSFER CREDIT RECEIVED TO |
| | | | | | FUND YOUR CONTROLLED DISBURSEMENT |
| | | | | | ACCOUNT ACTIVITY AT JPMC |
| 12MAY | USD | OUR: 1211000840PP | **** Balance **** | 12,831.65 | PACKAGE LISTING |
| 12MAY | | | | | CLOSING LEDGER BALANCE |
| 13MAY | USD | OUR: 0405131985WC | | 3,413.00 | CDS FUNDING |
| | | | | .95 | MONEY TRANSFER CREDIT RECEIVED TO |
| | | | | | FUND YOUR CONTROLLED DISBURSEMENT |
| | | | | | ACCOUNT ACTIVITY AT JPMC |
| 13MAY | USD | OUR: 1311000857PP | **** Balance **** | 3,413.95 | PACKAGE LISTING |
| 14MAY | | | | | CLOSING LEDGER BALANCE |
| 13MAY | USD | OUR: 0405141985WC | | 45,673.00 | CDS FUNDING |
| | | | | .94 | MONEY TRANSFER CREDIT RECEIVED TO |
| | | | | | FUND YOUR CONTROLLED DISBURSEMENT |
| | | | | | ACCOUNT ACTIVITY AT JPMC |
| 14MAY | USD | OUR: 1411000873PP | **** Balance **** | 45,673.94 | PACKAGE LISTING |
| 14MAY | | | | | CLOSING LEDGER BALANCE |
| 19MAY | USD | OUR: 0405191985WC | | 8,101.00 | CDS FUNDING |
| | | | | .79 | MONEY TRANSFER CREDIT RECEIVED TO |
| | | | | | FUND YOUR CONTROLLED DISBURSEMENT |
| | | | | | ACCOUNT ACTIVITY AT JPMC |
| 19MAY | USD | OUR: 1911000898PP | **** Balance **** | 8,101.79 | PACKAGE LISTING |
| 19MAY | | | | | CLOSING LEDGER BALANCE |
| 20MAY | USD | OUR: 0405201985WC | | 116,141.00 | CDS FUNDING |
| | | | | .68 | MONEY TRANSFER CREDIT RECEIVED TO |
| | | | | | FUND YOUR CONTROLLED DISBURSEMENT |
| | | | | | ACCOUNT ACTIVITY AT JPMC |
| 20MAY | USD | OUR: 2011000846PP | **** Balance **** | 116,141.68 | PACKAGE LISTING |
| 20MAY | | | | | CLOSING LEDGER BALANCE |
| 21MAY | USD | OUR: 0405211985WC | | 32,104.00 | CDS FUNDING |
| | | | | .97 | MONEY TRANSFER CREDIT RECEIVED TO |
| | | | | | FUND YOUR CONTROLLED DISBURSEMENT |
| | | | | | ACCOUNT ACTIVITY AT JPMC |

01 10327 4/02

# JPMorganChase

## Statement of Account

In US Dollars

TS

| | |
|---|---|
| Account No: | 601-831985 |
| Statement Start Date: | 01 MAY 2004 |
| Statement End Date: | 28 MAY 2004 |
| Statement Code: | 000-USA-12 |
| Statement No: | 005   133 |
| | Page 3 of 3 |

REMEDIUM GROUP INC
W R GRACE & CO
MARY BOUCHARD
62 WHITMORE AVENUE
CAMBRIDGE MA 02140

| Date | | | OUR | Amount | Balance | Description |
|---|---|---|---|---|---|---|
| 21MAY | | USD | OUR: 2111000845PP | | 32,104.97 | PACKAGE LISTING |
| 21MAY | | | | | | CLOSING LEDGER BALANCE |
| 24MAY | | USD | OUR: 0405241985WC | .00 | \*\*\*\* Balance \*\*\*\* 2,138.94 | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT |
| 24MAY | | USD | OUR: 2411000853PP | | 2,138.94 | ACCOUNT ACTIVITY AT JPMC PACKAGE LISTING |
| 24MAY | | | | | | CLOSING LEDGER BALANCE |
| 25MAY | | USD | OUR: 0405251985WC | 4,574.97 | \*\*\*\* Balance \*\*\*\* | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT |
| 25MAY | | USD | OUR: 2511000841PP | | 4,574.97 | ACCOUNT ACTIVITY AT JPMC PACKAGE LISTING |
| 25MAY | | | | | | CLOSING LEDGER BALANCE |
| 27MAY | | USD | OUR: 0405271985WC | 71.75 | \*\*\*\* Balance \*\*\*\* | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT |
| 27MAY | | USD | OUR: 2711000869PP | | 71.75 | ACCOUNT ACTIVITY AT JPMC PACKAGE LISTING |
| 28MAY | | | | | | CLOSING LEDGER BALANCE |
| 28MAY | | USD | OUR: 0405281985WC | 4,263.13 | \*\*\*\* Balance \*\*\*\* | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT |
| 28MAY | | USD | OUR: 2811000886PP | | 4,263.13 | ACCOUNT ACTIVITY AT JPMC PACKAGE LISTING |
| 28MAY | | | | | .00 | CLOSING LEDGER BALANCE |


citigroup

**Citibank, N.A. - Puerto Rico**
**Member FDIC**

·················SNGLP 20.00                    R1

IIIıııılılılılıIIIıııılIlıııddılılılıııdlılılı

Page      1 of 16

**DAREX PR**

DAREX PUERTO RICO INC
C/O  W.R. GRACE & CO.
ATTN: PAUL MILLIKEN
62 WHITTEMORE AVE
CAMBRIDGE, MA                    02140

**Account Number: 0/300153/011**
**Statement Period**
**Apr 28, 2004 - May 27, 2004**

| CORPORATE  ACCOUNT  AS OF  May 27, 2004 | 4704  REGULAR STATEMENT |
| --- | --- |

**ACCOUNT SUMMARY**

| | | |
| --- | --- | --- |
| **OPENING BALANCE** | | **2,262,386.26** |
| 72 | DEBITS | 359,589.66 |
| | 65 CHECKS | 350,165.15 |
| | 7 NON-CHECKS | 9,424.51 |
| 17 | CREDITS | 681,393.86 |
| | 17 DEPOSITS | 681,393.86 |
| | 0 NON-DEPOSITS | 0.00 |
| **CLOSING LEDGER** | | **2,584,190.46** |

*Handwritten:* 350,165.15
( 8,562.72)  Payrolls
341,602.43

| DEPOSIT LIST | | | | | |
| --- | --- | --- | --- | --- | --- |
| Deposit No. | Date | Amount | Deposit No. | Date | Amount |
| | 04-28 | 945.00 | | 04-28 | 10,483.17 |
| | 05-03 | 7,733.40 | | 05-03 | 78,749.78 |
| | 05-05 | 17,293.65 | | 05-07 | 90,889.10 |
| | 05-10 | 31,081.87 | | 05-13 | 11,842.51 |
| | 05-13 | 59,074.42 | | 05-17 | 1,402.00 |
| | 05-17 | 177,554.83 | | 05-19 | 6,766.98 |
| | 05-19 | 84,040.89 | | 05-24 | 6,590.20 |
| | 05-24 | 72,592.47 | | 05-26 | 4,037.09 |
| | 05-27 | 20,316.50 | | | |

| CHECKS PAID | | | | | |
| --- | --- | --- | --- | --- | --- |
| Check | Date | Amount | Check | Date | Amount |
| 16882 | 05-04 | 648.00 | 16883 | 05-18 | 7,317.72 |
| 16885 | 05-05 | 100.50 | 16886 | 05-06 | 125.00 |
| 16887 | 05-05 | 1,210.50 | 16888 | 04-30 | 3,145.50 |
| 16889 | 05-05 | 3,000.00 | 16892 | 05-04 | 51.75 |
| 16893 | 04-30 | 62.00 | 16894 | 05-10 | 80.00 |
| 16898 | 05-05 | 145.00 | 16900 | 04-28 | 480.00 |
| 16912 | 05-05 | 100.00 | 16913 | 05-10 | 50.00 |
| 16915 | 04-30 | 80,816.00 | 16930 | 04-30 | 25,000.00 |
| 16932 | 05-05 | 1,435.00 | 16936 | 04-30 | 9,819.72 |
| 16937 | 05-04 | 1,005.99 | 16938 | 04-30 | 160.00 |
| 16939 | 05-03 | 350.00 | 16940 | 04-29 | 1,980.00 |

ANY ERROR OR OMISSION ON THIS STATEMENT MUST BE NOTIFIED IN WRITING TO THE ATTENTION OF CITISERVICE UNIT, PO BOX 70301, SAN JUAN, PR 00936-8301; OR CONTACT CITISERVICE AT (787) 771-2800 WITHIN THIRTY (30) DAYS FROM MAILING DATE. YOU  ALSO CAN SEND A MESSAGE USING OUR ELECTRONIC MAIL MESSENGER: citiservice.pr@citicorp.com. FAILURE TO DO SO WILL SIGNIFY THAT THE STATEMENT IS CORRECT.

Page    2 of 16

**DAREX PR**

DAREX PUERTO RICO INC

**Account Number: 0/300153/011**

**Statement Period**

**Apr 28, 2004 - May 27, 2004**

## CHECKS PAID

| Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|
| 16941 | 05-03 | 200.00 | 16943 | 05-10 | 13,565.60 |
| 16944 | 05-14 | 714.00 | 16945 | 05-14 | 125.00 |
| 16946 | 05-14 | 1,139.73 | 16947 | 05-12 | 60.00 |
| 16948 | 05-17 | 3,000.00 | 16949 | 05-10 | 185.97 |
| 16950 | 05-11 | 11,918.14 | 16951 | 05-13 | 51.75 |
| 16952 | 05-18 | 338.00 | 16953 | 05-14 | 665.00 |
| 16954 | 05-18 | 100.00 | 16955 | 05-18 | 537.84 |
| 16956 | 05-12 | 248.18 | 16958 | 05-13 | 24,541.33 |
| 16959 | 05-21 | 3,140.20 | 16960 | 05-19 | 68.00 |
| 16961 | 05-24 | 60.00 | 16963 | 05-21 | 13,956.20 |
| 16964 | 05-21 | 3,496.00 | 16965 | 05-24 | 7,375.29 |
| 16966 | 05-24 | 2,041.41 | 16967 | 05-24 | 12,736.99 |
| 16968 | 05-24 | 2,324.40 | 16969 | 05-25 | 2,972.57 |
| 16970 | 05-26 | 60,747.09 | 16972 | 05-24 | 654.04 |
| 16974 | 05-24 | 13,303.88 | 16975 | 05-24 | 11,710.34 |
| 16976 | 05-21 | 180.00 | 16977 | 05-24 | 60.00 |
| 16978 | 05-27 | 50.00 | 16980 | 05-26 | 12,052.80 |
| 16981 | 05-21 | 200.00 | 101433 | 04-30 | 1,247.66 |
| 101434 | 04-30 | 1,218.38 | 101435 | 05-03 | 1,166.48 |
| 101436 | 05-14 | 967.11 | 101437 | 05-18 | 1,018.09 |
| 101438 | 05-19 | 1,166.49 | 101439 | 05-27 | 811.42 |
| 101440 | 05-27 | 967.09 | | | |

## DESCRIPTIVE ITEMS

| Date | Description | Serial No | Debits | Credits | Balance |
|------|-------------|-----------|--------|---------|---------|
| 04-28 | OPENING BALANCE | | | | 2,262,386.26 |
| 04-28 | SERVICE CHARGE | | 331.07 | | |
| 04-28 | TOTAL CHECKS PAID | | 480.00 | | |
| 04-28 | TOTAL DEPOSITS | | | 11,428.17 | 2,273,003.36 |
| 04-29 | TOTAL CHECKS PAID | | 1,980.00 | | 2,271,023.36 |
| 04-30 | TOTAL CHECKS PAID | | 121,469.26 | | 2,149,554.10 |
| 05-03 | TOTAL CHECKS PAID | | 1,716.48 | | |
| 05-03 | TOTAL DEPOSITS | | | 86,483.18 | 2,234,320.80 |
| 05-04 | TOTAL CHECKS PAID | | 1,705.74 | | 2,232,615.06 |
| 05-05 | TOTAL CHECKS PAID | | 5,991.00 | | |
| 05-05 | TOTAL DEPOSITS | | | 17,293.65 | 2,243,917.71 |
| 05-06 | TOTAL CHECKS PAID | | 125.00 | | 2,243,792.71 |
| 05-07 | TOTAL DEPOSITS | | | 90,889.10 | 2,334,681.81 |
| 05-10 | TOTAL CHECKS PAID | | 13,881.57 | | |
| 05-10 | TOTAL DEPOSITS | | | 31,081.87 | 2,351,882.11 |
| 05-11 | NAME: TAX SERVICE 702 ENTRY DESC: PMT IMPND INDIVIDUAL ID: C3953-003372898 | | 1,160.91 | | |
| 05-11 | TOTAL CHECKS PAID | | 11,918.14 | | 2,338,803.06 |



**Citibank, N.A. - Puerto Rico**
**Member FDIC**

Page    3 of 16

**DAREX PR**

DAREX PUERTO RICO INC

**Account Number: 0/300153/011**

**Statement Period**
**Apr 28, 2004 - May 27, 2004**

## DESCRIPTIVE ITEMS

| Date | Description | Serial No | Debits | Credits | Balance |
|------|-------------|-----------|--------|---------|---------|
| 05-12 | CHARGE BACK ITEM NOT RE-DEPOSITED INSUFFICIENT FUNDS ACTION: DEBIT CHECK NO:   4972  00 BANK: EUROBANK RETURNED TIMES: 1 | | 2,902.32 | | |
| 05-12 | CHARGE BACK ITEM NOT RE-DEPOSITED INSUFFICIENT FUNDS ACTION: DEBIT CHECK NO:   4974  00 BANK: EUROBANK RETURNED TIMES: 1 | | 2,956.99 | | |
| 05-12 | TOTAL CHECKS PAID | | 308.18 | | 2,332,635.57 |
| 05-13 | TOTAL CHECKS PAID | | 24,593.08 | | |
| 05-13 | TOTAL DEPOSITS | | | 70,916.93 | 2,378,959.42 |
| 05-14 | TOTAL CHECKS PAID | | 3,610.84 | | 2,375,348.58 |
| 05-17 | TOTAL CHECKS PAID | | 3,000.00 | | |
| 05-17 | TOTAL DEPOSITS | | | 178,956.83 | 2,551,305.41 |
| 05-18 | TOTAL CHECKS PAID | | 9,311.65 | | 2,541,993.76 |
| 05-19 | TOTAL CHECKS PAID | | 1,234.49 | | |
| 05-19 | TOTAL DEPOSITS | | | 90,807.87 | 2,631,567.14 |
| 05-21 | NAME:  TAX SERVICE 702 ENTRY DESC: PMT IMPND INDIVIDUAL ID: C3953-003433805 | | 87.25 | | |
| 05-21 | TOTAL CHECKS PAID | | 20,972.40 | | 2,610,507.49 |
| 05-24 | TOTAL CHECKS PAID | | 50,266.35 | | |
| 05-24 | TOTAL DEPOSITS | | | 79,182.67 | 2,639,423.81 |
| 05-25 | SERVICE CHARGE | | 294.89 | | |
| 05-25 | NAME:  TAX SERVICE 702 ENTRY DESC: PMT IMPND INDIVIDUAL ID: C3953-003443004 | | 1,691.08 | | |
| 05-25 | TOTAL CHECKS PAID | | 2,972.57 | | 2,634,465.27 |
| 05-26 | TOTAL CHECKS PAID | | 72,799.89 | | |
| 05-26 | TOTAL DEPOSITS | | | 4,037.09 | 2,565,702.47 |
| 05-27 | TOTAL CHECKS PAID | | 1,828.51 | | |
| 05-27 | TOTAL DEPOSITS | | | 20,316.50 | 2,584,190.46 |
| 05-27 | CLOSING BALANCE | | | | 2,584,190.46 |
| **Total Debits/Credits** | | | **359,589.66** | **681,393.86** | |

GL = 2,851.99
Taxes = 2,939.24

GL 2,681,281.73



112.13 va)

**DAREX PR**

DAREX PUERTO RICO INC

Account Number: 0/300153/011

**Statement Period**

**Apr 28, 2004 - May 27, 2004**

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| | | |
|---|---|---|
| 16882 | 05/04/2004 | 648.00 |
| 16883 | 05/18/2004 | 7,317.72 |
| 16885 | 05/05/2004 | 100.50 |
| 16886 | 05/06/2004 | 125.00 |
| 16887 | 05/05/2004 | 1,210.50 |



**Citibank, N.A. – Puerto Rico**
*Member FDIC*

Page    5 of 16

**DAREX PR**

DAREX PUERTO RICO INC

**Account Number: 0/300153/011**

**Statement Period**

**Apr 28, 2004 - May 27, 2004**

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



**DAREX PR**

DAREX PUERTO RICO INC

**Account Number: 0/300153/011**

**Statement Period**

**Apr 28, 2004 - May 27, 2004**

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| 16898 | 05/05/2004 | 145.00 | | 16898 | 05/05/2004 | 145.00 |
| 16900 | 04/28/2004 | 480.00 | | 16900 | 04/28/2004 | 480.00 |
| 16912 | 05/05/2004 | 100.00 | | 16912 | 05/05/2004 | 100.00 |
| 16913 | 05/10/2004 | 50.00 | | 16913 | 05/10/2004 | 50.00 |
| 16915 | 04/30/2004 | 80,816.00 | | 16915 | 04/30/2004 | 80,816.00 |



**Citibank, N.A. - Puerto Rico**
**Member FDIC**

Page    7  of  16

**DAREX PR**
DAREX PUERTO RICO INC

**Account Number:** 0/300153/011

**Statement Period**
**Apr 28, 2004 - May 27, 2004**

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| 16930 | 04/30/2004 | 25,000.00 |
| 16932 | 05/05/2004 | 1,435.00 |
| 16936 | 04/30/2004 | 9,819.72 |
| 16937 | 05/04/2004 | 1,005.99 |
| 16938 | 04/30/2004 | 160.00 |

A member of citigroup

DAREX PR

DAREX PUERTO RICO INC

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| | | |
|---|---|---|
| 16939 | 05/03/2004 | 350.00 |
| 16940 | 04/29/2004 | 1,980.00 |
| 16941 | 05/03/2004 | 200.00 |
| 16943 | 05/11/2004 | 13,565.60 |
| 16944 | 05/14/2004 | 714.00 |



**Citibank, N.A. - Puerto Rico**
**Member FDIC**

Page    9 of 16

DAREX PR

DAREX PUERTO RICO INC

**Account Number:** 0/300153/011

**Statement Period**

**Apr 28, 2004 - May 27, 2004**

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| | | |
|---|---|---|
| 16945 | 05/14/2004 | 125.00 |
| 16946 | 05/14/2004 | 1,139.73 |
| 16947 | 05/12/2004 | 60.00 |
| 16948 | 05/17/2004 | 3,000.00 |
| 16949 | 05/11/2004 | 185.97 |

A member of citigroup♪

**DAREX PR**

DAREX PUERTO RICO INC

**Account Number: 0/300153/011**

**Statement Period**

**Apr 28, 2004 - May 27, 2004**

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| | | |
|---|---|---|
| 16950 | 05/12/2004 | 11,918.14 |
| 16951 | 05/13/2004 | 51.75 |
| 16952 | 05/18/2004 | 338.00 |
| 16953 | 05/14/2004 | 665.00 |
| 16954 | 05/18/2004 | 100.00 |



**Citibank, N.A. - Puerto Rico**
**Member FDIC**

Page    11 of 16

DAREX PR
*DAREX PUERTO RICO INC*

**Account Number:** 0/300153/011
**Statement Period**
**Apr 28, 2004 - May 27, 2004**

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| 16955 | 05/18/2004 | 537.84 | 16955 | 05/18/2004 | 537.84 |
| 16956 | 05/12/2004 | 248.18 | 16956 | 05/12/2004 | 248.18 |
| 16958 | 05/14/2004 | 24,541.33 | 16958 | 05/14/2004 | 24,541.33 |
| 16959 | 05/21/2004 | 3,140.20 | 16959 | 05/21/2004 | 3,140.20 |
| 16960 | 05/19/2004 | 68.00 | 16960 | 05/19/2004 | 68.00 |

A member of citigroup

**DAREX PR**

DAREX PUERTO RICO INC

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| | | |
|---|---|---|
| 16961 | 05/24/2004 | 60.00 |
| 16963 | 05/24/2004 | 13,956.20 |
| 16964 | 05/21/2004 | 3,496.00 |
| 16965 | 05/25/2004 | 7,375.29 |
| 16966 | 05/25/2004 | 2,041.41 |
| 16961 | 05/24/2004 | 60.00 |
| 16963 | 05/24/2004 | 13,956.20 |
| 16964 | 05/21/2004 | 3,496.00 |
| 16965 | 05/25/2004 | 7,375.29 |
| 16966 | 05/25/2004 | 2,041.41 |



**Citibank, N.A. - Puerto Rico**
**Member FDIC**

Page    13 of 16

**DAREX PR**

DAREX PUERTO RICO INC

Account Number: 0/300153/011

Statement Period

Apr 28, 2004 - May 27, 2004

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



**DAREX PR**

DAREX PUERTO RICO INC

**Account Number: 0/300153/011**

**Statement Period**

**Apr 28, 2004 - May 27, 2004**

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| | | |
|---|---|---|
| 16974 | 05/25/2004 | 13,303.88 |
| 16974 | 05/25/2004 | 13,303.88 |
| 16975 | 05/25/2004 | 11,710.34 |
| 16975 | 05/25/2004 | 11,710.34 |
| 16976 | 05/21/2004 | 180.00 |
| 16976 | 05/21/2004 | 180.00 |
| 16977 | 05/24/2004 | 60.00 |
| 16977 | 05/24/2004 | 60.00 |
| 16978 | 05/27/2004 | 50.00 |
| 16978 | 05/27/2004 | 50.00 |



**Citibank, N.A. - Puerto Rico**
**Member FDIC**

Page      15 of  16

**DAREX PR**

*DAREX PUERTO RICO INC*

**Account Number: 0/300153/011**

**Statement Period**

Apr 28, 2004 - May 27, 2004

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



**DAREX PR**

DAREX PUERTO RICO INC

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| 101436 | 05/14/2004 | 967.11 |
| 101437 | 05/18/2004 | 1,018.09 |
| 101438 | 05/19/2004 | 1,166.49 |
| 101439 | 05/27/2004 | 811.42 |
| 101440 | 05/27/2004 | 967.09 |

JPMorgan Chase Bank

JPMorganChase

Semicirculos of Managemia

TS

REMEDIUM GROUP INC
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:        323-883842
Statement Start Date:  01 MAY 2004
Statement End Date:    28 MAY 2004
Statement Code:    000-USA-22
Statement No:      005
Page  1 of 1

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 0    0.00 |
| Total Debits (incl. checks) | 0    0.00 |
| Total Checks Paid | 0    0.00 |

## BALANCES

| Opening (01 MAY 2004) | | Closing (28 MAY 2004) | |
|---|---|---|---|
| Ledger | .00 | Ledger | .00 |

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

| Ledger Date | Adj Ledger Date | Value Date | F. T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS

*No Activity*

### DEBITS

*No Activity - Exclusive of Checks*

### CHECKS

*No Activity*

FT CODE:

| | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

# Federal Income Tax Returns