# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 6th day of August, 2004, I caused a copy of the **Conditional Objection to Libby Claimant's Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions [D.I. Nos. 236, 237, 238, and 239]** to be served upon the following parties-in-interest in the manner indicated:

### BY HAND DELIVERY

| | |
|---|---|
| Adam G. Landis, Esq. | Laura Davis Jones, Esq. |
| Kerri K. Mumford, Esq. | Pachulski, Stang, Ziehl, Young Jones |
| Landis Rath & Cobb LLP | & Weintraub |
| 919 Market Street, Suite 600 | 919 North Market Street, 16th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

Frank J. Perch, Esq.
United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

### BY FACSIMILE AND FIRST CLASS U.S. MAIL

Daniel C. Cohn, Esq.
Cohn & Whitesell LLP
101 Arch Street
Boston, MA 02110

| | |
|---|---|
| Jon L. Heberling, Esquire | Janet S. Baer, Esq. |
| McGarvey, Heberling, Sullivan & McGarvey PC | Kirkland & Ellis |
| 745 South Main Street | 200 East Randolph Drive |
| Kalispell, MT 59904 | Chicago, IL 60601 |

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler

#349560