IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 6th day of August, 2004, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

1. **DEBTORS' MOTION FOR LEAVE TO FILE DEBTORS' SUBMISSION IN CLARIFICATION AND REVISION OF THEIR PROPOSED ADR PROGRAM; and.**

2. **DEBTORS' SUBMISSION IN CLARIFICATION AND REVISION OF THEIR PROPOSED ADR PROGRAM..**

_____
David W. Carickhoff, Jr. (DE Bar No. 3715)