## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on August 9, 2004 upon:

Pachulski, Stang, Ziehl, Young, Jones & Weintraub, PC
Laura Davis Jones, Esq.
Scotta E. McFarland, Esq.
Paula A. Galbriath, Esq.
919 N. Market Street, 16th Floor
Wilmington, DE 19801
(Via Hand Delivery)

Kirkland & Ellis, LLP
David M. Bernick, Esq.
James H.M. Sprayregen, Esq.
James W. Kapp, III, Esq.
Janet S. Baer, Esq.
Christian J. Lane, Esq.
200 East Randolph Drive
Chicago, IL 60601
(Via Facsimile and U.S. Regular Mail)

Lewis Kruger, Esq.
Stroock, Stoock & Lavan
180 Maiden Lane
New York, NY 10038
(Via Facsimile and U.S. Regular Mail)

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE19801
(Via Hand Delivery)

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Cneter
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
(Via Facsimile and U.S. Regular Mail)

Michael B. Joseph, Esq.
Ferry & Joseph, PA
824 Market Street, Suite 904
Wilmington, DE 19801
(Via Hand Delivery)

Document #: 36071

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
(Via Facsimile and US Regular Mail)

Mark Hurford, Esq.
Campbell & Levine, LLC
Chase Manhattan Center, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Via Hand Delivery)

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
(Via Facsimile and US Regular Mail)

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Via Hand Delivery)

Frank J. Perch, Esq.
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801
(Via Hand Delivery)

Thomas M. Mayer, Esq.
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
(Via Facsimile and US Regular Mail)

Document #: 36071

Teresa K.D. Currier, Esq.
Klett, Rooney, Lieber & Schorling
100 West Street, Suite 1410
Wilmington, DE 19801
(Via Hand Delivery)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 9, 2004

Kristie L. Dalton

Document #: 36071