Dear Court,                                              7/28/04

Hi my name is Dennis Nelson 94B0694
Case No. 01-01139  claim No. 15365 & 15367
claim class (s) $250,000,000.00  I want
to know if I won my claim &
if (yes) how long will it take
to get to me ~~& if not I will~~
be filing ~~it~~ in Nashville, TN my Lawyer
Glenn Rice.

On Envelpes Both No.                Chapter 11
B / 0210980 4526640
o / and                    Re: W.R. Grace & Co.
T / 0210980 9526642
H

                          On this date of 7/27/04
I received these's to claim telling
me something but I can not understanding
what it's saing. Can you help me
out! Later filed expunge continued
7/19/04. 12:pm

            One date June 21st 2004
                    &
         The other date 6/14/04 1:37:59 PM

The facility would not alow me to make a phone court 7/19/04.

I need your help to fined out what is going on with my claim

Write back A.S.A.P.

Dennis Nelson
94B0694

P.S. ~~~~~

I won't my claim of

$250,000,000.00
or a settlement of
$100,000,000.00

Granting Relief Requested & Award claim to me Dennis Nelson 94B0694 to me.

Robert K. James
c/o Dennis Nelson
Box 149
Exchange st Rd
Attica, N.Y. 14011-0149

To: Bankruptcy court,                                    7/29/04

~~Send~~ claim to the name above who's is taking care of me & my claim.

CN000-15867 – CN000-15365

$250 million / settlement for both claim's are
380 instead of 500 million    (million $300,000,000.00

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

*Presented at Hearing 7/19/04*

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket Nos. 5450 & 5646 |
| | | 6/21/04 Agenda Item No. 5 |

**CONTINUATION ORDER GRANTING THE
RELIEF SOUGHT IN DEBTORS' THIRD OMNIBUS OBJECTION
TO CLAIMS (NON-SUBSTANTIVE) AS TO CONTINUED OBJECTIONS**

1. On April 14, 2004 the Debtors filed their Third Omnibus Objection to Claims (the "Third Omnibus Objection" [Docket No. 5450]

2. On May 25, 2004 the Court entered an Order Granting the Relief Sought in Debtors' Third Omnibus Objection to Claims (the "Order") [Docket No. 5646]. The Order provides that the Debtors' Objection to certain claims contained therein were continued to June 21, 2004 (the "Continued Objections").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:96720.1

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | LEONARD, CALVIN L<br>911 FOLEY AVE<br>IOWA PARK, TX 76367<br>W.R. GRACE & CO. | 01-01139 | 1003 | $103,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority              (U) - Unsecured

# In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT B - CONTINUED - SURVIVING CLAIMS

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|
| INTERNATIONAL PAPER ARIZONA CHEMICAL<br>ATTN: LEE WALKER<br>6775 LENOX CENTER COURT<br>MEMPHIS TN 38115 | 01-01139 | 349 | $208,595.34 | (U)<br>Relief Requested: EXPUNGE<br>CONTINUED TO 7/19/04 12:00PM | ARIZONA CHEMICAL<br>4049 WILLOW LAKE BLVD<br>MEMPHIS TN 38118 | 01-01139 | 1106 | $211,684.16 | (U) |
| ORANGE COUNTY TREASURER-TAX COLLE<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15314 | $26,918.96<br>$15,083.57 | (P)<br>(U)<br>Relief Requested: EXPUNGE<br>CONTINUED TO 7/19/04 12:00PM | ORANGE COUNTY TREASURER-TAX COLLEC<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15317 | $27,053.18 | (P) |
| ORANGE COUNTY TREASURER-TAX COLLE<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15318 | $27,053.18 | (P)<br>Relief Requested: EXPUNGE<br>CONTINUED TO 7/19/04 12:00PM | ORANGE COUNTY TREASURER-TAX COLLEC<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15317 | $27,053.18 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | MITCHELL, RONALD<br>2130 11TH AVE N<br>BIRMINGHAM AL 35224 | 01-01139<br>W.R. GRACE & CO. | 4993 | $40,032.60 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 2 | NELSON, DENNIS<br>PO BOX 149<br>ATTICA CORR FACILITY EXCHANGE STR. RD<br>ATTICA NY 14011 | 01-01139<br>W.R. GRACE & CO. | 15365 | $250,000,000.00 | (S) | LATE FILED EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 3 | NELSON, DENNIS<br>PO BOX 149<br>A.C.F<br>ATTICA NY 14011 | 01-01139<br>W.R. GRACE & CO. | 15367 | $250,000,000.00 | (S) | LATE FILED EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 4 | ORANGE COUNTY TREASURER TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15357 | $22,774.20 | (P) | LATE FILED EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 5 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15314 | $26,918.96<br>$15,083.57 | (P)<br>(U) | EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 6 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15317 | $27,053.18 | (P) | LATE FILED EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 7 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15318 | $27,053.18 | (P) | EXPUNGE | CONTINUED TO 7/19/04 12:00PM |
| 8 | TAPE RENTAL LIBRARY INC<br>PO BOX 107<br>COVESVILLE VA 22931 | 01-01139<br>W.R. GRACE & CO. | 1350 | $1,825.07 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED TO 7/19/04 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Hearing Date: June 21, 2004

Page 1 of 1    6/14/2004 1:37:59 PM