IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | **Chapter 11** |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary No. A-01-771 |
| | ) | |
| **MARGARET CHAKARIAN, et al.,** | ) | |
| **And John Does 1-1000,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE AND FOR EXPEDITED HEARING

Upon the motion (the "Motion to Expedite")[1], dated August 9, 2004, of the Debtors for entry of an order under Fed. R. Bankr. P. 9006 and Local Rule 9006-1(e) providing that the notice period be shortened with respect to the Motion Requesting an Order (i) to Show Cause Why Counsel for Evans is Not In Contempt Of Court for Refusing to Refrain from Prosecuting A Prohibited Action Against Debtors' Affiliates, and (ii) Extending The Scope Of The Preliminary Injunction (the "Motion for Order to Show Cause"); and this Court having determined that granting the relief requested in the Motion to Expedite is in the best interests of

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

the Debtors, their estates, creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion to Expedite is GRANTED.

2. A hearing on the Motion for Order to Show Cause shall be held on August ___, 2004 at ___:00 a.m./p.m.

3. Objections to the Motion for Order to Show Cause shall be filed and served on Debtors' counsel by no later than August _____, 2004 at _____ a.m./p.m.

Dated: August ___, 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge