IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| W.R. GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary No. A-01-771 |
| | ) | |
| MARGARET CHAKARIAN, et al., | ) | |
| And John Does 1-1000, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     )SS
COUNTY OF NEW CASTLE )

Tanya Thompson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 9th day of August, 2004 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. **DEBTORS' MOTION FOR AN EXPEDITED HEARING ON AND TO SHORTEN NOTICE PERIOD OF DEBTORS' MOTION REQUESTING AN ORDER (i) TO SHOW CAUSE WHY COUNSEL FOR EVANS IS NOT IN CONTEMPT OF COURT FOR REFUSING TO REFRAIN FROM PROSECUTING A PROHIBITED ACTION AGAINST DEBTORS' AFFILIATES AND (ii) EXTENDING THE SCOPE OF THE AUTOMATIC STAY AND THE PRELIMINARY INJUNCTION;**

91100-001\DOCS_DE:88681.24

2. **[PROPOSED] ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE AND FOR EXPEDITED HEARING.**

Dated: August 9, 2004

_____
Tanya Thompson

Sworn to and subscribed before
me this 9th day of August, 2004

_____
Notary Public
My Commission Expires: 2-20-06

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 20, 2006