**EXHIBIT D**

July 1, 2004 Letter from Evans' Counsel to Debtors' Counsel



**SCHIFFRIN & BARROWAY, LLP**
Attorneys at Law

THREE BALA PLAZA EAST, SUITE 400
BALA CYNWYD, PENNSYLVANIA 19004
(610) 667-7706 • FAX: (610) 667-7056
WWW.SBCLASSLAW.COM

| | | |
|---|---|---|
| RICHARD S. SCHIFFRIN[x] | IAN D. BERG[x] | CHRISTOPHER L. NELSON |
| ANDREW L. BARROWAY[*] | GREGORY M. CASTALDO[*] | KAY E. SICKLES[*] |
| MARC A. TOPAZ[*] | DARREN J. CHECK[*] | SANDRA G. SMITH |
| DAVID KESSLER[*] | EDWARD W. CHANG[u,o] | BENJAMIN J. SWEET |
| KRISHNA B. NARINE | EDWARD W. CIOLKO[u] | MARC D. WEINBERG[*] |
| KATHARINE M. RYAN | STEPHEN CONNOLLY | PATRICIA C. WEISER[*] |
| STUART L. BERMAN[*] | SEAN M. HANDLER | ROBERT B. WEISER[*] |
| JACOB A. GOLDBERG | SCOTT K. JOHNSON[*] | GERALD D. WELLS, III[*] |
| | CHAD E. KAUFFMAN[*] | MARC I. WILLNER |
| | MAX O. KRAMER[*] | ROBIN WINCHESTER[*] |
| | RICHARD A. MANISKAS | MICHAEL K. YARNOFF[**] |
| | STEPHEN F. McFATE | ERIC L. ZAGAR |
| | JOSEPH H. MELTZER[*] | ANDREW L. ZIVITZ[*] |
| | TOBIAS L. MILLROOD[*] | |

[u] ADMITTED IN MD
[o] ADMITTED IN NJ
[*] ALSO ADMITTED IN CA
[*] ALSO ADMITTED IN DE
[x] ALSO ADMITTED IN IL
[*] ALSO ADMITTED IN NJ

July 1, 2004

**BY FAX**

Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Re: **Evans v. Akers, et al.**
**No. 04-11380 (D. Mass.)**

Dear Ms. Baer:

I am in receipt of your letter of June 25, 2004 regarding the stay purportedly in place in the above-referenced action. We are in the process of reviewing the Preliminary Injunction papers (and related bankruptcy pleadings) and will respond promptly.

In the interim, please feel free to contact me.

Very truly yours,

Joseph H. Meltzer

JHM/agl