**EXHIBIT E**

July 2, 2004 Letter from Debtors' Counsel to Evans' Counsel

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Janet S. Baer
To Call Writer Directly:
312/861-2162
jbaer@kirkland.com

200 East Randolph Drive
Chicago, Illinois 60601

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312/660-0362

July 2, 2004

**VIA FAX**

Joseph H. Meltzer
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Re:   Keri Evans v. John F. Akers, et al.

Dear Mr. Meltzer:

I am in receipt of your letter of July 1, 2004 with respect to the above case. That letter is not satisfactory to Grace. Your co-counsel, Mr. Pastor and his firm, as counsel for certain ZAI claimants, had actual notice of the Preliminary Injunction proceedings. The Preliminary Injunction is not complicated and is clear on its face. Thus, you certainly do not need more time to review the Injunction papers. Any action you take on your case will be in contempt of the Injunction. If we do not hear from you promptly acknowledging the application of the Injunction to your case, we will assume that you do not intend to comply with it and will proceed appropriately with the Bankruptcy Court.

Very truly yours

Janet S. Baer

JSB/dme

Enclosures

cc:   David Siegel
      William C. Weitzel, Jr.
      David Pastor
      Thomas J. Hart

London          Los Angeles          New York          San Francisco          Washington, D.C.
I:\Project Allen\baer\correspondence\meltzer letter.doc