## **EXHIBIT F**

July 14, 2004 Letter to Counsel for Evans

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Janet S. Baer
To Call Writer Directly:
312/861-2162
jbaer@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312/660-0362

July 14, 2004

<u>Via Facsimile</u>
Michael S. Etkin, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068

Re:   Keri Evans et al. v. John F. Akers et al.

Dear Mr. Etkin:

This letter will confirm our telephone conversation of Tuesday, July 13, 2004. I understand you are newly hired Bankruptcy counsel to the plaintiffs in the above-referenced case. As such, you are now the fourth law firm of record representing the plaintiffs. You indicated that you have reviewed the two previous letters I sent to other counsel in this matter. You also indicated that you reviewed the Preliminary Injunction Order from the W. R. Grace Bankruptcy case I provided as well as other related pleadings in the Grace Bankruptcy cases. Based on that review, you indicated that you "cannot agree" that the Preliminary Injunction applies to plaintiffs' lawsuit.

As you know, Grace disagrees with your position and asserts that the Preliminary Injunction clearly and unequivocally enjoins plaintiffs' action. Nothing you said in our conversation yesterday changes Grace's position in that regard. As a result, Grace believes any action the plaintiffs take on the lawsuit will constitute a contempt of the Bankruptcy Court's Order. Given your position, please notify me of any further action you take on the lawsuit so that Grace may take appropriate steps to protect its Bankruptcy estates.

Very truly yours

Janet S. Baer

JSB/erl

cc:   David B. Siegel
      William C. Weitzel, Jr.

London     Los Angeles     New York     San Francisco     Washington, D.C.

I:\SHARED\Jbaer\Grace,W.R\Correspondence\Letter to Michael Etkin.doc

Removed

# KIRKLAND & ELLIS LLP

Michael S. Etkin, Esq.
July 14, 2004
Page 2

bcc:   W. Brian McGowan
      Mark A. Shelnitz
      Dori Kuchinsky
      David M. Bernick
      Lisa G. Esayian
      Vicki V. Hood