## **EXHIBIT G**

July 30, 2004 Letter to Counsel for Evans

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Janet S. Baer
To Call Writer Directly:
312/861-2162
jbaer@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312/660-0362

July 30, 2004

**Via Facsimile**
Michael S. Etkin, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068

      Re:    <u>Keri Evans et al. v. John F. Akers et al., 04-11380 WGY</u>

Dear Mickey:

    I understand that on July 29, 2004 you served Thomas A. Vanderslice, a director of W. R. Grace, with a copy of the above-referenced Complaint. While I do not have confirmation of the service of any other Defendants at this point, I assume you are likewise serving those parties. Service of the Defendants is not inconsistent with the Grace Preliminary Injunction which provides, in part, that "Actions that are filed and served upon Affiliated Entities are, upon completion of service, stayed and enjoined." However, proceeding any further against the Defendants is clearly inconsistent with and a violation of the Preliminary Injunction.

    By this letter, we hereby request your agreement on behalf of the Plaintiffs to proceed no further with your Complaint against the Defendants after service of the Complaint. If I do not receive your agreement in this regard, in writing, by Monday, August 2, 2004 at 4:00 p.m. Eastern, W. R. Grace will immediately seek appropriate relief from Bankruptcy Judge Fitzgerald.

                        Very truly yours

                        Janet S. Baer

JSB/erl

cc:    David B. Siegel
       William C. Weitzel, Jr.

I:\SHARED\Baer\Grace,W.R\Correspondence\Etkin letter.doc

# KIRKLAND & ELLIS LLP

Michael S. Etkin, Esq.
July 30, 2004
Page 2

bcc:    W. Brian McGowan
        Mark A. Shelnitz
        Dori Kuchinsky
        John Forgach
        David M. Bernick
        Lisa G. Esayian
        Vicki V. Hood