### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **W. R. GRACE & CO., et al.** ) | **Chapter 11** |
| ) | |
| **Debtors.** ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| ) | |
| **W.R. GRACE & CO., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Adversary No. A-01-771** |
| ) | |
| **MARGARET CHAKARIAN, et al.,** ) | |
| **And John Does 1-1000,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER (i) FINDING COUNSEL FOR EVANS IN CONTEMPT OF COURT AND (ii) ENJOINING PROSECUTION OF AND STAYING THE EVANS COMPLAINT

Upon consideration of the Motion of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"[1]) for an Order: (i) directing plaintiffs' counsel to show

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated,

(Continued...)

cause why they should not be found in contempt of Court for failing to agree not to prosecute

their Complaint against Grace's Directors and Employees; (ii) ordering plaintiffs and their

counsel immediately to cease prosecution of the Evans Complaint; and (iii) directing that no

defendant is required to respond to the Evans Complaint until further order of this Court lifting

the stay and injunction as to the Evans Complaint; and the Court having considered the Motion

and finding that the relief requested therein is in the best interest of the Debtors and their estates;

and due and proper notice having been given with no other notice being required; and in light of

the nature of the relief requested in the Motion, no further notice or hearing on the Motion being

required; and after due deliberation and sufficient cause appearing therefore; IT IS HEREBY

ORDERED THAT:

        1.     Pursuant to its power under Bankruptcy Rule 105(a), this Court

finds David Pastor, Joseph Meltzer, Edward Ciolko, Gerald Wells, Thomas Hart and Michael

Etkins (collectively, the "Plaintiffs' Counsel") in contempt of this Court's Orders[2] for refusing to

refrain from prosecution of the Evans Complaint against Grace's Directors and Employees.

---

Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace
Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-
Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc.,
Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC
Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises,
Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings
Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc.
(f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability
Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin &
Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a
Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not otherwise defined in the Order have the meaning given in the Motion.

2.      Pursuant to sections 105(a) and 362(h) of the Bankruptcy Code,

this Court stays the Evans Complaint and orders the Evans plaintiffs and Plaintiffs' Counsel to

immediately cease prosecution of their Complaint (capitalized terms not otherwise defined in this

Order have the meaning given in the Motion).

3.      Pursuant to sections 105(a) and 362(h) of the Bankruptcy Code,

this Court orders that the Evans' defendants' obligations to respond to plaintiffs' Complaint are

stayed until further Order of this Court.

4.      Pursuant to sections 105(a) and 362(h) of the Bankruptcy Code,

this Court awards the Debtors recovery of all legal fees and expenses incurred in connection with

the creation, filing, and pursuit of the Motion.

5.      Pursuant to sections 105(a) and 362(h) of the Bankruptcy Code,

this Court clarifies the scope of the automatic stay to include the Evans plaintiffs' claims against

Grace's Directors and Employees and the Preliminary Injunction to include the Evans' plaintiffs'

claims against all defendants.

6.      This Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order, which is final.


Dated: August __, 2004


_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge