IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| W. R. GRACE & CO., et al. | ) ) ) | Chapter 11 |
| Debtors. | ) ) ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| W.R. GRACE & CO., et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Adversary No. A-01-771 |
| MARGARET CHAKARIAN, et al., And John Does 1-1000, | ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                                       )SS
COUNTY OF NEW CASTLE )

Tanya Thompson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 9th day of August, 2004 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. **EXPEDITED MOTION REQUESTING AN ORDER (i) TO SHOW CAUSE WHY COUNSEL FOR EVANS IS NOT IN CONTEMPT OF COURT FOR REFUSING TO REFRAIN FROM PROSECUTING A PROHIBITED ACTION AGAINST DEBTORS' AFFILIATES AND (ii) EXTENDING THE SCOPE OF THE AUTOMATIC STAY AND THE PRELIMINARY INJUNCTION;**

91100-001\DOCS_DE:88681.25

2.  **EXHIBITS A THROUGH L ATTACHED.**

Dated: August 9, 2004

_____
Tanya Thompson

Sworn to and subscribed before
me this 9th day of August, 2004

_Diane K. Potts_
Notary Public
My Commission Expires: 2-20-06

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 20, 2006