IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 27, 2004 @ 12:00 p.m.**<br>**Objection Deadline: September 20, 2004** |

### NOTICE OF MOTION OF INTERCAT, INC.
### FOR LEAVE TO FILE A LATE PROOF OF CLAIM

TO:

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones
919 North Market Street
16th Floor
Wilmington, Delaware 19899

Frank J. Perch, III, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, Delaware 19801

Intercat, Inc. has filed a Motion for Leave to File a Late Proof of Claim.

HEARING ON THE MOTION WILL BE HELD ON September 27, 2004 at 12:00 p.m.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the referenced motion at least by Monday, September 20, 2004. At the same time you must also serve a copy of the response upon movant's attorney:

R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Ste 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
(302) 888-0606 (fax)

David M. Posner, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
(212) 918-3100 (fax)

43046 v1

      The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

      The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

DATED: August 10, 2004

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ R. Karl Hill
R. Karl Hill (DE #2747)
222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19899
(302) 888-0600 (Telephone)
(302) 888-0606 (Telecopier)

and

HOGAN & HARTSON L.L.P.
David M. Posner (DP-6505)
875 Third Avenue
New York, New York 10022
(212) 918-3000 (Telephone)
(212) 918-3100 (Telecopier)

Attorneys for Intercat, Inc.

43046 v1