IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| _____ | ) | |

## ORDER GRANTING INTERCAT, INC.'S
## MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM

THIS matter coming before the Court on the Motion of Intercat, Inc. ("Intercat") pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9006(b)(1) for leave to file a late proof of claim (the "Motion"); and the Court having reviewed the Motion and all other pleadings related thereto, and otherwise being fully advised in the premises of the Motion; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, (ii) this is a core matter pursuant to 28 U.S.C. § 157(b), (iii) Notice of the Motion was sufficient under the circumstances, and (iv) good cause exists to grant the relief requested by the Motion; now, therefore, for the reasons more fully set forth in the record of the hearing on the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED; and

2. Intercat is hereby allowed thirty (30) days from the date of this Order to file a proof of claim with the Clerk of the Bankruptcy Court, which claim shall be deemed timely filed notwithstanding the Bar Date of March 31, 2003, previously set by this Court for Non-Asbestos Claims.

Signed this ___ day of _____, 2004.

_____
UNITED STATES BANKRUPTCY JUDGE

43045 v1