## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al*. | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |
| W.R. GRACE & CO., *et al*. | |
| Plaintiffs, | |
| v. | Adversary No. A-01-771 |
| MARGARET CHAKARIAN, *et al*. and John Does 1-1000, | |
| Defendants. | |

## CERTIFICATION OF SERVICE

I, Ira M. Levee, of full age, verify that on August 11, 2004 I caused to be served by facsimile and First Class Mail a copy of Objection of Keri Evans to Debtors' Motion for an Expedited Hearing on and to Shorten Notice Period of Debtors' Motion Requesting an Order (i) to Show Cause Why Counsel for Evans is not in Contempt of Court for Refusing to Refrain From Prosecuting a Prohibited Action Against Debtors' Affiliates and (ii) Extending the Scope of the Automatic Stay and the Preliminary Injunction, on the parties listed in the Service List attached hereto.

I certify under penalty of perjury that the forgoing statements are true.

Dated: August 11, 2004                     By: /s/ Ira M. Levee
                                                Ira M. Levee

17175/2
08/11/04 1591465.01

## SERVICE LIST

| | |
|---|---|
| David M. Bernick, Esq.<br>James W. Kapp, III, Esq.<br>Janet S. Baer, Esq.<br>Lisa G. Esayian, Esq.<br>**Kirkland & Ellis**<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2000 (Telephone)<br>(312) 861-2200 (Facsimile) | Laura Davis Jones, Esq.<br>Soctta McFarland, Esq.<br>David W. Carickhoff, Jr., Esq.<br>**Pachulski, Stang, Ziehl, Young, Jones<br>    & Weintraub P.C.**<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>(302) 652-4100 (Telephone)<br>(302) 652-4400 (Facsimile) |