EXHIBIT "B"

Protiviti Inc.
W. R. Grace & Co. Preparation of Monthly Fee Applications
Period Covered: June 2004

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Jun-04 | Finalize time and expense information in the April fee application, create PDF files and forward to MD for review and approval | $ 275.00 | 5.5 | $ 1,512.50 |
| | Totals | | 5.5 | $ 1,512.50 |