**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: June 2004**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $ 6,029.93 |
| Lodging | N/A | $ 23,809.73 |
| Sundry | N/A | $ 2,567.63 |
| Business Meals | N/A | $ 5,046.56 |
| Total | | $ 37,453.85 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

## Expense Detail

**Name:** Marie Hendrixson
**Level:** Managing Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 07-Jun-04 | Mileage traveling to client site in excess of normal daily commute (100 miles) | $ 37.00 | $ 37.00 | | | | $ 37.00 |
| 7-Jun-04 | Tolls during drive from / to Philadelphia | $ 11.00 | $ 11.00 | | | | $ 11.00 |
| 22-Jun-04 | Cell phone attributable to Grace | $ 29.94 | | | $ 29.94 | | $ 29.94 |
| | Totals | $ 77.94 | $ 48.00 | $ - | $ 29.94 | $ - | $ 77.94 |

**Name:** Lynn Bruneau
**Level:** Managing Director, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 10-May-04 | Train from Newark to BWI | $ 142.00 | $ 142.00 | | | | $ 142.00 |
| 10-May-04 | Tolls to train station | $ 1.20 | $ 1.20 | | | | $ 1.20 |
| 10-May-04 | Parking at Newark train station | $ 18.00 | | | $ 18.00 | | $ 18.00 |
| 10-May-04 | 60 miles (miles in excess of normal daily commute) | $ 22.50 | $ 22.50 | | | | $ 22.50 |
| 10-May-04 | Booking fee for train ticket | $ 20.00 | | | $ 20.00 | | $ 20.00 |
| 12-May-04 | Fax charges from MD to project staff | $ 25.50 | | | $ 25.50 | | $ 25.50 |
| 14-May-04 | Train from BWI to Newark | $ 221.00 | $ 221.00 | | | | $ 221.00 |
| 14-May-04 | Booking fee for train ticket | $ 20.00 | | | $ 20.00 | | $ 20.00 |
| 5-Jun-04 | 50 miles (miles in excess of normal daily commute) | $ 18.75 | $ 18.75 | | | | $ 18.75 |
| 5-Jun-04 | Tolls for same | $ 5.00 | $ 5.00 | | | | $ 5.00 |
| 5-Jun-04 | Parking for same | $ 20.00 | | | $ 20.00 | | $ 20.00 |
| | Totals | $ 513.95 | $ 410.45 | $ - | $ 103.50 | $ - | $ 513.95 |

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 23-May-04 | Dinner at Hyatt Regency, Mainz Germany with MBah, KStrickler for Grace | $ 83.01 | | | | $ 83.01 | $ 83.01 |
| 29-May-04 | Fuel for rental car in Worms Germany for Grace | $ 53.06 | | | $ 53.06 | | $ 53.06 |
| 29-May-04 | Dinner at Ducktails restaurant in Arabella Sheraton in Munich Germany w/ KStrickler for Grace (in lieu of going home) | $ 53.67 | | | | $ 53.67 | $ 53.67 |
| 29-May-04 | Lodging at Hyatt Regency, Mainz Germany for six nights for Grace | $ 1,185.17 | | $ 1,185.17 | | | $ 1,185.17 |
| 29-May-04 | Breakfast alone at Arabella Sheraton restaurant in Munich Germany | $ 17.83 | | | | $ 17.83 | $ 17.83 |
| 29-May-04 | Lunch alone in the English Garten in Munich Germany at the Chinese Tower | $ 23.85 | | | | $ 23.85 | $ 23.85 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

| Date | Expense Detail | | | Expense Category | | |
|---|---|---|---|---|---|---|
| 30-May-04 | Taxi from Arabella Sheraton Munchen to Hofbrauhaus restaurant for dinner with Kevin Strickler (in lieu of going home) | $ | 12.50 | $12.50 | | $ 12.50 |
| 30-May-04 | Lunch at Hofbrauhaus in Munich Germany w/ KStrickler for Grace (in lieu of going home) | $ | 45.41 | | $ 45.41 | $ 45.41 |
| 30-May-04 | Breakfast at Arabella Sheraton in Munich Germany w/ KStrickler (in lieu of going home) | $ | 89.87 | | $ 89.87 | $ 89.87 |
| 30-May-04 | Overnight parking charge at Arabella Sheraton in Munich Germany for Grace (in lieu of going home) | $ | 18.72 | $ 18.72 | | $ 18.72 |
| 30-May-04 | Dinner at Arabella Sheraton hotel in Munich Germany w/ KStrickler (in lieu of going home) | $ | 49.93 | | $ 49.93 | $ 49.93 |
| 31-May-04 | Hotel charge for local phone call at Arabella in Munich Germany | $ | 3.75 | $ 3.75 | | $ 3.75 |
| 1-Jun-04 | Dinner at Ristorante Tivoli in Worms Germany w/ Bob Purvis, SLanders, MBah, KMuller, KStrickler, Tom Downing for Grace | $ | 250.55 | | $ 250.55 | $ 250.55 |
| 1-Jun-04 | Lodging at Prinz Carl hotel in Worms Germany for 4 nights for Grace | $ | 325.00 | $325.00 | | $ 325.00 |
| 1-Jun-04 | Laundry done at Prinz Carl hotel in Worms Germany for Grace | $ | 125.38 | | $ 125.38 | $ 125.38 |
| 3-Jun-04 | Dinner at Angaben zu Bewirtungsaufwendungen in Worms Germany with Bob Purvis, Kathryn Muller for Grace | $ | 34.62 | | $ 34.62 | $ 34.62 |
| 4-Jun-04 | Taxi from Amsterdam airport to the Radisson Hotel (in lieu of going home) | $ | 54.65 | $54.65 | | $ 54.65 |
| 4-Jun-04 | Beverage purchased at Heathrow airport during travel | $ | 2.37 | | $ 2.37 | $ 2.37 |
| 4-Jun-04 | Dinner at Radisson SAS hotel with RHeaps, LVanLoan, MBah, SLanders, MPetito, JMartin, KStrickler for Grace (in lieu of going home) | $ | 389.28 | | $ 389.28 | $ 389.28 |
| 4-Jun-04 | Dinner at Frankfurt airport alone during travel to London for Grace | $ | 9.19 | | $ 9.19 | $ 9.19 |
| 5-Jun-04 | Laundry done at Radisson SAS during stay in Amsterdam for Grace (in lieu of going home) | $ | 78.36 | | $ 78.36 | $ 78.36 |
| 5-Jun-04 | Dinner at Restaurant Matias in Amsterdam w/ MPetito, Shaun Landers, KStrickler for Grace (in lieu of going home) | $ | 33.96 | | $ 33.96 | $ 33.96 |
| 6-Jun-04 | Taxi from Arabella Sheraton Munchen to Amsterdam airport (in lieu of going home) | $ | 54.65 | $54.65 | | $ 54.65 |
| 6-Jun-04 | Dinner at Leonardo's in Amsterdam with MPetito, LVanLoan for Grace (in lieu of going home) | $ | 75.50 | | $ 75.50 | $ 75.50 |
| 6-Jun-04 | Commuter train tickets to travel from London to Slough for 4 days for Grace | $ | 97.88 | $97.88 | | $ 97.88 |
| 6-Jun-04 | Dinner at Ask Pizza in London England with MPetito, JMartin for Grace | $ | 105.41 | | $ 105.41 | $ 105.41 |
| 6-Jun-04 | Lodging at Radisson SAS hotel in Amsterdam for 2 nights for Grace (in lieu of going home) | $ | 471.82 | $ 471.82 | | $ 471.82 |
| 7-Jun-04 | Dinner at Garfunkel's Deli in London England with John Martin, Loren Van Loan, Matt Petito for Grace | $ | 96.07 | | $ 96.07 | $ 96.07 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

| Date | Expense Detail | Amount | Expense Category | | | | Totals |
|---|---|---|---|---|---|---|---|
| 8-Jun-04 | Dinner at Yangtse chinese restaurant in Windsor England with MPetito, JMartin, LVanLoan for Grace | $ 145.55 | | | | $ 145.55 | $ 145.55 |
| 10-Jun-04 | Dinner at TGI Fridays in London England with MPetito, LVanLoan, JMartin for Grace | $ 282.62 | | | | $ 282.62 | $ 282.62 |
| 11-Jun-04 | Taxi from Hilton London to Gatwick airport for Grace | $ 149.44 | $149.44 | | | | $ 149.44 |
| 5-Jun-04 | Dinner at Anda Nugraha, Netherlands, with MPetito, SLanders, MBah, KStrickler, LVanLoan, RHeaps | $ 167.81 | | | | $ 167.81 | $ 167.81 |
| 15-Jun-04 | Air from Baltimore to Boston and return for Grace GPC on June 28 | $ 189.70 | $189.70 | | | | $ 189.70 |
| 15-Jun-04 | Air from Baltimore to Boston and return for Grace GPC on July 2 | $ 196.70 | $196.70 | | | | $ 196.70 |
| 15-Jun-04 | Lodging at the Hilton London Paddington for 6 nights for Grace - Slough | $ 1,425.38 | | $ 1,425.38 | | | $ 1,425.38 |
| 15-Jun-04 | Laundry service at Hilton London Paddington hotel for Grace | $ 65.66 | | | $ 65.66 | | $ 65.66 |
| 15-Jun-04 | Local calls made at Hilton London Paddington hotel for Grace | $ 10.85 | | | $ 10.85 | | $ 10.85 |
| 17-Jun-04 | Lunch at Don Pablos with John Barnes and Loren Van Loan to discuss Grace work on taxes | $ 31.50 | | | | $ 31.50 | $ 31.50 |
| 28-Jun-04 | Taxi from Grace GPC in Boston to Logan airport | $ 52.00 | $52.00 | | | | $ 52.00 |
| 28-Jun-04 | Toll on I-93 in Boston on drive to Grace GPC plant | $ 3.00 | $3.00 | | | | $ 3.00 |
| 29-Jun-04 | Taxi from Logan airport to Doubletree Hotel for Grace | $ 34.00 | $34.00 | | | | $ 34.00 |
| | Totals | $ 6,595.67 | $ 844.52 | $ 3,407.37 | $ 355.78 | $ 1,988.00 | $ 6,595.67 |

Name: John Barnes
Level: Senior Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 7-Jun-04 | Flight to Boca Raton, FL to go to Bocat site on Southwest | $ 412.70 | $ 412.70 | | | | $ 412.70 |
| 7-Jun-04 | Transportation to BWI airport | $ 81.65 | $ 81.65 | | | | $ 81.65 |
| 7-Jun-04 | Dinner for myself at Chauncey's | $ 27.52 | | | | $ 27.52 | $ 27.52 |
| 7-Jun-04 | Parking | $ 19.08 | | | $ 19.08 | | $ 19.08 |
| 8-Jun-04 | Parking | $ 19.08 | | | $ 19.08 | | $ 19.08 |
| 8-Jun-04 | Dinner at Amante's | $ 22.28 | | | | $ 22.28 | $ 22.28 |
| 9-Jun-04 | Parking | $ 19.08 | | | $ 19.08 | | $ 19.08 |
| 9-Jun-04 | Dinner at Rooney's | $ 22.00 | | | | $ 22.00 | $ 22.00 |
| 10-Jun-04 | Parking | $ 19.08 | | | $ 19.08 | | $ 19.08 |
| 10-Jun-04 | Lunch with Joe Gibbs, Rick Miranda and Andre Clark to discuss tax process | $ 64.38 | | | | $ 64.38 | $ 64.38 |
| 10-Jun-04 | Dinner at Boca Raton Resort | $ 62.72 | | | | $ 62.72 | $ 62.72 |
| 11-Jun-04 | Rental car for five days in Boca Raton | $ 232.65 | $ 232.65 | | | | $ 232.65 |
| 11-Jun-04 | Parking | $ 19.08 | | | $ 19.08 | | $ 19.08 |
| 11-Jun-04 | Gas to refill rental car | $ 15.01 | | | $ 15.01 | | $ 15.01 |
| 11-Jun-04 | Hotel at Boca Raton Resort & Club, 4 nights | $ 567.52 | | $ 567.52 | | | $ 567.52 |
| 11-Jun-04 | Mileage home from airport | $ 11.44 | $ 11.44 | | | | $ 11.44 |
| | Totals | $ 1,615.27 | $ 738.44 | $ 567.52 | $ 110.41 | $ 198.90 | $ 1,615.27 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

| Expense Detail | | | | | | Expense Category | | |
|---|---|---|---|---|---|---|---|---|

Name: Christine Saxon
Level: Manager, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 8-Jun-04 | Tolls from Philly to Columbia | $ 7.00 | $ 7.00 | | | | $ 7.00 |
| 8-Jun-04 | Amtrak train travel from PHL to Baltimore | $ 87.00 | $ 87.00 | | | | $ 87.00 |
| 8-Jun-04 | Hertz Rental Car (Grace to PHL) | $ 85.48 | $ 85.48 | | | | $ 85.48 |
| 8-Jun-04 | Parking at 30th Street Station | $ 55.00 | | | $ 55.00 | | $ 55.00 |
| 8-Jun-04 | Lodging - Hilton in Columbia for one night | $ 120.65 | | $ 120.65 | | | $ 120.65 |
| 15-Jun-04 | 310 miles (miles in excess of normal daily commute) | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 15-Jun-04 | Tolls from Philly to Columbia and back | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| | Totals | $ 485.38 | $ 309.73 | $ 120.65 | $ 55.00 | $ - | $ 485.38 |

Name: Matthew Petito
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 24-May-04 | Lunch from Dominoes in Slough with Loren VanLoan, John Martin, Ryan Heaps and myself | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| 28-May-04 | Lunch/Snack in London airport with myself en route to Edinburgh Scotland | $ 10.54 | | | | $ 10.54 | $ 10.54 |
| 28-May-04 | Taxi from restaurant in London to hotel in London for Barb Summerson, Loren VanLoan, Ryan Heaps and John Martin | $ 12.50 | $ 12.50 | | | | $ 12.50 |
| 29-May-04 | Lunch at Ensign Ewart in Edinburgh Scotland with Loren VanLoan and Ryan Heaps | $ 62.69 | | | | $ 62.69 | $ 62.69 |
| 29-May-04 | Afternoon snack for Loren VanLoan, Ryan Heaps and myself in Edinburgh Scotland | $ 8.93 | | | | $ 8.93 | $ 8.93 |
| 30-May-04 | Lunch by myself at Burger King in Edinburgh Scotland | $ 9.43 | | | | $ 9.43 | $ 9.43 |
| 30-May-04 | Hotel at Caledonian Hilton in Edinburgh Scotland for 2 nights in lieu of returning home | $ 469.55 | | $ 469.55 | | | $ 469.55 |
| 1-Jun-04 | Groceries at Sainsbury Local in London train station for breakfast/snack for June 2 and 3 | $ 2.98 | | | | $ 2.98 | $ 2.98 |
| 1-Jun-04 | Dinner at Bizzaro in London with Ryan Heaps, Loren VanLoan and John Martin | $ 184.10 | | | | $ 184.10 | $ 184.10 |
| 2-Jun-04 | Lunch at KFC in Slough with Ryan Heaps and Loren VanLoan | $ 23.61 | | | | $ 23.61 | $ 23.61 |
| 3-Jun-04 | Breakfast at Burger King at London train station by myself | $ 5.34 | | | | $ 5.34 | $ 5.34 |
| 3-Jun-04 | Lunch at Slough plant ordered from Pizza Hut for Loren VanLoan, Ryan Heaps, John Martin and myself | $ 31.22 | | | | $ 31.22 | $ 31.22 |
| 3-Jun-04 | Dinner at Rascati in London with Loren VanLoan, Ryan Heaps, John Martin and myself | $ 252.15 | | | | $ 252.15 | $ 252.15 |
| 4-Jun-04 | Breakfast at Burger King at London train station by myself | $ 5.34 | | | | $ 5.34 | $ 5.34 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

| Date | Expense Detail | Amount | Expense Category | | | |
|---|---|---|---|---|---|---|
| 4-Jun-04 | Lodging at Hilton London Paddington in London England for 5 nights | $ 1,678.78 | $ 1,678.78 | | | $ 1,678.78 |
| 4-Jun-04 | Telephone charges from hotel room in London England for 5 nights | $ 11.14 | | $ 11.14 | | $ 11.14 |
| 4-Jun-04 | Room service (dinner) in Hilton London Paddington hotel for myself upon returning from Edinburgh Scotland | $ 24.29 | | | $ 24.29 | $ 24.29 |
| 4-Jun-04 | Dinner at Heathrow Restaurant at London airport with Ryan Heaps, John Martin, Loren VanLoan and myself | $ 21.00 | | | $ 21.00 | $ 21.00 |
| 4-Jun-04 | Lunch at Slough plant ordered from Pizza Hut for Loren VanLoan, Ryan Heaps, John Martin and me | $ 29.43 | | | $ 29.43 | $ 29.43 |
| 4-Jun-04 | Taxi from Amsterdam airport to Radisson hotel in Amsterdam | $ 43.68 | | | | $ 43.68 |
| 6-Jun-04 | Hotel at Radisson Hotel in Amsterdam for 2 nights in lieu of returning home | $ 449.86 | $ 449.86 | | | $ 449.86 |
| 6-Jun-04 | Excess storage for luggage in Paddington London train station in lieu of bringing luggage to Amsterdam | $ 32.15 | | $ 32.15 | | $ 32.15 |
| 7-Jun-04 | Lunch at Slough plant ordered from Pizza Hut for Loren VanLoan, Victor Blanchard, John Martin and myself | $ 27.65 | | | $ 27.65 | $ 27.65 |
| 8-Jun-04 | Breakfast at Upper Crust in London train station for myself prior to traveling to Slough plant for manufacturing audit | $ 7.14 | | | $ 7.14 | $ 7.14 |
| 8-Jun-04 | Train from Windsor to Slough for return train to London hotel | $ 2.50 | $ 2.50 | | | $ 2.50 |
| 9-Jun-04 | Breakfast at Bagel Factory in train station for myself and Loren VanLoan prior to traveling to Slough England manufacturing plant | $ 6.79 | | | $ 6.79 | $ 6.79 |
| 9-Jun-04 | Taxi from Slough train station to WR Grace plant in Slough for Loren VanLoan, Victor Blanchard, John Martin and myself | $ 8.93 | $ 8.93 | | | $ 8.93 |
| 9-Jun-04 | Lunch at Anne's Pantry in Slough for John Martin, Victor Blanchard, Loren VanLoan and myself | $ 19.16 | | | $ 19.16 | $ 19.16 |
| 10-Jun-04 | Breakfast at Upper Crust in London train station for myself prior to traveling to Slough plant for manufacturing audit | $ 8.93 | | | $ 8.93 | $ 8.93 |
| 10-Jun-04 | Lunch at Anne's Pantry in Slough for John Martin, Victor Blanchard, Loren VanLoan and myself | $ 26.52 | | | $ 26.52 | $ 26.52 |
| 11-Jun-04 | Laundry services at Paddington Hilton in London hotel for 21 nights | $ 314.34 | | $ 314.34 | | $ 314.34 |
| 11-Jun-04 | Lodging at Hilton London Paddington in London England for 5 nights | $ 1,573.91 | $ 1,573.91 | | | $ 1,573.91 |
| 11-Jun-04 | Telephone charges from hotel room in London England for 5 nights | $ 3.48 | | $ 3.48 | | $ 3.48 |
| 11-Jun-04 | Taxi from BWI airport to Glen Burnie; returning business travel from London England | $ 20.00 | | | | $ 20.00 |
| 14-Jun-04 | Airfare from Baltimore Maryland to Boston Massachusetts to audit the Cambridge plant (5 days) as booked and required by WR Grace | $ 126.70 | | | | $ 126.70 |
| 14-Jun-04 | Airfare from Baltimore Maryland to Boston Massachusetts to audit the Cambridge plant (3 days) as booked and required by WR Grace | $ 146.70 | | | | $ 146.70 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

| Date | Expense Detail | | Expense Category |
|---|---|---|---|
| 14-Jun-04 | Airfare from Baltimore Maryland to Boston Massachusetts to audit the Cambridge plant (5 days) as booked and required by WR Grace | $ 126.70 | $ 126.70 |
| 28-Jun-04 | Taxi from home in Glen Burnie to BWI airport in Baltimore for flight to Boston to audit WR Grace Cambridge manufacturing plant | $ 20.00 | $ 20.00 |
| 28-Jun-04 | Lunch by myself at WR Grace cafeteria in Cambridge | $ 6.00 | $ 6.00 |
| 28-Jun-04 | Dinner at Fire and Ice in Cambridge with myself, Kevin Strickler and Tom Downing | $ 81.82 | $ 81.82 |
| 28-Jun-04 | Taxi from Fire and Ice restaurant in Cambridge to Doubletree hotel in Cambridge for Kevin Strickler, Tom Downing and myself | $ 10.00 | $ 10.00 |
| 29-Jun-04 | Breakfast by myself at WR Grace cafeteria in Cambridge | $ 3.00 | $ 3.00 |
| 29-Jun-04 | Lunch by myself at WR Grace cafeteria in Cambridge | $ 4.75 | $ 4.75 |
| 29-Jun-04 | Dinner at Upstairs on the Square in Cambridge with myself, Victor Blanchard, Tom Downing and Kevin Strickler | $ 199.05 | $ 199.05 |
| 30-Jun-04 | Breakfast by myself at WR Grace cafeteria in Cambridge | $ 2.75 | $ 2.75 |
| 30-Jun-04 | Lunch by myself at WR Grace cafeteria in Cambridge | $ 5.75 | $ 5.75 |
| | Totals | $ 6,135.28 | $ 517.71  $ 4,172.10  $ 361.11  $ 1,084.36  $ 6,135.28 |

Name: Kevin Strickler
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 26-May-04 | Dinner in Mainz, Germany at Citrus for myself, Victor Blanchard, Bob Purvis and Kathryn Muller (50 Euros x 1.20795 Exchange Rate) | $ 60.00 | | | | $ 60.00 | $ 60.00 |
| 26-May-04 | Flight to Prague 6/11 to 6/13 Flt #0647506938566 Czech Airlines in lieu of going home | $ 382.00 | $ 382.00 | | | | $ 382.00 |
| 28-May-04 | Dinner in Worms, Germany for myself, Victor Blanchard, Bob Purvis, Tom Downing, and Kaythryn Muller (120 Euros x 1.20795 Exchange Rate) | $ 145.00 | | | | $ 145.00 | $ 145.00 |
| 29-May-04 | Meal in Munich for myself and Victor Blanchard (20 Euros x 1.20795 Exchange Rate) | $ 24.00 | | | | $ 24.00 | $ 24.00 |
| 29-May-04 | Hotel in Mainz, Germany for 6 nights (May 23 to May 28) (948 Euros x 1.22 Exchange Rate) | $ 1,157.00 | | $ 1,157.00 | | | $ 1,157.00 |
| 30-May-04 | Taxi cab ride for me and Victor Blanchard to a meal in Munich (10 Euros x 1.20795 Exchange Rate) | $ 12.00 | $ 12.00 | | | | $ 12.00 |
| 31-May-04 | Hotel in Munich for two nights 5/29 and 5/30 Sheraton Grand Munich in lieu of going home for the weekend | $ 291.00 | | $ 291.00 | | | $ 291.00 |
| 31-May-04 | Parking at hotel in Munich 5/30 Sheraton Grand Munich | $ 19.00 | | | $ 19.00 | | $ 19.00 |
| 31-May-04 | Dinner in Mainz, Germany at Akropolis for myself, Victor Blanchard, and Bob Purvis (65 Euros x 1.20795 Exchange Rate) | $ 79.00 | | | | $ 79.00 | $ 79.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

| Date | Expense Detail | | Expense Category | |
|---|---|---|---|---|
| 4-Jun-04 | Dinner at Majestic Amsterdam for me, Mahmoud Bah, and Shaun Landers (65 Euros x 1.20795 Exchange rate) | $ 79.00 | | $ 79.00 |
| 5-Jun-04 | Meal in Radisson Hotel alone (18.15 Euros x 1.23 Exchange Rate) | $ 22.00 | | $ 22.00 |
| 5-Jun-04 | Prinz Carl Hotel in Worms, Germany for 4 nights (5/31 to 6/4) (using 1.23 Exchange Rate) | $ 354.00 | $ 354.00 | $ 354.00 |
| 5-Jun-04 | Laundry at Prinz Carl Hotel in Worms, Germany (using 1.2 Exchange Rate) | $ 45.00 | $ 45.00 | $ 45.00 |
| 6-Jun-04 | Breakfast at HMSH in Amsterdam airport for myself (10.60 Euros x 1.20795 Exchange rate) | $ 13.00 | | $ 13.00 |
| 6-Jun-04 | Radisson Hotel in Amsterdam for two nights 6/4 and 6/5 (375 Euros x 1.22 Exchange Rate | $ 456.00 | $ 456.00 | $ 456.00 |
| 7-Jun-04 | Dinner at Hagenbrau for myself, Shaun Landers, Kathryn Mueller, Mahmoud Bah, and Tom Downing (90 Euros x 1.20795 Exchange Rate) | $ 109.00 | | $ 109.00 |
| 8-Jun-04 | Dinner at Prinz Carl Hotel in Worms, Germany (33.2 Euros x 1.23 Exchange Rate) | $ 41.00 | | $ 41.00 |
| 8-Jun-04 | Laundry at Prinz Carl Hotel in Worms, Germany (45 Euros * 1.23 Exchange Rate | $ 55.00 | $ 55.00 | $ 55.00 |
| 9-Jun-04 | Prinz Carl Hotel in Worms, Germany for 3 nights (6/6 to 6/8) (195 Euros x 1.23 Exchange Rate) | $ 240.00 | $ 240.00 | $ 240.00 |
| 10-Jun-04 | Lunch for myself and Shaun Landers at McDonalds (12 Euros x 1.20795 Exchange Rate) | $ 15.00 | | $ 15.00 |
| 11-Jun-04 | Dinner for myself, Shaun Landers, and Mahmoud Bah at Colosseo (55 Euros x 1.23 Exchange Rate) | $ 68.00 | | $ 68.00 |
| 11-Jun-04 | Hyatt Hotel in Mainz, Germany 2 nights 6/9 to 6/10 (270 Euros x 1.23 Exchange Rate) | $ 331.00 | $ 331.00 | $ 331.00 |
| 12-Jun-04 | Lunch for myself, Shaun Landers and Kathryn Mueller at Caffe Italia (1,320 Chz Kronas x .0393 Exchange Rate) | $ 52.00 | | $ 52.00 |
| 12-Jun-04 | Dinner for myself, Shaun Landers and Kathryn Mueller at (4,745 Chz Kronas x .0356 Exchange Rate) | $ 169.00 | | $ 169.00 |
| 13-Jun-04 | Arcotel Hotel in Prague 2 nights 6/11 to 6/12 (222 Euros x 1.25 Exchange Rate) in lieu of going home for the weekend | $ 278.00 | $ 278.00 | $ 278.00 |
| 13-Jun-04 | Breakfast for myself at Praque food stand | $ 5.00 | | $ 5.00 |
| 13-Jun-04 | Lunch for myself at Prague McDonalds | $ 6.00 | | $ 6.00 |
| 13-Jun-04 | Dinner for myself at Frankfurt Airport | $ 7.00 | | $ 7.00 |
| 23-May-04 | Hertz Rental Car (final charge adjustment) | $ 35.00 | $ 35.00 | $ 35.00 |
| 11-Jun-04 | Airfare (flight to Prague change ticket fee) | $ 61.00 | $ 61.00 | $ 61.00 |
| 15-Jun-04 | Lunch (water, coffee drink) at Gas Station in Worms | $ 5.00 | | $ 5.00 |
| 15-Jun-04 | Breakfast at Hollander Hotel in Heidelberg, Germany (11 Euros x 1.23 Exchange Rate) | $ 14.00 | | $ 14.00 |
| 16-Jun-04 | Lunch (water, coffee drink) at Gas Station in Worms | $ 5.00 | | $ 5.00 |
| 16-Jun-04 | Breakfast at Hollander Hotel in Heidelberg, Germany (11 Euros x 1.23 Exchange Rate) | $ 14.00 | | $ 14.00 |
| 17-Jun-04 | Breakfast at McDonalds in Worms | $ 3.00 | | $ 3.00 |
| 17-Jun-04 | Hollander Hof Hotel in Heidelberg, Germany, 4 nights 6/13 to 6/16 (476 Euros x 1.23 Exchange Rate) | $ 585.00 | $ 585.00 | $ 585.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

| Date | Expense Detail | | Expense Category | |
|---|---|---|---|---|
| 17-Jun-04 | Breakfast at Hollander Hotel in Heidelberg, Germany (11 Euros x 1.23 Exchange Rate) | $ 14.00 | | $ 14.00 |
| 17-Jun-04 | Hotel in Frankfurt Courtyard by Marriot 6/17 (97 Euros x 1.23 Exchange Rate) | $ 119.00 | $ 119.00 | $ 119.00 |
| 18-Jun-04 | Dinner at Starbucks in Chicago Starbucks | $ 8.00 | | $ 8.00 |
| 18-Jun-04 | Gas for rental car in Frankfurt, Germany | $ 55.00 | $ 55.00 | $ 55.00 |
| 19-Jun-04 | Parking at BWI airport 5/22 to 6/19 | $ 216.00 | $ 216.00 | $ 216.00 |
| 24-Jun-04 | Lunch at Red Robin with John Barnes, Bob Purvis, John Martin, and Tom Downing | $ 67.00 | | $ 67.00 | $ 67.00 |
| 28-Jun-04 | Lunch at Grace cafeteria - Cambridge | $ 5.00 | | $ 5.00 |
| 29-Jun-04 | Breakfast at Grace cafeteria - Cambridge | $ 2.00 | | $ 2.00 |
| 29-Jun-04 | Lunch at Grace cafeteria - Cambridge (including soda at soda machine) | $ 5.00 | | $ 5.00 |
| 30-Jun-04 | Lunch at Grace cafeteria - Cambridge (including soda at soda machine) | $ 3.00 | | $ 3.00 |
| | Totals | $ 5,730.00 | $ 490.00 | $ 3,811.00 | $ 390.00 | $ 1,039.00 | $ 5,730.00 |

Name: Celeste Loredo
Level: Senior Consultant, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 15-Jun-04 | Amtrak train - New York to Bwi Airport Rail Sta. | $ 71.00 | $ 71.00 | | | | $ 71.00 |
| 15-Jun-04 | Dinner - hotel room delivery from Pizza Boli, for myself only | $ 9.96 | | | | $ 9.96 | $ 9.96 |
| 16-Jun-04 | Hotel - Hampton Inn, includes charges for 2 nights (6/15 and 6/16) and state and city taxes | $ 288.96 | | $ 288.96 | | | $ 288.96 |
| 16-Jun-04 | Lunch - Bourbon Street, for myself only | $ 5.71 | | | | $ 5.71 | $ 5.71 |
| 16-Jun-04 | Dinner - McDonald's, for myself only | $ 6.29 | | | | $ 6.29 | $ 6.29 |
| 17-Jun-04 | Car rental - includes charges for 2 days (6/15 and 6/16), concession fee recovery and taxes | $ 153.21 | $ 153.21 | | | | $ 153.21 |
| 17-Jun-04 | Lunch - Texas BarB, for myself only | $ 7.65 | | | | $ 7.65 | $ 7.65 |
| 17-Jun-04 | Amtrak train - Bwi Airport Rail Station to New York Penn Station | $ 71.00 | $ 71.00 | | | | $ 71.00 |
| 21-Jun-04 | Metroliner train - New York Penn Station to Bwi Airport Rail Station | $ 130.00 | $ 130.00 | | | | $ 130.00 |
| 23-Jun-04 | Car rental - includes charges for 3 days (6/21-6/23), concession recovery fee, loss/damage waiver, fuel purchase and taxes | $ 293.77 | $ 293.77 | | | | $ 293.77 |
| 21-Jun-04 | Lunch - Bourbon Street, for myself only | $ 5.71 | | | | $ 5.71 | $ 5.71 |
| 21-Jun-04 | Dinner - Burger King, for myself only | $ 5.73 | | | | $ 5.73 | $ 5.73 |
| 23-Jun-04 | Hotel - Holiday Inn, includes charges for 2 nights (6/21 and 6/22) and state and county taxes | $ 223.86 | | $ 223.86 | | | $ 223.86 |
| 22-Jun-04 | Dinner - Burger King, for myself only | $ 5.73 | | | | $ 5.73 | $ 5.73 |
| 23-Jun-04 | Lunch - Mamma Ilardo's, for myself only | $ 4.22 | | | | $ 4.22 | $ 4.22 |
| 23-Jun-04 | Amtrak train - Bwi Airport Rail Station to New York Penn Station | $ 71.00 | $ 71.00 | | | | $ 71.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

| Date | Expense Detail | Amount | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| 30-Jun-04 | Train - New York Penn Station to Bwi Airport Rail Station | $ 140.00 | | | | $ 140.00 | |
| 30-Jun-04 | Dinner - Macaroni Grill, for myself only | $ 28.21 | | | | $ 28.21 | |
| | Totals | $ 1,522.01 | $ 929.98 | $ 512.82 | $ - | $ 79.21 | $ 1,522.01 |

Name: Robert Purvis
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 4-Jun-04 | Train tickets Purvis, Blanchard, Worms to Frankfurt airport | $ 27.71 | $ 27.71 | | | | $ 27.71 |
| 4-Jun-04 | Lodging at Prinz Carl Hotel, Worms, Germany for 7 nights | $ 568.75 | | $ 568.75 | | | $ 568.75 |
| 4-Jun-04 | Telephone from hotel 7 nights | $ 41.69 | | | $ 41.69 | | $ 41.69 |
| 4-Jun-04 | Laundry | $ 71.75 | | | $ 71.75 | | $ 71.75 |
| 4-Jun-04 | Lunch alone Frankfurt Airport, Germany | $ 26.71 | | | | $ 26.71 | $ 26.71 |
| 8-Jun-04 | Grocery store (dinner alone in hotel) | $ 8.46 | | | | $ 8.46 | $ 8.46 |
| 10-Jun-04 | Lunch alone at McDonalds, Worms, Germany | $ 8.91 | | | | $ 8.91 | $ 8.91 |
| 12-Jun-04 | Lunch alone at Weinheim Station, Germany | $ 4.62 | | | | $ 4.62 | $ 4.62 |
| 12-Jun-04 | Grocery store (dinner alone in hotel) | $ 8.21 | | | | $ 8.21 | $ 8.21 |
| 15-Jun-04 | Pharmacy (shots for Grace, Singapore) | $ 136.98 | | | $ 136.98 | | $ 136.98 |
| 15-Jun-04 | Bus fare Worms to Grace | $ 1.75 | $ 1.75 | | | | $ 1.75 |
| 15-Jun-04 | Grocery store (dinner alone in hotel) | $ 2.95 | | | | $ 2.95 | $ 2.95 |
| 17-Jun-04 | Lodging at Prinz Carl Hotel, Worms, Germany for 11 nts | $ 879.45 | | $ 879.45 | | | $ 879.45 |
| 17-Jun-04 | Telephone from hotel 11 nights | $ 28.04 | | | $ 28.04 | | $ 28.04 |
| 17-Jun-04 | Laundry | $ 66.30 | | | $ 66.30 | | $ 66.30 |
| 17-Jun-04 | Laundry | $ 67.16 | | | $ 67.16 | | $ 67.16 |
| 17-Jun-04 | Doctor (shots for Grace, Singapore) | $ 40.14 | | | $ 40.14 | | $ 40.14 |
| 17-Jun-04 | Bus fare Worms to Grace | $ 1.75 | $ 1.75 | | | | $ 1.75 |
| 18-Jun-04 | Parking Dulles airport | $ 8.00 | | | $ 8.00 | | $ 8.00 |
| 18-Jun-04 | 99 miles (in excess of normal daily commute) | $ 37.13 | $ 37.13 | | | | $ 37.13 |
| 21-Jun-04 | Vaccination (shots for Grace, Singapore) | $ 160.00 | | | $ 160.00 | | $ 160.00 |
| 21-Jun-04 | 57 miles (in excess of normal daily commute) | $ 21.38 | $ 21.38 | | | | $ 21.38 |
| 23-Jun-04 | 82 miles (in excess of normal daily commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 24-Jun-04 | 82 miles (in excess of normal daily commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 28-Jun-04 | 83 miles (in excess of normal daily commute) | $ 31.13 | $ 31.13 | | | | $ 31.13 |
| 29-Jun-04 | 83 miles (in excess of normal daily commute) | $ 31.13 | $ 31.13 | | | | $ 31.13 |
| | Totals | $ 2,341.60 | $ 213.48 | $ 1,448.20 | $ 620.06 | $ 59.86 | $ 2,341.60 |

Name: John Martin
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Jun-04 | Breakfast-London-Paddington Deli | $ 5.46 | | | | $ 5.46 | $ 5.46 |
| 2-Jun-04 | Breakfast London train center | $ 5.46 | | | | $ 5.46 | $ 5.46 |
| 2-Jun-04 | Lunch-Slough-Anwar Deli | $ 3.64 | | | | $ 3.64 | $ 3.64 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

| Date | Expense Detail | Amount | Expense Category | | | |
|---|---|---|---|---|---|---|
| 3-Jun-04 | Breakfast-London Train Center | $ 6.17 | | | | $ 6.17 |
| 4-Jun-04 | Breakfast-London train center | $ 5.98 | | | | $ 5.98 |
| 4-Jun-04 | Hotel Bill London-Hilton Paddington Room Charge-12 nights-5/23 to 6/3 | $ 3,955.05 | $ 3,955.05 | | | $ 3,955.05 |
| 4-Jun-04 | Hotel Bill-Laundry-12 nights-5/23 to 6/3 | $ 276.76 | | | $ 276.76 | $ 276.76 |
| 4-Jun-04 | Hotel Bill-Phone-12 nights-5/23 to 6/3 | $ 23.84 | | | $ 23.84 | $ 23.84 |
| 5-Jun-04 | Breakfast Amsterdam-Nels Restaurant | $ 11.32 | | | $ 11.32 | $ 11.32 |
| 5-Jun-04 | Lunch-Amsterdam-Amstel River Bar | $ 15.10 | | | $ 15.10 | $ 15.10 |
| 6-Jun-04 | Breakfast Amsterdam-Nels Restaurant | $ 11.95 | | | $ 11.95 | $ 11.95 |
| 6-Jun-04 | Lunch Amsterdam-Van Gogh Canal Restaurant | $ 17.61 | | | $ 17.61 | $ 17.61 |
| 6-Jun-04 | Hotel-Radisson Amsterdam-2 nights-6/4-6/5/04 | $ 471.60 | $ 471.60 | | | $ 471.60 |
| 6-Jun-04 | Luggage storage 3 days while traveling | $ 33.88 | | | $ 33.88 | $ 33.88 |
| 6-Jun-04 | Train and tube tickets for week three | $ 86.97 | $ 86.97 | | | $ 86.97 |
| 7-Jun-04 | Breakfast train center | $ 7.56 | | | $ 7.56 | $ 7.56 |
| 7-Jun-04 | Lunch-Dominos pizza | $ 14.00 | | | $ 14.00 | $ 14.00 |
| 7-Jun-04 | Dinner-TGI Fridays | $ 21.00 | | | $ 21.00 | $ 21.00 |
| 8-Jun-04 | Breakfast train center | $ 7.56 | | | $ 7.56 | $ 7.56 |
| 8-Jun-04 | Train-windsor to slough | $ 2.63 | $ 2.63 | | | $ 2.63 |
| 9-Jun-04 | Breakfast-train center | $ 7.94 | | | $ 7.94 | $ 7.94 |
| 10-Jun-04 | Breakfast train station | $ 8.13 | | | $ 8.13 | $ 8.13 |
| 11-Jun-04 | Breakfast train station | $ 8.51 | | | $ 8.51 | $ 8.51 |
| 11-Jun-04 | Hotel-London Hilton-Room charge 5 nights-6/6 - 6/11/04 | $ 1,677.34 | $ 1,677.34 | | | $ 1,677.34 |
| 11-Jun-04 | Hotel phone bill-5 nites-6/6-6/11/04 | $ 14.66 | | | $ 14.66 | $ 14.66 |
| 11-Jun-04 | 80 miles (in excess of normal daily commute) | $ 30.00 | | | | $ 30.00 |
| 14-Jun-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | | | | $ 15.00 |
| 15-Jun-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | | | | $ 15.00 |
| 16-Jun-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | | | | $ 15.00 |
| 17-Jun-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | | | | $ 15.00 |
| 18-Jun-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | | | | $ 15.00 |
| 21-Jun-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | | | | $ 15.00 |
| 22-Jun-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | | | | $ 15.00 |
| 23-Jun-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | | | | $ 15.00 |
| 24-Jun-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | | | | $ 15.00 |
| 25-Jun-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | | | | $ 15.00 |
| 28-Jun-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | | | | $ 15.00 |
| 29-Jun-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | | | | $ 15.00 |
| | Totals | $ 6,910.12 | $ 299.60 | $ 6,103.99 | $ 349.14 | $ 157.39 | $ 6,910.12 |

Name: Thomas Downing
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Jun-04 | Laundry | $ 40.18 | | | $ 40.18 | | $ 40.18 |
| 1-Jun-04 | Lodging, Worms, Prinz Carl Hotel | $ 80.60 | | $ 80.60 | | | $ 80.60 |
| 2-Jun-04 | Lodging, Worms, Prinz Carl Hotel | $ 80.60 | | $ 80.60 | | | $ 80.60 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

| Date | Expense Detail | | Expense Category | | |
|---|---|---|---|---|---|
| 3-Jun-04 | Lodging, Worms, Prinz Carl Hotel | $ 80.60 | $ 80.60 | | |
| 4-Jun-04 | Lodging, Worms, Prinz Carl Hotel | $ 80.60 | $ 80.60 | | |
| 4-Jun-04 | Laundry | $ 21.20 | | $ 21.20 | |
| 5-Jun-04 | Lodging, Worms, Prinz Carl Hotel | $ 80.60 | $ 80.60 | | |
| 5-Jun-04 | Lunch, street vendor, alone | $ 13.64 | | | $ 13.64 |
| 5-Jun-04 | Dinner, street vendor, alone | $ 17.36 | | | $ 17.36 |
| 5-Jun-04 | Diesel fuel for rental car | $ 62.02 | | 62.02 | |
| 6-Jun-04 | Lodging, Worms, Prinz Carl Hotel | $ 105.40 | $ 105.40 | | |
| 6-Jun-04 | Lunch, street vendor, alone | $ 10.54 | | | $ 10.54 |
| 7-Jun-04 | Lodging, Worms, Prinz Carl Hotel | $ 105.40 | $ 105.40 | | |
| 8-Jun-04 | Lodging, Worms, Prinz Carl Hotel | $ 105.40 | $ 105.40 | | |
| 8-Jun-04 | Laundry | $ 24.92 | | $ 24.92 | |
| 9-Jun-04 | Lodging, Worms, Prinz Carl Hotel | $ 105.40 | $ 105.40 | | |
| 9-Jun-04 | Laundry | $ 23.68 | | $ 23.68 | |
| 10-Jun-04 | Lodging, Worms, Prinz Carl Hotel | $ 105.40 | $ 105.40 | | |
| 11-Jun-04 | Airfare purchased for all three weeks to Cambridge MA for next plant visit at client's request | $ 400.10 | | | $ 400.10 |
| 11-Jun-04 | Lodging, Worms, Germany, Prinz Carl Hotel | $ 105.40 | $ 105.40 | | |
| 11-Jun-04 | Dinner, Prinz Carl, with Bob Pirtle | $ 116.44 | | | $ 116.44 |
| 12-Jun-04 | Lodging, Worms, Germany, Prinz Carl Hotel | $ 105.40 | $ 105.40 | | |
| 12-Jun-04 | Laundry | $ 21.33 | | $ 21.33 | |
| 13-Jun-04 | Lodging, Worms, Germany, Prinz Carl Hotel | $ 105.40 | $ 105.40 | | |
| 14-Jun-04 | Lodging, Worms, Germany, Prinz Carl Hotel | $ 105.40 | $ 105.40 | | |
| 14-Jun-04 | Laundry | $ 3.97 | | $ 3.97 | |
| 15-Jun-04 | Lodging, Worms, Germany, Prinz Carl Hotel | $ 105.40 | $ 105.40 | | |
| 15-Jun-04 | Laundry | $ 37.82 | | $ 37.82 | |
| 16-Jun-04 | Lodging, Worms, Germany, Prinz Carl Hotel | $ 105.40 | $ 105.40 | | |
| 16-Jun-04 | Laundry | $ 4.22 | | $ 4.22 | |
| 18-Jun-04 | Taxi, Frankfurt center to hotel | $ 22.07 | | 22.07 | |
| 18-Jun-04 | Breakfast, alone, LAXX at Frankfurt Airport | $ 14.94 | | | $ 14.94 |
| 18-Jun-04 | Taxi, National Airport to Reston, VA | $ 60.00 | | 60.00 | |
| 21-Jun-04 | 94 miles (in excess of normal daily commute)+ $1.00 toll | $ 36.25 | | 36.25 | |
| 22-Jun-04 | 94 miles (in excess of normal daily commute)+ $1.00 toll | $ 36.25 | | 36.25 | |
| 23-Jun-04 | 94 miles (in excess of normal daily commute)+ $1.00 toll | $ 36.25 | | 36.25 | |
| 24-Jun-04 | 94 miles (in excess of normal daily commute)+ $1.00 toll | $ 36.25 | | 36.25 | |
| 25-Jun-04 | 94 miles (in excess of normal daily commute)+ $1.00 toll | $ 36.25 | | 36.25 | |
| 28-Jun-04 | 28 miles (in excess of normal daily commute)+ $1.00 toll | $ 11.50 | | 11.50 | |
| 28-Jun-04 | Lodging, DoubleTree Suites, Cambridge, Mass | $ 163.06 | $ 163.06 | | |
| 28-Jun-04 | Lunch, Grace facility, alone | $ 3.70 | | | $ 3.70 |
| 28-Jun-04 | Subway, Boston, Airport to Alewife Station | $ 1.25 | | 1.25 | |
| 28-Jun-04 | Taxi, Alewife Station to Grace plant, Cambridge | $ 10.00 | | 10.00 | |
| 29-Jun-04 | Lodging, DoubleTree Suites, Cambridge, Mass | $ 163.06 | $ 163.06 | | |
| 29-Jun-04 | Breakfast, WR Grace, alone | $ 1.85 | | | $ 1.85 |
| 29-Jun-04 | Lunch, WR Grace, alone | $ 3.50 | | | $ 3.50 |
| 30-Jun-04 | Lodging, DoubleTree Suites, Cambridge, Mass | $ 163.06 | $ 163.06 | | |
| 30-Jun-04 | Lunch, WR Grace, alone | $ 4.30 | | | $ 4.30 |
| 30-Jun-04 | Dinner, DoubleTree Suites, alone | $ 27.71 | | | $ 27.71 |

Page 51 of 53

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

**Name:** Kathryn Muller
**Level:** Senior Consultant

| | Expense Detail | | | Expense Category | | | |
|---|---|---|---|---|---|---|---|
| | Totals | $ 3,191.07 | $ 748.20 | $ 2,051.58 | $ 177.31 | $ 213.98 | $ 3,191.07 |
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
| 4-Jun-04 | 1 diner - 1 person at Kaufland - Worms, Germany | $ 5.56 | | | | $ 5.56 | $ 5.56 |
| 5-Jun-04 | 1 lunch - 1 person at Starbucks - Heidelberg, Germany | $ 6.88 | | | | $ 6.88 | $ 6.88 |
| 5-Jun-04 | Parking Heidelberg, Germany | $ 6.88 | | | $ 6.88 | | $ 6.88 |
| 5-Jun-04 | 1 diner - 1 person at the Fair Pfeddersheim, Germany | $ 12.50 | | | | $ 12.50 | $ 12.50 |
| 6-Jun-04 | 1 lunch - 1 person at Sushidog - Worms, Germany | $ 16.25 | | | | $ 16.25 | $ 16.25 |
| 6-Jun-04 | 1 diner - 1 person at Vannini - Worms, Germany | $ 3.00 | | | | $ 3.00 | $ 3.00 |
| 6-Jun-04 | 1 diner - 2 persons (Bob Purvis) at Hagenbräu - Worms, Germany | $ 19.50 | | | | $ 19.50 | $ 19.50 |
| 6-Jun-04 | Parking Frankfurt - Airport, Germany | $ 1.25 | | | $ 1.25 | | $ 1.25 |
| 8-Jun-04 | 1 diner - 1 person at Kaufland - Worms, Germany | $ 5.54 | | | | $ 5.54 | $ 5.54 |
| 9-Jun-04 | 1 diner with Bob Purvis, Shaun Landers, Kevin Strickler and Mahmoud Bah - Zum deutschen Eck, Dienheim, Germany | $ 43.75 | | | | $ 43.75 | $ 43.75 |
| 9-Jun-04 | 1 diner - 1 person at Hagenbräu, Worms, Germany | $ 8.13 | | | | $ 8.13 | $ 8.13 |
| 10-Jun-04 | 1 lunch - 1 person at Mc Donald's - Worms, Germany | $ 7.74 | | | | $ 7.74 | $ 7.74 |
| 11-Jun-04 | 1 flight Frankfurt / Prag / Frankfurt | $ 280.08 | $ 280.08 | | | | $ 280.08 |
| 11-Jun-04 | Hotel Prinz Carl Hotel / Worms, Germany - 11 nights | $ 898.25 | | $ 898.25 | | | $ 898.25 |
| 11-Jun-04 | Diner at Kamenny stul, Prag / Rep Tcheque - 3 persons (Shaun Landers, Kevin Strickler + K Muller) | $ 39.00 | | | | $ 39.00 | $ 39.00 |
| 11-Jun-04 | Lunch at Café Boulevard / Prag, Rep Tcheque - 1 person | $ 3.75 | | | | $ 3.75 | $ 3.75 |
| 12-Jun-04 | Desert at Palacove / Prag, Rep Tcheque | $ 2.59 | | | | $ 2.59 | $ 2.59 |
| 12-Jun-04 | Taxi Prag to Hotel | $ 7.50 | $ 7.50 | | | | $ 7.50 |
| 13-Jun-04 | Arcotel Teatrino / Prag, Rep Tcheque - 2 nights | $ 310.00 | | $ 310.00 | | | $ 310.00 |
| 13-Jun-04 | Lunch at Mcdonald's / Prag, Rep Tcheque - 1 person | $ 3.94 | | | | $ 3.94 | $ 3.94 |
| 13-Jun-04 | Desert at Rist Le Cinque Corone / Prag, Rep Tcheque - 1 person | $ 6.00 | | | | $ 6.00 | $ 6.00 |
| 13-Jun-04 | Taxi Prag / Hotel to Airport | $ 7.50 | $ 7.50 | | | | $ 7.50 |
| 13-Jun-04 | 1 Diner at Paragon / Prag, Rep Tscheque - 1 person | $ 7.73 | | | | $ 7.73 | $ 7.73 |
| 14-Jun-04 | Parking Heidelberg | $ 6.88 | | | $ 6.88 | | $ 6.88 |
| 14-Jun-04 | Desert at Eiscafe Palast/Heidelberg, Germany (2 persons : Bob Purvis + K Muller) | $ 11.00 | | | | $ 11.00 | $ 11.00 |
| 15-Jun-04 | Diner at Kaufland/Worms, Germany - 1 person | $ 10.53 | | | | $ 10.53 | $ 10.53 |
| 18-Jun-04 | Hotel Prinz Carl / Worms, Germany - 5 nights | $ 406.25 | | $ 406.25 | | | $ 406.25 |
| 16-Jun-04 | Train Worms / Paris / Rouen | $ 103.25 | $ 103.25 | | | | $ 103.25 |
| 17-Jun-04 | Parking Worms, Germany | $ 0.38 | | | $ 0.38 | | $ 0.38 |
| 18-Jun-04 | Metro Paris, France | $ 1.25 | $ 1.25 | | | | $ 1.25 |
| 18-Jun-04 | Lunch / Sandwitch Train Worms / Paris | $ 12.50 | | | | $ 12.50 | $ 12.50 |
| | Totals | $ 2,255.31 | $ 399.58 | $ 1,614.50 | $ 15.38 | $ 225.86 | $ 2,255.31 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: June 2004

**Name:** Kina Beale
**Level:** Consultant, Information Technology

### Expense Detail — Expense Category

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 7-Jun-04 | 6 miles (in excess of normal daily commute) | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 8-Jun-04 | 36 miles (in excess of normal daily commute) | $ 13.50 | $ 13.50 | | | | $ 13.50 |
| 9-Jun-04 | 36 miles (in excess of normal daily commute) | $ 13.50 | $ 13.50 | | | | $ 13.50 |
| 11-Jun-04 | 6 miles (in excess of normal daily commute) | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 14-Jun-04 | 6 miles (in excess of normal daily commute) | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 15-Jun-04 | 70 miles (in excess of normal daily commute) | $ 26.25 | $ 26.25 | | | | $ 26.25 |
| 16-Jun-04 | 6 miles (in excess of normal daily commute) | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 17-Jun-04 | 6 miles (in excess of normal daily commute) | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 18-Jun-04 | 6 miles (in excess of normal daily commute) | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 21-Jun-04 | 6 miles (in excess of normal daily commute) | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 22-Jun-04 | 6 miles (in excess of normal daily commute) | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 23-Jun-04 | 6 miles (in excess of normal daily commute) | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 28-Jun-04 | 6 miles (in excess of normal daily commute) | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 29-Jun-04 | 6 miles (in excess of normal daily commute) | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| 30-Jun-04 | 6 miles (in excess of normal daily commute) | $ 2.25 | $ 2.25 | | | | $ 2.25 |
| | Totals | $ 80.25 | $ 80.25 | $ - | $ - | $ - | $ 80.25 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| **Grand Totals** | $ 37,453.85 | $ 6,029.93 | $ 23,809.73 | $ 2,567.63 | $ 5,046.56 | $ 37,453.85 |