IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: Sept..2, 2004 at 4:00p.m.** |
| | | **Hearing Date : TDB only if necessary** |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**E X H I B I T  A**

```
W.R. GRACE & COMPANY               August 6, 2004
5400 BROKEN SOUND BLVD., N.W.      Invoice No.  24569
BOCA RATON, FL  33487             Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   07/31/04

Matter #          734680.1        VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | | |
|---|---|---|---|---|
| 07/01/04 | JMA | Appeal - review trial file, appellate rules and cases re: preparation of Grace opposition to Motion to Stay | 2.00 | 750.00 |
| 07/01/04 | JMA | Appeal - conference with C. Marraro re: revisions to Grace opposition to Honeywell Motion to Stay | 7.00 | 2625.00 |
| 07/01/04 | JMA | Conference with C. Marraro re: settlement issues | 1.60 | 600.00 |
| 07/02/04 | JMA | Appeal - receipt and review letter from T. Milch to A. Laws | .10 | 37.50 |
| 07/02/04 | JMA | Appeal - receipt and review Honeywell opposition to ICO motion for additional words | .40 | 150.00 |
| 07/02/04 | JMA | Appeal - receipt and review letter from T. Milch to A. Laws re: Honeywell 7 day extension | .10 | 37.50 |
| 07/02/04 | JMA | Appeal - receipt and review Honeywell motion for 7 day extension for reply brief | .10 | 37.50 |
| 07/02/04 | JMA | Receipt and review memo from K. Brown re: 6/28/04 weekly conference call | .30 | 112.50 |
| 07/02/04 | JMA | Appeal - phone - C. Marraro re: opposition to Amicus motion | .70 | 262.50 |
| 07/02/04 | JMA | Appeal - initial review and comments to SSP Amicus Curiae Motion and Amicus Brief | 2.70 | 1012.50 |
| 07/02/04 | JMA | Appeal - receipt and review draft Declaration of B. Bell | .40 | 150.00 |
| 07/02/04 | JMA | Appeal - receipt and review draft of ICO opposition to Honeywell Motion to Stay | .80 | 300.00 |
| 07/06/04 | JMA | Appeal - phone conference with C. Marraro and R. Senftleben re: status of motions | .30 | 112.50 |

```
W.R. GRACE & COMPANY                              August 6, 2004
Client No.            734680                       Page       2
INVOICE NO.           24569
```

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/06/04 | JMA | Appeal - review of and comments to Grace response to Amicus Curiae Motion | 1.80 | 675.00 |
| 07/06/04 | JMA | Appeal - revisions to Grace response to Amicus Curiae Motion | 1.20 | 450.00 |
| 07/06/04 | JMA | Appeal - phone - C. Marraro re: final revisions to Grace response to Amicus Motion | 1.00 | 375.00 |
| 07/06/04 | JMA | Appeal - prepare initial draft of Grace Motion to Expand Word Limit for Grace principal brief | 2.60 | 975.00 |
| 07/06/04 | JAK | Appeal - updated research on Superfund Settlements Project for brief | 1.70 | 272.00 |
| 07/06/04 | LF | Appeal - review docket sheet on PACER regarding motions filed | .30 | 27.00 |
| 07/07/04 | JMA | Appeal - revisions to Grace Motion for additional words | 1.90 | 712.50 |
| 07/07/04 | JMA | Appeal - conference with C. Marraro re: Grace Motion for additional words | .60 | 225.00 |
| 07/07/04 | JMA | Appeal - finalize and execute Grace Motion for additional words | .40 | 150.00 |
| 07/07/04 | JMA | Receipt and review ICO reply - ICO Motion for more words | .50 | 187.50 |
| 07/07/04 | MEF | Appeal - prepare certificate of service regarding motion to expand word limit | .20 | 50.00 |
| 07/07/04 | MEF | Appeal - letter to A. Laws regarding motion to expand word limit | .20 | 50.00 |
| 07/07/04 | MEF | Appeal - review email from CHM regarding response to amicus motion | .10 | 25.00 |
| 07/07/04 | MEF | Appeal - review draft response to amicus brief | .40 | 100.00 |
| 07/07/04 | MEF | Appeal - review and finalize motion to expand word limit | .50 | 125.00 |
| 07/07/04 | LF | Appeal - Prepare chart of filed motions and dispositions | .80 | 72.00 |
| 07/08/04 | JMA | Phone - R. Senftleben and C. Marraro re: settlement issues | .40 | 150.00 |
| 07/08/04 | JMA | Phone - A. Nagy re: Site Remediation | .20 | 75.00 |

```
W.R. GRACE & COMPANY                              August 6, 2004
Client No.              734680            Page       3
INVOICE NO.             24569
```

| | | | |
|---|---|---|---|
| 07/08/04 JMA | Site visit with C. Marraro | 2.00 | 750.00 |
| 07/08/04 JMA | Conference with C. Marraro re: status of Site Remediation | 1.00 | 375.00 |
| 07/08/04 JMA | Appeal - receipt and review letter from L. Thomas to A. Laws | .20 | 75.00 |
| 07/08/04 JMA | Review settlement and mediation notes for conference with client representatives | 1.80 | 675.00 |
| 07/08/04 JMA | Conference with C. Marraro re: all settlement issues | 2.30 | 862.50 |
| 07/08/04 JMA | Phone - R. Senftleben re: Special Master meeting | .30 | 112.50 |
| 07/08/04 JMA | Phone conference with client representatives and C. Marraro re: settlement issues | .50 | 187.50 |
| 07/08/04 MEF | Appeal - review docket regarding status of pending motions | .30 | 75.00 |
| 07/09/04 JMA | Appeal - receipt and review letter from M. Sprague to A. Laws | .10 | 37.50 |
| 07/09/04 JMA | Appeal - receipt and review appearance of counsel - M. Sprague | .10 | 37.50 |
| 07/09/04 JMA | Appeal - receipt and review letter from M. Sprague to A. Laws | .10 | 37.50 |
| 07/09/04 JMA | Appeal - receipt and review Honeywell reply - Motion to Expand District Court Record | 1.00 | 375.00 |
| 07/09/04 JMA | Phone - Jersey City Corporation Counsel | 4.00 | 1500.00 |
| 07/09/04 JMA | Appeal - receipt and review notice of electronic filing re ICO 3 day extension | 1.00 | 375.00 |
| 07/09/04 JMA | Appeal - receipt and review ICO motion for 3 day extension and proposed Order | .20 | 75.00 |
| 07/09/04 JMA | Receipt and review ICO letter to Clerk | .10 | 37.50 |
| 07/09/04 JMA | Receipt and review ICO letter to Judge Cavanaugh | .10 | 37.50 |
| 07/09/04 JMA | Appeal - receipt and review Order re: extension of time - stay motion | .10 | 37.50 |

W.R. GRACE & COMPANY                                    August 6, 2004
Client No.              734680                          Page      4
INVOICE NO.             24569


07/09/04 JMA  Appeal - receipt and review Order re: extension      .20     75.00
              of time, Grace Motion to Strike, ICO Motion to
              expand word limits

07/09/04 JMA  Appeal - receipt and review letter from L.           .10     37.50
              Thomas to Clerk

07/09/04 JMA  Appeal - receipt and review ICO brief in            1.00    375.00
              opposition to SSP motion to file amicus brief

07/09/04 JMA  Appeal - receipt and review ICO opposition to        .80    300.00
              Honeywell motion to stay

07/09/04 JMA  Receipt and review MRCE memo re: gas main test       .70    262.50
              pit program

07/09/04 JMA  Phone - A. Nagy re: Site remediation and             .40    150.00
              meeting with Special Master

07/09/04 JMA  Phone - counsel for Special Master re: Special       .30    112.50
              Master meeting

07/09/04 JMA  Phone - C. Marraro re: settlement issues             .30    112.50

07/09/04 LF   Appeal - complete chart of motions filed and         .40     36.00
              the disposition

07/12/04 JMA  Appeal - phone -  C. Marraro re: outline of         1.00    375.00
              arguments for Grace principal brief

07/12/04 JMA  Phone - C. Marraro and T. Milch re: settlement       .10     37.50
              issues

07/12/04 JMA  Phone - C. Marraro re: settlement issues             .30    112.50

07/12/04 JMA  Appeal - phone - C. Marraro and B. Hughes re:        .40    150.00
              arguments re: "Imminent and Substantial
              Endangerment" issues

07/12/04 JMA  Appeal - phone - C. Marraro re: amicus curiae        .40    150.00
              for appellants

07/12/04 JMA  Phone - C. Marraro re: settlement issues             .50    187.50

07/12/04 JMA  Phone - C. Marraro and R. Senftleben re:             .30    112.50
              Special Master meeting

07/12/04 JMA  Phone - C. Marraro and R. Senftleben re:             .40    150.00
              settlement issues

W.R. GRACE & COMPANY                          August 6, 2004
Client No.            734680                   Page      5
INVOICE NO.           24569

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/12/04 | MEF | Appeal - review docket regarding status of pending motions and due date for Honeywell response to stay motion | .30 | 75.00 |
| 07/13/04 | JMA | Appeal - review and revise letter to Jersey City corporate counsel | .20 | 75.00 |
| 07/13/04 | JMA | Phone - C. Marraro re: 60% Design Work Plan | .60 | 225.00 |
| 07/13/04 | JMA | Phone - counsel for Special Master re: right of way issues and meeting with Special Master | .40 | 150.00 |
| 07/13/04 | JMA | Phone - C. Marraro and R. Senftleben re: Special Master meeting | .30 | 112.50 |
| 07/13/04 | JMA | Phone - counsel for Special Master re: 7/14 meeting | .20 | 75.00 |
| 07/13/04 | JMA | Review access statute and regulations and regulatory history | 1.70 | 637.50 |
| 07/13/04 | JMA | Letter to Special Master re: access statute | 1.00 | 375.00 |
| 07/13/04 | JMA | Conference with C. Marraro re: revisions to letter to Special Master | .80 | 300.00 |
| 07/13/04 | JMA | Phone - R. Senftleben re: settlement issues | .40 | 150.00 |
| 07/13/04 | JMA | Phone - C. Marraro and T. Milch re: settlement issues | .30 | 112.50 |
| 07/13/04 | JMA | Conference with C. Marraro re: settlement issues | 1.00 | 375.00 |
| 07/13/04 | JMA | Conference with C. Marraro re: issues for 7/14/04 Special Master meeting | .80 | 300.00 |
| 07/13/04 | JMA | Conference with RCS re: Jersey City F.O.I.A. documents | .20 | 75.00 |
| 07/13/04 | JMA | Receipt and review memo from K. Brown re: 7/7/04 weekly conference call | .20 | 75.00 |
| 07/13/04 | JMA | Receipt and review letter from D. Field to Clerk with 60% Design Work Plan | .10 | 37.50 |
| 07/13/04 | JMA | Receipt and review Honeywell 60% Design Work Plan submitted to Court | 1.30 | 487.50 |
| 07/13/04 | MEF | Review statute and regulation regarding access to non-owned property | .30 | 75.00 |

W.R. GRACE & COMPANY                                    August 6, 2004
Client No.            734680                            Page      6
INVOICE NO.           24569

| | | | |
|---|---|---|---|
| 07/13/04 MEF | Memo to JMA regarding access statute and regulation | .20 | 50.00 |
| 07/13/04 MEF | Appeal - Conference with JMA and CHM regarding potential amicus issues | .40 | 100.00 |
| 07/13/04 MEF | Appeal - review various issues regarding amicus | 2.00 | 500.00 |
| 07/13/04 MEF | Appeal - memo to JMA regarding various issues regarding amicus | .90 | 225.00 |
| 07/13/04 LHT | Research regarding EPA's position on definition of "access" to non-owned property for environmental clean-up | 1.50 | 390.00 |
| 07/13/04 RCS | Telephone call to Jersey City Planning Board regarding today's meeting agenda. | .20 | 45.00 |
| 07/13/04 RCS | Review Jersey City Planning Board meeting agenda for July 13. | .10 | 22.50 |
| 07/13/04 RCS | Telephone call to Lem Thomas, Esq. regarding Right to Know requests filed on Jersey City. | .20 | 45.00 |
| 07/14/04 JMA | Meeting with C. Marraro, A. Nagy and K. Brown re: meeting with Special Master | 1.00 | 375.00 |
| 07/14/04 JMA | Attend Special Master meeting | 2.50 | 937.50 |
| 07/14/04 JMA | Working lunch with A. Nagy, K. Brown and C. Marraro re: strategy for access-construction issues | 2.00 | 750.00 |
| 07/14/04 JMA | Phone - C. Marraro, A. Nagy and R. Senftleben re: results of Special Master meeting | .60 | 225.00 |
| 07/14/04 JMA | Conference with C. Marraro re: settlement issues/strategy | 1.80 | 675.00 |
| 07/15/04 JMA | Appeal - conference with MEF re: original trial exhibits for use at oral argument | .40 | 150.00 |
| 07/15/04 JMA | Phone - C. Marraro re: settlement issues | .70 | 262.50 |
| 07/15/04 JMA | Appeal - phone - C. Marraro re: Grace reply - motion to strike | .50 | 187.50 |
| 07/15/04 JMA | Phone - C. Marraro re: settlement issues/strategy | .40 | 150.00 |
| 07/15/04 JMA | Phone - C. Marraro re: settlement issues | .20 | 75.00 |

```
W.R. GRACE & COMPANY                              August 6, 2004
Client No.            734680                       Page      7
INVOICE NO.           24569
```

| | | | |
|---|---|---|---|
| 07/15/04 JMA | Appeal - phone - C. Marraro re: Grace reply - motion to strike | .30 | 112.50 |
| 07/15/04 JMA | Receipt and review letter from M. Sprague to Clerk | .10 | 37.50 |
| 07/15/04 JMA | Appeal - receipt and review Honeywell opposition to Grace motion to strike | 1.00 | 375.00 |
| 07/15/04 JMA | Phone - C. Marraro re: settlement issues | .30 | 112.50 |
| 07/15/04 JMA | Phone - C. Marraro and T. Milch re: settlement issues | .10 | 37.50 |
| 07/15/04 MEF | Appeal - Conference with JMA regarding original trial exhibits - use at oral argument | .40 | 100.00 |
| 07/15/04 MEF | Appeal - Review Honeywell web page and compare to 4/12/04 web page | .50 | 125.00 |
| 07/15/04 MEF | Appeal - Memo to JMA regarding Honeywell web page | .30 | 75.00 |
| 07/16/04 JMA | Receipt and review email from S. Graham | .10 | 37.50 |
| 07/16/04 JMA | Receipt and review Honeywell Progress Report No. 14 | .70 | 262.50 |
| 07/16/04 JMA | Receipt and review letter from Parsons to Special Master | .10 | 37.50 |
| 07/16/04 JMA | Receipt and review memo from MEF re: Honeywell web site | .20 | 75.00 |
| 07/16/04 JMA | Conference with MEF re: Honeywell web site | .20 | 75.00 |
| 07/16/04 JMA | Appeal - receipt and review letter from M. Steinberg to Clerk | .10 | 37.50 |
| 07/16/04 JMA | Appeal - receipt and review SSP reply re: motion to file amicus brief | .50 | 187.50 |
| 07/16/04 JMA | Appeal - phone - C. Marraro re: SSP reply brief | .30 | 112.50 |
| 07/16/04 JMA | Receipt and review letter from MRCE to Honeywell with 60% Design Report and 60% Contract documents | .10 | 37.50 |
| 07/16/04 JMA | Appeal - receipt and review summary chart of pending motions, orders and filings | .30 | 112.50 |

W.R. GRACE & COMPANY                              August 6, 2004
Client No.            734680                      Page      8
INVOICE NO.           24569


| Date | | Description | | |
|------|------|-------------|------|------|
| 07/16/04 | JMA | Appeal - conference with MEF re: pending motions | .20 | 75.00 |
| 07/16/04 | JMA | Appeal - receipt and review email re: deadline for Grace reply - strike motion | .10 | 37.50 |
| 07/16/04 | JMA | Receipt and review Honeywell literature review - fish habitats | .50 | 187.50 |
| 07/16/04 | JMA | Receipt and review notice of electronic filing re: ICO revised exhibits | .10 | 37.50 |
| 07/16/04 | JMA | Receipt and review notice of electronic filing re: 60% Design Work Plan | .10 | 37.50 |
| 07/16/04 | JMA | Receipt and review email from S. Graham re: literature review | .10 | 37.50 |
| 07/16/04 | JMA | Receipt and review email re: 60% Design Report | .10 | 37.50 |
| 07/16/04 | JMA | RCRA Fee Petition - receipt and review letter from L. Thomas to Clerk | .10 | 37.50 |
| 07/16/04 | JMA | RCRA Fee Petition - receipt and review letter from L. Thomas to Judge Cavanaugh | .10 | 37.50 |
| 07/16/04 | JMA | RCRA Fee Petition - receipt and review ICO reply - motion to supplement record | .30 | 112.50 |
| 07/16/04 | JMA | RCRA Fee Petition - receipt and review notice of electronic filing re: ICO reply - motion to supplement record | .10 | 37.50 |
| 07/16/04 | JMA | Receipt and review letter from Parsons to Special Master | .10 | 37.50 |
| 07/16/04 | JMA | Appeal - prepare outline notes re: Grace reply to motion to strike | .60 | 225.00 |
| 07/16/04 | JMA | Receipt and review email from K. Millian | .10 | 37.50 |
| 07/16/04 | JMA | Receipt and review letter from K. Millian to Special Master | .20 | 75.00 |
| 07/16/04 | JMA | Appeal - receipt and review letter from C. Marraro to Clerk | .10 | 37.50 |
| 07/16/04 | JMA | Appeal - receipt and review Order granting ICO additional words | .20 | 75.00 |
| 07/16/04 | JMA | Receipt and review letter from Special Master to M. Daneker re: Jersey City access | .10 | 37.50 |

```
W.R. GRACE & COMPANY                         August 6, 2004
Client No.           734680                  Page      9
INVOICE NO.          24569
```

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/16/04 | JMA | Appeal - conference with MEF re: Grace principal brief points | .50 | 187.50 |
| 07/16/04 | JMA | Phone - C. Marraro re: Special Master letter to M. Daneker re: Jersey City access issues | .20 | 75.00 |
| 07/16/04 | MEF | Appeal - phone with A. Laws regarding demonstrative exhibits from trial | .20 | 50.00 |
| 07/16/04 | MEF | Appeal - email to JMA, CHM and WFH regarding motion to lodge exhibits | .20 | 50.00 |
| 07/16/04 | MEF | Appeal - review docket regarding status of pending motions | .20 | 50.00 |
| 07/16/04 | MEF | Appeal - email to JMA and CHM regarding due date for reply on motion to strike | .20 | 50.00 |
| 07/16/04 | MEF | Appeal - receipt and review Honeywell's reply in further support of its stay motion | .60 | 150.00 |
| 07/16/04 | MEF | Appeal - Conference with JMA regarding Grace principal appellate brief | .50 | 125.00 |
| 07/17/04 | JMA | Appeal - phone - C. Marraro re: Grace principal brief | .30 | 112.50 |
| 07/17/04 | JMA | Appeal - preparation of "Statement of Facts" - Grace principal brief | 2.60 | 975.00 |
| 07/17/04 | JMA | Appeal - receipt and review letter from M. Sprague to Clerk | .10 | 37.50 |
| 07/17/04 | JMA | Appeal - receipt and review Honeywell reply brief - motion for stay | .80 | 300.00 |
| 07/17/04 | JMA | Draft letter to Special Master re: delays in 100% Design Work Plan | .40 | 150.00 |
| 07/17/04 | JMA | Email to C. Marraro | .10 | 37.50 |
| 07/17/04 | MEF | Appeal - review portions of Honeywell's trial brief and FOF/COL and Grace's trial brief and FOF/COL in connection with responding to portions of Honeywell's appellate brief | 1.60 | 400.00 |
| 07/18/04 | MEF | Appeal - review and update motion list and check status regarding pending motions in 3d Circuit | .60 | 150.00 |
| 07/19/04 | JMA | Letter to R. Senftleben re: 60% Design Work Plan | .20 | 75.00 |

```
W.R. GRACE & COMPANY                              August 6, 2004
Client No.            734680                       Page      10
INVOICE NO.           24569
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 07/19/04 | JMA | Phone - R. Senftleben | .10 | 37.50 |
| 07/19/04 | JMA | Phone - C. Marraro | .10 | 37.50 |
| 07/19/04 | JMA | Phone - C. Marraro re: settlement issues | .20 | 75.00 |
| 07/19/04 | JMA | Phone - C. Marraro and R. Senftleben re: settlement issues | .30 | 112.50 |
| 07/19/04 | JMA | Revise letter to Special Master re: Honeywell stay motion | .20 | 75.00 |
| 07/19/04 | MEF | Appeal - Research FRAP rules regarding limitations on pages | .90 | 225.00 |
| 07/19/04 | MEF | Phone with M. Sprague regarding hyperlinks on web site | .20 | 50.00 |
| 07/19/04 | MEF | RCRA Fee Petition - PACER search - docket regarding decision on fee application | .20 | 50.00 |
| 07/19/04 | MEF | Appeal - PACER search - status of pending motions | .20 | 50.00 |
| 07/19/04 | MEF | Appeal - phone with CHM regarding Honeywell's reply brief on stay motion | .20 | 50.00 |
| 07/20/04 | JMA | Appeal - phone - C. Marraro re: Grace principal brief | .30 | 112.50 |
| 07/20/04 | JMA | Phone - C. Marraro and R. Senftleben re: status of settlement issues | .20 | 75.00 |
| 07/20/04 | JMA | Phone - C. Marraro re: settlement issues | .20 | 75.00 |
| 07/20/04 | JMA | Appeal - preparation of Statement of Facts - Grace principal brief | 2.30 | 862.50 |
| 07/20/04 | JMA | Conference call with C. Marraro and clients re: settlement issues | .40 | 150.00 |
| 07/20/04 | JMA | Phone - C. Marraro re: settlement issues | .50 | 187.50 |
| 07/20/04 | MEF | Appeal - review Honeywell's opposition to motion to strike | 1.50 | 375.00 |
| 07/20/04 | MEF | Phone with M. Daneker regarding Honeywell web page | .20 | 50.00 |
| 07/20/04 | MEF | Appeal - phone with JMA regarding motion to strike | .30 | 75.00 |

W.R. GRACE & COMPANY                          August 6, 2004
Client No.            734680                  Page      11
INVOICE NO.           24569


| 07/21/04 | JMA | Appeal - conference with C. Marraro re: comments to Grace reply - motion to strike | .50 | 187.50 |
|---|---|---|---|---|
| 07/21/04 | JMA | Appeal - conference with C. Marraro re: comments to Grace reply - motion to strike | 1.50 | 562.50 |
| 07/21/04 | JMA | Receipt and review information re: Clean Machine car wash portion of Site | .60 | 225.00 |
| 07/21/04 | JMA | Phone - C. Marraro re: Clean Machine Car Wash | .20 | 75.00 |
| 07/21/04 | JMA | Appeal - review Motion to Strike motion papers and Motion to Expand Record papers re: Grace reply brief - Motion to Strike | 2.70 | 1012.50 |
| 07/21/04 | JMA | Appeal - conference with MEF re: preparation of Grace reply - Motion to Strike | 4.10 | 1537.50 |
| 07/21/04 | JMA | Phone - S. Jackson re: 60% Design Work Plan | .20 | 75.00 |
| 07/21/04 | JMA | Phone - C. Marraro re: 60% Design Work Plan | .30 | 112.50 |
| 07/21/04 | JMA | Phone - C. Marraro and M. Golladay re: 60% Design Work Plan | .20 | 75.00 |
| 07/21/04 | JMA | Phone - S. Jackson re: 60% Design Work Plan | .10 | 37.50 |
| 07/21/04 | JMA | Phone - A. Nagy re: 60% Design Work Plan | .10 | 37.50 |
| 07/21/04 | MEF | Appeal - conferences with JMA regarding reply on motion to strike | 4.10 | 1025.00 |
| 07/21/04 | MEF | Appeal - draft portions of reply on motion to strike | 3.00 | 750.00 |
| 07/21/04 | MEF | Appeal - prepare certificate of service of reply on motion to strike | .20 | 50.00 |
| 07/21/04 | MEF | Appeal - letter to clerk regarding reply on motion to strike | .20 | 50.00 |
| 07/21/04 | MEF | Appeal - PACER search regarding status of pending motions | .20 | 50.00 |
| 07/21/04 | MEF | RCRA Fee Petition - Pacer search regarding status of decision of fee application | .20 | 50.00 |
| 07/22/04 | JMA | Phone - S. Jackson re: Grace comments to 60% Design Report | .10 | 37.50 |
| 07/22/04 | JMA | Receipt and review email from S. Graham | .10 | 37.50 |

```
W.R. GRACE & COMPANY                        August 6, 2004
Client No.            734680                 Page      12
INVOICE NO.           24569
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 07/22/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: daily field reports and tidal data | .10 | 37.50 |
| 07/22/04 | JMA | Appeal - receipt and review memo from MEF re: use of demonstrative exhibits at oral argument | .10 | 37.50 |
| 07/22/04 | JMA | Receipt and review letter from Parsons to Special Master re: Groundwater Addendum No. 6 | .10 | 37.50 |
| 07/22/04 | JMA | Receipt and review Groundwater Investigation - Addendum No. 6 | .60 | 225.00 |
| 07/22/04 | JMA | Receipt and review ICO comments to 60% Design Summary Report | .50 | 187.50 |
| 07/22/04 | JMA | Review of and revisions to Grace comments to 60% Design Summary Report | 1.80 | 675.00 |
| 07/22/04 | JMA | Phone - K. Brown re: revisions to Grace comments to 60% Design Summary Report | .40 | 150.00 |
| 07/22/04 | JMA | Phone - M. Golladay re: Grace comments to 60% Design Summary Report | .10 | 37.50 |
| 07/22/04 | JMA | Phone - C. Marraro re: settlement issues | .30 | 112.50 |
| 07/22/04 | JMA | Phone - C. Marraro and T. Milch re: settlement issues | .20 | 75.00 |
| 07/22/04 | JMA | Phone - C. Marraro re: Grace comments to 60% Design Report | .30 | 112.50 |
| 07/22/04 | JMA | Phone - C. Marraro re: PSE&G gas line issue | .30 | 112.50 |
| 07/22/04 | JMA | Letter to Special Master re: 60% Design Report | .20 | 75.00 |
| 07/23/04 | JMA | Receipt and review email from S. Graham | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: PVSC | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review letter from Parsons to Special Master re: draft permit application | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review letter from M. Daneker to Special Master re: stay papers | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review email from T. Pasuit re: DEP meeting | .10 | 37.50 |

```
W.R. GRACE & COMPANY                              August 6, 2004
Client No.            734680                       Page     13
INVOICE NO.           24569
```

| Date | | Description | | |
|---|---|---|---|---|
| 07/23/04 | JMA | Receipt and review email from S. Graham | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review letter from Parsons to Special Master re: Sediment Work Plan | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review Honeywell Additional Sediment Investigation Work Plan | .50 | 187.50 |
| 07/23/04 | JMA | Receipt and review email from counsel for Special Master re: DEP meeting | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review letter from Environ to J. Morris | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review Honeywell response to Special Master and ICO comments - Sediment Investigation | .60 | 225.00 |
| 07/23/04 | JMA | Receipt and review MRCE Daily Field Reports - June | .30 | 112.50 |
| 07/23/04 | JMA | Appeal - receipt and review letter from M. Sprague to clerk | .10 | 37.50 |
| 07/23/04 | JMA | Appeal - receipt and review Honeywell response to Grace motion for additional words | .20 | 75.00 |
| 07/23/04 | JMA | Receipt and review email from T. Pasuit re: stay proceedings | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review email from s. Graham re: sediment investigation | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review letter from Parsons to Special Master re: Environ responses | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review letter from Environ to J. Morris re: contour maps | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review Honeywell response re: chromium contour maps | .80 | 300.00 |
| 07/23/04 | JMA | Receipt and review letter from Environ to J. Morris re: sediment investigation response | .10 | 37.50 |
| 07/23/04 | JMA | Conference with C. Marraro re: special Master meeting with DEP | .30 | 112.50 |
| 07/23/04 | JMA | Receipt and review email from SI Group | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review memo from K. Brown re: 7/20/04 weekly conference call | .30 | 112.50 |

W.R. GRACE & COMPANY                                    August 6, 2004
Client No.              734680                          Page      14
INVOICE NO.             24569


07/23/04 JMA  Receipt and review email from K. Millian        .10    37.50

07/23/04 JMA  Receipt and review letter from K. Millian to    .10    37.50
              Special Master

07/23/04 JMA  Appeal - phone - C. Marraro re: Grace principal .50   187.50
              brief

07/23/04 MEF  Appeal - PACER search regarding status of       .30    75.00
              motions

07/23/04 MEF  Appeal - phone with CHM regarding ruling on     .20    50.00
              amicus motion

07/23/04 MEF  Appeal - review various briefs regarding        .90   225.00
              License Agreement for appeal brief

07/25/04 JMA  Appeal - Preparation of Grace principal brief - 6.00  2250.00
              Statement of Facts

07/25/04 MEF  Appeal - review case law cited by Honeywell and 3.50  875.00
              review underlying documents in support of
              specific arguments

07/26/04 KLW  Conference with JMA regarding appellate brief   .50   130.00
              statement of facts and references

07/26/04 JMA  Appeal - Phone - C. Marraro re: Grace principal .50   187.50
              brief

07/26/04 JMA  Appeal - conference with MEF re: format of      .30   112.50
              Grace principal brief

07/26/04 JMA  Appeal - conference with KLW re: format of      .50   187.50
              Grace principal brief

07/26/04 JMA  Appeal - preparation of Grace principal brief   8.50  3187.50

07/26/04 MEF  Appeal - assist in preparation of Statement of  1.00  250.00
              Fact

07/27/04 JMA  Phone - C. Marraro re: meeting with NJDEP and          75.00
              Special Master

07/27/04 JMA  Appeal - preparation of Grace principal brief   8.00  3000.00

07/27/04 JMA  Receipt and review letter from M. Daneker to    .40   150.00
              Special Master re: access issues

07/27/04 JMA  Receipt and review Stipulation re: access       .20    75.00

```
W.R. GRACE & COMPANY                          August 6, 2004
Client No.              734680                 Page     15
INVOICE NO.             24569
```

| | | | | |
|---|---|---|---|---|
| 07/27/04 | JMA | Phone - C. Marraro re: access issues | .40 | 150.00 |
| 07/27/04 | MEF | Appeal - PACER search - status of motions | .20 | 50.00 |
| 07/27/04 | MEF | Review Honeywell Website regarding link to court opinion | .20 | 50.00 |
| 07/27/04 | MEF | Email to CHM and JMA regarding Honeywell Website | .20 | 50.00 |
| 07/27/04 | MEF | Appeal - Conference with JMA regarding addendum | .20 | 50.00 |
| 07/27/04 | MEF | Appeal - assist in preparation of Statement of Facts (appeal brief) | .50 | 125.00 |
| 07/27/04 | MEF | Appeal - phone with A. Laws at 3d Circuit | .20 | 50.00 |
| 07/27/04 | MEF | Appeal - phone with M. Williams at 3d Circuit regarding briefing issues | .30 | 75.00 |
| 07/27/04 | MEF | Appeal - phone with JMA and CHM regarding addendum | .20 | 50.00 |
| 07/27/04 | MEF | Appeal - phone with JMA, CHM and K. Millian regarding addendum | .30 | 75.00 |
| 07/27/04 | MEF | Appeal - phone with JMA, CHM and M. Sprague regarding addendum | .30 | 75.00 |
| 07/27/04 | MEF | Appeal - conference with JMA and KLW regarding motion for addendum | .40 | 100.00 |
| 07/28/04 | KLW | Prepare appellate motion re leave to file addendum setting forth referenced in record to court's findings | 2.70 | 702.00 |
| 07/28/04 | JMA | Appeal - preparation of Grace principal brief | 7.80 | 2925.00 |
| 07/29/04 | JMA | Appeal - preparation of Grace principal brief - Statement of Facts | 9.00 | 3375.00 |
| 07/29/04 | MEF | Appeal - PACER search - status of motions | .20 | 50.00 |
| 07/29/04 | MEF | Appeal - review docket regarding order granting Grace additional words | .20 | 50.00 |
| 07/29/04 | MEF | Appeal - Conference with JMA and CHM regarding motion to file addendum | .50 | 125.00 |
| 07/29/04 | MEF | Appeal - draft and revise portions of appeal brief | 1.50 | 375.00 |

```
W.R. GRACE & COMPANY                          August 6, 2004
Client No.          734680                     Page      16
INVOICE NO.         24569
```

07/29/04 RCS Appeal -- meeting with JMA regarding annotated      .20     45.00
             Appendix.

07/29/04 RCS Appeal -- prepare annotations to Appendix.         1.80    405.00

07/30/04 JMA Appeal - phone - C. Marraro re: Grace principal     .50    187.50
             brief

07/30/04 JMA Preparation of Grace principal brief -            7.50   2812.50
             Statement of Facts

07/30/04 JMA Receipt and review email re: 8/2 meeting at DEP     .10     37.50

07/30/04 MEF Appeal - revise portions of appeal brief.          .40    100.00

                              **Subtotal:**                   ----------
                                                              69779.00


**Fee Applications, Applicants**


07/07/04 MEF Fee Application - Pacer search - CNO regarding      .20     50.00
             27th Monthly Fee Application

07/07/04 MEF Fee Application - prepare response to Fee          .80    200.00
             Auditor's Initial Report regarding Twelfth
             Quarterly fee application

07/07/04 MEF Fee Application - letter to W. Smith forwarding     .10     25.00
             response to Initial Report regarding 12th
             Quarterly fee application

07/07/04 MEF Fee Application - email to S. Bossay regarding      .10     25.00
             response to Initial Report regarding 12th
             Quarterly fee application

07/07/04 MEF Fee Application - receipt and review email from     .10     25.00
             S. Bossay regarding Fee Auditor Initial Report
             regarding 12th Quarterly Fee Application

07/07/04 MEF Fee Application - review Fee Auditor's Initial      .30     75.00
             Report regarding 12th Quarterly Fee Application

07/07/04 MEF Fee Application - email to S. Bossay regarding      .10     25.00
             response to Fee Auditor Initial report
             regarding 12th Quarterly Fee Application

07/07/04 MEF Fee Application - review and update chart           .20     50.00
             regarding status of payments
```

W.R. GRACE & COMPANY                          August 6, 2004
Client No.              734680                Page       17
INVOICE NO.             24569


| | | | |
|---|---|---:|---:|
| 07/08/04 MEF | Fee Application - Pacer search - CNO for 27th Monthly Fee Application | .20 | 50.00 |
| 07/08/04 MEF | Fee Application - review CNO for 27th Monthly Fee Application | .20 | 50.00 |
| 07/08/04 MEF | Fee Application - review June fee detail | 2.40 | 600.00 |
| 07/09/04 JMA | Fee Application  - receipt and review Fee Auditor Initial Report re: Carella Byrne 12th Quarterly Application | .20 | 75.00 |
| 07/09/04 JMA | Fee Application - review and execute 28th monthly fee application | .40 | 150.00 |
| 07/09/04 MEF | Fee Application - letter to P. Cuniff regarding 28th Monthly Fee Application | .20 | 50.00 |
| 07/09/04 MEF | Fee Application - voice mail - S. Bossay regarding monthly fee details | .10 | 25.00 |
| 07/09/04 MEF | Fee Application - phone with S. Bossay regarding monthly applications | .10 | 25.00 |
| 07/09/04 MEF | Fee Application - Email to S. Bossay regarding April and May 2004 fee detail | .20 | 50.00 |
| 07/09/04 MEF | Fee Application - review revised fee detail for June 2004 | .50 | 125.00 |
| 07/09/04 MEF | Fee Application - prepare 28th Monthly Fee Application | 2.00 | 500.00 |
| 07/13/04 MEF | Fee Application - begin preparing 13th Quarterly Fee Application | 2.00 | 500.00 |
| 07/14/04 MEF | Fee Application - Continue preparing 13th Quarterly Fee Application | .50 | 125.00 |
| 07/16/04 MEF | Fee Application - PACER search regarding status of filing of 27th Monthly Fee Application | .20 | 50.00 |
| 07/16/04 MEF | Fee Application - continue preparing 13th Quarterly Fee Application | 1.40 | 350.00 |
| 07/20/04 MEF | Fee Application - PACER search regarding filing of June fee application | .20 | 50.00 |
| 07/20/04 MEF | Fee Application - revise and finalize 13th Quarterly Fee Application | .40 | 100.00 |

```
W.R. GRACE & COMPANY                        August 6, 2004
Client No.            734680                 Page      18
INVOICE NO.           24569
```

```
07/20/04 MEF Fee Application - email to S. Bossay regarding    .20    50.00
             CBBG June fee detail
```

|  | Subtotal: | |
|---|---|---|
|  |  | ---------- |
|  |  | 3400.00 |

|  |  | ------------- |
|---|---|---|
| Total Fees: |  | 73,179.00 |

W.R. GRACE & COMPANY                          August 6, 2004
Client No.                    734680          Page    20
INVOICE NO.                   24569

SUMMARY OF FEES:

```
  *-------------------------TIME AND FEE SUMMARY---------------------*
  *----------TIMEKEEPER---------*    RATE   HOURS              FEES
  K L WINTERS                      260.00    3.20            832.00
  J M AGNELLO                      375.00  157.90          59212.50
  M E FLAX                         250.00   47.10          11775.00
  L H TAYLOR                       260.00    1.50            390.00
  JA KUBERT                        160.00    1.70            272.00
  RC SCRIVO                        225.00    2.50            562.50
  LAURA FLORENCE                    90.00    1.50            135.00
                         TOTALS            215.40          73179.00
```