# EXHIBIT B

```
W.R. GRACE & COMPANY                                August 6, 2004
Client No.              734680                      Page      19
INVOICE NO.             24569


          Disbursements


Meals

07/12/04 Meals FORTE 5/25 (Lunch JMA,MEF, RCS #2231)     18.87
07/21/04 Meals  JMA, CHM, K.BROWN, A.NAGY 7/14 ECCOLA   175.35
         #10042261

                                      SUBTOTAL:        194.22

Photocopies - Outside

07/08/04 Photocopies - DOC. EXP 6/28                   3236.73

                                      SUBTOTAL:        3236.73

07/31/04 Messenger                                      255.00
07/31/04 Photocopies                                    298.20
07/31/04 Faxes                                          284.00
07/31/04 Telephone                                      430.47
07/31/04 Additional Staff Time                          380.97
07/31/04 Computer Searches                              317.00
07/31/04 Federal Express                                311.64
                                                     -------------
Total Costs                                                   5,708.23
                                                     -------------
Total Due this Matter                                        78,887.23
=============
```

# INVOICE

| Invoice # | Invoice Date |
|---|---|
| 152021 | 06/28/2004 |

| Sales Rep: | Zina Motley |
|---|---|
| Customer#: | RO10025 |
| Page: | 1 |

**Document Express, Inc.**
75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502

BILL TO:

Carella Byrne
5 Becker Farm Road
Roseland, NJ 07068

Eileen

SHIP TO:

Carella Byrne
3 sets orig/4 copies  (3 orders)
Re: 734680.1  Grace
For Laura Florence, JMA

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 994-1700 | (973) 994-1744 | Eileen | MT06437/13255/10 | Marianne |

| Quantity | Description | | Tax | Sub-Total |
|---|---|---|---|---|
| 4 | @.14( 3-Hole) - 734680.1<br>20# Xerobond White<br>Copies on 8.5 x 11<br>4917 Originals, 1 Side, As Original<br>19,668 Copies | | Y | 2,753.52 |
| 4 | @ .50 -<br>20# Xerobond White<br>Copies on 11 x 17<br>21 Originals, 1 Side, As Original<br>84 Copies | | Y | 42.00 |
| 5 | 3 RING BINDER - 1" view<br>Binding/3 Ring - R | @ 6.50 | Y | 32.50 |
| 5 | 3 RING BINDER -<br>Binding/3 Ring - R | @ 11.50 - 2" view | Y | 57.50 |
| 12 | 3 RING BINDER -<br>Binding/3 Ring - R | @ 14.00 - 3" view | Y | 168.00 |

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | Deposit | Amount Due |
|---|---|---|---|---|---|---|
| Delivery | 3,053.52 | 6.000 | 183.21 | 0.00 | 0.00 | $ 3,236.73 |

*Thank you. We appreciate your business!*

*"catch the express"*