IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 2, 2004 |
| | : | Hearing Date: TBD, if necessary |

**SUMMARY COVERSHEET TO THIRTY-NINTH INTERIM FEE APPLICATION
OF PITNEY HARDIN LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR JUNE 1, 2004 THROUGH JUNE 30, 2004**

| | |
|---|---|
| Name of Applicant: | **Pitney Hardin LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO.,** *et al.* |
| Date of Retention: | **May 30, 2001 (*nunc pro tunc to* April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **June 1, 2004 – June 30, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$181,394.50** |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | **$41,141.14** |

This is a: **X** monthly ____ quarterly interim __ final application

The total time expended for fee application preparation is approximately 10 hours and the corresponding compensation requested is approximately $2,000.00.[1]

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796; Approved 11/25/02 #3091 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Approved @ 100% | Approved @ 100% |
| September 27, 2001 #967  Amended Exhibit B October 30, 2001 #1050  CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00  Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28,2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

2

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481; Approved 11/25/02 #3091 | 7/1/01 – 9/30/01 | $186,646.50 | $30,505.83 | Approved @ 100% | Approved @ 100% |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871; Approved 11/25/02 #3091 | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Approved @ 100% | Approved @ 100% |

3

| Date Filed Docket No. | Period Covered | REQUESTED Fees | REQUESTED Expenses | APPROVED Fees | APPROVED Expenses |
|---|---|---|---|---|---|
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 (Objections due July 9, 2002; Hearing date August 26, 2002) | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Approved @ $130,255.00 | Approved @ 100% |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| August 23, 2002 #2596 CNO filed 9/17/02 #2696 | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Approved @ 80% ($22,722.40) | Approved @ 100% |
| September 20, 2002 #2719 and 2721; Approved 11/25/02 #3092 | 4/1/02 – 6/30/02 | $72,578.50 | $14,272.56 | Approved @ 100% | Approved @ 100% |
| October 22, 2002 #2858 CNO filed 11/13/02 #2971 | 7/1/02 – 7/31/02 | $102,925.00 | $17,692.88 | Approved @ 80% ($82,340.00) | Approved @ 100% |
| November 14, 2002 #2977 CNO Filed 12/11/02 # 3139 | 8/1/02 – 8/31/02 | $51,745.50 | $7,075.39 | Approved @ 80% ($41,396.40) | Approved @ 100% |
| November 20, 2002 #3039 CNO filed 12/11/02 # 3135 | 9/1/02 – 9/30/02 | $29,291.10 | $4,744.95 | Approved @ 80% ($23,432.88) | Approved @ 100% |

4

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 27, 2002 #3084 & #3087 Order filed 3/14/03; #3511 | 7/1/02 – 9/30/02 | $183,969.60 | $29,513.22 | Approved for $182,143.10 | Approved |
| December 16, 2002 #3165 CNO filed 1/14/03 #3250 | 10/1/02 – 10/31/02 | $26,061.00 | $5,340.26 | Approved @ 80% ($20,848.80) | Approved @ 100% |
| December 27, 2002 #3198 Order signed 3/3/03 # 3446 | 4/4/01 – 12/3/01 | $240,000.00 | N/A | Approved | N/A |
| January 13, 2003 #3238 CNO filed 2/6/03 #3227 | 11/1/02 – 11/30/02 | $28,150.50 | $4,980.91 | Approved @ 80% ($22,520.40) | Approved @ 100% |
| February 6, 2003 #3345 CNO filed 3/27/03 #3557 | 12/1/02 – 12/31/02 | $21,414.00 | $3,594.17 | Approved @ 80% ($17,131.20) | Approved @ 100% |
| February 14, 2003 Order signed on 7/28/03 | 10/1/03 – 12/31/03 | $75,625.50 | $13,915.34 | Approved for $72,625.50 | Approved @ 100% |
| March 21, 2003 # 3536 CNO filed 4/15/03 #3666 | 1/1/03 – 1/31/03 | $77,836.00 | $6,477.81 | Approved @ 80% ($62,268.80) | Approved @ 100% |
| April 22, 2003 #3701 CNO filed 5/15/03 #3794 | 2/1/03 – 2/28/03 | $28,050.00 | $3,923.92 | Approved @ 80% ($22,440.00) | Approved @ 100% |
| May 28, 2003 #3836 CNO filed 7/3/03 #3999 | 3/1/03 – 3/31/03 | $14,142.00 | $471.79 | Approved @ 80% ($11,313.60) | Approved @ 100% |
| June 3, 2003 #3864 Order signed 9/22/03 #4480 | 1/1/03 – 3/31/03 | $120,028.00 | $10,873.52 | Approved for $118,379.00 | Approved @ 100% |
| June 18, 2003 #3912 CNO filed 7/11/03 #4054 | 4/1/03 – 4/30/03 | $21,507.50 | $370.10 | Approved @ 80% ($17,206.00) | Approved @ 100% |
| August 7, 2003 | 5/1/03 – | $22,184.50 | $864.72 | Approved @ | Approved @ |

5

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| #4181 CNO filed 9/24/03 #4475 | 5/31/03 | | | 80% ($17,747.60) | 100% |
| September 9, 2003 #4407 CNO filed 10/2/03 #4524 | 6/1/03 – 6/30/03 | $28,764.50 | $9,472.70 | Approved @ 80% ($23,011.60) | Approved @ 100% |
| September 26, 2003 #4495 & 4496 | 4/1/03 – 6/30/03 | $72,456.50 | $10,707.52 | Approved for $72,456.50 | Approved @ 100% |
| October 17, 2003 #4583 CNO filed 11/12/03 #4685 | 7/1/03 – 7/31/03 | $11,104.50 | $2,829.93 | Approved @ 80% ($8,883.60) | Approved @ 100% |
| November 6, 2003 #4666 CNO filed 12/9/03 #4798 | 8/1/03 – 8/31/03 | $3,427.50 | $2,242.92 | Approved @ 80% ($2,742.00) | Approved @ 100% |
| November 25, 2003 #4751 CNO filed 12/16/03 #4813 | 9/1/03 – 9/30/03 | $9,912.00 | $2,311.40 | Approved @ 80% ($7,929.60) | Approved @ 100 % |
| December 16, 2003 #4822 & 4823 Order filed 4/26/04 | 7/1/03- 9/30/03 | $24,444.00 | $7,370.04 | Approved for $24,440.00 | Approved @ 100% |
| November 25, 2003 # 4752 CNO filed 12/16/03 #4814 | 10/1/03- 10/31/03 | $6,779.00 | $3,507.88 | Approved @ 80% ($5,423.20) | Approved @ 100% |
| December 31, 2003 #4893 CNO filed 2/3/04 #5052 | 11/1/03 – 11/30/03 | $16,464.50 | $2,478.06 | Approved @ 80% ($13,171.60) | Approved @ 100% |
| February 20, 2004 #5144 CNO filed 4/1/04 #5459 | 12/1/03 – 12/31/03 | $18,088.50 | $2,839.22 | Approved @ 80% ($14,470.80) | Approved @ 100% |
| February 25, 2004 #5165 Order filed 6/16/04 #5822 | 10/1/04 – 12/31/04 | $41,332.00 | $8,825.16 | Approved for $41,332.00 | Approved @ 100% |
| March 29, 204 #5362 CNO filed 4/22/04 | 1/1/04 – 1/31/04 | $39,097.50 | $2,315.38 | Approved @ 80% ($31,278.00) | Approved @ 100% |

6

|  |  | REQUESTED | | APPROVED | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| April 20, 2004 #5464 CNO filed 6/22/04 #5872 | 2/1/04 – 2/29/04 | $61,379.50 | $2,435.48 | Approved @ 80% ($49,103.60) | Approved @ 100% |
| June 1, 2004 #5678 CNO filed 6/22/04 #5873 | 3/1/04 – 3/31/04 | $266,775.00 | $9,819.15 | Approved @ 80% ($213,420.00) | Approved @ 100% |
| June 9, 2004 #5766 & 5767 (Objections due 6/29/04) | 1/1/04 – 3/31/04 | $367,258.00 | $14,570.01 | Pending | Pending |
| July 1, 2004 #5915 CNO filed 7/28/04 | 4/1/04 – 4/30/04 | $242,320.50 | $33,506.28 | Approved @ 80% ($293,806.40) | Approved @ 100% |
| July 29, 2004 #6066 (Objections due August 18, 2004) | 5/1/04 – 5/31/04 | $205,386.50 | $3,393.87 | Pending | Pending |
| Pending | 6/1/04 – 6/30/04 | $181,394.50 | $41,141.14 | Pending | Pending |

7

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## JUNE 1, 2004 THROUGH JUNE 30, 2004

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 465.00 | 34.1 | $15,856.50 |
| John P. Scordo | 1988 | 380.00 | 2.0 | $760.00 |
| William S. Hatfield | 1993 | 300.00 | 22.6 | $6,780.00 |
| Michael E. Waller | 1990 | 345.00 | 114.9 | $39,640.50 |
| Robert G. Rose | 1974 | 395.00 | 1.0 | $395.00 |
| Scott A. Zuber | 1987 | 350.00 | 0.3 | $105.00 |
| **COUNSEL** | | | | |
| Barry M. Benjamin | 1993 | 360.00 | 10.0 | $3,600.00 |
| Brian E. Moffitt | 1992 | 290.00 | 126.4 | $36,656.00 |
| **ASSOCIATES** | | | | |
| Kristen M. Jasket | 2000 | 200.00 | 6.7 | $1,340.00 |
| Robert L. Pitkofsky | 2001 | 180.00 | 80.5 | $14,490.00 |
| David J. Aquardro | 1998 | 160.00 | 103.0 | $16,480.00 |
| Jeffrey S. Mandel | 1998 | 245.00 | 2.3 | $563.50 |
| Alvin Clay Knight | 1998 | 160.00 | 106.0 | $16,960.00 |
| Ashley Suedkamp | Pending | 160.00 | 95.0 | $15,200.00 |
| **PARAPROFESSIONALS** | | | | |
| Douglas Florence | N/A | 105.00 | 19.3 | $2,026.50 |
| Fatiah Crowley | N/A | 105.00 | 43.7 | $4,588.50 |
| K. Grazioso | N/A | 90.00 | 18.2 | $1,638.00 |
| K. Stehnacs | N/A | 90.00 | 17.6 | $1,584.00 |
| Susan Parker | N/A | 115.00 | 22.6 | $2,599.00 |
| Brian Y. Lawrence | N/A | 110.00 | 1.2 | $132.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period June 1, 2004 through June 30, 2004** | | | 827.4<br><br>Total Hours | $181,394.50 |

8

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## JUNE 1, 2004 THROUGH JUNE 30, 2004

| TYPE OF EXPENSE | |
|---|---|
| Recording fee #10507 S#5571 Ex 7601 Janet | $35.00 |
| PD UPS TO ROSELAND, NJ; WSH; INV # 81207244 | $7.74 |
| PD UPS TO SUMMIT, NJ; WSH; INV # 81207244 | $7.74 |
| PD UPS TO ROSELAND, NJ; WSH; INV # 81207244 | $7.74 |
| PD UPS TO SOMERVILLE, NJ; WSH; INV # 81207244 | $7.74 |
| PD UPS TO DOVER, NJ; WSH; INV # 81207244 | $7.74 |
| PD UPS TO CHERRY HILL, NJ; WSH; INV # 81207244 | $7.74 |
| PD UPS TO TRENTON, NJ; WSH; INV # 81207244 | $9.84 |
| PD UPS TO SPRINGFIELD, NJ; WSH; INV # 81207254 | $10.00 |
| Duplicating | $178.00 |
| Postage | $17.82 |
| PD MEAL EXPENSE; BEM; UH&P7P; 6-15-04 | $23.50 |
| PD MEAL EXPENSES; CK# 261438 | $24.33 |
| PD MEAL EXPENSES; BEM; CK# 261438 | $31.22 |
| Paid Skyline Duplication for services rendered #10501; S#5574 | $60.21 |
| Paid Skyline Duplication for services rendered #10501; S#5574 | $685.82 |
| Paid Skyline Duplication for services rendered #10501; S#5574 | $157.73 |
| Paid Acro Photo Print, Inc. for services rendered #10501; S#5602 | $4,727.32 |
| Paid Skyline Duplication #10501 S#5640 | $10,320.16 |
| Paid Skyline Duplication #10501 S#5640 | $3,084.60 |
| Paid Skyline Duplication #10501 S#5640 | $4,043.79 |
| Paid Skyline Duplication for services rendered #10501; S#5574 | $2,451.52 |
| Paid Skyline Duplication for services rendered #10501; S#5574 | $1,096.15 |
| Paid Skyline Duplication #10501 S#5643 | $1,469.80 |
| PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-04 | $34.25 |
| PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-04 | $1.50 |
| PD AMEX FOR TRAVEL EXPENSE; AJM; CK# 261789 | $65.24 |
| PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 261789 | $14.00 |
| PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-04 | $34.25 |
| PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-04 | $3.00 |
| PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 261789 | $30.86 |
| PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 261789 | $10.00 |

| | |
|---|---|
| PD INTEGRITY EXPRESS TO FLORHAM PARK, NJ; BEM; CK # 262150 | $124.35 |
| PD UPS TO NEW YORK NY; BEM; INV# 81207224 | $9.84 |
| Paid Romanelli's #54567 10504 S#5605 | $29.10 |
| Pd BMW Messenger Service to 500 Pearl St, New York, NY; AJM; CK # 262067 | $40.90 |
| Pd BMW Messenger Service to 225 BWay, New York, NY; AJM; CK # 262067 | $10.45 |
| Paid Skyline Duplication #10501 S#5640 | $144.69 |
| Paid Skyline Duplication #10501 S#5643 | $297.44 |
| PD TRAVEL EXPENSES TO NEW YORK CITY; AJM; CK# 262561 | $45.88 |
| PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 261789 | $14.00 |
| PD UPS TO MEMPHIS, TN; SP; INV# 81207234 | $82.18 |
| PD GEN MESS TO NEW YORK NY; SUP; INV# 103732 | $139.31 |
| PD UPS TO NEW YORK, NY; MEW; INV # 81207244 | $7.74 |
| Paid Skyline Duplication #10501 S#5643 | $766.22 |
| Paid Skyline Duplication #10501 S#5643 | $501.80 |
| PD GEN MESS TO NEW YORK CITY; CK# 262200 | $115.06 |
| Fee for service of subpoena on Stewart Smith #10501 S#5585 Ex 8228 | $75.00 |
| PD UPS TO NEW YORK, NY; BEM; INV # 81207254 | $7.74 |
| Paid Skyline Duplication #10501 S#5643 | $1,394.43 |
| PD UPS TO CHICAGO, IL; BEM; INV # 81207254 | $9.71 |
| Paid Skyline Duplication #10501 S#5640 | $5,592.98 |
| PD MEAL EXPENSES; AJM; CK# 262561 | $11.70 |
| PD TRAVEL EXPENSES TO NEW YORK; AJM; CK# 262561 | $100.85 |
| PD UPS TO NEW YORK, NY; BEM; INV # 81207254 | $7.74 |
| PD UPS TO NEW YORK, NY; BEM; INV # 81207254 | $7.74 |
| DOCUMENT ACCESS FACILITY--ANNEX--JUNE 2004 | $2,864.00 |
| Pd Aetna Central Judicial Services for Obtain Copy of Decision; BMB; Ck # 262607 | $6.00 |
| Pd Aetna Central Judicial Services for Obtain Copy of Attached; BMB; Ck # 262607 | $10.00 |
| Pd Aetna Central Judicial Services for Obtain Copy of Decision; BMB; Ck # 262670 | $16.00 |
| Pd travel expenses; BMB; UH & P7P-6/30/04 | $4.00 |
| **Grand Total Expenses for the Fee Period June 1, 2004 through June 30, 2004** | $41,141.14 |

| PROJECT CATEGORIES | COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD | |
|---|---|---|
| | Total of June 1, 2004 - June 30, 2004 | Total of April 2, 2001 - June 30, 2004 |
| 01 - Asset Analysis and Recovery | | $ 3,888.50 |
| 02 - Asset Disposition | | $ 13,881.00 |
| 03 - Business Operations | | $ 88,741.00 |
| 04 - Case Administration | $ 28,093.50 | $ 432,018.60 |
| 05 - Claims Analysis, Objection, & Resolution (Asbestos) | | $ 6,449.00 |
| 06 - Claims Analysis, Objection, & Resolution (Non-asbestos) | | |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | | $ 1,830.00 |
| 08 - Employee Benefits/ Pension | | |
| 09 - Employment Applications, Applicant | | $ 882.00 |
| 10 - Employment Applications, Others | | |
| 11 - Fee Applications, Applicant | $ 1,445.00 | $ 70,814.50 |
| 12 - Fee Applications, Others | | $ 1,179.00 |
| 13 - Financing | | $ 201.00 |
| 14 - Hearings | | $ 72,325.50 |
| 15 - Litigation and Litigation Consulting | $ 151,724.00 | $ 1,691,212.60 |
| 16 - Plan and Disclosure Statement | | $ 41,393.00 |
| 17 - Relief from Stay Proceedings | | $ 185.50 |
| 18 - Tax Issues | | $ 4,247.00 |
| 19 - Tax Litigation | | |
| 20 - Travel – Non Working | | |
| 21 - Valuation | | |
| 22 - ZAI Science Trial | | |
| 23 - ZAI Science Trial – Expenses | | |
| 24 - Other | $ 132.00 | $ 11,432.00 |
| 25 - Accounting/Auditing | | |
| 26 - Business Analysis | | |
| 27 - Corporate Finance | | |
| 28 - Data Analysis | | |
| **TOTAL - FEES** | $ 181,394.50 | $ 2,440,680.20 |
| **TOTAL - EXPENSES** | $ 41,141.14 | $ 301,408.99 |
| | | |
| **TOTAL FEES AND EXPENSES** | $ 222,535.64 | $ 2,742,089.19 |