# EXHIBIT B

**EXHIBIT B**

## EXPENSES FOR THE FEE PERIOD
## JUNE 1, 2004 THROUGH JUNE 30, 2004

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 06/08/04 | Recording fee #10507 S#5571 Ex 7601 Janet[2] | 35.00 |
| 06/10/04 | PD UPS TO ROSELAND, NJ; WSH; INV # 81207244 | 7.74 |
| 06/10/04 | PD UPS TO SUMMIT, NJ; WSH; INV # 81207244 | 7.74 |
| 06/10/04 | PD UPS TO ROSELAND, NJ; WSH; INV # 81207244 | 7.74 |
| 06/10/04 | PD UPS TO SOMERVILLE, NJ; WSH; INV # 81207244 | 7.74 |
| 06/10/04 | PD UPS TO DOVER, NJ; WSH; INV # 81207244 | 7.74 |
| 06/10/04 | PD UPS TO CHERRY HILL, NJ; WSH; INV # 81207244 | 7.74 |
| 06/10/04 | PD UPS TO TRENTON, NJ; WSH; INV # 81207244 | 9.84 |
| 06/19/04 | PD UPS TO SPRINGFIELD, NJ; WSH; INV # 81207254 | 10.00 |
| | Duplicating | 117.60 |
| | Postage | 17.82 |
| | Matter Total Engagement Cost | 236.70 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| | Duplicating | 37.94 |
| | Matter Total Engagement Cost | 37.94 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---|
| 03/20/04 | PD MEAL EXPENSE; BEM; UH&P7P; 6-15-04[3] | 23.50 |
| 04/01/04 | PD MEAL EXPENSES; CK# 261438[4] | 24.33 |
| 04/01/04 | PD MEAL EXPENSES; BEM; CK# 261438[5] | 31.22 |
| 04/05/04 | Paid Skyline Duplication for services rendered #10501; S#5574[6] | 60.21 |
| 04/14/04 | Paid Skyline Duplication for services rendered | 685.82 |

---

[2] *See* Pitney, Hardin, Kipp & Szuch LLP check requisition dated 6/8/04 and made payable to the Superior Court of New Jersey attached hereto as Exhibit 1.

[3] *See* Direct Reimbursement Expense Report for Brian E. Moffitt, Esq. dated 3/20/2004 – 5/20/2004 attached hereto as Exhibit 2.

[4] *See* Invoice No. 8030 from Romanelli's Italian Eatery dated 4/1/04 attached hereto as Exhibit 3.

[5] *See* Invoice No. 7863 from Romanelli's Italian Eatery dated 3/21/04 attached hereto as Exhibit 3.

[6] *See* Invoice # N1657 dated 4/5/2004 from Skyline Duplication attached hereto as Exhibit 4.

|  | #10501; S#5574[7] |  |
|---|---|---|
| 04/16/04 | Paid Skyline Duplication for services rendered #10501; S#5574[8] | 157.73 |
| 04/16/04 | Paid Acro Photo Print, Inc. for services rendered #10501; S#5602[9] | 4727.32 |
| 04/16/04 | Paid Skyline Duplication #10501 S#5640[10] | 10320.16 |
| 04/16/04 | Paid Skyline Duplication #10501 S#5640[11] | 3084.60 |
| 04/16/04 | Paid Skyline Duplication #10501 S#5640[12] | 4043.79 |
| 04/19/04 | Paid Skyline Duplication for services rendered #10501; S#5574[13] | 2451.52 |
| 04/19/04 | Paid Skyline Duplication for services rendered #10501; S#5574[14] | 1096.15 |
| 05/12/04 | Paid Skyline Duplication #10501 S#5643[15] | 1469.80 |
| 05/13/04 | PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-04[16] | 34.25 |
| 05/13/04 | PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-04[17] | 1.50 |
| 05/13/04 | PD AMEX FOR TRAVEL EXPENSE; AJM; CK# 261789[18] | 65.24 |
| 05/13/04 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 261789[19] | 14.00 |
| 05/20/04 | PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-04[20] | 34.25 |
| 05/20/04 | PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-04[21] | 3.00 |
| 05/20/04 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 261789[22] | 30.86 |
| 05/20/04 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 261789[23] | 10.00 |
| 05/21/04 | PD INTEGRITY EXPRESS TO FLORHAM PARK, NJ; BEM; CK # 262150[24] | 124.35 |

---

[7] *See* Invoice # N1708 dated 4/14/2004 from Skyline Duplication attached hereto as Exhibit 5.

[8] *See* Invoice # N1671 dated 4/16/2004 from Skyline Duplication attached hereto as Exhibit 6.

[9] See Statement dated 6/1/2004 and Invoice No. 98947 dated 4/16/2004 from Acro Photo Print, Inc. attached hereto as Exhibit 7.

[10] *See* Invoice # N1624 dated 4/16/2004 from Skyline Duplication attached hereto as Exhibit 8.

[11] *See* Invoice # N1676 dated 4/16/2004 from Skyline Duplication attached hereto as Exhibit 9.

[12] *See* Invoice # N1682 dated 4/16/2004 from Skyline Duplication attached hereto as Exhibit 10.

[13] *See* Invoice # N1738 dated 4/19/2004 from Skyline Duplication attached hereto as Exhibit 11.

[14] *See* Invoice # N1737 dated 4/19/2004 from Skyline Duplication attached hereto as Exhibit 12.

[15] *See* Invoice # N1897 dated 5/12/2004 from Skyline Duplication attached hereto as Exhibit 13.

[16] *See* Exhibit 2.

[17] *See* Exhibit 2.

[18] *See* Statement for Account Number 3782-913510-73001 attached hereto as Exhibit 14.

[19] *See* Statement for Account Number 3782-906600-71003 attached hereto as Exhibit 15.

[20] *See* Exhibit 2.

[21] *See* Exhibit 2.

[22] *See* Exhibit 15.

[23] *See* Exhibit 15.

| | | |
|---|---|---|
| 05/26/04 | PD UPS TO NEW YORK NY; BEM; INV# 81207224 | 9.84 |
| 05/26/04 | Paid Romanelli's #54567 10504 S#5605[25] | 29.10 |
| 05/26/04 | Pd BMW Messenger Service to 500 Pearl St, New York, NY; AJM; CK # 262067[26] | 40.90 |
| 05/26/04 | Pd BMW Messenger Service to 225 BWay, New York, NY; AJM; CK # 262067[27] | 10.45 |
| 05/28/04 | Paid Skyline Duplication #10501 S#5640[28] | 144.69 |
| 05/28/04 | Paid Skyline Duplication #10501 S#5643[29] | 297.44 |
| 06/01/04 | PD TRAVEL EXPENSES TO NEW YORK CITY; AJM; CK# 262561[30] | 45.88 |
| 06/01/04 | PD AMEX FOR TRAVEL EXPENSE;   MEW; CK# 261789[31] | 14.00 |
| 06/02/04 | PD UPS TO MEMPHIS, TN; SP; INV# 81207234 | 82.18 |
| 06/04/04 | PD GEN MESS TO NEW YORK NY;   SUP;   INV# 103732 | 139.31 |
| 06/07/04 | PD UPS TO NEW YORK, NY; MEW; INV # 81207244 | 7.74 |
| 06/10/04 | Paid Skyline Duplication #10501 S#5643[32] | 766.22 |
| 06/10/04 | Paid Skyline Duplication #10501 S#5643[33] | 501.80 |
| 06/11/04 | PD GEN MESS TO NEW YORK CITY; CK# 262200 | 115.06 |
| 06/14/04 | Fee for service of subpoena on Stewart Smith #10501 S#5585 Ex 8228[34] | 75.00 |
| 06/14/04 | PD UPS TO NEW YORK, NY; BEM; INV # 81207254 | 7.74 |
| 06/14/04 | Paid Skyline Duplication #10501 S#5643[35] | 1394.43 |
| 06/15/04 | PD UPS TO CHICAGO, IL; BEM; INV # 81207254 | 9.71 |
| 06/16/04 | Paid Skyline Duplication #10501 S#5640[36] | 5592.98 |
| 06/17/04 | PD MEAL EXPENSES; AJM; CK# 262561[37] | 11.70 |
| 06/17/04 | PD TRAVEL EXPENSES TO NEW YORK; AJM; CK# 262561[38] | 100.85 |

---

[24] *See* Integrity Express Inc. Invoice Number 12354 dated 5/31/2004 attached hereto as Exhibit 16.

[25] *See* Invoice No. 8177 from Romanelli's Italian Eatery dated 5/26/04 attached hereto as Exhibit 17.

[26] *See* Invoice # A20250 attached hereto as Exhibit 18.

[27] *See* Exhibit 18.

[28] *See* Invoice # N1962 dated 5/28/2004 from Skyline Duplication attached hereto as Exhibit 19.

[29] *See* Invoice # N1749 dated 5/28/2004 from Skyline Duplication attached hereto as Exhibit 20.

[30] *See* Direct Reimbursement Expense Report for Anthony J. Marchetta, Esq. dated June 7, 2004 attached hereto as Exhibit 21.

[31] *See* Exhibit 15.

[32] *See* Invoice # V2072 dated 6/10/2004 from Skyline Duplication attached hereto as Exhibit 22.

[33] *See* Invoice # N2073 dated 6/10/2004 from Skyline Duplication attached hereto as Exhibit 23.

[34] *See* Pitney, Hardin, Kipp & Szuch check requisition dated 6/14/04 and made payable to Your Serve attached hereto as Exhibit 24.

[35] *See* Invoice # V2101 dated 6/14/2004 from Skyline Duplication attached hereto as Exhibit 25.

[36] *See* Invoice # V2120 dated 6/16/2004 from Skyline Duplication attached hereto as Exhibit 26.

[37] *See* Direct Reimbursement Expense Report for Anthony J. Marchetta, Esq. dated June 22, 2004 attached hereto as Exhibit 27.

[38] *See* Exhibit 27.

| | | |
|---|---|---|
| 06/18/04 | PD UPS TO NEW YORK, NY; BEM; INV # 81207254 | 7.74 |
| 06/18/04 | PD UPS TO NEW YORK, NY; BEM; INV # 81207254 | 7.74 |
| 06/30/04 | DOCUMENT ACCESS FACILITY--ANNEX--JUNE 2004 | 2864.00 |
| | Duplicating | 45.00 |

|  |  |
|---|---|
| Matter Total Engagement Cost | 40,815.10 |

## Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 03/22/04 | Pd Aetna Central Judicial Services for Obtain Copy of Decision; BMB; Ck # 262607[39] | 6.00 |
| 03/29/04 | Pd Aetna Central Judicial Services for Obtain Copy of Attached; BMB; Ck # 262607[40] | 10.00 |
| 06/03/04 | Pd Aetna Central Judicial Services for Obtain Copy of Decision; BMB; Ck # 262670[41] | 16.00 |
| 06/04/04 | Pd travel expenses; BMB; UH & P7P-6/30/04[42] | 4.00 |
| | Duplicating | 15.40 |

|  |  |
|---|---|
| Matter Total Engagement Cost | 51.40 |

---

[39] *See* Invoice # 24 from Aetna Central Judicial Services attached hereto as Exhibit 28.

[40] *See* Exhibit 28.

[41] *See* Exhibit 28.

[42] *See* Direct Reimbursement Expense Report of Barry M. Benjamin, Esq. dated 6/4/2004 – 6/10/2004 attached hereto as Exhibit 29.

# EXHIBIT 1

PITNEY, HARDIN, KIPP & SZUCH LLP

CHECK REQUISITION

#9

DATE 6/8/04

PAYEE _Superior Court of New Jersey_

CLIENT _WR Grace_

MATTER _Wells_

DESCRIPTION _Recording Fee_

PAID:

APPROVED:

CHECK NO. 262163

CHARGE:

NO.: 022210

VENDOR NO. 01333

VENDOR NO. 060656

AMOUNT $ 35.00

AUTHORIZED SIGNATURE WSH

# EXHIBIT 2

RECEIVED

MAY 2 4 2004

**DIRECT REIMBURSEMENT EXPENSE REPORT**
NAME _____ Brian E. Moffitt _____

Period FROM: 3/20/2004
To: _____ 5/20/2004

SIDLEY, HARDIN, KIPP & SZUCH LLP

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses Miles | Auto Expenses Amount | Parking | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| 5/13/2004 | Travel to and from Penn Station Court re: settlement conference; parking re: same; PATH fare re: same | 38.00 | $14.25 | $20.00 | | | | $34.25 | 082913.000009 A |
| 5/13/2004 | PATH fare re: attendance at settlement conference | | | | | | $1.50 | $1.50 | 082913.000009 A |
| 5/20/2004 | Travel to and from Penn Station Court re: discovery conference; parking re: same; PATH fare re: same | 38.00 | $14.25 | $20.00 | | | | $34.25 | 082913.000009 A |
| 5/20/2004 | PATH fare re: attendance at discovery conference | | | | | | $3.00 | $3.00 | 082913.000009 A |
| 3/20/2004 | Lunch for B. Moffitt, M. Waller, and document review team during Saturday document review | | | | | $23.50 | | $23.50 | 082913.000009 A |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Show details on Page 2

Expenses Reported ——

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____ Date 5/22/04

ENTERED IN COMPUTER BY: _____ 6/1/04

25121

10501 - 116.12
10504 - 23.50

PAID

JUN 1 5 2004

5/23/2004

# EXHIBIT 3



**ROMANELLI'S ITALIAN EATERY**
Serving the Area for Over 30 Years
Open 7 Days · We Deliver
42 Lincoln Place
MADISON, NJ 07940
(973) 377-9515

| CUSTOMER'S ORDER NO. | PHONE 416 - 8324 | | | | DATE 4/1/04 | |
|---|---|---|---|---|---|---|
| NAME Pitney Harden Arms | | | | | | |
| ADDRESS 25 Lindsley Dr. | | | | | | |
| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | |
| QTY | DESCRIPTION | | | | PRICE | AMOUNT |
| Alvin knight 08 29/3.00009 | | | | | | |
| 2 | Sms tenlosii | | | | 105.34 | |
| | PAID | | | | | |
| | APPROVED | | | | | |
| | VENDOR NO. | | | | | |
| | CHECK NO. 267438 | | | | | |
| | CHARGE | | | | | |
| | | | | TAX | | |
| 8030 | RECEIVED BY | | | | TOTAL | 24.33 |

All claims and returned goods
MUST be accompanied by this bill.

PRODUCT 2530

**Thank You!**

B

---



Open 7 Days · We Deliver
42 Lincoln Place
MADISON, NJ 07940
(973) 377-9515

| CUSTOMER'S ORDER NO. | PHONE 766 - 8228 | | | | DATE 3/2/04 | |
|---|---|---|---|---|---|---|
| NAME Ryan McBrit, Drury, Hudson | | | | | #172 | |
| ADDRESS | | | | | | |
| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | |
| QTY | DESCRIPTION | | | | PRICE | AMOUNT |
| | | | | | | |
| | APPROVED | | | | | |
| | VENDOR NO. | | | | | |
| | CHECK NO. | | | | | |
| | CHARGE | | | | | |
| | | | | TAX | | |
| 7863 | RECEIVED BY | | | | TOTAL | 31.00 |

All claims and returned goods
MUST be accompanied by this bill.

PRODUCT 2530

**Thank You!**

B

# EXHIBIT 4

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 4/5/2004 | N1657 |

**Bill To**

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| Filer | Reference/Case | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 4/5/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 568 | 8.5 x 11 Copy | 0.10 | 56.80T |

PAID..........
APPROVED.....
VENDOR NO. ........
CHECK NO. ........
CHARGE.....

*o.k. top ay Brian Englund*

*082913, 00009*

| | |
|---|---|
| Sales Tax (6.0%) | $3.41 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$60.21** |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #    973-648-0090
Fax #      973-648-0004

**Tax ID 03-0385240**

# EXHIBIT 5

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 4/14/2004 | N1708 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

| Ref | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 4/14/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 6,470 | 8.5 x 11 Copy | 0.10 | 647.00T |

O.K. to pay
Brian Empott

082913.
000009

PAID
APPROVED
VENDOR NO. 05359
CHECK NO. 201778
CHARGE

| | |
|---|---|
| **Sales Tax (6.0%)** | $38.82 |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #  973-648-0090
Fax #  973-648-0004

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $685.82 |

**Tax ID 03-0385240**

# EXHIBIT 6

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 4/16/2004 | N1671 |

Bill To

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| Rep | Reference/Case # | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 4/6/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 2,976 | Bates Range(RMD-15-000001-002976) | 0.05 | 148.80T |

PAID...........
APPROVED............
VENDOR NO..........
CHECK NO............
CHARGE...............

*O.K. to pay Brian Emmett 082913. 00009*

| | |
|---|---|
| Sales Tax (6.0%) | $8.93 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$157.73** |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone # 973-648-0090
Fax # 973-648-0004

**Tax ID 03-0385240**

# EXHIBIT 7

# Statement

Acro Photo Print, Inc
90 Maiden Lane
New York, NY 10038

| Date |
| --- |
| 6/1/2004 |

To:

PITNEY, HARDIN, KIPP & SZUCH
P.O. BOX 1945
MORRISTOWN, NJ 07962
ATTN: BRIAN MOFFITT

| Amount Due | Amount Enc. |
| --- | --- |
| $4,727.32 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 04/30/2004 | Balance forward | | 4,727.32 |

6/3/04
O.K. to pay
Brian Moffitt
082913.800009

PAID
APPROVED
VENDOR NO.
CHECK NO.
CHARGE

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 4,727.32 | 0.00 | 0.00 | 0.00 | $4,727.32 |



## ACRO PHOTO PRINT INC

**DUPLICATING SERVICES**
809-8999
90 MAIDEN LANE — NEW YORK, N.Y. 10038

| | INVOICE NO. | INVOICE DATE |
|---|---|---|
| | 98947 | 4/16/2004 |

SOLD TO: PITNEY, HARDIN, KIPP & SZUCH
P.O. BOX 1945
MORRISTOWN, NJ 07962
ATTN: BRIAN MOFFITT

ORDERED BY: SUSAN PARKER

| PURCHASE ORDER NO. | DATE SHIPPED | SHIP VIA |
|---|---|---|
| | 4/15/2004 | COURIER |

| TERMS | PAYMENT DUE | CLIENT CHARGE NO. |
|---|---|---|
| NET 30 | 5/16/2004 | 082913.000009 |

| ITEM | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| COPIES | 35,136 | TOTAL COPIES ( 8 1/2x11 ) | 0.11 | 3,864.96T |
| BLUE-36x48 | 20 | OVERSIZED PRINTS (36x48) | 18.00 | 360.00T |
| DELIVERY | 1 | DELIVERY & COURIER PICKUP | 127.00 | 127.00T |

PAID..............................
APPROVED........................
VENDOR NO. ....10267........
CHECK NO. ......................
CHARGE.........................

| | |
|---|---|
| SUB TOTAL | $4,351.96 |
| SALES TAX | $375.36 |
| TOTAL | $4,727.32 |

*Thank You*

# EXHIBIT 8

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice |
|---|---|
| 4/16/2004 | N1624 |

**Bill To**

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 3/30/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 85,480 | 8.5 x 11 Copy | 0.10 | 8,548.00T |
| 384 | Oversize Print 24x36 (Per Sq. Ft.) | 1.50 | 576.00T |
| 198 | Oversize Print 30x42 (per sq ft) | 1.50 | 297.00T |
| 57 | Oversize print 18x24 (per sq. ft.) | 1.50 | 85.50T |
| 99 | Oversize Print 36x43 (Per Sq. Ft.) | 1.50 | 148.50T |
| 12 | Oversize Print 36x48 (Per Sq. Ft.) | 1.50 | 18.00T |
| 63 | Oversize Print 36x36 (Per Sq. Ft.) | 1.00 | 63.00T |

PAID.................
APPROVED.................
VENDOR NO. *05355*
CHECK NO. *262605*
CHARGE. *1159*

| | |
|---|---|
| **Sales Tax (6.0%)** | $584.16 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,320.16 |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #    973-648-0090
Fax #      973-648-0004

Tax ID 03-0385240

# EXHIBIT 9

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 4/16/2004 | N1676 |

Bill To

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| Rep | Reference/Case | Date Requested | Contact @ |
|---|---|---|---|
| KK | 082913.00009 | 4/7/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 29,100 | 8.5 x 11 Copy | 0.10 | 2,910.00T |

PAID
APPROVED
VENDOR NO. 05355
CHECK NO. 26260
CHARGE 10501

6/28/4
ok to pay
082913.

| | Sales Tax (6.0%) | $174.60 |
|---|---|---|
| Please Remit Payment to: | Payments/Credits | $0.00 |
| Skyline Duplication | **Balance Due** | **$3,084.60** |

Phone #   973-648-0090
Fax #   973-648-0004

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ  07102

Tax ID 03-0385240

# EXHIBIT 10

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**



| Invoice Date | Invoice # |
|---|---|
| 4/16/2004 | N1682 |

**Bill To**

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| Ref | Reference/Case # | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 4/7/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 35,224 | 8.5 x 11 Copy | 0.10 | 3,522.40T |
| 90 | Oversize Print 24x36 (Per Sq. Ft.) | 1.50 | 135.00T |
| 105 | Oversize print 12x36(per sq. ft.) | 1.50 | 157.50T |

*6/28/04 ok to pay*
*082913.*
*00000*
*MikeWall*

PAID............
APPROVED......
VENDOR NO... *05357*
CHECK NO... *262605*
CHARGE... *1050*

| | Sales Tax (6.0%) | $228.89 |
|---|---|---|

**Please Remit Payment to:**
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ  07102

| Phone # | 973-648-0090 |
|---|---|
| Fax # | 973-648-0004 |

| | Payments/Credits | $0.00 |
|---|---|---|
| | **Balance Due** | **$4,043.79** |

Tax ID 03-0385240

# EXHIBIT 11

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| INVOICE DATE | INVOICE |
|---|---|
| 4/19/2004 | N1738 |

Bill To

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| Ref | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 4/19/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 18,502 | 8.5 x 11 Copy | 0.10 | 1,850.20T |
| 9,251 | RMD-16 000001-009251 Bates Range | 0.05 | 462.55T |

*O.K. to pay Brian Ersophet*
*082913.*
*000009*

PAID.............
APPROVED.............
VENDOR NO. 05529.........
CHECK NO. 261998.........
CHARGE.............

| | |
|---|---|
| Sales Tax (6.0%) | $138.77 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$2,451.52** |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #    973-648-0090
Fax #    973-648-0004

Tax ID 03-0385240

# EXHIBIT 12

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 4/19/2004 | N1737 |

**Bill To**

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| Ref. | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 4/19/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 10,341 | 8.5 x 11 Copy | 0.10 | 1,034.10T |

*O.K. to pay Brian Everett*

*082913. 000009*

PAID
APPROVED
VENDOR NO.  05359
CHECK NO.  261118
CHARGE

| | |
|---|---|
| Sales Tax (6.0%) | $62.05 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,096.15** |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ  07102

Phone #   973-648-0090
Fax #      973-648-0004

**Tax ID 03-0385240**

# EXHIBIT 13

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| | |
|---|---|
| 5/12/2004 | N1897 |

Bill To

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| For | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.00009 | 5/12/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 13,866 | 8.5 x 11 Copy | 0.10 | 1,386.60T |

*o.k. to pay 6/30/04*
*082913.00009*

PAID........
APPROVED........
VENDOR NO. *05359*
CHECK NO. *262653*
CHARGE. *050*

| | |
|---|---|
| **Sales Tax (6.0%)** | $83.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,469.80 |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ  07102

Phone #    973-648-0090
Fax #       973-648-0004

Tax ID 03-0385240

# EXHIBIT 14

ENTERED IN *753 AT 50''*
COMPUTER BY: _____

Prepared For
**ANGELA BARON
PITNEY HARDIN K & S**

Account Number
3782-913510-7300

## Activity Continued

| | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|
| 05/14/04 | MARRIOTT 337C7NYFCTRNEW YORK<br>40400004 ROYS<br>ROYS | NY<br>05/13/04 | 00040400004 | | 65.24 |

*10501*

*082913
000009*

# EXHIBIT 15

173 mew

ENTERED
COMPUTER B\...
25381  6/30/04

| | | | | | | |
|---|---|---|---|---|---|---|
| **Prepared For** ANGELA S BARON PITNEY HARDIN K & S | | **Account Number** 3782-906600-71003 | | **Closing Date** 06/02/04 | | Page 27 of 47 |

**Card Number 3782-906600-71821**

| | | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 05/14/04 | EDISON PLAZA CORP    NEWARK 000000453 PARKING PARKING | NJ 05/13/04 | 00000000453 | 10501 | 14.00 |
| 05/21/04 | HILTON HOTELS GATEWANEWARK 014287556 LODGING LODGING | NJ 05/20/04 | 00014287556 | 10501 | 30.86 |
| 05/21/04 | EDISON PLAZA CORP    NEWARK 000001253 PARKING PARKING | NJ 05/20/04 | 00000001253 | | 10.00 |
| 06/02/04 | EDISON PLAZA CORP    NEWARK 000002405 PARKING PARKING | NJ 06/01/04 | 00000002405 | 10501 | 14.00 |

082913
000004

082913
000009

082913
000009

# EXHIBIT 16

# INTEGRITY EXPRESS INC.

**INVOICE**

ONE LACKAWANNA PLACE STE B
P.O. BOX 857
MORRISTOWN, NJ 07963-0857
(973) 326-1500 FAX (973) 631-1113

**Your Courier Service
Your Job-Your Way**

| 12354 | 4 of 6 |
|---|---|
| 221 | NET DUE |
| 5/31/2004 | |
| $2,188.90 | |

Invoice Submitted To:

**PITNEY, HARDIN, LLP**
PO BOX 1945
FLORHAM PARK, NJ 07932
Attn: EILEEN M. LOUISA

| Order Date / Order Num / Service / Reference / Caller | Pickup Address | | | | Drop Off Address | | | | Recieved By: / Received By Time - Date | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Base Charge | Piece | Minutes | Pounds | Miles | Insurance | Qouted Rate | Expense | Other1 | Other2 | | Total |
| 5/21/2004 | PITNEY HARDIN | | | | USDC-SOUTHERN DIST OF NY | | | STAMPED | | | |
| 89974 | 200 CAMPUS DR-M/R IN BACK | | | | 500 PEARL ST | | | 3:59 PM | 05/21/2004 | | |
| NY RATES | FLORHAM PARK | NJ 07932 | | | NY | NY 10007 | | | | | |
| 000001-MOFFITT | | | | | | | | | | | |
| ROSE ROBERTS X7325 | 1 | 98 | | 35 | $1.00 | | | TOLL/GAS PARKING | | | |
| $55.00 | | $36.00 | | | | | | $9.85 | $22.50 | | $124.35 ✓ |

# EXHIBIT 17

207

**ROMANELLI'S ITALIAN EATERY**
Serving the Area for Over 30 Years
Open 7 Days - We Deliver
42 Lincoln Place
MADISON, NJ 07940
(973) 377-9515

| CUSTOMER'S ORDER NO. | PHONE | | | | DATE 5/26/04 |
|---|---|---|---|---|---|
| 08291000009 | | | | | |

NAME RYAN Moffit
ADDRESS Ditney Harden 200 canals

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |
|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | small chz | | |
| | large chz | | |

PAID
APPROVED
VENDOR NO. 10369
CHECK NO. 262213
SOLD BY ____ RECEIVED BY 7034

CHARGE

TAX

TOTAL 29 10

8117        All claims and returned goods
             MUST be accompanied by this bill.        **Thank You!**

PRODUCT 2530

B

# EXHIBIT 18

HARDIN

**Invoice #: A20250**

| | | Pickup Address | Delivery Address | Base Surcharges | Total |
|---|---|---|---|---|---|

REFERENCE: 082913-000009 A MARQUETTA — *Marchetta (ATN)*

| Date Docket # Service | Booked By AD # | Pickup Address | Delivery Address | Base Surcharges | Total |
|---|---|---|---|---|---|
| 05/26/2004 292527 MESSENGER | STEVE | PITNEY HARDIN 685 THIRD AVENUE NEW YORK 10022 | 500 PEARL ST NEW YORK 10005 | 10.45 30.45 | 40.90 |
| | | *** Surcharges: roundtrip - direct r/r/t - | | | |
| 05/26/2004 292545 MESSENGER | STEVE | PITNEY HARDIN 685 THIRD AVENUE NEW YORK 10022 | AETNA JUDICIAL SERVICES 225 BWAY NEW YORK | 10.45 0.00 | 10.45 |

| | Dockets | Base | Surcharges | Total |
|---|---|---|---|---|
| Sub-Totals For This Group: | 2 | 20.90 | 30.45 | 51.35 |

# EXHIBIT 19

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| | |
|---|---|
| 5/28/2004 | N1962 |

**Bill To**

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**
**Attn: Accounts Payable**

| KK | 082913-000009 | 5/18/2004 | Moffitt, Brian |
|---|---|---|---|
| Quantity | Description | Unit Price | Extension |
| 1,365 | 8.5 x 11 Copy | 0.10 | 136.50T |

PAID
APPROVED
VENDOR NO.
CHECK NO.
CHARGE

| | |
|---|---|
| Sales Tax (6.0%) | $8.19 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$144.69** |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #    973-648-0090
Fax #      973-648-0004

**Tax ID 03-0385240**

# EXHIBIT 20

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| | |
|---|---|
| 5/28/2004 | N1749 |

**Bill To**

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| Rep | Reference/Case | Date Requested | Request By |
|---|---|---|---|
| KK | 82913.000009 | 4/20/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 2,806 | 8.5 x 11 Copy | 0.10 | 280.60T |

*o.k. to pay 6/30/04*
*082913.000009*

PAID
APPROVED
VENDOR NO...... 053559
CHECK NO...... 2626.53
CHARGE...... 1050

| | |
|---|---|
| **Sales Tax (6.0%)** | $16.84 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $297.44 |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #   973-648-0090
Fax #   973-648-0004

Tax ID 03-0385240

# EXHIBIT 21

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME ___ANTHONY J. MARCHETTA___

Period From: _____
To: _____

RECEIVED

JUN 0 8 2004

PITNEY, HARDIN, KIPP & SZUCH LLP

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | | | | | | Show details on Page 2 |
| 6/1/2004 | Superfund case New York for court appearance on NY | 45 | $16.88 | $13.00 | | | $16.00 | $45.88 | 082913.9 (Superfund) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Expenses Reported   $  45.88

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature

Date  6/2/04

6/4/2004

PAID

JUN 2 8 2004

PITNEY HARDIN KIPP & SZUCH LLP

ENTERED IN COMPUTER BY

6/29/04

10501

# EXHIBIT 22

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| 6/10/2004 | V2072 |
|-----------|-------|

**Bill To**

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| KK | 82913.000009 | 6/2/2004 | Parker, Sue |
|----|--------------|----------|-------------|
| Quantity | Description | Unit Price | Extension |
| 4,367 | 8.5 x 11 Copy | 0.10 | 436.70T |
| 36 | Oversize Print 24x36 (Per Sq. Ft.) | 1.50 | 54.00T |
| 4,643 | Bates Range(RMD-17-000001-004643) | 0.05 | 232.15T |

*o.k. to pay 4/30/04*

PAID..........
APPROVED..........
VENDOR NO....09359
CHECK NO. 262653
CHARGE....10501

*082913.000009*
*Brian _____*

| Sales Tax  (6.0%) | $43.37 |
|---|---|

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ  07102

| Phone # | 973-648-0090 |
|---|---|
| Fax # | 973-648-0004 |

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$766.22** |

Tax ID 03-0385240

# EXHIBIT 23

# Skyline Duplication
**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 6/10/2004 | N2073 |

**Bill To**

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 82913.000009 | 6/2/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 4,734 | 8.5 x 11 Copy | 0.10 | 473.40T |

*o.k. to pay 6/30/04*
*082913.000009*
*Brian Emmpit*

PAID...........
APPROVED.......
VENDOR NO. 05353
CHECK NO. 262053
CHARGE. 1.0501

| | |
|---|---|
| **Sales Tax (6.0%)** | $28.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $501.80 |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #  973-648-0090
Fax #  973-648-0004

Tax ID 03-0385240

# EXHIBIT 24



PITNEY HARDIN KIPP & SZUCH

CHECK REQUISITION

APPROVED

DATE 6/14/04

NO 682943

VENDOR NO. 8362.54

CHECK NO. 24682

ID. 000009

CHARGE 17004

PAYER Your Service

CLIENT W.R. Grace & Co.

MATTER W.W. Superfund

DESCRIPTION certain service of subpoena on Stewart Smith

AMOUNT $75.00

Authorized Signature

AUTHORIZED SIGNATURE

# EXHIBIT 25

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| INVOICE DATE | INVOICE # |
|---|---|
| 6/14/2004 | V2101 |

**Bill To**

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| Rep | Reference/Case | Date Requested | Ordered By |
|---|---|---|---|
| KK | 82913.000009 | 6/4/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 13,155 | 8.5 x 11 | 0.10 | 1,315.50T |

*o.k. to pay 6/30/04*
*082913.000009*
*Brian Emfurt*

PAID....
APPROVED....
VENDOR NO. *08359*
CHECK NO. *262653*
CHARGE.... *70501*

| | |
|---|---|
| **Sales Tax (6.0%)** | $78.93 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,394.43 |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #   973-648-0090
Fax #   973-648-0004

Tax ID 03-0385240

# EXHIBIT 26

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice |
|---|---|
| 6/16/2004 | V2120 |

**Bill To**

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**
**Attn: Accounts Payable**

PAID..................
APPROVED.....
VENDOR NO. _05355_
CHECK NO. _262605_
CHARGE..... _1050_

| Rep | Reference/Case # | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.000009 | 6/7/2004 | Moffitt, Brian |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 52,645 | 8.5 x 11 Copy | 0.10 | 5,264.50T |
| 4 | 11 X 17 | 0.35 | 1.40T |
| 3 | Oversize print 12x30 (per sq. ft.) | 1.50 | 4.50T |
| 4 | Oversize print 11x24 (per sq. ft.) | 1.50 | 6.00T |

6/20/04 to pay
082913.

3

| | |
|---|---|
| **Sales Tax (6.0%)** | $316.58 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,592.98 |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #  973-648-0090
Fax #  973-648-0004

**Tax ID 03-0385240**

# EXHIBIT 27

RECEIVED

JUN 2 3 2004

PITNEY, HARDIN, KIPP & SZUC

## DIRECT REIMBURSEMENT EXPENSE REPORT

NAME __ANTHONY J. MARCHETTA__

Period From: _____
To: _____

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
| | | Miles | Amount | Parking or Tolls | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/17/2004 | Travel to New York for court hearing on NY Superfund case | 110 | $41.25 | $13.00 | | $11.70 | $6.60 | $72.55 | 082913.00009 |
| | | | | | | | $31.00 | $31.00 | 082913.00009 |
| | | | | | | | $9.00 | $9.00 | 082913.00009 |
| | | | | | | | | | WRG/NY Superfund |

Show details on Page 2

Expenses Reported   $   112.55

I certify that I have incurred all the expenses above on behalf of the Firm and that they are directly related to the active conduct of the Firm's business.

Signature _____   Date __6/21/04__

6/17/2004

ENTERED IN
COMPUTER BY: _____ 6/29/04

PAID
JUN 2 8 2004
PITNEY HARDIN KIPP & SZUCH LLP

10501 - 100.85
10504 - 11.70

# EXHIBIT 28

INVOICE #: 24   TO: PITNEY,HARDIN,KIPP & SZUCH ESQ.,

AETNA CENTRAL JUDICIAL SERVICES

| | CLIENT FILE # | C A P T I O N | R E C I P I E N T | SERV CODE | FEES ADVANCE | TOTAL CHARGE |
|---|---|---|---|---|---|---|
| 03/22/2004 | 1PHKS145271 | 082910 1114 TRIZECHAHN 102292 MR.GRACE | B. Benjamin OBTAIN COPY OF DECISION | AD | 1.00 | 6.00 |
| 03/29/2004 | 1PHKS102072 | 082910 1114 TRIZECHAHN 102292 W.R GRACE | B. Benjamin OBTAIN COPY OF ATTACHED | A | 0.00 | 10.00 |
| 06/03/2004 | 1PHKS145350 | 082910 1114 TRIZECHAHN 102292 W.R GRACE | B. Benjamin OBTAIN COPY OF DECISION | BD | 1.00 | 16.00 |

# EXHIBIT 29

## NEW YORK

DIRECT REIMBURSEMENT EXPENSE REPORT

JUN 3 0 2004

10501

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

6/14/2004

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 6, 2004 |
| | : | Hearing Date: TBD, if necessary |

## <u>VERIFICATION</u>

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1.  I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in

good standing of the bars of the State of New Jersey, the United States District Court for the

District of New Jersey, the United States Court of Appeals for the Third Circuit, the United

States District Court for the Northern District of New York, the United States District Court for

the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: August 11, 2004

Respectfully submitted,
PITNEY HARDIN LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950