**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al*.,<br><br>W.R. GRACE & CO<br>("the Debtors") | In proceedings for Reorganization under Chapter 11<br><br>Case No. 01-01139 (JKF) Jointly Administered<br><br>Case No. 01-01139<br><br>Claim Amount: **$37,995.00**<br>Claim No.: **1383** |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR CONSTRUCTION TECHNOLOGY, CLAIM NO. 1383, IN THE AMOUNT OF $37,995.00, TO DK ACQUISITION PARTNERS, L.P.

**To Transferor:**   CONSTRUCTION TECHNOLOGY
ATTN: JEFFREY WOLFF
ACCOUNTING MANAGER
5400 OLD ORCHARD ROAD
SKOKIE, IL 60077

PLEASE TAKE NOTICE that the transfer of **$37,995.00** of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**   DK Acquisition Partners, L.P.
Attn: Michael J. Leffell
885 Third Avenue
Suite 3300
New York, NY 10022
Facsimile: (212) 371-4318

The Notice of Transfer of Claim is attached hereto. No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

    Deputy Clerk
    United States Bankruptcy Court
    824 N. Market St., 3rd Floor
    Wilmington, DE 19801

- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
    Refer to INTERNAL CONTROL NO. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

If your objection is not timely filed, the transferee will be substituted on our records as the claimant in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATED BANKRUPTCY COURT
Delaware

| In re: | Case No. 01-01139 |
|---|---|
| WR Grace & Co.-Conn. | Chapter 11 |
| Debtor | |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Construction Technology ("Assignor") against the Debtor in the amount of $37,995.00 and all claims of Assignor against WR Grace & Co.-Conn. have been transferred and assigned to DK Acquisition Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to DK Acquisition Partners, L.P. according to the terms of the Assignment of Claim duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below.

ASSIGNEE: DK Acquisition Partners, L.P.  
Address: 885 Third Avenue  
Suite 3300  
New York, NY 10022  
Attn: Michael J. Leffell  
Tel: (212) 446-4090  
Fax: (212) 371-4318  

ASSIGNOR: Construction Technology  
Address: 5400 Old Orchard Road.  
Skokie, Il 60077  
Signature: *Jeffrey Wolff*  
Name: Jeffrey Wolff  
Title: Accounting Manager  
Date: 7/28/04