# Exhibit B

Black-line Version of Revised Order

IN THE UNITED STATES BANKRUPTCY COURT[

]FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) Chapter 11 | |
| | ) | ) |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 |
| | (JKF) | |
| | ) [(]Jointly Administered[)] | |
| | Debtors. {————————) | |

————————Re: Docket No. ———— and}[ ) ]

{———————————————————————————— 8/23/04
Agenda Item # ———}

**ORDER AUTHORIZING DEBTORS{:} TO EXPAND SCOPE OF EMPLOYMENT OF
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. AS SPECIAL COUNSEL**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Upon the amended application (the "Amended Application")[2] of the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively{,} the "Debtors") seeking entry of an order under section 327(e) of the Bankruptcy Code authorizing the Debtors to expand the scope of the retention of Nelson Mullins as special counsel to Debtors; and it appearing that the Court has jurisdiction to consider the Amended Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Amended Application is properly in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Amended Application having been given; and it appearing that the relief requested in the Amended Application is in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor{,}[;]

IT IS HEREBY ORDERED THAT:

{1.}[1. ]The Amended Application is granted.

{2.}[2. ]In accordance with sections 327(e) and 328 of the Bankruptcy Code, the Debtors are authorized to employ and retain Nelson Mullins as special counsel {on the terms set forth in the Amended Application}[**to the Debtors in environmental-related litigation issues and real estate transactions**].

{3.}[3. ]The Firm shall be entitled to allowance of compensation and reimbursement of expenses{,}[;] upon the filing and approval of interim and final applications

---

[2]   Any term not defined herein shall have the meaning ascribed thereto in the Amended Application.

pursuant to the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and such other orders as the Court may direct.

{4.—

}[**4.** ]This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: August {———}_, 2004
    {═══════════════════}

_____
                                    The Honorable Judith K. Fitzgerald
                                    United States Bankruptcy Judge