**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 30, 2004

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10520

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/2/2004 | AV | Update database with 10.03 - 12.03 10th Int. Invoice for Bilzin (.1) | 0.10 | 4.00 |
| 4/7/2004 | PGS | Preparation of March 2004 Monthly Invoice of WHS | 0.70 | 56.00 |
| 4/8/2004 | AV | Update database with 2.04 Monthly Invoice for Klett (.1); 2.04 Monthly Invoice for Stroock (.1); 10.03 Monthly Invoice for BMC (.1); 11.03 Monthly Invoice for BMC (.1); 12.03 Monthly Invoice for BMC (.1); 10.03 - 12.03 11th Int. Invoice for BMC (.1); 2.04 Monthly Invoice for Pachulski (.1); 2.04 Monthly Invoice for Kirkland (.1); 7.03 - 12.03 Invoice for Hamilton (.1) | 0.90 | 36.00 |
|  | AV | Update database with 10.03 - 12.03 11th Int. Invoice for Ferry (.1) | 0.10 | 4.00 |
|  | PGS | Electronic filing with court of of March 2004 Monthly Invoice of WHS | 0.10 | 8.00 |
|  | JBA | Update database with Reed Smith 2.04 e-detail, and Casner 2.04 e-detail | 0.10 | 4.00 |
| 4/12/2004 | JAW | detailed review of Bilzin October 1 - December 31 2003 interim fee application (0.9); draft summary of same (0.2) | 1.10 | 148.50 |
|  | JBA | Update database with FTI 12th Interim App/e-detail | 0.10 | 4.00 |

214 698-3868

W.R. Grace & Co. Page 2

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/13/2004 | PGS | Preparation of CNO for February 2004 | 0.10 | 8.00 |
| 4/14/2004 | AV | Update database with 2.04 Monthly Invoice for Reed (.1); 1.04 Monthly Invoice for Wallace (.1); 2.04 Monthly Invoice for Woodcock (.1); 2.04 Monthly Invoice for Casner (.1) | 0.40 | 16.00 |
| | PGS | Electronic filing with court of CNO for February 2004 of WHS | 0.10 | 8.00 |
| 4/16/2004 | JAW | detailed review of BMC December, 2003, monthly invoice (1.0); draft summary of same (0.1) | 1.10 | 148.50 |
| | JAW | detailed review of BMC November, 2003, monthly invoice (1.2); draft summary of same (0.1) | 1.30 | 175.50 |
| | JAW | detailed review of Kirkland February, 2004, monthly invoice (4.5) | 4.50 | 607.50 |
| 4/17/2004 | JAW | detailed review of BMC October, 2003, monthly invoice (1.4); draft summary of same (0.1) | 1.50 | 202.50 |
| | JAW | detailed review of Stroock February, 2004, monthly invoice (1.5); draft summary of same (0.2) | 1.70 | 229.50 |
| | JAW | draft summary of Kirkland February, 2004, monthly invoice (1.6) | 1.60 | 216.00 |
| 4/20/2004 | SLB | detailed review of 11th Int application - Blacksone (8.8) | 8.80 | 968.00 |
| | AV | Update database with 2.04 Monthly Invoice for Caplin (.1); 2.04 Monthly Invoice for Legal (.1); 2.04 Monthly Invoice for Campbell (.1); 2.04 Monthly Invoice for PWC (.1); 10.03 - 12.03 Int. Invoice for Duane (.1) | 0.50 | 20.00 |
| 4/21/2004 | SLB | complete draft of 11th Int initial report - Blackstone (8.5) | 8.50 | 935.00 |
| | JBA | Update database with Blackstone 11th Interim App/e-detail | 0.10 | 4.00 |
| 4/22/2004 | WHS | receive and review amended agenda | 0.10 | 27.50 |

W.R. Grace & Co.      Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/23/2004 | SLB | complete review of 11th Int app. and begin draft of initial report - Stroock (8.4) | 8.40 | 924.00 |
|  | AV | Update database with 2.04 Monthly Invoice for Pitney (.1); 3.04 Monthly Invoice for Carella (.1); 10.03 Monthly Invoice for Deloitte (.1); 11.03 Monthly Invoice for Deloitte (.1); 12.03 Monthly Invoice for Deloitte (.1); 3.04 Monthly Invoice for Stroock (.1) | 0.60 | 24.00 |
| 4/26/2004 | JAW | detailed review of Woodcock January, 2004, monthly invoice (1.9); draft summary of same (0.3) | 2.20 | 297.00 |
|  | SLB | complete draft of 11th int initial report - Stroock (6.4) | 6.40 | 704.00 |
|  | JAW | detailed review of Protiviti January, 2004, monthly invoice (1.3); draft summary of same (0.6) | 1.90 | 256.50 |
| 4/27/2004 | SLB | research regarding 5th Int Bilzen reduction in error (3.2) | 3.20 | 352.00 |
|  | SLB | complete review of app and begin draft of 11th Int initial report - FTI Policano (5.4) | 5.40 | 594.00 |
| 4/28/2004 | SLB | complete draft of 11th Int final report - FTI Policano (4.7) ; complete review of app and 11th Int final report - BMC (3.8) | 8.50 | 935.00 |
|  | DTW | Review and revise Blackstone, Stroock, and CBBG 11th initial report (.3) | 0.30 | 43.50 |
|  | AV | Update database with 3.04 Monthly Invoice for Woodcock (.1); 2.04 Monthly Invoice for Wallace (.1) | 0.20 | 8.00 |
| 4/29/2004 | SLB | complete review of app. and draft of 11th Int final report - Casner (4.8) ; complete review of app. and draft of 11th Int initial report - Bilzen (3.9) | 8.70 | 957.00 |
| 4/30/2004 | SLB | complete reviews of apps and drafts of 11th Int final reports - Bilzen (2.3) ; Campbell (1.8); Tersigni (1.7) ; Caplin (1.9) | 7.70 | 847.00 |
|  | DTW | Review and revise Bilzin 11th initial report and short conference with S. Bossay regarding same (.1). | 0.10 | 14.50 |
|  | AV | Update database with 3.04 Monthly Invoice for Stroock (.1); 3.04 Monthly Invoice for Klett (.1) | 0.20 | 8.00 |

W.R. Grace & Co. Page 4

| | Hours | Amount |
|---|---:|---:|
| **For professional services rendered** | 87.30 | $9,795.00 |

Additional Charges :

| | Price | |
|---|---:|---:|
| Travel Expenses to Wilmington Delware - Parking (1/2 allocated to other case) | 10.50 | 10.50 |
| Travel Expenses to Wilmington Delware - Taxi Cab Fare (1/2 allocated to other case) | 65.00 | 65.00 |
| Travel Expenses to Wilmington Delware - Air Fare (1/2 allocated to other case) | 645.60 | 645.60 |
| Travel Expenses to Wilmington Delware - Hotel (1/2 allocated to other case) | 81.95 | 81.95 |
| Travel Expenses to Wilmington Delware - Dinner (1/2 allocated to other case) | 6.83 | 6.83 |
| Pacer Charges 01/01/04 - 03/31/04 | 22.19 | 22.19 |
| FedEx - March 2004 | 140.86 | 140.86 |

**Total costs** $972.93

**Total amount of this bill** $10,767.93

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alayne Volfson | 3.00 | 40.00 | $120.00 |
| Doreen T Williams | 0.40 | 145.00 | $58.00 |
| James A Wehrmann | 16.90 | 135.00 | $2,281.50 |
| Jeff B. Allgood | 0.30 | 40.00 | $12.00 |
| Priscilla G Stidham | 1.00 | 80.00 | $80.00 |
| Stephen L. Bossay | 65.60 | 110.00 | $7,216.00 |
| Warren H Smith | 0.10 | 275.00 | $27.50 |