**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 31, 2004

In Reference To:        Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10521

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/3/2004 SLB | complete review of app. and draft of 11th Int final report - Duane Morris (4.8) | | 4.80 | 624.00 |
| SLB | PACER research for 11th Int applications (3.8) | | 3.80 | 494.00 |
| AV | Update database with 2.04 Monthly Invoice for Bilzin (.1); 3.04 Monthly Invoice for Bilzin (.1); 3.04 Monthly Invoice for Ferry (.1); 3.04 Monthly Invoice for Tersigni (.1); 2.04 Monthly Invoice for Tersigni (.1); 3.04 Monthly Invoice for Legal (.1); 3.04 Monthly Invoice for Campbell (.1); 3.04 Monthly Invoice for Caplin (.1) | | 0.80 | 32.00 |
| 5/4/2004 SLB | complete draft of 11th Interim CBBG final report (1.6) ; complete review of app. and draft of 11th Int final report - Hamilton (.9) ; complete review of app. and draft of 11th Int final report - Ferry Joseph (1.2) ; complete review of app. and draft of 11th Int final report - HRO (2.0) ; begin draft of 11th Int initial report - K&E (1.2) | | 6.90 | 897.00 |
| SLB | draft e-mail to Conway, LAS, Lukins, PI Comm.,Protiviti, Steptoe and Wachtell re status of 11th Interim apps. (1.8) | | 1.80 | 234.00 |
| 5/5/2004 PGS | Prepartion of April 2004 Monthly Invoice of WHS | | 0.70 | 56.00 |
| SLB | complete draft of 11th Int initial report - K&E (7.2) ; complete draft of 11th Int final report - Nelson Mullins (1.1) | | 8.30 | 1,079.00 |

214 698-3868

W.R. Grace & Co. Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/5/2004 | AV | Update database with 3.04 Monthly Invoice for Kirkland (.1) | 0.10 | 4.00 |
| 5/6/2004 | AV | Update database with 11th Int.Initial Report response for Carella (.1) | 0.10 | 4.00 |
| | JBA | draft e-mail to Klett re: Kramer 2.04 e-detail corrupt document | 0.10 | 4.00 |
| | JBA | Update database with e-response re: Blackstone 11th Interim IR | 0.10 | 4.00 |
| | PGS | Preparation of CNO for March 2004 | 0.10 | 8.00 |
| | PGS | Electronic filing with court of March 2004 CNO of WHS | 0.10 | 8.00 |
| | SLB | Complete draft of 11th Int initial report - PwC (5.3) ; complete draft of 11th Int final report - Reed Smith ( 2.1 ) ; complete draft of 11th Int final report - Blackstone (1.5  ) | 8.90 | 1,157.00 |
| 5/7/2004 | DTW | Review and revise initial reports for 11th period of PwC, K&E, Richardson, Elzufon, Lukins (.4). | 0.40 | 58.00 |
| | SLB | complete draft of 11th Int initial report - Protiviti (3.3) ; complete draft of 11th Int final report - Stroock (2.4) ; complete draft of 11th Int final report - Duff & Phelps (1.8  ) | 7.50 | 975.00 |
| | AV | Update database with 2.04 Monthly Invoice for Kramer (.1) | 0.10 | 4.00 |
| | JAW | detailed review of Wallace January, 2004, monthly invoice (1.4); draft summary of same (0.5) | 1.90 | 256.50 |
| | JAW | detailed review of Deloitte October, 2003, monthly invoice (2.1); draft summary of same (0.2) | 2.30 | 310.50 |
| | PGS | Electronic filing with court of April 2004 Monthly Invoice of WHS | 0.20 | 16.00 |
| 5/10/2004 | SLB | complete review of apps. and drafts of 11th Int initial reports - RPWB (2.6) ; Lukins (1.2) ; Elzufon (.7); Wallace King (4.2) | 8.70 | 1,131.00 |

W.R. Grace & Co.                                          Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/10/2004 | JBA | Update database with Reed Smith 3.04 e-detail | 0.10 | 4.00 |
| | JBA | Update database with e-response re: Stroock 11th Interim IR | 0.10 | 4.00 |
| | AV | Update database with 3.04 Monthly Invoice for Reed (.1) | 0.10 | 4.00 |
| 5/11/2004 | DTW | Review and revise Wallace King 11th (.1). | 0.10 | 14.50 |
| | JAW | detailed review of Wallace King February, 2004, monthly invoice (1.2); draft summary of same (0.2) | 1.40 | 189.00 |
| | JAW | detailed review of Woodcock February, 2004, monthly invoice (1.1); draft summary of same (0.1) | 1.20 | 162.00 |
| | JAW | detailed review of Pitney February, 2004, monthly invoice (1.0); draft summary of same (0.1) | 1.10 | 148.50 |
| | JBA | Update database with e-response re: K&E 11th Interim IR | 0.10 | 4.00 |
| | SLB | complete review of app. and draft of 11th Interim final report - Pachulski (4.7) ; complete draft of compilation of final reports of applicants with no objections (3.7) | 8.40 | 1,092.00 |
| 5/12/2004 | AV | Update database with 3.04 Monthly Invoice for Pachulski (.1) | 0.10 | 4.00 |
| | JAW | detailed review of Tersigini February, 2004, monthly invoice (1.3); draft summary of same (0.8) | 2.10 | 283.50 |
| | SLB | complete review of application and draft of 11th Int final report - Steptoe (1.7) ; complete draft of 11th Int final report - K&E (4.3) | 6.00 | 780.00 |
| | SLB | draft e-mails to Conway, Deloitte, Steptoe, Duff & Phelps & Goodwin re. 11th Int applications (2.2) | 2.20 | 286.00 |
| | PGS | Preparation of the 12th Interim Fee Application of WHS | 3.70 | 296.00 |

W.R. Grace & Co.                                                  Page 4

| Date | Initials | Description | **Hours** | **Amount** |
|---|---|---|---|---|
| 5/13/2004 | AV | Update database with 1.04 Monthly Invoice for Nelson (.1); 2.04 Monthly Invoice for Nelson (.1); 3.04 Monthly Invoice for Nelson (.1); 11th Int. Initial Report response for Lukins (.1) | 0.40 | 16.00 |
| | SLB | complete draft of 11th Int final report - PwC (5.5) ; complete draft of 11th Int final report - Protiviti (2.7) | 8.20 | 1,066.00 |
| 5/14/2004 | PGS | Electronic filing with court of 12th Interim Fee Application of WHS | 0.10 | 8.00 |
| | SLB | complete review of 11th Int applications of Conway (4.4) and Goodwin (2.8) | 7.20 | 936.00 |
| 5/17/2004 | TM | Update database with 4.04 Monthly Invoice for Ferry (.1) | 0.10 | 4.00 |
| | SLB | complete draft of 11th Int. final report - Conway (3.6) ; Goodwin (2.8) ; begin review of app. and draft of 11th Int initial report - Deloitte (2.2) | 8.60 | 1,118.00 |
| 5/18/2004 | JAW | detailed review of PwC February, 2004, monthly invoice (1.4) | 1.40 | 189.00 |
| | TM | Update database with 10.03-12.03 Int for Lukins (.2), 1.04-3.04 Int. for Stroock (.1) | 0.30 | 12.00 |
| | JBA | Update database with Strrock 12th Int 1-3.04 App/e-detail | 0.10 | 4.00 |
| | SLB | continue draft of 11th Int initial report - Deloitte (8.6) | 8.60 | 1,118.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 5/19/2004 | SLB | complete draft of 11th Int initial report - Deloitte (4.7) ; begin review of 11th Int final reports and compilation of project category data (3.7) | 8.40 | 1,092.00 |
| | TM | Update database with 4.04 Monthly Invoice for Carella (.1), 3.04 Monthly Invoice for Proviti (.1), 1.04-3.04 Int. for Reed (.1) | 0.30 | 12.00 |
| | DTW | Review and revise Deloitte 11th initial report (.1). | 0.10 | 14.50 |

W.R. Grace & Co.                                           Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/20/2004 | TM | Update database with 1.04-3/04 Int. for Casner, 1.04-3.04 Int for Kirkland, 10.03-12.03 Int. for Steptoe (.2) | 0.20 | 8.00 |
| | SLB | review of final reports and compilation of project category spreadsheet information (7.2) | 7.20 | 936.00 |
| | SLB | complete draft of 11th Int final report - RPWB (1.8) | 1.80 | 234.00 |
| 5/21/2004 | SLB | review of final reports and compilation of project category information (8.7) | 8.70 | 1,131.00 |
| 5/24/2004 | WHS | detailed review of Bilzin 11th Int FR | 0.10 | 27.50 |
| | TM | Update database with 3.04 Monthly Invoice, 1.04-3.04 Int. for PwC (.1) | 0.10 | 4.00 |
| | JBA | Electronic filing with court of 11th Interim Final Reports re: Bilzin (.1), Carrella (.1), Protiviti (.1), PWC (.1), and Strrock (.1) | 0.50 | 20.00 |
| | SLB | compilation of project category information for 11th interim hearing (8.5) | 8.50 | 1,105.00 |
| | WHS | detailed review of Stroock 11th Int FR | 0.10 | 27.50 |
| | JAW | draft summary of PwC February, 2004, monthly invoice (0.5) | 0.50 | 67.50 |
| | WHS | detailed review of PWC 11th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Protiviti 11th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of CBBG 11th Int FR | 0.10 | 27.50 |
| 5/25/2004 | TM | Update database with 1.04-3.04 Int for Tersigni, 1.04-3.04 Int for Campbell, 1.04-3.04 Int. for Legal (.2), 8.03-12.03 Int for Conway (.1), 5.03-12.03 Int for Goodwin (.1) | 0.40 | 16.00 |

W.R. Grace & Co.                                                                                                          Page      6

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 5/25/2004 | SLB | telephone conference with J. Sakalo - Bilzen re CDG 11th Int application (.4) | 0.40 | 52.00 |
|  | SLB | continue compilation of 11th Int project category material (2.3) | 2.30 | 299.00 |
|  | SLB | draft 11th Int final report - Deloitte (4.8) | 4.80 | 624.00 |
|  | SLB | draft e-mails to Elzufon, Wallace King, Deloitte re 11th Int responses (.9) | 0.90 | 117.00 |
|  | WHS | detailed review of Deloitte 11th Int FR | 0.10 | 27.50 |
| 5/26/2004 | TM | Update database with 1.04-3.04 Int for CBMG (.1) | 0.10 | 4.00 |
|  | JAW | detailed review of Kirkland March, 2004, monthly invoice (5.6); draft summary of same (0.9) | 6.50 | 877.50 |
| 5/28/2004 | JBA | Electronic filing with court of 11th Interim Final Reports re: Duff (.1), K&E (.1), Lukins (.1), Richardson (.1), Blackstone (.1), and Goodwin (.1) | 0.60 | 24.00 |
|  | JBA | Electronic filing with court of Final Report re: Deloitte 11th Interim | 0.10 | 4.00 |
|  | WHS | detailed review of K&E 11th Int FR | 0.10 | 27.50 |
|  | SLB | revise drafts of 11th Int final reports - Lukins, RPWB, Elzufon (2.4) | 2.40 | 312.00 |
|  | TM | Update database with 1.04-3.04 Int. for Conway, 1.04, 2.04, 3.04 Monthly Invoices for Elzufon (.1) | 0.10 | 4.00 |
|  | WHS | detailed review of Blackstone 11th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of final report re Richardson | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                    Page        7

|  |  | Hours | Amount |
|---|---|---:|---:|
| 5/28/2004 WHS | detailed review of Lukins 11th Int FR | 0.10 | 27.50 |
| WHS | detailed review of Duff 11th Int FR | 0.10 | 27.50 |

**For professional services rendered**                                                       **175.50  $22,386.00**

Additional Charges :

|  | Price |  |
|---|---:|---:|
| Third party copies & document prep/setup of Final Report of Stroock for the period 08/01/03 - 10/31/03 | 23.03 | 23.03 |
| Third party copies & document prep/setup of Final Report of Stroock for the period 08/01/03 - 10/31/03 | 23.03 | 23.03 |
| Third party copies & document prep/setup of Amended Final Report of Elzufon for the period 07/01/03 - 09/30/03 | 13.25 | 13.25 |
| Third party copies & document prep/setup of March 2004 Monthly Invoice of WHS | 28.40 | 28.40 |
| Third party copies & document prep/setup of Initial Report of Stroock and Carella for the period of 10/01/03 - 12/31/03; Initial Report of Blackston for the period 01/01/03 - 12/31/03 | 3.69 | 3.69 |

**Total costs**                                                                                                          **$91.40**

**Total amount of this bill**                                                                                  **$22,477.40**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alayne Volfson | 1.70 | 40.00 | $68.00 |
| Doreen T Williams | 0.60 | 145.00 | $87.00 |
| James A Wehrmann | 18.40 | 135.00 | $2,484.00 |
| Jeff B. Allgood | 1.80 | 40.00 | $72.00 |
| Priscilla G Stidham | 4.90 | 80.00 | $392.00 |

W.R. Grace & Co.                                                                                              Page      8

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stephen L. Bossay | 145.30 | 130.00 | $18,889.00 |
| Thara Mathews | 1.60 | 40.00 | $64.00 |
| Warren H Smith | 1.20 | 275.00 | $330.00 |