**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

June 30, 2004

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #     10521

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/1/2004 | TM | Update database with 4.04 Monthly Invoice and 1.04-3.04 Int. for Klett (.1), 1.04-3.04 Int for Ferry, 4.04 Monthly Invoice for Bilzin (.1). | 0.20 | 8.00 |
|  | JBA | Electronic filing with court of Final Report re: No Objection Applicants 11th Interim | 0.20 | 8.00 |
|  | JBA | telephone conference with L. Hamilton at FTI re: fee application and monthly invoices for electronic filing | 0.10 | 4.00 |
|  | SLB | begin preparation of 11th Interim fee and expenses chart (8.8) | 8.80 | 1,144.00 |
| 6/2/2004 | TM | Update database with 3.04 Monthly Invoice for Pitney, 4.04 Monthly Invoice for Kirkland, 1.04, 2.04, 3.04 Monthly Invoices for Goodwin, 3.04 Monthly Invoice for Kramer, 1.04-3.04 Int. for Pachulski (.2) | 0.20 | 8.00 |
|  | PGS | Preparation of May 2004 Monthly Invoice of WHS | 0.80 | 64.00 |
|  | SLB | complete draft of 11th Int final report - Wallace King (3.6) ; Elzufon (.8) ; CDG (4.2) | 8.60 | 1,118.00 |
| 6/3/2004 | PGS | Preparation of CNO for April 2004 | 0.10 | 8.00 |
|  | WHS | detailed review of Elzufon 11th Int FR | 0.10 | 27.50 |

W.R. Grace & Co.       Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/3/2004 | WHS | detailed review of Conaway 11th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Wallace King 11th Int FR | 0.10 | 27.50 |
| 6/4/2004 | SLB | continue draft of 11th Interim fee & expenses charts (8.5) | 8.50 | 1,105.00 |
| 6/6/2004 | JBA | research regarding docket numbers of all applicants 11th Interim applications for the project category spreadsheet and chart | 1.60 | 64.00 |
| 6/7/2004 | SLB | complete first draft of 11th Interim fee and expense charts (8.6) | 8.60 | 1,118.00 |
| | JBA | draft and re-format Project Category Spreadsheet | 3.00 | 120.00 |
| | TM | Update database with 4.04 Monthly Invoice for Campbell, 4.04 Monthly Invoice for Legal, 4.04 Monthly Invoice for Tersigni and 4.04 Monthly Invoice for Caplin (.1) | 0.10 | 4.00 |
| | PGS | Electronic filing with court of May 2004 Monthly Invoice of WHS | 0.10 | 8.00 |
| | PGS | Electronic filing with court of the April 2004 CNO of WHS | 0.10 | 8.00 |
| 6/8/2004 | SLB | draft e-mail to all Grace applicants with 11th Int fee & expense chart (1.2); e-mail exchanges and confirmations with several applicants (1.8) | 3.00 | 390.00 |
| | JBA | draft Project Category Spreadsheet for the 11th Interim | 5.40 | 216.00 |
| | JBA | Electronic filing with court of 11th Interim Finall Reports re: Conaway (.2), Elzufon (.1), and Wallace King (.1) | 0.40 | 16.00 |
| | TM | Update database with 4.04 Monthly Invoice fo Nelson, 4.04 and 2.04 Monthly Invoices for Protiviti (.1) | 0.10 | 4.00 |
| 6/9/2004 | JBA | draft and repair caculation/formatting for new firms added to the Project Category Spreadsheet | 0.90 | 36.00 |

W.R. Grace & Co.                                                                                                   Page    3

|            |     |                                                                                                                                                                                                                          | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/9/2004   | JBA | draft final version of the Project Category Spreadsheet for the 11th Interim                                                                                                                                                               | 4.30  | 172.00 |
|            | SLB | review and correct 11th Interim Project Category spreadsheet (5.4)                                                                                                                                                                         | 5.40  | 702.00 |
|            | TM  | Update database with 3.04 Monthly Invoice fo Holme (.1)                                                                                                                                                                                    | 0.10  | 4.00   |
| 6/10/2004  | SLB | review and edit Project Category spreadsheet for June 21 fee hearing (2.2)                                                                                                                                                                 | 2.20  | 286.00 |
|            | SLB | draft 11th Interim Amended Final Report - Bilzen (.9)                                                                                                                                                                                      | 0.90  | 117.00 |
|            | TM  | Update database with 10.03-12.03 Int. for Protiviti, 10.03-12.03 Int. and 12.03, 11.03, and 10.03 Monthly Invoices for Elzufon, 10.03, 11.03, 12.03 Monthly Invoices and 10.03-12.03 Int. for Richardson, 10.03 Monthly Invoice for Reed (.2) | 0.20  | 8.00   |
|            | JBA | conference with T. Mathews re: 12th Interim Project Category Spreadsheet                                                                                                                                                                   | 0.20  | 8.00   |
|            | JBA | Electronic filing with court of Amended Final Report re: Bilzin 11th Interim                                                                                                                                                               | 0.20  | 8.00   |
| 6/11/2004  | SLB | complete final edits of 11th Int. charts and e-mail to D. Carickhoff (2.3)                                                                                                                                                                 | 2.30  | 299.00 |
| 6/14/2004  | PGS | Update database with 1.04-3.04 Int. of Wallace, Pitney, Woodcock and Bilzin (.4); 2.04-4.04 Int. of Duff (.1)                                                                                                                               | 0.50  | 40.00  |
| 6/15/2004  | JAW | detailed review of Wallace King March, 2004, monthly invoice (1.9); draft summary of same (0.2).                                                                                                                                           | 2.10  | 283.50 |
|            | JAW | detailed review of Woodcock March, 2004, monthly invoice (1.6); draft summary of same (0.1).                                                                                                                                               | 1.70  | 229.50 |
| 6/16/2004  | JAW | detailed review of Bilzin March, 2004, monthly invoice (1.1); draft summary of same (0.1).                                                                                                                                                 | 1.20  | 162.00 |
|            | JAW | detailed review of Stroock March, 2004, monthly invoice (1.7); draft summary of same (0.3).                                                                                                                                                | 2.00  | 270.00 |

W.R. Grace & Co.                         Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 6/17/2004 | PGS | Update database with 4.04 Monthly Invoice of Woodcock, Casner, Reed Smith, Stroock (.2); Monthly Invoice of Deloitte 1.04, 2.04, 3.04 (.2) Monthly Invoice of Steptoe 1.04, 2.04, 3.04 (.2); Interim Application 10/01/03 - 12/31/03 for Protiviti (.1); Interim Application 01/01/04 - 03/31/04 of Wallace, Pitney, Woodcock and Bilzin (.3); Interim Application of Duff for 02/01/04 - 04/30/04 (.1) | 1.10 | 88.00 |
| 6/18/2004 | JAW | detailed review of Protiviti February, 2004, monthly invoice (2.7). | 2.70 | 364.50 |
| 6/19/2004 | JAW | draft summary of Protiviti February, 2004, monthly invoice (0.4) | 0.40 | 54.00 |
| 6/21/2004 | TM | Update database with 4.04 Monthly Invoice for Pachulski (.1) | 0.10 | 4.00 |
| | JAW | detailed review of Pitney Hardin March, 2004, monthly invoice (4.4); draft summary of same (0.1) | 4.50 | 607.50 |
| 6/23/2004 | SLB | review of 12th Int app. and draft of initial report - Bilzen (8.8) | 8.80 | 1,144.00 |
| | TM | Update database with 1.04, 3.04, 2.04 Monthly Invoices fo rMorris (.1) | 0.10 | 4.00 |
| 6/24/2004 | JAW | detailed review of Kirkland April, 2004, monthly invoice (4.6); draft summary of same (1.3) | 5.90 | 796.50 |
| | SLB | complete draft of 12th Int final report - Bilzen (6.2) ; create 12th Grace status chart (1.7) | 7.90 | 1,027.00 |
| 6/25/2004 | SLB | complete reviews of 12th Int apps and drafts of final reports - Campbell and Caplin (8.5) | 8.50 | 1,105.00 |
| 6/28/2004 | PGS | Preparation of May 2004 CNO for WHS | 0.10 | 8.00 |
| | JBA | Update database with Duane Morris 4.04 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Klett 5.04 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.     Page 5

| Date | | | | Hours | Amount |
|---|---|---|---|---:|---:|
| 6/28/2004 | SLB | complete review of app and draft of 12th Int initial report - CBBG (7.3) | | 7.30 | 949.00 |
| | SLB | draft e-mail to M. Flax CBBG re 12th Int initial report (.5) | | 0.50 | 65.00 |
| | SLB | update Grace status chart (.5) | | 0.50 | 65.00 |
| 6/29/2004 | WHS | receive and review 34 misc pleadings | | 0.10 | 27.50 |
| | TM | Update database with 5.04 Monthly Invoice for Ferry, Bilzin and Klett. 4.04 Monthly Invoice for Duane (.2) | | 0.20 | 8.00 |
| | PGS | Electronic filing with court of May 2004 CNO for WHS | | 0.10 | 8.00 |
| | SLB | complete review of app. and draft 12th Int final report - Casner (3.8) ; complete review of app and draft of 12th Int final report - Conway (4.5) | | 8.30 | 1,079.00 |
| | JAW | detailed review of Protiviti April, 2004, monthly invoice (4.0) | | 4.00 | 540.00 |
| 6/30/2004 | SLB | complete draft of 12th Int initial report - Stroock (6.6) | | 6.60 | 858.00 |
| | TM | Update database with 1.04-3.04 Int. for Caplin (.!0 | | 0.10 | 4.00 |
| | TM | Update database with 1.04, 2.04, 3.04 Monthly Invoices and 1.04-3.04 Int. for BMC (.1) | | 0.10 | 4.00 |
| | JAW | draft summary of Protiviti April, 2004, monthly invoice (0.7) | | 0.70 | 94.50 |
| | JBA | Update database with e-detail for: Kramer 4.04, PWC 5.04, and Dunae 5.04 pdf | | 0.10 | 4.00 |

**For professional services rendered**     **143.30 $17,039.00**

W.R. Grace & Co.                                                                                                  Page      6

    Additional Charges :

|  | Price | Amount |
|---|---:|---:|
| Third party copies & document prep/setup Interim Fee Application of WHS for the period 01/01/04 - 03/31/04 | 74.85 | 74.85 |
| Third party copies & document prep/setup of Initial Report of Deloitte for the period 02/04/03 - 12/31/03 | 0.89 | 0.89 |
| Third party copies & document prep/setup of Initial Report of Wallace King for the period 10/01/03 - 12/31/03 - 12/31/03 | 1.02 | 1.02 |
| Third party copies & document prep/setup of Initial Report of PwC, Richardson, Protiviti, Kirland, Elzufon and Lukina for the period 10/01/03 - 12/31/03; April 2004 Monthly Invoice of WHS | 34.98 | 34.98 |
| Third party copies & document prep/setup of Final Report of Kirkland, Richardson, Lukins for the period 10/01/03 - 12/31/03; Final Report of Deloitte for the period 02/04/03 - 12/31/03; Final Report of Duff for the period 11/1/03; 1/31/04; Final Report of Goodwin for the period 05/01/03 - 12/31/03; Final Report of Blackstone for the period 01/01/03 - 12/31/03 | 98.86 | 98.86 |
| Third party copies & document prep/setup of May 2004 Monthly Invoice of WHS | 32.04 | 32.04 |
| Third party copies & document prep/setup of Fee Auditor's Conmbined Final Report regarding those fee applications with no fee or expense issues for the period 10/01/03 - 12/31/03 | 131.47 | 131.47 |
| Third party copies & document prep/setup of Final Report of Wallace , Elzufon and Conway for the period 10/01/03 - 12/31/03 | 41.45 | 41.45 |
| Third party copies & document prep/setup of Final Report of Bilzin, Carella, Protiviti, PwC and Stroock for the period 10/01/03 - 12/31/03 | 70.51 | 70.51 |

**Total costs**                                                                                                                    $486.07

**Total amount of this bill**                                                                                             $17,525.07

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| James A Wehrmann | 25.20 | 135.00 | $3,402.00 |
| Jeff B. Allgood | 16.60 | 40.00 | $664.00 |

W.R. Grace & Co.       Page 7

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Priscilla G Stidham | 2.90 | 80.00 | $232.00 |
| Stephen L. Bossay | 96.70 | 130.00 | $12,571.00 |
| Thara Mathews | 1.50 | 40.00 | $60.00 |
| Warren H Smith | 0.40 | 275.00 | $110.00 |