IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2004 AUG 13 AM 11:58

CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: )
)
)
W.R. GRACE & CO., et al. ) Case No. 01-1139 (JKF)
) Jointly Administered
)
Debtors. )

Chapter 11

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

***Charlotte Transit Center, Inc.***, ("CTCI"), a party-in-interest in this case, hereby supplements its previous notice by providing an updated address by which service can be provided.

In accordance with Bankruptcy Rule 2002(i) and other applicable provisions of the Bankruptcy Code and Rules, request is hereby made that copies of all notices, pleadings and other papers required to be served in this case be sent to the undersigned, as counsel of record for CTCI, at the following address:

> Kennedy Covington Lobdell & Hickman, LLP
> Hearst Tower, 47th Floor
> 214 N. Tryon Street
> Charlotte, NC 28202

Please take notice that CTCI intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of CTCI to have final orders in non-core matters entered only after de novo review by a District Judge; (2) the right of CTCI to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of CTCI to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which CTCI is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments CTCI expressly reserves.

2254280.01
LIB:CH

This \_\_\_10\_\_\_ day of August, 2004.

                               _/s/ Amy Pritchard Williams_
                               Amy Pritchard Williams
                               North Carolina State Bar No. 19233
                               awilliams@kennedycovington.com
                               Margaret R. Westbrook
                               North Carolina State Bar No. 23327
                               mwestbrook@kennedycovington.com
                               Hearst Tower, 47th Floor
                               214 North Tryon Street
                               Charlotte, North Carolina 28202

                               Attorneys for _Charlotte Transit Center, Inc._

OF COUNSEL:

KENNEDY COVINGTON LOBDELL & HICKMAN, L.L.P.
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, North Carolina 28202
Telephone: 704.331.7400
Facsimile: 704.353.3216

2254280.01
LIB:CH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2004 AUG 13  AM 11:58

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: )
)
)
)
W.R. GRACE & CO., et al. ) Case No. 01-01139 (JKF)
) (Jointly Administered)
)
Debtors. )

## CERTIFICATE OF SERVICE

I hereby certify that on this __10__ of August, 2004, I served a copy of the foregoing **AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** by mailing copies via First Class United States mail in envelopes with sufficient postage attached and addressed to each such party in interest or their counsel as follows:

| | |
|---|---|
| Laura Davis Jones<br>Scotta McFarland<br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub<br>919 North Market Street, 16th Floor<br>Post Office Box 8705<br>Wilmington, DE 19899-8705 | COUNSEL TO DEBTORS |
| James H.M. Sprayregen<br>James Kapp, III<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | COUNSEL TO DEBTORS |
| Frank J. Perch<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | UNITED STATES TRUSTEE |
| Lewis Kruger<br>Strook & Strook & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

2254280.01
LIB:CH

| | |
|---|---|
| William S. Katchen<br>Duane, Morris & Heckscher LLP<br>1 Riverfront Plaza, 2nd Floor<br>Newark, NJ 07102 | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| Michael R. Lastowski<br>Duane, Morris & Heckscher, LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246 | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

_____
Amy Pritchard Williams
North Carolina State Bar No. 19233