## CERTIFICATE OF SERVICE

**I, Lorraine Diaz, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on August 16, 2004 upon:**

Pachulski, Stang, Ziehl, Young, Jones & Weintraub, PC
Laura Davis Jones, Esq.
Scotta E. McFarland, Esq.
Paula A. Galbriath, Esq.
919 N. Market Street, 16th Floor
Wilmington, DE 19801
(Via Hand Delivery)

Kirkland & Ellis, LLP
James H.M. Sprayregen, Esq.
James W. Kapp, III, Esq.
Janet S. Baer, Esq.
Christian J. Lane, Esq.
200 East Randolph Drive
Chicago, IL 60601
(Via Facsimile and U.S. Regular Mail)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 16, 2004

Lorraine Diaz

Document #: 35564