Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                        04/30/2004
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:     35

Asset Disposition



    PREVIOUS BALANCE                              $471.50


    BALANCE DUE                                   $471.50
                                                  =======



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                             04/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:      30

Business Operations




        PREVIOUS BALANCE                              $780.70


                                              HOURS
04/01/04
     MRE Review of memo from EI and attachments
         regarding losses                      0.30     87.00
                                               ----     -----
         FOR CURRENT SERVICES RENDERED         0.30     87.00

                        RECAPITULATION
     TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
     Marla R. Eskin              0.30    $290.00     $87.00


        TOTAL CURRENT WORK                           87.00


04/15/04 Payment - Thank you. (January, 2004 - 80%)    -405.60


        BALANCE DUE                                 $462.10
                                                    =======




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        04/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-04D
                                        STATEMENT NO:     35


Case Administration



    PREVIOUS BALANCE                              $1,092.00



                                          HOURS
04/08/04
    PEM Brief review of February MOR         0.80    252.00
    MTH Reviewing Affidavit of Dennis Nelson re
        Poor Person Status for an Inmate.    0.10     27.50

04/27/04
    MTH reviewing Affidavit of Kavinoky re
        provision of immigration related
        services.                            0.10     27.50

04/30/04
    MTH reviewing affidavit of ordinary course
        professionals (2)                    0.10     27.50
                                             ----   ------
    FOR CURRENT SERVICES RENDERED            1.10    334.50

                    RECAPITULATION
    TIMEKEEPER               HOURS HOURLY RATE      TOTAL
    Philip E. Milch           0.80   $315.00     $252.00
    Mark T. Hurford           0.30    275.00       82.50


    TOTAL CURRENT WORK                              334.50


04/15/04 Payment - Thank you. (January, 2004 - 80%)     -44.00


    BALANCE DUE                                  $1,382.50
                                                 =========

                                                        Page: 2
W.R. Grace                                          04/30/2004
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:       35

Case Administration

     Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                            04/30/2004
Wilmington  DE                        ACCOUNT NO: 3000-05D
                                      STATEMENT NO:      35

Claims Analysis Objection & Resolution (Asbestos)


    PREVIOUS BALANCE                              $2,581.80


04/15/04 Payment - Thank you. (January, 2004 - 80%)      -88.00


    BALANCE DUE                                   $2,493.80
                                                  =========


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                04/30/2004
Wilmington  DE                            ACCOUNT NO: 3000-06D
                                          STATEMENT NO:      35

Claims Analysis Objection & Resol. (Non-Asbestos)



PREVIOUS BALANCE                              $1,363.40


                                        HOURS
04/28/04
    MTH Reviewing State of NJ's Response to
        Debtors' Third Omnibus Claims Objection.     0.10      27.50
    MTH Reviewing Montana's Response to Debtors'
        Claims Objection.                            0.10      27.50
                                                     ----     -----
        FOR CURRENT SERVICES RENDERED                0.20      55.00

                    RECAPITULATION
    TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
    Mark T. Hurford                 0.20    $275.00     $55.00


    TOTAL CURRENT WORK                                   55.00


04/15/04 Payment - Thank you. (January, 2004 - 80%)    -933.60


    BALANCE DUE                                       $484.80
                                                      =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                04/30/2004
Wilmington  DE                            ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      35

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                         $17,771.10

                                             HOURS
04/01/04
     DEM Review Pleadings and electronic filing
         notices; preparation and retrieval of
         documents relating to daily memo            0.30      28.50
     MTH Review of memorandum summarizing
         pleadings filed on 3/31/04                  0.10      27.50
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)             0.10       9.50
     MTH Meeting with MRE re pending matters and
         objection deadlines.                        0.20      55.00
     MRE Review of weekly recommendation memo        0.20      58.00
     MRE Meeting with MTH regarding upcoming
         motions and deadlines                       0.20      58.00
     DAC Review memo re: FR status                   0.10      37.50

04/02/04
     DEM Review Pleadings and electronic filing
         notices; preparation and retrieval of
         documents relating to daily memo            0.30      28.50
     DEM Prepare and distribute Weekly
         Recommendation Memo to Committee (Fee
         Apps & Other Matters)                        0.30      28.50
     MRE Review of memorandum summarizing
         pleadings filed on March 30, 2004           0.10      29.00
     PEM Review weekly recommendation memo re:
         pending motions and matters (.2); fee
         memo (.1)                                   0.30      94.50
     DAC Review counsel's recommendation memo        0.20      75.00
     MTH Prepare weekly recommendation memo
         (motions)                                   0.40     110.00
     MTH Prepare weekly recommendation memo (fee
         applications)                               0.30      82.50

```
                                                    Page: 2
W.R. Grace                                          04/30/2004
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      35
Committee, Creditors, Noteholders, Equity Holders
```

```
                                                    HOURS
04/05/04
    MAL Organization and distribution of daily
        pleadings                                   0.10       9.50
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo           0.30      28.50
    DEM Update Attorney Binder                      0.20      19.00
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)            0.10       9.50
    PEM Review daily pleadings filed memo           0.10      31.50
    MTH Review of memorandum summarizing
        pleadings filed on 4/2/04                   0.10      27.50

04/06/04
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo          0.20      19.00
    MAL Retrieval, organization and distribution
        of daily pleadings                          0.10       9.50
    MRE Review of memorandum summarizing
        pleadings filed on 3/31/04                  0.10      29.00

04/07/04
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo          0.20      19.00
    MAL Retrieval of documents, organization and
        distribution of daily pleadings             0.10       9.50
    PEM Review daily memo re: pleadings filed       0.10      31.50

04/08/04
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo          0.20      19.00
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)            0.20      19.00
    MAL Retrieval of documents, organization and
        distribution of daily pleadings             0.20      19.00
    MTH Prepare weekly recommendation memo          0.30      82.50
    MRE Review of memorandum summarizing
        pleadings filed on 4/6/04                   0.10      29.00
    MRE Review of memorandum summarizing
        pleadings filed on 4/5/04                   0.10      29.00
    MTH Review of memorandum summarizing
        pleadings filed on 4/7/04                   0.10      27.50
    MTH Review of memorandum summarizing
        pleadings filed on 4/6/04                   0.10      27.50

04/12/04
    DEM Review Pleadings and electronic filing
```

Page: 3
W.R. Grace                                             04/30/2004
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      35
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed from April 8, 2004 through April 11, 2004 | 0.10 | 29.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
| MTH | Reviewing correspondence from DEM to committee re weekly recommendation memoranda. | 0.10 | 27.50 |
| MTH | Prepare weekly recommendation memo (motions) | 0.60 | 165.00 |
| MTH | Prepare weekly recommendation memo (fee applications) | 0.30 | 82.50 |

04/13/04

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed on March 29 through April 12 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 4/12/04 | 0.10 | 27.50 |

04/14/04

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.30 | 28.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.50 | 47.50 |
| MRE | Review of memorandum summarizing pleadings filed on 4/12/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing adversary pleadings filed 3/29/04 through 4/12/04 | 0.10 | 29.00 |
| PEM | Review weekly recommendation memo re: |  |  |

                                                    HOURS
         pending motions and matters (.3); fee
         memo (.1)                                   0.40     126.00

04/15/04
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo         0.20      19.00
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)            0.10       9.50
     MAL Retrieval of documents, organization and
         distribution of daily pleadings            0.20      19.00
     MTH Review of memorandum summarizing
         pleadings filed on 4/14/04                 0.10      27.50
     MTH Review of memorandum summarizing
         pleadings filed on 4/13/04                 0.10      27.50

04/16/04
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo         0.20      19.00
     MTH Correspondence to Committee re weekly
         recommendation memoranda                   0.20      55.00
     DAC Review counsel's recommendation memo       0.20      75.00
     PEM Review daily memo re: pleadings filed      0.10      31.50
     PEM Review weekly recommendation memo re:
         pending motions and matters (.3); fee
         memo (.1)                                   0.40     126.00
     MTH Prepare weekly recommendation memo
         (motions) (.5) and for fee applications
         (.3)                                        0.80     220.00

04/18/04
     MRE Review of memorandum summarizing
         pleadings filed on April 13, 2004          0.10      29.00
     MRE Review of memorandum summarizing
         pleadings filed on April 14, 2004          0.10      29.00

04/19/04
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo         0.20      19.00
     DEM Update Attorney Binder - Weekly
         Recommendation Memo                        0.20      19.00
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)            0.10       9.50
     MAL Retrieval of documents, organization and
         distribution of daily pleadings            0.10       9.50
     MRE Review of memorandum summarizing
         pleadings filed 4/16/04 to 4/18/04         0.10      29.00
     PEM Review daily memo re: pleadings filed      0.10      31.50

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

                                              HOURS

04/20/04
    DEM Retrieval of document from docket and
        preparation of e-mail to attorneys
        attaching same (agenda)                  0.10      9.50
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo       0.20     19.00
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders and
        agenda)                                  0.30     28.50
    MAL Retrieval of documents, organization and
        distribution of daily pleadings          0.20     19.00
    MRE E-mails with committee member and
        telephone conference with B. Spohn       0.30     87.00
    MRE Review of memorandum summarizing
        pleadings filed on 4/19/04               0.10     29.00

04/21/04
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo       0.20     19.00
    MAL Retrieval of documents, organization and
        distribution of daily pleadings          0.30     28.50
    MRE Review of memorandum summarizing
        pleadings filed on April 20, 2004        0.10     29.00
    MRE Review of motion to appoint FR and e-mail
        to MTH regarding same                    0.40    116.00
    PEM Review memo of daily pleadings filed     0.10     31.50
    MTH Review of memorandum summarizing
        pleadings filed on 4/20/04               0.10     27.50
    MTH Review of memorandum summarizing
        adversary pleadings filed on March 29
        through April 12                         0.10     27.50

04/22/04
    MTH Reviewing correspondence from MRE re FR
        Application (.1) and response to same
        (.1)                                     0.20     55.00
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo       0.20     19.00
    DEM Preparation of e-mail to C&L attys and
        C&D regarding cancellation and
        rescheduling of omnibus hearing and
        attaching document regarding same.       0.10      9.50
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)          0.20     19.00
    MAL Retrieval of documents, organization and
        distribution of daily pleadings          0.20     19.00
    MTH Reviewing memorandum re pending matters

|  |  | HOURS |  |
|---|---|---|---|
|  | and upcoming objections. | 0.10 | 27.50 |
| MTH | Discussion with MRE re Application to appoint FR | 0.10 | 27.50 |
| MTH | Reviewing application to appoint FR | 0.40 | 110.00 |
| MTH | Correspondence to EI re application to appoint FR | 0.20 | 55.00 |
| MTH | Prepare weekly recommendation memo | 0.20 | 55.00 |
| MTH | Review of memorandum summarizing pleadings filed on 4/21/04 | 0.10 | 27.50 |
| MRE | Review of e-mail from MTH regarding FR | 0.10 | 29.00 |

**04/23/04**

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MTH | Prepare weekly recommendation memo (motions) | 1.00 | 275.00 |
| MTH | Prepare weekly recommendation memo (fee apps) | 0.20 | 55.00 |
| MTH | Reviewing correspondence from DEM to Committee re weekly recommendation memorandum | 0.10 | 27.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| MTH | Review of memorandum summarizing pleadings filed on 4/22/04 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on April 21, 2004 | 0.10 | 29.00 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 75.00 |

**04/25/04**

|  |  |  |  |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on April 22, 2004 | 0.10 | 29.00 |

**04/26/04**

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Update Attorney Binder | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed in adversary cases from April 13, 2004 to April 25, 2004 | 0.10 | 29.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders regarding Adversary Proceedings) | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed from April 23, 2004 through April 25, 2004 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed from April 23 through April 25. | 0.10 | 27.50 |

04/27/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.40 | 38.00 |
| MRE | Review of memorandum summarizing pleadings filed on April 26, 2004 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 4/26/04 | 0.10 | 27.50 |

04/28/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.40 | 38.00 |
| DEM | Revision of Weekly Recommendation Memo (Fee Applications) | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on April 27, 2004 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 4/27/04 | 0.10 | 27.50 |
| PEM | Review memo re: pleadings filed | 0.10 | 31.50 |

04/29/04

|  |  |  |  |
|---|---|---|---|
| MAL | Retrieval of documents, organization and |  |  |

```
                                                       Page: 8
W.R. Grace                                            04/30/2004
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      35
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
|  | distribution of daily pleadings | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (fee applications) | 0.10 | 9.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed on 4/28/04 | 0.10 | 27.50 |

04/30/04

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| MTH | telephone conference with MRE re FR application (.2) and Correspondence to MRE re same (.1) | 0.30 | 82.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MTH | Reviewing correspondence from DEM to committee re weekly recommendation memoranda. | 0.10 | 27.50 |
| MTH | Follow up telephone conference with MRE re Debtors' Application to Appoint FR | 0.10 | 27.50 |
| PEM | Review weekly recommendation memo of pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| MTH | Review of memorandum summarizing pleadings filed on 4/29/04 | 0.10 | 27.50 |
| MTH | Prepare weekly recommendation memo (fee apps) | 0.40 | 110.00 |
| MTH | Prepare weekly recommendation memo (motions) | 0.40 | 110.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
| MRE | Telephone conference with MTH regarding FR motion | 0.10 | 29.00 |
| | FOR CURRENT SERVICES RENDERED | 28.70 | 5,777.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.10 | $375.00 | $412.50 |
| Philip E. Milch | 2.60 | 315.00 | 819.00 |
| Mark T. Hurford | 8.70 | 275.00 | 2,392.50 |
| Marla R. Eskin | 3.10 | 290.00 | 899.00 |
| Margaret A. Landis | 3.40 | 95.00 | 323.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|                |      |       |        |
|----------------|------|-------|--------|
| Diane E. Massey | 9.80 | 95.00 | 931.00 |

TOTAL CURRENT WORK                               5,777.00

04/15/04 Payment - Thank you. (January, 2004 - 80%)        -3,834.80

BALANCE DUE                                     $19,713.30
                                                ==========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          04/30/2004
Wilmington  DE                      ACCOUNT NO: 3000-08D
                                    STATEMENT NO:      34

Employee Benefits/Pension



    PREVIOUS BALANCE                                $303.30


                                        HOURS
04/02/04
    MTH Call to MB re LTI Program                0.10     27.50
                                                 ----    -----
    FOR CURRENT SERVICES RENDERED                0.10     27.50

                        RECAPITULATION
TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
Mark T. Hurford               0.10    $275.00    $27.50


    TOTAL CURRENT WORK                               27.50


    BALANCE DUE                                     $330.80
                                                    =======



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1
W.R. Grace                                          04/30/2004
Wilmington   DE                          ACCOUNT NO: 3000-10D
                                         STATEMENT NO:      35

Employment Applications, Others


        PREVIOUS BALANCE                            $1,347.20


                                        HOURS
04/15/04
    MTH Reviewing Affidavit of ordinary course
        professional Balph Nicolls              0.10    27.50

04/19/04
    MTH Reviewing Limited Objection re OCUC
        Application to Retain Capstone.         0.10    27.50
                                                ----   -----
        FOR CURRENT SERVICES RENDERED          0.20    55.00

                       RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE      TOTAL
    Mark T. Hurford          0.20    $275.00     $55.00


        TOTAL CURRENT WORK                           55.00


        BALANCE DUE                             $1,402.20
                                                =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          04/30/2004
Wilmington  DE                      ACCOUNT NO: 3000-11D
                                    STATEMENT NO:      33


Expenses




        PREVIOUS BALANCE                            $4,611.73




04/12/04 Parcels, Inc. Integrated Outsourced Services to
         Campbell & Levine 3/31/04 (photocopying,
         envelopes, postage, hand deliveries)          218.80
04/21/04 Postage - C&D, LAS, C&L Feb CNO - 3 @ .60       1.80
04/26/04 Federal Express to Marcia M. Waldron, Clerk -
         United States Court of Appeals, Philadelphia, PA
         on 4/16/04                                     11.83
04/26/04 Federal Express to Tracy Wantuck on 4/22/04    15.80
04/30/04 Parcels, Inc. - Integrated Outsourced Services on
         4/30/04                                        30.00
04/30/04 Pacer charges for the month of March           32.06
                                                        ------
        TOTAL EXPENSES                                  310.29

        TOTAL CURRENT WORK                              310.29


04/15/04 Payment - Thank you. (January, 2004 - 100%)  -1,176.34


        BALANCE DUE                                   $3,745.68
                                                      =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                           04/30/2004
Wilmington   DE                          ACCOUNT NO: 3000-12D
                                         STATEMENT NO:     33


Fee Applications, Applicant



        PREVIOUS BALANCE                            $4,929.60



                                            HOURS
04/13/04
     LMP Review payment from W.R. Grace for
         January 2004 Fee Application; Update Fee
         Application chart (.2); Email Information
         to D. Seitz (.1)                            0.30     28.50

04/21/04
     LMP Review case docket for Objections to
         C&L's February 2004 Fee Applications
         (.1); Prepare and Update February CNO
         (.2)                                        0.30     28.50
     LMP Electronic filing and service of C&L's
         February 2004 CNO                           0.20     19.00
     KJC Review and sign CNO re C&L February
         application                                 0.20     35.00

04/26/04
     LMP Review email from D. Seitz re: Campbell &
         Levine's March 2004 Invoice (.1); Draft
         Excel spreadsheet of C&L hours and
         project category (.3); Prepare
         Application for filing (.2)                  0.60     57.00

04/29/04
     MRE Review of e-mail from S. Bossay regarding
         11th interim and meeting with DEM
         regarding same                              0.20     58.00

04/30/04
     KJC Review and sign C&L March fee application   0.30     52.50
                                                     ----    ------
         FOR CURRENT SERVICES RENDERED               2.10    278.50

W.R. Grace

Fee Applications, Applicant

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 0.20 | $290.00 | $58.00 |
| Kathleen J. Campbell | 0.50 | 175.00 | 87.50 |
| Lauren M. Przybylek | 1.40 | 95.00 | 133.00 |

TOTAL CURRENT WORK                                278.50


04/15/04 Payment - Thank you. (January, 2004 - 80%)          -911.60


BALANCE DUE                                    $4,296.50
                                               =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            04/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      20


Fee Applications, Others


        PREVIOUS BALANCE                        $5,322.20


                                          HOURS
04/06/04
     LMP Review February 2004 Fee Application of
         Kirkland & Ellis (.1); Update WrGrace
         Weekly Recommendation Memo (.1)          0.20      19.00
     LMP Review February 2004 Fee Application of
         PSZYJ&W (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                 0.20      19.00
     LMP Review October through December Interim
         Fee Application of Ferry, Joseph & Pearce
         (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                 0.20      19.00
     LMP Review July through December Interim Fee
         Application of Hamilton, Rabinovitz &
         Alschuler (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                 0.20      19.00

04/07/04
     LMP Review February Fee Application of Klett
         Rooney Lieber & Schorling (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)     0.20      19.00
     LMP Review February Fee Application of
         Stroock & Stroock & Lavan (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)     0.20      19.00

04/13/04
     LMP Review Final Interim Fee Application of
         FTI Policano & Manzo (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)     0.20      19.00
     LMP Review February Fee Application of Reed
         Smith (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                 0.20      19.00
     LMP Review March Fee Application of Warren H.

```
                                              Page: 2
                                              04/30/2004
W.R. Grace
                                   ACCOUNT NO: 3000-13D
                                   STATEMENT NO:     20

Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| | Smith & Associates (.1); Update Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |
| **04/14/04** | | | |
| LMP | Review February Fee Application of Casner & Edwards (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review December Fee Application of Bankruptcy Management Corporation (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review October Fee Application of Bankruptcy Management Corporation (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review November Fee Application of Bankruptcy Management Corporation (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Fee Application of Wallace King Mararro & Branson (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February Fee Application of Woodcock Washburn (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| **04/15/04** | | | |
| MTH | Reviewing Certification of Farmer re Fee Application. | 0.10 | 27.50 |
| **04/19/04** | | | |
| LMP | Review February Fee Application of PWC, LLP (.1); Update W.R. Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review October through December Interim Fee Application of Duane Morris (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| **04/21/04** | | | |
| LMP | Review case docket for Objections to Caplin's February 2004 Fee Applications (.1); Prepare and Update February CNO (.2) | 0.30 | 28.50 |
| LMP | Review case docket for Objections to LAS' February 2004 Fee Applications (.1); Prepare and Update February CNO (.2) | 0.30 | 28.50 |

```
                                                      Page:  3
W.R. Grace                                          04/30/2004
                                           ACCOUNT NO: 3000-13D
                                           STATEMENT NO:      20

Fee Applications, Others



                                              HOURS
    LMP Electronic filing and service of LAS'
        February 2004 CNO                      0.20     19.00
    LMP Electronic filing and service of Caplin's
        February 2004 CNO                      0.20     19.00
    KJC Review and sign CNO re LAS February
        application                            0.20     35.00
    KJC Review and sign CNO re C&D February
        application                            0.20     35.00
    LMP Review email from A. Katznelson re
        missing Wr Grace payment (.1); Telephone
        correspondence with N. Bartey of Grace
        regarding status of check (.2)         0.30     28.50

04/22/04
    LMP Review February Fee Application of Pitney
        Hardin Kipp & Szuch (.1); Update W.R.
        Grace Weekly Recommendation Memo (.1)  0.20     19.00
    LMP Review March Fee Application of Carella
        Bryne Bain Gilfillan, Cecchi & Strewart
        (.1); Update W.R. Grace Weekly
        Recommendation Memo (.1)               0.20     19.00
    LMP Review October, November and December
        Monthly Fee Applications of Deloitte &
        Touche (.2); Update W.R. Grace Weekly
        Recommendation Memo (.1)               0.30     28.50
    LMP Review email from D. Relles re: LAS March
        Invoice (.1); Update and prepare LAS
        March 2004 Fee Application for filing
        (.3)                                   0.40     38.00

04/23/04
    LMP Review February Fee Application of
        Richardson Patrick Westbrook & Brickman
        (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)               0.20     19.00
    LMP Review January Fee Application of
        Richardson Patrick Westbrook & Brickman
        (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)               0.20     19.00

04/27/04
    MRE Meeting with LMP regarding applications 0.20     58.00
    LMP Review email from D. Collins re: LTC
        February 2004 Invoice (.1); Update and
        prepare LTC February Fee Application for
        filing (.2)                            0.30     28.50
    LMP Review email from D. Collins re: LTC
```

```
                                                              Page: 4
W.R. Grace                                                04/30/2004
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:      20

Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---:|---:|
|  | March 2004 Invoice (.1); Update and prepare LTC March Fee Application for filing (.2) | 0.30 | 28.50 |
| MTH | Reviewing Order re Tenth Interims. | 0.10 | 27.50 |

**04/29/04**

|  |  | HOURS |  |
|---|---|---:|---:|
| KJC | Review e-mail from D. Collins re Bossey e-mail re 11th interim | 0.10 | 17.50 |
| MRE | E-mail to S. Bossay regarding L. Tersigni fee application | 0.10 | 29.00 |

**04/30/04**

|  |  | HOURS |  |
|---|---|---:|---:|
| KJC | Review LAS March monthly and sign COS re same | 0.30 | 52.50 |
| KJC | Review C&D March fee application and sign COS re same | 0.30 | 52.50 |
| KJC | Review LTC March fee application and sign COS re same | 0.30 | 52.50 |
| KJC | Review LTC February fee application and sign COS re same | 0.30 | 52.50 |
| DEM | Preparation and e-filing of March 2004 Fee Applications - C&L, C&D, Tersigni (March & February), LAS.  Preparation of e-mails to Warren Smith attaching same. | 1.50 | 142.50 |

```
                                                    -----   --------
          FOR CURRENT SERVICES RENDERED             10.50  1,228.00
```

```
                            RECAPITULATION
```

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Mark T. Hurford | 0.20 | $275.00 | $55.00 |
| Marla R. Eskin | 0.30 | 290.00 | 87.00 |
| Kathleen J. Campbell | 1.70 | 175.00 | 297.50 |
| Lauren M. Przybylek | 6.80 | 95.00 | 646.00 |
| Diane E. Massey | 1.50 | 95.00 | 142.50 |

```
          TOTAL CURRENT WORK                            1,228.00


04/15/04 Payment - Thank you. (January, 2004 - 80%)     -852.00


          BALANCE DUE                                  $5,698.20
                                                       =========
```

                                                    Page: 5
W.R. Grace                                       04/30/2004
                                     ACCOUNT NO: 3000-13D
                                     STATEMENT NO:      20

Fee Applications, Others

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          04/30/2004
Wilmington  DE                       ACCOUNT NO: 3000-14D
                                     STATEMENT NO:      30

Financing


    PREVIOUS BALANCE                              $27.50


    BALANCE DUE                                   $27.50
                                                  ======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        04/30/2004
Wilmington  DE                        ACCOUNT NO: 3000-15D
                                      STATEMENT NO:      35


Hearings



    PREVIOUS BALANCE                              $7,368.00



                                          HOURS
04/02/04
    MTH Reviewing correspondence from JWD re
        April Omnibus (.1), reviewing documents
        re same (.1); Correspondence to JWD re
        same (.1)                                 0.30      82.50

04/14/04
    MTH Reviewing correspondence from PVNL re
        April Omnibus hearing.                    0.10      27.50

04/19/04
    MTH Attending Third Circuit Court of Appeals
        hearing (split with Owens Corning)        1.80     495.00

04/22/04
    MTH Reviewing Amended Notice of Agenda.       0.10      27.50

04/26/04
    MRE Meeting with MTH regarding hearing        0.30      87.00
    MTH Reviewing correspondence from MRE re May
        18 omnibus.                               0.10      27.50

04/27/04
    MTH Reviewing notice of cancellation of
        hearing.                                  0.10      27.50

04/28/04
    MTH Reviewing correspondence from DEM re May
        18 hearing and Notice re same.            0.10      27.50
                                                  ----    ------
        FOR CURRENT SERVICES RENDERED             2.90     802.00

```
                                                      Page: 2
        W.R. Grace                                  04/30/2004
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      35

        Hearings




                         RECAPITULATION
        TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
        Mark T. Hurford             2.60    $275.00    $715.00
        Marla R. Eskin             0.30     290.00      87.00


            TOTAL CURRENT WORK                           802.00


04/15/04 Payment - Thank you. (January, 2004 - 80%)     -361.60


        BALANCE DUE                                   $7,808.40
                                                      =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              04/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-16D
                                        STATEMENT NO:      20

Litigation and Litigation Consulting




     PREVIOUS BALANCE                              $8,532.00


                                        HOURS
04/01/04
     MTH Reviewing COC and proposed Order re Libby
         Contempt Motion.                          0.10    27.50

04/26/04
     MRE Review of objection by Maryland Casualty
         to Libby request for stay of contempt
         order                                     0.10    29.00
     MRE Review of Continental's objection to
         Libby Claimant's motion to stay order     0.10    29.00
                                                   ----    -----
         FOR CURRENT SERVICES RENDERED             0.30    85.50

                      RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
     Mark T. Hurford              0.10    $275.00    $27.50
     Marla R. Eskin               0.20     290.00     58.00


     TOTAL CURRENT WORK                                85.50


04/15/04 Payment - Thank you. (January, 2004 - 80%)   -1,986.80


     BALANCE DUE                                    $6,630.70
                                                    =========

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        04/30/2004
Wilmington  DE                       ACCOUNT NO: 3000-17D
                                     STATEMENT NO:      20

Plan and Disclosure Statement



    PREVIOUS BALANCE                              $6,974.70



04/15/04 Payment - Thank you. (January, 2004 - 80%)      -23.20


    BALANCE DUE                                   $6,951.50
                                                  =========






                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                              04/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-18D
                                        STATEMENT NO:      20

Relief from Stay Proceedings



     PREVIOUS BALANCE                              $77.00


                                        HOURS
04/13/04
     MTH Reviewing Statement of Libby Victims re
         Sanction Request                  0.40     110.00
     MTH Reviewing Kane's Motion for Stay Relief.    0.40     110.00

04/14/04
     MRE Review of Renewed Motion to Lift Stay    0.30      87.00

04/16/04
     MTH Reviewing Libby Claimant's Motion for
         Stay Relief.                      0.40     110.00
     MTH Reviewing Kane's Renewed Motion for Stay
         Relief.                           0.50     137.50

04/18/04
     MRE Review of Libby Claimant's motion to take
         deposition                        0.10      29.00
                                           ----     ------
         FOR CURRENT SERVICES RENDERED     2.10     583.50

                    RECAPITULATION
     TIMEKEEPER               HOURS HOURLY RATE      TOTAL
     Mark T. Hurford          1.70    $275.00    $467.50
     Marla R. Eskin           0.40     290.00     116.00


     TOTAL CURRENT WORK                            583.50


04/15/04 Payment - Thank you. (January, 2004 - 80%)       -66.00

```
                                                    Page: 2
W.R. Grace                                        04/30/2004
                                        ACCOUNT NO: 3000-18D
                                        STATEMENT NO:      20

Relief from Stay Proceedings



     BALANCE DUE                                    $594.50
                                                    =======
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          04/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-19D
                                        STATEMENT NO:      10

Tax Issues


        PREVIOUS BALANCE                            $173.70


        BALANCE DUE                                 $173.70
                                                    =======


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          04/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-20D
                                        STATEMENT NO:      19


Tax Litigation



    PREVIOUS BALANCE                                    $468.80


    BALANCE DUE                                         $468.80
                                                        =======



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1

W.R. Grace                                           04/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-21D
                                        STATEMENT NO:      11


Travel-Non-Working


                                               HOURS
04/19/04
    MTH Non-working travel time (billed at
        one-half normal rate and split with Owens
        Corning).                                1.00    137.50
                                                 ----    ------
        FOR CURRENT SERVICES RENDERED            1.00    137.50

                        RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    Mark T. Hurford              1.00   $137.50    $137.50


    TOTAL CURRENT WORK                              137.50


    BALANCE DUE                                    $137.50
                                                   =======


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                              04/30/2004
Wilmington  DE                              ACCOUNT NO: 3000-22D
                                            STATEMENT NO:      24

Valuation

PREVIOUS BALANCE                                        $1,250.40

BALANCE DUE                                             $1,250.40
                                                       =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                             04/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-23D
                                        STATEMENT NO:      24


ZAI Science Trial



    PREVIOUS BALANCE                              $2,079.80



04/15/04 Payment - Thank you. (January, 2004 - 80%)      -382.40


    BALANCE DUE                                   $1,697.40
                                                  =========




            Any payments received after the statement date will be
            applied to next month's statement.  Please note your
            account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                              Page: 1
W.R. Grace                                                  04/30/2004
Wilmington  DE                             ACCOUNT NO     3000D




PREVIOUS BALANCE      FEES   EXPENSES    ADVANCES     PAYMENTS      BALANCE

    3000-02 Asset Disposition
        471.50      0.00       0.00        0.00         0.00      $471.50

    3000-03 Business Operations
        780.70     87.00       0.00        0.00      -405.60      $462.10

    3000-04 Case Administration
      1,092.00    334.50       0.00        0.00       -44.00    $1,382.50

    3000-05 Claims Analysis Objection & Resolution (Asbestos)
      2,581.80      0.00       0.00        0.00       -88.00    $2,493.80

    3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)
      1,363.40     55.00       0.00        0.00      -933.60      $484.80

    3000-07 Committee, Creditors, Noteholders, Equity Holders
     17,771.10  5,777.00       0.00        0.00    -3,834.80   $19,713.30

    3000-08 Employee Benefits/Pension
        303.30     27.50       0.00        0.00         0.00      $330.80

    3000-10 Employment Applications, Others
      1,347.20     55.00       0.00        0.00         0.00    $1,402.20

    3000-11 Expenses
      4,611.73      0.00     310.29        0.00    -1,176.34    $3,745.68

    3000-12 Fee Applications, Applicant
      4,929.60    278.50       0.00        0.00      -911.60    $4,296.50

    3000-13 Fee Applications, Others
      5,322.20  1,228.00       0.00        0.00      -852.00    $5,698.20

    3000-14 Financing
         27.50      0.00       0.00        0.00         0.00       $27.50

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-15 Hearings | | | | | |
| 7,368.00 | 802.00 | 0.00 | 0.00 | -361.60 | $7,808.40 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 8,532.00 | 85.50 | 0.00 | 0.00 | -1,986.80 | $6,630.70 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 6,974.70 | 0.00 | 0.00 | 0.00 | -23.20 | $6,951.50 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 77.00 | 583.50 | 0.00 | 0.00 | -66.00 | $594.50 |
| 3000-19 Tax Issues | | | | | |
| 173.70 | 0.00 | 0.00 | 0.00 | 0.00 | $173.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 0.00 | 137.50 | 0.00 | 0.00 | 0.00 | $137.50 |
| 3000-22 Valuation | | | | | |
| 1,250.40 | 0.00 | 0.00 | 0.00 | 0.00 | $1,250.40 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,079.80 | 0.00 | 0.00 | 0.00 | -382.40 | $1,697.40 |
| --------- | -------- | ------ | ---- | ---------- | ---------- |
| 67,526.43 | 9,451.00 | 310.29 | 0.00 | -11,065.94 | $66,221.78 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.