Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                        05/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      36

Asset Disposition



        PREVIOUS BALANCE                              $471.50


                                              HOURS
05/25/04
     MRE Review of L. Tersigni memo            0.20     58.00
                                               ----    -----
        FOR CURRENT SERVICES RENDERED          0.20     58.00

                         RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE    TOTAL
     Marla R. Eskin                 0.20   $290.00   $58.00


        TOTAL CURRENT WORK                             58.00


05/04/04 Payment - Thank you. (July, 2003 - 20%)      -128.20
05/04/04 Payment - Thank you. (September, 2003 - 20%)  -21.20
05/25/04 Payment - Thank you. (February, 2004 - 80%)   -67.20
                                                      -------
        TOTAL PAYMENTS                                -216.60

        BALANCE DUE                               $312.90
                                                  =======



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                       Page: 1
W.R. Grace                                           05/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-03D
                                      STATEMENT NO:      31

Business Operations




    PREVIOUS BALANCE                              $462.10



05/04/04 Payment - Thank you. (September, 2003 - 20%)    -10.60
05/25/04 Payment - Thank you. (February, 2004 - 80%)    -132.00
                                                       -------
    TOTAL PAYMENTS                                      -142.60

    BALANCE DUE                                     $319.50
                                                    =======

                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            05/31/2004
Wilmington  DE                         ACCOUNT NO: 3000-04D
                                       STATEMENT NO:      36


Case Administration



        PREVIOUS BALANCE                              $1,382.50


                                           HOURS
05/11/04
     PEM Brief review of March MOR          0.80    252.00

05/21/04
     PEM Review 1st quarter report from LTC 0.40    126.00

05/24/04
     PEM Review daily memo re: pleadings filed  0.10  31.50

05/27/04
     MTH Reviewing correspondence from MRE re
         appointment of new district court judge.  0.10  27.50
                                            ----   ------
        FOR CURRENT SERVICES RENDERED        1.40   437.00

                    RECAPITULATION
     TIMEKEEPER              HOURS HOURLY RATE     TOTAL
     Philip E. Milch         1.30    $315.00    $409.50
     Mark T. Hurford         0.10     275.00      27.50


        TOTAL CURRENT WORK                         437.00



05/04/04 Payment - Thank you. (July, 2003 - 20%)        -98.90
05/04/04 Payment - Thank you. (August, 2003 - 20%)      -63.80
05/04/04 Payment - Thank you. (September, 2003 - 20%)   -89.50
05/25/04 Payment - Thank you. (February, 2004 - 80%)   -223.60
                                                       -------
        TOTAL PAYMENTS                                 -475.80

```
                                                    Page: 2
W.R. Grace                                        05/31/2004
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:      36

Case Administration



     BALANCE DUE                              $1,343.70
                                              =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                           Page: 1
W.R. Grace                                               05/31/2004
Wilmington  DE                              ACCOUNT NO: 3000-05D
                                            STATEMENT NO:      36


Claims Analysis Objection & Resolution (Asbestos)




        PREVIOUS BALANCE                           $2,493.80



                                          HOURS
05/06/04
     MTH telephone conference with S. Blotnick re
         Debtors' Third Omnibus Claims Objection.        0.30     82.50
     MTH Reviewing Debtors' Third Omnibus Claims
         Objection and discussion with DEM re
         same.                                           0.40    110.00

05/14/04
     MTH telephone conferences (x2) with B Hurley
         re the Debtors' Third Omnibus Claims
         Objection (.3) and Correspondence to B
         Hurley re same (.2)                             0.50    137.50
     MTH telephone conference with PVNL re status
         of issues re Debtors' Third Omnibus
         Claims Objection                                0.10     27.50

05/21/04
     MTH Correspondence to B. Hurley re
         draft/proposed Order re Third Omnibus
         Claims Objection.                               0.10     27.50
     MTH telephone conference with W. Hurley re
         revisions to proposed Order re claims
         objection (.1) and Correspondence to W.
         Hurley re same (.1)                             0.20     55.00
     MTH Reviewing correspondence from W. Hurley
         re proposed Order re Third Omnibus Claims
         Objection                                       0.10     27.50

05/23/04
     MTH Reviewing correspondence from MRE re
         Grace Claims Objection and revised Order
         (.1) and response to same (.1)                  0.20     55.00

```
                                                        Page: 2
        W.R. Grace                                    05/31/2004
                                          ACCOUNT NO: 3000-05D
                                          STATEMENT NO:      36
        Claims Analysis Objection & Resolution (Asbestos)




                                                 ----   ------
              FOR CURRENT SERVICES RENDERED       1.90   522.50

                          RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
        Mark T. Hurford               1.90    $275.00    $522.50


              TOTAL CURRENT WORK                           522.50


 05/04/04 Payment - Thank you. (July, 2003 - 20%)          -60.40
 05/04/04 Payment - Thank you. (August, 2003 - 20%)       -237.00
 05/25/04 Payment - Thank you. (February, 2004 - 80%)      -23.20
                                                          -------
              TOTAL PAYMENTS                               -320.60

              BALANCE DUE                               $2,695.70
                                                       =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              05/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-06D
                                        STATEMENT NO:      36


Claims Analysis Objection & Resol. (Non-Asbestos)



PREVIOUS BALANCE                                        $484.80



                                        HOURS
05/07/04
     MTH Reviewing Debtors' Fourth Omnibus
         Objection to Claims.                    0.50     137.50
     MTH Reviewing Debtors' Fifth Omnibus
         Objection to Claims.                    0.50     137.50

05/10/04
     MTH Discussion with DEM re pending omnibus
         claims objection.                       0.10      27.50

05/14/04
     MTH Review of Third Omnibus Claims Objection
         and discussion with DEM re same (.2);
         call to B. Hurley re same (.1).         0.30      82.50
     MTH Correspondence to PVNL and JWD re draft
         response to Debtors' Third Omnibus Claims
         Objection.                              0.20      55.00
     MTH Preparing Response to Debtors' Third
         Omnibus Claims Objection                1.50     412.50

05/17/04
     MTH Reviewing correspondence from DEM re 5th
         Claims Objection.                       0.10      27.50

05/21/04
     MRE Review of e-mails regarding claims
         objections                              0.30      87.00
     MTH Reviewing Response of Orange County re
         Debtors' Third Claims Objection.        0.20      55.00
                                                 ----  --------
         FOR CURRENT SERVICES RENDERED           3.70  1,022.00

```
                                                      Page: 2
         W.R. Grace                                 05/31/2004
                                        ACCOUNT NO: 3000-06D
                                        STATEMENT NO:       36
         Claims Analysis Objection & Resol. (Non-Asbestos)




                          RECAPITULATION
         TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
         Mark T. Hurford               3.40    $275.00    $935.00
         Marla R. Eskin                0.30     290.00      87.00


            TOTAL CURRENT WORK                            1,022.00



 05/04/04 Payment - Thank you. (July, 2003 - 20%)         -282.30
 05/04/04 Payment - Thank you. (August, 2003 - 20%)       -123.30
 05/04/04 Payment - Thank you. (September, 2003 - 20%)      -5.30
 05/25/04 Payment - Thank you. (February, 2004 - 80%)      -22.80
                                                          -------
            TOTAL PAYMENTS                                -433.70

            BALANCE DUE                                 $1,073.10
                                                        =========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          05/31/2004
Wilmington  DE                       ACCOUNT NO: 3000-07D
                                     STATEMENT NO:      36


Committee, Creditors, Noteholders, Equity Holders



        PREVIOUS BALANCE                        $19,713.30



                                           HOURS
05/01/04
    MRE Review of memorandum summarizing
        pleadings filed on April 29, 2004        0.10     29.00

05/03/04
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo       0.20     19.00
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings;
        preparation relating to adversary
        proceeding memo                          0.30     28.50
    DEM Update Attorney Binder - Weekly
        Recommendation Memo                      0.20     19.00
    MAL Retrieval of documents, organization and
        distribution of daily pleadings          0.10      9.50
    MTH Review of memorandum summarizing
        pleadings filed from April 30 through May
        2                                         0.10     27.50
    DEM Search of docket regarding Ordinary
        Course statements and limitations.       0.30     28.50
    MRE Review of memorandum summarizing
        pleadings filed in adversary matters for
        April 26 to May 2, 2004                   0.10     29.00
    MRE Review of memorandum summarizing
        pleadings filed from April 30, 2004
        through May 2, 2004                       0.10     29.00
    PEM Review daily memo re: pleadings filed    0.10     31.50
    MTH Review of memorandum summarizing
        adversary pleadings filed from April 26
        through May 2                            0.10     27.50

```
                                                          Page: 2
W.R. Grace                                              05/31/2004
                                            ACCOUNT NO: 3000-07D
                                            STATEMENT NO:      36
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| 05/04/04 | | | |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (fee applications) | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Revision of Weekly Recommendation Memo (adding orders) | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 5/3/04 | 0.10 | 27.50 |
| MRE | Telephone conference with J. Preefer re: case matter | 0.30 | 87.00 |
| MRE | Review of memorandum summarizing pleadings filed on 5/3/04 | 0.10 | 29.00 |
| 05/05/04 | | | |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on May 4, 2004 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 4 | 0.10 | 27.50 |
| 05/06/04 | | | |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (fee applications) | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on May 5, 2004 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 5 | 0.10 | 27.50 |
| 05/07/04 | | | |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MTH | Discussion with MRE re Debtors' Application to Appoint FR and her contact with EI re same | 0.20 | 55.00 |
| DEM | Search of docket regarding appointment of | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|     |                                                                                              | HOURS |        |
| --- | -------------------------------------------------------------------------------------------- | ----- | ------ |
|     | PD Committee                                                                                 | 0.30  | 28.50  |
| DEM | Preparation and e-filing of Response to Application for Appointment of Legal Rep for Future Asbestos Claimants | 0.30  | 28.50  |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters)    | 0.30  | 28.50  |
| MTH | Reviewing correspondence from DEM re weekly recommendation memoranda                          | 0.10  | 27.50  |
| MTH | Reviewing ACC Response to Application to Appoint an FR                                        | 0.20  | 55.00  |
| MTH | Follow up discussion with MRE re Debtors FR Application.                                      | 0.20  | 55.00  |
| MTH | Reviewing Equity Comm.'s Response re App. to appoint FR.                                      | 0.30  | 82.50  |
| MTH | Correspondence to PVNL, JWD re App to appoint FR, Equity Comm. response.                      | 0.30  | 82.50  |
| MTH | Reviewing correspondence from PVNL re FR application                                          | 0.10  | 27.50  |
| MTH | Reviewing correspondence from MRE re proposed response re FR application.                     | 0.10  | 27.50  |
| MTH | Reviewing correspondence from PVNL to MRE re proposed response re FR Application.             | 0.10  | 27.50  |
| MTH | reviewing follow up correspondence from MRE to PVNL re response re FR Application.            | 0.10  | 27.50  |
| MTH | Reviewing follow up correspondence from PVNL to MRE re FR Application.                        | 0.10  | 27.50  |
| MTH | Prepare weekly recommendation memo (fee apps)                                                | 0.20  | 55.00  |
| MTH | Prepare weekly recommendation memo (motions)                                                 | 0.50  | 137.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1)        | 0.40  | 126.00 |
| PEM | Review daily memo re: pleadings filed                                                        | 0.10  | 31.50  |
| DAC | Review weekly recommendation memo                                                            | 0.20  | 75.00  |
| MTH | Review of memorandum summarizing pleadings filed on May 6                                    | 0.10  | 27.50  |

05/09/04

|     |                                                                               | HOURS |       |
| --- | ----------------------------------------------------------------------------- | ----- | ----- |
| MRE | Review of memorandum summarizing pleadings filed on May 6, 2004               | 0.10  | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed 5/7/04 through 5/9/04        | 0.10  | 29.00 |
| MRE | Review of Equity Response to Future Representative Motion                     | 0.10  | 29.00 |

|  |  | HOURS |  |
|---|---|---|---|
| MRE | Review of UCC Response to Future Representative Motion | 0.10 | 29.00 |
| MRE | Review of London's Response to Future Representative Motion | 0.10 | 29.00 |
| MRE | Review of Property Damage Committee Response to Future Representative Motion | 0.10 | 29.00 |

05/10/04

| MTH | Reviewing Equity Comm's Response to Debtors FR Application. | 0.20 | 55.00 |
|---|---|---|---|
| MTH | Reviewing UCC's Response to Debtors' FR Application. | 0.30 | 82.50 |
| MTH | Reviewing Asbestos PD Comm's Objection to Debtors' FR Application. | 0.20 | 55.00 |
| MTH | Reviewing London's Response to Debtors' FR Application. | 0.40 | 110.00 |
| MTH | Reviewing Certain Insurer's Objection to Debtors' FR Application. | 0.40 | 110.00 |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation relating to adversary proceeding memo | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.80 | 76.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed from May 7 through May 9 | 0.10 | 27.50 |

05/11/04

| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|---|---|---|---|
| DEM | Preparation of e-mail attaching March 2004 operating report. | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |

05/12/04

| MRE | Review of weekly recommendation memo to committee | 0.20 | 58.00 |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MRE | Meeting with MTH regarding upcoming | | |

Committee, Creditors, Noteholders, Equity Holders


                                                   HOURS
        motions and deadlines                      0.20      58.00
    MAL Retrieval of documents, organization and
        distribution of daily pleadings            0.20      19.00
    MTH Meeting with MRE re upcoming hearing,
        pending issues.                             0.20      55.00
    MRE Review of memorandum summarizing
        pleadings filed on May 10, 2004            0.10      29.00
    MTH Review of memorandum summarizing
        pleadings filed on May 11                  0.10      27.50

05/13/04
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo         0.20      19.00
    MAL Retrieval of documents, organization and
        distribution of daily pleadings            0.50      47.50
    MRE Review of memorandum summarizing
        pleadings filed on May 12, 2002            0.10      29.00
    PEM Review daily memo re: pleadings filed      0.10      31.50
    MTH Review of memorandum summarizing
        pleadings filed on May 12                  0.10      27.50

05/14/04
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                                 0.20      19.00
    DEM Revision of Weekly Recommendation Memo
        (adding new orders)                        0.10       9.50
    DEM Prepare and distribute Weekly
        Recommendation Memo to Committee (Fee
        Apps & Other Matters)                      0.30      28.50
    DAC Review counsel's recommendation memo       0.20      75.00
    PEM Review weekly recommendation memo re:
        pending motions and matters (.3); fee
        memo (.1)                                  0.40     126.00
    MTH Reviewing correspondence from DEM re
        recommendation memo to committee.          0.10      27.50
    MTH Preparation of weekly recommendation
        memorandum (.4) and fee applications (.2)  0.60     165.00

05/17/04
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo         0.30      28.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings;
        preparation relating to adversary
        proceeding memo                            0.20      19.00

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.80 | 76.00 |
| MRE | Review of memorandum summarizing pleadings filed from May 14 to May 16, 2004 | 0.10 | 29.00 |
| MRE | Review of UST's statement regarding FR motion | 0.20 | 58.00 |
| PEM | Review memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed from May 14 through May 16 | 0.10 | 27.50 |

05/18/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.30 | 28.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) for May 17, 2004 Daily Memo | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on May 17, 2004 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 17 | 0.10 | 27.50 |

05/19/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.50 | 47.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders and agenda) for May 18, 2004 Memo | 0.50 | 47.50 |
| DEM | Preparation of e-mail to attorneys attaching agenda and highlighted weekly recommendation memo. | 0.10 | 9.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) for May 19, 2004 Daily Memo | 0.10 | 9.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed on May 18 | 0.10 | 27.50 |

05/20/04

|  |  |  |  |
|---|---|---|---|
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing |  |  |

|     |                                                            | HOURS |        |
|-----|------------------------------------------------------------|-------|--------|
|     | notices; preparation of daily memo                         | 0.20  | 19.00  |
| DEM | Preparation of e-mail to PVNL relating to exclusivity motion. | 0.20  | 19.00  |
| DEM | Retrieval of documents from docket (5536, 5542, 5545, 5547, 5575) | 0.30  | 28.50  |
| MRE | Review of memorandum summarizing pleadings filed on May 18, 2004 | 0.10  | 29.00  |
| MRE | Review of memorandum summarizing pleadings filed on May 19, 2004 | 0.10  | 29.00  |
| MRE | Review of memorandum summarizing pleadings filed on May 19, 2004 | 0.10  | 29.00  |
| MTH | Review of memorandum summarizing pleadings filed on May 19 | 0.10  | 27.50  |
| MRE | Review of Debtor reply to motion to appoint FR              | 0.30  | 87.00  |

05/21/04

|     |                                                            |       |        |
|-----|------------------------------------------------------------|-------|--------|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20  | 19.00  |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20  | 19.00  |
| MAL | Updating Service List                                      | 0.20  | 19.00  |
| MTH | Correspondence to Committee re weekly recommendation memoranda. | 0.20  | 55.00  |
| MTH | Reviewing Debtors' Reply re Futures Representative.         | 0.30  | 82.50  |
| DAC | Review counsel's weekly memo                                | 0.20  | 75.00  |
| PEM | Attend conference call with committee re: recusal (time split b/t 3 cases) | 0.30  | 94.50  |
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40  | 126.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 20 | 0.10  | 27.50  |

05/23/04

|     |                                                            |       |        |
|-----|------------------------------------------------------------|-------|--------|
| MRE | Review of memorandum summarizing pleadings filed on 5/20/04 | 0.10  | 29.00  |

05/24/04

|     |                                                            |       |        |
|-----|------------------------------------------------------------|-------|--------|
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10  | 9.50   |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20  | 19.00  |
| DEM | Update Attorney Binder - Weekly Recommendation Memo        | 0.20  | 19.00  |
| DEM | Revision of Weekly Recommendation Memo                     |       |        |

|  |  | HOURS |  |
|---|---|---|---|
|  | (adding new motions and orders) | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed from May 21 through May 23. | 0.10 | 27.50 |

05/25/04

| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|---|---|---|---|
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.40 | 38.00 |
| MTH | Reviewing correspondence from EI to Committee re Application to Appoint FR. | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on May 24. | 0.10 | 27.50 |
| MRE | Drafting hearing memo to committee | 0.70 | 203.00 |

05/26/04

| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|---|---|---|---|
| MRE | Drafting hearing memo to the Committee | 0.90 | 261.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) for May 26, 2004 Daily Memo | 0.10 | 9.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| MAL | Updating  Service List | 0.10 | 9.50 |
| MRE | Review of e-mail from PVNL regarding hearing memo | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 5/25/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed 5/21/04 through 5/23/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 5/24/04 | 0.10 | 29.00 |
| MRE | Review of Claims Status Report | 0.20 | 58.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 25 | 0.10 | 27.50 |

05/27/04

| MTH | Reviewing correspondence from DEM re memorandum for May 24  hearing. | 0.10 | 27.50 |
|---|---|---|---|
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |

                                                        Page: 9
W.R. Grace                                            05/31/2004
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      36
Committee, Creditors, Noteholders, Equity Holders

|                                                           | HOURS |         |
|-----------------------------------------------------------|-------|---------|
| DEM Preparation and e-mailing of Memorandum               |       |         |
| Regarding Omnibus Hearing to Committee                    | 0.20  | 19.00   |
| PEM Review memo re: daily pleadings filed                 | 0.10  | 31.50   |
| MTH Reviewing hearing memorandum from MRE                 | 0.20  | 55.00   |
| MTH Review of memorandum summarizing                      |       |         |
| pleadings filed on May 26                                 | 0.10  | 27.50   |

05/28/04

|                                                           |       |         |
|-----------------------------------------------------------|-------|---------|
| MAL Retrieval of documents, organization and              |       |         |
| distribution of daily pleadings                           | 0.10  | 9.50    |
| DEM Revision of Weekly Recommendation Memo                |       |         |
| (adding new motions and orders)                           | 0.30  | 28.50   |
| DEM Review Pleadings and electronic filing                |       |         |
| notices; preparation of daily memo                        | 0.20  | 19.00   |
| DAC Review counsel's recommendation memo                  | 0.20  | 75.00   |
| PEM Review weekly recommendation memo re:                 |       |         |
| pending motions and matters (.3); fee                     |       |         |
| memo (.1)                                                 | 0.40  | 126.00  |
| MTH Review of memorandum summarizing                      |       |         |
| pleadings filed on May 27                                 | 0.10  | 27.50   |

05/31/04

|                                                           |       |         |
|-----------------------------------------------------------|-------|---------|
| MRE Review of memorandum summarizing                      |       |         |
| pleadings filed on 5/27/04                                | 0.10  | 29.00   |
| MRE Review of memorandum summarizing                      |       |         |
| pleadings filed on 5/26/04                                | 0.10  | 29.00   |
|                                                           | ----- | -------- |
| FOR CURRENT SERVICES RENDERED                             | 32.40 | 6,374.00 |

                              RECAPITULATION

| TIMEKEEPER          | HOURS | HOURLY RATE | TOTAL    |
|---------------------|-------|-------------|----------|
| Douglas A. Campbell | 0.80  | $375.00     | $300.00  |
| Philip E. Milch     | 2.70  | 315.00      | 850.50   |
| Mark T. Hurford     | 7.70  | 275.00      | 2,117.50 |
| Marla R. Eskin      | 5.60  | 290.00      | 1,624.00 |
| Margaret A. Landis  | 4.90  | 95.00       | 465.50   |
| Diane E. Massey     | 10.70 | 95.00       | 1,016.50 |

        TOTAL CURRENT WORK                                   6,374.00


05/04/04 Payment - Thank you. (July, 2003 - 20%)            -1,116.90
05/04/04 Payment - Thank you. (August, 2003 - 20%)          -1,094.50
05/04/04 Payment - Thank you. (September, 2003 - 20%)       -1,226.20
05/25/04 Payment - Thank you. (February, 2004 - 80%)        -3,528.80

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

```
                                             ---------
      TOTAL PAYMENTS                         -6,966.40

      BALANCE DUE                           $19,120.90
                                             ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          05/31/2004
Wilmington  DE                      ACCOUNT NO: 3000-08D
                                    STATEMENT NO:      35

Employee Benefits/Pension



    PREVIOUS BALANCE                                    $330.80



05/04/04 Payment - Thank you. (July, 2003 - 20%)        -520.50


    CREDIT BALANCE                                     -$189.70
                                                       ========



                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                              Page: 1
W.R. Grace                                                 05/31/2004
Wilmington  DE                            ACCOUNT NO: 3000-09D
                                          STATEMENT NO:      11

Employee Applications, Applicant


                                          HOURS
05/26/04
    MRE Telephone conference with DAC regarding
        Baker Donelson application              0.10     29.00
    MRE Review of e-mail from MTH regarding
        Donelson application                    0.10     29.00
                                                ----    -----
        FOR CURRENT SERVICES RENDERED           0.20     58.00

                    RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Marla R. Eskin              0.20    $290.00     $58.00


    TOTAL CURRENT WORK                              58.00


    BALANCE DUE                                    $58.00
                                                   ======


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          05/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-10D
                                      STATEMENT NO:       36


Employment Applications, Others



        PREVIOUS BALANCE                            $1,402.20



                                          HOURS
05/05/04
      MTH Reviewing COC and proposed Order re OCUC
          Application to Retain Capstone             0.30      82.50
      MTH Discussion with DEM re FTI/Capstone
          retention issues.                          0.10      27.50

05/07/04
      MRE Drafting of response to motion to appoint
          Futures' Representative                    2.70     783.00

05/21/04
      MTH Reviewing Debtors' Application to Retain
          Latham & Watkins as special environmental
          counsel.                                   0.40     110.00
      MTH Reviewing Debtors' Application to Retain
          Baker Donelson.                            0.40     110.00

05/26/04
      MTH Additional review of Application to
          Retain Baker Donelson (.4); telephone
          conference with PVNL re same (.2);
          discussion with MRE re same (.2)           0.80     220.00
      MTH Correspondence to DAC and PEM re Debtors'
          Application to Retain Baker Donelson       0.40     110.00
      MTH Reviewing correspondence from DAC re
          Debtors' Application re Baker Donelson     0.10      27.50
                                                     ----   --------
          FOR CURRENT SERVICES RENDERED              5.20   1,470.50

                          RECAPITULATION
      TIMEKEEPER                  HOURS HOURLY RATE       TOTAL
      Mark T. Hurford              2.50     $275.00     $687.50

```
                                                        Page: 2
        W.R. Grace                                     05/31/2004
                                        ACCOUNT NO: 3000-10D
                                        STATEMENT NO:        36
        Employment Applications, Others




    Marla R. Eskin                    2.70      290.00       783.00


        TOTAL CURRENT WORK                                 1,470.50



05/04/04 Payment - Thank you. (August, 2003 - 20%)          -69.10
05/04/04 Payment - Thank you. (September, 2003 - 20%)      -297.40
05/25/04 Payment - Thank you. (February, 2004 - 80%)        -60.80
                                                           -------
        TOTAL PAYMENTS                                     -427.30

        BALANCE DUE                                      $2,445.40
                                                         =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    05/31/2004
Wilmington  DE                    ACCOUNT NO: 3000-11D
                                  STATEMENT NO:      34


Expenses



        PREVIOUS BALANCE                        $3,745.68



05/09/04 Parcels, Inc. - Integrated Outsourced Services on
         5/7/04                                     73.00
05/14/04 Service of Response to Omnibus Claims Objection    61.10
05/14/04 C&L, LTC, LAS Jan-March Interim Fee Service    521.20
05/14/04 Parcels, Inc. Integrated Outsourced Services to
         Campbell & Levine on 5/7/04 (photocopy,
         envelopes, postage, delivery)             207.75
05/14/04 Parcels, Inc. Integrated Outsourced Services to
         Pachulski Stang on 5/14/04                  5.00
05/14/04 Parcels, Inc. Integrated Outsourced Services to
         Pachulski Stang on 5/14/04                  5.00
05/14/04 Parcels, Inc. Integrated Outsourced Services to
         Ferry & Joseph on 5/14/04                   5.00
05/14/04 Parcels, Inc. Integrated Outsourced Services to
         the Office of the U.S. Trustee on 5/14/04   5.00
05/14/04 Parcels, Inc. Integrated Outsourced Services to
         Duane Morris LLP on 5/14/04                 5.00
05/14/04 Parcels, Inc. Integrated Outsourced Services to
         Klett Rooney Lieber & Schorling on 5/14/04  5.00
05/14/04 Parcels, Inc. Integrated Outsourced Services to
         the Bayard Firm on 5/14/04                  5.00
05/14/04 Parcels, Inc. Integrated Outsourced Services to
         Duane Morris LLP on 5/14/04                 5.00
05/14/04 Parcels, Inc. Integrated Outsourced Services to
         Morris Nichols Arsht & Tunnell on 5/14/04   5.00
05/14/04 Parcels, Inc. Intergrated Outsourced Services to
         Skadden Arps et al on 5/14/04               5.00
05/14/04 Parcels, Inc. Integrated Outsourced Services to
         Ferry & Joseph on 5/14/04                   5.00
05/14/04 Parcels, Inc. Integrated Outsourced Services to
         Klett Rooney Lieber & Schorling on 5/14/04  5.00
05/14/04 MRE- Gateway Travel R/T from Philadelphia to

```
                                                      Page: 2
         W.R. Grace                                  05/31/2004
                                         ACCOUNT NO: 3000-11D
                                         STATEMENT NO:      34
         Expenses




         Pittsburgh on 5/25/04 (split between 4 cases)     151.93
05/16/04 AT&T Long Distance Phone Calls                      2.57
05/17/04 Hand delivery to Klett Rooney Liber & Schorling     5.00
05/17/04 Hand delivery to The Bayard Firm                    5.00
05/17/04 Hand delivery to Office of U.S. Trustee             5.00
05/17/04 Hand delivery to Duane Morris LLP                   5.00
05/17/04 Hand delivery to Ferry & Joseph                     5.00
05/17/04 Hand delivery to Pachulski Stang                    5.00
05/17/04 C&D 12th Interim Fee App. Service                  93.25
05/20/04 MRE - Expense Reimbursement - Parking for 3rd
         Circuit hearing on 4/19/04 (Divided between 4
         parties)                                            3.75
05/23/04 MRE - Expense reimbursement for cab fare (Airport
         to Courthouse)                                     10.00
05/31/04 Pacer charges for the month of April                5.32
                                                         --------
         TOTAL EXPENSES                                  1,219.87

         TOTAL CURRENT WORK                               1,219.87


05/25/04 Payment - Thank you. (February, 2004 - 100%)     -567.75


         BALANCE DUE                                    $4,397.80
                                                        =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    05/31/2004
Wilmington  DE                               ACCOUNT NO: 3000-12D
                                             STATEMENT NO:       34


Fee Applications, Applicant



PREVIOUS BALANCE                                          $4,296.50


                                             HOURS
05/05/04
    KJC Review e-mail from DGS re expenses      0.10       17.50
    KJC Draft response to DGS re expenses       0.10       17.50

05/11/04
    LMP Prepare and update Campbell & Levine's
        12th Interim Application for the period
        of January through March 2004 for filing   1.20      114.00

05/14/04
    LMP Electronic filing and service of Campbell
        & Levine's January through March Interim
        Fee Application                         0.30       28.50
    KJC Review and sign C&L 12th interim fee
        application                             0.30       52.50
    KJC Revise C&L 12th interim                 0.10       17.50
    KJC Review and sign C&L Fraudulent Conveyance
        interim fee application                 0.20       35.00

05/17/04
    MTH Reviewing pre-bill.                     0.90      247.50

05/21/04
    LMP Review case docket for objections to C&L
        March Fee Application (.1); Prepare CNO
        for same; Electronic filing and service
        of CNO (.3)                             0.40       38.00
    KJC Review and sign CNO re C&L adversary fee
        application for January through March
        2004                                    0.20       35.00
    KJC Review and sign CNO re C&L March monthly
        fee application                         0.20       35.00

```
                                                    Page: 2
        W.R. Grace                                05/31/2004
                                      ACCOUNT NO: 3000-12D
                                      STATEMENT NO:      34

        Fee Applications, Applicant




                                             HOURS
05/24/04
        LMP Review check payment information from
            Grace; Update fee application status
            chart (.1); Email D. Seitz payment
            summary (.1)                      0.20   19.00
                                              ----   ------
            FOR CURRENT SERVICES RENDERED     4.20  657.00

                        RECAPITULATION
        TIMEKEEPER               HOURS HOURLY RATE      TOTAL
        Mark T. Hurford          0.90   $275.00    $247.50
        Kathleen J. Campbell     1.20    175.00     210.00
        Lauren M. Przybylek      2.10     95.00     199.50


            TOTAL CURRENT WORK                        657.00


05/04/04 Payment - Thank you. (July, 2003 - 20%)      -98.30
05/04/04 Payment - Thank you. (August, 2003 - 20%)   -172.00
05/04/04 Payment - Thank you. (September, 2003 - 20%) -255.30
05/25/04 Payment - Thank you. (February, 2004 - 80%) -927.60
                                                   ---------
            TOTAL PAYMENTS                        -1,453.20

            BALANCE DUE                            $3,500.30
                                                   =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310


                                                          Page: 1
W.R. Grace                                               05/31/2004
Wilmington  DE                              ACCOUNT NO: 3000-13D
                                            STATEMENT NO:      21


Fee Applications, Others



        PREVIOUS BALANCE                              $5,698.20



                                            HOURS
05/11/04
     LMP Prepare and update Legal Analysis Systems
         8th Interim Application for the period of
         January through March 2004 for filing          1.00     95.00
     LMP Prepare and update L Tersigni's 12th
         Interim Application for the period of
         January through March 2004 for filing          1.00     95.00

05/12/04
     LMP Review March Fee Application of Reed
         Smith (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                       0.20     19.00
     LMP Review April Fee Application of WHS &
         Associates (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                       0.20     19.00
     LMP Review March Fee Application of PwC, LLP
         (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                       0.20     19.00

05/13/04
     LMP Review March Fee Application of PSZYJ&W
         (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                       0.20     19.00
     LMP Review April Fee Application of Ferry,
         Joseph & Pearce (.1); Update Wr Grace
         Weekly Recommendation Memo (.1)                 0.20     19.00
     LMP Review March Fee Application of Casner &
         Edwards (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                       0.20     19.00
     LMP Review March Fee Application of Wallace
         King Marraro & Branson (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)           0.20     19.00

```
                                                    Page: 2
W.R. Grace                                        05/31/2004
                                         ACCOUNT NO: 3000-13D
                                         STATEMENT NO:      21

Fee Applications, Others


                                         HOURS
     LMP Review January Fee Application of Nelson
         Mullins Riley & Scarborough(.1); Update
         Wr Grace Weekly Recommendation Memo (.1)    0.20     19.00
     LMP Review February Fee Application of Nelson
         Mullins Riley & Scarborough(.1); Update
         Wr Grace Weekly Recommendation Memo (.1)    0.20     19.00
     LMP Review March Fee Application of Nelson
         Mullins Riley & Scarborough(.1); Update
         Wr Grace Weekly Recommendation Memo (.1)    0.20     19.00

05/14/04
     LMP Electronic filing and service of L
         Tersigni's January through March Interim
         Fee Application                             0.30     28.50
     LMP Electronic filing and service of Legal
         Analysis Systems January through March
         Interim Fee Application                     0.30     28.50
     KJC Review LAS January through March interim
         and sign COS re same                        0.30     52.50
     KJC Review LTC January through March interim
         and sign COS re same                        0.30     52.50

05/17/04
     LMP Review email from A. Katznelson re: C&D
         Interim Fee Application (.1); Update and
         Prepare January through March Interim for
         filing (.3)                                 0.40     38.00
     KJC Review C&D interim fee application and
         sign COS re same                            0.30     52.50
     LMP Electronic filing and service of Caplin's
         Twelfth Interim Fee Application             0.20     19.00

05/18/04
     LMP Review email from D. Relles regarding
         LAS' April 2004 bill (.1); Update and
         prepare LAS' April Fee Application for
         filing (.3)                                 0.40     38.00

05/20/04
     LMP Review April Fee Application of Carella,
         Bryne, Bain, Gilfillan, Cecchi, Stewart &
         Olstein (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                    0.20     19.00
     LMP Review March Fee Application of Protivit,
         Inc. (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                    0.20     19.00
     LMP Review May through December Interim Fee
```

W.R. Grace

Fee Applications, Others

|  | | HOURS | |
|---|---|---|---|
| | Application of Goodwin Proctor (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review October through December Interim Fee Application of BMC (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January through March Interim Fee Application of Carella, Bryne, Bain, Gilfillan, Cecchi, Stewart & Olstein (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January through March Interim Fee Application of Warren H. Smith & Associates (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January through March Interim Fee Application of Casner & Edwards (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review October through December Interim Fee Application of Steptoe & Johnson (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January through March Interim Fee Application of Reed Smith (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

05/21/04

|  | | | |
|---|---|---|---|
| LMP | Review case docket for objections to LTC February Fee Application (.1); Prepare CNO for same; Electronic filing and service of CNO (.3) | 0.40 | 38.00 |
| LMP | Review case docket for objections to LTC March Fee Application (.1); Prepare CNO for same; Electronic filing and service of CNO (.3) | 0.40 | 38.00 |
| LMP | Review case docket for objections to LAS' March Fee Application (.1); Prepare CNO for same; Electronic filing and service of CNO (.3) | 0.40 | 38.00 |
| LMP | Review case docket for objections to Caplin's March Fee Application (.1); Prepare CNO for same; Electronic filing and service of CNO (.3) | 0.40 | 38.00 |
| LMP | Review January, February and March Monthly Fee Applications of Cozen O'Connor (.2); Update Wr Grace Weekly | | |

```
                                                                  Page: 4
W.R. Grace                                                      05/31/2004
                                              ACCOUNT NO: 3000-13D
                                              STATEMENT NO:      21

Fee Applications, Others




                                                         HOURS
         Recommendation Memo (.1)                         0.30      28.50
     KJC Review and sign CNO re LTC February fee
         application                                      0.20      35.00
     KJC Review and sign CNO re LTC March fee
         application                                      0.20      35.00
     KJC Review and sign CNO re C&D March fee
         application                                      0.20      35.00
     KJC Review and sign CNO re LAS March fee
         application                                      0.20      35.00

05/25/04
     LMP Review October through December Interim
         Fee Application of Conway, Del Genio &
         Gries (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                         0.20      19.00
     LMP Review April Fee Application of Spriggs &
         Hollingsworth (.1); Update FM Weekly
         Recommendation Memo (.1)                         0.20      19.00
     LMP Review March Fee Application of FTI
         Consulting (.1); Update FM Weekly
         Recommendation Memo (.1)                         0.20      19.00

05/28/04
     LMP Review January through March Interim Fee
         Application of Ferry, Joseph & Pearce
         (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                         0.20      19.00
     LMP Review April Fee Application of Bilzin
         Sumberg Baena Price & Axelrod (.1);
         Update Wr Grace Weekly Recommendation
         Memo (.1)                                        0.20      19.00
     LMP Review email from D. Collins re: LTC
         April 2004 bill (.1); Update and prepare
         April Fee Application for filing (.3)            0.40      38.00
                                                          -----  --------
         FOR CURRENT SERVICES RENDERED                   12.40   1,314.00

                         RECAPITULATION
    TIMEKEEPER                       HOURS HOURLY RATE      TOTAL
    Kathleen J. Campbell              1.70   $175.00     $297.50
    Lauren M. Przybylek              10.70     95.00    1,016.50


         TOTAL CURRENT WORK                                      1,314.00
```

```
                                                        Page: 5
          W.R. Grace                                 05/31/2004
                                     ACCOUNT NO: 3000-13D
                                     STATEMENT NO:       21

          Fee Applications, Others




05/04/04 Payment - Thank you. (July, 2003 - 20%)        -293.60
05/04/04 Payment - Thank you. (August, 2003 - 20%)      -300.50
05/04/04 Payment - Thank you. (September, 2003 - 20%)   -410.60
05/25/04 Payment - Thank you. (February, 2004 - 80%)  -1,136.00
                                                      ---------
          TOTAL PAYMENTS                              -2,140.70

          BALANCE DUE                                $4,871.50
                                                     =========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                05/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-14D
                                        STATEMENT NO:      31

Financing



PREVIOUS BALANCE                                          $27.50



05/25/04 Payment - Thank you. (February, 2004 - 80%)        -22.00

BALANCE DUE                                                $5.50
                                                          =====




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              05/31/2004
Wilmington  DE                             ACCOUNT NO: 3000-15D
                                           STATEMENT NO:      36

Hearings

PREVIOUS BALANCE                                        $7,808.40

                                                HOURS
05/06/04
     MRE Revisions to memo regarding hearing       0.10       29.00
     MRE E-mails with C&D regarding hearing        0.20       58.00
     MTH Reviewing correspondence from EI re May
         Omnibus (.1) and reviewing response from
         PVNL re same (.1)                         0.20       55.00

05/12/04
     MRE Review of agenda for May 18th             0.10       29.00

05/17/04
     MRE Meeting with DEM regarding hearing        0.10       29.00
     MRE Review of e-mail from DEM regarding
         hearing                                   0.10       29.00
     DEM Meeting with MRE re: hearing              0.10        9.50

05/19/04
     MTH Reviewing correspondence from DEM re
         Agenda for May 24 hearing (.1) and review
         of same (.2)                              0.30       82.50

05/21/04
     MRE Preparation for hearing                   0.30       87.00

05/23/04
     MRE Preparation for hearing                   0.80      232.00

05/24/04
     MRE Attendance at hearing                     2.70      783.00

05/25/04
     MRE Review of e-mail from EI regarding

```
                                                       Page: 2
      W.R. Grace                                   05/31/2004
                                     ACCOUNT NO: 3000-15D
                                     STATEMENT NO:       36

      Hearings




                                          HOURS
            hearing                        0.10      29.00
      PEM Review hearing memorandum         0.20      63.00

05/26/04
      DAC Review memo re: 5/24 hearings     0.10      37.50
                                          ----   --------
            FOR CURRENT SERVICES RENDERED   5.40   1,552.50

                       RECAPITULATION
      TIMEKEEPER              HOURS HOURLY RATE      TOTAL
      Douglas A. Campbell      0.10    $375.00     $37.50
      Philip E. Milch          0.20     315.00      63.00
      Mark T. Hurford          0.50     275.00     137.50
      Marla R. Eskin           4.50     290.00   1,305.00
      Diane E. Massey          0.10      95.00       9.50


            TOTAL CURRENT WORK                    1,552.50


05/04/04 Payment - Thank you. (July, 2003 - 20%)       -138.20
05/04/04 Payment - Thank you. (August, 2003 - 20%)     -215.90
05/04/04 Payment - Thank you. (September, 2003 - 20%)  -233.80
05/25/04 Payment - Thank you. (February, 2004 - 80%) -1,257.60
                                                    ---------
            TOTAL PAYMENTS                           -1,845.50

            BALANCE DUE                              $7,515.40
                                                    =========
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          05/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-16D
                                        STATEMENT NO:      21

Litigation and Litigation Consulting




      PREVIOUS BALANCE                              $6,630.70



                                          HOURS
05/03/04
      MRE Review of opinion in Grace v. Chakarian      0.10      29.00
      MTH Reviewing Order for Status Conference.       0.10      27.50
      MTH Reviewing Memorandum Opinion re Exxon
          adversary                                    0.50     137.50

05/04/04
      MTH Reviewing Objection of Maryland Casualty
          to Libby Victims and Libby Counsel's
          Motion to Stay or Defer ruling.              0.20      55.00
      MTH Reviewing Continental Casualty's
          Objection re Libby Claimants Motions re
          Defer Contempt                               0.20      55.00

05/17/04
      MTH Reviewing opinion from CA3 re Wolin
          Recusal.                                     0.80     220.00
      DAC Review of Circuit decision re: Wolin         1.00     375.00
      MRE Review of 3rd circuit opinion (time
          divided with other cases)                    0.50     145.00
      PEM Review 3d circuit decision re: recusal
          (split b/t 3 cases)                          0.60     189.00

05/20/04
      DAC Review Wolin statement and Elliot release    0.20      75.00

05/24/04
      DBS Review 3rd circuit opinion re: Wolin
          recusal and meeting with PEM re: same        0.60     225.00

05/25/04
      MTH Reviewing Judge Wolin's Order re recusal.    0.10      27.50

```
                                                        Page: 2
        W.R. Grace                                    05/31/2004
                                            ACCOUNT NO: 3000-16D
                                            STATEMENT NO:      21
        Litigation and Litigation Consulting
```

```
                                               HOURS
05/26/04
    KJC Review of revised joint petition for
        rehearing en banc and discussions with
        MRE re same                             0.30      52.50
    KJC Review and compile exhibits re petition
        for rehearing                           0.10      17.50

05/27/04
    KJC Work on petition for rehearing en banc  0.50      87.50
    KJC Additional work on petition for rehearing
        en banc and exhibits to same            0.40      70.00
    MTH Reviewing correspondence from MRE re
        judicial assignment.                    0.10      27.50

05/28/04
    MTH Reviewing Designation of District Court
        Judge Buckwalter                        0.10      27.50
    DAC Review petition and exhibits for en banc
        hearing                                 0.50     187.50
    PEM Review petition for rehearing en banc   0.50     157.50
                                                ----  --------
        FOR CURRENT SERVICES RENDERED           7.40   2,188.00

                    RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE     TOTAL
    Douglas A. Campbell         1.70  $375.00     $637.50
    David B. Salzman            0.60   375.00      225.00
    Philip E. Milch             1.10   315.00      346.50
    Mark T. Hurford             2.10   275.00      577.50
    Marla R. Eskin              0.60   290.00      174.00
    Kathleen J. Campbell        1.30   175.00      227.50


        TOTAL CURRENT WORK                        2,188.00


05/04/04 Payment - Thank you. (July, 2003 - 20%)       -37.80
05/04/04 Payment - Thank you. (September, 2003 - 20%) -209.10
05/25/04 Payment - Thank you. (February, 2004 - 80%) -1,468.40
                                                    ---------
        TOTAL PAYMENTS                             -1,715.30

        BALANCE DUE                               $7,103.40
                                                  =========
```

```
                                                        Page: 3
W.R. Grace                                            05/31/2004
                                      ACCOUNT NO: 3000-16D
                                      STATEMENT NO:        21

Litigation and Litigation Consulting
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
     W.R. Grace                                     05/31/2004
     Wilmington  DE                    ACCOUNT NO: 3000-17D
                                       STATEMENT NO:     21

     Plan and Disclosure Statement




     PREVIOUS BALANCE                              $6,951.50




05/04/04 Payment - Thank you. (July, 2003 - 20%)        -58.70
05/04/04 Payment - Thank you. (August, 2003 - 20%)     -497.50
05/04/04 Payment - Thank you. (September, 2003 - 20%)   -63.50
05/25/04 Payment - Thank you. (February, 2004 - 80%)  -3,508.40
                                                      ---------
     TOTAL PAYMENTS                                  -4,128.10

     BALANCE DUE                                     $2,823.40
                                                     =========







     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                              05/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-18D
                                        STATEMENT NO:      21

Relief from Stay Proceedings

PREVIOUS BALANCE                                        $594.50

                                          HOURS
05/03/04
    MTH Reviewing Reply of Massachusetts's DEP re
        stay relief for set off.                 0.40    110.00
    MRE Review of Debtors response to Libby
        Claimants Motion for relief from stay    0.10     29.00

05/04/04
    MTH Reviewing Debtors' Response re Libby
        perpetuation depositions.                0.30     82.50
    MTH Reviewing Maryland Casualty's Conditional
        Objection to Libby Claimant's Motion re
        Perpetuation Depositions.                0.20     55.00

05/17/04
    MRE Review of motion for relief from stay to
        take depositions                         0.10     29.00
    MRE Review of Motion for leave to file motion
        for relief from stay                     0.30     87.00

05/31/04
    MRE Review of Motion for Entry of Order
        Modifying the Automatic Stay             0.10     29.00
                                                 ----   ------
        FOR CURRENT SERVICES RENDERED            1.50    421.50

                          RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    Mark T. Hurford              0.90   $275.00     $247.50
    Marla R. Eskin              0.60    290.00      174.00

```
                                                      Page: 2
          W.R. Grace                                05/31/2004
                                      ACCOUNT NO: 3000-18D
                                      STATEMENT NO:      21
          Relief from Stay Proceedings




             TOTAL CURRENT WORK                        421.50



05/04/04 Payment - Thank you. (July, 2003 - 20%)      -106.00
05/04/04 Payment - Thank you. (September, 2003 - 20%)  -19.60
05/25/04 Payment - Thank you. (February, 2004 - 80%)   -23.20
                                                      -------
          TOTAL PAYMENTS                              -148.80

          BALANCE DUE                                 $867.20
                                                      =======
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                  05/31/2004
Wilmington  DE                               ACCOUNT NO: 3000-19D
                                             STATEMENT NO:      11


Tax Issues




PREVIOUS BALANCE                                            $173.70




05/04/04 Payment - Thank you. (July, 2003 - 20%)             -16.30
05/04/04 Payment - Thank you. (August, 2003 - 20%)            -5.30
05/04/04 Payment - Thank you. (September, 2003 - 20%)        -24.00
                                                            ------
         TOTAL PAYMENTS                                      -45.60

         BALANCE DUE                                        $128.10
                                                            =======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        05/31/2004
Wilmington  DE                       ACCOUNT NO: 3000-20D
                                     STATEMENT NO:      20


Tax Litigation



    PREVIOUS BALANCE                              $468.80


    BALANCE DUE                                   $468.80
                                                  ========



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                      Page: 1
W.R. Grace                                         05/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-21D
                                      STATEMENT NO:      12


    Travel-Non-Working




    PREVIOUS BALANCE                                 $137.50



                                      HOURS
05/23/04
    MRE Travel time .7  - (50% of actual time,
        time divided with 3 other cases)        0.70    203.00

05/24/04
    MRE Travel time .7  - (50% of actual time,
        time divided with 3 other cases)        0.70    203.00
                                                ----    ------
    FOR CURRENT SERVICES RENDERED               1.40    406.00

                        RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE       TOTAL
    Marla R. Eskin               1.40    $290.00    $406.00


    TOTAL CURRENT WORK                               406.00


    BALANCE DUE                                      $543.50
                                                     =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            05/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-22D
                                        STATEMENT NO:      25


Valuation



    PREVIOUS BALANCE                              $1,250.40


    BALANCE DUE                                   $1,250.40
                                                  =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
        W.R. Grace                                  05/31/2004
        Wilmington   DE                 ACCOUNT NO: 3000-23D
                                        STATEMENT NO:     25


        ZAI Science Trial




        PREVIOUS BALANCE                            $1,697.40



                                              HOURS
05/24/04
        MTH Reviewing correspondence from MRE re ZAI
            summary judgment motions and
            Correspondence to DEM re same            0.10    27.50
                                                     ----   -----
            FOR CURRENT SERVICES RENDERED            0.10    27.50

                         RECAPITULATION
        TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
        Mark T. Hurford             0.10    $275.00     $27.50


        TOTAL CURRENT WORK                             27.50



05/04/04 Payment - Thank you. (July, 2003 - 20%)         -262.50
05/04/04 Payment - Thank you. (August, 2003 - 20%)        -34.50
05/04/04 Payment - Thank you. (September, 2003 - 20%)     -85.60
                                                       -------
        TOTAL PAYMENTS                                 -382.60

        BALANCE DUE                                  $1,342.30
                                                     =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    05/31/2004
Wilmington  DE                          ACCOUNT NO     3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 471.50 | 58.00 | 0.00 | 0.00 | -216.60 | $312.90 |
| 3000-03 Business Operations | | | | | |
| 462.10 | 0.00 | 0.00 | 0.00 | -142.60 | $319.50 |
| 3000-04 Case Administration | | | | | |
| 1,382.50 | 437.00 | 0.00 | 0.00 | -475.80 | $1,343.70 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,493.80 | 522.50 | 0.00 | 0.00 | -320.60 | $2,695.70 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 484.80 | 1,022.00 | 0.00 | 0.00 | -433.70 | $1,073.10 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 19,713.30 | 6,374.00 | 0.00 | 0.00 | -6,966.40 | $19,120.90 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 330.80 | 0.00 | 0.00 | 0.00 | -520.50 | -$189.70 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 0.00 | 58.00 | 0.00 | 0.00 | 0.00 | $58.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,402.20 | 1,470.50 | 0.00 | 0.00 | -427.30 | $2,445.40 |
| 3000-11 Expenses | | | | | |
| 3,745.68 | 0.00 | 1,219.87 | 0.00 | -567.75 | $4,397.80 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,296.50 | 657.00 | 0.00 | 0.00 | -1,453.20 | $3,500.30 |
| 3000-13 Fee Applications, Others | | | | | |
| 5,698.20 | 1,314.00 | 0.00 | 0.00 | -2,140.70 | $4,871.50 |

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Financing | | | | | |
| 27.50 | 0.00 | 0.00 | 0.00 | -22.00 | $5.50 |
| 3000-15 Hearings | | | | | |
| 7,808.40 | 1,552.50 | 0.00 | 0.00 | -1,845.50 | $7,515.40 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 6,630.70 | 2,188.00 | 0.00 | 0.00 | -1,715.30 | $7,103.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 6,951.50 | 0.00 | 0.00 | 0.00 | -4,128.10 | $2,823.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 594.50 | 421.50 | 0.00 | 0.00 | -148.80 | $867.20 |
| 3000-19 Tax Issues | | | | | |
| 173.70 | 0.00 | 0.00 | 0.00 | -45.60 | $128.10 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 137.50 | 406.00 | 0.00 | 0.00 | 0.00 | $543.50 |
| 3000-22 Valuation | | | | | |
| 1,250.40 | 0.00 | 0.00 | 0.00 | 0.00 | $1,250.40 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,697.40 | 27.50 | 0.00 | 0.00 | -382.60 | $1,342.30 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 66,221.78 | 16,508.50 | 1,219.87 | 0.00 | -21,953.05 | $61,997.10 |
| | | | | | ========== |

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.