Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            06/30/2004
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      37

    Asset Disposition



    PREVIOUS BALANCE                                    $312.90


                                             HOURS
06/17/04
    MTH Reviewing Debtors' Motion to Assign a
        Lease to Jay Peak.                     0.30     82.50
                                               ----     -----
        FOR CURRENT SERVICES RENDERED          0.30     82.50
                        RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE    TOTAL
    Mark T. Hurford              0.30   $275.00    $82.50


    TOTAL CURRENT WORK                                   82.50


06/30/04 Payment - Thank you. (March, 2004 - 80%)       -156.40


    BALANCE DUE                                         $239.00
                                                        =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                      06/30/2004
Wilmington  DE                      ACCOUNT NO: 3000-03D
                                    STATEMENT NO:      32

Business Operations

        PREVIOUS BALANCE                            $319.50

                                          HOURS
06/17/04
      MTH Reviewing correspondence from M Berkin re
          Alltech Motion.                     0.10      27.50
      MTH Begin reviewing Debtors Motion re
          Alltech.                            0.50     137.50
      MTH Correspondence to M Berkin re Debtors'
          Motion re Alltech.                  0.20      55.00

06/23/04
      MTH Telephone conference with M Berkin re
          Alltech motion.                     0.20      55.00
      MTH Telephone conference with J. Sakalo re
          Alltech Motion, ADR Motion, Status
          Report.                             0.50     137.50

06/24/04
      MTH telephone call to Mike Berkin re Alltech
          Motion                              0.10      27.50
      MTH Additional review of Debtors' Motion re
          Alltech                             0.50     137.50

06/25/04
      MTH Telephone conference with M Berkin and J.
          Sinclair re Alltech Motion.         0.50     137.50
      MTH Correspondence to S. Blatnick re Alltech
          Motion and ADR Motion.              0.30      82.50
      MTH Reviewing correspondence from M Berkin re
          Alltech Motion.                     0.10      27.50

06/30/04
      MTH Correspondence to M Berkin re Alltech
          Motion.                             0.10      27.50

```
                                                          Page: 2
W.R. Grace                                              06/30/2004
                                          ACCOUNT NO: 3000-03D
                                          STATEMENT NO:       32
Business Operations
```

```
                                                    HOURS
MTH Reviewing correspondence from M Berkin re
    draft memo re Alltech and response to
    same.                                         0.20     55.00
                                                  ----    ------
    FOR CURRENT SERVICES RENDERED                 3.30    907.50
```

```
                        RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Mark T. Hurford               3.30    $275.00     $907.50


    TOTAL CURRENT WORK                             907.50


06/30/04 Payment - Thank you. (March, 2004 - 80%)        -23.20


    BALANCE DUE                                  $1,203.80
                                                 =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                        06/30/2004
Wilmington  DE                        ACCOUNT NO: 3000-04D
                                      STATEMENT NO:      37

Case Administration


PREVIOUS BALANCE                                  $1,343.70


                                          HOURS
06/24/04
    MTH Reviewing affidavit of Kohl.              0.10      27.50

06/25/04
    MTH Reviewing Affidavit of L. Bell.           0.10      27.50
    MTH Telephone conference with EP Sullivan re
        questions re claim.                       0.20      55.00
                                                  ----    ------
    FOR CURRENT SERVICES RENDERED                 0.40    110.00

                    RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Mark T. Hurford             0.40     $275.00    $110.00


    TOTAL CURRENT WORK                               110.00


06/30/04 Payment - Thank you. (March, 2004 - 80%)       -201.60


    BALANCE DUE                                   $1,252.10
                                                  =========


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

```
                        Campbell & Levine, LLC
                         1700 Grant Building
                        Pittsburgh, PA  15219
                          412-261-0310




                                                           Page: 1
        W.R. Grace                                        06/30/2004
        Wilmington  DE                       ACCOUNT NO: 3000-05D
                                             STATEMENT NO:      37

        Claims Analysis Objection & Resolution (Asbestos)




        PREVIOUS BALANCE                              $2,695.70


                                                 HOURS
        06/28/04
            DAC Review status reports from Libby
                claimants and Zonolite claimants       0.80    300.00
                                                       ----    ------
                FOR CURRENT SERVICES RENDERED          0.80    300.00

                            RECAPITULATION
           TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
           Douglas A. Campbell         0.80    $375.00    $300.00


            TOTAL CURRENT WORK                           300.00


        06/30/04 Payment - Thank you. (March, 2004 - 80%)      -67.20


            BALANCE DUE                               $2,928.50
                                                      =========




            Any payments received after the statement date will be
            applied to next month's statement.  Please note your
            account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                06/30/2004
Wilmington  DE                              ACCOUNT NO: 3000-06D
                                            STATEMENT NO:      37


Claims Analysis Objection & Resol. (Non-Asbestos)



PREVIOUS BALANCE                                  $1,073.10



                                          HOURS
06/03/04
    MTH Additional review of Debtors' Fifth
        Claims Objection (.1) and discussion with
        DEM re same (.1)                    0.20     55.00

06/14/04
    PEM Review memo from counsel to committee re:
        open issues and status (.2);
        correspondence re: same (.2)        0.40    126.00
    DAC Review memo re: claims estimation   0.20     75.00

06/18/04
    MTH Reviewing correspondence from PVNL re
        Debtors' ADR Motion.                0.10     27.50
    MTH Reviewing correspondence from NF re
        Debtors' ADR Motion.                0.10     27.50
    MTH Reviewing Debtors' Motion to Establish
        ADR Program.                        1.40    385.00

06/22/04
    MTH Correspondence to and from MRE re
        Debtors' ADR Motion.                0.10     27.50
    MTH Reviewing correspondence from EI re
        Debtors' ADR Motion.                0.10     27.50
    MTH Additional review of Debtors' ADR Motion. 0.30  82.50
    MTH Telephone conference with S. Blatnick re
        Debtors' ADR Motion.                0.30     82.50
    MTH Correspondence to S. Blatnick re Debtors'
        ADR Motion.                         0.20     55.00
    MTH Correspondence to Nate Finch re Debtors'
        ADR Motion and contact with counsel re
        same.                               0.30     82.50

W.R. Grace

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing correspondence from MRE to NDF re ADR motion, Objection Deadline. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from NDF re thoughts re ADR Motion. | 0.10 | 27.50 |
| MRE | E-mail with NDF regarding ADR procedures | 0.10 | 29.00 |
| MRE | Review of e-mail from MTH regarding ADR procedures | 0.10 | 29.00 |
| **06/23/04** | | | |
| MTH | Reviewing correspondence from NDF re ADR Motion. | 0.10 | 27.50 |
| **06/25/04** | | | |
| MTH | Reviewing Dillingham-Manson's Response to Debtors' Claims Objection. | 0.10 | 27.50 |
| MTH | Reviewing Debtors' Reply to Dennis Nelson's Response to Claims Objection. | 0.20 | 55.00 |
| **06/29/04** | | | |
| MTH | Reviewing correspondence from S. Blatnick re ADR motion, Alltech motion (.1) and response thereto (.2) | 0.30 | 82.50 |
| MTH | Reviewing revised proposed Order re ADR Motion | 0.30 | 82.50 |
| **06/30/04** | | | |
| MRE | Review of revised ADR order | 0.30 | 87.00 |
| MTH | Correspondence to and from MRE (x2) re proposed Order re ADR Motion. | 0.20 | 55.00 |
| MTH | Correspondence to Nate Finch re revised proposed Order re ADR Procedures. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from Nate Finch re revised Order re ADR Motion and response to same. | 0.10 | 27.50 |
| MRE | Review of e-mail from MTH regarding ADR | 0.10 | 29.00 |
| MRE | Review of e-mail from N. Finch regarding ADR procedure | 0.10 | 29.00 |
| MTH | Correspondence to MRE re Debtors' Proposed language re pre-approved settlements. | 0.10 | 27.50 |
| | FOR CURRENT SERVICES RENDERED | 6.10 | 1,724.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.20 | $375.00 | $75.00 |
| Philip E. Milch | 0.40 | 315.00 | 126.00 |

```
                                                    Page: 3
      W.R. Grace                                  06/30/2004
                                    ACCOUNT NO: 3000-06D
                                    STATEMENT NO:      37
      Claims Analysis Objection & Resol. (Non-Asbestos)




      Mark T. Hurford                  4.80    275.00   1,320.00
      Marla R. Eskin                   0.70    290.00     203.00


          TOTAL CURRENT WORK                           1,724.00


06/30/04 Payment - Thank you. (March, 2004 - 80%)         -22.00


          BALANCE DUE                                  $2,775.10
                                                       =========
```

      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              06/30/2004
Wilmington   DE                          ACCOUNT NO: 3000-07D
                                         STATEMENT NO:      37

Committee, Creditors, Noteholders, Equity Holders



PREVIOUS BALANCE                                   $19,120.90


                                             HOURS
06/01/04
     MAL Retrieval of documents, organization and
         distribution of daily pleadings             0.30     28.50
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo          0.30     28.50
     DEM Update Attorney Binder - Weekly
         Recommendation Memo                         0.20     19.00
     MAL Updating Service List                       0.10      9.50
     MRE Review of memorandum summarizing
         pleadings filed 5/28/04 through 5/31/04     0.10     29.00
     PEM Review memo re: daily pleadings filed       0.10     31.50

06/02/04
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo          0.20     19.00
     MAL Retrieval of documents, organization and
         distribution of daily pleadings             0.30     28.50
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)             0.10      9.50
     MRE Review of memorandum summarizing
         pleadings filed on 6/1/04                   0.10     29.00
     MTH Review of memorandum summarizing
         pleadings filed from May 28 through May
         31                                          0.10     27.50
     MTH Review of memorandum summarizing
         pleadings filed on 6/1/04                   0.10     27.50

06/03/04
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo          0.20     19.00
     MAL Retrieval of documents, organization and
         distribution of daily pleadings             0.20     19.00

                                                   Page: 2
W.R. Grace                                      06/30/2004
                                   ACCOUNT NO: 3000-07D
                                   STATEMENT NO:      37
Committee, Creditors, Noteholders, Equity Holders


                                                HOURS
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)        0.10     9.50
     MAL Updating Service List                   0.10     9.50
     MRE Review of memorandum summarizing
         pleadings filed on June 2, 2004         0.10    29.00
     PEM Review memo re: pleadings filed         0.10    31.50
     MTH Review of memorandum summarizing
         pleadings filed on 6/2/04               0.10    27.50

06/04/04
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)         0.20    19.00
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo      0.20    19.00
     MAL Retrieval of documents, organization and
         distribution of daily pleadings         0.40    38.00
     DEM Prepare and distribute Weekly
         Recommendation Memo to Committee (Fee
         Apps & Other Matters)                   0.30    28.50
     MTH Reviewing correspondence from DEM to
         Committee regarding weekly recommendation
         memoranda.                              0.10    27.50
     DAC Review counsel's weekly memo            0.20    75.00
     PEM Review weekly recommendation memo re:
         pending motions (.2); fee memo (.1)     0.30    94.50
     MTH Prepare weekly recommendation memo for
         Motions (.5) and fee applications (.1)  0.60   165.00
     MTH Review of memorandum summarizing
         pleadings filed on 6/3/04               0.10    27.50
     MTH Reviewing notice of appeal re FR Order
         (.1) and Correspondence to EI, PVNL re
         same (.2)                               0.30    82.50

06/06/04
     MRE Review of memorandum summarizing
         pleadings filed on 6/3/04               0.10    29.00
     MRE Review of Federal Appeal                0.10    29.00

06/07/04
     DEM Review Pleadings and electronic filing
         notices; preparation of daily memo      0.20    19.00
     DEM Update Attorney Binder - Weekly
         Recommendation Memo                     0.20    19.00
     MAL Retrieval of documents, organization and
         distribution of daily pleadings         0.50    47.50
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)         0.10     9.50

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|     |     | HOURS |        |
| --- | --- | ----- | ------ |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.20 | 19.00 |
| MAL | Updating Service List | 0.10 | 9.50 |
| DAC | Review Caplin status memo | 0.20 | 75.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed between May 25 and June 6 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed from June 4, 2004 through June 6, 2004. | 0.10 | 27.50 |

06/08/04

|     |     |      |       |
| --- | --- | ---- | ----- |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 1.00 | 95.00 |
| DEM | Continued Revision of Weekly Recommendation Memo (adding new motions and orders - Adversary Memorandums) | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed from 6/4/04 through 6/6/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 6/7/04 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/7/04. | 0.10 | 27.50 |
| MK | Update attorney calendar and review e-mail | 0.10 | 10.00 |

06/09/04

|     |     |      |        |
| --- | --- | ---- | ------ |
| MAL | Review Pleadings, Preparation of Daily Memo, retrieval of documents, organization and distribution of daily pleadings | 0.80 | 76.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MTH | Reviewing Memorandum and Order from Judge Buckwalter (.2); discussion with MRE re same (.1); Correspondence to EI, PVNL re same (.1) | 0.40 | 110.00 |
| MTH | Reviewing memoranda re pending objections | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | and matters set for hearing. | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/8/04 | 0.10 | 27.50 |
| MTH | Reviewing correspondence from DEM re June 21 Omnibus (.1) and response to same (.1) | 0.10 | 27.50 |
| PEM | Review memo re: pleadings filed | 0.10 | 31.50 |
| MRE | Review of memorandum summarizing pleadings filed on 6/8/04 | 0.10 | 29.00 |
| MRE | Meeting with MTH regarding status conference | 0.20 | 58.00 |
| MTH | Meeting with MRE re: status conference | 0.20 | 55.00 |

06/10/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.30 | 28.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MTH | Reviewing various Orders entered on 6/9 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/9/04 | 0.10 | 27.50 |
| MTH | Prepare weekly recommendation memo | 0.20 | 55.00 |

06/11/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.30 | 28.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.2); fee memo (.1) | 0.30 | 94.50 |
| MTH | Reviewing correspondence from DEM to Committee re weekly recommendation memoranda. | 0.10 | 27.50 |
| MTH | Prepare weekly recommendation memo for motions (.3); and fee applications (.1) | 0.40 | 110.00 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 75.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/10/04 | 0.10 | 27.50 |
| MTH | Reviewing Notice of Appeal of Royal Indemnity. re: FR | 0.10 | 27.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **06/12/04** |  |  |  |
| MRE | Review of memorandum summarizing pleadings filed on 6/9/04 | 0.10 | 29.00 |
| **06/14/04** |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (agenda) | 0.20 | 19.00 |
| MRE | Review of e-mail from T. Goldberg regarding status | 0.10 | 29.00 |
| MRE | Review of e-mail from PVNL regarding status | 0.10 | 29.00 |
| MTH | Reviewing correspondence from EI re status. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from T Goldberg re response to EI (.1) and reviewing response from PVNL to same (.1) | 0.20 | 55.00 |
| MRE | Review of memorandum summarizing pleadings filed on June 10, 2004 | 0.10 | 29.00 |
| MRE | Notice of Royal's appeal from order appointing FR | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed from 6/11/04 through 6/13/04 | 0.10 | 27.50 |
| MTH | Reviewing Notice of Appeal of Asbestos PD Committee re FR. | 0.10 | 27.50 |
| MRE | Review of memo from EI regarding status | 0.20 | 58.00 |
| **06/15/04** |  |  |  |
| MRE | Telephone conference with N. Finch regarding status report | 0.20 | 58.00 |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.40 | 38.00 |
| DEM | Revision of Weekly Recommendation Memo |  |  |

|  |  | HOURS |  |
|---|---|---|---|
|  | (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Search of docket regarding various docket numbers and dates for Status Report | 0.60 | 57.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 1.50 | 142.50 |
| MRE | Revisions to status report regarding PD claims | 0.90 | 261.00 |
| MRE | Review of memorandum summarizing pleadings filed on 6/14/04 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/14/04 | 0.10 | 27.50 |
| MTH | Reviewing Statement of Austern. | 0.20 | 55.00 |

06/16/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/15/04 | 0.10 | 27.50 |
| MTH | Reviewing supplemental affidavit of S. Baena, as counsel to PD Committee. | 0.10 | 27.50 |

06/17/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.30 | 28.50 |
| MTH | Meeting with MRE re upcoming hearing, pending matters. | 0.20 | 55.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.40 | 38.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/16 | 0.10 | 27.50 |
| MTH | Reviewing four Orders entered. | 0.10 | 27.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Prepare weekly recommendation memo | 0.30 | 82.50 |
| MRE | Meeting with DEM regarding information for status report | 0.50 | 145.00 |
| MRE | E-mails with A. Lauber regarding status report | 0.20 | 58.00 |
| MRE | Meeting with MTH re: upcoming hearing, pending matters | 0.20 | 58.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **06/18/04** |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Retrieval of documents from docket and preparation of e-mail to Mike Berkin attaching same (5809) | 0.30 | 28.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MRE | Meeting with MTH regarding weekly recommendation memo | 0.20 | 58.00 |
| MTH | Reviewing correspondence from DEM to committee re weekly recommendation memoranda | 0.10 | 27.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| MTH | Prepare weekly recommendation memo - motions (.5) and fee applications (.2) | 0.70 | 192.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/17/04 | 0.10 | 27.50 |
| **06/20/04** |  |  |  |
| MRE | Review of memorandum summarizing pleadings filed on 6/17/04 | 0.10 | 29.00 |
| MRE | Review of Amended Designation of Record by Royal | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 6/16/04 | 0.10 | 29.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
| **06/21/04** |  |  |  |
| MAL | Review Pleadings, preparation of Daily Memo, retrieval of documents, organization and distribution of daily pleadings | 0.90 | 85.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/18/04. | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 18, 2004. | 0.10 | 29.00 |
| LMP | Research case docket per A. Lauber for Order regarding Wolin w/d the reference related to asbestos claims | 0.70 | 66.50 |
| LMP | Electronic filing of Official Committee of Asbestos Claimants Status Report | 0.20 | 19.00 |

|  |  | HOURS |  |
|---|---|---|---|
| **06/22/04** | | | |
| MAL | Review pleadings, preparation of Daily Memo, retrieval of documents, organization and distribution of daily pleadings | 1.00 | 95.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/21/04 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed 6/11/04-6/13/04 | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| **06/23/04** | | | |
| MAL | Review pleadings, preparation of Daily Memo, retrieval of documents, organization and distribution of daily pleadings | 0.70 | 66.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/22/04. | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on 6/22/04 | 0.10 | 29.00 |
| **06/24/04** | | | |
| MTH | Prepare weekly recommendation memo | 0.20 | 55.00 |
| MAL | Review pleadings, preparation of Daily Memo, retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/23/04. | 0.10 | 27.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| **06/25/04** | | | |
| MTH | Reviewing Asbestos PD's Designation of Items to be Included in Record of Appeal. | 0.10 | 27.50 |
| MAL | Review pleadings, preparation of daily memo, organization and distribution of daily pleadings | 0.20 | 19.00 |
| MTH | Reviewing correspondence from EI re status of matters. | 0.20 | 55.00 |
| MTH | Reviewing Amended Joint Designation re Insurer's Appeal re FR | 0.10 | 27.50 |
| MAL | Updating Service List | 0.10 | 9.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| MTH | Prepare weekly recommendation memo for motions (.7) and fee applications (.1) | 0.80 | 220.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Correspondence to Committee re weekly recommendation memos | 0.20 | 55.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/24/04. | 0.10 | 27.50 |

**06/27/04**

| DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
|---|---|---|---|

**06/28/04**

| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.10 | 9.50 |
|---|---|---|---|
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| MTH | Reviewing Designation of additional items to be included in the record on appeal from Federal and Royal Insurance | 0.10 | 27.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders and fee applications) | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on June 23, 2004 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on June 24, 2004 | 0.10 | 29.00 |

**06/29/04**

| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| DEM | Preparation of e-mails attaching documents to Julie Davis (207 & 208 - Scotts Company Motion). | 0.20 | 19.00 |
| MRE | Review of weekly recommendation memo | 0.20 | 58.00 |
| MTH | Meeting with MRE re pending objections and deadlines. | 0.20 | 55.00 |
| MRE | Review of memorandum summarizing pleadings filed on June 28, 2004 | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/28/04 | 0.10 | 27.50 |
| MRE | Meeting with MTH regarding upcoming motions and deadline | 0.20 | 58.00 |

```
                                                        Page: 10
W.R. Grace                                            06/30/2004
                                           ACCOUNT NO: 3000-07D
                                           STATEMENT NO:      37
Committee, Creditors, Noteholders, Equity Holders
```

```
                                              HOURS
06/30/04
    DEM Review Pleadings and electronic filing
        notices; preparation of daily memo       0.20      19.00
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)          0.10       9.50
    DEM Revision of Weekly Recommendation Memo
        (Fee Applications)                       0.20      19.00
    MTH Review of memorandum summarizing
        pleadings filed on 6/29/04               0.10      27.50
    MAL Retrieval of documents, organization and
        distribution of daily pleadings          0.20      19.00
                                                 -----   --------
        FOR CURRENT SERVICES RENDERED           38.00   7,032.00
```

```
                         RECAPITULATION
TIMEKEEPER                   HOURS HOURLY RATE        TOTAL
Douglas A. Campbell           1.00   $375.00      $375.00
Philip E. Milch               2.30    315.00       724.50
Michele Kennedy               0.10    100.00        10.00
Mark T. Hurford               8.90    275.00     2,447.50
Marla R. Eskin                5.30    290.00     1,537.00
Lauren M. Przybylek           0.90     95.00        85.50
Margaret A. Landis           10.20     95.00       969.00
Diane E. Massey               9.30     95.00       883.50


    TOTAL CURRENT WORK                           7,032.00


06/30/04 Payment - Thank you. (March, 2004 - 80%)    -3,608.80


    BALANCE DUE                                 $22,544.10
                                                ==========
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                06/30/2004
Wilmington  DE                           ACCOUNT NO: 3000-08D
                                         STATEMENT NO:      36


Employee Benefits/Pension




     PREVIOUS BALANCE                                      -$189.70



                                                 HOURS
06/24/04
     LMP Review March Fee Application of
         Bankruptcy Management Corporation(.1);
         Update Wr Grace Weekly Recommendation
         Memo (.1)                                 0.20     19.00
     LMP Review February Fee Application of
         Bankruptcy Management Corporation(.1);
         Update Wr Grace Weekly Recommendation
         Memo (.1)                                 0.20     19.00
     LMP Review January Fee Application of
         Bankruptcy Management Corporation(.1);
         Update Wr Grace Weekly Recommendation
         Memo (.1)                                 0.20     19.00
     LMP Review March Fee Application of Duane
         Morris (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                  0.20     19.00
     LMP Review February Fee Application of Duane
         Morris (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                  0.20     19.00
     LMP Review January Fee Application of Duane
         Morris (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                  0.20     19.00
                                                   ----    ------
         FOR CURRENT SERVICES RENDERED             1.20    114.00

                        RECAPITULATION
TIMEKEEPER                       HOURS HOURLY RATE     TOTAL
Lauren M. Przybylek               1.20     $95.00   $114.00


     TOTAL CURRENT WORK                                    114.00

```
                                                       Page: 2
W.R. Grace                                           06/30/2004
                                          ACCOUNT NO: 3000-08D
                                          STATEMENT NO:      36
Employee Benefits/Pension
```

```
06/30/04 Payment - Thank you. (March, 2004 - 80%)           -344.40


         CREDIT BALANCE                                   -$420.10
                                                          ========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        06/30/2004
Wilmington  DE                      ACCOUNT NO: 3000-09D
                                    STATEMENT NO:      12

Employee Applications, Applicant



    PREVIOUS BALANCE                              $58.00


    BALANCE DUE                                   $58.00
                                                  ======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              06/30/2004
Wilmington  DE                             ACCOUNT NO: 3000-10D
                                           STATEMENT NO:       37


Employment Applications, Others




        PREVIOUS BALANCE                            $2,445.40



                                            HOURS
06/01/04
     MTH Reviewing correspondence from MRE re
         Debtors' Application to Retain Baker
         Donelson (.1) and response to same (.1)     0.20      55.00

06/03/04
     MTH Additional review of Debtors' Application
         re Baker Donelson (.1); discussion with
         MRE re same (.1); and Correspondence to
         PVNL re same (.2)                           0.40     110.00
     MRE Meeting with MTH regarding Baker Donelson
         application                                 0.10      29.00
     MRE Review of e-mail from MTH regarding Baker
         Donelson application                        0.10      29.00
     MTH Reviewing correspondence from PVNL re
         Debtors' Application to Retain Baker
         Donelson (.1) and discussion with MRE re
         same (.1)                                   0.20      55.00

06/07/04
     MTH Correspondence to DAC Re Debtors'
         Application to retain lobbyists.            0.20      55.00

06/17/04
     MTH Correspondence to DEM re FR application
         to employ                                   0.10      27.50
     MTH Reviewing Application of FR to retain
         Swidler, Berlin (.5) and Correspondence
         to PVNL re same (.1)                        0.60     165.00
     MTH Reviewing correspondence from PVNL re FCR
         Application to retain SBSF (.1) and
         response to same (.3)                       0.40     110.00

```
                                                   Page: 2
 W.R. Grace                                      06/30/2004
                                     ACCOUNT NO: 3000-10D
                                     STATEMENT NO:      37

 Employment Applications, Others




                                         HOURS
 06/18/04
      MTH Reviewing correspondence from PVNL re
          FR's Retention Application for Swidler.    0.10    27.50
      MTH Reviewing correspondence from DEM re FR's
          Application re Swidler.                    0.10    27.50
      DEM SEarch of docket regarding filing of
          Phillips Goldman & Spence retention
          motion                                     0.20    19.00

 06/21/04
      MRE Review of CIBC Application                 0.30    87.00
      MRE Review of Supplemental Statement of David
          Austern                                    0.10    29.00

 06/23/04
      MTH Discussion with MRE re FR's application
          to retain CIBC                             0.10    27.50
      MRE Review of Phillips, Goldman & Spence
          Retention Application                      0.30    87.00
      MTH Reviewing correspondence from LMP re
          analysis re F/A for FR                     0.10    27.50

 06/24/04
      MTH Correspondence to LMP re application to
          retain CIBC                                0.10    27.50

 06/25/04
      MTH Reviewing FR's Application to Retain
          Phillips Goldman as local counsel.         0.40   110.00
      MTH Additional review of FR's Application to
          Retain CIBC.                               0.30    82.50
                                                    ----  --------
          FOR CURRENT SERVICES RENDERED             4.40  1,187.50

                       RECAPITULATION
      TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
      Mark T. Hurford               3.30    $275.00     $907.50
      Marla R. Eskin                0.90     290.00      261.00
      Diane E. Massey               0.20      95.00       19.00


          TOTAL CURRENT WORK                             1,187.50


 06/30/04 Payment - Thank you. (March, 2004 - 80%)        -134.40
```

```
                                                     Page: 3
W.R. Grace                                         06/30/2004
                                        ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      37

Employment Applications, Others




     BALANCE DUE                                   $3,498.50
                                                   =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            06/30/2004
Wilmington  DE                         ACCOUNT NO: 3000-11D
                                       STATEMENT NO:      35


Expenses



        PREVIOUS BALANCE                              $4,397.80



06/02/04 Parcels bill dated 6/6/04 - copying and postage
         for C&D & C&L  April Fee Applications           262.10
06/02/04 Parcels bill dated 6/6/04 - Hand delivery to
         Pachulski Stang                                   5.00
06/02/04 Parcels bill dated 6/6/04 - Hand delivery to
         Office of US Trustee                              5.00
06/02/04 Parcels bill dated 6/6/04 - Hand delivery to
         Ferry & Joseph                                    5.00
06/02/04 Parcels bill dated 6/6/04 - Hand delivery to
         Klett Rooney Lieber & Schorling                   5.00
06/02/04 Parcels bill dated 6/6/04 - Hand delivery to
         Duane Morris                                      5.00
06/02/04 Parcels bill dated 6/6/04 - Hand delivery to The
         Bayard Firm                                       5.00
06/14/04 MRE -Lodging expense in Pittsburgh at William
         Penn Hotel on 5/24/04 (split between 4 clients)  39.62
06/21/04 Parcels' bill of 6/27/04 - Filing of Status
         Report at District Court                         58.50
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to The
         Bayard Firm                                       5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to
         Pachulski Stang                                   5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to
         Elzufon & Austin                                  5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to Ferry
         & Joseph                                          5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to Duane
         Morris LLP                                        5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to Klett
         Rooney                                            5.00
06/21/04 Parcels' bill of 6/27/04 - Hand delivery to
         Buchanan Ingersol                                 5.00

```
                                                    Page: 2
     W.R. Grace                                   06/30/2004
                                   ACCOUNT NO: 3000-11D
                                   STATEMENT NO:      35
     Expenses
```

| | | |
|---|---|---|
| 06/21/04 | Parcels' bill of 6/27/04 - Hand delivery to Office of US Trustee | 5.00 |
| 06/21/04 | Parcels' bill of 6/27/04 - Hand delivery of Status Report via car to Murphy, Spadaro & Landon | 33.00 |
| 06/21/04 | Parcels' bill of 6/27/04 - Service of Status Report | 498.10 |
| 06/30/04 | Pacer Charges for the Month of May | 35.77 |
| 06/30/04 | Westlaw charges for the month of June, 2004 | 13.61 |
| 06/30/04 | Parcels Bill of 6/30/04 - Hand Delivery by car to Murphy Spardaro & Landon at 1011 Centre Road, Wilmington, DE 19808 | 33.00 |
| 06/30/04 | Parcels Bill of 6/30/04 - Hand Delivery to Elzufon & Austin | 5.00 |
| 06/30/04 | Parcels Bill of 6/30/04 - Hand Delivery to Buchanan Ingersol | 5.00 |
| 06/30/04 | Parcels Bill of 6/30/04 - Hand Delivery to Ferry & Joseph | 5.00 |
| 06/30/04 | Parcels Bill of 6/30/04 - Hand Delivery to Office of US Trustee | 5.00 |
| 06/30/04 | Parcels Bill of 6/30/04 - Hand Delivery to Duane Morris LLP | 5.00 |
| 06/30/04 | Parcels Bill of 6/30/04 - Hand Delivery to Klett Rooney | 5.00 |
| 06/30/04 | Parcels Bill of 6/30/04 - Hand Delivery to The Bayard Firm | 5.00 |

```
                                                   --------
       TOTAL EXPENSES                              1,078.70

       TOTAL CURRENT WORK                          1,078.70


06/30/04 Payment - Thank you. (March, 2004 - 100%)       -2,823.64


       BALANCE DUE                                 $2,652.86
                                                   =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                             06/30/2004
Wilmington  DE                            ACCOUNT NO: 3000-12D
                                          STATEMENT NO:      35

Fee Applications, Applicant

PREVIOUS BALANCE                                     $3,500.30

                                          HOURS
06/01/04
      LMP Review email from D. Collins re: C&L
          April 2004 bill (.1); Draft Excel
          Spreadsheet of Professional hours and
          project category summary for April fee
          application (.5)                         0.60      57.00
      LMP Update and prepare C&L April Fee
          Application for filing                   0.30      28.50

06/02/04
      LMP Electronic filing and service of Campbell
          & Levine's April 2004 Monthly Application
          for Compensation                         0.20      19.00
      KJC Review and sign C&L April fee application 0.30      52.50
      MRE Review of Combined Fee Auditor Report     0.20      58.00

06/04/04
      KJC Review and sign CNO re C&L fifth interim
          fee application                          0.20      35.00
      KJC Review and sign CNO re C&L 10th monthly
          fee application                          0.20      35.00

06/11/04
      MTH Reviewing pre-bill.                       0.80     220.00

06/14/04
      MTH Reviewing pre-bill.                       0.60     165.00

06/22/04
      LMP Review email from D. Seitz re: C&L May
          2004 Bill (.1); Draft Excel spreadsheet
          of professional hours and fees re: May

```
                                              Page: 2
    W.R. Grace                                06/30/2004
                                     ACCOUNT NO: 3000-12D
                                     STATEMENT NO:      35

    Fee Applications, Applicant




                                     HOURS
              Fee App (.5)             0.60      57.00
        LMP Update and prepare Campbell & Levine's
              May Fee Application for filing
                                       0.30      28.50

06/23/04
        LMP Review case docket for Objections to
              Campbell & Levine's April 2004 Monthly
              Application for Compensation (.1); Update
              and prepare CNO (.2)      0.30      28.50
        KJC Review and sign CNO re C&L April fee
              application               0.20      35.00
                                        ----     ------
              FOR CURRENT SERVICES RENDERED    4.80    819.00

                        RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE     TOTAL
    Mark T. Hurford            1.40  $275.00     $385.00
    Marla R. Eskin            0.20   290.00      58.00
    Kathleen J. Campbell      0.90   175.00     157.50
    Lauren M. Przybylek       2.30    95.00     218.50


        TOTAL CURRENT WORK                       819.00


06/30/04 Payment - Thank you. (March, 2004 - 80%)      -731.60


        BALANCE DUE                            $3,587.70
                                               =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              06/30/2004
Wilmington  DE                              ACCOUNT NO: 3000-13D
                                            STATEMENT NO:      22


Fee Applications, Others



PREVIOUS BALANCE                                     $4,871.50


                                            HOURS
06/02/04
    KJC Review LAS April monthly fee application
        and sign COS re same                 0.30      52.50
    KJC Review LTC April monthly fee application
        and sign COS re same                 0.30      52.50
    KJC Review C&D April monthly fee application
        and sign COS re same                 0.30      52.50
    LMP Electronic filing and service of Caplin &
        Drysdale's April 2004 Monthly Application
        for Compensation                     0.20      19.00
    LMP Electronic filing and service of Legal
        Analysis Systems April 2004 Monthly
        Application for Compensation          0.20      19.00
    LMP Electronic filing and service of L
        Tersigni's April 2004 Monthly Application
        for Compensation                     0.20      19.00
    LMP Review April Fee Application of Klett
        Rooney (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)              0.20      19.00
    LMP Review December through March Interim Fee
        Application of Klett Rooney (.1); Update
        Wr Grace Weekly Recommendation Memo (.1)   0.20   19.00
    LMP Review January through March Interim Fee
        Application of PSZYJ&W (.1); Update Wr
        Grace Weekly Recommendation Memo (.1)  0.20      19.00
    LMP Review March Fee Application of Kramer
        Levin Naftalis & Frankel (.1); Update Wr
        Grace Weekly Recommendation Memo (.1)  0.20      19.00

06/03/04
    LMP Review April Fee Application of Kirkland
        & Ellis (.1); Update Wr Grace Weekly

W.R. Grace

Fee Applications, Others

|  | | HOURS | |
|---|---|---|---|
|  | Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review March Fee Application of Pitney Hardin (.1); Update Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |

06/08/04

| LMP | Review January through March Interim Fee Application of Nelson Mullins Riley & Scarborough (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Review April Fee Application of Protivit Inc. (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Fee Application of Goodwin Procter (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February Fee Application of Goodwin Procter (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review March Fee Application of Goodwin Procter (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January through March Interim Fee Application of Elzufon Austin Reardon Tarlov & Mondell (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review May Fee Application of Warren H. Smith & Associates (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January through March Interim Fee Application of Deloitte & Touche (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

06/09/04

| LMP | Review April Fee Application of Reed Smith (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Review April Fee Application of PwC, LLC (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review March Fee Application of Holme Roberts & Owen (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

06/14/04

| LMP | Review October through December Interim |
|---|---|

```
                                                        Page: 3
W.R. Grace                                            06/30/2004
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:      22

Fee Applications, Others



                                               HOURS
           Fee Application of Protiviti, Inc. (.1);
           Update Wr Grace Weekly Recommendation
           Memo (.1)                                0.20     19.00

06/15/04
      LMP  Review January through March Interim Fee
           Application of Holme Robert & Owen (.1);
           Update Wr Grace Weekly Recommendation
           Memo (.1)                                0.20     19.00
      LMP  Review January through March Interim Fee
           Application of Bilzin Sumberg Baena Price
           & Axelrod (.1); Update Wr Grace Weekly
           Recommendation Memo (.1)                 0.20     19.00

06/16/04
      LMP  Review April Fee Application of Stroock &
           Stroock & Lavan (.1); Update Wr Grace
           Weekly Recommendation Memo (.1)          0.20     19.00
      LMP  Review April Fee Application of Casner &
           Edwards (.1); Update Wr Grace Weekly
           Recommendation Memo (.1)                 0.20     19.00
      LMP  Review January Fee Application of Steptoe
           & Johnson (.1); Update Wr Grace Weekly
           Recommendation Memo (.1)                 0.20     19.00
      LMP  Review February Fee Application of
           Steptoe & Johnson (.1); Update Wr Grace
           Weekly Recommendation Memo (.1)          0.20     19.00
      LMP  Review March Fee Application of Steptoe &
           Johnson (.1); Update Wr Grace Weekly
           Recommendation Memo (.1)                 0.20     19.00

06/17/04
      LMP  Review May Fee Application of Carella,
           Byrne, Bain, Gilfillan, Cecchi, Stewart &
           Olstein (.1): Update Wr Grace Weekly
           Recommendation Memo (.1)                 0.20     19.00
      LMP  Review April Fee Application of Woodcock
           Washburn (.1): Update Wr Grace Weekly
           Recommendation Memo (.1)                 0.20     19.00
      LMP  Review January Fee Application of
           Deloitte & Touche (.1): Update Wr Grace
           Weekly Recommendation Memo (.1)          0.20     19.00
      LMP  Review February Fee Application of
           Deloitte & Touche (.1): Update Wr Grace
           Weekly Recommendation Memo (.1)          0.20     19.00
      LMP  Review March Fee Application of Deloitte
           & Touche (.1): Update Wr Grace Weekly
```

```
                                                      Page: 4
W.R. Grace                                          06/30/2004
                                       ACCOUNT NO: 3000-13D
                                       STATEMENT NO:      22

Fee Applications, Others




                                              HOURS
        Recommendation Memo (.1)               0.20      19.00
    MTH Reviewing Order entered re Fee
        application and discussion with LMP re
        same                                   0.10      27.50

06/22/04
    LMP Review PSZYJ&W April Monthly Fee
        Application (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)               0.20      19.00
    LMP Review Bilzin Sumberg Baena Price &
        Axelrod's May Monthly Fee Application
        (.1); Update Wr Grace Weekly
        Recommendation Memo (.                 0.20      19.00

06/23/04
    LMP Review case docket for Objections to
        Caplin & Drysdale's April 2004 Monthly
        Application for Compensation (.1); Update
        and prepare CNO (.2)                   0.30      28.50
    LMP Review case docket for Objections to
        Legal Analysis Systems April 2004 Monthly
        Application for Compensation (.1); Update
        and prepare CNO (.2)                   0.30      28.50
    LMP Review case docket for Objections to L
        Tersigni's April 2004 Monthly Application
        for Compensation (.1); Update and prepare
        CNO (.2)                               0.20      19.00
    KJC Review and sign CNO re LTC April fee
        application                            0.20      35.00
    KJC Review and sign CNO re LAS April fee
        application                            0.20      35.00
    KJC Review and sign CNO re C&D April fee
        application                            0.20      35.00
                                               ----  --------
        FOR CURRENT SERVICES RENDERED          9.40  1,031.00

                      RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
    Mark T. Hurford               0.10    $275.00     $27.50
    Kathleen J. Campbell          1.50     175.00     262.50
    Lauren M. Przybylek           7.80      95.00     741.00


        TOTAL CURRENT WORK                            1,031.00
```

```
                                                     Page: 5
        W.R. Grace                                 06/30/2004
                                       ACCOUNT NO: 3000-13D
                                       STATEMENT NO:       22

        Fee Applications, Others




06/30/04 Payment - Thank you. (March, 2004 - 80%)          -1,372.40


         BALANCE DUE                                       $4,530.10
                                                           =========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                            06/30/2004
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      32

Financing

    PREVIOUS BALANCE                                    $5.50

    BALANCE DUE                                         $5.50
                                                        =====

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

```
                    Campbell & Levine, LLC
                      1700 Grant Building
                     Pittsburgh, PA  15219
                        412-261-0310




                                                          Page: 1
     W.R. Grace                                         06/30/2004
     Wilmington  DE                        ACCOUNT NO: 3000-15D
                                           STATEMENT NO:      37


     Hearings




          PREVIOUS BALANCE                              $7,515.40



                                             HOURS
     06/14/04
          MTH Reviewing correspondence from PVNL re
              June Omnibus (.1) and response from R.
              Tobin re same (.1)                         0.20     55.00

     06/15/04
          MTH Reviewing Agenda for hearing.              0.20     55.00

     06/16/04
          MRE E-mails with LMP regarding hearing         0.20     58.00
          DEM Preparation of attorney binder for
              omnibus hearing                            0.30     28.50

     06/17/04
          MTH Reviewing Amended Agenda and
              Correspondence to PVNL and JWD re same.    0.10     27.50
                                                         ----   ------
              FOR CURRENT SERVICES RENDERED              1.00    224.00

                          RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
        Mark T. Hurford               0.50    $275.00    $137.50
        Marla R. Eskin                0.20     290.00      58.00
        Diane E. Massey               0.30      95.00      28.50


          TOTAL CURRENT WORK                              224.00


     06/30/04 Payment - Thank you. (March, 2004 - 80%)    -745.20
```

```
                                                    Page: 2
W.R. Grace                                        06/30/2004
                                     ACCOUNT NO: 3000-15D
                                     STATEMENT NO:      37

Hearings




     BALANCE DUE                                  $6,994.20
                                                  =========
```

      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              06/30/2004
Wilmington  DE                            ACCOUNT NO: 3000-16D
                                          STATEMENT NO:       22

Litigation and Litigation Consulting

PREVIOUS BALANCE                                        $7,103.40

                                          HOURS

06/15/04
    MTH Reviewing debtors status report on claims
        reconciliation (.3); reviewing debtors
        second status report on claims
        reconciliation (.2); drafting section
        pertaining to Asbestos PD Claims for
        status report to Dist. J. Buckwalter
        (1.8)                                 2.30     632.50
    MTH Reviewing correspondence from MRE re
        status report                         0.10      27.50

06/17/04
    MTH Reviewing correspondence from MRE re
        service and filing of Status Report.  0.10      27.50

06/18/04
    MTH Research and reviewing documents related
        to Status Report to Judge Buckwalter. 1.30     357.50

06/21/04
    KJC E-mails re status report              0.20      35.00
    KJC Review and sign status report         0.30      52.50
    KJC Further e-mails re status report      0.10      17.50
    MTH Discussion with MRE re Status Report to
        Judge Buckwalter (.2); reviewing draft of
        same (.3)                             0.50     137.50
    MTH Reviewing correspondence from N Finch re
        status report to Judge and response to
        same.                                 0.20      55.00
    MTH Reviewing correspondence from MRE to Nate
        Finch re status report.               0.10      27.50
    MTH Reviewing correspondence from A. Lauber

W.R. Grace

Litigation and Litigation Consulting

|  |  | HOURS |  |
|---|---|---|---|
|  | re Status Report. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from MRE re revised Status Report | 0.20 | 55.00 |

06/23/04

| MTH | Reviewing correspondence from N Finch re various status reports and discussion with MAL re same. | 0.20 | 55.00 |
|---|---|---|---|
| MTH | Reviewing correspondence from N Finch re status reports | 0.10 | 27.50 |

06/24/04

| MTH | Correspondence to (x3) to Nate Finch re status reports filed by various parties (.2) and Telephone conference to Nate re same (.1) | 0.30 | 82.50 |
|---|---|---|---|
| MTH | Correspondence to J Sakalo re issue re Status Report. | 0.10 | 27.50 |
| MTH | Discussion with MRE re issue with status report. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from Nate re issue re Status Report. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from J. Sakalo re correspondence from counsel to Fresenius and Correspondence to Nate Finch re same. | 0.20 | 55.00 |
| MTH | Reviewing Addendum of the Asbestos PD Committee. | 0.10 | 27.50 |

06/25/04

| MTH | Reviewing Status Report of the ZAI Claimants | 0.40 | 110.00 |
|---|---|---|---|
| KJC | E-mails with MRE, NDF re 3CA briefs and search re same | 0.50 | 87.50 |
|  |  | ---- | -------- |
|  | FOR CURRENT SERVICES RENDERED | 7.60 | 1,980.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 6.50 | $275.00 | $1,787.50 |
| Kathleen J. Campbell | 1.10 | 175.00 | 192.50 |

| TOTAL CURRENT WORK |  |  | 1,980.00 |
|---|---|---|---|

```
                                                    Page: 3
          W.R. Grace                              06/30/2004
                                       ACCOUNT NO: 3000-16D
                                       STATEMENT NO:       22
          Litigation and Litigation Consulting
```

```
06/30/04 Payment - Thank you. (March, 2004 - 80%)          -2,275.20


          BALANCE DUE                               $6,808.20
                                                    =========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              06/30/2004
Wilmington  DE                         ACCOUNT NO: 3000-17D
                                       STATEMENT NO:      22


Plan and Disclosure Statement



PREVIOUS BALANCE                                    $2,823.40



                                              HOURS
06/04/04
      MRE Review of Grace exclusivity COC and order
          and meeting with MTH regarding same        0.20      58.00
      MTH Reviewing COC re proposed Order re
          exclusivity motion (.2); discussion with
          DEM re same (.1); Correspondence to PVNL
          re same (.2).                              0.50     137.50
      MRE Meeting with MTH regarding exclusivity
          order and review of proposed order and
          COC                                        0.50     145.00
      MTH Reviewing correspondence from PVNL
          regarding Grace COC regarding
          exclusivity.                               0.10      27.50
      MTH Discussion with MRE re: exclusivity order  0.30      82.50

06/06/04
      MRE Review of e-mail from MTH regarding order
          for exclusivity                            0.10      29.00
      MRE Review of e-mail from PVNL regarding
          exclusivity order                          0.10      29.00

06/17/04
      DEM Search of docket regarding information
          for status report                          0.50      47.50

06/18/04
      DEM Corrections to Final Draft of Status
          Report                                     0.30      28.50
      MRE Work on revisions to status letter         2.60     754.00
      MRE Additional work on status report           1.60     464.00

```
                                               Page: 2
W.R. Grace                                     06/30/2004
                               ACCOUNT NO: 3000-17D
                               STATEMENT NO:      22
Plan and Disclosure Statement
```

```
                                    HOURS
06/21/04
    MRE Final revisions to status report        0.60    174.00

06/23/04
    MRE Review of Future Representative's Status
        Report                                  0.10     29.00
    MRE Review of Status Report of Equity Holders 0.20    58.00
    MRE Review of OCUC's Status Report          0.20     58.00
    MRE Review of Certain Insurers' Status Report
        to the Court                            0.30     87.00
    MRE Review of Status Report of the ZAI
        Claimants                               0.30     87.00
    MRE Review of W.R. Grace's Status Report    0.30     87.00
    MRE Review of Status Report Submitted by the
        Libby Claimants                         0.30     87.00
    MRE Review of Status Report of the Property
        Damage Claimants                        0.30     87.00

06/24/04
    MTH Correspondence to PVNL and Nate re ADR
        Motion, Alltech Motion, Status Report.  0.70    192.50

06/25/04
    PEM Review status report                    0.40    126.00
    MTH Reviewing correspondence from EI re
        various status reports.                 0.10     27.50
                                                -----  --------
        FOR CURRENT SERVICES RENDERED           10.60  2,902.50
```

```
                      RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE     TOTAL
    Philip E. Milch         0.40    $315.00    $126.00
    Mark T. Hurford         1.70     275.00     467.50
    Marla R. Eskin          7.70     290.00   2,233.00
    Diane E. Massey         0.80      95.00      76.00


        TOTAL CURRENT WORK                       2,902.50


06/30/04 Payment - Thank you. (March, 2004 - 80%)  -1,557.20


        BALANCE DUE                              $4,168.70
                                                 =========
```

W.R. Grace                                               06/30/2004
                                             ACCOUNT NO: 3000-17D
                                             STATEMENT NO:      22

Plan and Disclosure Statement

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              06/30/2004
Wilmington  DE                              ACCOUNT NO: 3000-18D
                                            STATEMENT NO:      22

Relief from Stay Proceedings



PREVIOUS BALANCE                                         $867.20


                                                  HOURS
06/04/04
     MTH Reviewing Baker Hughes motion for stay
         relief.                                   0.30     82.50

06/07/04
     MTH Reviewing Order re Contempt of Court.     0.10     27.50

06/21/04
     MRE Meeting with LMP regarding Scott stay
         issue                                     0.20     58.00

06/22/04
     MRE Review of information and e-mail to NDF
         regarding application of stay to other
         companies                                 0.30     87.00

06/29/04
     MRE Review of Scotts stay matter              0.70    203.00
     MRE E-mail to J. Davis regarding Scotts
         motion                                    0.30     87.00
     MRE Telephone calls with J. Phillips and J.
         Bear regarding Scotts lift stay           0.40    116.00
     MRE Drafting e-mail to J. Davis regarding
         Scotts motion for extension of stay       0.30     87.00
     MRE Meeting with MTH regarding Scotts motion
         for extension of stay                     0.10     29.00
     MRE Additional meeting with MTH regarding
         regarding Scotts motion for extension of
         stay                                      0.20     58.00
     MRE Telephone conference with J. Davis
         regarding Scotts                          0.20     58.00
     MRE E-mails with J. Davis, MTH and PH

                                                    Page: 2
W.R. Grace                                     06/30/2004
                                     ACCOUNT NO: 3000-18D
                                     STATEMENT NO:      22

Relief from Stay Proceedings

|  |  | HOURS |  |
|---|---|---|---|
|  | regarding Scotts | 0.40 | 116.00 |
| MTH | Reviewing correspondence from MRE to JWD re Scotts Motion. | 0.10 | 27.50 |
| MTH | Telephone conference with T. Cobb re notice and Order re hearing. | 0.30 | 82.50 |
| MTH | Reviewing correspondence from MRE to JWD re Chakarian adversary. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from MRE (Follow up) to JWD re Chakarian adversary. | 0.10 | 27.50 |
| MTH | Reviewing correspondence from JWD re Chakarian adversary. | 0.10 | 27.50 |
| MTH | Review of Scotts Motion re: stay; review of related documents to draft objection re: same | 2.50 | 687.50 |
| MTH | Discussions with MRE re: Scotts Stay Motion | 0.30 | 82.50 |

06/30/04

|  |  |  |  |
|---|---|---|---|
| MRE | Telephone conference with and e-mails with P. Hughes regarding Scotts | 0.50 | 145.00 |
| MRE | Review of materials related to objection to Scott's motion for injunctive relief | 0.80 | 232.00 |
| MRE | Additional review of materials related to Scotts motion | 0.60 | 174.00 |
| MRE | Review and revisions to objection to Scotts motion | 0.40 | 116.00 |
| MRE | Additional review and revision to Scotts motion | 0.40 | 116.00 |
| MTH | Correspondence to JWD re draft objection to Scott's Expedited Motion. | 0.10 | 27.50 |
| MTH | Call to JWD re draft objection to Scott's Motion. | 0.10 | 27.50 |
| MTH | Discussions with MRE re draft objections to Scott's Motion. | 0.30 | 82.50 |
| MTH | Correspondence to and from T. Cobb re participation in hearing, identification of individuals and contact information. | 0.20 | 55.00 |
| MTH | Reviewing correspondence from MRE and Nate Finch re draft objection (.1) and Correspondence to T. Cobb re additional participant re hearing (.1) | 0.20 | 55.00 |
| MTH | Reviewing correspondence from MRE re contact with FR Counsel re Objection Scotts Motion. | 0.10 | 27.50 |
| MTH | Additional correspondence to and from J. Sakalo re Scotts' Motion. | 0.10 | 27.50 |
| MRE | Work on objection to Scotts motion | 1.40 | 406.00 |

```
                                                    Page:  3
W.R. Grace                                        06/30/2004
                                      ACCOUNT NO: 3000-18D
                                      STATEMENT NO:      22
Relief from Stay Proceedings
```

```
                                       HOURS
MTH  Telephone conference with JWD re
     revisions to Scott's Objection (.2);
     discussion with MRE re same (.1);
     supplementing objection (.8)          1.10     302.50
MTH  Reviewing correspondence from JWD re
     final revisions to objection (.1) and
     revising and signing same and COS (.1)  0.20      55.00
MTH  Reviewing correspondence from MRE
     possible position of other parties re
     Scott's Motion.                       0.10      27.50
MTH  Correspondence to EI, PVNL, JWD and Nate
     Finch re objection to the Scotts Company
     Motion.                               0.10      27.50
DEM  Preparation and e-filing of Objection in
     Chakarian Adversary                   0.30      28.50
MTH  Additional research and drafting of
     Objection to Scott's Motion for
     Preliminary Injunction.               4.00   1,100.00
                                          -----   --------
     FOR CURRENT SERVICES RENDERED        18.00   5,004.00

                   RECAPITULATION
TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
Mark T. Hurford              10.50   $275.00   $2,887.50
Marla R. Eskin                7.20    290.00    2,088.00
Diane E. Massey               0.30     95.00       28.50


     TOTAL CURRENT WORK                          5,004.00


06/30/04 Payment - Thank you. (March, 2004 - 80%)    -44.00


     BALANCE DUE                              $5,827.20
                                             =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        06/30/2004
Wilmington  DE                     ACCOUNT NO: 3000-19D
                                   STATEMENT NO:      12

Tax Issues



    PREVIOUS BALANCE                                $128.10



06/30/04 Payment - Thank you. (March, 2004 - 80%)       -66.00


    BALANCE DUE                                     $62.10
                                                    ======


          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          06/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-20D
                                        STATEMENT NO:      21

Tax Litigation

PREVIOUS BALANCE                                       $468.80

BALANCE DUE                                            $468.80
                                                      ========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        06/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-21D
                                        STATEMENT NO:     13

Travel-Non-Working



    PREVIOUS BALANCE                              $543.50


    BALANCE DUE                                   $543.50
                                                  =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            06/30/2004
Wilmington  DE                          ACCOUNT NO: 3000-22D
                                        STATEMENT NO:      26


Valuation



    PREVIOUS BALANCE                              $1,250.40


    BALANCE DUE                                   $1,250.40
                                                  =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                      06/30/2004
Wilmington  DE                        ACCOUNT NO: 3000-23D
                                      STATEMENT NO:     26


ZAI Science Trial



PREVIOUS BALANCE                              $1,342.30


                                         HOURS
06/24/04
     PEM Review status report re: ZAI (.4); Libby
         (.4); to court per 6/8/04 order       0.80     252.00

06/30/04
     MTH Reviewing correspondence from Nate Finch
         to D. Bernick re ZAI information.     0.10      27.50
                                               ----    ------
         FOR CURRENT SERVICES RENDERED         0.90     279.50

                       RECAPITULATION
     TIMEKEEPER               HOURS HOURLY RATE      TOTAL
     Philip E. Milch          0.80    $315.00    $252.00
     Mark T. Hurford          0.10     275.00      27.50


     TOTAL CURRENT WORK                                279.50


     BALANCE DUE                               $1,621.80
                                               =========




     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                        06/30/2004
Wilmington  DE                                    ACCOUNT NO     3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 312.90 | 82.50 | 0.00 | 0.00 | -156.40 | $239.00 |
| 3000-03 Business Operations | | | | | |
| 319.50 | 907.50 | 0.00 | 0.00 | -23.20 | $1,203.80 |
| 3000-04 Case Administration | | | | | |
| 1,343.70 | 110.00 | 0.00 | 0.00 | -201.60 | $1,252.10 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,695.70 | 300.00 | 0.00 | 0.00 | -67.20 | $2,928.50 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,073.10 | 1,724.00 | 0.00 | 0.00 | -22.00 | $2,775.10 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 19,120.90 | 7,032.00 | 0.00 | 0.00 | -3,608.80 | $22,544.10 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -189.70 | 114.00 | 0.00 | 0.00 | -344.40 | -$420.10 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | $58.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 2,445.40 | 1,187.50 | 0.00 | 0.00 | -134.40 | $3,498.50 |
| 3000-11 Expenses | | | | | |
| 4,397.80 | 0.00 | 1,078.70 | 0.00 | -2,823.64 | $2,652.86 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,500.30 | 819.00 | 0.00 | 0.00 | -731.60 | $3,587.70 |
| 3000-13 Fee Applications, Others | | | | | |
| 4,871.50 | 1,031.00 | 0.00 | 0.00 | -1,372.40 | $4,530.10 |

W.R. Grace                                                    06/30/2004
                                                    ACCOUNT NO    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Financing | | | | | |
| 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | $5.50 |
| 3000-15 Hearings | | | | | |
| 7,515.40 | 224.00 | 0.00 | 0.00 | -745.20 | $6,994.20 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 7,103.40 | 1,980.00 | 0.00 | 0.00 | -2,275.20 | $6,808.20 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 2,823.40 | 2,902.50 | 0.00 | 0.00 | -1,557.20 | $4,168.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 867.20 | 5,004.00 | 0.00 | 0.00 | -44.00 | $5,827.20 |
| 3000-19 Tax Issues | | | | | |
| 128.10 | 0.00 | 0.00 | 0.00 | -66.00 | $62.10 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 543.50 | 0.00 | 0.00 | 0.00 | 0.00 | $543.50 |
| 3000-22 Valuation | | | | | |
| 1,250.40 | 0.00 | 0.00 | 0.00 | 0.00 | $1,250.40 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,342.30 | 279.50 | 0.00 | 0.00 | 0.00 | $1,621.80 |
| --------- | --------- | -------- | ---- | ---------- | ----------- |
| 61,997.10 | 23,697.50 | 1,078.70 | 0.00 | -14,173.24 | $72,600.06 |
| | | | | | ========== |

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.