**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

**May 28, 2004**

**Invoice No. 05304**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:   W.R. Grace

For services rendered in connection with the above-captioned matter during the period
April 1, 2004 through April 30, 2004 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 10.20 | $5,100.00 |
| James Sinclair- Managing Director | 10.20 | $4,845.00 |
| Robert Mathews- Managing Director | 26.80 | $12,730.00 |
| Michael Berkin- Managing Director | 1.90 | $902.50 |
| Peter Rubsam - Director | 10.40 | $3,796.00 |
| Aaron Prills - Manager | 47.00 | $12,925.00 |
| Cheryl Wright - Senior Consultant | 57.80 | $11,849.00 |
| Dottie-Jo Collins - Manager | 7.00 | $1,925.00 |

| Expenses   (see Schedule C) | | |
|---|---|---|
| Telephone and Xerox | | $92.25 |
| **T O T A L** | | $54,164.75 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                    by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

**May 28, 2004**

**Invoice No. 05304**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:   W.R. Grace

Summary of Professional Services Rendered:   April 1-30, 2004

| Name | Schedule | Rate (2004) | Hours | Amount |
|------|----------|-------------|-------|--------|
| Loreto T. Tersigni | Schedule  A | $500 | 10.20 | $5,100.00 |
| James Sinclair | Schedule  A | $475 | 10.20 | $4,845.00 |
| Robert Mathews | Schedule  A | $475 | 26.80 | $12,730.00 |
| Michael Berkin | Schedule  A | $475 | 1.90 | $902.50 |
| Peter Rubsam | Schedule  A | $365 | 10.40 | $3,796.00 |
| Aaron Prills | Schedule  A | $275 | 47.00 | $12,925.00 |
| Cheryl Wright | Schedule  A | $205 | 57.80 | $11,849.00 |
| Dottie-Jo Collins | Schedule  A | $275 | 7.00 | $1,925.00 |
| **Total  Professional  Services- Schedule A:** | | | **171.30** | **$54,072.50** |
| **Total Out of Pocket Expenses- Schedule C:** | | | | **$92.25** |
| **TOTAL   DUE   THIS   INVOICE** | | | | **$54,164.75** |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
              by Billing Matter Category.

# W.R. Grace

## Schedule A

**Services Rendered during the Period:   April 1-30, 2004**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| **Loreto Tersigni - President** | | | | | | |
| 4/1/04 | LT | Review and analysis of monthly operating report for January 2004 | 26 | 1.80 | $500.00 | $900.00 |
| 4/9/04 | LT | Review and analysis of monthly operating report for February 2004 | 26 | 2.30 | $500.00 | $1,150.00 |
| 4/12/04 | LT | Preparation of updated claims recovery analysis as requested by ACC counsel | 07 | 1.30 | $500.00 | $650.00 |
| 4/20/04 | LT | Review and analysis of 1st Quarter 2004 Press Release, and related exhibits, regarding operating results for the 3 months ended 3/31/04 | 26 | 1.70 | $500.00 | $850.00 |
| 4/20/04 | LT | Review engagement status | 26 | 0.60 | $500.00 | $300.00 |
| 4/20/04 | LT | Review monthly fee application for February 2004 including timekeeper daily entries | 11 | 0.70 | $500.00 | $350.00 |
| 4/20/04 | LT | Review monthly fee application for March 2004 including timekeeper daily entries | 11 | 0.40 | $500.00 | $200.00 |
| 4/27/04 | LT | Review status of 'analysis in progress' and prepare completion estimates as requested by ACC counsel | 07 | 1.40 | $500.00 | $700.00 |
| | | **Sub-Total** | | 10.20 | | $5,100.00 |
| **James Sinclair - Managing Director** | | | | | | |
| 4/9/04 | JS | Review, analyze January 2004 Monthly Operating Report for monitoring. | 26 | 3.70 | $475.00 | $1,757.50 |
| 4/9/04 | JS | Review, analyze, revise Prills' January 2004 MOR Summary, compare with January 2004 MOR for monitoring. | 26 | 1.80 | $475.00 | $855.00 |
| 4/15/04 | JS | Review, analyze February 2004 Monthly Operating Report for monitoring. | 26 | 3.20 | $475.00 | $1,520.00 |
| 4/15/04 | JS | Compare Feb. 2004 MOR with Jan. 2004 MOR for changes in operating performance for monitoring. | 26 | 1.50 | $475.00 | $712.50 |
| | | **Sub-Total** | | 10.20 | | $4,845.00 |
| **Robert Mathews - Managing Director** | | | | | | |
| 4/5/04 | RM | Review of 2003 10K presentation of P&L, balance sheet and cash flow changes to identify financial issues and trends | 26 | 1.40 | $475.00 | $665.00 |
| 4/9/04 | RM | Review of Pension accounting disclosures in 2003 10K report and prior years to identify issues and trends | 08 | 2.00 | $475.00 | $950.00 |
| 4/14/04 | RM | Reconcile the balance sheet treatment with pension accounting rules and footnotes as part of review of pension plan issues | 08 | 1.70 | $475.00 | $807.50 |
| 4/15/04 | RM | Review of pension plan and related disclosures in 10 K report for 2003 and prior years | 08 | 3.20 | $475.00 | $1,520.00 |
| 4/16/04 | RM | Review of 10 K for 2003 product lines and extensive list of contingent and direct liabilities to identify issues and trends to be reported to counsel | 26 | 3.70 | $475.00 | $1,757.50 |
| 4/19/04 | RM | Review of segments and international vs domestic reporting businesses and financial implications for Chapter 11 to identify issues | 26 | 2.30 | $475.00 | $1,092.50 |
| 4/19/04 | RM | Review of extensive financial information contained in Financial Supplement section of 10K reporting | 26 | 2.70 | $475.00 | $1,282.50 |
| 4/19/04 | RM | Review of environmental issues and financial liability disclosures in 2003 10K | 26 | 2.30 | $475.00 | $1,092.50 |
| 4/19/04 | RM | Analysis of strengths and weaknesses of W.R.Grace as revealed in 10k report to identify issues and trends for report to counsel | 26 | 1.20 | $475.00 | $570.00 |

4

# W.R. Grace

## Schedule A

### Services Rendered during the Period:   April 1-30, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 4/20/04 | RM | Review of tax related information in 10K relative to valuation report to identify any inconsistencies and issues | 26 | 2.80 | $475.00 | $1,330.00 |
| 4/20/04 | RM | Prepare memo on notes of issues identified for counsel as a result of review of 2003 10K SEC report | 26 | 3.50 | $475.00 | $1,662.50 |
| | | **Sub-Total** | | 26.80 | | $12,730.00 |

### Michael Berkin - Managing Director

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 4/2/04 | MB | Review 4/2/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 4/16/04 | MB | Review 4/9/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 4/19/04 | MB | Review 4/16/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 4/19/04 | MB | Review pension relief legislation details for potential impact on 2004 funding requirements | 08 | 0.70 | $475.00 | $332.50 |
| 4/26/04 | MB | Review 4/23/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| | | **Sub-Total** | | 1.90 | | $902.50 |

### Peter Rubsam - Director

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 4/15/04 | PR | Review and analyze Standard & Poor April review of WR Grace, comparable companies and specialty chemical industry for industry outlook for 2004 | 21 | 1.50 | $365.00 | $547.50 |
| 4/15/04 | PR | Review and analyze Standard & Poor April review of WR Grace, comparable companies and diversified chemical industry for industry expectations for 2004 | 21 | 1.50 | $365.00 | $547.50 |
| 4/16/04 | PR | Review and analyze Goldman Sachs report on chemicals/coatings and paint suppliers 1st Qtr outlook, segment analysis, estimates and stock price for industry analysis for 2004 | 21 | 1.50 | $365.00 | $547.50 |
| 4/20/04 | PR | Review and analyze Rohm & Haas presentation for Lehman Bros April Global Chemical Industry Conference regarding growth and earnings, industry and segment review, regional summary and 2004 estimates for valuation | 21 | 1.50 | $365.00 | $547.50 |
| 4/23/04 | PR | Review and analyze Engelhard March 2004 8K regarding 1st Qtr earnings release and comparison to 2003 and industry growth for comparable company review | 21 | 1.50 | $365.00 | $547.50 |
| 4/30/04 | PR | Review and analyze Albemarle April 2004 earnings presentation regarding 1st Qtr earnings release, comparison to 2003, details on acquisition of Akzo catalyst business, revised projections and expectations for comparable company review | 21 | 1.70 | $365.00 | $620.50 |
| 4/30/04 | PR | Review and analyze Crompton February 2004 presentation at Morgan Stanley Basic Materials conference regarding 2004 strategic overview, 2003 review, cost and debt reduction, segment review and regional analysis for comparable company valuation | 21 | 1.20 | $365.00 | $438.00 |
| | | **Sub-Total** | | 10.40 | | $3,796.00 |

### Aaron Prills - Manager

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 4/1/04 | AP | Updated the Grace balance sheet for the January 2004 monthly operating report review in order to add the balances of the filing entities to the exhibit and compare the asset and liability levels between the debtor and non debtor entities. | 26 | 0.60 | $275.00 | $165.00 |
| 4/1/04 | AP | Completed the Summary overview section of the Grace January 2004 MOR summary in order to highlight the significant changes in the firm during the year and the market conditions that led to these changes. | 26 | 1.40 | $275.00 | $385.00 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:   April 1-30, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 4/1/04 | AP | Prepared the balance sheet section of the Grace MOR summary in order to explain the current balances for the firm and the changes during the month of January 2004. | 26 | 0.50 | $275.00 | $137.50 |
| 4/1/04 | AP | Prepared the Grace statement of operations summary section of the January 2004 MOR in order to compare the performance of the firm versus January 2003 and explain the reasons for the improvement in performance. | 26 | 0.90 | $275.00 | $247.50 |
| 4/1/04 | AP | Prepared the Grace cash flow summary section for the January 2004 monthly operating report review in order to discuss the change in cash during the month and highlight the significant sources and uses of cash during the month. | 26 | 0.90 | $275.00 | $247.50 |
| 4/1/04 | AP | Prepared the Davison Chemicals section of the January 2004 MOR review to discuss the performance of the business divisions during the month and the outlook for the market conditions for these businesses during the year. | 26 | 1.30 | $275.00 | $357.50 |
| 4/1/04 | AP | Prepared the Performance Chemicals summary section of the January 2004 monthly operating report review in order to highlight the performance of the business units during the month and how they are performing relative to the prior year. | 26 | 1.40 | $275.00 | $385.00 |
| 4/1/04 | AP | Prepared the exhibit to exclude the impact of currency translation effects from the monthly performance of the Grace business units in order to monitor sales on a monthly basis excluding any favorable impacts of currency in an effort to understand the actual sales improvement for each business during the year. | 26 | 2.10 | $275.00 | $577.50 |
| 4/1/04 | AP | Prepared exhibit for the Grace monthly operating report which will be used to annualize each month's sales and compare to the 2004 plan in order to understand how well each month performed relative to the budget that Grace has projected for the year to understand whether or not the firm is on target each month. | 26 | 0.90 | $275.00 | $247.50 |
| 4/2/04 | AP | Prepared updates to the Grace January 2004 MOR summary to clarify the performance of catalysts during the month an the performance excluding the impact of foreign currency gains. | 26 | 1.40 | $275.00 | $385.00 |
| 4/2/04 | AP | Prepared update to Grace January 2004 MOR exhibits to clarify the date of the data in the exhibits. | 26 | 0.70 | $275.00 | $192.50 |
| 4/5/04 | AP | Prepared the Grace February 2004 Balance sheet exhibit as part of the monthly operating report review analysis in order to analyze trends within the key balances for the month. | 26 | 0.80 | $275.00 | $220.00 |
| 4/5/04 | AP | Prepared the February 2004 Statement of Operations for Grace in order to review the performance for the month as part of the monthly operating report review. | 26 | 0.80 | $275.00 | $220.00 |
| 4/5/04 | AP | Prepared the February 2004 Cash Flow statement exhibit for the month operating report review in order to understand the sources and uses of cash during the month. | 26 | 0.80 | $275.00 | $220.00 |
| 4/5/04 | AP | Prepared the February 2004 review of Grace's divisions (Davison and Performance) for the month to understand how each firm performed as part of the monthly operating report review. | 26 | 0.80 | $275.00 | $220.00 |
| 4/5/04 | AP | Prepared the Grace February 2004 Cash analysis in order to understand the liquidity of the firm as of February 29, 2004 as part of the monthly operating report review. | 26 | 0.80 | $275.00 | $220.00 |
| 4/5/04 | AP | Prepared the Grace exhibit for the February 2004 monthly operating report to separate the growth in sales associated with currency translation for the actual sales in order to better understand the performance of each business unit during the month and YTD. | 26 | 1.50 | $275.00 | $412.50 |
| 4/5/04 | AP | Reviewed supplementary notes to the Grace February 2004 monthly operating report in order to understand management's summary of firm performance and the key material changes that impacted performance during the month. | 28 | 1.70 | $275.00 | $467.50 |
| 4/5/04 | AP | Prepared section of the February 2004 summary highlighting Grace's performance excluding currency translation effects and compared it to the first quarter plan to understand how close Grace currently is to meeting the budget when foreign exchange gains are neutralized as assumed in the 2004 operating plan. | 26 | 0.80 | $275.00 | $220.00 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:   April 1-30, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 4/6/04 | AP | Prepared update to statement of operations exhibit to calculate EBITDA on a monthly and YTD basis in order to monitor changes of EBITDA on a monthly basis. | 26 | 0.50 | $275.00 | $137.50 |
| 4/6/04 | AP | Prepared the Summary overview section of the Grace monthly operating report review to discuss the consolidated performance of the firm for the month along with any changes in the industry that might have impacted the business during the month of February 2004. | 26 | 0.90 | $275.00 | $247.50 |
| 4/6/04 | AP | Prepared the Balance sheet overview section of the Grace February 2004 monthly operating report review to highlight both the change in cash and cash equivalents during the month along with any other material changes in balances since December 31, 2003. | 26 | 0.60 | $275.00 | $165.00 |
| 4/6/04 | AP | Prepared the statement of operations qualitative summary section of the monthly operating report review for Grace to discuss the performance of the firm during the month of February 2004 and how this performance positions the firm to meet the Q1 2004 budget that has been set. | 26 | 0.60 | $275.00 | $165.00 |
| 4/6/04 | AP | Prepared the qualitative summary of the cash flow statement to discuss the major sources and uses of cash during the month of February 2004 and how those changes were relative to prior years and the current performance of Grace. | 26 | 0.70 | $275.00 | $192.50 |
| 4/6/04 | AP | Prepared the Davison Chemicals qualitative summary section of the February 2004 monthly operating report review to provide an overview of the business segments during the month of February and the impact of currency translation effects on the sales of the business during the month. | 26 | 0.60 | $275.00 | $165.00 |
| 4/6/04 | AP | Prepared the Performance Chemicals summary overview for the February 2004 monthly operating report review in order to discuss the performance of the business during the month and how well each business division performed excluding the impact of currency translation effects. | 26 | 0.60 | $275.00 | $165.00 |
| 4/7/04 | AP | Prepared email executive summary points for the February 2004 Grace monthly operating report in order to briefly summarize the status of the firm as of February 29, 2004. | 26 | 1.40 | $275.00 | $385.00 |
| 4/19/04 | AP | Reviewed Grace's increases to environmental reserves during 2003 to understand the current position of the firm and understand the impact of additional increases in the costs of remediation at Libby Montana could be to the organization. | 28 | 0.90 | $275.00 | $247.50 |
| 4/20/04 | AP | understand any recent news and the possible value associated with the cleanup of the homes and business within Libby that have been contaminated by asbestos from the mine. | 28 | 2.00 | $275.00 | $550.00 |
| 4/20/04 | AP | Reviewed Libby related websites for information regarding the uses and production of vermiculite over the years to understand how widespread the contamination could be and the number of vermiculite processing sites that exists that may need remediation in the coming years. | 28 | 2.00 | $275.00 | $550.00 |
| 4/20/04 | AP | Reviewed Libby vermiculite mining websites to understand the history of operations at the site and the companies that had used the site prior to Grace to better understand the background of the production there. | 28 | 0.80 | $275.00 | $220.00 |
| 4/20/04 | AP | Prepared summary of Grace's environmental issues at the Libby Montana site, outlining the history of the mine and background on the issue that exists to prepare an overview of the cleanup. | 26 | 1.90 | $275.00 | $522.50 |
| 4/20/04 | AP | Prepared exhibit to estimate the cost associated with cleanup at the Libby site to attempt to determine an estimate for Grace's responsibility and see if it is close to what the firm is estimating for total cleanup costs. | 26 | 0.70 | $275.00 | $192.50 |
| 4/21/04 | AP | Reviewed W.R. Grace press release regarding first quarter 2004 performance to understand how well the firm did and compared performance to plan to understand how they are doing relative to the budget. | 28 | 2.30 | $275.00 | $632.50 |
| 4/21/04 | AP | Reviewed the impact of currency translation effects on Grace's sales performance for the three months ended March 31, 2004 to compare sales excluding foreign currency translation gains to the budget that assumed currency fluctuations flat with the prior year. | 28 | 0.80 | $275.00 | $220.00 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:   April 1-30, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|----|---------|------|-------|------|--------|
| 4/21/04 | AP | Prepared Grace Income statement summary exhibit for the first quarter summary memo to counsel to highlight the performance of the business during the three months ended March 31, 2004. | 26 | 0.60 | $275.00 | $165.00 |
| 4/21/04 | AP | Prepared Grace Income statement exhibit for the first quarter summary memo to counsel to highlight the complete performance of the business during the three months ended March 31, 2004. | 26 | 0.60 | $275.00 | $165.00 |
| 4/21/04 | AP | Prepared Grace Balance Sheet exhibit for the first quarter summary memo to counsel to highlight the performance of the business during the three months ended March 31, 2004. | 26 | 0.70 | $275.00 | $192.50 |
| 4/21/04 | AP | Prepared Grace Cash Flow exhibit for the first quarter summary memo to counsel to highlight the performance of the business during the three months ended March 31, 2004. | 26 | 0.70 | $275.00 | $192.50 |
| 4/21/04 | AP | Prepared analysis of Grace's sales for each business division during the first three months of 2004 to determine the impact that favorable currency translation had on the firm and whether or not the firm would have met the Q1 budget for sales if currency translation effects were excluded. | 26 | 1.20 | $275.00 | $330.00 |
| 4/23/04 | AP | Prepared the summary section of the Grace first quarter memo to council to provide an overview on the firm's performance during the quarter and how it compared with the budget. | 26 | 1.70 | $275.00 | $467.50 |
| 4/23/04 | AP | Prepared the Davison Chemicals section of the first quarter memo to counsel to provide an overview on how the business performed during the quarter and the market conditions. | 26 | 1.70 | $275.00 | $467.50 |
| 4/23/04 | AP | Prepared the Performance Chemicals section of the first quarter memo to counsel in order to provide an overview on how the business performed during the quarter and the market conditions. | 26 | 1.70 | $275.00 | $467.50 |
| 4/23/04 | AP | Prepared questions for USG management regarding the Intercompany balances to allow for a better understand how the firm handles these balances monthly and to send questions ahead of time to the firm prior to the I/C meeting. | 26 | 0.70 | $275.00 | $192.50 |
| | | **Sub-Total** | | 47.00 | | $12,925.00 |

### Cheryl Wright - Senior Consultant

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|----|---------|------|-------|------|--------|
| 4/12/04 | CW | Review and analyze exit, severance, restructuring and other non-recurring charges for WR Grace and its comparable companies | 21 | 1.70 | $205.00 | $348.50 |
| 4/13/04 | CW | Review and analyze exit, severance, restructuring and other non-recurring charges for WR Grace and its comparable companies | 21 | 1.70 | $205.00 | $348.50 |
| 4/20/04 | CW | Review and analyze 8K earnings release for WR Grace for the period ended March 31, 2004 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/20/04 | CW | Update WR Grace's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/20/04 | CW | Review and analyze 8K earnings release for Engelhard Corp for the period ended March 31, 2004 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/20/04 | CW | Update Engelhard Corp's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/20/04 | CW | Review and analyze PPG Industries' 10K for valuation purposes to prepare in-depth company profile | 21 | 3.50 | $205.00 | $717.50 |
| 4/20/04 | CW | Calculate equity value for the fiscal year end for the last five years to include in PPG Industry's financial summary and research historic stock prices and shares outstanding | 21 | 0.60 | $205.00 | $123.00 |
| 4/21/04 | CW | Calculate equity value for the fiscal year end for the last five years to include in PPG Industry's financial summary and research historic stock prices and shares outstanding | 21 | 0.60 | $205.00 | $123.00 |
| 4/21/04 | CW | Calculate enterprise value for the fiscal year end for the last five years to include in PPG Industry's financial summary | 21 | 1.10 | $205.00 | $225.50 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:   April 1-30, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/21/04 | CW | Calculate EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.10 | $205.00 | $225.50 |
| 4/21/04 | CW | Prepare schedule of PPG Industries' quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 2.30 | $205.00 | $471.50 |
| 4/21/04 | CW | Prepare schedule of PPG Industries' quarterly (LTM) financial statements for the 4 quarters of fiscal 2002, excluding non-recurring charges for use in valuation | 21 | 2.30 | $205.00 | $471.50 |
| 4/21/04 | CW | Prepare schedule of PPG Industries' financial information for the previous 8 quarters on a full-year basis, including sales, operating income, depreciation and amortization | 21 | 1.20 | $205.00 | $246.00 |
| 4/21/04 | CW | Calculate equity value for the fiscal year end for the last 8 quarters on an annual basis to include in PPG Industry's financial summary | 21 | 1.70 | $205.00 | $348.50 |
| 4/21/04 | CW | Calculate enterprise value for the fiscal year end for the last 8 annualized quarters to include in PPG Industries' financial summary | 21 | 0.90 | $205.00 | $184.50 |
| 4/22/04 | CW | Calculate EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 2.30 | $205.00 | $471.50 |
| 4/22/04 | CW | Prepare strategy analysis for PPG Industries using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 3.50 | $205.00 | $717.50 |
| 4/22/04 | CW | Review and edit PPG Industries strategy analysis document | 21 | 1.10 | $205.00 | $225.50 |
| 4/22/04 | CW | Review and analyze Multex Fundamentals research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze S&P sub-industry outlook research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze S&P News Headlines research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze First Call Earnings Valuation Report research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze S&P stock report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze S&P corporate profile on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze Lehman Brothers research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze Merrill Lynch research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze Argus company research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/23/04 | CW | Update PPG Industry's competitor profile to include information from 2003 10K and include sections on strategy, environmental liabilities, commitments and contingencies, acquisitions and employees | 21 | 2.90 | $205.00 | $594.50 |
| 4/23/04 | CW | Review and analyze 8K earnings release for Great Lakes Chemical for the period ended March 31, 2004 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/23/04 | CW | Update Great Lakes Chemical's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/23/04 | CW | Review and analyze 8K earnings release for PPG Industries for the period ended March 31, 2004 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/23/04 | CW | Update PPG Industry's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/23/04 | CW | Review and analyze 8K earnings release for HB Fuller for the period ended February 28, 2004 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:   April 1-30, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 4/23/04 | CW | Update HB Fuller's historical financial statements for LTM 02/28/04 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/28/04 | CW | Review and analyze Centex's 10K for valuation purposes to prepare in-depth company profile | 21 | 3.40 | $205.00 | $697.00 |
| 4/28/04 | CW | Calculate equity value for the fiscal year end for the last five years to include in Centex's financial summary and research historic stock prices and shares outstanding | 21 | 1.20 | $205.00 | $246.00 |
| 4/28/04 | CW | Calculate enterprise value for the fiscal year end for the last five years to include in Centex's financial summary | 21 | 1.20 | $205.00 | $246.00 |
| 4/28/04 | CW | Calculate Centex's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.20 | $205.00 | $246.00 |
| 4/29/04 | CW | Prepare schedule of Centex's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 2.30 | $205.00 | $471.50 |
| 4/29/04 | CW | Prepare schedule of Centex's quarterly (LTM) financial statements for the 4 quarters of fiscal 2002, excluding non-recurring charges for use in valuation | 21 | 2.30 | $205.00 | $471.50 |
| 4/29/04 | CW | Prepare schedule of Centex's financial information for the previous 8 quarters on a full-year basis, including sales, operating income, depreciation and amortization | 21 | 1.20 | $205.00 | $246.00 |
| 4/29/04 | CW | Calculate equity value for the fiscal year end for the last 8 quarters on an annual basis to include in Centex's financial summary | 21 | 1.20 | $205.00 | $246.00 |
| 4/29/04 | CW | Calculate equity value for the fiscal year end for the last 8 quarters on an annual basis to include in Centex's financial summary | 21 | 0.60 | $205.00 | $123.00 |
| 4/29/04 | CW | Calculate enterprise value for the fiscal year end for the last 8 annualized quarters to include in Centex's financial summary | 21 | 0.90 | $205.00 | $184.50 |
| 4/29/04 | CW | Calculate Centex's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 1.20 | $205.00 | $246.00 |
| 4/30/04 | CW | Calculate Centex's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 1.20 | $205.00 | $246.00 |
| | | **Sub-Total** | | 57.80 | | $11,849.00 |

**Dottie Collins - Manager**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 4/30/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 4.50 | $275.00 | $1,237.50 |
| 4/30/04 | DC | Assignment of Monthly Task Codes | 11 | 2.50 | $275.00 | $687.50 |
| | | **Sub-Total** | | 7.00 | | $1,925.00 |

### TOTAL   Schedule 'A'      171.30      $54,072.50

# W.R. Grace

# Schedule  B

### Services Rendered during the Period:  April 1-30, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 4/12/04 | LT | Preparation of updated claims recovery analysis as requested by ACC counsel | 07 | 1.30 | $500.00 | $650.00 |
| 4/27/04 | LT | Review status of 'analysis in progress' and prepare completion estimates as requested by ACC counsel | 07 | 1.40 | $500.00 | $700.00 |
| | | **Total Project Category 07: Committee,Creditors',Noteholder Matters** | | 2.70 | | $1,350.00 |
| 4/9/04 | RM | Review of Pension accounting disclosures in 2003 10K report and prior years to identify issues and trends | 08 | 2.00 | $475.00 | $950.00 |
| 4/14/04 | RM | Reconcile  the balance sheet treatment with pension accounting rules and footnotes as part of review of pension plan issues | 08 | 1.70 | $475.00 | $807.50 |
| 4/15/04 | RM | Review of pension plan and related disclosures in 10 K report for 2003 and prior years | 08 | 3.20 | $475.00 | $1,520.00 |
| 4/19/04 | MB | Review pension relief legislation details for potential impact on 2004 funding requirements | 08 | 0.70 | $475.00 | $332.50 |
| | | **Total Project Category 08:  Employee Benefits/Pension** | | 7.60 | | $3,610.00 |
| 4/20/04 | LT | Review monthly fee application for February 2004 including timekeeper daily entries | 11 | 0.70 | $500.00 | $350.00 |
| 4/20/04 | LT | Review monthly fee application for March 2004 including timekeeper daily entries | 11 | 0.40 | $500.00 | $200.00 |
| 4/30/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 4.50 | $275.00 | $1,237.50 |
| 4/30/04 | DC | Assignment of Monthly Task Codes | 11 | 2.50 | $275.00 | $687.50 |
| | | **Total Project Category 11: Fee Application, Applicant** | | 8.10 | | $2,475.00 |
| 4/12/04 | CW | Review and analyze exit, severance, restructuring and other non-recurring charges for WR Grace and its comparable companies | 21 | 1.70 | $205.00 | $348.50 |
| 4/13/04 | CW | Review and analyze exit, severance, restructuring and other non-recurring charges for WR Grace and its comparable companies | 21 | 1.70 | $205.00 | $348.50 |
| 4/15/04 | PR | Review and analyze Standard & Poor April review of WR Grace, comparable companies and specialty chemical industry for industry outlook for 2004 | 21 | 1.50 | $365.00 | $547.50 |
| 4/15/04 | PR | Review and analyze Standard & Poor April review of WR Grace, comparable companies and diversified chemical industry for industry expectations for 2004 | 21 | 1.50 | $365.00 | $547.50 |
| 4/16/04 | PR | Review and analyze Goldman Sachs report on chemicals/coatings and paint suppliers 1st Qtr outlook, segment analysis, estimates and stock price for industry analysis for 2004 | 21 | 1.50 | $365.00 | $547.50 |
| 4/20/04 | PR | Review and analyze Rohm & Haas presentation for Lehman Bros April Global Chemical Industry Conference regarding growth and earnings, industry and segment review, regional summary and 2004 estimates for valuation | 21 | 1.50 | $365.00 | $547.50 |
| 4/20/04 | CW | Review and analyze 8K earnings release for WR Grace for the period ended March 31, 2004 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/20/04 | CW | Update WR Grace's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/20/04 | CW | Review and analyze 8K earnings release for Engelhard Corp for the period ended March 31, 2004 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/20/04 | CW | Update Engelhard Corp's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/20/04 | CW | Review and analyze PPG Industries' 10K for valuation purposes to prepare in-depth company profile | 21 | 3.50 | $205.00 | $717.50 |
| 4/20/04 | CW | Calculate equity value for the fiscal year end for the last five years to include in PPG Industry's financial summary and research historic stock prices and shares outstanding | 21 | 0.60 | $205.00 | $123.00 |
| 4/21/04 | CW | Calculate equity value for the fiscal year end for the last five years to include in PPG Industry's financial summary and research historic stock prices and shares outstanding | 21 | 0.60 | $205.00 | $123.00 |
| 4/21/04 | CW | Calculate enterprise value for the fiscal year end for the last five years to include in PPG Industry's financial summary | 21 | 1.10 | $205.00 | $225.50 |
| 4/21/04 | CW | Calculate EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.10 | $205.00 | $225.50 |

# W.R. Grace

## Schedule  B

### Services Rendered during the Period:  April 1-30, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|----|---------|------|-------|------|--------|
| 4/21/04 | CW | Prepare schedule of PPG Industries' quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 2.30 | $205.00 | $471.50 |
| 4/21/04 | CW | Prepare schedule of PPG Industries' quarterly (LTM) financial statements for the 4 quarters of fiscal 2002, excluding non-recurring charges for use in valuation | 21 | 2.30 | $205.00 | $471.50 |
| 4/21/04 | CW | Prepare schedule of PPG Industries' financial information for the previous 8 quarters on a full-year basis, including sales, operating income, depreciation and amortization | 21 | 1.20 | $205.00 | $246.00 |
| 4/21/04 | CW | Calculate equity value for the fiscal year end for the last 8 quarters on an annual basis to include in PPG Industry's financial summary | 21 | 1.70 | $205.00 | $348.50 |
| 4/21/04 | CW | Calculate enterprise value for the fiscal year end for the last 8 annualized quarters to include in PPG Industries' financial summary | 21 | 0.90 | $205.00 | $184.50 |
| 4/22/04 | CW | Calculate EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 2.30 | $205.00 | $471.50 |
| 4/22/04 | CW | Prepare strategy analysis for PPG Industries using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 3.50 | $205.00 | $717.50 |
| 4/22/04 | CW | Review and edit PPG Industries strategy analysis document | 21 | 1.10 | $205.00 | $225.50 |
| 4/22/04 | CW | Review and analyze Multex Fundamentals research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze S&P sub-industry outlook research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze S&P News Headlines research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze First Call Earnings Valuation Report research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze S&P stock report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze S&P corporate profile on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze Lehman Brothers research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze Merrill Lynch research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/22/04 | CW | Review and analyze Argus company research report on PPG Industries for company profile | 21 | 0.60 | $205.00 | $123.00 |
| 4/23/04 | PR | Review and analyze Engelhard March 2004 8K regarding 1st Qtr earnings release and comparison to 2003 and industry growth for comparable company review | 21 | 1.50 | $365.00 | $547.50 |
| 4/23/04 | CW | Update PPG Industry's competitor profile to include information from 2003 10K and include sections on strategy, environmental liabilities, commitments and contingencies, acquisitions and employees | 21 | 2.90 | $205.00 | $594.50 |
| 4/23/04 | CW | Review and analyze 8K earnings release for Great Lakes Chemical for the period ended March 31, 2004 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/23/04 | CW | Update Great Lakes Chemical's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/23/04 | CW | Review and analyze 8K earnings release for PPG Industries for the period ended March 31, 2004 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/23/04 | CW | Update PPG Industry's historical financial statements for LTM 03/31/04 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/23/04 | CW | Review and analyze 8K earnings release for HB Fuller for the period ended February 28, 2004 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/23/04 | CW | Update HB Fuller's historical financial statements for LTM 02/28/04 for valuation purposes | 21 | 0.60 | $205.00 | $123.00 |
| 4/28/04 | CW | Review and analyze Centex's 10K for valuation purposes to prepare in-depth company profile | 21 | 3.40 | $205.00 | $697.00 |

# W.R. Grace

## Schedule  B

### Services Rendered during the Period:  April 1-30, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/28/04 | CW | Calculate equity value for the fiscal year end for the last five years to include in Centex's financial summary and research historic stock prices and shares outstanding | 21 | 1.20 | $205.00 | $246.00 |
| 4/28/04 | CW | Calculate enterprise value for the fiscal year end for the last five years to include in Centex's financial summary | 21 | 1.20 | $205.00 | $246.00 |
| 4/28/04 | CW | Calculate Centex's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.20 | $205.00 | $246.00 |
| 4/29/04 | CW | Prepare schedule of Centex's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 2.30 | $205.00 | $471.50 |
| 4/29/04 | CW | Prepare schedule of Centex's quarterly (LTM) financial statements for the 4 quarters of fiscal 2002, excluding non-recurring charges for use in valuation | 21 | 2.30 | $205.00 | $471.50 |
| 4/29/04 | CW | Prepare schedule of Centex's financial information for the previous 8 quarters on a full-year basis, including sales, operating income, depreciation and amortization | 21 | 1.20 | $205.00 | $246.00 |
| 4/29/04 | CW | Calculate equity value for the fiscal year end for the last 8 quarters on an annual basis to include in Centex's financial summary | 21 | 1.20 | $205.00 | $246.00 |
| 4/29/04 | CW | Calculate equity value for the fiscal year end for the last 8 quarters on an annual basis to include in Centex's financial summary | 21 | 0.60 | $205.00 | $123.00 |
| 4/29/04 | CW | Calculate enterprise value for the fiscal year end for the last 8 annualized quarters to include in Centex's financial summary | 21 | 0.90 | $205.00 | $184.50 |
| 4/29/04 | CW | Calculate Centex's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 1.20 | $205.00 | $246.00 |
| 4/30/04 | PR | Review and analyze Albemarle April 2004 earnings presentation regarding 1st Qtr earnings release, comparison to 2003, details on acquisition of Akzo catalyst business, revised projections and expectations for comparable company review | 21 | 1.70 | $365.00 | $620.50 |
| 4/30/04 | PR | Review and analyze Crompton February 2004 presentation at Morgan Stanley Basic Materials conference regarding 2004 strategic overview, 2003 review, cost and debt reduction, segment review and regional analysis for comparable company valuation | 21 | 1.20 | $365.00 | $438.00 |
| 4/30/04 | CW | Calculate Centex's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 1.20 | $205.00 | $246.00 |
| | | **Total Project Category 21:  Valuation** | | 68.20 | | $15,645.00 |
| 4/1/04 | LT | Review and analysis of monthly operating report for January 2004 | 26 | 1.80 | $500.00 | $900.00 |
| 4/1/04 | AP | Updated the Grace balance sheet for the January 2004 monthly operating report review in order to add the balances of the filing entities to the exhibit and compare the asset and liability levels between the debtor and non debtor entities. | 26 | 0.60 | $275.00 | $165.00 |
| 4/1/04 | AP | Completed the Summary overview section of the Grace January 2004 MOR summary in order to highlight the significant changes in the firm during the year and the market conditions that led to these changes. | 26 | 1.40 | $275.00 | $385.00 |
| 4/1/04 | AP | Prepared the balance sheet section of the Grace MOR summary in order to explain the current balances for the firm and the changes during the month of January 2004. | 26 | 0.50 | $275.00 | $137.50 |
| 4/1/04 | AP | Prepared the Grace statement of operations summary section of the January 2004 MOR in order to compare the performance of the firm versus January 2003 and explain the reasons for the improvement in performance. | 26 | 0.90 | $275.00 | $247.50 |
| 4/1/04 | AP | Prepared the Grace cash flow summary section for the January 2004 monthly operating report review in order to discuss the change in cash during the month and highlight the significant sources and uses of cash during the month. | 26 | 0.90 | $275.00 | $247.50 |
| 4/1/04 | AP | Prepared the Davison Chemicals section of the January 2004 MOR review to discuss the performance of the business divisions during the month and the outlook for the market conditions for these businesses during the year. | 26 | 1.30 | $275.00 | $357.50 |
| 4/1/04 | AP | Prepared the Performance Chemicals summary section of the January 2004 monthly operating report review in order to highlight the performance of the business units during the month and how they are performing relative to the prior year. | 26 | 1.40 | $275.00 | $385.00 |

# W.R. Grace

**Schedule  B**

### Services Rendered during the Period:  April 1-30, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|------|---------|------|-------|------|--------|
| 4/1/04 | AP | Prepared the exhibit to exclude the impact of currency translation effects from the monthly performance of the Grace business units in order to monitor sales on a monthly basis excluding any favorable impacts of currency in an effort to understand the actual sales improvement for each business during the year. | 26 | 2.10 | $275.00 | $577.50 |
| 4/1/04 | AP | Prepared exhibit for the Grace monthly operating report which will be used to annualize each month's sales and compare to the 2004 plan in order to understand how well each month performed relative to the budget that Grace has projected for the year to understand whether or not the firm is on target each month. | 26 | 0.90 | $275.00 | $247.50 |
| 4/2/04 | MB | Review 4/2/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 4/2/04 | AP | Prepared updates to the Grace January 2004 MOR summary to clarify the performance of catalysts during the month an the performance excluding the impact of foreign currency gains. | 26 | 1.40 | $275.00 | $385.00 |
| 4/2/04 | AP | Prepared update to Grace January 2004 MOR exhibits to clarify the date of the data in the exhibits. | 26 | 0.70 | $275.00 | $192.50 |
| 4/5/04 | RM | Review of 2003 10K presentation of P&L, balance sheet and cash flow changes to identify financial issues and trends | 26 | 1.40 | $475.00 | $665.00 |
| 4/5/04 | AP | Prepared the Grace February 2004 Balance sheet exhibit as part of the monthly operating report review analysis in order to analyze trends within the key balances for the month. | 26 | 0.80 | $275.00 | $220.00 |
| 4/5/04 | AP | Prepared the February 2004 Statement of Operations for Grace in order to review the performance for the month as part of the monthly operating report review. | 26 | 0.80 | $275.00 | $220.00 |
| 4/5/04 | AP | Prepared the February 2004 Cash Flow statement exhibit for the month operating report review in order to understand the sources and uses of cash during the month. | 26 | 0.80 | $275.00 | $220.00 |
| 4/5/04 | AP | Prepared the February 2004 review of Grace's divisions (Davison and Performance) for the month to understand how each firm performed as part of the monthly operating report review. | 26 | 0.80 | $275.00 | $220.00 |
| 4/5/04 | AP | Prepared the Grace February 2004 Cash analysis in order to understand the liquidity of the firm as of February 29, 2004 as part of the monthly operating report review. | 26 | 0.80 | $275.00 | $220.00 |
| 4/5/04 | AP | Prepared the Grace exhibit for the February 2004 monthly operating report to separate the growth in sales associated with currency translation for the actual sales in order to better understand the performance of each business unit during the month and YTD. | 26 | 1.50 | $275.00 | $412.50 |
| 4/5/04 | AP | Prepared section of the February 2004 summary highlighting Grace's performance excluding currency translation effects and compared it to the first quarter plan to understand how close Grace currently is to meeting the budget when foreign exchange gains are neutralized as assumed in the 2004 operating plan. | 26 | 0.80 | $275.00 | $220.00 |
| 4/6/04 | AP | Prepared update to statement of operations exhibit to calculate EBITDA on a monthly and YTD basis in order to monitor changes of EBITDA on a monthly basis. | 26 | 0.50 | $275.00 | $137.50 |
| 4/6/04 | AP | Prepared the Summary overview section of the Grace monthly operating report review to discuss the consolidated performance of the firm for the month along with any changes in the industry that might have impacted the business during the month of February 2004. | 26 | 0.90 | $275.00 | $247.50 |
| 4/6/04 | AP | Prepared the Balance sheet overview section of the Grace February 2004 monthly operating report review to highlight both the change in cash and cash equivalents during the month along with any other material changes in balances since December 31, 2003. | 26 | 0.60 | $275.00 | $165.00 |
| 4/6/04 | AP | Prepared the statement of operations qualitative summary section of the monthly operating report review for Grace to discuss the performance of the firm during the month of February 2004 and how this performance positions the firm to meet the Q1 2004 budget that has been set. | 26 | 0.60 | $275.00 | $165.00 |
| 4/6/04 | AP | Prepared the qualitative summary of the cash flow statement to discuss the major sources and uses of cash during the month of February 2004 and how those changes were relative to prior years and the current performance of Grace. | 26 | 0.70 | $275.00 | $192.50 |
| 4/6/04 | AP | Prepared the Davison Chemicals qualitative summary section of the February 2004 monthly operating report review to provide an overview of the business segments during the month of February and the impact of currency translation effects on the sales of the business during the month. | 26 | 0.60 | $275.00 | $165.00 |

# W.R. Grace

**Schedule  B**

## Services Rendered during the Period:  April 1-30, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 4/6/04 | AP | Prepared the Performance Chemicals summary overview for the February 2004 monthly operating report review in order to discuss the performance of the business during the month and how well each business division performed excluding the impact of currency translation effects. | 26 | 0.60 | $275.00 | $165.00 |
| 4/7/04 | AP | Prepared email executive summary points for the February 2004 monthly operating report in order to briefly summarize the status of the firm as of February 29, 2004. | 26 | 1.40 | $275.00 | $385.00 |
| 4/9/04 | LT | Review and analysis of monthly operating report for February 2004 | 26 | 2.30 | $500.00 | $1,150.00 |
| 4/9/04 | JS | Review, analyze January 2004 Monthly Operating Report for monitoring. | 26 | 3.70 | $475.00 | $1,757.50 |
| 4/9/04 | JS | Review, analyze, revise Prills' January 2004 MOR Summary, compare with January 2004 MOR for monitoring. | 26 | 1.80 | $475.00 | $855.00 |
| 4/15/04 | JS | Review, analyze February 2004 Monthly Operating Report for monitoring. | 26 | 3.20 | $475.00 | $1,520.00 |
| 4/15/04 | JS | Compare Feb. 2004 MOR with Jan. 2004 MOR for changes in operating performance for monitoring. | 26 | 1.50 | $475.00 | $712.50 |
| 4/16/04 | RM | Review of 10 K for 2003 product lines and extensive list of contingent and direct liabilities to identify issues and trends to be reported to counsel | 26 | 3.70 | $475.00 | $1,757.50 |
| 4/16/04 | MB | Review 4/9/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 4/19/04 | RM | Review of segments and international vs domestic reporting businesses and financial implications for Chapter 11 to identify issues | 26 | 2.30 | $475.00 | $1,092.50 |
| 4/19/04 | RM | Review of extensive financial information contained in Financial Supplement section of 10K reporting | 26 | 2.70 | $475.00 | $1,282.50 |
| 4/19/04 | RM | Review of environmental issues and financial liability disclosures in 2003 10K | 26 | 2.30 | $475.00 | $1,092.50 |
| 4/19/04 | RM | Analysis of strengths and weaknesses of W.R.Grace as revealed in 10k report to identify issues and trends for report to counsel | 26 | 1.20 | $475.00 | $570.00 |
| 4/19/04 | MB | Review 4/16/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 4/20/04 | LT | Review and analysis of 1st Quarter 2004 Press Release, and related exhibits, regarding operating results for the 3 months ended 3/31/04 | 26 | 1.70 | $500.00 | $850.00 |
| 4/20/04 | LT | Review engagement status | 26 | 0.60 | $500.00 | $300.00 |
| 4/20/04 | RM | Review of tax related information in 10K relative to valuation report to identify any inconsistencies and issues | 26 | 2.80 | $475.00 | $1,330.00 |
| 4/20/04 | RM | Prepare memo on notes of issues identified for counsel as a result of review of 2003 10K SEC report | 26 | 3.50 | $475.00 | $1,662.50 |
| 4/20/04 | AP | Prepared summary of Grace's environmental issues at the Libby Montana site, outlining the history of the mine and background on the issue that exists to prepare an overview of the cleanup. | 26 | 1.90 | $275.00 | $522.50 |
| 4/20/04 | AP | Prepared exhibit to estimate the cost associated with cleanup at the Libby site to attempt to determine an estimate for Grace's responsibility and see if it is close to what the firm is estimating for total cleanup costs. | 26 | 0.70 | $275.00 | $192.50 |
| 4/21/04 | AP | Prepared Grace Income statement summary exhibit for the first quarter summary memo to counsel to highlight the performance of the business during the three months ended March 31, 2004. | 26 | 0.60 | $275.00 | $165.00 |
| 4/21/04 | AP | Prepared Grace Income statement exhibit for the first quarter summary memo to counsel to highlight the complete performance of the business during the three months ended March 31, 2004. | 26 | 0.60 | $275.00 | $165.00 |
| 4/21/04 | AP | Prepared Grace Balance Sheet exhibit for the first quarter summary memo to counsel to highlight the performance of the business during the three months ended March 31, 2004. | 26 | 0.70 | $275.00 | $192.50 |
| 4/21/04 | AP | Prepared Grace Cash Flow exhibit for the first quarter summary memo to counsel to highlight the performance of the business during the three months ended March 31, 2004. | 26 | 0.70 | $275.00 | $192.50 |

# W.R. Grace

## Schedule  B

### Services Rendered during the Period:  April 1-30, 2004

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 4/21/04 | AP | Prepared analysis of Grace's sales for each business division during the first three months of 2004 to determine the impact that favorable currency translation had on the firm and whether or not the firm would have met the Q1 budget for sales if currency translation effects were excluded. | 26 | 1.20 | $275.00 | $330.00 |
| 4/23/04 | AP | Prepared the summary section of the Grace first quarter memo to council to provide an overview on the firm's performance during the quarter and how it compared with the budget. | 26 | 1.70 | $275.00 | $467.50 |
| 4/23/04 | AP | Prepared the Davison Chemicals section of the first quarter memo to counsel to provide an overview on how the business performed during the quarter and the market conditions. | 26 | 1.70 | $275.00 | $467.50 |
| 4/23/04 | AP | Prepared the Performance Chemicals section of the first quarter memo to counsel in order to provide an overview on how the business performed during the quarter and the market conditions. | 26 | 1.70 | $275.00 | $467.50 |
| 4/23/04 | AP | Prepared questions for USG management regarding the Intercompany balances to allow for a better understand how the firm handles these balances monthly and to send questions ahead of time to the firm prior to the I/C meeting. | 26 | 0.70 | $275.00 | $192.50 |
| 4/26/04 | MB | Review 4/23/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| | | **Total Project Category 26: Business Analysis** | | 74.20 | | $28,105.00 |
| 4/5/04 | AP | Reviewed supplementary notes to the Grace February 2004 monthly operating report in order to understand management's summary of firm performance and the key material changes that impacted performance during the month. | 28 | 1.70 | $275.00 | $467.50 |
| 4/19/04 | AP | Reviewed Grace's increases to environmental reserves during 2003 to understand the current position of the firm and understand the impact of additional increases in the costs of remediation at Libby Montana could be to the organization. | 28 | 0.90 | $275.00 | $247.50 |
| 4/20/04 | AP | Reviewed EPA website for latest news announcements concerning Libby, Montana to understand any recent news and the possible value associated with the cleanup of the homes and business within Libby that have been contaminated by asbestos from the mine. | 28 | 2.00 | $275.00 | $550.00 |
| 4/20/04 | AP | Reviewed Libby related websites for information regarding the uses and production of vermiculite over the years to understand how widespread the contamination could be and the number of vermiculite processing sites that exists that may need remediation in the coming years. | 28 | 2.00 | $275.00 | $550.00 |
| 4/20/04 | AP | Reviewed Libby vermiculite mining websites to understand the history of operations at the site and the companies that had used the site prior to Grace to better understand the background of the production there. | 28 | 0.80 | $275.00 | $220.00 |
| 4/21/04 | AP | Reviewed W.R. Grace press release regarding first quarter 2004 performance to understand how well the firm did and compared performance to plan to understand how they are doing relative to the budget. | 28 | 2.30 | $275.00 | $632.50 |
| 4/21/04 | AP | Reviewed the impact of currency translation effects on Grace's sales performance for the three months ended March 31, 2004 to compare sales excluding foreign currency translation gains to the budget that assumed currency fluctuations flat with the prior year. | 28 | 0.80 | $275.00 | $220.00 |
| | | **Total Project Category 28: Data Analysis** | | 10.50 | | $2,887.50 |
| | | **TOTAL  Schedule 'B'** | | 171.30 | | $54,072.50 |

# W. R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Telephone | $32.85 |
| Xerox:    ( 594 x $0.10 per page) | $59.40 |
| **Total Expenses incurred from  April 1-30, 2004** | $92.25 |