Date: 05/14/04 Legal Analysis Systems, Inc.
Time: 3:00pm Page 1

W. R. Grace, Inc. % Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 27th Floor
New York, New York 10022

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/02/04 #5102 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) review latest CBO letters on alternative treatment of asbestos claims; prepare materials in response | 0.5 600.00 | 300.00 |
| 04/02/04 #5103 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) telephone Relles re: HR&A spreadsheets, assumptions about payments | 0.1 600.00 | 60.00 |
| 04/02/04 #5301 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) search through HR&A files, find payment assumptions, summarize for Peterson | 0.2 375.00 | 75.00 |
| 04/02/04 #5302 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) telephone Peterson re: HR&A spreadsheets, assumptions about payments | 0.1 375.00 | 37.50 |
| 04/03/04 #5104 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) Work on response to CBO analysis of treatment of asbestos claimants | 0.4 600.00 | 240.00 |
| 04/04/04 #5105 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) Review CBO reports and letters during fall 2003 re: alternative treatment of asbestos liabilities | 0.2 600.00 | 120.00 |
| 04/04/04 #5107 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) Prepare materials on CBO's analysis of alternative treatment of asbestos claimants | 0.5 600.00 | 300.00 |
| 04/04/04 #5304 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) edit, format, and prepare report on CBO estimate submitted by Holtz-Eakin in letter to J. Dennis Hastert | 0.4 375.00 | 150.00 |
| 04/05/04 #5109 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) telephone Relles re: revisions to CBO document | 0.1 600.00 | 60.00 |
| 04/05/04 #5110 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) Review and revise materials responding to CBO's analysis of alternative treatment of asbestos liabilities | 0.2 600.00 | 120.00 |
| 04/05/04 #5306 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) revise review of CBO document | 0.3 375.00 | 112.50 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/05/04 #5307 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) telephone Peterson re: revisions to CBO document | 0.1 375.00 | 37.50 |
| 04/06/04 #5112 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) work on response to CBO; telephone Taylor re: same | 0.6 600.00 | 360.00 |
| 04/06/04 #5113 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) telephone Relles re: response to CBO | 0.1 600.00 | 60.00 |
| 04/06/04 #5308 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) work on response to CBO | 0.4 375.00 | 150.00 |
| 04/06/04 #5309 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) telephone Peterson re: response to CBO | 0.1 375.00 | 37.50 |
| 04/07/04 #5801 | Brelsford / (05) Claims Anal Objectn/Resolutn (Asbest) work on "response to CBO" document | 0.5 200.00 | 100.00 |
| 04/07/04 #5115 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) work on response to CBO | 1.1 600.00 | 660.00 |
| 04/07/04 #5116 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) telephone Relles re: response to CBO | 0.1 600.00 | 60.00 |
| 04/07/04 #5310 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) work on response to CBO | 0.4 375.00 | 150.00 |
| 04/07/04 #5311 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) telephone Peterson re: response to CBO | 0.1 375.00 | 37.50 |
| 04/08/04 #5119 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) review analyses of CBO estimates | 0.1 600.00 | 60.00 |
| 04/10/04 #5123 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) prepare materials re: CBO's estimates of costs of alternative methods for compensating asbestos claimants | 0.3 600.00 | 180.00 |
| 04/11/04 #5128 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) review HR&A forecasts of asbestos liabilities under alternative payment processes | 0.1 600.00 | 60.00 |
| 04/13/04 #5320 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) run CBO projections with variations | 0.2 375.00 | 75.00 |

Date: 05/14/04 Legal Analysis Systems, Inc.
Time: 3:00pm Page 3

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/13/04 #5323 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) attend Senate staff and CBO meeting | 0.2 375.00 | 75.00 |
| 04/13/04 #5324 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) run simulations with variations of CBO projections | 0.2 375.00 | 75.00 |
| 04/25/04 #5149 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) review Welch letter and Welch study re: incidence of nonmalignant disease | 0.1 600.00 | 60.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/09/04 #5120 | Peterson / (07) Committee, Creditors' telephone Austern re: Manville Trust data sent to CBO re: alternative treatment of asbestos claimants; review data | 0.2 600.00 | 120.00 |
| 04/12/04 #5132 | Peterson / (07) Committee, Creditors' meeting with Finch to prepare compilation of materials re: alternative methods for compensating asbestos claimants | 0.2 600.00 | 120.00 |
| 04/12/04 #5133 | Peterson / (07) Committee, Creditors' meeting with Forscey, Finch, Relles re: alternative methods for compensating asbestos claimants | 0.1 600.00 | 60.00 |
| 04/12/04 #5317 | Relles / (07) Committee, Creditors' meeting with Finch re: CBO meeting | 0.2 375.00 | 75.00 |
| 04/12/04 #5319 | Relles / (07) Committee, Creditors' meeting with Forscey, Finch, Peterson re: alternative methods for compensating asbestos claimants | 0.1 375.00 | 37.50 |
| 04/13/04 #5137 | Peterson / (07) Committee, Creditors' meet with Forscey and Finch to discuss Senate/CBO meeting | 0.2 600.00 | 120.00 |
| 04/14/04 #5138 | Peterson / (07) Committee, Creditors' meet with Forscey and Finch to discuss analyses of alternative methods for compensating asbestos claimants | 0.3 600.00 | 180.00 |
| 04/23/04 #5148 | Peterson / (07) Committee, Creditors' Telephone Forscey; email correspondence with Vest re: pending asbestos claims | 0.1 600.00 | 60.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/01/04<br>#5101 | Peterson / (16) Plan and Disclosure Statement<br>Review materials on ability to pay claims under alternative procedures | 0.3<br>600.00 | 180.00 |
| 04/05/04<br>#5108 | Peterson / (16) Plan and Disclosure Statement<br>Telephone Taylor; various attorneys re: alternative treatment of asbestos liabilities | 0.2<br>600.00 | 120.00 |
| 04/05/04<br>#5111 | Peterson / (16) Plan and Disclosure Statement<br>Telephone Taylor; Levin; Penrod, others re: alternative treatment of asbestos liabilities | 0.2<br>600.00 | 120.00 |
| 04/07/04<br>#5114 | Peterson / (16) Plan and Disclosure Statement<br>discussion with Perine about alternative methods for paying asbestos claims; assemble and send materials to Perine | 0.2<br>600.00 | 120.00 |
| 04/08/04<br>#5117 | Peterson / (16) Plan and Disclosure Statement<br>telephone Levin, Perrine; correspondence with both re: alternative treatment of asbestos claims | 0.1<br>600.00 | 60.00 |
| 04/08/04<br>#5118 | Peterson / (16) Plan and Disclosure Statement<br>review new proposal for compensating asbestos claimants | 0.3<br>600.00 | 180.00 |
| 04/11/04<br>#5129 | Peterson / (16) Plan and Disclosure Statement<br>Review materials on costs of compensating claimants under alternative procedures | 0.6<br>600.00 | 360.00 |
| 04/11/04<br>#5130 | Peterson / (16) Plan and Disclosure Statement<br>Prepare and assemble materials for meeting re: costs of compensating claimants under alternative procedures | 0.5<br>600.00 | 300.00 |
| 04/12/04<br>#5131 | Peterson / (16) Plan and Disclosure Statement<br>review handout materials with Relles | 0.3<br>600.00 | 180.00 |
| 04/12/04<br>#5134 | Peterson / (16) Plan and Disclosure Statement<br>review materials for meeting on costs of alternative methods for compensating asbestos claimants | 0.2<br>600.00 | 120.00 |
| 04/12/04<br>#5318 | Relles / (16) Plan and Disclosure Statement<br>review handout materials with Peterson | 0.3<br>375.00 | 112.50 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/13/04 #5135 | Peterson / (16) Plan and Disclosure Statement prepare for meeting with Taylor and others re: CBO's estimates of alternative methods for compensating asbestos claimants | 0.3 600.00 | 180.00 |
| 04/13/04 #5136 | Peterson / (16) Plan and Disclosure Statement meeting with Senate staff and CBO re: CBO's estimates of alternative methods for compensating asbestos claimants | 0.2 600.00 | 120.00 |
| 04/13/04 #5325 | Relles / (16) Plan and Disclosure Statement email Peterson and Finch re: simulation results | 0.1 375.00 | 37.50 |
| 04/14/04 #5139 | Peterson / (16) Plan and Disclosure Statement review and finalize compilation of materials on alternative methods for compensating asbestos claimants | 0.2 600.00 | 120.00 |
| 04/16/04 #5143 | Peterson / (16) Plan and Disclosure Statement telephone Forscey; Seminario re: alternative methods for paying asbestos claimants | 0.2 600.00 | 120.00 |
| 04/18/04 #5144 | Peterson / (16) Plan and Disclosure Statement review CBO letter to Nichols re: costs of alternative methods for compensating asbestos victims | 0.1 600.00 | 60.00 |
| 04/19/04 #5145 | Peterson / (16) Plan and Disclosure Statement review and send to Budd estimates of liability regarding costs of alternative methods for compensating asbestos victims | 0.1 600.00 | 60.00 |
| 04/20/04 #5146 | Peterson / (16) Plan and Disclosure Statement telephone Relles re: CBO letter to Nickles; review CBO documents | 0.1 600.00 | 60.00 |
| 04/20/04 #5331 | Relles / (16) Plan and Disclosure Statement review letter to Nickles; prepare fax for Peterson; telephone Peterson re: same | 0.1 375.00 | 37.50 |
| 04/23/04 #5147 | Peterson / (16) Plan and Disclosure Statement Review materials re: vote and continuing negotiations; telephone Finch re: continuing negotiations | 0.4 600.00 | 240.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/26/04<br>#5152 | Peterson / (16) Plan and Disclosure Statement<br>review CBO documents; email memorandum to Hilton re: alternative methods for compensating asbestos victims | 0.1<br>600.00 | 60.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/04/04 #5106 | Peterson / (28) Data Analysis<br>Work on analysis of total number of pending asbestos liability claimants | 0.1<br>600.00 | 60.00 |
| 04/04/04 #5303 | Relles / (28) Data Analysis<br>build descriptions of open claims among the 10 defendants, by disease and filing year | 0.2<br>375.00 | 75.00 |
| 04/05/04 #5305 | Relles / (28) Data Analysis<br>summarize California cases in Manville data | 0.1<br>375.00 | 37.50 |
| 04/10/04 #5121 | Peterson / (28) Data Analysis<br>Telephone Relles re: trip to Washington, Manville computations, types of materials re: alternative methods for paying asbestos claimants | 0.2<br>600.00 | 120.00 |
| 04/10/04 #5122 | Peterson / (28) Data Analysis<br>review past analyses of costs of alternatives for compensating asbestos claimants to prepare for Washington meeting | 0.2<br>600.00 | 120.00 |
| 04/10/04 #5124 | Peterson / (28) Data Analysis<br>review data on pending claims | 0.1<br>600.00 | 60.00 |
| 04/10/04 #5125 | Peterson / (28) Data Analysis<br>analysis of claim disease categories based on Manville data | 0.1<br>600.00 | 60.00 |
| 04/10/04 #5312 | Relles / (28) Data Analysis<br>telephone Peterson re: trip to Washington, Manville computations, types of materials to bring | 0.2<br>375.00 | 75.00 |
| 04/11/04 #5126 | Peterson / (28) Data Analysis<br>telephone Relles re: materials to include for meeting about CBO estimates of payments under alternative methods for paying asbestos claimants | 0.1<br>600.00 | 60.00 |
| 04/11/04 #5127 | Peterson / (28) Data Analysis<br>telephone Relles re: choice of printouts | 0.2<br>600.00 | 120.00 |
| 04/11/04 #5313 | Relles / (28) Data Analysis<br>prepare for Senate staff and CBO meeting--review all products on S.1125 to date | 0.5<br>375.00 | 187.50 |
| 04/11/04 #5314 | Relles / (28) Data Analysis<br>telephone Peterson re: materials | 0.1<br>375.00 | 37.50 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/11/04 #5315 | Relles / (28) Data Analysis prepare for Senate staff and CBO meeting--assemble printouts for meetings | 0.3 375.00 | 112.50 |
| 04/11/04 #5316 | Relles / (28) Data Analysis telephone Peterson re: choice of printouts | 0.2 375.00 | 75.00 |
| 04/13/04 #5321 | Relles / (28) Data Analysis run LAS projections with variations | 0.1 375.00 | 37.50 |
| 04/13/04 #5322 | Relles / (28) Data Analysis develop simulation model for S.2290 | 0.3 375.00 | 112.50 |
| 04/14/04 #5326 | Relles / (28) Data Analysis prepare spreadsheets showing LAS and CBO cash flows; send to Finch and Forscey | 0.2 375.00 | 75.00 |
| 04/14/04 #5327 | Relles / (28) Data Analysis prepare state by state distributions of open claims; send to Finch and Forscey | 0.3 375.00 | 112.50 |
| 04/15/04 #5802 | Brelsford / (28) Data Analysis develop documented-briefing (text plus slides) on CBO forecasts | 0.3 200.00 | 60.00 |
| 04/15/04 #5140 | Peterson / (28) Data Analysis telephone Relles re: modify cash flow models to fit S.2290 details | 0.2 600.00 | 120.00 |
| 04/15/04 #5141 | Peterson / (28) Data Analysis Analysis of payments/interests using alternative assumptions of claims qualifications; draft materials | 1.2 600.00 | 720.00 |
| 04/15/04 #5328 | Relles / (28) Data Analysis telephone Peterson re: modify cash flow models to fit S.2290 details | 0.2 375.00 | 75.00 |
| 04/15/04 #5329 | Relles / (28) Data Analysis modify and rerun cash flow models | 0.3 375.00 | 112.50 |
| 04/15/04 #5330 | Relles / (28) Data Analysis review and edit Peterson briefing on S.2290; develop supporting spreadsheets and documentation for assessment of CBO model | 0.2 375.00 | 75.00 |

Date: 05/14/04 Legal Analysis Systems, Inc.
Time: 3:00pm 

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/16/04 #5803 | Brelsford / (28) Data Analysis work on documented-briefing re: CBO forecasts | 0.2 200.00 | 40.00 |
| 04/16/04 #5142 | Peterson / (28) Data Analysis Analysis of payments/interests using alternative assumptions of claims qualifications; draft materials | 0.5 600.00 | 300.00 |
| 04/25/04 #5804 | Brelsford / (28) Data Analysis work on documented-briefing re: alternative methods for compensating asbestos victims | 0.2 200.00 | 40.00 |
| 04/25/04 #5150 | Peterson / (28) Data Analysis work on graphics showing delays in payments and interests costs for alternative methods for compensating asbestos victims | 0.4 600.00 | 240.00 |
| 04/25/04 #5151 | Peterson / (28) Data Analysis work on graphics for negotiations about alternative methods for compensating asbestos victims | 0.3 600.00 | 180.00 |
| 04/28/04 #5153 | Peterson / (28) Data Analysis work on graphics to support negotiations about alternative methods for compensating asbestos victims | 0.4 600.00 | 240.00 |
| 04/29/04 #5154 | Peterson / (28) Data Analysis telephone Relles re: design of graphics | 0.2 600.00 | 120.00 |
| 04/29/04 #5155 | Peterson / (28) Data Analysis work on graphics for negotiations | 0.1 600.00 | 60.00 |
| 04/29/04 #5332 | Relles / (28) Data Analysis telephone Peterson re: design of graphics | 0.2 375.00 | 75.00 |
| 04/29/04 #5333 | Relles / (28) Data Analysis develop graphics showing mismatch in funding and liability | 0.3 375.00 | 112.50 |
| 04/30/04 #5156 | Peterson / (28) Data Analysis work on graphics | 0.2 600.00 | 120.00 |
| 04/30/04 #5334 | Relles / (28) Data Analysis develop slides for Peterson; develop documented briefing | 0.1 375.00 | 37.50 |

Date: 05/14/04 Legal Analysis Systems, Inc.
Time: 3:00pm 

W. R. Grace (continued)

Summary Of Time Charges, By Month and Activity
April 2004 - April 2004

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| April | - (05) Claims Anal Objectn/Resolutn (Asbest) | 7.7 | 3812.50 |
| April | - (07) Committee, Creditors' | 1.4 | 772.50 |
| April | - (16) Plan and Disclosure Statement | 5.1 | 2947.50 |
| April | - (28) Data Analysis | 9.0 | 4265.00 |
| April | - (99) Total | 23.2 | 11797.50 |
| Total | - (05) Claims Anal Objectn/Resolutn (Asbest) | 7.7 | 3812.50 |
| Total | - (07) Committee, Creditors' | 1.4 | 772.50 |
| Total | - (16) Plan and Disclosure Statement | 5.1 | 2947.50 |
| Total | - (28) Data Analysis | 9.0 | 4265.00 |
| Total | - (99) Total | 23.2 | 11797.50 |

---

W. R. Grace (continued)

Summary Of Time Charges, By Month and Person
April 2004 - April 2004

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| April | - Relles | 7.3 | 2737.50 |
| April | - Peterson | 14.7 | 8820.00 |
| April | - Brelsford | 1.2 | 240.00 |
| April | - Total | 23.2 | 11797.50 |
| Total | - Relles | 7.3 | 2737.50 |
| Total | - Peterson | 14.7 | 8820.00 |
| Total | - Brelsford | 1.2 | 240.00 |
| Total | - Total | 23.2 | 11797.50 |

Date: 05/14/04 Legal Analysis Systems, Inc.
Time: 3:00pm 

W. R. Grace (continued)

Summary Of Time Charges, By Activity, Month, and Person
April 2004 - April 2004

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (05) Claims Anal Objectn/Resolutn (Asbest) | | | | |
| April | - Relles | 2.7 | 375. | 1012.50 |
| April | - Peterson | 4.5 | 600. | 2700.00 |
| April | - Brelsford | 0.5 | 200. | 100.00 |
| (07) Committee, Creditors' | | | | |
| April | - Relles | 0.3 | 375. | 112.50 |
| April | - Peterson | 1.1 | 600. | 660.00 |
| (16) Plan and Disclosure Statement | | | | |
| April | - Relles | 0.5 | 375. | 187.50 |
| April | - Peterson | 4.6 | 600. | 2760.00 |
| (28) Data Analysis | | | | |
| April | - Relles | 3.8 | 375. | 1425.00 |
| April | - Peterson | 4.5 | 600. | 2700.00 |
| April | - Brelsford | 0.7 | 200. | 140.00 |