```
Date: 07/13/04              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                         HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 06/25/04  Peterson  / (07) Committee, Creditors'                    0.5    300.00
 #5701     review Inselbuch, Tersigni and Finch email;             600.00
           telephone Inselbuch re: estimates of liabilities for
           various creditor groups; respond to emails
```

{D0023568:1 }

```
Date: 07/13/04              Legal Analysis Systems, Inc.
Time: 2:00pm                                                               Page 2

                 W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 06/25/04  Peterson  / (28) Data Analysis                          2.3   1380.00
 #5702     review Status Reports for Zonolite and Libby,         600.00
           Montana claimants groups

 06/25/04  Peterson  / (28) Data Analysis                          4.5   2700.00
 #5703     review LAS and debtors' contemporaneous forecasts of  600.00
           asbestos liabilities in Sealed Air litigation

 06/28/04  Peterson  / (28) Data Analysis                          3.0   1800.00
 #5704     Review forecasts of liability                         600.00
--------------------------------------------------------------------------------
```

{D0023568:1 }

```
Date: 07/13/04              Legal Analysis Systems, Inc.
Time: 2:00pm                                                            Page 3

                        W. R. Grace (continued)

              Summary Of Time Charges, By Month and Activity
                         June 2004 - June 2004

 MONTH       ACTIVITY                                        HOURS    AMOUNT
 -----------------------------------------------------------------------------
 June     -  (07) Committee, Creditors'                        0.5    300.00
 June     -  (28) Data Analysis                                9.8   5880.00
 June     -  (99) Total                                       10.3   6180.00

 Total    -  (07) Committee, Creditors'                        0.5    300.00
 Total    -  (28) Data Analysis                                9.8   5880.00
 Total    -  (99) Total                                       10.3   6180.00


------------------------------------------------------------------------------
```

{D0023568:1 }

```
Date: 07/13/04              Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page 4

                          W. R. Grace (continued)

                  Summary Of Time Charges, By Month and Person
                             June 2004 - June 2004

    MONTH      PERSON                                         HOURS    AMOUNT
    -------------------------------------------------------------------------
    June     - Peterson                                        10.3   6180.00
    June     - Total                                           10.3   6180.00

    Total    - Peterson                                        10.3   6180.00
    Total    - Total                                           10.3   6180.00


    -------------------------------------------------------------------------
```

```
Date: 07/13/04            Legal Analysis Systems, Inc.
Time: 2:00pm                                                        Page 5

                    W. R. Grace (continued)

          Summary Of Time Charges, By Activity, Month, and Person
                        June 2004 - June 2004

MONTH      PERSON                                HOURS    RATE    AMOUNT
-------------------------------------------------------------------------
(07) Committee, Creditors'

June     - Peterson                                0.5    600.    300.00

(28) Data Analysis

June     - Peterson                                9.8    600.   5880.00

-------------------------------------------------------------------------
```

{D0023568:1 }