## EXHIBIT A

### Business Operations (.10 Hours; $ 68.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 5/21/2004 | PVL | 685.00 | 0.10 | Review LTC 1st quarter '04 fin. report. |

**Total Task Code .03**       **.10**

### Case Administration (51.50 Hours; $ 17,974.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 13.10 | $685 | 8,973.50 |
| Walter B. Slocombe | 1.50 | $560 | 840.00 |
| Julie W. Davis | 2.40 | $520 | 1,248.00 |
| Trevor W. Swett | 1.60 | $520 | 832.00 |
| Ronald E. Reinsel | .20 | $500 | 100.00 |
| Rita C. Tobin | 2.60 | $375 | 975.00 |
| Robert C. Spohn | 10.40 | $180 | 1,872.00 |
| Andrew D. Katznelson | 17.90 | $160 | 2,864.00 |
| David B. Smith | 1.80 | $150 | 270.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/1/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 4/1/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/1/04 (.2). |
| 4/2/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI. |

| 4/2/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/2/04 (.2). |
| 4/5/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/5/04 (.2). |
| 4/5/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 4/6/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/6/04 (.2). |
| 4/7/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/7/04 (.1). |
| 4/8/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/08/04. (.2) |
| 4/9/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/09/04. (.2) |
| 4/12/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/12/04. (.1) |
| 4/12/2004 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT (.5); perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI (.5). |
| 4/13/2004 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 4/13/2004 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/13/04. (.2)  Retrieve documents requested by attorney re appeal oral argument. (.2) |

| 4/14/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/14/04. (.1) |
| 4/14/2004 | PVL | 685.00 | 0.40 | Review obj. re MA settlement motion (.2); review Libby motion re contempt (.1); review Libby cls. motion re depos (.1). |
| 4/14/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 4/15/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/15/04. (.1) |
| 4/16/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/16/04. (.1) |
| 4/19/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/19/04. (.2) |
| 4/19/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT (.3); Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI and RCT (.2). |
| 4/19/2004 | PVL | 685.00 | 0.20 | Review agenda letter (.1); review 3 omni cls. objs (.1). |
| 4/20/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/20/04. (.1) |
| 4/20/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 4/21/2004 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 4/21/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/21/04. (.1). |
| 4/22/2004 | PVL | 685.00 | 0.10 | Review appl. re FCR. |

{D0024529:1 }

| 4/22/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/22/04 (.2). |
| 4/23/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/23/04 (.1). |
| 4/25/2004 | PVL | 685.00 | 0.10 | Review 8 miscellaneous filings. |
| 4/26/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/26//04 (.1). |
| 4/26/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 4/26/2004 | PVL | 685.00 | 0.10 | Teleconference EI. |
| 4/27/2004 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT (.5); perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI and RCT (.5). |
| 4/27/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 4/27/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/27/04 (.1). |
| 4/28/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/28/04 (.2). |
| 4/29/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 4/29/04 (.1). |
| 4/30/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and corresp. received 04.30.04 (.1). |
| 5/3/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |

| 5/3/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/03/04 (.1). |
| 5/3/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 5/4/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/04/04 (.2). |
| 5/4/2004 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for RCT, TB and ADK. |
| 5/5/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/05/04 (.1). |
| 5/6/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/6/04 (.2). |
| 5/6/2004 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 5/10/2004 | PVL | 685.00 | 0.10 | Review 3 miscellaneous filings. |
| 5/10/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/10/04 (.2). |
| 5/10/2004 | RCT | 375.00 | 0.20 | Update EI re: local counsel recommendations. |
| 5/11/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/11/04 (.1). |
| 5/11/2004 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT; Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 5/12/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/12/04 (.1). |

| 5/12/2004 | PVL | 685.00 | 1.60 | Review 7 miscellaneous filings (.1); review UCC response re FCR (.2); review Certain Ins. response re FCR (1.3). |
|---|---|---|---|---|
| 5/13/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/13/04 (.1). |
| 5/13/2004 | PVL | 685.00 | 0.80 | Teleconference Pearson (.1); review Grace reply re MDEP set-off (.1); prep for hearing re FCR retention (.6). |
| 5/14/2004 | PVL | 685.00 | 0.20 | Teleconference Hurford (.1); review Hurford e-mails (.1). |
| 5/14/2004 | JWD | 520.00 | 0.40 | Review weekly calendar, recommendation memos |
| 5/17/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/17/04 (.2). |
| 5/17/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 5/18/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/18/04 (.2). |
| 5/18/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI. |
| 5/19/2004 | PVL | 685.00 | 0.30 | Teleconference EI (.1); review Libby depo motion (.1); review agenda letter (.1). |
| 5/19/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/19/04 (.1). |
| 5/20/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/20/04  (.2). |
| 5/20/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 5/20/2004 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT; perform |

|            |     |        |      | review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
|------------|-----|--------|------|-----------------------------------------------------------------|
| 5/21/2004  | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 5/21/2004  | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/21/04 (.2). |
| 5/24/2004  | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/24/04 (.1). |
| 5/24/2004  | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 5/24/2004  | PVL | 685.00 | 2.90 | Attend omni hearing. |
| 5/25/2004  | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/25/04 (.1). |
| 5/25/2004  | PVL | 685.00 | 0.30 | Telephone call from EI regarding omni hearing (.2), review 2d claims status report (.1). |
| 5/26/2004  | PVL | 685.00 | 0.20 | Telephone call from Hurford (.1), review Eskin memo (.1). |
| 5/26/2004  | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/26/04 (.2). |
| 5/26/2004  | ADK | 160.00 | 0.40 | Review, classify and annotate relevant materials from Third Circuit Recusal matter for EI. |
| 5/27/2004  | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 5/27/04 (.1). |
| 5/28/2004  | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI; perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI and RCT. |

| 6/1/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/1/04 (.2). |
| 6/1/2004 | RER | 500.00 | 0.20 | Follow-up w/UST re committee member substitution. |
| 6/1/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 6/2/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/2/04 (.2). |
| 6/3/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pretrial and status conferences for EI and RCT. |
| 6/3/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/3/04 (.2). |
| 6/4/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/4/04 (.1). |
| 6/4/2004 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 6/4/2004 | PVL | 685.00 | 0.20 | Review 5 miscellaneous filings (.1); review e-mails (.1). |
| 6/7/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/7/04 (.2). |
| 6/8/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/8/04 (.2). |
| 6/9/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/9/04 (.1). |
| 6/9/2004 | PVL | 685.00 | 0.10 | Review Buckwalter order. |
| 6/10/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/10/04 (.1). |

| | | | | |
|---|---|---|---|---|
| 6/11/2004 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 6/11/2004 | TWS | 520.00 | 1.60 | Conference with PVNL, NDF and AGL (for part of meeting); and JWD (by phone) re: status report. |
| 6/11/2004 | PVL | 685.00 | 2.40 | Review e-mail (.2); confer TWS, NDF, AGL and JWD re status report (1.6); teleconference EI re same (.2); review Sealed Air motion to vacate (.3); e-mail Baena et al (.1). |
| 6/11/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/11/04 (.2). |
| 6/12/2004 | JWD | 520.00 | 0.30 | Review calendars of upcoming events |
| 6/14/2004 | RCS | 180.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/14/04 (.2); retrieve documents requested by attorney (.3). |
| 6/14/2004 | PVL | 685.00 | 0.10 | Review agenda letter. |
| 6/14/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 6/15/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/15/04 (.1). |
| 6/15/2004 | PVL | 685.00 | 0.10 | Review 7 miscellaneous filings. |
| 6/15/2004 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant Wolin Recusal Appeal documents for EI. |
| 6/16/2004 | ADK | 160.00 | 1.00 | Review, classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT; Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 6/16/2004 | PVL | 685.00 | 1.00 | Teleconference Hurford (.1); review draft status report (.6); confer AGL re same (.1); teleconference NDF re same (.1); review e-mail and reply (.1). |

- 10 -

| 6/16/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/16/04 (.1). |
| 6/17/2004 | PVL | 685.00 | 1.60 | Confer AGL and WBS re status report (1.3); review drafts of same (.3). |
| 6/17/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/17/04 (.2). |
| 6/18/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/18/04 (.2). |
| 6/18/2004 | PVL | 685.00 | 0.30 | Review 2 miscellaneous motions (.2); e-mail EI et al (.1). |
| 6/18/2004 | JWD | 520.00 | 0.40 | Review weekly recommendation memos |
| 6/18/2004 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for AK, TB, and RCT. |
| 6/18/2004 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for AK and RCT. |
| 6/18/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 6/21/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/21/04 (.1). |
| 6/22/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/22/04 (.2). |
| 6/22/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 6/23/2004 | ADK | 160.00 | 1.00 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 6/23/2004 | RCS | 180.00 | 1.00 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/23/04 (.2); retrieve files |

|            |      |        |      | requested by attorney (.2); review docket for specific issues (.6). |
|------------|------|--------|------|------|
| 6/24/2004  | RCS  | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/24/04 (.1). |
| 6/26/2004  | JWD  | 520.00 | 1.30 | Review filings for week of 6/21 |
| 6/28/2004  | RCS  | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/28/04 (.2). |
| 6/28/2004  | RCT  | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 6/29/2004  | ADK  | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 6/29/2004  | RCS  | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/29/04  (.2). |
| 6/30/2004  | RCS  | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/30/04 (.1). |
| 6/30/2004  | DBS  | 150.00 | 1.80 | Compile and organize pleadings for case files. |
| 6/30/2004  | ADK  | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 6/30/2004  | WBS  | 560.00 | 1.50 | Rev docs in connection with appl to extend stay to bar actions against Scotts, conference JWD re issues. |

**Total Task Code .04        51.50**


**Claims Analysis Objections & Resolution (Asbestos) (13.10 Hours; $ 3,555.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | .20 | $685 | 137.00 |
| John P. Cunningham | 12.90 | $265 | 3,418.50 |

| Trans | Empl | Bill | Billing |
|-------|------|------|---------|

| Date | Init | Rate | Hours | Full Narrative |
|------|------|------|-------|----------------|
| 4/23/2004 | PVL | 685.00 | 0.10 | Review 2 responses re Liberty cls. |
| 5/9/2004 | PVL | 685.00 | 0.10 | Review Grace obj re Libby depos. |
| 5/10/2004 | JPC | 265.00 | 2.20 | Review developments in asbestos litigation re: claims analysis. |
| 5/11/2004 | JPC | 265.00 | 1.80 | Review developments in asbestos litigation re: claims analysis. |
| 5/12/2004 | JPC | 265.00 | 1.40 | Review developments in asbestos litigation and update organization project re: same. |
| 5/13/2004 | JPC | 265.00 | 1.30 | Review developments in asbestos litigation and update organization project re: same |
| 6/7/2004 | JPC | 265.00 | 1.90 | Research re: review developments in asbestos litigation. |
| 6/8/2004 | JPC | 265.00 | 1.40 | Research re: review developments in asbestos litigation. |
| 6/10/2004 | JPC | 265.00 | 0.90 | Research re: review developments in asbestos litigation. |
| 6/11/2004 | JPC | 265.00 | 0.80 | Research re: review developments in asbestos litigation. |
| 6/14/2004 | JPC | 265.00 | 1.20 | Research re: review developments in asbestos litigation. |

**Total Task Code .05        13.10**

## Claim Analysis Objection & Resolution (Non-Asbestos) (.70 Hours; $ 479.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | .70 | $685 | 479.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 4/29/2004 | PVL | 685.00 | 0.10 | Review e-mail. |

| 4/30/2004 | PVL | 685.00 | 0.30 | Confer Eskin (.1); confer EI (.2). |
| 6/10/2004 | PVL | 685.00 | 0.30 | Confer NDF (.2); teleconference EI (.1). |

**Total Task Code .06**       **.70**

### Committee, Creditors', Noteholders' or Equity Holders'(4.20 Hours; $ 2,760.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $780 | 1,014.00 |
| Peter Van N. Lockwood | 1.60 | $685 | 1,096.00 |
| Ronald E. Reinsel | 1.30 | $500 | 650.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/6/2004 | EI | 780.00 | 0.20 | Memo to Bernick re: futures representative. |
| 5/20/2004 | PVL | 685.00 | 0.50 | Prep for omni hearing (.4); review UST et al resps. re FCR ret. (.1). |
| 5/21/2004 | EI | 780.00 | 0.20 | Memo re: status. |
| 5/21/2004 | PVL | 685.00 | 0.30 | Teleconference EI re omni hearing (.1); prep for hearing (.2). |
| 5/25/2004 | EI | 780.00 | 0.50 | T/c PVNL and report to Committee re: Hearing. |
| 6/4/2004 | EI | 780.00 | 0.10 | Report to all Committees on status [Total time of 1.2 hours divided among 12 cases.] |
| 6/4/2004 | RER | 500.00 | 0.20 | Follow-up w/EI re committee substitution issue. |
| 6/8/2004 | RER | 500.00 | 0.60 | Correspondence and teleconference re substitution for deceased committee member. |
| 6/13/2004 | PVL | 685.00 | 0.80 | Draft memo to Comm. |
| 6/14/2004 | RER | 500.00 | 0.20 | Follow-up re substitution of committee member. |
| 6/15/2004 | EI | 780.00 | 0.20 | Memo re: status. |
| 6/16/2004 | RER | 500.00 | 0.30 | Follow-up and teleconference re member substitution. |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/21/2004 | EI | 780.00 | 0.10 | T/c Rice, Weitz, Cooney, Thornton and memo re: having meeting and arrangements. [Total time of 1.5 hours divided among 15 cases.] |

**Total Task Code .07**        **4.20**

### Employment Applications, Others (.20 Hours; $ 137.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $685 | 137.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/18/2004 | PVL | 685.00 | 0.20 | Review Swidler retention application. |

**Total Task Code .10**        **.20**

### Fee Applications, Applicant (12.20 Hours; $ 3,070.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.20 | $375 | 1,950.00 |
| Andrew D. Katznelson | 7.00 | $160 | 1,120.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/2/2004 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant fee application working material for ADK, TB, and RCT. |
| 4/8/2004 | RCT | 375.00 | 0.20 | Review fee app schedules and payments with ADK. |
| 4/12/2004 | RCT | 375.00 | 0.50 | Review prebills. |

| 4/12/2004 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 4/13/2004 | RCT | 375.00 | 0.50 | Review exhibits to fee applications. |
| 4/19/2004 | RCT | 375.00 | 0.50 | Review and edit fee app exhibits. |
| 4/21/2004 | RCT | 375.00 | 0.30 | Review fee apps re: fee auditor query. |
| 4/21/2004 | RCT | 375.00 | 0.10 | Review fee schedules for May 2004. |
| 4/22/2004 | ADK | 160.00 | 1.00 | Worked on Fee Application. |
| 4/23/2004 | ADK | 160.00 | 0.50 | Worked on Fee Application. |
| 4/23/2004 | RCT | 375.00 | 0.50 | Review final of fee app. |
| 5/11/2004 | RCT | 375.00 | 0.50 | Review pre bills. |
| 5/12/2004 | RCT | 375.00 | 0.30 | Review exhibits for fee apps. |
| 5/12/2004 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 5/13/2004 | RCT | 375.00 | 0.50 | Review fee apps. |
| 5/14/2004 | ADK | 160.00 | 0.50 | Worked on fee application. |
| 5/26/2004 | ADK | 160.00 | 1.50 | Worked on fee application. |
| 6/2/2004 | RCT | 375.00 | 0.10 | Reviewing June fee schedules. |
| 6/11/2004 | RCT | 375.00 | 0.50 | Review prebills. |
| 6/15/2004 | RCT | 375.00 | 0.20 | Review and edit exhibit to fee apps. |
| 6/21/2004 | RCT | 375.00 | 0.50 | Review monthly fee app. |
| 6/24/2004 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 6/25/2004 | ADK | 160.00 | 0.50 | Worked on fee application. |

**Total Task Code .12**      **12.20**


**Fee Applications, Others (1.10 Hours; $ 491.00)**


| Attorney | Number of Hours | Billing Rate | Value |

| | | | |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $685 | 411.00 |
| Andrew D. Katznelson | .50 | $160 | 80.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/3/2004 | PVL | 685.00 | 0.10 | Review 3 fee applications and 5 fee CNOs. |
| 4/19/2004 | ADK | 160.00 | 0.50 | Assisted TB with research of expense inquiry for Ness Motley. |
| 5/19/2004 | PVL | 685.00 | 0.10 | Review 5 fee applications. |
| 5/23/2004 | PVL | 685.00 | 0.10 | Review 4 fee applications. |
| 6/6/2004 | PVL | 685.00 | 0.10 | Review 4 fee applications. |
| 6/12/2004 | PVL | 685.00 | 0.10 | Review 2 fee applications and 1 miscellaneous ord. course aff. |
| 6/14/2004 | PVL | 685.00 | 0.10 | Review 4 fee applications and 11 CNOs re fees. |

**Total Task Code .13**       **1.10**


## Hearings (.80 Hours; $ 416.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Julie W. Davis | .80 | $520 | 416.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/2/2004 | JWD | 520.00 | 0.80 | Memo to EI re issues for next omnibus hearing |

**Total Task Code .15**       **.80**


## Litigation and Litigation Consulting (50.80 Hours; $ 26,212.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Elihu Inselbuch | 3.30 | $780 | 2,574.00 |
| Albert G. Lauber | 27.50 | $540 | 14,850.00 |
| Trevor W. Swett | .10 | $520 | 52.00 |
| Nathan D. Finch | 19.60 | $440 | 8,624.00 |
| Rita C. Tobin | .30 | $375 | 112.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 5/13/2004 | NDF | 440.00 | 0.20 | Send and receive email corresp. re: various case issues (.2) |
| 5/17/2004 | RCT | 375.00 | 0.30 | Review 3rd Circuit opinion re: Wolin recusal. |
| 5/17/2004 | EI | 780.00 | 0.20 | 3d Circuit Wolin decision. [Total time of 1.0 divided among Owens Corning, USG, Grace, Armstrong and Federal-Mogul.] |
| 5/18/2004 | AGL | 540.00 | 0.20 | Review pending orders and motions. |
| 5/25/2004 | TWS | 520.00 | 0.10 | Read EI memo: re exclusivity |
| 5/27/2004 | EI | 780.00 | 0.10 | Memo to Budd/Cooney re: Libby. |
| 6/8/2004 | NDF | 440.00 | 0.50 | T/c Brad Friedman re: case issues for Sealed Air (.5). |
| 6/10/2004 | NDF | 440.00 | 0.50 | Conf. Lockwood re: status report (.5). |
| 6/11/2004 | NDF | 440.00 | 3.50 | Conf. Lockwood et al re: status report to court (2.0); begin drafting status report to court (1.5). |
| 6/11/2004 | AGL | 540.00 | 0.90 | Meet w/PVNL, NDF and TWS re response to judge's request for status report. |
| 6/14/2004 | NDF | 440.00 | 4.80 | Work on status report to court (4.8) |
| 6/14/2004 | AGL | 540.00 | 1.10 | Work on response to Judge's order for status report (0.8); review emails from PVNL and NDF re same (0.3). |
| 6/14/2004 | AGL | 540.00 | 0.80 | Review prior filings in connection with work on status report. |
| 6/15/2004 | AGL | 540.00 | 0.60 | Review emails from NDF re status report to Dist. Ct. Judge (0.3); legal research re same (0.3). |
| 6/15/2004 | AGL | 540.00 | 0.20 | Review pending orders and schedules. |

| | | | | |
|---|---|---|---|---|
| 6/15/2004 | AGL | 540.00 | 9.00 | Review NDF draft response to Dist. Ct. request for status report (1.2); review prior filings in Grace bankruptcy re estimation and valuation of asbestos PI claims (2.4); draft section of status report dealing with these issues (5.4). |
| 6/15/2004 | NDF | 440.00 | 6.50 | Work on Status Report (6.5) |
| 6/16/2004 | AGL | 540.00 | 4.80 | Review and revise NDF draft status report (1.4); complete inserts re estimation procedure and ACC's recommended cause of action (3.2); conference w/PVNL re draft (0.2). |
| 6/16/2004 | AGL | 540.00 | 0.40 | Emails to/from NDF and PVNL re revisions to draft status report. |
| 6/17/2004 | AGL | 540.00 | 1.60 | Meet w/PVNL and NDF to discuss revisions and additions to draft status report. |
| 6/17/2004 | AGL | 540.00 | 2.90 | Implement agreed-upon revisions to draft status report. |
| 6/17/2004 | AGL | 540.00 | 0.30 | Review Mark Hurferd draft response to Sealed Air motion re in limine ruling by Judge Wolin (0.2); review PVNL email re same (0.1). |
| 6/17/2004 | AGL | 540.00 | 0.70 | Review declaration filed by David Austern as Futures Rep and ins. co notice of appeal. |
| 6/17/2004 | AGL | 540.00 | 1.60 | Complete revisions to status report (1.2); send to EI for comments with cover memo (0.3); send to D. Cohn on behalf of Libby claimants (0.1). |
| 6/17/2004 | EI | 780.00 | 0.90 | Reviewed court report and t/c AGL (.5); t/c Roger Frankel re: meeting (.2); memo to Frankel re: Sealed Air motion (.2). |
| 6/17/2004 | NDF | 440.00 | 1.30 | Work on status report to court (1.3). |
| 6/18/2004 | AGL | 540.00 | 1.10 | Telecon (3) w/Marla Eskin re Grace status report due 6/21 (0.6); review order withdrawing refinance (0.2); legal research re same (0.3). |
| 6/21/2004 | AGL | 540.00 | 1.30 | Review revised draft of status report from C&L (0.7); make comments for revision of same (0.6). |
| 6/22/2004 | EI | 780.00 | 0.10 | Memo re: claim cap motion. |

| 6/25/2004 | EI | 780.00 | 1.00 | Memo to Committee re: status (.3); read reports (.5); memo to gather data (.2). |
| 6/29/2004 | EI | 780.00 | 1.00 | Conference Roger Frankel, Rick Wyron, NDF re: status. |
| 6/29/2004 | NDF | 440.00 | 1.00 | Meeting with FCR lawyers re case issues |
| 6/30/2004 | NDF | 440.00 | 1.30 | Draft memo to rice re ZAI issue (1.0); memo to LTC re: assets info (.3) |

**Total Task Code .16**       **50.80**

### Plan & Disclosure Statement (9.10 Hours; $ 5,381.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.80 | $780 | 1,404.00 |
| Peter Van N. Lockwood | 1.10 | $685 | 753.50 |
| Julie W. Davis | 6.20 | $520 | 3,224.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/22/2004 | EI | 780.00 | 0.10 | T/c Crames re: Futures Rep. |
| 4/23/2004 | EI | 780.00 | 0.10 | T/c Cooney re: Trafelet. |
| 4/30/2004 | EI | 780.00 | 0.20 | Memos re: Futures Rep. |
| 5/5/2004 | EI | 780.00 | 0.20 | Memo re: Libby. |
| 5/6/2004 | EI | 780.00 | 0.50 | T/c Cooney re: Futures Rep. |
| 5/7/2004 | EI | 780.00 | 0.40 | T/c Cooney re: Futures Rep and t/c Eskin re: same (.3); review of draft (.1). |
| 5/8/2004 | EI | 780.00 | 0.30 | Read Libby correspondence. |
| 5/9/2004 | PVL | 685.00 | 0.20 | Review Heberling letter and attachments re TDP. |
| 5/10/2004 | PVL | 685.00 | 0.20 | Teleconference EI re POR. |
| 6/7/2004 | PVL | 685.00 | 0.70 | Confer Pernick re POR (.1); confer Restivo re same (.5); confer Weitz and Budd re same (.1). |

| 6/28/2004 | JWD | 520.00 | 3.40 | Review filings re Scotts injunction motion, PD request to hire Weil Gotchal (1.3); memos to EI re same (.9); telephone conferences, e-mails with plaintiffs' counsel re Scotts motion, hearing, etc. (1.2) |
| 6/29/2004 | JWD | 520.00 | 1.00 | Telephone conferences, e-mails to M. Eskin re Scotts motion, PD motion, ACC objections (.8); telephone conference with EI re same (.2) |
| 6/30/2004 | JWD | 520.00 | 1.80 | Revise, edit draft opposition to Scotts motion |

**Total Task Code .17**     **9.10**


## Travel – Non Working (2.40 Hours; $ 822.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.40 | $342.50 | 822.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 5/24/2004 | PVL | 342.50 | 2.40 | Travel to/from Pittsburgh (1/2)/ |

**Total Task Code .21**     **2.40**


## Fee Auditor Matters (.50 Hours; $ 187.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .50 | $375 | 187.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/29/2004 | RCT | 375.00 | 0.50 | Resolve fee app issue. |

**Total Task Code .32**     **.50**

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | $25.87 |
| Research Material | $103.11 |
| Air & Train Transportation | $456.50 |
| Meals Related to Travel | $6.95 |
| Travel Expenses - Ground Transportation | $97.35 |
| Database Research | $61.46 |
| Xeroxing | $375.45 |
| Telecopier/Equitrac | $23.10 |
| Long Distance-Equitrac In-House | $13.20 |
| NYO Long Distance Telephone | $18.07 |
| **Total for Report** | **$ 1,181.06** |