## EXHIBIT B

**Business Operations (.1 Hours; $ 68.50)**

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**            **.1**

**Case Administration (51.5 Hours; $ 17,974.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**            **51.5**

**Claim Analysis Objection & Resolution (Asbestos) (13.1 Hours; $ 3,555.50)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**            **13.1**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.7 Hours; $ 479.50)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .06**            **.7**

**Committee, Creditors', Noteholders' or Equity Holders' (4.2 Hours; $ 2,760.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**            **4.2**

**Employment Applications, Others (.2 Hours; $ 137.00)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**            **.2**

- 2 -

**Fee Applications, Applicant (12.2 Hours; $ 3,070.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          12.2**


**Fee Applications, Others (1.1 Hours; $ 491.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          1.1**


**Hearings (.8 Hours; $416.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          .8**


**Litigation and Litigation Consulting (50.8 Hours; $26,212.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  50.8**


**Plan & Disclosure Statement (9.1 Hours; $5,381.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  9.1**


**Travel Non-working (2.4 Hours; $822.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  2.4**

{D0024530:1 }

- 3 -

**Fee Auditor Matters (.5 Hours; $ 187.50)**

  Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**     **.5**