## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $25.87 |
| Research Material | $103.11 |
| Air & Train Transportation | $456.50 |
| Meals Related to Travel | $6.95 |
| Travel Expenses - Ground Transportation | $97.35 |
| Database Research | $61.46 |
| Xeroxing | $375.45 |
| Telecopier/Equitrac | $23.10 |
| Long Distance-Equitrac In-House | $13.20 |
| NYO Long Distance Telephone | $18.07 |
| **Total for Report** | **$ 1,181.06** |

{D0024531:1 }