Client Number:  4642          **Grace Asbestos Personal Injury Claimants**                        Page:  1

Matter    000                 **Disbursements**                                                   5/25/2004
                                                                                                  Print Date/Time:
                                                                                                  05/25/2004
                                                                                                  1:29:29PM
Attn:                                                                                             Invoice #

PREBILL  / CONTROL  REPORT
Trans Date Range:  1/1/1950  to: 4/30/2004

**Matter      000**
**Disbursements**
Bill Cycle:      Monthly        Style:        i1         Start:    4/16/2001
                                                         Last Billed : 4/28/2004              13,655

Trust Amount Available

Total Expenses Billed To Date          $237,803.20

|  |  |  |
|---|---|---|
| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary  by Employee**

| Empl | Initials | Name | ---------- A C T U A L ---------- Hours | Amount | ---------- B I L L I N G--------- Hours | Amount |
|------|----------|------|-------|--------|-------|--------|
| 0120 | EI | Elihu Inselbuch | 0.00 | 7.74 | 0.00 | 7.74 |
| 0234 | RET | Rita E Tower | 0.00 | 2.70 | 0.00 | 2.70 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 50.70 | 0.00 | 50.70 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 116.60 | 0.00 | 116.60 |
|  |  |  | **0.00** | **177.74** | **0.00** | **177.74** |

**Total Fees**

**Summary  by Employee**

| Empl | Initials | Name | ---------- A C T U A L ---------- Rate | Hours | Amount | ---------- B I L L I N G--------- Rate | Hours | Amount |
|------|----------|------|------|-------|--------|------|-------|--------|

**Total Fees**

**Detail Time / Expense  by  Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | ---------- A C T U A L ---------- Rate | Hours | Amount | ---------- B I L L I N G--------- Rate | Hours | Amount | Cumulative |
|----------|-------------|-----------|------------|------|------|------|-------|--------|------|-------|--------|------------|
| 1623508 | Federal Express  to Lauren Pryzbylek from EI on 3/25 | E | 04/02/2004 | 0120 | EI | 0.00 | | $2.39 | 0.00 | | $2.39 | 2.39 |
| 1624991 | Equitrac - Long Distance to 8054993572 | E | 04/07/2004 | 0999 | C&D | 0.00 | | $0.59 | 0.00 | | $0.59 | 2.98 |
| 1626405 | Charge & Ride; EI cab to train station for trip to Wilmington, Delaware on 3/22 | E | 04/12/2004 | 0120 | EI | 0.00 | | $5.35 | 0.00 | | $5.35 | 8.33 |
| 1626788 | Photocopy | E | 04/12/2004 | 0238 | SLG | 0.00 | | $1.35 | 0.00 | | $1.35 | 9.68 |
| 1626883 | Photocopy | E | 04/12/2004 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 10.58 |
| 1627633 | Photocopy | E | 04/13/2004 | 0238 | SLG | 0.00 | | $21.00 | 0.00 | | $21.00 | 31.58 |
| 1629272 | Photocopy | E | 04/14/2004 | 0238 | SLG | 0.00 | | $0.60 | 0.00 | | $0.60 | 32.18 |
| 1628528 | Pacer Service Center;  Public Access to Court | E | 04/15/2004 | 0999 | C&D | 0.00 | | $97.93 | 0.00 | | $97.93 | 130.11 |

Client Number:  4642          Grace Asbestos Personal Injury Claimants                                    Page:  1

Matter    000                    Disbursements                                                          5/25/2004
                                                                                                  Print Date/Time:
                                                                                                       05/25/2004
                                                                                                        1:29:29PM
Attn:                                                                                                   Invoice #
        Electronic records throughm March
1630566   Photocopy                          E  04/19/2004   0238   SLG      0.00      $3.90     0.00     $3.90    134.01
1631002   Photocopy                          E  04/20/2004   0238   SLG      0.00      $2.85     0.00     $2.85    136.86
1632117   Photocopy                          E  04/22/2004   0999   C&D      0.00      $2.40     0.00     $2.40    139.26
1632205   Photocopy                          E  04/22/2004   0238   SLG      0.00     $18.60     0.00    $18.60    157.86
1632719   Photocopy                          E  04/23/2004   0999   C&D      0.00      $0.60     0.00     $0.60    158.46
1632802   Photocopy                          E  04/23/2004   0999   C&D      0.00      $7.20     0.00     $7.20    165.66
1633707   Equitrac - Long Distance to 3026524100  E  04/27/2004   0999   C&D   0.00   $0.11     0.00     $0.11    165.77
1633743   Equitrac - Long Distance to 3026524100  E  04/27/2004   0999   C&D   0.00   $0.10     0.00     $0.10    165.87
1633770   Equitrac - Long Distance to 3026524100  E  04/27/2004   0999   C&D   0.00   $0.09     0.00     $0.09    165.96
1633963   Photocopy                          E  04/27/2004   0999   C&D      0.00      $0.60     0.00     $0.60    166.56
1634246   Pacer Service Center;  January 2004 thru March  E  04/28/2004  0999  C&D  0.00  $5.18  0.00    $5.18    171.74
          31, 2004 usage
1634431   Photocopy                          E  04/28/2004   0234   RET      0.00      $2.70     0.00     $2.70    174.44
1635390   Photocopy                          E  04/29/2004   0999   C&D      0.00      $0.90     0.00     $0.90    175.34
1635455   Photocopy                          E  04/29/2004   0238   SLG      0.00      $2.40     0.00     $2.40    177.74
  **Total Expenses**                                                        0.00    $177.74     0.00   $177.74


        Matter Total Fees                                                            0.00              0.00


        Matter Total Expenses                                                      177.74            177.74


        Matter Total                                                      0.00     177.74     0.00    177.74



        Prebill Total Fees


        Prebill Total Expenses                                                   $177.74            $177.74


        Prebill Total                                                     0.00   $177.74     0.00    $177.74


**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,556 | 11/20/2003 | 22,649.50 | 4,529.90 |

Client Number:   4642          **Grace Asbestos Personal Injury Claimants**                                Page:   1

**Matter      000**                    **Disbursements**                                                     5/25/2004
                                                                                                      Print Date/Time:
                                                                                                         05/25/2004
                                                                                                          1:29:29PM
Attn:                                                                                                      Invoice #
43,557        11/20/2003              5,865.50          1,173.10
43,916        12/29/2003              1,191.00            238.20
43,917        12/29/2003             22,939.00          4,587.80
44,174        01/23/2004             17,186.00          3,437.20
44,175        01/23/2004                476.00             95.20
44,595        02/26/2004              7,367.50          1,473.50
44,882        03/26/2004             18,711.91         18,711.91
45,209        04/28/2004             29,045.77         29,045.77
                                  1,341,243.43        264,780.27


# PREBILL  / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 5/31/2004

**Matter      000**
**Disbursements**
Bill Cycle:       Monthly          Style:        i1          Start:     4/16/2001

Last Billed : 5/30/2004                                    13,655


Trust Amount Available


Total Expenses Billed To Date          $237,980.94

                                                       Billing Empl:        0120     Elihu Inselbuch
                                                       Responsible Empl:    0120     Elihu Inselbuch
                                                       Alternate Empl:      0120     Elihu Inselbuch
                                                       Originating Empl:    0120     Elihu Inselbuch


**Summary   by Employee**

| | | | --------- A C T U A L ---------- | | --------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N. Lockwood | 0.00 | 98.95 | 0.00 | 98.95 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 16.38 | 0.00 | 16.38 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 8.55 | 0.00 | 8.55 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 70.50 | 0.00 | 70.50 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 99.96 | 0.00 | 99.96 |
| | | | **0.00** | **294.34** | **0.00** | **294.34** |

**Total Fees**


**Summary   by Employee**

| | | | --------- A C T U A L ---------- | | | --------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Client Number:  4642**          **Grace Asbestos Personal Injury Claimants**                                          Page:  1

**Matter    000**                    **Disbursements**                                                                  5/25/2004
                                                                                                                        Print Date/Time:
                                                                                                                        05/25/2004
                                                                                                                        1:29:29PM
Attn:                                                                                                                   Invoice #
**Detail Time / Expense  by  Date**
                                                                              ---------- A C T U A L ----------   ---------- B I L L I N G--------
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1637907 | Photocopy | E | 05/03/2004 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 0.90 |
| 1637932 | Photocopy | E | 05/03/2004 | 0238 | SLG | 0.00 | | $4.50 | 0.00 | | $4.50 | 5.40 |
| 1637938 | Photocopy | E | 05/03/2004 | 0999 | C&D | 0.00 | | $15.30 | 0.00 | | $15.30 | 20.70 |
| 1638933 | Air Freight & Express Mail - Federal Express delivery on 4/23 to L. Przybylek | E | 05/07/2004 | 0120 | EI | 0.00 | | $2.36 | 0.00 | | $2.36 | 23.06 |
| 1639830 | Photocopy | E | 05/07/2004 | 0999 | C&D | 0.00 | | $2.10 | 0.00 | | $2.10 | 25.16 |
| 1639928 | Photocopy | E | 05/07/2004 | 0999 | C&D | 0.00 | | $23.25 | 0.00 | | $23.25 | 48.41 |
| 1639931 | Photocopy | E | 05/07/2004 | 0999 | C&D | 0.00 | | $1.50 | 0.00 | | $1.50 | 49.91 |
| 1640294 | Photocopy | E | 05/10/2004 | 0999 | C&D | 0.00 | | $3.00 | 0.00 | | $3.00 | 52.91 |
| 1640687 | Equitrac - Long Distance to 2123999067 | E | 05/11/2004 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 52.96 |
| 1640971 | Photocopy | E | 05/11/2004 | 0238 | SLG | 0.00 | | $10.80 | 0.00 | | $10.80 | 63.76 |
| 1641825 | Photocopy | E | 05/12/2004 | 0238 | SLG | 0.00 | | $1.80 | 0.00 | | $1.80 | 65.56 |
| 1641832 | Photocopy | E | 05/12/2004 | 0238 | SLG | 0.00 | | $20.40 | 0.00 | | $20.40 | 85.96 |
| 1642713 | Equitrac - Long Distance to 8054993572 | E | 05/13/2004 | 0999 | C&D | 0.00 | | $0.09 | 0.00 | | $0.09 | 86.05 |
| 1642992 | Federal Express to Joseph Rice from EI on 5/5 | E | 05/14/2004 | 0120 | EI | 0.00 | | $14.02 | 0.00 | | $14.02 | 100.07 |
| 1643496 | Photocopy | E | 05/14/2004 | 0999 | C&D | 0.00 | | $3.30 | 0.00 | | $3.30 | 103.37 |
| 1643523 | Photocopy | E | 05/14/2004 | 0999 | C&D | 0.00 | | $10.20 | 0.00 | | $10.20 | 113.57 |
| 1643525 | Photocopy | E | 05/14/2004 | 0999 | C&D | 0.00 | | $3.30 | 0.00 | | $3.30 | 116.87 |
| 1643527 | Photocopy | E | 05/14/2004 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 117.77 |
| 1644074 | Photocopy | E | 05/17/2004 | 0238 | SLG | 0.00 | | $12.60 | 0.00 | | $12.60 | 130.37 |
| 1644076 | Photocopy | E | 05/17/2004 | 0238 | SLG | 0.00 | | $1.50 | 0.00 | | $1.50 | 131.87 |
| 1644088 | Photocopy | E | 05/17/2004 | 0232 | LK | 0.00 | | $0.45 | 0.00 | | $0.45 | 132.32 |
| 1644430 | Photocopy | E | 05/18/2004 | 0999 | C&D | 0.00 | | $3.90 | 0.00 | | $3.90 | 136.22 |
| 1644524 | Photocopy | E | 05/18/2004 | 0238 | SLG | 0.00 | | $8.10 | 0.00 | | $8.10 | 144.32 |
| 1645167 | Photocopy | E | 05/19/2004 | 0232 | LK | 0.00 | | $5.85 | 0.00 | | $5.85 | 150.17 |
| 1645182 | Photocopy | E | 05/19/2004 | 0238 | SLG | 0.00 | | $6.00 | 0.00 | | $6.00 | 156.17 |
| 1646046 | Photocopy | E | 05/21/2004 | 0232 | LK | 0.00 | | $1.80 | 0.00 | | $1.80 | 157.97 |
| 1646867 | Photocopy | E | 05/24/2004 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 158.87 |
| 1646889 | Photocopy | E | 05/24/2004 | 0238 | SLG | 0.00 | | $4.80 | 0.00 | | $4.80 | 163.67 |
| 1647176 | Fax Transmission to 12145239159 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 163.97 |
| 1647177 | Fax Transmission to 12145239157 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 164.27 |
| 1647180 | Fax Transmission to 12145239158 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 164.57 |
| 1647181 | Fax Transmission to 12145991171 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 164.87 |
| 1647184 | Fax Transmission to 12148248100 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 165.32 |
| 1647187 | Fax Transmission to 17136501400 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 165.62 |
| 1647189 | Fax Transmission to 13125516759 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 165.92 |
| 1647191 | Fax Transmission to 18432169290 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 166.22 |
| 1647193 | Fax Transmission to 14067527124 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 166.52 |
| 1647195 | Fax Transmission to 13026565875 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 166.82 |
| 1647197 | Fax Transmission to 15108354913 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 167.12 |
| 1647199 | Fax Transmission to 12165750799 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 167.42 |
| 1647200 | Fax Transmission to 13053796222 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 167.87 |
| 1647202 | Fax Transmission to 14124718308 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 168.17 |
| 1647203 | Fax Transmission to 12123440994 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 168.47 |
| 1647206 | Fax Transmission to 12123445462 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 168.62 |
| 1647207 | Fax Transmission to 12123445461 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 168.92 |
| 1647209 | Fax Transmission to 12123445462 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 169.07 |
| 1647210 | Fax Transmission to 16179510679 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 169.37 |
| 1647212 | Fax Transmission to 18432169450 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 169.67 |
| 1647213 | Fax Transmission to 18432169440 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 169.97 |
| 1647217 | Fax Transmission to 13024269947 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 170.27 |
| 1647220 | Fax Transmission to 14122615066 | E | 05/25/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 170.57 |
| 1647323 | Photocopy | E | 05/25/2004 | 0232 | LK | 0.00 | | $0.45 | 0.00 | | $0.45 | 171.02 |
| 1647719 | Photocopy | E | 05/26/2004 | 0999 | C&D | 0.00 | | $6.30 | 0.00 | | $6.30 | 177.32 |
| 1647771 | NYO Long Distance Telephone | E | 05/27/2004 | 0999 | C&D | 0.00 | | $9.38 | 0.00 | | $9.38 | 186.70 |
| 1647779 | NYO Long Distance Telephone | E | 05/27/2004 | 0999 | C&D | 0.00 | | $7.27 | 0.00 | | $7.27 | 193.97 |
| 1647790 | NYO Long Distance Telephone | E | 05/27/2004 | 0999 | C&D | 0.00 | | $1.42 | 0.00 | | $1.42 | 195.39 |
| 1649317 | Petty Cash  PVNL travel expenses to Pittsburgh on 5/24 | E | 05/28/2004 | 0020 | PVL | 0.00 | | $92.00 | 0.00 | | $92.00 | 287.39 |
| 1649318 | Petty Cash  Lunch for PVNL in Pittsburgh on 5/24 | E | 05/28/2004 | 0020 | PVL | 0.00 | | $6.95 | 0.00 | | $6.95 | 294.34 |
| **Total Expenses** | | | | | | 0.00 | | $294.34 | 0.00 | | $294.34 | |

          Matter Total Fees                                                                0.00                    0.00

| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | | | Page:  1 |
|---|---|---|---|---|

**Matter     000**          **Disbursements**

5/25/2004
Print Date/Time:
05/25/2004
1:29:29PM
Attn:                                                                                                          Invoice #

| | | | | |
|---|---|---|---|---|
| Matter Total Expenses | | 294.34 | | 294.34 |
| Matter Total | 0.00 | 294.34 | 0.00 | 294.34 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $294.34 | | $294.34 |
| Prebill Total | 0.00 | $294.34 | 0.00 | $294.34 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,556 | 11/20/2003 | 22,649.50 | 4,529.90 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 43,917 | 12/29/2003 | 22,939.00 | 4,587.80 |
| 44,174 | 01/23/2004 | 17,186.00 | 3,437.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 44,595 | 02/26/2004 | 7,367.50 | 1,473.50 |
| 44,882 | 03/26/2004 | 18,454.50 | 3,690.90 |
| 45,209 | 04/28/2004 | 29,045.77 | 29,045.77 |
| 45,687 | 05/30/2004 | 5,433.74 | 5,433.74 |
| | | 1,346,419.76 | 255,193.00 |

PREBILL  / CONTROL  REPORT
Trans Date Range:  1/1/1950  to: 6/30/2004

**Matter     000**
**Disbursements**
Bill Cycle:          Monthly          Style:          i1          Start:     4/16/2001

Last Billed : 6/28/2004                              13,655

```
Client Number:  4642          Grace Asbestos Personal Injury Claimants                          Page:  1

Matter    000                 Disbursements                                                     5/25/2004
                                                                                                Print Date/Time:
                                                                                                05/25/2004
                                                                                                1:29:29PM
Attn:                                                                                           Invoice #
```

Trust Amount Available

Total Expenses Billed To Date          $238,275.28

```
                                                        Billing Empl:        0120    Elihu Inselbuch
                                                        Responsible Empl:    0120    Elihu Inselbuch
                                                        Alternate Empl:      0120    Elihu Inselbuch
                                                        Originating Empl:    0120    Elihu Inselbuch
```

**Summary  by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|------|----------|------|-------------|---------------|---------------|----------------|
| 0020 | PVL | Peter Van N. Lockwood | 0.00 | 497.35 | 0.00 | 456.50 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 10.20 | 0.00 | 10.20 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 7.10 | 0.00 | 7.10 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 7.50 | 0.00 | 7.50 |
| 0234 | RET | Rita E Tower | 0.00 | 6.90 | 0.00 | 6.90 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 100.80 | 0.00 | 100.80 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 119.98 | 0.00 | 119.98 |
| | | | **0.00** | **749.83** | **0.00** | **708.98** |

**Total Fees**

**Summary  by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | Amount | BILLING Rate | BILLING Hours | Amount |
|------|----------|------|-------------|--------------|--------|--------------|---------------|--------|

**Total Fees**

**Detail Time / Expense  by  Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|----------|-------------|-----------|------------|-----------|--|-------------|--------------|---------------|--------------|---------------|---------------|------------|
| 1650705 | Photocopy | E | 06/01/2004 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 0.45 |
| 1650706 | Photocopy | E | 06/01/2004 | 0999 | C&D | 0.00 | | $5.10 | 0.00 | | $5.10 | 5.55 |
| 1652379 | ADA Travel  PVNL 5/24 air fare to Pittsburgh (coach fare  436.50)  (split iwht 2814) | E | 06/04/2004 | 0020 | PVL | 0.00 | | $477.35 | 0.00 | | $436.50 | 442.05 |
| 1652380 | ADA Travel  Agency fee on PVNL 5/24 travel to Pittsburgh | E | 06/04/2004 | 0020 | PVL | 0.00 | | $20.00 | 0.00 | | $20.00 | 462.05 |
| 1652586 | Fax Transmission to 17136501400 | E | 06/04/2004 | 0999 | C&D | 0.00 | | $1.65 | 0.00 | | $1.65 | 463.70 |
| 1652590 | Fax Transmission to 14067527124 | E | 06/04/2004 | 0999 | C&D | 0.00 | | $1.65 | 0.00 | | $1.65 | 465.35 |
| 1652592 | Fax Transmission to 16179510679 | E | 06/04/2004 | 0999 | C&D | 0.00 | | $1.65 | 0.00 | | $1.65 | 467.00 |
| 1653078 | Photocopy | E | 06/07/2004 | 0238 | SLG | 0.00 | | $4.20 | 0.00 | | $4.20 | 471.20 |
| 1653184 | Air Freight & Express Mail - Federal Express delivery service on 5/26 to L. Przybylek | E | 06/08/2004 | 0120 | EI | 0.00 | | $7.10 | 0.00 | | $7.10 | 478.30 |
| 1654735 | Equitrac - Long Distance to 8054993572 | E | 06/11/2004 | 0999 | C&D | 0.00 | | $1.80 | 0.00 | | $1.80 | 480.10 |
| 1654775 | Equitrac - Long Distance to 3022270994 | E | 06/11/2004 | 0999 | C&D | 0.00 | | $7.50 | 0.00 | | $7.50 | 487.60 |

Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                    Page:  1

Matter    000                           Disbursements                                                              5/25/2004
                                                                                                                   Print Date/Time:
                                                                                                                   05/25/2004
                                                                                                                   1:29:29PM
Attn:                                                                                                              Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1654792 | Equitrac - Long Distance to 2123199240 | E | 06/11/2004 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 488.60 |
| 1655001 | Photocopy | E | 06/11/2004 | 0238 | SLG | 0.00 | $6.30 | 0.00 | $6.30 | 494.90 |
| 1655002 | Photocopy | E | 06/11/2004 | 0238 | SLG | 0.00 | $1.80 | 0.00 | $1.80 | 496.70 |
| 1656176 | Fax Transmission to 12145239159 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 497.15 |
| 1656177 | Fax Transmission to 12145239157 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 497.60 |
| 1656178 | Fax Transmission to 12145239158 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 498.05 |
| 1656179 | Fax Transmission to 12148248100 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 498.65 |
| 1656180 | Fax Transmission to 12145991171 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 499.10 |
| 1656181 | Fax Transmission to 17136501400 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 499.55 |
| 1656182 | Fax Transmission to 13125516759 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 500.00 |
| 1656183 | Fax Transmission to 18432169290 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 500.45 |
| 1656184 | Fax Transmission to 13026565875 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 500.90 |
| 1656186 | Fax Transmission to 14067527124 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 501.35 |
| 1656187 | Fax Transmission to 15108354913 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 501.80 |
| 1656188 | Fax Transmission to 12165750799 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 502.25 |
| 1656189 | Fax Transmission to 13053796222 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 502.70 |
| 1656190 | Fax Transmission to 14124718308 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 503.15 |
| 1656191 | Fax Transmission to 12123440994 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 503.60 |
| 1656192 | Fax Transmission to 12123445461 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 504.05 |
| 1656193 | Fax Transmission to 16179510679 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 504.50 |
| 1656194 | Fax Transmission to 18432169450 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 504.65 |
| 1656195 | Fax Transmission to 18432169440 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 505.10 |
| 1656196 | Fax Transmission to 18432169450 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 505.25 |
| 1656197 | Fax Transmission to 18432169450 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 505.40 |
| 1656198 | Fax Transmission to 13024269947 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 505.55 |
| 1656199 | Fax Transmission to 14122615066 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 505.70 |
| 1656200 | Fax Transmission to 13024269947 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 506.00 |
| 1656201 | Fax Transmission to 14122615066 | E | 06/14/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 506.30 |
| 1656218 | Photocopy | E | 06/14/2004 | 0234 | RET | 0.00 | $3.45 | 0.00 | $3.45 | 509.75 |
| 1656279 | Photocopy | E | 06/14/2004 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 510.65 |
| 1656315 | Photocopy | E | 06/14/2004 | 0238 | SLG | 0.00 | $4.80 | 0.00 | $4.80 | 515.45 |
| 1656833 | Equitrac - Long Distance to 3024261900 | E | 06/15/2004 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 515.59 |
| 1656868 | Equitrac - Long Distance to 8054993572 | E | 06/15/2004 | 0999 | C&D | 0.00 | $0.91 | 0.00 | $0.91 | 516.50 |
| 1656898 | Equitrac - Long Distance to 3128612000 | E | 06/15/2004 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 516.70 |
| 1657129 | Photocopy | E | 06/15/2004 | 0101 | RCS | 0.00 | $10.20 | 0.00 | $10.20 | 526.90 |
| 1657592 | Photocopy | E | 06/16/2004 | 0238 | SLG | 0.00 | $1.20 | 0.00 | $1.20 | 528.10 |
| 1657924 | Fax Transmission to 17576255959 | E | 06/17/2004 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 528.40 |
| 1657936 | Photocopy | E | 06/17/2004 | 0999 | C&D | 0.00 | $4.80 | 0.00 | $4.80 | 533.20 |
| 1658014 | Photocopy | E | 06/17/2004 | 0238 | SLG | 0.00 | $23.10 | 0.00 | $23.10 | 556.30 |
| 1658360 | Equitrac - Long Distance to 3024261900 | E | 06/18/2004 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 556.70 |
| 1658390 | Equitrac - Long Distance to 3024260166 | E | 06/18/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 556.75 |
| 1658536 | Photocopy | E | 06/18/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 558.25 |
| 1658579 | Photocopy | E | 06/18/2004 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 558.85 |
| 1659107 | Photocopy | E | 06/21/2004 | 0238 | SLG | 0.00 | $4.20 | 0.00 | $4.20 | 563.05 |
| 1659489 | Fax Transmission to 17136501400 | E | 06/22/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 563.50 |
| 1659492 | Fax Transmission to 14067527124 | E | 06/22/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 563.95 |
| 1659494 | Fax Transmission to 16179510679 | E | 06/22/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 564.40 |
| 1659594 | Photocopy | E | 06/22/2004 | 0234 | RET | 0.00 | $3.45 | 0.00 | $3.45 | 567.85 |
| 1660271 | Photocopy | E | 06/23/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 568.75 |
| 1660273 | Photocopy | E | 06/23/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 569.05 |
| 1660899 | Photocopy | E | 06/24/2004 | 0238 | SLG | 0.00 | $34.50 | 0.00 | $34.50 | 603.55 |
| 1661207 | Equitrac - Long Distance to 8054993572 | E | 06/25/2004 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 603.72 |
| 1661327 | Photocopy | E | 06/25/2004 | 0999 | C&D | 0.00 | $9.60 | 0.00 | $9.60 | 613.32 |
| 1661339 | Photocopy | E | 06/25/2004 | 0999 | C&D | 0.00 | $6.30 | 0.00 | $6.30 | 619.62 |
| 1661367 | Photocopy | E | 06/25/2004 | 0238 | SLG | 0.00 | $13.20 | 0.00 | $13.20 | 632.82 |
| 1662269 | Photocopy | E | 06/28/2004 | 0238 | SLG | 0.00 | $5.40 | 0.00 | $5.40 | 638.22 |
| 1663464 | Photocopy | E | 06/29/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 639.72 |
| 1663541 | Photocopy | E | 06/29/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 640.62 |
| 1664150 | Photocopy | E | 06/30/2004 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 641.22 |
| 1664191 | Photocopy | E | 06/30/2004 | 0232 | LK | 0.00 | $6.30 | 0.00 | $6.30 | 647.52 |
| 1665730 | Database Research-By NDF on 6/17 | E | 06/30/2004 | 0999 | C&D | 0.00 | $61.46 | 0.00 | $61.46 | 708.98 |

**Total Expenses**                                                                   0.00      $749.83      0.00      $708.98


              Matter Total Fees                                                      0.00                   0.00


              Matter Total Expenses                                                749.83                 708.98

Client Number:  4642          Grace Asbestos Personal Injury Claimants                                              Page:  1

Matter    000                 Disbursements                                                                     5/25/2004
                                                                                                         Print Date/Time:
                                                                                                              05/25/2004
                                                                                                                1:29:29PM
Attn:                                                                                                           Invoice #


              Matter Total                                                    0.00       749.83       0.00       708.98



              Prebill Total Fees



              Prebill Total Expenses                                                    $749.83                 $708.98



              Prebill Total                                                   0.00      $749.83       0.00      $708.98


**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 44,595 | 02/26/2004 | 7,367.50 | 1,473.50 |
| 44,882 | 03/26/2004 | 18,454.50 | 3,690.90 |
| 45,209 | 04/28/2004 | 28,587.50 | 5,717.50 |
| 45,687 | 05/30/2004 | 5,433.74 | 5,433.74 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
| | | 1,296,740.83 | 232,863.67 |