# EXHIBIT D

## CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 6/02/04; 5680 | 4/1/04-4/30/04 | $4,204.80 (80% of $5,256.00) | $177.74 | $4,204.80 (80% of $5,256.00) | $177.74 |
| 7/1/04; 5904 | 5/1/04-5/31/04 | $10,607.60 (80% of $13,259.50) | $294.35 | **Pending** | **Pending** |
| 8/3/04; 6116 | 6/1/04-6/30/04 | $34,432.00 (80% of $43,040.00) | $708.98 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative April to June, 2004 Hours | Cumulative April to June, 2004 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $ .00 | .2 | $ 109.50 |
| Asset Disposition | .0 | $ .00 | 2.0 | $ 1,250.00 |
| Business Operations | .1 | $ 68.50 | 14.2 | $ 5,607.00 |
| Case Administration | 51.5 | $ 17,974.50 | 1,752.3 | $ 384,095.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 13.1 | $ 3,555.50 | 1,279.9 | $ 358,097.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .7 | $ 479.50 | 4.7 | $ 2,723.00 |
| Committee, Creditors', Noteholders' or Equity Holders' | 4.2 | $ 2,760.00 | 76.6 | $ 41,907.50 |
| Employee Benefits/Pension | .0 | $ .00 | 8.8 | $ 4,525.50 |
| Employment Applications, Applicant | 12.2 | $ 3,070.00 | 45.1 | $ 11,352.50 |
| Employment Applications, Others | .2 | $ 137.00 | 39.3 | $ 15,192.00 |

| | | | | |
|---|---|---|---|---|
| Expenses | .0 | $ .00 | .0 | .00 |
| Fee Applications, Applicant | .0 | $ .00 | 260.8 | $ 64,435.00 |
| Fee Applications, Others | 1.1 | $ 491.00 | 108.6 | $ 39,618.50 |
| Financing | .0 | $ .00 | .1 | 62.50 |
| Hearings | .8 | $ 416.00 | 56.80 | $ 33,408.00 |
| Litigation and Litigation Consulting | 50.8 | $ 26,212.50 | 1,326.9 | $ 427,543.00 |
| Plan & Disclosure Statement | 9.1 | $ 5,381.50 | 60.0 | $ 32,482.00 |
| Relief from Stay Proceedings | .0 | $ .00 | .3 | $ 193.50 |
| Tax Issues | .0 | $ .00 | 62.0 | $ 19,831.50 |
| Tax Litigation | .0 | $ .00 | 26.6 | $ 8,733.50 |
| Travel-Non-Working | 2.4 | $ 822.00 | 303.4 | $ 57,977.25 |
| Valuation | .0 | .00 | .0 | .00 |
| ZAI Science Trial | .0 | $ .00 | 5.9 | $ 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | $ 170.00 |
| Fee Auditor Matters | .5 | $ 187.50 | 2.4 | $ 833.50 |
| **Totals** | **146.7** | **$61,555.50** | **5,437.4** | **$1,511,835.75** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 4/1/04 – 6/30/04 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 61.46 | $ 69,803.79 |

{D0024528:1 }

| | | | |
|---|---:|---|---:|
| Research Material | 103.11 | | 2,389.43 |
| Air Freight & Express Mail | 25.87 | | 7,753.89 |
| Outside Local Deliveries | .00 | | 696.21 |
| Filing Fees | .00 | | 144.75 |
| Outside Fax Service | .00 | | 12.00 |
| Conference Meals | .00 | | 1,155.80 |
| Outside Photocopy Service | .00 | | 23,098.19 |
| Professional Fees & Expert Witness Fees | .00 | | 14,365.55 |
| Court Reporting/Transcript Service | .00 | | 4,555.52 |
| Miscellaneous Client Advances | .00 | | 746.77 |
| Air & Train Transportation | 456.50 | | 39,681.41 |
| Meals Related to Travel | 6.95 | | 2,977.35 |
| Travel Expenses – Hotel Charges | .00 | | 13,529.80 |
| Travel Expenses – Ground Transportation | 97.35 | | 6,780.66 |
| Travel Expenses – Miscellaneous | .00 | | 73.30 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | | 1,070.01 |
| Local Transportation - DC | .00 | | 127.46 |
| Local Transportation – NY | .00 | | 267.09 |
| Xeroxing | 375.45 | | 42,807.00 |
| Postage | .00 | | 152.24 |
| Overtime Expenses | .00 | | .00 |
| Overtime Meals | .00 | | 26.20 |
| Telecopier | 23.10 | | 1,534.00 |
| Long Distance –Credit Card | .00 | | 1,080.99 |
| Long Distance Telephone - DC | 13.20 | | 1,768.14 |
| NYO Long Distance Telephone | 18.07 | | 1,857.10 |
| Use of Cell/Home Phone | .00 | | 529.61 |
| **TOTAL** | $ $1,181.06 | | $ $238,984.26 |