IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON AUGUST 23, 2004
## AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD

### UNCONTESTED MATTERS

1.  Debtors' Motion for an Order Pursuant to Fed. R. Bankr. P. 9006(b) Further
Extending the Period Within Which the Debtors May Remove Actions Pursuant
to 28 U.S.C. §1452 and Fed. R. Bankr. P. 9027 (Docket No. 5983)

    **Related Documents:**

    a.  [Proposed] Order Pursuant to Fed. R. Bankr. P. 9006(b) Further
    Extending the Period Within Which the Debtors May Remove
    Actions Pursuant to 28 U.S.C. §1452 and Fed. R. Bankr. P. 9027
    (Docket No. 5983)

    b.  Certification of No Objection Regarding Docket No. 5983 (Docket
    No. 6152)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Response Deadline:** August 6, 2004 at 4:00 p.m.

**Responses Received:** None as of the date of this Notice of Agenda.

**Status:** No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.

2.      Debtors' Motion for Entry of an Order Authorizing Debtors to Make Contributions to Defined Benefit Plans Covering Debtors' Employees (Docket No. 5990)

**Related Documents:**

   a.      [Proposed] Order Authorizing Debtors to Make Contributions to the Defined-Benefit Plans Covering the Debtors' Employees (Docket No. 5990)

   b.      Certification of No Objection Regarding Docket No. 5990 (Docket No. 6153)

**Response Deadline:** August 6, 2004 at 4:00 p.m.

**Responses Received:** None as of the date of this Notice of Agenda.

**Status:** No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.

## CONTESTED MATTERS

3.      Debtors' Motion Pursuant to Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolution Program to Liquidate Certain Prepetition Claims (Docket No. 5808)

**Related Documents:**

   a.      [Proposed] Order Pursuant to 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolution Program to Liquidate Certain Prepetition Claims (Docket No. 5808)

**Response Deadline:** July 2, 2004 at 4:00 p.m.

**Responses Received:**

    a.    Internal Revenue Service's Objection to Debtors' Motion Pursuant to Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolutions Program to Liquidate Certain Prepetition Claims (Docket No. 5899)

    b.    Objection of Oldcastle APG Northeast, Inc., D/B/A Foster-Southeastern to Debtors' Motion to Establish an Alternative Dispute Resolution Program to Liquidate Certain Claims (Docket No. 5922)

    c.    Objection of the City of Cambridge, Massachusetts, to the Debtors' Motion Pursuant to  Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolution Program to Liquidate Certain Prepetition Claims (Docket No. 6147) [This objection was filed after the objection deadline]

**Replies Received:**

    a.    Debtors' Submission in Clarification and Revision of Their Proposed ADR Program (Docket No. 6144, Exhibit 1)

            i.    Debtors' Motion for Leave to File Debtors' Submission in Clarification and Revision of Their Proposed ADR Program (Docket No. 6144)

    b.    Further Revised Proposed Order and Blackline Comparing it with the Order Attached to Debtors' Submission (Docket No. 6180)

**Status:** This matter will be going forward.

4.    Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel to the Future Claimants' Representative (Docket No. 5815)

**Related Documents:**

    a.    [Proposed] Order Authorizing the Retention and Employment of Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel to David T. Austern, Future Claimants' Representative (Docket No. 5815)

**Response Deadline:** July 6, 2004 at 4:00 p.m.

**Responses Received:**

    a.    Limited Objection of the Official Committee of Asbestos Property Damage Claimants to Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel to the Future Claimants' Representative (Docket No. 5927)

    b.    Future Claimants' Representative's Reply to Limited Objections of the Official Committee of Asbestos Property Damage Claimants to Applications of Future Claimants' Representative for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel, Phillips, Goldman & Spence, P.A. as Local Bankruptcy Counsel and CIBC World Markets Corp. as Financial Advisor (Docket No. 5979)

        i.    Exhibit A and B to Docket No. 5979 (Docket No. 5981)

        ii.    Future Claimants' Representative's Motion for Leave to File Reply to Limited Objections of the Official Committee of Asbestos Property Damage Claimants to Applications of Future Claimants' Representative for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel, Phillips, Goldman & Spence, P.A. as Local Bankruptcy Counsel and CIBC World Markets Corp. as Financial Advisor (Docket No. 5978)

**Status:** This matter will be going forward.

5.    Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ CIBC World Markets Corp. as Financial Advisor (Docket No. 5833)

**Related Documents:**

    a.    [Proposed] Order Authorizing the Retention and Employment of CIBC World Markets Corp. as Financial Advisor to David T. Austern, Future Claimants' Representative (Docket No. 5833)

**Response Deadline:** July 8, 2004 at 4:00 p.m.

**Responses Received:**

    a.    Limited Objection of the Official Committee of Asbestos Property Damage Claimants to Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ CIBC World Markets Corp. as Financial Advisor (Docket No. 5950)

    b.    Future Claimants' Representative's Reply to Limited Objections of the Official Committee of Asbestos Property Damage Claimants to Applications of Future Claimants' Representative for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel, Phillips, Goldman & Spence, P.A. as Local Bankruptcy Counsel and CIBC World Markets Corp. as Financial Advisor (Docket No. 5979)

        i.    Exhibit A and B to Docket No. 5979 (Docket No. 5981)

        ii.    Future Claimants' Representative's Motion for Leave to File Reply to Limited Objections of the Official Committee of Asbestos Property Damage Claimants to Applications of Future Claimants' Representative for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel, Phillips, Goldman & Spence, P.A. as Local Bankruptcy Counsel and CIBC World Markets Corp. as Financial Advisor (Docket No. 5978)

**Status:** This matter will be going forward.

6.    Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Phillips, Goldman & Spence, P.A., as Local Bankruptcy Counsel to the Future Claimants' Representative (Docket No. 5839)

**Related Documents:**

    a.    [Proposed] Order Authorizing the Retention and Employment of Phillips, Goldman & Spence, P.A., as Local Bankruptcy Counsel to David T. Austern, Future Claimants' Representative (Docket No. 5839)

**Response Deadline:** July 12, 2004 at 4:00 p.m.

**Responses Received:**

    a.     Limited Objection of the Official Committee of Asbestos Property Damage Claimants to Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Phillips, Goldman & Spence, P.A. as Local Bankruptcy Counsel to the Future Claimants' Representative (Docket No. 5956)

    b.     Future Claimants' Representative's Reply to Limited Objections of the Official Committee of Asbestos Property Damage Claimants to Applications of Future Claimants' Representative for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel, Phillips, Goldman & Spence, P.A. as Local Bankruptcy Counsel and CIBC World Markets Corp. as Financial Advisor (Docket No. 5979)

        i.     Exhibit A and B to Docket No. 5979 (Docket No. 5981)

        ii.     Future Claimants' Representative's Motion for Leave to File Reply to Limited Objections of the Official Committee of Asbestos Property Damage Claimants to Applications of Future Claimants' Representative for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel, Phillips, Goldman & Spence, P.A. as Local Bankruptcy Counsel and CIBC World Markets Corp. as Financial Advisor (Docket No. 5978)

    c.     United States Trustee's Objection to Application of the Legal Representative for Future Asbestos Claimants to Employ Phillips Goldman & Spence, P.A., as Local Bankruptcy Counsel (Docket No. 5980)

**Status:** This matter will be going forward.

7.     Libby Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Shirley Taylor-Regjovich] (Adv. Pro. No. 01-771, Docket No. 242)

**Related Documents:**

    a.     [Proposed] Order Granting Libby Claim Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Shirley Taylor-Regjovich] (Adv. Pro. No. 01-771, Docket No. 242)

**Response Deadline:** August 6, 2004 at 4:00 p.m.

**Responses Received:**

    a.    Debtors' Response in Objection to Libby Claimants' Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Adv. Pro. No. 01-771, Docket No. 256)

    b.    Conditional Objection to Libby Claimants' Motions for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions *[Filed by Maryland Casualty Company]* (Case No. 01-1139, Docket No. 6143)

**Status:** This matter will be going forward.

8.    Libby Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Lois Shea] (Adv. Pro. No. 01-771, Docket No. 243)

**Related Documents:**

    a.    [Proposed] Order Granting Libby Claim Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Lois Shea] (Adv. Pro. No. 01-771, Docket No. 243)

**Response Deadline:** August 6, 2004 at 4:00 p.m.

**Responses Received:**

    a.    Debtors' Response in Objection to Libby Claimants' Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Adv. Pro. No. 01-771, Docket No. 256)

    b.    Conditional Objection to Libby Claimants' Motions for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions *[Filed by Maryland Casualty Company]* (Case No. 01-1139, Docket No. 6143)

**Status:** This matter will be going forward.

9.    Libby Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Dayton Hill] (Adv. Pro. No. 01-771, Docket No. 244)

**Related Documents:**

> a. [Proposed] Order Granting Libby Claim Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Dayton Hill] (Adv. Pro. No. 01-771, Docket No. 244)

**Response Deadline:** August 6, 2004 at 4:00 p.m.

**Responses Received:**

> a. Debtors' Response in Objection to Libby Claimants' Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Adv. Pro. No. 01-771, Docket No. 256)

> b. Conditional Objection to Libby Claimants' Motions for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions *[Filed by Maryland Casualty Company]* (Case No. 01-1139, Docket No. 6143)

**Status:** This matter will be going forward.

10. Libby Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Rodney Erickson] (Adv. Pro. No. 01-771, Docket No. 245)

**Related Documents:**

> a. [Proposed] Order Granting Libby Claim Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Rodney Erickson] (Adv. Pro. No. 01-771, Docket No. 245)

**Response Deadline:** August 6, 2004 at 4:00 p.m.

**Responses Received:**

> a. Debtors' Response in Objection to Libby Claimants' Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Adv. Pro. No. 01-771, Docket No. 256)

> b. Conditional Objection to Libby Claimants' Motions for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions *[Filed by Maryland Casualty Company]* (Case No. 01-1139, Docket No. 6143)

**Status:** This matter will be going forward.

**OMNIBUS CLAIM OBJECTIONS**

11.   Debtors' Third Omnibus Objection to Claims (Non-Substantive) (Docket No. 5450)

**Related Documents:**

a.   Declaration of David B. Siegel in Support of Debtors' Third Omnibus Objection to Claims (Non-Substantive) (Docket No. 5450)

**Response Deadline:** May 14, 2004 at 4:00 p.m.

**Responses Received:** Unresolved Responses to this matter are listed on the attached Exhibit A.

**Status:** The status of each claim is indicated in the charts attached as Exhibit A.

12.   Debtors' Fourth Omnibus Objection to Claims (Substantive) (Docket No. 5525)

**Related Documents:**

a.   Declaration of David B. Siegel in Support of Debtors' Fourth Omnibus Objection to Claims (Substantive) (Docket No. 5525)

**Response Deadline:** June 4, 2004 at 4:00 p.m.

**Responses Received:** Unresolved Responses to this matter are listed on the attached Exhibit B.

**Status:** The status of each claim is indicated in the charts attached as Exhibit B.

13.   Debtors' Fifth Omnibus Objection to Claims (Substantive) (Docket No. 5527)

**Related Documents:**

a.   Declaration of David B. Siegel in Support of Debtors' Fifth Omnibus Objection to Claims (Substantive) (Docket No. 5527)

Response Deadline: June 4, 2004 at 4:00 p.m.

**Responses Received:** Unresolved Responses to this matter are listed on the attached Exhibit C.

**Status:** The status of each claim is indicated in the charts attached as Exhibit C.

## ADDITIONAL MATTERS

14.    Amended Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. §
       327(e) Authorizing Debtors to Expand Scope of Employment of Nelson Mullins
       Riley & Scarborough, L.L.P. as Special Counsel to Debtors (Docket No. 5970)

   **Related Documents:**

   a.    Affidavit Under 11 U.S.C. §327(e) of George B. Cauthen, Esq.

   b.    [Proposed] Order Authorizing Debtors to Expand Scope of
         Employment of Nelson Mullins Riley & Scarborough, L.L.P. as
         Special Counsel to Debtors (Docket No. 5970)

   c.    Certification of Counsel Regarding Order Authorizing Debtors to
         Expand Scope of Employment of Nelson Mullins Riley &
         Scarborough, L.L.P. as Special Counsel (Docket No. 6167)

   **Response Deadline:** August 6, 2004 at 4:00 p.m.

   **Responses Received:**  None as of the date of this Notice of Agenda.

**Status:** No parties have objected to the relief requested in the motion. The Debtors did receive minor comments from the United States Trustee to the proposed form of order. These comments were included in the proposed form of order attached to the Certification of Counsel (see item "c" above). As any issues have been resolved, the Debtors respectfully request the entry of the order attached to the Certification of Counsel.

Dated: August 16, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession