# EXHIBIT A

## W. R. Grace
### Status Schedule for the Debtors' Third Omnibus Objection to Claims

| Creditor | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|
| Mitchell, Ronald | 4993 | $40,032.00 | U | No Supporting Documentation | Expunge | Re-sent Notice of Objection on July 23, 2004; continue to September 27, 2004 Omnibus Hearing. |
| Orange County Treasurer, Tax Collector | 15314 | $26,918.96 | P | Duplicate; Late Filed | Expunge | Sustain objection. |
| Orange County Treasurer, Tax Collector | 15314 | $15,083.57 | U | Duplicate; Late Filed | Expunge | Sustain objection. |
| Orange County Treasurer, Tax Collector | 15317 | $27,053.18 | U | Late Filed | Expunge | Sustain objection. |
| Orange County Treasurer, Tax Collector | 15318 | $27,053.18 | U | Late Filed | Expunge | Sustain objection. |
| Orange County Treasurer, Tax Collector | 15357 | $22,774.20 | U | Late Filed | Expunge | Allow claim as unsecured priority claim pursuant to section 507 (a)(8) in the amount of $19,358.07 |
| Orange County Treasurer, Tax Collector | 15318 | $27,053.18 | U | Duplicate, Late Filed | Expunge | Sustain objection. |
| International Paper Arizona Chemical | 349 | $208,595.34 | U | Duplicate | Expunge | Re-sent Notice of Objection on July 23, 2004; continue to September 27, 2004 Omnibus Hearing. |

**W. R. Grace**
**Status Schedule for the Debtors' Third Omnibus Objection to Claims**

| | | | | |
|---|---|---|---|---|
| Tape Rental Library Inc. | 1350 | $1,825.07 | U | No Supporting Documentation | Expunge | Continue to September 27, 2004 Omnibus Hearing. |