# EXHIBIT B

W. R. Grace
Responses Received to Debtors' Fourth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| City of El Paso | 5647 | 63 | $721.05 | S | Reclassify, Reduce and Allow | Reduce claim to the amount of $245.32 and reclassify as Secured | Allow claim as secured claim for $245.32. |
| Spaulding & Sly Construction LP | 5701, 5718 | 203 | $1,403,017.00 | U | Reduce and Allow | Reduce claim to the amount of $549,159.00 | Continue to September 27, 2004 Omnibus Hearing |
| ExxonMobile Chemical Company | 5691 | 869 | $71,547.45 | U | Reduce and Allow | Reduce claim to the amount of $63,059.42 | Continue to September 27, 2004 Omnibus Hearing |
| Nstar Gas | 5714 | 196 | $14,773.55 | U | Reduce and Allow | Reduce claim to the amount of $7132.59 | Continue to September 27, 2004 Omnibus Hearing |

# W. R. Grace
## Responses Received to Debtors' Fourth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Don's Diesel Services, Inc. | None | 2399 | $1,943.98 | U | Reduce and Allow | Reduce claim to the amount of $1577.41 | Continue to September 27, 2004 Omnibus Hearing |
| Katten Muchin Zavis Rosenman | None | 15176 | $56,292.87 | U | Reduce and Allow | Reduce amount to $1153.13 | Continue to September 27, 2004 Omnibus Hearing |