# EXHIBIT C

W. R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Pearson, Peter P. | 5637 | 2281 | $741,600.00 | U | No Liability | Expunge | Continue to September 27, 2004 Omnibus Hearing |
| Rocco & Zweifach | None | 1205 | $19,454.00 | U | No Liability | Expunge | Response deadline extended until September 2, 2004; continue to September 27, 2004 Omnibus Hearing |
| Weatherford International Inc. | None | 1694 | $351,758.00 | A | No Liability | Expunge | Continue to September 27, 2004 Omnibus Hearing |
| Weatherford International Inc. | None | 1695 | $351,758.00 | A | No Liability | Expunge | Continue to September 27, 2004 Omnibus Hearing |

W. R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Weatherford International Inc. | None | 1719 | $351,758.00 | A | No Liability | Expunge | Continue to September 27, 2004 Omnibus Hearing |
| Weatherford International Inc. | None | 1720 | $351,758.00 | A | No Liability | Expunge | Continue to September 27, 2004 Omnibus Hearing |
| City of Cambridge, Massachusetts | None | 4720 | $14,829,000.00 | U | No Liability | Expunge | Response deadline extended until September 2, 2004; continue to September 27, 2004 Omnibus Hearing |
| City of Cambridge, Massachusetts | None | 4722 | $14,829,000.00 | U | No Liability | Expunge | Response deadline extended until September 2, 2004; continue to September 27, 2004 Omnibus Hearing |

W. R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Massachusetts Bay Transportation Authority | None | 9693 | Unliquidated | U | No Liability, Unliquidated | Expunge | Response deadline extended until September 2, 2004; continue to September 27, 2004 Omnibus Hearing |
| Perini Corporation | None | 4704 | Unliquidated | U | No Liability, Unliquidated | Expunge | Response deadline extended until September 2, 2004; continue to September 27, 2004 Omnibus Hearing |
| DAP Products, Inc. | None | 12990 | $429,798.91 | U | No Liability | Expunge | Response deadline extended until September 2, 2004; continue to September 27, 2004 Omnibus Hearing |
| Dillingham-Manson Joint Venture | 5841 | 14050 | Unliquidated | A | No Liability; Unliquidated | Expunge | Continue to September 27, 2004 Omnibus Hearing |
| Dillingham-Manson Joint Venture | 5841 | 14051 | Unliquidated | A | No Liability; Unliquidated | Expunge | Continue to September 27, 2004 Omnibus Hearing |

## W. R. Grace
## Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| State of Ohio Environmental Protection Agency | 5692 | 9557 | Unliquidated | U | | | Continue to September 27, 2004 Omnibus Hearing |
| U.S. Bureau of Customs and Border Protection | 5707 | 8742 | Unliquidated | P, U | No Liability; Unliquidated | Expunge | Continue to September 27, 2004 Omnibus Hearing |
| CHL Administration, Inc. | 5708 (through 5713) | 851 | Unliquidated | U | No Liability; Unliquidated | Expunge | Continue to September 27, 2004 Omnibus Hearing |
| Archer, David | 5795 | 602 | $1,541,849.60 | U | No Liability; Unliquidated | Expunge | Continue to September 27, 2004 Omnibus Hearing |
| Archer, Michelle | 5796 | 604 | $1,910,100.00 | U | No Liability | Expunge | Continue to September 27, 2004 Omnibus Hearing |
| New England Construction Company | 5716 | 14396 | $127,327.42 | U | No Liability | Expunge | Continue to September 27, 2004 Omnibus Hearing |
| AKZO Nobel Polymer Chemicals LLC | None | 17 | $30,086.70 | U | Other (Individual Claim Objection) | Expunge | Re-sent Notice of Objection on July 23, 2004; continue to September 27, 2004 Omnibus Hearing |
| Bui, Kent | None | 1570 | Unliquidated | U | No Liability, Unliquidated | Expunge | Re-sent Notice of Objection on July 23, 2004; continue to September 27, 2004 Omnibus Hearing |

## W. R. Grace
### Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Peters Smith & Co. | None | 9689 | $50,000.00 | U | No Liability | Expunge | Continue to September 27, 2004 Omnibus Hearing |
| Sverdrup Civil Inc. | None | 576 | Unliquidated | U | No Liability, Unliquidated | Expunge | Response deadline extended to September 2, 2004; continue to September 27, 2004 hearing |
| Texas Commission on Environmental Quality | None | 5540 | Unliquidated | U | No Liability | Expunge | Counsel represented that Notice of Withdrawal of Claim No. 5540 will be filed. |
| Texas Commission on Environmental Quality | None | 5540 | Unliquidated | U | Unliquidated | Expunge | Counsel represented that Notice of Withdrawal of Claim No. 5540 will be filed. |