IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------x

In re:                                  Chapter 11

W.R. GRACE & Co., et al.,           Case No. 01-01139 (JKF)
                                        (Jointly Administered)

             Debtor                   Objection Deadline: To be Determined
                                            Hearing Date: To be Determined

**THIRTEENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO &
MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH JUNE 30, 2004)**

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | February 4, 2004 through June 30, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary during the Quarter (100%): | $33,876.25 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary during the Quarter (100%): | $1,703.45 |

This is the Thirteenth quarterly fee application for FTI Policano and Manzo ("FTI P&M") in these cases. FTI P&M was replaced by Capstone Corporate Recovery, LLC as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, as ordered by the Court on June 8, 2004. In accordance with the same Court order, FTI P&M continues to be retained by the Committee in a limited advisory capacity.

**THIRTEENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO &
MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH JUNE 30, 2004)**

**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 | $3,913.13 |
| **Totals First Quarterly** | **April 20, 2001 through June 30, 2001** | **$196,005.50** | **$7,094.17** | **$156,804.40** | **$7,094.17** |
| August 28, 2001 | July 1, 2001 through July 31, 2001 | $71,989.50 | $3,871.54 | $57,591.60 | $3,871.14 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 | $3,028.40 |
| **Totals Second Quarterly** | **July 1, 2001 through September 30, 2001** | **$247,231.00** | **$7,992.39** | **197,784.80** | **$7,992.39** |

**THIRTEENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO &
MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH JUNE 30, 2004)**

## ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) | Expenses |
|---|---|---|---|---|---|
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42,643.00 | $ 3,670.86 | $34,114.40 | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 | $1,005.29 |
| **Totals Third Quarterly** | **October 1, 2001 through December 31, 2001** | **$146,678.00** | **$6,540.87** | **$117,342.40** | **$6,540.87** |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 | $1,874.43 |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 | $1,919.09 |
| **Totals Fourth Quarterly** | **January 1, 2002 through March 31, 2002** | **$197,137.00** | **$6,343.22** | **$157,709.60** | **$6,343.22** |

3

**THIRTEENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO &
MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH JUNE 30, 2004)**

## ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) | Expenses |
|---|---|---|---|---|---|
| May 28, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $ 4,657.40 (less adjustment of $126.55 per Exhibit G) | $81,851.20 | $4,530.85 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 | $2,207.14 |
| July 28, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | 1,381.59 | $34,687.20 | $1,381.59 |
| **Totals Fifth Quarterly** | **April 1, 2002 through June 30, 2002** | **$195,700.00** | **$8,119.58** | **$156,560.00** | **$8,119.58** |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 | $43.14 |
| **Totals Sixth Quarterly** | **July 1, 2002 through September 30, 2002** | **$145,067.00** | **$1,781.28** | **$116,053.60** | **$1,781.28** |

4

THIRTEENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO &
MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH JUNE 30, 2004)

## ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) | Expenses |
|---|---|---|---|---|---|
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 | $34.69 |
| | | | | | |
| **Totals Seventh Quarterly** | **October 1, 2002 through December 31, 2002** | **$133,591.00** | **$1,116.41** | **$106,872.80** | **$1,116.41** |
| February 28, 2003 | January 1, 2003 through January 31, 2001 | $71,517.00 | $831.54 | $57,213.60 | $831.54 |
| March 31, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 | $769.04 |
| **Totals Eighth Quarterly** | **January 1, 2003 through March 31, 2003** | **$297,288.50** | **$3,865.37** | **$237,830.80** | **$3,865.37** |
| | | | | | |

**THIRTEENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO &
MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH JUNE 30, 2004)**

### ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) | Expenses |
|---|---|---|---|---|---|
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 | $847.39 |
| July 24, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 | $408.81 |
| **Totals Ninth Quarterly** | **April 1, 2003 through June 30, 2003** | **$172,865.00** | **$1,389.90** | **$138,292.00** | **$1,389.90** |
| August 31, 2003 | July 1, 2003 through July 31, 2003 | $61,294.00 | $780.87 | $49,035.20 | $780.87 |
| September 30, 2003 | August 1, 2003 through August 31, 2003 | $90,447.50 | $1,132.37 | $72,358.00 | $1.132.37 |
| October 27, 2003 | September 1, 2003 through September 30, 2003 | $97,227.50 | $1,464.59 | $77,782.00 | $1,464.59 |
| **Totals Tenth Quarterly** | **July 1, 2003 through September 30, 2003** | **$248,969.00** | **$3,557.83** | **$199,175.20** | **$3,557.83** |
| November 30, 2003 | October 1, 2003 through October 31, 2003 | $75,036.00 | $1,282.62 | $60,028.80 | $1,282.62 |
| December 31, 2003 | November 1, 2003 through November 30, 2003 | $67,009.00 | $815.91 | $53,607.20 | $815.91 |
| January 29, 2004 | December 1, 2003 through December 31, 2003 | $105,609.00 | $222.05 | $84,487.20 | $222.05 |
| **Totals Eleventh Quarterly** | **October 1, 2003 through December 31, 2003** | **$247,654.00** | **$2,320.58** | **$198,123.20** | **$2,320.58** |

**THIRTEENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO &
MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH JUNE 30, 2004)**

## ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) | Expenses |
|---|---|---|---|---|---|
| March 2, 2004 | January 1, 2004 through February 3, 2004 | $92,750.50 | $1,138.73 | $74,200.40 | $1,138.73 |
| **Totals Twelfth Quarterly** | **January 1, 2004 through February 3, 2004** | **$92,750.50** | **$1,138.73** | **$74,200.40** | **$1,138.73** |
| June 10, 2004 | February 4, 2004 through March 31, 2004 | $33,876.25 | $1,703.45 | $27,101.00 | $1,703.45 |
| **Totals Thirteenth Quarterly** | **February 4, 2004 through June 30, 2004** | **$33,876.25** | **$1,703.45** | **$27,101.00** | **$1,703.45** |

**THIRTEENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO &
MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH JUNE 30, 2004)**

## ATTACHMENT B

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours during the Quarter | Total Compensation for the Quarter |
|---|---|---|---|
| S. Joffe | $625 | 30.25 | $18,906.25 |
| J. Schwartzman | $525 | 27.80 | $14,595.00 |
| M. Hakoun | $150 | 2.25 | $337.50 |
| N. Backer | $ 75 | 0.50 | $37.50 |
| | | | |
| Grand Total: | | 60.80 | $33,876.25 |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours for the Quarter | Total Fees for the Quarter |
|---|---|---|---|
| 04 | Data Analysis | 57.80 | $32,276.25 |
| 11 | Creditors Committee | 2.50 | $1,562.50 |
| 16 | Fee Applications, Applicant | 0.50 | $37.50 |
| | | | |
| | Total | 60.80 | $33,876.25 |

**THIRTEENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO &
MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH JUNE 30, 2004)**

### EXPENSE SUMMARY

| Expense Category | Total Expenses for the Quarter |
|---|---|
| Postage, Express Delivery | $42.45 |
| Travel Expenses | $1,568.01 |
| Supplies | $8.47 |
| Research | $84.52 |
| | |
| Total | $1,703.45 |

**THIRTEENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO &
MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH JUNE 30, 2004)**

### APPLICATION

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the

"Bankruptcy Code", Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the

Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Professionals and Official Committee Members (the

"Interim Compensation Order"), the Amendment to the Administrative Order effective April 17,

2002 (the "Amendment") and Del.Bankr.LR 2016-2, of FTI Policano & Manzo ("FTI P&M"),

Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee") of W.R.

Grace & Co. and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-

possession (the "Debtors"), hereby applies for an order allowing it (i) compensation in the

amount of $33,876.25 for professional services rendered by FTI P&M as financial advisors for

the Committee, less $0.00 previously paid, and (ii) reimbursement for the actual and necessary

expenses incurred by FTI P&M in rendering such services in the amount of $1,703.45, less $0.00

previously paid, (the "Thirteenth Quarterly Fee Application"), in each case for the interim

quarterly period from February 4, 2004 through June 30, 2004 (the "Fee Period").  In support of

this Application, FTI P&M respectfully states as follows:

### Monthly Interim Fee Applications Covered Herein

1.  Pursuant to the procedures set forth in the Administrative Fee Order and Amendment,

    professionals may apply for monthly compensation and reimbursement (each such

application, a "Monthly Fee Application"), and the notice parties listed in the Administrative

Fee Order and Amendment may object to such request. If no notice party objects to a

professional's Monthly Fee Application within twenty (20) days after the date of service of

the Monthly Fee Application, the applicable professional may submit to the Court a

certification of no objection whereupon the Debtors are authorized to pay interim

compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

2.  Furthermore, and also pursuant to the Administrative Fee Order and Amendment,

professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly

Fee Application") for interim Court approval and allowance of the Monthly Fee Applications

filed during the quarter covered by that Quarterly Fee Application. If the Court grants the

relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to

pay the professional 100% of the fees and expenses requested in the Monthly Fee

Applications covered by that Quarterly Fee Application less any amounts previously paid in

connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly

Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and

expenses at a hearing on the professional's final fee application.

3.  Pursuant to an Application submitted to the Court on or about May 17, 2001, and by a Court

order dated June 21, 2001 (the "Retention Order"), FTI P&M was retained as financial

advisors for the Committee, nunc pro tunc to April 20, 2001. Since its retention, FTI P&M

has continuously and vigorously pursued the Committee's interests in these cases.

4.  FTI P&M is a firm of financial advisors specializing in insolvency restructuring and related

matters, and is an operating unit of FTI Consulting, Inc. Since being retained by the

Committee, FTI P&M has rendered professional services to the Committee as requested and

as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates. FTI P&M respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

5. FTI was replaced by Capstone Corporate Recovery, LLC as financial advisor to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004 as ordered by the Court on June 8, 2004. FTI continues to be retained by the Committee in a limited advisory capacity.

6. This is the Thirteenth Quarterly Fee Application for compensation for services rendered that FTI P&M has filed with the Bankruptcy Court in connection with the representation of the Committee in these chapter 11 cases.

7. FTI P&M has filed only one Monthly Fee Application for interim compensation during the Fee Period: i) Thirty-fifth application of FTI Policano & Manzo, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from February 4, 2004, through March 31, 2004, filed on or about June 10, 2004, (the "Thirty-fifth Fee Application") attached hereto as Exhibit D.

FTI P&M has not filed any other Quarterly Fee Applications or Monthly Fee Applications for the Fee Period. FTI P&M has received $0.00 from the Debtors in payments for the application that is part of this quarterly period.

### Description of Services, Fees and Expenses

8. During the Thirteenth Quarterly Interim Period, the Applicant rendered professional services aggregating a total of 60.8 hours in the discharge of its duties as financial advisor and bankruptcy consultant to the Committee. The Applicant is seeking an interim allowance for compensation of professional services rendered to the Debtors of $33,876.25, representing 100% of fees incurred, and reimbursement of expenses in connection therewith of $1,703.45. The Applicant, respectfully, submits the following:

a) The Applicant believes that the interim fees applied for herein for professional services rendered in performing accounting and advisory services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained.

b) All expenses were billed at actual cost, exclusive of amortization of the cost of investment, equipment or capital outlay. Internal charges for outgoing out-of-town facsimile transmissions were billed at $1.00 per page for domestic transmissions. Photocopy charges were billed at actual cost for external copying and $.15 per page for internal copying. FTI P&M believes that these charges reflect its actual out-of-pocket costs.

c) The disbursements and expenses have been incurred in accordance with FTI P&M's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses were often incurred to enable FTI P&M to devote time beyond normal office hours to matters that imposed extraordinary time demands. FTI P&M has endeavored to minimize these expenses to the fullest extent possible.

d) FTI P&M expended an aggregate of 60.8 hours, substantially all of which was expended by the professional staff of FTI P&M. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. A small staff was utilized to optimize efficiencies and avoid redundant efforts. The staff of the Debtors or their advisors has been utilized where practical and prudent.

e) FTI P&M's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost

13

f) Because FTI P&M's core staff consisted of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum. Additionally, because of the experience of FTI P&M's professionals, in many instances only one or two FTI P&M representatives attended meetings or conference calls or performed specific functions.

g) To the best of the Applicant's knowledge and belief, there has been no duplication of services between the Applicant and any other accountants or consultants to the bankruptcy estate.

h) FTI P&M's travel time policy is for professional personnel to travel outside of business hours when possible. Such time is not charged to a client unless productive work is performed during the travel period. In this engagement, non-productive travel time is not being charged to the Debtors.

i) In providing a reimbursable service such as copying or telephone, the Applicant does not make a profit on that service. In charging for a particular service, FTI P&M does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay. In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, FTI P&M requests reimbursement only for the amount billed to FTI P&M by such third party vendor and paid by FTI P&M to that vendor.

j) Annexed hereto as Exhibit B are summaries of fees and hours by professional and by task during the Thirteenth Quarterly Interim Period.

k) Annexed hereto as Exhibit C is a summary of expenses for the Thirteenth Quarterly Interim Period.

l) Annexed hereto as Exhibit D is the monthly interim application that includes the detail of the services performed by the Applicant during the monthly period at the direction of the Committee and its Counsel.

m) Pursuant to Rule 2016, FTI P&M states that no compensation to be received in this proceeding will be shared with any person or entity outside of FTI P&M and that no compensation has been paid or promised to the Applicant in connection with the compensation sought in this Application except as disclosed herein. No prior application has been made to this or any other Court for the relief requested herein for the Compensation Period, nor has any payment been received by FTI P&M on account of its accounting and financial advisory services rendered or on account of the out-of-pocket expenses incurred in connection therewith.

n) As stated in the Affidavit annexed hereto as Exhibit A, all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

9. The detail of services provided by FTI P&M during the Fee Period is included in the monthly

fee application attached as Exhibit D. A brief summary of the services provided by FTI

P&M during the Fee Period is provided as follows:

a)      Task Code 4 – Data Analysis (57.80 Hours)

During the Fee Period, we analyzed issues including the "lonely parent" tax rule, the
Sealed Air settlement, and other tax related items. This includes discussions with the
Debtor and counsel.

b)      Task Code 11 – Creditors Committee (2.50 Hours)

During the Fee Period, we discussed various case issues with the Committee. In addition,
we spent time preparing memos for distribution to the Committee members.

c)      Task Code 16 – Fee Applications, Applicant (0.50 Hours)

During the Fee Period we prepared our January fee application.


### Relief Requested

10. By this Thirteenth Quarterly Fee Application, FTI P&M requests that the Court approve the

interim allowance of compensation for professional services rendered and the reimbursement

of actual and necessary expenses incurred by FTI P&M for the Fee Period, and as detailed in

the February –March (35th) Monthly Application, less the amounts previously paid to FTI

P&M pursuant to the procedures set forth in the Administrative Fee Order and Amendment.[1]

As stated above, the full scope of services provided and the related expenses incurred are

fully described in the February-March (35th) Monthly Application, which is attached hereto

as Exhibit D.

---

[1]  FTI P&M reserves the right to seek at a later date compensation for services rendered and reimbursement for
expenses incurred during the January 2004 period that are not otherwise included in the relevant February-
March (35th) Monthly Application.

## Disinterestedness

11. As disclosed in the affidavit, (the "Affidavit") FTI P&M does not hold or represent any interest adverse to the estates, and had been, at all relevant times, a disinterested person as that term is defined in section 101(4) of the Bankruptcy Code as modified by section 1107 of the Bankruptcy Code.

12. FTI P&M may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the chapter 11 cases. FTI P&M disclosed in its Retention Application its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts.

WHEREFORE, FTI P&M respectfully requests that the Court enter an order, substantially in the form attached hereto,

    a) granting FTI P&M an allowance of (i) $33,876.25 as compensation for reasonable and necessary professional services rendered to the Committee, less $0.00 previously paid, and (ii) of $1,703.45 for reimbursement of actual and necessary costs and expenses incurred, less $0.00 previously paid, for a net total of $35,579.70 owing and unpaid, for the Fee period from February 4, 2004 through June 30, 2004;

    b) authorizing and directing the Debtors to pay to FTI P&M the outstanding amount of such sums; and

    c) granting such other and further relief as this Court may deem just and proper.

Date: _____, 2004

FTI Policano & Manzo

By _____
   Robert Manzo

FTI Policano & Manzo
Park 80 West, Plaza I
Saddle Brook, NJ 07663
(201) 843-4900

17

## Index to Exhibits

Exhibit A          Affidavit

Exhibit B          Summary Schedules of Fees for the Quarter

Exhibit C          Summary Schedule of Expenses for the Quarter

Exhibit D          Fee Application for the Period February 4 – June 30, 2004

**Exhibit A**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | | (Jointly Administered) |
| Debtors. | ) | |
| | | |
| | ) | Objection Deadline: To Be Determined |
| | | Hearing Date: To Be Determined |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) ss: |
| COUNTY OF BERGEN | ) |

ROBERT MANZO, being duly sworn, deposes and says:

1.  I am a Senior Managing Director of FTI Policano & Manzo, ("FTI P&M"), an operating unit of FTI Consulting, Inc. ("FTI"), and I am duly authorized to make this affidavit on behalf of FTI P&M. FTI P&M provides financial consulting services for restructuring matters and has its principal office at Park 80 West Plaza I, Saddle Brook, New Jersey. FTI P&M has provided financial consulting services to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

2.  This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of FTI P&M's Twelfth Quarterly interim application for compensation for services and for reimbursement of expenses for services rendered during the period from February 4, 2004 through June 30, 2004 in the aggregate amount of $35,579.70, of which $35,579.70 has not yet been paid.

3.  All services for which compensation is requested by FTI P&M were professional services performed for and on behalf of the Committee from February 4, 2004 through and including June 30, 2004 and not on behalf of any other person.

4.  In accordance with Title 18 U.S.C. Section 155, neither I nor any employee of my firm has entered into any agreement, express or implied, with any other party-in-interest for the

purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5. In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any employee thereof, on the one hand, and any other person, on the other hand, for division of such compensation as my firm may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me or any employee of my firm.


_____

ROBERT MANZO


Sworn to before me this
_____ day of _____, 2004



_____

Notary Public

2

**Exhibit B**

**Summary Schedules of Fees for the Quarter**

**W.R. Grace & Co.**
**FTI Consulting, Inc.**
**Summary of Fees by Professional**
**For the Period 2/4/2004 through 6/30/2004**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| S. Joffe | Sr. Managing Director | $625 | 30.25 | $18,906.25 |
| J. Schwartzman | Managing Director | $525 | 27.80 | $14,595.00 |
| M. Hakoun | Research | $150 | 2.25 | $337.50 |
| N. Backer | Paraprofessional | $75 | 0.50 | $37.50 |
| For the Period 2/4/2004 through 6/30/2004 | | | 60.80 | $33,876.25 |

# W.R. Grace & Co.
## FTI Consulting, Inc.
### Summary of Fees by Task Code by Professional
### For the Period 2/4/2004 through 6/30/2004

| Professional | Hours | Fees |
|---|---|---|
| **04. Data Analysis** | | |
| S. Joffe | 27.75 | $17,343.75 |
| J. Schwartzman | 27.80 | $14,595.00 |
| M. Hakoun | 2.25 | $337.50 |
| | 57.80 | $32,276.25 |
| **11. Creditors Committee** | | |
| S. Joffe | 2.50 | $1,562.50 |
| | 2.50 | $1,562.50 |
| **16. Fee Applications, Applicant** | | |
| N. Backer | 0.50 | $37.50 |
| | 0.50 | $37.50 |
| **For the Period 2/4/2004 through 6/30/2004** | 60.80 | $33,876.25 |

**Exhibit C**

**Summary Schedule of Expenses for the Quarter**

# W.R. Grace & Co.
## FTI Consulting, Inc.
## Expense Detail
## For the Period 2/4/2004 through 6/30/2004

| Expense Date | Professional | Amount |
|---|---|---|
| **Airfare/Train** | | |
| 2/17/2004 | J. Schwatzman | $400.00 |
| Subtotal - Airfare/Train | | $400.00 |
| **Lodging** | | |
| 2/19/2004 | J. Schwatzman | $833.77 |
| Subtotal - Lodging | | $833.77 |
| **Meals** | | |
| 2/18/2004 | J. Schwartzman | $203.24 |
| Subtotal - Meals | | $203.24 |
| **Parking** | | |
| 2/19/2004 | J. Schwartzman | $30.00 |
| 2/25/2004 | S. Joffe | $35.00 |
| Subtotal - Parking | | $65.00 |
| **Postage & Over-Night Deliveries** | | |
| 2/17/2004 | M. Hakoun | $33.75 |
| 2/18/2004 | M. Hakoun | $8.70 |
| Subtotal - Postage & Over-Night Deliveries | | $42.45 |
| **Research** | | |
| 3/29/2004 | S. Joffe | $84.52 |
| Subtotal - Research | | $84.52 |
| **Supplies** | | |
| 2/16/2004 | M. Hakoun | $8.47 |
| Subtotal - Supplies | | $8.47 |

| Expense Date | Professional | Amount |
|---|---|---|
| Taxi | | |
| 2/19/2004 | J. Schwartzman | $55.00 |
| 2/25/2004 | J. Schwartzman | $11.00 |
| Subtotal - Taxi | | $66.00 |
| For the Period 2/4/2004 through 6/30/2004 | | $1,703.45 |

**Exhibit D**

**Fee Application for the period**

**February 4, 2004 – March 31, 2004**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------x

In re:                                        Chapter 11

W.R. GRACE & Co., et al.,                     Case No. 01-01139 (JKF)
                                              (Jointly Administered)

Debtors

THIRTY-FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH MARCH 31, 2004)

Name of Applicant:                            FTI Policano & Manzo

Authorized to Provide Professional Services to:   The Official Committee of
                                              Unsecured Creditors
Date of Retention:                            June 21, 2001

Period for which compensation and             February 4, 2004 through
reimbursement is sought:                      March 31, 2004

Amount of Compensation sought
as actual, reasonable and necessary (80% of $33,876.25):   $27,101.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):   $1,703.45

This is the thirty-fifth fee application filed for FTI Policano & Manzo ("FTI") in these
cases. FTI was replaced by Capstone Corporate Recovery, LLC as financial advisors to
the Official Committee of Unsecured Creditors (the "Committee"), nunc pro tunc to
February 4, 2004, subject to order by the Court dated June 8, 2004. FTI continues to be
retained by the Committee in a limited tax advisory capacity.

This is the Thirty-fifth application filed. Disclosure for prior periods and current period
is as follows:

THIRTY-FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH MARCH 31, 2004)
ATTACHMENT A
TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested | | | |
| --- | --- | --- | --- | --- | --- |
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

2

THIRTY-FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH MARCH 31, 2004)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

3

THIRTY-FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH MARCH 31, 2004)
ATTACHMENT A
TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 31, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |
| August 31, 2003 | July 1, 2003 through July 31, 2003 | $61,294.00 | $780.87 | $49,035.20 (80% of requested fees) | $780.87 |
| September 26, 2003 | August 1, 2003 through August 31, 2003 | $90,447.50 | $1,312.37 | $72,358.00 (80% of requested fees) | $1,312.37 |
| October 24, 2003 | September 1, 2003 through September 30, 2003 | $97,227.50 | $1,464.59 | $77,782.00 (80% of requested fees) | $1,464.59 |
| December 1, 2003 | October 1, 2003 through October 31, 2003 | $75,036.00 | $1,282.62 | $60,028.80 (80% of requested fees) | $1,282.62 |
| January 5, 2004 | November 1, 2003 through November 31, 2003 | $67,009.00 | $815.91 | $53,607.20 (80% of requested fees) | $815.91 |

4

THIRTY-FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH MARCH 31, 2004)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| January 26, 2004 | December 1, 2003 through December 31, 2003 | $105,609.00 | $222.05 | $84,487.20 (80% of requested fees) | $222.05 |
| February 29, 2004 | January 1, 2004 through February 3, 2004 | $92,750.50 | $1,138.73 | $74,200.40 (80% of requested fees) | $1,138.73 |
| June 15, 2004 | February 4, 2004 through March 31, 2004 | $33,876.25 | $1,618.93 | $27,101.00 (80% of requested fees) | $1,618.93 |

5

THIRTY-FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH MARCH 31, 2004)

**ATTACHMENT B**
**TO FEE APPLICATION**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| S. Joffe | $625 | 30.25 | $18,906.25 |
| J. Schwartzman | $525 | 27.80 | $14,595.00 |
| M. Hakoun | $150 | 2.25 | $337.50 |
| N. Backer | $ 75 | .50 | $37.50 |
| | | | |
| Totals: | | 60.80 | $33,876.25 |
| Blended Rate: | $557 | | |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 04 | Data Analysis | 57.80 | $32,276.25 |
| 11 | Creditors Committee | 2.50 | $1,562.50 |
| 16 | Fee Applications, Applicant | .50 | $37.50 |
| | | | |
| | Total | 60.80 | $33,876.25 |

6

**THIRTY-FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH MARCH 31, 2004)**

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Postage, Over-Night Deliveries | $42.45 |
| Travel Expenses | $1,568.01 |
| Supplies | $8.47 |
| Research | $84.52 |
| | |
| Total | $1,703.45 |

*W.R. Grace and Co.*
*FTI Consulting, Inc.*
*Summary of Professional Fees by Professional*
*For the Period 2/4/04 through 3/31/04*

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| S. Joffe | Consultant | $625.00 | 30.25 | $18,906.25 |
| J. Schwartzman | Consultant | $525.00 | 27.80 | $14,595.00 |
| M. Hakoun | Research | $150.00 | 2.25 | $337.50 |
| N. Backer | Administration | $75.00 | 0.50 | $37.50 |
| *Total for the Period 2/4/04 – 3/31/04* | | | 60.80 | $33,876.25 |

*W.R. Grace and Co.*
*FTI Consulting, Inc.*
*Summary of Hours and Fees by Task Category*
*For the Period 2/4/04 through 3/31/04*

| Category | Category Description | Hours | Fees |
|---|---|---|---|
| 04. Data Analysis | During the Fee Application period, the Applicant analyzed issues including the "lonely parent" tax rule, the Sealed Air settlement, and other tax related items. This includes discussions with the Debtor and Counsel. | 57.80 | $32,276.25 |
| 11. Creditors Committee | During the Fee Application Period, the Applicant discussed various issues with the Committee. In addition, the Applicant spent time preparing memos for distribution to Committee members. | 2.50 | $1,562.50 |
| 16. Fee Applications, Applicant | During the Fee Application Period, the Applicant prepared the January Fee Application. | 0.50 | $37.50 |
| *Total for Period 2/4/04 – 3/31/04* | | 60.80 | $33,876.25 |

*W.R. Grace and Co.*
*FTI Consulting, Inc.*
*Detailed Time Description by Activity Category*
*For the Period 2/4/04 through 3/31/04*

| Professional | Date | Hours | Description of Activity |
|---|---|---|---|
| **04. Data Analysis** | | | |
| M. Hakoun | 2/5/2004 | 2.25 | Updated peer group analysis to include 4th quarter 2003 data. |
| S. Joffe | 2/9/2004 | 2.00 | Reviewed tax diligence materials and research. |
| S. Joffe | 2/9/2004 | 2.00 | Read and analyzed tax diligence and research materials. |
| J. Schwartzman | 2/9/2004 | 2.00 | Prepared and analyzed research documents, and discussed with S. Joffe. |
| S. Joffe | 2/10/2004 | 4.00 | Reviewed tax disclosure and research with respect to "lonely parent" rule, substance over form. |
| S. Joffe | 2/11/2004 | 2.00 | Reviewed research with respect to IRS Position on remedial ("Hermes" types) transaction; research with respect to RBV RU 82-152 and "lonely parent" rule. |
| J. Schwartzman | 2/11/2004 | 4.00 | Read IRS documents and researched and discussed arguments with S. Joffe. |
| S. Joffe | 2/12/2004 | 2.00 | Corresponded with Mayer Greenberg (Stroock) regarding specified liability losses. |
| J. Schwartzman | 2/12/2004 | 2.00 | Prepared research and participated in discussion of PLRs on "lonely parent". |
| S. Joffe | 2/13/2004 | 2.00 | Reviewed research regarding "lonely parent" rule. |
| J. Schwartzman | 2/17/2004 | 2.00 | Participated in meeting with W.R. Grace tax department. |
| S. Joffe | 2/18/2004 | 4.50 | Participated in conference call with WR Grace tax staff and Stroock regarding Sealed Air settlement and emergence planning. |
| J. Schwartzman | 2/18/2004 | 8.00 | Met with W.R. Grace tax department. |
| S. Joffe | 2/20/2004 | 3.00 | Reviewed Sealed Air settlement documentation and prepared email correspondence with counsel. |
| J. Schwartzman | 2/20/2004 | 3.00 | Read and analyzed Sealed Air settlement agreement and related documents and discussed same with Steve Joffe. |
| S. Joffe | 2/23/2004 | 2.00 | Participated in conference call with counsel regarding tax issues. |
| J. Schwartzman | 2/23/2004 | 2.00 | Participated in conference call with counsel. |
| S. Joffe | 2/25/2004 | 3.00 | Participated in meeting with counsel regarding Sealed Air. |
| J. Schwartzman | 2/25/2004 | 3.00 | Participated in meeting with counsel regarding Sealed Air. |
| J. Schwartzman | 2/27/2004 | 0.50 | Discussed tax implications of hypothetical recovery analysis with case team members. |
| S. Joffe | 3/19/2004 | 0.75 | Reviewed memo regarding creditor recovery. |
| J. Schwartzman | 3/19/2004 | 0.80 | Edited report to Committee and provided comments to S. Cunningham. |
| S. Joffe | 3/22/2004 | 0.50 | Discussed with counsel Sealed Air settlement. |
| J. Schwartzman | 3/22/2004 | 0.50 | Edited report to Committee and provided comments to S. Cunningham. |

| Professional | Date | Hours | Description of Activity |
|---|---|---|---|
| *Subtotal - 04. Data Analysis* | | **57.80** | |
| | | | |
| **11. Creditors Committee** | | | |
| S. Joffe | 2/17/2004 | 2.00 | Participated in conference call with Committee and creditors. |
| S. Joffe | 3/10/2004 | 0.50 | Prepared memo to Committee. |
| *Subtotal - 11. Creditors Committee* | | **2.50** | |
| | | | |
| **16. Fee Applications, Applicant** | | | |
| N. Backer | 2/5/2004 | 0.50 | Processed January fee application. |
| *Subtotal - 16. Fee Applications, Applicant* | | **0.50** | |
| *Total Hours for Period 2/4/04 - 3/31/04* | | **60.80** | |

*W.R. Grace and Co.*
*FTI Consulting, Inc.*
*Project Expenses – Total by Professional by Expense Category*
*For the Period 2/4/04 through 3/31/04*

| Expense Type | Professional | Date | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| | J. Schwartzman | 2/17/2004 | $400.00 |
| *Subtotal - Airfare/Train* | | | *$400.00* |
| **Lodging** | | | |
| | J. Schwartzman | 2/19/2004 | $833.77 |
| *Subtotal - Lodging* | | | *$833.77* |
| **Meals** | | | |
| | J. Schwartzman | 2/18/2004 | $203.24 |
| *Subtotal - Meals* | | | *$203.24* |
| **Parking** | | | |
| | J. Schwartzman | 2/19/2004 | $30.00 |
| | S. Joffe | 2/25/2004 | $35.00 |
| *Subtotal - Parking* | | | *$65.00* |
| **Postage & Over-Night Deliveries** | | | |
| | M. Hakoun | 2/18/2004 | $8.70 |
| | M. Hakoun | 2/17/2004 | $33.75 |
| *Subtotal - Postage & Over-Night Deliveries* | | | *$42.45* |
| **Research** | | | |
| | S. Joffe | 3/29/2004 | $84.52 |
| *Subtotal - Research* | | | *$84.52* |
| **Supplies** | | | |
| | M. Hakoun | 2/16/2004 | $8.47 |
| *Subtotal - Supplies* | | | *$8.47* |

| Expense Type | Professional | Date | Amount |
|---|---|---|---|
| Taxi | | | |
| | J. Schwartzman | 2/19/2004 | $55.00 |
| | J. Schwartzman | 2/25/2004 | $11.00 |
| *Subtotal - Taxi* | | | *$66.00* |
| | | | $1,703.45 |