## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| W. R. Grace & Co., et al., | § | Case Nos. 01-1139 ~ 01-1200 (JJF) |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | Chapter 11 |

### NOTICE OF WITHDRAWAL OF CLAIM NO. 5540 FILED BY
### THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

The Texas Commission on Environmental Quality ("TCEQ"), formerly the Texas Natural Resource Conservation Commission, respectfully files its Notice of Withdrawal of claim number 5540 in Case No. 01-01194. After consultation with Debtors' counsel and in response to the Debtors' Fifth Omnibus Objection to Claims, the TCEQ has elected to withdraw this claim.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/ *Edith Stuart Phillips*
EDITH STUART PHILLIPS
Assistant Attorney General
Texas State Bar No.15923600
Bankruptcy & Collections Division - 008
P. O. Box 12548
Austin, Texas 78711-2548
Tel.: (512) 463-2173    Fax: (512) 482-8341

ATTORNEYS FOR THE TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY

CERTIFICATE OF SERVICE

      I hereby certify that on August 17, 2004, I served a copy of the foregoing *Notice of Withdrawal of Claim Filed by the Texas Commission on Environmental Quality* U. S. Mail, First Class, postage prepaid (unless otherwise indicated) to the following:

| Attorneys for Debtor: | Debtor: |
|---|---|
| Rachel R. Schulman, Esq. | W. R. Grace & Co. |
| Kirkland & Ellis LLP | 7500 Grace Drive |
| 200 East Randolph Drive | Columbia, MD 21044 |
| Chicago, Illinois 60601 | |

David W. Carickhoff Jr., Esq.
Pachulski, Stang, et al.
P.O. Box 8705
Wilmington, Delaware 19899-8705

                                              /s/ *Edith Stuart Phillips*
                                              Edith Stuart Phillips
                                              Assistant Attorney General