IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: September 7, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S THIRTY-THIRD MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/327993

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 3, 2004

Bill Number 70649
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through June 30, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/01/04 | RAM | Read selected documents filed in bankruptcy court. | 0.80 Hrs | $176.00 |
| 06/01/04 | ARA | Work on preparing documents for relocation to different area at Winthrop Square; label boxes; answer questions of movers; correct floor plan. | 6.50 Hrs | $552.50 |
| 06/02/04 | MTM | Receipt and review of bill from Merrill re: copies for O.M. Scott (.1); telephone call to ARA re: same (.1); telephone call to Reed Smith counsel re: same and disposition of copy sets (.1). Telephone call to ARA re: status of review of sales outside U.S. boxes for sales in Japan (.1). | 0.40 Hrs | $76.00 |
| 06/02/04 | ARA | Continue review of sales outside U.S. documents for sales in Japan per in-house counsel's request (8.7). Receipt of originals and copies from Merrill Corp. following O.M. Scott production (.9). | 9.60 Hrs | $816.00 |
| 06/03/04 | MTM | Receipt and review of copy bill from Uniscribe (.1); telephone call to Merrill questioning rates (.2); telephone call to ARA re: copies from Uniscribe (.1); telephone call from Merrill re: Uniscribe's bill (.2). | 0.60 Hrs | $114.00 |
| 06/03/04 | ARA | Continue review of sales outside U.S. documents for sales in Japan per in-house counsel's request (6.5). Telephone call from MTM re: number of copies from Uniscribe re: O.M. Scott production (.1). | 6.60 Hrs | $561.00 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

| <u>Date</u> | <u>Atty</u> | <u>Description</u> | <u>Time</u> | <u>Value</u> |
|---|---|---|---|---|
| 06/04/04 | MTM | Conference with ARA re: sales outside U.S. review for references to sales in Japan (.2); review documents and telephone call to in-house counsel re: same (.3); letter to in-house counsel re: same (.1) | 0.60 Hrs | $114.00 |
| 06/04/04 | ARA | Produce sales outside U.S. documents to MTM (.3); discuss my findings re: sales in Japan (.2). Organize documents in the repository after move (3.5). Prepare for delivery of originals and copies by copy service following O.M. Scott production and inventory originals (2.2). | 6.20 Hrs | $527.00 |
| 06/06/04 | RAM | Read letter to in-house counsel re: any sales in Japan. | 0.05 Hrs | No charge |
| 06/08/04 | ARA | Quality control original documents after O.M. Scott production (3.3); telephone conference with Merrill Corp. and Uniscribe re: missing production set boxes (.7). | 4.00 Hrs | $340.00 |
| 06/09/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.7). | 0.80 Hrs | $176.00 |
| 06/09/04 | MTM | Telephone call from ARA re: E. TX box numbers and copy sets for O.M. Scott. | 0.20 Hrs | $38.00 |
| 06/09/04 | ARA | Quality control original documents after O.M. Scott production (4.6); telephone call to MTM re: documents that should have been redacted re: same (.2). Organize documents in the repository after move (1.5). | 6.30 Hrs | $535.50 |
| 06/10/04 | MTM | Telephone call to ARA re: copy sets of Scott documents and document bearing incorrect source box number. | 0.20 Hrs | $38.00 |
| 06/10/04 | ARA | Quality control original documents after O.M. Scott production. | 5.90 Hrs | $501.50 |
| 06/11/04 | ARA | Quality control original documents after O.M. Scott production. | 5.40 Hrs | $459.00 |
| 06/14/04 | ARA | Quality control original documents after O.M. Scott production. | 3.00 Hrs | $255.00 |
| 06/15/04 | ARA | Quality control original documents after O.M. Scott production. | 6.40 Hrs | $544.00 |
| 06/16/04 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $22.00 |
| 06/16/04 | MTM | Telephone call from in-house counsel and counsel from Holme Roberts & Owen re: list of expanding plant employees per request from ATSDR. | 0.50 Hrs | $95.00 |
| 06/16/04 | ARA | Quality control O.M. Scott documents received from Uniscribe (2.4). Receipt of sales outside U.S. documents from MTM; quality control originals and return them to the production set (2.1). | 4.50 Hrs | $382.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 06/17/04 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $22.00 |
| 06/17/04 | ARA | Quality control O.M. Scott documents received from Uniscribe. | 4.10 Hrs | $348.50 |
| 06/18/04 | RAM | Telephone conference with in-house counsel re: whether expanded vermiculite was shipped to O.M. Scott and related subjects. | 0.20 Hrs | $44.00 |
| 06/22/04 | ARA | Quality control O.M. Scott documents received from Uniscribe. | 2.30 Hrs | $195.50 |
| 06/23/04 | ARA | Quality control original documents after O.M. Scott production. | 6.50 Hrs | $552.50 |
| 06/24/04 | RAM | Read updated entries on bankruptcy court's docket to select documents to read (.2) Read selected documents filed in bankruptcy court (.9). | 1.10 Hrs | $242.00 |
| 06/24/04 | ARA | Quality control original documents after O.M. Scott production. | 6.60 Hrs | $561.00 |
| 06/25/04 | ARA | Quality control original documents after O.M. Scott production. | 5.90 Hrs | $501.50 |
| 06/27/04 | RAM | Read selected documents filed in bankruptcy court. | 0.60 Hrs | $132.00 |
| 06/28/04 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $88.00 |
| 06/28/04 | ARA | Quality control originals that were pulled from the production set in quorum number order re: O.M. Scott document production. | 6.90 Hrs | $586.50 |
| 06/29/04 | ARA | Quality control originals from the production set in quorum number order re: O.M. Scott document production. | 6.50 Hrs | $552.50 |
| 06/30/04 | ARA | Quality control originals from the production set in quorum number order re: O.M. Scott document production. | 7.90 Hrs | $671.50 |
| | | TOTAL LEGAL SERVICES | | $10,820.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.10 Hrs | 220/hr | $902.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 220/hr | No charge |
| MATTHEW T. MURPHY | 2.50 Hrs | 190/hr | $475.00 |
| ANGELA R. ANDERSON | 111.10 Hrs | 85/hr | $9,443.50 |

David B. Siegel

|  |  |
|---|---|
| 117.75 Hrs | $10,820.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $10,820.50 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 3, 2004

Bill Number 70650
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through June 30, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 06/01/04 | RAM | Finalize April fee application and send it to in-house counsels to review; telephone conference with in-house counsel re: fee application. | 0.20 Hrs | $44.00 |
| 06/03/04 | RAM | Telephone conference with in-house counsel; fee application may be filed. | 0.10 Hrs | $22.00 |
| 06/07/04 | RAM | Read fee auditor's combined final report re: fee applications with no issues for October 1-December 31, 2003 (.1). Finalize April fee application (.2). | 0.30 Hrs | $66.00 |
| 06/10/04 | RAM | Review charts to respond to fee auditor's request to verify certain dollar amounts. | 0.20 Hrs | $44.00 |
| 06/21/04 | RAM | Work on May fee application. | 0.10 Hrs | $22.00 |
| | | TOTAL LEGAL SERVICES | | $198.00 |

Page 1

David B. Siegel

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.90 Hrs | 220/hr | $198.00 |
| | 0.90 Hrs | | $198.00 |
| | | TOTAL THIS BILL | $198.00 |