**EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 3, 2004

Bill Number 70651
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through June 30, 2004

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 06/14/04 | To in-house counsel on 6/7/04 from Matthew T. Murphy | 23.53 | |
| | | | $23.53 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 06/11/04 | UNISCRIBE - Grace's copies of documents requested by O.M. Scott (5/4/04). | 7,189.74 | |
| 06/14/04 | MERRILL COMM - Grace's copies of documents requested by O.M. Scott (5/7/04). | 2,218.04 | |
| | | | $9,407.78 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 06/04/04 | 79 copies. | 9.48 | |
| 06/08/04 | 8 copies. | 0.96 | |
| 06/14/04 | 1 copy | 0.12 | |
| 06/16/04 | 12 copies. | 1.44 | |
| | | | $12.00 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through June 30, 2004

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 06/02/04 | 329 | 4122884048 | 0.55 | |
| 06/04/04 | 329 | 5613621533 | 0.44 | |
| 06/16/04 | 329 | 4105314355 | 2.64 | |
| 06/24/04 | Sprint | 6174263501 | 0.63 | |
| 06/24/04 | Sprint | 6174263501 | 0.54 | |
| 06/24/04 | Sprint | 6174263501 | 3.00 | |
| 06/24/04 | Sprint | 6174983826 | 0.63 | |
| 06/24/04 | Sprint | 6174263501 | 0.75 | |
| 06/24/04 | Sprint | 6174263501 | 1.50 | |
| | | | | $10.68 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 06/09/04 | RECORDKEEPER ARCHIVE - monthly storage fee (6/04) | 395.10 | |
| 06/09/04 | RECORDKEEPER ARCHIVE - retrieve box re: determining location of Canadian plants (4/26/04) | 27.00 | |
| | | | $422.10 |
| | TOTAL DISBURSEMENTS | | $9,876.09 |
| | TOTAL THIS BILL | | $9,876.09 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 3, 2004

Bill Number 70652
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through June 30, 2004

FEDERAL EXPRESS

| | | |
|---|---|---|
| 06/09/04 | Delivery to Scotta McFarland, Esq., Pachuski Stang Ziehl Young from Robert A. Murphy - 5/17/04. | 18.03 |
| 06/14/04 | To Scotta McFarland, Esq. on 6/8/04 from R. Murphy. | 12.57 |
| | | $30.60 |

TELEPHONE

| | | | |
|---|---|---|---|
| 06/05/04 | Facsimile | 5613621583 | 2.20 |
| 06/24/04 | Sprint | 6174263501 | 0.50 |
| | | | $2.70 |

TOTAL DISBURSEMENTS $33.30

Page 1

David B. Siegel

|  | TOTAL THIS BILL | $33.30 |
|---|---|---|