

FILED
2004 AUG 16 PM 3: 48
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 11, 2004

CLERK
U S BANKRUPTCY COURT
844 KING STREET
ROOM 2313
WILMINGTON, DE 19801

Subject:  G. N. Holdings, Inc.                 39
Bankruptcy Case Number: 01-1158
Account Number: 8561698001
Amount: $24,266.05
Claim Number: 73

Gentlemen:

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed by this department be withdrawn as all liabilities have been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

Brenda Wilson

Brenda Wilson
Collection Division
Bankruptcy Section
Phone: (225) 219-2252

*617 North Third Street*
*P. O. Box 66658*
*Baton Rouge, Louisiana 70821-0201*
*225-219-2252 • 225-219-2250 Fax*
*TDD# 225-219-2114 • www.revenue.louisiana.gov*