IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 7, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JUNE 30, 2004**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45977.1
08/17/04 11:56 AM

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through January 31, 2004**
**Invoice No. 3451-T**

| | GL Detail Jan-04 | Total Expenses |
|---|---|---|
| Airfare | $ 395.00 | $ 395.00 |
| Photocopying | 15.30 | 15.30 |
| **Total Expenses** | **$ 410.30** | **$ 410.30** |

| | |
|---|---|
| **Airfare** | **$ 395.00** |
| **Photocopying** | **15.30** |
| **Total Expenses** | **$ 410.30** |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through January 31, 2004**
**Invoice No. 3451-T**

| Description | Date | Amount | | Total |
|---|---|---|---|---|
| **Airfare** | | | | |
| Zilly (coach class round trip to/from Boston, MA from/to Queens, NY) | 11/15/03 | 275.00 | | |
| Zilly (processing fee) | 11/15/03 | 120.00 | | |
| | **Subtotal - Airfare** | | **$** | **395.00** |
| **Photocopying** | | | | |
| Zilly | 01/05/04 - 01/11/04 | 15.30 | | |
| | **Subtotal - Photocopying** | | | **15.30** |
| | **Total Expenses** | | **$** | **410.30** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2004 THROUGH JANUARY 31, 2004**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 16.3 |
| David Blechman | Associate | 6.0 |
| Ramsey Jishi | Analyst | 8.0 |
| | **Total** | **30.3** |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2004 THROUGH JANUARY 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/08/04 | 1.0 | Business Analysis | Review schedule of intercompany payables re: tax and Repatriation Motion |
| | | **1.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2004 THROUGH JANUARY 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/22/04 | 0.5 | Case Administration | Review agenda for 1/26/ 04 Court Hearing |
| | | **0.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2004 THROUGH JANUARY 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/07/04 | 0.5 | Claims Analysis Objection/Resolution | Meeting with P. Zilly, R. Jishi re: claims analysis and POR |
| Pamela Zilly | 01/07/04 | 1.5 | Claims Analysis Objection/Resolution | Call with T. Freedman, J. Baer re: POR analysis |
| Pamela Zilly | 01/07/04 | 0.5 | Claims Analysis Objection/Resolution | Meeting with D. Blechman, R. Jishi re: claims analysis and POR |
| Ramsey Jishi | 01/07/04 | 0.5 | Claims Analysis Objection/Resolution | Meeting with P. Zilly , D. Blechman re: Claims analysis |
| Pamela Zilly | 01/08/04 | 1.0 | Claims Analysis Objection/Resolution | Review claims analysis |
| David Blechman | 01/09/04 | 1.0 | Claims Analysis Objection/Resolution | Meeting with P. Zilly, R. Jishi re: POR analysis |
| David Blechman | 01/09/04 | 2.0 | Claims Analysis Objection/Resolution | Review and revise POR analysis |
| Pamela Zilly | 01/09/04 | 1.0 | Claims Analysis Objection/Resolution | Revise claims analysis |
| Pamela Zilly | 01/09/04 | 1.0 | Claims Analysis Objection/Resolution | Meeting with D. Blechman, R. Jishi re: claims analysis and POR |
| Ramsey Jishi | 01/09/04 | 1.0 | Claims Analysis Objection/Resolution | Meeting with P. Zilly, D. Blechman re: Claims analysis |
| David Blechman | 01/12/04 | 2.0 | Claims Analysis Objection/Resolution | Review and revise POR analysis; including meeting with P. Zilly |
| David Blechman | 01/12/04 | 0.5 | Claims Analysis Objection/Resolution | Call with P. Zilly re: POR analysis |
| Pamela Zilly | 01/12/04 | 0.5 | Claims Analysis Objection/Resolution | Call with D. Blechman re: claims analysis |
| Pamela Zilly | 01/12/04 | 1.0 | Claims Analysis Objection/Resolution | Revise claims analysis |
| Pamela Zilly | 01/12/04 | 0.5 | Claims Analysis Objection/Resolution | Discussion with D. Blechman re: claim analysis |
| Ramsey Jishi | 01/13/04 | 2.5 | Claims Analysis Objection/Resolution | Prepare claims analysis and valuation |
| Pamela Zilly | 01/14/04 | 2.0 | Claims Analysis Objection/Resolution | Review roll forward of claims, discussion with R. Jishi re: analysis |
| Ramsey Jishi | 01/14/04 | 4.0 | Claims Analysis Objection/Resolution | Prepare claims analysis and valuation |
| Pamela Zilly | 01/15/04 | 0.5 | Claims Analysis Objection/Resolution | Send claims analysis to T. Freedman |
| Pamela Zilly | 01/15/04 | 0.5 | Claims Analysis Objection/Resolution | Call with T. Freedman re: claims analysis structure |
| | | **24.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2004 THROUGH JANUARY 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/05/04 | 1.0 | Committee | Call with Committees' advisors re: ART funding and line of credit |
| Pamela Zilly | 01/06/04 | 1.3 | Committee | Call with Committees' advisors re: Repatriation Motion |
| Pamela Zilly | 01/22/04 | 0.5 | Committee | Call with E. Filon, FTI re: objections to Repatriation Motion |
| | | **2.8** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2004 THROUGH JANUARY 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/05/04 | 1.0 | Tax Issues | Review materials for tax call |
| Pamela Zilly | 01/12/04 | 1.0 | Tax Issues | Review Brazil valuation and taxable income schedules re: tax |
| | | **2.0** | | |



August 13, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through February 29, 2004:[1]

| | | |
|---|---|---|
| Ground Transportation | $ 203.75 | |
| Meals | 32.25 | |
| Communications | 36.05 | 272.05 |
| **Total Due** | | **$ 272.05** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3487-T

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through February 29, 2004**
**Invoice No. 3487-T**

| | GL Detail Feb-04 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 70.00 | **$ 70.00** |
| Ground Transportation - Out-Of-Town Travel | 133.75 | **133.75** |
| Meals | 32.25 | **32.25** |
| Communications - Messenger - EDM | 36.05 | **36.05** |
| **Total Expenses** | **$ 272.05** | **$ 272.05** |

| | |
|---|---|
| **Ground Transportation** | **$ 203.75** |
| **Meals** | **32.25** |
| **Communications** | **36.05** |
| **Total Expenses** | **$ 272.05** |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period of February 29, 2004**
**Invoice No. 3487-T**

| Description | Date | Amount | Total |
|---|---|---|---|
| **Local Travel** | | | |
| Zilly (taxi home from Newark Airport in Newark, NJ) | 02/18/04 | 70.00 | |
| | **Subtotal - Local Travel** | | **$ 70.00** |
| **Out-Of-Town Travel** | | | |
| Blechman (taxi to W.R. Grace in Columbia, MD from BWI Airport Rail Station) | 01/12/04 | 18.00 | |
| Blechman (taxi to BWI Airport Rail Station from W.R. Grace in Columbia, MD) | 01/12/04 | 32.00 | |
| Zilly (train while traveling) | 01/16/04 | 8.75 | |
| Zilly (taxi to W.R. Grace in Columbia, MD from BWI Airport Rail Station) | 02/12/04 | 35.00 | |
| Zilly (taxi to BWI Airport Rail Station from W.R. Grace in Columbia, MD) | 02/12/04 | 40.00 | |
| | **Subtotal - Out-Of-Town Travel** | | **133.75** |
| **Meals[1]** | | | |
| Blechman | 01/09/04 | 25.00 | |
| Zilly | 02/12/04 | 7.25 | |
| | **Subtotal - Meals** | | **32.25** |
| **Communications** | | | |
| **Messenger - EDM** | | | |
| Sarah | 01/12/04 | 10.24 | |
| Zilly | 01/07/04 | 25.81 | |
| | **Subtotal - Communications - Messenger - EDM** | | **36.05** |
| | **Total Expenses** | | **$ 272.05** |

[1] See paragraph 12 of Blackstone's 9th Quarterly Interim Fee Application.

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 71.8 |
| David Blechman | Vice President | 40.3 |
| Ramsey Jishi | Analyst | 30.0 |
| | **Total** | **142.1** |

**In re: W.R. Grace Co., et. al**
**A Chapter 11 Proceeding**
**Case No. 01-01139**

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/11/04 | 2.5 | Business Analysis | Review 2004 Operating plan |
| Pamela Zilly | 02/12/04 | 0.5 | Business Analysis | Post meeting discussion with P. Norris, R.Tarola, D. Siegel |
| Pamela Zilly | 02/21/04 | 2.0 | Business Analysis | Review 2004 operating plan , cash flows |
| | | **5.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/04/04 | 0.5 | Case Administration | Read motions re: Extend Exclusivity, Period of Time to Remove Actions |
| Pamela Zilly | 02/09/04 | 0.5 | Case Administration | Follow-up on filing of CNO to Motion to Restructure Stock, Debt Interests |
| Pamela Zilly | 02/09/04 | 0.5 | Case Administration | Read status report on Debtors' assets sales and settlements |
| Pamela Zilly | 02/19/04 | 0.5 | Case Administration | Review agenda for 2/23 Court hearing |
| | | **2.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/11/04 | 5.0 | Committee | Attend Committees' advisors meeting re: 2004 Plan |
| Pamela Zilly | 02/12/04 | 4.0 | Committee | Meeting with Committees' advisors re: review of 2004 operating plan |
| Pamela Zilly | 02/17/04 | 2.0 | Committee | Meeting with Tax department, Unsecured Creditors advisors re: tax issues |
| Pamela Zilly | 02/17/04 | 3.0 | Committee | Dinner meeting E. Filon, S. Cunningham |
| Pamela Zilly | 02/18/04 | 7.0 | Committee | Meeting with Tax department, Unsecured Creditors advisors re: tax issues |
| Pamela Zilly | 02/23/04 | 0.5 | Committee | Call with S. Cunningham; review and distribution of Capstone retention documents |
| | | **21.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/20/04 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: LTIP Motion |
| Pamela Zilly | 02/27/04 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: LTIP Motion |
| Pamela Zilly | 02/27/04 | 1.0 | Employee Benefits/Pension | Review latest draft of LTIP Motion |
| | | **2.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/11/04 | 2.5 | Non-Working Travel Time | Travel to Columbia |
| David Blechman | 02/11/04 | 2.5 | Non-Working Travel Time | Travel to New York |
| Pamela Zilly | 02/12/04 | 3.5 | Non-Working Travel Time | Travel to Columbia, MD |
| Pamela Zilly | 02/12/04 | 2.5 | Non-Working Travel Time | Travel to NY |
| Pamela Zilly | 02/18/04 | 3.0 | Non-Working Travel Time | Travel to NY |
| | | **14.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/04/04 | 2.0 | Plan and Disclosure Statement | Prepare summary of Federal Mogul POR |
| David Blechman | 02/20/04 | 1.0 | Plan and Disclosure Statement | Call with P. Zilly re: tax, modeling, POR model |
| Pamela Zilly | 02/20/04 | 0.5 | Plan and Disclosure Statement | Call with P. Norris, B. Tarola re: POR analysis |
| Pamela Zilly | 02/20/04 | 1.0 | Plan and Disclosure Statement | Call with D. Blechman re: POR analysis |
| Pamela Zilly | 02/22/04 | 2.0 | Plan and Disclosure Statement | Review Tarola analysis |
| David Blechman | 02/23/04 | 4.0 | Plan and Disclosure Statement | Work with W. Wong on POR model |
| David Blechman | 02/23/04 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly re: POR model |
| Pamela Zilly | 02/23/04 | 2.0 | Plan and Disclosure Statement | Review POR modeling |
| Pamela Zilly | 02/23/04 | 0.5 | Plan and Disclosure Statement | Meeting with D. Blechman re: POR analysis |
| Wesley Wong | 02/23/04 | 8.0 | Plan and Disclosure Statement | Updated financial model of POR scenarios |
| David Blechman | 02/24/04 | 3.0 | Plan and Disclosure Statement | Review revised POR model, meeting with W. Wong, P. Zilly re: the same |
| David Blechman | 02/24/04 | 1.8 | Plan and Disclosure Statement | Revise POR analysis/model |
| Pamela Zilly | 02/24/04 | 2.3 | Plan and Disclosure Statement | Review B. Tarola analysis; prepare questions |
| Pamela Zilly | 02/24/04 | 2.0 | Plan and Disclosure Statement | Call with D. Blechman, E. Filon re: POR modeling |
| Wesley Wong | 02/24/04 | 9.0 | Plan and Disclosure Statement | Updated financial model of POR scenarios |
| David Blechman | 02/25/04 | 1.0 | Plan and Disclosure Statement | Meeting with P. Zilly, W. Wong re: POR scenarios |
| David Blechman | 02/25/04 | 4.0 | Plan and Disclosure Statement | Revise POR analysis, presentation |
| Pamela Zilly | 02/25/04 | 0.5 | Plan and Disclosure Statement | Review B. Tarola's responses to questions |
| Pamela Zilly | 02/25/04 | 1.0 | Plan and Disclosure Statement | Meeting with D.Blechman, W. Wong re: POR analysis |
| Pamela Zilly | 02/25/04 | 4.0 | Plan and Disclosure Statement | Review and provide comments on scenarios presentations |
| Wesley Wong | 02/25/04 | 5.0 | Plan and Disclosure Statement | Updated financial model of POR scenarios, inc.meeting with P. Zilly, D. Blechman |
| Pamela Zilly | 02/26/04 | 6.0 | Plan and Disclosure Statement | Review and revise analysis |
| Wesley Wong | 02/26/04 | 4.0 | Plan and Disclosure Statement | Updated financial model of POR scenarios; prepare presentation |
| David Blechman | 02/27/04 | 4.0 | Plan and Disclosure Statement | Meeting with P. Norris, E. Filon, R. Tarola, D. Siegel re: POR funding |
| Pamela Zilly | 02/27/04 | 1.0 | Plan and Disclosure Statement | Review presentation for 2/27/04 meeting |
| Pamela Zilly | 02/27/04 | 4.0 | Plan and Disclosure Statement | Meeting with P. Norris, B. Tarola, E. Filon D. Siegel re: POR issues |
| Pamela Zilly | 02/27/04 | 0.5 | Plan and Disclosure Statement | Update call with T. Freedman |
| Pamela Zilly | 02/27/04 | 0.5 | Plan and Disclosure Statement | Call with E. Filon re: 2/27 meeting |
| Wesley Wong | 02/27/04 | 4.0 | Plan and Disclosure Statement | Meeting with management to review POR scenarios |
| | | **79.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/03/04 | 0.5 | Tax Issues | Review agenda, materials for tax meeting with E. Filon, FTI |
| Pamela Zilly | 02/04/04 | 1.0 | Tax Issues | Call with E. Filon to review agenda for tax meeting and preparation of materials |
| Pamela Zilly | 02/10/04 | 1.0 | Tax Issues | Read tax analysis re: POR scenarios |
| Pamela Zilly | 02/11/04 | 1.0 | Tax Issues | Call with E. Filon re: tax strategies |
| Pamela Zilly | 02/11/04 | 1.0 | Tax Issues | Read analysis of tax issues |
| David Blechman | 02/12/04 | 1.5 | Tax Issues | Review tax memo and analysis re: strategies |
| Pamela Zilly | 02/16/04 | 2.0 | Tax Issues | Review tax materials |
| Pamela Zilly | 02/17/04 | 3.0 | Tax Issues | Travel to Florida, review tax materials |
| David Blechman | 02/19/04 | 0.5 | Tax Issues | Meeting with P. Zilly re: taxes |
| David Blechman | 02/19/04 | 2.5 | Tax Issues | Review tax materials |
| Pamela Zilly | 02/19/04 | 0.5 | Tax Issues | Meeting with D. Blechman re: tax issues |
| David Blechman | 02/24/04 | 2.0 | Tax Issues | Call with P. Zilly, E. Filon re: taxes |
| Pamela Zilly | 02/25/04 | 1.0 | Tax Issues | Review tax situation |
| Pamela Zilly | 02/26/04 | 1.0 | Tax Issues | Call E. Filon re: environmental issues |
| | | **18.5** | | |