

August 13, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through March 31, 2004:[1]

| | | |
|---|---|---|
| Ground Transportation | $ 176.50 | |
| Research | 10.08 | |
| Communications | 56.00 | |
| Photocopying | 76.65 | 319.23 |
| **Total Due** | | **$ 319.23** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3512-T

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through March 31, 2004**
**Invoice No. 3512-T**

| | GL Detail Mar-04 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 5.50 | **$ 5.50** |
| Ground Transportation - Out-Of-Town Travel | 80.00 | **80.00** |
| Ground Transportation - Railroad Travel | 91.00 | **91.00** |
| External Research - P.A.C.E.R. | 10.08 | **10.08** |
| Communications - Facsimiles | 56.00 | **56.00** |
| Photocopying | 76.65 | **76.65** |
| **Total Expenses** | **$ 319.23** | **$ 319.23** |

| | |
|---|---|
| **Ground Transportation** | **$ 176.50** |
| **Research** | **10.08** |
| **Communications** | **56.00** |
| **Photocopying** | **76.65** |
| **Total Expenses** | **$ 319.23** |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through March 31, 2004**
**Invoice No. 3512-T**

| | | | |
|---|---|---|---|
| **Local Travel** | | | |
| Blechman (taxi home from Blackstone) | 06/24/03 | 5.50 | |
| | **Subtotal - Local Travel** | | **$ 5.50** |
| **Out-Of-Town Travel** | | | |
| Shinder (taxi while traveling) | 11/17/03 | 40.00 | |
| Shinder (taxi while traveling) | 11/18/03 | 40.00 | |
| | **Subtotal - Out-Of-Town Travel** | | **80.00** |
| **Railroad Travel** | | | |
| Blechman (one-way train trip to New York, NY from Columbia, MD) | 03/21/03 | 165.00 | |
| Blechman (credit for unused train ticket) | 04/02/03 | (74.00) | |
| | **Subtotal - Railroad Travel** | | **91.00** |
| **External Research** | | | |
| **P.A.C.E.R.** | | | |
| de Almeida | 01/12/04 | 10.08 | |
| | **Subtotal - External Research - P.A.C.E.R.** | | **10.08** |
| **Communications** | | | |
| **Facsimiles** | | | |
| Bolger | 02/01/04 - 02/29/04 | 56.00 | |
| | **Subtotal - Communications - Facsimiles** | | **56.00** |
| **Photocopying** | | | |
| Zilly | 02/23/04 - 02/29/04 | 76.65 | |
| | **Subtotal - Photocopying** | | **76.65** |
| | **Total Expenses** | | **$ 319.23** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MARCH 1, 2004 THROUGH MARCH 31, 2004**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 21.5 |
| Richard Shinder | Managing Director | 3.0 |
| David Blechman | Vice President | 8.5 |
| Wesley Wong | Analyst | 21.0 |
| | **Total** | **54.0** |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2004 THROUGH MARCH 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/01/04 | 1.0 | Business Analysis | Review Project Caesar materials re: 3/1 call |
| Pamela Zilly | 03/01/04 | 1.0 | Business Analysis | Call with G. Poling, K. Myers, P. Norris re: Project Caesar |
| Pamela Zilly | 03/23/04 | 1.0 | Business Analysis | Review Project Caesar slides for Unsecured Creditors Committee |
| Pamela Zilly | 03/23/04 | 1.0 | Business Analysis | Call with G. Poling, K. Myers re: Project Caesar |
| | | **4.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2004 THROUGH MARCH 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/10/04 | 0.5 | Case Administration | Read Oppositions to Debtors' Motion to Extend Exclusivity |
| Pamela Zilly | 03/18/04 | 1.0 | Case Administration | Preparation of Capstone confidentiality agreements |
| Pamela Zilly | 03/25/04 | 0.5 | Case Administration | Call with D. Siegel re: case status |
| | | **2.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2004 THROUGH MARCH 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/09/04 | 0.5 | Claims Analysis Objection/Resolution | Correspondence re: claims categories with Grace management |
| | | **0.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2004 THROUGH MARCH 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/02/04 | 0.5 | Committee | Send LTIP motion to financial advisors |
| Pamela Zilly | 03/05/04 | 0.5 | Committee | Review correspondence from G. Boyer re: LTIP Motion, prepare analysis |
| Pamela Zilly | 03/24/04 | 1.0 | Committee | Call with Grace management re: review 3/31/ meeting with financial advisors |
| Pamela Zilly | 03/25/04 | 0.5 | Committee | Call with S. Cunningham re: Capstone confidentiality agreements |
| David Blechman | 03/26/04 | 1.5 | Committee | Review status, prepare for committee meeting |
| Pamela Zilly | 03/26/04 | 1.5 | Committee | Prepare Capstone confi letter |
| Richard Shinder | 03/31/04 | 3.0 | Committee | Attend Unsecured Creditors Committee meeting |
| Pamela Zilly | 03/24/05 | 1.0 | Committee | Correspondence re: Capstone confi agreements |
| | | 9.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2004 THROUGH MARCH 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/01/04 | 1.5 | Employee Benefits/Pension | Prepare summary of LTIP programs, roll-forward analysis |
| Pamela Zilly | 03/02/04 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: LTIP Motion |
| Pamela Zilly | 03/09/04 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: LTIP Motion; questions from G. Boyer, C. Troyer |
| Pamela Zilly | 03/09/04 | 1.5 | Employee Benefits/Pension | Review backup charts for LTIP calculation |
| | | **4.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2004 THROUGH MARCH 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/25/04 | 1.0 | Plan and Disclosure Statement | Review, discuss w/ E. Filon issues re: debt capacity |
| | | **1.0** | | |



**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2004 THROUGH MARCH 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/30/04 | 1.0 | Tax Issues | Read summary of tax issues |
| | | **1.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2004 THROUGH MARCH 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/03/04 | 1.0 | Valuation | Review analysis of distributable value |
| Wesley Wong | 03/04/04 | 6.0 | Valuation | Updated comparable company trading analysis |
| Wesley Wong | 03/05/04 | 4.0 | Valuation | Updated comparable company trading analysis |
| Wesley Wong | 03/08/04 | 3.0 | Valuation | Updated comparable company trading analysis |
| David Blechman | 03/25/04 | 1.0 | Valuation | Review valuation analysis |
| David Blechman | 03/25/04 | 1.0 | Valuation | Meeting with W. Wong re: valuation |
| Pamela Zilly | 03/25/04 | 2.0 | Valuation | Review valuation analysis |
| Wesley Wong | 03/25/04 | 1.0 | Valuation | Meeting with D. Blechman re: valuation |
| David Blechman | 03/26/04 | 1.0 | Valuation | Meeting with P. Zilly re: valuation analysis |
| David Blechman | 03/26/04 | 1.0 | Valuation | Meeting with W. Wong re: valuation |
| Pamela Zilly | 03/26/04 | 1.0 | Valuation | Meeting with D. Blechman re: valuation analysis |
| Wesley Wong | 03/26/04 | 2.0 | Valuation | Updated business segment analysis, including meeting with D. Blechman |
| David Blechman | 03/27/04 | 3.0 | Valuation | Review business segment valuation |
| Wesley Wong | 03/30/04 | 5.0 | Valuation | Updated precedent transaction analysis |
| | | 32.0 | | |

The Blackstone Group®

August 13, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of April 1, 2004 through April 30, 2004: | | | $ | 175,000.00 |
| Less a 20% holback pursuant to the Court's Administrative Order: | | | | (35,000.00) |
| Out-of-pocket expenses processed for the period through April 30, 2004:[1] | | | | |
| Ground Transportation | $ | 47.92 | | |
| Meals | | 121.68 | | |
| Research | | 19.95 | | 189.55 |
| **Total Due** | | | **$** | **140,189.55** |

**Please wire transfer funds to:**
Subtotal - Research
JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3543-T

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through April 30, 2004**
**Invoice No. 3543-T**

| | GL Detail Apr-04 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ 47.92 | $ 47.92 |
| Meals | 121.68 | 121.68 |
| External Research - P.A.C.E.R. | 19.95 | 19.95 |
| **Total Expenses** | **$ 189.55** | **$ 189.55** |

| | |
|---|---|
| **Ground Transportation** | **$ 47.92** |
| **Meals** | **121.68** |
| **Research** | **19.95** |
| **Total Expenses** | **$ 189.55** |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through April 30, 2004**
**Invoice No. 3543-T**

| | | | |
|---|---|---|---|
| **Ground Transportation** | | | |
| **Car Service** | | | |
| **Elite** | | | |
| de Almeida (car home from Blackstone) | 02/16/04 | 47.92 | |
| | **Subtotal - Car Service - Elite** | | **47.92** |
| | | | |
| **Meals[1]** | | | |
| Blechman | 02/24/04 | 25.00 | |
| Wong | 02/24/04 | 24.08 | |
| Wong | 02/25/04 | 25.00 | |
| Wong | 02/26/04 | 22.60 | |
| Wong | 02/27/04 | 25.00 | |
| | **Subtotal - Meals** | | **121.68** |
| | | | |
| **External Research** | | | |
| **P.A.C.E.R.** | | | |
| de Almeida | 02/15/04 | 2.10 | |
| de Almeida | 02/19/04 | 0.49 | |
| de Almeida | 02/19/04 | 2.10 | |
| de Almeida | 03/18/04 | 4.06 | |
| de Almeida | 03/20/04 | 2.03 | |
| de Almeida | 03/23/04 | 2.03 | |
| de Almeida | 03/24/04 | 2.03 | |
| de Almeida | 03/29/04 | 5.11 | |
| | **Subtotal - External Research - P.A.C.E.R.** | | **19.95** |
| | | | |
| | **Total Expenses** | | **$ 189.55** |

[1] See paragraph 12 of Blackstone's 9th Quarterly Interim Fee Application.

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**APRIL 1, 2004 THROUGH APRIL 30, 2004**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 71.6 |
| Richard Shinder | Managing Director | 13.1 |
| David Blechman | Vice President | 74.8 |
| Wesley Wong | Analyst | 12.5 |
| | **Total** | **172.0** |

**In re: W.R. Grace Co., et. al**
**A Chapter 11 Proceeding**
**Case No. 01-01139**

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**APRIL 1, 2004 THROUGH APRIL 30, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/03/04 | 1.5 | Business Analysis | Read Debtors' Operating Reports Jan/Feb |
| Pamela Zilly | 04/04/04 | 1.0 | Business Analysis | Review existing valuation analysis and 2004 operating plan |
| Pamela Zilly | 04/08/04 | 0.5 | Business Analysis | Call with E. Filon re: workplan |
| Pamela Zilly | 04/19/04 | 1.5 | Business Analysis | Review 2004 operating plan |
| | | 4.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**APRIL 1, 2004 THROUGH APRIL 30, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 04/05/04 | 0.8 | Case Administration | Status update meeting with P. Zilly, R. Shinder |
| Pamela Zilly | 04/05/04 | 0.8 | Case Administration | Status, workplan meeting with R. Shinder, D. Blechman |
| Richard Shinder | 04/05/04 | 0.8 | Case Administration | Meeting with P. Zilly, D. Blechman re: claims and capital structure analysis |
| Pamela Zilly | 04/13/04 | 0.5 | Case Administration | Read motions re: Libby claimants, Debtors' objection to Mass EPA, requests for relief from automatic stay |
| Pamela Zilly | 04/21/04 | 0.5 | Case Administration | Review Debtors' third omnibus objection |
| Pamela Zilly | 04/30/04 | 0.5 | Case Administration | Correspondence with P . Norris, E. Filon re: meeting |
| | | 3.9 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**APRIL 1, 2004 THROUGH APRIL 30, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/20/04 | 1.0 | Claims Analysis Objection/Resolution | Review and discuss with E. Filon tax claim assumptions |
| Pamela Zilly | 04/23/04 | 1.0 | Claims Analysis Objection/Resolution | Call with E. Filon and B. Cochran re: environmental claims |
| Pamela Zilly | 04/23/04 | 1.0 | Claims Analysis Objection/Resolution | Review postretirement and pension liabilities payment schedules |
| Pamela Zilly | 04/25/04 | 2.0 | Claims Analysis Objection/Resolution | Review liabilities subject to compromise and payment scenarios |
| | | **5.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**APRIL 1, 2004 THROUGH APRIL 30, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/20/00 | 6.0 | Corporate Finance | Review and revise analysis and presentation |
| Pamela Zilly | 04/30/03 | 2.0 | Corporate Finance | Review leverage scenarios |
| Richard Shinder | 04/05/04 | 1.0 | Corporate Finance | Review POR, capital structure analysis |
| David Blechman | 04/12/04 | 1.0 | Corporate Finance | Review models for capital structure, debt capacity, claims payment analyses |
| David Blechman | 04/12/04 | 3.0 | Corporate Finance | Review bank/high yield issues |
| David Blechman | 04/12/04 | 2.0 | Corporate Finance | Calls with P. Zilly, E. Filon re: preliminary POR model |
| David Blechman | 04/12/04 | 1.0 | Corporate Finance | Meeting with P. Zilly re: debt capacity |
| Pamela Zilly | 04/12/04 | 2.0 | Corporate Finance | Call with D. Blechman, E. Filon re: debt capacity issues |
| David Blechman | 04/13/04 | 2.5 | Corporate Finance | Analysis of high yield and bank lending markets |
| David Blechman | 04/18/04 | 2.0 | Corporate Finance | Prepare summary of bank issuances |
| David Blechman | 04/19/04 | 1.0 | Corporate Finance | Meeting with R. Shinder and P. Zilly re: valuation, debt capacity and POR structure |
| David Blechman | 04/19/04 | 5.0 | Corporate Finance | Review, revise debt capacity analysis re: leverage and payment assumptions |
| David Blechman | 04/19/04 | 0.5 | Corporate Finance | Meeting with P. Zilly, W. Wong re: capital structure analysis |
| Pamela Zilly | 04/19/04 | 0.5 | Corporate Finance | Call with E. Filon re: global debt placement, capital structure presentation |
| Pamela Zilly | 04/19/04 | 0.5 | Corporate Finance | Meeting with D. Blechman, W. Wong re: capital structure analysis |
| Pamela Zilly | 04/19/04 | 2.0 | Corporate Finance | Review capital structure analysis |
| Richard Shinder | 04/19/04 | 1.0 | Corporate Finance | Meeting with P. Zilly, D. Blechman re: debt capacity, tax issues |
| Wesley Wong | 04/19/04 | 0.5 | Corporate Finance | Meeting with P. Zilly, D. Blechman re: debt analysis |
| Wesley Wong | 04/19/04 | 3.0 | Corporate Finance | Prepare POR analysis |
| David Blechman | 04/20/04 | 2.0 | Corporate Finance | Review, revise debt capacity analysis |
| Pamela Zilly | 04/20/04 | 0.5 | Corporate Finance | Review high yield issuances |
| David Blechman | 04/21/04 | 1.0 | Corporate Finance | Meeting with P. Zilly and R. Shinder re: debt capacity, valuation |
| David Blechman | 04/21/04 | 3.0 | Corporate Finance | Analysis of exit financing/capital markets |
| Pamela Zilly | 04/21/04 | 2.0 | Corporate Finance | Review scenarios and revise presentation |
| Pamela Zilly | 04/21/04 | 0.8 | Corporate Finance | Meeting with R. Shinder re: analysis |
| Pamela Zilly | 04/21/04 | 1.0 | Corporate Finance | Call with E. Filon re: analysis |
| Pamela Zilly | 04/21/04 | 1.0 | Corporate Finance | Meeting with R. Shinder, D. Blechman re: dept capacity, POR analysis |
| Pamela Zilly | 04/21/04 | 2.5 | Corporate Finance | Review analysis and revise draft presentation |
| Richard Shinder | 04/21/04 | 2.0 | Corporate Finance | Review capital structure analysis |
| Richard Shinder | 04/21/04 | 0.8 | Corporate Finance | Meeting with P. Zilly re: analysis |
| Richard Shinder | 04/21/04 | 1.0 | Corporate Finance | Meeting with P. Zilly, D. Blechman re: analysis |
| David Blechman | 04/22/04 | 2.0 | Corporate Finance | Finalize draft valuation |
| David Blechman | 04/22/04 | 5.0 | Corporate Finance | Revise debt capacity analysis |
| David Blechman | 04/22/04 | 1.5 | Corporate Finance | Review capital markets, prepare summary |
| Pamela Zilly | 04/22/04 | 0.5 | Corporate Finance | Review high yield chart data |
| Pamela Zilly | 04/22/04 | 1.5 | Corporate Finance | Review draft presentation |
| Pamela Zilly | 04/22/04 | 5.0 | Corporate Finance | Review scenarios and revise draft presentation |
| Richard Shinder | 04/22/04 | 2.0 | Corporate Finance | Review debt capacity analysis |
| Wesley Wong | 04/22/04 | 2.0 | Corporate Finance | Prepare summary of high yield data |
| Wesley Wong | 04/22/04 | 2.0 | Corporate Finance | Prepare POR scenarios |
| David Blechman | 04/23/04 | 8.0 | Corporate Finance | Review, revise debt capacity analysis and presentation |
| Pamela Zilly | 04/23/04 | 2.0 | Corporate Finance | Review Base and Scenario B analysis |
| Pamela Zilly | 04/23/04 | 2.0 | Corporate Finance | Review draft presentation |
| Pamela Zilly | 04/23/04 | 2.0 | Corporate Finance | Finalize capital structure, markets overview presentation |
| Richard Shinder | 04/23/04 | 1.5 | Corporate Finance | Review scenarios re: capital structure |
| Wesley Wong | 04/23/04 | 2.0 | Corporate Finance | Research credit statistics re: debt capacity |