THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2004 THROUGH APRIL 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 04/26/04 | 1.0 | Corporate Finance | Prepare summary of high yield debt issuances |
| David Blechman | 04/26/04 | 2.0 | Corporate Finance | Call with P. Zilly, E. Filon re: comments to presentation and analysis |
| David Blechman | 04/26/04 | 1.0 | Corporate Finance | Meeting with P. Zilly re: analysis assumptions |
| Pamela Zilly | 04/26/04 | 2.0 | Corporate Finance | Call with D. Blechman, E. Filon re: Claims, POR, debt capacity issues |
| Pamela Zilly | 04/26/04 | 1.0 | Corporate Finance | Meeting with D. Blechman re: leverage assumptions |
| Wesley Wong | 04/26/04 | 3.0 | Corporate Finance | Prepare yield statistics |
| David Blechman | 04/27/04 | 4.0 | Corporate Finance | Review, revise capital structure analysis and credit statistics |
| David Blechman | 04/28/04 | 1.0 | Corporate Finance | Revise POR model |
| David Blechman | 04/28/04 | 2.0 | Corporate Finance | Meetings with P. Zilly re: debt capacity |
| Pamela Zilly | 04/28/04 | 4.0 | Corporate Finance | Revise presentation |
| Pamela Zilly | 04/28/04 | 1.0 | Corporate Finance | Meeting with D. Blechman re: leverage analysis |
| David Blechman | 04/29/04 | 3.0 | Corporate Finance | Revise draft capital structure and POR analysis |
| Pamela Zilly | 04/29/04 | 2.5 | Corporate Finance | Review leverage scenarios |
| Pamela Zilly | 04/29/04 | 1.0 | Corporate Finance | Review writeup on equity possibilities |
| Richard Shinder | 04/29/04 | 1.0 | Corporate Finance | Review leverage scenarios |
| David Blechman | 04/30/04 | 3.0 | Corporate Finance | Finalize draft of analysis and presentation |
| Pamela Zilly | 04/30/04 | 1.0 | Corporate Finance | Call with E. Filon re: global capital structure |
| Pamela Zilly | 04/30/04 | 5.0 | Corporate Finance | Finalize presentation |
| | | **131.6** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2004 THROUGH APRIL 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/29/04 | 1.0 | Employee Benefits/Pension | Call with B. McGowan re: LTIP and retention programs |
| | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2004 THROUGH APRIL 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/09/04 | 1.0 | Plan and Disclosure Statement | Review Filon memo re: POR and tax issues |
| Pamela Zilly | 04/12/04 | 1.0 | Plan and Disclosure Statement | Discussion with D. Blechman re: debt capacity analysis |
| Pamela Zilly | 04/19/04 | 1.0 | Plan and Disclosure Statement | Meeting with R. Shinder, D.Blechman re: dept capacity, POR analysis |
| | | **3.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2004 THROUGH APRIL 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/21/04 | 0.5 | Tax Issues | Review memo re: open audits and CH 11 resolution |
| Pamela Zilly | 04/27/04 | 4.0 | Tax Issues | Review scenarios and revise presentation, correspondence with E. Filon re: tax claim assumptions |
| | | **4.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2004 THROUGH APRIL 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 04/07/04 | 3.0 | Valuation | Prepare valuation analysis |
| David Blechman | 04/08/04 | 2.0 | Valuation | Prepare valuation analysis |
| David Blechman | 04/12/04 | 1.5 | Valuation | Prepare valuation analysis |
| Richard Shinder | 04/12/04 | 2.0 | Valuation | Review valuation, claims payment assumption |
| David Blechman | 04/13/04 | 2.0 | Valuation | Prepare valuation analysis |
| David Blechman | 04/14/04 | 4.0 | Valuation | Valuation and debt capacity analysis |
| David Blechman | 04/21/04 | 4.0 | Valuation | Review, revise valuation |
| | | **18.5** | | |

# The Blackstone Group®

August 13, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Monthly advisory fee for the period of May 1, 2004 through May 31, 2004: | $ | 175,000.00 |
| Less a 20% holback pursuant to the Court's Administrative Order: | | (35,000.00) |

Out-of-pocket expenses processed for the period through May 31, 2004:[1]

| | | | | |
|---|---|---:|---|---:|
| Research | $ | 943.12 | | |
| Communications | | 46.10 | | |
| Photocopying | | 149.85 | | 1,139.07 |
| **Total Due** | | | $ | **141,139.07** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3577-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses Processed for the
Period through May 31, 2004
Invoice No. 3577-T

|  | GL Detail May-04 | Total Expenses |
|---|---:|---:|
| External Research - Securities Data | $ 943.12 | $ 943.12 |
| Communications - Telephone Conferencing | 46.10 | 46.10 |
| Photocopying | 149.85 | 149.85 |
| **Total Expenses** | **$ 1,139.07** | **$ 1,139.07** |
|  |  |  |
| **Research** |  | $ 943.12 |
| **Communications** |  | 46.10 |
| **Photocopying** |  | 149.85 |
|  |  |  |
| **Total Expenses** |  | **$ 1,139.07** |

W.R. Grace & Co.
Detail of Expenses Processed for the
Period through May 31, 2004
Invoice No. 3577-T

**External Research**
**Securities Data**

| | | | | |
|---|---|---|---|---|
| Wong | 04/16/04 | 943.12 | | |
| Subtotal - External Research -Securities Data | | | $ | 943.12 |

**Communications**
**Telephone Conferencing**

| | | | |
|---|---|---|---|
| Blechman | 03/10/04 | 45.31 | |
| Blechman | 03/11/04 | 0.79 | |
| Subtotal - Communications - Telephone Conferencing | | | 46.10 |

**Photocopying**

| | | | |
|---|---|---|---|
| Shinder | 03/29/04 - 04/04/04 | 12.15 | |
| Zilly | 03/29/04 - 04/04/04 | 137.70 | |
| Subtotal - Photocopying | | | 149.85 |

| | | | |
|---|---|---|---|
| **Total Expenses** | | $ | **1,139.07** |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## MAY 1, 2004 THROUGH MAY 31, 2004

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 75.6 |
| Richard Shinder | Managing Director | 6.0 |
| David Blechman | Vice President | 47.0 |
| | Total | 128.6 |

In re: W.R. Grace Co., et. al
A Chapter 11 Proceeding
Case No. 01-01139

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2004 THROUGH MAY 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/04/04 | 0.5 | Business Analysis | Call with R. Tarola re: hedging strategies |
| Pamela Zilly | 05/04/04 | 0.5 | Business Analysis | Call with M. Shelnitz re: possible GPC acquisition |
| Pamela Zilly | 05/05/04 | 0.8 | Business Analysis | Call with M. Shelnitz, P. Hanlon re: possible GPC acquisition |
| Richard Shinder | 05/06/04 | 1.0 | Business Analysis | Review latest operating reports |
| Pamela Zilly | 05/07/04 | 1.0 | Business Analysis | Meeting with K. Myers re: Project Caesar |
| Pamela Zilly | 05/10/04 | 1.0 | Business Analysis | Call with R. Tarola re: hedging strategies |
| Pamela Zilly | 05/12/04 | 0.4 | Business Analysis | Call with K. Myers re: Project Caesar |
| Pamela Zilly | 05/18/04 | 1.0 | Business Analysis | Calls with K. Myers re: Project Caesar presentation |
| Pamela Zilly | 05/18/04 | 2.0 | Business Analysis | Read information re: debt/Germany restructuring |
| Pamela Zilly | 05/20/04 | 1.0 | Business Analysis | Calls with K. Myers re: Project Caesar presentation |
| Pamela Zilly | 05/20/04 | 2.0 | Business Analysis | Read and provide comments on Project Caesar presentation |
| David Blechman | 05/21/04 | 2.0 | Business Analysis | Read Debtors' Operating Reports Feb/March |
| Pamela Zilly | 05/24/04 | 1.0 | Business Analysis | Call with K. Myers re: Project Caesar |
| Pamela Zilly | 05/24/04 | 1.5 | Business Analysis | Review revise presentation for Project Caesar |
|  |  | **15.7** |  |  |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MAY 1, 2004 THROUGH MAY 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/17/04 | 0.8 | Case Administration | Read Wolin decision |
| Pamela Zilly | 05/19/04 | 0.5 | Case Administration | Read motions: Libby Claimants Supplement, FCR appointment responses, Debtors' omnibus objections |
| Richard Shinder | 05/20/04 | 0.5 | Case Administration | Read Wolin decision |
| David Blechman | 05/21/04 | 1.0 | Case Administration | Status meeting with P. Zilly |
| Pamela Zilly | 05/21/04 | 0.4 | Case Administration | Discussion with D. Siegel re: possible debt holder |
| Pamela Zilly | 05/21/04 | 1.0 | Case Administration | Read materials re draft ruling request |
| Pamela Zilly | 05/21/04 | 1.0 | Case Administration | Meeting with D. Blechman re: hearing, workplan |
| Pamela Zilly | 05/28/04 | 0.3 | Case Administration | Read order granting appointment of FCR |
| | | **5.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2004 THROUGH MAY 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/06/04 | 0.5 | Claims Analysis Objection/Resolution | Review memo re: 6/2 meeting re: claims analysis |
| David Blechman | 05/11/04 | 2.0 | Claims Analysis Objection/Resolution | Prepare preliminary claim schedules, provide to J. Baer for conference call |
| Pamela Zilly | 05/11/04 | 1.0 | Claims Analysis Objection/Resolution | Review analysis of trade claims |
| David Blechman | 05/12/04 | 0.3 | Claims Analysis Objection/Resolution | Call with J. Baer re: claim issues |
| Pamela Zilly | 05/12/04 | 1.0 | Claims Analysis Objection/Resolution | Review summary of claims filed reconciliation |
| Pamela Zilly | 05/12/04 | 1.5 | Claims Analysis Objection/Resolution | Review environmental cash flow analysis and claims |
| David Blechman | 05/13/04 | 3.0 | Claims Analysis Objection/Resolution | Review of claims, cash flow requirement materials |
| Pamela Zilly | 05/13/04 | 0.5 | Claims Analysis Objection/Resolution | Call with E. Filon re: Federal Mogul - environmental claims etc. |
| Pamela Zilly | 05/13/04 | 2.0 | Claims Analysis Objection/Resolution | Review reconciliation schedules |
| Pamela Zilly | 05/13/04 | 1.0 | Claims Analysis Objection/Resolution | Review environmental cash flows |
| David Blechman | 05/14/04 | 1.5 | Claims Analysis Objection/Resolution | Call with J. Baer, E. Filon, P. Zilly re: claims |
| Pamela Zilly | 05/14/04 | 1.5 | Claims Analysis Objection/Resolution | Call with D. Blechman, E. Filon, J. Baer re: description, analysis of environmental claims |
| Pamela Zilly | 05/16/04 | 1.0 | Claims Analysis Objection/Resolution | Reconciliation of environmental claims projected cash requirements |
| Pamela Zilly | 05/18/04 | 1.0 | Claims Analysis Objection/Resolution | Review environmental claims chart |
| Pamela Zilly | 05/18/04 | 2.0 | Claims Analysis Objection/Resolution | Revise draft materials re: 6/2 meeting |
| Pamela Zilly | 05/18/04 | 1.5 | Claims Analysis Objection/Resolution | Revise materials for 6/2 meeting |
| Pamela Zilly | 05/20/04 | 0.5 | Claims Analysis Objection/Resolution | Review categorization of environmental claims |
| Pamela Zilly | 05/21/04 | 0.3 | Claims Analysis Objection/Resolution | Review correspondence re: environmental information re: specific sites |
| Pamela Zilly | 05/21/04 | 2.5 | Claims Analysis Objection/Resolution | Review claims reconciliation schedule, prepare outline and summary schedule |
| David Blechman | 05/24/04 | 3.0 | Claims Analysis Objection/Resolution | Review claims analysis |
| David Blechman | 05/24/04 | 0.5 | Claims Analysis Objection/Resolution | Discussion with P. Zilly re: claims analysis, Project Caesar |
| Pamela Zilly | 05/24/04 | 0.5 | Claims Analysis Objection/Resolution | Discussion with D. Blechman re: claims analysis, Project Caesar |
| Pamela Zilly | 05/27/04 | 1.0 | Claims Analysis Objection/Resolution | Review new claim schedule |
| | | 29.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MAY 1, 2004 THROUGH MAY 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/27/03 | 2.0 | Committee | Meeting with Capstone |
| David Blechman | 05/11/04 | 0.8 | Committee | Attend call with Committees' financial advisors re: 1st quarter earnings |
| Pamela Zilly | 05/11/04 | 1.0 | Committee | Call with management, financial advisors re: review of 1st quarter results |
| David Blechman | 05/27/04 | 0.8 | Committee | Prepare for meeting with Capstone re: POR |
| David Blechman | 05/27/04 | 1.5 | Committee | Meeting with Capstone re: POR |
| Pamela Zilly | 05/27/04 | 1.0 | Committee | Preparation for Capstone meeting |
| Pamela Zilly | 05/28/04 | 1.0 | Committee | Calls to schedule presentation of Project Caesar to Committees' advisors |
| | | **8.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2004 THROUGH MAY 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/03/04 | 0.5 | Corporate Finance | Call with E. Filon re: debt capacity analysis |
| David Blechman | 05/03/04 | 2.0 | Corporate Finance | Revise presentation of debt capacity |
| Pamela Zilly | 05/04/04 | 4.0 | Corporate Finance | Revise capital structure and POR funding presentation for 5/7/ meeting |
| Pamela Zilly | 05/04/04 | 1.0 | Corporate Finance | Finalize presentation; send to P. Norris, Tarola, Filon |
| Pamela Zilly | 05/06/04 | 2.0 | Corporate Finance | Review presentation for 5/7 meeting |
| David Blechman | 05/07/04 | 2.0 | Corporate Finance | Prepare for 5/7 meeting with Grace management re: POR |
| David Blechman | 05/07/04 | 4.0 | Corporate Finance | Meeting with Grace management |
| Pamela Zilly | 05/07/04 | 4.0 | Corporate Finance | Meeting with Grace management re: funding scenarios |
| David Blechman | 05/11/04 | 3.0 | Corporate Finance | Prepare draft materials re:POR (equity structure) |
| David Blechman | 05/13/04 | 1.0 | Corporate Finance | Prepare draft materials for 6/2/ meeting |
| Pamela Zilly | 05/17/04 | 1.0 | Corporate Finance | Discussion with R. Shinder re: equity structures |
| Richard Shinder | 05/17/04 | 1.0 | Corporate Finance | Discussion with P. Zilly re: equity alternatives |
| David Blechman | 05/18/04 | 1.0 | Corporate Finance | Meeting with P. Zillyre: equity structures |
| Pamela Zilly | 05/18/04 | 1.0 | Corporate Finance | Discussion with D. Blechman re: equity structures |
| Pamela Zilly | 05/18/04 | 2.0 | Corporate Finance | Revise equity scenarios |
| Pamela Zilly | 05/19/04 | 0.5 | Corporate Finance | Review correspondence re: global debt structure |
| Richard Shinder | 05/20/04 | 1.5 | Corporate Finance | Provide comments on equity structures |
| Pamela Zilly | 05/22/04 | 0.5 | Corporate Finance | Review comments to equity structures presentation |
| | | **32.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2004 THROUGH MAY 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/24/04 | 1.5 | Hearings | Participate by phone in Grace Hearing |
| | | **1.5** | | |