**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MAY 1, 2004 THROUGH MAY 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/07/04 | 2.5 | Non-Working Travel Time | Travel to New York |
| Pamela Zilly | 05/07/04 | 3.5 | Non-Working Travel Time | Travel to Columbia |
| Pamela Zilly | 05/07/04 | 2.0 | Non-Working Travel Time | Travel to Providence, RI |
| | | 8.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2004 THROUGH MAY 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/06/04 | 1.0 | Plan and Disclosure Statement | Discussion with R. Shinder re: alternatives for POR funding |
| Richard Shinder | 05/06/04 | 2.0 | Plan and Disclosure Statement | Review funding scenarios; discussion with P. Zilly re: POR |
| David Blechman | 05/10/04 | 1.5 | Plan and Disclosure Statement | Meeting with P. Zilly, R. Tarola, D. Siegel re: case issues |
| Pamela Zilly | 05/10/04 | 1.5 | Plan and Disclosure Statement | Meeting with D. Blechman, R. Tarola, D. Siegel re: case issues |
| David Blechman | 05/11/04 | 0.8 | Plan and Disclosure Statement | Meeting with P. Zilly re: POR scenarios |
| Pamela Zilly | 05/11/04 | 0.8 | Plan and Disclosure Statement | Discussion with D. Blechman re: POR funding scenarios |
| Pamela Zilly | 05/11/04 | 1.0 | Plan and Disclosure Statement | Review and revise unleveraged scenario |
| Pamela Zilly | 05/12/04 | 4.0 | Plan and Disclosure Statement | Read and prepares summary of Federal Mogul POR |
| David Blechman | 05/17/04 | 4.0 | Plan and Disclosure Statement | Revise POR structure presentation |
| David Blechman | 05/18/04 | 4.0 | Plan and Disclosure Statement | Revise POR structure presentation, meeting with P. Zilly re: same |
| Pamela Zilly | 05/18/04 | 2.5 | Plan and Disclosure Statement | Review POR scenarios |
| David Blechman | 05/27/04 | 2.0 | Plan and Disclosure Statement | Reconciliation of Capstone data |
| David Blechman | 05/28/04 | 2.5 | Plan and Disclosure Statement | Prepare for 6/2 meeting.  Send materials to P. Norris |
| Pamela Zilly | 05/28/04 | 1.0 | Plan and Disclosure Statement | Finalize presentation for 6/2 meeting |
|  |  | 28.5 |  |  |

# The ▮▮▮▮▮▮▮ Group®

August 13, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of June 1, 2004 through June 30, 2004:        $            175,000.00

Less a 20% holback pursuant to the Court's Administrative Order:                              (35,000.00)

Out-of-pocket expenses processed for the period through June 30, 2004:[1]

| | | |
|---|---|---|
| Ground Transportation | $    31.00 | |
| Research | 281.67 | |
| Communications | 168.11 | |
| Photocopying | 22.04 | 502.82 |
| **Total Due** | | $        140,502.82 |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3607-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through June 30, 2004**
**Invoice No. 3607-T**

|  | GL Detail Jun-04 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 31.00 | $ 31.00 |
| Meals | 281.67 | 281.67 |
| External Research - Securities Data | 168.11 | 168.11 |
| Communications - Federal Express | 22.04 | 22.04 |
| **Total Expenses** | $ 502.82 | $ 502.82 |
| **Ground Transportation** | | $ 31.00 |
| **Meals** | | 281.67 |
| **Research** | | 168.11 |
| **Communications** | | 22.04 |
| **Total Expenses** | | $ 502.82 |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through June 30, 2004**
**Invoice No. 3607-T**

**Local Travel**

| | | | |
|---|---|---|---|
| Wong (taxi home from Blackstone) | 04/08/04 | 10.00 | |
| Wong (taxi home from Blackstone) | 04/12/04 | 10.00 | |
| Wong (taxi home from Blackstone) | 04/21/04 | 11.00 | |
| **Subtotal - Local Travel** | | **$** | **31.00** |

**Meals[1]**

| | | | |
|---|---|---|---|
| Blechman | 04/19/04 | 25.00 | |
| Publishing Services - Tsai | 04/20/04 | 10.47 | |
| Wong | 03/17/04 | 25.00 | |
| Wong | 04/01/04 | 24.43 | |
| Wong | 04/08/04 | 25.00 | |
| Wong | 04/13/04 | 25.00 | |
| Wong | 04/19/04 | 25.00 | |
| Wong | 04/20/04 | 25.00 | |
| Wong | 04/21/04 | 24.68 | |
| Wong | 04/28/04 | 25.00 | |
| Wong | 05/05/04 | 24.67 | |
| Wong | 05/07/04 | 22.42 | |
| **Subtotal - Meals** | | | **281.67** |

**External Research**
**Securities Data**

| | | | |
|---|---|---|---|
| Wong | 05/07/04 | 168.11 | |
| **Subtotal - External Research - Securities Data** | | | **168.11** |

**Communications**
**Federal Express**

| | | | |
|---|---|---|---|
| Blechman | 06/01/04 | 12.42 | |
| Zilly | 05/14/04 | 9.62 | |
| **Subtotal - Communications - Federal Express** | | | **22.04** |
| **Total Expenses** | | **$** | **502.82** |

---

[1] See paragraph 12 of Blackstone's 9th Quarterly Interim Fee Application.

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2004 THROUGH JUNE 30, 2004**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 137.3 |
| Richard Shinder | Managing Director | 11.0 |
| David Blechman | Vice President | 111.8 |
| Felix Tollinche | Summer Associate | 69.3 |
| | Total | 329.4 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2004 THROUGH JUNE 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/01/04 | 1.0 | Business Analysis | Review Project Caesar presentation for financial advisors |
| David Blechman | 06/02/04 | 1.0 | Business Analysis | Meeting with K. Myers regarding Project Caesar |
| David Blechman | 06/07/04 | 1.8 | Business Analysis | Review Project Caesar motion |
| David Blechman | 06/07/04 | 1.0 | Business Analysis | Review Project Caesar model |
| David Blechman | 06/08/04 | 1.0 | Business Analysis | Review Project Caesar motion |
| Pamela Zilly | 06/09/04 | 0.5 | Business Analysis | Call with D. Blechman, K, Myers, S. Blatnick re: Project Caesar motion |
| Pamela Zilly | 06/10/04 | 1.0 | Business Analysis | Review motion re: Project Caesar |
| Pamela Zilly | 06/21/04 | 6.5 | Business Analysis | Attend GPC strategic plan meetings |
| Richard Shinder | 06/21/04 | 7.0 | Business Analysis | Attend GPC strategy plan meeting |
| Pamela Zilly | 06/22/04 | 8.0 | Business Analysis | Attend GPC strategic plan meetings |
| David Blechman | 06/23/04 | 8.5 | Business Analysis | Attend Catalyst strategy plan meeting |
| Pamela Zilly | 06/23/04 | 1.0 | Business Analysis | Review operating projections |
| David Blechman | 06/24/04 | 8.5 | Business Analysis | Attend Silicas strategy plan meeting |
| David Blechman | 06/29/04 | 0.3 | Business Analysis | Discussion with P. Zilly re: Project Caesar valuation |
| Felix Tollinche | 06/29/04 | 3.0 | Business Analysis | Prepare valuation analysis for Project Caesar; research comparable companies |
| Pamela Zilly | 06/29/04 | 0.3 | Business Analysis | Discussion with D. Blechman re: valuation testimony for Project Caesar |
| Pamela Zilly | 06/30/04 | 0.5 | Business Analysis | Calls with K. Myers re: valuation multiples for Project Caesar |
| | | **50.8** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JUNE 1, 2004 THROUGH JUNE 30, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/01/04 | 2.5 | Claims Analysis Objection/Resolution | Prepare questions re claims analysis and reconciliation |
| David Blechman | 06/02/04 | 8.0 | Claims Analysis Objection/Resolution | Attend meeting with Grace management re:POR claims |
| Pamela Zilly | 06/02/04 | 8.0 | Claims Analysis Objection/Resolution | Meeting with Grace management re: claims reconciliation |
| Pamela Zilly | 06/08/04 | 0.5 | Claims Analysis Objection/Resolution | Review claims data, call with F. Gilbert |
| Pamela Zilly | 06/10/04 | 4.0 | Claims Analysis Objection/Resolution | Prepare reconciliation for K&E of Grace claims |
| Pamela Zilly | 06/10/04 | 1.0 | Claims Analysis Objection/Resolution | Review latest claims reconciliation |
| David Blechman | 06/11/04 | 0.8 | Claims Analysis Objection/Resolution | Call with P. Zilly, T. Delbrugge regarding claims |
| Pamela Zilly | 06/11/04 | 1.0 | Claims Analysis Objection/Resolution | Call with D. Blechman, T. Delbrugge re: claims |
| David Blechman | 06/14/04 | 2.0 | Claims Analysis Objection/Resolution | Review claims reconciliation, discussion with P. Zilly |
| Pamela Zilly | 06/14/04 | 4.0 | Claims Analysis Objection/Resolution | Prepare reconciliation of claims, discussion with D. Blechman |
| David Blechman | 06/15/04 | 2.0 | Claims Analysis Objection/Resolution | Review claims schedule |
| Pamela Zilly | 06/15/04 | 1.0 | Claims Analysis Objection/Resolution | Review Claim Categories, Cash Payouts |
| Pamela Zilly | 06/15/04 | 6.0 | Claims Analysis Objection/Resolution | Prepare reconciliation of claims |
| Pamela Zilly | 06/25/04 | 1.0 | Claims Analysis Objection/Resolution | Review revised claims estimates |
| Pamela Zilly | 06/28/04 | 0.5 | Claims Analysis Objection/Resolution | Review revised payout scenario |
| Pamela Zilly | 06/29/04 | 2.0 | Claims Analysis Objection/Resolution | Update claims reconciliation |
| Pamela Zilly | 06/15/05 | 0.5 | Claims Analysis Objection/Resolution | Correspondence with E. Filon re: tax implications of claim payouts |
| | | **44.8** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JUNE 1, 2004 THROUGH JUNE 30, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 06/03/04 | 2.0 | Committee | Calls with Committees' advisors, send presentation re: Project Caesar |
| Pamela Zilly | 06/03/04 | 1.5 | Committee | Call with Capstone re: Project Caesar |
| David Blechman | 06/08/04 | 1.5 | Committee | Call with L. Tersigni advisors regarding Project Caesar |
| David Blechman | 06/08/04 | 0.5 | Committee | Call with K. Myers re Project Caesar |
| Pamela Zilly | 06/08/04 | 1.0 | Committee | Call with M. Berkin, J. Sinclair re: Project Caesar |
| David Blechman | 06/09/04 | 0.5 | Committee | Call with P. Zilly, K. Myers,Kirkland & Ellis regarding Project Caesar |
| David Blechman | 06/09/04 | 1.0 | Committee | Call with CDG regarding Project Caesar |
| Pamela Zilly | 06/09/04 | 1.0 | Committee | Call with K. Myers, C. Troyer re: questions on Project Caesar |
| David Blechman | 06/10/04 | 0.3 | Committee | Send draft motion to creditors |
| David Blechman | 06/16/04 | 0.5 | Committee | Correspondence with Committees' advisors re GPC acquisition |
| Pamela Zilly | 06/16/04 | 0.5 | Committee | Call with J. Radecki, J. Brownstein re: due diligence |
| Pamela Zilly | 06/16/04 | 0.5 | Committee | Correspondence with K. Myers re: Project Caesar questions |
| Pamela Zilly | 06/17/04 | 0.5 | Committee | Call with S. Cunningham, C. Troyer re: Project Caesar |
| Pamela Zilly | 06/17/04 | 0.5 | Committee | Call with R. Tarola re: Project Caesar |
| Pamela Zilly | 06/17/04 | 0.8 | Committee | Call with K. Myers re: Project Caesar |
| Pamela Zilly | 06/18/04 | 0.5 | Committee | Calls with R. Tarola re: Unsecured Committee and Project Caesar |
| Pamela Zilly | 06/18/04 | 1.0 | Committee | Discussion with S. Cunningham re: status of Project Caesar |
| Pamela Zilly | 06/18/04 | 0.5 | Committee | Review Capstone due diligence questions, responses re: Project Caesar |
| Pamela Zilly | 06/21/04 | 1.0 | Committee | Meeting with G. Poling, P. Norris, R. Tarola re: call with T. Maher |
| Pamela Zilly | 06/21/04 | 0.5 | Committee | Call with S. Cunningham re: Project Caesar due diligence |
| Pamela Zilly | 06/22/04 | 1.0 | Committee | Discussion with K. Myers re: due diligence on Project Caesar |
| Pamela Zilly | 06/23/04 | 0.5 | Committee | Call w/ K. Myers, counsel re: patent infringement call w/ Strook, Capstone re: Project Caesar |
| Pamela Zilly | 06/23/04 | 0.5 | Committee | Call with K. Myers re: Project Caesar due diligence |
| Pamela Zilly | 06/23/04 | 1.5 | Committee | Call w/ S. Cunningham, G. Poling, K. Myers, counsel, Strook re: Caesar patent infringement suit |
| Pamela Zilly | 06/23/04 | 1.0 | Committee | Various call with K. Myers, S. Cunningham re: Project Caesar due diligence |
| Pamela Zilly | 06/24/04 | 1.0 | Committee | Various call with K, Myers, S.. Cunningham re: signing of Caesar documents |
| Pamela Zilly | 06/24/04 | 2.0 | Committee | Various calls with K, Myer re: Capstone questions on Project Caesar |
| David Blechman | 06/25/04 | 1.0 | Committee | Meeting with P. Zilly regarding POR analysis |
| David Blechman | 06/25/04 | 1.0 | Committee | Call regarding patent litigation |
| Pamela Zilly | 06/25/04 | 1.0 | Committee | Various calls with K. Myers re: Project Caesar closing |
| Pamela Zilly | 06/25/04 | 0.5 | Committee | Call with K. Myers, S. Cunningham re: Grace note - Project Caesar |
| Pamela Zilly | 06/25/04 | 0.5 | Committee | Review patent infringement calculation |
| Pamela Zilly | 06/28/04 | 5.0 | Committee | Calls with M.Berkin, G. Poling, K. Myers re: Tersigni meeting on Project Caesar |
| David Blechman | 06/28/04 | 1.3 | Committee | Calls with Committees' advisors regarding Project Caesar |
| Pamela Zilly | 06/28/04 | 0.5 | Committee | Internal call with K. Myers, G. Poling, P. Norris prior to Capstone and Committee call |
| Pamela Zilly | 06/28/04 | 1.0 | Committee | Unsecured Creditors Committee call on Project Caesar |
| David Blechman | 06/29/04 | 0.5 | Committee | Prepare for Project Caesar call/meeting |
| David Blechman | 06/29/04 | 2.5 | Committee | Attend meeting with Grace management, M. Berkin, J. Sinclair re: Project Caesar |
| Pamela Zilly | 06/29/04 | 0.5 | Committee | Discussion with J. Radecki re:  Project Caesar |
| David Blechman | 06/30/04 | 1.0 | Committee | Call with futures representative advisor regarding Project Caesar |
| Pamela Zilly | 06/30/04 | 1.0 | Committee | Call with K. Myers, G. Poling, J. Radecki, J. Brownstein re: Project Caesar |
| Pamela Zilly | 06/30/04 | 2.5 | Committee | Review, work on Project Caesar materials to be sent to CIBC |
| | | 43.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2004 THROUGH JUNE 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/22/04 | 2.0 | Financing | Travel to New York |
| | | 2.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JUNE 1, 2004 THROUGH JUNE 30, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/02/04 | 2.5 | Non-Working Travel Time | Train to New York |
| Pamela Zilly | 06/21/04 | 2.0 | Non-Working Travel Time | Travel to Boston |
| | | 4.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JUNE 1, 2004 THROUGH JUNE 30, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 06/01/04 | 1.0 | Plan and Disclosure Statement | Prepare for 6/2 meeting |
| David Blechman | 06/01/04 | 1.0 | Plan and Disclosure Statement | Review Project Caesar model |
| Pamela Zilly | 06/01/04 | 2.5 | Plan and Disclosure Statement | Travel to Columbia, prepare presentation |
| David Blechman | 06/02/04 | 1.0 | Plan and Disclosure Statement | Review POR materials |
| David Blechman | 06/03/04 | 5.0 | Plan and Disclosure Statement | Prepare POR scenario analysis |
| Pamela Zilly | 06/03/04 | 1.0 | Plan and Disclosure Statement | Call with B. Spiegel, J. Friedland re: claims categories |
| Pamela Zilly | 06/03/04 | 1.5 | Plan and Disclosure Statement | Review POR funding scenarios |
| David Blechman | 06/04/04 | 0.5 | Plan and Disclosure Statement | Discussion with P. Zilly re: POR scenarios |
| David Blechman | 06/04/04 | 4.0 | Plan and Disclosure Statement | Work on POR scenario analysis, prepare for 6/7 meeting |
| Pamela Zilly | 06/04/04 | 0.5 | Plan and Disclosure Statement | Discussion with Blechman re: POR scenarios |
| Pamela Zilly | 06/04/04 | 4.0 | Plan and Disclosure Statement | Review POR scenarios |
| Pamela Zilly | 06/05/04 | 3.0 | Plan and Disclosure Statement | Prepare outline for meeting with 6/7 meeting with P.Norris |
| Pamela Zilly | 06/06/04 | 3.0 | Plan and Disclosure Statement | Review POR scenarios |
| David Blechman | 06/07/04 | 1.0 | Plan and Disclosure Statement | Prepare for meeting with P. Norris |
| David Blechman | 06/07/04 | 2.0 | Plan and Disclosure Statement | Meeting with P. Zilly, P. Norris, R. Tarola, D. Siegel re: POR |
| David Blechman | 06/07/04 | 4.0 | Plan and Disclosure Statement | Review/revise POR analysis, meeting with P. Zilly regarding same |
| Pamela Zilly | 06/07/04 | 2.0 | Plan and Disclosure Statement | Meeting with D. Blechman, P. Norris, D. Siegel, R. Tarola re: case status |
| David Blechman | 06/08/04 | 2.5 | Plan and Disclosure Statement | Revise POR analysis |
| David Blechman | 06/09/04 | 2.0 | Plan and Disclosure Statement | Review/revise POR analysis |
| Felix Tollinche | 06/09/04 | 5.0 | Plan and Disclosure Statement | Prepare summaries of Fed. Mogul & Armstrong bankruptcies |
| David Blechman | 06/10/04 | 3.0 | Plan and Disclosure Statement | Review/revise POR analysis meeting with P. Zilly regarding same |
| Felix Tollinche | 06/10/04 | 5.0 | Plan and Disclosure Statement | Prepare summaries of Fed. Mogul & Armstrong bankruptcies |
| Pamela Zilly | 06/10/04 | 2.0 | Plan and Disclosure Statement | Review revised POR scenarios, meet with D. Blechman |
| David Blechman | 06/11/04 | 2.5 | Plan and Disclosure Statement | Prepare draft materials for P. Norris, meeting with P. Zilly regarding same |
| Felix Tollinche | 06/11/04 | 5.0 | Plan and Disclosure Statement | Prepare summaries of Fed. Mogul & Armstrong bankruptcies |
| Pamela Zilly | 06/11/04 | 1.5 | Plan and Disclosure Statement | Review revised POR scenarios, meeting with D. Blechman |
| Felix Tollinche | 06/12/04 | 5.0 | Plan and Disclosure Statement | Prepare summaries of Fed. Mogul & Armstrong bankruptcies |
| Pamela Zilly | 06/12/04 | 2.5 | Plan and Disclosure Statement | Read Halliburton POR and Disclosure Statement |
| David Blechman | 06/14/04 | 2.5 | Plan and Disclosure Statement | Review/revise POR analysis |
| Pamela Zilly | 06/14/04 | 1.0 | Plan and Disclosure Statement | Review revised POR scenarios |
| David Blechman | 06/15/04 | 1.5 | Plan and Disclosure Statement | Review summaries of Fed. Mogul & Armstrong bankruptcies |
| Felix Tollinche | 06/15/04 | 1.5 | Plan and Disclosure Statement | Review summaries of Fed. Mogul & Armstrong bankruptcies w/ D. Blechman |
| David Blechman | 06/16/04 | 2.0 | Plan and Disclosure Statement | Review/revise Fed. Mogul & Armstrong POR structures |
| David Blechman | 06/16/04 | 2.0 | Plan and Disclosure Statement | Review/revise por analysis |
| David Blechman | 06/16/04 | 1.5 | Plan and Disclosure Statement | Call with management regarding POR analysis |
| Felix Tollinche | 06/16/04 | 2.0 | Plan and Disclosure Statement | Review/revise Fed. Mogul & Armstrong POR structures |
| Felix Tollinche | 06/16/04 | 1.0 | Plan and Disclosure Statement | Call with management regarding POR analysis |
| Pamela Zilly | 06/16/04 | 1.5 | Plan and Disclosure Statement | Call with Norris, Tarola, Siegel re: claims, POR scenarios |
| Pamela Zilly | 06/16/04 | 0.5 | Plan and Disclosure Statement | Meeting with R. Shinder re: POR assumptions |
| Pamela Zilly | 06/16/04 | 1.0 | Plan and Disclosure Statement | Review revised model |
| Pamela Zilly | 06/16/04 | 1.0 | Plan and Disclosure Statement | Markup of Armstrong disclosure statement for Grace management |
| Richard Shinder | 06/16/04 | 1.5 | Plan and Disclosure Statement | Review POR scenarios, meeting with P. Zilly |
| David Blechman | 06/17/04 | 2.5 | Plan and Disclosure Statement | Run POR scenario analysis |
| David Blechman | 06/17/04 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly, F. Tollinche re: POR analysis |
| Felix Tollinche | 06/17/04 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly, D. Blechman re: Por analysis |
| Felix Tollinche | 06/17/04 | 2.5 | Plan and Disclosure Statement | Run POR scenario analysis |
| Pamela Zilly | 06/17/04 | 0.5 | Plan and Disclosure Statement | Meeting with D. Blechman, F. Tollinche re: POR scenarios |
| David Blechman | 06/18/04 | 1.0 | Plan and Disclosure Statement | Call with P. Zilly, F. Tollinche regarding POR analysis |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JUNE 1, 2004 THROUGH JUNE 30, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Felix Tollinche | 06/18/04 | 2.0 | Plan and Disclosure Statement | Run POR scenario analysis |
| Felix Tollinche | 06/18/04 | 1.0 | Plan and Disclosure Statement | Call with D. Blechman, P. Zilly re: POR scenario analysis |
| Pamela Zilly | 06/18/04 | 1.0 | Plan and Disclosure Statement | Review POR funding variables |
| Pamela Zilly | 06/18/04 | 1.0 | Plan and Disclosure Statement | Call with D. Blechman, Felix Tollinche re: POR funding |
| Felix Tollinche | 06/19/04 | 2.0 | Plan and Disclosure Statement | Run POR scenario analysis |
| Pamela Zilly | 06/22/04 | 1.0 | Plan and Disclosure Statement | Meeting with P. Norris, D.Siegel, R. Tarola, M. Shelnitz, F. Festa re: POR |
| David Blechman | 06/23/04 | 0.5 | Plan and Disclosure Statement | Discussion with R. Tarola re: plan assumptions |
| Pamela Zilly | 06/24/04 | 1.0 | Plan and Disclosure Statement | Review revised POR scenario |
| Pamela Zilly | 06/24/04 | 1.0 | Plan and Disclosure Statement | Review POR presentation for Committees |
| Pamela Zilly | 06/25/04 | 1.0 | Plan and Disclosure Statement | Meeting with D. Blechman re: revised scenario |
| David Blechman | 06/26/04 | 3.0 | Plan and Disclosure Statement | Review/revise POR scenarios, call with P. Zilly regarding same |
| David Blechman | 06/26/04 | 2.0 | Plan and Disclosure Statement | Markup of K&E slides for Committees' presentation |
| Pamela Zilly | 06/26/04 | 2.0 | Plan and Disclosure Statement | Review scenario, call with D. Blechman |
| Pamela Zilly | 06/27/04 | 0.5 | Plan and Disclosure Statement | Review materials for distribution to Company |
| David Blechman | 06/28/04 | 2.0 | Plan and Disclosure Statement | Review/revise POR model |
| David Blechman | 06/28/04 | 2.0 | Plan and Disclosure Statement | Call with Kirkland & Ellis regarding claims |
| Pamela Zilly | 06/28/04 | 2.0 | Plan and Disclosure Statement | Call with D. Blechman, B. Spielgel, J. Friedland re: POR |
| Richard Shinder | 06/28/04 | 2.0 | Plan and Disclosure Statement | Review POR analysis and presentation |
| David Blechman | 06/29/04 | 1.0 | Plan and Disclosure Statement | Call with P. Zilly, P. Norris, R. Tarola, D. Siegel to review financial analysis |
| David Blechman | 06/29/04 | 0.8 | Plan and Disclosure Statement | Call with P. Zilly re: POR analysis |
| David Blechman | 06/29/04 | 2.5 | Plan and Disclosure Statement | Review/revise POR analyses |
| Pamela Zilly | 06/29/04 | 1.0 | Plan and Disclosure Statement | Call with D. Blechman, P. Norris, R. Tarola, D. Siegel to review financial analysis |
| Pamela Zilly | 06/29/04 | 3.0 | Plan and Disclosure Statement | Markup K&E presentation for Committee meetings re: POR |
| Pamela Zilly | 06/29/04 | 0.8 | Plan and Disclosure Statement | Call with D. Blechman re: POR analysis |
| David Blechman | 06/30/04 | 4.0 | Plan and Disclosure Statement | Meetings with P. Zilly regarding POR analysis, finalize materials for 7/1 meeting |
| Felix Tollinche | 06/30/04 | 1.0 | Plan and Disclosure Statement | Review Committees' presentation; prepare slides |
| Pamela Zilly | 06/30/04 | 2.0 | Plan and Disclosure Statement | Finalize POR scenarios for Committees presentation, meeting with D. Blechman |
| Pamela Zilly | 06/30/04 | 0.5 | Plan and Disclosure Statement | Discussion with R. Shinder re: 7/1/Committee meetings |
| Richard Shinder | 06/30/04 | 0.5 | Plan and Disclosure Statement | Discussion with P. Zilly re: 7/1 meeting with Committees |
| | | **145.1** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2004 THROUGH JUNE 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/03/04 | 1.0 | Tax Issues | Call with P. Norris, R. Tarola, E. Filon re: tax issues |
| Pamela Zilly | 06/16/04 | 0.5 | Tax Issues | Correspondence with E. Filon re: tax implications of claim payouts |
| Pamela Zilly | 06/25/04 | 0.5 | Tax Issues | Correspondence with E. Filon re: operating projections |
| | | 2.0 | | |

Page 9 of 10

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2004 THROUGH JUNE 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 06/08/04 | 1.0 | Valuation | Review and discuss with P. Zilly valuation materials |
| Pamela Zilly | 06/08/04 | 1.5 | Valuation | Review valuation and discuss same with D. Blechman |
| Felix Tollinche | 06/21/04 | 4.0 | Valuation | Prepare valuation analysis; update comparable companies |
| Felix Tollinche | 06/22/04 | 5.0 | Valuation | Prepare valuation; discounted cash flow analysis |
| Felix Tollinche | 06/23/04 | 6.5 | Valuation | Prepare valuation; segment analysis |
| Felix Tollinche | 06/24/04 | 8.5 | Valuation | Further valuation analysis work |
| Felix Tollinche | 06/28/04 | 7.0 | Valuation | Further valuation analysis work |
| David Blechman | 06/29/04 | 0.3 | Valuation | Discuss valuation with F. Tollinche |
| David Blechman | 06/29/04 | 1.0 | Valuation | Review valuation |
| Felix Tollinche | 06/29/04 | 0.3 | Valuation | Discuss valuation with D. Blechman |
| Felix Tollinche | 06/29/04 | 1.0 | Valuation | Revise valuation |
| David Blechman | 06/30/04 | 0.5 | Valuation | Discuss valuation with F. Tollinche |
| Felix Tollinche | 06/30/04 | 0.5 | Valuation | Discuss valuation with D. Blechman |
| | | 37.0 | | |