IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., [1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline:** September 7, 2004, at 4:00 p.m. (prevailing eastern time) |

**SUMMARY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL
ENVIRONMENTAL COUNSEL TO W. R. GRACE & CO., ET AL.,
FOR THE MONTHS OF DECEMBER, 2003 – JUNE, 2004**

| | |
|---|---|
| Name of Applicant: | **Latham & Watkins LLP ("L&W")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in Possession** |
| Date of Retention: | **Retention Order entered June 16, 2004, effective nunc pro tunc from April 1, 2001.** |
| Period for which compensation and reimbursement is sought: | **December 1, 2003 through June 30, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$211,719.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$6927.50** |

This is a(n) __monthly, _X_ interim, ___final application.

---

[1] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

L&W has been the Debtors' longtime legal advisor with respect to liability and responsibility for historical environmental contamination at a facility located in Fords, New Jersey that was formerly owned and operated by W.R. Grace & Co.-Conn. (the "Site") and with respect to environmental regulatory requirements related to the remediation of the Site. During the Debtors' pending bankruptcy, Debtors compensated L&W as a professional in the ordinary course. Beginning with the December 2003 billing cycle, Debtors ceased remitting monthly payments due to concerns regarding the aggregate cap on fees governing professionals in the ordinary course. As such, Debtors sought to have L&W retained as Special Environmental Counsel.

While that application was prepared, filed and then pending before this Court, L&W continued performing legal and professional services related to the Site and continued to submit monthly billing statements to Debtors. On June 16, 2004, this Court appointed L&W as Special Environmental Counsel, enabling L&W to apply to the Court for payment of its fees and expenses, in accordance with the Court's previous orders and with sections 327(e) and 330 of title 11 of the United States Code (as amended, the "Bankruptcy Code"). It is under these circumstances that L&W respectfully submits the following to this Court.

As a component of the fees and expenses related to L&W's role as environmental counsel, L&W also seeks compensation for the preparation of the "Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Environmental Counsel for the Debtors." The total time expended for preparation of the application was approximately **55.9 hours**. The estimated fees and costs associated with this work are **$11,858.72**, which are included in the compensation and expenses set forth above.

This is the first monthly application for interim compensation of services for the December 2003 through June 2004 period that the Debtors have filed with the Bankruptcy Court in the Chapter 11 Cases.

The L&W attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Attorney | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John McGahren | Partner | 14 | Environmental | 475.00 | 109.1 | $ 51,822.50 |
| John McGahren[2] | Partner | 14 | Environmental | 440.00 | 9.4 | 4,136.00 |
| David A. Barrett | Partner | 16 | Litigation | 450.00 | 17.1 | 7,695.00 |
| Bruce Taterka | Associate | 12 | Environmental | 395.00 | 4.6 | 1,817.00 |
| Laurie D. Matthews | Contract Associate | 9 | Environmental | 455.00 | 237.3 | 107,971.50 |
| Laurie D. Matthews[2] | Contract Associate | 9 | Environmental | 435.00 | 8.3 | 3,610.00 |
| Jeffrey P. LeJava | Associate | 6 | Environmental | 360.00 | 17.6 | 6,336.00 |
| Jeffrey P. LeJava[2] | Associate | 6 | Environmental | 330.00 | 21.7 | 7,161.00 |
| David H. Becker | Associate | 5 | Environmental | 345.00 | .3 | 103.50 |
| Avi Goldenberg | Associate | 3 | Real Estate | 375.00 | .7 | 262.50 |
| Kellie Ortega | Associate | 1 | Environmental | 235.00 | 15.1 | 3,538.00 |

The paraprofessionals of L&W who rendered professional services in these cases during the Fee Period are:

| Name of Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Lindsey Wunderle | Paralegal | 8 | Litigation | 170.00 | 6.8 | $1,156.00 |
| Lindsey Wunderle[2] | Paralegal | 8 | Litigation | 160.00 | 2.5 | 400.00 |
| Kimberly Barrett | Paralegal | 4 | Litigation | 140.00 | 8.7 | 1,218.00 |
| Alnieca Banks | Professional Staff | 7 | Technology | 165.00 | .7 | 115.50 |
| Elena Gorodetsky | Professional Staff | | Library | 185.00 | 13.6 | 2,516.00 |

---

[2] These hours were billed prior to a rate increase effective Jan. 1, 2004.

3

The professionals of L&W who rendered professional services in the preparation of this Fee Application during the Fee Period are:

| Name of Attorney | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John McGahren | Partner | 14 | Environmental | 475.00 | 1.2 | $  570.00 |
| Jeffrey P. LeJava | Associate | 6 | Environmental | 360.00 | 6.2 | 2,232.00 |
| Stacey B. Bernstein | Associate | 5 | Litigation | 315.00 | 6.3 | 1,984.50 |

The paraprofessionals of L&W who rendered professional services in the preparation of this Fee Application during the Fee Period are:

| Name of Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Lindsey Wunderle | Paralegal | 8 | Litigation | 170.00 | 38.5 | $6,545.00 |
| Kimberly Barrett | Paralegal | 4 | Litigation | 140.00 | 3.7 | 518.00 |

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 029016-0001 | Hatco Remediation | 473.5 | $199,869.50 |
| 029016-0003 | Special Environmental Counsel Application | 55.9 | 11,849.50 |

## Expense Summary for Hatco Remediation

| Description | Amount |
|---|---|
| Telephone | $503.20 |
| Calling Card | 14.10 |
| Fax Charge | 53.75 |
| Standard Copies | 275.92 |
| Overnight Delivery | 213.97 |
| Parking Out-of-Town | 45.00 |
| Mileage Out-of-Town | 326.25 |
| Tolls Out-of-Town | 25.55 |
| Local Transportation | 39.45 |

4

| | |
|---|---|
| Working Meals/L&W and Others | 242.11 |
| Information Broker Doc/Svcs/Online Research | 4,641.48 |
| Secretarial Overtime | 537.50 |
| **Total** | **$6,918.28** |

## Expense Summary for Special Environmental Counsel Application

| Description | Amount |
|---|---|
| Telephone | $6.86 |
| Standard Copies | 1.53 |
| Postage | .83 |
| **Total** | **$9.22** |

**WHEREFORE,** L&W respectfully requests (a) that an allowance be made to it, as fully described above for (i) the amount of **$211,719.00** for reasonable and necessary professional services L&W has rendered to the Debtors during the Fee Period and (ii) the reimbursement of actual and necessary costs and expenses incurred by L&W during the Fee Period **($6,927.50)**; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: August __6__ , 2004

Respectfully submitted,

LATHAM & WATKINS LLP

John McGahren, Esq.
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101
(973) 639-1234