# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: June 28, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH,
L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE
FIRST INTERIM PERIOD, FROM APRIL 1 THROUGH APRIL 30, 2004,
FOR THE QUARTER OF APRIL 2004 – JUNE 2004**

Name of Applicant:      **Nelson Mullins Riley & Scarborough,
L.L.P.**

Authorized to Provide Professional Services to:      **W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession**

Date of Retention:      **July 19, 2001**

Period for which compensation and
reimbursement is sought:      **April 1, 2004 through April 30, 2004**

Amount of Compensation sought as actual,
reasonable, and necessary:

    **$6,062.00**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

Amount of expense reimbursement sought as
actual, reasonable, and necessary:          **$20.78 for the period**

This is a _x_ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**( 3.8 )** hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately **$ (399.00).**

Prior fee applications:

| Date Filed | Period Covered | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |

| | | | | | |
|---|---|---|---|---|---|
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | S289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,668.00 | $277.40 | Pending (hearing scheduled 6/24/04) | Pending (hearing scheduled 6/24/04) |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | Pending | Pending |

3

| | | | | | |
|---|---|---|---|---|---|
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | Pending | Pending |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | Pending | Pending |
| Mailed for filing on May 18, 2004 | January 1, 2004 – March 31, 2004 | $32,451.50 | $1,398.78 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen- sation |
|---|---|---|---|---|---|---|
| Bernard F. Hawkins, Jr. | Partner | 13 years | Environmental | $280.00 | .60 | $168.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $250.00 | 8.80 | $2,200.00 |
| Betsy J. Burn | Associate | 3 Years | Bankruptcy | $190.00 | 7.30 | 1,387.00 |

Grand Total for Fees: $3,755.00
Blended Rate:         $224.85

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 2 years | Environmental | $115.00 | 13.90 | $1,598.50 |
|---|---|---|---|---|---|---|
| Anne R. Price | Paralegal | 1 year | Bankruptcy | $95.00 | 5.20 | $494.00 |
| Karla Lucas | Project Assistant | 4 months | Environmental | $65.00 | 3.30 | $214.50 |

Grand Total for Fees:   $2,307.00
Blended Rate:           $102.99

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06003 | Beaco Road | 1.50 | $319.50 |
| 02399/06031 | Li Tungsten | 4.70 | $1,045.50 |
| 02399/06032 | Charleston | 1.90 | $287.50 |
| 02399/06091 | Fee Applications | 31.00 | $4,409.50 |
| **TOTAL** | | **39.10** | **$6,062.00** |

4

**Expense Summary**

| Description | Amount |
|-------------|--------|
| Telephone | $.10 |
| Photocopies | $2.15 |
| Fed Ex | $18.53 |
| **Total** | **$20.78** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and

says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley &

Scarborough, L.L.P and I am a member in good standing of the bar of the State of South

Carolina.

2.      I have personally performed certain of, and overseen the legal services

rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this ⸏ day of _June_, 2004

(L.S.)

Notary Public for South Carolina

My Commission Expires: 9/3/09

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 28, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                           May 14, 2004
ATTN: Lydia Duff, Esq.                          Invoice 622286 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 04/30/04 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/14/04 | Review memo from Mr. English regarding Steering Committee conference call and prepare for same. | | | |
| | J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |
| 04/15/04 | Participate in Steering Committee conference call and prepare notes on same. | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 04/26/04 | Organization of incoming and file materials for Attorney Melchers' review. | | | |
| | K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |

**Fees for Legal Services** ........................................................................................ **$319.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.20 | 250.00 | 300.00 |
| K. LUCAS | 0.30 | 65.00 | 19.50 |
| TOTAL | 1.50 | $213.00 | $319.50 |

**Net current billing for this invoice** ................................................................. **$319.50**

**GRAND TOTAL** ....................................................................................................... **$319.50**

Balance due within thirty days of invoice date

W. R. Grace & Co.

May 14, 2004
Invoice 622286  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/04

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $319.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................. **$319.50**

Balance due within thirty days of invoice date

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
*Nelson Mullins Riley & Scarborough, L.L.P.*

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                              May 18, 2004
ATTN: Lydia Duff, Esq.                               Invoice 622287 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06031                   For Services Through 04/30/04
WR Grace #            001-KL-721490-01-501560
Name of Matter:       Li Tungsten

| | | | | |
|---|---|---|---|---|
| 04/06/04 | Review message from Mr. Englert and prepare memo to Ms. Duff regarding same. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 04/07/04 | Prepare memo to Ms. Duff (0.1); telephone conference with Ms. Duff regarding acquisition of historical documents (0.2). | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 04/14/04 | Review memo from Ms. Duff (0.1); prepare memo to co-defendant's counsel regarding historical documents (0.1); review notes on interviews and analysis of site document issues (0.9). | | | |
| | J.M. MELCHERS | 1.10 hrs. | 250.00/hr | $275.00 |
| 04/20/04 | Review memo from Ms. Duff regarding letter from co-defendant, respond to same and review reply. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 04/21/04 | Initial review of historical documents and discussion with Attorney Carlisle regarding same. | | | |
| | J.M. MELCHERS | 2.10 hrs. | 250.00/hr | $525.00 |
| 04/26/04 | Organize materials for Attorney Melchers' review. | | | |
| | K. LUCAS | 0.70 hrs. | 65.00/hr | $45.50 |

**Fees for Legal Services** ...................................................................................................    **$1,045.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 4.00 | 250.00 | 1,000.00 |
| K. LUCAS | 0.70 | 65.00 | 45.50 |
| TOTAL | 4.70 | $222.45 | $1,045.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

W. R. Grace & Co.

May 18, 2004
Invoice 622287  Page 2

| | | |
|---|---|---|
| 04/02/2004 | Telephone 1-412-355-8331 | 0.05 |
| 04/09/2004 | Telephone 1-212-637-3165 | 0.05 |
| 04/28/2004 | VENDOR: Federal Express; INVOICE#: 164975322; DATE: 4/28/2004-03/16/04 | 18.53 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$18.63**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Federal Express | 18.53 |
| Telephone | 0.10 |
| TOTAL | $18.63 |

Balance due within thirty days of invoice date

**Net current billing for this invoice** .................................................................................. **$1,064.13**

**GRAND TOTAL**.................................................................................................................. **$1,064.13**

Balance due within thirty days of invoice date

W. R. Grace & Co.

May 18, 2004
Invoice 622287  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/04

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $1,045.50 |
| Charges for Other Services Provided/Expenses Incurred | $18.63 |

Net current billing for this invoice ...................................................................    **$1,064.13**

Balance due within thirty days of invoice date

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 18, 2004
Invoice 622288 Page 1

Our Matter #          02399/06032                    For Services Through 04/30/04
WR Grace #           063-KL-721490-01-0501221
Name of Matter:      Charleston

| | | | | |
|---|---|---|---|---|
| 04/26/04 | Organize file materials for Attorney Hawkins' review. | | | |
| | K. LUCAS | 0.60 hrs. | 65.00/hr | $39.00 |
| 04/28/04 | Discussion of Remedial Design Plan issues with Mr. Bucens (0.3); discuss review of same with Attorney Carlisle (0.3). | | | |
| | B.F. HAWKINS, JR. | 0.60 hrs. | 280.00/hr | $168.00 |
| 04/28/04 | Confer with Attorneys Carlisle and Hawkins regarding status of review for comments of Preliminary Remedial Design and Wetlands Determination reports. | | | |
| | L.J. JENNINGS | 0.30 hrs. | 115.00/hr | $34.50 |
| 04/28/04 | Discuss status of review of Wetlands Determination and RD Tech Memo with Attorneys Hawkins and Carlisle. | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |

**Fees for Legal Services** ................................................................................................ **$287.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.60 | 280.00 | 168.00 |
| L.J. JENNINGS | 0.70 | 115.00 | 80.50 |
| K. LUCAS | 0.60 | 65.00 | 39.00 |
| TOTAL | 1.90 | $151.32 | $287.50 |

**Net current billing for this invoice** ................................................................................ **$287.50**

**GRAND TOTAL** ............................................................................................................ **$287.50**

Balance due within thirty days of invoice date

W. R. Grace & Co.

May 18, 2004
Invoice 622288  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/04

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $287.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** .................................................................. **$287.50**

Balance due within thirty days of invoice date

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                    May 19, 2004
ATTN: Lydia Duff, Esq.                        Invoice 622289 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06091 | For Services Through 04/30/04 |
|---|---|---|
| Name of Matter: | Fee Applications | |

04/01/04     Draft January 2004 Monthly Fee Application (1.2); compute numbers for and draft February
2004 Fee Application (1.6);  prepare detailed instructions for Project Assistant Lucas
regarding use of PACER for researching docket materials, in preparation of invoice tracking
project (0.4).

| | L.J. JENNINGS | 3.20 hrs. | 115.00/hr | $368.00 |
|---|---|---|---|---|

04/02/04     Review memos regarding filings and court approvals or lack of same for past filings and
status on January and February 2004 Monthly Fee Applications.

| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
|---|---|---|---|---|

04/02/04     Complete first draft of January and February Monthly 2004 Fee Applications (2.3) on-line
research to update Fee Application Tracking chart (0.8); on-line research to obtain missing
copies of Certificates of No Objection (1.3); confer with Administrative Assistant Johnson
regarding same (0.3); instruct Project Assistant Lucas regarding assistance with this project
(0.4);  confer with Attorneys Melchers and Burn regarding status of January and February
2004 Monthly Fee Applications (0.4).

| | L.J. JENNINGS | 5.50 hrs. | 115.00/hr | $632.50 |
|---|---|---|---|---|

04/02/04     Consult with Paralegal Jennings about using PACER website and search PACER for
Certificates of No Objection and Examiner's Reports.

| | K. LUCAS | 1.70 hrs. | 65.00/hr | $110.50 |
|---|---|---|---|---|

04/03/04     Review memos from Attorney Burn regarding CONOs and court approvals on outstanding
Applications.

| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
|---|---|---|---|---|

04/03/04     Finalize research and review of status of all outstanding monthly and interim fee applications
and draft letter to co-counsel regarding status of same.

| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
|---|---|---|---|---|

04/06/04     Review and edit March 2004 Monthly Fee Application attachments for privilege issues.

| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
|---|---|---|---|---|

04/06/04     Follow up on status of fee applications and respond to inquiry regarding CONOs and Orders.

| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
|---|---|---|---|---|

04/06/04     Discuss CONO's with Attorney Burn and update Administrative Assistant Johnson regarding
same.

W. R. Grace & Co.

May 19, 2004
Invoice 622289 Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | L.J. JENNINGS | 0.30 hrs. | 115.00/hr | $34.50 |

| 04/07/04 | Prepare memo to Attorney Hawkins regarding local counsel filing progress (0.1); review memo regarding PACER records (0.1). | | | |
|---|---|---|---|---|
|  | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |

| 04/07/04 | Confer with Attorney Burn regarding clarification of procedure relating to payment for CONO's vs. Orders for payment (0.3); prepare memorandum to Attorney Melchers regarding same (0.1). | | | |
|---|---|---|---|---|
|  | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |

| 04/08/04 | Prepare memo to Paralegal Jennings regarding PACER research and review response (0.1); review memo from her regarding results of research (0.1). | | | |
|---|---|---|---|---|
|  | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |

| 04/08/04 | Call from co-counsel to discuss inquiries regarding fee application status (0.3); review email from paralegal regarding status of quarterly orders (0.1). | | | |
|---|---|---|---|---|
|  | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |

| 04/08/04 | Analyze chart and research issues with missing quarterly fee applications. | | | |
|---|---|---|---|---|
|  | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |

| 04/08/04 | PACER research to check recent filings (0.3); update tracking chart with filing dates for CONO's for October 2003, November 2003 and December 2003 (0.3); per instruction of Attorney Burn, search PACER by docket number for each fee application and each quarterly filing to ensure complete file reflecting final 20% approvals (0.7); prepare memorandum to Attorneys Melchers and Burn regarding same and discuss results of search with Administrative Assistant Johnson (0.4). | | | |
|---|---|---|---|---|
|  | L.J. JENNINGS | 1.70 hrs. | 115.00/hr | $195.50 |

| 04/09/04 | Review and revise draft Monthly Fee Applications for January and February 2004 (0.7); review memo regarding same from Paralegal Jennings and prepare reply (0.1). | | | |
|---|---|---|---|---|
|  | J.M. MELCHERS | 0.80 hrs. | 250.00/hr | $200.00 |

| 04/09/04 | Confer with Attorneys Melchers and Burn regarding draft January and February 2004 Monthly Fee Applications. | | | |
|---|---|---|---|---|
|  | L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |

| 04/12/04 | Review memo from Paralegal Jennings regarding changes to Order status evaluation (0.1); review file documents for determination of status and next steps (0.5). | | | |
|---|---|---|---|---|
|  | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |

| 04/12/04 | Review email regarding inquiry as to unapproved quarterly fee applications. | | | |
|---|---|---|---|---|
|  | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |

| 04/12/04 | Confer with Attorney Melchers regarding revisions to January and February 2004 Monthly Fee Applications (0.3); confer with Attorney Melchers and Administrative Assistant Johnson regarding status of "order" approving payment for July to September 2002 Quarterly Application (0.2); PACER research to determine true status of "order", then prepare memorandum to Attorneys Burn and Melchers correcting status on Orders for payment (0.2); revise "Grace Filings" tracking chart to reflect no Order for July through September 2002 Quarterly Application per information from Attorney Melchers (0.2). | | | |
|---|---|---|---|---|
|  | L.J. JENNINGS | 0.90 hrs. | 115.00/hr | $103.50 |

| 04/13/04 | Follow up on status of January and February 2004 Monthly Fee Applications. | | | |
|---|---|---|---|---|
|  | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |

W. R. Grace & Co.

| 04/13/04 | Review payment procedures and discuss status of prior quarterly fee applications with paralegal (0.1); follow up with attorneys on proper process for notification (0.1). | | | |
| | **B.J. BURN** | 0.20 hrs. | 190.00/hr | $38.00 |

| 04/13/04 | Telephone conversation with Attorney Burn regarding status of January and February 2004 Monthly Fee Applications and status of research on court approvals (0.3); confer with Attorney Hawkins and Administrative Assistant Johnson regarding same and strategy to proceed from this point forward  (0.4). | | | |
| | **L.J. JENNINGS** | 0.70 hrs. | 115.00/hr | $80.50 |

| 04/14/04 | Follow up with paralegal on edits to January and February 2004 Monthly Fee Applications (0.1); follow up with Attorney Melchers on procedures for handling fee application process moving forward (0.2). | | | |
| | **B.J. BURN** | 0.30 hrs. | 190.00/hr | $57.00 |

| 04/15/04 | Meet with paralegal to discuss process on fee applications (0.1); begin review of January and February 2004 Monthly Fee Applications (0.2). | | | |
| | **B.J. BURN** | 0.30 hrs. | 190.00/hr | $57.00 |

| 04/16/04 | Research payment status and orders approving all former quarterly applications over life of case and update and revise chart regarding same. | | | |
| | **B.J. BURN** | 2.50 hrs. | 190.00/hr | $475.00 |

| 04/19/04 | Draft memo regarding status of all outstanding fee applications and percentages approved by court. | | | |
| | **B.J. BURN** | 0.30 hrs. | 190.00/hr | $57.00 |

| 04/19/04 | Meet with Attorney Burn regarding W.R. Grace Fee Applications (0.3); review prior fee applications and create set up in system (1.3). | | | |
| | **A.R. PRICE** | 1.60 hrs. | 95.00/hr | $152.00 |

| 04/19/04 | Draft March 2004 Monthly Fee Application for attorney review. | | | |
| | **A.R. PRICE** | 3.60 hrs. | 95.00/hr | $342.00 |

| 04/19/04 | Provide Attorney Burn with information and link to Bankruptcy folder. | | | |
| | **L.J. JENNINGS** | 0.20 hrs. | 115.00/hr | $23.00 |

| 04/26/04 | Review memos and attached chart from Attorney Burn regarding research and findings on filings and Orders from 2002 forward. | | | |
| | **J.M. MELCHERS** | 0.40 hrs. | 250.00/hr | $100.00 |

| 04/26/04 | Edits to January and February 2004 Monthly Fee Applications and payments chart (0.1); review PACER for order entry information (0.1). | | | |
| | **B.J. BURN** | 0.20 hrs. | 190.00/hr | $38.00 |

| 04/27/04 | Review charts regarding status of court filings and CONOs. | | | |
| | **J.M. MELCHERS** | 0.20 hrs. | 250.00/hr | $50.00 |

| 04/27/04 | Confer with Administrative Assistant Johnson regarding Monthly January, February, and March 2004 Fee Applications. | | | |
| | **L.J. JENNINGS** | 0.10 hrs. | 115.00/hr | $11.50 |

| 04/29/04 | Revise January and February 2004 Monthly Fee Applications. | | | |
| | **B.J. BURN** | 0.70 hrs. | 190.00/hr | $133.00 |

| 04/30/04 | Review final drafts of January and February 2004 Monthly Fee Applications and approve for filing (0.3); confer with Attorney Burn regarding procedure for older invoices (0.1). | | | |

W. R. Grace & Co.

May 19, 2004
Invoice 622289 Page 4

|  | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
|---|---|---|---|---|

04/30/04 Make final revisions to January 2004 Monthly Fee Application.

| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
|---|---|---|---|---|

04/30/04 Make final revisions to February 2004 Monthly Fee Application.

| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
|---|---|---|---|---|

04/30/04 Edit and review March 2004 Monthly Fee Application.

| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
|---|---|---|---|---|

04/30/04 Finalize January and February 2004 Monthly Fee Applications for filing (0.2); discussion with Attorney Melchers regarding invoices from 2003 to be submitted into March 2004 Monthly Fee Application (0.1).

| | B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
|---|---|---|---|---|

**Fees for Legal Services** .................................................................................................... **$4,409.50**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 3.60 | 250.00 | 900.00 |
| B.J. BURN | 7.30 | 190.00 | 1,387.00 |
| L.J. JENNINGS | 13.20 | 115.00 | 1,518.00 |
| A.R. PRICE | 5.20 | 95.00 | 494.00 |
| K. LUCAS | 1.70 | 65.00 | 110.50 |
| TOTAL | 31.00 | 142.24 | 4,409.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 03/31/2004 | Photocopies 7 Page(s) | 0.35 |
|---|---|---|
| 04/01/2004 | Photocopies 7 Page(s) | 0.35 |
| 04/02/2004 | Photocopies 15 Page(s) | 0.75 |
| 04/13/2004 | Photocopies 10 Page(s) | 0.50 |
| 04/13/2004 | Photocopies 1 Page(s) | 0.05 |
| 04/19/2004 | Photocopies 3 Page(s) | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$2.15**

### DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
|---|---|
| Photocopies | 2.15 |
| TOTAL | $2.15 |

Balance due within thirty days of invoice date

**Net current billing for this invoice** ................................................................................... **$4,411.65**

**GRAND TOTAL** ................................................................................................................ **$4,411.65**

Balance due within thirty days of invoice date

W. R. Grace & Co.

May 19, 2004
Invoice 622289  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/04

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $4,409.50 |
| Charges for Other Services Provided/Expenses Incurred | $2.15 |

**Net current billing for this invoice** ................................................................... **$4,411.65**

Balance due within thirty days of invoice date

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                  )    Chapter 11
                                        )
W. R. GRACE & CO., et al.,[1]           )    Case No. 01-1139 (JKF)
                                        )    Jointly Administered
                    Debtors.            )

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                         )SS
COUNTY OF NEW CASTLE     )

      Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 7th day of June, 2004 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

1.  SUMMARY OF APPLICATION OF NELSON MULLINS RILEY &
    SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES
    AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL
    TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM
    PERIOD, FROM APRIL 1, THROUGH APRIL 30, 2004, FOR THE
    QUARTER OF APRIL 2004 – JUNE 2004; AND

2.  FEE DETAIL FOR NELSON MULLINS RILEY &
    SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR
    THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004.

Dated: June 7, 2004

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 7th day of June, 2004

Notary Public
My Commission Expires:   6/12/05

KATHLEEN M. WITTIG
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 12, 2005

91100-001\DOCS_DE:69393.19

DOCS_DE:69393.30

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
**william.sparks@grace.com**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: mgz@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: currier@klettrooney.com and**
**jwaxman@klettrooney.com**
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:**
**james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail:** *pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail:** *rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail:** *jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail:** *david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail:** *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP