# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Objection Deadline: July 27, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH,
L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE
FIRST INTERIM PERIOD, FROM MAY 1 THROUGH MAY 31, 2004,
FOR THE QUARTER OF APRIL 2004 – JUNE 2004**

Name of Applicant:                    **Nelson Mullins Riley & Scarborough,
                                       L.L.P.**

Authorized to Provide Professional Services to:    **W. R. Grace & Co., et al., Debtors and
                                                   Debtors-in-Possession**

Date of Retention:                    **July 19, 2001**

Period for which compensation and
reimbursement is sought:              **May 1, 2004 through May 31, 2004**

Amount of Compensation sought as actual,
reasonable, and necessary:

                                      **$12,927.00 for the period**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:88049.1

Amount of expense reimbursement sought as
actual, reasonable, and necessary:        **$67.97  for the period**

This is a _x_ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(4.40)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately **$ (609.50)**.

Prior fee applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June  26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |

| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |

| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | Pending | Pending |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| George B. Cauthen | Partner | 28 years | Bankruptcy | $290.00 | .30 | $87.00 |
| Bernard F. Hawkins, Jr. | Partner | 13 years | Environmental | $280.00 | 1.30 | $364.00 |
| N.J. Smith | Partner | 26 years | Environmental | $275.00 | 4.30 | $1,182.50 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $250.00 | 7.10 | $1,775.00 |
| R.T. Carlisle | Of Counsel | 21 years | Environmental | $250.00 | 10.80 | $2,700.00 |
| Betsy J. Burn | Associate | 3 Years | Bankruptcy | $190.00 | 9.50 | $1,805.00 |

Grand Total for Fees: $7,913.50
Blended Rate:        $237.64

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 2 years | Environmental | $115.00 | 6.60 | $759.00 |
|---|---|---|---|---|---|---|
| Anne R. Price | Paralegal | 1 year | Bankruptcy | $95.00 | 9.10 | $864.50 |
| Childs Cantey * | Summer Associate | 1 year | Environmental | $75.00 | 42.60 | $3,195.00 |
| Karla Lucas | Project Assistant | 4 months | Environmental | $65.00 | 3.00 | $195.00 |

Grand Total for Fees:   $5,013.50
Blended Rate:           $81.79

* Childs Cantey is a new timekeeper appearing on this bill.

4

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 8.40 | $1,717.50 |
| 02399/06003 | Beaco Road | 1.90 | $308.50 |
| 02399/06030 | Aiken-Title V Permit App. Iss | .70 | $175.00 |
| 02399/06031 | Li Tungsten | 57.50 | $5,775.50 |
| 02399/06032 | Charleston | 9.00 | $2,357.50 |
| 02399/06091 | Fee Applications | 17.10 | $2,593.00 |
| **TOTAL** | | **94.60** | **$12,927.00** |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $1.50 |
| Photocopies | $10.60 |
| Fed Ex | $25.98 |
| Lexis Legal Services | $29.89 |
| **Total** | **$67.97** |

5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.  I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.  I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_Bernard F. Hawkins, Jr._

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this ___ day of _____ , 2004

_____ (L.S.)

Notary Public for South Carolina

My Commission Expires: 9/3/09

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: July 27, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR NELSON MULLINS
RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE
APPLICATION FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 15, 2004
Invoice 626817 Page 1

| Our Matter # | 02399/06000 | |
|---|---|---|
| WR Grace # | 063-KL-721490-01-501251 | For Services Through 05/31/04 |
| Name of Matter: | General | |

| | | | | |
|---|---|---|---|---|
| 05/25/04 | Discussions with Ms. Finklestein regarding real estate matter in Georgia and arrange to have coverage of same. | | | |
| | B.F. HAWKINS, JR. | 0.50 hrs. | 280.00/hr | $140.00 |
| 05/25/04 | Confer with Attorney Hawkins regarding new matter (0.2); confer with Attorney Burn regarding fee application issues related to retention on new matter (0.1). | | | |
| | R.T. CARLISLE | 0.30 hrs. | 250.00/hr | $75.00 |
| 05/25/04 | Call from Attorney Carlisle regarding real estate transaction and NMRS as special counsel or OCP to Grace (0.2); research for Order appointing NMRS (0.1). | | | |
| | B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 05/25/04 | Provide documents to Attorney Burn from on-line docket (0.3); telephone conference with Bankruptcy Court to request copy of Order (0.3). | | | |
| | L.J. JENNINGS | 0.60 hrs. | 115.00/hr | $69.00 |
| 05/25/04 | Research regarding Retention Order and report status to Attorney Burn. | | | |
| | A.R. PRICE | 0.30 hrs. | 95.00/hr | $28.50 |
| 05/26/04 | Confer with Attorney Burn regarding Application to Appoint Nelson Mullins Special Counsel to WR Grace (0.2); request copy of filed documents from clerk's office (0.2). | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |
| 05/27/04 | Review information with Mr. Nagy concerning retention of real estate agent for Charleston property (0.3); discuss potential options with Attorney Smith (0.3); review information on options (0.2). | | | |
| | B.F. HAWKINS, JR. | 0.80 hrs. | 280.00/hr | $224.00 |
| 05/27/04 | Confer with Attorney Hawkins on status of review of scope of application for appointment as special counsel (0.1); confer with Attorney Burn regarding same (0.1); review application (0.2); electronic mail memorandum to Attorney Burn regarding same (0.1). | | | |
| | R.T. CARLISLE | 0.50 hrs. | 250.00/hr | $125.00 |
| 05/27/04 | Meet with Attorney Cauthen to discuss original application and ordinary course professional issues (0.2); confer with Attorney Carlisle on same (0.2). | | | |
| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |

W.R. Grace & Co.

June 15, 2004
Invoice 626817 Page 2

05/27/04 Research and confer on issues related to question of expanding application as special
counsel (0.3); review Application and Order (0.2).
B.J. BURN                                  0.50 hrs.    190.00/hr           $95.00

05/28/04 Assist in drafting of special counsel order (Grace).
G.B. CAUTHEN                               0.30 hrs.    290.00/hr           $87.00

05/28/04 Confer with Attorney Hawkins regarding timing of response to Mr. Nagy (0.1); confer with
Attorney Burn regarding amendment to application for order of appointment as special
counsel (0.1); suggest revisions to draft application (0.3).
R.T. CARLISLE                              0.50 hrs.    250.00/hr          $125.00

05/28/04 Work on drafting Notice of Amended Application, Amended Application, and Affidavit of
Disinterestedness (2.4); confer with Attorney Carlisle on billing issue (0.2).
B.J. BURN                                  2.60 hrs.    190.00/hr          $494.00

05/31/04 Revise Amended Application for employment as special counsel and related pleadings.
B.J. BURN                                  0.40 hrs.    190.00/hr           $76.00

**Fees for Legal Services** ..................................................................................................    **$1,717.50**

### BILLING SUMMARY

|                      | Hours | Rate/Hr  | Dollars   |
|----------------------|-------|----------|-----------|
| G.B. CAUTHEN         | 0.30  | 290.00   | 87.00     |
| B.F. HAWKINS, JR.    | 1.30  | 280.00   | 364.00    |
| R.T. CARLISLE        | 1.30  | 250.00   | 325.00    |
| B.J. BURN            | 4.20  | 190.00   | 798.00    |
| L.J. JENNINGS        | 1.00  | 115.00   | 115.00    |
| A.R. PRICE           | 0.30  | 95.00    | 28.50     |
| TOTAL                | 8.40  | $204.46  | $1,717.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

05/25/2004      Telephone 1-410-531-4795                                                0.10
**Total Charges for Other Services Provided/Expenses Incurred** ....................................    **$0.10**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Telephone   | 0.10    |
| TOTAL       | $0.10   |

**Net current billing for this invoice**...............................................................................    **$1,717.60**

**GRAND TOTAL**...........................................................................................................    **$1,717.60**

W.R. Grace & Co.

June 15, 2004
Invoice 626817  Page **3**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/04

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | $1,717.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.10 |
| **Net current billing for this invoice** ........................................................ | **$1,717.60** |

| |
|---|
| **Terms of Payment: Balance due within thirty days of invoice date** |

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                         June 15, 2004
ATTN: Lydia Duff, Esq.                            Invoice 627075 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06003                 For Services Through 05/31/04
WR Grace #            063-KL-721490-01-501270
Name of Matter:       Beaco Road Site

| Date | Description | | | |
|---|---|---|---|---|
| 05/04/04 | Organize and provide materials for Attorney Carlisle's review. | | | |
| | K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |
| 05/11/04 | Review memo and notice from Mr. English regarding Steering Committee conference call. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 05/13/04 | Organize and provide materials for Attorney Carlisle's review. | | | |
| | K. LUCAS | 0.60 hrs. | 65.00/hr | $39.00 |
| 05/19/04 | Telephone conference with Attorney Carlisle regarding issues for Steering Committee conference call. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 05/20/04 | Participate in conference call with Steering Committee (0.4); draft memorandum regarding same (0.2). | | | |
| | R.T. CARLISLE | 0.60 hrs. | 250.00/hr | $150.00 |
| 05/20/04 | Review memo from Attorney Carlisle regarding issues and updates from Steering Committee conference. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |

Fees for Legal Services ...................................................................................   **$308.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 0.40 | 250.00 | 100.00 |
| R.T. CARLISLE | 0.60 | 250.00 | 150.00 |
| K. LUCAS | 0.90 | 65.00 | 58.50 |
| TOTAL | 1.90 | $162.37 | $308.50 |

Net current billing for this invoice .....................................................................   **$308.50**

GRAND TOTAL.................................................................................................   **$308.50**

W.R. Grace & Co.

June 15, 2004
Invoice 627075 Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/04

Our Matter # 02399/06003
Beaco Road Site

---

| | |
|---|---|
| Fees for Professional Services | $308.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$308.50** |

---

| Terms of Payment: **Balance due within thirty days of invoice date** |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 9, 2004
Invoice 625794 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06030 | For Services Through 05/31/04 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

05/24/04    Confer with Mr. Fishel regarding groundwater issue and regarding air certification issues.
R.T. CARLISLE                     0.40 hrs.    250.00/hr              $100.00

05/25/04    Freedom of Information Act request concerning activities of a third party and review of
relevant information (0.2); confer with Attorney Hawkins regarding certification issues (0.1).
R.T. CARLISLE                     0.30 hrs.    250.00/hr               $75.00

**Fees for Legal Services** ...................................................................................................... **$175.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.70 | 250.00 | 175.00 |
| TOTAL | 0.70 | $250.00 | $175.00 |

**Net current billing for this invoice** ................................................................................. **$175.00**

**GRAND TOTAL** ................................................................................................................... **$175.00**

W. R. Grace & Co.

June 9, 2004
Invoice 625794  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/04

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | $175.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................. | **$175.00** |

---

**Terms of Payment:  Balance due within thirty days of invoice date**

---

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 15, 2004
Invoice 627076 Page 1

| Our Matter # | 02399/06031 | For Services Through 05/31/04 |
|---|---|---|
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| 05/03/04 | Organize and provide materials for Attorney Hawkins' review. | | | |
|---|---|---|---|---|
| | K. LUCAS | 1.40 hrs. | 65.00/hr | $91.00 |

| 05/13/04 | Organize reference materials for Attorney Hawkins' review. | | | |
|---|---|---|---|---|
| | K. LUCAS | 0.40 hrs. | 65.00/hr | $26.00 |

| 05/18/04 | Review documents on CD relating to claims issues and instruct law clerk on review and classification of same. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.80 hrs. | 250.00/hr | $200.00 |

| 05/18/04 | Confer with Attorney Carlisle regarding documents received via CD (0.2); review file for set of documents printed from CD and prepare same (0.6). | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 0.80 hrs. | 115.00/hr | $92.00 |

| 05/18/04 | Prepare documents from CD for Ms. Cantey's review. | | | |
|---|---|---|---|---|
| | K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |

| 05/19/04 | Review, categorize, and search documents printed from CD. | | | |
|---|---|---|---|---|
| | C. CANTEY | 2.20 hrs. | 75.00/hr | $165.00 |

| 05/20/04 | Review memo and attachment from Ms. Duff. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |

| 05/20/04 | Continue to review, categorize, and search documents printed from CD. | | | |
|---|---|---|---|---|
| | C. CANTEY | 5.70 hrs. | 75.00/hr | $427.50 |

| 05/21/04 | Telephone conference with Attorney Carlisle regarding information for request from Ms. Duff and review memo to Ms. Duff from Attorney Carlisle and reply to same. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |

| 05/21/04 | Review electronic mail memorandum from Ms. Duff regarding site costs (0.2); confer with Attorney Melchers regarding same (0.1); electronic mail memorandum to Ms. Duff requesting clarification (0.1); review reply electronic mail memorandum from Ms. Duff (0.1). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.50 hrs. | 250.00/hr | $125.00 |

W.R. Grace & Co.

June 15, 2004
Invoice 627076  Page 2

| 05/21/04 | Continue to review, categorize, and search documents printed from CD. | | | |
|---|---|---|---|---|
| | C. CANTEY | 5.40 hrs. | 75.00/hr | $405.00 |

| 05/24/04 | Review Ms. Duff's memo and follow-up questions from Attorney Carlisle (0.1); review and analyze chart and questions posed (0.6); assignment to Paralegal Jennings regarding file search for requested information (0.2); telephone conference with Attorney Carlisle regarding bankruptcy issues and site information (0.2); prepare for and telephone conference with Ms. Duff and prepare notes on same (0.3); prepare memo and assignments to Attorney Carlisle (0.3). | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 1.70 hrs. | 250.00/hr | $425.00 |

| 05/24/04 | Review case summary from Ms. Duff (0.2); review documents regarding liability issues and follow-up assignment to Paralegal Jennings (0.9). | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 1.10 hrs. | 250.00/hr | $275.00 |

| 05/24/04 | Confer with Attorneys Melchers and Carlisle regarding request for information on remediation costs (0.2); review ROD dated September 1999 and attachments to same (1.2); review 10/5/00 UAO (0.5). | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 1.90 hrs. | 115.00/hr | $218.50 |

| 05/24/04 | Continue to review, categorize, and search documents printed from CD. | | | |
|---|---|---|---|---|
| | C. CANTEY | 7.40 hrs. | 75.00/hr | $555.00 |

| 05/25/04 | Conference with Attorney Carlisle regarding analysis of documents and evaluation of new caselaw. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |

| 05/25/04 | Review results of Summer Associate Cantey's review of documents to date (0.4); confer with Attorney Melchers regarding information to be compiled to comply with Ms. Duff's recent request (0.2); begin drafting summary of Doyle documents (0.3). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.90 hrs. | 250.00/hr | $225.00 |

| 05/25/04 | Continue to review, categorize, and search documents printed from CD. | | | |
|---|---|---|---|---|
| | C. CANTEY | 6.60 hrs. | 75.00/hr | $495.00 |

| 05/26/04 | Review documents from EPA and identify significance. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 1.30 hrs. | 250.00/hr | $325.00 |

| 05/26/04 | Research and write memos on liability issues. | | | |
|---|---|---|---|---|
| | C. CANTEY | 5.90 hrs. | 75.00/hr | $442.50 |

| 05/27/04 | Continue review of file for information on site investigations. | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 2.90 hrs. | 115.00/hr | $333.50 |

| 05/27/04 | Continue research and prepare memos on liability issues. | | | |
|---|---|---|---|---|
| | C. CANTEY | 6.20 hrs. | 75.00/hr | $465.00 |

| 05/28/04 | Continue to review, categorize, and search documents printed from CD. | | | |
|---|---|---|---|---|
| | C. CANTEY | 3.20 hrs. | 75.00/hr | $240.00 |

**Fees for Legal Services** ...................................................................................................   **$5,775.50**

W.R. Grace & Co.

June 15, 2004
Invoice 627076 Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 3.70 | 250.00 | 925.00 |
| R.T. CARLISLE | 3.50 | 250.00 | 875.00 |
| L.J. JENNINGS | 5.60 | 115.00 | 644.00 |
| K. LUCAS | 2.10 | 65.00 | 136.50 |
| C. CANTEY | 42.60 | 75.00 | 3,195.00 |
| TOTAL | 57.50 | $100.44 | $5,775.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/24/2004 | Telephone 1-410-531-4210 | 0.65 |
| 05/25/2004 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 2.00 | 29.89 |

Total Charges for Other Services Provided/Expenses Incurred ...................................    $30.54

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Lexis | 29.89 |
| Telephone | 0.65 |
| TOTAL | $30.54 |

Net current billing for this invoice .................................................................    $5,806.04

GRAND TOTAL.................................................................................................    $5,806.04

W.R. Grace & Co.

June 15, 2004
Invoice 627076 Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/04

Our Matter # 02399/06031
Li Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $5,775.50 | |
| Charges for Other Services Provided/Expenses Incurred | $30.54 | |
| **Net current billing for this invoice** ................................................................ | | **$5,806.04** |

---

**Terms of Payment: Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 9, 2004
Invoice 625795 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 05/31/04 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/03/04 | Review and comment on draft Preliminary Remedial Design Technical Memorandum (3.3); memorandum to Attorney Smith requesting his input on wetlands permitting issues (0.1); memorandum to Mr. Bucens regarding mark-up and additional comments (0.2). R.T. CARLISLE | 3.60 hrs. | 250.00/hr | $900.00 |
| 05/04/04 | Review section of plan regarding permitting, note corrections, issues (0.2); telephone conference with Attorney Carlisle regarding corrections, recommended changes (0.5). N.J. SMITH | 0.70 hrs. | 275.00/hr | $192.50 |
| 05/04/04 | Confer with Attorney Smith regarding wetland permitting issues and Technical Memorandum. R.T. CARLISLE | 0.50 hrs. | 250.00/hr | $125.00 |
| 05/05/04 | Revise paragraphs of plan to reflect accurate permitting analysis and description and provide to Attorney Carlisle. N.J. SMITH | 0.40 hrs. | 275.00/hr | $110.00 |
| 05/05/04 | Confer with Attorney Smith regarding his comments on wetlands portion of Preliminary Remedial Design Technical Memorandum (0.2); transmit Attorney Smith's changes to Mr. Bucens (0.1). R.T. CARLISLE | 0.30 hrs. | 250.00/hr | $75.00 |
| 05/06/04 | Review comment and prepare response and documentation on nationwide permit issue (0.8); confirm state and federal interpretations of regional conditions and discuss with Attorney Carlisle (0.3). N.J. SMITH | 1.10 hrs. | 275.00/hr | $302.50 |
| 05/06/04 | Review electronic mail memorandum from Mr. Bucens and confer with Attorney Smith regarding reply. R.T. CARLISLE | 0.20 hrs. | 250.00/hr | $50.00 |

W.R. Grace & Co.

June 9, 2004
Invoice 625795 Page 2

| | | | |
|---|---|---|---|
| 05/07/04 | Message from Mr. Bucens regarding NWP 38, reply (0.1); telephone conference with Mr. Ball of Corps regarding interpretation of NWP 38 and regional condition, generally discuss final streambed after removal, potential for use of permit with state objection (0.6); telephone conference with Attorney Carlisle regarding details of plan (0.1); review portion of technical memo on plans (0.9); telephone conference with Mr. Bucens and RMT regarding details of parallel permit programs, conditions, impact on project (0.4). | | |
| | N.J. SMITH | 2.10 hrs.    275.00/hr | $577.50 |
| 05/25/04 | Confer with Attorney Smith regarding participation in meeting next month. | | |
| | R.T. CARLISLE | 0.10 hrs.    250.00/hr | $25.00 |

Fees for Legal Services ..................................................................................................    **$2,357.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 4.30 | 275.00 | 1,182.50 |
| R.T. CARLISLE | 4.70 | 250.00 | 1,175.00 |
| TOTAL | 9.00 | $261.94 | $2,357.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/06/2004 | Telephone 1-617-498-2667 | 0.15 |
| 05/07/2004 | Telephone 1-617-498-2667 | 0.10 |
| Total Charges for Other Services Provided/Expenses Incurred ...................................... | | **$0.25** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.25 |
| TOTAL | $0.25 |

Net current billing for this invoice ...................................................................    **$2,357.75**

GRAND TOTAL....................................................................................................    **$2,357.75**

W.R. Grace & Co.

June 9, 2004
Invoice 625795  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/04

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $2,357.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.25 |
| **Net current billing for this Invoice** ................................................................. | **$2,357.75** |

**Terms of Payment: Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 15, 2004
Invoice 626818 Page 1

Our Matter #          02399/06091                    For Services Through 05/31/04
Name of Matter:       Fee Applications

| Date | Description | | | |
|------|-------------|---|---|---|
| 05/03/04 | Follow up with paralegal on procedure to draft 12th Quarterly Fee Application (0.2); update Fee Application Chart with new information (0.1). B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 05/03/04 | Draft 12th Quarterly Verified Fee Application for attorney review and update Tracking Chart. A.R. PRICE | 2.20 hrs. | 95.00/hr | $209.00 |
| 05/05/04 | Follow up on status of filing of January and February 2004 Interim Fee Applications. B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 05/06/04 | Review draft March 2004 Interim Fee Application and prepare memo regarding needed changes. J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |
| 05/06/04 | Edit 12th Interim Quarterly Fee Application and update Tracking Chart. B.J. BURN | 1.00 hrs. | 190.00/hr | $190.00 |
| 05/10/04 | Review and finalize March 2004 Interim Fee Application (0.3); review and respond to memos regarding same (0.2). J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |
| 05/10/04 | Continue editing 12th Quarterly Fee Application. B.J. BURN | 1.30 hrs. | 190.00/hr | $247.00 |
| 05/10/04 | Finalize editing of March 2004 Interim Fee Application (0.4); edit and update Project Category Spreadsheet (0.1); follow up on status of January and February 2004 Interim Fee Applications (0.1). B.J. BURN | 0.60 hrs. | 190.00/hr | $114.00 |
| 05/11/04 | Draft letter to local counsel regarding March 2004 Interim Fee Application and status of January and February 2004 Interim Fee Applications (0.1); review PACER for information as to filing date of January and February 2004 Interim Fee Applications (0.1). B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 05/13/04 | Review draft 12th Quarterly Fee Application and Project Category Summary Chart and prepare memo to Attorney Burn regarding changes needed for each. J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |

W.R. Grace & Co.

June 15, 2004
Invoice 626818  Page 2

| | | | |
|---|---|---|---|
| 05/14/04 | Review memo from Attorney Burn regarding 12th Quarterly Fee Application and Project Category Summary Chart and review memo to Mr. Bossay regarding 11th and 12th Quarterly Fee Applications.<br>J.M. MELCHERS | 0.20 hrs.   250.00/hr | $50.00 |
| 05/14/04 | Finalize 12th Quarterly Fee Application and coordinate filing with paralegal.<br>B.J. BURN | 0.60 hrs.   190.00/hr | $114.00 |
| 05/14/04 | Update Project Category spreadsheet and coordinate information to send to auditor with paralegal.<br>B.J. BURN | 0.30 hrs.   190.00/hr | $57.00 |
| 05/14/04 | Compile exhibits to 12th Quarterly Fee Application and finalize for attorney review (0.8); review and update Tracking Chart (0.4); docket deadlines (0.3); status report to attorneys (0.3).<br>A.R. PRICE | 1.80 hrs.   95.00/hr | $171.00 |
| 05/17/04 | Review and edit 12th Quarterly Fee Application.<br>J.M. MELCHERS | 0.70 hrs.   250.00/hr | $175.00 |
| 05/18/04 | Forward 12th Quarterly Fee Application to Ms. Patricia Cuniff for review (0.1); review and update master database, adding new fee applications and docketing deadlines (1.3).<br>A.R. PRICE | 1.40 hrs.   95.00/hr | $133.00 |
| 05/19/04 | Review memo and opinion regarding disqualification of Judge Wolin and prepare memo regarding same.<br>J.M. MELCHERS | 0.40 hrs.   250.00/hr | $100.00 |
| 05/20/04 | Begin drafting April 2004 Interim Fee Application .<br>A.R. PRICE | 0.60 hrs.   95.00/hr | $57.00 |
| 05/21/04 | Continue drafting April 2004 Interim Fee Application for attorney review.<br>A.R. PRICE | 2.80 hrs.   95.00/hr | $266.00 |
| 05/24/04 | Follow up on status of 12th Quarterly Fee Application mailed to co-counsel on May 18.<br>B.J. BURN | 0.20 hrs.   190.00/hr | $38.00 |
| 05/24/04 | Edit and review April 2004 Interim Fee Application.<br>B.J. BURN | 0.40 hrs.   190.00/hr | $76.00 |
| 05/24/04 | Update Grace Tracking Chart.<br>B.J. BURN | 0.10 hrs.   190.00/hr | $19.00 |
| 05/25/04 | Follow up on status of 12th Quarterly Fee Application.<br>B.J. BURN | 0.10 hrs.   190.00/hr | $19.00 |
| 05/28/04 | Follow up on status of 12th Quarterly Interim Fee Application.<br>B.J. BURN | 0.10 hrs.   190.00/hr | $19.00 |

**Fees for Legal Services** ..................................................................................... **$2,593.00**

W.R. Grace & Co.

June 15, 2004
Invoice 626818  Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 3.00 | 250.00 | 750.00 |
| B.J. BURN | 5.30 | 190.00 | 1,007.00 |
| A.R. PRICE | 8.80 | 95.00 | 836.00 |
| TOTAL | 17.10 | 151.64 | 2,593.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/30/2004 | Fed Ex | 12.96 |
| 05/11/2004 | Fed Ex | 13.02 |
| 05/18/2004 | Photocopies 96 Page(s) | 4.80 |
| 05/18/2004 | Telephone 1-561-362-1566 | 0.25 |
| 05/25/2004 | Telephone 1-302-252-2900 | 0.25 |
| 05/27/2004 | Photocopies 116 Page(s) | 5.80 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$37.08**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 10.60 |
| Fed Ex | 25.98 |
| Telephone | 0.50 |
| TOTAL | $37.08 |

**Net current billing for this invoice** ................................................................................. **$2,630.08**

**GRAND TOTAL**................................................................................................................. **$2,630.08**

W.R. Grace & Co.

June 15, 2004
Invoice 626818 Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/04

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $2,593.00 |
| Charges for Other Services Provided/Expenses Incurred | $37.08 |
| **Net current billing for this invoice** ................................................................... | **$2,630.08** |

> **Terms of Payment:  Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 6th day of July 2004 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

1.    SUMMARY APPLICATION OF NELSON MULLINS RILEY &
      SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES
      AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL
      TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM
      PERIOD, FROM MAY 1 THROUGH MAY 31, 2004, FOR THE
      QUARTER OF APRIL 2004 – JUNE 2004; AND

2.    FEE DETAIL FOR NELSON MULLINS RILEY &
      SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR
      THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004.

Dated: July 6, 2004

Patricia E. Cuniff

Sworn to and subscribed before
me this 6th day of July, 2004

Notary Public
My Commission Expires:    3- 11- 2006

TIMOTHY M. O'BRIEN
Notary Public - Delaware
My Comm. Expires Mar. 11, 2006

91100-001\DOCS_DE:69393.19

-2-

DOCS_DE:69393.34

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail:** *syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail:** *mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

**E-mail:** *ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail:** *mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail:** *currier@klettrooney.com* and
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:**
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail:** ***pvnl@capdale.com***
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail:** ***rserrette@stroock.com***
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail:** ***jsakalo@bilzin.com***
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail:** ***david.heller@lw.com*** **and**
***carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail:** ***pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP