# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Objection Deadline: September 2, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM JUNE 1 THROUGH JUNE 30, 2004, FOR THE QUARTER OF APRIL 2004 – JUNE 2004

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **June 1, 2004 through June 30, 2004**

Amount of Compensation sought as actual, reasonable, and necessary:

**$12,228.00 for the period**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:88049.1

Amount of expense reimbursement sought as
actual, reasonable, and necessary:          **$372.90 for the period**

This is a __x__ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(4.80)** hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ **(503.50).**

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |

2

| | | | | | |
|---|---|---|---|---|---|
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |

3

| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | Pending | Pending |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen- sation |
| --- | --- | --- | --- | --- | --- | --- |
| George B. Cauthen | Partner | 28 years | Bankruptcy | $300.00 | .80 | $240.00 |
| Bernard F. Hawkins, Jr. | Partner | 13 years | Environmental | $280.00 | .50 | $140.00 |
| N.J. Smith | Partner | 26 years | Environmental | $275.00 | 8.60 | $2,365.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $250.00 | 7.20 | $1,800.00 |
| R.T. Carlisle | Of Counsel | 21 years | Environmental | $250.00 | 6.90 | $1,725.00 |
| Betsy J. Burn | Associate | 4 Years | Bankruptcy | $190.00 | 4.70 | $893.00 |

Grand Total for Fees: $7,163.00
Blended Rate:          $ 249.58

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 2 years | Environmental | $115.00 | 5.20 | $598.00 |
| --- | --- | --- | --- | --- | --- | --- |
| Anne R. Price | Paralegal | 1 year | Bankruptcy | $95.00 | 5.10 | $484.50 |
| Childs Cantey | Summer Associate | 1 year | Environmental | $75.00 | 36.00 | $2,700.00 |
| Meredith George* | Summer Associate | 1 year | Environmental | $75.00 | 11.90 | $892.50 |
| Karla Lucas | Project Assistant | 8 months | Environmental | $65.00 | 6.00 | $390.00 |

Grand Total for Fees:  $5,065.00
Blended Rate:           $78.89

* Meredith George is a new timekeeper appearing on this bill.

4

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 6.20 | $874.50 |
| 02399/06030 | Aiken-Title V Permit App. Iss | 5.80 | $1,006.00 |
| 02399/06031 | Li Tungsten | 61.80 | $6,414.50 |
| 02399/06032 | Charleston | 9.20 | $2,511.50 |
| 02399/06091 | Fee Applications | 9.90 | $1,421.50 |
| **TOTAL** | | **92.90** | **$12,228.00** |

### Expense Summary

| Description | Amount |
|---|---|
| Telephone | $1.15 |
| Photocopies | $14.90 |
| Fed Ex | $26.04 |
| Lexis Legal Services | $9.52 |
| CopyOut | $264.59 |
| Outside Services | $56.70 |
| **Total** | **$372.90** |

5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this _3rd_ day of _August_____, 2004

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _April 24, 2013_

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 2, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5



# NELSON
<small>Nelson Mullins Riley & Scarborough, L.L.P.</small>

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 22, 2004
Invoice 633628 Page 1

Our Matter #          02399/06000
WR Grace #           063-KL-721490-01-501251              For Services Through 06/30/04
Name of Matter:     General

| | | | | |
|---|---|---|---|---|
| 06/01/04 | Review and edit Amended Affidavit of Disinterest (0.4); review and edit application for employment (0.2); follow-up on real estate issues (0.2). | | | |
| | G.B. CAUTHEN | 0.80 hrs. | 300.00/hr | $240.00 |
| 06/01/04 | Follow-up with other attorneys on additional information needed for Amended Application (0.3); revise and edit Amended Application and Affidavit (0.6); follow-up with Attorney Cauthen on execution of Affidavit (0.3); forward same to Kirkland & Ellis for filing (0.1). | | | |
| | B.J. BURN | 1.30 hrs. | 190.00/hr | $247.00 |
| 06/02/04 | Review Amended Petition for Appointment as Special Counsel and related documents. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 250.00/hr | $25.00 |
| 06/02/04 | Receive and review correspondence between counsel regarding sale of Grace Facility and instruct Project Assistant Lucas regarding filing of same for Attorney Carlisle's review. | | | |
| | L.J. JENNINGS | 0.30 hrs. | 115.00/hr | $34.50 |
| 06/08/04 | Follow-up with local counsel to verify receipt of Amended Motion to Employ NMRS on other matters. | | | |
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 06/08/04 | Prepare and organize incoming correspondence per instructions of Paralegal Jennings to assist Attorney Carlisle. | | | |
| | K. LUCAS | 0.70 hrs. | 65.00/hr | $45.50 |
| 06/08/04 | Chronologize and create folders for incoming materials for Attorney Hawkins' review. | | | |
| | K. LUCAS | 1.60 hrs. | 65.00/hr | $104.00 |
| 06/14/04 | Review PACER to determine if Amended Motion for Appointment as professional has been filed by co-counsel. | | | |
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 06/17/04 | Organize and chronologize file materials for Attorney Hawkins' review. | | | |
| | K. LUCAS | 0.70 hrs. | 65.00/hr | $45.50 |
| 06/22/04 | Follow-up on status of Amended Motion to Appoint. | | | |

W. R. Grace & Co.

July 22, 2004
Invoice 633628 Page 2

| | | | | |
|---|---|---|---|---|
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |

06/27/04    Review PACER to see if Amended Motion to Employ as Special Counsel has been filed yet by local counsel.

| | | | | |
|---|---|---|---|---|
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |

06/29/04    Review PACER to see if CONO for April 2004 Monthly Fee Application is entered (0.1); review PACER to see if Amended Application to Employ NMRS and follow-up with local counsel on status of filing Amended Application (0.1).

| | | | | |
|---|---|---|---|---|
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |

**Fees for Legal Services** ....................................................................................................  **$874.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| G.B. CAUTHEN | 0.80 | 300.00 | 240.00 |
| R.T. CARLISLE | 0.10 | 250.00 | 25.00 |
| B.J. BURN | 2.00 | 190.00 | 380.00 |
| L.J. JENNINGS | 0.30 | 115.00 | 34.50 |
| K. LUCAS | 3.00 | 65.00 | 195.00 |
| TOTAL | 6.20 | $141.05 | $874.50 |

**Net current billing for this invoice** ...................................................................................  **$874.50**

**GRAND TOTAL**................................................................................................................  **$874.50**

W. R. Grace & Co.

July 22, 2004
Invoice 633628  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 06/30/04

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | $874.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| Net current billing for this invoice ................................................................. | **$874.50** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          July 14, 2004
ATTN: Lydia Duff, Esq.                          Invoice 631514 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #           02399/06030                    For Services Through 06/30/04
WR Grace #            032-KL-721400-00-5250472
Name of Matter:      Aiken-Title V Permit App. Iss

| | | | | |
|---|---|---|---|---|
| 06/09/04 | Review and organize file materials for Attorney Carlisle's review.<br>K. LUCAS | 2.40 hrs. | 65.00/hr | $156.00 |
| 06/18/04 | Communications regarding appointment for reviewing ASCO files.<br>R.T. CARLISLE | 0.10 hrs. | 250.00/hr | $25.00 |
| 06/22/04 | Review files on neighboring property at DHEC's Farrow Road office.<br>R.T. CARLISLE | 1.50 hrs. | 250.00/hr | $375.00 |
| 06/24/04 | Complete review of ASCO file and leave voice mail to Mr. Fishel regarding same.<br>R.T. CARLISLE | 1.80 hrs. | 250.00/hr | $450.00 |

**Fees for Legal Services** ......................................................................................... **$1,006.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 3.40 | 250.00 | 850.00 |
| K. LUCAS | 2.40 | 65.00 | 156.00 |
| TOTAL | 5.80 | $173.45 | $1,006.00 |

**Net current billing for this invoice** ................................................................. **$1,006.00**

**GRAND TOTAL** .................................................................................................... **$1,006.00**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 06/30/04

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | $1,006.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$1,006.00** |

| |
|---|
| **Terms of Payment: Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                         July 15, 2004
ATTN: Lydia Duff, Esq.                                          Invoice 631515 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06031 | For Services Through 06/30/04 |
|---|---|---|
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| 06/01/04 | Go through, categorize, and search documents from PRP. | | | |
|---|---|---|---|---|
| | C. CANTEY | 6.90 hrs. | 75.00/hr | $517.50 |

| 06/02/04 | Review documents and status regarding document review projects (0.5); review documents from Paralegal Jennings and confer with her on additional research needed on cost claims (0.5); review and forward additional documents to her regarding cost claims (0.3). | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 1.30 hrs. | 250.00/hr | $325.00 |

| 06/02/04 | Continue review of file materials regarding costs information (1.3); discuss same with Attorney Melchers (0.2); review online information regarding Superfund Sites and discuss same with Attorney Melchers (0.3); receive and review EPA correspondence and incorporate same into information being collated for review (0.3) | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 2.10 hrs. | 115.00/hr | $241.50 |

| 06/02/04 | Go through, categorize, and search documents from PRP. | | | |
|---|---|---|---|---|
| | C. CANTEY | 5.90 hrs. | 75.00/hr | $442.50 |

| 06/03/04 | Review memo from Paralegal Jennings regarding additional sources for costs data and confer with her regarding sources. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |

| 06/03/04 | Telephone conversation with representative at CERCLIS office requesting information (0.3); communicate information to Attorneys Melchers and Carlisle (0.1) | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |

| 06/03/04 | Go through, categorize, and search documents from PRP. | | | |
|---|---|---|---|---|
| | C. CANTEY | 1.40 hrs. | 75.00/hr | $105.00 |

| 06/11/04 | Prepare CERCLIS information for Attorneys Melchers and Carlisle. | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |

| 06/14/04 | Confer with Attorneys Melchers and Carlisle regarding CERCLIS spreadsheet and status of information requested. | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |

| 06/17/04 | Review and organize file materials for Attorneys Melchers and Carlisle's review. | | | |
|---|---|---|---|---|
| | K. LUCAS | 0.10 hrs. | 65.00/hr | $6.50 |

W.R. Grace & Co.

| 06/18/04 | Complete first draft of requested information chart by date, then collate documents referencing same, per request of Attorneys Melchers and Carlisle. | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 1.80 hrs. | 115.00/hr | $207.00 |
| 06/18/04 | Go through, categorize, and search documents from PRP. | | | |
| | C. CANTEY | 0.40 hrs. | 75.00/hr | $30.00 |
| 06/21/04 | Discuss memos on two cases with Attorney Carlisle. | | | |
| | C. CANTEY | 0.20 hrs. | 75.00/hr | $15.00 |
| 06/22/04 | Discuss memos on two cases with Attorney Carlisle then edit, update and revise these memos per Attorney Carlisle's instructions. | | | |
| | C. CANTEY | 6.00 hrs. | 75.00/hr | $450.00 |
| 06/23/04 | Review memo from Ms. Duff (0.1); review memo from and confer with Attorney Carlisle regarding status of review and actions needed for response and conference with Ms. Duff (0.4); review documents and prepare memo to Ms. Duff regarding status conference (0.4). | | | |
| | J.M. MELCHERS | 0.90 hrs. | 250.00/hr | $225.00 |
| 06/23/04 | Edit, update and revise memos. | | | |
| | C. CANTEY | 4.50 hrs. | 75.00/hr | $337.50 |
| 06/24/04 | Edit, update, and revise memos and go through, categorize, and search documents from PRP. | | | |
| | C. CANTEY | 5.60 hrs. | 75.00/hr | $420.00 |
| 06/25/04 | Review documents relating to claims issues. | | | |
| | R.T. CARLISLE | 3.00 hrs. | 250.00/hr | $750.00 |
| 06/25/04 | Edit, update, and revise memos and categorize, and search documents from PRP with Attorney Carlisle. | | | |
| | C. CANTEY | 5.10 hrs. | 75.00/hr | $382.50 |
| 06/28/04 | Conference with Attorney Carlisle regarding document review assignment and review documents. | | | |
| | M. GEORGE | 1.10 hrs. | 75.00/hr | $82.50 |
| 06/29/04 | Review memos from co-defendants and carry out telephone conference with co-defendant's office (0.4); review materials for call to EPA and attempt same (0.7). | | | |
| | J.M. MELCHERS | 1.10 hrs. | 250.00/hr | $275.00 |
| 06/29/04 | Review PRP documents. | | | |
| | M. GEORGE | 7.60 hrs. | 75.00/hr | $570.00 |
| 06/30/04 | Prepare for and telephone conference with EPA counsel and prepare notes on same (0.6); discuss results of conference call, document needs, status and next steps with Attorney Carlisle (0.4); discuss assignment with Summer Associate George, (0.1); review materials regarding same (0.1); evaluate documentation for cost evaluation and edit memo regarding same (0.9). | | | |
| | J.M. MELCHERS | 2.10 hrs. | 250.00/hr | $525.00 |
| 06/30/04 | Confer with Attorney Melchers regarding claims issues. | | | |
| | R.T. CARLISLE | 0.40 hrs. | 250.00/hr | $100.00 |
| 06/30/04 | Review PRP documents. | | | |
| | M. GEORGE | 3.20 hrs. | 75.00/hr | $240.00 |

W.R. Grace & Co.

July 14, 2004
Invoice 631514  Page 3

**Fees for Legal Services** ................................................................................................... **$6,414.50**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 5.70 | 250.00 | 1,425.00 |
| R.T. CARLISLE | 3.40 | 250.00 | 850.00 |
| L.J. JENNINGS | 4.70 | 115.00 | 540.50 |
| K. LUCAS | 0.10 | 65.00 | 6.50 |
| C. CANTEY | 36.00 | 75.00 | 2,700.00 |
| M. GEORGE | 11.90 | 75.00 | 892.50 |
| TOTAL | 61.80 | $103.79 | $6,414.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 06/02/2004 | Photocopies 34 Page(s) | 1.70 |
| 06/03/2004 | Telephone 1-703-413-0223 | 0.30 |
| 06/25/2004 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 1.00 | 9.52 |
| 06/29/2004 | Telephone 1-412-355-8331 | 0.05 |
| 06/30/2004 | Telephone 1-212-637-3165 | 0.70 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$12.27**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.70 |
| Lexis | 9.52 |
| Telephone | 1.05 |
| TOTAL | $12.27 |

**Net current billing for this invoice** ................................................................................. **$6,426.77**

**GRAND TOTAL** ................................................................................................................. **$6,426.77**

W.R. Grace & Co.

July 14, 2004
Invoice 631514  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 06/30/04

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $6,414.50 |
| Charges for Other Services Provided/Expenses Incurred | $12.27 |
| **Net current billing for this invoice** | **$6,426.77** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 14, 2004
Invoice 631559 Page 1

| Our Matter # | 02399/06032 | |
|---|---|---|
| WR Grace # | 063-KL-721490-01-0501221 | For Services Through 06/30/04 |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 06/04/04 | Review messages from Mr. Bucens and telephone same regarding details for meeting in Charleston on work plans.<br>N.J. SMITH | 0.30 hrs. | 275.00/hr | $82.50 |
| 06/17/04 | Review and organize file materials for Attorney Hawkins' review.<br>K. LUCAS | 0.10 hrs. | 65.00/hr | $6.50 |
| 06/21/04 | Review report, wetlands regulations and conditions of general and nationwide permits and prepare for meeting on clean up plan.<br>N.J. SMITH | 0.60 hrs. | 275.00/hr | $165.00 |
| 06/22/04 | Complete review of work plan and regulations for wetlands impacts and discuss local interpretation of conditions from state on nationwide permit with agency staff (0.4); review work plan elements on wetlands excavation, fill and replacement/creation (0.8).<br>N.J. SMITH | 1.20 hrs. | 275.00/hr | $330.00 |
| 06/23/04 | Review access agreement issues with Mr. Bucens.<br>B.F. HAWKINS, JR. | 0.30 hrs. | 280.00/hr | $84.00 |
| 06/23/04 | Telephone conference with Mr. Hanley regarding details of site conditions and plans relating to wetlands to prepare for meeting (0.2); prepare information for meeting, copies of regulations and conditions (0.3).<br>N.J. SMITH | 0.50 hrs. | 275.00/hr | $137.50 |
| 06/24/04 | Review and provide input on hold harmless provision.<br>B.F. HAWKINS, JR. | 0.20 hrs. | 280.00/hr | $56.00 |
| 06/24/04 | Office conference with RMT group and Mr. Bucens to prepare for meeting with DHEC on work plan issues (2.5); DHEC meeting to review and discuss work plan elements for wetlands, wastewater, and other issues (3.2).<br>N.J. SMITH | 5.70 hrs. | 275.00/hr | $1,567.50 |
| 06/28/04 | Review notes from Mr. Bucens regarding follow up and issues from meeting with DHEC staff.<br>N.J. SMITH | 0.30 hrs. | 275.00/hr | $82.50 |

**Fees for Legal Services** ...................................................................................................... **$2,511.50**

W. R. Grace & Co.

July 14, 2004
Invoice 631559  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.50 | 280.00 | 140.00 |
| N.J. SMITH | 8.60 | 275.00 | 2,365.00 |
| K. LUCAS | 0.10 | 65.00 | 6.50 |
| TOTAL | 9.20 | $272.99 | $2,511.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/26/2004 | Photocopies 244 Page(s) | 12.20 |
| 06/04/2004 | Telephone 1-617-498-2667 | 0.10 |
| 06/09/2004 | VENDOR: Kane on Main; INVOICE#: 043004; DATE: 6/9/2004 | 75.60 |
| 06/09/2004 | VENDOR: Kane on Main; INVOICE#: 043004; DATE: 6/9/2004 | 81.75 |
| 06/09/2004 | VENDOR: Kane on Main; INVOICE#: 043004; DATE: 6/9/2004 | 81.75 |
| 06/09/2004 | VENDOR: Kane on Main; INVOICE#: 043004; DATE: 6/9/2004 | 0.40 |
| 06/09/2004 | VENDOR: Kane on Main; INVOICE#: 043004-1; DATE: 6/9/2004 | 25.09 |
| 06/23/2004 | PAYEE: Reimbursement to Attorney Smith for lunch with Mr. Bucens, RMT representatives (Rob Hanley, Terri Herz and Mark Bailey) and Attorney Smith on 6/23/2004. | 56.70 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$333.59**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 264.59 |
| Photocopies | 12.20 |
| Outside Services | 56.70 |
| Telephone | 0.10 |
| TOTAL | $333.59 |

**Net current billing for this invoice** .................................................................................. **$2,845.09**

**GRAND TOTAL**.................................................................................................................. **$2,845.09**

W. R. Grace & Co.

July 14, 2004
Invoice 631559  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 06/30/04

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | $2,511.50 | |
| Charges for Other Services Provided/Expenses Incurred | $333.59 | |
| **Net current billing for this invoice** ................................................................ | | **$2,845.09** |

> **Terms of Payment:  Balance due within thirty days of invoice date**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
### ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 15, 2004
Invoice 631558 Page 1

Our Matter #               02399/06091                    For Services Through 06/30/04
Name of Matter:            Fee Applications

| | | | | |
|---|---|---|---|---|
| 06/02/04 | Review and finalize April 2004 Monthly Fee Application (0.4), review and respond to memos regarding April 2004 Monthly Fee Application and 12th Quarterly Fee Application (0.2). | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 06/03/04 | Draft transmittal letter and follow up on status of applications. | | | |
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 06/07/04 | Review auditor's report for 12th Quarterly Fee Application (0.1); review memo from Ms. Cuniff regarding 11th Quarterly Fee Application Hearing, prepare memo regarding same and review response from Attorney Burn (0.3). | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 06/07/04 | Review email from debtor's counsel regarding objection deadline and hearing for 12th Quarterly Fee Application (0.1); research PACER regarding status of CONOS for January, February and March 2004 Monthly Fee Applications (0.3); update tracking chart (0.2). | | | |
| | B.J. BURN | 0.60 hrs. | 190.00/hr | $114.00 |
| 06/08/04 | Review PACER for docket number for 12th Quarterly Fee Application (0.1); review PACER for filing detail for April 2004 Monthly Fee Application, objection deadlines, etc. (0.1); update Tracking Chart with new information (0.1); review and respond to email from auditor regarding 11th Quarterly Report (0.1); follow up with paralegal on docketing deadlines and information needed for auditor as to 12th Quarterly Report (0.1). | | | |
| | B.J. BURN | 0.50 hrs. | 190.00/hr | $95.00 |
| 06/08/04 | Review and update Fee Application Tracking Chart and database (0.7); docket deadlines (0.3). | | | |
| | A.R. PRICE | 1.00 hrs. | 95.00/hr | $95.00 |
| 06/08/04 | Receive and review internal correspondence related to quarterly hearings, then instruct Project Assistant Lucas regarding filing of same. | | | |
| | L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |
| 06/08/04 | Review and organize new materials per instructions of Paralegal Jennings for Attorney Melchers' use. | | | |
| | K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |

| 06/10/04 | Review and confirm figures sent by auditor for 11th Quarterly Fee Application and Cumulative Project Totals against our figures and make corrections to spreadsheet regarding same. | | | |
|---|---|---|---|---|
| | B.J. BURN | 0.50 hrs. | 190.00/hr | $95.00 |
| 06/17/04 | Edit and review updates to Tracking Chart (0.1); follow up with paralegal on drafting May 2004 Monthly Fee Application (0.1). | | | |
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 06/18/04 | Review billing invoices and draft May 2004 Monthly Fee Application and check calculations for accuracy. | | | |
| | A.R. PRICE | 2.90 hrs. | 95.00/hr | $275.50 |
| 06/22/04 | Edit and revise May 2004 Monthly Fee Application. | | | |
| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
| 06/22/04 | Review PACER for order approving 11th Quarterly Fee Application and update Tracking Chart. | | | |
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 06/22/04 | Review and update Tracking Chart (0.6); docket deadlines (0.2). | | | |
| | A.R. PRICE | 0.80 hrs. | 95.00/hr | $76.00 |
| 06/23/04 | Review May 2004 Monthly Fee Application and prepare edits. | | | |
| | J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |
| 06/24/04 | Edit and review revisions to May 2004 Monthly Fee Application. | | | |
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 06/24/04 | Review and finalize May 2004 Monthly Fee Application. | | | |
| | A.R. PRICE | 0.40 hrs. | 95.00/hr | $38.00 |
| 06/28/04 | Organize file materials for Attorney Melchers' review. | | | |
| | K. LUCAS | 0.10 hrs. | 65.00/hr | $6.50 |

**Fees for Legal Services** ..................................................................................................  **$1,421.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.50 | 250.00 | 375.00 |
| B.J. BURN | 2.70 | 190.00 | 513.00 |
| L.J. JENNINGS | 0.20 | 115.00 | 23.00 |
| A.R. PRICE | 5.10 | 95.00 | 484.50 |
| K. LUCAS | 0.40 | 65.00 | 26.00 |
| TOTAL | 9.90 | 143.59 | 1,421.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 05/18/2004 | Fed Ex | 13.02 |
|---|---|---|
| 06/03/2004 | Fed Ex | 13.02 |
| 06/07/2004 | Photocopies 20 Page(s) | 1.00 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$27.04** |

## DISBURSEMENT SUMMARY

**Description**                                                                                                    **Dollars**

| Description | Dollars |
|---|---|
| Photocopies | 1.00 |
| Fed Ex | 26.04 |
| TOTAL | $27.04 |

**Net current billing for this invoice** ...................................................................................   **$1,448.54**

**GRAND TOTAL**.............................................................................................................   **$1,448.54**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 06/30/04

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $1,421.50 |
| Charges for Other Services Provided/Expenses Incurred | $27.04 |
| **Net current billing for this invoice** | **$1,448.54** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC