EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | )   Chapter 11 |
|  | ) |
| W. R. GRACE & CO. et al. | )   Case No. 01-01139 (JKF) |
|  | )   (Jointly Administered) |
| Debtors. | ) |

) **Objection Deadline: June.   , 2004 at 4:00p.m.**
**Hearing Date:   TDB only if necessary**

## SUMMARY COVERSHEET TO TWENTY-SIXTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2004 THROUGH APRIL 30, 2004

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | April 1, 2004 through April 30, 2004 |
| Amount of compensation sought as actual, reasonable and necessary | $64,606.50 for the period April 1, 2004 through April 30, 2004 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,793.71 for the period of April 1, 2004 through April 30, 2004 |

This is a:                              Monthly interim application

Prior Applications filed:     Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|---|---|---|---|---|---|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
|------|---------------------------|------------|---------|------|------|
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Paid | Paid |
| 03/04 | 02/01/04 through 02/29/04 | $31,430.00 | $2,975.32 | Paid | Paid |
| 04/04 | 03/01/04 through 03/31/04 | $28,304.00 | $877.91 | Application Pending | Application Pending |

As indicated above, this is the twenty-sixth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 141.70 | $53,137.50 |
| Melissa E. Flax | Partner | $250 | 41.70 | $10,425.00 |
| Laura Florence | Paralegal | $90 | 11.60 | $1,044.00 |

Total Fees      $64,606.50

Total Hours     195.00

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $126.75 |
| Westlaw/Pacer | $335.52 |
| Telephone | $282.43 |
| Faxes | $235.00 |
| FedEx | $135.18 |
| Travel | $49.50 |
| Messenger | |
| Additional Staff Time | $149.73 |
| Court Reporter (Hearing Transcript) | |
| Meals | $454.00 |
| UPS | $25.60 |
| | |
| Total | $1,793.71 |

Dated:  May 12, 2004

**ATTACHMENT B**
**TO FEE APPLICATION**
**(April 1, 2004 through April 30, 2004)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 141.70 | $53,137.50 |
| Melissa E. Flax | Partner | $250 | 41.70 | $10,425.00 |
| Laura Florence | Paralegal | $90 | 11.60 | $1,044.00 |

| | |
|---|---|
| Grand Total: | $65,606.50 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | |
| Fee Applications, Applicant | 12.00 | $3,200.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 183.00 | $61,406.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $335.52 |
| Facsimile (with rates) | | $235.00 ($1.00 per page) |
| Long Distance Telephone | | $282.43 |
| In-House Reproduction | | $126.75 ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | JMA 3/1/04 (parking – 7.00; tolls – 5.00) | $12.00 |
| | LF 4/22/04 (parking – 6.00; mileage ($.225/mile) – 31.50) | $37.50 $49.50 |
| Out-Of-Town Travel airfare car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express UPS | $135.18 $25.60 $160.78 |
| Postage | | $26.91 |
| Other (Explain) - Working meal | 4/8/04 – Lunch (JMA, CHM, MEF) | $24.17 |
| | 4/12/04 – Lunch (JMA, CHM) | $12.98 |
| | 4/13/04 – Lunch (JMA, CHM, K. Brown) | $40.93 |
| | 4/14/04 – Lunch (JMA, CHM, A. Nagy, K. Brown) | |
| | 4/15/04 – Lunch (JMA, CHM, K. Brown) | $30.48 |
| | 4/20/04 – Dinner (JMA, CHM, A. Nagy, K. Brown) | $302.70 |
| | 4/21/04 – Lunch (MEF, CHM) | $15.83 $454.00 |
| Messenger | | |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | $149.73 |

Dated: May 12, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W. R. GRACE & CO. et al.[1]

    Debtors.

)
)
)
)
)
)

Chapter 11

Case No. 01-01139 (JKF)
(Jointly Administered)

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company), Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 3th day of May, 2004

Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )     Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | )     Case No. 01-01139 (JKF) |
| | )     (Jointly Administered) |
| Debtors. | ) **Objection Deadline: June. , 2004 at 4:00p.m.** |
| |                   **Hearing Date :   TDB only if necessary** |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM APRIL 1, 2004 THROUGH APRIL 30, 2004**

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

W.R. GRACE & COMPANY                    May 10, 2004
5400 BROKEN SOUND BLVD., N.W.           Invoice No. 23604
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


          For Professional Services Rendered through   04/30/04

Matter #          734680.1        VS. HONEYWELL INTERNATIONAL


## Litigation and Litigation Consulting


04/01/04 JMA Phone - counsel for Special Master re: RAA        .30     112.50
             Report: Transportation

04/01/04 JMA Conference with C. Marraro re: RAA Report:       1.50     562.50
             Excavation

04/01/04 JMA Conference with C. Marraro re: COPR toxicity     1.50     562.50
             issues relating to transportation and
             excavation RAA Reports

04/01/04 JMA Receipt and review letter from Parsons to         .10      37.50
             Special Master with RAA Reports: Transportation
             and Excavation

04/01/04 JMA RCRA Fee Petition: Conference with C. Marraro    1.70     637.50
             re: items for oral argument

04/01/04 JMA RCRA Fee Petition - Conference with C. Marraro   1.20     450.00
             re: potential for evidentiary hearing

04/01/04 JMA Conference with C. Marraro re: RAA Report:       1.00     375.00
             Transportation

04/01/04 JMA Phone - R. Senftleben re: RAA Report:             .80     300.00
             Transportation

04/01/04 MEF Review SI Group information                       .50     125.00

04/02/04 JMA Receipt and review email re: east and west        .20      75.00
             crossing walls

04/02/04 JMA Receipt and review Notice of Electronic Filing    .10      37.50
             re: withdrawal of motion re: perimeter wall

04/02/04 JMA Receipt and review letter from B. Terris re:      .10      37.50
             RCRA Fee Petition

04/02/04 JMA Phone - C. Marraro re: settlement issues          .30     112.50

04/02/04 JMA Receipt and review email from T. Pasuit re: all   .10      37.50
             parties' meeting

W.R. GRACE & COMPANY                                    May 10, 2004
Client No.                  734680          Page      2
INVOICE NO.                 23604

04/05/04 JMA RCRA Fee Petition - phone - C. Marraro re: oral      .30    112.50
             argument

04/05/04 JMA Conference with H. McGuire re: development           .30    112.50
             issues

04/05/04 JMA Phone - C. Marraro re: RAA Reports                  .40    150.00

04/06/04 JMA RCRA Fee Petition - receipt and review email        .30    112.50
             from D. Field re: scheduling oral argument

04/06/04 JMA RCRA Fee Petition - phone - C. Marraro re:          .20     75.00
             scheduling issues

04/06/04 JMA Receipt and review email from counsel for          .10     37.50
             Special Master re: JCMUA meeting

04/06/04 JMA Phone - T. Pasuit re: JCMUA meeting                 .10     37.50

04/06/04 JMA Conference with LF re: JCMUA meeting                .20     75.00

04/06/04 JMA RCRA Fee Petition - phone - C. Marraro re:          .20     75.00
             scheduling

04/06/04 JMA RCRA Fee Petition - phone D. Field voice mail       .10     37.50
             re: scheduling

04/06/04 MEF RCRA Fee Petition - phone with A. Granovsky at      .20     50.00
             Judge Cavanaugh re: ECARG opening brief

04/06/04 MEF RCRA Fee Petition - email to A. Granovsky at        .20     50.00
             Judge Cavanaugh re: ECARG opening brief

04/06/04 MEF RCRA Fee Petition - email from A. Granovsky at      .10     25.00
             Judge Cavanaugh

04/07/04 JMA Phone - C. Marraro re: comments to 100% design      .80    300.00
             report - groundwater collection and treatment

04/07/04 JMA RCRA Fee Petition - phone - C. Marraro re:          .20     75.00
             scheduling

04/07/04 JMA Preliminary review of Honeywell 100% design       1.70    637.50
             report - shallow groundwater collection and
             treatment

04/07/04 JMA Phone - C. Marraro and M. Golladay re: 100%         .20     75.00
             design report

04/07/04 JMA Phone - C. Marraro re: remediation issues          .20     75.00

04/07/04 MEF Phone with Lem Thomas re: IRM report               .10     25.00

W.R. GRACE & COMPANY                              May 10, 2004
Client No.              734680                    Page      3
INVOICE NO.             23604


04/07/04 LF   Attend meeting in Jersey City with Sean        4.30    387.00
              Jackson, Honeywell's PR representative and
              various public employee groups re: status of
              remediation project

04/07/04 LF   Prepare memo re: topics discussed at the status  .60    54.00
              of remediation meeting

04/08/04 JMA  Phone - C. Marraro re: comments to 100% design  .40   150.00
              report groundwater collection and treatment

04/08/04 JMA  Phone - C. Marraro re: comments to 100% design  .30   112.50
              report

04/08/04 JMA  Receipt and review letter from L. Thomas to L.  .20    75.00
              Walsh

04/08/04 JMA  Conference with LF re: 4/7/04 JCIA meeting      .20    75.00

04/08/04 JMA  Review First Amendment to Stipulation and Order .30   112.50
              re: immediate action items re: 100% design
              report groundwater collection and treatment

04/08/04 JMA  RCRA Fee Petition - receipt and review emails   .10    37.50
              re: scheduling issues

04/08/04 JMA  Receipt and review memo from K. Brown re:       .30   112.50
              4/6/04 conference call

04/08/04 JMA  Memo to C. Marraro re: issues raised during     .20    75.00
              4/6/04 conference call

04/08/04 JMA  Receipt and review memo re: meeting with JCIA   .40   150.00
              (4/7/04)

04/08/04 JMA  Memo to C. Marraro re: JCIA meeting             .20    75.00

04/08/04 JMA  Receipt and review memo from K. Brown re:       .30   112.50
              weekly conference call of 4/1/04 and prior
              conference call memo

04/08/04 JMA  Receipt and review notice of electronic filing  .10    37.50
              re: Special Masters 5th Progress Report

04/08/04 JMA  Receipt and review 5th Progress Report from     .40   150.00
              Special Master

04/08/04 JMA  Receipt and review letter from T. Pasuit re:    .10    37.50
              special Master's 10th Fee Application

04/08/04 JMA  Receipt and review notice of electronic filing  .10    37.50
              re: Special Master's 10th Fee Application

W.R. GRACE & COMPANY                                    May 10, 2004
Client No.                734680          Page      4
INVOICE NO.               23604

04/08/04 JMA Receipt and review notice of motion re: Special      .20      75.00
             Master's 10th Fee Application

04/08/04 JMA Receipt and review Special Master's 10th Fee         .70     262.50
             Application with exhibits

04/08/04 JMA Receipt and review proposed Order re: Special        .20      75.00
             Master's 10th Fee Application

04/08/04 JMA Letter to Judge Cavanaugh re: Special Master's       .20      75.00
             10th Fee Application

04/08/04 JMA Review of and comments to 100% design report        2.00     750.00
             groundwater treatment and collection re:
             comments by Grace

04/08/04 MEF RCRA - PACER search re: order on immediate           .20      50.00
             action items

04/09/04 JMA Phone - C. Marraro re: comments to RAA Reports:      .60     225.00
             Transportation and Excavation

04/09/04 JMA Review letter from C. Marraro to Special Master      .40     150.00
             re: Grace Defendants' comments to 100%
             groundwater treatment and collection

04/09/04 JMA Receipt and review letter from L. Thomas to          .30     112.50
             Special Master re: plaintiffs' comments to 100%
             design report groundwater treatment -
             collection

04/09/04 JMA Receipt and review memo from K. Brown re: 100%       .40     150.00
             design report groundwater collection and
             treatment

04/09/04 JMA Review of and comments to RAA Report:               4.80    1800.00
             Transportation

04/09/04 MEF Review memo from L. Florence re: 4/7/04 meeting      .30      75.00
             at JCMUA

04/10/04 JMA Review of and comments to RAA Report:              4.60    1725.00
             Excavation

04/10/04 JMA Review of screening level risk assessment -        2.80    1050.00
             excavation

04/12/04 JMA Receipt and review letter from Louis Berger         .30     112.50
             Group to Parsons re: barging backfill

04/12/04 JMA Review air quality analysis of truck traffic       2.70    1012.50

W.R. GRACE & COMPANY                              May 10, 2004
Client No.              734680           Page      5
INVOICE NO.             23604


04/12/04 JMA Phone - C. Marraro re: Cr6 concentration grid -    .30    112.50
             COPR samples

04/12/04 JMA Phone - C. Marraro re: 4/14/04 meeting with        .40    150.00
             Special Master and all parties

04/12/04 JMA Mediation - phone - D. Weber                       .10     37.50

04/12/04 JMA Receipt and review email from T. Pasuit            .10     37.50

04/12/04 JMA Phone - C. Marraro re: Grace comments to RAA       .30    112.50
             Reports - Transportation and Excavation

04/12/04 MEF Review Honeywell Web page re: Route 440 site       .60    150.00

04/13/04 JMA Phone - R. Senftleben re: all parties meeting      .40    150.00

04/13/04 JMA RCRA Fee Petition - phone - D. Cantor, C.          .20     75.00
             Marraro re: scheduling

04/13/04 JMA Appeal - email to all parties re: scheduling       .30    112.50

04/13/04 JMA Conference with C. Marraro re: Grace comments     3.00   1125.00
             to RAA Reports - Transportation and Excavation

04/13/04 JMA Conference with C. Marraro and K. Brown re:       5.50   2062.50
             Grace comments to RAA Reports - Transportation
             and Excavation

04/13/04 JMA RCRA Fee Petition - phone conference with C.       .50    187.50
             Marraro, K. Millian, B. Terris - scheduling

04/13/04 JMA RCRA Fee Petition - phone conference with D.       .30    112.50
             Cantor - scheduling

04/13/04 JMA RCRA Fee Petition - conference with C. Marraro     .20     75.00
             re: scheduling

04/13/04 JMA RCRA Fee Petition - phone conference with C.       .30    112.50
             Marraro, K. Millian, B. Terris - scheduling

04/13/04 JMA RCRA Fee Petition - phone - Judge Cavanaugh's      .20     75.00
             chambers re: scheduling

04/13/04 JMA RCRA Fee Petition - phone - T. Milch, C.           .20     75.00
             Marraro re: scheduling

04/13/04 JMA RCRA Fee Petition - phone - C. Marraro, K.         .30    112.50
             Millian, B. Terris - scheduling

04/13/04 MEF Research and review health standards - air,       2.50    625.00
             ground

```
W.R. GRACE & COMPANY                                May 10, 2004
Client No.              734680            Page       6
INVOICE NO.             23604
```

| | | |
|---|---|---|
| 04/13/04 MEF Appeal - PACER search re: briefing schedule | .20 | 50.00 |
| 04/14/04 JMA Phone - T. Milch re: scheduling | .10 | 37.50 |
| 04/14/04 JMA Phone - B. Terris re: scheduling | .10 | 37.50 |
| 04/14/04 JMA Phone conference with T. Milch, B. Terris, C. Marraro re: scheduling | .20 | 75.00 |
| 04/14/04 JMA Conference with C. Marraro and K. Brown re: preparation for meeting with Special Master | 3.00 | 1125.00 |
| 04/14/04 JMA Conference with C. Marraro, K. Brown and A. Nagy re: preparation for meeting with Special Master | 1.60 | 600.00 |
| 04/14/04 JMA Attend meeting with Special Master | 4.30 | 1612.50 |
| 04/14/04 JMA Conference with C. Marraro and K. Brown re: Grace Defendants' comments to Transportation and Excavation RAA | 1.00 | 375.00 |
| 04/14/04 MEF Appeal - review letter from A. Laws at 3rd Circuit re: briefing and scheduling order | .20 | 50.00 |
| 04/14/04 MEF Appeal - review briefing and scheduling order | .20 | 50.00 |
| 04/14/04 MEF Appeal - review checklist of Rule requirement for preparation of briefs and appendix | .20 | 50.00 |
| 04/14/04 MEF Appeal - review Order Establishing a Temporary Local Rule for Requests for Oral Argument by Video Conference | .20 | 50.00 |
| 04/14/04 MEF Appeal - review Honeywell pleadings | .30 | 75.00 |
| 04/14/04 MEF Appeal - memo to JMA re: Honeywell pleadings | .20 | 50.00 |
| 04/14/04 MEF Research - access to properties | .70 | 175.00 |
| 04/14/04 MEF Appeal - review 3rd Circuit rules re: briefs | .20 | 50.00 |
| 04/15/04 JMA Receipt and review letter from Louis Berger Group to Parsons - conditional approval of IRM 100% design groundwater treatment and collection | .30 | 112.50 |
| 04/15/04 JMA Conference with C. Marraro and K. Brown re: preparation of Grace Defendants' comments to Transportation and Excavation RAAs | 3.40 | 1275.00 |

W.R. GRACE & COMPANY                                        May 10, 2004
Client No.               734680                    Page      7
INVOICE NO.              23604


04/15/04 JMA Preparation and revisions to Grace Defendants'    5.60   2100.00
             comments to Transportation and Excavation RAAs

04/15/04 MEF Appeal - review Rules re: brief lengths;            .50    125.00
             determine quantification in the event
             overlength brief request to be made

04/15/04 MEF Conference with JMA, CHM and Dr. Brown re:         .90    225.00
             remediation issues

04/16/04 JMA Phone - C. Marraro, A. Nagy and H. McGuire re:    .60    225.00
             development issues

04/16/04 JMA Phone - C. Marraro re: issues regarding RAA       .40    150.00
             Reports and Development

04/16/04 JMA Review Honeywell website re: SA7                  .90    337.50

04/16/04 JMA Letter to Special Master re: Honeywell website   .30    112.50

04/16/04 JMA Phone - counsel for Special Master re:           .30    112.50
             Honeywell website

04/17/04 JMA Receipt and review letter from Parsons with RAA  .10     37.50
             Report: Groundwater Extraction

04/17/04 JMA Review of and comments to RAA Report:           3.70   1387.50
             Groundwater Extraction

04/19/04 JMA Appeal - phone - W. Mueller re: conference with  .20     75.00
             Judge Ackerman

04/19/04 JMA Appeal - phone - D. Webber re: conference with   .20     75.00
             Judge Ackerman

04/19/04 JMA Appeal - letter to Judge Ackerman re: appeal     .20     75.00

04/19/04 JMA Receipt and review letter from Parsons to Louis  .20     75.00
             Berger Group wit RAA Report: Groundwater
             Extraction

04/19/04 JMA Receipt and review letter from D. Field to       .10     37.50
             Clerk

04/19/04 JMA Receipt and review letter from D. Field to       .10     37.50
             Judge Cavanaugh

04/19/04 JMA Receipt and review Honeywell motion to admit     .50    187.50
             Daniel Cantor pro hac vice

04/19/04 JMA Receipt and review of notice of electronic       .10     37.50
             filing re: Cantor pro hac vice motion

W.R. GRACE & COMPANY                                    May 10, 2004
Client No.                    734680                    Page     8
INVOICE NO.                   23604


04/19/04 JMA Phone - C. Marraro re: meeting with Special        .30    112.50
             Master on 4/20/04

04/19/04 JMA Appeal - phone - C. Marraro re: page limitation    .20     75.00
             and briefing schedule issues

04/19/04 JMA Receipt and review email from S. Graham re:        .10     37.50
             11th Progress Report

04/19/04 JMA Receipt and review letter from Parsons to          .10     37.50
             Special Master

04/19/04 JMA Receipt and review Honeywell Progress Report       .80    300.00
             No. 11

04/19/04 JMA Appeal - Receipt and review letter from Third      .40    150.00
             Circuit Clerk to T. Milch re: appeal brief and
             appendix requirements and checklists

04/19/04 JMA Appeal - receipt and review briefing schedule      .20     75.00

04/20/04 JMA Conference with C. Marraro, A. Nagy and K.        1.50    562.50
             Brown re: 4/20 meeting with Special Master

04/20/04 JMA Attend Special Master meeting with all parties    3.00   1125.00

04/20/04 JMA Visit Site with C. Marraro, A. Nagy and K.        2.00    750.00
             Brown

04/20/04 JMA Conference with C. Marraro, A. Nagy and K.        1.50    562.50
             Brown re: remediation issues

04/20/04 JMA Conference with C. Marraro re: Honeywell Risk      .50    187.50
             Assessment

04/20/04 JMA Conference call with C. Marraro and Dr.           .50    187.50
             Anderson re: response to Honeywell Risk
             Assessment

04/20/04 MEF Voice mail - B. Hughes                            .10     25.00

04/21/04 JMA Appeal - Conference with C. Marraro re:           .50    187.50
             deferred joint appendix

04/21/04 JMA Appeal - phone conference with Honeywell          .20     75.00
             counsel and C. Marraro re: deferred appendix -
             joint motion

04/21/04 JMA Appeal - Receipt and review letter from C.        .10     37.50
             Anderson to Third Circuit Court of Appeals

```
W.R. GRACE & COMPANY                                May 10, 2004
Client No.              734680                Page      9
INVOICE NO.             23604
```

| | | |
|---|---:|---:|
| 04/21/04 JMA Appeal - Receipt and review Honeywell application to increase pages for appellant brief | .60 | 225.00 |
| 04/21/04 JMA Appeal - Conference with C. Marraro re: opposition to Honeywell application for additional brief pages | .70 | 262.50 |
| 04/21/04 JMA Appeal - Conference call with C. Marraro, K. Millian, B. Terris re: Honeywell application for additional brief pages | .60 | 225.00 |
| 04/21/04 JMA Phone - M. Daneker re: DEP meeting | .10 | 37.50 |
| 04/21/04 JMA Conference with LF re: DEP meeting | .30 | 112.50 |
| 04/21/04 MEF Appeal - conference with CHM re: appeal issues | 1.00 | 250.00 |
| 04/21/04 MEF Appeal - receipt and review Honeywell's motion to file overlength briefs | .50 | 125.00 |
| 04/21/04 MEF Appeal - phone with CHM and R. Millian re: deferred appendix | .20 | 50.00 |
| 04/21/04 MEF Appeal - phone with WFH re: appeal issues | .70 | 175.00 |
| 04/21/04 MEF Appeal - Conference with JMA re: brief lengths, appendix | .30 | 75.00 |
| 04/21/04 MEF Appeal - review Federal Rules of Appellate Procedure 29 and 30 | .40 | 100.00 |
| 04/21/04 MEF Appeal - phone with JMA, CHM and M. Sprague re: deferred appendix | .20 | 50.00 |
| 04/21/04 MEF Appeal - review papers in connection with response to Honeywell motion for overlength brief | .40 | 100.00 |
| 04/22/04 JMA Receipt and review K. Brown comments to draft of Grace Defendants' preliminary comments to RAA Report: Groundwater Extraction | .60 | 225.00 |
| 04/22/04 JMA Revise and finalize Grace Defendants' comments to RAA Report: Groundwater Extraction | 1.00 | 375.00 |
| 04/22/04 JMA Appeal - phone - C. Marraro re: additional time for Grace brief | .30 | 112.50 |
| 04/22/04 JMA Phone - C. Marraro re: Grace comments to RAA Report: Groundwater Extraction | .40 | 150.00 |

W.R. GRACE & COMPANY                                    May 10, 2004
Client No.                734680              Page      10
INVOICE NO.               23604

| | | | | |
|---|---|---|---|---|
| 04/22/04 | JMA | Review notes, handouts, from 4/20/04 meeting and RAA Report re: Grace comments to RAA Report: Groundwater Extraction | 1.30 | 487.50 |
| 04/22/04 | JMA | Prepare draft of Grace Defendants' comments to RAA Report: Groundwater Extraction | 1.00 | 375.00 |
| 04/22/04 | LF | Attend meeting at DEP with Parsons representative | 5.70 | 513.00 |
| 04/23/04 | JMA | Appeal - review of and comments to Grace Defendants' motion to extend briefing schedule | 1.40 | 525.00 |
| 04/23/04 | JMA | Appeal - conference with MEF re: revisions to motion to extend briefing schedule | 1.50 | 562.50 |
| 04/23/04 | JMA | Appeal - Phone - C. Marraro re: motion to extend briefing schedule | .40 | 150.00 |
| 04/23/04 | JMA | Receipt and review email from S. Graham | .10 | 37.50 |
| 04/23/04 | JMA | Receipt and review letter from Parsons to PVSC re: chromium discharge | .40 | 150.00 |
| 04/23/04 | JMA | Receipt and review Honeywell IRM 100% Design Report Addendum | 1.00 | 375.00 |
| 04/23/04 | JMA | Letter to K. Brown re: Honeywell IRM 100% Design Addendum | .20 | 75.00 |
| 04/23/04 | JMA | Receipt and review memo from MEF re: condemnation of contaminated property and designation of a redeveloper; conference with MEF | .50 | 187.50 |
| 04/23/04 | JMA | Receipt and review memo from MEF re: Honeywell defenses; conference with MEF | .30 | 112.50 |
| 04/23/04 | JMA | Appeal - phone - C. Marraro re: motion to extend time for Grace Defendants' brief | .20 | 75.00 |
| 04/23/04 | MEF | Email to CHM re: memo to JMA re: affirmative defenses | .20 | 50.00 |
| 04/23/04 | MEF | Email to CHM re: 3rd Circuit Orders of Consolidation | .20 | 50.00 |
| 04/23/04 | MEF | Conference with JMA re: motion to modify briefing schedule | 1.50 | 375.00 |
| 04/23/04 | MEF | Revise motion to modify briefing schedule | 1.60 | 400.00 |

W.R. GRACE & COMPANY                                           May 10, 2004
Client No.                734680                 Page      11
INVOICE NO.               23604


04/23/04 MEF Phone with CHM re: motion to modify briefing      .20     50.00
             schedule

04/23/04 MEF Emails to CHM re: motion to modify briefing       .30     75.00
             schedule

04/23/04 MEF Receipt and review CHM declaration in support     .50    125.00
             of motion to modify briefing schedule

04/24/04 JMA Receipt and review email from counsel for         .10     37.50
             Special Master

04/24/04 JMA Receipt and review memo from K. Brown re:         .20     75.00
             groundwater extraction

04/24/04 JMA Receipt and review notice of electronic filing    .10     37.50
             re: pro hac vice Order - D. Cantor

04/24/04 JMA Receipt and review pro hac vice Order - D.        .20     75.00
             Cantor

04/24/04 JMA Receipt and review email from M. Daneker re:      .10     37.50
             DEP meeting

04/24/04 JMA Receipt and review email from SI Group re: RAA    .10     37.50
             Issues

04/24/04 JMA Receipt and review memo from K. Brown re: RAA     .40    150.00
             issues

04/25/04 MEF Email re: filing of motion to modify briefing     .30     75.00
             schedule

04/25/04 MEF Review Third Circuit rules re: filing             .30     75.00
             requirements for motions

04/25/04 MEF PACER search - review District Court and Third    .40    100.00
             Circuit dockets re: counsel in appeal

04/25/04 MEF Email to CHM, JMA and WFH re: response to         .20     50.00
             Honeywell's motion to file overlength brief

04/26/04 JMA Appeal - review of and comments to C. Marraro     .50    187.50
             Declaration re: motion to extend time for Grace
             Defendants' appeal  brief

04/26/04 JMA Receipt and review email from Arnold & Porter     .10     37.50

04/26/04 JMA Review of and comments to motion for deferred     .30    112.50
             appendix

```
W.R. GRACE & COMPANY                                    May 10, 2004
Client No.                    734680          Page        12
INVOICE NO.                   23604
```

04/26/04 JMA Appeal - conference with MEF re: motion for          .30    112.50
             deferred appendix

04/26/04 JMA Appeal - phone conference with C. Marraro and        .40    150.00
             MEF re: motion for deferred appendix

04/26/04 JMA Phone - R. Senftleben re: mediation and RAA          .40    150.00
             submittals

04/26/04 JMA Phone - C. Marraro re: RAA issues                    .30    112.50

04/26/04 JMA Appeal - phone - C. Marraro re: motion to            .20     75.00
             extend time for Grace Defendants' appeal brief

04/26/04 JMA Receipt and review letter from Parsons with          .10     37.50
             subsurface investigation report

04/26/04 JMA Receipt and review subsurface investigation         2.40    900.00
             report

04/26/04 MEF Conference with JMA re: motion for deferred          .30     75.00
             appendix

04/26/04 MEF Voice mail - CHM re: motion to modify briefing       .10     25.00
             schedule

04/26/04 MEF Receipt and review email from M. G. Sprague re:      .10     25.00
             draft motion for deferred appendix

04/26/04 MEF Review draft motion for deferred appendix            .30     75.00

04/26/04 MEF Voice mail - CHM re: motion for deferred             .10     25.00
             appendix

04/26/04 MEF Review 3rd Circuit rules re: deferred appendix       .20     50.00

04/26/04 MEF Conference call with CHM and JMA re: motion to       .40    100.00
             modify briefing schedule; motion for deferred
             appendix

04/26/04 LF  Prepare memo to JMA re: 4/22 meeting at DEP          .20     18.00

04/27/04 JMA Appeal - receipt and review email from C.            .10     37.50
             Marraro to R. Sprague re: deferred appendix

04/27/04 JMA Appeal - receipt and review memo from MEF re:        .10     37.50
             counsel of record

04/27/04 JMA Receipt and review email from S. Graham re: RAA      .10     37.50
             Report Addendum

W.R. GRACE & COMPANY                                    May 10, 2004
Client No.              734680                 Page      13
INVOICE NO.             23604


04/27/04 JMA Appeal - receipt and review memo from MEF re:        .10    37.50
             filing deadline on Honeywell motion for
             additional brief pages

04/27/04 JMA Appeal - receipt and review email from K.           .10    37.50
             Millian to M. Sprague re: deferred appendix

04/27/04 JMA Appeal - receipt and review letter from C.          .10    37.50
             Marraro to Clerk

04/27/04 JMA Appeal - receipt and review Grace motion to         .50   187.50
             modify briefing schedule

04/27/04 JMA Receipt and review letter from M. Daneker to        .30   112.50
             Special Mater re: groundwater IRM startup

04/27/04 JMA Receipt and review letter from Parsons re:          .10    37.50
             Addendum to Transportation RAA

04/27/04 JMA Receipt and review Addendum to Transportation      2.00   750.00
             RAA re: Spud Barging

04/27/04 JMA Appeal - phone - C. Marraro re: mediation           .20    75.00
             issues

04/27/04 LF  Prepare memo to JMA re: 4/22 meeting                .80    72.00

04/28/04 JMA Appeal - meeting with C. Marraro and R.            1.00   375.00
             Senftleben re: mediation strategy

04/28/04 JMA Appeal - attend mediation session with Judge       3.70  1387.50
             Ackerman

04/28/04 JMA Appeal - conference with R. Senftleben re:         1.70   637.50
             mediation strategy

04/28/04 JMA Conference with R. Senftleben re: development      1.00   375.00
             issues

04/28/04 JMA Phone - C. Marraro re: mediation issues             .40   150.00

04/28/04 JMA Phone - C. Marraro and A. Nagy re: development      .50   187.50
             issues

04/28/04 JMA Phone - A. Nagy re: development issues              .30   112.50

04/28/04 JMA Phone - K. Millian re: development issues           .40   150.00

04/28/04 JMA Appeal - review notes and file for mediation       .60   225.00
             session of 4/28/04

W.R. GRACE & COMPANY                                    May 10, 2004
Client No.              734680              Page      14
INVOICE NO.             23604

04/28/04 MEF Voice mail - WFH re: Honeywell motion for        .20    50.00
             overlength brief

04/28/04 MEF Phone with L. Thomas re: opposition to          .20    50.00
             Honeywell motion for overlength brief

04/29/04 JMA Appeal - receipt and review email from L.       .10    37.50
             Thomas re: electronic filing of plaintiffs'
             response to Honeywell motion for additional
             brief pages

04/29/04 JMA Appeal - receipt and review letter to Case      .10    37.50
             Manager from L. Thomas

04/29/04 JMA Appeal - receipt and review plaintiffs'         .20    75.00
             response to Honeywell motion for additional
             brief pages

04/29/04 JMA Receipt and review Addendum No. 1 RAWP - Deep    .80   300.00
             Groundwater Investigation

04/29/04 JMA Receipt and review Addendum No. 2 RAWP - Deep    .70   262.50
             Groundwater (water level monitoring)

04/29/04 JMA Receipt and review memo from K. Brown re:       .30   112.50
             4/21/04 weekly conference call

04/29/04 JMA Appeal - receipt and review plaintiffs' draft   .40   150.00
             response re: Honeywell motion for additional
             brief pages

04/29/04 JMA Receipt and review email from S. Graham         .10    37.50

04/29/04 JMA Receipt and review email from L. Thomas re:     .10    37.50
             plaintiffs' comments on RAA Report: Groundwater
             Extraction

04/29/04 JMA Receipt and review email from SI Group with K.  .20    75.00
             Brown comments re: Addendum to 100% Design
             Report IRM

04/29/04 JMA Appeal - receipt and review letter from B.      .10    37.50
             Terris re: appearance forms

04/29/04 JMA Appeal - receipt and review letter from B.      .10    37.50
             Terris to Case Manager

04/29/04 JMA Appeal - receipt and review appearance forms -  .20    75.00
             Terris and Millian

04/29/04 JMA Receipt and review email from SI Group          .10    37.50

W.R. GRACE & COMPANY                                         May 10, 2004
Client No.                    734680              Page        15
INVOICE NO.                   23604

04/29/04 JMA Receipt and review memo from K. Brown re: G.W.      .10     37.50
             Technical meeting

04/29/04 JMA Receipt and review email from S. Graham re:         .10     37.50
             100% Design Report - IRM

04/29/04 JMA Receipt and review Addendum No. 2 to 100%           .30    112.50
             Design Report - IRM

04/29/04 JMA Receipt and review email from S. Graham re:         .10     37.50
             Addendum to Deep Groundwater Work Plan

04/29/04 JMA Receipt and review letter from Parsons to           .10     37.50
             Special Master re: Addendum to Deep Groundwater
             Work Plan

04/29/04 JMA Appeal - review of and comments to Grace           1.00    375.00
             response opposing Honeywell motion for
             additional brief pages

04/29/04 JMA Appeal - review rule and cases on overlength        .70    262.50
             brief

04/29/04 JMA Appeal - conference with MEF re: revisions to       .50    187.50
             Grace response

04/29/04 JMA Appeal - receipt and review letter from C.          .10     37.50
             Anderson to Clerk

04/29/04 JMA Appeal - receipt and review joint motion for        .20     75.00
             deferred appendix

04/29/04 JMA Receipt and review letter from counsel for          .30    112.50
             Special Master to M. Daneker re: immediate
             action issues

04/29/04 JMA Receipt and review letter from Parsons to           .20     75.00
             Special Master with correction sheet for RAA
             Report: Barrier Wall

04/29/04 JMA Receipt and review email from SI Group              .10     37.50

04/29/04 JMA Receipt and review memo from K. Brown re:           .20     75.00
             4/26/04 weekly conference call

04/29/04 JMA Receipt and review email from K. Millian to T.      .10     37.50
             Pasuit re: Special Master conference call

04/29/04 JMA Receipt and review email from counsel for          .10     37.50
             Special Master re: conference call

W.R. GRACE & COMPANY                                     May 10, 2004
Client No.                734680           Page        16
INVOICE NO.               23604

| | | | | |
|---|---|---|---|---|
| 04/29/04 | JMA | Conference with C. Marraro re: B. Anderson comments | .60 | 225.00 |
| 04/29/04 | JMA | Letter to Special Master with Dr. Anderson's comments | .30 | 112.50 |
| 04/29/04 | JMA | Conference with C. Marraro re: development issues | 1.50 | 562.50 |
| 04/29/04 | JMA | RCRA Fee Petition - phone conference with C. Marraro and B. Terris re: Fee Petition hearing issues | .60 | 225.00 |
| 04/29/04 | MEF | Appeal - review ICO opposition to Honeywell motion for overlength brief | .50 | 125.00 |
| 04/29/04 | MEF | Appeal - research overlength briefs - grounds for granting/denying motion | 1.50 | 375.00 |
| 04/29/04 | MEF | Appeal - draft opposition to Honeywell motion to file overlength brief | 2.00 | 500.00 |
| 04/29/04 | MEF | Appeal - conference with JMA re: opposition to Honeywell's motion to expand word limits for briefing | .50 | 125.00 |
| 04/30/04 | JMA | RCRA Fee Petition - review case law re: requirement for evidentiary hearing on fee petitions | 3.50 | 1312.50 |
| 04/30/04 | JMA | Conference with C. Marraro and MEF re: strategy for Fee Petition hearing | 1.50 | 562.50 |
| 04/30/04 | JMA | Phone conference with C. Marraro and counsel for Jersey City | .50 | 187.50 |
| 04/30/04 | JMA | Conference with C. Marraro re: RAA issues - including right of way issues | 1.00 | 375.00 |
| 04/30/04 | JMA | Review of and comments to Dr. Anderson comments to Honeywell risk assessment - excavation | .50 | 187.50 |
| 04/30/04 | MEF | Appeal - review additional case law re: motion for oversize brief | .60 | 150.00 |
| 04/30/04 | MEF | Appeal - revise and finalize opposition to Honeywell motion for oversize brief | 1.00 | 250.00 |
| 04/30/04 | MEF | Appeal - prepare certificate of service of opposition | .30 | 75.00 |

```
W.R. GRACE & COMPANY                              May 10, 2004
Client No.              734680                     Page     17
INVOICE NO.             23604
```

04/30/04 MEF Appeal - letter to A. Laws re: opposition to        .30      75.00
             Honeywell motion for oversize brief

04/30/04 MEF RCRA Fee Petition - assist in preparation for      4.70    1175.00
             oral argument on fee petition including review
             of all case law and additional research

                                            Subtotal:        -----------
                                                               61,406.50


## Fee Applications, Applicant

04/07/04 MEF Fee Application - conference with JMA re:           .20      50.00
             certain expenses

04/07/04 MEF Fee Application - review Local Bankruptcy Rules     .30      75.00
             re: expenses

04/07/04 MEF Fee Application - review March 2004 fee detail     1.00     250.00

04/08/04 MEF Fee Application - Prepare 25th Monthly Fee         1.50     375.00
             Application

04/08/04 MEF Fee Application - review revised fee detail for     .30      75.00
             March 2004

04/12/04 JMA Fee Application - review and execute Carella        .60     225.00
             Byrne fee application for March 2004

04/12/04 JMA Fee Application - conference with MEF re:           .20      75.00
             Carella Byrne fee application - March 2004

04/12/04 MEF Letter to P. Cuniff re: 25th Monthly Fee           .20      50.00
             Application

04/12/04 MEF Email from S. Bossay re: change of address         .20      50.00

04/12/04 MEF Finalize 25th Monthly Fee Application              .30      75.00

04/15/04 MEF Fee Application - PACER search re: CNO for 24th     .20      50.00
             monthly fee application and filing of 25th fee
             application

04/20/04 MEF PACER search - CNO for 24th Fee Application and     .20      50.00
             25th Monthly Fee Application

04/20/04 MEF Fee Application - email to P. Cuniff re: status     .10      25.00
             of 25th Monthly Fee Application

04/20/04 MEF Review CNO's for 23rd and 24th Monthly Fee         .20      50.00
             Applications

W.R. GRACE & COMPANY                                    May 10, 2004
Client No.                  734680           Page      18
INVOICE NO.                 23604


| | | | |
|---|---|---|---|
| 04/22/04 MEF | PACER search - 25th Monthly Fee Application | .20 | 50.00 |
| 04/22/04 MEF | Fee Application - review fee detail from 23rd, 24th and 25th monthly fee application | 1.00 | 250.00 |
| 04/22/04 MEF | Fee Application - prepare Quarterly Project and Expense report | .80 | 200.00 |
| 04/22/04 MEF | Fee Application - draft 12th Quarterly Fee Application | 1.50 | 375.00 |
| 04/24/04 JMA | Fee Application - receipt and review Certification of No Objection Carella Byrne January 2004 | .20 | 75.00 |
| 04/24/04 JMA | Fee Application - receipt and review Certification of No Objection Carella Byrne February 2004 | .20 | 75.00 |
| 04/28/04 JMA | Fee Application - Review and execute 12th Quarterly Fee Application | .40 | 150.00 |
| 04/28/04 MEF | Email to S. Bossay re: fee detail for 25th Monthly Fee Application | .20 | 50.00 |
| 04/28/04 MEF | Revise and finalize 12th Quarterly Fee Application | 1.00 | 250.00 |
| 04/28/04 MEF | Letter to P. Cuniff re: 12th Quarterly Fee Application | .20 | 50.00 |
| 04/29/04 MEF | Fee Application - email from S. Bossay re: Fee Auditor's Initial Report re: 11th Quarterly Fee Application | .10 | 25.00 |
| 04/29/04 MEF | Fee Application - review Fee Auditor's Initial Report re: 11th Monthly Fee Application | .40 | 100.00 |
| 04/29/04 MEF | Fee Application - begin drafting response to Fee Auditor's initial report | .30 | 75.00 |

                                          Subtotal:     -----------
                                                         3,200.00


                                                       -------------
Total Fees:                                             64,606.50

```
W.R. GRACE & COMPANY                          May 10, 2004
Client No.           734680                   Page    20
INVOICE NO.          23604
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE   HOURS            FEES
J M AGNELLO                      375.00  141.70         53137.50
M E FLAX                         250.00   41.70         10425.00
LAURA FLORENCE                    90.00   11.60          1044.00
                        TOTALS           195.00         64606.50
```

**EXHIBIT B**

```
W.R. GRACE & COMPANY                        May 10, 2004
Client No.              734680              Page      19
INVOICE NO.             23604
```

Disbursements

Travel Expense

| | |
|---|---|
| 04/08/04 Travel Expense JMA 3/1 | 12.00 |
| 04/26/04 Travel Expense L. FLORENCE 4/22 | 37.50 |
| SUBTOTAL: | 49.50 |

Meals

| | |
|---|---|
| 04/07/04 Meals CLOUD 9  4/13 #399856 JMA, CHM, K.BROWN | 12.98 |
| 04/07/04 Meals CLOUD 9  4/08 #369287/CHM/JMA/MEF | 26.91 |
| 04/07/04 Meals FORTE 4/12 #1520 JMA/CHM | 24.17 |
| 04/14/04 Meals  CLOUD 9  4/14  JMA, CHM, A.NAGY, K.BROWN | 40.93 |
| 04/15/04 Meals  FORTE  4/15  JMA, CHM, K.BROWN | 30.48 |
| 04/21/04 Meals  CLOUD 9  4/21  MEF, CHM | 15.83 |
| 04/29/04 Meals - JMA, CHM, A.NAGY, K. BROWN (Business Dinner) 4/20/04 | 302.70 |
| SUBTOTAL: | 454.00 |

Federal Express

| | |
|---|---|
| 04/28/04 THE UPS STORE (RETURN OF DOCUMENTS) TO K. BROWN 4/23 # 19132625 | 25.60 |
| SUBTOTAL: | 25.60 |

| | |
|---|---|
| 04/30/04 Photocopies | 126.75 |
| 04/30/04 Faxes | 235.00 |
| 04/30/04 Telephone | 282.43 |
| 04/30/04 Additional Staff Time | 149.73 |
| 04/30/04 Computer Searches | 335.52 |
| 04/30/04 Federal Express | 135.18 |

| | |
|---|---|
| Total Costs | 1,793.71 |
| Total Due this Matter | 66,400.21 |

## EXPENSE FORM

NAME: ___Laura Florence_____

WEEK ENDING: _____

(To total each column, highlight "0" in TOTAL, Press F9)

| ITEM | SUN. | MON. | TUE. | WED. | THURS. | FRI. | SAT. | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 |
| Meals | | | | | | | | 0 |
| Airfare | | | | | 31.50 | | | 31.50 0 |
| Mileage | | | | | 140 mi. | | | 0 |
| | | | | | | | | 0 |
| Origination | | | | | | | | 0 |
| Destination | | | | | | | | 0 |
| Parking | | | | | 6.00 | | | 6.00 |
| Tolls | | | | | | | | 0 |
| Entertain. | | | | | | | | 0 |
| Tips | | | | | | | | 0 |
| Misc.(Path Train) | | | | | | | | |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | 37.50 |

### NON BILLABLE EXPENSE

| Date | Item | Place | Purpose | Guests/Bus.Relationship |
|---|---|---|---|---|
| | | | | |
| | | | | |

### ALLOCATION TO CLIENT

| Client/Matter Name | Client/Matter No. | Expense Date | Total Amount | Ent. | Bill |
|---|---|---|---|---|---|
| W.R. Grace | 734680.1 | 4/22/04 | 37.50 | ✓ | |
| | | | | | |
| | | | | | |
| | | | | | |

Dulcy

# EXPENSE FORM

NAME: _____JMA_____          WEEK ENDING: _____3/6/04_____

(To total each column, highlight "0" in TOTAL, Press F9)

| ITEM | SUN. | MON. | TUE. | WED. | THURS. | FRI. | SAT. | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | 2/29/04 | 3/1/04 | 3/2/04 | 3/3/04 | 3/4/04 | 3/5/04 | 3/6/04 | |
| Meals | | | | | | | | 0 |
| Airfare | | | | | | | | 0 |
| Mileage | | | | | | | | 0 |
| | | | | | | | | 0 |
| Origination | | | | | | | | 0 |
| Destination | | | | | | | | 0 |
| Parking | | 7.00 | | | | | | 7.00 |
| Tolls | | 5.00 | | | | | | 5.00 |
| Entertain. | | | | | | | | 0 |
| Tips | | | | | | | | 0 |
| Misc.(Path Train) | | | | | | | | 0 |
| | | | | | | | | |
| TOTAL | 0.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.00 |

| NON BILLABLE EXPENSE | | | | |
|---|---|---|---|---|
| Date | Item | Place | Purpose | Guests/Bus.Relationship |
| | | | | |
| | | | | |

| ALLOCATION TO CLIENT | | | | | |
|---|---|---|---|---|---|
| Client/Matter Name | Client/Matter No. | Expense Date | Total Amount | Ent. | Bill |
| W.R.Grace/Honeywell | 734680-1 | 3/1/04 | 12.00 | ✓ | |
| | | | | | |
| | | | | | |
| | | | | | |