EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
)
) Chapter 11
)
W. R. GRACE & CO. et al. ) Case No. 01-01139 (JKF)
) (Jointly Administered)
Debtors. ) Objection Deadline: Aug. 9, 2004 at 4:00p.m.
Hearing Date:   TDB only if necessary

## SUMMARY COVERSHEET TO TWENTY-EIGHTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JUNE 1, 2004 THROUGH JUNE 30, 2004

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | June 1, 2004 through June 30, 2004 |
| Amount of compensation sought as actual, reasonable and necessary | $116,834.50 the period June 1, 2004 through June 30, 2004 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $8,732.43 the period of June 1, 2004 through June 30, 2004 |

This is a:                    Monthly interim application

Prior Applications filed:     Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|-------|---------------------------|-------------|-----------|------|------|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
|---|---|---|---|---|---|
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Paid | Paid |
| 03/04 | 02/01/04 through 02/29/04 | $31,430.00 | $2,975.32 | Paid | Paid |
| 04/04 | 03/01/04 through 03/31/04 | $28,304.00 | $877.91 | Paid | Paid |
| 05/04 | 04/01/04 through 04/30/04 | $51,685.20 | $1,793.71 | Paid | Paid |
| 06/04 | 05/01/04 through 05/31/04 | $96,132.80 | $1,015.71 | Application pending | Application pending |

As indicated above, this is the twenty-eighth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 209.00 | $78,375.00 |
| Melissa E. Flax | Partner | $250 | 80.40 | $20,100.00 |
| Kenneth L. Winters | Partner | $260 | 29.50 | $7,670.00 |
| David G. Gilfillan | Partner | $250 | 4.40 | $1,100.00 |
| Robert C. Scrivo | Associate | $225 | 2.90 | $652.50 |
| Laura Florence | Paralegal | $90 | 84.30 | $7,587.00 |
| Janice Lee | Paralegal | $90 | .60 | $54.00 |
| Nicole DePalma | Law Clerk | $90 | 4.80 | $432.00 |
| Ramon Camejo | Law Clerk | $90 | 9.60 | $864.00 |

Total Fees      $116,834.50

Total Hours      425.50

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $4,693.80 |
| Westlaw/Pacer | $622.43 |
| Telephone | $1.98 |
| Faxes | $642.00 |
| FedEx | $653.72 |
| Travel | |
| Messenger | $50.00 |
| Additional Staff Time | $969.63 |
| Court Reporter (Hearing Transcript) | |
| Meals | $104.68 |
| AirPhoto Services | $798.25 |
| Stationary and Supplies | $195.94 |
| | |
| Total | $8,732.43 |

Dated: July 9, 2004

**ATTACHMENT B**
**TO FEE APPLICATION**
**(June 1, 2004 through June 30, 2004)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 209.00 | $78,375.00 |
| Melissa E. Flax | Partner | $250 | 80.40 | $20,100.00 |
| Kenneth L. Winters | Partner | $260 | 29.50 | $7,670.00 |
| David G. Gilfillan | Partner | $250 | 4.40 | $1,100.00 |
| Robert C. Scrivo | Associate | $225 | 2.90 | $652.50 |
| Laura Florence | Paralegal | $90 | 84.30 | $7,587.00 |
| Janice Lee | Paralegal | $90 | .60 | $54.00 |
| Nicole DePalma | Law Clerk | $90 | 4.80 | $432.00 |
| Ramon Camejo | Law Clerk | $90 | 9.60 | $864.00 |

| | |
|---|---|
| Grand Total: | $116,834.50 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $8,732.43 |
| Fee Applications, Applicant | 9.30 | $2,425.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 416.20 | $114,409.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $622.43 |
| Facsimile (with rates) | | $642.00 ($1.00 per page) |
| Long Distance Telephone | | $1.98 |
| In-House Reproduction | | $4693.80 ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | | |
| Out-Of-Town Travel<br><br>airfare<br>car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $653.72 |
| Postage | | |
| Other (Explain) –<br>Working meal | | $104.68 |
| Messenger | | $50.00 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | $969.63 |
| Aerial Photographs | AirPhoto Services* | $798.25 |
| Stationary & Supplies | Staples* | $195.94 |

Dated:  July 9, 2004

* Copies of these invoices/receipts are attached as Exhibit B to Carella Byrne's Fee Detail.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.     I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.       I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.       The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this ___ day of July, 2004

_____
Notary Public

My Commission Expires:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Aug..9, 2004 at 4:00p.m. |
| | | Hearing Date :   TDB only if necessary |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY                        July 9, 2004
5400 BROKEN SOUND BLVD., N.W.               Invoice No.  24243
BOCA RATON, FL  33487                       Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


For Professional Services Rendered through   06/30/04

Matter #         734680.1        VS. HONEYWELL INTERNATIONAL


## Litigation and Litigation Consulting

06/01/04 JMA Receipt and review letter from Parsons to Louis    .10     37.50
             Berger Group re: TSDF RAA

06/01/04 JMA RCRA Fee Petition - conference with C. Marraro    4.50   1687.50
             and MEF re: contents of Honeywell preliminary
             Findings of Fact and Conclusions of Law

06/01/04 JMA RCRA Fee Petition - conference with MEF re:       1.60    600.00
             revisions to ECARG Findings of Fact and
             Conclusions of Law

06/01/04 JMA RCRA Fee Petition - preparation of analysis of    1.60    600.00
             Honeywell objections in preliminary Findings of
             Fact and Conclusions of Law

06/01/04 JMA RCRA Fee Petition - receipt and review letter      .40    150.00
             from D. Cantor to Judge Cavanaugh re: Honeywell
             preliminary Findings of Fact and Conclusions of
             Law

06/01/04 JMA RCRA Fee Petition - phone - K. Mililan re:         .30    112.50
             Honeywell preliminary findings of Fact and
             Conclusions of Law

06/01/04 MEF RCRA Fee Petition - Conference with JMA & CHM     4.50   1125.00
             re: Honeywell's proposed findings of fact and
             conclusions of law

06/01/04 MEF RCRA Fee Petition - phone with JMA and K.          .20     50.00
             Millian re: Honeywell's proposed findings of
             fact and conclusions of law

06/01/04 MEF Review letter from D. Cantor to Judge Cavanaugh    .30     75.00
             re: Honeywell's proposed findings of fact and
             conclusions of law re: ICO petition

06/01/04 MEF RCRA Fee Petition - Conference with JMA re:       1.60    400.00
             Honeywell's proposed findings of fact and
             conclusions of law and revisions to ECARG's
             proposed findings of fact and conclusions of
             law

```
W.R. GRACE & COMPANY                                    July 9, 2004
Client No.                734680                  Page      2
INVOICE NO.               24243
```

06/01/04 MEF RCRA Fee Petition - Review new cases cited by      1.30    325.00
             Honeywell in its proposed conclusions of law

06/01/04 LF  Assemble and index all remedial Honeywell         2.50    225.00
             submissions, Special Master submissions, ICO
             submissions and Grace submissions

06/02/04 JMA RCRA Fee Petition - phone - D. Cantor re:          .20     75.00
             filing deadline

06/02/04 JMA RCRA Fee Petition - phone - D. Cantor and K.       .20     75.00
             Millian re: filing deadline

06/02/04 JMA RCRA Fee Petition - phone - C. Marraro re:         .40    150.00
             status of filing deadline issues

06/02/04 JMA RCRA Fee Petition - review cases cited by         1.20    450.00
             Honeywell in preliminary Findings of Fact and
             Conclusions of Law re: ECARG final proposed
             Findings of Fact and Conclusions of Law

06/02/04 JMA RCRA Fee Petition - conference with MEF re:        .90    337.50
             revisions to ECARG final proposed Findings of
             Fact and Conclusions of Law

06/02/04 JMA RCRA Fee Petition - receipt and review letter      .10     37.50
             from B. Terris to Clerk

06/02/04 JMA RCRA Fee Petition - receipt and review letter      .10     37.50
             from B. Terris to Judge Cavanaugh

06/02/04 JMA RCRA Fee Petition - receipt and review ICO         .30    112.50
             motion and brief to extend time to submit ICO
             Findings of Fact and Conclusions of Law

06/02/04 JMA RCRA Fee Petition - receipt and review ICO         .20     75.00
             proposed Order

06/02/04 MEF RCRA Fee Petition - Additional revisions to       4.10   1025.00
             proposed findings of fact and conclusions of
             law

06/02/04 MEF RCRA Fee Petition - Conference with JMA re:        .90    225.00
             revisions to ECARG's final proposed findings of
             fact and conclusions of law

06/02/04 LF  Phone to Wallace King re: Kirk Brown; revise       .30     27.00
             chart re: same

W.R. GRACE & COMPANY                                July 9, 2004
Client No.              734680              Page      3
INVOICE NO.             24243

| | | | |
|---|---|---|---|
| 06/02/04 LF | Calculate the total photocopying charges for inclusion in Findings of Fact/Conclusions of Law | .90 | 81.00 |
| 06/02/04 LF | Assist in preparation of Findings of Fact/Conclusions of Law | 3.50 | 315.00 |
| 06/03/04 JMA | Phone - C. Marraro re: RAA issues | .40 | 150.00 |
| 06/03/04 JMA | Riverkeeper - receipt and review letter from B. Terris to Clerk - Riverkeeper motion | .10 | 37.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review letter from B. Terris to Judge Cavanaugh - Riverkeeper motion | .10 | 37.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review ICO motion to strike and notice of withdrawal of motion to enter judgment in Riverkeeper case | .30 | 112.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review ICO brief re; motion to strike/withdrawal Riverkeeper | .60 | 225.00 |
| 06/03/04 JMA | RCRA Fee Petition - conference with MEF re: revise and finalize ECARG proposed Findings of Fact and Conclusions of Law | 2.50 | 937.50 |
| 06/03/04 JMA | RCRA Fee Petition - receipt and review letter from D. Cantor to Judge Cavanaugh re: ICO motion to extend time | .30 | 112.50 |
| 06/03/04 JMA | Riverkeeper - phone - C. Marraro re: response to Honeywell supplemental/sur-reply papers | .30 | 112.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review letter from D. Field to Clerk-Riverkeeper motion to enter judgment | .10 | 37.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review letter to Judge Cavanaugh - Riverkeeper motion to enter default | .10 | 37.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review Declaration of W. Cunningham, P. Deming and R. Harris re: Honeywell sur-reply/supplemental submission - Riverkeeper motion to enter judgment | .90 | 337.50 |
| 06/03/04 JMA | Riverkeeper - receipt and review Honeywell sur-reply/supplemental brief - Riverkeeper motion to enter judgment | 1.00 | 375.00 |

W.R. GRACE & COMPANY                                    July 9, 2004
Client No.              734680                 Page      4
INVOICE NO.             24243

06/03/04 MEF RCRA Fee Petition - revise and finalize        3.10    775.00
             proposed findings of fact and conclusions of
             law

06/03/04 MEF RCRA Fee Petition - letter to Judge Cavanaugh   .20     50.00
             filing proposed findings of fact and
             conclusions of law

06/03/04 MEF RCRA Fee Petition - Conference with JMA re:     2.50    625.00
             revise and finalize ECARG proposed findings of
             fact and conclusions of law

06/03/04 MEF RCRA Fee Petition - review and compare          1.00    250.00
             preliminary and final findings of fact and
             conclusions of law and prepare letter to all
             counsel with list of changes to Findings of
             Fact/Conclusions of Law from preliminary draft
             exchanged on 5/25/04

06/03/04 LF  Review Findings of Fact and Conclusions of Law   .40     36.00

06/04/04 JMA Phone - R. Senftleben re: status update on       .40    150.00
             Honeywell remediation activities

06/04/04 JMA Appeal - receipt and review memo from MEF re:    .40    150.00
             documents/pleadings included by Honeywell in
             Volume I of Appendix

06/04/04 JMA Appeal - receipt and review memo from JAK re:    .70    262.50
             Amicus filing by Superfund Settlements Project

06/04/04 JMA Receipt and review email from counsel for        .10     37.50
             Special Master

06/04/04 JMA Riverkeeper - phone - C. Marraro re: joining     .50    187.50
             ICO motion to strike Honeywell supplemental
             filings

06/04/04 JMA Riverkeeper - phone - C. Marraro and C. Pravlik  .30    112.50
             re: joining ICO motion to strike

06/04/04 JMA Riverkeeper - preparation of letter to Judge    2.00    750.00
             Cavanaugh joining in ICO motion to strike

06/04/04 JMA Riverkeeper - phone - C. Marraro re: revisions   .40    150.00
             to letter

06/04/04 JMA RCRA Fee Petition - phone - C. Marraro re:       .80    300.00
             letter to Judge Cavanaugh re: Field Declaration

W.R. GRACE & COMPANY                                        July 9, 2004
Client No.                    734680                    Page      5
INVOICE NO.                   24243


06/04/04 JMA RCRA Fee Petition - review filings and draft      2.00    750.00
             letter to Judge Cavanaugh re: Field Declaration

06/04/04 JMA RCRA Fee Petition - receipt and review letter     .10     37.50
             from D. Field to Clerk re: Honeywell proposed
             Findings of Fact and Conclusions of Law

06/04/04 JMA Receipt and review letter from D. Field to        .10     37.50
             Judge Cavanaugh re: Honeywell proposed Findings
             of Fact and Conclusions of Law

06/04/04 JMA RCRA Fee Petition - receipt and review           .30    112.50
             Declaration of D. Field re: Lowenstein hourly
             rates

06/04/04 JMA RCRA Fee Petition - Receipt and review           .50    187.50
             Honeywell proposed Findings of Fact and
             Conclusions of law re: Lowenstein rates

06/04/04 JMA Receipt and review memo from RCS re: 5/18/04     .20     75.00
             Jersey City Planning Board meeting

06/04/04 JMA Appeal - receipt and review letter from B.       .10     37.50
             Terris to Clerk

06/04/04 JMA Appeal - Receipt and review ICO reply re: Grace  .30    112.50
             motion to modify briefing schedule

06/04/04 MEF RCRA Fee Petition - Review Field Declaration     .20     50.00
             re: ECARG Petition

06/04/04 MEF RCRA Fee Petition - Conference with JMA and CHM  .40    100.00
             re: Field Declaration

06/04/04 MEF RCRA Fee Petition - review Honeywell's proposed 1.50    375.00
             findings of fact and conclusions of law

06/04/04 RCS Read Jersey Journal articles addressing Mayor   .50    112.50
             Cunningham's death and affect on Jersey City
             Administration.

06/04/04 RCS Prepare memorandum to John Agnello, Esq.        .70    157.50
             regarding Acting Mayor and appointment of
             interim mayor.

06/04/04 RCS Research New Jersey Statutes regarding vacancy  .80    180.00
             in municipal office.

06/05/04 JMA Receipt and review email from counsel for       .20     75.00
             Special Master re: meeting dates

```
W.R. GRACE & COMPANY                                July 9, 2004
Client No.              734680                Page      6
INVOICE NO.             24243
```

06/05/04 JMA Riverkeeper - receipt and review C. Marraro        .30    112.50
             revisions/comments to letter to Court joining
             in ICO motion

06/05/04 JMA RCRA Fee Petition - receipt and review C.          .40    150.00
             Marraro revisions/comments to letter to Court
             re: Field Declaration

06/05/04 JMA Receipt and review letter from Parsons to Louis    .20     75.00
             Berger Group re: Field data-solid waste

06/05/04 JMA Receipt and review letter from Parsons to Louis    .10     37.50
             Berger Group re: groundwater data

06/05/04 JMA Receipt and review letter from Parsons to Louis    .10     37.50
             Berger Group re: sediment reports and data

06/05/04 JMA Appeal - receipt and review letter from C.         .20     75.00
             Anderson (5/21) to Case Manager

06/05/04 JMA Receipt and review email from L. Thomas            .10     37.50

06/05/04 JMA Receipt and review letter from L. Thomas to        .10     37.50
             Senator Torricelli re: Honeywell Redevelopment
             Plan

06/05/04 JMA RCRA Fee Petition - revisions to letter to        1.20    450.00
             Court re: Field Declaration

06/05/04 JMA Riverkeeper - revisions to letter to Court        1.00    375.00
             joining in ICO's motion to strike Honeywell's
             supplemental filing

06/05/04 JMA Riverkeeper - conference with MEF re: revisions    .30    112.50
             to letter to Court joining in ICO motion to
             strike

06/05/04 JMA Review of Honeywell comprehensive redevelopment   1.00    375.00
             plan providing central basin contrary to Final
             Judgment

06/05/04 MEF Hackensack Riverkeeper - Conference with JMA       .30     75.00
             re: letter to Judge Cavanaugh joining ICO's
             motion to strike

06/05/04 MEF Hackensack Riverkeeper - review and revise         .60    150.00
             letter to Judge Cavanaugh re: joining ICO
             motion to strike

06/07/04 JMA Phone conference with C. Marraro and K. Desoto     .30    112.50
             re: development issues

W.R. GRACE & COMPANY                                July 9, 2004
Client No.                734680                   Page      7
INVOICE NO.               24243


06/07/04 JMA Receipt and review notice of electronic filing      .10    37.50
             re: Special Master Sixth Progress Report

06/07/04 JMA Receipt and review Special Master's Sixth           .40   150.00
             Progress Report

06/07/04 JMA Phone - C. Marraro and R. Senftleben re: status     .60   225.00
             update on RAA issues

06/07/04 JMA Receipt and review letter from K. Millian to        .20    75.00
             Senator Torricelli re: expanded bedrock
             investigation

06/07/04 JMA Receipt and review letter from D. Field to          .10    37.50
             counsel for Special Master with signature page
             - Stipulated Order 60% Design Work Plan

06/07/04 JMA Receipt and review email from counsel for           .10    37.50
             Special Master re: Access Order

06/07/04 JMA Receipt and review memo from K. Brown re:           .40   150.00
             weekly conference calls 5/11 and 5/25

06/07/04 JMA RCRA Fee Petition - receipt and review 5/4/04       .40   150.00
             oral argument transcript re: monitoring fees
             and expenses

06/07/04 JMA Receipt and review letter from K. Millian with      .20    75.00
             signature page - Stipulated Order 60% Design
             Work Plan

06/07/04 JMA Receipt and review email from K. Millian re:        .10    37.50
             bedrock sampling

06/07/04 JMA Receipt and review proposed Order re: Special       .20    75.00
             Master 12th Fee Application

06/07/04 JMA Receipt and review notice of electronic filing      .10    37.50
             re: Special Master 12th Fee Application

06/07/04 JMA Letter to Judge Cavanaugh re: Special Master        .20    75.00
             12th Fee Application

06/07/04 JMA Receipt and review executed Order re: Special       .20    75.00
             Master 11th Fee Application

06/07/04 JMA Receipt and review email from E. McDonald at        .10    37.50
             SI-Group

W.R. GRACE & COMPANY                                July 9, 2004
Client No.              734680              Page      8
INVOICE NO.             24243

| | | | |
|---|---|---|---|
| 06/07/04 JMA | Riverkeeper - receipt and review notices of electronic filing for Honeywell supplemental filings | .30 | 112.50 |
| 06/07/04 JMA | Receipt and review Special Master notice of motion for compensation (12th fee application) | .20 | 75.00 |
| 06/07/04 JMA | Receipt and review Special Master's application for compensation | .60 | 225.00 |
| 06/07/04 JMA | Receipt and review letter from T. Pasuit re: Special Master's 12th Fee Application | .10 | 37.50 |
| 06/07/04 JMA | RCRA Fee Petition - final review and execution of letter to Judge Cavanaugh re: Field Declaration | .30 | 112.50 |
| 06/07/04 JMA | Riverkeeper - Final review and execution of letter to Judge Cavanaugh re: motion to strike Honeywell supplemental filings | .30 | 112.50 |
| 06/07/04 JMA | RCRA Fee Petition - revisions to letter to Judge Cavanaugh (Field Declaration) | 1.00 | 375.00 |
| 06/07/04 JMA | Riverkeeper - revisions to letter to Judge Cavanaugh (motion to strike) | 1.30 | 487.50 |
| 06/07/04 JMA | RCRA Fee Petition - phone - C. Marraro re: letter to Judge Cavanaugh | .20 | 75.00 |
| 06/07/04 JMA | Appeal - phone - C. Marraro re: briefing schedule | .20 | 75.00 |
| 06/08/04 JMA | RCRA Fee Petition - phone - C. Marraro re: Honeywell request to withhold Findings of Fact and Conclusions of Law with ICO | .20 | 75.00 |
| 06/08/04 JMA | Receipt and review letter from K. Coakley to Judge Cavanaugh re: Stipulated Order - 60% Design Work Plan | .30 | 112.50 |
| 06/08/04 JMA | Receipt and review letter from Parsons to Louis Berger Group re: sampling grit | .10 | 37.50 |
| 06/08/04 JMA | Receipt and review email re: sampling grit | .10 | 37.50 |
| 06/08/04 JMA | Receipt and review notice of electronic filing re: Stipulated Order re: 60% Design Work Plan | .10 | 37.50 |
| 06/08/04 JMA | Receipt and review letter from JCMUA to Parsons re: Grit | .20 | 75.00 |

W.R. GRACE & COMPANY                              July 9, 2004
Client No.                734680               Page      9
INVOICE NO.               24243

06/08/04 JMA Receipt and review minutes of 4/24/04 meeting      .30    112.50
             with DEP

06/08/04 JMA Receipt and review letter from Parsons to Louis    .10     37.50
             Berger Group

06/08/04 JMA Phone - C. Marraro re: Stipulation and Order       .30    112.50
             re: access

06/08/04 JMA RCRA Fee Petition - receipt and review letter      .10     37.50
             from D. Field to Court

06/08/04 JMA RCRA Fee Petition - receipt and review            .40    150.00
             Honeywell opposition brief re :ICO motion for 8
             day extension

06/08/04 JMA RCRA Fee Petition - receipt and review letter      .30    112.50
             to Judge Cavanaugh from K. Millian re: 8 day
             extension issue

06/08/04 JMA Appeal - Phone - Appeal Case Manager re: order     .20     75.00
             on briefing schedule

06/08/04 JMA Receipt and review letter from counsel for         .10     37.50
             Special Master re: 6th Progress Report

06/08/04 JMA Receipt and review email from S. Graham re: MEC    .10     37.50
             Report

06/08/04 JMA Receipt and review letter from Parsons to Louis    .10     37.50
             Berger Group re: offshore investigation

06/08/04 JMA Riverkeeper - receipt and review notice of         .10     37.50
             electronic filing re: ICO motion to
             strike/notice of withdrawal

06/08/04 JMA Receipt and review notice of electronic filing     .10     37.50
             re: ICO extension on Findings of Fact and
             Conclusions of Law

06/08/04 JMA Receipt and review notice of electronic filing     .10     37.50
             - deadlines for ICO's motions

06/08/04 JMA Receipt and review email from counsel for          .10     37.50
             Special Master re: access stipulation

06/08/04 JMA Receipt and review Stipulation and Order re:       .30    112.50
             access

06/08/04 JMA Execute Stipulation and Order re: access           .10     37.50

W.R. GRACE & COMPANY                                    July 9, 2004
Client No.              734680              Page      10
INVOICE NO.             24243

| | | | |
|---|---|---|---|
| 06/08/04 | JMA | Letter to counsel for Special Master | .20  75.00 |
| 06/08/04 | MEF | Email from K. Millian to D. Cantor re: proposed Findings of Fact and Conclusions of Law re: ICO RCRA Fee Petition | .20  50.00 |
| 06/08/04 | MEF | RCRA Fee Petition - receipt and review fax from D. Cantor re: Honeywell's modification between preliminary and final proposed findings of fact and conclusions of law regarding ECARG's fee petition | .30  75.00 |
| 06/08/04 | MEF | Review Honeywell's opposition to ICO's motion for extension of time to file fee application | .40  100.00 |
| 06/09/04 | JMA | Receipt and review notice of electronic filing re: Field Declaration | .10  37.50 |
| 06/09/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: OSI reports | .10  37.50 |
| 06/09/04 | JMA | Receipt and review letter from L. Walsh to T. Milch re: escrow account/financial assurances | .20  75.00 |
| 06/09/04 | JMA | Review financial assurances order | .30  112.50 |
| 06/09/04 | JMA | RCRA Fee Petition - receipt and review letter from D. Cantor to C. Marraro re: disclose of Honeywell Findings of Fact and Conclusions of Law to ICO | .20  75.00 |
| 06/09/04 | JMA | Receipt and review letter from Columbia Analytical to Honeywell with deep groundwater data | .40  150.00 |
| 06/09/04 | JMA | Receipt and review email from S. Graham | .10  37.50 |
| 06/09/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: field notes and reports | .10  37.50 |
| 06/09/04 | JMA | Review field notes for March and April 2004 | .50  187.50 |
| 06/09/04 | JMA | Conference with C. Marraro re: Honeywell remedial activities at SA7 | 1.00  375.00 |
| 06/09/04 | JMA | Meeting with Jersey City officials and C. Marraro | 5.50  2062.50 |
| 06/09/04 | JMA | Receipt and review email from S. Graham | .10  37.50 |

| | | | |
|---|---|---|---|
| 06/09/04 JMA | Receipt and review letter from Parsons to Louis Berge Group re: well data | .10 | 37.50 |
| 06/09/04 MEF | Appeal - begin review of Honeywell's appellate brief | 1.00 | 250.00 |
| 06/09/04 MEF | Appeal - Conference with CHM re: appeal issues | .60 | 150.00 |
| 06/09/04 MEF | Email from K. Millian to D. Cantor re: service and exchange of ICO and Honeywell proposed findings of fact and conclusions of law re: ICO Fee Petition | .10 | 25.00 |
| 06/09/04 MEF | Email from D. Cantor to K. Millian re: confirmation of exchange of findings of fact and conclusions of law | .10 | 25.00 |
| 06/09/04 MEF | Email from D. Cantor to K. Millian re: ICO RCRA Fee Petition | .20 | 50.00 |
| 06/09/04 MEF | Appeal - PACER search re: Order on motions | .20 | 50.00 |
| 06/09/04 MEF | Appeal - review docket re: disposition of motions | .20 | 50.00 |
| 06/09/04 ND | Appeal - authenticated information in adversary's brief cases, regulations and articles | 1.30 | 117.00 |
| 06/10/04 JMA | RCRA Fee Petition - receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 06/10/04 JMA | RCRA Fee Petition - receipt and review letter from D. Field to Judge Cavanaugh | .10 | 37.50 |
| 06/10/04 JMA | RCRA Fee Petition - receipt and review Honeywell opposition to Grace motion to strike/impose sanctions | .70 | 262.50 |
| 06/10/04 JMA | RCRA Fee Petition - receipt and review notice of electronic filing re: ICO reply brief re 8 day extension | .10 | 37.50 |
| 06/10/04 JMA | Receipt and review ICO comments to Honeywell's sediment evaluation | .40 | 150.00 |
| 06/10/04 JMA | RCRA Fee Petition - receipt and review letter from D. Cantor with changes to Honeywell's findings of Fact and Conclusions of Law | .20 | 75.00 |

W.R. GRACE & COMPANY                          July 9, 2004
Client No.            734680                   Page      12
INVOICE NO.           24243


06/10/04 JMA RCRA Fee Petition - review of and comments to    3.80   1425.00
             Honeywell's proposed Findings of Fact and
             Conclusions of Law regarding ECARG's Fee
             Petition

06/10/04 JMA Receipt and review email from K. Millian to D.    .20     75.00
             Cantor re: ICO/Honeywell Findings of Facts and
             Conclusions of Law

06/10/04 JMA Receipt and review memo re: interim mayor of      .30    112.50
             Jersey City

06/10/04 JMA Appeal - conference with MEF re: Honeywell        .60    225.00
             motion for judicial notice

06/10/04 JMA Appeal - phone - C. Marraro re: Grace             .40    150.00
             Defendants' appellees' brief

06/10/04 JMA Receipt and  review notice of electronic filing   .10     37.50
             re: special Master status report

06/10/04 MEF Conference with JMA re: Honeywell motion for      .60    150.00
             judicial notice

06/11/04 KLW Review brief of Honeywell re judicial notice      .50    130.00

06/11/04 KLW Review appellate brief of Honeywell re use of    1.20    312.00
             material for which judicial notice is sought

06/11/04 KLW Conference with JMA re motion by Honeywell for    .50    130.00
             judicial notice

06/11/04 KLW Commence research on issue of judicial notice    4.00   1040.00

06/11/04 JMA Receipt and review letter from K. Millian to L.   .20     75.00
             Walsh with ICO's executed Access Order

06/11/04 JMA Appeal - receipt and review materials re:         .70    262.50
             potential conflict of Morgan Lewis

06/11/04 JMA Receipt and review email from R. Senftleben re:   .20     75.00
             SI Group

06/11/04 JMA Receipt and review email from S. Graham re:       .10     37.50
             data

06/11/04 JMA Receipt and review letter from Parsons to Louis   .20     75.00
             Berger Group re: data and sediment presentation

06/11/04 JMA Receipt and review email from H. Hall re:         .10     37.50
             groundwater addenda

W.R. GRACE & COMPANY                                 July 9, 2004
Client No.            734680              Page      13
INVOICE NO.           24243


06/11/04 JMA Receipt and review letter from T. Lewis to       .20    75.00
             Parsons re: groundwater addenda

06/11/04 JMA Receipt and review letter from Parsons to Louis  .10    37.50
             Berger Group re: OSI and MEC reports

06/11/04 JMA Appeal - conference with KLW re: Honeywell       .50   187.50
             motion for judicial notice

06/11/04 JMA Receipt and review letter from T. Milch re:      .20    75.00
             Honeywell motion to stay

06/11/04 JMA Phone - C. Marraro re: Honeywell motion for      .30   112.50
             stay

06/11/04 JMA Receipt and review letter from D. Field to L.    .20    75.00
             Walsh re: Access Order

06/11/04 JMA Appeal - phone - C. Marraro re: Honeywell        .40   150.00
             motion - Judicial Notice

06/11/04 JMA RCRA Fee Petition - receipt and review notice    .10    37.50
             of electronic file re: Honeywell brief re: ICO
             8 day extension motion

06/11/04 JMA Appeal - phone - C. Marraro re: Grace            .70   262.50
             Defendants' appellee brief

06/11/04 JMA RCRA Fee Petition - receipt and review letter    .10    37.50
             from D. Cantor to Judge Cavanaugh re: Grace
             motion to strike

06/11/04 JMA RCRA Fee Petition - receipt and review letter    .20    75.00
             from D. Cantor to Judge Cavanaugh re:
             ICO/Honeywell Finding of Fact and Conclusions
             of Law

06/11/04 JMA Receipt and review letter from Parsons to        .10    37.50
             Special Master re: Addendum No. 5 - Groundwater
             Work Plan

06/11/04 JMA Receipt and review Addendum No. 5 - Deep         .90   337.50
             Groundwater Inv. work Plan

06/11/04 JMA Receipt and review letter from Parsons to Louis  .10    37.50
             Berger Group - diagonal crossing

06/11/04 JMA Receipt and review email from S. Graham re:      .10    37.50
             Addendum No. 5 - Deep Groundwater

W.R. GRACE & COMPANY                         July 9, 2004
Client No.              734680               Page    14
INVOICE NO.             24243

06/11/04 JMA  Receipt and review notice of electronic filing      .10    37.50
              re: Order 60% Design Work Plan

06/11/04 JMA  Receipt and review filed Order 60% Design Work       .20    75.00
              Plan

06/11/04 JMA  Receipt and review letter from K. Millian to        .30   112.50
              Jersey City re: FOIA request

06/11/04 JMA  Appeal - receipt and review Scheduling Order         .20    75.00
              (6/8/04)

06/11/04 JMA  Receipt and review letter from K. Millian to        .10    37.50
              counsel for Special master with Access Order
              signature page

06/11/04 JMA  RCRA Fee Petition - receipt and review letter       .10    37.50
              from K. Millian to Judge Cavanaugh with ICO
              reply brief - 8 day extension

06/11/04 JMA  RCRA Fee Petition - receipt and review ICO          .60   225.00
              reply brief - 8 day extension

06/11/04 JMA  RCRA Fee Petition - receipt and review letter       .10    37.50
              from K. Millian to clerk re: ICO 8 day motion

06/11/04 RCS  Appeal:  Assist in identifying trial exhibits       .30    67.50
              cited by Honeywell in its appeal brief

06/11/04 LF   Appeal - review and compile evidentiary            6.50   585.00
              citations from Honeywell Appellant Brief

06/11/04 JL   Appeal -  Caselaw regarding judicial notice         .60    54.00

06/12/04 JMA  Appeal - review of and comments to Grace           4.50  1687.50
              appellee brief

06/12/04 LF   Appeal - continued review and compile             10.50   945.00
              evidentiary citations from the Honeywell
              Appellate Brief

06/13/04 MEF  Appeal - review Honeywell's Motion for Judicial    1.70   425.00
              Notice

06/14/04 KLW  Appeal - Review research regarding judicial        3.00   780.00
              notice

06/14/04 KLW  Appeal - Draft brief opposing motion for           4.20  1092.00
              judicial notice

W.R. GRACE & COMPANY                           July 9, 2004
Client No.            734680          Page      15
INVOICE NO.           24243


06/14/04 JMA Appeal - conference with C. Marraro, B. Hughes,  7.30  2737.50
             MEF re: Honeywell arguments and factual
             position in Honeywell's appeal brief

06/14/04 JMA Appeal - review of and comments to Honeywell    2.80  1050.00
             appeal brief

06/14/04 MEF Appeal - Continue reviewing Honeywell appeal    1.50   375.00
             brief

06/14/04 MEF Appeal - Conference with JMA, CHM, WFH (phone)  6.20  1550.00
             re: Honeywell appeal brief

06/14/04 ND  Appeal - Reviewed information/sources in        1.70   153.00
             adversary's brief for validity

06/14/04 RC  Appeal - assist LF in review and compiling      2.80   252.00
             evidentiary citations from Honeywell appellant
             brief

06/14/04 LF  Appeal - continued review and compile           9.20   828.00
             evidentiary citations from Honeywell Appellate
             Brief

06/15/04 KLW Research law re standard of review on issue       .50   130.00
             concerning license agreement

06/15/04 JMA Receipt and review email from counsel for        .10    37.50
             Special Master re: riparian grants

06/15/04 JMA Conference with LF re: riparian grants           .30   112.50

06/15/04 JMA Letter to counsel from Special Master re:        .20    75.00
             riparian grants

06/15/04 JMA Appeal - conference with KLW re: opposition to  .60   225.00
             motion for judicial notice

06/15/04 JMA Appeal - begin preparation of Statement of     5.70  2137.50
             Facts - Grace Appeal brief

06/15/04 JMA Appeal - conference call with B. Hughes re:    2.00   750.00
             Honeywell arguments in proof brief

06/15/04 JMA Appeal - phone - C. Marraro re: motion for      .40   150.00
             judicial notice

06/15/04 JMA Appeal - phone - B. Hughes re: Honeywell        .60   225.00
             arguments in proof brief

W.R. GRACE & COMPANY                              July 9, 2004
Client No.          734680                        Page     16
INVOICE NO.         24243


06/15/04 MEF  Appeal - email from B. Hughes re: Honeywell      .20      50.00
              Judicial Notice motion

06/15/04 MEF  Appeal - PACER search re: Honeywell motion for   .20      50.00
              Judicial Notice

06/15/04 ND   Appeal - Assist LF in reviewing and compiling   1.80     162.00
              evidentiary citations from Honeywell's
              appellate brief

06/15/04 RC   Appeal- Continued to assist L. Florence in      6.80     612.00
              reviewing and compiling evidentiary citation
              from Honeywell appellant brief

06/15/04 LF   Appeal - continue to compile and review         9.40     846.00
              evidentiary citations from the Honeywell
              Appellate Brief

06/15/04 LF   Review trial exhibits re: Riparian grants for    .60      54.00
              inclusion in Thomas J. Pasuit, Esq. letter

06/16/04 KLW  Conference with JMA re appellate motion for      .50     130.00
              stay and impact of same of appellate motion for
              judicial notice

06/16/04 KLW  Continue preparation of brief opposing          6.80    1768.00
              appellate judicial notice

06/16/04 JMA  Appeal - phone - M. Golladay at SI Group re:     .20      75.00
              RSDF issues - judicial notice motion

06/16/04 JMA  Appeal - phone - C. Marraro re: Honeywell        .40     150.00
              motion to stay

06/16/04 JMA  Appeal - conference with KLW re: opposition to   .50     187.50
              Honeywell motion for judicial notice

06/16/04 JMA  Appeal - phone - C. Marraro re: Honeywell        .60     225.00
              motion to stay and motion for judicial notice

06/16/04 JMA  Appeal - phone - C. Marraro and B. Hughes re:    .70     262.50
              stay and judicial notice motions

06/16/04 JMA  Appeal - phone - C. Marraro re: motion to stay   .40     150.00
              and motion for judicial notice

06/16/04 JMA  Appeal - phone - B. Hughes re: motion to stay    .50     187.50
              and motion for judicial notice

06/16/04 JMA  Phone - L. Walsh re: RAA issues                  .40     150.00

W.R. GRACE & COMPANY                                July 9, 2004
Client No.            734680                        Page      17
INVOICE NO.           24243

06/16/04 JMA Appeal - preparation of Statement of Facts -      3.20   1200.00
             Grace App. Brief

06/16/04 DGG Conferences with JMA re: site inspection.          .30     75.00

06/16/04 LF  Complete review and compiling evidentiary        8.20    738.00
             citations from the Honeywell Appellate Brief

06/17/04 KLW Conclude initial preparation of brief opposing   3.20    832.00
             judicial notice

06/17/04 JMA Appeal - phone - C. Marraro and K. Brown re:      .30    112.50
             motion for judicial notice

06/17/04 JMA Appeal - review Grace post trial Findings of     2.40    900.00
             Facts re: preparation of Grace Appellate brief

06/17/04 JMA Appeal - preparation of Factual and Procedural   3.70   1387.50
             Background for motion for additional pages and
             extension of time

06/17/04 JMA Receipt and review email and letter from K.       .30    112.50
             Millian re: briefing schedule

06/17/04 JMA Appeal - phone - C. Marraro and K. Millian re:    .70    262.50
             briefing schedule

06/17/04 JMA Appeal - phone - C. Marraro, K. Millian, M.       .40    150.00
             Sprague, C. Anderson re: briefing schedule

06/17/04 JMA Appeal - phone - K. Millian and C. Marraro re:    .20     75.00
             briefing schedule

06/17/04 JMA Appeal - phone - M. Golladay, SI Group, re:       .20     75.00
             judicial notice motion

06/17/04 JMA Appeal - letter to M. Sprague and C. Anderson     .60    225.00
             re: briefing schedule

06/17/04 JMA Appeal - conference with C. Marraro re:          2.50    937.50
             Honeywell motion to stay - Grace reply

06/17/04 DGG Appear at Jersey City property for soil and      3.60    900.00
             water sampling.

06/18/04 JMA Riverkeeper - receipt and review notice of        .10     37.50
             electronic filing re: plaintiffs' motion to
             strike Honeywell supplemental brief and
             withdrawal of motion to lift stay

```
W.R. GRACE & COMPANY                              July 9, 2004
Client No.              734680             Page      18
INVOICE NO.             24243
```

| | | | |
|---|---|---|---|
| 06/18/04 JMA | Riverkeeper - receipt and review Order re: Honeywell supplemental brief and withdrawal of motion to lift stay | .20 | 75.00 |
| 06/18/04 JMA | Riverkeeper - receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 06/18/04 JMA | Riverkeeper - receipt and review Honeywell's motion to withdraw supplemental brief | .50 | 187.50 |
| 06/18/04 JMA | Riverkeeper - receipt and review Honeywell's opposition to Riverkeeper motion to strike | 1.00 | 375.00 |
| 06/18/04 JMA | Appeal - receipt and review email from K. Millian | .10 | 37.50 |
| 06/18/04 JMA | RCRA Fee Petition - receipt and review email to/from K. Millian and D. Cantor re: Findings of Fact and Conclusions of Law | .30 | 112.50 |
| 06/18/04 JMA | Receipt and review email from T. Pasuit re: Special Master meeting | .10 | 37.50 |
| 06/18/04 JMA | Receipt and review memo from K. Brown re: 6/8/04 weekly conference call | .20 | 75.00 |
| 06/18/04 JMA | Conference with DGG re: site inspection and sampling | .50 | 187.50 |
| 06/18/04 JMA | Phone - C. Marraro re: 6/16/04 site inspection | .40 | 150.00 |
| 06/18/04 JMA | RCRA Fee Petition - receipt and review letter from C. Pravlik to Clerk re: Findings of Fact and Conclusions of Law and motion to supplement | .10 | 37.50 |
| 06/18/04 JMA | RCRA Fee Petition - receipt and review letter from C. Pravlik to Judge Cavanaugh re: Findings of Fact and Conclusions of Law and motion to supplement | .10 | 37.50 |
| 06/18/04 JMA | RCRA Fee Petition - Receipt and review ICO motion to supplement record brief and proposed Order | .50 | 187.50 |
| 06/18/04 JMA | RCRA Fee Petition - receipt and review ICO final Findings of Fact and Conclusions of Law | 2.40 | 900.00 |
| 06/18/04 DGG | Conference with JMA re: surface water sampling. | .50 | 125.00 |

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 06/18/04 | LF | Appeal - Complete review and compiling evidentiary citations from he Honeywell Appellate Brief | 1.30 | 117.00 |
| 06/19/04 | JMA | Appeal - receipt and review District Court opinion re: preparation of Grace Statement of Facts | 3.30 | 1237.50 |
| 06/19/04 | JMA | RCRA Fee Petition - receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 06/19/04 | JMA | RCRA Fee Petition - receipt and review letter from D. Field to Judge Cavanaugh | .10 | 37.50 |
| 06/19/04 | JMA | RCRA Fee Petition - receipt and review Honeywell Findings of Fact and Conclusions of Law re: ICO RCRA Fee Petition | 2.00 | 750.00 |
| 06/19/04 | JMA | Receipt and review memo from K. Brown re: 6/15/04 weekly conference call | .30 | 112.50 |
| 06/19/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: water level data | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: bulkhead pits work plan | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: MRCE daily reports | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review email from M. Daneker re: diagonal crossing | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review letter from Deming to Honeywell re: diagonal wall | .30 | 112.50 |
| 06/19/04 | JMA | Receipt and review email from M. Daneker re: data and plans - diagonal crossing | .30 | 112.50 |
| 06/19/04 | JMA | Receipt and review email from K. Millian with letter and Bell comments re: sediment investigation | .10 | 37.50 |
| 06/19/04 | JMA | Receipt and review letter from K. Millian to Special Master re: sediment investigation | .20 | 75.00 |
| 06/19/04 | JMA | Receipt and review Dr. Bell's comments re: sediment investigation | .60 | 225.00 |
| 06/19/04 | JMA | Receipt and review letter from M. Daneker to Special Master re: diagonal wall | .10 | 37.50 |

W.R. GRACE & COMPANY                                    July 9, 2004
Client No.                 734680                  Page      20
INVOICE NO.                24243

06/19/04 JMA RCRA Fee Petition - receipt and review notice        .10    37.50
             of electronic filing re: ICO motion to
             supplement record

06/19/04 JMA Receipt and review notice of electronic filing       .10    37.50
             re: schedule for ICO motion

06/19/04 JMA Receipt and review notice of electronic filing       .10    37.50
             re: order - Access

06/19/04 JMA Receipt and review letter from K. Coakley to         .10    37.50
             Judge Cavanaugh with Order regarding access

06/19/04 JMA Receipt and review email from T. Pasuit re:          .10    37.50
             Special Master meeting

06/19/04 JMA Receipt and review agenda for Special Master         .20    75.00
             meeting

06/19/04 JMA Riverkeeper - receipt and review notice of           .10    37.50
             electronic filing re: Honeywell motion to
             withdraw supplemental brief

06/19/04 JMA Receipt and review notice of electronic filing       .10    37.50
             re: Honeywell opposition to ICO motion to
             strike

06/19/04 JMA RCRA Fee Petition - receipt and review notice        .10    37.50
             of electronic filing re: Honeywell Findings of
             Fact and Conclusions of Law

06/19/04 JMA Receipt and review notice of electronic filing       .10    37.50
             re: Order regarding access

06/19/04 JMA Receipt and review filed Stipulation and Order       .10    37.50
             re: access

06/19/04 JMA RCRA Fee Petition - receipt and review notice        .10    37.50
             of electronic filing re; Honeywell opposition
             to ECARG motion to strike

06/20/04 JMA Receipt and review slides from 5/27/04 sediment      .70   262.50
             investigation review

06/20/04 JMA Receipt and review letter from Parsons to            .10    37.50
             Special Master with Honeywell Progress Report
             No. 13

06/20/04 JMA Receipt and review Honeywell Progress Report        1.00   375.00
             No. 13

W.R. GRACE & COMPANY                                    July 9, 2004
Client No.          734680                              Page     21
INVOICE NO.         24243


06/20/04 JMA Receipt and review email from S. Graham re:        .10    37.50
             Honeywell Progress Report No. 13

06/20/04 JMA Receipt and review email from S. Graham re:        .10    37.50
             Hydroqual response to Louis Berger comments

06/20/04 JMA Receipt and review Hyrdoqual response to Louis     .80   300.00
             Berger Group comments - groundwater addenda 1-4

06/21/04 KLW Appeal - Supplement brief with 3rd circuit law   5.10  1326.00
             on motions to supplement the record

06/21/04 JMA Phone - C. Marraro and A. Nagy re: Special        .30   112.50
             Master meeting

06/21/04 JMA Appeal - receipt and review Order re: Honeywell   .20    75.00
             motion to expand the record

06/21/04 JMA Appeal - conference with C. Marraro and MEF re:   .40   150.00
             Merits Panel review of Honeywell motion to
             expand record

06/21/04 JMA Appeal - receipt and review letter from M.        .30   112.50
             Sprague re: brief schedule and joint motion

06/21/04 JMA Appeal - review of and comments to Grace brief   1.90   712.50
             in opposition to Honeywell motion for judicial
             notice

06/21/04 JMA Appeal - review of and comments to proposed       .70   262.50
             joint motion re: briefing schedule (motion to
             stay)

06/21/04 JMA Appeal - conference with MEF re: joint motion     .30   112.50
             re: brief schedule

06/21/04 JMA Appeal - phone - K. Millian re: joint motion      .30   112.50
             re: briefing schedule

06/21/04 JMA Appeal - preparation of Factual and Procedural   4.50  1687.50
             Background - Grace motion for additional time
             and additional pages for merits brief

06/21/04 JMA Phone - M. Daneker                                .10    37.50

06/21/04 JMA Appeal - conference with K. Brown, C. Marraro    1.60   600.00
             and MEF re: K. Brown Declaration - opposition
             to motion to expand record

W.R. GRACE & COMPANY                                  July 9, 2004
Client No.            734680                          Page     22
INVOICE NO.           24243


06/21/04 MEF  Appeal - receipt and review fax from M. Sprague    .30    75.00
              regarding request for Honeywell's consent to
              modified briefing schedule on stay motion;
              additional words for appellees' briefs on the
              merits and modified briefing schedule for
              appellees' briefs on the merits

06/21/04 MEF  Appeal - review draft joint motion to modify       .20    50.00
              briefing schedule on Honeywell's stay motion

06/21/04 MEF  Appeal - Conference with JMA and CHM re:           .40   100.00
              Honeywell's motions for judicial notice

06/21/04 MEF  Email from K. Millian re: letter to T. Milch       .30    75.00
              re: plaintiff's appeal brief and opposition to
              Honeywell's motion for stay in Third Circuit

06/21/04 MEF  Appeal - phone with A. Laws re: decisions on       .20    50.00
              motions referred to merits panel

06/21/04 MEF  Appeal - review LAR and IOPs regarding motions     .20    50.00

06/21/04 MEF  Appeal - Conference with JMA regarding joint       .30    75.00
              motion regarding briefing schedule on stay
              motion

06/21/04 MEF  Phones with M. Sprague regarding joint motion      .30    75.00
              for extension to file briefs on stay motion

06/21/04 MEF  Appeal - motion for extension to file briefs on    .70   175.00
              stay motion

06/21/04 MEF  Appeal - email to/from M. Sprague regarding        .20    50.00
              redlined motion papers

06/21/04 MEF  Appeal - emails from/to K. Millian regarding       .20    50.00
              motion papers

06/21/04 MEF  Appeal - Conference with JMA, CHM, K. Brown       1.60   400.00
              regarding response to Honeywell's motion for
              judicial notice

06/21/04 MEF  Appeal - Conference with K. Brown regarding       2.30   575.00
              declaration in opposition to Honeywell's motion
              for judicial notice

06/21/04 LF   Appeal - Review all parties proposed and final    2.70   243.00
              trial exhibit lists regarding Honeywell new
              evidence

W.R. GRACE & COMPANY                               July 9, 2004
Client No.            734680                       Page      23
INVOICE NO.           24243


06/22/04 JMA Appeal - preparation of motion to extend time      5.00    1875.00
             for Grace's principal brief

06/22/04 JMA Appeal - conference with C. Marraro re: Grace      1.00     375.00
             opposition to Honeywell motion to expand the
             record

06/22/04 JMA Review file re: meeting with Special Master and    1.00     375.00
             all parties

06/22/04 JMA Conference with R. Senftleben, A. Nagy, K.         1.00     375.00
             Brown, C. Marraro re: Special Master meeting

06/22/04 JMA Attend Special Master/all parties meeting          3.00    1125.00

06/22/04 MEF Appeal - draft declaration of K. Brown in          3.20     800.00
             opposition to Honeywell motion for judicial
             notice

06/22/04 MEF Appeal - phone with M. Sprague regarding joint      .20      50.00
             motion on briefing schedule on stay motion

06/22/04 MEF Appeal - finalize joint motion on briefing          .20      50.00
             schedule on stay

06/22/04 MEF Appeal - prepare certificate of service             .20      50.00

06/22/04 MEF Appeal - letter to A. Laws re: joint motion         .20      50.00

06/22/04 RCS Telephone call to Jersey City Planning Board        .20      45.00
             regarding agenda for meeting.

06/22/04 RCS Receipt and review of Jersey City Planning          .10      22.50
             Board Agenda.

06/22/04 LF  Appeal - Continue to review all parties            1.20     108.00
             proposed and final trial exhibit lists
             regarding Honeywell new evidence

06/22/04 LF  Appeal - Review and compare Honeywell motion to    2.50     225.00
             stay before the District Court with Honeywell
             motion for judicial notice

06/22/04 LF  Appeal - review and compare Honeywell motion       4.70     423.00
             for judicial notice, amicus motion and stay
             motion regarding new evidence

06/23/04 JMA Appeal - phone - C. Marraro re: Grace               .30     112.50
             opposition to Honeywell motion to expand record

W.R. GRACE & COMPANY                                    July 9, 2004
Client No.               734680                         Page      24
INVOICE NO.              24243


06/23/04 JMA Appeal - review FRAP 29 re: amicus curiae      .60    225.00
             briefs

06/23/04 JMA Appeal - conference with MEF re: amicus curiae  .40    150.00
             motion and brief

06/23/04 JMA Appeal - revise and finalize expedited motion  2.80  1050.00
             for extension of time for filing Grace
             principal brief

06/23/04 JMA Appeal - revisions to K. Brown Declaration re;  3.60  1350.00
             Honeywell motion to expand record

06/23/04 JMA Appeal - phone - C. Marraro re: Grace           .40    150.00
             opposition to motion to expand the record

06/23/04 JMA Appeal - preparation of expedited motion to    1.00    375.00
             extend time for Grace's brief

06/23/04 JMA Appeal - conference with MEF re: expedited      .50    187.50
             motion

06/23/04 JMA Appeal - conference with MEF re: Honeywell      .50    187.50
             motion to expand record

06/23/04 MEF Appeal - phone with A. Laws re: expedited       .40    100.00
             motion and with G. Cain at 3rd Circuit

06/23/04 MEF Appeal - review and finalize motion for         .80    200.00
             extension of time to file principal brief

06/23/04 MEF Appeal - begin review of draft brief in         .30     75.00
             opposition to motion to expand the record by
             Honeywell

06/23/04 MEF Appeal - Conference with JMA re: expedited      .50    125.00
             motion

06/23/04 MEF Appeal - Conference with JMA re: amicus motion  .40    100.00
             and brief

06/23/04 MEF Appeal - Conference with JMA re: opposition to  .50    125.00
             Honeywell motion to expand the record

06/23/04 LF  Appeal - continue review of Honeywell motions  2.50    225.00
             regarding new evidence

06/23/04 LF  Appeal - Prepare memo regarding new evidence in .20     18.00
             Honeywell motions

W.R. GRACE & COMPANY                                    July 9, 2004
Client No.              734680                 Page      25
INVOICE NO.             24243

06/24/04 JMA Appeal - revisions to Grace response to        5.50  2062.50
             Honeywell motion to expand record

06/24/04 JMA Appeal - revisions to Declaration of K. Brown  1.80   675.00
             re: Grace response to motion to expand record

06/24/04 JMA Conference with MEF re: filing deadline for     .50   187.50
             Grace response re: motion to expand record

06/24/04 JMA Appeal - Final review and execution of motion   .40   150.00
             to extend time for Grace response

06/24/04 JMA Appeal - final review and execution of Grace    .60   225.00
             response to motion to expand record

06/24/04 JMA Conference with MEF re: revisions to motion to  .60   225.00
             extend time for Grace response to motion to
             expand record

06/24/04 JMA Appeal - phone - C. Marraro re: revisions to K. .80   300.00
             Brown Declaration - motion to expand record

06/24/04 JMA Appeal - phone - C. Marraro re: revisions to   1.50   562.50
             Grace response to motion to expand record

06/24/04 MEF Appeal - email from B. Self re: draft          .10    25.00
             opposition to motion for judicial notice

06/24/04 MEF Appeal - review revised draft brief in         .40   100.00
             opposition to Honeywell motion for judicial
             notice

06/24/04 MEF Appeal - review and revise K. Brown declaration .50   125.00

06/24/04 MEF Email from K. Millian re: draft letter to      .10    25.00
             Daneker

06/24/04 MEF Review draft letter from K. Millian to M.      .20    50.00
             Daneker re: June 17 site visit

06/24/04 MEF Appeal - phones with M. Sprague re: motion to  .20    50.00
             file response out of time

06/24/04 MEF Appeal - review amicus brief                  1.10   275.00

06/24/04 MEF Appeal - review and finalize response to       .40   100.00
             Honeywell's motion to expand the record

06/24/04 MEF Appeal - review FRAP re: filing responses to   .30    75.00
             motions

W.R. GRACE & COMPANY                          July 9, 2004
Client No.            734680          Page      26
INVOICE NO.           24243


06/24/04 MEF Appeal - voice mail A. Laws                    .10    25.00

06/24/04 MEF Appeal - phone with CHM's office              .20    50.00

06/24/04 MEF Appeal - phone with A. Laws re: response to   .20    50.00
             Honeywell's motion to expand record

06/24/04 MEF Appeal - prepare motion to respond out of time 1.60  400.00

06/24/04 MEF Appeal - conference with JMA re: motion to file .60  150.00
             response out of time

06/24/04 MEF Appeal - Conference with JMA regarding filing  .50   125.00
             deadline for Grace response regarding motion to
             expand record

06/24/04 LF  Appeal - review findings of fact and          2.50   225.00
             conclusions of law regarding Kirk Brown
             remediation alternatives.

06/24/04 LF  Appeal - review Wong testimony regarding HW    .50    45.00
             annual sales.

06/25/04 JMA Appeal - receipt and review Order re: Honeywell .20   75.00
             motion to expand record

06/25/04 JMA Receipt and review email from Louis Berger     .10    37.50
             Group to Parsons re: bulkhead test pit work
             plan

06/25/04 JMA Receipt and review letter from Louis Berger    .10    37.50
             Group to Parsons re: bulkhead test pit work
             plan

06/25/04 JMA Appeal - receipt and review email from K.      .10    37.50
             Millian to C. Anderson re: motion to stay -
             schedule

06/25/04 JMA Receipt and review email from S. Graham re:    .10    37.50
             bulkhead test pits

06/25/04 JMA Receipt and review letter from Parsons to Louis .10   37.50
             Berger Group - bulkhead test pit work plan

06/25/04 JMA Receipt and review bulkhead test pit work plan  .50  187.50

06/25/04 JMA Receipt and review email from S. Graham re:    .10    37.50
             groundwater discharge reports

06/25/04 JMA Receipt and review letter from Parsons to PVSC  .40  150.00
             re: groundwater discharge reports and reports

06/25/04 JMA Receipt and review letter from Parsons to Louis          .10      37.50
             Berger Group re: field reports for April

06/25/04 JMA Receipt and review MRCE field reports for 4/04           .40     150.00

06/25/04 JMA Receipt and review notice of electronic filing           .10      37.50
             re: Access Order

06/25/04 JMA Receipt and review email from H. Hale re:                .10      37.50
             sediment investigation

06/25/04 JMA Receipt and review letter from Louis Berger              .30     112.50
             Group to Parsons re: Special Master comments to
             sediment investigation

06/25/04 JMA Receipt and review letter from Parsons to Louis          .10      37.50
             Berger Group re: revised work plan - test pits

06/25/04 JMA Receipt and review letter from M. Daneker to K.          .30     112.50
             Millian re: 6/17/04 Site visit

06/25/04 JMA Appeal - receipt and review letter from L.               .10      37.50
             Thomas to Clerk

06/25/04 JMA Appeal - receipt and review ICO motion for one           .20      75.00
             day extension

06/25/04 JMA Appeal - conference with MEF re: aerial photos           .40     150.00
             - motion to stay

06/25/04 JMA Phone - C. Marraro re: Honeywell sediment                .50     187.50
             investigation issues

06/25/04 JMA Appeal - phone - C. Marraro re: ECARG response           .50     187.50
             to Honeywell motion for stay

06/25/04 JMA Appeal - review of and comments to Honeywell            2.30     862.50
             brief - motion to stay

06/25/04 MEF Appeal - Conference with JMA regarding aerial            .40     100.00
             photos - motion to stay

06/25/04 MEF Appeal - Phone with LF regarding aerial photos           .50     125.00

06/25/04 MEF Phone with LF regarding motion by amicus                 .20      50.00

06/25/04 MEF Appeal - Review Honeywell brief regarding               1.40     350.00
             partial stay

06/25/04 LF  Appeal - phone with MEF regarding aerial photos          .50      45.00

W.R. GRACE & COMPANY                         July 9, 2004
Client No.           734680            Page      28
INVOICE NO.          24243

| | | | | |
|---|---|---|---|---|
| 06/25/04 | LF | Appeal - phone with MEF regarding Amicus Motion | .20 | 18.00 |
| 06/25/04 | LF | Appeal - multiple phone calls with John at Aerial Photo of NJ regarding aerial photos | .40 | 36.00 |
| 06/25/04 | LF | Appeal - phone with Bill Furlick at Airphoto Services regarding aerial photos | .20 | 18.00 |
| 06/25/04 | LF | Appeal - Prepare letter to John at Aerial Photo of NJ with enclosures | .40 | 36.00 |
| 06/26/04 | MEF | Appeal - phone with John at Aerial Photo | .20 | 50.00 |
| 06/26/04 | MEF | Appeal - emails to/from B. Hughes regarding draft brief in opposition to stay motion | .40 | 100.00 |
| 06/26/04 | MEF | Appeal - draft motion to strike portions of Honeywell's principal brief | 2.00 | 500.00 |
| 06/26/04 | MEF | Appeal - email to CHM regarding draft motion to strike | .20 | 50.00 |
| 06/26/04 | MEF | Appeal - emails from/to WFH regarding opposition to amicus motion | .20 | 50.00 |
| 06/26/04 | MEF | Appeal - Phone with WFH regarding opposition to motion to stay | .20 | 50.00 |
| 06/26/04 | MEF | Appeal - Email from K. Millian regarding B. Ross information for principal brief | .20 | 50.00 |
| 06/27/04 | JMA | Appeal - Review all exhibits to Honeywell motion to stay | 2.70 | 1012.50 |
| 06/27/04 | JMA | Appeal - Review of and comments to draft of Grace response to Honeywell motion to stay | 3.00 | 1125.00 |
| 06/27/04 | JMA | Appeal - Phone CHM regarding Grace response to Honeywell motion to stay | .60 | 225.00 |
| 06/27/04 | MEF | Appeal - phone with WFH regarding response to Honeywell stay motion | .20 | 50.00 |
| 06/27/04 | MEF | Appeal - Email from WFH regarding response to Honeywell stay motion | .10 | 25.00 |
| 06/27/04 | MEF | Appeal - review draft response to Honeywell stay motion | 1.00 | 250.00 |
| 06/28/04 | JMA | Appeal - Phone with B. Hughes regarding Grace response to Honeywell motion for stay | 1.50 | 562.50 |

W.R. GRACE & COMPANY                          July 9, 2004
Client No.            734680                  Page     29
INVOICE NO.           24243


06/28/04 JMA Appeal - Review of and comments to Grace motion   3.70   1387.50
             to strike portion of Honeywell principal brief

06/28/04 JMA Appeal - Phone with counsel for Special Master     .30    112.50
             regarding permitting delays

06/28/04 JMA Appeal - Phone with K. Millian, CHM, B. Hughes     .60    225.00
             regarding motion to stay, Grace's motion to
             strike

06/28/04 JMA Appeal - Phone conference with CHM and W.         1.80    675.00
             Hughes regarding preparation of Grace Response
             to Stay Motion

06/28/04 JMA Appeal - Final review and execution of motion      .40    150.00
             to strike regarding expand the record documents

06/28/04 JMA Appeal - Conference with MEF regarding             .50    187.50
             scheduling of stay motion, motion to expand
             record and Grace motions to strike

06/28/04 JMA Appeal - Conference with L. Florence regarding     .40    150.00
             file research for Grace response to motion for
             stay

06/28/04 JMA Appeal - Phone with CHM regarding settlement       .50    187.50
             issues

06/28/04 JMA Appeal - Phone with CHM, MEF regarding motion      .50    187.50
             to extend Grace's time for principal brief

06/28/04 JMA Appeal - Conference with MEF regarding briefing    .40    150.00
             schedule for all pending motions and principal
             brief

06/28/04 JMA Appeal - Phone with B. Hughes regarding motion     .20     75.00
             to stay opposition

06/28/04 MEF Appeal - Phone conference with JMA and CHM         .50    125.00
             regarding motion to extend Grace time for
             principal brief

06/28/04 MEF Appeal - Conference with JMA regarding briefing    .40    100.00
             schedules for all pending motions and principal
             brief

06/28/04 MEF Appeal - Phone with A. Laws regarding Joint        .30     75.00
             Motion for extension of time and expedited
             motion regarding principal brief

W.R. GRACE & COMPANY                          July 9, 2004
Client No.            734680            Page    30
INVOICE NO.           24243


06/28/04 MEF Appeal - Conference with B. Furlick of Airphoto    .50    125.00
             regarding aerial photos

06/28/04 MEF Appeal - Email to M. Sprague regarding draft       .20     50.00
             letter to Clark regarding Honeywell consent

06/28/04 MEF Appeal - email to CHM regarding draft letter to    .10     25.00
             Clerk regarding Honeywell consent to extension

06/28/04 MEF Appeal - email from M. Sprague regarding           .10     25.00
             Honeywell motion for extension

06/28/04 MEF Appeal - review draft Honeywell brief regarding    .20     50.00
             extension to file reply

06/28/04 MEF Appeal - Conference with JMA regarding             .50    125.00
             scheduling of motion for stay, motions to
             strike, motion to expand record

06/28/04 MEF Appeal - voice mail - A. Laws                      .10     25.00

06/28/04 MEF Appeal - review docket regarding status of         .20     50.00
             motion for extensions of time to file
             responses/reply to stay motion

06/28/04 MEF Appeal - Conference with LF regarding aerial       .20     50.00
             photos

06/28/04 MEF Appeal - phone with CHM regarding letter to        .20     50.00
             Clerk and Honeywell motion for extension

06/28/04 MEF Appeal - letter to A. Laws regarding Honeywell     .30     75.00
             consent to motion for extension of time to file
             principal brief

06/28/04 MEF Appeal - phone with CHM regarding joint motion     .20     50.00
             for extension to file response to stay motion
             and expedited motion regarding extension to
             file principal brief

06/28/04 MEF Appeal - Revise and finalize motion to strike     2.30    575.00
             portions of Honeywell's principal brief

06/28/04 RCS Review letter from Kathy Millian, Esq. to          .10     22.50
             Robert Cotter of Jersey City Dept. of Housing
             regarding New Jersey Open Public Records Act;
             request.

06/28/04 RCS Telephone call to Lem Thomas, Esq. regarding       .20     45.00
             Jersey City response to Public Records Act
             Request.

W.R. GRACE & COMPANY                                July 9, 2004
Client No.              734680             Page      31
INVOICE NO.             24243

06/28/04 LF  Appeal - Conference with MEF regarding aerial      .20    18.00
             photos

06/28/04 LF  Appeal - phone with Bill Furlick regarding        .20    18.00
             aerial photos

06/28/04 LF  Appeal - phone with John at Aerial Photo of NJ    .20    18.00
             regarding aerial photos

06/28/04 LF  Appeal - Review Peter Chapman testimony and       .80    72.00
             related exhibits regarding sediment
             investigation issues

06/28/04 LF  Appeal - review file and prepare charts          5.10   459.00
             regarding special master's fee application and
             orders.

06/29/04 JMA RCRA Fee Petition - receipt and review letter     .10    37.50
             from M. Caffrey to Clerk

06/29/04 JMA RCRA Fee Petition - receipt and review letter     .10    37.50
             from M. Caffrey to Judge Cavanaugh

06/29/04 JMA RCRA Fee Petition - receipt and review            .20    75.00
             Honeywell response to ICO Motion to Supplement
             Record

06/29/04 JMA Appeal - receipt and review email from M.         .20    75.00
             Sprague with 7 day extension motion

06/29/04 JMA Receipt and review email from S. Graham re:       .10    37.50
             sediment slides

06/29/04 JMA Receipt and review letter from Environ to         .40   150.00
             Honeywell re: sediment investigation slides and
             slides

06/29/04 JMA Appeal - receipt and review letter from           .10    37.50
             L.Thomas to Case Manager re: Honeywell consent
             to 30 day extension

06/29/04 JMA Receipt and review letter from ICO to Special     .30   112.50
             Master re: timing of permit submissions to DEP

06/29/04 JMA Appeal - receipt and review ICO letter to Clerk   .10    37.50
             filing Motion in opposition to Honeywell Motion
             to Expand Record

06/29/04 JMA Appeal - receipt and review ICO opposition to    1.00   375.00
             Honeywell Motion to Expand the District Court
             Record

W.R. GRACE & COMPANY                                July 9, 2004
Client No.           734680                  Page    32
INVOICE NO.          24243


06/29/04 JMA Appeal - receipt and review ICO Motion for      .50    187.50
             additional words in principal brief

06/29/04 JMA Appeal - receipt and review K. Brown's comments .20     75.00
             regarding Groundwater IRM's - Honeywell Motion
             to Stay

06/29/04 JMA Receipt and review letter from K. Millian to M. .20     75.00
             Daneker re: 6/17/04 Site visit

06/29/04 JMA Receipt and review email from S. Graham re:     .10     37.50
             test pits

06/29/04 JMA Appeal - receipt and review ICO Expedited       .60    225.00
             Motion for extension of 30 days to file
             appellee brief

06/29/04 JMA Receipt and review email from H. Hall re: test  .10     37.50
             pits

06/29/04 JMA Receipt and review letter from Louis Berger     .10     37.50
             Group to Parsons re: approval of revised Test
             Pit Plan

06/29/04 JMA Receipt and review notice of electronic filing  .10     37.50
             re: Special Master's 12th Fee Application

06/29/04 JMA Receipt and review Order approving Special      .20     75.00
             Master's 12th Fee Application

06/29/04 JMA Appeal - receipt and review email from L.       .20     75.00
             Thomas re: Honeywell brief inaccuracies

06/29/04 MEF Appeal - email from M. Sprague regarding        .10     25.00
             comments to draft letter to Clerk

06/29/04 MEF Appeal - email to M. Sprague regarding comments .10     25.00
             to draft letter to Clerk

06/29/04 MEF Appeal - revise and finalize letter to Clerk    .20     50.00
             regarding Honeywell consent to extension to
             file principal brief

06/29/04 MEF Appeal - receipt and review letter from T.      .10     25.00
             Milch to A. Laws regarding motion for 7 day
             extension to file reply brief

06/29/04 MEF Appeal - receipt and review Honeywell's motion  .20     50.00
             for 7 day extension to file reply brief

W.R. GRACE & COMPANY                           July 9, 2004
Client No.              734680                 Page      33
INVOICE NO.             24243


06/29/04 MEF  Appeal - receipt and review letter from T.        .30    75.00
              Milch to A. Laws regarding Honeywell response
              to ICO motion to expand the word limits

06/29/04 MEF  Appeal - Conference with LF regarding aerial      .40   100.00
              photos

06/29/04 LF   Appeal - complete review of file and prepare     1.90   171.00
              charts regarding Special Master's fee
              applications and orders.

06/30/04 JMA  RCRA Fee Petition - receipt and review notice     .10    37.50
              of electronic filing re: Honeywell response to
              ICO Motion to supplement

06/30/04 JMA  Appeal - receipt and review email from K.         .10    37.50
              Millian to M. Sprague re: Honeywell 7 day
              extension

06/30/04 JMA  Receipt and review email from S. Graham re: gas   .10    37.50
              main test pit memo

06/30/04 JMA  Receipt and review letter from M. Daneker to      .30   112.50
              Special Master re: timing of permit submissions
              to DEP

06/30/04 JMA  Draft footnote for Grace opposition to motion     .40   150.00
              to stay

06/30/04 JMA  Appeal - review of and comments to redraft of    3.90  1462.50
              Grace opposition to Motion to Stay

06/30/04 JMA  Appeal - phone - W. Hughes re: revisions to       .70   262.50
              redraft of Grace opposition to Motion to Stay

06/30/04 JMA  Phone - C. Marraro re: issues for Grace           .40   150.00
              opposition to Motion to Stay

06/30/04 LF   Appeal - phone call with Bill Furlick regarding   .20    18.00
              aerial photos.

06/30/04 LF   Appeal - prepare letter to Bill Furlick           .20    18.00
              regarding payment of aerial photos.

06/30/04 LF   Appeal - prepare letter to Bill Hughes with       .30    27.00
              enclosures regarding aerial photos.

06/30/04 LF   Appeal - assemble materials regarding HW         3.40   306.00
              immediate action items (IRMs).

W.R. GRACE & COMPANY                              July 9, 2004
Client No.              734680                    Page     34
INVOICE NO.             24243

## Fee Applications, Applicant

| | | | |
|---|---|---|---|
| 06/01/04 MEF | Fee Application - PACER search re: 25th CNO | .20 | 50.00 |
| 06/01/04 MEF | Fee Application - email to P. Cuniff re: status of CNO for 25th Monthly Fee Application | .20 | 50.00 |
| 06/02/04 MEF | Fee Application - PACER search re: status of 25th CNO | .20 | 50.00 |
| 06/04/04 MEF | Fee Application - PACER search re: status of 25th CNO | .20 | 50.00 |
| 06/04/04 MEF | Fee Application - Email to P. Cuniff re: status of 25th CNO | .20 | 50.00 |
| 06/04/04 MEF | Fee Application - Begin preparing 27th monthly fee application | .60 | 150.00 |
| 06/05/04 MEF | Fee Application - review May fee detail | 1.00 | 250.00 |
| 06/07/04 JMA | Fee Application - receipt and review Fee Auditor's Report - Carella Byrne Fee Application 11th Interim Period | .20 | 75.00 |
| 06/07/04 MEF | Fee Application - review revised fee detail | .60 | 150.00 |
| 06/07/04 MEF | Fee Application - continue preparing 27th Monthly Fee Application | 1.90 | 475.00 |
| 06/07/04 MEF | Fee Application - letter to P. Cuniff re: 27th Monthly Fee Application | .20 | 50.00 |
| 06/07/04 MEF | Fee Application - PACER search 25th CNO | .20 | 50.00 |
| 06/08/04 JMA | Fee Application - review and execute Carella, Byrne's 27th Monthly Fee Application | .40 | 150.00 |
| 06/08/04 MEF | Fee Application - PACER search CNO for 25th and 26th Monthly Fee Applications | .20 | 50.00 |
| 06/08/04 MEF | Fee Application - Email to P. Cuniff re: status of CNOs for 25th and 26th Monthly Fee Application | .20 | 50.00 |
| 06/08/04 MEF | Fee Application - email to S. Bossay re: CBBG figures for 11th Quarterly Fee Application | .30 | 75.00 |
| 06/08/04 MEF | Fee Application - Email from D. Carickoff re: filing of 25th and 26th CNOs | .20 | 50.00 |

W.R. GRACE & COMPANY                                July 9, 2004
Client No.              734680                      Page      35
INVOICE NO.             24243


06/08/04 MEF Fee Application - email from S. Bossay re: 11th       .20    50.00
             quarterly fee application

06/09/04 MEF Fee Application - email from S. Bossay re: 11th       .10    25.00
             Quarterly Chart and project category
             spreadsheet

06/09/04 MEF Fee Application - review 11th Quarterly Chart         .30    75.00
             and project category spreadsheet

06/09/04 MEF Fee Application - email to S. Bossay re: 11th         .10    25.00
             Quarterly chart and project category
             spreadsheet

06/09/04 MEF Fee Application - review CNO for 25th Monthly         .20    50.00
             Fee Application

06/09/04 MEF Fee Application - PACER search - 25th and 26th        .30    75.00
             CNOs

06/09/04 MEF Fee Application - review CNO for 26th Monthly         .20    50.00
             Fee Application

06/09/04 MEF Fee Application - email to D. Carickoff re: CNO       .20    50.00
             for 25th Monthly Fee Application

06/22/04 MEF Fee Application - PACER search - status and          .30    75.00
             filing of 27th Monthly Fee Application

06/25/04 JMA Fee Application - receipt and review Order           .20    75.00
             approving 11th Quarterly Fee Application

06/25/04 MEF Fee Application - receipt and review Order           .20    50.00
             Approving Quarterly Fee Applications for 11th
             Quarterly Period

                                                          -------------
Total Fees:                                               116,834.50

```
W.R. GRACE & COMPANY                        July 9, 2004
Client No.            734680                 Page    37
INVOICE NO.           24243
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*---------TIMEKEEPER---------*   RATE   HOURS          FEES
K L WINTERS                    260.00   29.50        7670.00
J M AGNELLO                    375.00  209.00       78375.00
D G GILFILLAN                  250.00    4.40        1100.00
M E FLAX                       250.00   80.40       20100.00
RC SCRIVO                      225.00    2.90         652.50
N DE PALMA                      90.00    4.80         432.00
R CAMEJO                        90.00    9.60         864.00
LAURA FLORENCE                  90.00   84.30        7587.00
JANICE LEE                      90.00     .60          54.00
                     TOTALS            425.50      116834.50
```

# EXHIBIT B

W.R. GRACE & COMPANY                              July 9, 2004
Client No.            734680                      Page      36
INVOICE NO.           24243


        Disbursements


Meals

06/01/04 Meals 6/1 FORTE (JMA,CHM,MEF)                  23.17
06/07/04 Meals JMA 6/4 CLOUD 9 #397074                   6.98
06/16/04 Meals JMA, MEF, CHM FORTE 6/14 #2902           24.55
06/25/04 Meals 6/04 JMA, MEF, LOIS WILBERS              27.55
06/25/04 Meals JMA FORTE 6/24 (JMA, MEF,LOIS)           22.43

                                    SUBTOTAL:          104.68


Computer Searches

06/08/04 Computer Searches WESTLAW 5/4, 5/8, 5/11, 5/20,   500.82
         5/25

                                    SUBTOTAL:          500.82


Costs Advanced

06/28/04 Costs Advanced - AIRPHOTO SERVICES  6/28/04   275.00
06/30/04 Costs Advanced - AIRPHOTO SERVICES 6/30/04    523.25

                                    SUBTOTAL:          798.25


06/30/04 Messenger                                      50.00
06/30/04 Photocopies                                  4693.80
06/30/04 Stationary and Supplies                       195.94
06/30/04 Faxes                                         642.00
06/30/04 Telephone                                       1.98
06/30/04 Additional Staff Time                         969.63
06/30/04 Computer Searches                             121.61
06/30/04 Federal Express                               653.72


                                              -------------
Total Costs                                      8,732.43
                                              -------------
Total Due this Matter                          125,566.93
=============

# INVOICE
# Airphoto Services

### Box 834 - CALDWELL, NEW JERSEY 07007
### Telephone (201) 226-2040

Carella-Byrne
5 Becker Farm Rd
Roseland, N. J.

June 29, 2004

(Att: Laura )

Re aerial photogrphy & services
for the Jersey City site and area-

Flight on 6/27/04 to obtain color
overall and cloee-up airviews          - $550.00
 (six 4x5 transp views dlvrd 6/28)

Prints  - (rush)
Two 8x10 of five selected views-
1st print of each of 5 at $30 ea        150.00
2nd    "        "        15  "            75.00

                                        $775.00
                    NJST  ½ txbl 6%   23.25

                            Tot  798.25
                          - dep  275.00
                        due bal $523.25

(prints dlvrd 6/29)

/thank you/

```
  DURABLE V
  077711340015
     *****Buy More / Save More*****
5 PASTEL TURQ LTR 20
  010199083265        5.760ea    25.00
  Discount Amount <-3.80>
*****************************************
     *****Buy More / Save More*****
1  DURABLE VIEW BINDE
   077711170414                    8.33
1  DURABLE VIEW BINDE
   077711170414                    8.33
1  DURABLE VIEW BINDE
   077711170414                    8.33
1  DURABLE VIEW BINDE
   077711170414                    8.33
1  DURABLE VIEW BINDE
   077711170414                    8.33
1  DURABLE VIEW BINDE
   077711170414                    8.33
1  DURABLE VIEW BINDE
   077711170414                    8.33
1  DURABLE VIEW BINDE
   077711170414                    8.33
1  DURABLE VIEW BINDE
   077711170414                    8.33
1  DURABLE VIEW BINDE
   077711170414                    8.33
1  DURABLE VIEW BINDE
   077711170414                    8.33
1  DURABLE VIEW BINDE
   077711170414                    8.33
   Discount Amount <-11.04>
*****************************************
SUBTOTAL                         184.85
   Standard Tax 6.00%             11.09
TOTAL                           $195.94

Visa                             195.94
Card No.: XXXXXXXXXXXXX9164 <S>
Auth No.: 679262
```

## TOTAL ITEMS    26

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !

**STAPLES**

**that was easy.**

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
506 West Mount Pleasant Avenue
Livingston, NJ 07039
(973) 740-9733

```
SALE                595449 6 006 50378
                    0075 06/12/04 04:30


*****************************************
*****************************************

  $10,000 SHOPPING SPREE AT STAPLES!
         ENTER TO WIN!

*****************************************
*****************************************

    We care about what you think!
  Take a short survey and be entered
 into a monthly drawing. Just log on to
         www.staples-survey.com
       or call 1-800-890-7305

  Your survey code: 0102 6411 2954 2576

        See store for rules.
   Survey code expires 07/12/2004.

*****************************************
*****************************************
QTY SKU                        OUR PRICE


     *****Buy More / Save More*****
1  DURABLE VIEW BINDE
   077711170315                    7.00
1  DURABLE VIEW BINDE
   077711170315                    7.00
1  DURABLE VIEW BINDE
   077711170315                    7.00
1  DURABLE VIEW BINDE
   077711170315                    7.00
1  DURABLE VIEW BINDE
   077711170315                    7.00
1  DURABLE VIEW BINDE
   077711170315                    7.00
1  DURABLE VIEW BINDE
   077711170315                    7.00
1  DURABLE VIEW BINDE
   077711170315                    7.00
   Discount Amount <-6.00>
```