IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Kevin J. Mangan, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Jeffrey L. Roelofs, Esquire, to represent The City of Cambridge in this action. The Admittee is admitted, practicing, and in good standing in the Commonwealth of Massachusetts.

Kevin J. Mangan, (#3810)
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

The Admittee certifies that he or she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Jeffrey L. Roelofs, Esquire
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

Motion granted.

Date: August 17, 2004

BY THE COURT:

Judith K. Fitzgerald
United States Bankruptcy Judge

Document #: 36193

Dkt. No. 6175

Dt. Filed 8.16.04