UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>    W.R. GRACE & CO., et al., )<br>    )<br>    Debtors. )<br>    ) | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL AND REQUEST
## TO BE REMOVED FROM SERVICE LISTS

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP and Morris, James, Hitchens & Williams LLP hereby withdraw their appearances in the above-referenced case on behalf of CMGI, Inc., and request that they be removed from any applicable service lists herein.

Paul P. Daley, Esquire
George W. Shuster, Jr, Esquire.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Brett D. Fallon, Esquire
Morris, James, Hitchens & Williams LLP
Post Office Box 2306 (19899)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Dated: August 18, 2004

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Brett D. Fallon, Esquire (#2480)
222 Delaware Avenue, 10th Floor
Post Office Box 2306 (19899)
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
Attorneys for CMGI, Inc.