# FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel: 302.575.1555   Fax: 302.575.1714

WR Grace PD Committee

July 1, 2004 – July 31, 2004

Invoice No.   12986

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B11 | Bankruptcy Litigation - | 0.20 | 43.00 |
| B14 | Case Administration - | 6.80 | 1,493.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.40 | 526.00 |
| B18 | Fee Applications, Others - | 11.40 | 1,188.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 3.70 | 832.50 |
| B25 | Fee Applications, Applicant - | 1.60 | 211.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.10 | 22.50 |
| B32 | Litigation and Litigation Consulting - | 16.00 | 3,474.00 |
| B35 | Travel/Non-working - | 3.00 | 337.50 |
| B37 | Hearings - | 2.60 | 585.00 |
| B40 | Employment Applications, Others - | 0.10 | 22.50 |
| | **Total** | 47.90 | $8,736.00 |
| | **Grand Total** | 47.90 | $8,736.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 150.00 | 2.40 | 360.00 |
| Rick S. Miller | 215.00 | 3.90 | 838.50 |
| Steven G. Weiler | 90.00 | 0.20 | 18.00 |
| Theodore J. Tacconelli | 112.50 | 3.00 | 337.50 |
| Theodore J. Tacconelli | 225.00 | 27.60 | 6,210.00 |
| Legal Assistant - AD | 90.00 | 10.80 | 972.00 |
| **Total** | | 47.90 | $8,736.00 |

## DISBURSEMENT SUMMARY

Expense -                                                                1,256.09

**Total Disbursements**                                         $1,256.09

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-19-04 | *Claims Analysis Obj. & Res. (Asbestos)* review email from J Sakalo re: coverage of Owens Corning hearing re: Estimation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* attend bankruptcy court re: Estimation proceeding in Owens Corning bankruptcy case | 2.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* teleconference with J Sakalo re: results of Owens Corning re: Estimation hearing | 0.10 | TJT |
| Jul-20-04 | *Claims Analysis Obj. & Res. (Asbestos)* prepare memorandum to J Sakalo re: results of Owens Corning hearing re: estimation procedures | 1.00 | TJT |
| Jul-01-04 | *Claims Analysis Obj. & Res. (Non-Asb)* -review pleading re: IRS' obj to debtors' motion to establish ADR program | 0.10 | TJT |
| | *Case Administration* - review pleading re: motion for admission pro hac vice for primary counsel for futures rep. | 0.10 | TJT |
| Jul-03-04 | *Case Administration* - review pleading re: supplemental affidavit of L Ishol re: Deloitte and Touche retention | 0.10 | TJT |
| Jul-05-04 | *Case Administration* - review pleading re: certification of counsel re: third omnibus objection to claims as to certain objections | 0.10 | TJT |
| | *Case Administration* - review pleading re: certification of counsel re: th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - review pleading re: certification of counsel re: 4th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - review pleading re: Kramer Levine April, 2004 fee app | 0.10 | TJT |
| Jul-06-04 | *Case Administration* - review pleading re: statement by Continental Casualty Co. regarding Scotts' motion to expand PI | 0.10 | TJT |
| | *Case Administration* - review pleading re: Liener law firm's response to Scotts' motion to expand PI | 0.10 | TJT |
| | *Case Administration* - review pleading re: Old Castle APG's obj to debtors' motion to establish ADR program | 0.10 | TJT |
| Jul-10-04 | *Case Administration* - review debtors' monthly operating report May, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Protiviti May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Nelson Mullins May, 2004 fee app | 0.10 | TJT |
| Jul-13-04 | *Case Administration* - review pleading re: notice of substitution of counsel for London Market Insurers | 0.00 | TJT |
| | *Case Administration* - review pleading re: W Smith & Assoc. June, 2004 fee app | 0.10 | TJT |
| Jul-14-04 | *Case Administration* - review pleading re: notice of withdraw of certification of counsel re: order regarding 5th omnibus obj to claims | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to expand scope of retention of Nelson Mullins | 0.10 | TJT |
| Jul-15-04 | *Case Administration* - confer with TJT re: scheduling issues | 0.20 | RSM |
| | *Case Administration* - update 2002 service list and lables re: substitution of counsel - Zuckerman | 0.10 | AD |
| Jul-17-04 | *Case Administration* - review pleading re: debtors' motion to extend time to remove actions | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - review pleading re: debtors' summary of amounts to be paid to ordinary course professionals for April-June, 2004 | 0.10 | TJT |
| Jul-19-04 | *Case Administration* - review order from 3rd circuit | 0.10 | RSM |
| Jul-24-04 | *Case Administration* - review pleading re: Libby Claimants' motion to take perpetuation deposition of Rodney Erickson | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to make contributions to defined benefit plans | 0.20 | TJT |
| | *Case Administration* - review pleading re: Libby Claimants motion to take perpetuation deposition of Dayton Hill | 0.10 | TJT |
| | *Case Administration* - review pleading re: Libby Claimants motion to take perpetuation deposition of Lois Shea | 0.10 | TJT |
| | *Case Administration* - review pleading re: Libby Claimants motion to take perpetuation deposition of Shirley Taylor | 0.10 | TJT |
| Jul-25-04 | *Case Administration* - review pleading re: PWC May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Duane Morris Jan., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Duane Morris Feb., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Duane Morris March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Pitney Hardin April, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Goodwin Proctor Jan., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: PSZYJ&W April, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Goodwin Proctor's Feb., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Carella Burne's May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Stroock April, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Holme Roberts Jan.-Mar., 2004 quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Deloitte & Touche Jan., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Deloitte & Touche Feb., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Deloitte & Touche March, 2004 fee app | 0.10 | TJT |
| Jul-26-04 | *Case Administration* - review pleading re: amended notice of entry of appearance for Libby claimants | 0.10 | TJT |
| | *Case Administration* - review pleading re: Lukins Annis Jan., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Lukins Annis Feb., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Lukins Annis March, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Lukins Annis Jan.-Mar., 2004 quarterly fee app | 0.10 | TJT |
| Jul-27-04 | *Case Administration* - confer with TJT re: filing of appeal brief | 0.20 | RSM |
| | *Case Administration* - review and revise brief and appendix | 1.50 | RSM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Jul-28-04 | *Case Administration* - review pleading re: response of Weatherford International Inc. to 5th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - review pleading re: notice of change of address of Adelman Levine and forward to paralegal | 0.10 | TJT |
| Jul-29-04 | *Case Administration* - E-mail correspondence with Ms. Danzesi re: appeal brief | 0.10 | RSM |
| Jul-30-04 | *Case Administration* - confer with T. Tacconelli re: Owens Corning hearing | 0.20 | RSM |
| Jul-29-04 | *Bankruptcy Litigation* - memo to TJT re: result of Committee teleconference | 0.20 | RSM |
| Jul-01-04 | *Committee, Creditors', Noteholders' or* -attend Committee teleconference | 0.40 | RSM |
| | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Jul-08-04 | *Committee, Creditors', Noteholders' or* -review corresp re: email from A Danziesen re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Jul-15-04 | *Committee, Creditors', Noteholders' or* -attend Committee teleconference | 0.30 | RSM |
| | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.30 | TJT |
| Jul-22-04 | *Committee, Creditors', Noteholders' or* -review email with R Ramphal re: teleconference with committee | 0.10 | TJT |
| Jul-29-04 | Committee, Creditors', Noteholders' -attend Committee teleconference | 0.70 | RSM |
| | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Jul-30-04 | *Committee, Creditors', Noteholders' or* -review memorandum by R. Miller re: summary of action taken during 7/29/04 teleconference with committee | 0.10 | TJT |
| Jul-07-04 | *Fee Applications, Others* - Finalize 12th montly CDG Fee Application for filing | 0.60 | LLC |
| Jul-12-04 | *Fee Applications, Others* - review CDG's 12th monthly fee app and prepare for filing | 0.20 | AD |
| | *Fee Applications, Others* - e-file and serve CDG's 12th monthly fee app | 0.40 | AD |
| Jul-14-04 | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg May, 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review docket re: Bilzin's Certificate of No Objection re: May, 2004 fee request | 0.10 | AD |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: Bilzin's May, 2004 fee app and prepare for filing | 0.30 | AD |
| | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: Bilzin's May, 2004 fee request | 0.30 | AD |
| Jul-19-04 | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: HRA's Jan., 2004 fee request | 0.30 | AD |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: HRA's Feb., 2004 fee request | 0.20 | AD |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: HRA's Mar., 2004 fee request | 0.20 | AD |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: HRA's April, 2004 fee request | 0.20 | AD |
| Jul-20-04 | *Fee Applications, Others* - review Certificate of No Objection re: HRA's Jan., 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA's Feb., 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA's March, 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA's April, 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review docket (.1) and prepare documents for filing (.2) re: HRA's Jan., Feb., March, and April, 2004 fee apps | 0.30 | AD |
| | *Fee Applications, Others* - e-file and serve Certificates of No Objection re: HRA's Jan., Feb., March, and April, 2004 fee apps (x4) | 1.20 | AD |
| Jul-22-04 | *Fee Applications, Others* - review email from L Flores re: HRA's 7th quarterly fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review email from L Flores re: HRA's 7th quarterly (.1) and prepare email to L Flores re: same (.2) | 0.30 | AD |
| | *Fee Applications, Others* - review HRA's 7th quarterly forwarded by L Flores and edit fee app | 0.50 | AD |
| | *Fee Applications, Others* - draft Certificate of No Objection re: HRA's 7th quarterly fee app | 0.10 | AD |
| Jul-23-04 | *Fee Applications, Others* - review HRA's Jan.-Mar., 2004 quarterly fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review email from L Flores re: fee apps | 0.10 | AD |
| | *Fee Applications, Others* - review HRA's 7th quarterly fee app re: omitted Feb., 2002 fees (.2), confer with T. Tacconelli re: same (.1), and teleconference with R Mangus re: same (.1) | 0.40 | AD |
| | *Fee Applications, Others* - confer with L Coggins re: HRA's omitted Feb., 2002 fees (.2), confer with T. Tacconelli re: same (.1) | 0.30 | AD |
| Jul-28-04 | *Fee Applications, Others* - review HRA quarterly fee app Jan.-Mar., 2004 prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - prepare email to R Mangus re: HRA's omitted Feb., 2002 fees | 0.20 | AD |
| | *Fee Applications, Others* - teleconference with L Flores re: HRA's omitted Feb., 2002 fees | 0.20 | AD |
| | *Fee Applications, Others* - prepare email to R Mangus re: need copy of invoice in format other than PDF (.1) review email from L Flores with requested invoice attached (.1), review email to R Mangus re: invoice and prepare email to R Mangus re: same (.1) | 0.30 | AD |
| | *Fee Applications, Others* - edit documents re: exhibits c-1 through c-4 (.1) and prepare documents for filing re: HRA's 7th quarterly fee app (.1) | 0.20 | AD |
| | *Fee Applications, Others* - e-file and serve HRA's 7th quarterly fee app | 0.40 | AD |
| Jul-30-04 | *Fee Applications, Others* - Review 22nd and 23rd Interim HRA Fee Applications | 0.20 | LLC |
| | *Fee Applications, Others* - Review 36th Interim Bilzin Fee Application | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - review email from L Flores with HRA's May and June, 2004 fee apps attached | 0.10 | AD |
| | *Fee Applications, Others* - review HRA's May, 2004 fee app and edit for filing (.2), draft Certificate of Service (.1), and prepare documents for filing (.1) | 0.40 | AD |
| | *Fee Applications, Others* - review HRA's June, 2004 fee app and edit for filing (.2), draft Certificate of Service (.1), and prepare documents for filing (.1) | 0.40 | AD |
| | *Fee Applications, Others* - review email from L Flores attaching Bilzin's June, 2004 fee app | 0.10 | AD |
| | *Fee Applications, Others* - review Bilzin's June, 2004 fee app and edit for filing (.2), draft Certificate of Service (.1), and prepare documents for filing (.1) | 0.40 | AD |
| | *Fee Applications, Others* - e-file and serve HRA's May, 2004 fee app (filing problems with CMECF system) | 0.50 | AD |
| | *Fee Applications, Others* - e-file and serve HRA's June, 2004 fee app (filing problems with CMECF system) | 0.50 | AD |
| | *Fee Applications, Others* - e-file and serve Bilzin's June, 2004 fee app (filing problems with CMECF system) | 0.60 | AD |
| Jul-29-04 | *Travel/Non-working* - travel to Philadelphia for oral argument on disgorgment motion re: conflicted advisors | 1.50 | TJT |
| | *Travel/Non-working* - travel from Philadelphia re: oral argument on disgorgment motion re: conflicted advisors | 1.50 | TJT |
| Jul-24-04 | *Employment Applications, Others* - review exhibits to reply to PD Committee's objection to Swindler Berlin retention app | 0.10 | TJT |
| Jul-01-04 | *Litigation and Litigation Consulting* - review email from A Danzeisen re: motion of Scott Co. to expand preliminary injunction | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: Allen plaintiff's opposition to Scotts' motion to expand PI with affidavit | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: debtors' response to Scotts' motion to expand PI with attachments | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: obj by PI committee to Scotts' Co. motion to expand PI | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: obj by PI committee to Scotts' Co.'s motion to expand PI | 0.10 | TJT |
| Jul-02-04 | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: Altech Acquisition motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from M Dies re: Altech Acquisition motion | 0.10 | TJT |
| Jul-05-04 | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: Swindler Berlin retention app | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: limited obj to Swindler Berlin retention app | 0.10 | TJT |
| Jul-06-04 | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: obj to Swindler Berlin retention app | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from J | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Sakalo re: limited obj to Swindler Berlin retention app | | |
| | *Litigation and Litigation Consulting* - review and revise limited obj to Swindler Berlin retention app and prepare for e-filing | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - e-file limited obj to Swindler Berlin retention app | 0.30 | TJT |
| Jul-08-04 | *Litigation and Litigation Consulting* - teleconferences with A Danzeisen (x3) re: limited obj to CIBC World Markets retention application | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: limited obj to CIBC World Markets retention application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare Certificate of Service and prepare for e-filing re: limited obj to CIBC World Markets retention application | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review and revise limited obj to CIBC World Markets retention application and prepare for e-filing | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - e-file limited obj to CIBC World Markets retention application | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: limited obj to CIBC World Markets retention application has been filed and served | 0.10 | TJT |
| Jul-09-04 | *Litigation and Litigation Consulting* - review email from A Danzeisen re: status of proceedings in Owens Corning case re: conflicts/disgorgment of fees | 0.10 | TJT |
| Jul-12-04 | *Litigation and Litigation Consulting* - Review memo from T. Tacconelli re: PG&S retention objection | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to A. Danzeisen re: objection to PG&S retention | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review e-mail from A. Danzeisen re: objection | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Finalize objection to PG&S retention and Certificate of Service | 0.30 | LLC |
| | *Litigation and Litigation Consulting* - E-file and serve objection to PG&S retention | 0.40 | LLC |
| | *Litigation and Litigation Consulting* - Call from A. Danzeisen re: objection to PG&S retention | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - prepare memorandum to L Coggins re: limited obj to retention app of Phillips, Goldman & Spence | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with L Coggins re: limited obj to Phillips, Goldman & Spence retention app | 0.10 | TJT |
| Jul-13-04 | *Litigation and Litigation Consulting* - review pleading re: transmittal of record on appeal re: appeal of futures rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review notice from District Court re: docketing appeal re: 04-846 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: notice of docketing of appeal | 0.20 | TJT |
| Jul-14-04 | *Litigation and Litigation Consulting* - review obj of US Trustee to PG&S retention app | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Jul-17-04 | *Litigation and Litigation Consulting* - review pleading re: futures representative motion for leave to file reply to limited objs to futures representative's applications to retain professionals | 0.20 | TJT |
| Jul-18-04 | *Litigation and Litigation Consulting* - review pleading re: notice of appearance and request for service for Keri Evans, et al. and forward to paralegal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review notice in district court assigning judge to futures rep. appointment appeal re: 04-846 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: assignment of district court judge to futures rep appeal re: 04-846 | 0.10 | TJT |
| Jul-19-04 | *Litigation and Litigation Consulting* - review order from third circuit determining that Petition for Rehearing En Banc is now moot | 0.10 | TJT |
| Jul-20-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: appeal of futures rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: appeal of futures rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: appeal of futures rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: timing for opening brief in district court re: appeal of futures rep. order | 0.20 | TJT |
| Jul-21-04 | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: opening brief re: appeal of futures rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from A Danzeisen re: opening brief re: appeal of futures rep. order | 0.10 | TJT |
| Jul-23-04 | *Litigation and Litigation Consulting* - review order scheduling oral argument on motion to terminate advisors and seeking disgorgement of fees in Owens Corning case | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: order scheduling oral argument on motion to terminate advisors and seeking disgorgement of fees in Owens Corning | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade emails with J Sakalo re: opening brief re: appeal of futures rep. order (x3) | 0.30 | TJT |
| Jul-26-04 | *Litigation and Litigation Consulting* - review email from A Danzeisen re: opening brief re: futures rep. appeal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: local district court rule regarding briefs | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade emails with A Danzeisen (x2) re: opening brief and local briefing rules | 0.20 | TJT |
| Jul-27-04 | *Litigation and Litigation Consulting* - Coordinate service of brief and appendix | 0.40 | LLC |
| | *Litigation and Litigation Consulting* - confer with R. Miller re: opening brief re: futures rep. appeal | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: appendix and opening brief re: appeal of futures rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review opening brief and appendix re: appeal of futures rep. order | 0.50 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - review email from J Sakalo re: opening brief re: appeal of futures rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: opening brief re: appeal of futures rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - retrieve voice mail message from A Danzeisen re: opening brief re: appeal of futures rep. order | 0.10 | TJT |
| Jul-28-04 | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: opening brief filed by Certain Insurers re: futures rep. appeal | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: opening brief filed by Certain Insurers re: appeal of futures rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: opening brief of Certain Insurers re: futures rep. appeal 04-844/845 | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - prepare letter to A Danzeisen enclosing opening brief and appendix | 0.10 | AD |
| Jul-29-04 | *Litigation and Litigation Consulting* - attend oral argument on disgorgment motion re: conflicted advisors | 2.50 | TJT |
| | *Litigation and Litigation Consulting* - review email from A Danzeisen re: opening brief of Certain Insurers re: futures rep. appeal | 0.10 | TJT |
| Jul-30-04 | *Litigation and Litigation Consulting* - prepare memorandum to committee re: positions taken during 7/29/04 oral argument in Owens Corning case on disgorgement disqualification motion | 2.70 | TJT |
| | *Litigation and Litigation Consulting* - review email from S Baena re: memorandum on position taken by parties during 7/29/04 oral argument in Owens Corning re: disgorgement/disqualification of advisors | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to S Baena re: memorandum to committee re: positions taken during 7/29/04 oral argument hearing in Owens Corning case re: disgorgement/disqualification of advisors | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from co-chair of committee re: positions taken by parties during 7/29/04 oral argument in Owens Corning case re: disgorgement/disqualification of advisors | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to committee co-chair re: positions taken by parties during oral argument in Owens Corning case re: disgorgement/termination of advisors | 0.10 | TJT |
| Jul-02-04 | *Hearings* - review agenda for 7/6/04 hearing | 0.10 | TJT |
| | *Hearings* - prepare email to T Cobb re: attendance during 7/6/04 hearing | 0.10 | TJT |
| Jul-06-04 | *Hearings* - attend bankruptcy court re: telephonic hearing on Scotts' motion to expand preliminary injunction | 0.70 | TJT |
| Jul-13-04 | *Hearings* - review agenda for 7/19/04 hearing | 0.10 | TJT |
| Jul-14-04 | *Hearings* - review amended agenda for 7/19/04 hearing | 0.10 | TJT |
| Jul-15-04 | *Hearings* - review corresp re: email from J Sakalo re: 7/19/04 hearing coverage | 0.10 | TJT |
| | *Hearings* - prepare email to J Sakalo re: 7/19/04 hearing coverage | 0.10 | TJT |
| | *Hearings* - prepare email to D Carickhoff re: 7/19/04 hearing | 0.10 | TJT |
| Jul-16-04 | *Hearings* - review corresp re: email from J Sakalo re: 7/19/04 hearing coverage | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Hearings* - prepare email to J Sakalo re: 7/19/04 hearing coverage | 0.10 | TJT |
| Jul-19-04 | *Hearings* - attend bankruptcy court | 1.00 | TJT |
| Jul-01-04 | *Fee Applications, Applicant* - Obtain March 2004 Invoice re: Ferry, Joseph & Pearce's 35th Fee Application for business office | 0.20 | SGW |
| Jul-15-04 | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's May, 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re: Ferry, Joseph & Pearce's May, 2004 fee app | 0.30 | AD |
| | *Fee Applications, Applicant* - review docket re: Ferry, Joseph & Pearce's Certificate of No Objection re: May, 2004 fee app | 0.10 | AD |
| | *Fee Applications, Applicant* - e-file and serve Ferry, Joseph & Pearce's Certificate of No Objection re: May, 2004 fee app | 0.30 | AD |
| Jul-21-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's June, 2004 time details | 0.40 | TJT |
| Jul-23-04 | *Fee Applications, Applicant* - obtain invoice information for check number 00419629 | 0.20 | AD |
| | *Totals* | *47.90* | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jul-01-04 | *Expense* - Parcels, Inc. - service | 50.00 |
|  | *Expense* - Parcels, Inc. - service | 51.20 |
| Jul-12-04 | *Expense* - copying cost | 3.60 |
|  | *Expense* - postage | 2.12 |
| Jul-14-04 | *Expense* - copying cost | 6.30 |
|  | *Expense* - postage | 2.22 |
| Jul-15-04 | *Expense* - copying cost | 4.20 |
|  | *Expense* - postage | 2.96 |
| Jul-20-04 | *Expense* - copying cost | 6.64 |
|  | *Expense* - postage | 25.20 |
| Jul-23-04 | *Expense* - PACER Service Center - Period of 4/1/04-6/30/04 | 27.23 |
| Jul-27-04 | *Expense* - Tristate Courier & Carriage - delivery charge | 93.00 |
|  | *Expense* - PACER Service Center - Period of 4/1/04-6/30/04 | 18.34 |
|  | *Expense* - Postage | 34.80 |
| Jul-28-04 | *Expense* - copying cost | 65.10 |
|  | *Expense* - postage | 12.16 |
| Jul-30-04 | *Expense* - copying cost | 21.60 |
|  | *Expense* - postage | 4.42 |
|  | *Expense* - Laws Transcription Service | 825.00 |
| | *Totals* | *$1,256.09* |

**Total Fees & Disbursements**         $9,992.09

**Balance Due Now**
                                                $9,992.09