# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al*. | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF SERVICE

I, Lorraine D'Alessio, of full age, verify that on August 18, 2004 I caused to be served via first class mail a copy of the Objection of Keri Evans, on Behalf of Herself and a Class of All Others Similarly Situated, to the Debtor's Motion Pursuant to Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolution Program to Liquidate certain Pre-Petition Claims, on all parties listed in the service list attached hereto.

I certify under penalty of perjury that the forgoing statements are true.

Dated: August 18, 2004                              By: /s/ Lorraine D'Alessio
                                                         Lorraine D'Alessio

17175/2
08/18/04 1594720.01

## SERVICE LIST

| | |
|---|---|
| **David W. Carickhoff, Jr., Esq.**<br>**Laura Davis Jones, Esq.**<br>**Paula Ann Galbraith, Esq.**<br>**Scotta Edelen McFarland, Esq.**<br>Pachulski Ziehl Stang Ziehl Young Jones<br>919 N. Market Street, 16th Floor<br>Wilmington, DE 19899<br>Ph: 302-652-4100    Fax : 302-652-4400<br>Email: dcarickhoff@pszyj.com<br>Email: ljones@pszyjw.com<br>Email: pgalbraith@pszyj.com<br>Email: smcfarland@pszyj.com<br>*Attorneys for the Debtors* | **Frank J. Perch III**<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801<br>Ph: 302-573-6491<br>*U.S. Trustee* |
| **Rosalie L. Spelman, Esq.**<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Ph: 302-984-6134    Fax : 302-984-6134<br>Email: rspelman@potteranderson.com<br>*Attorneys for the Debtors* | **William E. Chipman Jr., Esq.**<br>Greenberg Traurig, LLP<br>1000 West Street<br>Suite 1540<br>Wilmington, DE 19801<br>Ph: 302-661-7000    Fax : 302-661-7360<br>Email: bankruptcydel@gtlaw.com<br>*Attorneys for the Debtors* |
| **Christopher Martin Winter, Esq.**<br>**Michael R. Lastowski, Esq.**<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246<br>Ph: 302-657-4900    Fax : 302-657-4901<br>Email: cmwinter@duanemorris.com<br>Email: mlastowski@duanemorris.com<br>*Official Committee of Unsecured Creditors* | **Richard Allen Keuler, Jr.**<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>Ph: 302-778-7500   Fax : 302-778-7575<br>Email: rkeuler@reedsmith.com<br>*Special Asbestos Products Liability Defense Counsel* |
| **Kathleen Judith Campbell, Esq.**<br>Campbell & Levine LLC<br>800 N. King Street<br>Suite 300<br>Wilmington, DE 19801<br>Ph: 302-426-1900  Fax: 302-426-9947<br>E-mail: kcampbell@del.camlev.com<br>*Official Committee of Asbestos Personal Injury Claimants* | **Marc Abrams, Esq.**<br>Willkie Farr & Gallagher<br>787 Seventh Avenue<br>New York, NY 10019<br>Ph: 212-728-8000<br>*Unofficial Committee* |

| | |
|---|---|
| **Christopher S. Sontchi, Esq.**<br>Ashby & Geddes<br>222 Delaware Avenue , 17th Floor<br>Wilmington, DE 19899<br>Ph: 302 654-1888   Fax: 302-654-2067<br>Email: csontchi@ashby-geddes.com<br>*Official Committee of Asbestos Personal Injury Claimants* | **Jennifer Lee Scoliard**<br>Klehr Harrrison Harvey Branzburg & Eller<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>Ph: 302-552-5510   Fax:  302-426-9193<br>Email: jscoliard@klehr.com<br>*Unofficial Committee* |
| **Kevin Gross, Esq.**<br>Rosenthal, Monhait, Gross & Goddess, P.A<br>1401 Mellon Bank Center<br>Wilmington, DE 19801<br>Ph: 302-656-4433   Fax: 302-658-7567<br>Email: kgross@rmgglaw.com<br>*Official Committee of Equity Security Holders* | **Jeffrey R. Waxman, Esq.**<br>Cozen O'Connor<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>Ph: 302-295-2000   Fax: 302-295 2013<br>Email:jwaxman@cozen.com<br>*Official Committee of Equity Holders* |
| **Rhonda L. Thomas, Esq.**<br>Klett Rooney Lieber & Schorling<br>Two Logan Square<br>12th Floor<br>Philadelphia, PA 19103-2756<br>Ph: 215-567-7500  Fax: 215-567-2737<br>Email: rlthomas@klettrooney.com<br>*Official Committee of Equity Holders* | **Theodore J. Tacconelli**, **Esq.**<br>Ferry & Joseph P. A.<br>824 Market Street<br>Suite 904<br>Wilmington, DE 19899<br>Ph: 302 575-1555   Fax: 302-575-1714<br>Email: ttacconelli@ferryjoseph.com<br>*Official Committee of Asbestos Property Damage Claimants* |
| **J. Kate Stickles, Esq.**<br>Saul, Ewing LLP<br>222 Delaware Ave<br>P.O. BOX 1266<br>Wilmington, DE 19899-1266<br>Ph: 302-421-6873  Fax: 302-421-5879<br>Email: kstickles@saul.com<br>*Official Committee of Asbestos Personal Injury Claimants* | |