# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>Objection Deadline: September 8, 2004<br>Hearing Date: TBD if necessary |

## SUMMARY OF APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JUNE 1, 2004 THROUGH JUNE 30, 2004

Name of Applicant: Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to: Zonolite Attic Insulation Claimants

Date of retention: August 22, 2002

Period for which compensation
and reimbursement is sought: June 1, 2004 through
June 30, 2004

Amount of compensation sought
as actual reasonable and necessary: $ 2,359.00

Amount of expense reimbursement
sought as actual reasonable and
necessary: $ 1,160.75

This is a:   X  Monthly  _____ Interim   _____ Final Application

Prior Application Filed: Yes.

Case 01-01139-AMC   Doc 6211   Filed 08/19/04   Page 2 of 13

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Pending | Pending |
| 5/17/04 | 1/1/04 through 1/31/04 | $ 1,127.00 | $1,502.14 | Pending | Pending |
| 5/17/04 | 2/1/04 through 2/29/04 | $ 1,937.00 | $ 2,426.80 | Pending | Pending |
| 5/20/04 | 3/1/2004 through 3/31/2004 | $ 1,281.50 | $139.20 | Pending | Pending |
| 8/20/2004 | 4/1/2004 through 4/30/04 | $821.00 | $0.00 | Pending | Pending |
| 8/20/2004 | 5/1/2004 through 5/31/04 | $1,510.50 | $906.09 | Pending | Pending |

As indicated above, this is the eighteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 14 | Bankruptcy | $220.00 | 3.8 | $836.00 |
| Charles J. Brown, III | Sr. Assoc. | 11 | Bankruptcy | $190.00 | 1.7 | $323.00 |
| TOTALS | | | | | 5.5 | $1,159.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Thomas Bielli | Paralegal | 2 | Bankruptcy | $75.00 | 1.7 | $127.50 |
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 14.3 | $1,072.50 |
| TOTALS | | | | | 16.0 | $1,200.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 10.0 Hours | $902.00 |
| 22-ZAI Science Trial | 11.5 Hours | $1,457.00 |
| TOTALS | 21.5 Hours | $2,359.00 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $1,160.75 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $1,160.75 |

Dated: Wilmington, Delaware
August 19, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants


**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: September 8, 2004**<br>**Hearing Date: TBD if necessary** |

### FEE DETAIL OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JUNE 1, 2004 THROUGH JUNE 30, 2004

P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181


ZAI Plaintiffs                                                Page: 1
Richardson Patrick Westbrook                             06/30/2004
174 East Bay Street                      Client No: 220305-11221M
Charleston SC 29401                      Statement No:    203394

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


                              Fees

                                                          Hours
6/01/04
    TB  Review dockets; opinions; pleadings re
        status of recusal                                  1.60
    WDS Review status of Judge Wolin's recusal
        and petition for re-hearing.                       0.30
    WDS Review Orders entered by District Court
        and 3rd Circuit re: Judge assignments.             0.20

6/02/04
    TB  Telephone conference with clerks office
        re status of petition for rehearing                0.10
    WDS Review memo re: Judge designations and
        appeal process.                                    0.20
    MY  Complete 7th quarterly draft                       1.20

6/03/04
    MY  Completely 7th Quarterly Fee Application
        (1.9); draft notice of service/filing and
        order (.5); gather docs (.2)                       2.60

6/07/04
    WDS Review and approve filing of 17th
        Quarterly Fee application for EART&M.              0.30
    MY  Format, finalize and serve Fee
        application; prepare, format, finalize
        and serve notice for filing                        1.80

6/08/04
    MY  Complete service of notice of filing;
        complete email service                             0.70

6/10/04
    MY  Review 11th Interim Report and category
        spreadsheet provided by WH Smith                   0.30

6/11/04
    WDS Review memorandum and Order regarding
        need to prepare Status Report on case;
        forward to co-counsel.                             0.30

6/16/04
    WDS Review Final Report re: fee application.           0.10
    WDS Review agenda for Hearing; e-mail to

ZAI Plaintiffs                                                          06/30/2004
                                                    Client No: 220305-11221M
                                             Statement No:         203394
W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |  |
|---|---|---|---|
|  | co-counsel re: same. | 0.30 |  |

06/17/04
    WDS Review Notice of cancellation of Hearing;
        e-mail co-counsel re: same.                                0.20
    MY  Prepare January, February, March Fee
        applications for filing/service                            2.30

6/18/04
    WDS Review Statement of Futures
        Representative.                                            0.20

6/21/04
    WDS E-mail from co-counsel re: status
        report.                                                    0.30
    WDS Review Order; review service obligations
        for Status Report.                                         0.30
    WDS Review Status Report and prepare for
        filing.                                                    0.50
    CJB Review and revise Status Report.                           1.70
    MY  Prepare status report for filing, file
        and serve                                                 3.90

6/22/04
    WDS Review Status Report filed by counsel for
        P.I. Committee.                                            0.40
    MY  Ensure proper filing and service of
        Status Report, review/obtain SRs                           1.50

6/23/04
    WDS Review certification of counsel regarding
        fee application and fee summary.                           0.20

    For Current Services Rendered                             21.50    2,359.00

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 3.80 | $220.00 | $836.00 |
| Belli, Tom | Paralegal Manag | 1.70 | 75.00 | 127.50 |
| Charles J. Brown | Senior Associat | 1.70 | 190.00 | 323.00 |
| Michael Young | Paralegal | 14.30 | 75.00 | 1,072.50 |

Advances

/08/04 Out sourcing of services. Reliable Copy Service,
    Inc. - Photocopying and Mailing (See attached
    copy of invoice).                                              952.95
/21/04 Out sourcing of services. Reliable Copy Service,
    Inc. - Photocopying and mailings with hand
    deliveries (See attached copy of invoice for
    details.)                                                    1,160.75

    Total Advances                                               2,113.70

    Total Current Work                                           4,472.70

ZAI Plaintiffs                                                                06/30/2004
                                                        Client No: 220305-11221M
                                                        Statement No:      203394
W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


        Balance Due                                              $4,472.70
                                                                 =========

Reliable Copy Service, Inc.- Delaware
Nemours Building
1007 Orange St, Suite 110
Wilmington, De. 19801

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 6/8/2004 | 13153 |

| BILL TO | SHIP TO |
|---|---|
| Elzufon & Austin P.A.<br>300 Delaware Ave.<br>17th Floor<br>Wilmington DE 19801<br>Attn: Mike Young | Elzufon & Austin P.A.<br>300 Delaware Ave.<br>17th Floor<br>Wilmington DE 19801 |

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|---|---|---|---|---|---|
|  | Net 30 | JC | Delivery | 220305-11221 | WR Grace |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Straight Copying | 4,935 | 0.10 | 493.50T |
| U.S. Postage | 205 | 1.29 | 264.45T |
| Hand Deliveries | 30 | 6.50 | 195.00T |
| Sales Tax (in-state Sales-exempt); |  | 0.00 | 0.00 |

Thank you for your business.

**Total**  $952.95

Please check all media. Reliable will not be responsible for source data after 30 days from job delivery.
For any questions, please call us at (302) 654-8080.

# INVOICE

Reliable Copy Service, Inc.- Delaware

Nemours Building  
1007 Orange St, Suite 110  
Wilmington, De. 19801

| DATE | INVOICE NO. |
|---|---|
| 6/21/2004 | 13287 |

**BILL TO**  
Elzufon & Austin P.A.  
300 Delaware Ave.  
17th Floor  
Wilmington DE 19801  
Attn: Mike Young

**SHIP TO**  
Elzufon & Austin P.A.  
300 Delaware Ave.  
17th Floor  
Wilmington DE 19801

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|---|---|---|---|---|---|
|  | Net 30 | JC | Delivery | 220305-11221 | WR Grace |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Straight Copying | 10,078 | 0.10 | 1,007.80T |
| U.S. Postage | 6 | 5.85 | 35.10T |
| U.S. Postage | 3 | 9.30 | 27.90T |
| U.S. Postage | 1 | 12.15 | 12.15T |
| U.S. Postage | 1 | 6.30 | 6.30T |
| Hand Deliveries | 11 | 6.50 | 71.50T |
| Sales Tax (in-state Sales-exempt): |  | 0.00 | 0.00 |

Thank you for your business.

**Total**  $1,160.75

Please check all media. Reliable will not be responsible  
for source data after 30 days from job delivery.  
For any questions, please call us at (302) 654-8080.

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on August 19, 2004, service of the foregoing

- **Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of June 1, 2004 through June 30, 2004**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
      August 19, 2004

                                                    */s/ William D. Sullivan*
                                                    William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202