## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE | : | |
| | : | |
| Debtors. | : | Case No. 01-01139 |
| | : | Jointly Administered |
| | : | |
| | : | |
| | : | |

### WITHDRAWAL OF CLAIM NO. 4241
### FILED ON BEHALF OF ROBERT COSTA,
### RONALD THORNBURG AND PHILLIPS & COHEN LLP

Robert Costa, Ronald Thornburg and Phillips & Cohen LLP hereby withdraw, with prejudice, any and all proofs of claim filed against any of the Debtors in the above-captioned administratively consolidated cases, including, without limitation, Claim No.4241 in the amount of $737,973.00.

Dated: August 18, 2004

Dilworth Paxson LLP

By:   /s/ Derrick A. Dyer
Martin J. Weis (DE No. 4333)
Derrick A. Dyer (WI No. 10238)
First Federal Plaza
Suite 500
Wilmington, DE 19801
(302) 571-9800

and

Phillips and Cohen LLP

Peter W. Chatfield
Phillips & Cohen, LLP
2000 Massachusetts Ave., NW
Washington, D.C.  20036