# **EXHIBIT A**
April Fee Application

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: July 5, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

### SUMMARY OF THE THIRTY-FIRST MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004

Name of Applicant:          Casner & Edwards, LLP

Authorized to Provide Professional Services to:          W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:          September 18, 2001, effective as of September 18, 2001

Period for which compensation and          April 1, 2004 through
reimbursement is sought:          April 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $15,745.00  (80% = $12,596.00)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $12,624.56

This is an:    X monthly    __ interim    __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | Pending | Pending |
| 6/7/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | Pending | Pending |

As indicated above, this is the thirty-first application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 3.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $660.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 37 | Litigation | $220.00 | 8.90 | $1,958.00 |
| Robert A. Murphy | Senior Counsel | 37 | Litigation | No Charge | 0.05 | $0.00 |
| Matthew T. Murphy | Associate | 16 | Litigation | $190.00 | 34.00 | $6,460.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 20 | Litigation | $85.00 | 85.20 | $7,242.00 |
| Marci E. VanDerHeide | Paralegal | 3 | Litigation | $85.00 | 1.00 | $85.00 |
| TOTALS | | | | | 129.15 | $15,745.00 |

**Total Fees:    $15,745.00**

**Expense Summary**
**(see Exhibit B to the Fee Detail)**

| Expense Category | Expenses | ZAI Trial Expenses |
|---|---|---|
| Excess Postage | $4.75 | $0.00 |
| Federal Express | $112.13 | $0.00 |
| Other Delivery Services | $162.34 | $0.00 |
| Outside Photocopying | $33.41 | $0.00 |
| Photocopying ($0.12/page) | $46.08 | $3.36 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $92.87 | $0.00 |
| Rent Reimbursement | $11,774.52 | $0.00 |
| Miscellaneous | $395.10 | $0.00 |
| SUBTOTALS | $12,621.20 | $ 3.36 |

**Total Expenses:**      **$12,624.56**

## Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 115.55 | $13,365.00 |
| Fee Applications, Applicant | 3.50 | $770.00 |
| ZAI Science Trial | 10.10 | $1,610.00 |
| Expenses | N/A | $12,621.20 |
| ZAI Science Trial Expenses | N/A | $3.36 |
| TOTALS | 129.15 | $28,369.56 |

Dated: June 7, 2004

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/322846

7

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: July 5, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## THIRTY-FIRST MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 7, 2004

Bill Number  68341
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through April 30, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/05/04 | MTM | Receipt and review of email from Reed Smith paralegal re: Lason billing question (.2); telephone call to Reed Smith paralegal re: same (.3); email to in-house counsel re: same (.3). | 0.80 Hrs | $152.00 |
| 04/05/04 | ARA | Quality control and update expert witness binders and lists. | 2.60 Hrs | $221.00 |
| 04/06/04 | RAM | Telephone conference with in-house counsel re: obtaining documents and information for consultant for creditors' committee (.2); conference with MTM re: same (.2). Read selected documents filed in bankruptcy court (.8). Read updated bankruptcy court docket entries to select documents to read (.1). | 1.30 Hrs | $286.00 |
| 04/06/04 | MTM | Telephone call from paralegal at Brent Coon & Associates re: request to review Winthrop Square repository (.1); telephone call to in-house counsel re: same (.1). Telephone call to in-house counsel re: Lason billing question issue (.1). Telephone call from RAM re: request from in-house counsel re: any information re: particular product and re: lack of sales to shipyards  (.2); review resource binder for marine engineer re: same (.1); telephone call to RAM re: same (.2); meeting with ARA re: locating product binder and Grace's marine engineering consultant (.4); review product binder and | 2.90 Hrs | $551.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | two binders re: Grace's marine engineer (1.7). | | |
| 04/06/04 | ARA | Search for product binders and shipyard binders per MTM's request (1.9); discussion with MTM and go over deposition binders I located (.4); review Grace deposition index for possible testimony re: lack of sales to shipyards (1.4). | 3.70 Hrs | $314.50 |
| 04/07/04 | MTM | Continue review of consultant's binder, documents, deposition library list and briefing books re: references to any shipyard sales or to particular product (1.5); email and fax to RAM re: same (.1); conference with DBM re: search for product invoices (.2); review product appendix re: same (.1); telephone call from RAM re: status of this search (.1); review product binder for sales information (.8); review and respond to email from CPD Cambridge librarian re: annual review (.1). | 2.90 Hrs | $551.00 |
| 04/07/04 | ARA | Quality control and update expert witness binders and lists (2.3). Review Grace deposition index and tag sheets for MTM's use (2.5). Per MTM's request, review transcripts re: lack of sales to shipyards (1.5). | 6.30 Hrs | $535.50 |
| 04/08/04 | ARA | Quality control and update expert witness binders and lists (6.5). Telephone call from MTM re: questions about target sheets used for EPA review (.2). | 6.70 Hrs | $569.50 |
| 04/08/04 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.40 Hrs | $34.00 |
| 04/09/04 | RAM | Review documents to select interviews and depositions to be reviewed for any information re: lack of sales to shipyards (.3); telephone conference with MTM re: same (.1). | 0.40 Hrs | $88.00 |
| 04/09/04 | MTM | Telephone call from RAM re: resource material to review re: possible sales to shipyards (.3); conference with ARA re: review of old briefing books for references to shipyard sales (.2). | 0.50 Hrs | $95.00 |
| 04/09/04 | ARA | Search for target sheets and produce them to MTM (.6). Per MTM's instructions, review briefing book for any information re: sales to shipyards (3.3). | 3.90 Hrs | $331.50 |
| 04/10/04 | RAM | Conferences with MTM re: status of obtaining information re: product and lack of sales to shipyards. | 0.10 Hrs | $22.00 |
| 04/12/04 | RAM | Complete review of list of deposition transcripts for possible testimony re: lack of sales to shipyards (.1); telephone call to MTM re: additional transcripts that should be reviewed (.1). | 0.20 Hrs | $44.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/12/04 | MTM | Telephone call and email from CPD Cambridge paralegal re: boxes in basement room in Cambridge (.3); respond to email re: same (.2); conference with ARA re: her review of briefing books for any shipyard references (.2); message from RAM re: additional employee transcript binders to review; conference with ARA re: same (.1); review briefing book materials tagged by ARA for shipyard references (.2). | 1.00 Hrs | $190.00 |
| 04/12/04 | ARA | Continue review of briefing book re: references to shipyards (6.4); discussion with MTM re: briefing book review (.2). Per MTM, review additional employee and expert binders re: shipyards (.6). | 7.20 Hrs | $612.00 |
| 04/13/04 | MTM | Telephone call to ARA re: status of deposition binder review for particular product or shipyard references. | 0.10 Hrs | $19.00 |
| 04/13/04 | ARA | Review employee and expert witness binders for any references to sales to shipyards. | 6.20 Hrs | $527.00 |
| 04/14/04 | MTM | Telephone call from in-house counsel with request to locate large format computer disk with employee exposure summary data for creditor's consultants (.2); review files re: locations of Libby storage boxes and unscannable materials boxes re: same (.4); telephone call to Holme Roberts attorney re: same (.1); review all unscannable boxes at Winthrop Square re: same (1.9); telephone call to in-house counsel re: same (.1); review employee deposition binder materials reviewed by ARA re: product and shipyard references (.3); telephone call to Holme Roberts attorney and email to in-house counsel re: total number of images received from Lason re: their proof of claim (.2) | 3.20 Hrs | $608.00 |
| 04/14/04 | ARA | Review employee and expert witness binders for any references to sales to shipyards (3.3). Per MTM's request, review attorney review post sweep documents and unscannable boxes re: project for creditor's consultants (1.7). Review employee's deposition transcripts for any references to a particular product (1.6). | 6.60 Hrs | $561.00 |
| 04/15/04 | ARA | Discussion with MTM re: review of employee's deposition transcripts for any reference to a particular product (.3). Document control (.5). | 0.80 Hrs | $68.00 |
| 04/16/04 | RAM | Conference with MTM re: status of obtaining information requested by in-house counsel re: one product and re: lack of sales to shipyards. | 0.20 Hrs | $44.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/16/04 | MTM | Conference with RAM re: product and shipyard project. | 0.20 Hrs | $38.00 |
| 04/17/04 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $110.00 |
| 04/20/04 | ARA | Quality control employee deposition binders reviewed for any reference to sales to shipyards. | 0.70 Hrs | $59.50 |
| 04/20/04 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 04/21/04 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.20 Hrs | $44.00 |
| 04/21/04 | MTM | Email to Holmes Robert attorney re: original floppy disks for Libby exposure study. | 0.30 Hrs | $57.00 |
| 04/21/04 | ARA | Quality control production set documents. | 5.20 Hrs | $442.00 |
| 04/22/04 | RAM | Work on Canadian ZAI sales issues; look for any list of Canadian expanding plants (.5). Read selected documents filed in bankruptcy court (.3). | 0.80 Hrs | $176.00 |
| 04/22/04 | MTM | Telephone call from Sharon Antar at Grace in Cambridge with request for locations of product guides from 1980-1985. | 0.20 Hrs | $38.00 |
| 04/22/04 | ARA | Quality control production set documents. | 1.90 Hrs | $161.50 |
| 04/22/04 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.30 Hrs | $25.50 |
| 04/23/04 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $22.00 |
| 04/23/04 | MTM | Receipt and review of new document subpoena from O.M. Scott (.2); telephone call from in-house counsel re: same and re: cost of potential Winthrop Square production to O.M. Scott (.2); telephone call to in-house counsel re: same (.1). | 0.50 Hrs | $95.00 |
| 04/23/04 | ARA | Quality control production set documents. | 6.50 Hrs | $552.50 |
| 04/26/04 | MTM | Telephone call from in-house counsel requesting information on Little Rock plant asbestos suppliers (.1); review files re: similar search for California plants some time ago (.6); review documents identified in December 2000 re: same (.9); telephone call to in-house counsel re: same (.2); letter to in-house counsel re: same (.2). | 2.00 Hrs | $380.00 |
| 04/26/04 | ARA | Quality control production set documents. | 5.80 Hrs | $493.00 |
| 04/27/04 | ARA | Quality control production set documents. | 4.80 Hrs | $408.00 |
| 04/28/04 | RAM | Telephone conference with in-house re: status of obtaining information re: particular product and re: lack of sales to shipyards (.1); conference with MTM re: same (.2). Read updated entries on bankruptcy court docket to select documents to read (.1). Read letter re: documents concerning purchase of asbestos; note to MTM re: same (.1). Read selected documents filed in bankruptcy court (.1). | 0.60 Hrs | $132.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/28/04 | MTM | Review file re: status of project to locate documents concerning particular product and lack of sales to shipyards (.4); conference with RAM re: same (.3); telephone call to ARA re: deposition review for same (.2); telephone call to in-house counsel re: status of this project (.2); prepare package for in-house counsel of materials previously gathered (.5); meeting with ARA re: deposition review and copies of materials already reviewed (.1); letter to in-house counsel enclosing documents found to date; (.3); review depositions of various former Grace employees re: same (2.4). | 4.40 Hrs | $836.00 |
| 04/28/04 | ARA | Quality control production set documents (.9). Per MTM, review deposition binders for references to a particular product and for any information re: sales to shipyards (5.2). | 6.10 Hrs | $518.50 |
| 04/28/04 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court for RAM (.1). | 0.20 Hrs | $17.00 |
| 04/29/04 | RAM | Telephone call to in-house counsel; leave message re: whether to renew Winthrop Square lease. | 0.05 Hrs | No charge |
| 04/29/04 | MTM | Email to Holme Roberts attorney re: cease search for original computer disks containing employee exposure summary data (.1); telephone call to ARA re: deposition review for particular product and re: lack of shipyard sales and return of computer disks re: employee exposure summary to boxes at Winthrop Square (.3); continue review of depositions of former Grace employees re: product and shipyard sales (5.1) | 5.50 Hrs | $1,045.00 |
| 04/29/04 | ARA | Review deposition binders for references to a particular product and for any information re: sales to shipyards. | 7.00 Hrs | $595.00 |
| 04/30/04 | RAM | Telephone conference with in-house counsel re: renewal of W. Square lease; advise PM. | 0.10 Hrs | $22.00 |
| 04/30/04 | MTM | Continue review of depositions for particular product and lack of shipyard references (2.8); telephone call to ARA re: her review of depositions (.2); receipt and review of email from Reed Smith counsel re: O.M. Scott document request (.1); review file re: prior MTM affidavits re: O.M. Scott's request for additional affidavits (.1); email reply to Reed Smith counsel re: new O.M. Scott document request (.1); conference with office manager re: anticipated Winthrop Square move re: O.M. Scott's request to review repository (.2). | 3.50 Hrs | $665.00 |

David B. Siegel

|  | | TOTAL LEGAL SERVICES | $13,365.00 |
|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.50 Hrs | 220/hr | $990.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 220/hr | No charge |
| MATTHEW T. MURPHY | 28.00 Hrs | 190/hr | $5,320.00 |
| ANGELA R. ANDERSON | 82.00 Hrs | 85/hr | $6,970.00 |
| MARCI E. VANDERHEIDE | 1.00 Hrs | 85/hr | $85.00 |
| | 115.55 Hrs | | $13,365.00 |

|  | | TOTAL THIS BILL | $13,365.00 |
|---|---|---|---|

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 7, 2004

Bill Number  68342
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through April 30, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/06/04 | RAM | Telephone conferences with in-house counsels that fee application can be filed (.1). Finalize February fee application (.2) and send it to Delaware counsel to file (.1). | 0.40 Hrs | $88.00 |
| 04/28/04 | RAM | Work on March fee application. | 0.90 Hrs | $198.00 |
| 04/29/04 | RAM | Work on March fee application. | 1.80 Hrs | $396.00 |
| 04/30/04 | RAM | Work on March fee application and send it to local counsels to review (.1); telephone conference with in-house counsel re: same; answer his questions; OK to file (.3). | 0.40 Hrs | $88.00 |

TOTAL LEGAL SERVICES $770.00

David B. Siegel

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 3.50 Hrs | 220/hr | $770.00 |
|---|---|---|---|
|  | 3.50 Hrs |  | $770.00 |

|  |  |
|---|---|
| **TOTAL THIS BILL** | $770.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

June 7, 2004

Bill Number  68343
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: ZAI Science Trial

## LEGAL SERVICES

Through April 30, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/06/04 | RAM | Telephone conferences with MB and MTM to answer in-house counsel's question re: scope of class sought to be certified in Massachusetts consolidated cases (.2); two telephone calls to in-house counsel re: same (.1). | 0.30 Hrs | $66.00 |
| 04/06/04 | MTM | Request from RAM and in-house counsel re: information on class certification in Lindholm (.1); review plaintiff's class certification motion re: same (.2); telephone call to RAM re: same (.1). | 0.40 Hrs | $76.00 |
| 04/08/04 | RAM | Read and respond to email from MTM re: Canadian ZAI sales issue. | 0.10 Hrs | $22.00 |
| 04/08/04 | MTM | Telephone call from in-house counsel re: news report of mesothelioma cluster in Canada (.3); review materials re: what information was captured during recent review on attic insulation sales in Canada (.3); email to RAM re: same (.1). | 0.70 Hrs | $133.00 |
| 04/09/04 | RAM | Telephone conference with MTM re: Canadian ZAI sales issue (.1). Telephone conference with MB re: locating earlier letter to in-house counsel re: same (.1). | 0.20 Hrs | $44.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/09/04 | MTM | Review prior letters and emails to in-house counsel re: work done on Canadian Sales of attic insulation (.4); email to in-house counsel re: same (.3). | 0.70 Hrs | $133.00 |
| 04/21/04 | RAM | Read emails re: Canadian ZAI sales issue; conference with MTM re: same. | 0.20 Hrs | $44.00 |
| 04/21/04 | MTM | Receipt and review of email from in-house counsel and response from two other in-house counsels and telephone conference with RAM re: Canadian ZAI sales. | 0.50 Hrs | $95.00 |
| 04/22/04 | MTM | Telephone call from in-house counsel re: Health Canada's request for ZAI information (.2); review briefing books for information on location of Canadian plants (.7); telephone call to ARA re: same (.2); conference with DBM re: same (.1); telephone call from ARA re: Canadian plant binder (.1); review Canadian plant binder, B.F. Hyde, Grant Industries and Canadian products binder (.8); telephone call from in-house counsel re: Canadian information (.3). | 2.40 Hrs | $456.00 |
| 04/22/04 | ARA | Per MTM's request, search for Canadian plant addresses; provide information to MTM. | 3.20 Hrs | $272.00 |
| 04/26/04 | RAM | Read emails re: Canadian ZAI sales and locations of Canadian expanding plants. | 0.10 Hrs | $22.00 |
| 04/26/04 | MTM | Review boxes called back from storage for information on location of Canadian plants (.6); receipt and review of email from in-house counsel re: information on Canadian plants (.1); reply to same (.2); send information re: Canadian plants from Greenville School District case to in-house counsel (.2); receipt and review of email from in-house counsel re: information requests from Health Canada (.2). | 1.30 Hrs | $247.00 |
| | | | TOTAL LEGAL SERVICES | $1,610.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.90 Hrs | 220/hr | $198.00 |
| MATTHEW T. MURPHY | 6.00 Hrs | 190/hr | $1,140.00 |
| ANGELA R. ANDERSON | 3.20 Hrs | 85/hr | $272.00 |

David B. Siegel

10.10 Hrs                    $1,610.00

                    TOTAL THIS BILL          $1,610.00

**EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 7, 2004

Bill Number  68344
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through April 30, 2004

EXCESS POSTAGE                                                              $4.75

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 04/05/04 | To expert witness from RAM on 3/9/04 | 19.16 | |
| 04/05/04 | To Reed Smith attorney from RAM on 3/5/04 | 29.61 | |
| 04/30/04 | To in-house counsel from MTM on 4/26/04 | 23.42 | |
| | | | $72.19 |

OTHER DELIVERY SERVICES

| | | | |
|---|---|---|---|
| 04/14/04 | UNITED PARCEL SERVIC - packages sent to Reed Smith attorney on 1/31/04, 2/7/04, and 2/14/04 by RAM | 162.34 | |
| | | | $162.34 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 04/10/04 | MERRILL COMM - copies of personnel files for 2 former Libby employees | 33.41 | |
| | | | $33.41 |

PHOTOCOPYING

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through April 30, 2004

PHOTOCOPYING

| | | |
|---|---|---|
| 04/05/04 | 8 copies | 0.96 |
| 04/07/04 | 6 copies. | 0.72 |
| 04/07/04 | 12 copies. | 1.44 |
| 04/07/04 | 14 copies | 1.68 |
| 04/12/04 | 7 copies. | 0.84 |
| 04/22/04 | 8 copies. | 0.96 |
| 04/22/04 | 44 copies. | 5.28 |
| 04/26/04 | 112 copies. | 13.44 |
| 04/28/04 | 128 copies. | 15.36 |
| 04/29/04 | 2 copies. | 0.24 |

$40.92

TELEPHONE

| | | | |
|---|---|---|---|
| 04/06/04 | 329 | 2395143631 | 1.32 |
| 04/06/04 | 329 | 2395143631 | 1.10 |
| 04/06/04 | 329 | 5613621533 | 0.66 |
| 04/23/04 | 329 | 5613621533 | 0.44 |
| 04/23/04 | 329 | 5613621533 | 0.77 |
| 04/30/04 | AT&T | 6174263501 | 7.14 |
| 04/30/04 | AT&T | 6174263501 | 6.36 |
| 04/30/04 | AT&T | 6174263501 | 11.11 |
| 04/30/04 | AT&T | 6174263501 | 5.84 |
| 04/30/04 | AT&T | 5613621533 | 1.38 |
| 04/30/04 | AT&T | 5613621533 | 2.32 |
| 04/30/04 | AT&T | 5613621533 | 1.70 |
| 04/30/04 | AT&T | 6174263501 | 19.03 |
| 04/30/04 | AT&T | 6174263501 | 7.95 |
| 04/30/04 | AT&T | 6174263501 | 5.57 |
| 04/30/04 | AT&T | 6174263501 | 6.04 |
| 04/30/04 | AT&T | 6174263501 | 2.48 |
| 04/30/04 | AT&T | 6174263501 | 2.48 |

$83.69

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 04/02/04 | BOSTON CAPITAL INSTI - Rent and utilities for document repository at One Winthrop Square - April 2004 | 11,774.52 |

$11,774.52

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through April 30, 2004

MISCELLANEOUS

| 04/06/04 | RECORDKEEPER ARCHIVE - Monthly storage fee (4/04) | 395.10 |
|---|---|---|

|  |  |  |
|---|---|---|
|  | | $395.10 |
|  | TOTAL DISBURSEMENTS | $12,566.92 |
|  | TOTAL THIS BILL | $12,566.92 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 7, 2004

Bill Number 68345
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through April 30, 2004

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 04/05/04 | To in-house counsel from RAM on 3/9/04 | 14.80 | |
| 04/05/04 | To Scotta McFarland from RAM on 3/9/04 | 12.63 | |
| 04/30/04 | To Scotta McFarland from RAM on 4/7/04 | 12.51 | |
| | | | $39.94 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 04/01/04 | 34 copies. | 4.08 | |
| 04/06/04 | 9 copies. | 1.08 | |
| | | | $5.16 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 04/30/04 | Facsimile | 5613621583 | 2.20 | |
| 04/30/04 | 308 | 6174263501 | 5.22 | |
| 04/30/04 | AT&T | 6174263501 | 1.76 | |
| | | | | $9.18 |

**David B. Siegel**

| | |
|---|---|
| TOTAL DISBURSEMENTS | $54.28 |
| TOTAL THIS BILL | $54.28 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 7, 2004

Bill Number  68346
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through April 30, 2004

PHOTOCOPYING
04/09/04   28 copies.                                            3.36

                                                                        $3.36

                                    TOTAL DISBURSEMENTS          $3.36

                                        TOTAL THIS BILL          $3.36

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## **AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 14th day of June, 2004 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1. **SUMMARY OF THE THIRTY-FIRST MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004; AND**

2. **FEE DETAIL FOR CASNER & EDWARDS, LLP'S THIRTY-FIRST MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004.**

Dated: June 14, 2004

Patricia E. Cuniff

Sworn to and subscribed before
me this 14th day of June, 2004

Notary Public
My Commission Expires: 02/11/06

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 -- Hand Delivery
02 -- Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail:** *pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail:** *rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP


**E-mail:** *jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail:** *david.heller@lw.com* and
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail:** *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP