## **EXHIBIT B**
May Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 9, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF THE THIRTY-SECOND MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004

Name of Applicant:                                    Casner & Edwards, LLP

Authorized to Provide Professional Services to:       W. R. Grace & Co., et al., Debtors and
                                                      Debtors-in-Possession

Date of Retention:                                    September 18, 2001,
                                                      effective as of September 18, 2001

Period for which compensation and                    May 1, 2004 through
reimbursement is sought:                              May 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $6,487.00  (80% = $5,189.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $26,540.10

This is an:    X monthly    __ interim    __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

2

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/12/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | Pending | Pending |

As indicated above, this is the thirty-second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 3.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $660.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 37 | Litigation | $220.00 | 5.10 | $1,122.00 |
| Matthew T. Murphy | Associate | 16 | Litigation | $190.00 | 9.00 | $1,710.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 20 | Litigation | $85.00 | 42.70 | $3,629.50 |
| Marci E. VanDerHeide | Paralegal | 3 | Litigation | $85.00 | 0.30 | $25.50 |
| TOTALS | | | | | 57.10 | $6,487.00 |

**Total Fees:**      **$6,487.00**

5

Expense Summary
(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $3.04 |
| Federal Express | $54.01 |
| UPS Delivery Services | $28.45 |
| Photocopying ($0.12/page) | $12.60 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $43.06 |
| Rent Reimbursement | $26,003.84 |
| Miscellaneous | $395.10 |
| TOTAL | $26,540.10 |

**Total Expenses:**      **$26,540.10**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 53.90 | $5,783.00 |
| Fee Applications, Applicant | 3.20 | $704.00 |
| Expenses | N/A | $26,540.10 |
| TOTALS | 57.10 | $33,027.10 |

Dated: July 12, 2004

CASNER & EDWARDS, LLP

*Robert A. Murphy*

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

Special Litigation Counsel

52000.57/325864

7

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: August 9, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S
### THIRTY-SECOND MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 9, 2004

Bill Number  69485
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through May 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/03/04 | MTM | Receipt and review of email from in-house counsel re: Canadian expanding plants (.2). Receipt and review of 40 blank affidavits for my signature from O.M. Scott (.2); compare to my January 2004 affidavit (.4); telephone call to Reed Smith counsel re: differences in affidavits (.2); telephone call from Reed Smith counsel re: affidavit and scheduling of document production in Boston to O.M. Scott (.3). Continue review of depositions re: particular product (2.2). | 3.50 Hrs | $665.00 |
| 05/04/04 | RAM | Conference with PM and fax term sheet for Winthrop Square lease extension to in-house counsel. | 0.10 Hrs | $22.00 |
| 05/04/04 | MTM | Work on affidavits for O.M. Scott (.2); letter to in-house counsel re: deposition excerpts re: references to particular products at shipyards (.7). | 0.90 Hrs | $171.00 |
| 05/05/04 | RAM | Read email re: production of documents to O.M. Scott's attorneys; conference with MTM re: same (.2). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.30 Hrs | $66.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/05/04 | MTM | Telephone call from in-house counsel re: documents concerning Vermiculite of Japan (.2); conference with DBM re: same (.1). Work on O.M. Scott affidavits (.3). | 0.60 Hrs | $114.00 |
| 05/05/04 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court for RAM (.2). | 0.30 Hrs | $25.50 |
| 05/06/04 | RAM | Telephone conference with in-house counsel re: Winthrop Square renewal terms; o.k. | 0.10 Hrs | $22.00 |
| 05/06/04 | MTM | Locate Sales Outside U.S. boxes at Winthrop Square re: request from in-house counsel at Grace to review same re: sales to Japan. | 0.30 Hrs | $57.00 |
| 05/11/04 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $110.00 |
| 05/13/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Conference with MTM and PM re: Winthrop Square lease renewal and relocation of documents within the repository (.4). | 0.50 Hrs | $110.00 |
| 05/13/04 | MTM | Conference with RAM and PM re: move of repository next week. | 0.70 Hrs | $133.00 |
| 05/14/04 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $22.00 |
| 05/17/04 | RAM | Telephone call from and telephone conference with MTM re: in-house counsel's question re: microfiche machines. | 0.10 Hrs | $22.00 |
| 05/18/04 | MTM | Receipt and review of email from in-house counsel at Grace re: review of sales outside U.S. boxes for sales to Japan (.1); telephone call to ARA re: same and respond to email from in-house counsel (.1). | 0.20 Hrs | $38.00 |
| 05/18/04 | ARA | Telephone call from MTM re: reviewing sales outside U.S. documents. | 0.10 Hrs | $8.50 |
| 05/20/04 | ARA | Review sales outside U.S. documents per in-house counsel's request for sales in Japan. | 1.60 Hrs | $136.00 |
| 05/21/04 | ARA | Review sales outside U.S. documents for sales in Japan, per in-house counsel's request. | 6.60 Hrs | $561.00 |
| 05/24/04 | ARA | Review sales outside U.S. documents for sales in Japan, per in-house counsel's request. | 5.70 Hrs | $484.50 |
| 05/25/04 | MTM | Telephone call from ARA re: Winthrop Square move and where to place certain categories of documents in repository. | 0.20 Hrs | $38.00 |
| 05/25/04 | ARA | Review sales outside U.S. documents for sales in Japan re: in-house counsel's request (5.4). Telephone call to MTM re: relocation of documents (.2). | 5.60 Hrs | $476.00 |
| 05/26/04 | MTM | Review Winthrop Square (old and new space) re: move at end of week. | 2.40 Hrs | $456.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/26/04 | ARA | Review and redact sales outside U.S. documents for sales to Japan re: in-house counsel's request (.5). Meeting with MTM re: repository move (.8); prepare floor plan for relocating documents (6.8). | 8.10 Hrs | $688.50 |
| 05/27/04 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $44.00 |
| 05/27/04 | ARA | Work on preparing documents for relocation to different area at Winthrop Square; label boxes; answer questions of movers; correct floor plan. | 9.00 Hrs | $765.00 |
| 05/28/04 | MTM | Telephone call from in-house counsel re: review of sales outside U.S. boxes (.1); telephone call to ARA re: same (.1). | 0.20 Hrs | $38.00 |
| 05/28/04 | ARA | Work on preparing documents for relocation to different area at Winthrop Square; label boxes; answer questions of movers; correct floor plan. | 6.00 Hrs | $510.00 |
| | | TOTAL LEGAL SERVICES | | $5,783.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.90 Hrs | 220/hr | $418.00 |
| MATTHEW T. MURPHY | 9.00 Hrs | 190/hr | $1,710.00 |
| ANGELA R. ANDERSON | 42.70 Hrs | 85/hr | $3,629.50 |
| MARCI E. VANDERHEIDE | 0.30 Hrs | 85/hr | $25.50 |
| | 53.90 Hrs | | $5,783.00 |

TOTAL THIS BILL    $5,783.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 9, 2004

Bill Number 69486
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through May 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/05/04 | RAM | Telephone conference with in-house counsel re: March fee application; OK to file (.1). Finalize fee application and send it to Delaware counsel to file (.1). | 0.20 Hrs | $44.00 |
| 05/14/04 | RAM | Work on quarterly fee application. | 0.30 Hrs | $66.00 |
| 05/26/04 | RAM | Work on April fee application. | 0.80 Hrs | $176.00 |
| 05/27/04 | RAM | Work on April fee application. | 1.70 Hrs | $374.00 |
| 05/28/04 | RAM | Work on April fee application. | 0.20 Hrs | $44.00 |
| | | | TOTAL LEGAL SERVICES | $704.00 |

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 3.20 Hrs | 220/hr | $704.00 |
|------------------|----------|--------|---------|
| | 3.20 Hrs | | $704.00 |

David B. Siegel

**TOTAL THIS BILL**          $704.00

## EXHIBIT B
### (Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 9, 2004

Bill Number 69487
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through May 31, 2004

EXCESS POSTAGE                                                                    $3.04

FEDERAL EXPRESS
| | | | |
|---|---|---|---|
| 05/19/04 | FEDERAL EXPRESS - To in-house counsel from MTM on 5/5/04. | 7.04 | |
| 05/19/04 | FEDERAL EXPRESS - To Douglas R. Matthews, Esq. from MTM on 5/7/04. | 34.40 | |
| | | | $41.44 |

UPS DELIVERY SERVICE
| | | | |
|---|---|---|---|
| 05/04/04 | ROBERT A MURPHY - shipment of O.M. Scott documents to office from RAM in FLA | 28.45 | |
| | | | $28.45 |

TELEPHONE
| | | | |
|---|---|---|---|
| 05/03/04 | 329 | 4122884048 | 0.55 |
| 05/04/04 | 357 | 5613621583 | 1.10 |
| 05/04/04 | 329 | 2696959676 | 0.44 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through May 31, 2004

### TELEPHONE

| Date | | Number | Amount | |
|------|------|------------|-------|---|
| 05/05/04 | 329 | 4122884048 | 1.10 | |
| 05/07/04 | 329 | 4122884048 | 0.77 | |
| 05/07/04 | 329 | 5613621533 | 0.44 | |
| 05/10/04 | AT&T | 4804883615 | 3.98 | |
| 05/10/04 | AT&T | 6174263501 | 4.78 | |
| 05/10/04 | AT&T | 4122883131 | 7.15 | |
| 05/10/04 | AT&T | 6174263501 | 7.62 | |
| 05/13/04 | 329 | 5613621533 | 0.44 | |
| 05/13/04 | 329 | 6145794832 | 0.77 | |
| 05/13/04 | 329 | 4122884048 | 0.88 | |
| 05/17/04 | AT&T | 6174263501 | 13.04 | |
| | | | | $43.06 |

### RENT REIMBURSEMENT

| | | | | |
|------|-----------|-----------|-----------|---|
| 05/04/04 | BOSTON CAPITAL INSTI - Rent and utilities for document repository at One Winthrop Square - April 2004 | 12,575.88 | | |
| 05/28/04 | BOSTON CAPITAL INSTI - rent and utilities for document repository at One Winthrop Square - May 2004 | 13,427.96 | | |
| | | | | $26,003.84 |

### MISCELLANEOUS

| | | | |
|------|-----------|--------|---|
| 05/07/04 | RECORDKEEPER ARCHIVE - monthly storage fee (5/04) | 395.10 | |
| | | | $395.10 |

| | | |
|---|---|---|
| | TOTAL DISBURSEMENTS | $26,514.93 |
| | | |
| | TOTAL THIS BILL | $26,514.93 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778082

July 9, 2004

Bill Number  69488
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through May 31, 2004

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 05/19/04 | FEDERAL EXPRESS – To Scotta McFarland, Esq. from RAM on 5/7/04. | 12.57 | |
| | | | $12.57 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 05/14/04 | 105 copies. | 12.60 | |
| | | | $12.60 |
| | | TOTAL DISBURSEMENTS | $25.17 |
| | | TOTAL THIS BILL | $25.17 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

Bruce Dean Campbell, being duly sworn according to law, deposes and says that

he is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and

that on the 13th of July 2004, he caused a copy of the following document(s) to be served upon

the parties on the attached service list(s) in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.  **SUMMARY OF THE THIRTY-SECOND MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004; AND**

2.  **FEE DETAIL FOR CASNER & EDWARDS, LLP'S THIRTY-SECOND MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 30, 2004.**

Dated: 7/13/04

Bruce Dean Campbell

Sworn to and subscribed before
me this 13 day of July 2004

Notary Public
    My Commission Expires: _3- 11-2006_

      TIMOTHY M. O'BRIEN
    Notary Public - Delaware
  My Comm. Expires Mar. 11, 2006

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail:** *syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail:** *meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail:** *ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail:** *mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail:** *currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:**
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP