## **EXHIBIT C**
June Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**Objection Deadline: September 7, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF THE THIRTY-THIRD MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2004 through June 30, 2004 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



DOCKET # 6187
DATE 8/17/04

Amount of Compensation sought as actual,
reasonable, and necessary:                    $11,018.50  (80% = $8,814.80)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $9,909.39

This is an:    X monthly      __ interim      __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/16/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | Pending | Pending |

As indicated above, this is the thirty-third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $440.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 37 | Litigation | $220.00 | 5.00 | $1,100.00 |
| Robert A. Murphy | Senior Counsel | 37 | Litigation | No Charge | 0.05 | $0.00 |
| Matthew T. Murphy | Associate | 16 | Litigation | $190.00 | 2.50 | $475.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 20 | Litigation | $85.00 | 111.10 | $9,443.50 |
| TOTALS | | | | | 118.65 | $11,018.50 |

**Total Fees:**    **$11,018.50**

Expense Summary
(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Federal Express | $54.13 |
| Outside Photocopying | $9,407.78 |
| Photocopying ($0.12/page) | $12.00 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $13.38 |
| Miscellaneous | $422.10 |
| TOTAL | $9,909.39 |

**Total Expenses:**        **$9,909.39**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 117.75 | $10,820.50 |
| Fee Applications, Applicant | 0.90 | $198.00 |
| Expenses | N/A | $9,909.39 |
| TOTALS | 118.65 | $20,927.89 |

Dated: August 13, 2004

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/327992

7

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: September 7, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## THIRTY-THIRD MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 3, 2004

Bill Number  70649
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through June 30, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/01/04 | RAM | Read selected documents filed in bankruptcy court. | 0.80 Hrs | $176.00 |
| 06/01/04 | ARA | Work on preparing documents for relocation to different area at Winthrop Square; label boxes; answer questions of movers; correct floor plan. | 6.50 Hrs | $552.50 |
| 06/02/04 | MTM | Receipt and review of bill from Merrill re: copies for O.M. Scott (.1); telephone call to ARA re: same (.1); telephone call to Reed Smith counsel re: same and disposition of copy sets (.1). Telephone call to ARA re: status of review of sales outside U.S. boxes for sales in Japan (.1). | 0.40 Hrs | $76.00 |
| 06/02/04 | ARA | Continue review of sales outside U.S. documents for sales in Japan per in-house counsel's request (8.7). Receipt of originals and copies from Merrill Corp. following O.M. Scott production (.9). | 9.60 Hrs | $816.00 |
| 06/03/04 | MTM | Receipt and review of copy bill from Uniscribe (.1); telephone call to Merrill questioning rates (.2); telephone call to ARA re: copies from Uniscribe (.1); telephone call from Merrill re: Uniscribe's bill (.2). | 0.60 Hrs | $114.00 |
| 06/03/04 | ARA | Continue review of sales outside U.S. documents for sales in Japan per in-house counsel's request (6.5). Telephone call from MTM re: number of copies from Uniscribe re: O.M. Scott production (.1). | 6.60 Hrs | $561.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/04/04 | MTM | Conference with ARA re: sales outside U.S. review for references to sales in Japan (.2); review documents and telephone call to in-house counsel re: same (.3); letter to in-house counsel re: same (.1) | 0.60 Hrs | $114.00 |
| 06/04/04 | ARA | Produce sales outside U.S. documents to MTM (.3); discuss my findings re: sales in Japan (.2). Organize documents in the repository after move (3.5). Prepare for delivery of originals and copies by copy service following O.M. Scott production and inventory originals (2.2). | 6.20 Hrs | $527.00 |
| 06/06/04 | RAM | Read letter to in-house counsel re: any sales in Japan. | 0.05 Hrs | No charge |
| 06/08/04 | ARA | Quality control original documents after O.M. Scott production (3.3); telephone conference with Merrill Corp. and Uniscribe re: missing production set boxes (.7). | 4.00 Hrs | $340.00 |
| 06/09/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.7). | 0.80 Hrs | $176.00 |
| 06/09/04 | MTM | Telephone call from ARA re: E. TX box numbers and copy sets for O.M. Scott. | 0.20 Hrs | $38.00 |
| 06/09/04 | ARA | Quality control original documents after O.M. Scott production (4.6); telephone call to MTM re: documents that should have been redacted re: same (.2). Organize documents in the repository after move (1.5). | 6.30 Hrs | $535.50 |
| 06/10/04 | MTM | Telephone call to ARA re: copy sets of Scott documents and document bearing incorrect source box number. | 0.20 Hrs | $38.00 |
| 06/10/04 | ARA | Quality control original documents after O.M. Scott production. | 5.90 Hrs | $501.50 |
| 06/11/04 | ARA | Quality control original documents after O.M. Scott production. | 5.40 Hrs | $459.00 |
| 06/14/04 | ARA | Quality control original documents after O.M. Scott production. | 3.00 Hrs | $255.00 |
| 06/15/04 | ARA | Quality control original documents after O.M. Scott production. | 6.40 Hrs | $544.00 |
| 06/16/04 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $22.00 |
| 06/16/04 | MTM | Telephone call from in-house counsel and counsel from Holme Roberts & Owen re: list of expanding plant employees per request from ATSDR. | 0.50 Hrs | $95.00 |
| 06/16/04 | ARA | Quality control O.M. Scott documents received from Uniscribe (2.4). Receipt of sales outside U.S. documents from MTM; quality control originals and return them to the production set (2.1). | 4.50 Hrs | $382.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/17/04 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $22.00 |
| 06/17/04 | ARA | Quality control O.M. Scott documents received from Uniscribe. | 4.10 Hrs | $348.50 |
| 06/18/04 | RAM | Telephone conference with in-house counsel re: whether expanded vermiculite was shipped to O.M. Scott and related subjects. | 0.20 Hrs | $44.00 |
| 06/22/04 | ARA | Quality control O.M. Scott documents received from Uniscribe. | 2.30 Hrs | $195.50 |
| 06/23/04 | ARA | Quality control original documents after O.M. Scott production. | 6.50 Hrs | $552.50 |
| 06/24/04 | RAM | Read updated entries on bankruptcy court's docket to select documents to read (.2) Read selected documents filed in bankruptcy court (.9). | 1.10 Hrs | $242.00 |
| 06/24/04 | ARA | Quality control original documents after O.M. Scott production. | 6.60 Hrs | $561.00 |
| 06/25/04 | ARA | Quality control original documents after O.M. Scott production. | 5.90 Hrs | $501.50 |
| 06/27/04 | RAM | Read selected documents filed in bankruptcy court. | 0.60 Hrs | $132.00 |
| 06/28/04 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $88.00 |
| 06/28/04 | ARA | Quality control originals that were pulled from the production set in quorum number order re: O.M. Scott document production. | 6.90 Hrs | $586.50 |
| 06/29/04 | ARA | Quality control originals from the production set in quorum number order re: O.M. Scott document production. | 6.50 Hrs | $552.50 |
| 06/30/04 | ARA | Quality control originals from the production set in quorum number order re: O.M. Scott document production. | 7.90 Hrs | $671.50 |
| | | TOTAL LEGAL SERVICES | | $10,820.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.10 Hrs | 220/hr | $902.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 220/hr | No charge |
| MATTHEW T. MURPHY | 2.50 Hrs | 190/hr | $475.00 |
| ANGELA R. ANDERSON | 111.10 Hrs | 85/hr | $9,443.50 |

David B. Siegel

|  |  |
| --- | --- |
| **117.75 Hrs** | **$10,820.50** |

| | |
| --- | --- |
| TOTAL THIS BILL | **$10,820.50** |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 3, 2004

Bill Number  70650
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487


**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through June 30, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/01/04 | RAM | Finalize April fee application and send it to in-house counsels to review; telephone conference with in-house counsel re: fee application. | 0.20 Hrs | $44.00 |
| 06/03/04 | RAM | Telephone conference with in-house counsel; fee application may be filed. | 0.10 Hrs | $22.00 |
| 06/07/04 | RAM | Read fee auditor's combined final report re: fee applications with no issues for October 1-December 31, 2003 (.1). Finalize April fee application (.2). | 0.30 Hrs | $66.00 |
| 06/10/04 | RAM | Review charts to respond to fee auditor's request to verify certain dollar amounts. | 0.20 Hrs | $44.00 |
| 06/21/04 | RAM | Work on May fee application. | 0.10 Hrs | $22.00 |
| | | TOTAL LEGAL SERVICES | | $198.00 |

David B. Siegel

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.90 Hrs | 220/hr | $198.00 |
| | 0.90 Hrs | | $198.00 |

TOTAL THIS BILL    $198.00

# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 3, 2004

Bill Number 70651
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through June 30, 2004

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 06/14/04 | To in-house counsel on 6/7/04 from Matthew T. Murphy | 23.53 | |
| | | | $23.53 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 06/11/04 | UNISCRIBE - Grace's copies of documents requested by O.M. Scott (5/4/04). | 7,189.74 | |
| 06/14/04 | MERRILL COMM - Grace's copies of documents requested by O.M. Scott (5/7/04). | 2,218.04 | |
| | | | $9,407.78 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 06/04/04 | 79 copies. | 9.48 | |
| 06/08/04 | 8 copies. | 0.96 | |
| 06/14/04 | 1 copy | 0.12 | |
| 06/16/04 | 12 copies. | 1.44 | |
| | | | $12.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through June 30, 2004

TELEPHONE

| 06/02/04 | 329 | 4122884048 | 0.55 |
|----------|-----|------------|------|
| 06/04/04 | 329 | 5613621533 | 0.44 |
| 06/16/04 | 329 | 4105314355 | 2.64 |
| 06/24/04 | Sprint | 6174263501 | 0.63 |
| 06/24/04 | Sprint | 6174263501 | 0.54 |
| 06/24/04 | Sprint | 6174263501 | 3.00 |
| 06/24/04 | Sprint | 6174983826 | 0.63 |
| 06/24/04 | Sprint | 6174263501 | 0.75 |
| 06/24/04 | Sprint | 6174263501 | 1.50 |

$10.68

MISCELLANEOUS

| 06/09/04 | RECORDKEEPER ARCHIVE - monthly storage fee (6/04) | 395.10 |
|----------|---------------------------------------------------|--------|
| 06/09/04 | RECORDKEEPER ARCHIVE - retrieve box re: determining location of Canadian plants (4/26/04) | 27.00 |

$422.10

TOTAL DISBURSEMENTS          $9,876.09

TOTAL THIS BILL          $9,876.09

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 3, 2004

Bill Number  70652
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through June 30, 2004

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 06/09/04 | Delivery to Scotta McFarland, Esq., Pachuski Stang Ziehl Young from Robert A. Murphy - 5/17/04. | 18.03 | |
| 06/14/04 | To Scotta McFarland, Esq. on 6/8/04 from R. Murphy. | 12.57 | |
| | | | $30.60 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 06/05/04 | Facsimile | 5613621583 | 2.20 | |
| 06/24/04 | Sprint | 6174263501 | 0.50 | |
| | | | | $2.70 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $33.30 |

David B. Siegel

TOTAL THIS BILL          $33.30

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

## AFFIDAVIT OF SERVICE

|  |  |
|---|---|
| STATE OF DELAWARE | ) |
|  | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 17th day of August 2004 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1.    **SUMMARY OF THE THIRTY-THIRD MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

**LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004; AND**

2.   **FEE DETAIL FOR CASNER & EDWARDS, LLP'S THIRTY-THIRD MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004.**

Dated: August 17, 2004

Patricia E. Cuniff

Sworn to and subscribed before
me this 17ᵗʰ day of August, 2004

Notary Public
My Commission Expires: 03-21-06

91100-001\DOCS_DE:69393.19

-2-

DOCS_DE:69393.34

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail: _pvnl@capdale.com_**
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail: _rserrette@stroock.com_**
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: _jsakalo@bilzin.com_**
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail: _david.heller@lw.com_ and
_carol.hennessey@lw.com_**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail: _pbentley@kramerlevin.com_**
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP