IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: September 9, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45785.1
08/20/04 12:03 PM



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

August 10, 2004

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD  21044

Invoice#    1977

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|            |     |                                                                                                                                                  | **Hours** |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 05/03/2004 | ACZ | Work on motion in limine to exclude testimony/evidence of concentrations of hazardous waste and clean-up costs (2.1).                            | 2.10      |
| 05/04/2004 | WFH | Prepare direct examination plans and Q/A for Dr. Brown (3.0); prepare memo categorizing Grace's trial exhibits by issue and confer with Mr. Hogan re same (3.7). | 6.70 |
| 05/04/2004 | ACZ | Work on motion in limine/bench memo to exclude evidence re hazardous substance concentrations in defendant's waste and clean-up costs (3.8).     | 3.80      |
| 05/04/2004 | AGM | Scanned and e-mailed miscellaneous documents for B. Hughes; created a witness binder for Maryellen Johns (4.5).                                  | 4.50      |
| 05/05/2004 | WFH | All day meeting with Dr. Brown in Washington to prepare him for his trial testimony and preparations for same (7.5).                             | 7.50      |
| 05/05/2004 | CHM | Trial preparation (5.0).                                                                                                                         | 5.00      |
| 05/05/2004 | ACZ | Research CERCLA case law re divisibility (2.9).                                                                                                  | 2.90      |
| 05/05/2004 | AGM | Created binders of different classifications of exhibits, for Bill Hughes (7.5).                                                                 | 7.50      |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/06/2004 | WFH | Prepare direct examination Q/A for Mr. Low and analyze relevant documents and data to be used in same (6.4). | 6.40 |
| 05/06/2004 | CHM | Work on witness preparation (6.5); revise witness questions and answers (4.0). | 10.50 |
| 05/06/2004 | ACZ | Research divisiblity case law under CERCLA (1.4); revise bench memorandum in support of motion in limine (1.2). | 2.60 |
| 05/06/2004 | AGM | Scanned miscellaneous documents; ordered prints of certain color images and followed up with vendor for quality and timeliness of work; shipped package to Maryellen Johns (2.5). | 2.50 |
| 05/07/2004 | WFH | Meeting with Mr. Low to prepare him for his trial testimony and preparations for same (5.6). | 5.60 |
| 05/07/2004 | CHM | Prepare witness (Low) (6.8); work with evidence books (2.5). | 9.30 |
| 05/07/2004 | ACZ | Research regarding chemical/metal content on hair care products (1.3); revise bench memorandum on motion in limine to exclude defendant's evidence on constituent concentrations (2.1). | 3.40 |
| 05/10/2004 | NAB | Pull cases sited in bench memo in support of motion in limine and e-mail same to Mr. Hughes per Mr. Zacaroli's request (.9). | 0.90 |
| 05/10/2004 | ACZ | Research Second-Circuit case law regarding application of Federal Rules of Evidence 701 and 701 (4.9); conference with Mr. Hughes re same (0.9). | 5.80 |
| 05/10/2004 | AGM | Copied and organized docs for B. Hughes (2.0). | 2.00 |
| 05/11/2004 | WFH | Review Zotos formulas produced in response to trial subpoena and conferences with Dr. Brown and Mr. Low re same (2.8). | 2.80 |
| 05/11/2004 | WFH | Travel to Buffalo, NY for Waterloo/Zotos trial (4.5). (Note: Travel time billed at 50%.) | 2.20 |
| 05/11/2004 | CHM | Trial preparation (3.5). | 3.50 |
| 05/11/2004 | ACZ | Additional research re Rule 702 and doctrine of curative admissibility (1.9); conference with Mr. Hughes re same (0.7). | 2.60 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/11/2004 | AGM | Copied and shipped several packages of documents to local counsel in Buffalo, NY (2.0). | 2.00 |
| 05/12/2004 | WFH | Meeting with Kevin Hogan in Buffalo to plan Grace's case-in-chief (3.5); work on same including demonstrative exhibits and direct examination plan for Dr. Brown (5.5). | 9.00 |
| 05/12/2004 | CHM | Travel to Buffalo (1.5.) (Note: Travel time billed at 50%.) | 0.70 |
| 05/12/2004 | CHM | Trial preparation including meeting with co-counsel (4.0); continued review of trial books (3.5). | 7.50 |
| 05/13/2004 | WFH | All day meeting with Messrs. Hogan and Marraro in Buffalo to plan Grace's case-in-chief and work on same (9.5). | 9.50 |
| 05/13/2004 | CHM | Trial preparation including trial strategy (2.0); prepare trial books (2.0); prepare for evidence presentation (4.0). | 8.00 |
| 05/14/2004 | WFH | All day meeting with Messrs. Hogan and Marraro in Buffalo to plan Grace's case-in-chief and work on same (9.5). | 9.50 |
| 05/14/2004 | CHM | Trial preparation including trial strategy with team (3.0); prepare opening (5.5). | 8.50 |
| 05/15/2004 | WFH | Work on Grace's case-in-chief including preparation of presentation on hazardous substances issue and finalize demonstrative exhibits (9.5). | 9.50 |
| 05/15/2004 | CHM | Trial preparation including work with witness binders (2.5); prepare opening (4.5); trial strategy meeting (1.5). | 8.50 |
| 05/16/2004 | WFH | All day meeting with Messrs. Hogan and Marraro to work on Grace's case-in-chief, including preparation of Maryellen Johns and Kirk Brown for their testimony (9.0). | 9.00 |
| 05/16/2004 | CHM | Trial preparation including preparing witnesses (4.5); work on opening (2.5); evidence preparation (1.5). | 8.50 |
| 05/17/2004 | WFH | Trial preparation and attend and participate in trial before Judge Skretny (9.0). | 9.00 |
| 05/17/2004 | CHM | Attend trial (5.0); trial preparation (3.5). | 8.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/18/2004 | WFH | Trial preparation including meetings with Dr. Brown and Mr. Low and preparation of materials for presentation to Court on obsolete products disposal issue (9.5). | 9.50 |
| 05/18/2004 | CHM | Attend trial (5.0); trial preparation (3.0). | 8.00 |
| 05/19/2004 | WFH | Attend and participate in trial before Judge Skretny after trial preparation of materials for presentation to Court on hazardous substances and obsolete products disposal issues and preparation of Dr. Brown (9.5). | 9.50 |
| 05/19/2004 | CHM | Attend trial (3.0); trial preparation (5.5). | 8.50 |
| 05/20/2004 | WFH | Attend and participate in trial before Judge Skretny, including presentation of Dr. Brown's direct testimony and other trial preparation including preparation of Mr. Low (9.5). | 9.50 |
| 05/20/2004 | CHM | Attend trial (5.0); trial preparation (3.5). | 8.50 |
| 05/20/2004 | ACZ | Research case law re Rule 611 of Fed. R. of Evidence (1.2); conferences with Mr. Williams re same (0.8); email to Mr. Marraro re same (0.3). | 2.30 |
| 05/21/2004 | WFH | Attend and participate in trial before Judge Skretny including re-direct of Dr. Brown and trial preparation including preparation of Mr. Low for his testimony (9.5). | 9.50 |
| 05/21/2004 | CHM | Attend trial (6.0); trial preparation (2.5). | 8.50 |
| 05/21/2004 | CHM | Travel from Buffalo to D.C. (1.5). (Note: Travel time billed at 50%.) | 0.70 |
| 05/21/2004 | MLW | Legal research pertaining to application of Federal Rule of Evidence 611, regarding Zotos' presentation of its case, and preparation of memorandum to C. Marraro regarding available arguments on issue during trial (4.3). | 4.30 |
| 05/23/2004 | WFH | Meeting with Messrs. Hogan and Marraro to plan rebuttal and assist Mr. Hogan in preparing for cross-examination of Mr. Tasker and prepare for cross-examination of Mr. Barber (8.0). | 8.00 |
| 05/23/2004 | CHM | Travel to Buffalo for trial (1.5). (Note: Travel time billed at 50%.) | 0.70 |
| 05/23/2004 | CHM | Trial preparation including preparation of witnesses (2.5); evidence preparation for trial (6.0). | 8.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/24/2004 | WFH | Attend and participate in trial and prepare for cross-examinations after review of depositions and designations for rebuttal case (9.5). | 9.50 |
| 05/24/2004 | CHM | Attend trial (6.0); witness preparation (2.5). | 8.50 |
| 05/25/2004 | WFH | Attend and participate in trial after preparation of cross-examinations and review of depositions and designations for rebuttal case (9.0). | 9.00 |
| 05/25/2004 | CHM | Attend trial (6.0); trial strategy session (2.5). | 8.50 |
| 05/26/2004 | WFH | Attend and participation in trial, including cross-examination of Mr. Barber and wrap up affairs in Buffalo and conference with Mr. Hogan and Ms. Kryta re transmitting exhibits and case files to DC and other housekeeping matters (8.5). | 8.50 |
| 05/26/2004 | WFH | Travel from Buffalo to DC in connection with Zotos trial (4.0). (Note: Travel time billed at 50%). | 2.00 |
| 05/26/2004 | CHM | Conferences with consultant (2.5); conference re findings of fact and conclusions of law (3.0); attend trial (3.0). | 8.50 |
| 05/26/2004 | CHM | Travel from Buffalo to DC (1.5). (Note: Travel time billed at 50%.) | 0.70 |
| 05/26/2004 | AGM | Re-filing and organizing documentss (4.5). | 4.50 |
| 05/27/2004 | WFH | Research re permissible scope of rebuttal case and conferences with Messrs. Hogan and Marraro re same and research re admissibility of 1984 ECI questionnaire and conference with O'Brien & Gere witnesses (3.6). | 3.60 |
| 05/28/2004 | CHM | Conferences with consultant (1.5); conference with co-counsel re rebuttal case and review and edit brief (7.0). | 8.50 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 375.60 | 148,083.00 |

Disbursements:

| | |
|---|---|
| Ikon Office Solutions - Outside printing for trial preparation | 16,557.53 |
| Online research | 3,396.21 |
| Total disbursements | $19,953.74 |
| Total Amount of This Bill | $168,036.74 |

| | | Balance Due | $168,036.74 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 25.50 | $250.00 |
| Mesmer, Alexander G. | Paralegal | 23.00 | $145.00 |
| Marraro, Christopher H. | Partner | 156.60 | $475.00 |
| Williams, Michael L. | Associate | 4.30 | $250.00 |
| Bynum, Natasha A. | Legal Clerk | 0.90 | $110.00 |
| Hughes, William F. | Counsel | 165.30 | $380.00 |



Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

August 10, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#   1978

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  |  | **Hours** |
|---|---|---|---|---|
| 05/03/2004 | NAB | Create Chart of CTEH Employees' hourly rate and e-mail same to Mr. Marraro (1.2); locate and e-mail requested documents to Mr. Marraro (.9); review and analyze document to be integrated into existing case files (2.1); prepare requested documents to send via FedEx to Mr. Marraro in New Jersey (1.1). | | 5.30 |
| 05/03/2004 | CHM | Travel to New Jersey for hearing (2.1). (Note: Travel time billed at 50%; 1.8 here and 40% at end of statement). | | 1.80 |
| 05/03/2004 | CHM | Prepare for oral argument on fee petition (7.5). | | 7.50 |
| 05/03/2004 | ACZ | Research of case law re statutory interpretation for Mr. Marraro and email re same to Messrs. Marraro and Agnello (1.6). | | 1.60 |
| 05/04/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (1.2); review and analyze document to be integrated into existing case files (6.3). | | 7.50 |
| 05/04/2004 | CHM | Prepare for and attend argument on fee petition (5.5); prepare for and attend Planning Board meeting (5.0). | | 10.50 |
| 05/04/2004 | ACZ | Conference with Mr. Marraro re research on statutory interpretation (.3). | | 0.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/05/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.7). | 0.70 |
| 05/07/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.5). | 0.50 |
| 05/10/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.3); review case logs and produce documents requested by Mr. Marraro (2.4); review and analyze document to be integrated into existing case files (3.9). | 6.60 |
| 05/10/2004 | CHM | Meeting with Special Master on various issues (6.0); work on findings of fact and conclusions of law (3.5). | 9.50 |
| 05/11/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.6); review and analyze document to be integrated into existing case files (6.9). | 7.50 |
| 05/17/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.6). | 0.60 |
| 05/18/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.6). | 0.60 |
| 05/19/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.5). | 0.50 |
| 05/20/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (1.0); review and analyze document to be integrated into existing case files (4.4). | 5.40 |
| 05/21/2004 | CHM | Conference with Mr. Agnello re various issues for findings of fact (1.5). | 1.50 |
| 05/24/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.4). | 0.40 |
| 05/27/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (0.7); review and analyze document to be integrated into existing case files (5.3). | 6.00 |
| 05/27/2004 | WFH | Conference with Mr. Zacaroli re his review of RCRA administrative orders and related research on same (.3); research related 3rd Circuit brief (1.3); analyze ICO's proposed findings on fee petition issue and follow-up research re same (.8). | 2.40 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/27/2004 | ACZ | Conference with Mr. Hughes (0.3); research EPA RCRA Orders and other FOIA material (5.2). | 5.50 |
| 05/28/2004 | CHM | Began to prepare findings of fact and conclusions of law re fee petition (3.0). | 3.00 |
| 05/28/2004 | ACZ | Review documents from FOIA of EPA Regions related to RCRA (4.2); research EPA orders (1.7). | 5.90 |
| 05/31/2004 | CHM | Travel to New Jersey (1.8). (Note: travel time billed at 50%; 10% here or .2 and 40% at end of statement). | 1.60 |
| 05/31/2004 | CHM | Work on findings of fact and conclusions of law for fee petition (9.0). | 9.00 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 101.70 | 29,903.00 |

Disbursements:

| | |
|---|---|
| US Environmental Protection Agency - Freedom of Information Act. request | 94.07 |
| Ensafe - Other professionals expert for litigation support | 6,341.94 |
| Telephone | 38.09 |
| Online research | 1,689.23 |
| Federal Express | 93.95 |
| Total disbursements | $8,257.28 |
| Total Amount of This Bill | $38,160.28 |
| Less Deduction of 40% of Fees Per Agreement | $11,961.20 |
| Balance Due | $26,199.08 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 13.30 | $250.00 |
| Marraro, Christopher H. | Partner | 44.40 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 41.60 | $110.00 |
| Hughes, William F. | Counsel | 2.40 | $380.00 |



Wallace
King
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

August 10, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia, MD  21044

Invoice#    1979

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|            |     |                                                                                                                                 | Hours |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------|-------|
| 05/26/2004 | WFH | Conferences with Mr. Marraro re production of documents to Cytec/Wyeth and privilege issues related to same (.4).               | 0.40  |
| 05/28/2004 | AGM | Created a privilege log for C. Marraro (3.0).                                                                                   | 3.00  |

|             |      | Amount |
|-------------|------|--------|
| Total fees  | 3.40 | 587.00 |

Disbursements:

| Delivery services/messengers |         | 26.88   |
|------------------------------|---------|---------|
| Total disbursements          |         | $26.88  |
| Total Amount of This Bill    |         | $613.88 |
| Balance Due                  |         | $613.88 |

### Timekeeper Summary

| Name                  |           | Hours | Rate    |
|-----------------------|-----------|-------|---------|
| Mesmer, Alexander G.  | Paralegal | 3.00  | $145.00 |
| Hughes, William F.    | Counsel   | 0.40  | $380.00 |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

August 10, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Invoice#    1980

For Professional Services Rendered in Connection with Remediation Matters

Professional Services:

|  |  |  |  | **Hours** |
|---|---|---|---|---|
| 05/05/2004 | NAB | Review and analyze document to be integrated into existing case files (4.4). |  | 6.50 |
|  |  |  |  | **Amount** |
|  | Total fees |  | 6.50 | 715.00 |

Disbursements:

| Outside printing | 350.57 |
|---|---|
| Delivery services/messengers | 53.76 |
| Total disbursements | $404.33 |
| Total Amount of This Bill | $1,119.33 |
| Balance Due | $1,119.33 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Bynum, Natasha A. | Legal Clerk | 6.50 | $110.00 |