IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 9, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Wallace
King
&
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

August 13, 2004

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD  21044

Invoice#    2042

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|  |  |  |  | Hours |
|---|---|---|---|---|
| 06/01/2004 | WFH | Review Mr. Hogan's draft brief re submittal of rebuttal case and revise same (1.7); conferences with Mr. Hogan re brief and rebuttal case (.5). | | 2.20 |
| 06/02/2004 | WFH | Evaluate admissibility of 1984 NYDEC site questionnaire under hearsay exceptions and confer with Mr. Hogan re same (1.6). | | 1.60 |
| 06/03/2004 | WFH | Review and edit FRE 902 certification for Tom Desiderio re admissibility of 1984 DEC questionnaire (.3); conference call with O'Brien & Gere and Mr. Hogan re potential rebuttal testimony from O&G witness (.5); review and evaluate Zotos' opposition to Grace's request to submit rebuttal case (.4); review proposed rebuttal deposition testimony and confer with Mr. Hogan re same (.5). | | 1.70 |
| 06/04/2004 | CHM | Review brief filed in opposition to rebuttal case (.6); conference call with Hogan re same. (.5). | | 1.10 |
| 06/07/2004 | WFH | Conference with Mr. Hogan re court's ruling concerning submission of rebuttal case (.3). | | 0.30 |
| 06/07/2004 | CHM | Conference with Mr. Hogan re decision on rebuttal case and other issues (1.0). | | 1.00 |

| 06/18/2004 | CHM | Review and edit findings of fact (2.5) . | | 2.50 |
|---|---|---|---|---|
| 06/21/2004 | WFH | Work on post-trial findings (.7). | | 0.70 |
| | | | | **Amount** |
| | Total fees | | 11.10 | 4,655.00 |

Disbursements:

| | |
|---|---|
| W. Hughes - Tips at Hotel during trial in Buffalo on 5/12-5/26/04 | 21.00 |
| C. Marraro - Breakfast with Mary Ellen Johns and Mr. Hughes for meeting for Grace on 5/6/04 (3 people) | 17.95 |
| B. Hughes - Lunch with Dr. Brown on 5/5/04 (2 people) | 11.20 |
| C. Marraro - Working lunch on 5/11/04 | 9.85 |
| W. Hughes - R/T Coach Air Fare to Buffalo for Pre-Ttrial Conference on 4/15/04 | 850.69 |
| W. Hughes - Hotel in Buffalo for Pre-Trial Conference on 4/15-17/04 (2 days) | 186.86 |
| W. Hughes - Parking at airport on trip to Buffalo for Pre-Trial Conference on  4/17/04 | 15.00 |
| W. Hughes - Meal (breakfast and lunch in Buffalo for trial on 5/12 (2 meals) | 43.75 |
| W. Hughes - Parking at airport on trip to Buffalo for Trial on 5/12-15/26 | 56.25 |
| W. Hughes - Hotel at trial in Buffalo on 5/12-15/04 (3 days) | 625.55 |
| C. Marraro - Taxi to Airport for trip to Buffalo on 5/14/04 | 86.25 |
| C. Marraro - Taxi to Airport for trip to Buffalo on 4/30 | 86.25 |
| C. Marraro - Dinner with K. Brown on 3/5 (2 people) | 75.98 |
| C. Marraro - Working dinner with Mr. Hughes in DC on  3/12 (2 people) | 44.08 |
| C. Marraro - Taxi to DCA airport for travel to Buffalo on 5/25 | 86.25 |
| Copying | 456.45 |
| Outside printing | 71.38 |
| Facsimile | 12.75 |
| Online research | 1,596.46 |
| Delivery services/messengers | 16.24 |
| Federal Express | 456.34 |
| Gas for Rental Car at Trial | 67.63 |
| Total disbursements | $4,894.16 |
| Total Amount of This Bill | $9,549.16 |
| Balance Due | $9,549.16 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 4.60 | $475.00 |
| Hughes, William F. | Counsel | 6.50 | $380.00 |

Wallace
King
&
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

August 13, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    2043

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 06/01/2004 | CHM | Travel to New Jersey for meeting with J Agnello (1.8). (Note: Travel time billed at 50%; 10% here and 40% at end of statement). | 1.60 |
| 06/01/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (1.0) Review and analyze document to be integrated into existing case files (3.5) | 4.50 |
| 06/01/2004 | CHM | Meeting at John Agnello's office re various issues in litigation (7.0). | 7.00 |
| 06/01/2004 | ACZ | Review FOIA documents from EPA regions re RCRA orders (5.3); research EPA FOI response documents (1.9); conference with B. Hughes re same (0.5). | 7.70 |
| 06/02/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.3) Review and analyze document to be integrated into existing case files (2.0) | 2.30 |

| | | | |
|---|---|---|---|
| 06/02/2004 | WFH | Review correspondence from ICO and Honeywell re fee petition briefing (.3); review draft proposed findings on fee petition (.9); review ICO and Honeywell briefs re entry of judgment in Riverkeeper case (.4); research primary jurisdiction and Burford abstention doctrines in connection with Third Circuit brief (4.8); review testimony and exhibits from trial record on NJDEP oversight issue (1.7). | 8.10 |
| 06/02/2004 | ACZ | Review FOIA documents from EPA orders and follow-up research related to same (4.5); draft file memo re same (1.1); review Honeywell stay brief (0.5). | 6.10 |
| 06/03/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.3) Review and analyze document to be integrated into existing case files (3.8) | 4.10 |
| 06/03/2004 | WFH | Additional research re primary jurisdiction, abstention and RCRA 7002(b) preclusion issues in connection with Third Circuit brief (5.4). | 5.40 |
| 06/03/2004 | ACZ | Research re conflict issues related to joint representation of associations and individual members (4.9); conference with Mr. Hughes re same (0.9). | 5.80 |
| 06/04/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.5). | 0.50 |
| 06/04/2004 | CHM | Review Honeywell and ICO filings on fees (2.5); review and edit letter to Judge re Riverkeeper, etc. (.8); review correspondence from Special Master (.8). | 4.10 |
| 06/04/2004 | ACZ | Conference with Mr. Hughes re CERCLA research issues (0.7); review information from EPA regions (4.0). | 4.70 |
| 06/07/2004 | NAB | Produce requested case documents requested by Mr. Hughes (1.1); prepare Daily Correspondence log and e-mail same to case attorneys (.9). | 2.00 |
| 06/07/2004 | WFH | Review and analyze Honeywell's proposed FOF and COL on RCRA fee petition (1.7). | 1.70 |
| 06/07/2004 | CHM | Review various document from Special Master and Honeywell (1.8); conference with Golliday re bills and other issues (2.5). | 4.30 |

| 06/07/2004 | RMM | Assemble Grace's appellate briefs for review by Mr. Hughes (.3). | 0.30 |
|---|---|---|---|
| 06/07/2004 | RMR | Legal research re 3rd Circuit case law on abstention and primary jurisdiction (2.4). | 2.40 |
| 06/08/2004 | WFH | Review and analyze Honeywell's appellate brief (7.4); conference with Mr. Zacaroli re same and assignments (.4); prepare outline of issues and arguments for reply brief (1.4); review Honeywell's revisions to proposed FOF and COL on RCRA fee petition (.4). | 9.60 |
| 06/08/2004 | ACZ | Review documents from EPA Regions 9 and 10 (2.0); conference with Mr. Hughes re imminent and substantial endangerment findings and CERCLA research (0.4). | 2.40 |
| 06/09/2004 | WFH | Factual and legal research in support of Grace's appellate brief (7.8). | 7.80 |
| 06/09/2004 | CHM | Travel to Newark, NJ for meetings with J. Agnello (1.8). (Note:  Travel time billed at 50%; 10% here or 1.6 and 40% at end of statement.) | 1.60 |
| 06/09/2004 | CHM | Meeting at Agnello's office to draft various responses and notices (8.0). | 8.00 |
| 06/09/2004 | CHM | Travel from Newark, NJ to DC after meetings (2.1). (Note:  travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |
| 06/09/2004 | ACZ | Conference with Mr. Hughes re same and research issues (0.7); research re standard of review of trial court factual determinations of imminent and substantial endangerment (3.9). | 4.60 |
| 06/10/2004 | NAB | Pull cases cited in Honeywell's proof brief and create binders of same for Mr. Marraro and Mr. Hughes (7.1); prepare Daily Correspondence log and e-mail same to case attorneys (.4). | 7.50 |
| 06/10/2004 | WFH | Additional analysis of RCRA "imminent and substantial endangerment" issues in connection with appellate brief (6.2). | 6.20 |
| 06/10/2004 | CHM | Various conferences with Arnold & Porter re findings of fact issues on fees (1.0). | 1.00 |

| | | | |
|---|---|---|---|
| 06/10/2004 | ACZ | Additional research re standard of review applicable to findings of imminent and substantial endangerment (1.9). | 1.90 |
| 06/10/2004 | RMR | Office conference with Mr. Hughes re: legal research on 3rd Circuit law regarding judicial notice and admissibility of new evidence on appeal (.9). | 0.90 |
| 06/11/2004 | WFH | Review and analyze Honeywell's motion for judicial notice and three binders of documents submitted therewith (3.4); review and distinguish cases cited by Honeywell in its judicial notice motion (2.2); research re limits on judicial notice doctrine in appellate court (3.2). | 8.80 |
| 06/11/2004 | CHM | Begin to review Honeywell brief (2.5). | 2.50 |
| 06/11/2004 | ACZ | Research re standard of review applicable to findings of imminent and substantial endangerment (1.2); draft brief language re same (2.9). | 4.10 |
| 06/14/2004 | NAB | Review and analyze document to be integrated into existing case files (3.6); prepare Daily Correspondence log and e-mail same to case attorneys (.6). | 4.20 |
| 06/14/2004 | WFH | All-day meeting with Messrs. Marraro and Agnello regarding appellate brief and opposition to motion for judicial notice (7.2); work on appellate brief (1.9); prepare summary of pertinent cases re judicial notice issue and send to Mr. Winters (.3). | 9.40 |
| 06/14/2004 | CHM | Attend meeting re technical issues in New Jersey (8.0). | 8.00 |
| 06/15/2004 | CHM | Work on scope of brief response at Agnello's office (8.). | 8.00 |
| 06/14/2004 | ACZ | Research re primary jurisdiction and deference to state actions under RCRA (2.9). | 2.90 |
| 06/15/2004 | NAB | Review and analyze document to be integrated into existing case files (4.7); Prepare Daily Correspondence log and e-mail same to case attorneys (.4) | 5.10 |

| | | | |
|---|---|---|---|
| 06/15/2004 | WFH | Review and analyze Honeywell's motion for stay of the injunction pending appeal (3.2); review cases cited by Honeywell in its stay brief and distinguish same (2.4); research legal issues related to stay (1.6); research re excluding new evidence submitted on appeal that was not included with original stay motion (1.7); prepare outline of response to stay brief (1.3). | 10.20 |
| 06/15/2004 | ACZ | Research re waiver of arguments not raised in district court (4.9); conference with Mr. Hughes re same (0.5). | 5.40 |
| 06/15/2004 | RMR | Legal research on 3rd Circuit law regarding judicial notice and admissibility of new evidence on appeal (2.2). | 2.20 |
| 06/16/2004 | WFH | Conference call with Mr. Agnello re appellate brief and follow-up issues on same (2.4); begin drafting opposition to Honeywell's stay motion (6.2). | 8.60 |
| 06/16/2004 | CHM | Review cases on judical notice issues (1.0). | 1.00 |
| 06/16/2004 | ACZ | Update research on 3rd party defenses under CERCLA (1.8); review Honeywell stay brief (0.5); research re response to stay brief (2.1). | 4.40 |
| 06/16/2004 | MJH | Interoffice conference with Chris Marraro and Bill Hughes to discuss background of the litigation with Honeywell and issues pertaining to an appellate court's standard of review of a trial court determination that a site poses an imminent and substantial endangerment. (.8). | 0.80 |
| 06/17/2004 | WFH | Evaluate potential procedural argument under FRAP 8 re stay motion and research re same (3.4); identify and prepare list of new issues/evidence cited in Honeywell stay motion and transmit to Messrs. Agnello and Marraro (2.4); work on stay brief (4.0). | 9.80 |
| 06/17/2004 | CHM | Review various workplan submitted by Honeywell (1.5). | 1.50 |
| 06/17/2004 | ACZ | Research re opposition to Honeywell motion for stay (2.0); conference with Mr. Hughes re same (0.4); work on language for opposition brief (2.2). | 4.60 |
| 06/18/2004 | WFH | Work on opposition to Honeywell's motion for stay of the District Court's remedial injunction, including research and drafting (8.3). | 8.30 |

| | | | |
|---|---|---|---|
| 06/18/2004 | CHM | Work on response to stay motion (3.0); review unedited draft of judical notice (2.5). | 5.50 |
| 06/18/2004 | ACZ | Research re stay motion and work on brief language re same (3.1); research re waiver of defenses where not raised in pre-trial pleadings or before district court (0.8). | 3.90 |
| 06/18/2004 | MJH | Research to determine an appellate court's standard of review of a trial court finding of imminent and substantial endangerment (4.9). | 4.90 |
| 06/21/2004 | WFH | Work on opposition to Honeywell's motion for a stay of the District Court's remedial injunction, including research and drafting (8.8). | 8.80 |
| 06/21/2004 | CHM | Review documents re preparation for Special Master meeting (2.0); work on stay motion brief (3.5). | 5.50 |
| 06/22/2004 | WFH | Work on opposition to Honeywell's motion for a stay of the District Court's remedial injunction, including research and drafting (10.6). | 10.60 |
| 06/22/2004 | CHM | Travel to and from Newark, NJ for meeting with Special Master (3.9). (Note: travel time billed at 50%; 10% or 3.5 here and 40% at end of statement.) | 3.50 |
| 06/22/2004 | CHM | Attend Special Master meeting (8.0). | 8.00 |
| 06/23/2004 | WFH | Work on opposition to Honeywell's motion for a stay of the District Court's remedial injunction, including research and drafting (7.4); research re imminent and substantial endangerment orders and CERCLA issues for main appellate brief (3.4). | 10.80 |
| 06/23/2004 | CHM | Revise judicial notice brief (3.5); review expedited notice for time (.5). | 4.00 |
| 06/23/2004 | ACZ | Research and review case law on CERCLA preemption and waiver of arguments not raised in district court (1.3). | 1.30 |
| 06/24/2004 | WFH | Work on opposition to Honeywell's motion for a stay of the District Court's remedial injunction, including research and drafting (9.7); conferences with Mr. Zacaroli re research (.4). | 10.10 |
| 06/24/2004 | CHM | Prepare revision to opposition to stay and judicial notice (4.5). | 4.50 |

| | | | |
|---|---|---|---|
| 06/24/2004 | ACZ | Additional research on waiver of arguments not presented to district court pursuant to Fed. R. App. Pr. 8 (2.0); conference with Mr. Hughes re same (0.5); work on brief language re same (0.3). | 2.80 |
| 06/25/2004 | WFH | Conferences with Mr. Zacaroli re research projects on stay brief and amicus issue (.6); work on opposition to Honeywell stay motion (7.0). | 7.60 |
| 06/25/2004 | CHM | Conference call with Agnello re various issues (.5). | 0.50 |
| 06/25/2004 | RMM | Assemble exhibits to ECARG motion re stay for Mr. Marraro (.3). | 0.30 |
| 06/25/2004 | ACZ | Work on brief language re stay motion (0.3); research re role of special master in implementing injunctive relief (2.1); research re standard for filing amicus brief and comparison of SSP brief to Honeywell brief (3.9); research re injunctive relief standard (1.5); conference with Mr. Hughes re stay and amicus brief (0.4). | 8.20 |
| 06/26/2004 | WFH | Revise draft of opposition to Honeywell's stay motion (3.4); conferences with Ms. Flax re brief (.3); research in connection with opposition to Honeywell's motion to expand district court record and Honeywell's violation of F.R.A.P. (3.6). | 7.30 |
| 06/27/2004 | WFH | Finalize draft of opposition to Honeywell's stay motion and circulate to Messrs. Marraro and Agnello (4.4); research re stay issue for brief (.8); research re standard for opposing motion to submit amicus brief (.4). | 5.60 |
| 06/28/2004 | WFH | Work on opposition to Honeywell's stay motion and exhibits thereto (10.2); conferences with Messrs. Marraro and Agnello re same (.8); review Superfund Project's amicus motion and brief and conference with Mr. Zacaroli re opposition to same (1.2); research re same (.4). | 12.60 |
| 06/28/2004 | MM | Office conference with Mr. Zacaroli re: research to be completed at the Library of Congress re: Comm. House Committee Reports for Section 703(a) of RCRA Meeting Report (.2); travel to and from Library of Congress re: research project (2.3). | 2.50 |

| 06/28/2004 | ACZ | Work on comparison of arguments in Honeywell/Amicus briefs (1.6); research re role of special masters in implementation of complex injunctive relief (0.9); legislative history research for stay brief (2.1); research re corporate disclosure rules (0.8); work on brief in opposition of SSP amicus motion (3.4). | 8.80 |
|---|---|---|---|
| 06/29/2004 | WFH | Work on opposition to Honeywell's stay motion, including research and declaration (10.2); conferences with Mr. Zacaroli re Superfund Project brief (.4). | 10.60 |
| 06/29/2004 | MM | Travel to and from Library of Congress re: finalizing research project re: Comm. House Committee Reports for Section 703 (a) of RCRA Meeting Report (1.0), provide report and memorandum to Mr. Zacaroli re: review of same (.2). | 1.20 |
| 06/29/2004 | ACZ | Work on brief in opposition to SSP amicus motion (4.1); research re same (1.0). | 5.10 |
| 06/30/2004 | WFH | Work on opposition to Honeywell's stay motion and exhibits thereto, including appendix (10.6); research re Special Master issue in connection with brief (.6); conferences with Mr. Agnello re same (.6); conferences with Mr. Zacaroli re opposition to motion to accept amicus brief (.4). | 12.20 |
| 06/30/2004 | MM | Review, organize and prepare several exhibits to be filed on 7/2/04 (1.2). | 1.20 |
| 06/30/2004 | ACZ | Research for and work on brief in response to motion of SSP for leave to file amicus brief (7.6). | 7.60 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 411.20 | 140,067.00 |

Disbursements:

| | |
|---|---|
| Sciences International, Inc. - Other professionals re NJ Chromium vs. WR Grace | 9,180.00 |
| Sciences International, Inc. - Other professionals re NJ Chromium vs WR Grace | 1,855.00 |
| C. Marraro - Dinner in New Jersey with J. Agnello, A. Nagy and K. Brown on 4/14 (4 people) | 235.75 |
| C. Marraro - Dinner in Newark with J. Agnello, A. Nagy, H. Carlilse and K. Brown on 4/5/04 (5 people) | 301.90 |
| C. Marraro - Dinner in Columbia, MD with Akos Nagy on 3/19/04 (2 people) | 97.90 |
| C. Marraro - Dinner in New York with J. Agnello and A. Nagy | 255.80 |

| | |
|---|---:|
| on  2/26/04 (3 people) | |
| C. Marraro - Dinner in Newark with J. Agnello, R. Nagy, R. Sentfleben and K. Brown on 3/10/04 (5 people) | 390.48 |
| C. Marraro - R/T Coach Air Fare to Newark on 4/12 | 607.70 |
| C. Marraro - Coach Air Fare from Newark to DC on 4/02/04 | 278.60 |
| C. Marraro - R/T Coach Air Fare to Newark on 4/4/04 | 558.70 |
| C. Marraro - R/T Coach Air Fare to Newark on 4/16/04 | 607.70 |
| C. Marraro - R/T Coach Air Fare to Newark on 4/12/04 | 583.20 |
| C. Marraro - Coach Air Fare from Newark to DC on 3/17/04 | 278.60 |
| C. Marraro - Coach Air Fare to New York on 3/17/04 | 128.35 |
| C. Marraro - Coach Air Fare from NY to DC 1/20/04 | 167.60 |
| C. Marraro - Coach Air Fare to Newark on 1/19 | 365.10 |
| C. Marraro - R/T Coach Air Fare to Newark on 2/17/04 | 558.70 |
| C. Marraro - Hotel in Newark 3/3-4/04 (1 night) | 321.57 |
| C. Marraro - Hotel in Newark on 3/10-11/04 (1 night) | 294.56 |
| C. Marraro - Hotel in Newark on 4/14-16/04 (2 nights) | 629.36 |
| C. Marraro - Hotel in Newark on 4/4-5/04 (1 night) | 288.67 |
| C. Marraro - Hotel in  Newark on 3/31-4/1 (1 night) | 300.00 |
| C. Marraro - Auto Rental in Newark 3/31-4/02/04 (2 days) | 207.59 |
| C. Marraro - Auto Rental in Newark on 5/13-15/04 (2 days) | 118.00 |
| C. Marraro - Auto Rental in Newark on 3/15-16/04 (1 day) | 179.53 |
| C. Marraro - Auto Rental in NY on 3/3-4/04 (1 day) | 104.81 |
| C. Marraro - Auto Rental in Newark on 3/10-11/04 (1 day) | 151.35 |
| C. Marraro - Auto Rental in Newark on 2/5-6/04 (1 day) | 97.88 |
| C. Marraro - Auto Rental in Newark on 2/26-27/04 (1 day) | 91.18 |
| C. Marraro - Parking in New York on 3/4/04 | 27.00 |
| C. Marraro - Parking at airport on trip to Newark on 2/23/04 | 15.00 |
| C. Marraro - Parking at airport on trip to Newark on 3/9/04 | 15.00 |
| C. Marraro - Parking at airport on trip to NY  on 3/3/04 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 3/11/04 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 3/17/04 | 15.00 |
| C. Marraro - Parking at airport on trip to Newark on 4/2/04 | 84.00 |
| C. Marraro - Parking at airport on trip to Newark on 3/31/04 | 72.00 |
| Parking  Newark Mr. Marraro  04/12/2004 | 22.50 |
| N. Bynum - Overtime transportation | 41.40 |
| Copying | 2,782.80 |
| Facsimile | 70.50 |
| Telephone | 369.82 |
| Online research | 1,034.75 |
| Delivery services/messengers | 515.92 |
| Federal Express | 164.62 |
| | |
| Total disbursements | $24,525.89 |
| | |
| Total Amount of This Bill | $164,592.89 |

Less Deduction of 40% of Fees Per Agreement                                    $56,026.80

Balance Due                                                                                      $108,566.09

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 92.30 | $250.00 |
| Marraro, Christopher H. | Partner | 81.90 | $475.00 |
| Henderson, Michael J. | Associate | 5.70 | $180.00 |
| Moasser, Mahmoude | Paralegal | 4.90 | $145.00 |
| Bynum, Natasha A. | Legal Clerk | 30.20 | $110.00 |
| Mitchell, Rebecca M. | Paralegal | 0.60 | $130.00 |
| Ross, Rebecca M. | Paralegal | 5.50 | $130.00 |
| Hughes, William F. | Counsel | 190.10 | $380.00 |

Wallace
King
&
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

August 13, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#    2044

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 06/01/2004 | CHM | Review comments and prepare final letter to Messevage (.8). | 0.80 |
| 06/01/2004 | CHM | Travel from Newark to Boston Logan Airport for meeting meetings (2.1). (Note travel time billed at 50% or 1.00). | 1.00 |
| 06/02/2004 | CHM | All day meeting in Massachusetts with client, Cytec and Wyeth. (8.5) | 8.50 |
| 06/02/2004 | CHM | Travel from Boston, MA to DC after meetings (2.5). (Note travel time billed at 50% or 1.3). | 1.30 |
| 06/03/2004 | CHM | Review correspondence for conference call and write up notes for meeting (.8). | 0.80 |
| 06/10/2004 | CHM | Attend conference call with consultant (1.2). | 1.20 |
| 06/14/2004 | MM | Finalize the review of additional privileged documents (.4); draft memo to Mr. Marraro attaching copy of same and provide to Mr. Marraro re review (1.2). | 1.60 |
| 06/16/2004 | CHM | Conference call with consultant and client (1.0). | 1.00 |
| 06/17/2004 | CHM | Review materials from Ms. Johns (.4); prepare letter to Mr. Steinberg (.9). | 1.30 |

**Amount**

| | | |
|---|---:|---:|
| Total fees | 17.50 | 7,784.50 |

Disbursements:

| | |
|---|---:|
| C. Marraro - Dinner  with Ms. Duff and Mr. O'Bradovic (3 people) | 158.82 |
| Copying | 165.00 |
| Facsimile | 31.50 |
| Postage | 2.22 |
| Total disbursements | $357.54 |
| Total Amount of This Bill | $8,142.04 |
| Balance Due | $8,142.04 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---:|---:|
| Marraro, Christopher H. | Partner | 15.90 | $475.00 |
| Moasser, Mahmoude | Paralegal | 1.60 | $145.00 |

Wallace
King
&
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

August 13, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Invoice#    2045

For Professional Services Rendered in Connection with Remediation Matters

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 06/01/2004 | WFH | Confer with Dr. Brown re COPR remediation issue in connection with same (1.8). | 1.80 |

| | | | **Amount** |
|---|---|---|---|
| | Total fees | 1.80 | 684.00 |

Disbursements:

| | |
|---|---|
| Online research | 190.86 |
| Total disbursements | $190.86 |
| Total Amount of This Bill | $874.86 |
| Balance Due | $874.86 |

### Timekeeper Summary

| Name | | | Hours | Rate |
|---|---|---|---|---|
| Hughes, William F. | Counsel | | 1.80 | $380.00 |