IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON AUGUST 23, 2004
## AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD

### UNCONTESTED MATTERS

1.  Debtors' Motion for an Order Pursuant to Fed. R. Bankr. P. 9006(b) Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. §1452 and Fed. R. Bankr. P. 9027 (Docket No. 5983)

    Related Documents:

    a.  [Proposed] Order Pursuant to Fed. R. Bankr. P. 9006(b) Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. §1452 and Fed. R. Bankr. P. 9027 (Docket No. 5983)

    b.  Certification of No Objection Regarding Docket No. 5983 (Docket No. 6152)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Response Deadline: August 6, 2004 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.

2.     Debtors' Motion for Entry of an Order Authorizing Debtors to Make Contributions to Defined Benefit Plans Covering Debtors' Employees (Docket No. 5990)

Related Documents:

a.     [Proposed] Order Authorizing Debtors to Make Contributions to the Defined-Benefit Plans Covering the Debtors' Employees (Docket No. 5990)

b.     Certification of No Objection Regarding Docket No. 5990 (Docket No. 6153)

Response Deadline: August 6, 2004 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.

## CONTESTED MATTERS

3.     Debtors' Motion Pursuant to Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolution Program to Liquidate Certain Prepetition Claims (Docket No. 5808)

Related Documents:

a.     [Proposed] Order Pursuant to 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolution Program to Liquidate Certain Prepetition Claims (Docket No. 5808)

Response Deadline: July 2, 2004 at 4:00 p.m.

Responses Received:

  a. Internal Revenue Service's Objection to Debtors' Motion Pursuant to Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolutions Program to Liquidate Certain Prepetition Claims (Docket No. 5899)

  b. Objection of Oldcastle APG Northeast, Inc., D/B/A Foster-Southeastern to Debtors' Motion to Establish an Alternative Dispute Resolution Program to Liquidate Certain Claims (Docket No. 5922)

  c. Objection of the City of Cambridge, Massachusetts, to the Debtors' Motion Pursuant to Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolution Program to Liquidate Certain Prepetition Claims (Docket No. 6147) [This objection was filed after the objection deadline]

  **d. Objection of Keri Evans, On Behalf of Herself and a Class of All Other Similarly Situated, to the Debtors' Motion Pursuant to Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 to Establish an Alternative Dispute Resolution Program to Liquidate Certain Prepetition Claims (Docket No. 6204) [This objection was filed on August 18, 2004, well beyond the objection deadline]**

Replies Received:

  a. Debtors' Submission in Clarification and Revision of Their Proposed ADR Program (Docket No. 6144, Exhibit 1)

    i. Debtors' Motion for Leave to File Debtors' Submission in Clarification and Revision of Their Proposed ADR Program (Docket No. 6144)

  b. Further Revised Proposed Order and Blackline Comparing it with the Order Attached to Debtors' Submission (Docket No. 6180)

Status: This matter will be going forward.

4. Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel to the Future Claimants' Representative (Docket No. 5815)

Related Documents:

a.    [Proposed] Order Authorizing the Retention and Employment of Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel to David T. Austern, Future Claimants' Representative (Docket No. 5815)

Response Deadline: July 6, 2004 at 4:00 p.m.

Responses Received:

a.    Limited Objection of the Official Committee of Asbestos Property Damage Claimants to Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel to the Future Claimants' Representative (Docket No. 5927)

b.    Future Claimants' Representative's Reply to Limited Objections of the Official Committee of Asbestos Property Damage Claimants to Applications of Future Claimants' Representative for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel, Phillips, Goldman & Spence, P.A. as Local Bankruptcy Counsel and CIBC World Markets Corp. as Financial Advisor (Docket No. 5979)

    i.    Exhibit A and B to Docket No. 5979 (Docket No. 5981)

    ii.    Future Claimants' Representative's Motion for Leave to File Reply to Limited Objections of the Official Committee of Asbestos Property Damage Claimants to Applications of Future Claimants' Representative for Authorization to Employ Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel, Phillips, Goldman & Spence, P.A. as Local Bankruptcy Counsel and CIBC World Markets Corp. as Financial Advisor (Docket No. 5978)

c.    **Certification of Counsel Regarding Docket No. 5815 (Docket No. 6207) [Filed on August 18, 2004]**

**Status: Counsel for the Future Claimants' Representative filed a Certification of Counsel indicating that the objection to the application has been resolved and will be withdrawn, and, thus, requests that the Court enter the order attached to the application.**

5.      Application of David T. Austern, Future Claimants' Representative, for
        Authorization to Employ CIBC World Markets Corp. as Financial Advisor
        (Docket No. 5833)

        Related Documents:

                a.      [Proposed] Order Authorizing the Retention and Employment of
                        CIBC World Markets Corp. as Financial Advisor to David T.
                        Austern, Future Claimants' Representative (Docket No. 5833)

        Response Deadline: July 8, 2004 at 4:00 p.m.

        Responses Received:

                a.      Limited Objection of the Official Committee of Asbestos Property
                        Damage Claimants to Application of David T. Austern, Future
                        Claimants' Representative, for Authorization to Employ CIBC
                        World Markets Corp. as Financial Advisor (Docket No. 5950)

                b.      Future Claimants' Representative's Reply to Limited Objections of
                        the Official Committee of Asbestos Property Damage Claimants to
                        Applications of Future Claimants' Representative for
                        Authorization to Employ Swidler Berlin Shereff Friedman, LLP as
                        Bankruptcy Counsel, Phillips, Goldman & Spence, P.A. as Local
                        Bankruptcy Counsel and CIBC World Markets Corp. as Financial
                        Advisor (Docket No. 5979)

                        i.      Exhibit A and B to Docket No. 5979 (Docket No.
                                5981)

                        ii.     Future Claimants' Representative's Motion for
                                Leave to File Reply to Limited Objections of the
                                Official Committee of Asbestos Property Damage
                                Claimants to Applications of Future Claimants'
                                Representative for Authorization to Employ Swidler
                                Berlin Shereff Friedman, LLP as Bankruptcy
                                Counsel, Phillips, Goldman & Spence, P.A. as
                                Local Bankruptcy Counsel and CIBC World
                                Markets Corp. as Financial Advisor (Docket No.
                                5978)

                c.      **Certification of Counsel Regarding Docket No. 5833 (Docket
                        No. 6208) [Filed on August 18, 2004]**

        **Status:  Counsel for the Future Claimants' Representative filed a
        Certification of Counsel indicating that the objection to the application has
        been resolved and will be withdrawn, and, thus, requests that the Court enter
        the order attached to the application.**

6.    Application of David T. Austern, Future Claimants' Representative, for
Authorization to Employ Phillips, Goldman & Spence, P.A., as Local Bankruptcy
Counsel to the Future Claimants' Representative (Docket No. 5839)

Related Documents:

a.    [Proposed] Order Authorizing the Retention and Employment of
Phillips, Goldman & Spence, P.A., as Local Bankruptcy Counsel
to David T. Austern, Future Claimants' Representative (Docket
No. 5839)

Response Deadline: July 12, 2004 at 4:00 p.m.

Responses Received:

a.    Limited Objection of the Official Committee of Asbestos Property
Damage Claimants to Application of David T. Austern, Future
Claimants' Representative, for Authorization to Employ Phillips,
Goldman & Spence, P.A. as Local Bankruptcy Counsel to the
Future Claimants' Representative (Docket No. 5956)

b.    Future Claimants' Representative's Reply to Limited Objections of
the Official Committee of Asbestos Property Damage Claimants to
Applications of Future Claimants' Representative for
Authorization to Employ Swidler Berlin Shereff Friedman, LLP as
Bankruptcy Counsel, Phillips, Goldman & Spence, P.A. as Local
Bankruptcy Counsel and CIBC World Markets Corp. as Financial
Advisor (Docket No. 5979)

i.    Exhibit A and B to Docket No. 5979 (Docket No.
5981)

ii.    Future Claimants' Representative's Motion for
Leave to File Reply to Limited Objections of the
Official Committee of Asbestos Property Damage
Claimants to Applications of Future Claimants'
Representative for Authorization to Employ Swidler
Berlin Shereff Friedman, LLP as Bankruptcy
Counsel, Phillips, Goldman & Spence, P.A. as
Local Bankruptcy Counsel and CIBC World
Markets Corp. as Financial Advisor (Docket No.
5978)

c.    United States Trustee's Objection to Application of the Legal
Representative for Future Asbestos Claimants to Employ Phillips
Goldman & Spence, P.A., as Local Bankruptcy Counsel (Docket
No. 5980)

Status: This matter will be going forward.

7.     Libby Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Shirley Taylor-Regjovich] (Adv. Pro. No. 01-771, Docket No. 242)

Related Documents:

a.     [Proposed] Order Granting Libby Claim Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Shirley Taylor-Regjovich] (Adv. Pro. No. 01-771, Docket No. 242)

Response Deadline:  August 6, 2004 at 4:00 p.m.

Responses Received:

a.     Debtors' Response in Objection to Libby Claimants' Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Adv. Pro. No. 01-771, Docket No. 256)

b.     Conditional Objection to Libby Claimants' Motions for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions *[Filed by Maryland Casualty Company]* (Case No. 01-1139, Docket No. 6143)

**c.     Libby Claimants' Motion for Leave to File Libby Claimants' Response to Objections to Motions for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Docket No. 263) [Filed on August 19, 2004]**

**i.     Libby Claimants' Response to Objections to Motions for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Docket No. 263) [Filed on August 19, 2004]**

Status: This matter will be going forward.

8.     Libby Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Lois Shea] (Adv. Pro. No. 01-771, Docket No. 243)

Related Documents:

a.     [Proposed] Order Granting Libby Claim Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Lois Shea] (Adv. Pro. No. 01-771, Docket No. 243)

Response Deadline: August 6, 2004 at 4:00 p.m.

Responses Received:

    a.    Debtors' Response in Objection to Libby Claimants' Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Adv. Pro. No. 01-771, Docket No. 256)

    b.    Conditional Objection to Libby Claimants' Motions for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions *[Filed by Maryland Casualty Company]* (Case No. 01-1139, Docket No. 6143)

    **c.**    **See Responses Received Item "C" for Agenda Number 7 above.**

Status: This matter will be going forward.

9.    Libby Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Dayton Hill] (Adv. Pro. No. 01-771, Docket No. 244)

Related Documents:

    a.    [Proposed] Order Granting Libby Claim Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Dayton Hill] (Adv. Pro. No. 01-771, Docket No. 244)

Response Deadline: August 6, 2004 at 4:00 p.m.

Responses Received:

    a.    Debtors' Response in Objection to Libby Claimants' Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Adv. Pro. No. 01-771, Docket No. 256)

    b.    Conditional Objection to Libby Claimants' Motions for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions *[Filed by Maryland Casualty Company]* (Case No. 01-1139, Docket No. 6143)

    **c.**    **See Responses Received Item "C" for Agenda Number 7 above.**

Status: This matter will be going forward.

10.   Libby Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Rodney Erickson] (Adv. Pro. No. 01-771, Docket No. 245)

Related Documents:

   a.   [Proposed] Order Granting Libby Claim Claimants' Motion for Relief from the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Rodney Erickson] (Adv. Pro. No. 01-771, Docket No. 245)

Response Deadline:  August 6, 2004 at 4:00 p.m.

Responses Received:

   a.   Debtors' Response in Objection to Libby Claimants' Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Adv. Pro. No. 01-771, Docket No. 256)

   b.   Conditional Objection to Libby Claimants' Motions for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions *[Filed by Maryland Casualty Company]* (Case No. 01-1139, Docket No. 6143)

   c.   **See Responses Received Item "C" for Agenda Number 7 above.**

Status: This matter will be going forward.

OMNIBUS CLAIM OBJECTIONS

11.     Debtors' Third Omnibus Objection to Claims (Non-Substantive) (Docket No. 5450)

        Related Documents:

                a.      Declaration of David B. Siegel in Support of Debtors' Third Omnibus Objection to Claims (Non-Substantive) (Docket No. 5450)

        Response Deadline: May 14, 2004 at 4:00 p.m.

        Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

        Status: The status of each claim is indicated in the charts attached as Exhibit A.

12.     Debtors' Fourth Omnibus Objection to Claims (Substantive) (Docket No. 5525)

        Related Documents:

                a.      Declaration of David B. Siegel in Support of Debtors' Fourth Omnibus Objection to Claims (Substantive) (Docket No. 5525)

        Response Deadline: June 4, 2004 at 4:00 p.m.

        Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit B.

        Status: The status of each claim is indicated in the charts attached as Exhibit B.

13.     Debtors' Fifth Omnibus Objection to Claims (Substantive) (Docket No. 5527)

        Related Documents:

                a.      Declaration of David B. Siegel in Support of Debtors' Fifth Omnibus Objection to Claims (Substantive) (Docket No. 5527)

        Response Deadline: June 4, 2004 at 4:00 p.m.

        Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit C.

        Status: The status of each claim is indicated in the charts attached as Exhibit C.

ADDITIONAL MATTERS

14.     Amended Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. §
        327(e) Authorizing Debtors to Expand Scope of Employment of Nelson Mullins
        Riley & Scarborough, L.L.P. as Special Counsel to Debtors (Docket No. 5970)

        Related Documents:

                a.      Affidavit Under 11 U.S.C. §327(e) of George B. Cauthen, Esq.

                b.      [Proposed] Order Authorizing Debtors to Expand Scope of
                        Employment of Nelson Mullins Riley & Scarborough, L.L.P. as
                        Special Counsel to Debtors (Docket No. 5970)

                c.      Certification of Counsel Regarding Order Authorizing Debtors to
                        Expand Scope of Employment of Nelson Mullins Riley &
                        Scarborough, L.L.P. as Special Counsel (Docket No. 6167)

        Response Deadline: August 6, 2004 at 4:00 p.m.

        Responses Received:  None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the motion. The Debtors did receive minor comments from the United States Trustee to the proposed form of order. These comments were included in the proposed form of order attached to the Certification of Counsel (see item "c" above). As any issues have been resolved, the Debtors respectfully request the entry of the order attached to the Certification of Counsel.

Dated: August 20, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession