01-1139

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK

---------------------------------------X

DENNIS NELSON

v.

RE: MURIEL SIEBERT BANK
BROKERAGE ACC

---------------------------------------X

~~Notice of Appeal~~
~~In a Civil Case And~~
~~Motion for Extension~~
~~of Time~~

Chapter 11

~~Docket Number~~

1. Notice is hereby given that ~~[struck out]~~ DENNIS NELSON chapter hereby ~~appeals~~

   (party)

to the United States Court of ~~Appeals~~ for the Second Circuit from the judgment entered in this action

on 8/12/04 . ~~[Describe it]~~ Chapter 11
   (date)

2. In the event that this form was not received in the clerk's office within the required time

~~[struck]~~ Dennis Nelson respectfully requests the court to grant an extension of time

   (party)

in accordance with Federal Rules of ~~Appellate~~ Procedure 4 (a) (5).

   a. In support of this request, Dennis Nelson states that this
                                    (party)

Court's judgment was received on 8/12/04 and that this form was mailed to the court
                                   (date)

on 8/13/04 .
   (date)

                                                    _____
                                                    Signature
                                                    PO Box 149
                                                    Address
                                                    Attica, N.Y 14011
                                                    (716) 591-2000
                                                    Telephone Number

Date: 8/12/04

**Note:** You may wish to use this form if you are mailing your notice of appeal and are not sure that the Clerk of the District Court will **receive** it within the 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT
███████ DISTRICT OF NEW YORK

―――――――――――――――――――――――― x

Dennis Nelson

-against-

RE: Muriel Siebert L.L.C
Brokerage Account

―――――――――――――――――――――――― x

Chapter 11

AFFIRMATION OF SERVICE

____ CIV. ____ ( )

I, Dennis Nelson, declare under penalty of perjury that I have served a copy of the attached Chapter 11 against The Defendant Muriel Siebert L.L.C upon Open My Money In His Bank whose address is Muriel Siebert L.L.C, 111 Pavonia Str Jersey City, N.J 07130. Holding The Amount of $656.3 Billion dollars I write to withdraw But Don't Answear My Letter's Requested.

DATED: 8/12/04, New York

8/12/2004

Signature: Dennis Nelson

PO Box 149
Address

Attica, N.Y. 14011
City, State & Zip Code

UNITED STATES DISTRICT COURT
~~~~~~~~~~ DISTRICT OF NEW YORK

---------------------------------X     Chapter 11

DENNIS NELSON                    :     Notice of Appeal
                                 :     In a Civil Case
            Vs                   :
RE: MURIEL siebert               :
    Brokerage Account            :     Docket Number
---------------------------------X

Notice is hereby given that __MURIEL siebert__
__chapter 11__                     __chapter 11__ (party)
hereby ~~appeals~~ to the United States Court of ~~Appeals~~ for the Second Circuit from the Judgment

[Describe it]   OPEN AN ACCOUNT with THE
                Amount of $656.3 Billion dollars
                IN THERE Bank. # 100-36493

entered in this action on the __THURS__ day of __12TH__, 20__04__

                                       _[signature: Dennis Nelson]_
                                       Signature
                                       PO Box 149
                                       Address
                                       Attica, NY 14011
                                       (716) 591-2000
                                       Telephone Number

Date: 8/12/04

**Note:** You may use this form to take an appeal provided that it is **received** by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

Form 1-CA/SNY-8/87