alp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Run Date & Time: 08/12/2004 13:06:38

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
----------------------------------------------

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | FEES | | COSTS |
|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 06/30/2004 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 06/30/2004 |

GROSS BILLABLE AMOUNT:   23,202.00   184.12
AMOUNT WRITTEN DOWN:
  PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
  THRU DATE:   06/30/2004                        06/30/2004
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

FEES:              54,153.40     UNIDENTIFIED RECEIPTS:    0.00
DISBURSEMENTS:      1,852.66     PAID FEE RETAINER:        0.00
FEE RETAINER:           0.00     PAID DISB RETAINER:       0.00
DISB RETAINER:          0.00     TOTAL AVAILABLE FUNDS:    0.00
TOTAL OUTSTANDING: 71,608.24     TRUST BALANCE:

BILLING HISTORY

DATE OF LAST BILL:    08/12/04        LAST PAYMENT DATE:    08/03/04
LAST BILL NUMBER:     394084          FEES BILLED TO DATE:  743,570.50
LAST BILL THRU DATE:  06/30/04        FEES WRITTEN OFF TO DATE:  580,542.18

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
  (1) Exceeded Fixed Fee         (6) Summer Associate
  (2) Late Time & Costs Posted   (7) Fixed Fee
  (3) Pre-arranged Discount      (8) Premium
  (4) Excessive Legal Time       (9) Rounding
  (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

```
alp_132c: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   2
Run Date & Time: 08/12/2004 13:06:41                              *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L E D   T I M E   S U M M A R Y  ---------------------------------   Total Billed ------------
Emp Id Employee Name                  Group                Oldest    Latest       Hours        Amount
                                                            Entry     Entry
------ ------------------             ----------           --------- ---------   ---------   ----------
02495  BENTLEY, PHILIP                PARTNER              06/04/04  06/30/04        12.00    6,780.00
05292  BECKER, GARY M.                SPEC COUNSEL         06/02/04  06/29/04        17.30    8,563.50
05646  KLEIN, DAVID                   ASSOCIATE            06/01/04  06/30/04        18.00    7,020.00
05208  MANGUAL, KATHLEEN              PARALEGAL            06/10/04  06/29/04         4.30      838.50

                              Total:                                                 51.60   23,202.00


B I L L E D   C O S T S   S U M M A R Y  --------------------  Total Billed  -----------
Code   Description                  Oldest    Latest      Total
                                     Entry     Entry      Amount
-----  -------------                --------  --------   ---------
0820   PHOTOCOPYING                 06/08/04  06/29/04       41.55
0840   MANUSCRIPT SERVICE           06/09/04  06/23/04       12.00
0841   RESEARCH SERVICES            06/09/04  06/09/04       14.00
0880   POSTAGE                      06/23/04  06/23/04        4.55
0885   LONG-DISTANCE TEL.           06/20/04  06/25/04        0.45
0895   TEL CREDIT CARD              06/30/04  06/30/04       21.61
0917   WESTLAW ON - LINE RESEARCH   06/03/04  06/10/04       18.78
0930   MESSENGER/COURIER            06/16/04  06/30/04       15.56
0943   IN-HOUSE/MEALS               06/09/04  06/09/04       13.76
0972   DOCUMENT RETRIEVAL FEES      06/30/04  06/30/04       41.86

                              Total                                184.12

                        Grand Total                             23,386.12
                                                            ============


B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 08/12/04 13:06:41)
                                ------ Billed ------            ---- Collections ----
Bill Date  Thru Date  Bill#     Fee & OA     Disbursement       Applied   Total    Date        Balance
                                                                From OA                         Due
---------- ---------  ------    ---------    ------------       -------   -----    ----        -------
           YEAR 2001            143,986.00      16,201.41                 160,187.41
           YEAR 2002            327,571.32      22,724.32                 350,295.64
01/31/03   12/31/02  364671      11,853.50         816.82                  12,670.32  03/25/03
02/20/03   01/31/03  365684      11,100.00         927.47                  12,027.47  04/11/03
03/19/03   02/28/03  367178      12,018.00         240.08                  12,258.08  10/23/03
04/29/03   03/31/03  369330      26,969.00         452.38                  27,421.38  10/23/03
05/16/03   04/30/03  370445       7,609.00       1,594.42                   9,203.42  12/26/03
06/17/03   05/31/03  371897       9,411.00         107.57                   9,518.57  12/26/03
07/24/03   06/30/03  373781      10,427.00         137.09                  10,564.09  12/26/03
08/31/03   07/31/03  375389       9,272.50          32.30                   9,304.80
09/30/03   08/31/03  376733       9,815.50         130.93                   9,946.43  05/10/04
11/14/03   09/30/03  379590      14,930.00         227.75                  15,157.75  12/26/03
11/30/03   10/31/03  380293      13,134.00         174.04                  13,308.04  07/02/04
12/31/03   11/30/03  381784      14,197.50         273.00                  14,470.50  02/27/04
01/29/04   12/31/03  382765      17,595.00       1,599.14                  19,194.14  07/02/04
```

```
alp_132c: Billed Charges Analysis                                                                              PAGE   3
Run Date & Time: 08/12/2004 13:06:41

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:41)
                                     ------- Billed --------      ------ Collections ------        Balance
Bill Date Thru Date Bill#     Fee & OA     Disbursement    Applied From OA    Total      Date        Due
---------- --------- ------   ---------    ------------    ----------------   -----      ----        ---
02/25/04 01/31/04 384579      8,979.00          436.47         7,619.67   04/13/04                1,795.80
04/30/04 02/29/04 388529      8,888.00          545.85         7,656.25                           1,777.60
05/27/04 04/30/04 390208     13,807.50          469.11        12,112.11   08/03/04                2,164.50
06/29/04 05/31/04 391727     14,373.50          389.30              .00                          14,762.80
07/31/04 06/30/04 392045     10,840.00        1,279.24              .00                          12,119.24
08/12/04 06/30/04 394084     23,202.00          184.12              .00                          23,386.12

                  Total:    719,979.32       48,942.81                  712,916.07               56,006.06
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    1
Run Date & Time: 08/12/2004 13:06:36                         *PRIVILEGED AND CONFIDENTIAL*

                                                              PRE-BILLING SUMMARY REPORT

Client No:  056772-00001                                                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1845624
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                             Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                           Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                                            FEES                                         COSTS
                                                                        -----------                                   -----------
           UNBILLED TIME FROM:    06/01/2004                    TO:      06/30/2004
           UNBILLED DISB FROM:    06/08/2004                    TO:      06/30/2004

    GROSS BILLABLE AMOUNT:                       3,718.50                                                125.39
    AMOUNT WRITTEN DOWN:
    PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:                     06/30/2004                                                  06/30/2004
CLOSE MATTER/FINAL BILLING?  YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                            BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                                              ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

       FEES:                       9,163.50            UNIDENTIFIED RECEIPTS:           0.00
       DISBURSEMENTS:                225.74            PAID FEE RETAINER:                0.00
       FEE RETAINER:                   0.00            PAID DISB RETAINER:               0.00
       DISB RETAINER:                  0.00            TOTAL AVAILABLE FUNDS:            0.00
       TOTAL OUTSTANDING:          9,389.24            TRUST BALANCE:
                                                      BILLING HISTORY

       DATE OF LAST BILL:           08/12/04           LAST PAYMENT DATE:         08/03/04
       LAST BILL NUMBER:              394084          FEES BILLED TO DATE:       211,536.50
       LAST BILL THRU DATE:         06/30/04     FEES WRITTEN OFF TO DATE:        79,053.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee              (6) Summer Associate
    (2) Late Time & Costs Posted        (7) Fixed Fee
    (3) Pre-arranged Discount           (8) Premium
    (4) Excessive Legal Time            (9) Rounding
    (5) Business Development           (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    2
Run Date & Time: 08/12/2004 13:06:36                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number: 1845624
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ----------------------- Total Billed -----------------------
Emp Id Employee Name                       Group               Oldest      Latest         Hours              Amount
                                                               ------      ------         ------             ------
05292  BECKER, GARY M.                      CRED                06/09/04    06/09/04        0.50              247.50
05646  KLEIN, DAVID                         CRED                06/01/04    06/30/04        8.10            3,159.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN                    CRED                06/16/04    06/16/04        1.60              312.00

                               Total:                                                      10.20            3,718.50

Sub-Total Hours  :   0.00 Partners    0.50 Counsels    8.10 Associates    1.60 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y  ---------------- Total Billed ----------------
Code Description                                           Oldest        Latest        Total
                                                           Entry         Entry         Amount
                                                           ------        ------        ------
0820  PHOTOCOPYING                                         06/08/04      06/29/04        18.15
0841  RESEARCH SERVICES                                    06/09/04      06/09/04        14.00
0885  LONG-DISTANCE TEL.                                   06/20/04      06/25/04         0.45
0895  TEL. CREDIT CARD                                     06/30/04      06/30/04        21.61
0930  MESSENGER/COURIER                                    06/16/04      06/30/04        15.56
0943  IN-HOUSE/MEALS                                       06/09/04      06/09/04        13.76
0972  DOCUMENT RETRIEVAL FEES                              06/30/04      06/30/04        41.86

                               Total                                                    125.39

                               Grand Total                                            3,843.89
                                                                                    ==========

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:36)
                    ------ Billed -------        Applied    ---- Collections ----
Bill Date Thru Date Bill#      Fee & OA  Disbursement     From OA      Total       Date       Balance
                               --------  ------------     -------      -----       ----       Due
YEAR 2001
01/31/03 12/31/02 364671     63,892.50       8,160.18                77,505.76                6,814.32 03/25/03
02/20/03 01/31/03 365684      6,081.00         733.32                 6,814.32 03/25/03
03/19/03 02/28/03 367178      2,264.50         904.37                 3,168.87 04/11/03
04/29/03 03/31/03 369330      1,726.50         175.30                 1,901.80 05/27/03
05/16/03 04/30/03 370445      4,200.00         435.90                 4,635.90 10/23/03
06/17/03 05/31/03 371897      4,021.00         627.57                 4,648.57 10/23/03
07/24/03 06/30/03 373811      3,418.50         105.57                 3,524.07 12/26/03
08/31/03 07/31/03 375389      2,578.50         135.30                 2,713.80 10/23/03
09/30/03 08/31/03 376733      3,533.50          13.06                 3,546.56 11/28/03
11/14/03 09/30/03 379590      3,660.00          89.89                 3,749.89 12/08/03
11/30/03 10/31/03 380293      3,721.50         225.75                 3,947.25 12/26/03
12/31/03 11/30/03 381784      3,546.00         155.04                 3,701.04 02/27/04
01/29/04 12/31/03 382765      3,986.00          48.00                 4,034.00 02/27/04
                              6,246.50       1,364.34                 7,610.84 02/27/04
YEAR 2002
                             71,036.50      13,613.26                79,196.68
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE     3
Run Date & Time: 08/12/2004 13:06:36

                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1845624
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:36)
                                 ------- Billed -------      ------ Applied ------    ---- Collections ----     Balance
Bill Date Thru Date Bill#        Fee & OA    Disbursement    From OA         Total           Date              Due
02/25/04 01/31/04   384579       4,124.00       436.47                    4,560.47      04/13/04
04/30/04 02/29/04   388529       2,552.50        43.85                    2,596.35      06/29/04
05/27/04 04/30/04   390208       2,589.00       114.15                    2,703.15      08/03/04
06/29/04 05/31/04   391727       2,331.00        13.05                         .00                           2,344.05
07/31/04 06/30/04   392045       3,114.00        87.30                         .00                           3,201.30
08/12/04 06/30/04   394084       3,718.50       125.39                         .00                           3,843.89
                    Total:     202,341.50    27,607.06                  220,559.32                           9,389.24
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE    4
Run Date & Time: 08/12/2004 13:06:36                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS - 06975                      Proforma Number: 1845624
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495                  Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status      : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name            Work Date  Description                                                Hours    Amount      Index#  Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 06/01/04 | review pleadings/filings, distr same as necessary; | 0.40 | 156.00 | 5216649 | 07/02/04 |
| KLEIN, DAVID | 06/02/04 | review pleadings/filings, distr same as necessary; | 0.70 | 273.00 | 5216650 | 07/02/04 |
| KLEIN, DAVID | 06/03/04 | review pleadings/filings, distr same as necessary; | 0.20 | 78.00 | 5216651 | 07/02/04 |
| KLEIN, DAVID | 06/07/04 | review pleadings/filings, distr same as necessary; | 0.80 | 312.00 | 5216652 | 07/02/04 |
| BECKER, GARY M. | 06/09/04 | Meeting with Bentley to prepare for equity committee call. (0.5). | 0.50 | 247.50 | 5185725 | 06/14/04 |
| KLEIN, DAVID | 06/10/04 | review pleadings/filings, distr same as necessary(0.7); email re same to PB, GMB (0.3). | 1.00 | 390.00 | 5216653 | 07/02/04 |
| KLEIN, DAVID | 06/14/04 | review pleadings/filings, distr same as necessary; | 0.20 | 78.00 | 5216654 | 07/02/04 |
| KLEIN, DAVID | 06/15/04 | review pleadings/filings, distr same as necessary (0.1); rec'd call from Gregg Schrok re case developments (0.1). | 0.20 | 78.00 | 5216655 | 07/02/04 |
| KLEIN, DAVID | 06/17/04 | review pleadings/filings, distr same as necessary (0.8); emails from K.Mangual, GMB re KLN&F fee app. (0.2). | 1.00 | 390.00 | 5216657 | 07/02/04 |
| MANGUAL, KATHLEEN | 06/16/04 | organization of files, update pleadings index and correspondence (1.6) | 1.60 | 312.00 | 5216499 | 07/02/04 |
| KLEIN, DAVID | 06/16/04 | review pleadings/filings, distr same as necessary (0.6); receive call from G.Schlock re case status (0.1), email to GMB re same (0.2); | 0.90 | 351.00 | 5216656 | 07/02/04 |
| KLEIN, DAVID | 06/22/04 | review pleadings/filings, distr same as necessary. | 0.30 | 117.00 | 5216659 | 07/02/04 |
| KLEIN, DAVID | 06/23/04 | review pleadings/filings, distr same as necessary. | 0.50 | 195.00 | 5216660 | 07/02/04 |
| KLEIN, DAVID | 06/24/04 | review pleadings/filings, distr same as necessary. | 0.70 | 273.00 | 5216661 | 07/02/04 |
| KLEIN, DAVID | 06/18/04 | review pleadings/filings, distr same as necessary. | 0.80 | 312.00 | 5216658 | 07/02/04 |
| KLEIN, DAVID | 06/29/04 | review pleadings/filings, distr same as reports (0.2); email to/from GMB re status reports (0.2). | 0.30 | 117.00 | 5216662 | 07/02/04 |
| KLEIN, DAVID | 06/30/04 | review pleadings/filings, distr same as necessary; | 0.10 | 39.00 | 5216663 | 07/02/04 |

```
                                                                                 Fee Total          10.20    3,718.50

                                                                                                    10.20    3,718.50
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE     5
Run Date & Time: 08/12/2004 13:06:36                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   1845624
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status     : ACTIVE

           B I L L E D   C O S T S   D E T A I L
Description/Code                                     Employee              Date        Amount    Index#   Batch No  Batch Date
------------------------------------------------------------------------------------------------------------------------------

           B I L L E D   C O S T S   D E T A I L
Description/Code                                     Employee              Date        Amount    Index#   Batch No  Batch Date
------------------------------------------------------------------------------------------------------------------------------
PHOTOCOPYING                           0820
PHOTOCOPYING                                         MANGUAL, K M         06/08/04        4.65   6584650   116189   06/10/04
MANGUAL KATHLEEN
PHOTOCOPYING                                         MANGUAL, K M         06/29/04       13.50   6606931   116754   06/30/04
MANGUAL KATHLEEN
                                                                       0820 PHOTOCOPYING Total :         18.15

RESEARCH SERVICES                      0841
RESEARCH SERVICES                                    HALVEY, J H          06/09/04       14.00   6611586   116838   07/02/04
06/09/2004
                                                                 0841 RESEARCH SERVICES Total :          14.00

LONG-DISTANCE TEL.                     0885
LONG-DISTANCE TEL.                                   BENTLEY, P           06/20/04        0.15   6599339   116527   06/22/04
3128612162
LONG-DISTANCE TEL.                                   BENTLEY, P           06/25/04        0.30   6604496   116683   06/29/04
252457001
                                                                  0885 LONG-DISTANCE TEL. Total :         0.45

TEL CREDIT CARD                        0895
TEL CREDIT CARD                                      BENTLEY, P           06/30/04       21.61   6610060   116800   07/01/04
TEL CREDIT CARD 05/07/04
                                                                    0895 TEL CREDIT CARD Total :         21.61

MESSENGER/COURIER                      0930
FEDERAL EXPRESS CORPORAT                             MANGUAL, K M         06/16/04        7.78   6593861   116392   06/16/04
MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
CORPORATION
FEDERAL EXPRESS CORPORAT                             MANGUAL, K M         06/30/04        7.78   6611312   116792   07/01/04
MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
CORPORATION
                                                                  0930 MESSENGER/COURIER Total :         15.56

IN-HOUSE/MEALS                         0943
IN-HOUSE/MEALS                                       KLEIN, D K           06/09/04       13.76   6588534   116238   06/11/04
                                                                      0943 IN-HOUSE/MEALS Total :        13.76

DOCUMENT RETRIEVAL F                   0972
DOCUMENT RETRIEVAL F                                 PIZZARELLO, C        06/30/04       41.86   6642385   118188   07/29/04
                                                               0972 DOCUMENT RETRIEVAL F Total :         41.86
```

```
alp_132r: Billed Charges Analysis                                                              PAGE    6
Run Date & Time: 08/12/2004 13:06:36

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                       Orig Prtnr : CRED. RGTS - 06975       Proforma Number:  1845624
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CASE ADMINISTRATION             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                          Status     : ACTIVE

B I L L E D    C O S T S    D E T A I L
Description/Code            Employee              Date            Amount        Index#   Batch No   Batch Date
------------------------------------------------------------------------------------------------------------

         Costs Total :                                            125.39
```