```
alp_132r: Billed Charges Analysis                                                                                    PAGE    7
Run Date & Time: 08/12/2004 13:06:36

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:   1845624
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y
Employee Name                       Hours      Amount              Bill             W/o / W/u           Transfer To   Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.                      0.50      247.50
KLEIN, DAVID                         8.10    3,159.00
MANGUAL, KATHLEEN                    1.60      312.00
                    Total:          10.20    3,718.50

B I L L E D   C O S T S   S U M M A R Y
Code  Description                    Amount                        Bill             W/o / W/u           Transfer To   Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------------
0820  PHOTOCOPYING                   18.15
0841  RESEARCH SERVICES              14.00
0885  LONG-DISTANCE TEL.              0.45
0895  TEL CREDIT CARD                21.61
0930  MESSENGER/COURIER              15.56
0943  IN-HOUSE/MEALS                 13.76
0972  DOCUMENT RETRIEVAL FEES        41.86
                    Costs Total :   125.39
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE    8
Run Date & Time: 08/12/2004 13:06:36

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                           Orig Prtnr : CRED. RGTS - 06975        Proforma Number:   1845625
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

Special Billing Instructions:

                                      PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:  06/04/2004             TO:  06/30/2004
              UNBILLED DISB FROM:                         TO:

                                           FEES                            COSTS
                                         --------                         -------

GROSS BILLABLE AMOUNT:                    5,567.00                          0.00
AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
         THRU DATE:         06/30/2004

CLOSE MATTER/FINAL BILLING?            YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                             BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                                     ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                     --------------------------                    --------------

                  FEES:                9,822.00     UNIDENTIFIED RECEIPTS:              0.00
         DISBURSEMENTS:                    2.00     PAID FEE RETAINER:                  0.00
          FEE RETAINER:                    0.00     PAID DISB RETAINER:                 0.00
         DISB RETAINER:                    0.00     TOTAL AVAILABLE FUNDS:              0.00
      TOTAL OUTSTANDING:                9,824.00    TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ---------------
      DATE OF LAST BILL:   08/12/04             LAST PAYMENT DATE:        08/03/04
      LAST BILL NUMBER:    394084               FEES BILLED TO DATE:      88,385.50
      LAST BILL THRU DATE: 06/30/04             FEES WRITTEN OFF TO DATE: 21,567.50

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
                          (1) Exceeded Fixed Fee            (6) Summer Associate
                          (2) Late Time & Costs Posted      (7) Fixed Fee
                          (3) Pre-arranged Discount         (8) Premium
                          (4) Excessive Legal Time          (9) Rounding
                          (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    9
Run Date & Time: 08/12/2004 13:06:36                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                                                   Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    1845625
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                          Status      : ACTIVE

 B I L L E D   T I M E   S U M M A R Y  ----------------- Total Billed -----------------
Emp Id   Employee Name              Group          Oldest       Latest         Hours          Amount
-------  ----------------------     -----         --------     --------       -------      -----------
02495    BENTLEY, PHILIP            CRED          06/04/04     06/30/04          7.40         4,181.00
05292    BECKER, GARY M.            CRED          06/04/04     06/25/04          2.80         1,386.00
                                                                               -------      -----------
                            Total:                                               10.20         5,567.00

Sub-Total Hours :    7.40 Partners   2.80 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

 B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:36)
                              ------- Billed --------   Applied          ---- Collections ----   Balance
Bill Date   Thru Date  Bill#   Fee & OA   Disbursement  From OA          Total         Date      Due
---------   ---------  -----  ----------  ------------  --------       ----------    ---------  --------
 YEAR 2002
01/31/03    12/31/02   364671  34,996.50      2,032.99       .00       37,029.49
 YEAR 2001
01/31/03    12/31/02   364671  11,113.50      1,628.57       .00       12,742.07
03/19/03    02/28/03   367178   1,341.00           .00       .00        1,341.00     03/25/03
03/19/03    03/31/03   369330   1,123.50         50.00       .00        1,173.50     05/27/03
04/29/03    03/31/03   369330   2,138.50          3.00       .00        2,141.50     10/23/03
05/16/03    04/30/03   370445     455.00         26.55       .00          481.55     10/23/03
06/17/03    05/31/03   371897        .00          2.00       .00            2.00     08/19/03
07/24/03    06/30/03   372811   2,292.50           .00       .00        2,292.50     10/23/03
08/31/03    07/31/03   375389   3,567.50           .00       .00        3,567.50     11/28/03
09/30/03    08/31/03   376733   1,137.50           .00       .00        1,137.50     12/08/03
10/31/03    09/30/03   379590   4,804.50          2.00       .00        4,806.50     12/26/03
11/30/03    10/31/03   380293   3,302.50         19.00       .00        3,321.50     02/27/04
12/31/03    11/30/03   381784   1,405.50         20.00       .00        1,425.50     02/27/04
01/29/04    12/31/03   382765   2,416.00         36.00       .00        2,452.00     02/27/04
02/25/04    01/31/04   384579   2,284.00           .00       .00        2,284.00     04/13/04
04/30/04    02/29/04   388529   1,717.50           .00       .00        1,717.50     06/29/04
05/27/04    04/30/04   390208   4,468.00         23.40       .00        4,491.40     08/03/04
06/29/04    05/31/04   391727   2,466.00          2.00                                           2,468.00
07/31/04    06/30/04   392045   1,789.00           .00                                           1,789.00
08/12/04    06/30/04   394084   5,567.00           .00                                           5,567.00
                              ----------  ------------                 ----------              ----------
                    Total:     88,385.50      3,845.51                 82,407.01                 9,824.00
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE    10
Run Date & Time: 08/12/2004 13:06:36

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1845625
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name        Work Date    Description                                                Hours     Amount    Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/04/04 | Trade emails with equity committee members re case status and conf. Bentley re same | 0.50 | 247.50 | 5180522 | 06/09/04 |
| BENTLEY, PHILIP | 06/04/04 | Voicemails and discs GB | 0.30 | 169.50 | 5214650 | 07/01/04 |
| BENTLEY, PHILIP | 06/09/04 | Conf GB; discs T. Weschler; review sealed air motion; prep for tomorrow's committee call; prepare short memo to Committee | 2.80 | 1,582.00 | 5214647 | 07/01/04 |
| BENTLEY, PHILIP | 06/10/04 | Committee call (1.3); review pleadings (0.3) | 1.60 | 904.00 | 5214645 | 07/01/04 |
| BENTLEY, PHILIP | 06/11/04 | Review voicemails | 0.10 | 56.50 | 5214646 | 07/01/04 |
| BECKER, GARY M. | 06/14/04 | Conf. with equity holder re case issues (0.5) | 0.50 | 247.50 | 5187007 | 06/16/04 |
| BENTLEY, PHILIP | 06/14/04 | Discs GB, voicemail and email | 0.50 | 282.50 | 5214648 | 07/01/04 |
| BENTLEY, PHILIP | 06/17/04 | Discs GB | 0.20 | 113.00 | 5214649 | 07/01/04 |
| BENTLEY, PHILIP | 06/18/04 | Discs GB and Jan Baer | 0.90 | 508.50 | 5214651 | 07/01/04 |
| BENTLEY, PHILIP | 06/20/04 | Exchange email with committee chair re status report. | 0.20 | 99.00 | 5192298 | 06/23/04 |
| BECKER, GARY M. | 06/22/04 | Conf. with individual equity holder re case issues | 0.30 | 148.50 | 5195965 | 06/23/04 |
| BENTLEY, PHILIP | 06/22/04 | Review docs | 0.10 | 56.50 | 5214655 | 07/01/04 |
| BECKER, GARY M. | 06/23/04 | Attention to sending status reports to committee members | 0.50 | 247.50 | 5197797 | 06/24/04 |
| BENTLEY, PHILIP | 06/23/04 | Discs GB and voicemail | 0.10 | 56.50 | 5214656 | 07/01/04 |
| BECKER, GARY M. | 06/25/04 | Prepare for and conf. with equity committee chairman re meeting with futures representative. | 0.80 | 396.00 | 5202492 | 06/29/04 |
| BENTLEY, PHILIP | 06/25/04 | Discs T. Weschler, DB and GB | 0.60 | 339.00 | 5214657 | 07/01/04 |
| BENTLEY, PHILIP | 06/28/04 | Review docs | 0.10 | 56.50 | 5214658 | 07/01/04 |
| BENTLEY, PHILIP | 06/30/04 | Review emails | 0.10 | 56.50 | 5214660 | 07/01/04 |
| | | Fee Total | 10.20 | 5,567.00 | | |
| | | Fee Total | 10.20 | 5,567.00 | | |

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   11
Run Date & Time: 08/12/2004 13:06:36

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                           Orig Prtnr : CRED. RGTS     - 06975     Proforma Number:   1845625
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

      B I L L E D   T I M E   S U M M A R Y  -------------------------------- Total Billed --------------------------------
Employee Name                    Hours       Amount               Bill        W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward
BENTLEY, PHILIP                   7.40      4,181.00
BECKER, GARY M.                   2.80      1,386.00
         Total:                  10.20      5,567.00
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE   12
Run Date & Time: 08/12/2004 13:06:36

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                        Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1845627
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status    : ACTIVE

Special Billing Instructions:

                                                       PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  06/21/2004                                        TO:   06/22/2004
UNBILLED DISB FROM:                                                    TO:

                                              FEES                            COSTS
                                          -----------                     -----------

GROSS BILLABLE AMOUNT:                       1,138.50                         0.00
AMOUNT WRITTEN DOWN:
       PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
       THRU DATE:                           06/22/2004
CLOSE MATTER/FINAL BILLING?  YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                               BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                                              ACCOUNTS RECEIVABLE TOTALS             UNAPPLIED CASH

                 FEES:             5,633.50          UNIDENTIFIED RECEIPTS:    0.00
        DISBURSEMENTS:                 0.00          PAID FEE RETAINER:        0.00
         FEE RETAINER:                 0.00          PAID DISB RETAINER:       0.00
        DISB RETAINER:                 0.00          TOTAL AVAILABLE FUNDS:    0.00
    TOTAL OUTSTANDING:             5,633.50          TRUST BALANCE:
                                                     BILLING HISTORY

DATE OF LAST BILL:                  08/12/04           LAST PAYMENT DATE:           08/03/04
LAST BILL NUMBER:                    394084            FEES BILLED TO DATE:       30,380.50
LAST BILL THRU DATE:                06/30/04           FEES WRITTEN OFF TO DATE:     444.00

FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
                                       ------------------------------

     (1) Exceeded Fixed Fee                 (6) Summer Associate
     (2) Late Time & Costs Posted           (7) Fixed Fee
     (3) Pre-arranged Discount              (8) Premium
     (4) Excessive Legal Time               (9) Rounding
     (5) Business Development              (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____     Processed by:_____    FRC:_____    CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                                PAGE    13
Run Date & Time: 08/12/2004 13:06:37

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    1845627
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y  -------------------- Total  Billed --------------------
Emp Id Employee Name                      Group             Oldest      Latest       Hours         Amount
05292  BECKER, GARY M.                     CRED            06/21/04    06/22/04        2.30       1,138.50
                                   Total:                                              2.30       1,138.50

Sub-Total Hours :  0.00 Partners   2.30 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

B I L L I N G  &  P A Y M E N T  H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:37)
                                 ------- Billed -------   --- Applied ---   --- Collections ---        Balance
Bill Date  Thru Date  Bill#      Fee & OA    Disbursement    From OA    Total             Date         Due

YEAR 2002                       1,450.00        198.00         .00
06/17/03  05/31/03  371897      2,677.50           .00         .00                     2,677.50  12/26/03
08/31/03  07/31/03  375389           .00            .00         .00
09/30/03  08/31/03  376733      2,138.50           .00         .00                     2,138.50  12/08/03
11/14/03  09/30/03  379590      2,444.00           .00         .00                     2,444.00  12/26/03
11/30/03  10/31/03  380293      4,425.00           .00         .00                     4,425.00  07/02/04
12/31/03  11/30/03  381784      4,533.50           .00         .00                     4,533.50  02/27/04
01/29/04  12/31/03  382765      3,544.50           1.80        .00                     3,546.30  02/27/04
02/25/04  01/31/04  384579        261.50            .00         .00                       261.50  04/13/04
04/30/04  02/29/04  388529      2,233.00          4.50         .00                     2,237.50  06/29/04
05/27/04  04/30/04  390208      1,039.50          4.05         .00                     1,043.55  08/03/04
06/29/04  05/31/04  391727      2,827.50            .00         .00         .00                              2,827.50
07/31/04  06/30/04  392045      1,667.50            .00         .00         .00                              1,667.50
08/12/04  06/30/04  394084      1,138.50            .00         .00         .00                              1,138.50

                    Total:     30,380.50        208.35                             24,955.35                 5,633.50
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE  14
Run Date & Time: 08/12/2004 13:06:37

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1845627
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name              Work Date   Description                                     Hours      Amount      Index#  Batch Date
----------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.            06/21/04    Review new motions filed by Debtor re lease      0.30      148.50      5196299  06/23/04
                                       assignment, ADR claim procedures and Alltech
                                       transaction.
BECKER, GARY M.            06/22/04    Review status reports from various parties and   2.00      990.00      5195966  06/23/04
                                       circulate to committee members

                                                                         Fee Total      2.30    1,138.50

                                                                         Fee Total      2.30    1,138.50
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE    15
Run Date & Time: 08/12/2004 13:06:37

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                        Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1845627
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
Employee Name                    Hours       Amount              Bill         W/o / W/u       Transfer To   Clnt/Mtr    Carry Forward
---------------                  -----       ------              ----         ---------       -----------   --------    -------------
BECKER, GARY M.                   2.30     1,138.50

    Total:                        2.30     1,138.50
```