```
alp_132r: Billed Charges Analysis                                                                                    PAGE    16
Run Date & Time: 08/12/2004 13:06:37

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1845628
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:     06/10/2004                   TO:     06/29/2004
         UNBILLED DISB FROM:                                  TO:

                                         FEES                                 COSTS

     GROSS BILLABLE AMOUNT:        1,170.00                                    0.00
     AMOUNT WRITTEN DOWN:
              PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
         THRU DATE:               06/29/2004
CLOSE MATTER/FINAL BILLING?  YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

                             BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                                          ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

              FEES:                    3,696.90
     DISBURSEMENTS:                        0.00        UNIDENTIFIED RECEIPTS:         0.00
     FEE RETAINER:                         0.00        PAID FEE RETAINER:             0.00
     DISB RETAINER:                        0.00        PAID DISB RETAINER:            0.00
     TOTAL OUTSTANDING:                3,696.90        TOTAL AVAILABLE FUNDS:         0.00
                                                       TRUST BALANCE:
                                             BILLING HISTORY

     DATE OF LAST BILL:           08/12/04             LAST PAYMENT DATE:       08/03/04
     LAST BILL NUMBER:            394084               FEES BILLED TO DATE:     60,571.00
     LAST BILL THRU DATE:         06/30/04             FEES WRITTEN OFF TO DATE:   222.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee            (6) Summer Associate
     (2) Late Time & Costs Posted      (7) Fixed Fee
     (3) Pre-arranged Discount         (8) Premium
     (4) Excessive Legal Time          (9) Rounding
     (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    17
Run Date & Time: 08/12/2004 13:06:37                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1845628
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status   : ACTIVE

   B I L L E D   T I M E   S U M M A R Y  ------------------ Total Billed ------------------
Emp Id Employee Name              Group            Oldest       Latest         Hours         Amount
05292  BECKER, GARY M.            CRED            06/22/04     06/29/04          1.30         643.50
05208  MANGUAL, KATHLEEN          CRED            06/10/04     06/29/04          2.70         526.50

                                                       Total:                    4.00       1,170.00

Sub-Total Hours :    0.00 Partners    1.30 Counsels    0.00 Associates    2.70 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:37)
                                   ------- Billed --------     --- Applied ---    --- Collections ---   Balance
Bill Date  Thru Date  Bill#    Fee & OA    Disbursement     From OA    Total         Date               Due
  YEAR 2001                    10,165.00         191.48                 10,356.48
  YEAR 2002                    33,105.00         183.14                 33,288.14
01/31/03   12/31/02  364671       805.50            .00                    805.50   03/25/03
02/20/03   01/31/03  365684       838.00            .00                    838.00   04/11/03
03/19/03   02/28/03  367178     2,266.00          12.08                  2,278.08   05/27/03
04/29/03   03/31/03  369330       670.00          13.48                    683.48   10/23/03
05/16/03   04/30/03  370445       851.00            .00                    851.00   10/23/03
06/17/03   05/31/03  371897     1,033.00            .00                  1,033.00   12/26/03
07/24/03   06/30/03  373811       708.50            .00                    708.50   10/23/03
08/31/03   07/31/03  375389       203.50            .00                    203.50   05/10/04
09/30/03   08/31/03  376733     1,059.50          28.04                  1,087.54   12/08/03
11/14/03   09/30/03  379590       687.50            .00                    687.50   12/26/03
11/30/03   10/31/03  380293       240.50            .00                    240.50   07/02/04
12/31/03   11/30/03  381784       962.00            .00                    962.00   02/27/04
01/29/04   12/31/03  382765     2,080.00            .00                  2,080.00   07/02/04
02/25/04   01/31/04  384579     1,758.00            .00                          01   513.70   04/13/04       1,244.30
04/30/04   02/29/04  388529       951.00            .00                    607.40   06/29/04         343.60
05/27/04   04/30/04  390208        78.00            .00                     78.00   08/03/04
07/31/04   06/30/04  392045       939.00            .00                       .00                            939.00
08/12/04   06/30/04  394084     1,170.00            .00                       .00                          1,170.00

                  Total:       60,571.00         428.22                 57,302.32                          3,696.90
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE   18
Run Date & Time: 08/12/2004 13:06:37
                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS - 06975         Proforma Number: 1845628
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                           Hours   Amount    Index#   Batch Date

MANGUAL, KATHLEEN       06/10/04 review fee auditors number and compare with               0.40    78.00   5201632  06/29/04
                                 ours, disc/w accounting re: such (.30); email
                                 fee auditor (.10)
MANGUAL, KATHLEEN       06/17/04 confirmation that no objections were filed,               0.30    58.50   5216500  07/02/04
                                 disc/w local counsel re: such (.30)
MANGUAL, KATHLEEN       06/21/04 review time detail (.40)                                  0.40    78.00   5216501  07/02/04
BECKER, GARY M.         06/22/04 Review and revise May invoice                             0.50   247.50   5195967  06/23/04
MANGUAL, KATHLEEN       06/28/04 draft KL monthly fee application (1.1)                    1.10   214.50   5216502  07/02/04
BECKER, GARY M.         06/29/04 Review and sign April monthly fee application             0.80   396.00   5209131  07/01/04
                                 (0.4).; review and revise May invoice (0.4).
MANGUAL, KATHLEEN       06/29/04 draft cover ltr and attend to service of fee              0.50    97.50   5216503  07/02/04
                                 app to local counsel (.40); disc/w para at
                                 Klett Rooney re: coverage of case (.10)

                                                                     Fee Total             4.00  1,170.00

                                                                     Fee Total             4.00  1,170.00
```

```
alp_132r: Billed Charges Analysis                                                                                PAGE   19
Run Date & Time: 08/12/2004 13:06:37

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                   Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1845628
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

       B I L L E D   T I M E   S U M M A R Y                         ------ Bill -----   -------- W/o / W/u --------   Transfer To   Clnt/Mtr   Carry Forward
Employee Name                     Hours         Amount

BECKER, GARY M.                    1.30         643.50
MANGUAL, KATHLEEN                  2.70         526.50
       Total:                      4.00       1,170.00
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  20
Run Date & Time: 08/12/2004 13:06:37

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

                           UNBILLED TIME FROM:                        TO:
                           UNBILLED DISB FROM:                        TO:

                                              FEES                              COSTS

       GROSS BILLABLE AMOUNT:                 0.00                              0.00
       AMOUNT WRITTEN DOWN:
                     PREMIUM:
             ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:
       CLOSE MATTER/FINAL BILLING?         YES   OR   NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                        BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:

       _____

                                            ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

                 FEES:                        136.50
         DISBURSEMENTS:                         0.00      UNIDENTIFIED RECEIPTS:        0.00
          FEE RETAINER:                         0.00      PAID FEE RETAINER:            0.00
         DISB RETAINER:                         0.00      PAID DISB RETAINER:           0.00
     TOTAL OUTSTANDING:                       136.50      TOTAL AVAILABLE FUNDS:        0.00
                                                          TRUST BALANCE:

                                                 BILLING HISTORY

       DATE OF LAST BILL:               06/29/04          LAST PAYMENT DATE:        09/13/02
       LAST BILL NUMBER:                  391727          FEES BILLED TO DATE:      5,569.00
       LAST BILL THRU DATE:             05/31/04          FEES WRITTEN OFF TO DATE:   150.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee            (6) Summer Associate
         (2) Late Time & Costs Posted      (7) Fixed Fee
         (3) Pre-arranged Discount         (8) Premium
         (4) Excessive Legal Time          (9) Rounding
         (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                PAGE   21
Run Date & Time: 08/12/2004 13:06:37

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                  Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT         Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:37)
                              -------- Billed --------        ------ Applied ------    ---- Collections ----   Balance
Bill Date Thru Date Bill#       Fee & OA    Disbursement        From OA       Total           Date               Due
------------------------------------------------------------------------------------------------------------------------
YEAR 2001                       5,432.50         120.78        5,553.28          .00
YEAR 2002                             .00            .00              .00         .00
06/29/04 05/31/04 391727          136.50            .00              .00         .00                            136.50

        Total:                  5,569.00         120.78        5,553.28          .00                            136.50
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    22
Run Date & Time: 08/12/2004 13:06:37

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   1845630
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM: 06/02/2004                  TO:   06/29/2004
    UNBILLED DISB FROM: 06/03/2004                  TO:   06/24/2004

                                 FEES                             COSTS

    GROSS BILLABLE AMOUNT:       11,360.50                        31.83
    AMOUNT WRITTEN DOWN:
             PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
             THRU DATE:          06/29/2004                       06/24/2004
CLOSE MATTER/FINAL BILLING?      YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

                    BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                            ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH

        FEES:                    13,870.00        UNIDENTIFIED RECEIPTS:       0.00
        DISBURSEMENTS:              160.92        PAID FEE RETAINER:           0.00
        FEE RETAINER:                 0.00        PAID DISB RETAINER:          0.00
        DISB RETAINER:                0.00        TOTAL AVAILABLE FUNDS:       0.00
        TOTAL OUTSTANDING:       14,030.92        TRUST BALANCE:
                                                  BILLING HISTORY

        DATE OF LAST BILL:      08/12/04        LAST PAYMENT DATE:        08/03/04
        LAST BILL NUMBER:         394084        FEES BILLED TO DATE:    181,907.00
        LAST BILL THRU DATE:    06/30/04        FEES WRITTEN OFF TO DATE:  4,417.50

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee           (6) Summer Associate
        (2) Late Time & Costs Posted     (7) Fixed Fee
        (3) Pre-arranged Discount        (8) Premium
        (4) Excessive Legal Time         (9) Rounding
        (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    23
Run Date & Time: 08/12/2004 13:06:37                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                          Orig Prtnr : CRED. RGTS - 06975                Proforma Number:  1845630
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr  : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)                   Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                      Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y   ------------------- Total Billed -----------------
Emp Id Employee Name              Group                 Oldest        Latest        Hours        Amount
                                                        Entry         Entry

02495  BENTLEY, PHILIP             CRED                06/19/04       06/29/04       4.60        2,599.00
05292  BECKER, GARY M.             CRED                06/02/04       06/29/04       9.90        4,900.50
05646  KLEIN, DAVID                CRED                06/02/04       06/10/04       9.90        3,861.00

                                   Total:                                           24.40       11,360.50

Sub-Total Hours : 4.60 Partners    9.90 Counsels    9.90 Associates    0.00 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y   ------------------- Total Billed -----------------
Code Description                                     Oldest         Latest         Total
                                                     Entry          Entry          Amount

0820  PHOTOCOPYING                                   06/09/04       06/24/04        4.05
0840  MANUSCRIPT SERVICE                             06/09/04       06/09/04        9.00
0917  WESTLAW ON LINE RESEARCH                       06/03/04       06/10/04       18.78

         Total                                                                    31.83

         Grand Total                                                          11,392.33
                                                                              ==========

B I L L I N G  &  P A Y M E N T  H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:37)
                                    ------- Billed ------   Applied    ------ Collections ------    Balance
Bill Date  Thru Date  Bill#        Fee & OA      Disbursement   From OA    Total     Date          Due

YEAR 2001                          44,026.00       5,710.65        .00    49,736.65
YEAR 2002                          78,495.50       6,087.88        .00    84,583.38

01/31/03 12/31/02  364671           1,025.00           .00         .00     1,025.00  03/25/03
02/20/03 01/31/03  365684           6,254.00         23.10         .00     6,277.10  10/23/03
03/19/03 02/28/03  367178           6,230.00          2.70         .00     6,232.70  10/23/03
04/29/03 03/31/03  369330          19,960.50           .00         .00    19,960.50  10/23/03
05/16/03 04/30/03  370445           2,181.50         14.00         .00     2,195.50  12/26/03
06/17/03 05/31/03  371897           1,659.50           .00         .00     1,659.50  12/26/03
07/24/03 06/30/03  373811           2,845.50          1.79         .00     2,847.29  12/26/03
08/31/03 07/31/03  375389             535.50          2.69         .00       538.19  05/10/04
11/14/03 09/30/03  379590           1,627.50           .00         .00     1,627.50  05/10/04
11/30/03 10/31/03  380293             210.00           .00         .00       210.00  07/02/04
01/29/04 12/31/03  382765             582.00           .00         .00       582.00  07/02/04
02/25/04 01/31/04  384579              56.50           .00         .00        56.50
04/30/04 02/29/04  388529             247.50        497.50         .00       497.50  06/29/04               247.50
05/27/04 04/30/04  390208           2,282.00         48.51         .00     2,330.51  08/03/04
06/29/04 05/31/04  391727           2,205.50        110.25         .00                                   2,315.75
07/31/04 06/30/04  392045                .00         18.84         .00                                      18.84
08/12/04 06/30/04  394084          11,360.50         31.83         .00                                  11,392.33
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE  24
Run Date & Time: 08/12/2004 13:06:37

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   1845630
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                 Supv Prtnr : MAYER THOMAS MOERS - 03976  Status         : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:37)
                         ------------ Billed -----------    ---- Applied ----    ---- Collections ----    Balance
Bill Date  Thru Date Bill#       Fee & OA     Disbursement    From OA    Total    Date                     Due

     Total:                     181,784.50       12,549.74                        180,303.32              14,030.92
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    25
Run Date & Time: 08/12/2004 13:06:37                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975             Proforma Number:    1845630
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

Employee Name         Work Date   Description                                                     Hours        Amount        Index#   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/02/04 | Conf. with D. Klein re Judge Buckwalter asbestos decisions (0.3). | 0.30 | 148.50 | 5180523 | 06/09/04 |
| KLEIN, DAVID | 06/02/04 | research re J.Buckwalter's opinions re mass tort, conting. liab, and asbestos (1.2).; summary/email to GMB re same (0.7). | 1.90 | 741.00 | 5216664 | 07/02/04 |
| KLEIN, DAVID | 06/03/04 | revised draft memo per GMB. | 0.30 | 117.00 | 5216665 | 07/02/04 |
| KLEIN, DAVID | 06/07/04 | email to D.Pelletier re online research. | 0.10 | 39.00 | 5216666 | 07/02/04 |
| KLEIN, DAVID | 06/08/04 | review filings (0.1), email to PB, GMB re same (0.1); revise, initial draft of formal memo to committee re Judge Buckwalter (3.0), review cases (1.5), bio re same (0.5). | 5.20 | 2,028.00 | 5216667 | 07/02/04 |
| KLEIN, DAVID | 06/09/04 | email to GMB re memo draft. | 0.10 | 39.00 | 5216668 | 07/02/04 |
| BECKER, GARY M. | 06/10/04 | Review Judge Buckwalter order re status reports. | 0.20 | 99.00 | 5185723 | 06/14/04 |
| KLEIN, DAVID | 06/10/04 | finalized memo re new judge for committee, email same to GMB. | 2.30 | 897.00 | 5216669 | 07/02/04 |
| BECKER, GARY M. | 06/11/04 | Review Judge Buckwalter order | 0.10 | 49.50 | 5185724 | 06/14/04 |
| BECKER, GARY M. | 06/14/04 | Prepare status report for Judge Buckwalter (1.0), call J. Baer re same (0.1); conf. Bentley re status report (0.2) | 1.30 | 643.50 | 5187006 | 06/16/04 |
| BECKER, GARY M. | 06/15/04 | Attention to call from J. Baer re status report to District Court and conf. with Bentley re same (0.4). | 0.40 | 198.00 | 5191449 | 06/18/04 |
| BECKER, GARY M. | 06/17/04 | Conf. with Debtors counsel re status report to Judge Buckwalter; conf. with Bentley re same (0.6), conf. with Futures Rep. counsel and email to same and research re background (0.6); prepare status report to Judge Buckwalter (1.0). | 2.20 | 1,089.00 | 5194450 | 06/18/04 |
| BECKER, GARY M. | 06/18/04 | Conf. with J. Baer and P. Bentley re Buckwalter status report and revise report (1.0). | 1.00 | 495.00 | 5196302 | 06/23/04 |
| BENTLEY, PHILIP | 06/19/04 | Review draft status regarding pleading | 0.20 | 113.00 | 5214652 | 07/01/04 |
| BECKER, GARY M. | 06/20/04 | Conf. call with Bentley re status report to district judge (0.6), review Debtor's draft report (0.5); revise Committee status report (0.7). | 1.80 | 891.00 | 5196301 | 06/23/04 |
| BENTLEY, PHILIP | 06/20/04 | Trade emails; discs GB re status report | 1.10 | 621.50 | 5214653 | 07/01/04 |
| BECKER, GARY M. | 06/21/04 | Final preparation and send status report to local counsel for filing and conf. with local counsel re same (0.8). | 0.80 | 396.00 | 5196300 | 06/23/04 |
| BENTLEY, PHILIP | 06/21/04 | Prepare Status Report | 2.30 | 1,299.50 | 5214654 | 07/01/04 |

```
alp_132r: Billed Charges Analysis                                                                      PAGE    26
Run Date & Time: 08/12/2004 13:06:37

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1845830
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                           Supv Prtnr : MAYER THOMAS MOERS - 03976   Status     : ACTIVE

                          B I L L E D   T I M E   D E T A I L
Employee Name             Work Date      Description                                   Hours        Amount        Index#  Batch Date
-------------             ---------      -----------                                   -----        ------        ------  ----------

BECKER, GARY M.           06/29/04       Prepare for and conf. with attorney for        1.80        891.00        5209159 07/01/04
                                         futures' representative (1.5); conf. with
                                         equity holder re asbestos legislation (0.3
                                         hrs).

BENTLEY, PHILIP           06/29/04       Conf R. Frankel, counsel to future rep         1.00        565.00        5214659 07/01/04

                                         Fee Total                                     24.40     11,360.50

                                         Fee Total                                     24.40     11,360.50


                          B I L L E D   C O S T S   D E T A I L
Description/Code          Employee                       Date           Amount         Index#    Batch No   Batch Date
----------------          --------                       ----           ------         ------    --------   ----------

PHOTOCOPYING                                  0820

  PHOTOCOPYING            BECKER, G M                    06/09/04        3.15          6585582   116189     06/10/04
  BECKER GARY M.
  PHOTOCOPYING            BENTLEY, P                     06/24/04        0.90          6603742   116682     06/29/04
  BENTLEY PHILIP

                                         0820 PHOTOCOPYING Total :        4.05

MANUSCRIPT SERVICE                            0840

  MANUSCRIPT SERVICE      MARDEROSIAN, S                 06/09/04        9.00          6586520   116196     06/10/04
  06/09/2004

                                         0840 MANUSCRIPT SERVICE Total :   9.00

WESTLAW ON - LINE RE                          0917

  WESTLAW ON - LINE RE    KLEIN, D K                     06/03/04       12.00          6612309   116889     07/06/04
  WESTLAW ON - LINE RE    KLEIN, D K                     06/10/04        6.78          6612310   116889     07/06/04

                                         0917 WESTLAW ON - LINE RE Total :  18.78

                                         Costs Total :                  31.83
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE    27
Run Date & Time: 08/12/2004 13:06:37

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1845630
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

  B I L L E D   T I M E   S U M M A R Y
Employee Name               Hours        Amount               Bill          W/o / W/u     Transfer To  Clnt/Mtr  Carry Forward
-----------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP              4.60      2,599.00
BECKER, GARY M.              9.90      4,900.50
KLEIN, DAVID                 9.90      3,861.00

  Total:                    24.40     11,360.50


  B I L L E D   C O S T S   S U M M A R Y
Code Description                       Amount                 Bill          W/o / W/u     Transfer To  Clnt/Mtr  Carry Forward
-----------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                        4.05
0840 MANUSCRIPT SERVICE                  9.00
0917 WESTLAW ON - LINE RESEARC          18.78

  Costs Total :                         31.83
```

```
alp_132r: Billed Charges Analysis                                                                          PAGE   28
Run Date & Time: 08/12/2004 13:06:37

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                              Orig Prtnr : CRED. RGTS - 06975       Proforma Number:  1845631
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

   UNBILLED TIME FROM:   06/09/2004            TO:    06/09/2004
   UNBILLED DISB FROM:                         TO:

                                              FEES                     COSTS
                                              ----                     -----
   GROSS BILLABLE AMOUNT:                    247.50                     0.00
   AMOUNT WRITTEN DOWN:
            PREMIUM:
   ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
             THRU DATE:                06/09/2004
   CLOSE MATTER/FINAL BILLING?        YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:

                          BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS          UNAPPLIED CASH

                FEES:                      1,434.00
         DISBURSEMENTS:                        0.00      UNIDENTIFIED RECEIPTS:         0.00
         FEE RETAINER:                        0.00      PAID FEE RETAINER:              0.00
         DISB RETAINER:                       0.00      PAID DISB RETAINER:             0.00
         TOTAL OUTSTANDING:               1,434.00      TOTAL AVAILABLE FUNDS:          0.00
                                                        TRUST BALANCE:
                                                        BILLING HISTORY
         DATE OF LAST BILL:          08/12/04           LAST PAYMENT DATE:           08/03/04
         LAST BILL NUMBER:             394084           FEES BILLED TO DATE:        76,233.00
         LAST BILL THRU DATE:        06/30/04           FEES WRITTEN OFF TO DATE:    1,600.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee              (6) Summer Associate
         (2) Late Time & Costs Posted        (7) Fixed Fee
         (3) Pre-arranged Discount           (8) Premium
         (4) Excessive Legal Time            (9) Rounding
         (5) Business Development           (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    29
Run Date & Time: 08/12/2004 13:06:37                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1845631
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                           Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y ------------------------------------ Total Billed ------------------
Emp Id Employee Name                        Group          Oldest        Latest        Hours              Amount
                                                           -------       -------       -------            -------
05292  BECKER, GARY M.                      CRED          06/09/04      06/09/04         0.50              247.50

                            Total:                                                       0.50              247.50

Sub-Total Hours :     0.00 Partners       0.50 Counsels       0.00 Associates       0.00 Legal Assts       0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 08/12/04 13:06:37)
                              ------- Billed --------        ------ Applied ------      ----- Collections -----
Bill Date  Thru Date  Bill#    Fee & OA    Disbursement       From OA       Total       Date        Balance Due
---------  ---------  -----    --------    ------------       -------       -----       ----        -----------
YEAR 2001                      2,212.50         389.75            .00       2,602.25
YEAR 2002                     66,342.00         550.91            .00      66,892.91
01/31/03  12/31/02   364671    2,601.00          83.50            .00       2,684.50    08/19/03
02/20/03  01/31/03   365684    1,638.50            .00            .00       1,638.50    10/23/03
03/19/03  02/28/03   367178      672.00            .00            .00         672.00    10/23/03
05/16/03  04/30/03   370445      100.50            .00         926.30       1,026.80    12/26/03
06/17/03  05/31/03   371897      167.50            .00            .00         167.50    12/26/03
12/31/03  11/30/03   381784      443.50            .00            .00         443.50    02/27/04
04/30/04  02/29/04   388529    1,186.50            .00            .00       1,186.50                  1,186.50
05/27/04  04/30/04   390208      621.50            .00            .00         621.50    08/03/04
08/12/04  06/30/04   394084      247.50            .00            .00            .00                    247.50

            Total:            76,233.00       1,950.46         926.30      76,749.46                  1,434.00
```