```
alp_132r: Billed Charges Analysis                                                                                    PAGE   30
Run Date & Time: 08/12/2004 13:06:37

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                 Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1845631
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status    : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name           Work Date       Description                                    Hours      Amount    Index#   Batch Date

BECKER, GARY M.         06/09/04 Review Sealed Air Motion to Vacate (0.5).              0.50      247.50  5185726 06/14/04

                                                                          Fee Total    0.50       247.50

                                                                          Fee Total    0.50       247.50
```

```
alp_132r: Billed Charges Analysis                                                                                PAGE    31
Run Date & Time: 08/12/2004 13:06:37

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1845631
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y  ----------------- Total Billed ----------------
Employee Name                      Hours         Amount              Bill      W/o / W/u    Transfer To    Clnt/Mtr   Carry Forward

BECKER, GARY M.                     0.50         247.50

       Total:                       0.50         247.50
```

```
alp_132r: Billed Charges Analysis                                                               PAGE  32
Run Date & Time: 08/12/2004 13:06:37
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                         Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                         Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status     : ACTIVE

Special Billing Instructions:

                              PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                      TO:
           UNBILLED DISB FROM:                      TO:

                                       FEES                          COSTS
                                      --------                     ---------

         GROSS BILLABLE AMOUNT:          0.00                          0.00
         AMOUNT WRITTEN DOWN:
                    PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                        ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

       FEES:                      184.50
       DISBURSEMENTS:                0.00   UNIDENTIFIED RECEIPTS:    0.00
       FEE RETAINER:                 0.00   PAID FEE RETAINER:        0.00
       DISB RETAINER:                0.00   PAID DISB RETAINER:       0.00
       TOTAL OUTSTANDING:          184.50   TOTAL AVAILABLE FUNDS:    0.00
                                            TRUST BALANCE:
                                            BILLING HISTORY
                                            ---------------
       DATE OF LAST BILL:      05/27/04     LAST PAYMENT DATE:   08/03/04
       LAST BILL NUMBER:        390208      FEES BILLED TO DATE:  2,059.50
       LAST BILL THRU DATE:    04/30/04     FEES WRITTEN OFF TO DATE: 0.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
                  (1) Exceeded Fixed Fee        (6) Summer Associate
                  (2) Late Time & Costs Posted  (7) Fixed Fee
                  (3) Pre-arranged Discount     (8) Premium
                  (4) Excessive Legal Time      (9) Rounding
                  (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE    33
Run Date & Time: 08/12/2004 13:06:37

                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                                       Orig Prtnr : CRED. RGTS.   - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                                       Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                             Status    : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:37)
                         -------------- Billed --------------    ---- Applied ----  ---- Collections ----   Balance
Bill Date Thru Date Bill#       Fee & OA  Disbursement           From OA    Total             Date          Due

YEAR 2002
05/27/04 04/30/04  390208       1,310.00           .00              .00   1,310.00          08/03/04        184.50
                                  749.50           .00              .00     565.00                          184.50
                                                                         ---------
                        Total:  2,059.50           .00              .00   1,875.00                          184.50
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   34
Run Date & Time: 08/12/2004 13:06:37                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status     : ACTIVE

Special Billing Instructions:

                                      PRE-BILLING SUMMARY REPORT

                   UNBILLED TIME FROM:                     TO:
                   UNBILLED DISB FROM:                     TO:

                                         FEES                 COSTS

GROSS BILLABLE AMOUNT:                   0.00                 0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                 ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

    FEES:                          6,868.50     UNIDENTIFIED RECEIPTS:        0.00
    DISBURSEMENTS:                   127.40     PAID FEE RETAINER:            0.00
    FEE RETAINER:                      0.00     PAID DISB RETAINER:           0.00
    DISB RETAINER:                     0.00     TOTAL AVAILABLE FUNDS:        0.00
    TOTAL OUTSTANDING:             6,995.90     TRUST BALANCE:

                                 BILLING HISTORY

    DATE OF LAST BILL:             08/12/04     LAST PAYMENT DATE:         07/02/04
    LAST BILL NUMBER:                392045     FEES BILLED TO DATE:      62,726.00
    LAST BILL THRU DATE:           06/30/04     FEES WRITTEN OFF TO DATE:  5,087.68

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee              (6) Summer Associate
    (2) Late Time & Costs Posted        (7) Fixed Fee
    (3) Pre-arranged Discount           (8) Premium
    (4) Excessive Legal Time            (9) Rounding
    (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                        PAGE   35
Run Date & Time: 08/12/2004 13:06:37

                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : HEARINGS                                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                       Status  : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:37)
                          -------- Billed --------     -------- Applied ---- Collections ----          Balance
Bill Date Thru Date Bill#  Fee & OA    Disbursement    From OA    Total                Date            Due

    YEAR 2002                45,704.82       58.14                       45,762.96
02/20/03 01/31/03 365584        105.00          .00                         105.00     10/23/03
07/24/03 06/30/03 373811        455.00          .00                         455.00     12/26/03
08/31/03 07/31/03 375389           .00        12.00                          12.00     05/10/04
09/30/03 08/31/03 376733      1,365.00        13.00                       1,378.00     05/10/04
11/14/03 09/30/03 379590        940.00          .00                         940.00     05/10/04
11/30/03 10/31/03 380293        940.00          .00                         940.00     07/02/04
12/31/03 11/30/03 381784      1,739.00          .00                       1,739.00     07/02/04
01/29/04 12/31/03 382765      2,021.00          .00                       2,021.00     07/02/04
05/27/04 04/30/04 390208      1,237.50          .00                             .00                   1,237.50
06/29/04 05/31/04 391727      3,785.50          .00                             .00                   3,785.50
07/31/04 06/30/04 392045      1,845.50       127.40                             .00                   1,972.90

                   Total:    60,138.32       210.54                      53,352.96                    6,995.90
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                 PAGE   36
Run Date & Time: 08/12/2004 13:06:37                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                            Orig Prtnr  : CRED. RGTS - 06975             Proforma Number:  1845633
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                                    Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                      Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                            PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:                                    TO:
                UNBILLED DISB FROM:  06/23/2004                        TO:  06/23/2004

                                                  FEES                       COSTS
                                              -----------                 -----------
        GROSS BILLABLE AMOUNT:                       0.00                       26.90
        AMOUNT WRITTEN DOWN:
                     PREMIUM:
           ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:                                               06/23/2004
  CLOSE MATTER/FINAL BILLING?    YES   OR   NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:




                                            ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

                    FEES:                         0.00
           DISBURSEMENTS:                        26.90       UNIDENTIFIED RECEIPTS:          0.00
            FEE RETAINER:                         0.00          PAID FEE RETAINER:           0.00
           DISB RETAINER:                         0.00         PAID DISB RETAINER:           0.00
        TOTAL OUTSTANDING:                       26.90       TOTAL AVAILABLE FUNDS:          0.00
                                                                      TRUST BALANCE:
                                                                    BILLING HISTORY
     DATE OF LAST BILL:       08/12/04           LAST PAYMENT DATE:                    07/02/04
     LAST BILL NUMBER:         394084            FEES BILLED TO DATE:                  2,492.50
     LAST BILL THRU DATE:                        FEES WRITTEN OFF TO DATE:                 0.00

  FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
     -------------------------------------------------
     (1) Exceeded Fixed Fee            (6) Summer Associate
     (2) Late Time & Costs Posted      (7) Fixed Fee
     (3) Pre-arranged Discount         (8) Premium
     (4) Excessive Legal Time          (9) Rounding
     (5) Business Development         (10) Client Arrangement

  BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                         PAGE    37
Run Date & Time: 08/12/2004 13:06:37                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                Orig Prtnr : CRED. RGTS - 06975        Proforma Number: 1845633
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status : ACTIVE

   B I L L E D   C O S T S   S U M M A R Y  ---------- Total Billed ----------
                                             Oldest      Latest      Total
Code   Description                            Entry       Entry      Amount
-----  -----------                           -------     -------     ------
0820   PHOTOCOPYING                          06/23/04    06/23/04     19.35
0840   MANUSCRIPT SERVICE                    06/23/04    06/23/04      3.00
0880   POSTAGE                               06/23/04    06/23/04      4.55

       Total                                                          26.90

       Grand Total                                                    26.90
                                                                    =========

   B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:37)
                              ---------- Billed --------   ----- Applied ----- ---- Collections ----     Balance
Bill Date  Thru Date   Bill#   Fee & OA   Disbursement      From OA    Total      Date                    Due
---------  ---------  ------  ---------   ------------     --------  ---------  ---------
07/24/03   06/30/03   373811    637.00         .00             .00     637.00   12/26/03
08/31/03   07/31/03   375389  1,432.50        4.55             .00   1,437.05   05/10/04
12/31/03   11/30/03   381784    423.00         .00             .00     423.00   07/02/04
08/12/04   06/30/04   394084       .00       26.90                                                        26.90

       Total:                 2,492.50       31.45                   2,497.05                             26.90
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   38
Run Date & Time: 08/12/2004 13:06:37                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1845633
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code             Employee              Date            Amount       Index#    Batch No   Batch Date
------------------------------------------------------------------------------------------------------------------
PHOTOCOPYING
  PHOTOCOPYING       0820    BECKER, G M          06/23/04          19.35      6601525    116604     06/24/04
                                                                   BECKER GARY M.
                                           0820 PHOTOCOPYING Total :  19.35

MANUSCRIPT SERVICE
  MANUSCRIPT SERVICE 0840    HALLMAN, M E         06/23/04           3.00      6605046    116695     06/29/04
  06/23/2004
                                           0840 MANUSCRIPT SERVICE Total :  3.00

POSTAGE
  POSTAGE            0880    BECKER, G M          06/23/04           4.55      6604787    116687     06/29/04
                                                                   Jessica Hernandez
                                           0880 POSTAGE Total :  4.55

                                           Costs Total :  26.90
```

```
alp_132r: Billed Charges Analysis                                                                          PAGE    39
Run Date & Time: 08/12/2004 13:06:37

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1845633
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status      : ACTIVE

   B I L L E D   C O S T S   S U M M A R Y
Code Description                   Amount            Bill            W/o / W/u       Transfer To   Clnt/Mtr    Carry Forward
---------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                   19.35
0840 MANUSCRIPT SERVICE              3.00
0880 POSTAGE                         4.55
                                 ---------
            Costs Total :          26.90
```

```
alp_132r: Billed Charges Analysis                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    40
Run Date & Time: 08/12/2004 13:06:37                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                         Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                                     PRE-BILLING SUMMARY REPORT

               UNBILLED TIME FROM:                                        TO:
               UNBILLED DISB FROM:                                        TO:

                                              FEES                          COSTS
                                           --------                       --------
          GROSS BILLABLE AMOUNT:              0.00                           0.00
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
              ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                   THRU DATE:
       CLOSE MATTER/FINAL BILLING?         YES    OR    NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:




                                                      ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH

                          FEES:              3,344.00              UNIDENTIFIED RECEIPTS:          0.00
                 DISBURSEMENTS:               1,309.70              PAID FEE RETAINER:              0.00
                 FEE RETAINER:                    0.00              PAID DISB RETAINER:             0.00
                 DISB RETAINER:                   0.00              TOTAL AVAILABLE FUNDS:          0.00
              TOTAL OUTSTANDING:              4,653.70              TRUST BALANCE:
                                                                    BILLING HISTORY
                                                                    ---------------
          DATE OF LAST BILL:                  07/31/04              LAST PAYMENT DATE:              08/03/04
          LAST BILL NUMBER:                    392045               FEES BILLED TO DATE:           13,424.00
          LAST BILL THRU DATE:                06/30/04              FEES WRITTEN OFF TO DATE:      11,514.00

       FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
                                 ------------------------------
          (1) Exceeded Fixed Fee              (6) Summer Associate
          (2) Late Time & Costs Posted        (7) Fixed Fee
          (3) Pre-arranged Discount           (8) Premium
          (4) Excessive Legal Time            (9) Rounding
          (5) Business Development           (10) Client Arrangement


       BILL NUMBER:_____    DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    41
Run Date & Time: 08/12/2004 13:06:37

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                         Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                              Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/12/04 13:06:37)
                                       ------- Billed -------      Applied       ---- Collections ----    Balance
Bill Date  Thru Date Bill#              Fee & OA    Disbursement   From OA       Total           Date       Due
------------------------------------------------------------------------------------------------------------------
  YEAR 2002                             2,275.00            .00                 2,275.00
06/17/03 05/31/03 371897                  455.00            .00                   455.00    12/26/03
07/24/03 06/30/03 373811                  910.00            .00                   910.00    12/26/03
09/30/03 08/31/03 376733                  455.00            .00                   455.00    05/10/04
11/14/03 09/30/03 379590                  705.00            .00                   705.00    05/10/04
11/30/03 10/31/03 380293                  470.00            .00                   470.00    07/02/04
12/31/03 11/30/03 381784                  705.00            .00                   705.00    07/02/04
01/29/04 12/31/03 382765                  705.00         197.00                   902.00    07/02/04
02/25/04 01/31/04 384579                  495.00            .00                     .00                    495.00
05/27/04 04/30/04 390208                  742.50         279.00                   279.00    08/03/04      742.50
06/29/04 05/31/04 391727                  621.50         264.00                     .00                   885.50
07/31/04 06/30/04 392045                1,485.00       1,045.70                     .00                 2,530.70
                                    ------------  ------------                ------------          ------------
                        Total:         10,024.00       1,990.70                 7,361.00                4,653.70
```

```
alp_132rc: Client Analysis Sheet                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/12/04 13:06:42                                    Work Thru : 06/30/04
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

-------  -----------------------------  ----------  -----------  -------------  -------------  ------------------------  ------  ----
Matter
Number   Name                                Hours         Fees  Disbursements  Total Charges            Resp Partners    Class  Freq  Stat
-------  -----------------------------  ----------  -----------  -------------  -------------  ------------------------  -----  ----  ----
00001    CASE ADMINISTRATION                 10.20     3,718.50         125.39       3,843.89  BENTLEY PHILIP   - 02495    M      B
00002    CREDITOR COMMITTEE                  10.20     5,567.00           0.00       5,567.00  BENTLEY PHILIP   - 02495    M      B
00005    BANKR. MOTIONS                       2.30     1,138.50           0.00       1,138.50  BENTLEY PHILIP   - 02495    M      B
00008    FEE APPLICATIONS, APPLIC             4.00     1,170.00           0.00       1,170.00  BENTLEY PHILIP   - 02495    M      B
00009    EMPLOYMENT APPLICATIONS,             0.00         0.00           0.00           0.00  BENTLEY PHILIP   - 02495    M      B
00012    CLAIM ANALYSIS OBJECTION            24.40    11,360.50          31.83      11,392.33  BENTLEY PHILIP   - 02495    M      B
00013    FRAUDULENT CONVEYANCE AD             0.50       247.50           0.00         247.50  BENTLEY PHILIP   - 02495    M      B
00017    EMPLOYEE BENEFITS/PENSIO             0.00         0.00           0.00           0.00  BENTLEY PHILIP   - 02495    M      B
00019    HEARINGS                             0.00         0.00           0.00           0.00  BENTLEY PHILIP   - 02495    M      B
00024    ZAI SCIENCE TRIAL                    0.00         0.00          26.90          26.90  BENTLEY PHILIP   - 02495    M      B
00028    TRAVEL\NON-WORKING                   0.00         0.00           0.00           0.00  BENTLEY PHILIP   - 02495    M      B
                                        ----------  -----------  -------------  -------------
         Client Total                       51.60    23,202.00         184.12      23,386.12
                                        ----------  -----------  -------------  -------------

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
```