# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objections due: September 13, 2004** |
| | ) | **Hearing date:    September 27, 2004** |

## FIRST QUARTERLY FEE APPLICATION OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004

Name of Applicant:

GOODWIN PROCTER LLP

Authorized to Provide
Professional Services to:

State Street Bank and Trust Company
("State Street"), Investment Manager and
Fiduciary of the Grace Stock within the
Grace Savings & Investment Plan

Date of Retention:

State Street was engaged by order of the
Court dated December 12, 2003.

Period for which
compensation is sought:

January 1, 2004 through March, 31, 2004

Amount of fees and expenses
sought as actual, reasonable
and necessary:

$61,869.11

This is a(n):
application

_x_ quarterly _x_ interim ___ final

LIBC/2002045.1

Prior Applications filed:

|  | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| First Interim | 5/1/03-12/31/04 | $125,000 | $10,546.65 | $125,000 | $10,546.65 |
| Second Monthly | 1/1/04-1/31/04 | $25,000.00 | $1,849.48 | $25,000 | $1,849.48 |
| Third Monthly | 2/1/04-2/29/04 | $20,662.50 | $1,081.70 | $20,662.50 | $1,081.70 |
| Fourth Monthly | 3/1/04-3/31/04 | $12,843.00 | $432.43 | $12,843.00 | $432.43 |
| Fifth Monthly | 4/1/04-4/30/04 | $25,000 | $521.28 |  |  |

2

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objections due: September 13, 2004** |
| | ) | **Hearing date:    September 27, 2004** |
| | ) | |

### FIRST QUARTERLY FEE APPLICATION OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004

Pursuant to §§ 330 and 331 of Title 11 of the United State Code (the Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules"), and the Court's Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered by this Court on April 17, 2002 (Docket No. 1949) (the "Administrative Order"), Goodwin Procter LLP ("Goodwin Procter"), counsel to State Street Bank and Trust Company ("State Street"), hereby submits this First Quarterly Fee Application of Goodwin Procter LLP, Counsel to State Street Bank and Trust Company as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan for the Period from January 1, 2004 Through March 31, 2004 (the "First Quarterly Fee Application"). By this First Quarterly Fee Application, Goodwin Procter seeks interim allowance of compensation in the amount of $58,505.50 and reimbursement of actual and necessary expenses in the amount of $3,363.61 for a total of $61,869.11, or 100% of all compensation and reimbursement

LIBC/2002045.1

requested, for the period January 1, 2004 through March 31, 2004 (the "Interim Period").

In support of this First Quarterly Fee Application, Goodwin Procter respectfully states as

follows:

## Background

1.      On April 2, 2001, each of the Debtors (collectively, the "Debtors") filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Pursuant to §§

1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their

businesses and manage their properties and assets as debtors-in-possession.

2.      On August 18, 2003, the Debtors filed their application seeking entry of an

order under §§ 105 and 363(b) of the Bankruptcy Code authorizing the Debtors and the

Investment and Benefits Committee of W.R. Grace to retain State Street for a period of

up to one year, approving the terms of engagement agreement between W.R. Grace and

State Street (the "Retention Order").

3.      The Court entered the Retention Order on December 12, 2003.  The

Retention Order provides, among other things, the professionals utilized by State Street in

its engagement shall apply to the Court for payment of their fees and reimbursement of

their expenses.  It is pursuant to the Retention Order and in accordance with the

Administrative Order that Goodwin Procter files this First Quarterly Fee Application.

## Monthly Fee Applications Covered Herein

4.      Prior to the filing of this First Quarterly Fee Application, Goodwin Procter

filed monthly fee applications for the months of January, February, and March, 2004.

5.      On or about June 7, 2004, Goodwin Procter filed its Second Fee

Application of Goodwin Procter LLP, Counsel to State Street Bank and Trust Company as

2

LIBC/2002045.1

Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings &

Investment Plan for January 2004 (the "Second Monthly Application," Docket No. 5730),

requesting $25,000 in fees and $1,849.48 in expenses. No objections were received with

respect to the Second Monthly Application, and a certificate of no objection was filed on

July 1, 2004 (Docket No. 5912). Goodwin Procter received payment of $21,849.48 on

the Second Monthly Application pursuant to the Administrative Order.

6.     On or about June 7, 2004, Goodwin Procter filed its Third Fee Application

of Goodwin Procter LLP, Counsel to State Street Bank and Trust Company as Investment

Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan

for January 2004 (the "Third Monthly Application," Docket No. 5732), requesting

$20,662.50 in fees and $1,081.70 in expenses. No objections were received with respect

to the Third Monthly Application, and a certificate of no objection was filed on July 1,

2004 (Docket No. 5913). Goodwin Procter received payment of $17,611.70 on the Third

Monthly Application pursuant to the Administrative Order.

7.     On or about June 7, 2004, Goodwin Procter filed its Fourth Fee

Application of Goodwin Procter LLP, Counsel to State Street Bank and Trust Company as

Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings &

Investment Plan for January 2004 (the "Fourth Monthly Application," Docket No. 5733),

requesting $12,843.00 in fees and $432.43 in expenses. No objections were received

with respect to the Fourth Monthly Application, and a certificate of no objection was

filed on July 1, 2004 (Docket No. 5914). Goodwin Procter received payment of

$10,706.83 on the Fourth Monthly Application pursuant to the Administrative Order.

LIBC/2002045.1

## Relief Requested

8. By this First Quarterly Fee Application, Goodwin Procter requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Goodwin Procter from January 1, 2004 through March 31, 2004. As stated above, the full scope of the services provided and the related expenses incurred are fully described in the monthly fee applications for the Interim Period that have already been filed with the Court.

9. All of the services for which compensation is sought were rendered by Goodwin Procter to State Street solely in connection with this case and in furtherance of the duties and responsibilities of State Street and not on behalf of any creditor or other person.

10. No agreement exists between Goodwin Procter and any other person or entity (other than a member of Goodwin Procter) to share any compensation in connection with Goodwin Procter's services on behalf of State Street.

11. The compensation sought herein is based on Goodwin Procter's customary rates, which are in line with the customary rates charged by comparably skilled practitioners in similar cases.

WHEREFORE, Goodwin Procter respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period January 1, 2004 through March 31, 2004, an allowance be made to Goodwin Procter in the sum of $58,505.50 as compensation for reasonable and necessary professional services rendered to State Street and in the sum of $3,363.61 for reimbursement of actual and necessary

4

LIBC/2002045.1

costs and expenses incurred, for a total of $61,869.11, that the Debtors be authorized and directed to pay to Goodwin Procter the outstanding amount of such sums; and for such other and further relief as this Court deems proper.

Dated:  August 23, 2004                               Respectfully submitted,


Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109

5

LIBC/2002045.1