# EXHIBIT A

# Grace Severance Plan for Salaried Employees

# GRACE

## Severance Pay Plan for Salaried Employees

Effective February 1, 1999

# Table of Contents

Important Information ............................................. 1

Eligibility and Coverage ........................................... 2
Who's Eligible? ...................................................... 2
When Coverage Applies ........................................ 2
Last Scheduled Work Date ................................... 2
When Coverage Doesn't Apply ............................ 2
Cost ....................................................................... 3
Vesting .................................................................. 3

How the Plan Works ............................................. 4
Amount of Severance Pay .................................... 4
How Payments Are Made ..................................... 4
Deductions from Severance Pay .......................... 5
Reemployment by the Company .......................... 5
If You Should Die ................................................. 5
If You Receive a Plant Closing Payment ............. 5

When Severance Is Not Paid ................................ 6

Claims for Benefits .............................................. 7
What to Do ........................................................... 7
If a Disputed Claim Is Denied .............................. 7

Other Information ................................................ 8
Plan Sponsor ......................................................... 8
Plan Administration .............................................. 8
Plan Year .............................................................. 8
Plan Identification ................................................ 8
The Plan's Future ................................................. 8
Legal Service ........................................................ 8
Plan Documents .................................................... 8
If You Can't Receive Payments .......................... 8
Your Rights .......................................................... 9

How Your Benefits Are Affected ........................ 10
If You Receive a Lump-Sum Payment ............... 10
Pension and Savings Plans ................................. 10
Medical and Dental Coverages ........................... 10
Medical and Dental COBRA Coverages ............ 10
Life, VGA, and BTA Insurance Coverages ....... 10
Flexible Spending Accounts ............................... 11
Short-Term Disability Coverage ........................ 11
Long-Term Disability Coverage ......................... 11
Retiree Life Insurance and Medical Coverage ... 12
Benefit Plan Changes .......................................... 12
Vacation Pay ....................................................... 12

# Important Information

The Company's severance pay plan pays benefits to eligible employees who are terminated under certain circumstances, including job elimination and reorganization.

This plan was adopted by the Grace Board of Directors as of January 1, 1994 and has been amended thereafter. This summary reflects amendments that were effective as of July 1, 1996. These amendments changed the severance payable to 1½ weeks of weekly base salary for each year of service, and ended the requirement that "downsizing events" must be declared before the plan is applied to an employee's termination. It also reflects amendments that were effective as of February 1, 1999.

Any prior severance benefit plans or policies that may have applied to any "designated core business" (see page 2) are terminated as of July 1, 1996 (except for the severance plan associated with the Grace Cost Management Program, which applied to certain eligible employees definitely identified for termination before June 30, 1996). Therefore, unless the Company advises you in writing otherwise, if your employment with a "designated core business" ends, you may only receive severance pay and other termination benefits under this plan, and then only if the circumstances surrounding your termination satisfy the terms of this plan.

The administrator of the plan has the discretionary authority to determine eligibility for severance plan benefits and to otherwise interpret the terms of the plan. The decisions of the plan administrator with regard to determining eligibility and interpreting the terms of the plan are final.

The Company cannot and does not guarantee the period for which the plan will remain in effect and the levels or types of benefits available under the plan. There is no legal requirement that the Company pay any severance pay, and the Company reserves the right to determine whether or not any employee will receive severance pay. Therefore, the Company reserves the right, whether in individual cases or more generally, not to pay severance pay or to pay a lesser amount than is described in this booklet.

Note: References in this booklet to the "Company" refer to W. R. Grace & Co. and its direct and indirect subsidiaries.

1

# Eligibility and Coverage

## Who's Eligible?

You're eligible for the severance pay plan if you're a regular, full-time salaried employee directly employed in the United States by a "designated core business" of the Company.

You're not eligible if you're a temporary or part-time employee or if you're subject to a collective bargaining agreement.

By **designated core business**, we mean that you're employed by one of the following product lines of the Company:

- Construction Products
- Davison
- Packaging (including Container)
- Emissions Control
- Grace Headquarters Operations, Corporate Technical Group (including the Research Division — the Washington Research Center and the Lexington Research Laboratory), the Lexington Service Center, and Grace Logistics Services (Grace Transportation).

## When Coverage Applies

Coverage under the severance pay plan will apply to you if you're eligible for the plan and you're terminated by the Company as the result of:

- a restructuring or downsizing of the Company or your employing unit,
- the elimination of your position, or
- your inability to perform the duties of your position;

and

- no circumstance described under "When Coverage Doesn't Apply" is applicable.

For example, if you're an eligible employee working for a designated core business who is terminated by the Company as a result of restructuring, downsizing, or position elimination (and no circumstance under "When Coverage Doesn't Apply" is applicable), you'll be entitled to severance under this plan.

## Last Scheduled Work Date

Your "last scheduled work date" is your final scheduled date of work that has been established by the Company.

## When Coverage Doesn't Apply

Coverage under the severance pay plan **won't** apply to you, and you **won't** receive benefits under this plan, if:

- You **don't** satisfy all the requirements under "When Coverage Applies," as described earlier on this page.

- You're away from work on a layoff or leave of absence (paid or unpaid).

- You continue your employment with the Company in any other capacity (and any location).

- You're terminated for misconduct, "cause," or similar reasons on or before your last scheduled work date. "Cause" means an employee engaging in actions that are injurious to the Company (monetarily or otherwise), or an employee's conviction for any criminal violation involving dishonesty or fraud or any crime which constitutes a felony.

- You're terminated because of your refusal or unwillingness to perform the duties of your position or because of insubordination, on or before your last scheduled work date.

- The Company terminates your employment because of the Company's sale or transfer of all or a portion of the stock or assets of a business of the Company to another person or entity (that is, a divestment), whether or not you become an employee of that person or entity.

- You refuse to accept an offer to transfer to another position at the Company for a base salary that isn't less than your base salary as of your last scheduled work date, provided the principal work location of the position is within a reasonable commuting distance of where you live.

- Through your last scheduled work date you fail to:
  - follow policies, rules, or procedures of the Company or of your business unit, or
  - adhere to any agreement between you and the Company.

- As of your last scheduled work date:
    - you're entitled to receive long-term disability (LTD) payments under any plan or program sponsored by the Company, or
    - you become eligible to receive such LTD payments because of a disability that begins before your last scheduled work date.

    Your eligibility for LTD payments will be determined by the terms of the plan or program under which you're covered.

- You voluntarily terminate your employment with the Company for any reason.

- You're covered by any other severance plan of the Company.

**Important!** No provision of this plan should be considered to limit in any way the Company's authority or discretion to terminate any employee for any reason at any time.

## Cost

The Company pays the full cost of the severance pay plan.

## Vesting

The benefits provided under this plan aren't "vested benefits." This means that your eligibility for these benefits may be terminated at any time.

In addition, you should know that the severance pay plan may be terminated by the Company at any time and that the Company may change any feature of the plan at any time.

# How the Plan Works

### Amount of Severance Pay

If you qualify for severance pay as described on pages 2-3, you'll receive your base salary for a specified number of weeks based on your full and partial years of continuous service with the Company.

Your service is measured starting from either your first day of employment with the Company or your adjusted service commencement date (as defined and administered by your business unit), whichever is later, through your last scheduled work date.

Your severance is determined as follows:

- 1½ weeks of your weekly base salary for each of your full and partial years of continuous service with the Company,

- subject to a minimum of 4 weeks and a maximum of 52 weeks of severance pay.

For example, suppose you have 6.5 years of continuous service. In this case, you would be entitled to **9.75 weeks** of severance pay (6.5 years of continuous service x 1.5 weeks of pay = 9.75 weeks).

Your severance pay will reflect your base salary.

By **base salary,** we mean the regular earnings paid to you by the Company before any deductions are made, but **excluding** overtime, commissions, and incentive, special, premium, or bonus pay, any amount related to Company-sponsored employee benefit plans, or pay instead of vacation, whether or not this compensation or amount is taxable as income.

Your **weekly base salary** equals: the amount of your annual base salary in effect as of your last scheduled work date         52.

### How Payments Are Made

If you qualify, you'll receive severance pay in regular payroll installments equal to your regular base salary payment. Payments will continue until you receive the total severance pay for which you qualify.

**Important!** Severance is normally paid in installments. Subject to the Company's approval, however, you may request to receive your severance pay as follows:

- Before your last scheduled work date, you may request to receive the full amount of severance pay in a **single, lump-sum payment.**

- After severance pay has started, you may request to receive a **lump-sum payment of any remaining unpaid balance** of severance pay at any time during the installment payment period.

In addition, if you should start full-time employment with another employer, the total of any remaining severance pay to which you're entitled will be paid to you in a lump sum as soon as practical after your full-time employment starts.

### Deductions from Severance Pay

The Company will deduct from the severance pay you receive:

- any federal, state, or local withholding or other taxes or charges that it's required to deduct by law,

- any amounts you owe the Company, and

- any contributions required to continue benefit coverage.

### Reemployment by the Company

If you're reemployed by the Company after you've received severance pay under any plan or other severance pay policy of the Company, you won't receive credit under any severance pay plan or policy of the Company (including this plan) for the service for which severance pay has been paid to you.

For example, suppose you received severance pay under a plan of the Company and that your severance pay was based on service of 10 years. If you're rehired by the Company, these 10 years wouldn't count toward determining any future severance pay benefits you may be entitled to receive.

### If You Should Die

If you should die **before** your last scheduled work date, no severance will be paid under this plan to a beneficiary.

But if you should die **on or after** your last scheduled work date, any unpaid amount of the severance pay to which you were entitled will be paid in a lump sum either to your spouse or your estate (if you weren't married on the date of your death).

### If You Receive a Plant Closing Payment

If the Company is required to make a payment under a federal, state, or local plant closing law, any severance pay you receive under this plan will be reduced by the amount of the plant closing payment.

# When Severance Is Not Paid

Benefits under the severance pay plan may not be made (or may be discontinued) if:

- you don't qualify for benefits under the terms of the plan, or

- the plan administrator determines you have engaged in "inappropriate conduct" before or after your last scheduled work date. **Inappropriate conduct** means any action that violates any policy, rule, or procedure of the Company or your business unit, or violates any agreement between you and the Company, or is otherwise detrimental to the Company.

**Productivity Effectiveness Program.** In addition, the severance pay plan won't provide benefits to any employee whose employment with the Company ends as a result of the 1999 Productivity Effectiveness Program (whether or not the termination of employment is a result of the employee's election not to physically relocate with his or her position with the Company).

# Claims for Benefits

## What to Do

No action by you is required to file a claim for benefits. The Company will notify you in writing if you're eligible for benefits under the severance pay plan.

If you believe that you're entitled to a benefit and haven't been notified that one is payable, or if you disagree with the amount of the benefit that's payable, you may file a **disputed claim** with the Company.

The plan administrator has full and exclusive authority to interpret the applicable plan provisions and to decide claims for benefits that are filed.

A decision on a disputed claim will be given to you as soon as possible, but no later than 90 days after a claim is filed, or 180 days in special cases. If a decision on a disputed claim can't be made within 90 days, you'll be notified in writing before the end of this 90-day period of the special circumstances that require an extended period of consideration of the disputed claim and the approximate date the plan administrator expects to reach a decision on the disputed claim.

## If a Disputed Claim Is Denied

If a disputed claim is denied, in whole or in part, you'll receive a written notice from the Company explaining why and on which plan provisions the disputed claim has been denied. An appeal must be made within 60 days after a denial by writing to the Company (contact your benefits administrator for details). You also may choose to name a representative to handle your appeal.

You'll be told if any additional information is needed to make a disputed claim acceptable. You may examine material related to your disputed claim. Copies of any materials or records that support the disputed claim should be sent with the appeal.

A decision on an appeal usually will be made within 60 days of when it's received, or 120 days in special cases. If a decision on an appeal can't be made within 60 days, you'll be notified in writing before the end of this 60-day period of the special circumstances that require an extended period of consideration of the appeal. The Company's decision on an appeal is final. If you have filed a claim for benefits which has been denied on appeal by the Company and you believe the claim has been improperly denied, in whole or in part, you have certain rights. See page 9 for more information.

# Other Information

The following pages describe other information you should know about the severance pay plan and your rights.

**Plan Sponsor**

The sponsor of the plan is W. R. Grace & Co., One Town Center Road, Boca Raton, FL 33486-1010.

**Plan Administration**

The plan administrator is:

> Vice President of Human Resources
> W. R. Grace & Co.
> One Town Center Road
> Boca Raton, FL 33486-1010
> (561) 362-2000

Severance benefits are paid by the Company from its general assets. There are no funds set aside for such benefits.

**Plan Year**

Records are kept on a plan-year basis. A plan year starts on January 1st and ends on the following December 31st.

**Plan Identification**

The official name of the plan is the **W. R. Grace & Co. Severance Pay Plan for Salaried Employees.** The Internal Revenue Service and Department of Labor identify the Company by the number 65-0654331 and the plan by the number 526. The plan is classified as a "welfare plan," providing severance pay benefits.

**The Plan's Future**

The Company, by action of its Board of Directors or the Investment and Benefits Committee, may change, suspend, or end the plan at any time.

**Legal Service**

The agent for service of legal process is the General Counsel, W. R. Grace & Co., One Town Center Road, Boca Raton, FL 33486-1010. Legal process also may be served on the plan administrator.

**Plan Documents**

This booklet describes the main features of the severance pay plan as of February 1, 1999. It's written in every day terms and avoids technical terms wherever possible. The plan also has official legal documents; in the event of any conflict between this booklet and the official legal documents, the official legal documents will govern. You may review the official legal documents by written application to the plan administrator; a reasonable charge may be made for copying these materials.

**If You Can't Receive Payments**

If the Company determines that you aren't able to receive payments—for example, if you're physically or mentally disabled—it may have payments made to the person or institution responsible for you.

## Your Rights

As a participant in the W. R. Grace & Co. Severance Pay Plan for Salaried Employees, you're entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

■ Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites, all documents governing the plan, and a copy of the latest annual report (Form 5500 Series), if any, filed by the plan with the U.S. Department of Labor.

■ Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, and copies of the latest annual report (Form 5500 Series), if any, and an updated summary plan description. The administrator may make a reasonable charge for the copies.

In addition to creating rights for plan participants, ERISA imposes duties on the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the plan review and reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and don't receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials weren't sent because of reasons beyond the control of the administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court.

If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you're successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.

# How Your Benefits Are Affected

### If You Receive a Lump-Sum Payment

If you receive your severance pay in a **lump sum**, your coverage under all Company benefit plans under which you're covered as of your last scheduled work date will end as of the end of the month in which you receive this lump-sum payment.

### Pension and Savings Plans

If you're a participant in a Company-sponsored pension or savings and investment plan:

- severance pay won't count to determine benefits under a pension or savings plan,
- severance pay can't be contributed to the savings plan, and
- the period during which you receive severance pay **won't** count as service under these plans, except as required by applicable law or by the terms of these plans.

### Medical and Dental Coverages

Coverage for you and enrolled members of your family under the Company's medical and dental plans will continue during the severance pay period, provided you continue any required contributions.

If you have employee or family coverage under a health maintenance organization (HMO) to which the Company makes contributions in your behalf, your coverage with the HMO will continue during the severance pay period, provided you continue any contributions required for coverage under the HMO.

Your contributions for coverage, if any, will be deducted automatically from your severance pay.

Medical and dental coverage will continue until the end of the month in which you receive your last severance payment. In addition, medical and dental coverage for an enrolled family member will end on the date your coverage ends, the date a family member becomes ineligible, or the date you stop contributions for family coverage, whichever occurs first.

### Medical and Dental COBRA Coverages

You'll be notified of your ability to elect continued medical and/or dental coverage from the Company, as required by the COBRA continuation requirements of federal law. The severance payment period during which medical and dental coverages continue **won't** count against the maximum period during which you may continue these coverages under COBRA. That is, after your severance pay ends, COBRA continuation may be elected for the maximum period that applies.

In addition, when COBRA medical coverage for you or an enrolled family member ends, you'll be given details on any conversion rights that apply (conversion rights don't apply to dental coverage).

**Important!** If you qualify for postretirement medical coverage, you may not elect both COBRA coverage and postretirement medical coverage—you may choose one or the other, but not both.

If a member of your family has COBRA coverage under a Company plan as of your last scheduled work date, this coverage will continue for the remainder of the period that applies, provided the required contributions continue.

### Life, VGA, and BTA Insurance Coverages

Your basic life insurance, reflecting your base pay as of your last scheduled work date, will continue at no cost to you during the severance pay period. If you had elected supplemental or dependent life insurance, these coverages may also continue during the severance pay period, provided you continue the required contributions.

In addition, any coverage you elected for yourself and your family under the Company's voluntary group accident insurance plan (VGA plan) will continue during the severance pay period if you continue the required contributions.

Your contributions for coverage, if any, will be deducted automatically from your severance pay.

Life and VGA insurance coverages will continue until the end of the month in which you receive your last severance payment, provided you continue any required contributions.

Coverage under the Company's business travel accident insurance plan (BTA plan) will end automatically as of your last scheduled work date.

If you choose, you may restore any life insurance coverage that's lost and not replaced for yourself or a family member by converting to an individual policy without providing proof that you're healthy by applying during the 31-day period after this coverage ends or is reduced. Contact your human resources office for details on converting life insurance coverage.

You may not, however, convert to an individual policy to continue coverage under the VGA plan or BTA plan; no conversion rights apply to these coverages.

### Flexible Spending Accounts

If you're contributing to a health care spending account and/or a dependent care spending account as of your last scheduled work date, contributions to these accounts will be affected as follows:

■ If you receive **severance installment payments,** your contributions to a health care spending account and/or a dependent care spending account may continue through the end of the calendar year. If you choose, you may elect to stop or change your contributions to a health care spending account and/or a dependent care spending account. Contact your human resources office for details.

■ If you receive your severance in a **lump-sum payment,** your contributions to a health care spending account and/or a dependent care spending account will end with your last eligible paycheck and no contribution to those accounts will be taken from your lump-sum severance payment unless you elect to contribute a portion of that payment to a health care spending account and/or dependent care spending account. In no event, however, can participation extend beyond December 31st. Contact your human resources office for details.

### Short-Term Disability Coverage

All short-term disability and salary continuation coverages will end as of your last scheduled work date.

### Long-Term Disability Coverage

If you're a participant in a Company-sponsored long-term disability income plan (LTD plan), your participation in this plan will continue through your last scheduled work date, provided you continue the required contributions. Benefits under any Company-sponsored LTD plan won't be payable for disabilities occurring after your last scheduled work date.

### Retiree Life Insurance and Medical Coverage

To determine whether or not you qualify for retiree life insurance and medical coverage:

- Your service will include the period for which you could receive installment severance payments under this plan (whether or not you actually do receive installment payments).

- Your age for determining eligibility for these coverages will be your age on the date the last severance installment payment would have been made to you. If you reach the minimum age for electing retiree coverage (age 55) while installment severance payments would have been made to you, you may elect retiree coverage on or after the date you receive your last installment payment (even if that payment is a lump sum).

In addition to the general retiree coverage eligibility provisions (i.e., age 55 with at least 10 years of service as of an eligible employee's date of termination or end of severance pay period, if applicable), the following new retiree life insurance and medical coverage eligibility provisions have been implemented:

- An eligible employee who becomes entitled to severance pay under the severance pay plan, and is terminated by the Company (not "for cause") on or after January 31, 1999, will also qualify if, when his or her employment ends:
  - the sum of the employee's age plus years of service with the Company **equals at least 80,** or
  - the employee has **at least 30 years of service** with the Company, regardless of the employee's age at termination.

The new retiree life insurance and medical coverage eligibility provisions apply only to eligible employees whose employment is terminated by the Company (not "for cause") on or after January 31, 1999. They do **not** apply to employees who retire or resign.

**Important!** In addition, keep in mind that retiree medical coverage isn't automatic: You must enroll and pay for the coverage. Moreover, you have choices concerning when retiree medical coverage may take effect. Refer to your summary on retiree medical coverage or contact your benefits administrator for details.

### Benefit Plan Changes

This booklet briefly outlines some of the rules that apply to the benefit plans mentioned on pages 10–12. It doesn't provide a full description of these rules. Please refer to the summary plan descriptions of these plans for more information.

The Company reserves the right to change or end any benefit plan, and any such changes or termination may also apply to any former employee receiving severance (and enrolled family members, if applicable).

### Vacation Pay

If you have not already taken the full vacation to which you're entitled for the calendar year in which your employment is terminated, you'll receive a lump-sum payment equal to your unused vacation.