# SIGN-IN SHEET

**CASE NAME:** WR Grace  
**CASE NO.:** 01-1139  
**COURTROOM NO.:** 2  
**DATE:** 8/23/04

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lewis Kruger | Stroock & Stroock & Lavan | Official Creditors Committee |
| Jay Sakalo | Bilzin Sumberg | Property Damage Committee |
| Gary M. Becker | Kramer Levin Naftalis & Frankel | Equity Committee |
| Jim Wesley | Campbell Levine LLC | Asbestos Claimants Committee |
| Peter Lockwood | Caplin & Drysdale Chartered | Asbestos Claimants Committee |
| Frank L. Perch III | US Trustee | US Trustee |
| JS Baer | Kirkland & Ellis | WR Grace |
| Sam Blatnick | " | " |
| David Cancilleri | " | " |
| Linda Carmichael | White and Williams LLP | ACE Entities |
| Toni Mumford | Landis Rath & Cobb | Abby Clement? |
| Dan Cohn | Cohn & Whitesell | " |
| Bruce Schaeffer | Lowenstein Sandler | Kevi Evans |
| Kevin Mangan | Monzack and Monaco | City of Cambridge |

# SIGN-IN SHEET

CASE NAME: WR Grace
CASE NO.: 01-1139
COURTROOM NO.: 2
DATE: 8/23/04

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Wisler | Connolly Bove | Maryland Casualty |
| Laura Stover | Eckert Seamans | Maryland Casualty |
| Jack Phillips | Phillips Goldman & Spence | Futures Claimants Rep. |
| Elizabeth DeCristofaro | Ford Marrin | Continental Cas. Co. |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | PD Committee |
| William D. Sullivan | Elzufon Austin et al | Foster Wheeler |