## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**Objection Date: September 14, 2004 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are timely filed and served**

### THIRTIETH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **July 1, 2004 – July 31, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$19,040.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$201.17** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 3.70 hours and the corresponding compensation requested is approximately $629.00[2]

This is the thirtieth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Thirtieth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | | |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | | |

# DuaneMorris

*FIRM/AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

August 19, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1033902                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 18.60 | hrs. at | $495.00 | /hr. = | $9,207.00 |
| RW RILEY | PARTNER | 0.80 | hrs. at | $385.00 | /hr. = | $308.00 |
| WS KATCHEN | PARTNER | 9.00 | hrs. at | $545.00 | /hr. = | $4,905.00 |
| DM SPEERS | PARALEGAL | 3.30 | hrs. at | $190.00 | /hr. = | $627.00 |
| VL AKIN | PARALEGAL | 23.30 | hrs. at | $170.00 | /hr. = | $3,961.00 |
| V MARCHELLO | LEGAL ASSISTAN | 0.40 | hrs. at | $80.00 | /hr. = | $32.00 |
| | | | | | | $19,040.00 |

DISBURSEMENTS
DOCUMENT RETRIEVAL                                    7.82
OVERNIGHT MAIL                                        41.97
OVERTIME RELATED COSTS                               17.06
PRINTING & DUPLICATING                              118.35
TELECOPY                                              9.50
TELEPHONE                                             6.47
TOTAL DISBURSEMENTS                                                  $201.17

BALANCE DUE THIS INVOICE                                            $19,241.17

PREVIOUS BALANCE                                                    $93,948.14

TOTAL BALANCE DUE                                                  $113,189.31

Duane Morris
August 19, 2004
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1033902

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/6/2004 | 003 | MR LASTOWSKI | REVIEW MAY 2004 MONTHLY OPERATING REPORTS | 0.90 | $445.50 |
| | | | Code Total | 0.90 | $445.50 |

Duane Morris
August 19, 2004
Page 3

File # K0248-00001                                               INVOICE # 1033902
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 7/1/2004 004 | DM SPEERS | REVIEWING 7/1/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 7/1/2004 004 | VL AKIN | UPDATE SERVICE LIST | 0.50 | $85.00 |
| 7/2/2004 004 | DM SPEERS | REVIEWING 7/2/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 7/2/2004 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.20 | $34.00 |
| 7/6/2004 004 | DM SPEERS | REVIEWING 7/6/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 7/8/2004 004 | DM SPEERS | REVIEWING 7/8/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 7/12/2004 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.40 | $68.00 |
| 7/13/2004 004 | DM SPEERS | REVIEWING 7/12/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 7/13/2004 004 | DM SPEERS | REVIEWING 7/13/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 7/13/2004 004 | DM SPEERS | DRAFTING AND FORWARDING MEMO TO WSKATCHEN ENCLOSING INVOICE FOR COPY OF 6/3/04 3RD CIRCUIT ORAL ARGUMENT TRANSCRIPT IN COMBUSTION ENGINEERING APPEALS | 0.10 | $19.00 |
| 7/14/2004 004 | DM SPEERS | REVIEWING 7/14/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 7/14/2004 004 | VL AKIN | UPDATE 2002 SERVICE LIST AND LABELS | 0.20 | $34.00 |
| 7/15/2004 004 | DM SPEERS | REVIEWING 7/15/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 7/16/2004 004 | DM SPEERS | REVIEWING 7/16/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 7/19/2004 004 | DM SPEERS | REVIEWING 7/19/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |

Duane Morris
August 19, 2004
Page 4

File # K0248-00001                                                                INVOICE # 1033902
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 7/20/2004 004 | DM SPEERS | REVIEWING 7/20/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 7/21/2004 004 | DM SPEERS | REVIEWING 7/21/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $57.00 |
| 7/22/2004 004 | DM SPEERS | REVIEWING 7/22/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 7/23/2004 004 | DM SPEERS | REVIEWING 7/23/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 7/26/2004 004 | DM SPEERS | REVIEWING 7/26/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 7/27/2004 004 | DM SPEERS | REVIEWING 7/27/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 7/28/2004 004 | DM SPEERS | REVIEWING 7/28/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 7/29/2004 004 | DM SPEERS | REVIEWING 7/29/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $57.00 |
| 7/30/2004 004 | DM SPEERS | REVIEWING 7/30/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $57.00 |
| | | Code Total | 4.60 | $848.00 |

Duane Morris
August 19, 2004
Page 5

File # K0248-00001                                      INVOICE # 1033902
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 7/1/2004 005 | MR LASTOWSKI | REVIEW ANALYSIS OF CLAIM OBJECTIONS | | 0.40 | $198.00 |
| 7/1/2004 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH LEWIS KRUGER RE: DEBTOR'S PLAN PROPOSAL. | | 0.30 | $163.50 |
| 7/1/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RE: DEBTOR'S PLAN PROPOSAL. | | 0.30 | $163.50 |
| 7/1/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH TOM MAHER RE: DEBTOR'S PLAN PROPOSAL. | | 0.30 | $163.50 |
| 7/6/2004 005 | MR LASTOWSKI | REVIEW MOTION TO ESTABLISH ADR FOR CLAIMS RESOLUTION AND THE RESPONSE OF OLD CASTLE APG NORTHEAST THERETO | | 0.30 | $148.50 |
| 7/6/2004 005 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO MOTION BY SCOTT'S COMPANY. | | 0.10 | $54.50 |
| 7/6/2004 005 | WS KATCHEN | REVIEW OBJECTION BY ASBESTOS CLAIMANTS' COMMITTEE RE: SCOTT'S MOTION. | | 0.10 | $54.50 |
| 7/6/2004 005 | WS KATCHEN | COMMITTEE CONFERENCE CALL RE: DEBTOR'S PROPOSED PLAN. | | 0.60 | $327.00 |
| 7/6/2004 005 | WS KATCHEN | REVIEW COMMITTEE E-MAIL RE: ACQUISITION. | | 0.10 | $54.50 |
| 7/8/2004 005 | WS KATCHEN | REVIEW COMMITTEE MEMO. | | 0.30 | $163.50 |
| 7/9/2004 005 | WS KATCHEN | ATTEND COMMITTEE MEETING AT STROOCK. | | 4.00 | $2,180.00 |
| 7/10/2004 005 | WS KATCHEN | WORK ON §524(G) ISSUES - PLAN NEGOTIATIONS. | | 1.60 | $872.00 |
| 7/15/2004 005 | MR LASTOWSKI | REVIEW STATUS OF NEGOTIATIONS RE: ADR MOTIONS | | 0.40 | $198.00 |
| 7/16/2004 005 | WS KATCHEN | REVIEW FUTURE CLAIMANT'S REPLY TO LIMITED OBJECTIONS ON RETENTION. | | 0.10 | $54.50 |
| 7/16/2004 005 | WS KATCHEN | REVIEW STROOCK MEMO ON PENSION CONTRIBUTION BY DEBTOR. | | 0.10 | $54.50 |
| 7/23/2004 005 | WS KATCHEN | REVIEW MOTIONS BY LIBBY CLAIMANTS. | | 0.30 | $163.50 |
| 7/23/2004 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: PENSION PLAN CONTRIBUTIONS. | | 0.20 | $109.00 |
| 7/26/2004 005 | WS KATCHEN | REVIEW MOTLEY RICE DISCLOSURE ISSUE AND FORWARD TO STROOCK. | | 0.20 | $109.00 |
| 7/27/2004 005 | MR LASTOWSKI | REVIEW DEBTOR'S SIXTH OMNIBUS OBJECTION TO CLAIMS | | 0.20 | $99.00 |
| 7/27/2004 005 | V MARCHELLO | PREPARE LETTER TO LEWIS KRUGER (CC: KEN PASQUALE AND ARLENE KRIEGER) PER BILL KATCHEN'S REQUEST FORWARDING THEM REPLY BRIEF IN IN RE: CONGOLEUM CORPORATION. | | 0.10 | $8.00 |

Duane Morris
August 19, 2004
Page 6

INVOICE # 1033902

File # K0248-00001
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 7/27/2004 | 005 | V MARCHELLO | PREPARE LETTER TO KEVIN KELLEY PER BILL KATCHEN'S REQUEST FORWARDING HIM A COPY OF REPLY BRIEF FOR HIS INFORMATION. | 0.10 | $8.00 |
| 7/27/2004 | 005 | V MARCHELLO | PREPARE LETTER TO TED GEWERTZ PER BILL KATCHEN'S REQUEST FORWARDING HIM A COPY OF REPLY BRIEF (IN RE: CONGOLEUM) FOR HIS INFORMATION. | 0.10 | $8.00 |
| 7/27/2004 | 005 | V MARCHELLO | PREPARE LETTER TO MARIA PATTERSON PER BILL KATCHEN'S REQUEST FORWARDING HER A COPY OF REPLY BRIEF (IN RE: CONGOLEUM) FOR HER INFORMATION. | 0.10 | $8.00 |
| 7/29/2004 | 005 | MR LASTOWSKI | REVIEW STATUS OF SETTLEMENT OF CLAIMS | 0.30 | $148.50 |
| 7/29/2004 | 005 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE. | 0.10 | $54.50 |
| 7/29/2004 | 005 | WS KATCHEN | REVIEW DRAFT PLEADINGS ON ADR PROCEDURE. | 0.30 | $163.50 |
| | | | Code Total | 11.00 | $5,729.00 |

Case 01-01139-AMC   Doc 6256   Filed 08/25/04   Page 11 of 22

Duane Morris
August 19, 2004
Page 7

File # K0248-00001                                          INVOICE # 1033902
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 7/20/2004 008 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO MAKE CONTRIBUTIONS TO DEFINED BENEFIT PLAN | 0.20 | $99.00 |
| | | Code Total | 0.20 | $99.00 |

Duane Morris
August 19, 2004
Page 8

File # K0248-00001                                          INVOICE # 1033902
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/1/2004 | 009 | VL AKIN | PREPARE CERTIFICATE OF SERVICE FOR 12TH QUARTERLY FEE APP AND NOTICE OF DUANE MORRIS | 0.40 | $68.00 |
| 7/1/2004 | 009 | VL AKIN | EDIT AND PREPARE FOR FILING AND SERVICE 12TH QUARTERLY FEE APPLICATION DUANE MORRIS | 0.80 | $136.00 |
| 7/2/2004 | 009 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 12TH QUARTERLY FEE APPLICATION | 1.10 | $544.50 |
| 7/9/2004 | 009 | VL AKIN | BILLING MATTERS REGARDING FEE AUDITOR | 0.50 | $85.00 |
| 7/12/2004 | 009 | RW RILEY | REVIEWING AND ADDRESSING ISSUES RELATED TO PENDING FEE APPLICATIONS OF DUANE MORRIS | 0.80 | $308.00 |
| 7/13/2004 | 009 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 24TH FEE APPLICATION OF DUANE MORRIS | 0.20 | $34.00 |
| 7/13/2004 | 009 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 25TH FEE APPLICATION OF DUANE MORRIS | 0.20 | $34.00 |
| 7/13/2004 | 009 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 26TH FEE APPLICATION OF DUANE MORRIS | 0.20 | $34.00 |
| 7/13/2004 | 009 | VL AKIN | FILE CERTIFICATIONS OF NO OBJECTION FOR 24TH, 25TH & 26TH FEE APPLICATIONS OF DUANE MORRIS, LLP. FORWARD SAME TO MS. BELLO AND MR. SPARKS. | 0.50 | $85.00 |
| 7/19/2004 | 009 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR 27TH FEE APPLICATION OF DUANE MORRIS | 0.30 | $51.00 |
| 7/20/2004 | 009 | VL AKIN | REVIEW ECF DOCKET REGARDING OBJECTIONS TO FEE APPLICATIONS | 0.20 | $34.00 |
| 7/21/2004 | 009 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR 28TH FEE APP OF DUANE MORRIS | 0.30 | $51.00 |
| 7/22/2004 | 009 | VL AKIN | UPDATE FEE CHART | 0.40 | $68.00 |
| 7/23/2004 | 009 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION FOR 28TH FEE APPLICATION OF DUANE MORRIS. FORWARD SAME TO MS. BELLO AND COMPANY | 0.30 | $51.00 |
| 7/27/2004 | 009 | VL AKIN | PREPARE JUNE 2004 INVOICE FOR DUANE MORRIS | 0.50 | $85.00 |
| 7/27/2004 | 009 | VL AKIN | PREPARE TWENTY - NINTH FEE INVOICE FOR DUANE MORRIS | 0.40 | $68.00 |
| 7/27/2004 | 009 | VL AKIN | PREPARE THIRTEENTH QUARTERLY FEE APPLICATION OF DUANE MORRIS. | 1.50 | $255.00 |
| 7/28/2004 | 009 | VL AKIN | PREPARE CHARTS FOR 13TH FEE APPLICATION OF DUANE MORRIS | 3.00 | $510.00 |

Duane Morris
August 19, 2004
Page 9

File # K0248-00001                                    INVOICE # 1033902
        W.R. GRACE & CO.

| 7/29/2004 009 | VL AKIN | EDIT 13TH QUARTERLY FEE APPLICATION OF DUANE MORRIS. REVIEW FILE. PREPARE FOR FILING AND SERVICE | 2.00 | $340.00 |
|---|---|---|---|---|
| 7/30/2004 009 | VL AKIN | FILE AND SERVE JUNE 2004 FEE APPLICATION OF DUANE MORRIS | 0.70 | $119.00 |
|  |  | Code Total | 14.30 | $2,960.50 |

Duane Morris
August 19, 2004
Page 10

File # K0248-00001                                          INVOICE # 1033902
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|-----------|-------------|-------|--------|
| 7/2/2004 | 010 | MR LASTOWSKI | REVIEW APPLICATION IN SUPPORT OF DELOITTE RETENTION | 0.30 | $148.50 |
| 7/2/2004 | 010 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S OBJECTION TO FUTURE CLAIMS REPRESENTATIVE'S RETENTION OF SWIDLER BERLIN | 1.30 | $643.50 |
| 7/2/2004 | 010 | VL AKIN | FILE MAY 2004 FEE INVOICE OF STROOCK & STROOCK & LAVAN | 0.70 | $119.00 |
| 7/7/2004 | 010 | VL AKIN | REVEIW ECF DOCKET REGARDING OBJECTION TO THIRTY SEVENTH FEE APP OF STROOCK | 0.10 | $17.00 |
| 7/7/2004 | 010 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 37TH FEE APPLICATION OF STROOCK | 0.30 | $51.00 |
| 7/8/2004 | 010 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING 37TH FEE APPLICATION OF STROOCK. EMAIL SAME TO COMPANY AND MS. BELLO. | 0.70 | $119.00 |
| 7/9/2004 | 010 | MR LASTOWSKI | REVIWE FUTURE CLAIMS REPRESENTATIVE'S BRIEFS IN SUPPORT OF RETENTION OF SWIDLER | 0.50 | $247.50 |
| 7/12/2004 | 010 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S LIMITED OBJECTION TO THE FUTURE CLAIMS REPRSENTATIVE'S RETENTION OF CIBC | 0.20 | $99.00 |
| 7/14/2004 | 010 | VL AKIN | FILE 35TH MONTHLY FEE APPLICATION OF FIT | 0.70 | $119.00 |
| 7/14/2004 | 010 | VL AKIN | FILE FIRST INTERIM APPLICATION OF CAPSTONE RECOVERY | 0.70 | $119.00 |
| 7/14/2004 | 010 | VL AKIN | FILE SECOND INTERIM FEE APPLICATION OF CAPSTONE RECOVERY | 0.70 | $119.00 |
| 7/14/2004 | 010 | VL AKIN | FILE THIRD INTERIM FEE APPLICATION OF CAPSTONE RECOVERY | 0.70 | $119.00 |
| 7/14/2004 | 010 | VL AKIN | FILE FIRST QUARTERLY FEE APPLICATION OF CAPSTONE RECOVERY | 0.70 | $119.00 |
| 7/16/2004 | 010 | VL AKIN | PREPARE AMENDED CERTIFICATION OF NO OBJECTION FOR STROOCK 37TH FEE APPLICATION | 0.20 | $34.00 |
| 7/16/2004 | 010 | VL AKIN | FILE AMENDED CERTIFICATION OF NO OBJECTION FOR STROOCK 37TH FEE APPLICATION. FORWARD TO MS. BELLO AND THE COMPANY | 0.20 | $34.00 |
| 7/19/2004 | 010 | VL AKIN | FILE MAY 2004 FEE APPLICATION OF CAPSTONE. FORWARD TO MS. BELLO AND MR SPARKS. | 0.70 | $119.00 |
| 7/20/2004 | 010 | MR LASTOWSKI | REVIEW ORDINARY COURSE PROFESSIONALS REPORT | 0.20 | $99.00 |

Duane Morris
August 19, 2004
Page 11

File # K0248-00001                                    INVOICE # 1033902
      W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 7/29/2004 | 010 | MR LASTOWSKI | REVIEW FEDERAL INSURANCE COMPANY'S APPELLATE BRIEF RE: COURT'S APPOINTMENT OF DAVID AUSTERN | 0.50 | $247.50 |
| 7/29/2004 | 010 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S APPELLATE BRIEF RE: COURT'S APPOINTMENT OF DAVID AUSTERN | 0.50 | $247.50 |
| | | | Code Total | 9.90 | $2,820.50 |

August 19, 2004
Page 12

File # K0248-00001                                                INVOICE #  1033902
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 7/2/2004 012 | VL AKIN | FILE AND SERVE TWELFTH QUARTERLY FEE APPLICATION OF DUANE MORRIS | 0.80 | $136.00 |
| 7/12/2004 012 | VL AKIN | BILLING MATTERS REGARDING DUANE MORRIS FEE APPLICATIONS | 0.80 | $136.00 |
| 7/13/2004 012 | VL AKIN | REVIEW DOCKET REGARDING OBJECTIONS TO 24TH -26TH FEE APPLICATIONS OF DUANE MORRIS | 0.10 | $17.00 |
| 7/20/2004 012 | MR LASTOWSKI | EXECUTE CNO FOR DUANE MORRIS 27TH MONTHLY FEE APPLICATION | 0.10 | $49.50 |
| 7/20/2004 012 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING TWENTY-EIGHTH FEE APPLICATION OF DUANE MORRIS. FORWARD SAME TO MS. BELLO AND COMPANY. | 0.30 | $51.00 |
| 7/23/2004 012 | MR LASTOWSKI | SIGN CNO FOR DUANE MORRIS 28TH MONTHLY FEE APPLICATIN | 0.10 | $49.50 |
| 7/28/2004 012 | VL AKIN | PREPARE THIRTEENTH QUARTERLY FEE APPLICATION OF DUANE MORRIS | 0.80 | $136.00 |
| 7/30/2004 012 | MR LASTOWSKI | REVIEW AND APPROVE DUANE MORRIS 13TH QUARTERLY FEE APPLICATION | 1.00 | $495.00 |
| | | Code Total | 4.00 | $1,070.00 |

August 19, 2004
Page 13

File # K0248-00001                                        INVOICE #  1033902
        W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/2/2004 | 013 | VL AKIN | UPDATE FEE CHART | 0.20 | $34.00 |
| 7/2/2004 | 013 | VL AKIN | UPDATE FEE CHART | 0.20 | $34.00 |
| 7/7/2004 | 013 | MR LASTOWSKI | REVIEW AND SIGN CNO RE: STROOCK THIRTY SEVENTH MONTHLY FEE APPLICATION | 0.10 | $49.50 |
| 7/7/2004 | 013 | MR LASTOWSKI | REVIEW AND SIGN CNO RE: STROOCK ELEVENTH QUARTERLY | 0.10 | $49.50 |
| | | | Code Total | 0.60 | $167.00 |

August 19, 2004
Page 14

File # K0248-00001                                          INVOICE #  1033902
     W.R. GRACE & CO.

| 7/2/2004 | 015 | MR LASTOWSKI | DETERMINE STATUS OF JULY 6, 2004 OMNIBUS HEARING | 0.20 | $99.00 |
|---|---|---|---|---|---|
| 7/6/2004 | 015 | MR LASTOWSKI | REVIEW ITEMS ON 7/6/04 AGENDA | 0.80 | $396.00 |
| 7/6/2004 | 015 | MR LASTOWSKI | ATTEND (TELEPHONICALLY) 7/6/04 HEARING | 0.80 | $396.00 |
| 7/12/2004 | 015 | MR LASTOWSKI | E-MAIL TO AND FROM A. KRIEGER RE: JULY OMNIBUS HEARING | 0.10 | $49.50 |
| 7/15/2004 | 015 | MR LASTOWSKI | REVIEW 7/19/04 AGENDA AND ITEMS IDENTIFIED THEREON | 1.40 | $693.00 |
| 7/19/2004 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 1.50 | $742.50 |
| 7/19/2004 | 015 | MR LASTOWSKI | PREPARE FOR OMNIBUS HEARING | 1.50 | $742.50 |
| 7/29/2004 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 7/21/04 | 0.30 | $148.50 |
| | | | Code Total | 6.60 | $3,267.00 |

August 19, 2004
Page 15

File # K0248-00001                                    INVOICE # 1033902
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 7/15/2004 | 016 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: ADR PROCEDURES | 0.10 | $49.50 |
| 7/20/2004 | 016 | MR LASTOWSKI | REVIEW MOTION TO EXTEND TIME TO REVIEW ACTIONS | 0.20 | $99.00 |
| | | | Code Total | 0.30 | $148.50 |

File # K0248-00001                                                     INVOICE #  1033902
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/1/2004 | 018 | MR LASTOWSKI | REVIEW ALLEN PLAINTIFF'S RESOPNPSE TO SCOTTS' COMPANY'S MOTION SEEKING TO ENFORCE THE AUTOMATIC STAY | 0.40 | $198.00 |
| 7/1/2004 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO SCOTTS' COMPANY'S MOTION SEEKING TO ENFORCE THE AUTOMATIC STAY | 0.10 | $49.50 |
| 7/1/2004 | 018 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S RESPONSE TO SCOTTS' COMPANY'S MOTION SEEKING TO ENFORCE THE AUTOMATIC STAY | 0.40 | $198.00 |
| 7/2/2004 | 018 | MR LASTOWSKI | REVIEW EMERGENCY MOTION TO ENFORCE AUTOMATIC STAY | 1.30 | $643.50 |
| 7/20/2004 | 018 | MR LASTOWSKI | REVIEW DEBTORREVIEW LIBBY PLAINTIFF'S MOTION FOR RELIEF FROM STAY TO TAKE RODNEY ERIKSON DEPOSITION | 0.20 | $99.00 |
| 7/20/2004 | 018 | MR LASTOWSKI | REVIEW DEBTORREVIEW LIBBY PLAINTIFF'S MOTION FOR RELIEF FROM STAY TO TAKE LOUIS SHEA DEPOSITION | 0.20 | $99.00 |
| 7/20/2004 | 018 | MR LASTOWSKI | REVIEW DEBTORREVIEW LIBBY PLAINTIFF'S MOTION FOR RELIEF FROM STAY TO TAKE SHIRLEY TAYLOR DEPOSITION | 0.20 | $99.00 |
| 7/20/2004 | 018 | MR LASTOWSKI | REVIEW DEBTORREVIEW LIBBY PLAINTIFF'S MOTION FOR RELIEF FROM STAY TO TAKE DAYTON HILL DEPOSITION | 0.20 | $99.00 |
| | | | Code Total | 3.00 | $1,485.00 |

File # K0248-00001                                    INVOICE # 1033902
    W.R. GRACE & CO.

<table>
<tr><td>TOTAL SERVICES</td><td>55.40</td><td>$19,040.00</td></tr>
</table>

File # K0248-00001                                            INVOICE # 1033902
      W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 7/31/2004 | TELEPHONE | | 6.47 |
| | | Total: | $6.47 |
| 7/2/2004 | OVERNIGHT MAIL PACKAGE SENT TO WARREN H SMITHESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790689190992) | | 32.18 |
| 7/2/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VICE PRESIDENT AND GENE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790689181314) | | 9.79 |
| | | Total: | $41.97 |
| 7/31/2004 | OVERTIME RELATED COSTS | | 17.06 |
| | | Total: | $17.06 |
| 7/31/2004 | TELECOPY | | 9.50 |
| | | Total: | $9.50 |
| 7/31/2004 | DOCUMENT RETRIEVAL | | 7.82 |
| | | Total: | $7.82 |
| 7/31/2004 | PRINTING & DUPLICATING | | 118.35 |
| | | Total: | $118.35 |
| | TOTAL DISBURSEMENTS | | $201.17 |

.