## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF FTI POLICANO & MANZO
### FOR THE TWELFTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Twelfth Interim Quarterly Fee Application of FTI Policano & Manzo (the "Application").

### BACKGROUND

1.      FTI Policano & Manzo ("FTIPM") was retained as financial advisers to the official committee of unsecured creditors.  In the Application, FTIPM seeks approval of fees totaling $92,750.50 and costs totaling $1,138.73 for its services from January 1, 2004, through February 3, 2004.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application,  for compliance with 11 U.S.C. 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals.  We served on FTIPM an initial report based on

our review, and received a response from FTIPM, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted that this is the final quarterly fee application for FTIPM

in these cases.  FTIPM was replaced by Capstone Corporate Recovery, LLC as financial advisors to

the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, subject to order

by the Court.

4.      We noted than on January 21, 2004, five firm members participated in a conference

call.  The total time spent including any preparation time was 5.90 hours for a total fee of $2,587.50.

The entries are provided below.

| | | | |
|---|---|---|---|
| 01/21/04 | SJ | 0.80 | Participated in conference call with Committee regarding foreign restructuring |
| 01/21/04 | JS | 0.50 | Participated in conference call with Committee to discuss response to tax restructuring motion. |
| 01/21/04 | CW | 1.00 | Participated in a Committee conference call to discuss the Debtors' proposed organizational restructuring |
| 01/21/04 | JR | 1.00 | Participated in conference call with the Committee. |
| 01/21/04 | LH | 2.20 | Read and analyzed various memos and reports in preparation for call with Committee. |
| 01/21/04 | LH | 0.40 | Participated in conference call with the Committee |

We asked FTIPM to explain why it was necessary for all five firm members to participate in the call

and to clarify the distinct role and/or expertise of each of the five.  FTIPM responded as follows:

In general, given the complexity, scope and size of the business and number of significant issues to be covered at meetings, hearings and/or conference calls, FTI may assign more than one case team staff member to attend the meeting, hearing and/or conference call, each of whom has an understanding of the overall consolidated operations, of the divisional operations of the Company and of specific issues such as Company acquisitions, divestments and compensation and incentive plans, asbestos litigation and fraudulent conveyance issues.

This instance is the first time that five individuals were thought necessary to provide thorough professional advice to the Committee on a particular issue.    As demonstrated by other fee applications filed by FTI during the three year period it has provided advisory services to the Committee in these cases, we believe FTI has been prudent in assigning staff to participate in the numerous meetings it has held with the Committee.

In this instance, the January 21, 2004, conference call with the Committee, the issue at hand was a proposed major tax-driven reorganization or the Debtors' foreign subsidiaries.    The potential ramifications, including ownership and transfer of considerable cash balances, taxation of the transactions by foreign and domestic tax authorities, and the overall effect on the unsecured creditors, were significant.    In order to obtain a thorough understanding of the interplay of these complex issues and prepare an appropriate response to the Debtors' motion for the tax restructuring, it was necessary to call upon the knowledge of the firm's individuals directly involved in the daily activity of the case as well as individuals with in-depth knowledge of domestic and international taxation.

In accordance with the above, timekeepers C. Whitney, J. Rooney and L. Hamilton, each individually involved in various aspects of the case participated in the conference call.    Timekeepers S. Joffe and J. Schwartzman, individuals with considerable legal and taxation experience, also participated in the conference call.

Additionally, timekeeper L. Hamilton analyzed and prepared summary information of the complex issues to be used by the participants in the call.

Also, in order to minimize fees charged in this instance, the various timekeepers left the conference call as soon as possible, e.g. timekeeper J. Schwartzman participated in only one-half of the entire call.

While we appreciate the response, it does not establish the necessity of all five professionals on this conference call, and thus we recommend a reduction of 1/2 of the fees incurred for this call, for a reduction of $1,293.75 in fees.

## CONCLUSION

5.      Thus we recommend approval of fees totaling $91,456.75 ($92,750.50 minus $1,293.75) and costs totaling $1,138.73 for FTIPM's services from January 1, 2004, through February 3, 2004.


Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
            Warren H. Smith
            Texas State Bar No. 18757050


Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 25th day of August, 2004.


_____
            Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**

Edwin N. Ordway, Jr.
FTI Policano & Manzo
Park 80 West, Plaza I
Saddle Brook, NJ 07663

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801