

2004 AUG 24 AM 11: 51

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 23, 2004

Clerk of the U.S. Bankruptcy Court
824 Market Street
Wilmington, Delaware 19801

Re: W.R. Grace & Co, Case No. 01-01139 (JKF)

To the Clerk of the U.S. Bankruptcy Court:

This letter is in response to the DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS filed on July 26, 2004. Lason Systems Inc filed a Proof of Claim on 3/6/03, Claim Number 3210, along with the supporting invoices, which totaled **$283,279.92.** Based on our Books and Records, this is a valid amount, and the Debtors' should not be allowed to reduce the claim amount. We however, agree, that the class claim should be a reclassified to a general unsecured claim from an unsecured priority claim. Please contact Jim Reynolds, Vice President/Controller of Lason Systems, Inc. with any questions. He can be reached at 248-837-7296. Work done was for scanning/conversion of Litigation Files.

Listed below are the specific invoices that are basis of our supporting legal argument, which represents the $283,279.92.

INVICS023145 dated September 30, 2000 -$81,187.50
INVICS023816 dated October 31, 2000-$30,778.14
INVICS025901 dated February 14, 2001-$97,303.45
INVICS026105 dated February 28, 2001-$67,793.53
INVICS027068 dated March 31, 2001- $81,217.30

If you have any further questions regarding this matter, please contact Jim Reynolds.

Sincerely,

Susan Gillispie
Susan Gillispie
Credit Analyst Lason Systems
Direct Phone 248-837-7238
Fax           248-837-7159