In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT B - CLAIM WITHDRAWN

Hearing Date: Monday, August 23, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS PO BOX 12548 AUSTIN TX 78711-2548 | 01-01185 | 5540 | UNKNOWN (U) | NO LIABILITY EXPUNGE | CLAIM WITHDRAWN |
| 2 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS PO BOX 12548 AUSTIN TX 78711-2548 | 01-01185 | 5540 | UNKNOWN (U) | UNLIQUIDATED EXPUNGE | CLAIM WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured
(P) - Priority (U) - Unsecured

Page 1 of 1

8/19/2004 11:27:15 AM