In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT A - CONTINUED

Hearing Date: Monday, August 23, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | DONS DIESEL SERVICE INC<br>PO BOX 2438<br>HILLSBORO MO 63050 | 01-01139<br>W.R. GRACE & CO. | 2399 | $1,843.98 (U) | REDUCE AND ALLOW | $1,577.41 | (U) | CONTINUED TO 9/27/2004 12:00P |
| 2 | EXXONMOBIL CHEMICAL COMPANY<br>LAW DEPT BANKRUPTCY MATTERS<br>13501 KATY FREEWAY<br>HOUSTON TX 77079 | 01-01139<br>W.R. GRACE & CO. | 869 | $71,547.45 (U) | REDUCE AND ALLOW | $63,058.42 | (U) | CONTINUED TO 9/27/2004 12:00P |
| 3 | KATTEN MUCHIN ZAVIS ROSENMAN<br>C/O JEFF J FRIEDMAN ESQ<br>575 MADISON AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 15176 | $58,292.87 (U) | REDUCE AND ALLOW | $1,153.13 | (U) | CONTINUED TO 9/27/2004 12:00P |
| 4 | NSTAR GAS<br>800 BOYLSTON ST<br>17TH FLOOR<br>BOSTON MA 02119 | 01-01140<br>W.R. GRACE & CO.-CONN. | 196 | $14,773.55 (U) | REDUCE AND ALLOW | $7,132.59 | (U) | CONTINUED TO 9/27/2004 12:00P |
| 5 | SPAULDING AND SLYE<br>C/O BRUCE D LEVIN ESQ<br>BERNKOPF GOODMAN & BASBMAN LLP W.R. GRACE & CO.-CONN.<br>125 SUMMER STR<br>BOSTON MA 02110 | 01-01140 | 203 | $1,403,017.00 (U) | REDUCE AND ALLOW | $549,159.00 | (U) | CONTINUED TO 9/27/2004 12:00P |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured