In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT B - STIPULATION

Hearing Date: Monday, August 23, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Allowed Claim Amount* | Claim Class** | Relief Requested |
|---|---|---|---|---|---|---|---|
| 1 | CITY OF EL PASO<br>C/O DAVID G AELVOET<br>LINEBARGER HEARD GOGGAN ET AL<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | 01-01139<br>W.R. GRACE & CO. | 83 | $721.05 (S) | $245.32 | (S) | STIPULATION |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
  (P) - Priority          (U) - Unsecured