# EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004

1. Case Administration – 25.4 hours ($10,380.00)

During the Application Period, the Applicant expended time participating in weekly conference calls with the Property Damage Committee to address issues within the Applicant's areas of expertise.

2. Asbestos: Claims Analysis & Evaluation – 2.8 hours ($1,260.00)

During the Application Period, the Applicant analyzed law article on W.R. Grace and other bankruptcy cases and fraudulent transfers.

690440