IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 3, 2004 at 4:00 p.m. |
| | ) | Hearing Date: December 20, 2004 at 12:00 p.m. |

## NOTICE OF APPLICATION

TO:   PARTIES ON ATTACHED SERVICE LIST

Bilzin Sumberg Baena Price & Axelrod LLP, has filed its Thirteenth Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2004 through June 30, 2004.

You are required to file an objection or response to the attached application on or before December 3, 2004 at 4:00 pm.

At the same time, you must also serve a copy of the objection or response upon the persons on the attached service list.

A HEARING ON THE APPLICATION WILL BE HELD ON DECEMBER 20, 2004 AT 12:00 PM.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 26, 2004

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Counsel to the Official Committee of Asbestos Property Damage Claimants
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2385
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By:   /s/ Allyn S. Danzeisen
        Allyn S. Danzeisen (Admitted Pro Hac Vice)

678768

James H. M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street
Suite 904
P. O. Box 1351
Wilmington, DE 19899

Marla Rosoff Eskin, Esq.
Campbell & Levine, LLC
801 N. King Street
Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P. O. Box 25130
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, P.C.
919 North Market Street
Suite 1600
P. O. Box 8705
Wilmington, DE 19899-8705

Michael R. Lastowski, Esq.
Duane, Morris, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue
36th Floor
New York, NY 10022

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606

United States Trustee
Attn: Frank J. Perch, III, Esq.
844 King Street, Room 2207
Wilmington, DE 19801

2

667454