# EXHIBIT C

## WR GRACE & CO
## ATTACHMENT B
## APRIL 1, 2004 - JUNE 30, 2004

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Greenberg, Mayer | 5.2 | $ 575 | $ 2,990.00 | 6 |
| Kruger, Lewis | 55.2 | 750 | 41,400.00 | 42 |
| Neidell, Martin | 3.9 | 725 | 2,827.50 | 31 |
| Pasquale, Kenneth | 77.7 | 575 | 44,677.50 | 14 |
| Speiser, Mark | 28.1 | 695 | 19,529.50 | 23 |
| | | | | |
| **Associates** | | | | |
| Bonitatibus, Kara M. | 17.5 | 270 | 4,725.00 | 2 |
| DiBernardo, Ian G. | 26.9 | 480 | 12,912.00 | 5 |
| Guttmann, Robert | 56.2 | 305 | 17,141.00 | 2 |
| Krieger, Arlene | 242.1 | 525 | 127,102.50 | 20 |
| McEachern Mary E | 134.6 | 395 | 53,167.00 | 5 |
| | | | | |
| **Paraprofessionals** | | | | |
| Butt, Samuel L. | 21.4 | 160 | 3,424.00 | N/A |
| Caskadon, Alexandra | 61.9 | 195 | 12,070.50 | 2 |
| Defreitas, Vaughn | 38.8 | 130 | 5,044.00 | 16 |
| Escobar, Miguel | 13.9 | 160 | 2,224.00 | N/A |
| Mariano, Christine | 1.2 | 180 | 216.00 | 8 |
| Mohamed, David | 10.7 | 130 | 1,391.00 | 15 |
| Nissle, Susan | 2.5 | 170 | 425.00 | 6 |
| Tamaroff, Joshua | 1.0 | 75 | 75.00 | N/A |
| Weis, Christina J. | 14.3 | 160 | 2,288.00 | N/A |
| | | | | |
| **TOTAL** | 813.1 | | $ 353,629.50 | |

SSL-DOCS1 1485256v2