# EXHIBIT D

SSL-DOCS1 1485256v2

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**APRIL 1, 2004 - JUNE 30, 2004**

| | |
|---|---:|
| Outside Messenger Service | $    145.55 |
| Meals | 1,029.27 |
| Local Transportation | 457.76 |
| Long Distance Telephone | 958.42 |
| Duplicating Costs-in House | 363.90 |
| Process Service & Calendar Watch | 373.79 |
| Word Processing | 108.00 |
| In House Messenger Service | 10.75 |
| Lexis/Nexis | 391.25 |
| Facsimile Charges | 57.00 |
| Travel Expenses - Transportation | (595.60) |
| Westlaw | 4,382.33 |
| Word Processing - Logit | 78.00 |
| | |
| **TOTAL** | **$ 7,760.42** |

SSL-DOCS1 1485256v2