IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I, Alexandra Caskadon, certify that I am not less than 18 years of age, and that service of

a copy of the attached **Thirteenth Quarterly Fee Application of Stroock & Stroock & Lavan**

**LLP, for Compensation for Services Rendered and Reimbursement of Expenses as Counsel**

**to the Official Committee of Unsecured Creditors for the Period from April 1, 2004**

**Through June 30, 2004** was made August 26, 2004, upon:

All of the parties on the attached Service Lists as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: August 26, 2004

Alexandra L. Caskadon, Paralegal
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
Email:        acaskadon@stroock.com

SSL-DOCS1 1491261v1

**W. R. GRACE & CO.,** *et al.*

**NOTICE PARTIES LIST**
**FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**e-mails in PDF format**

To:

william.sparks@grace.com
james_kapp@chicago.kirkland.com
dcarickhoff@pszyj.com
syoder@bayardfirm.com
mlastowski@duanemorris.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
brost@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com

**e-mails in Microsoft Word /Excel/ Word Perfect format**

To:

feeaudit@whsmithlaw.com
slbossay@ehsmithlaw.com

SSL-DOCS1 1491261v1

**W. R. GRACE & CO., *et al.***

**NOTICE PARTIES LIST**
**FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**HARD COPIES**
**Via Federal Express**

David B. Siegal
Senior Vice President
General Counsel
W.R.Grace & Co.
7500 Grace Drive,
Columbia, MD 21044

Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington DE 19801

Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Attn: Shelley Caban

SSL-DOCS1 1491261v1