IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. ___ and 10/25/04 Agenda Item ___ |

## ORDER GRANTING DEBTORS' OBJECTION TO CERTAIN CLAIMS FILED BY THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION

Upon the objection (the "Objection")[1] of the Debtors to certain claims filed by the Massachusetts Department of Environmental Protection ("MADEP"); and it appearing that the Court has jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Objection is properly in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been given; upon review of any responses filed in connection with the Objection; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. Claim # 12849 (MADEP's claim against W.R. Grace & Co.) and Claim # 13487 (MADEP's claim against Grace Energy Corporation) are hereby expunged and disallowed for all purposes. However, to the extent that the Chapter 11 Cases are converted or any plan confirmed in the Chapter 11 Cases fails to substantively consolidate the estates of W.R. Grace & Co. and Grace Energy Corporation with the estate of W.R. Grace & Co.-Conn., MADEP's right

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Objection.

to raise certain claims against W.R. Grace & Co. and Grace Energy Corporation are hereby expressly preserved.

    2.  Claim # 12849 is hereby reduced and reclassified as a pre-petition unsecured non-priority claim in the amount of $78,889.34.

    3.  This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: October \_\_\_\_, 2004

                _____
                Honorable Judith K. Fitzgerald
                United States Bankruptcy Judge