IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT DELAWARE

| | |
|---|---|
| In Re | Bankruptcy No. |
| Owens Corning, | 00-3837-JKF |
| W.R. Grace & Co. | 01-1139-JKF |
| USG Corporation | 01-2094-JKF |
| United States Mineral Products Company | 01-2471-JKF |
| Kaiser Aluminum Corporation | 02-10429-JKF |
| The Flintkote Company | 04-11300-JKF |
| Flintkote Mines Limited | 04-12440 |
| Debtor(s) | Chapter 11 |

**AMENDATORY ORDER REQUIRING FILING OF STATEMENTS
PURSUANT TO FED.R.BANKR.P. 2019**

AND NOW, this 27th day of **August, 2004,** it is **ORDERED** that the Order entered on August 25, 2004, is amended and replaced in full as follows:

On or before **October 25, 2004,** counsel representing more than one creditor or equity security holder shall electronically file and serve the statement required by Fed.R.Bankr.P. 2019 without exhibits. The docket entry of the statement that is filed shall state that Exhibits (as defined below) have not been scanned into the docket but are available from the Clerk through Parcels, Inc., 1-800-343-1742. The docket entry shall be in substantially the following format:

> Verified Statement Pursuant to Fed.R.Bankr.P. 2019 filed by [INSERT FILING PARTY'S NAME]. Exhibits have not been scanned and are available from the Clerk through Parcels, Inc., 1-800-343-1742.

It is **FURTHER ORDERED** that exhibits required to be filed and listed below shall **not**

be electronically filed but shall be submitted to the Clerk on compact disk ("CD"). Two sets of CDs shall be submitted and shall be identified on their faces as "Set 1" and "Set 2" and shall note the name, address, and telephone number of the attorney and firm submitting the disks. The CDs shall contain electronic folders, one for each claimant, and claimants shall be listed in alphabetical order. Each folder shall be denominated **Surname_FirstName**. Within the folder the following exhibits shall be included, in the order listed:

- a table of contents listing each claimant by last name then first name and for each claimant Exhibit A and Exhibit B, subparts 1 through 7 as described below; if information required to be submitted as Exhibit A or Exhibit B items 1 through 7 does not exist for a particular claimant, the table of contents shall so state.

- Exhibit A shall consist of copies of any powers of attorney or other agreement or instrument whereby the entity, committee, or indenture trustee is empowered to act on behalf of creditors or equity security holders.

- Exhibit B shall consist of all of the following:

(1) the name and address of creditor or equity security holder;

(2) the last four digits of the Social Security Number of any such creditor or equity security holder;

(3) the nature and amount of the claim or interest and the time of acquisition thereof **or** an allegation that the claim or interest was acquired more than one year prepetition;

(4) a recital of the pertinent facts and circumstances in connection with the employment of the entity or indenture trustee and, in the case of a committee, the name or names of the entity or entities at whose instance, directly or indirectly, the employment was arranged or the committee was organized or agreed to act; **and**

(5) with reference to the time of the employment of the entity, the organization or formation of the committee, or the appearance in the case of any indenture trustee,

- the amounts of claims or interests owned by the entity, the committee members or the indenture trustee
- the times acquired
- the amounts paid therefor, and
- any sales or other disposition thereof

(6) a description of how counsel became involved with the claimant.

(7) a copy of the instrument, if any, whereby the entity, committee, or indenture trustee is empowered to act on behalf of creditors or equity security holders.

It is **FURTHER ORDERED** that each filing attorney shall submit, in addition to the CD(s) containing claimant folders, **a Master Index**, also in compact disk format, that lists all claimants represented by the filing attorney in alphabetical order. The CD containing the Master Index shall note on its face that it is the "Master Index" and shall list the name, address, and telephone number of the attorney and firm submitting it.

It is **FURTHER ORDERED** that the obligation set forth above is a continuing obligation and, therefore, supplemental statements setting forth any material change in the facts contained in the statement shall be submitted, in CD format, 30 days after the end of each 60 day period. The initial supplemental filing date shall be **February 1, 2005**, covering the period from the date the first 2019 statement is filed through December 31, 2004. Contemporaneous with the submission of any supplemental CD, the filing attorney shall electronically file a Notice of Submission of Supplement to Rule 2019 Statement.

It is **FURTHER ORDERED** that when the case is closed, the Clerk shall archive the CDs with the case file.

It is **FURTHER ORDERED** that counsel for Debtor(s) shall serve a copy of this order on the Service List, on all counsel who have entered, or in the future enter, an appearance or have

requested, or in the future request, notices in the case, and the U.S. Trustee, and on any supplemental service lists used to notify attorneys for claimants with asbestos personal or property damage injuries..

*Judith K. Fitzgerald*

Judith K. Fitzgerald
United States Bankruptcy Judge