IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection deadline: September 20, 2004 @ 4:00 p.m.** |

**MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED
FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE
ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE
OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2004 through July 31, 2004 |
| Amount of compensation sought as actual, reasonable and necessary: | $14,077.00 (80% of $17,596.25) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $406.08 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 4/12/01 - 6/30/01 | $100,755.00 | $8,195.21 | $100,755.00 | $8,195.21 |

{D0025009:1 }
DOC# -171899

| | | | | | |
|---|---|---|---|---|---|
| 8/22/01 | 7/1/01 - 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,159.00) | $2,986.01 | $25,727.20 | $2,986.01 |
| 10/30/01 Second Interim | 7/01 through 9/01 (Includes September Monthly) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $34,684.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,088.80 (80% of $73,761.00) | $2,529.78 | $59,088.80 (80% of $73,761.00) | $2,529.78 |
| 5/3/02 Fourth Interim | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | Pending | Pending |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,771.34 | $96,452.60 (80% of $120,565.75) | $15,771.34 |
| 6/28/02 | 05/01/02 through 5/31/02 | $87,330.60 (80% of $109,163.25) | $9,853.93 | $87,330.60 (80% of $109,163.25) | $9,853.93 |
| 7/29/02 | 06/01/02 through 06/30/02 | $181,604.20 (80% of $227,005.25) | $31,099.93 | 06/01/02 through 06/30/02 | $31,099.93 |
| 9/03/02 | 07/01/02 through 07/31/02 | $185,378.20 (80% of $231,722.75) | $31,049.93 | $185,378.20 (80% of $231,722.75) | $31,049.93 |
| 9/30/02 | 08/01/02 through 08/31/02 | $197,381.00 (80% of $246,726.25) | $24,602.71 | $197,381.00 (80% of $246,726.25) | $24,602.71 |
| 10/30/02 | 09/01/02 through 09/30/02 | $58,214.20 (80% of $72,767.75) | $28,256.42 | $58,214.20 (80% of $72,767.75) | $28,256.42 |
| 12/03/02 | 10/01/02 through 10/31/02 | $28,861.20 (80% of $36,076.50) | $18,036.72 | $28,861.20 (80% of $36,076.50) | $18,036.72 |
| 12/30/02 | 11/01/02 through 11/30/02 | $29,528.00 (80% of $36,910.00) | $11,184.60 | $29,528.00 (80% of $36,910.00) | $11,184.60 |
| 1/28/03 | 12/01/02 through 12/31/02 | $12,712.00 (80% of $15,890.00) | $4,409.58 | $12,712.00 (80% of $15,890.00) | $4,409.58 |
| 2/28/03 | 1/01/03 through 1/31/03 | $12,007.20 (80% of $15,009.00) | $2,623.50 | $12,007.20 (80% of $15,009.00) | $2,623.50 |
| 3/31/03 | 2/01/03 through 2/28/03 | $8,050.40 (80% of $10,063.00) | $2,131.52 | $8,050.40 (80% of $10,063.00) | $2,131.52 |

| | | | | | |
|---|---|---|---|---|---|
| 4/29/03 | 3/01/03 through 3/31/03 | $7,086.40 (80% of $8,858.00) | $501.43 | $7,086.40 (80% of $8,858.00) | 501.43 |
| 6/02/03 | 4/01/03 through 4/30/03 | $9,834.80 (80% of $12,293.50) | $5,393.13 | $9,834.80 (80% of $12,293.50) | 5,393.13 |
| 7/01/03 | 5/01/03 through 5/31/03 | $5,660.40 (80% of $7,075.50) | $573.66 | $5,660.40 (80% of $7,075.50) | 573.66 |
| 8/05/03 | 6/01/03 through 6/30/03 | $6,848.80 (80% of $8,561.00) | $211.04 | $6,848.80 (80% of $8,561.00) | 211.04 |
| 8/28/03 | 7/01/03 through 7/31/03 | $7,598.80 (80% of $9,498.50) | $472.32 | $7,598.80 (80% of $9,498.50) | $472.32 |
| 9/29/03 | 8/01/03 through 8/31/03 | $5,573.80 (80% of $6,967.25) | $365.20 | $5,573.80 (80% of $6,967.25) | $365.20 |
| 10/29/03 | 9/01/03 through 9/30/03 | $7,728.80 (80% of $9,661.00) | $509.45 | $7,728.80 (80% of $9,661.00) | $509.45 |
| 12/01/03 | 10/01/03 through 10/31/03 | $18,119.60 (80% of $22,649.50) | $1,803.11 | $18,119.60 (80% of $22,649.50) | $1,803.11 |
| 1/05/04 | 11/01/03 through 11/30/03 | $18,351.20 (80% of $22,939.00) | $5,853.17 | $18,351.20 (80% of $22,939.00) | $5,853.17 |
| 1/29/04 | 12/01/03 through 12/31/03 | $13,748.80 (80% of $17,186.00) | $592.20 | $13,748.80 (80% of $17,186.00) | $592.20 |
| 3/1/04 | 1/1/04 through 1/31/04 | $5,894.00 (80% of $7,367.50) | $2,061.8 | $5,894.00 (80% of $7,367.50) | $2,061.8 |
| 3/31/04 | 2/1/04 through 2/29/04 | $14,763.60 (80% of $18,454.50) | $257.41 | $14,763.60 (80% of $18,454.50) | $257.41 |
| 4/30/04 | 3/1/04 through 3/31/04 | $22,870.00 (80% of $28,587.50) | $458.27 | $22,870.00 (80% of $28,587.50) | $458.27 |
| 6/2/04 | 4/1/04 through 4/30/04 | $4,204.80 (80% of $5,256.00) | $177.74 | $4,204.80 (80% of $5,256.00) | $177.74 |
| 7/1/04 | 5/1/04 through 5/31/04 | $10,607.60 (80% of $13,259.50) | $294.34 | Pending | Pending |
| 8/3/04 | 6/1/04 through 6/30/04 | $34,432.00 (80% of $43,040.00) | $708.98 | Pending | Pending |
| **8/24/04** | **7/1/04 through 7/31/04** | **$14,077.00 (80% of $17,596.25)** | **$406.08** | **Pending** | **Pending** |

### SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
### FOR BILLING PERIOD JULY 1, 2004 THROUGH JULY 31, 2004
### <u>CAPLIN & DRYSDALE, CHARTERED</u>

| Name, Position, Years in Position | Position | Years | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | Member | 40 | 2.9 | $780 | $2,262.00 |
| Peter V. Lockwood (PVL) | Member | 34 | 5.0 | $540 | $3,390.75 |

| Walter B. Slocombe (WBS) | Member | 33 | 7.8 | $560 | $4,312.00 |
|---|---|---|---|---|---|
| Albert G. Lauber (AGL) | Member | 26 | .2 | $540 | $108.00 |
| Julie W. Davis (JWS) | Member | 23 | .9 | $520 | $468.00 |
| Trevor W. Swett (TWS) | Member | 21 | .4 | $520 | $208.00 |
| Benard S. Bailor (BSB) | Member | 27 | .5 | 515 | $257.50 |
| Ronald E. Reinsel (RER) | Member | 17 | .8 | $500 | $375.00 |
| Nathan D. Finch (NDF) | Member | 10 | 7.7 | $440 | $3,388.00 |
| Rita C. Tobin (RCT) | Associate | 10 | 2.8 | $375 | $1,050.00 |
| Robert C. Spohn (RCS) | Paralegal | 9 | 3.7 | $180 | $657.00 |
| Andrew D. Katznelson (ADK) | Paralegal | 3 | 7.0 | $160 | $1,120.00 |
| **Total** | | | **39.7** | | **$17,596.25** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 7/1/04 through 7/31/04 | Total Fees for the Period 7/1/04 through 7/31/04 |
|---|---|---|
| Business Operations | .0 | $.00 |
| Case Administration | 21.2 | $8,739.50 |
| Claim Analysis Objection & Resolution (Asbestos) | .0 | .00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | $.00 |
| Committee Creditors', Noteholders' or Equity Holders' | 3.9 | $2,480.00 |
| Employee Benefits/Pension | .0 | $.00 |
| Employment Applications, others | .0 | $.00 |
| Fee Applications, Applicant | 3.7 | $1,065.00 |
| Fee Applications, Others | .0 | $.00 |

{D0025009:1 }    4

| | | |
|---|---:|---:|
| Hearings | .0 | $.00 |
| Litigation & litigation Consult. | 9.9 | $4,797.50 |
| Plan & Disclosure Statement | .0 | $.00 |
| Travel Non-working | .5 | $124.25 |
| Valuation | .5 | $390.00 |
| Fee Auditors Matters | .0 | $.00 |
| **Grand totals** | **39.7** | **$17,596.25** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period 7/1/04 through 7/31/04 |
|---|---|---:|
| Outside Reproduction & Courier Service | | $.00 |
| In-House Reproduction ($0.15 per page) | | $121.35 |
| Facsimile ($0.15 per page) | | $22.20 |
| Filing Fees | | $.00 |
| Court Reporting/Transcript Svces | | $.00 |
| Federal Express | | $2.81 |
| Long Distance Telephone Calls | | $127.38 |
| Air & Train Transportation | | $.00 |
| Messenger Service | | $.00 |
| Local Transportation | | $9.00 |
| Miscellaneous Exp | | $.00 |
| Conference Meals | | $.00 |
| Overtime Meals | | $.00 |
| Postage | | $.00 |
| Research Material | | $123.34 |
| Westlaw/Lexis | | $.00 |
| Professional Fees & Expert Witness Fees | | $.00 |

| | | |
|---|---|---|
| Travel – Meals | | $.00 |
| Travel – Hotel | | $.00 |
| Travel – Ground Transportation | | $.00 |
| Travel-LD Calls on Hotel Bill | | $.00 |
| **Total:** | | **$406.08** |

CAPLIN & DRYSDALE, CHARTERED

*/s/ Elihu Inselbuch*
Elihu Inselbuch
399 Park Avenue
New York, NY  10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC
Mark T. Hurford (I.D. #3299)
800 N King Street
Suite 300
Wilmington, DE  19899
(302) 426-1900

Counsel for the Official Committee
 of Asbestos Personal Injury Claimants

Dated:  August 20, 2004