### EXHIBIT A

### Case Administration (21.20 Hours; $ 8,739.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.50 | $685 | 3,082.50 |
| Walter B. Slocombe | 6.60 | $560 | 3,696.00 |
| Julie W. Davis | .40 | $520 | 208.00 |
| Rita C. Tobin | .60 | $375 | 225.00 |
| Robert C. Spohn | 3.60 | $180 | 648.00 |
| Andrew D. Katznelson | 5.50 | $160 | 880.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/04 | WBS | 560.00 | 5.10 | Review submissions/objections to Scott's motion re injunction stopping tort suits on shared ins grounds (1.4), res on issues raised and draft memo outlining issues and possible positions for telephone hearing on 6 July (3.2), telephone conference JWD and EI re same (.5). |
| 07/01/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/1/04 (.1); retrieve documents requested by attorney (.2). |
| 07/01/04 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for ADK, RCT, and TB. |
| 07/02/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/2/04 (.1). |
| 07/02/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI. |
| 07/02/04 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 07/05/04 | PVL | 685.00 | 1.70 | Review Libby status report (.2); review ZAI status report (.2); review Scotts inj mot (.2); review ACC opposition to same (.1); review Scotts reply re same (.1); review 6/21-7/3 e-mail (.4); review Allen, Lanier, Grace and CNA resps re Scotts motion (.3); |

| | | | | review WBS memo re same (.1); review LTC memo re Alltech acq. (.1). |
|---|---|---|---|---|
| 07/06/04 | PVL | 685.00 | 0.30 | Confer JWD re hearing (.1); review 5 miscellaneous filings (.1); confer NDF (.1). |
| 07/06/04 | WBS | 560.00 | 1.30 | Telephone hearing on Scott's motion for injunction, conference JWD re next steps. |
| 07/06/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 07/06/04 | RCS | 180.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/6/04 (.1); search docket for specific document filed early in case (.5). |
| 07/07/04 | PVL | 685.00 | 0.20 | Review memo re 7/6 hearing (.1); review NDF e-mail (.1). |
| 07/07/04 | WBS | 560.00 | 0.20 | Outline work to be done re vendors coverage. |
| 07/07/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/7/04 (.1). |
| 07/07/04 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT; Perform review of recently received court documents to identify upcoming hearings and pre-trial status conferences for EI. |
| 07/08/04 | PVL | 685.00 | 0.10 | Confer NDF. |
| 07/08/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/8/04 (.1). |
| 07/09/04 | RCT | 375.00 | 0.20 | Review  local counsel recommendations re: EI update. |
| 07/09/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/9/04 (.2). |
| 07/09/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |

- 3 -

| 07/11/04 | JWD | 520.00 | 0.40 | Review calendar of events and weekly recommendations, memos |
| 07/12/04 | PVL | 685.00 | 0.30 | Review draft FCR conf. agmt and e-mail NDF (.1); review 15 misc. filings (.1); review NDF e-mails reply (.1). |
| 07/12/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electornic court papers, pleadings and correspondence received 7/12/04 (.1). |
| 07/13/04 | PVL | 685.00 | 0.40 | Telephone call from Biswas (.1), review draft order regarding Scotts and e-mail Hurford regarding same (.2), review agenda letter (.1). |
| 07/13/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/13/04 (.1). |
| 07/14/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/14/04 (.1). |
| 07/15/04 | PVL | 685.00 | 0.20 | Review Hurford e-mail re Scotts order and reply (.1); review 3 misc. filings (.1). |
| 07/16/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 07/16/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/15/04 thru 7/16/04 (.2). |
| 07/16/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 07/18/04 | PVL | 685.00 | 0.10 | Review 6 miscellaneous filings. |
| 07/19/04 | PVL | 685.00 | 0.40 | Attend omni hearing. |
| 07/19/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/19/04 (.2). |
| 07/20/04 | RCS | 180.00 | 0.40 | Insure presentation equipment is operable and ready for use (.1).  Insure complete attendance is taken (.1). Attend presentations. (.2). |

| 07/21/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/20/04 thru 7/21/04 (.2). |
|---|---|---|---|---|
| 07/22/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/22/04 (.1); retrieve docket for specific time period in Adversary Proceeding per attorney request (.1). |
| 07/23/04 | PVL | 685.00 | 0.20 | Review 5 miscellaneous filings (.1); review motion re pension funding (.1). |
| 07/23/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/23/04 (.1). |
| 07/26/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/26/04 (.2). |
| 07/27/04 | PVL | 685.00 | 0.10 | Review 5 miscellaneous filings. |
| 07/27/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/27/04 (2). |
| 07/28/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/28/04 (.1). |
| 07/29/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 07/30/04 | PVL | 685.00 | 0.20 | Review PD Comm appeal re FCR. |
| 07/30/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/30/04 (.1). |
| 07/31/04 | PVL | 685.00 | 0.30 | Review PC comm appeal brief re FCR (.2); review 6th omni cls. obj (.1). |

**Total Task Code .04        21.20**

**Committee, Creditors', Noteholders' or Equity Holders'(3.90 Hours; $ 2,480.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|----------------|--------------|-------|
| Elihu Inselbuch | 1.60 | $780 | 1,248.00 |
| Peter Van N. Lockwood | .40 | $685 | 274.00 |
| Walter B. Slocombe | .40 | $560 | 224.00 |
| Trevor W. Swett | .40 | $520 | 208.00 |
| Ronald E. Reinsel | .70 | $500 | 350.00 |
| Nathan D. Finch | .40 | $440 | 176.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 07/02/04 | EI | 780.00 | 0.30 | Memo to Committee re: Alltech acquisition. |
| 07/06/04 | EI | 780.00 | 0.10 | Alltech acquisition. |
| 07/13/04 | EI | 780.00 | 0.10 | Prep for all-committee meeting (.3); t/c NDF (.2); t/c Peterson (.2); t/c Tersigni (.1); memos to S. Baron, etc. (.3) agenda (.4).  [Total time of 1.5 hours divided among 15 cases.] |
| 07/19/04 | EI | 780.00 | 0.70 | Travel to DC (prep on plane), conference with NDF, WBS, JWD, MP, LT to prepare for conference (9.5) dinner conf. with 12 partners for Planning (2.0). (Total time of 11.5 hours divided among 15 clients.) |
| 07/20/04 | PVL | 685.00 | 0.40 | Attend committee meeting. |
| 07/20/04 | WBS | 560.00 | 0.40 | Meeting re status of case (.4) |
| 07/20/04 | TWS | 520.00 | 0.40 | Meeting with EI, et al and Committee to discuss case status, new developments, and various issues. |
| 07/20/04 | EI | 780.00 | 0.40 | Conference at Dulles airport Marriott with plaintiff's lawyers. |
| 07/20/04 | NDF | 440.00 | 0.40 | Meeting with EI et al and Committee to discuss case status, new developments and various issues (.4). |
| 07/20/04 | RER | 500.00 | 0.40 | Attend committee meeting. |
| 07/28/04 | RER | 500.00 | 0.30 | Follow-up re committee substitution. |

**Total Task Code .07      3.90**

## Fee Applications, Applicant (3.70 Hours; $ 1,065.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.20 | $375 | 825.00 |
| Andrew D. Katznelson | 1.50 | $160 | 240.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/06/04 | RCT | 375.00 | 0.20 | Review fee schedules for July. |
| 07/07/04 | RCT | 375.00 | 0.20 | Review expense report for June re: monthly fee app prep. |
| 07/09/04 | RCT | 375.00 | 0.50 | Review prebills. |
| 07/13/04 | RCT | 375.00 | 0.50 | Review exhibits for monthly fee apps. |
| 07/23/04 | RCT | 375.00 | 0.60 | Review monthly fee apps. |
| 07/23/04 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 07/26/04 | ADK | 160.00 | 0.50 | Worked on Fee Application. |
| 07/29/04 | RCT | 375.00 | 0.20 | Review revised fee app schedules for 8/04 and conf. w/ADK re: same. |

**Total Task Code .12**      **3.70**

## Litigation and Litigation Consulting (9.90 Hours; $ 4,797.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $780 | 624.00 |
| Walter B. Slocombe | .60 | $560 | 336.00 |
| Albert G. Lauber | .20 | $540 | 108.00 |
| Julie W. Davis | .50 | $520 | 260.00 |

| | | | | |
|---|---|---|---|---|
| Bernard Bailor | | .50 | $515 | 257.50 |
| Nathan D. Finch | | 7.30 | $440 | 3,212.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/04 | EI | 780.00 | 0.30 | T/c WBS re: Scotts motion. |
| 07/01/04 | NDF | 440.00 | 0.80 | T/con Peterson re: issues (.5); review ltc memo (.3). |
| 07/02/04 | NDF | 440.00 | 0.70 | T/c /Sinclair re: valuation issue (.5); draft email to Baer re: ZAI (.2). |
| 07/07/04 | NDF | 440.00 | 1.00 | Responding to inquiries from FCR counsel; responding to inquiry from US Attorney re: Grace conduct (1.0). |
| 07/08/04 | NDF | 440.00 | 0.80 | Drafting memo to EI re: remaining case issues and strategy for resolution of same (.8). |
| 07/09/04 | EI | 780.00 | 0.50 | T/c NDF/BSB re: US inquiry. |
| 07/09/04 | NDF | 440.00 | 2.00 | Meeting w/FCR lawyers re: insurance (1.5); work on valuation analysis for EI (.5). |
| 07/12/04 | BSB | 515.00 | 0.30 | Conf NDF re grand jury subpoena |
| 07/12/04 | NDF | 440.00 | 1.50 | Review confidentiality agreement proposed by FCR (.5); respond to inquiry from US Attorney re: Grace criminal conduct (1.0) |
| 07/14/04 | BSB | 515.00 | 0.20 | TC to AUSA |
| 07/14/04 | AGL | 540.00 | 0.20 | Review pending orders and motions. |
| 07/19/04 | WBS | 560.00 | 0.50 | Discussion re case status and strategy and analysis of potential recoveries for asbestos creditors. |
| 07/19/04 | JWD | 520.00 | 0.50 | Discussion re case status and strategy and analysis of potential recoveries for asbestos creditors |
| 07/19/04 | NDF | 440.00 | 0.50 | Meeting with EI and professionals in preparation for Committee meeting on 7/20/04. |
| 07/27/04 | WBS | 560.00 | 0.10 | Discussion with PVNL re possible tactics in event legis looks more likely. |

**Total Task Code .16          9.90**

## Travel – Non Working (.50 Hours; $ 124.25)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $342.50 | 34.25 |
| Walter B. Slocombe | .20 | $280.00 | 56.00 |
| Ronald E. Reinsel | .10 | $250.00 | 25.00 |
| Robert C. Spohn | .10 | $90.00 | 9.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/20/04 | PVL | 342.50 | 0.10 | Travel to/from committee meeting. |
| 07/20/04 | WBS | 280.00 | 0.20 | Travel to/from Dulles |
| 07/20/04 | RCS | 90.00 | 0.10 | Travel to and from Joint ACC Committee meeting |
| 07/20/04 | RER | 250.00 | 0.10 | Travel to/from committee meeting. |

**Total Task Code .21**       **.50**

## Valuation (.50 Hours; $ 390.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $780 | 390.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/07/04 | EI | 780.00 | 0.50 | T/c Roger Frankel re: insurance (.3); memo to J. Sinclair re: same (.2). |

**Total Task Code .22**       **.50**

- 9 -

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | 2.81 |
| Local Transportation - DC | 9.00 |
| Long Distance-Equitrac In-House | 3.10 |
| NYO Long Distance Telephone | 124.28 |
| Research Material | 123.34 |
| Telecopier/Equitrac | 22.20 |
| Xeroxing | 121.35 |

**Total for Report**          **$ 406.08**