**EXHIBIT B**

**Case Administration (21.2 Hours; $ 8,739.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04         21.2**


**Committee, Creditors', Noteholders' or Equity Holders' (3.9 Hours; $2,480.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07         3.9**


**Fee Applications, Applicant (3.7 Hours; $ 1,065.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12         3.7**


**Litigation and Litigation Consulting (9.9 Hours; $ 4,797.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16         9.9**


**Travel- Non Working (.5 Hours; $ 124.25)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          .5**

{D0025011:1 }
DOC#151898

**Valuation (.5 Hours; $ 390.00)**

        Services rendered in this category pertain to the analysis of the Debtors' assets and any claims filed against the estate.

**Total Task Code .22           .5**