## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 2.81 |
| Local Transportation - DC | 9.00 |
| Long Distance-Equitrac In-House | 3.10 |
| NYO Long Distance Telephone | 124.28 |
| Research Material | 123.34 |
| Telecopier/Equitrac | 22.20 |
| Xeroxing | 121.35 |
| **Total for Report** | **$ 406.08** |

{D0025012:1 }