```
Client Number:    4642              Grace Asbestos Personal Injury Claimants                                              Page:    1
Matter      000                     Disbursements                                                                         8/20/2004
                                                                                                                     Print Date/Time:
                                                                                                                          08/20/2004
                                                                                                                          10:27:33AM
Attn:                                                                                                                      Invoice #

                                                    PREBILL  / CONTROL  REPORT
                                                      Trans Date Range:   1/1/1950  to: 7/31/2004
Matter      000
Disbursements
Bill Cycle:        Monthly          Style:       i1          Start:     4/16/2001
                                                                    Last Billed : 7/27/2004                    13,655
```

Trust Amount Available

```
                            Total Expenses Billed To Date        $238,984.26

                                                        Billing Empl:         0120       Elihu Inselbuch
                                                        Responsible Empl:     0120       Elihu Inselbuch
                                                        Alternate Empl:       0120       Elihu Inselbuch
                                                        Originating Empl:     0120       Elihu Inselbuch
```

**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- || ---------- B I L L I N G--------- ||
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0054 | WBS | Walter B. Slocombe | 0.00 | 4.80 | 0.00 | 4.80 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 14.85 | 0.00 | 14.85 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 2.81 | 0.00 | 2.81 |
| 0149 | JPC | John P. Cunningham | 0.00 | 0.15 | 0.00 | 0.15 |
| 0234 | RET | Rita E Tower | 0.00 | 1.95 | 0.00 | 1.95 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 40.50 | 0.00 | 40.50 |
| 0244 | AT | Ann  Taylor | 0.00 | 0.30 | 0.00 | 0.30 |
| 0306 | GMH | Gia M Handley | 0.00 | 9.00 | 0.00 | 9.00 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 331.72 | 0.00 | 331.72 |
|  |  |  | **0.00** | **406.08** | **0.00** | **406.08** |

**Total Fees**

**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- |||| ---------- B I L L I N G--------- ||||
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- || ---------- B I L L I N G--------- |||
| TransNo. | Description | TransType | Trans Date | Work Empl || Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1664822 | Equitrac - Long Distance to 3024261900 | E | 07/01/2004 | 0999 | C&D | 0.00 |  | $0.05 | 0.00 |  | $0.05 | 0.05 |
| 1664850 | Equitrac - Long Distance to 2123199240 | E | 07/01/2004 | 0999 | C&D | 0.00 |  | $1.34 | 0.00 |  | $1.34 | 1.39 |
| 1664872 | Equitrac - Long Distance to 3024261900 | E | 07/01/2004 | 0999 | C&D | 0.00 |  | $0.25 | 0.00 |  | $0.25 | 1.64 |
| 1665065 | Photocopy | E | 07/01/2004 | 0054 | WBS | 0.00 |  | $4.80 | 0.00 |  | $4.80 | 6.44 |
| 1665066 | Photocopy | E | 07/01/2004 | 0101 | RCS | 0.00 |  | $12.75 | 0.00 |  | $12.75 | 19.19 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | **Disbursements** | | | | | | | 8/20/2004 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 08/20/2004 |
| | | | | | | | | | | 10:27:33AM |
| Attn: | | | | | | | | | | Invoice # |
| 1665975 | Photocopy | | E | 07/06/2004 | 0238 | SLG | 0.00 | $4.80 | 0.00 | $4.80 | 23.99 |
| 1665978 | Photocopy | | E | 07/06/2004 | 0238 | SLG | 0.00 | $7.20 | 0.00 | $7.20 | 31.19 |
| 1666149 | Xeroxing | | E | 07/07/2004 | 0999 | C&D | 0.00 | $23.25 | 0.00 | $23.25 | 54.44 |
| 1666180 | Fax Coordinator | | E | 07/07/2004 | 0999 | C&D | 0.00 | $21.15 | 0.00 | $21.15 | 75.59 |
| 1666574 | Petty Cash Cab for GMH for House and Senate LDA filings on 7/1 | | E | 07/08/2004 | 0306 | GMH | 0.00 | $9.00 | 0.00 | $9.00 | 84.59 |
| 1666795 | Equitrac - Long Distance to 4067213290 | | E | 07/08/2004 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 84.70 |
| 1667020 | Photocopy | | E | 07/08/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 84.85 |
| 1667038 | Photocopy | | E | 07/08/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 85.75 |
| 1667319 | Equitrac - Long Distance to 2123199240 | | E | 07/09/2004 | 0999 | C&D | 0.00 | $0.43 | 0.00 | $0.43 | 86.18 |
| 1667395 | Air Freight & Express Mail - Air Freight & Express Mail - Federal Express delivery service on 6/25 to L. Przybylek | | E | 07/09/2004 | 0120 | EI | 0.00 | $2.81 | 0.00 | $2.81 | 88.99 |
| 1667547 | Photocopy | | E | 07/09/2004 | 0101 | RCS | 0.00 | $2.10 | 0.00 | $2.10 | 91.09 |
| 1667855 | Equitrac - Long Distance to 4067313290 | | E | 07/12/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 91.14 |
| 1667856 | Equitrac - Long Distance to 4067213290 | | E | 07/12/2004 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 91.27 |
| 1668088 | Photocopy | | E | 07/12/2004 | 0238 | SLG | 0.00 | $1.50 | 0.00 | $1.50 | 92.77 |
| 1668623 | Equitrac - Long Distance to 8054993572 | | E | 07/13/2004 | 0999 | C&D | 0.00 | $0.39 | 0.00 | $0.39 | 93.16 |
| 1668695 | Fax Transmission to 4247643 | | E | 07/13/2004 | 0234 | RET | 0.00 | $0.90 | 0.00 | $0.90 | 94.06 |
| 1668724 | Photocopy | | E | 07/13/2004 | 0999 | C&D | 0.00 | $4.80 | 0.00 | $4.80 | 98.86 |
| 1669784 | Photocopy | | E | 07/14/2004 | 0999 | C&D | 0.00 | $4.80 | 0.00 | $4.80 | 103.66 |
| 1669797 | Photocopy | | E | 07/14/2004 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 104.26 |
| 1669822 | Photocopy | | E | 07/14/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 105.61 |
| 1670468 | Long Distance-Equitrac In-House | | E | 07/14/2004 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 105.71 |
| 1670141 | Equitrac - Long Distance to 4065428851 | | E | 07/15/2004 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 105.78 |
| 1671106 | Photocopy | | E | 07/16/2004 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 106.38 |
| 1671107 | Photocopy | | E | 07/16/2004 | 0238 | SLG | 0.00 | $6.30 | 0.00 | $6.30 | 112.68 |
| 1671116 | Photocopy | | E | 07/16/2004 | 0234 | RET | 0.00 | $1.05 | 0.00 | $1.05 | 113.73 |
| 1671338 | Equitrac - Long Distance to 4065428851 | | E | 07/19/2004 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 113.86 |
| 1671377 | Equitrac - Long Distance to 4065421476 | | E | 07/19/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 113.91 |
| 1671453 | Fax Transmission to 14065421476 | | E | 07/19/2004 | 0244 | AT | 0.00 | $0.15 | 0.00 | $0.15 | 114.06 |
| 1671478 | Photocopy | | E | 07/19/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 114.96 |
| 1671562 | Photocopy | | E | 07/19/2004 | 0244 | AT | 0.00 | $0.15 | 0.00 | $0.15 | 115.11 |
| 1671565 | Photocopy | | E | 07/19/2004 | 0149 | JPC | 0.00 | $0.15 | 0.00 | $0.15 | 115.26 |
| 1671575 | Photocopy | | E | 07/19/2004 | 0238 | SLG | 0.00 | $5.10 | 0.00 | $5.10 | 120.36 |
| 1671658 | Research Material - Pacer Service Center - Court search 4/1/04 - 6/30/04 | | E | 07/20/2004 | 0999 | C&D | 0.00 | $112.21 | 0.00 | $112.21 | 232.57 |
| 1672255 | NYO Long Distance Telephone -Committee Conf. Call re: Wolin 5/21 | | E | 07/21/2004 | 0999 | C&D | 0.00 | $106.18 | 0.00 | $106.18 | 338.75 |
| 1672291 | NYO Long Distance Telephone Calls | | E | 07/21/2004 | 0999 | C&D | 0.00 | $7.20 | 0.00 | $7.20 | 345.95 |
| 1673391 | Photocopy | | E | 07/22/2004 | 0238 | SLG | 0.00 | $12.60 | 0.00 | $12.60 | 358.55 |
| 1673449 | Pacer Service Center; Database research for period 4/1/04 thru 6/30/04 | | E | 07/23/2004 | 0999 | C&D | 0.00 | $11.13 | 0.00 | $11.13 | 369.68 |
| 1674453 | Photocopy | | E | 07/26/2004 | 0999 | C&D | 0.00 | $11.10 | 0.00 | $11.10 | 380.78 |
| 1674465 | Photocopy | | E | 07/26/2004 | 0999 | C&D | 0.00 | $9.60 | 0.00 | $9.60 | 390.38 |
| 1674531 | Photocopy | | E | 07/26/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 392.18 |
| 1674599 | NYO Long Distance Telephone - 6/1/04-6/30/04 | | E | 07/27/2004 | 0999 | C&D | 0.00 | $3.03 | 0.00 | $3.03 | 395.21 |
| 1674622 | NYO Long Distance Telephone - 6/1/04-6/30/04 | | E | 07/27/2004 | 0999 | C&D | 0.00 | $7.87 | 0.00 | $7.87 | 403.08 |
| 1675939 | Photocopy | | E | 07/28/2004 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 406.08 |
| **Total Expenses** | | | | | | | 0.00 | $406.08 | 0.00 | $406.08 | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 406.08 | 406.08 |
| Matter Total | 0.00 | 406.08 | 0.00 | 406.08 |

Prebill Total Fees

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
|---|---|---|---|---|
| **Matter     000** | **Disbursements** | | | 8/20/2004 |
| | | | | Print Date/Time: |
| | | | | 08/20/2004 |
| | | | | 10:27:33AM |
| Attn: | | | | Invoice # |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Prebill Total Expenses | | | $406.08 | | $406.08 |
| Prebill Total | | 0.00 | $406.08 | 0.00 | $406.08 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 44,595 | 02/26/2004 | 7,367.50 | 1,473.50 |
| 44,882 | 03/26/2004 | 18,454.50 | 3,690.90 |
| 45,209 | 04/28/2004 | 28,587.50 | 5,717.50 |
| 45,687 | 05/30/2004 | 5,256.00 | 1,051.20 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
| 46,248 | 07/27/2004 | 43,748.98 | 43,748.98 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| | | 1,340,595.07 | 272,513.11 |