```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/09/04   Peterson  / (07) Committee, Creditors'               0.5     300.00
 #6118      telephone Inselbuch re: new forecasts             600.00

 07/11/04   Peterson  / (07) Committee, Creditors'               1.5     900.00
 #6124      draft memo to Inselbuch re: liabilities for asbestos 600.00
            related claimants committees

 07/19/04   Peterson  / (07) Committee, Creditors'               2.0    1200.00
 #6130      meet with Inselbuch, Davis, Finch, Slocombe,      600.00
            Tersigni, Berkin to review status of case and
            prepare for committee meeting

 07/20/04   Peterson  / (07) Committee, Creditors'               1.1     660.00
 #6131      meeting with committee members to review status of 600.00
            case

 07/20/04   Peterson  / (07) Committee, Creditors'               0.1      60.00
 #6132      telephone Relles re: committee meeting results    600.00

 07/20/04   Relles    / (07) Committee, Creditors'               0.1      37.50
 #6323      telephone Peterson re: committee meeting results  375.00
```

{D0024664:1 }

```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                            Page 2

                     W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/18/04  Peterson  / (20) Travel - Non-working                 0.5    150.00
 #6129     travel to Washington                               300.00

 07/21/04  Peterson  / (20) Travel - Non-working                 1.0    300.00
 #6133     travel to Thousand Oaks                            300.00
```

{D0024664:1 }

```
Date: 08/15/04            Legal Analysis Systems, Inc.
Time: 5:00pm                                                          Page 3

                     W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 07/01/04  Peterson  / (28) Data Analysis                       1.0     600.00
 #6101     review proposals of alternative means to compensate  600.00
           asbestos victims

 07/01/04  Peterson  / (28) Data Analysis                       0.3     180.00
 #6102     telephone Finch to discuss forecasts                 600.00

 07/01/04  Relles    / (28) Data Analysis                       0.2      75.00
 #6301     email Peterson re: schedule for work product         375.00

 07/02/04  Peterson  / (28) Data Analysis                       0.7     420.00
 #6103     review proposals of alternative means to compensate  600.00
           asbestos victims

 07/02/04  Peterson  / (28) Data Analysis                       4.3    2580.00
 #6104     review prior forecasts for WR Grace from Sealed Air  600.00
           litigation

 07/03/04  Peterson  / (28) Data Analysis                       3.1    1860.00
 #6105     review prior forecasts for WR Grace from Sealed Air  600.00
           litigation

 07/03/04  Relles    / (28) Data Analysis                       1.0     375.00
 #6302     review original Grace analyses to prepare for        375.00
           updating of report

 07/05/04  Peterson  / (28) Data Analysis                       4.6    2760.00
 #6106     review prior forecasts for WR Grace from Sealed Air  600.00
           litigation

 07/06/04  Peterson  / (28) Data Analysis                       0.5     300.00
 #6107     review proposals of alternative means to compensate  600.00
           asbestos victims

 07/06/04  Peterson  / (28) Data Analysis                       3.6    2160.00
 #6108     telephone Relles (several 0.8) re: updating          600.00
           forecasts; review prior forecasts

 07/06/04  Relles    / (28) Data Analysis                       3.5    1312.50
 #6303     review original Grace analyses to prepare for        375.00
           updating of report

 07/06/04  Relles    / (28) Data Analysis                       1.5     562.50
 #6304     update propensity to sue and nonmalignant multiplier 375.00
           increase calculations
```

{D0024664:1 }

```
Date: 08/15/04           Legal Analysis Systems, Inc.
Time: 5:00pm                                                           Page 4

                  W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
07/06/04    Relles   / (28) Data Analysis                       0.8    300.00
#6305       telephone Peterson (several) re: updating forecasts 375.00

07/07/04    Peterson / (28) Data Analysis                       0.1     60.00
#6109       meeting Relles re: analysis of alternative methods  600.00
            for paying asbestos claims

07/07/04    Peterson / (28) Data Analysis                       0.1     60.00
#6110       telephone Forscey re: analysis of alternative       600.00
            methods for paying asbestos claims

07/07/04    Peterson / (28) Data Analysis                       0.3    180.00
#6111       review forecasts of claims and liabilities analysis 600.00
            of alternative methods for paying asbestos claims

07/07/04    Peterson / (28) Data Analysis                       1.0    600.00
#6112       meeting Relles re: updating analysis, developing    600.00
            report, discovery requests

07/07/04    Relles   / (28) Data Analysis                       0.1     37.50
#6306       meeting Peterson re: analysis of proposals of       375.00
            alternative means to compensate asbestos victims

07/07/04    Relles   / (28) Data Analysis                       0.1     37.50
#6307       telephone Forscey re: proposals of alternative means 375.00
            to compensate asbestos victims

07/07/04    Relles   / (28) Data Analysis                       1.0    375.00
#6308       meeting Peterson re: updating analysis, developing  375.00
            report, discovery requests

07/08/04    Peterson / (28) Data Analysis                       0.3    180.00
#6113       review latest proposed alternative for compensating 600.00
            asbestos claims; compare to prior

07/08/04    Peterson / (28) Data Analysis                       0.4    240.00
#6114       review total and annual costs for latest proposed   600.00
            alternative for compensating asbestos claims and
            prepare graphic presentation

07/08/04    Peterson / (28) Data Analysis                       0.1     60.00
#6115       telephone Relles (several calls) re: results        600.00
            analysis total and annual costs for latest proposed
            alternative for compensating asbestos claims
```

{D0024664:1 }

```
Date: 08/15/04            Legal Analysis Systems, Inc.
Time: 5:00pm                                                         Page 5

                   W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 07/08/04  Relles    / (28) Data Analysis                         0.3    112.50
 #6309     review old submissions and analyses of proposals of  375.00
           alternative means to compensate asbestos victims

 07/08/04  Relles    / (28) Data Analysis                         0.4    150.00
 #6310     analyze proposals of alternative means to compensate 375.00
           asbestos victims

 07/08/04  Relles    / (28) Data Analysis                         0.1     37.50
 #6311     telephone Peterson (several calls) re: results       375.00
           proposals of alternative means to compensate
           asbestos victims

 07/08/04  Relles    / (28) Data Analysis                         0.1     37.50
 #6312     produce additional output for Peterson presentation 375.00
           about proposals of alternative means to compensate
           asbestos victims

 07/08/04  Relles    / (28) Data Analysis                         0.1     37.50
 #6313     revise and edit Peterson presentation about          375.00
           proposals of alternative means to compensate
           asbestos victims; send to Caplin-Drysdale and
           Forscey

 07/09/04  Peterson  / (28) Data Analysis                         0.3    180.00
 #6116     review proposal regarding alternative treatment of  600.00
           presently pending asbestos claims

 07/09/04  Peterson  / (28) Data Analysis                         0.5    300.00
 #6117     telephone Relles re: calculating forecasts          600.00

 07/09/04  Peterson  / (28) Data Analysis                         3.4   2040.00
 #6119     work on forecasts of asbestos liabilities           600.00

 07/09/04  Relles    / (28) Data Analysis                         0.5    187.50
 #6314     telephone Peterson (multiple calls) re: Inselbuch  375.00
           projections

 07/09/04  Relles    / (28) Data Analysis                         1.8    675.00
 #6315     review old Grace analyses                           375.00

 07/09/04  Relles    / (28) Data Analysis                         3.1   1162.50
 #6316     reproduce April 1 2001 projections, reconcile new  375.00
           numbers with old
```

{D0024664:1 }

```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                             Page 6

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
07/10/04   Peterson  / (28) Data Analysis                      1.0      600.00
#6120      telephone Relles re: updating liability forecasts 600.00
           from Sealed Air litigation

07/10/04   Peterson  / (28) Data Analysis                      4.2     2520.00
#6121      review analyses of claims, trends and preliminaries 600.00
           for forecasts

07/10/04   Relles    / (28) Data Analysis                      1.0      375.00
#6317      telephone Peterson (several calls) re: Inselbuch  375.00
           projections

07/10/04   Relles    / (28) Data Analysis                      2.6      975.00
#6318      run various cash flow projections, summarize results 375.00

07/11/04   Peterson  / (28) Data Analysis                      1.7     1020.00
#6122      review Zonolite and Libby Status Reports and BI   600.00
           forecasts to generate estimates of overall liability

07/11/04   Peterson  / (28) Data Analysis                      0.7      420.00
#6123      telephone Relles re: forecasts requested by       600.00
           Inselbuch

07/11/04   Relles    / (28) Data Analysis                      0.7      262.50
#6319      telephone Peterson (multiple calls) re: Inselbuch 375.00
           projections

07/12/04   Peterson  / (28) Data Analysis                      1.0      600.00
#6125      review materials to prepare for Finch and Graham  600.00
           meeting

07/16/04   Peterson  / (28) Data Analysis                      2.0     1200.00
#6126      prepare for meetings with attorneys and committees: 600.00
           review materials on liabilities, TDPs and payments

07/17/04   Peterson  / (28) Data Analysis                      1.2      720.00
#6127      prepare for meetings with attorneys and committees: 600.00
           review materials on liabilities, TDPs and payments

07/17/04   Relles    / (28) Data Analysis                      0.4      150.00
#6320      prepare summaries for meeting with committee      375.00

07/18/04   Peterson  / (28) Data Analysis                      2.0     1200.00
#6128      prepare for meetings with attorneys and committees: 600.00
           review materials on liabilities, TDPs and payments
```

{D0024664:1 }

```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                          Page 7

                    W. R. Grace (continued)


Date/Slip#  Description                                   HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 07/19/04   Relles   / (28) Data Analysis                       0.6    225.00
 #6321      update summaries for meeting with committee       375.00

 07/19/04   Relles   / (28) Data Analysis                       0.7    262.50
 #6322      organize chart for Peterson; telephone Plotsky re: 375.00
            converting to Powerpoint

 07/22/04   Peterson  / (28) Data Analysis                      0.4    240.00
 #6134      review alternative proposals re: treatment of     600.00
            asbestos claims

 07/22/04   Relles   / (28) Data Analysis                       0.1     37.50
 #6324      review correspondence from Finch on alternative   375.00
            treatment of presently pending asbestos claims

 07/23/04   Peterson  / (28) Data Analysis                      0.1     60.00
 #6135      telephone Relles re: SEER trends and results      600.00

 07/23/04   Peterson  / (28) Data Analysis                      0.1     60.00
 #6136      telephone Seminario (.5); Forscey (.5) re:        600.00
            alternative methods for paying compensation to
            asbestos victims and recent medical data

 07/23/04   Peterson  / (28) Data Analysis                      0.2    120.00
 #6137      review recent data and medical reports on asbestos 600.00
            related disease incidence

 07/23/04   Relles   / (28) Data Analysis                       0.5    187.50
 #6325      acquire new SEER data and results                 375.00

 07/23/04   Relles   / (28) Data Analysis                       0.1     37.50
 #6326      telephone Peterson re: SEER trends and results    375.00
-------------------------------------------------------------------------------
```

{D0024664:1 }

```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                           Page 8

                       W. R. Grace (continued)

                Summary Of Time Charges, By Month and Activity
                         July 2004 - July 2004

   MONTH       ACTIVITY                                      HOURS    AMOUNT
   ---------------------------------------------------------------------------
   July      - (07) Committee, Creditors'                      5.3   3157.50
   July      - (20) Travel - Non-working                       1.5    450.00
   July      - (28) Data Analysis                             60.5  31507.50
   July      - (99) Total                                     67.3  35115.00

   Total     - (07) Committee, Creditors'                      5.3   3157.50
   Total     - (20) Travel - Non-working                       1.5    450.00
   Total     - (28) Data Analysis                             60.5  31507.50
   Total     - (99) Total                                     67.3  35115.00


   ---------------------------------------------------------------------------
```

{D0024664:1 }

```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                        Page 9

                    W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                        July 2004 - July 2004

 MONTH      PERSON                                         HOURS    AMOUNT
 ------------------------------------------------------------------------
 July     - Relles                                          21.4   8025.00
 July     - Peterson                                        45.9  27090.00
 July     - Total                                           67.3  35115.00

 Total    - Relles                                          21.4   8025.00
 Total    - Peterson                                        45.9  27090.00
 Total    - Total                                           67.3  35115.00


----------------------------------------------------------------------------
```

{D0024664:1 }

```
Date: 08/15/04            Legal Analysis Systems, Inc.
Time: 5:00pm                                                          Page 10

                        W. R. Grace (continued)

           Summary Of Time Charges, By Activity, Month, and Person
                          July 2004 - July 2004

MONTH        PERSON                                 HOURS    RATE      AMOUNT
-----------------------------------------------------------------------------
(07) Committee, Creditors'

July      - Relles                                    0.1    375.       37.50
July      - Peterson                                  5.2    600.     3120.00

(20) Travel - Non-working

July      - Peterson                                  1.5    300.      450.00

(28) Data Analysis

July      - Relles                                   21.3    375.     7987.50
July      - Peterson                                 39.2    600.    23520.00

-----------------------------------------------------------------------------
```

{D0024664:1 }

```
Date: 08/15/04          Legal Analysis Systems, Inc.
Time: 5:00pm                                                      Page 11

            W. R. Grace (continued)



    Travel Expenses (Peterson)              $492.96


July 18-21, Washington-Dallas-Thousand Oaks

   Clients: (1) Armstrong
            (2) Pittsburgh Corning
            (3) G-I Holdings
            (4) Owens-Corning
            (5) U.S. Gypsum
            (6) W.R. Grace
            (7) Fuller-Austin Trust

   1/6 share splits divided equally among Clients 1-6.
   1/7 share splits divided equally among Clients 1-7.

                                    Total    Share  Allocated
                                    -------- -----  ---------
Airfare                            $1,920.30  1/7    $274.33
Hotel, Washington                     395.00  1/6      65.83
Hotel Tax, Washington                  57.28  1/6       9.55
Breakfast, Washington                  32.40  1/6       5.40
Hotel, Tyson's Corner                 299.00  1/6      49.83
Hotel Tax, Tyson's Corner              25.42  1/6       4.24
Taxi, Dulles to Washington             55.00  1/6       9.17
Taxi, Washington to meeting            17.00  1/6       2.83
Taxi, Washington to Tyson's Corner     40.00  1/6       6.67
Taxi, meeting to dinner                17.00  1/6       2.83
Dinner, Peterson & Finch              120.00  1/6      20.00
Car Service to LAX                    135.20  1/7      19.31
Car Service from Burbank Airport      160.80  1/7      22.97
                                                     ------
                                                    $492.96

------------------------------------------------------------------------
```

{D0024664:1 }