IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: ) | **Chapter 11** |
| ) | |
| W. R. GRACE & CO., *et al.*, ) | Case Nos. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE SUBSTITUTE** undersigned as attorney for Gamma Holding, NV, in the above captioned case, and withdraw the appearance Selinda A. Melnik, Esquire, of the firm of Edwards & Angell, LLP, 919 N. Market Street, Wilmington, DE 19801:

David E. Wilks, Esquire (DE Bar I.D. #2793)
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
Telephone: 302-428-5500
Facsimile: 302-428-3996

| | |
|---|---|
| /s/ Selinda A. Melnik | /s/ David E. Wilks |
| Selinda A. Melnik, Esquire (#4032) | David E. Wilks, Esquire (#2793) |
| Edwards & Angell LLP | Buchanan Ingersoll PC |
| 919 N. Market Street | The Nemours Building |
| Wilmington, DE 19801 | 1007 N. Orange Street, Suite 1110 |
| | Wilmington, DE 19801 |

Dated: August 26, 2004

#664354-v1;PHL1_General; 08/26/04 12:12 PM