## **CERTIFICATE OF SERVICE**

I, David E. Wilks, hereby certify that on this 31st day of August, 2004, I caused a true and correct copy of the foregoing *Notice of Substitution of Counsel* to be served by first-class mail upon the individuals listed below:

Laura Davis Jones, Esquire
David W. Carickhoff, Jr
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899

Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Selinda A. Melnik, Esquire
Edwards & Angell LLP
919 N. Market Street
Wilmington, DE 19801

Dated: August 31, 2004                                    BUCHANAN INGERSOLL PC

/s/ David E. Wilks
David E. Wilks, Esquire (#2793)
The Nemours Building
1007 N. Orange Street
Suite 1110
Wilmington, DE 19801
Telephone: (302) 428-5500
Facsimile: (302) 428-3996