# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-000
INVOICE : 179393

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: EXPENSES

| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 07/07/04 | FEDERAL EXPRESS - FEDEX - # 1-867-50398 | 11.46 |
| 07/07/04 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 102.04 |
| 07/09/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 297.00 |
| 07/09/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 21.20 |
| 07/12/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 297.00 |
| 07/12/04 | MESSENGER SERVICES - TIMECYCLE, INC. | 5.50 |
| 07/13/04 | REPRODUCTION OF DOCUMENTS | 0.30 |
| 07/19/04 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 196.36 |
| 07/19/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 45.50 |
| 07/22/04 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 10.85 |
| 07/22/04 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 10.85 |
| 07/23/04 | REPRODUCTION OF DOCUMENTS | 1.65 |
| 07/23/04 | TELECOPY EXPENSES | 1.61 |
| 07/29/04 | REPRODUCTION OF DOCUMENTS | 9.30 |

TOTAL EXPENSE ADVANCES : 1,010.62

TOTAL DUE : 1,010.62

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-002
INVOICE : 179394

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/20/04 | TC | REVIEWED ORDER AUTHORIZING DEBTOR TO ASSIGN LEASES | .30 |
| 07/20/04 | TC | REVIEWED ORDER AUTHORIZING DEBTOR TO ADVANCE FUNDS TO NONDEBTOR SUBSIDIARY | .30 |
| 07/21/04 | RLT | REVIEWED ORDER AUTHORIZING DEBTORS TO ASSIGN LEASES FOR REAL PROPERTY | .20 |
| 07/21/04 | RLT | REVIEWED ORDER AUTHORIZING THE DEBTORS TO ADVANCE FUNDS TO A NON-DEBTOR SUBSIDIARY TO ACQUIRE ALLTECH INTERNATIONAL HOLDINGS, INC. AND ITS SUBSIDIARIES | .20 |
| 07/29/04 | TC | REVIEWED QUARTERLY REPORT OF ASSET SALES | .60 |
| 07/29/04 | TC | REVIEWED ORDER AUTHORIZING DEBTOR TO ADVANCE FUNDS TO NONDEBTOR SUBSIDIARY TO ACQUIRE ALLTECH INTERNATIONAL | .40 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .40 | 88.00 |
| T CURRIER | 465.00 | 1.60 | 744.00 |
| TOTALS | | 2.00 | 832.00 |

TOTAL FEES : 832.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-002
INVOICE : 179394

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: ASSET DISPOSITION

TOTAL DUE : 832.00

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-003
INVOICE : 179395

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/06/04 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD MAY 2004 FILED BY W.R. GRACE & CO | .40 |
| 07/07/04 | TC | REVIEWED DEBTOR IN POSSESSION OPERATING REPORT | .60 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .40 | 88.00 |
| T CURRIER | 465.00 | .60 | 279.00 |
| TOTALS | | 1.00 | 367.00 |

TOTAL FEES : 367.00

TOTAL DUE : 367.00

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-004
INVOICE : 179396

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/06/04 | MNF | MAINTAINED AND ORGANIZED FILES BY REVIEWING INCOMING PLEADINGS, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 07/07/04 | MNF | REVIEW E-NOTICES | .20 |
| 07/08/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADINGS, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/08/04 | MNF | REVIEW E-NOTICES | .20 |
| 07/09/04 | MNF | REVIEW E-NOTICES | .20 |
| 07/09/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/12/04 | MNF | REVIEW E-NOTICES | .20 |
| 07/12/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 07/13/04 | MNF | REVIEW DOCKET RE: AGENDA FOR 7/19 HEARING (.1) DOWNLOAD AGENDA AND DISTRIBUTE SAME (.2) EMAIL TO TKDC & RT RE: SAME (.1) | .40 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128


OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-004
INVOICE : 179396

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/13/04 | MNF | PREPARE HEARING PLEADINGS/ FOLDER FOR 7/19/04 HEARING | .50 |
| 07/15/04 | RLT | REVIEWED STATEMENT OF PROFESSIONALS' COMPENSATION DEBTORS' STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS FROM APRIL 2, 2001 THROUGH JUNE 30, 2004 | .30 |
| 07/16/04 | MNF | REVIEW E-NOTICES | .20 |
| 07/19/04 | TC | REVIEWED DEBTORS' STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS | .30 |
| 07/21/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 07/22/04 | MNF | UPDATE 2002 SERVICE LIST | .20 |
| 07/27/04 | MNF | UPDATE 2002 SERVICE LIST | .20 |
| 07/27/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .40 |
| 07/30/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-004
INVOICE : 179396

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: CASE ADMINISTRATION

## T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 130.00 | 7.20 | 936.00 |
| R L THOMAS | 220.00 | .30 | 66.00 |
| T CURRIER | 465.00 | .30 | 139.50 |
| TOTALS | | 7.80 | 1141.50 |

TOTAL FEES : 1,141.50

TOTAL DUE : 1,141.50

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-006
INVOICE : 179397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/01/04 | TC | REVIEWED RESPONSE TO ADR MOTION FROM THE USA | .40 |
| 07/01/04 | TC | REVIEWED ADR MOTION | .80 |
| 07/01/04 | TC | REVIEWED CERTIFICATION RE FIFTH OMNIBUS CLAIMS ORDER | .40 |
| 07/01/04 | TC | REVIEWED CERTIFICATION RE FOURTH OMNIBUS CLAIMS ORDER | .40 |
| 07/02/04 | RLT | REVIEWED OBJECTION TO DEBTORS' MOTION TO ESTABLISH AN ALTERNATIVE DISPUTE RESOLUTION PROGRAM TO LIQUIDATE CERTAIN CLAIMS | .30 |
| 07/06/04 | TC | REVIEWED CERTIFICATION ON THIRD OMNIBUS CLAIMS ORDER | .40 |
| 07/06/04 | TC | REVIEWED OLDCASTLE OBJECTION TO ADR PROGRAM | .50 |
| 07/15/04 | TC | REVIEWED FUTURES REPRESENTATIVE'S REPLY TO OBJECTIONS TO SWIDLER BERLIN | .60 |
| 07/15/04 | TC | REVIEWED USTRUSTEE OBJECTION TO SWIDLER BERLIN OBJECTION | .40 |
| 07/20/04 | TC | REVIEWED 5TH CLAIMS ORDER | .30 |
| 07/20/04 | TC | REVIEWED 4TH OMNIBUS CLAIMS ORDER | .30 |
| 07/20/04 | TC | REVIEWED THIRD OMNIBUS CLAIMS ORDER | .30 |
| 07/21/04 | RLT | REVIEWED ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .20 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-006
INVOICE : 179397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | | |
|---|---|---|---|
| 07/21/04 | RLT | REVIEWED ORDER GRANTING LIMITED WAIVER FOR THE PURPOSE OF STREAMLINING OBJECTIONS TO CERTAIN CLAIMS FILED PURSUANT TO THE BAR DATE ORDER | .20 |
| 07/21/04 | RLT | REVIEWED ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS | .20 |
| 07/21/04 | RLT | REVIEWED CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 07/21/04 | RLT | REVIEWED CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS | .20 |
| 07/21/04 | RLT | REVIEWED CONTINUATION ORDER (SECOND) GRANTING THE RELIEF SOUGHT IN DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 07/21/04 | TC | REVIEWED ORDER GRANTING LIMITED WAIVER OF CLAIMS PROCESSES FOR THE PURPOSE OF STREAMLINING CLAIMS PROCESS | .30 |
| 07/21/04 | TC | REVIEWED FOURTH OMNIBUS CLAIMS ORDER | .40 |
| 07/22/04 | TC | REVIEWED ORDER GRANTING RELIEF SOUGH IN FIFTH OMNIBUS CLAIMS OBJECTION (SUBSTANTIVE) | .70 |
| 07/27/04 | RLT | REVIEWED OMNIBUS OBJECTION TO CLAIM / DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY W.R. GRACE & CO | .30 |
| 07/27/04 | RLT | REVIEWED RESPONSE TO DEBTOR'S FIFTH OMNIBUS OBJECTON TO CLAIM FILED BY WEATHERFORD INTERNATIONAL, INC. | .30 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-006
INVOICE : 179397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | | |
|---|---|---|---|
| 07/27/04 | TC | REVIEWED WEATHERFORD RESPONSE FILED TO CLAIM OBJECTION | .40 |
| 07/27/04 | TC | REVIEWED 6TH OMNIBUS CLAIMS OBJECTION | .70 |
| 07/29/04 | TC | REVIEWED CONTINUATION ORDER GRANTING THIRD OMNIBUS OBJECTION TO NONSUBSTANTIVE CLAIMS | .40 |
| 07/29/04 | TC | REVIEWED FOURTH OMNIBUS ORDER ON CLAIMS--SUBSTANTIVE | .60 |
| 07/29/04 | TC | REVIEWED SECOND CONTINUATION ON CLAIMS | .50 |
| 07/30/04 | RLT | REVIEWED AFFIDAVIT REGARDING CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON0SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 2.30 | 506.00 |
| T CURRIER | 465.00 | 8.80 | 4092.00 |
| TOTALS | | 11.10 | 4598.00 |

TOTAL FEES : 4,598.00

TOTAL DUE : 4,598.00

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-008
INVOICE : 179398

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/19/04 | RLT | REVIEWED DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO MAKE CONTRIBUTIONS TO DEFINED BENEFIT PLANS COVERING DEBTORS' EMPLOYEES | .40 |
| 07/21/04 | TC | REVIEWED DEBTORS' MOTION TO MAKE CONTRIBUTIONS TO DEFINED BENEFIT PLANS | .80 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .40 | 88.00 |
| T CURRIER | 465.00 | .80 | 372.00 |
| TOTALS | | 1.20 | 460.00 |

TOTAL FEES : 460.00

TOTAL DUE : 460.00

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-010
INVOICE : 179399

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/02/04 | RLT | REVIEWED AFFIDAVIT (SUPPLEMENTAL) OF LARRY D. ISHOL IN SUPPORT OF THE RETENTION OF DELOITTE & TOUCHE LLP AS CUSTOMS SERVICES PROVIDERS, AND TAX AND COMPENSATION ADVISORS TO THE DEBTORS | .20 |
| 07/06/04 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. OF JAMES P. GREENE A MEMBER OF DYKEMA GOSSETT FILED BY W.R. GRACE | .20 |
| 07/06/04 | RLT | REVIEWED LIMITED OBJECTION TO APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR AUTHORIZATION TO EMPLOY SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL TO THE FUTURE CLAIMANTS' REPRESENTATIVE | .30 |
| 07/08/04 | RLT | REVIEWED AFFIDAVIT REGARDING AFFIDAVIT UNDER 11 U.S.C. 327(E) OF STEWART F. HANCOCK, JR., COUNSEL OF HANCOCK & ESTABROOK LLP | .20 |
| 07/08/04 | TC | REVIEWED COMMITTEE OBJECTION TO FUTURES CLAIMANT REPRESENTATIVE'S MOTION TO EMPLOY SWIDLER BERLIN | .40 |
| 07/08/04 | TC | REVIEWED OBJECTION TO FUTURES REPRESENTATIVE WANTING TO HIRE CIBC, FILED BY OFFICIAL COMMITTEE OF PROPERTY DAMAGE | .40 |
| 07/14/04 | RLT | REVIEWED APPLICATION TO EMPLOY NELSON MULLINS RILEY & SCARBOROUGH | .30 |
| 07/14/04 | RLT | REVIEWED AFFIDAVIT OF DONALD HENSLEY UNDER 11 U.S.C. ° 327 MANAGER OF FROST BROWN TODD, LLC | .30 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-010
INVOICE : 179399

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: EMPLOYMENT APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 07/14/04 | RLT | REVIEWED LIMITED OBJECTION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR AUTHORIZATION TO EMPLOY PHILLPS, GOLDMAN & SPENCE | .30 |
| 07/14/04 | RLT | REVIEWED REPLY FUTURE CLAIMANTS' REPRESENTATIVE'S REPLY TO LIMITED OBJECTIONS OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO APPLICATIONS OF FUTURE CLAIMANTS' REPRESENTATIVE FOR AUTHORIZATION TO EMPLOY SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL, PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL BANKRUPTCY COUNSEL AND CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR | .30 |
| 07/14/04 | RLT | REVIEWED MOTION TO ALLOW FUTURE CLAIMANTS' REPRESENTATIVE'S MOTION FOR LEAVE TO FILE REPLY TO LIMITED OBJECTIONS OF THE OFFICIAL COMMITTEE OF ASESTOS PROPERTY DAMAGE CLAIMANTS TO APPLICATIONS OF FUTURE CLAIMANTS' REPRESENTATIVE FOR AUTHORIZATION TO EMPLOY SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL, PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL BANKRUPTCY COUNSEL AND CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR FILED BY DAVID AUSTERN. | .40 |
| 07/14/04 | RLT | REVIEWED OBJECTION TO APPLICATION OF THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS TO EMPLOY PHILLIPS, GOLDMAN & SPENCE AS LOCAL BANKRUPTCY COUNSEL | .40 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-010
INVOICE : 179399

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: EMPLOYMENT APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 07/15/04 | RLT | REVIEWED EXHIBIT A AND B TO FUTURE CLAIMANTS' REPRESENTATIVE'S REPY TO LIMITED OBJECTIONS OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO APPLICATIONS OF FUTURE CLAIMANTS' REPRESENTATIVE FOR AUTHORIZATION TO EMPLOY SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL, PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL BANKRUTPCY COUNSEL AND CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR | .50 |
| 07/15/04 | TC | REVIEWED LIMITED OBJECTION OF ASBESTOS COMMITTEE TO FUTURES' CLAIMANT'S MOTION TO EMPLOY CIBC | .40 |
| 07/21/04 | RLT | REVIEWED ORDER AUTHORIZING THE EXPANSION OF THE SCOPE OF THE SERVICES PERMITTED TO BE PROVIDED BY DELOITTE & TOUCHE LLP TO THE DEBTORS TO INCLUDE CERTAIN LEASE CONSULTING SERVICES | .20 |

T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 3.60 | 792.00 |
| T CURRIER | 465.00 | 1.20 | 558.00 |
| TOTALS | | 4.80 | 1350.00 |

TOTAL FEES : 1,350.00

TOTAL DUE : 1,350.00

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-011
INVOICE : 179400

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/20/04 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 31ST FEE APP OF KRLS (.1) EMAIL TO RT RE: SAME (.1) | .20 |
| 07/20/04 | MNF | REVIEW/MAKE EDITS TO JUNE 2004 PRE-BILLS (.8) EMAIL TO RLT RE: SAME (.1) | .90 |
| 07/20/04 | MNF | E-FILE AND SERVE CNO RE: 31ST FEE APP OF KRLS | .80 |
| 07/20/04 | MNF | DRAFT CNO RE: 31ST FEE APP OF KRLS | .40 |
| 07/20/04 | RLT | REVIEWED AND COMMENTED ON DRAFT CNO FOR KRLS' 30TH MONTHLY FEE APPLICATION | .40 |
| 07/20/04 | RLT | REVIEWED AND COMMENTED ON PREBILLS THROUGH JUNE 30TH FOR KRLS | 1.20 |
| 07/21/04 | FAP | REVIEW RLT EDITS TO JUNE PREBILLS AND DISCUSSIONS WITH MB REGARDING SAME | .10 |
| 07/21/04 | MNF | REVIEW/MAKE EDITS TO PRE-BILLS FOR JUNE 2004 (.5) EMAILS TO AND FROM RLT RE: SAME (.2) | .70 |
| 07/23/04 | MNF | REVIEW PRE-BILLS/CHANGES FOR JUNE 2004 (.3) CORRESPONDENCE TO ACCTING RE: SAME (.3) | .60 |
| 07/23/04 | MNF | DRAFT 32ND MONTHLY FEE APP AND EXHIBITS FOR OF KRLS | 1.50 |
| 07/23/04 | MNF | REVIEW FINAL BILLS RE: JUNE 2004 (.3) CORRESPONDENCE TO ACCTING RE: SAME (.2) | .50 |
| 07/23/04 | TC | REVIEWED PREBILLS FOR FEE APPLICATION PROCESS | .30 |
| 07/29/04 | MNF | E-FILE AND SERVE 32ND FEE APP OF KRLS | 1.00 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-011
INVOICE : 179400

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 07/29/04 | TC | REVIEWED FEE APPLICATION FOR KRLS | 1.50 |
| 07/30/04 | MNF | DRAFT 13TH QUARTERLY FEE APP OF KRLS | 1.00 |
| 07/30/04 | MNF | DRAFT NOTICE RE: 13TH QUARTERLY FEE APP OF KRLS | .60 |

T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 140.00 | .10 | 14.00 |
| M N FLORES | 130.00 | 8.20 | 1066.00 |
| R L THOMAS | 220.00 | 1.60 | 352.00 |
| T CURRIER | 465.00 | 1.80 | 837.00 |
| TOTALS | | 11.70 | 2269.00 |

TOTAL FEES : 2,269.00

TOTAL DUE : 2,269.00

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-012
INVOICE : 179401

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 06/28/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION TWENTY-SEVENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004 | .10 |
| 07/02/04 | RLT | REVIEWED THIRTY-SEVENTH INTERIM FEE APPLICATION OF PITNEY HARDIN LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2004 THROUGH APRIL 30, 2004 | .20 |
| 07/02/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY - EIGHTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MAY 1, 2004 THROUGH MAY 31, 2004 | .10 |
| 07/02/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004 (THIRTY-FIFTH MONTHLY) | .10 |
| 07/02/04 | RLT | REVIEWED SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004 | .10 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-012
INVOICE : 179401

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 07/02/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR MAY 2004 FILED BY CAMPBELL & LEVINE, LLC. | .10 |
| 07/02/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR MAY 2004 FILED BY L. TERSIGNI CONSULTING, P.C.. | .10 |
| 07/02/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR MAY 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED. | .10 |
| 07/02/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND MONTHLY INTERIM PERIOD, FROM MAY 1,2004 THROUGH MAY 31, 2004 | .10 |
| 07/02/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION TWELFTH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JANUARY 1, 2004 THROUGH FEBRUARY 29, 2004 | .20 |
| 07/06/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION /ELEVENTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MAY 2004 | .10 |
| 07/06/04 | RLT | REVIEWED NOTICE OF WITHDRAWAL OF ELEVENTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MAY 2004 | .10 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-012
INVOICE : 179401

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 07/06/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM MAY 1 THROUGH MAY 31, 2004 | .10 |
| 07/06/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR JUNE 2004 FILED BY WARREN H. SMITH & ASSOCIATES, P.C.. | .10 |
| 07/12/04 | TC | REVIEWED NOTICE OF INTERIM FEE APPLICATION FOR KRAMER LEVIN AND PREPARED FOR FILING | .40 |
| 07/13/04 | MNF | DRAFT NOTICE RE: QUARTERLY FEE APP OF KRAMER LEVIN FOR 1/1/04-3/31/04 | .30 |
| 07/13/04 | MNF | EMAILS TO AND FROM KM @ KRAMER RE: E-FILING AND SERVICE OF QUARTERLY FEE APP OF KRAMER | .30 |
| 07/13/04 | MNF | E-FILE AND SERVE QUARTERLY FEE APP OF KRAMER LEVIN FOR 1/1/04-3/31/04 | .80 |
| 07/13/04 | MNF | DRAFT AOS RE: NOTICE OF QUARTERLY FEE REQUEST AND 11TH QUARTERLY FEE APP OF KRAMER LEVIN (.4) E-FILE AOS RE: NOTICE AND AOS RE: QUARTERLY REQUEST (.4) | .80 |
| 07/13/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 07/13/04 | RLT | REVIEWED 32ND QUARTERLY FEE APPLICATION OF CASNER & EDWARDS FOR MAY | .10 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-012
INVOICE : 179401

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 07/14/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 07/14/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FTI POLICANO & MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THIRTY - FIFTH INTERIM APPLICATION FOR THE PERIOD FEBRUARY 4, 2004 TO MARCH 31, 2004 | .20 |
| 07/14/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FIRST INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FEBRUARY 4, 2004 THROUGH FEBRUARY 29, 2004 | .10 |
| 07/14/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MARCH 1, 2004 THROUGH MARCH 31, 2004 | .10 |
| 07/14/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD APRIL 1, 2004 THROUGH APRIL 30, 2004 | .10 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-012
INVOICE : 179401

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 07/14/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FIRST QUARTERLY INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 4, 2004 THROUGH MARCH 31, 2004 | .20 |
| 07/19/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOURTH MONTHLY INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC FOR ALLOWANCE OF COMMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004 | .10 |
| 07/19/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004 | .10 |
| 07/19/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004 | .10 |
| 07/20/04 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 33RD FEE APP OF KRAMER LEVIN (.2) DRAFT CNO RE:SAME (.4) | .60 |
| 07/20/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-EIGHTH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004 | .10 |
| 07/21/04 | MNF | E-FILE AND SERVE CNO RE: 33RD FEE APP OF KRAMER LEVIN (.6) EMAILS TO RLT AND KM @ KRAMER RE:SAME (.2) | .80 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-012
INVOICE : 179401

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 07/21/04 | RLT | REVIEWED AND COMMENTED ON DRAFT CNO FOR 33RD MONTHLY FEE APPLICATION OF KRAMER LEVIN FOR APRIL | .40 |
| 07/21/04 | TC | REVIEWED ORDER EXPANDING THE SCOPE OF DELOITTE RETENTION | .40 |
| 07/22/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004 | .10 |
| 07/22/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2004 AND FEBRUARY 29, 2004 | .10 |
| 07/22/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICE AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004 | .10 |
| 07/22/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004 | .10 |
| 07/22/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-012
INVOICE : 179401

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: FEE APPLICATIONS, OTHERS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/22/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION -- SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004 | .10 |
| 07/28/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 07/28/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 07/30/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD JUNE 1, 2004 THROUGH JUNE 30, 2004 | .10 |
| 07/30/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION / THIRTY-NINTH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004 | .10 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-012
INVOICE : 179401

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 07/30/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION /THIRTEENTH QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD OF APRIL 1, 2004 THROUGH JUNE 30, 2004 | .20 |
| 07/30/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION TWENTY-NINTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2004 THROUGH JUNE 30, 2004 | .20 |
| 07/30/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF DELOITTE & TOUCHE LLP FOR THE TWELFTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 07/30/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF PROTIVITI, INC. FOR THE TWELFTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .20 |
| 07/30/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. FOR THE TWELFTH INTERIM PERIOD | .20 |
| 07/30/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING TWELFTH INTERIM QUARTERLY FEE APPLICATION OF CONWAY, DEL GENIO, GRIES & CO., LLC | .20 |
| 07/30/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR THE TWELFTH INTERIM PERIOD | .20 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-012
INVOICE : 179401

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 07/30/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR THE TWELFTH INTERIM PERIOD | .20 |
| 07/30/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF STROOCK & STROOCK & LAVAN, LLP FOR THE TWELFTH INTERIM PERIOD | .20 |
| 07/30/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES FOR THE TWELFTH INTERIM PERIOD | .20 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 130.00 | 3.60 | 468.00 |
| R L THOMAS | 220.00 | 6.90 | 1518.00 |
| T CURRIER | 465.00 | .80 | 372.00 |
| TOTALS | | 11.30 | 2358.00 |

TOTAL FEES : 2,358.00

TOTAL DUE : 2,358.00

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-014
INVOICE : 179402

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/12/04 | TC | REVIEWED AGENDA LETTER FOR HEARING MONDAY | .50 |
| 07/12/04 | TC | COMMUNICATIONS WITH COCOUNSEL RE HEARING ON JULY 19 | .20 |
| 07/14/04 | RLT | REVIEWED AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING BEFORE THE HONORABLE JUDITH K. FITZGERALD SCHEDULED FOR 7/19/2004 | .30 |
| 07/14/04 | RLT | REVIEWED EMAIL FROM MELISSA FLORES RE: HEARING | .10 |
| 07/19/04 | TC | REVIEWED MATERIALS FOR HEARING BEFORE JUDGE FITZGERALD | 1.20 |
| 07/19/04 | TC | REPORT TO PHIL BENTLEY AND GARY BECKER RE HEARING TODAY IN GRACE | .40 |
| 07/19/04 | TC | ATTENDED WRGRACE HEARING | 3.10 |
| 07/19/04 | TC | REVIEWED AMENDED AGENDA LETTER FOR HEARING TODAY | .30 |
| 07/22/04 | RLT | REVIEWED TRANSCRIPT OF MAY 24TH HEARING | .70 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-014
INVOICE : 179402

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: HEARINGS

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 1.10 | 242.00 |
| T CURRIER | 465.00 | 5.70 | 2650.50 |
| TOTALS | | 6.80 | 2892.50 |

TOTAL FEES : 2,892.50

TOTAL DUE : 2,892.50

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-015
INVOICE : 179403

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/01/04 | TC | REVIEWED DEBTORS' RESPONSE TO THE SCOTTT COMPANY'S EXPEDITED MOTION | .90 |
| 07/01/04 | TC | REVIEWED RESPONSE OF THE ALLEN PLAINTIFFS TO SCOTTS COMPANY'S EXPEDITED MOTION | .70 |
| 07/01/04 | TC | REVIEWED AGENDA LETTER FOR HEARING ON SCOTTS EXPEDITED MOTION | .40 |
| 07/01/04 | TC | REVIEWED STATEMENT OF CONTINENTAL CASUALTY RE SCOTTS LITIGATION | .30 |
| 07/08/04 | TC | REVIEWED OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS RE SCOTTS EXPEDITED MOTION | .30 |
| 07/15/04 | RLT | REVIEWED MOTION TO EXTEND TIME DEBTORS' MOTION FOR AN ORDER FURTHER EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS | .40 |
| 07/19/04 | RLT | REVIEWED KENSINGTON INTERNATIONAL LIMITED ORDER PETITION FOR REHEARING EN BANC BY RESPONDENTS OWENS CORNING | .10 |
| 07/20/04 | TC | REVIEWED DEBTORS' MOTION TO EXPAND REMOVAL PERIOD | .40 |
| 07/27/04 | TC | REVIEWED BRIEF OF ASBESTOS PROPERTY DAMAGE COMMITTEE IN SUPPORT OF ITS APPEAL OF FUTURES REPRESENTATIVE APPOINTMENT | 1.40 |
| 07/27/04 | TC | REVIEWED APPENDIX TO BRIEF OF ASBESTOS PROPERTY DAMAGE COMMITTEE FOR APPEAL OF FUTURES CLAIMANT APPOINTMENT | .60 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-015
INVOICE : 179403

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 07/28/04 | TC | REVIEWED APPELLANT'S FEDERAL INSURANCE COMPANY AND ROYAL INDEMNITY IN SUPPORT OF APPEAL | 1.80 |
| 07/29/04 | TC | REVIEWED QUARTERLY REPORT ON SETTLEMENTS | .70 |

T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .50 | 110.00 |
| T CURRIER | 465.00 | 7.50 | 3487.50 |
| TOTALS | | 8.00 | 3597.50 |

TOTAL FEES : 3,597.50

TOTAL DUE : 3,597.50

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 27, 2004
MATTER : W9600-017
INVOICE : 179404

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/04 T C

RE: RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/20/04 | TC | REVIEWED PLEADINGS: RELIEF FROM STAY MOTIONS FOR SHIRLEY TAYLOR-REGJOVICH (0.4); FOR LOIS SHEA (0.4); FOR DAYTON HILL (0.4); AND FOR RODNEY ERICKSON (0.4) | 1.60 |
| 07/21/04 | RLT | REVIEWED ORDER RE BAKER HUGHES MOTION FOR RELIEF FROM STAY | .20 |
| 07/21/04 | TC | REVIEWED AGREED ORDER MODIFYING AUTOMATIC STAY | .20 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .20 | 44.00 |
| T CURRIER | 465.00 | 1.80 | 837.00 |
| TOTALS | | 2.00 | 881.00 |

TOTAL FEES : 881.00

TOTAL DUE : 881.00