IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: September 21, 2004 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

NOTICE OF FILING OF
SECOND MONTHLY INTERIM APPLICATION OF
**DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE**

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served his Second Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses for the time period June 1, 2004 through June 30, 2004 seeking payment of fees in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses (the "Application") for a total of $5,574.00.

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **September 21, 2004 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) David T. Austern, FCR for W.R. Grace & Co., c/o Claims Resolution Management Corporation, 3110 Fairview Park Drive, Suite 200, Falls Church, VA 22042-0683; (ii) co-counsel to David T. Austern, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (iii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iv) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (v) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vi) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vii) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. Box 25130, Wilmington, DE 19899; (viii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (ix) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (x) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to the undersigned.

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: August 26, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Objection Date: September 21, 2004 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO SECOND MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 1, 2004 THROUGH JUNE 30, 2004**

Name of Applicant: David T. Austern, Future Claimants' Representative ("FCR")

Authorized to Provide Professional
Services to: the Debtors

Date of Retention: May 25, 2004 (appeal pending in the United States District Court for the District of Delaware)

Period for which compensation is
sought: June 1, 2004 through June 30, 2004

Amount of Compensation (100%) sought
as actual, reasonable, and necessary: $6,950.00

80% of fees to be paid: $5,560.00[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $ 14.00

Total Fees @ 80% and
100% Expenses: $5,574.00

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:     __X__  interim     __X__  monthly     ____  final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

This is the FCR's second interim fee application for the period June 1-30, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses; the FCR is simultaneously filing his first interim fee application for the period May 1-31, 2004 in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses.

## COMPENSATION SUMMARY

### JUNE 2004

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 13.90 | $6,950.00 |
| Grand Total: | | | 13.90 | $6,950.00 |
| Blended Rate: | | | $500.00 | |

Total Fees:        $6,950.00
Total Hours:          13.90
Blended Rate:    $  500.00

## COMPENSATION BY PROJECT CATEGORY

### JUNE 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 10.70 | $5,350.00 |
| Claims | .20 | $100.00 |
| Insurance | 1.70 | $850.00 |
| Retention of Professionals | 1.30 | $650.00 |
| TOTAL | 13.90 | $6,950.00 |

## EXPENSE SUMMARY

### JUNE 2004

| Expense Category | Total |
|---|---:|
| Parking | $14.00 |
| **TOTAL** | **$14.00** |

Respectfully submitted,

*/s/ David T. Austern*

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: August 26, 2004

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., <u>et al</u>. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: September 2 1, 2004 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

## **VERIFICATION**

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Future Claimants' Representative appointed by the Court in this case.

2. I personally performed the work as set forth in the attached Exhibit A.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

*[signature]*
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 26th DAY OF AUGUST, 2004

*[signature]*
Notary Public

My commission expires: 3/31/06

# EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## JUNE 2004

## FEE SUMMARY

| Date | Hours | Rate | Total | Services |
|---|---|---|---|---|
| *Insurance* | | | | |
| 6/04/04 | 1.70 | $500.00 | $850.00 | Meeting at SBSF with M. Plumer and R. Frankel on insurance issues and CIBC personnel re: due diligence. |
| *Claims* | | | | |
| 6/10/04 | .20 | $500.00 | $100.00 | Telephone conference with Tom Florence re claims data. |
| *Retention of Professionals* | | | | |
| 6/10/04 | .20 | $500.00 | $100.00 | Review of appointment letter. |
| 6/11/04 | 1.10 | $500.00 | $550.00 | Review of Sealed Air motion to vacate (.70); review of edits of my 2014(a) and 5002 Statement (.70). |
| *Case Administration* | | | | |
| 6/10/04 | 2.70 | $500.00 | $1,350.00 | Review of Case Management pleadings and orders. |
| 6/14/04 | 2.70 | $500.00 | $1,350.00 | Meeting with Debtors' general counsel and bankruptcy counsel (R. Frankel and R. Wyron) re status of case (2.50); meeting with R. Frankel and R. Wyron (.20). |
| 6/15/04 | 3.70 | $500.00 | $1,850.00 | Review of Grace pleadings filed by parties in the bankruptcy within the past six months (excluding administrative pleadings and and orders). |
| 6/24/04 | 1.60 | $500.00 | $800.00 | Review of status reports filed by the Committees at the Court's request. |
| TOTAL | 13.90 | | $6,950.00 | |

## EXPENSE SUMMARY

## DAVID T. AUSTERN/W.R. GRACE & CO.

## JUNE 2004

| Date | Expense | Description |
|---|---|---|
| 6/14/04 | $14.00 | Parking at bankruptcy counsel's offices. |
| TOTAL | $14.00 | |

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on September 1, 2004, I caused the *Notice, First Monthly Interim Application of David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period June 1, 2004 through June 30, 2004, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

*/s/ Debra O. Fullem*
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

9165525v1

## SERVICE LIST

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


*Federal Express*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express and Email: whsmith@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail: william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

9165525v1