# EXHIBIT C

## EXHIBIT C

### EXPENSES FOR THE FEE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004[2]

### EXPENSES FOR THE FEE PERIOD
### APRIL 1, 2004 THROUGH APRIL 30, 2004

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 04/12/04 | Paid NJ Law Journal #10501 S#5390 | 25.44 |
| | Duplicating | 24.08 |
| | Matter Total Engagement Cost | 49.52 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 04/09/04 | PD UPS TO WILMINGTON DE; KMJ; CK# 260076 | 7.74 |
| | Duplicating | 24.64 |
| | Matter Total Engagement Cost | 32.38 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 02/27/04 | Paid Skyline Duplication for services rendered #10501; S#5444 | 213.48 |
| 02/29/04 | Paid Skyline Duplication for services rendered #10501; S#5444 | 1419.55 |
| 03/10/04 | Paid Skyline Duplication for services rendered #10501; S#5444 | 390.50 |
| 03/11/04 | Paid Document Express, Inc. for services rendered #10501; S#5444 | 2560.32 |
| 03/16/04 | Paid Document Express, Inc. for services rendered #10501; S#5444 | 2648.52 |
| 03/16/04 | Paid Document Express, Inc. for services rendered #10501; S#5444 | 1710.15 |
| 03/16/04 | Paid Skyline Duplication for services rendered #10501; S#5444 | 1315.73 |
| 03/16/04 | Paid Document Express, Inc. for services rendered #10501; S#5456 | 2094.83 |

---

[2] Certain of the expenses set forth below are described in greater detail in the previously filed monthly fee applications.

| Date | Description | Amount |
|---|---|---|
| 03/17/04 | Paid Document Express, Inc. for services rendered #10501; S#5444 | 3487.82 |
| 03/18/04 | PD TRAVEL EXPENSES TO/FROM NEWARK, NJ; MEW; CK# 260281 | 10.25 |
| 03/18/04 | Paid Document Express, Inc. for services rendered #10501; S#5456 | 1289.28 |
| 03/18/04 | Paid Document Express, Inc. for services rendered #10501; S#5456 | 1454.69 |
| 03/19/04 | Paid Document Express, Inc. for services rendered #10501; S#5444 | 747.72 |
| 03/19/04 | Paid Document Express, Inc. for services rendered #10501; S#5456 | 1064.72 |
| 03/19/04 | Paid Document Express, Inc. for services rendered #10501; S#5456 | 2027.36 |
| 03/22/04 | Paid Document Express, Inc. for services rendered #10501; S#5444 | 562.86 |
| 03/23/04 | Paid Skyline Duplication for services rendered #10501; S#5444 | 922.52 |
| 03/23/04 | Paid Skyline Duplication for services rendered #10501; S#5444 | 490.67 |
| 03/23/04 | Paid Skyline Duplication for services rendered #10501; S#5444 | 263.78 |
| 03/23/04 | Paid Skyline Duplication for services rendered #10501; S#5444 | 1307.88 |
| 03/23/04 | Paid Skyline Duplication for services rendered #10501; S#5456 | 1537.05 |
| 03/24/04 | Paid Document Express, Inc. for services rendered #10501; S#5456 | 846.15 |
| 03/25/04 | PD TRAVEL EXPENSES; AJM; CK# 260281 | 37.00 |
| 03/29/04 | PD MEAL EXPENSES; AJM; CK# 260281 | 8.25 |
| 03/30/04 | Paid Skyline Duplication for services rendered #10501; S#5456 | 779.63 |
| 03/31/04 | Paid Skyline Duplication for services rendered #10501; S#5456 | 374.07 |
| 03/31/04 | Paid Skyline Duplication for services rendered #10501; S#5456 | 615.01 |
| 04/12/04 | PD TRAVEL EXPENSES TO/FROM NY AND NJ- DATES ARE FROM 4/12 THROUGH 4/14/04; FVC; UJ-4/30/04 | 130.40 |
| 04/12/04 | PD MEAL EXPENSES-DATED 4/12, 4/13, AND 4/14/04; FVC; UJ-4/30/04 | 37.10 |
| 04/13/04 | Paid Premier Office Supply #10501 S#5429 | 35.49 |
| 04/30/04 | DOCUMENT ACCESS FACILITY--ANNEX--APRIL 2004 | 2864.00 |
|  | Duplicating | 177.60 |

|  |  |  |
|---|---|---:|
|  | Matter Total Engagement Cost | 33,424.38 |

## EXPENSES FOR THE FEE PERIOD
## MAY 1, 2004 THROUGH MAY 30, 2004

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 05/14/04 | PD UPS TO WILMINGTON, DE; KMJ; CK # 261166 | 9.84 |
| 05/19/04 | PD UPS TO WILMINGTON, DE; KMJ; INV # 0000081207214 | 0.00 |
| | Duplicating | 122.92 |
| | Matter Total Engagement Cost | 132.76 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 04/21/04 | PD AMEXP TO AT&T WIRELESS; AJM; CK# 260567 | 14.00 |
| 05/11/04 | PD UPS TO NEW YORK, NY; BEM; CK # 261166 | 7.74 |
| 05/11/04 | PD UPS TO NEW YORK, NY; BEM; CK # 261166 | 7.74 |
| 05/11/04 | PD UPS TO NEW YORK, NY; BEM; CK # 261166 | 7.74 |
| 05/13/04 | PD TRAVEL EXPENSE; AJM; CK# 261372 | 68.25 |
| 05/13/04 | PD MEAL EXPENSE; AJM; CK# 261372 | 9.00 |
| 05/21/04 | PD UPS TO NEW YORK, NY; BEM; INV # 0000081207214 | 7.74 |
| 05/25/04 | Paid HCK#153149 to Southern District Reporters for fee for reporters in U. S. District Court, Southern District of New York, #10501, S#5530 | 240.00 |
| 05/28/04 | DOCUMENT ACCESS FACILITY--ANNEX--MAY 2004 | 2864.00 |
| | Duplicating | 34.90 |
| | Matter Total Engagement Cost | 3,261.11 |

## EXPENSES FOR THE FEE PERIOD
## JUNE 1, 2004 THROUGH JUNE 30, 2004

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 06/08/04 | Recording fee #10507 S#5571 Ex 7601 Janet | 35.00 |
| 06/10/04 | PD UPS TO ROSELAND, NJ; WSH; INV # 81207244 | 7.74 |
| 06/10/04 | PD UPS TO SUMMIT, NJ; WSH; INV # 81207244 | 7.74 |

| Date | Description | Amount |
|---|---|---:|
| 06/10/04 | PD UPS TO ROSELAND, NJ; WSH; INV # 81207244 | 7.74 |
| 06/10/04 | PD UPS TO SOMERVILLE, NJ; WSH; INV # 81207244 | 7.74 |
| 06/10/04 | PD UPS TO DOVER, NJ; WSH; INV # 81207244 | 7.74 |
| 06/10/04 | PD UPS TO CHERRY HILL, NJ; WSH; INV # 81207244 | 7.74 |
| 06/10/04 | PD UPS TO TRENTON, NJ; WSH; INV # 81207244 | 9.84 |
| 06/19/04 | PD UPS TO SPRINGFIELD, NJ; WSH; INV # 81207254 | 10.00 |
| | Duplicating | 117.60 |
| | Postage | 17.82 |
| | **Matter Total Engagement Cost** | **236.70** |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| | Duplicating | 37.94 |
| | **Matter Total Engagement Cost** | **37.94** |

Engagement Costs – NY Superfund Action

| Date | Description | Amount |
|---|---|---:|
| 03/20/04 | PD MEAL EXPENSE; BEM; UH&P7P; 6-15-04 | 23.50 |
| 04/01/04 | PD MEAL EXPENSES; CK# 261438 | 24.33 |
| 04/01/04 | PD MEAL EXPENSES; BEM; CK# 261438 | 31.22 |
| 04/05/04 | Paid Skyline Duplication for services rendered #10501; S#5574 | 60.21 |
| 04/14/04 | Paid Skyline Duplication for services rendered #10501; S#5574 | 685.82 |
| 04/16/04 | Paid Skyline Duplication for services rendered #10501; S#5574 | 157.73 |
| 04/16/04 | Paid Acro Photo Print, Inc. for services rendered #10501; S#5602 | 4727.32 |
| 04/16/04 | Paid Skyline Duplication #10501 S#5640 | 10320.16 |
| 04/16/04 | Paid Skyline Duplication #10501 S#5640 | 3084.60 |
| 04/16/04 | Paid Skyline Duplication #10501 S#5640 | 4043.79 |
| 04/19/04 | Paid Skyline Duplication for services rendered #10501; S#5574 | 2451.52 |
| 04/19/04 | Paid Skyline Duplication for services rendered #10501; S#5574 | 1096.15 |
| 05/12/04 | Paid Skyline Duplication #10501 S#5643 | 1469.80 |
| 05/13/04 | PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-04 | 34.25 |
| 05/13/04 | PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-04 | 1.50 |
| 05/13/04 | PD AMEX FOR TRAVEL EXPENSE; AJM; CK# 261789 | 65.24 |
| 05/13/04 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# | 14.00 |

125

| | | |
|---|---|---|
| | 261789 | |
| 05/20/04 | PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-04 | 34.25 |
| 05/20/04 | PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-04 | 3.00 |
| 05/20/04 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 261789 | 30.86 |
| 05/20/04 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 261789 | 10.00 |
| 05/21/04 | PD INTEGRITY EXPRESS TO FLORHAM PARK, NJ; BEM; CK # 262150 | 124.35 |
| 05/26/04 | PD UPS TO NEW YORK NY; BEM; INV# 81207224 | 9.84 |
| 05/26/04 | Paid Romanelli's #54567 10504 S#5605 | 29.10 |
| 05/26/04 | Pd BMW Messenger Service to 500 Pearl St, New York, NY; AJM; CK # 262067 | 40.90 |
| 05/26/04 | Pd BMW Messenger Service to 225 BWay, New York, NY; AJM; CK # 262067 | 10.45 |
| 05/28/04 | Paid Skyline Duplication #10501 S#5640 | 144.69 |
| 05/28/04 | Paid Skyline Duplication #10501 S#5643 | 297.44 |
| 06/01/04 | PD TRAVEL EXPENSES TO NEW YORK CITY; AJM; CK# 262561 | 45.88 |
| 06/01/04 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 261789 | 14.00 |
| 06/02/04 | PD UPS TO MEMPHIS, TN; SP; INV# 81207234 | 82.18 |
| 06/04/04 | PD GEN MESS TO NEW YORK NY; SUP; INV# 103732 | 139.31 |
| 06/07/04 | PD UPS TO NEW YORK, NY; MEW; INV # 81207244 | 7.74 |
| 06/10/04 | Paid Skyline Duplication #10501 S#5643 | 766.22 |
| 06/10/04 | Paid Skyline Duplication #10501 S#5643 | 501.80 |
| 06/11/04 | PD GEN MESS TO NEW YORK CITY; CK# 262200 | 115.06 |
| 06/14/04 | Fee for service of subpoena on Stewart Smith #10501 S#5585 Ex 8228 | 75.00 |
| 06/14/04 | PD UPS TO NEW YORK, NY; BEM; INV # 81207254 | 7.74 |
| 06/14/04 | Paid Skyline Duplication #10501 S#5643 | 1394.43 |
| 06/15/04 | PD UPS TO CHICAGO, IL; BEM; INV # 81207254 | 9.71 |
| 06/16/04 | Paid Skyline Duplication #10501 S#5640 | 5592.98 |
| 06/17/04 | PD MEAL EXPENSES; AJM; CK# 262561 | 11.70 |
| 06/17/04 | PD TRAVEL EXPENSES TO NEW YORK; AJM; CK# 262561 | 100.85 |
| 06/18/04 | PD UPS TO NEW YORK, NY; BEM; INV # 81207254 | 7.74 |
| 06/18/04 | PD UPS TO NEW YORK, NY; BEM; INV # 81207254 | 7.74 |
| 06/30/04 | DOCUMENT ACCESS FACILITY--ANNEX--JUNE 2004 | 2864.00 |
| | Duplicating | 45.00 |
| | Matter Total Engagement Cost | 40,815.10 |

Engagement Costs – Tahari, Ltd.

| Date | Description | Amount |
|---|---|---|
| 03/22/04 | Pd Aetna Central Judicial Services for Obtain Copy of Decision; BMB; Ck # 262607 | 6.00 |
| 03/29/04 | Pd Aetna Central Judicial Services for Obtain Copy of Attached; BMB; Ck # 262607 | 10.00 |
| 06/03/04 | Pd Aetna Central Judicial Services for Obtain Copy of Decision; BMB; Ck # 262670 | 16.00 |
| 06/04/04 | Pd travel expenses; BMB; UH & P7P-6/30/04 | 4.00 |
|  | Duplicating | 15.40 |
|  | **Matter Total Engagement Cost** | **51.40** |