# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | Objection Deadline: July 6, 2004 at 4:00 p.m. |
| Debtors | ) | Hearing Date: TBD only if necessary |

SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD OF APRIL 1, 2004, THROUGH APRIL 31, 2004, FOR THE QUARTERLY FEE PERIOD OF APRIL – JUNE, 2004

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered January 22, 2003** |
| Period for which compensation and reimbursement is sought | **April 1, 2004, through April 30, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 111,132.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 14,316.26** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:74959.1

-1-

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of April 2004. This is the 16th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock, and the first application for services in the April – June 2004 quarter. The following applications have been filed previously with the Court:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| TOTAL | | $520,055.35 | $91,636.97 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota. Except for the fees specifically identified in the attached detail as "Fee Application, Applicant" or "Travel Time," all fees for which application is made were in the category "Litigation and Litigation Consulting" in the Intercat case.

The attorneys of Applicant who rendered professional services in this case during the Fee Period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $460.00 | 25.7 | $11,822.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $380.00 | 73.8 | $28,044.00 |
| Chad E. Ziegler | Associate | 1997 | IP Litigation | $290.00 | 75.0 | $21,750.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $270.00 | 63.2 | $17,064.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $210.00 | 117.7 | $24,717.00 |
| Larry Labella | Paralegal | - | IP Litigation | $130.00 | 59.5 | $7,735.00 |

Total Fees: $ 111,132.00
Blended Rate: $ 267.00

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $111,132.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($88,905.60) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($16,954.71); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: June 7, 2004

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA 19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: July 6, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:74959.1

-1-

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| 04/01/04 | KMW | Fact finding in support of Grace's continuing 30(b)(6) depositions regarding modeling; analysis of Kramer and Riley depositions. | 1.50 |
| --- | --- | --- | --- |
| 04/01/04 | FTC | Work on claim construction issues; | 3.10 |
| 04/01/04 | KMW | Analysis of 236 patent, prosecution history, claims, and develop claim construction outline; | 3.90 |
| 04/01/04 | KMW | Analysis of Grace documents for production. | 0.50 |
| 04/01/04 | KMW | Fact-gathering and analysis of Grace documents in support of refinery depositions. | 2.00 |
| 04/02/04 | GHL | Review of transcript of Bartholic deposition, review of Bartholic's submitted errata sheet, consideration of motion to strike the errata sheet as introducing new testimony | 0.80 |
| 04/02/04 | KMW | Legal research and analysis of Rule 30 of the Federal Rules of Civil Procedure regarding Bartholic proposed errata sheet | 3.30 |
| 04/02/04 | GHL | Fee Application -- preparation of fee petition for February 2004. | 1.00 |
| 04/02/04 | KMW | Claim construction; analysis of 236 patent and prosecution history. | 0.70 |
| 04/02/04 | KMW | Analysis of Grace documents in preparation of Grace's continuing 30(b)(6) depositions. | 2.50 |
| 04/02/04 | LL | Attendance and assistance to the analysis and organization of documents for witness files and review for production. | 4.50 |
| 04/05/04 | CEZ | Review and analysis of claims, specification and prosecution history of the 236 patent; met with K. Whitney regarding same. | 4.60 |
| 04/05/04 | GHL | Further review of Bartholic's proposed deposition errata sheet and development of positions in counter to Bartholic's proposed substitute answers; | 0.90 |
| 04/05/04 | LL | Attendance and assistance to the analysis and organization of documents for witness files; performed various searches; and document review. | 2.00 |
| 04/05/04 | KMW | Legal research and analysis of Rule 30 and 37; telephonic conference w/local counsel regarding the same. | 2.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/06/04 | CEZ | Review and analysis of specification and prosecution history of the 236 patent; met with K. Whitney regarding same. | 2.00 |
| 04/06/04 | GHL | Preparation for further session of Al Jordan's deposition as Grace 30-b-6 witness, including review of new witness file and of transcript form previous deposition sessions | 1.20 |
| 04/06/04 | LL | Attendance and assistance to the analysis and organization of documents for witness files; document review for production and scanning. | 3.50 |
| 04/07/04 | KMW | Legal research and analysis of Rules 30 and 32; analysis of Bartholic errata sheets. | 7.70 |
| 04/07/04 | GHL | Work on patent-claim interpretation issues for preparation of claim chart to be submitted pursuant to scheduling order. | 1.50 |
| 04/07/04 | FTC | Reviewed and categorized documents produced by Intercat. | 9.50 |
| 04/07/04 | CEZ | Prepared materials concerning the specification and prosecution history of the patent in suit. | 4.20 |
| 04/08/04 | KMW | Legal research and analysis of Federal Rules of Civil Procedure 30 and 32 regarding errata sheet; | 1.10 |
| 04/08/04 | KMW | Analysis of 236 patent, prosecution history; consider scope of 236 claims. | 5.10 |
| 04/08/04 | FTC | Reviewed documents produced by Intercat. | 0.90 |
| 04/08/04 | FTC | Construed the claims of U.S. patent no. 5,389,236. | 4.90 |
| 04/08/04 | KMW | Analysis of Grace documents for production. | 0.50 |
| 04/08/04 | CEZ | Prepared materials concerning the claims, specification and prosecution history of the patent in suit; met with K. Whitney and F. Carroll regarding same; prepared materials relating to claim chart. | 9.70 |
| 04/09/04 | FTC | Reviewed documents produced by Intercat. | 2.70 |
| 04/09/04 | FTC | Developed claim construction for U.S. patent no. 5,389,236. | 3.90 |
| 04/09/04 | FTC | Reviewed structural and functional features of NOL-TEC white and blue loaders. | 1.20 |
| 04/09/04 | CEZ | Work on claim chart; prepared materials concerning the claims, specification and prosecution history of the patent in suit; prepared materials relating to claim chart. | 3.20 |
| 04/09/04 | LL | Attendance and assistance to the analysis and organization of documents for witness files, scanning, review and deposition files. | 5.50 |
| 04/12/04 | DRB | Advice to Al Jordan regarding experts and retaining experts | 0.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/12/04 | DRB | Preparation for Murphy deposition | 0.50 |
| 04/12/04 | LL | Attendance and assistance to the analysis and organization of documents for production, exhibits, deposition files and witness files. | 3.00 |
| 04/12/04 | FTC | Work on claim interpretation chart; | 2.90 |
| 04/12/04 | DRB | Strategy for responding to document requests to try to accommodate Intercat's request for depositions | 0.50 |
| 04/12/04 | KMW | Conference w/DRB regarding scheduling, strategy, document production, depositions preparation. | 0.50 |
| 04/12/04 | KMW | Fact-gathering with client with respect to Sixth set of document requests and outstanding issues from depositions. | 1.30 |
| 04/12/04 | FTC | Reviewed Plaintiff's Claim Chart on Infringement. | 3.20 |
| 04/12/04 | KMW | Legal research and analysis of Rules 30 and 32; analysis of Bartholic deposition and errata. | 1.40 |
| 04/12/04 | DRB | Analysis of Intercat's claim chart | 0.80 |
| 04/12/04 | KMW | Preparation of Murphy Meraux witness binder. | 0.50 |
| 04/12/04 | DRB | Scheduling discovery deposition of refineries and Grace | 0.70 |
| 04/12/04 | KMW | Analysis of Intercat's claim construction position and preparation of Grace's claim construction position. | 3.30 |
| 04/13/04 | DRB | Preparation for Murphy deposition | 4.50 |
| 04/13/04 | LL | Attendance and assistance to the analysis and organization of documents for production and witness files. | 4.00 |
| 04/13/04 | KMW | Analysis of Bartholic errata sheets in light of Intercat's claim chart and deposition testimony. | 6.20 |
| 04/13/04 | DRB | Preparation for model discovery by Intercat | 1.00 |
| 04/13/04 | GHL | Review of Intercat's claim construction statement and consideration of counter-statement to be made to same according to court scheduling order. | 1.00 |
| 04/13/04 | FTC | Drafted memorandum summarizing case law regarding construction of method claims. | 5.00 |
| 04/13/04 | KMW | Preparation for continuing 30(b) (6) depositions of Grace witnesses; | 1.40 |
| 04/13/04 | KMW | Preparation of Murphy Meraux witness binders. | 1.60 |
| 04/13/04 | DRB | Preparing response to Intercat discovery | 0.50 |
| 04/13/04 | FTC | Reviewed Plaintiffs' Claim Chart on Infringement. | 0.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/14/04 | DRB | Team strategy meeting regarding discovery issues | 2.50 |
| 04/14/04 | KMW | Preparation for modeling 30(b)(6) depositions: analysis of Grace's document production, preparation of more document production, fact gathering from client. | 3.80 |
| 04/14/04 | DRB | Analysis of Intercat's claim chart for infringement | 1.50 |
| 04/14/04 | DRB | Travel to Murphy deposition; 2 hours half time. | 1.00 |
| 04/14/04 | FTC | Meeting with trial team to discuss Plaintiffs' Claim Chart on Infringement and the claims of U.S patent no. 5,389,236. | 2.50 |
| 04/14/04 | FTC | Finalized memorandum summarizing case law regarding construction of method claims. | 0.70 |
| 04/14/04 | GHL | Meeting with trial team on case strategy and positions to be taken in Grace's responsive claim construction statement; | 2.50 |
| 04/14/04 | GHL | Further review of Intercat's claim construction statement; | 0.80 |
| 04/14/04 | KMW | Analysis of Bartholic testimony, Bartholic errata sheets, Intercat's claim chart; legal research and analysis of FRCP 30. | 2.70 |
| 04/14/04 | FTC | Reviewed and categorized documents produced by Intercat. | 2.90 |
| 04/14/04 | DRB | Preparation for Murphy deposition | 4.00 |
| 04/14/04 | GHL | Telephone conference with Mr. Maggio regarding status of defense of this matter; | 0.70 |
| 04/14/04 | KMW | Conference regarding strategy and legal analysis of case/discovery/patent. | 2.50 |
| 04/15/04 | DRB | Preparation for taking and defending deposition of Murphy Oil Company refinery in Meraux, LA | 8.00 |
| 04/15/04 | DRB | Travel back from Meraux, LA to Philadelphia from Murphy Oil deposition; 5 hours half time; | 2.50 |
| 04/15/04 | GHL | Review of case law relevant to claim interpretation issues raised by Intercat's claim chart; | 0.70 |
| 04/15/04 | GHL | Telephone conference with Mr. Maggio and Mr. Cross regarding scope of discovery requested by Intercat; | 0.40 |
| 04/15/04 | LL | Attendance and assistance to the analysis and organization of documents for exhibits for brief and document production. | 5.50 |
| 04/15/04 | KMW | Fact gathering and document analysis related to Grace models in preparation of Grace 30(b)(6) depositions. | 3.20 |
| 04/15/04 | KMW | Fact-gathering in support of Murphy Meraux deposition. | 0.80 |
| 04/15/04 | KMW | Analysis of Intercat's claim chart and deposition transcripts. | 1.90 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/16/04 | LL | Attendance and assistance to the analysis and organization of documents for exhibits for brief. | 6.00 |
| 04/16/04 | KMW | Analysis of Bartholic errata sheets and Intercat's Claim Construction chart. | 0.20 |
| 04/16/04 | KMW | Fact gathering in support of Graces 30(b)(6) depositions of modelers; analysis of 6th set of document requests; conference w/CZ regarding the same; telephonic conference w/client regarding the same. | 3.60 |
| 04/16/04 | KMW | Preparation and analysis of documents for BP Whiting deposition. | 1.80 |
| 04/16/04 | DRB | Preparation for BP Whiting deposition | 1.00 |
| 04/17/04 | LL | Attendance and assistance to the analysis and organization of documents for brief. | 9.00 |
| 04/17/04 | DRB | Preparation for deposition of BP-Amoco; analysis of Intercat and BP production documents | 1.50 |
| 04/18/04 | LL | Attendance and assistance to the analysis and organization of documents for brief. | 4.00 |
| 04/19/04 | KMW | Analysis of depositions and Intercat's claim chart on infringement and strategy for proceeding. | 1.20 |
| 04/19/04 | KMW | Fact-gathering related to models and preparation for Grace 30(b)(6) depositions. | 3.00 |
| 04/19/04 | DRB | Preparation for BP Whiting deposition | 5.50 |
| 04/19/04 | DRB | Travel to BP Whiting deposition; 4.8 hours (half time) | 2.40 |
| 04/20/04 | DRB | Travel back from BP Whiting deposition (6 hours half time) | 3.00 |
| 04/20/04 | KMW | Fact-gathering and analysis of Grace models. | 1.00 |
| 04/20/04 | KMW | Analysis of depositions and Bartholic errata sheets. | 0.70 |
| 04/20/04 | KMW | Analysis of Intercat's document production. | 2.30 |
| 04/20/04 | LL | Attendance and assistance to the analysis and organization of documents for witness files, production and new document review. | 6.50 |
| 04/20/04 | DRB | Taking and defending Rule 30(b)(6) deposition of BP Whiting | 9.00 |
| 04/21/04 | KMW | Analysis of Rule 30 case law, Bartholic errata sheets, deposition testimonies, Intercat claim chart. | 2.70 |
| 04/21/04 | DRB | Analysis of Grace deposition of BP Whiting | 0.80 |
| 04/21/04 | DRB | Work with potential technical expert | 0.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/21/04 | CEZ | Detailed review and analysis of Plaintiff's claim chart. | 4.60 |
| 04/21/04 | KMW | Fact-finding and analysis of Grace documents related to models. | 4.70 |
| 04/22/04 | GHL | Review of court order on Intercat's motion to compel, consideration of response to be made in view of same; | 0.50 |
| 04/22/04 | KMW | Analysis of Magistrate's order, documents requests, and strategy for attending thereto. | 0.70 |
| 04/22/04 | GHL | Telephone conference with Grace representative regarding additive usage modeling; | 0.40 |
| 04/22/04 | CEZ | Review of deposition transcripts of third party refiners. | 3.50 |
| 04/22/04 | KMW | Analysis of Grace documents in support of Grace's 30(b)(6) depositions directed to models. | 0.30 |
| 04/22/04 | DRB | Analysis of district court's opinion regarding discovery motion | 0.50 |
| 04/22/04 | LL | Attendance and assistance to the analysis and organization of documents for witness files, production and new document review. | 6.00 |
| 04/23/04 | CEZ | Review of deposition transcripts of Nol-Tec 30(b)(6) witnesses. | 4.30 |
| 04/23/04 | GHL | Meeting with trial team to review Intercat's claim chart and develop response to same regarding claim construction, non-infringement, and various invalidity issues; | 2.00 |
| 04/23/04 | GHL | Further review of Intercat's claim chart on claim interpretation and infringement; | 0.80 |
| 04/23/04 | FTC | Searched for and reviewed prior art references. | 1.50 |
| 04/23/04 | FTC | Met with trial team to discuss claim construction issues and case scheduling. | 2.00 |
| 04/23/04 | DRB | Team meeting for discovery and pre-Markman strategy | 2.00 |
| 04/23/04 | KMW | Strategy meeting with trial team; | 2.00 |
| 04/23/04 | KMW | Analysis of court order, document requests, conference w/client regarding the same. | 3.30 |
| 04/26/04 | KMW | Analysis of positions in Bartholic errata sheets in view of Intercat's Claim Construction Chart, deposition testimonies and summary thereof; | 3.20 |
| 04/26/04 | CEZ | Drafted Defendant's Claim Chart; reviewed and analyzed materials to prepare chart. | 8.20 |
| 04/26/04 | KMW | Analysis of 236 patent, prosecution history, Intercat's Claim Chart in preparation of Grace's Claim Chart. | 3.30 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/26/04 | KMW | Analysis of Intercat's document production. | 0.50 |
| 04/26/04 | DRB | Analysis of BP Toledo DESOX model | 0.30 |
| 04/26/04 | DRB | Preparation of materials for 4/30 meeting | 0.50 |
| 04/27/04 | GHL | Further study of Intercat's claim chart and development of positions for Grace's responsive chart; | 0.50 |
| 04/27/04 | KMW | Analysis of Grace documents for production. | 1.30 |
| 04/27/04 | KMW | Analysis of Intercat document production. | 3.00 |
| 04/27/04 | KMW | Analysis of Intercat's Claim Construction Chart in light of 236 patent. | 1.00 |
| 04/27/04 | CEZ | Drafted Claim Chart; reviewed and analyzed materials to prepare chart. | 3.50 |
| 04/27/04 | CEZ | Drafted First Amended Answer and Counterclaim; reviewed materials in connection therewith; | 5.20 |
| 04/27/04 | DRB | Preparation of materials for client update status meeting | 0.50 |
| 04/28/04 | FTC | Review of prior art references. | 5.10 |
| 04/28/04 | CEZ | Drafted Defendant's Claim Chart; reviewed and analyzed materials to prepare chart. | 4.50 |
| 04/28/04 | KMW | Analysis of Bartholic errata sheets and conference w/CEZ regarding the same. | 0.50 |
| 04/28/04 | KMW | Work on claim chart and conference w/CEZ regarding the same. | 0.50 |
| 04/28/04 | CEZ | Prepared materials for client's review. | 4.20 |
| 04/28/04 | KMW | Analysis of Grace documents for production. | 1.80 |
| 04/28/04 | KMW | Analysis of Intercat's claim chart on infringement and summary thereof. | 4.50 |
| 04/28/04 | DRB | Preparation of materials for client status meeting on April 30, 2004 | 0.50 |
| 04/28/04 | CEZ | Work on claim chart; | 0.90 |
| 04/29/04 | GHL | Meeting with trial team to analyze Intercat's claim chart and develop positions for Grace's responsive chart; | 2.00 |
| 04/29/04 | CEZ | Prepared materials for client's review. | 1.00 |
| 04/29/04 | DRB | Team meeting regarding discovery strategy and claim construction | 2.00 |
| 04/29/04 | KMW | Analysis of Intercat documents (modeling). | 0.60 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/29/04 | DRB | Preparation of materials for meeting with Grace regarding status of case | 3.00 |
| 04/29/04 | FTC | Document review. | 1.20 |
| 04/29/04 | KMW | Strategy conference and claim construction. | 2.00 |
| 04/29/04 | CEZ | Completed final draft of amended pleading. | 1.90 |
| 04/29/04 | KMW | Analysis of Bartholic testimony, errata sheets, summary thereof. | 1.10 |
| 04/29/04 | KMW | Analysis of Intercat's position on infringement and summary thereof. | 2.50 |
| 04/29/04 | FTC | Met with trial team to discuss claim construction issues and case scheduling. | 2.10 |
| 04/29/04 | GHL | Development of information for presentation to Grace at scheduled meeting relating to status of litigation; | 1.50 |
| 04/29/04 | DRB | Preparation of Grace's responsive claim chart | 3.00 |
| 04/29/04 | KMW | Analysis of Grace documents for production. | 2.00 |
| 04/29/04 | CEZ | Drafted Defendant's Claim Chart; reviewed and analyzed materials to prepare chart. | 5.60 |
| 04/29/04 | CEZ | Team meeting; prepared materials for meeting. | 2.60 |
| 04/30/04 | DRB | Preparation for case summary presentation to Grace management and presentation | 5.50 |
| 04/30/04 | CEZ | Reviewed and analyzed plaintiff's claim chart. | 1.30 |
| 04/30/04 | DRB | Travel to/from W.R. Grace for presentation; 3 hours half time. | 1.50 |
| 04/30/04 | GHL | Review and revision of draft proposed amendment to Grace's Answer and Counterclaims in this action; | 0.50 |
| 04/30/04 | DRB | Analysis of claim construction issues | 2.00 |
| 04/30/04 | FTC | Review of Intercat documents newly proposed. | 7.10 |
| 04/30/04 | GHL | Travel Time -- travel to/from Grace offices in Columbia MD; 3 hours, billed at half time. | 1.50 |
| 04/30/04 | GHL | Preparation for and meeting with Grace representatives at Grace's offices in Columbia MD to provide update on status of this litigation and various non-infringement and invalidity issues | 4.50 |

SERVICES $ 111,132.00

| | | | | | |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 25.70 | hours at $ | 460.00 | |
| DRB | DAVID R. BAILEY | 73.80 | hours at $ | 380.00 | |
| CEZ | CHAD E. ZIEGLER | 75.00 | hours at $ | 290.00 | |
| FTC | FRANK T. CARROLL | 63.20 | hours at $ | 270.00 | |
| KMW | KAREN MILLANE WHITNEY | 117.70 | hours at $ | 210.00 | |
| LL | LARRY LABELLA | 59.50 | hours at $ | 130.00 | |

**DISBURSEMENTS:**

| | |
|---|---:|
| LOCAL COUNSEL FEES | 1,814.70 |
| FACSIMILE | 9.00 |
| COURT REPORTERS | 6,173.86 |
| POSTAGE & DELIVERY | 355.19 |
| PHOTOCOPYING | 2,022.98 |
| COMPUTER SEARCH/DOCKETING | 647.28 |
| TRAVEL & EXPENSES | 3,293.25 |

| | | |
|---|---|---:|
| DISBURSEMENT TOTAL | $ | 14,316.26 |
| SERVICE TOTAL | $ | 111,132.00 |
| **INVOICE TOTAL** | $ | 125,448.26 |

**Travel and Expense: Gary H. Levin**

| | | | | |
|---|---|---|---|---|
| 4/30/04 | **Transportation:** | Purpose of trip: Meeting with Grace's representatives to provide update on status of this litigation and various non-infringement and invalidity issues | | |
| | 4/30/04 | Amtrak Train<br>Philadelphia to BWI, Maryland | $ | 126.00 |
| | | Amtrak Train<br>BWI, Maryland to Philadelphia | | |
| | **Parking** | | $ | 17.00 |
| | **Miles** | | $ | 5.85 |
| | | TOTAL EXPENSE: | $ | 148.85 |

**Travel and Expense: Vendor David Bailey**

| 4/14/04 | | | |
|---|---|---|---|
| | Transportation: | Purpose of trip: Depositions at Murphy Refinery in Meraux, LA | |
| | 4/14/04 | USAir Flight 997 | |
| | | Philadelphia to New Orleans, LA | $1,500.58 |
| | | USAir Flight 742 | |
| | | New Orleans, LA to Charlotte, NC and connection | |
| | | Flight 485 from Charlotte, NC to Philadelphia | |
| | Lodging: | | $ 352.63 |
| | Car Rental: | | $ 73.05 |
| | Parking: | | $ 52.00 |
| | Meals | | $ 93.50 |
| | Miles: | | $ 13.00 |
| | | TOTAL EXPENSE: | $2,084.86 |

| | | |
|---|---|---|
| 4/19/04 | **Travel and Expense: Vendor David Bailey** | |
| | **Transportation:** Purpose of trip: Deposition at BP Whiting | |
| | 4/19/04  American Trans Air Flight 239 | |
| | Philadelphia to Chicago Midway, IL | $363.70 |
| | American Trans Air Flight 242 | |
| | Chicago Midway, IL to Philadelphia | |
| | **Lodging:** Marriott Courtyard | $150.29 |
| | **Car Rental:** Hertz | $109.50 |
| | **Parking:** | $ 52.00 |
| | **Tolls:** | $   4.00 |
| | **Meals:** | $103.55 |
| | **Miles:** | $ 13.00 |
| | TOTAL EXPENSE: | $796.04 |

**Travel and Expense: Vendor David Bailey**

| | | | |
|---|---|---|---|
| 4/30/04 | **Transportation:** | Purpose of trip: Meeting with Grace's representatives to provide update on status of this litigation and various non-infringement and invalidity issues | |
| | **04/30/04** | Roundtrip Amtrak Ticket from Philadelphia to Maryland | $164.50 |
| | **Taxi Fare:** | | $ 68.00 |
| | **Parking:** | | $ 18.00 |
| | **Miles:** | | $ 13.00 |
| | | TOTAL EXPENSE: | $263.50 |