# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: Aug. 9, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

### SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD OF MAY 1, 2004, THROUGH MAY 31, 2004, FOR THE QUARTERLY FEE PERIOD OF APRIL – JUNE, 2004

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered January 22, 2003** |
| Period for which compensation and reimbursement is sought | **May 1, 2004, through May 31, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 104,787.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 14,642.22** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of May 2004. This is the 17th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock, and the second application for services in the April – June 2004 quarter. The following applications have been filed previously with the Court:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
| TOTAL | | $631,187.35 | $105,953.23 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota. Except for the fees specifically identified in the attached detail as "Fee Application, Applicant" or "Travel Time," all fees for which application is made were in the category "Litigation and Litigation Consulting" in the Intercat case.

The attorneys of Applicant who rendered professional services in this case during the Fee Period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $460.00 | 14.6 | $6,693.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $380.00 | 88.0 | $33,440.00 |
| Chad E. Ziegler | Associate | 1997 | IP Litigation | $290.00 | 100.5 | $29,145.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $270.00 | 16.8 | $4,536.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $210.00 | 107.5 | $22,575.00 |
| Larry Labella | Paralegal | - | IP Litigation | $130.00 | 47.5 | $6,175.00 |
| Suzanne Wallace | Paralegal | - | IP Litigation | $ 90.00 | 24.7 | $2,223.00 |

Total Fees: $104,787.00
Blended Rate: $ 262.23

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $104,787.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($ 83,829.60) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($ 14,642.22); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Dated: July 8, 2004

Respectfully submitted

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: Aug. 9, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

-1-

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/01/04 | GHL | Fee Application, Applicant – preparation of Quarterly Fee Summary for Twelfth Interim Period | 1.00 |
| 05/03/04 | KMW | Analysis and strategy of claim construction, analysis of depositions (Harmon) in support thereof; conference w/CEZ regarding the same. | 2.30 |
| 05/03/04 | DRB | Drafting Grace's claim chart to outline non-infringement position | 2.20 |
| 05/03/04 | KMW | Finalize response to Intercat document request #6 and serve the same. | 0.20 |
| 05/03/04 | KMW | Analysis of Grace documents for production and preparation for continuing 30(b)(6) depositions. | 1.10 |
| 05/03/04 | CEZ | Drafted claim chart; reviewed deposition materials in preparation for same. | 9.20 |
| 05/03/04 | LL | Attended to and assisted in the review of documents for a witness file and review for production; file preparation for deposition exhibits | 5.00 |
| 05/04/04 | DRB | Preparation of Grace's claim chart of non-infringement | 4.50 |
| 05/04/04 | CEZ | Drafted claim chart | 4.80 |
| 05/04/04 | DRB | Analysis of record for support for inequitable conduct defense | 0.50 |
| 05/04/04 | GHL | Work on Grace's claim –construction/non-infringemen t statement; | 0.70 |
| 05/04/04 | KMW | Analysis of depositions of Nol-Tec employees in support of non-infringement chart. | 3.40 |
| 05/04/04 | LL | Attended to and assisted in the review of documents for a witness file and review for production; scanned in discovery documents | 3.50 |
| 05/04/04 | CEZ | Prepared subpoena to J. Sloan, including document requests | 2.40 |
| 05/04/04 | GHL | Attendance to deposition scheduling; | 0.40 |
| 05/04/04 | DRB | Coordination for deposition discovery | 0.50 |
| 05/04/04 | KMW | Analysis of Grace documents for production. | 3.90 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/05/04 | KMW | Analysis and summary of Harmon deposition and review of theory of non-infringement. | 2.20 |
| 05/05/04 | FTC | Reviewed financial data concerning additive sales. | 4.00 |
| 05/05/04 | GHL | Further work and consultation of claim construction statement and response to Intercat's infringement statement; | 0.60 |
| 05/05/04 | KMW | Analysis of Grace documents for document production. | 5.30 |
| 05/05/04 | DRB | Preparation of claim chart outlining Grace's various non-infringement positions and supporting evidence | 2.00 |
| 05/05/04 | CEZ | Work on defendant's non-infringement chart. | 2.30 |
| 05/06/04 | DRB | Preparation of claim chart | 1.00 |
| 05/06/04 | DRB | Coordination of deposition schedules | 0.50 |
| 05/06/04 | CEZ | Edited and revised defendant's claim chart; added citations to record; reviewed deposition materials. | 7.20 |
| 05/06/04 | KMW | Analysis of Grace documents in support of document production. | 4.30 |
| 05/06/04 | FTC | Assembled, reviewed, and tabulated financial data concerning additive sales. | 3.90 |
| 05/06/04 | DRB | Addressing document production issues | 0.60 |
| 05/06/04 | LL | Attended to and assisted in the review of documents for production; set up deposition binders and files; searched for letters n the intercat documents | 3.50 |
| 05/07/04 | DRB | Preparation of claim chart on non-infringement issues | 8.50 |
| 05/07/04 | KMW | Analysis of Grace documents for production. | 1.00 |
| 05/07/04 | LL | Attended to and assisted in the preparation of document files for production; scanned in new documents; updated intranet for discovery issues; updated various indicies | 5.50 |
| 05/07/04 | KMW | Analysis and digest of Harmon deposition in support of theory of noninfringement. | 1.80 |
| 05/07/04 | FTC | Reviewed, tabulated, and analyzed financial data concerning additive sales. | 2.90 |
| 05/08/04 | LL | Attended to and assisted in the preparation of Intercat document files for Whitney; updated deposition exhibit binders and files; updated production indicies. | 3.00 |
| 05/08/04 | GHL | Work on claim construction and non-infringement statement to be served on Intercat pursuant to court scheduling order; | 5.00 |
| 05/08/04 | DRB | Claim chart on non-infringement | 2.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/09/04 | CEZ | Edited and revised defendants' claim chart; drafted portions relating to doctrine of equivalents. | 5.00 |
| 05/10/04 | DRB | Revisions to Grace's claim chart outlining non-infringement positions | 3.80 |
| 05/10/04 | KMW | Analysis of Grace's Claim Chart on non-infrimgement and supporting deposition testimony. | 2.50 |
| 05/10/04 | KMW | Analysis of Grace's documents for production. | 2.20 |
| 05/10/04 | GHL | Further work on non-infringement claim chart; | 1.00 |
| 05/10/04 | CEZ | Edited and revised defendants' claim chart; teleconference with Nol-Tec counsel to discuss same; reviewed changes proposed by M. Privratsky | 5.00 |
| 05/11/04 | KMW | Analysis of Nol-Tec depositions in support of theory of noninfringement. | 4.60 |
| 05/11/04 | CEZ | Edited and revised defendants' claim chart; teleconference with Nol Tec to discuss same; prepared draft for exchange with Intercat. | 6.60 |
| 05/11/04 | KMW | Preparation of draft of list of claim terms to be construed by court. | 1.00 |
| 05/11/04 | KMW | Analysis of claim chart on noninfringement and discussion and revising w/CEZ regarding the same. | 1.70 |
| 05/11/04 | KMW | Analysis of Intercat documents in support of Grace's 30(b)(6) deposition of Intercat's representative. | 1.00 |
| 05/11/04 | LL | Attended to and assisted in the preparation of Intercat document files for Zeigler and Whitney; prepared files of Grace production for Whitney; produced new documents | 3.50 |
| 05/12/04 | DRB | Advice to Robert Maggio regarding discovery, summary judgment, and Markman procedures | 0.40 |
| 05/12/04 | KMW | Analysis of Nol-Tec depositions in support of theory of noninfringement. | 1.20 |
| 05/12/04 | CEZ | Reviewed materials in preparation for Sloan deposition. | 1.30 |
| 05/12/04 | KMW | Analysis of Bartholic deposition in support of theory of noninfringement. | 1.40 |
| 05/12/04 | CEZ | Reviewed deposition transcripts of Grace 30(b)(6) depondents. | 4.30 |
| 05/12/04 | DRB | Coordination of deposition scheduling with Intercat and correspondence regarding same | 0.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/13/04 | CEZ | Reviewed materials in preparation for deposition of J. Sloan; reviewed materials provided by Intercat regarding proposed experts. | 1.20 |
| 05/13/04 | KMW | Analysis and digest of Bartholic deposition in support of theory of noninfringement. | 4.30 |
| 05/13/04 | LL | Attended to and assisted in the preparation of Intercat document files for Whitney | 2.00 |
| 05/13/04 | KMW | Analysis and indexing of Intercat documents produced. | 1.00 |
| 05/13/04 | DRB | Coordination of deposition scheduling for John Haley | 0.30 |
| 05/13/04 | CEZ | Edited and revised defendants' initial list of claim terms at issue; reviewed 236 patent. | 3.40 |
| 05/14/04 | KMW | Analysis and digest of Bartholic deposition in support of theory of noninfringement; claim chart | 2.90 |
| 05/14/04 | DRB | Preparation of list of claim terms in dispute | 0.50 |
| 05/14/04 | DRB | Discussion of issues with expert consultant | 0.50 |
| 05/14/04 | DRB | Analysis of document discovery issues | 0.50 |
| 05/14/04 | DRB | Analysis of deposition strategy for Jack Sloan | 0.50 |
| 05/14/04 | KMW | Analysis and digest of Riley deposition in support of theory of noninfringement; claim chart | 3.00 |
| 05/14/04 | KMW | Analysis of Grace documents in preparation for Intercat's 30(b)(6) depositions of Grace representatives. | 1.20 |
| 05/14/04 | CEZ | Reviewed materials in preparation for deposition of J. Sloan; drafted letter to Intercat counsel regarding document files in J. Sloan's possession. | 6.50 |
| 05/14/04 | LL | Attended to and assisted in the preparation of Intercat document files for Whitney; scheduled court reporter for Sloan deposition | 2.50 |
| 05/17/04 | KMW | Analysis and digest of Kramer deposition in support of theory of noninfringement; claim chart | 2.30 |
| 05/17/04 | GHL | Fee Application, Applicant - preparation of monthly fee application for April 2004 | 0.70 |
| 05/17/04 | CEZ | Preparation for Sloan Deposition. | 7.20 |
| 05/17/04 | CEZ | Travel to Denver for Sloan deposition (3 hours, half time) | 1.50 |
| 05/17/04 | KMW | Analysis of Grace documents for production. | 1.30 |
| 05/17/04 | KMW | Analysis and digest of Jordan deposition in support of theory of noninfringement; claim chart | 0.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/17/04 | LL | Attended to and assisted in the preparation of documents for production; searched and scanned various documents. | 2.50 |
| 05/17/04 | DRB | Preparation of list of claim terms in dispute | 1.90 |
| 05/17/04 | KMW | Coordination of claim list for submission to other side. | 1.80 |
| 05/18/04 | SW | Organize plaintiff's deposition exhibits | 4.00 |
| 05/18/04 | CEZ | Preparation for Sloan Deposition; conducted Sloan deposition. | 7.20 |
| 05/18/04 | GHL | Review of Intercat's designation of claim terms requiring construction by the court, comparison against Grace list, and notations for claim interpretation submission; | 0.60 |
| 05/18/04 | DRB | Telephone conference with Hank Zerhusen regarding subpoena and memo regarding interview | 0.70 |
| 05/18/04 | KMW | Analysis and digest of Jordan deposition in support of theory of noninfringement; claim chart | 4.20 |
| 05/18/04 | KMW | Analysis of H. Zerhusen subpoena; prepare and serve objections and remarks regarding the same. | 1.20 |
| 05/18/04 | CEZ | Travel from Sloan Deposition. (4 hours, half time) | 2.00 |
| 05/18/04 | KMW | Analysis of Grace documents for production. | 0.70 |
| 05/18/04 | KMW | Analysis of Intercat's documents in support of Grace's 30(b)(6) deposition of Intercat's representative. | 2.20 |
| 05/18/04 | DRB | Develop strategy for Sloane deposition with Chad Ziegler | 0.30 |
| 05/19/04 | CEZ | Reviewed prior art materials provided by Nol-Tec; development of prior art | 6.40 |
| 05/19/04 | KMW | Analysis of prior art in support of prior art statement. | 1.00 |
| 05/19/04 | DRB | Analysis of production documents | 0.50 |
| 05/19/04 | KMW | Analysis of Grace documents in support of Haley deposition. | 1.00 |
| 05/19/04 | DRB | Coordination of Haley deposition and communication with Intercat counsel regarding same | 0.40 |
| 05/19/04 | DRB | Preparation of summary judgment motion | 2.00 |
| 05/19/04 | KMW | Analysis of Intercat documents in support of Intercat 30(b)(6) deposition. | 2.80 |
| 05/20/04 | DRB | Coordination of deposition schedules with Intercat attorneys | 0.50 |
| 05/20/04 | GHL | Meeting with trial team regarding outstanding discovery tasks and strategy for continued defense of this action; | 1.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/20/04 | KMW | Preparation for strategy meeting and attend team strategy meeting | 1.80 |
| 05/20/04 | FTC | Reviewed materials relating to Nol-Tec loaders. | 0.30 |
| 05/20/04 | CEZ | Team meeting regarding case management, and discovery | 1.50 |
| 05/20/04 | DRB | Preparation of summary judgment motion | 4.00 |
| 05/20/04 | DRB | Preparation for and attendance to team meeting for discovery/Markman strategy | 1.50 |
| 05/20/04 | KMW | Analysis of Grace documents, deposition testimony, and preparation of witness binder for John Haley. | 2.10 |
| 05/20/04 | KMW | Analysis of Grace documents in support of Intercat's 30(b)(6) depositions of Grace representatives. | 0.10 |
| 05/20/04 | SW | Review Grace documents for J. Haley witness kit | 2.50 |
| 05/20/04 | LL | Attended to and assisted in the preparation of documents needed by Whitney to be scanned in; attended a team meeting regarding upcoming events and strategies; reviewed documents in preparation to be sent to Patrick Arnold. | 3.00 |
| 05/20/04 | KMW | Analysis of Intercat documents in support of Grace's 30(b)(6) deposition of Intercat's representative. | 0.90 |
| 05/20/04 | FTC | Team meeting to discuss case status. | 1.50 |
| 05/21/04 | DRB | Preparation of case strategy of non-infringement | 5.00 |
| 05/21/04 | LL | Attendance and assistance to the analysis and organization of documents for a witness file Haley; scanned in documents to send to Maggio; organized DX's for Bailey; updated document production indicies and prepared PX's to be placed in Binders. | 3.00 |
| 05/21/04 | SW | Review Grace docs for J. Haley witness kit | 2.30 |
| 05/21/04 | KMW | Analysis of 7th Set of Document Requests in light of all other requests and documents already produced; prepare a response thereto. | 1.20 |
| 05/21/04 | KMW | Analysis of Intercat documents in support of Grace's 30(b)(6) deposition of Intercat representative. | 1.40 |
| 05/22/04 | KMW | Analysis and digest of Jordan deposition in support of theory of noninfringement. | 2.00 |
| 05/22/04 | SW | Review Grace documents for J. Haley witness kit | 3.00 |
| 05/23/04 | SW | Review Grace documents for J. Haley witness kit | 4.00 |
| 05/23/04 | KMW | Analysis and digest of Jordan deposition in support of theory of noninfringement. | 1.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/23/04 | LL | Attendance and assistance to the analysis and organization of documents for a witness file Haley. | 3.00 |
| 05/24/04 | DRB | Preparation for deposition of John Haley | 3.50 |
| 05/24/04 | KMW | Analysis of Intercat's document requests (2-7) in light of Grace's documents already produced. Correspondence to client regarding the same. | 1.20 |
| 05/24/04 | KMW | Analysis of Intercat documents in support of preparation for Grace's 30(b)(6) deposition of Intercat representative. | 1.20 |
| 05/24/04 | SW | Organize Haley docs for witness kit; organize plaintiff's deposition exhibits | 2.30 |
| 05/24/04 | GHL | Review of witness file for scheduled deposition by Intercat of John Haley; | 0.30 |
| 05/24/04 | KMW | Analysis and digest of deposition testimony of BP Whiting's representative; claim chart | 2.80 |
| 05/24/04 | LL | Attended to and assisted in the preparation of documents for the Haley witness file; prepared DX's for Bailey; prepared a deposition file for Young; updated intranet discovery for uniformity; prepared additional binders for Haley deposition for Bailey. | 2.50 |
| 05/24/04 | DRB | Drafting of summary judgment motion of non-infringement | 4.50 |
| 05/25/04 | DRB | Preparation for Haley deposition; review witness binder | 3.00 |
| 05/25/04 | LL | Attended to and assisted in the review of production documents for Whitney; scanned in various exhibits and documents to be sent to Bailey for Haley deposition | 1.00 |
| 05/25/04 | DRB | Meeting with John Haley to prepare for deposition | 4.00 |
| 05/25/04 | DRB | Travel to Grace for Haley deposition (2 hours, half time) | 1.00 |
| 05/25/04 | KMW | Analysis and digest of BP Whiting representative's deposition in support of theory of noninfringement; claim chart | 2.70 |
| 05/26/04 | DRB | Defending Haley deposition | 8.50 |
| 05/26/04 | DRB | Travel back from Haley deposition (3 hours, half time) | 1.50 |
| 05/26/04 | KMW | Analysis of Intercat's documents in support of preparation for Grace's 30(b)(6) deposition of Intercat's representative. | 3.00 |
| 05/26/04 | KMW | Analysis and digest of Murphy Meraux representative's deposition in support of theory of noninfringement. | 2.10 |
| 05/26/04 | CEZ | Drafted preliminary claim construction statement. | 4.50 |

| 05/26/04 | LL | Attended to and assisted in the review of Intercat production documents for Whitney; scanned in various documents | 1.00 |
| --- | --- | --- | --- |
| 05/26/04 | KMW | Analysis and digest of BP Whiting representive's deposition in support of theory of noninfringement. | 1.20 |
| 05/27/04 | KMW | Analysis and digest of Murphy Meraux representative's deposition testimony in support of theory of noninfringement; claim chart | 4.40 |
| 05/27/04 | DRB | Preparation of preliminary claim construction | 2.50 |
| 05/27/04 | KMW | Analysis of 236 patent, prosecution history, dictionary in support of claim construction. | 2.90 |
| 05/27/04 | SW | Index Plaintiff's deposition exhibits; begin organizing defendant's deposition exhibits | 6.60 |
| 05/27/04 | CEZ | Drafted preliminary claim construction statement. | 1.40 |
| 05/27/04 | DRB | Preparation for and meeting with potential expert | 5.50 |
| 05/27/04 | LL | Attended to and assisted in the preparation of documents to be sent to expert; updated rolodex and production index | 2.00 |
| 05/27/04 | CEZ | Prepared document requests regarding damages issues. | 2.30 |
| 05/28/04 | FTC | Held telecon with M. Privasky and W. Weiant (Nol-Tec) to discuss prior art. | 0.90 |
| 05/28/04 | LL | Attended to and assisted in updating discovery documents for uniformity on the intranet; scanning | 1.00 |
| 05/28/04 | CEZ | Meeting to discuss preliminary claim construction statement. | 1.50 |
| 05/28/04 | DRB | Preparation of summary judgment motion - noninfringement | 2.10 |
| 05/28/04 | KMW | Analysis of 236 patent, prosecution history, and dictionary in support of claim construction. | 2.50 |
| 05/28/04 | DRB | Preparation of defendant's claim construction statement | 5.80 |
| 05/28/04 | CEZ | Prepared document requests regarding damages issues. | 1.00 |
| 05/28/04 | GHL | Review of draft claim construction statement and meeting with members of trial team to discuss interpretation issues and presentation of same; | 2.80 |
| 05/29/04 | CEZ | Edited and revised Defendants' preliminary claim construction statement; reviewed intrinsic materials in preparation for same. | 1.30 |
| 05/29/04 | FTC | Reviewed and organized prior art references. | 3.30 |
| 05/31/04 | CEZ | Edited and revised Defendants' preliminary claim construction statement; reviewed intrinsic materials in preparation for same. | 3.50 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | SERVICES |  |  | $ | 104,787.00 |

| | | | | | |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 14.60 | hours at $ | 460.00 | |
| DRB | DAVID R. BAILEY | 88.00 | hours at $ | 380.00 | |
| CEZ | CHAD E. ZIEGLER | 100.50 | hours at $ | 290.00 | |
| FTC | FRANK T. CARROLL | 16.80 | hours at $ | 270.00 | |
| KMW | KAREN MILLANE WHITNEY | 107.50 | hours at $ | 210.00 | |
| LL | LARRY LABELLA | 47.50 | hours at $ | 130.00 | |
| SW | SUZANNE WALLACE | 24.70 | hours at $ | 90.00 | |

**DISBURSEMENTS:**

| | |
|---|---|
| PATENT COPIES | 21.00 |
| FACSIMILE | 35.50 |
| COURT REPORTERS | 2,423.05 |
| POSTAGE & DELIVERY | 225.38 |
| TELEPHONE | 4.32 |
| PHOTOCOPYING | 9,470.81 |
| COMPUTER SEARCH | 475.12 |
| TRAVEL & EXPENSES | 1,988.04 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 14,642.22 |
| SERVICE TOTAL | $ | 104,787.00 |
| **INVOICE TOTAL** | $ | 119,429.22 |

**Travel and Expense: Vendor David Bailey**

| | | |
|---|---|---|
| 5/26/04 | Transportation: | Purpose of trip: Deposition preparation and deposition of Haley in Columbia, Maryland |
| | Parking: | $ 20.00 |
| | Tolls: | $  8.00 |
| | Lodging: | $174.39 |
| | Meals: | $ 78.68 |
| | Miles: | $ 95.87 |
| | | TOTAL EXPENSE: $376.94 |

**Travel and Expense: Vendor Chad Ziegler**

| | | | |
|---|---|---|---|
| 5/18/04 | | | |
| | Transportation: | Purpose of trip: Deposition preparation and deposition of Sloan in Denver, Colorado | |
| | 5/17/04 | Philadelphia, PA to Denver, CO | $1,234.05 |
| | 5/18/04 | Denver, CO to Philadelphia, PA | |
| | Parking: | | $ 89.50 |
| | Lodging: | | $ 287.55 |
| | | TOTAL EXPENSE: | $1,611.10 |