# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: August 18, 2004 at 4:00 p.m. |
| | | Hearing Date:  TBD only if necessary |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE  MONTHLY INTERIM PERIOD OF JUNE 1, 2004, THROUGH JUNE 30, 2004, FOR THE QUARTERLY FEE PERIOD OF APRIL – JUNE,  2004**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered January 22, 2003** |
| Period for which compensation and reimbursement is sought | **June 1, 2004, through June 30, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 117,125.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$    8,779.51** |

---

[1]   The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of June 2004. This is the 18h application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock, and the third application for services in the April – June 2004 quarter. The following applications have been filed previously with the Court:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| TOTAL | | $735,974.35 | $120,595.45 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota. Except for the fees specifically identified in the attached detail as "Fee Application, Applicant" or "Travel Time," all fees for which application is made were in the category "Litigation and Litigation Consulting" in the Intercat case.

The attorneys of Applicant who rendered professional services in this case during the Fee Period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $460.00 | 42.5 | $19,550.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $380.00 | 142.5 | $54,150.00 |
| Chad E. Ziegler | Associate | 1997 | IP Litigation | $290.00 | 36.7 | $10,643.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $270.00 | 55.7 | $15,039.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $210.00 | 52.6 | $11,046.00 |
| Larry Labella | Paralegal | - | IP Litigation | $130.00 | 41.2 | $5,356.00 |
| Suzanne Wallace | Paralegal | - | IP Litigation | $ 90.00 | 14.9 | $1,341.00 |

Total Fees: $117,125.00
Blended Rate: $ 303.35

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $117,125.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($ 93,700.00) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($8,779.51); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
levin@woodcock.com

Dated: July 27, 2004

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: August 18, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| 06/01/04 | KMW | Analysis of Intercat's letter regarding document production; analysis of Grace document production; conference w/client regarding the same. | 2.50 |
|---|---|---|---|
| 06/01/04 | KMW | Analysis of Intercat documents in support of Grace's 30(b)(6) deposition of Intercat's representative. | 0.90 |
| 06/01/04 | KMW | Analysis of 236 patent and deposition testimony in support of claim construction. | 0.70 |
| 06/01/04 | GHL | Fee Application, Applicant -- preparation of fee petition for April 2004 | 0.50 |
| 06/01/04 | GHL | Review and revision of draft of Grace's Preliminary Claim Construction Statement with identification of extrinsic evidence, pursuant to court's scheduling order; | 0.50 |
| 06/01/04 | DRB | Preparation of summary judgment motion of non-infringement | 4.00 |
| 06/01/04 | DRB | Preparation of preliminary claim construction statement | 1.00 |
| 06/01/04 | SW | Organize and index defendant's deposition exhibits | 3.20 |
| 06/01/04 | LL | Attended and assisted in the review of Grace production documents for any and all organizational chars | 1.50 |
| 06/01/04 | CEZ | Completed draft of Defendants' claim construction statement; reviewed deposition testimony in connection with same; telephone discussion with Nol-tech counsel Privratsky regarding same. | 4.70 |
| 06/01/04 | CEZ | Completed draft of amended answer. | 1.20 |
| 06/01/04 | CEZ | Drafted document discovery requests regarding damages issues. | 1.80 |
| 06/02/04 | KMW | Analysis of Grace document production in light of Intercat's contentions regarding deficiencies. | 1.00 |
| 06/02/04 | GHL | Review of Intercat's Preliminary Claim Construction Statement and of extrinsic evidence cited therein; | 0.50 |
| 06/02/04 | GHL | Review and revision to draft amended answer and proposed motion for leave to file same; | 0.40 |
| 06/02/04 | DRB | Analysis of Intercat's claim construction preliminary statement | 1.50 |
| 06/02/04 | DRB | Preparation of summary judgment non-infringement motion | 1.50 |
| 06/02/04 | FTC | Teleconference with Nol-Tech counsel to discuss prior art. | 0.30 |

| | | | |
|---|---|---|---|
| 06/02/04 | FTC | Reviewed prior art references. | 2.00 |
| 06/02/04 | SW | Organize deposition exhibits | 2.80 |
| 06/02/04 | CEZ | Reviewed Plaintiff's claim construction paper; prepared memorandum regarding same. | 2.10 |
| 06/02/04 | CEZ | Reviewed prior art patents. | 1.20 |
| 06/03/04 | KMW | Analysis of Grace documents for production; telephonic conference w/client regarding the same. | 0.40 |
| 06/03/04 | DRB | Drafting Markman brief | 2.90 |
| 06/03/04 | DRB | Preparation for and participation in conference with Intercat counsel for preliminary claim construction statement; preparation of list of terms to be agreed upon and list of disputed terms | 3.90 |
| 06/03/04 | CEZ | Prepare and participate in teleconference with Intercat to discuss respective claim construction positions; drafted email summarizing discussions at teleconference. | 4.70 |
| 06/04/04 | KMW | Analysis of Intercat's documents in support of Grace's 30(b)(6) deposition of Intercat's representative. | 0.90 |
| 06/04/04 | KMW | Analysis of Grace documents in light of Intercat's allegations of deficiencies; communications with client regarding the same. | 2.30 |
| 06/04/04 | GHL | Review of Intercat's list of proposed agreed-upon claim terms, comparison against Grace's proposed definitions/interpretations; consideration of proposal; | 0.60 |
| 06/04/04 | DRB | Preparation of draft markman brief | 3.50 |
| 06/04/04 | DRB | Strategy for responding to Intercat's discovery requests | 0.50 |
| 06/04/04 | FTC | Reviewed prior art references. | 0.70 |
| 06/04/04 | SW | Organization of documents and dep exhibits to Grace witness; bates-label documents | 3.40 |
| 06/04/04 | LL | Attended and assisted in the production of new documents to the other side; scanning various documents and preparing faxes to send to Mr. Maggio and Mr. Arnold; reviewed production documents for file preparation | 3.50 |
| 06/05/04 | FTC | Reviewed prior art references for preparation of prior art statement; | 2.90 |
| 06/06/04 | CEZ | Drafted Motion for Leave to Amend pending answer; | 6.70 |

| 06/07/04 | KMW | Document production activities: conference w/client regarding alleged deficiencies; analysis of document requests and document production in light of alleged deficiencies; meet and confer regarding the same. | 2.30 |
|---|---|---|---|
| 06/07/04 | GHL | Continued review of claim construction issues and evaluation of Intercat's interpretations of proposed agreed-upon terms for submission to court pursuant to scheduling order. | 0.80 |
| 06/07/04 | DRB | Analysis of claim terms in dispute; | 1.50 |
| 06/07/04 | FTC | Analyze prior art and prepared Defendant's prior art statement. | 4.90 |
| 06/07/04 | SW | Bates-label documents for production | 2.50 |
| 06/07/04 | LL | Attended to and assisted in the preparation of new documents to be produced; prepared deposition files; | 3.70 |
| 06/07/04 | CEZ | Drafted Motion for Leave to Amend; reviewed deposition materials for factual citations. | 2.30 |
| 06/07/04 | CEZ | Drafted document discovery requests on damages issues. | 3.20 |
| 06/08/04 | KMW | Strategy for response to alleged deficiencies in production; analysis of Grace documents for production. | 0.90 |
| 06/08/04 | GHL | Meeting with members of trial team to review and formulate claim construction positions for schedule joint submission with Intercat on agreed-upon and disputed terms and for Markman briefing; work on construction positions | 2.00 |
| 06/08/04 | DRB | Preparation of discovery requests | 1.00 |
| 06/08/04 | DRB | Analysis and coordination of document production issues | 0.70 |
| 06/08/04 | DRB | Analysis of claim construction issues and work on preparation of join claim construction statement | 3.40 |
| 06/08/04 | FTC | Reviewed prior art references. | 2.00 |
| 06/08/04 | FTC | Prepared Defendant's prior art statement. | 4.10 |
| 06/08/04 | CEZ | Meeting with G. Levin and D. Bailey to discuss joint claim construction statement; preparation for same. | 1.20 |
| 06/08/04 | CEZ | Drafted Grace's portion of the joint claim construction statement. | 1.00 |
| 06/09/04 | KMW | Analysis of Grace documents for production. | 0.70 |
| 06/09/04 | DRB | Analysis of Intercat discovery requests | 0.50 |
| 06/09/04 | DRB | Preparation of claim construction brief | 3.80 |
| 06/09/04 | DRB | Preparation of joint claim construction statement | 2.00 |

| 06/09/04 | FTC | Conducted investigation of prior art. | 5.10 |
|---|---|---|---|
| 06/09/04 | FTC | Prepared Defendant's prior art statement. | 3.90 |
| 06/09/04 | LL | Attended to and assisted in the scanning of documents to be entered into system and sent to client; prepared file history binder for deposition use; reviewed new documents for production; | 2.00 |
| 06/09/04 | CEZ | Drafted portions of joint claim construction statement; met with D. Bailey regarding same. | 1.30 |
| 06/09/04 | CEZ | Finalized and served Grace's Notice of Motion, Motion, and Memorandum In Support of Motion for Leave to File Amended Pleading. | 1.00 |
| 06/10/04 | KMW | Legal research and analysis of claim construction. | 1.40 |
| 06/10/04 | GHL | Further work on claim construction issues and proposed joint statement on same for submission to court | 0.80 |
| 06/10/04 | DRB | Preparation of joint claim construction statement | 4.00 |
| 06/10/04 | DRB | Preparation of opening claim construction brief | 4.00 |
| 06/10/04 | FTC | Prepared prior art statement. | 5.40 |
| 06/10/04 | FTC | Reviewed prior art references. | 3.10 |
| 06/10/04 | CEZ | Work on prior art statement; | 1.50 |
| 06/11/04 | KMW | Analysis of Grace documents and document requests in light of allegations from Intercat deficiencies in production. | 1.50 |
| 06/11/04 | KMW | Analysis of dictionary terms in support of claim construction. | 1.70 |
| 06/11/04 | DRB | Drafting joint claim construction statement | 3.90 |
| 06/11/04 | DRB | Drafting Markman opening claim construction brief | 2.00 |
| 06/11/04 | FTC | Prepared prior art statement. | 7.40 |
| 06/11/04 | LL | Attended to and assisted in the review of various documents for production including but not limited to the new dictionary terms needed; scanning in documents to be added to the system and sent to our client; search for various articles for Whitney. | 2.50 |
| 06/14/04 | KMW | Analysis of dictionary definitions in support of claim construction. | 2.30 |
| 06/14/04 | KMW | Analysis of prior art patents in support of prior art statement. | 2.90 |
| 06/14/04 | GHL | Work on claim construction issues and strategy for presentation in scheduled Markman-brief submission | 0.80 |
| 06/14/04 | GHL | Work on claim construction statement; | 1.20 |

| | | | |
|---|---|---|---|
| 06/14/04 | GHL | Work on prior art statement to be submitted pursuant to court scheduling order; | 1.20 |
| 06/14/04 | DRB | Telephone conference with expert concerning 236 patent disclosure and FCC technology | 1.40 |
| 06/14/04 | DRB | Preparation of joint claim construction statement | 3.00 |
| 06/14/04 | DRB | Drafting of opening claim construction brief | 4.10 |
| 06/14/04 | SW | Organize/index Sloan deposition exhibits | 1.50 |
| 06/14/04 | LL | Attended to and assisted in the production of new documents to send to Nol-tech counsel; updated production and date of production indicies; scanned in various documents to be put into system and sent to client. | 2.70 |
| 06/15/04 | KMW | Analysis of prior art in support of prior art statement. | 1.80 |
| 06/15/04 | KMW | Review of technical article and prior art patents in support of tutorial for court. | 0.50 |
| 06/15/04 | DRB | Preparation of joint claim construction statement for filing with Court | 3.80 |
| 06/15/04 | DRB | Drafting of opening Markman claim construction brief | 4.20 |
| 06/15/04 | LL | Attended to and assisted in the production of new documents to send to Arnold; updated production indicies; scanned in various documents to be put into the system and sent to our client; | 2.00 |
| 06/16/04 | KMW | Analysis of patents in support of prior art statement. | 1.80 |
| 06/16/04 | GHL | Fee Application/Applicant -- preparation of fee petition for May 2004 | 1.00 |
| 06/16/04 | DRB | Preparation of prior art statement | 2.00 |
| 06/16/04 | DRB | Drafting of opening claim construction brief | 3.70 |
| 06/16/04 | FTC | Prepared Defendant's Prior Art Statement. | 5.60 |
| 06/16/04 | SW | Index Haley's exhibits/obtain copies of minuscript | 1.50 |
| 06/16/04 | LL | Attended to and assisted in updating deposition transcript and production files; prepared exhibits for Prior Art Statement and certain production documents to send to Arnold; EPO download for Whitney. | 3.00 |
| 06/17/04 | KMW | Analysis of prior art; summary thereof; conference w/FTC and DRB regarding the same; preparation of prior art statement. | 5.60 |
| 06/17/04 | DRB | Preparation of prior art statement and supplement to include ClemTex loader art | 2.50 |
| 06/17/04 | DRB | Preparation of opening Markman claim construction brief | 5.00 |

| | | | |
|---|---|---|---|
| 06/17/04 | FTC | Prepared and served Defendant's Prior Art Statement. | 8.00 |
| 06/17/04 | LL | Attended to and assisted in Westlaw and Lexis searches regarding Court decision; updated production indicies; downloaded various patents for production to Nol-Tec counsel; EPO and patent searches for Prior Art statement; prepared faxes and mailed prior art statement to Florey, Privratsky and Arnold | 5.30 |
| 06/18/04 | KMW | Analysis of document requests (7th & 8th) and interrogatory request (#10); preparation of responses; conference w/DRB regarding the same. | 2.70 |
| 06/18/04 | DRB | Analysis of document production issues | 0.70 |
| 06/18/04 | DRB | Preparation of opening claim construction statement | 6.80 |
| 06/18/04 | DRB | Legal research regarding claim construction issues | 0.50 |
| 06/18/04 | LL | Attended to and assisted in pacer search for various pleadings; document search for various catagories for Whitney | 2.50 |
| 06/21/04 | KMW | Analysis of document requests; preparation of response to 7th set of document requests; conference w/client regarding the same; | 4.40 |
| 06/21/04 | GHL | Work on claim construction issues and Markman brief | 1.50 |
| 06/21/04 | DRB | Discussion with Grace personnel regarding document production issues and prepare response to Intercat document requests | 1.50 |
| 06/21/04 | DRB | Drafting opening claim construction brief | 4.50 |
| 06/21/04 | DRB | Drafting affidavit for opening claim construction brief | 2.00 |
| 06/21/04 | LL | Attended to the scanning of documents that needed to be added to the system and sent to our client; talked to client in search for pleadings | 1.50 |
| 06/22/04 | KMW | Strategy meeting on claim construction and tutorial; | 1.30 |
| 06/22/04 | KMW | Continued analysis of document requests (7th & 8th sets) and preparation of responses thereto; analysis of interrogatory set 4 and telephonic conference w/client to develope response to same. | 3.60 |
| 06/22/04 | KMW | Preparation of documents in support of expert's participation in protective order; conference w/expert regarding the same. | 1.40 |
| 06/22/04 | GHL | Meeting with members of trial team on strategy for claim construction and presentation of positions in scheduled Markman briefing; work on same; | 1.50 |

| | | | |
|---|---|---|---|
| 06/22/04 | GHL | Work on strategy and content for presentation of technology tutorial, pursuant to court scheduling order; | 1.00 |
| 06/22/04 | DRB | Team meeting to prepare strategy for discovery and Markman hearing | 1.00 |
| 06/22/04 | DRB | Preparation of responses to document requests | 0.70 |
| 06/22/04 | DRB | Preparation of opening claim construction brief | 3.80 |
| 06/22/04 | DRB | Preparation of affidavit by expert in support of claim construction and telephone conference with expert regarding same | 2.50 |
| 06/22/04 | LL | Attended to the scanning of documents that needed to be added to system and sent to client; document search, including internet and lexis, on Britven and Risen for expert files; document search through production for Whitney. | 2.50 |
| 06/23/04 | KMW | Analysis of claims and discussion w/CEZ and FTC regarding tutorial. | 0.50 |
| 06/23/04 | KMW | Preparation of responses to Doc Req #8 and Int Req #4; preparation of document requests for Intercat. | 1.00 |
| 06/23/04 | KMW | Telephonic conference w/expert regarding work history and preparation of documents in support of getting expert under protective order. | 0.70 |
| 06/23/04 | GHL | Further work on claim construction issues and aspects of related Markman brief directed to same | 0.80 |
| 06/23/04 | DRB | Drafting expert affidavit for opening claim construction brief | 2.50 |
| 06/23/04 | DRB | Drafting opening claim construction brief | 2.50 |
| 06/23/04 | FTC | Reviewed proposed tutorial. | 0.30 |
| 06/23/04 | CEZ | Prepare graphic materials for technical tutorial. | 2.80 |
| 06/24/04 | KMW | Analysis of Grace documents in support of alleged deficiencies in document production, correspondence to Intercat regarding the same. | 1.00 |
| 06/24/04 | GHL | Work on graphics and court-ordered technical tutorial; | 0.70 |
| 06/24/04 | GHL | Further work on claim construction brief; | 1.50 |
| 06/24/04 | DRB | Drafting of opening Markman claim construction brief | 4.50 |
| 06/25/04 | KMW | Preparation and service of Grace's document requests to Intercat. | 0.50 |
| 06/25/04 | KMW | Analysis of document requests and conference w/client regarding the same. | 1.60 |

| | | | |
|---|---|---|---|
| 06/25/04 | GHL | Further work on claim construction brief and strategy for presentation of positions on same; | 0.50 |
| 06/25/04 | DRB | Revisions to draft opening claim construction brief | 5.00 |
| 06/25/04 | DRB | Analysis of Intercat's proposed amended complaint | 0.50 |
| 06/25/04 | DRB | Revisions to document requests to Intercat | 0.50 |
| 06/25/04 | LL | Attended to and assisted in updating imanage for uniformity; updated various files including but not limited to file histories and patent searches. | 2.00 |
| 06/26/04 | GHL | Work on claim construction brief | 2.50 |
| 06/26/04 | GHL | Work on expert affidavit on technology background in support of claim construction brief; | 3.00 |
| 06/26/04 | DRB | Telephone conference with expert and preparation of affidavit for expert for opening claim construction brief | 3.00 |
| 06/26/04 | DRB | Preparation of opening claim construction brief | 1.00 |
| 06/28/04 | KMW | Conference w/Intercat regarding Intercat's document requests. | 0.10 |
| 06/28/04 | GHL | Further drafting of claim construction brief; | 6.50 |
| 06/28/04 | DRB | Working with expert on affidavit to support opening claim construction brief | 6.50 |
| 06/28/04 | DRB | Travel to and from W.R. Grace in Columbia, Maryland for meeting with expert (4.5 hours, half-time) | 2.20 |
| 06/28/04 | LL | Attended to the review of production documents for Whitney; scanned in documents needed to be added to system. | 1.00 |
| 06/29/04 | KMW | Analysis of Grace documents in support of responding to document requests. | 0.50 |
| 06/29/04 | GHL | Meeting in office to review materials from FCC expert on background of FCC operation and meaning of certain aspects of 236 patent for claim construction; | 1.20 |
| 06/29/04 | GHL | Further work on claim construction brief; | 5.50 |
| 06/29/04 | DRB | Preparation of expert affidavit in support of Grace's opening claim construction brief | 4.50 |
| 06/29/04 | DRB | Preparing and filing joint stipulation to extend page limits on claim construction briefing | 0.50 |
| 06/29/04 | DRB | Strategy with Mr. Levin regarding claim construction and product design | 1.00 |
| 06/29/04 | DRB | Revisions to draft claim construction brief | 1.00 |

| | | | |
|---|---|---|---|
| 06/29/04 | LL | Attended to the review of disk for production documents; scanned in documents to be added to system. | 1.50 |
| 06/30/04 | KMW | Analysis of local rules regarding electronic filing in support of Markman brief. | 1.20 |
| 06/30/04 | GHL | Further work on claim construction brief | 6.00 |
| 06/30/04 | DRB | Preparation of expert affidavit in support of opening claim construction brief | 3.90 |
| 06/30/04 | DRB | Revisions to draft opening claim construction brief | 4.10 |
| 06/30/04 | LL | Attended to and assisted in the preparation of exhibits for claim construction; scanning in various document to be added to system and sent to client; review disk for e-mails, excel spread sheets that were needed to produce; search through intercat production for Whitney. | 4.00 |

SERVICES                    $        117,125.00

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 42.50 | hours at $ | 460.00 |
| DRB | DAVID R. BAILEY | 142.50 | hours at $ | 380.00 |
| CEZ | CHAD E. ZIEGLER | 36.70 | hours at $ | 290.00 |
| FTC | FRANK T. CARROLL | 55.70 | hours at $ | 270.00 |
| KMW | KAREN MILLANE WHITNEY | 52.60 | hours at $ | 210.00 |
| LL | LARRY LABELLA | 41.20 | hours at $ | 130.00 |
| SW | SUZANNE WALLACE | 14.90 | hours at $ | 90.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| LOCAL COUNSEL FEES | 893.12 |
| FACSIMILE | 44.00 |
| WITNESS/EXPERT FEES | 3,870.50 |
| COURT REPORTERS | 2,619.25 |
| POSTAGE & DELIVERY | 356.12 |
| TELEPHONE | 1.62 |
| PHOTOCOPYING | 650.79 |
| COMPUTER SEARCH | 233.90 |
| TRAVEL & EXPENSES | 110.21 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 8,779.51 |
| SERVICE TOTAL | $ | 117,125.00 |

**INVOICE TOTAL**                                    $        125,904.51

**Travel and Expense:  Vendor David Bailey**

**6/28/04**

| | |
|---|---|
| **Transportation:** | Purpose of trip:  Meeting with Grace expert at W.R. Grace in Columbia, Maryland |
| **Miles:** | $ 94.25 |
| **Meals::** | $  5.96 |
| **Tolls:** | $ 10.00 |

TOTAL EXPENSE:  $110.21