## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: September 21, 2004 at 4:00 p.m.** |

**SUMMARY COVER SHEET TO THIRTEENTH QUARTERLY INTERIM VERIFIED APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR <u>APRIL 1, 2004 THROUGH JUNE 30, 2004</u>**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | April 1, 2004 through June 30, 2004. |
| Amount of compensation sought as actual, reasonable and necessary | $73,871.14 for the quarterly period April 1, 2004 through June 30, 2004 (20% of $369,355.70 after 40% deduction for Matter 6 - Honeywell Litigation, in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $67,513.38 for the period April 1, 2004 through June 30, 2004 |

This is an Thirteenth Quarterly Interim Verified Application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | Paid 100% | Paid 100% |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | Paid 100% | Paid 100% |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | Paid 100% | Paid 100% |
| 8/28/01 | 7/1/01 through 7/31/01 | $176,930.10 | $52,387.36 | Paid 100% | Paid 100% |
| 10/18/01 | 8/1/01 through 8/31/01 | $107,153.50 | $56,387.04 | Paid 80% | Paid 100% |
| 11/5/01 | 9/1/01 through 9/30/01 | $83,202.70 | $24,668.50 | Paid 100% | Paid 100% |
| 1/13/01 | 10/1/01 through 10/31/01 | $95,842.90 | $10,019.91 | Paid 100% | Paid 100% |
| 1/2/02 | 11/1/01 through 11/30/01 | $76,484.30 | 13,513.96 | Paid 100% | Paid 100% |
| 2/12/02 | 12/1/01 through 12/31/01 | $58,693.50 | $17,510.89 | Paid 100% | Paid 100% |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | Paid 100% | Paid 100% |
| 3/25/02 | 2/1/02 through 2/28/02 | $67,957.20 | $3,160.68 | Paid 100% | Paid 100% |
| 4/24/02 | 3/1/02 through 3/31/02 | $55,351.04 | $3,155.63 | Paid 100% | Paid 100% |
| 5/12/02 | 4/1/02 through | $63,704.72 | $6,584.60 | Paid 100% | Paid 100% |

|  | 4/30/02 |  |  |  |  |
|---|---|---|---|---|---|
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | Paid 100% | Paid 100% |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | Paid 100% | Paid 100% |
| 8/27/02 | 7/1/02 through 7/31/02 | $72,492.64 | $20,490.51 | Paid 100% | Paid 100% |
| 9/24/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | Paid 100% | Paid 100% |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.96 | $18,424.27 | Paid 100% | Paid 100% |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | Paid 100% | Paid 100% |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | Paid 100% | Paid 100% |
| 2/13/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | Paid 100% | Paid 100% |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | Paid 100% | Paid 100% |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | Paid 100% | Paid 100% |
| 5/7/93 | 3/1/03 through 3/31/03 | $88,272.00 | $10,455.86 | Paid 100% | Paid 100% |
| 6/13/03 | 4/1/03 through 4/30/03 | $87,122.40 | $13,144.41 | Paid 100% | Paid 100% |
| 6/26/03 | 5/1/03 through 5/31/03 | $57,138.56 | $12,415.74 | Paid 100% | Paid 100% |
| 7/29/03 | 6/1/03 through 6/30/03 | $105,028.72 | $6,316.82 | Paid 100% | Paid 100% |
| 9/3/03 | 7/1/03 through 7/31/03 | $106,526.72 | $10,206.36 | Paid 100% | Paid 100% |

| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.58 | $16,185.52 | Paid 100% | Paid 100% |
|---------|------------------------|------------|------------|-----------|-----------|
| 10/31/03 | 9/1/03 through 9/30/03 | $84,216.20 | $10,195.00 | Paid 100% | Paid 100% |
| 12/10/03 | 10/1/03 through 10/31/03 | $117,161.70 | $26,662.70 | Paid 100% | Paid 100% |
| 12/31/03 | 11/1/03 through 11/30/03 | $80,439.90 | $4,599.05 | Paid 100% | Paid 100% |
| 2/17/04 | 12/1/03 through 12/31/03 | $69,342.70 | $24,468.58 | Paid 100% | Paid 100% |
| 4/6/04 | 1/1/04 through 1/31/04 | $86,723.90 | $5,015.68 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/19/04 | 2/1/04 through 2/29/04 | $72,262.90 | $10,387.41 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/29/04 | 3/1/04 through 3/31/04 | $113,279.40 | $15,064.65 | No Objections Served on Counsel | No Objections Served on Counsel |
| 7/27/04 | 4/1/04 through 4/30/04 | $104,865.20 | $8,902.70 | No Objections Served on Counsel | No Objections Served on Counsel |
| 8/11/04 | 5/1/04 through 5/31/04 | $167,326.80 | $28,642.23 | No Objections Served on Counsel | No Objections Served on Counsel |

| 8/13/04 | 6/1/04 through 6/30/04 | $97,163.70 | $29,968.45 | No Objections Served on Counsel | No Objections Served on Counsel |
|---------|------------------------|------------|------------|--------------------------------|--------------------------------|

As indicated above, this is the thirteenth quarterly interim verified application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---------------------------------|---------------------------------------------------------------------------------------------------|-----------------------------------------|--------------------|--------------------|
| Christopher Marraro | Partner | $475 | 440.6 | $209,285.00 |
| William Hughes | Counsel | $380 | 483.0 | $183,540.00 |
| Alec C. Zacaroli | Associate | $250 | 168.2 | $42,050.00 |
| Michael L. Williams | Associate | $250 | 4.3 | $1,075.00 |
| Rebecca L. Schuller | Associate | $190 | 1.0 | $190.00 |
| Michael J. Henderson | Associate | $180 | 5.7 | $1,026.00 |
| Mahmoude Moasser | Paralegal | $145 | 9.3 | $1,348.50 |
| Rebecca M. Mitchell | Paralegal | $130 | .6 | $78.00 |
| Natasha Bynum | Legal Clerk | $110 | 115.7 | $12,727.00 |
| Rebecca M. Ross | Paralegal | $130 | 8.9 | $1,157.00 |
| Alexander Mesmer | Paralegal | $145 | 40.0 | $5,800.00 |

Total Fees                                    $458,276.50
Less 40% Discount on Matter 6                 $(88,920.80)

                                              $369,355.70

                     Total Hours              1277.3

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Car Service | $235.60 |
| Air Fares | $6,645.89 |
| Hotels | $3,522.51 |
| Copies- Internal and Outside | $21,871.74 |
| Facsimile | $167.25 |
| Meals on Trips and DC with Clients (broken down on statements) | $2,560.84 |
| Lexis/Westlaw | $10,161.85 |
| Telephone | $443.24 |
| FedEx | $1,015.75 |
| EPA FOIA Requests | $94.07 |
| Auto Rentals | $1,143.13 |
| Consultant | $11,035.00 |
| Parking | $516.75 |
| Postage | $36.43 |
| Outside Delivery | $612.80 |
| Meals - Working Meals in DC | $131.01 |
| Taxis on trips | $334.55 |
| Amtrak | $473.00 |
| Mileage Reimbursement | $40.00 |
| Litigation Support | $6,341.94 |
| Gas for Car at Trial | $67.63 |
| Overtime Transportation | $41.40 |
| Tips at Hotel during Trial | $21.00 |
|  |  |
| TOTAL DUE | $67,513.38 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

WALLACE KING MARRARO & BRANSON, PLLC
QUARTERLY TOTALS FOR TWELFTH INTERIM PERIOD JANUARY 1, 2004
THROUGH MARCH 31, 2004

| Project Category | Total Hours for the Interim Period | Total Hours from the Petition Date | Total Fees for the Interim Period | Total Fees from the Petition Date |
|---|---|---|---|---|
| Litigation and Litigation Consulting | 1235.3 | 30778.0 | 447,750.50 | 5,774,472.60 |
| Fee Applications, Applicant | | 67.4 | | 27,764.50 |
| Non-Working Travel | 21.0 | 185.50 | 10,526.00 | 56,445.50 |

## CUMULATIVE EXPENSE SUMMARY

| Expenses Category | Total Expenses for the Interim Period | Total Expenses from the Petition Date |
|---|---|---|
| Air Fares (See Exhibit A, attached) | 6,645.89 | 87,326.84 |
| Amtrak | 473.00 | 2.874.00 |
| Certified Copy of Docs. | | 51.00 |
| Copies-Internal/Outside | 21,871.74 | 303,941.53 |
| Delivery/Messenger | 612.80 | 12,182.35 |
| Deposition Transcript | | 11,184.67 |
| Facsimile | 167.25 | 4,480.15 |
| FedEx | 1,015.75 | 30,195.05 |
| Lexis/Westlaw | 10,161.85 | 183,325.24 |
| Long Distance | 443.24 | 14,759.74 |
| Meals on Trips and at Trial (see Exhibit A attached) | 2,560.84 | 29,282.61 |
| Parking on Trips and at Trial (see Exhibit A attached) | 516.75 | 3,893.19 |
| Postage | 36.43 | 219.13 |
| Temporary Services | | 8,262.00 |
| Auto Rental (see Exhibit A attached) | 1,143.13 | 21,719.81 |
| CD Duplication | | 71.91 |
| Hotels (see Exhibit A attached) | 3,522.51 | 104,878.87 |
| Misc. Travel Expenses | | 2,079.58 |
| Consultants/Experts | 11,035.00 | 61,956.58 |
| Taxis | 334.55 | 2,177.34 |
| Car Service | 235.60 | 2,032.18 |
| Overtime Meals/Secretarial/Paralegal - (see Exhibit A attached) | | 5,847.50 |
| Overtime/Working Meals/Attorneys (see Exhibit A | 131.01 | 2,157.77 |

| | | |
|---|---|---|
| attached) | | |
| Overtime Transportation (see Exhibit A attached) | 41.40 | 16,576.19 |
| Secretarial Overtime | | 47,039.93 |
| Meals for DC Meetings | | 3,189.86 |
| Meals in FL with Counsel/Co-counsel | | 1,447.17 |
| Two Sets of Joint Trial Exhibits | | 4,878.76 |
| Mileage | 40.00 | 521.39 |
| Document Retrieval | 94.07 | 1,260.50 |
| Overtime Facilities Mgmt. Personnel | | 3,452.50 |
| Aerial Photography | | 2,270.48 |
| Supplies for Site Visit | | 69.10 |
| Trial Expenses (binders, tabs, etc.) | | 4,069.47 |
| Tips to Hotel Personnel at Trial | 21.00 | 808.25 |
| Litigation Support Vendors | 6,341.94 | 7,827.41 |
| Tolls during Trial and Trips | | 182.45 |
| Gas for Rental Cars | 67.63 | 426.85 |
| Trial Transcripts | | 14,317.70 |
| | | |
| TOTAL | $67,513.38 | $1,003,237.05 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

WALLACE KING MARRARO & BRANSON, PLLC
QUARTERLY TOTALS FOR THIRTEENTH INTERIM PERIOD APRIL 1, 2004
THROUGH JUNE 30, 2004

| Project Category | Total Hours for the Interim Period | Total Hours from the Petition Date | Total Fees for the Interim Period | Total Fees from the Petition Date |
|---|---|---|---|---|
| Litigation and Litigation Consulting | 1235.3 | 30778.0 | 447,750.50 | 5,774,472.60 |
| Fee Applications, Applicant | | 67.4 | | 27,764.50 |
| Non-Working Travel | 21.0 | 185.50 | 10,526.00 | 56,445.50 |

## CUMULATIVE EXPENSE SUMMARY

| Expenses Category | Total Expenses for the Interim Period | Total Expenses from the Petition Date |
|---|---|---|
| Air Fares (See Exhibit A, attached) | 6,645.89 | 87,326.84 |
| Amtrak | 473.00 | 2.874.00 |
| Certified Copy of Docs. | | 51.00 |
| Copies-Internal/Outside | 21,871.74 | 303,941.53 |
| Delivery/Messenger | 612.80 | 12,182.35 |
| Deposition Transcript | | 11,184.67 |
| Facsimile | 167.25 | 4,480.15 |
| FedEx | 1,015.75 | 30,195.05 |
| Lexis/Westlaw | 10,161.85 | 183,325.24 |
| Long Distance | 443.24 | 14,759.74 |
| Meals on Trips and at Trial (see Exhibit A attached) | 2,560.84 | 29,282.61 |
| Parking on Trips and at Trial (see Exhibit A attached) | 516.75 | 3,893.19 |
| Postage | 36.43 | 219.13 |
| Temporary Services | | 8,262.00 |
| Auto Rental (see Exhibit A attached) | 1,143.13 | 21,719.81 |
| CD Duplication | | 71.91 |
| Hotels (see Exhibit A attached) | 3,522.51 | 104,878.87 |
| Misc. Travel Expenses | | 2,079.58 |
| Consultants/Experts | 11,035.00 | 61,956.58 |
| Taxis | 334.55 | 2,177.34 |
| Car Service | 235.60 | 2,032.18 |
| Overtime Meals/Secretarial/Paralegal - (see Exhibit A attached) | | 5,847.50 |
| Overtime/Working Meals/Attorneys (see Exhibit A | 131.01 | 2,157.77 |

| | | |
|---|---|---|
| attached) | | |
| Overtime Transportation (see Exhibit A attached) | 41.40 | 16,576.19 |
| Secretarial Overtime | | 47,039.93 |
| Meals for DC Meetings | | 3,189.86 |
| Meals in FL with Counsel/Co-counsel | | 1,447.17 |
| Two Sets of Joint Trial Exhibits | | 4,878.76 |
| Mileage | 40.00 | 521.39 |
| Document Retrieval | 94.07 | 1,260.50 |
| Overtime Facilities Mgmt. Personnel | | 3,452.50 |
| Aerial Photography | | 2,270.48 |
| Supplies for Site Visit | | 69.10 |
| Trial Expenses (binders, tabs, etc.) | | 4,069.47 |
| Tips to Hotel Personnel at Trial | 21.00 | 808.25 |
| Litigation Support Vendors | 6,341.94 | 7,827.41 |
| Tolls during Trial and Trips | | 182.45 |
| Gas for Rental Cars | 67.63 | 426.85 |
| Trial Transcripts | | 14,317.70 |
| | | |
| TOTAL | $67,513.38 | $1,003,237.05 |

**WALLACE KING MARRARO & BRANSON**
**EXHIBIT A TO CUMULATIVE COMPENSATION SUMMARY BY PROJECT**
**CATEGORY FOR THE THIRTEENTH INTERIM PERIOD APRIL 1, 2004**
**THROUGH JUNE 30, 2004**

| | |
|---|---:|
| **Meals on Trips/ at Trial and in DC** | **$2,560.84** |
| C. Marraro - Meal in Newark on 2/4/04 (1 person) | $ 14.50 |
| C. Marraro - Meal in NJ with K. Brown on 1/19/04 (2 people) | $ 149.20 |
| C. Marraro - Meal in Newark with J. Agnello and R. Iossa on 1/27/04 (3 people) | $ 141.55 |
| C. Marraro - Meal in Baltimore, MD with Mr. Nagy and Mr. Hughes on 2/2/04 (3 people) | $ 90.78 |
| C. Marraro - Meal in NJ with J. Agnello, M. Flax, K. Brown and B. Midlothian on 2/13/04 (5 people) | $ 290.09 |
| C. Marraro - Meal with K. Hogan and Mr. Hughes on 1/5/04 (3 people) | $ 202.12 |
| C. Marraro - Breakfast for meeting with witness on 3/10/04 (2 people) | $ 38.43 |
| C. Marraro - Lunch meeting with witness on 3/10/04 (2 people) | $ 44.64 |
| C. Marraro - Breakfast with Mary Ellen Johns and Mr. Hughes for meeting for Grace on 5/6/04 (3 people) | $ 17.95 |
| B. Hughes - Lunch with Dr. Brown on 5/5/04 (2 people) | $ 11.20 |
| B. Hughes - Breakfast and lunch in Buffalo for trial on 5/12 (2 meals) | $ 43.75 |
| C. Marraro - Dinner with K. Brown on 3/5 (2 people) | $ 75.98 |
| C. Marraro - Dinner in NJ with J. Agnello, A. Nagy and K. Brown on 4/14 (4 people) | $ 235.75 |
| C. Marraro - Dinner in Newark with J. Agnello, A. Hagy, H. Carlisle and K. Brown on 4/5/04 (5 people) | $ 301.90 |
| C. Marraro - Dinner in Columbia, MD with Akos Nagy on 3/19/04 (2 people) | $ 97.90 |
| C. Marraro - Dinner in New York with J. Agnello and A. Nagy on 2/26/04 (3 people) | $ 255.80 |
| C. Marraro - Dinner in Newark with J. Agnello, R. Nagy, R. Sentfleben and K. Brown on 3/10/04 (5 people) | $ 390.48 |
| C. Marraro - Dinner with Ms. duff and Mr. O'Bradovic (3 people) | $ 158.82 |
| | |
| **Car Service** | **$235.60** |
| C. Marraro - Car Service from Hotel to Airport in Newark on 1/28/04 | $ 85.52 |
| Taxi Service for Kevin Hogan from WKMB offices to Dulles Airport on 3/10/04 | $ 77.63 |
| Taxi Service fir Kevin Hogan on 3/10/04 from Dulles Airport to WKMB | $ 72.45 |

**Overtime and Working Meals/Attorneys** **$131.01**

| | |
|---|---|
| C. Marraro - Working meal on 4/8/04 (1 person) | $ 19.20 |
| C. Marraro - Working dinner on 3/19/04 (1 person) | $ 25.62 |
| C. Marraro - Working lunch on 4/27/04 (1 person) | $ 6.42 |
| C. Marraro - Working Meal with B. Hughes on 2/11/04 (2 people) | $ 25.84 |
| C. Marraro - Working lunch on 5/11/04 (1 person) | $ 9.85 |
| C. Marraro - Working dinner with Mr. Hughes in DC on 3/12 (2 people) | $ 44.08 |

**Air Fares** **$6,645.89**

| | |
|---|---|
| C. Marraro - R/T Coach Air Fare to NYC on 2/12/04 | $ 607.70 |
| C. Marraro - R/T Coach Air Fare to Newark on 2/4/04 | $ 169.10 |
| C. Marraro - R/T Coach Air Fare to NYC on 2/6/04 | $ 166.85 |
| C. Marraro - R/T Coach Air Fare to NYC on 1/21/04 | $ 158.60 |
| C. Marraro - R/T Coach Air Fare to Newark on 1/19/04 | $ 558.70 |
| W. Hughes - R/T Coach Air Fare to Buffalo for Pre-Trial Conference on 4/15/04 | $ 850.69 |
| C. Marraro - R/T Coach Air Fare to Newark on 4/12 | $ 607.70 |
| C. Marraro - Coach Air Fare from Newark to DC on 4/2/04 | $ 278.60 |
| C. Marraro - R/T Coach Air Fare to Newark on 4/4/04 | $ 558.70 |
| C. Marraro - R/T Coach Air Fare to Newark on 4/16/04 | $ 607.70 |
| C. Marraro - R/T Coach Air Fare to Newark on 4/12/04 | $ 583.20 |
| C. Marraro - Coach Air Fare from Newark to DC on 3/17/04 | $ 278.60 |
| C. Marraro - Coach Air Fare to New York on 3/17/04 | $ 128.35 |
| C. Marraro - Coach Air Fare from New York to DC on 1/20/04 | $ 167.60 |
| C. Marraro - Coach Air Fare to Newark on 1/19 | $ 365.10 |
| C. Marraro - R/T Coach Air Fare to Newark on 2/17/04 | $ 558.70 |

**Parking** **$516.75**

| | |
|---|---|
| C. Marraro - Parking at Airport on 1/21/04 trip | $ 30.00 |
| C. Marraro - Parking at airport on 1/2604 trip | $ 10.00 |
| C. Marraro - Parking at Airport on 2/13/04 trip | $ 15.00 |
| C. Marraro - Parking at Airport on 1/27/04 trip | $ 20.00 |
| C. Marraro - Parking at Airport on trip to Newark on 4/21/04 | $ 30.00 |
| C. Marraro - Parking at airport on trip to Buffalo on 12/30/03 | $ 30.00 |
| W. Hughes - Parking at Airport on trip to Buffalo for Pre-Trial conference on 4/17/04 | $ 15.00 |
| W. Hughes - Parking at airport on trip to Buffalo for Trial on 5/12-15 | $ 56.25 |
| C. Marraro - Parking in New York on 3/4 | $ 27.00 |
| C. Marraro - Parking at airport on trip to Newark on 2/23 | $ 15.00 |
| C. Marraro - Parking at airport on trip to Newark on 3/9 | $ 15.00 |
| C. Marraro - Parking at airport on trip to NY on 3/3 | $ 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 3/11 | $ 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 3/17 | $ 15.00 |

C. Marraro - Parking at airport on trip to Newark on 4/2   $ 84.00
C. Marraro - Parking at airport on trip to Newark on 3/31   $ 72.00
C. Marraro - Parking at airport on trip to Newark on 4/12   $ 22.50

## Auto Rentals     $1,143.13

C. Marraro - Auto Rental in NJ on 2/13/04 (1 day)   $ 89.88
C. Marraro - Auto Rental in NJ on 119-21 (3 days)   $ 102.91
C. Marraro - Auto Rental in Newark on 3/31-4/2 (2 days)   $ 207.59
C. Marraro - Auto Rental in Newark on 5/13-15 (2 days)   $ 118.00
C. Marraro - Auto Rental in Newark on 3/15-16 (1 day)   $ 179.53
C. Marraro - Auto Rental in NY on 3/3-4 (1 day)   $ 104.81
C. Marraro - Auto Rental in Newark on 3/10-11 (1 day)   $ 151.35
C. Marraro - Auto Rental in Newark on 2/5-6 (1 day)   $ 97.88
C. Marraro - Auto Rental in Newark on 2/26-27 (1 day)   $ 91.18

## Hotels     $3,522.51

C. Marraro - Hotel in Newark 1/26-27 (1 night)   $ 317.35
C. Marraro -  Hotel in Newark on 1/19-20 (1 night)   $ 287.53
C. Marraro - Hotel in Newark on 2/4-6 (2 nights)   $ 271.06
W. Hughes - Hotel in Buffalo for Pre-Trial conference on
    4/15-17/04 (2 nights)   $ 186.86
W. Hughes - Hotel at trial in Buffalo on 5/12-13/04 (3 days)   $ 625.55
C. Marraro - Hotel in Newark on 3/3-4/04 (1 night)   $ 321.57
C. Marraro - Hotel in Newark on 3/10-11/04 (1 night)   $ 294.56
C. Marraro - Hotel in Newark on 4/14-16/04 (2 nights)   $ 629.36
C. Marraro - Hotel in Newark on 4/4-5/04 (1 night)   $ 288.67
C. Marraro - Hotel in Newark on 3/31-4/1 (1 night)   $ 300.00

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | **Objection Deadline:**   **To Be Determined** |
| | ) | **Hearing Date:**   **To Be Determined** |

## THIRTEENTH QUARTERLY INTERIM VERIFIED APPLICATION OF WALLACE, KING MARRARO & BRANSON, PLLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND ENVIRONMENTAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as

amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below),

the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim

Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Wallace, King, Marraro &

Branson, PLLC ("WKMB"), special litigation and environmental counsel for the above-captioned

debtors and debtors in possession (collectively, the "Debtors") in their chapter 11 cases, hereby

applies for an order allowing it (i) compensation in the amount of $369,356.30 for the reasonable and

necessary legal services WKMB has rendered to the Debtors and (ii) reimbursement for the actual

and necessary expenses that WKMB has incurred in the amount of $67,513.38 ,for the interim

quarterly period from April 1, 2004, through June 30, 2004 (the "Fee Period"). In support of this

Application, WKMB respectfully states as follows:

## Background

### Retention of Wallace, King. Marraro & Branson, PLLC

1.      On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary

petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").

On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for

administrative purposes only. Since the Petition Date, the Debtors have continued to operate their

businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.

2.      By this Court's order dated June 21, 2001, the Debtors were authorized to

retain WKMB as their special counsel, effective as of the Petition Date, with regard to

environmental and litigation matters (the "Retention Order"). The Retention Order authorizes

the Debtors to compensate WKMB at hourly rates charged by WKMB for services of this type

and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to

application to this Court in accordance with the Bankruptcy Code, the Federal Rules of

Bankruptcy Procedure, all applicable local rules and orders of this Court.

**Monthly Interim Fee Applications Covered Herein**

   3. Pursuant to the procedures set forth in the Interim Compensation Order,

professionals may apply for monthly compensation and reimbursement (each such application, a

"Monthly Fee Application"), and the notice parties listed in the Interim Compensation Order may

object to such request. If no notice party objects to a professional's Monthly Fee Application within

twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional

may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay

interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

   4. Furthermore, and also pursuant to the Interim Compensation Order,

professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee

Application") for interim Court approval and allowance of the Monthly Fee Applications filed during

the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the

Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of

the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee

Application less any amounts previously paid in connection with the Monthly Fee Applications. Any

payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to

final approval of all fees and expenses at a hearing on the professional's final fee application.

   5. This is the Thirteenth Quarterly Fee Application for compensation for services

rendered that WKMB has filed with the Bankruptcy Court in connection with the Chapter 11 Cases,

which covers the Fee Period of the Petition Date through June 30, 2004, encompassing the months of

April through June 2004.

      6.     WKMB has filed the following Monthly Fee Applications for interim

compensation during this Fee Period:

      1.     Verified application of Wallace, King, Marraro & Branson, PLLC for compensation for services and reimbursement of expenses as bankruptcy counsel to W. R. Grace & Co., et al., for the thirty-fourth interim period from April 1, 2004, through June 30, 2004, filed July 27, 2004, (the "April 2004 Fee Application") attached hereto as Exhibit A.

      2.     Second verified application of Wallace, King, Marraro & Branson, PLLC for compensation for services and reimbursement of expenses as bankruptcy counsel to W. R. Grace & Co., et al., for the thirty-fifth interim period from May 1, 2004, through May 31, 2004, filed August 11, 2004, (the "May 2004 Fee Application") attached hereto as Exhibit B.

      3.     Third verified application of Wallace, King, Marraro & Branson, PLLC for compensation for services and reimbursement of expenses as bankruptcy counsel to W. R. Grace & Co., et al., for the thirty-sixth interim monthly period from June 1, 2004 through June 30, 2004, filed August 13, 2004, (the "June 2004 Fee Application") (collectively, the April Application, the May Application and the June Application are the "Applications") attached hereto as Exhibit C.

      7.     WKMB has filed eleven other Quarterly Fee Applications. The periods for

objecting to the fees and expense reimbursement requested in the April, May and June 2004

Fee Applications passed without any objections being filed, whereupon the Debtors filed

certificates of no objection with the Court and paid interim compensation and reimbursement

of   80%   of   the   fees   and   100%   of   the   expenses   requested.

8.     Wallace, King, Marraro & Branson, PLLC has advised and represented the Debtors in connection with environmental and litigation matters.

### Requested Relief

9.     By this Thirteenth Quarterly Fee Application, WKMB requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by WKMB for the Fee Period, which is from April 1, 2004, through June 30, 2004, as detailed in the Applications, less any amounts previously paid to WKMB pursuant to the Applications and the procedures set forth in the Interim Compensation Order.[2] As stated above, the full scope of services provided and the related expenses incurred are fully described in the Applications, which are attached hereto as Exhibits A through C.

10.    WKMB may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases. WKMB disclosed in the Affidavits its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. WKMB will update the Affidavits when necessary and when WKMB becomes aware of material new information.

### Representations

11.    WKMB believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

---

[2] WKMB reserves the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the April through June 2004 period that are not otherwise included in the relevant Applications.

12.    Wallace, King, Marraro & Branson, PLLC performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

13.    WKMB has received no payments for the fee applications for April, May and June 2004.

14.    Pursuant to Fed. R. Bank. P. 2016(b), WKMB has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of WKMB, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, WKMB respectfully requests that the Court enter an order, substantially in the form attached hereto, providing (a) that, for the Fee Period, April 1, 2004, through June 30, 2004, an administrative allowance be made to Wallace, King, Marraro & Branson, PLLC in the sum of (i) $73,871.14 (20% of $369,356.30 after 40% discount for Allied) as compensation for reasonable and necessary professional services rendered to the Debtors and (ii) in the sum of $67,513.38 for reimbursement of actual and necessary costs and expenses incurred, for a total of $141,384.52, (b) that the Debtors be authorized and directed to pay to WKMB the outstanding amount of such sums less any sums previously paid to WKMB pursuant to the Applications and the procedures set forth in the Interim Compensation Order and (c) that this Court grant such further relief as is equitable and just.

Washington, D.C.
Dated: August 23, 2004

Respectfully submitted,

WALLACE KING MARRARO & BRANSON, PLLC

Christopher H. Marraro
1050 Thomas Jefferson Street, N. W.
Suite 500
Washington, D.C. 20007
(202) 204-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 23rd day of August 2004.

Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

-2-