**Exhibit A**
April 2004 Fee Application

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                    )        Chapter 11
                                          )
W.R. GRACE & CO., *et al*                 )        Case No. 01-01139 (JKF)
                                          )        (Jointly Administered)
                                          )
                       Debtors.           )
                                          )        Objection Deadline: August 18, 2004 at 4:00 p.m.
                                                   Hearing Date: TBD only if necessary

**SUMMARY COVER SHEET TO THIRTY-SEVENTH MONTHLY INTERIM
APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
<u>APRIL 1, 2004 THROUGH APRIL 30, 2004</u>**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | April 1, 2004 through April 30, 2004. |
| Amount of compensation sought as actual, reasonable and necessary | $83,892.64 for the period April 1, 2004 through, April 30, 2004 (80% of $104,865.80 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $8,902.70 for the period April 1, 2004 through April 30, 2004. |

This is a:      Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 100% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 100% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 100% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 100% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 100% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 100% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | 100% Paid | 100% Paid |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | 100% Paid | 100% Paid |
| 7/8/03 | 6/1/03 through | $105,028.72 | $,316.82 | 100% Paid | 100% Paid |

| | 6/30/03 | | | | |
|---|---|---|---|---|---|
| 9/3/03 | 7/1/03 through 7/31/03 | $133,158.40 | $10,206.36 | 100% Paid | 100%Paid |
| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.28 | $16,185.52 | 100% Paid | 100% Paid |
| 10/31/03 | 9/1/03 through 9/30/03 | $105,216.20 | $10,195.00 | 100% Paid | 100% Paid |
| 12/10/03 | 10/1/03 through 10/31/03 | $117,161.70 | $26,662.70 | 100% Paid | 100% Paid |
| 12/31/03 | 11/1/03 through 11/30/03 | $80,439.90 | $4,599.05 | 100% Paid | 100% Paid |
| 2/17/04 | 12/1/03 through 12/31/03 | $69,342.70 | $24,468.58 | 100% Paid | 100% Paid |
| 4/6/04 | 1/01/04 through 1/31/04 | $86,723.90 | $5,015.68 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/19/04 | 2/1/04 through 2/29/04 | $72,262.90 | $10,387.41 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/29/04 | 3/1/04 through 3/31/04 | $113,279.40 | $15,064.65 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the thirty-seventh application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $475 | 137.2 | $65,170.00 |
| William Hughes | Counsel | $380 | 116.5 | $44,270.00 |
| Rebecca L. Schuller | Associate | $190 | 1.0 | $190.00 |

| Alec C. Zacaroli | Associate | $250 | 37.1 | $9,275.00 |
|---|---|---|---|---|
| Natasha A. Bynum | Legal Clerk | $110 | 36.5 | $4,015.00 |
| Alexander Mesmer | Paralegal | $145 | 14.0 | $2,030.00 |
| Mahmoude Moasser | Paralegal | $145 | 2.8 | $406.00 |
| Rebecca M. Ross | Paralegal | $130 | 3.4 | $442.00 |

|  |  |
|---|---|
| Total Fees | $125,798.00 |
| Less 40% Discount for Allied | $(20,932.80) |
| Balance Due | $104,865.80 |
| Total Hours | 348.5 |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copying | $1,488.01 |
| Facsimiles | $52.50 |
| Online Research | $2,254.34 |
| Telephone | $35.33 |
| Federal Express | $300.84 |
| Air Fares | $1,660.95 |
| Meals (Travel, Clients and Meetings in DC) | $971.31 |
| Hotels | $875.94 |
| Car Services | $235.60 |
| Working Meals | $77.08 |
| Auto Rentals | $192.79 |
| Parking on Trips | $135.00 |
| Amtrak | $473.00 |
| Taxis on Trips | $75.80 |
| Mileage Reimbursement | $40.00 |
| Postage | $34.21 |
| | |
| Total | $8,902.70 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by

the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best

of my knowledge, information and belief.

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 27th day of July 2004.

Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: August 18, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR WALLACE KING
## MARRARO & BRANSON PLLC'S MONTHLY FEE
## APPLICATION FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.


Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

July 27, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Invoice#    1972

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|            |      |                                                                                                                                                        | Hours |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 04/01/2004 | NAB  | Locate and e-mail Dr. Belsito's demonstrative aids used at trial to Mr. Marraro (.7); review and analyze document to be integrated into existing case files (3.9). | 4.60  |
| 04/01/2004 | WFH  | Work to finalize all of Grace's pretrial submissions, including expert and fact witness lists, exhibit list, list of objections, stipulations and deposition designations (8.7). | 8.70  |
| 04/02/2004 | NAB  | Review and analyze document to be integrated into existing case files (4.0).                                                                           | 4.00  |
| 04/02/2004 | CHM  | Meeting with Mr. Agnello re fee petition issues (3.5).                                                                                                  | 3.50  |
| 04/02/2004 | CHM  | Return travel to D.C. (1.8). (Note: Travel time billed at 50%; 10% or 1.6 here and 40% at end of statement).                                            | 1.60  |
| 04/05/2004 | CHM  | Conference with Mr. Agnello re various issues concerning appeal (.8).                                                                                   | 0.80  |
| 04/07/2004 | NAB  | Review and analyze document to be integrated into existing case files (4.0).                                                                           | 4.00  |
| 04/07/2004 | CHM  | Various conference calls with counsel re revised dates for hearing on fee petition (1.2).                                                              | 1.20  |

| | | | |
|---|---|---|---|
| 04/09/2004 | NAB | Review and analyze document to be integrated into existing case files (5.5). | 5.50 |
| 04/12/2004 | NAB | Do Internet Research (Lexis & Westlaw) for Information on Daniel Cantor of Arnold & Porter and pull relevant cases re: same per Mr. Marraro's Request (1.0) | 1.00 |
| 04/13/2004 | NAB | Pull documents requested by Mr. Marraro from case files (2.6). | 2.60 |
| 04/13/2004 | CHM | Meeting with Mr. Agnello re scheduling mediation, argument on fee petition (1.0); conference with plaintiffs re same (1.5); review schedule from 3rd Circuit re briefing and discussion with Mr. Agnello re appeal issues (1.0). | 3.50 |
| 04/13/2004 | CHM | Work on development issues (2.5). | 2.50 |
| 04/14/2004 | NAB | Review and analyze document to be integrated into existing case files (2.6). | 2.60 |
| 04/14/2004 | CHM | Several phone conferences with parties re scheduling argument on fee petition (1.0). | 1.00 |
| 04/15/2004 | NAB | Review and analyze document to be integrated into existing case files (2.1). | 2.10 |
| 04/16/2004 | NAB | Review and analyze document to be integrated into existing case files (1.3). | 1.30 |
| 04/16/2004 | CHM | Lengthy conference call with experts re development issues (1.5). | 1.50 |
| 04/16/2004 | ACZ | Research for Mr. Hughes re CERCLA issues for 3rd Circuit appeal (3.5). | 3.50 |
| 04/19/2004 | ACZ | Research for Mr. Hughes re CERCLA issues for 3rd Cir. appeal (2.4). | 2.40 |
| 04/20/2004 | NAB | Review and analyze document to be integrated into existing case files (2.4). | 2.40 |
| 04/20/2004 | CHM | Meeting with Mr. Nagy re development issues (1.2). | 1.20 |
| 04/20/2004 | ACZ | Research CERCLA issues for Mr. Hughes re 3rd Circuit appeal (2.9). | 2.90 |

Page 3

| 04/21/2004 | CHM | Meeting with Mr. Agnello re various issues on appeal, litigation and mediation (3.5). | 3.50 |
|---|---|---|---|
| 04/21/2004 | CHM | Travel to DC from Newark (1.5). (Note: Travel time billed at 50%; 10% here and 40% or 1.3 at end of statement). | 1.30 |
| 04/21/2004 | ACZ | Research re CERCLA issues for Mr. Hughes re 3rd Circuit appeal (2.4). | 2.40 |
| 04/21/2004 | RLS | Proofread and edit letter for Mr. Hughes (1.0). | 1.00 |
| 04/22/2004 | WFH | Work on motion to extend briefing schedule and confer with Mr. Marraro re same (.6). | 0.60 |
| 04/22/2004 | CHM | Prepare notice re extension of time to file Grace's brief (5.4); conference with ICO and Honeywell counsel re same (.6). | 6.00 |
| 04/22/2004 | ACZ | Additional research for Mr. Hughes on CERCLA issues for 3rd Circuit appeal (5.9); conference with Mr. Hughes re same (0.3); conference with Mr. Marraro re declaration and motion to modify briefing schedule (0.3). | 6.50 |
| 04/23/2004 | NAB | Review and analyze document to be integrated into existing case files (3.5). | 3.50 |
| 04/23/2004 | WFH | Update research on RCRA and injunction issue for appellate brief (4.8). | 4.80 |
| 04/23/2004 | CHM | Work on notice papers on extension (1.2); conference with Mr. Agnello and ICO re opposition to Honeywell notice on page limits (.5). | 1.70 |
| 04/23/2004 | ACZ | Work on motion to modify briefing schedule, affidavit in support of motion and certification of service and order (4.3). | 4.30 |
| 04/26/2004 | CHM | Revise declaration, complete notice and final review of package (2.0); review joint notice for deferred appendix and telephone conference with Honeywell and ICO counsel re same (.5); conference with Mr. Agnello re due date for page limit opposition (.3). | 2.80 |

Page 4

| 04/26/2004 | ACZ | Work on and revise declaration and motion to modify briefing schedule (1.8); additional CERCLA research and conference with Mr. Hughes re same (1.8). | 3.60 |
|---|---|---|---|
| 04/27/2004 | CHM | Travel to Newark for mediation (2.1). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement). | 1.80 |
| 04/27/2004 | CHM | Meeting with clients re mediation and other issues (2.0); conference with A. Nagy and expert re development issues (1.0). | 3.00 |
| 04/27/2004 | AGM | Conducted legal research for C. Marraro re: New Jersey Wetland regulations. (1.5) | 1.50 |
| 04/28/2004 | WFH | Research on strict liability, statute of limitations and contractual (License Agreement) issues in connection with Third Circuit brief (7.8). | 7.80 |
| 04/28/2004 | CHM | Prepare for and attend mediation (5.5). | 5.50 |
| 04/28/2004 | CHM | Conference with Mr. Agnello and Mr. Nagy re Jersey City blight study and redevelopment zone plan (1.0). | 1.00 |
| 04/29/2004 | WFH | Research on federal statutory issues in connection with Third Circuit brief (6.7); review portions of record supporting court's ruling on RCRA (.5). | 7.20 |
| 04/29/2004 | CHM | Prepare for argument on petition (2.5); conference with Mr. Agnello re opposition to page limits (.5); conference with ICO counsel re various issues (.6). | 3.60 |
| 04/30/2004 | WFH | Research on federal statutory issues in connection with Third Circuit brief (7.7); outline issues for brief (.5); research appellate procedural issue (.4). | 8.60 |
| 04/30/2004 | CHM | Travel to New Jersey and return for meeting with with Mr. Agnello (3.5). (Note: Travel time billed at 50%; 10% here or 3.1 and 40% at end of statement.) | 3.10 |
| 04/30/2004 | CHM | Meeting with Mr. Agnello re preparation for argument on fee petition (6.0); review and comment on opposition to motion on page limits and review cases re same (1.8). | 7.80 |

|  |  |  | **Amount** |
|---|---|---|---|
| Total fees | | 157.30 | 52,332.00 |

Disbursements:

Page 5

| | |
|---|---:|
| C. Marraro - Meal in Newark on 2/4/04 | 14.50 |
| C. Marraro - Meal in NJ with K. Brown on 1/19/04 | 149.20 |
| C. Marraro - Meal in Newark with J. Agnello and R. Iossa on 1/27/04 | 141.55 |
| C. Marraro - R/T Coach Air Fare to NYC on 2/12/04 | 607.70 |
| C. Marraro - R/T Coach Air Fare to Newark on 2/4/04 | 169.10 |
| C. Marraro - R/T Coach Air Fare to NYC on 2/6/04 | 166.85 |
| C. Marraro - R/T Coach Air Fare to NYC on 1/21/04 | 158.60 |
| C. Marraro - R/T Coach Air Fare to Newark on 1/19/04 | 558.70 |
| C. Marraro - Hotel in Newark 1/26-27 (1 night) | 317.35 |
| C. Marraro - Hotel in Newark on 1/19-20/04 (1 night) | 287.53 |
| C. Marraro - Meal in Baltimore, MD with Mr. Nagy and Mr. Hughes on 2/2/04 (3 people) | 90.78 |
| C. Marraro - Hotel in Newark on 2/4-6/04 (1 night) | 271.06 |
| C.Marraro - Meal in NJ with J. Agnello, M. Flax, K. Brown and B. Midlothian on 2/13/04 (5 people) | 290.09 |
| C. Marraro - Auto Rental in NJ on 2/13/04 (1 day) | 89.88 |
| C. Marraro - Auto Rental in NJ on 1/19-21/04 (3 days) | 102.91 |
| C. Marraro - Parking at Airport on 1/21/04 trip | 30.00 |
| C. Marraro - Parking at Airport on 1/2604 trip | 10.00 |
| C. Marraro - Parking at Airport on 2/13/04 trip | 15.00 |
| C. Marraro - Parking at airport on 1/27/04 trip | 20.00 |
| C. Marraro - Car Service from Hotel to Airport on 1/28/04 | 85.52 |
| C. Marraro - Amtrak to Newark on 1/23/04 | 150.00 |
| C. Marraro - Amtrak to Newark on 1/26/04 | 233.00 |
| C. Marraro - Amtrak from Newark on 1/27/2004 | 90.00 |
| C. Marraro - Parking in Newark on 4/21/04 | 30.00 |
| C. Marraro - Taxi Service in Newark on 4/21/04 | 15.00 |
| C. Marraro - Taxi Service in Newark on 4/21/04 | 18.00 |
| C. Marraro - Working Meal on 4/8/04 | 19.20 |
| C. Marraro - Workong dinner on 3/19/04 | 25.62 |
| C. Marraro - Working Lunch on 4/27/04 | 6.42 |
| C. Marraro - Taxi Service to meeting on 4/6/04 | 20.00 |
| C. Marraro - Mileage Reimbursement for travel to Columbia, Md. | 40.00 |
| Copying | 450.79 |
| Outside printing | 400.00 |
| Telephone | 35.33 |
| Online research | 1,331.52 |
| Postage | 28.49 |
| Federal Express | 28.17 |
| Total disbursements | $6,497.86 |
| Total Amount of This Bill | $58,829.86 |

Page 6

| | |
|---|---|
| Less Deduction of 40% of Fees Per Agreement | $20,932.80 |
| Balance Due | $37,897.06 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 25.60 | $250.00 |
| Mesmer, Alexander G. | Paralegal | 1.50 | $145.00 |
| Marraro, Christopher H. | Partner | 57.90 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 33.60 | $110.00 |
| Schuller, Rebecca L. | Associate | 1.00 | $190.00 |
| Hughes, William F. | Counsel | 37.70 | $380.00 |



Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

July 27, 2004

Lidia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#    1971

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 04/02/2004 | WFH | Work to finalize all of Grace's pretrial submissions, including expert and fact witness lists, exhibit list, list of objections, stipulations and deposition designations (5.5); work on Grace's trial brief (3.8). | 9.30 |
| 04/02/2004 | CHM | Revise and edit opposition to Zoto's motion in limine on Section 1959 (3.0). | 3.00 |
| 04/04/2004 | WFH | Work on trial brief (4.8). | 4.80 |
| 04/05/2004 | WFH | Revise and finalize trial per Mr. Marraro's comments and work with Buffalo counsel to coordinate filing of pretrial submissions (8.8). | 8.80 |
| 04/05/2004 | CHM | Review and edit trial brief (2.5). | 2.50 |
| 04/06/2004 | CHM | Prepare for trial (review exhibit lists and documents) (1.6). | 1.60 |
| 04/07/2004 | CHM | Prepare for trial - review stipulations (2.8). | 2.80 |
| 04/08/2004 | CHM | Trial preparation - review exhibits (2.0). | 2.00 |
| 04/12/2004 | CHM | Trial preparation (2.3). | 2.30 |
| 04/13/2004 | ACZ | Research attorney work product case law in Second Circuit re defendant's evidentiary motions (2.0). | 2.00 |

| | | | |
|---|---|---|---|
| 04/14/2004 | ACZ | Additional research of case law on attorney work product and expert testimony re defendant's evidentiary motions (2.8). | 2.80 |
| 04/14/2004 | AGM | Scanned, organized and refiled trial exhibits for B. Hughes (3.0). | 3.00 |
| 04/15/2004 | NAB | Locate and Scan the Expert Report and Deposition of Matt Low and E-mail to Mr. Hughes (.9); locate, scan and e-mail to Mr. Hughes defendant's 1st set of Interrogatories and Defendant's 1st Document Request (1.2); fax requested documents to Mr. Hughes (.2). | 2.30 |
| 04/15/2004 | WFH | Review Zotos' motion to exclude Matt Low and prepare arguments in opposition to same (3.4); prepare for pretrial conference (1.5). | 4.90 |
| 04/16/2004 | NAB | Fax Requested Case law to Mr. Hughes (.6). | 0.60 |
| 04/16/2004 | WFH | Conference with Mr. Hogan re pretrial conference and trial preparation matters (2.0); attend pretrial conference before Judge Skretny (1.3); conferences with Hogan and Low re oppostion to in limine motion (1.2); begin drafting opposition brief (3.5); legal research on rule 37 and 26 issues in connection with opposition (1.3). | 9.30 |
| 04/18/2004 | WFH | Work on opposition to Zotos' motion to exclude Mr. Low (2.8). | 2.80 |
| 04/19/2004 | WFH | Conferences with Mr. Low and Hogan re affidavit and opposition brief (.6); work on opposition brief (7.4); revise Low affidavit (.5); additional research on FRE 702 qualifications issue (.8). | 9.30 |
| 04/19/2004 | RMR | Research re preclusion of expert testimony pursuant to Fed. R. Civ. Pro. 37(c) per Mr. Hughes' request (3.4). | 3.40 |
| 04/20/2004 | WFH | Conference with Mr. Marraro re opposition brief (.3); revise and finalize opposition to Zotos' motion to exclude Low's testimony and transmit to local counsel (8.4). | 8.70 |
| 04/20/2004 | AGM | Created a binder of objected to exhibits for B. Hughes (7.5). | 7.50 |
| 04/21/2004 | WFH | Research re divisibility/causation issue and confer with Messrs. Hogan and Marraro re same (3.6); prepare outline of argument for use in trial brief and/or in limine motion to exclude evidence on divisibility issue (0.8). | 4.40 |

Page 3

| 04/21/2004 | CHM | Revise trial brief (2.5). | 2.50 |
|---|---|---|---|
| 04/21/2004 | AGM | Re-filed and re-organized miscellaneous documents (2.0). | 2.00 |
| 04/23/2004 | WFH | Review Zotos' reply brief on Low Motion (0.3); prepare demonstrative exhibit for use with Dr. Brown's testimony (2.3); conferences with Brown and staff re his testimony (0.5). | 3.10 |
| 04/27/2004 | WFH | Review Tasker and Barber depositions and prepare outline of points for cross-examination of same (6.4); prepare outline of Johns and Brown examinations (1.5); conferences with Hogan and staff re exhibits, logistics and procedural matters (.5). | 8.40 |
| 04/27/2004 | CHM | Trial preparation (3.5). | 3.50 |
| 04/27/2004 | ACZ | Work on motion in limine to bar introduction of evidence on substance concentrations and response costs (2.9). | 2.90 |
| 04/28/2004 | ACZ | Work on motion in limine to exclude evidence on concentrations of hazardous waste and NCP costs (3.3). | 3.30 |
| 04/29/2004 | CHM | Trial preparation (1.6). | 1.60 |
| 04/29/2004 | ACZ | Research admissibility issue and conference with Mr. Hughes re same (.5). | 0.50 |
| 04/30/2004 | CHM | Telephone conference with Ms.. Johns re witness preparation (.3). | 0.30 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 126.20 | 43,990.00 |

Disbursements:

| | |
|---|---|
| C. Marraro - Meal with K Hogan and Mr. Hughes on 1/5/04 | 202.12 |
| C. Marraro - Parking in Buffalo on 12/30/03 | 30.00 |
| C. Marraro - Working Meal with Bill Hughes on 2/11/2004 | 25.84 |
| Taxi Service for Mr. K. Hogan on 2/20/04 from WKMB to Dulles airport | 77.63 |
| Taxi Service for Kevin Hogan from WKMB to Dulles airport on 3/10/04 | 72.45 |
| C. Marraro - Taxi Service to meeting on 4/21/04 | 22.80 |
| C. Marraro - Breakfast for meeting Mr. Marraro and witness on 3/10.04 | 38.43 |
| C. Marraro - Lunch meeting with Mr. Marraro and Witness on 3/10/04 | 44.64 |
| Copying | 267.90 |

Page 4

| | | |
|---|---|---:|
| Outside printing | | 49.37 |
| Facsimile | | 30.75 |
| Online research | | 305.72 |
| Federal Express | | 102.25 |
| Total disbursements | | $1,269.90 |
| Total Amount of This Bill | | $45,259.90 |
| Balance Due | | $45,259.90 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---:|---:|
| Zacaroli, Alec C. | Associate | 11.50 | $250.00 |
| Mesmer, Alexander G. | Paralegal | 12.50 | $145.00 |
| Marraro, Christopher H. | Partner | 22.10 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 2.90 | $110.00 |
| Ross, Rebecca M. | Paralegal | 3.40 | $130.00 |
| Hughes, William F. | Counsel | 73.80 | $380.00 |



Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

July 27, 2004

Lidia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#    1973

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 04/05/2004 | WFH | Review and assemble exhibit book to accompany Wyeth demand letter (.8). | 0.80 |
| 04/08/2004 | CHM | Review and revise demand letter (.7). | 0.70 |
| 04/12/2004 | MM | Office conference with Mr. Hughes re assigned to case as paralegal (.1); office conference with Mr. Hughes re review, organize and scan exhibits to notice and demand letter regarding property formerly owned by American Cyanamid in Concord, MA (.2); perform stated task and forward same to Mr Hughes for review and forwarding to Grace in house counsel for review (.6). | 0.90 |
| 04/19/2004 | WFH | Conference with Ms. Duff re demand letter (.3). | 0.30 |
| 04/19/2004 | CHM | Conference with Mr. Hughes re changes to letter (.5); review exhibits (.3); review comment draft letter (.5). | 1.30 |
| 04/19/2004 | MM | Telephone conference with Mr. Hughes re: preparing exhibits to be sent out on 04/21/04 pertaining to the Debris Area off Knox Trail (.2); prepare several disk copies as one of the exhibits (.3); office conference with Mrs. Hughes re: status of same (.2). | 0.70 |
| 04/20/2004 | WFH | Finalize Wyeth/Cytec demand letter and coordinate service of same on Wyeth, Cytec, EPA and MADEP (1.3). | 1.30 |

Page 2

| Date | | Description | | Amount |
|------|------|------|------|------|
| 04/20/2004 | MM | Per Mr. Hughes request, review, organize and finalize exhibits and bind for filing on 04/21/04 (1.1); forward e-mail to Mr. Hughes re: status of same (.1). | | 1.20 |
| 04/29/2004 | CHM | Conference with M. O'Bradovic re Concord (.5). | | 0.50 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 7.70 | 2,505.50 |

Disbursements:

| | |
|---|---|
| Copying | 151.80 |
| Online research | 478.71 |
| Postage | 3.13 |
| Federal Express | 30.44 |
| Total disbursements | $664.08 |
| Total Amount of This Bill | $3,169.58 |
| Balance Due | $3,169.58 |

## Timekeeper Summary

| Name | | Hours | Rate |
|------|------|------|------|
| Marraro, Christopher H. | Partner | 2.50 | $475.00 |
| Moasser, Mahmoude | Paralegal | 2.80 | $145.00 |
| Hughes, William F. | Counsel | 2.40 | $380.00 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

July 27, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    1974

For Professional Services Rendered in Connection with Remediation Matters

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 04/01/2004 | CHM | Attend Special Master meeting (6.5); review of Transportation RAA (2.0). | 8.50 |
| 04/01/2004 | CHM | Travel to Newark from DC (1.8). (Note: Travel time billed at 50% or .9). | 0.90 |
| 04/02/2004 | CHM | Work on comments to RAA's (2.0). | 2.00 |
| 04/06/2004 | CHM | Review and analyze RAA on excavation (2.2); review Dr. Brown's memo re weekly conference call (.5). | 2.70 |
| 04/08/2004 | CHM | Various calls with Dr. Brown re IRM (.7); review Honeywell IRM report (1.0); review Brown's comments (.5); prepare ECARG IRM comments (1.0); review ICO IRM comments (.5). | 3.70 |
| 04/12/2004 | CHM | continue to review RAA Transportation and experience (1.5); conference with Dr. Anderson re risk assessment issues (.6). | 2.10 |
| 04/13/2004 | CHM | Travel to New Jersey for all parties meetings and other issues (2.1). (Note travel time billed at 50%). | 1.00 |
| 04/13/2004 | CHM | Review Dr. Brown comments on excavation RAA's (.6); review sampling data from MRCE (.5); work with Mr. Agnello re Transportation RAA comments (.6). | 1.70 |

Page 2

| 04/14/2004 | CHM | Meeting with Dr. Brown re RAA issues (3.0); all parties meeting with Special Master re RAAs (5.0). | 8.00 |
|---|---|---|---|
| 04/15/2004 | CHM | Prepare comments on RAA's (9.2). | 9.20 |
| 04/15/2004 | CHM | Travel to D.C. from Newark (1.8). (Note: Travel time billed at 50%). | 0.90 |
| 04/16/2004 | CHM | Review RAA on groundwater extracter and The Design Westgate report (2.0); review Honeywell web site re remediation (.5). | 2.50 |
| 04/20/2004 | CHM | Preparation session with Dr. Brown and John Agnello re All parties meeting on RAA (1.5); attend All parties meeting (2.0); site visit (1.5); conference with Dr. Anderson re risk assessment issues (.8); post meeting analysis (2.0). | 7.80 |
| 04/21/2004 | CHM | Review Dr. Brown memo re conference with Berger (.3); review Addendum #1 and #2 to D. Croudette workplan (.6). | 0.90 |
| 04/22/2004 | CHM | Revise ECARG's comments on RAA groundwater extraction (.5); confer with expert re comments on RAA excavation (.5). | 1.00 |
| 04/23/2004 | WFH | Review backlog of correspondence and submissions to Special Master on remediation issues (1.2); conference with Dr. Brown re technical issue (0.3). | 1.50 |
| 04/23/2004 | CHM | Review and comment on expert review of risk assessment on RAA excavation (.8). | 0.80 |
| 04/28/2004 | WFH | Review materials submitted to Special Master by Honeywell and ICO (.4). | 0.40 |
| 04/29/2004 | WFH | Conferences with Dr. Brown re status of Honeywell remediation and technical issues in connection with same (.4); review NJ rules in connection with same (.3). | 0.70 |
| 04/30/2004 | CHM | Finalize comments and review final letter from expert on RAA excavation on health issues (1.0). | 1.00 |

|  |  |  | **Amount** |
|---|---|---|---|
| Total fees | | 57.30 | 26,970.50 |

Disbursements:

| Copying | 168.15 |
|---|---|
| Facsimile | 21.75 |
| Online research | 138.39 |

Page 3

| | |
|---|---:|
| Postage | 2.59 |
| Federal Express | 139.98 |
| Total disbursements | $470.86 |
| Total Amount of This Bill | $27,441.36 |
| Balance Due | $27,441.36 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 54.70 | $475.00 |
| Hughes, William F. | Counsel | 2.60 | $380.00 |