**Exhibit B**
May 2004 Fee Application

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al* | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline: September 9, 2004 at 4:00 p.m. |
| | Hearing Date: TBD only if necessary |

**SUMMARY COVER SHEET TO THIRTY-EIGHTH MONTHLY INTERIM
APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
MAY 1, 2004 THROUGH MAY 31, 2004**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2004 through May 31, 2004. |
| Amount of compensation sought as actual, reasonable and necessary | $133,861.44 for the period May 1, 2004 through, May 31, 2004 (80% of $167,326.80 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $28,642.23 for the period May 1, 2004 through May 31, 2004. |

This is a:     Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 100% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 100% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 100% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 100% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 100% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 100% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | 100% Paid | 100% Paid |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | 100% Paid | 100% Paid |
| 7/8/03 | 6/1/03 through | $105,028.72 | $,316.82 | 100% Paid | 100% Paid |

| | 6/30/03 | | | | |
|---|---|---|---|---|---|
| 9/3/03 | 7/1/03 through 7/31/03 | $133,158.40 | $10,206.36 | 100% Paid | 100%Paid |
| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.28 | $16,185.52 | 100% Paid | 100% Paid |
| 10/31/03 | 9/1/03 through 9/30/03 | $105,216.20 | $10,195.00 | 100% Paid | 100% Paid |
| 12/10/03 | 10/1/03 through 10/31/03 | $117,161.70 | $26,662.70 | 100% Paid | 100% Paid |
| 12/31/03 | 11/1/03 through 11/30/03 | $80,439.90 | $4,599.05 | 100% Paid | 100% Paid |
| 2/17/04 | 12/1/03 through 12/31/03 | $69,342.70 | $24,468.58 | 100% Paid | 100% Paid |
| 4/6/04 | 1/01/04 through 1/31/04 | $86,723.90 | $5,015.68 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/19/04 | 2/1/04 through 2/29/04 | $72,262.90 | $10,387.41 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/29/04 | 3/1/04 through 3/31/04 | $113,279.40 | $15,064.65 | No Objections Served on Counsel | No Objections Served on Counsel |
| 7/27/04 | 4/1/04 through 4/30/04 | $104,865.80 | $8,902.70 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the thirty-eighth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|

| | license to practice | | | |
|---|---|---|---|---|
| Christopher Marraro | Partner | $475 | 201.0 | $95,475.00 |
| William Hughes | Counsel | $380 | 168.1 | $63,878.00 |
| Michael L. Williams | Associate | $250 | 4.3 | $1,075.00 |
| Alec C. Zacaroli | Associate | $250 | 38.8 | $9,700.00 |
| Natasha A. Bynum | Legal Clerk | $110 | 49.0 | $5,390.00 |
| Alexander Mesmer | Paralegal | $145 | 26.0 | $3,770.00 |
| | | | | |
| | | | | |

| | |
|---|---|
| Total Fees | $179,288.00 |
| Less 40% Discount for Allied | $(11,961.20) |
| Balance Due | $167,326.80 |
| Total Hours | 487.2 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copying | $16,908.10 |
| EPA - FOIA Request | $94.07 |
| Online Research | $5,085.44 |
| Telephone | $38.09 |
| Federal Express | $93.95 |
| Litigation Support | $6,341.94 |
| Delivery Services/Messengers | $80.64 |
| | |
| Total | $28,642.23 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Wallace King Marraro & Branson, PLLC and I am a member in good standing of the bars of the State of New Jersey and District of Columbia.

2.    I have personally performed certain of, and overseen the legal services rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

    3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

       _____
       Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 11th day of August 2004.

_____
Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

-2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline:  September 9, 2004 at 4:00 p.m.
Hearing Date:  TBD only if necessary

## FEE DETAIL FOR WALLACE KING
## MARRARO & BRANSON PLLC'S MONTHLY FEE
## APPLICATION FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

August 10, 2004

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice#    1977

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

| | | | Hours |
|---|---|---|---|
| 05/03/2004 | ACZ | Work on motion in limine to exclude testimony/evidence of concentrations of hazardous waste and clean-up costs (2.1). | 2.10 |
| 05/04/2004 | WFH | Prepare direct examination plans and Q/A for Dr. Brown (3.0); prepare memo categorizing Grace's trial exhibits by issue and confer with Mr. Hogan re same (3.7). | 6.70 |
| 05/04/2004 | ACZ | Work on motion in limine/bench memo to exclude evidence re hazardous substance concentrations in defendant's waste and clean-up costs (3.8). | 3.80 |
| 05/04/2004 | AGM | Scanned and e-mailed miscellaneous documents for B. Hughes; created a witness binder for Maryellen Johns (4.5). | 4.50 |
| 05/05/2004 | WFH | All day meeting with Dr. Brown in Washington to prepare him for his trial testimony and preparations for same (7.5). | 7.50 |
| 05/05/2004 | CHM | Trial preparation (5.0). | 5.00 |
| 05/05/2004 | ACZ | Research CERCLA case law re divisibility (2.9). | 2.90 |
| 05/05/2004 | AGM | Created binders of different classifications of exhibits, for Bill Hughes (7.5). | 7.50 |

Page 2

| 05/06/2004 | WFH | Prepare direct examination Q/A for Mr. Low and analyze relevant documents and data to be used in same (6.4). | 6.40 |
|---|---|---|---|
| 05/06/2004 | CHM | Work on witness preparation (6.5); revise witness questions and answers (4.0). | 10.50 |
| 05/06/2004 | ACZ | Research divisiblity case law under CERCLA (1.4); revise bench memorandum in support of motion in limine (1.2). | 2.60 |
| 05/06/2004 | AGM | Scanned miscellaneous documents; ordered prints of certain color images and followed up with vendor for quality and timeliness of work; shipped package to Maryellen Johns (2.5). | 2.50 |
| 05/07/2004 | WFH | Meeting with Mr. Low to prepare him for his trial testimony and preparations for same (5.6). | 5.60 |
| 05/07/2004 | CHM | Prepare witness (Low) (6.8); work with evidence books (2.5). | 9.30 |
| 05/07/2004 | ACZ | Research regarding chemical/metal content on hair care products (1.3); revise bench memorandum on motion in limine to exclude defendant's evidence on constituent concentrations (2.1). | 3.40 |
| 05/10/2004 | NAB | Pull cases sited in bench memo in support of motion in limine and e-mail same to Mr. Hughes per Mr. Zacaroli's request (.9). | 0.90 |
| 05/10/2004 | ACZ | Research Second-Circuit case law regarding application of Federal Rules of Evidence 701 and 701 (4.9); conference with Mr. Hughes re same (0.9). | 5.80 |
| 05/10/2004 | AGM | Copied and organized docs for B. Hughes (2.0). | 2.00 |
| 05/11/2004 | WFH | Review Zotos formulas produced in response to trial subpoena and conferences with Dr. Brown and Mr. Low re same (2.8). | 2.80 |
| 05/11/2004 | WFH | Travel to Buffalo, NY for Waterloo/Zotos trial (4.5). (Note: Travel time billed at 50%.) | 2.20 |
| 05/11/2004 | CHM | Trial preparation (3.5). | 3.50 |
| 05/11/2004 | ACZ | Additional research re Rule 702 and doctrine of curative admissibility (1.9); conference with Mr. Hughes re same (0.7). | 2.60 |

| 05/11/2004 | AGM | Copied and shipped several packages of documents to local counsel in Buffalo, NY (2.0). | 2.00 |
|---|---|---|---|
| 05/12/2004 | WFH | Meeting with Kevin Hogan in Buffalo to plan Grace's case-in-chief (3.5); work on same including demonstrative exhibits and direct examination plan for Dr. Brown (5.5). | 9.00 |
| 05/12/2004 | CHM | Travel to Buffalo (1.5).  (Note:  Travel time billed at 50%.) | 0.70 |
| 05/12/2004 | CHM | Trial preparation including meeting with co-counsel (4.0); continued review of trial books (3.5). | 7.50 |
| 05/13/2004 | WFH | All day meeting with Messrs. Hogan and Marraro in Buffalo to plan Grace's case-in-chief and work on same (9.5). | 9.50 |
| 05/13/2004 | CHM | Trial preparation including trial strategy (2.0); prepare trial books (2.0); prepare for evidence presentation (4.0). | 8.00 |
| 05/14/2004 | WFH | All day meeting with Messrs. Hogan and Marraro in Buffalo to plan Grace's case-in-chief and work on same (9.5). | 9.50 |
| 05/14/2004 | CHM | Trial preparation including trial strategy with team (3.0); prepare opening (5.5). | 8.50 |
| 05/15/2004 | WFH | Work on Grace's case-in-chief including preparation of presentation on hazardous substances issue and finalize demonstrative exhibits (9.5). | 9.50 |
| 05/15/2004 | CHM | Trial preparation including work with witness binders (2.5); prepare opening (4.5); trial strategy meeting (1.5). | 8.50 |
| 05/16/2004 | WFH | All day meeting with Messrs. Hogan and Marraro to work on Grace's case-in-chief, including preparation of Maryellen Johns and Kirk Brown for their testimony (9.0). | 9.00 |
| 05/16/2004 | CHM | Trial preparation including preparing witnesses (4.5); work on opening (2.5); evidence preparation (1.5). | 8.50 |
| 05/17/2004 | WFH | Trial preparation and attend and participate in trial before Judge Skretny (9.0). | 9.00 |
| 05/17/2004 | CHM | Attend trial (5.0); trial preparation (3.5). | 8.50 |

Page 4

| 05/18/2004 | WFH | Trial preparation including meetings with Dr. Brown and Mr. Low and preparation of materials for presentation to Court on obsolete products disposal issue (9.5). | 9.50 |
|---|---|---|---|
| 05/18/2004 | CHM | Attend trial (5.0); trial preparation (3.0). | 8.00 |
| 05/19/2004 | WFH | Attend and participate in trial before Judge Skretny after trial preparation of materials for presentation to Court on hazardous substances and obsolete products disposal issues and preparation of Dr. Brown (9.5). | 9.50 |
| 05/19/2004 | CHM | Attend trial (3.0); trial preparation (5.5). | 8.50 |
| 05/20/2004 | WFH | Attend and participate in trial before Judge Skretny, including presentation of Dr. Brown's direct testimony and other trial preparation including preparation of Mr. Low (9.5). | 9.50 |
| 05/20/2004 | CHM | Attend trial (5.0); trial preparation (3.5). | 8.50 |
| 05/20/2004 | ACZ | Research case law re Rule 611 of Fed. R. of Evidence (1.2); conferences with Mr. Williams re same (0.8); email to Mr. Marraro re same (0.3). | 2.30 |
| 05/21/2004 | WFH | Attend and participate in trial before Judge Skretny including re-direct of Dr. Brown and trial preparation including preparation of Mr. Low for his testimony (9.5). | 9.50 |
| 05/21/2004 | CHM | Attend trial (6.0); trial preparation (2.5). | 8.50 |
| 05/21/2004 | CHM | Travel from Buffalo to D.C. (1.5). (Note: Travel time billed at 50%.) | 0.70 |
| 05/21/2004 | MLW | Legal research pertaining to application of Federal Rule of Evidence 611, regarding Zotos' presentation of its case, and preparation of memorandum to C. Marraro regarding available arguments on issue during trial (4.3). | 4.30 |
| 05/23/2004 | WFH | Meeting with Messrs. Hogan and Marraro to plan rebuttal and assist Mr. Hogan in preparing for cross-examination of Mr. Tasker and prepare for cross-examination of Mr. Barber (8.0). | 8.00 |
| 05/23/2004 | CHM | Travel to Buffalo for trial (1.5). (Note: Travel time billed at 50%.) | 0.70 |
| 05/23/2004 | CHM | Trial preparation including preparation of witnesses (2.5); evidence preparation for trial (6.0). | 8.50 |

Page 5

| Date | | | |
|---|---|---|---|
| 05/24/2004 | WFH | Attend and participate in trial and prepare for cross-examinations after review of depositions and designations for rebuttal case (9.5). | 9.50 |
| 05/24/2004 | CHM | Attend trial (6.0); witness preparation (2.5). | 8.50 |
| 05/25/2004 | WFH | Attend and participate in trial after preparation of cross-examinations and review of depositions and designations for rebuttal case (9.0). | 9.00 |
| 05/25/2004 | CHM | Attend trial (6.0); trial strategy session (2.5). | 8.50 |
| 05/26/2004 | WFH | Attend and participation in trial, including cross-examination of Mr. Barber and wrap up affairs in Buffalo and conference with Mr. Hogan and Ms. Kryta re transmitting exhibits and case files to DC and other housekeeping matters (8.5). | 8.50 |
| 05/26/2004 | WFH | Travel from Buffalo to DC in connection with Zotos trial (4.0). (Note: Travel time billed at 50%). | 2.00 |
| 05/26/2004 | CHM | Conferences with consultant (2.5); conference re findings of fact and conclusions of law (3.0); attend trial (3.0). | 8.50 |
| 05/26/2004 | CHM | Travel from Buffalo to DC (1.5). (Note: Travel time billed at 50%.) | 0.70 |
| 05/26/2004 | AGM | Re-filing and organizing documentss (4.5). | 4.50 |
| 05/27/2004 | WFH | Research re permissible scope of rebuttal case and conferences with Messrs. Hogan and Marraro re same and research re admissibility of 1984 ECI questionnaire and conference with O'Brien & Gere witnesses (3.6). | 3.60 |
| 05/28/2004 | CHM | Conferences with consultant (1.5); conference with co-counsel re rebuttal case and review and edit brief (7.0). | 8.50 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 375.60 | 148,083.00 |

Disbursements:

| | |
|---|---|
| Ikon Office Solutions - Outside printing for trial preparation | 16,557.53 |
| Online research | 3,396.21 |
| Total disbursements | $19,953.74 |
| Total Amount of This Bill | $168,036.74 |

Page 6

|  |  |  |  |
|---|---|---|---|
| Balance Due |  |  | $168,036.74 |

## Timekeeper Summary

| Name |  | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 25.50 | $250.00 |
| Mesmer, Alexander G. | Paralegal | 23.00 | $145.00 |
| Marraro, Christopher H. | Partner | 156.60 | $475.00 |
| Williams, Michael L. | Associate | 4.30 | $250.00 |
| Bynum, Natasha A. | Legal Clerk | 0.90 | $110.00 |
| Hughes, William F. | Counsel | 165.30 | $380.00 |


Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

Phone 202.204.1000
Fax 202.204.1001

August 10, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Invoice#    1978

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 05/03/2004 | NAB | Create Chart of CTEH Employees' hourly rate and e-mail same to Mr. Marraro (1.2); locate and e-mail requested documents to Mr. Marraro (.9); review and analyze document to be integrated into existing case files (2.1); prepare requested documents to send via FedEx to Mr. Marraro in New Jersey (1.1). | 5.30 |
| 05/03/2004 | CHM | Travel to New Jersey for hearing (2.1).  (Note:  Travel time billed at 50%; 1.8 here and 40% at end of statement). | 1.80 |
| 05/03/2004 | CHM | Prepare for oral argument on fee petition (7.5). | 7.50 |
| 05/03/2004 | ACZ | Research of case law re statutory interpretation for Mr. Marraro and email re same to Messrs. Marraro and Agnello (1.6). | 1.60 |
| 05/04/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (1.2); review and analyze document to be integrated into existing case files (6.3). | 7.50 |
| 05/04/2004 | CHM | Prepare for and attend argument on fee petition (5.5); prepare for and attend Planning Board meeting (5.0). | 10.50 |
| 05/04/2004 | ACZ | Conference with Mr. Marraro re research on statutory interpretation (.3). | 0.30 |

Page 2

| 05/05/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.7). | 0.70 |
|------------|-----|---|------|
| 05/07/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.5). | 0.50 |
| 05/10/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.3); review case logs and produce documents requested by Mr. Marraro (2.4); review and analyze document to be integrated into existing case files (3.9). | 6.60 |
| 05/10/2004 | CHM | Meeting with Special Master on various issues (6.0); work on findings of fact and conclusions of law (3.5). | 9.50 |
| 05/11/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.6); review and analyze document to be integrated into existing case files (6.9). | 7.50 |
| 05/17/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.6). | 0.60 |
| 05/18/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.6). | 0.60 |
| 05/19/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.5). | 0.50 |
| 05/20/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (1.0); review and analyze document to be integrated into existing case files (4.4). | 5.40 |
| 05/21/2004 | CHM | Conference with Mr. Agnello re various issues for findings of fact (1.5). | 1.50 |
| 05/24/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.4). | 0.40 |
| 05/27/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (0.7); review and analyze document to be integrated into existing case files (5.3). | 6.00 |
| 05/27/2004 | WFH | Conference with Mr. Zacaroli re his review of RCRA administrative orders and related research on same (.3); research related 3rd Circuit brief (1.3); analyze ICO's proposed findings on fee petition issue and follow-up research re same (.8). | 2.40 |

Page 3

| 05/27/2004 | ACZ | Conference with Mr. Hughes (0.3); research EPA RCRA Orders and other FOIA material (5.2). | 5.50 |
|---|---|---|---|
| 05/28/2004 | CHM | Began to prepare findings of fact and conclusions of law re fee petition (3.0). | 3.00 |
| 05/28/2004 | ACZ | Review documents from FOIA of EPA Regions related to RCRA (4.2); research EPA orders (1.7). | 5.90 |
| 05/31/2004 | CHM | Travel to New Jersey (1.8). (Note: travel time billed at 50%; 10% here or .2 and 40% at end of statement). | 1.60 |
| 05/31/2004 | CHM | Work on findings of fact and conclusions of law for fee petition (9.0). | 9.00 |

|  |  |  | **Amount** |
|---|---|---|---|
| Total fees | | 101.70 | 29,903.00 |

Disbursements:

| US Environmental Protection Agency - Freedom of Information Act. request | 94.07 |
|---|---|
| Ensafe - Other professionals expert for litigation support | 6,341.94 |
| Telephone | 38.09 |
| Online research | 1,689.23 |
| Federal Express | 93.95 |
| Total disbursements | $8,257.28 |
| Total Amount of This Bill | $38,160.28 |
| Less Deduction of 40% of Fees Per Agreement | $11,961.20 |
| Balance Due | $26,199.08 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 13.30 | $250.00 |
| Marraro, Christopher H. | Partner | 44.40 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 41.60 | $110.00 |
| Hughes, William F. | Counsel | 2.40 | $380.00 |





**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

August 10, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia, MD  21044

Invoice#    1979

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 05/26/2004 | WFH | Conferences with Mr. Marraro re production of documents to Cytec/Wyeth and privilege issues related to same (.4). | 0.40 |
| 05/28/2004 | AGM | Created a privilege log for C. Marraro (3.0). | 3.00 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 3.40 | 587.00 |

Disbursements:

| | |
|---|---|
| Delivery services/messengers | 26.88 |
| Total disbursements | $26.88 |
| Total Amount of This Bill | $613.88 |
| Balance Due | $613.88 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Mesmer, Alexander G. | Paralegal | 3.00 | $145.00 |
| Hughes, William F. | Counsel | 0.40 | $380.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

Wallace
King
Marraro
&
Branson

August 10, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    1980

For Professional Services Rendered in Connection with Remediation Matters

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 05/05/2004 | NAB | Review and analyze document to be integrated into existing case files (4.4). | 6.50 |

|  |  | | **Amount** |
|---|---|---|---|
| Total fees | | 6.50 | 715.00 |

Disbursements:

| | |
|---|---|
| Outside printing | 350.57 |
| Delivery services/messengers | 53.76 |
| Total disbursements | $404.33 |
| Total Amount of This Bill | $1,119.33 |
| Balance Due | $1,119.33 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Bynum, Natasha A. | Legal Clerk | 6.50 | $110.00 |

**Exhibit C**
June 2004 Fee Application

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: September 9, 2004 at 4:00 p.m. |
|  |  | Hearing Date: TBD only if necessary |

**SUMMARY COVER SHEET TO THIRTY-NINTH MONTHLY INTERIM
APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
JUNE 1, 2004 THROUGH JUNE 30, 2004**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2004 through June 30, 2004. |
| Amount of compensation sought as actual, reasonable and necessary | $77,730.96 for the period June 1, 2004 through, June 30, 2004 (80% of $97,163.70 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $29,968.45 for the period June 1, 2004 through June 30, 2004. |

This is a:    Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 100% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 100% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 100% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 100% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 100% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 100% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | 100% Paid | 100% Paid |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | 100% Paid | 100% Paid |
| 7/8/03 | 6/1/03 through | $105,028.72 | $,316.82 | 100% Paid | 100% Paid |

| | 6/30/03 | | | | |
|---|---|---|---|---|---|
| 9/3/03 | 7/1/03 through 7/31/03 | $133,158.40 | $10,206.36 | 100% Paid | 100%Paid |
| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.28 | $16,185.52 | 100% Paid | 100% Paid |
| 10/31/03 | 9/1/03 through 9/30/03 | $105,216.20 | $10,195.00 | 100% Paid | 100% Paid |
| 12/10/03 | 10/1/03 through 10/31/03 | $117,161.70 | $26,662.70 | 100% Paid | 100% Paid |
| 12/31/03 | 11/1/03 through 11/30/03 | $80,439.90 | $4,599.05 | 100% Paid | 100% Paid |
| 2/17/04 | 12/1/03 through 12/31/03 | $69,342.70 | $24,468.58 | 100% Paid | 100% Paid |
| 4/6/04 | 1/01/04 through 1/31/04 | $86,723.90 | $5,015.68 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/19/04 | 2/1/04 through 2/29/04 | $72,262.90 | $10,387.41 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/29/04 | 3/1/04 through 3/31/04 | $113,279.40 | $15,064.65 | No Objections Served on Counsel | No Objections Served on Counsel |
| 7/27/04 | 4/1/04 through 4/30/04 | $104,865.80 | $8,902.70 | No Objections Served on Counsel | No Objections Served on Counsel |
| 8/11/04 | 5/1/04 through 5/31/04 | $167,326.80 | $28,642.23 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the thirty-ninth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $475 | 102.4 | $48,640.00 |
| William Hughes | Counsel | $380 | 198.4 | $75,392.00 |
| Michael J. Henderson | Associate | $180 | 5.7 | $1,026.00 |
| Alec C. Zacaroli | Associate | $250 | 92.3 | $23,075.00 |
| Natasha A. Bynum | Legal Clerk | $110 | 30.2 | $3,322.00 |
| Mahmoude Moasser | Paralegal | $145 | 6.5 | $942.50 |
| Rebecca M. Ross | Paralegal | $130 | 5.5 | $715.00 |
| Rebecca M. Mitchell | Paralegal | $130 | 0.60 | $78.00 |

| | |
|---|---|
| Total Fees | $153,190.50 |
| Less 40% Discount for Allied | $(56,026.80) |
| Balance Due | $97,163.70 |
| Total Hours | 441.6 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copying | $3,475.63 |
| Facsimile | $114.75 |
| Online Research | $2,822.07 |
| Telephone | $369.82 |
| Federal Express | $620.96 |
| Postage | $2.22 |
| Delivery Services/Messengers | $532.16 |
| Gas for Car at Trial | $67.63 |
| Other Professionals - Consultants | $11,035.00 |
| Overtime Transportation | $41.40 |
| Tips at Hotel during Trial | $21.00 |
| Meals (Travel, clients and DC meetings) | $1,589.53 |
| Working Meals | $53.93 |
| Air Fares | $4,984.94 |
| Hotels | $2,646.57 |
| Auto Rentals | $950.34 |
| Parking at airport and on trips | $381.75 |
| Taxis | $258.75 |
|  |  |
| Total | $29,968.45 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## <u>VERIFICATION</u>

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

      1.     I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

      2.     I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

    3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 13th day of August 2004.

_____
Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

-2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 9, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WALLACE KING
## MARRARO & BRANSON PLLC'S MONTHLY FEE
## APPLICATION FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

August 13, 2004

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice#    2042

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 06/01/2004 | WFH | Review Mr. Hogan's draft brief re submittal of rebuttal case and revise same (1.7); conferences with Mr. Hogan re brief and rebuttal case (.5). | 2.20 |
| 06/02/2004 | WFH | Evaluate admissibility of 1984 NYDEC site questionnaire under hearsay exceptions and confer with Mr. Hogan re same (1.6). | 1.60 |
| 06/03/2004 | WFH | Review and edit FRE 902 certification for Tom Desiderio re admissibility of 1984 DEC questionnaire (.3); conference call with O'Brien & Gere and Mr. Hogan re potential rebuttal testimony from O&G witness (.5); review and evaluate Zotos' opposition to Grace's request to submit rebuttal case (.4); review proposed rebuttal deposition testimony and confer with Mr. Hogan re same (.5). | 1.70 |
| 06/04/2004 | CHM | Review brief filed in opposition to rebuttal case (.6); conference call with Hogan re same. (.5). | 1.10 |
| 06/07/2004 | WFH | Conference with Mr. Hogan re court's ruling concerning submission of rebuttal case (.3). | 0.30 |
| 06/07/2004 | CHM | Conference with Mr. Hogan re decision on rebuttal case and other issues (1.0). | 1.00 |

Page 2

| | | | | |
|---|---|---|---|---|
| 06/18/2004 | CHM | Review and edit findings of fact (2.5) . | | 2.50 |
| 06/21/2004 | WFH | Work on post-trial findings (.7). | | 0.70 |
| | | | | **Amount** |
| | | Total fees | 11.10 | 4,655.00 |

Disbursements:

| | |
|---|---|
| W. Hughes - Tips at Hotel during trial in Buffalo on 5/12-5/26/04 | 21.00 |
| C. Marraro - Breakfast with Mary Ellen Johns and Mr. Hughes for meeting for Grace on 5/6/04 (3 people) | 17.95 |
| B. Hughes - Lunch with Dr. Brown on 5/5/04 (2 people) | 11.20 |
| C. Marraro - Working lunch on 5/11/04 | 9.85 |
| W. Hughes - R/T Coach Air Fare to Buffalo for Pre-Ttrial Conference on 4/15/04 | 850.69 |
| W. Hughes - Hotel in Buffalo for Pre-Trial Conference on 4/15-17-04 (2 days) | 186.86 |
| W. Hughes - Parking at airport on trip to Buffalo for Pre-Trial Conference on 4/17/04 | 15.00 |
| W. Hughes - Meal (breakfast and lunch in Buffalo for trial on 5/12 (2 meals) | 43.75 |
| W. Hughes - Parking at airport on trip to Buffalo for Trial on 5/12-15/26 | 56.25 |
| W. Hughes - Hotel at trial in Buffalo on 5/12-15/04 (3 days) | 625.55 |
| C. Marraro - Taxi to Airport for trip to Buffalo on 5/14/04 | 86.25 |
| C. Marraro - Taxi to Airport for trip to Buffalo on 4/30 | 86.25 |
| C. Marraro - Dinner with K. Brown on 3/5 (2 people) | 75.98 |
| C. Marraro - Working dinner with Mr. Hughes in DC on 3/12 (2 people) | 44.08 |
| C. Marraro - Taxi to DCA airport for travel to Buffalo on 5/25 | 86.25 |
| Copying | 456.45 |
| Outside printing | 71.38 |
| Facsimile | 12.75 |
| Online research | 1,596.46 |
| Delivery services/messengers | 16.24 |
| Federal Express | 456.34 |
| Gas for Rental Car at Trial | 67.63 |
| Total disbursements | $4,894.16 |
| Total Amount of This Bill | $9,549.16 |
| Balance Due | $9,549.16 |

Page 3

## Timekeeper Summary

| Name | | Hours | Rate |
|------|------|-------|------|
| Marraro, Christopher H. | Partner | 4.60 | $475.00 |
| Hughes, William F. | Counsel | 6.50 | $380.00 |



Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

August 13, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    2043

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 06/01/2004 | CHM | Travel to New Jersey for meeting with J Agnello (1.8). (Note: Travel time billed at 50%; 10% here and 40% at end of statement). | 1.60 |
| 06/01/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (1.0) Review and analyze document to be integrated into existing case files (3.5) | 4.50 |
| 06/01/2004 | CHM | Meeting at John Agnello's office re various issues in litigation (7.0). | 7.00 |
| 06/01/2004 | ACZ | Review FOIA documents from EPA regions re RCRA orders (5.3); research EPA FOI response documents (1.9); conference with B. Hughes re same (0.5). | 7.70 |
| 06/02/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.3) Review and analyze document to be integrated into existing case files (2.0) | 2.30 |

Page 2

| 06/02/2004 | WFH | Review correspondence from ICO and Honeywell re fee petition briefing (.3); review draft proposed findings on fee petition (.9); review ICO and Honeywell briefs re entry of judgment in Riverkeeper case (.4); research primary jurisdiction and Burford abstention doctrines in connection with Third Circuit brief (4.8); review testimony and exhibits from trial record on NJDEP oversight issue (1.7). | 8.10 |
|---|---|---|---|
| 06/02/2004 | ACZ | Review FOIA documents from EPA orders and follow-up research related to same (4.5); draft file memo re same (1.1); review Honeywell stay brief (0.5). | 6.10 |
| 06/03/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.3) Review and analyze document to be integrated into existing case files (3.8) | 4.10 |
| 06/03/2004 | WFH | Additional research re primary jurisdiction, abstention and RCRA 7002(b) preclusion issues in connection with Third Circuit brief (5.4). | 5.40 |
| 06/03/2004 | ACZ | Research re conflict issues related to joint representation of associations and individual members (4.9); conference with Mr. Hughes re same (0.9). | 5.80 |
| 06/04/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.5). | 0.50 |
| 06/04/2004 | CHM | Review Honeywell and ICO filings on fees (2.5); review and edit letter to Judge re Riverkeeper, etc. (.8); review correspondence from Special Master (.8). | 4.10 |
| 06/04/2004 | ACZ | Conference with Mr. Hughes re CERCLA research issues (0.7); review information from EPA regions (4.0). | 4.70 |
| 06/07/2004 | NAB | Produce requested case documents requested by Mr. Hughes (1.1); prepare Daily Correspondence log and e-mail same to case attorneys (.9). | 2.00 |
| 06/07/2004 | WFH | Review and analyze Honeywell's proposed FOF and COL on RCRA fee petition (1.7). | 1.70 |
| 06/07/2004 | CHM | Review various document from Special Master and Honeywell (1.8); conference with Golliday re bills and other issues (2.5). | 4.30 |

| 06/07/2004 | RMM | Assemble Grace's appellate briefs for review by Mr. Hughes (.3). | 0.30 |
|---|---|---|---|
| 06/07/2004 | RMR | Legal research re 3rd Circuit case law on abstention and primary jurisdiction (2.4). | 2.40 |
| 06/08/2004 | WFH | Review and analyze Honeywell's appellate brief (7.4); conference with Mr. Zacaroli re same and assignments (.4); prepare outline of issues and arguments for reply brief (1.4); review Honeywell's revisions to proposed FOF and COL on RCRA fee petition (.4). | 9.60 |
| 06/08/2004 | ACZ | Review documents from EPA Regions 9 and 10 (2.0); conference with Mr. Hughes re imminent and substantial endangerment findings and CERCLA research (0.4). | 2.40 |
| 06/09/2004 | WFH | Factual and legal research in support of Grace's appellate brief (7.8). | 7.80 |
| 06/09/2004 | CHM | Travel to Newark, NJ for meetings with J. Agnello (1.8). (Note: Travel time billed at 50%; 10% here or 1.6 and 40% at end of statement.) | 1.60 |
| 06/09/2004 | CHM | Meeting at Agnello's office to draft various responses and notices (8.0). | 8.00 |
| 06/09/2004 | CHM | Travel from Newark, NJ to DC after meetings (2.1). (Note: travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |
| 06/09/2004 | ACZ | Conference with Mr. Hughes re same and research issues (0.7); research re standard of review of trial court factual determinations of imminent and substantial endangerment (3.9). | 4.60 |
| 06/10/2004 | NAB | Pull cases cited in Honeywell's proof brief and create binders of same for Mr. Marraro and Mr. Hughes (7.1); prepare Daily Correspondence log and e-mail same to case attorneys (.4). | 7.50 |
| 06/10/2004 | WFH | Additional analysis of RCRA "imminent and substantial endangerment" issues in connection with appellate brief (6.2). | 6.20 |
| 06/10/2004 | CHM | Various conferences with Arnold & Porter re findings of fact issues on fees (1.0). | 1.00 |

| 06/10/2004 | ACZ | Additional research re standard of review applicable to findings of imminent and substantial endangerment (1.9). | 1.90 |
|---|---|---|---|
| 06/10/2004 | RMR | Office conference with Mr. Hughes re: legal research on 3rd Circuit law regarding judicial notice and admissibility of new evidence on appeal (.9). | 0.90 |
| 06/11/2004 | WFH | Review and analyze Honeywell's motion for judicial notice and three binders of documents submitted therewith (3.4); review and distinguish cases cited by Honeywell in its judicial notice motion (2.2); research re limits on judicial notice doctrine in appellate court (3.2). | 8.80 |
| 06/11/2004 | CHM | Begin to review Honeywell brief (2.5). | 2.50 |
| 06/11/2004 | ACZ | Research re standard of review applicable to findings of imminent and substantial endangerment (1.2); draft brief language re same (2.9). | 4.10 |
| 06/14/2004 | NAB | Review and analyze document to be integrated into existing case files (3.6); prepare Daily Correspondence log and e-mail same to case attorneys (.6). | 4.20 |
| 06/14/2004 | WFH | All-day meeting with Messrs. Marraro and Agnello regarding appellate brief and opposition to motion for judicial notice (7.2); work on appellate brief (1.9); prepare summary of pertinent cases re judicial notice issue and send to Mr. Winters (.3). | 9.40 |
| 06/14/2004 | CHM | Attend meeting re technical issues in New Jersey (8.0). | 8.00 |
| 06/15/2004 | CHM | Work on scope of brief response at Agnello's office (8.). | 8.00 |
| 06/14/2004 | ACZ | Research re primary jurisdiction and deference to state actions under RCRA (2.9). | 2.90 |
| 06/15/2004 | NAB | Review and analyze document to be integrated into existing case files (4.7); Prepare Daily Correspondence log and e-mail same to case attorneys (.4) | 5.10 |

Page 5

| 06/15/2004 | WFH | Review and analyze Honeywell's motion for stay of the injunction pending appeal (3.2); review cases cited by Honeywell in its stay brief and distinguish same (2.4); research legal issues related to stay (1.6); research re excluding new evidence submitted on appeal that was not included with original stay motion (1.7); prepare outline of response to stay brief (1.3). | 10.20 |
|---|---|---|---|
| 06/15/2004 | ACZ | Research re waiver of arguments not raised in district court (4.9); conference with Mr. Hughes re same (0.5). | 5.40 |
| 06/15/2004 | RMR | Legal research on 3rd Circuit law regarding judicial notice and admissibility of new evidence on appeal (2.2). | 2.20 |
| 06/16/2004 | WFH | Conference call with Mr. Agnello re appellate brief and follow-up issues on same (2.4); begin drafting opposition to Honeywell's stay motion (6.2). | 8.60 |
| 06/16/2004 | CHM | Review cases on judical notice issues (1.0). | 1.00 |
| 06/16/2004 | ACZ | Update research on 3rd party defenses under CERCLA (1.8); review Honeywell stay brief (0.5); research re response to stay brief (2.1). | 4.40 |
| 06/16/2004 | MJH | Interoffice conference with Chris Marraro and Bill Hughes to discuss background of the litigation with Honeywell and issues pertaining to an appellate court's standard of review of a trial court determination that a site poses an imminent and substantial endangerment. (.8). | 0.80 |
| 06/17/2004 | WFH | Evaluate potential procedural argument under FRAP 8 re stay motion and research re same (3.4); identify and prepare list of new issues/evidence cited in Honeywell stay motion and transmit to Messrs. Agnello and Marraro (2.4); work on stay brief (4.0). | 9.80 |
| 06/17/2004 | CHM | Review various workplan submitted by Honeywell (1.5). | 1.50 |
| 06/17/2004 | ACZ | Research re opposition to Honeywell motion for stay (2.0); conference with Mr. Hughes re same (0.4); work on language for opposition brief (2.2). | 4.60 |
| 06/18/2004 | WFH | Work on opposition to Honeywell's motion for stay of the District Court's remedial injunction, including research and drafting (8.3). | 8.30 |

| 06/18/2004 | CHM | Work on response to stay motion (3.0); review unedited draft of judical notice (2.5). | 5.50 |
| 06/18/2004 | ACZ | Research re stay motion and work on brief language re same (3.1); research re waiver of defenses where not raised in pre-trial pleadings or before district court (0.8). | 3.90 |
| 06/18/2004 | MJH | Research to determine an appellate court's standard of review of a trial court finding of imminent and substantial endangerment (4.9). | 4.90 |
| 06/21/2004 | WFH | Work on opposition to Honeywell's motion for a stay of the District Court's remedial injunction, including research and drafting (8.8). | 8.80 |
| 06/21/2004 | CHM | Review documents re preparation for Special Master meeting (2.0); work on stay motion brief (3.5). | 5.50 |
| 06/22/2004 | WFH | Work on opposition to Honeywell's motion for a stay of the District Court's remedial injunction, including research and drafting (10.6). | 10.60 |
| 06/22/2004 | CHM | Travel to and from Newark, NJ for meeting with Special Master (3.9). (Note: travel time billed at 50%; 10% or 3.5 here and 40% at end of statement.) | 3.50 |
| 06/22/2004 | CHM | Attend Special Master meeting (8.0). | 8.00 |
| 06/23/2004 | WFH | Work on opposition to Honeywell's motion for a stay of the District Court's remedial injunction, including research and drafting (7.4); research re imminent and substantial endangerment orders and CERCLA issues for main appellate brief (3.4). | 10.80 |
| 06/23/2004 | CHM | Revise judicial notice brief (3.5); review expedited notice for time (.5). | 4.00 |
| 06/23/2004 | ACZ | Research and review case law on CERCLA preemption and waiver of arguments not raised in district court (1.3). | 1.30 |
| 06/24/2004 | WFH | Work on opposition to Honeywell's motion for a stay of the District Court's remedial injunction, including research and drafting (9.7); conferences with Mr. Zacaroli re research (.4). | 10.10 |
| 06/24/2004 | CHM | Prepare revision to opposition to stay and judicial notice (4.5). | 4.50 |

Page 7

| | | | |
|---|---|---|---|
| 06/24/2004 | ACZ | Additional research on waiver of arguments not presented to district court pursuant to Fed. R. App. Pr. 8 (2.0); conference with Mr. Hughes re same (0.5); work on brief language re same (0.3). | 2.80 |
| 06/25/2004 | WFH | Conferences with Mr. Zacaroli re research projects on stay brief and amicus issue (.6); work on opposition to Honeywell stay motion (7.0). | 7.60 |
| 06/25/2004 | CHM | Conference call with Agnello re various issues (.5). | 0.50 |
| 06/25/2004 | RMM | Assemble exhibits to ECARG motion re stay for Mr. Marraro (.3). | 0.30 |
| 06/25/2004 | ACZ | Work on brief language re stay motion (0.3); research re role of special master in implementing injunctive relief (2.1); research re standard for filing amicus brief and comparison of SSP brief to Honeywell brief (3.9); research re injunctive relief standard (1.5); conference with Mr. Hughes re stay and amicus brief (0.4). | 8.20 |
| 06/26/2004 | WFH | Revise draft of opposition to Honeywell's stay motion (3.4); conferences with Ms. Flax re brief (.3); research in connection with opposition to Honeywell's motion to expand district court record and Honeywell's violation of F.R.A.P. (3.6). | 7.30 |
| 06/27/2004 | WFH | Finalize draft of opposition to Honeywell's stay motion and circulate to Messrs. Marraro and Agnello (4.4); research re stay issue for brief (.8); research re standard for opposing motion to submit amicus brief (.4). | 5.60 |
| 06/28/2004 | WFH | Work on opposition to Honeywell's stay motion and exhibits thereto (10.2); conferences with Messrs. Marraro and Agnello re same (.8); review Superfund Project's amicus motion and brief and conference with Mr. Zacaroli re opposition to same (1.2); research re same (.4). | 12.60 |
| 06/28/2004 | MM | Office conference with Mr. Zacaroli re: research to be completed at the Library of Congress re: Comm. House Committee Reports for Section 703(a) of RCRA Meeting Report (.2); travel to and from Library of Congress re: research project (2.3). | 2.50 |

Page 8

| 06/28/2004 | ACZ | Work on comparison of arguments in Honeywell/Amicus briefs (1.6); research re role of special masters in implementation of complex injunctive relief (0.9); legislative history research for stay brief (2.1); research re corporate disclosure rules (0.8); work on brief in opposition of SSP amicus motion (3.4). | 8.80 |
|---|---|---|---|
| 06/29/2004 | WFH | Work on opposition to Honeywell's stay motion, including research and declaration (10.2); conferences with Mr. Zacaroli re Superfund Project brief (.4). | 10.60 |
| 06/29/2004 | MM | Travel to and from Library of Congress re: finalizing research project re: Comm. House Committee Reports for Section 703 (a) of RCRA Meeting Report (1.0), provide report and memorandum to Mr. Zacaroli re: review of same (.2). | 1.20 |
| 06/29/2004 | ACZ | Work on brief in opposition to SSP amicus motion (4.1); research re same (1.0). | 5.10 |
| 06/30/2004 | WFH | Work on opposition to Honeywell's stay motion and exhibits thereto, including appendix (10.6); research re Special Master issue in connection with brief (.6); conferences with Mr. Agnello re same (.6); conferences with Mr. Zacaroli re opposition to motion to accept amicus brief (.4). | 12.20 |
| 06/30/2004 | MM | Review, organize and prepare several exhibits to be filed on 7/2/04 (1.2). | 1.20 |
| 06/30/2004 | ACZ | Research for and work on brief in response to motion of SSP for leave to file amicus brief (7.6). | 7.60 |

| | | | **Amount** |
|---|---|---|---|
| | Total fees | 411.20 | 140,067.00 |

Disbursements:

| | |
|---|---|
| Sciences International, Inc. - Other professionals re NJ Chromium vs. WR Grace | 9,180.00 |
| Sciences International, Inc. - Other professionals re NJ Chromium vs WR Grace | 1,855.00 |
| C. Marraro - Dinner in New Jersey with J. Agnello, A. Nagy and K. Brown on 4/14 (4 people) | 235.75 |
| C. Marraro - Dinner in Newark with J. Agnello, A. Nagy, H. Carlilse and K. Brown on 4/5/04 (5 people) | 301.90 |
| C. Marraro - Dinner in Columbia, MD with Akos Nagy on 3/19/04 (2 people) | 97.90 |
| C. Marraro - Dinner in New York with J. Agnello and A. Nagy | 255.80 |

on  2/26/04 (3 people)

| | |
|---|---|
| C. Marraro - Dinner in Newark with J. Agnello, R. Nagy, R. Sentfleben and K. Brown on 3/10/04 (5 people) | 390.48 |
| C. Marraro - R/T Coach Air Fare to Newark on 4/12 | 607.70 |
| C. Marraro - Coach Air Fare from Newark to DC on 4/02/04 | 278.60 |
| C. Marraro - R/T Coach Air Fare to Newark on 4/4/04 | 558.70 |
| C. Marraro - R/T Coach Air Fare to Newark on 4/16/04 | 607.70 |
| C. Marraro - R/T Coach Air Fare to Newark on 4/12/04 | 583.20 |
| C. Marraro - Coach Air Fare from Newark to DC on 3/17/04 | 278.60 |
| C. Marraro - Coach Air Fare to New York on 3/17/04 | 128.35 |
| C. Marraro - Coach Air Fare from NY to DC 1/20/04 | 167.60 |
| C. Marraro - Coach Air Fare to Newark on 1/19 | 365.10 |
| C. Marraro - R/T Coach Air Fare to Newark on 2/17/04 | 558.70 |
| C. Marraro - Hotel in Newark 3/3-4/04 (1 night) | 321.57 |
| C. Marraro - Hotel in Newark on 3/10-11/04 (1 night) | 294.56 |
| C. Marraro - Hotel in Newark on 4/14-16/04 (2 nights) | 629.36 |
| C. Marraro - Hotel in Newark on 4/4-5/04 (1 night) | 288.67 |
| C. Marraro - Hotel in  Newark on 3/31-4/1 (1 night) | 300.00 |
| C. Marraro - Auto Rental in Newark 3/31-4/02/04 (2 days) | 207.59 |
| C. Marraro - Auto Rental in Newark on 5/13-15/04 (2 days) | 118.00 |
| C. Marraro - Auto Rental in Newark on 3/15-16/04 (1 day) | 179.53 |
| C. Marraro - Auto Rental in NY on 3/3-4/04 (1 day) | 104.81 |
| C. Marraro - Auto Rental in Newark on 3/10-11/04 (1 day) | 151.35 |
| C. Marraro - Auto Rental in Newark on 2/5-6/04 (1 day) | 97.88 |
| C. Marraro - Auto Rental in Newark on 2/26-27/04 (1 day) | 91.18 |
| C. Marraro - Parking in New York on 3/4/04 | 27.00 |
| C. Marraro - Parking at airport on trip to Newark on 2/23/04 | 15.00 |
| C. Marraro - Parking at airport on trip to Newark on 3/9/04 | 15.00 |
| C. Marraro - Parking at airport on trip to NY  on 3/3/04 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 3/11/04 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 3/17/04 | 15.00 |
| C. Marraro - Parking at airport on trip to Newark on 4/2/04 | 84.00 |
| C. Marraro - Parking at airport on trip to Newark on 3/31/04 | 72.00 |
| Parking  Newark Mr. Marraro  04/12/2004 | 22.50 |
| N. Bynum - Overtime transportation | 41.40 |
| Copying | 2,782.80 |
| Facsimile | 70.50 |
| Telephone | 369.82 |
| Online research | 1,034.75 |
| Delivery services/messengers | 515.92 |
| Federal Express | 164.62 |
| | |
| Total disbursements | $24,525.89 |
| | |
| Total Amount of This Bill | $164,592.89 |

| | |
|---|---|
| Less Deduction of 40% of Fees Per Agreement | $56,026.80 |
| Balance Due | $108,566.09 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 92.30 | $250.00 |
| Marraro, Christopher H. | Partner | 81.90 | $475.00 |
| Henderson, Michael J. | Associate | 5.70 | $180.00 |
| Moasser, Mahmoude | Paralegal | 4.90 | $145.00 |
| Bynum, Natasha A. | Legal Clerk | 30.20 | $110.00 |
| Mitchell, Rebecca M. | Paralegal | 0.60 | $130.00 |
| Ross, Rebecca M. | Paralegal | 5.50 | $130.00 |
| Hughes, William F. | Counsel | 190.10 | $380.00 |



Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

August 13, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#    2044

For Professional Services Rendered in Connection with Acton Matter - Matter 13

<u>Professional Services:</u>

| | | | <u>Hours</u> |
|---|---|---|---|
| 06/01/2004 | CHM | Review comments and prepare final letter to Messevage (.8). | 0.80 |
| 06/01/2004 | CHM | Travel from Newark to Boston Logan Airport for meeting meetings (2.1). (Note travel time billed at 50% or 1.00). | 1.00 |
| 06/02/2004 | CHM | All day meeting in Massachusetts with client, Cytec and Wyeth. (8.5) | 8.50 |
| 06/02/2004 | CHM | Travel from Boston, MA to DC after meetings (2.5). (Note travel time billed at 50% or 1.3). | 1.30 |
| 06/03/2004 | CHM | Review correspondence for conference call and write up notes for meeting (.8). | 0.80 |
| 06/10/2004 | CHM | Attend conference call with consultant (1.2). | 1.20 |
| 06/14/2004 | MM | Finalize the review of additional privileged documents (.4); draft memo to Mr. Marraro attaching copy of same and provide to Mr. Marraro re review (1.2). | 1.60 |
| 06/16/2004 | CHM | Conference call with consultant and client (1.0). | 1.00 |
| 06/17/2004 | CHM | Review materials from Ms. Johns (.4); prepare letter to Mr. Steinberg (.9). | 1.30 |
| | | | <u>Amount</u> |

Page 2

| | | |
|---|---|---|
| Total fees | 17.50 | 7,784.50 |

Disbursements:

| | |
|---|---|
| C. Marraro - Dinner with Ms. Duff and Mr. O'Bradovic (3 people) | 158.82 |
| Copying | 165.00 |
| Facsimile | 31.50 |
| Postage | 2.22 |
| Total disbursements | $357.54 |
| Total Amount of This Bill | $8,142.04 |
| Balance Due | $8,142.04 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 15.90 | $475.00 |
| Moasser, Mahmoude | Paralegal | 1.60 | $145.00 |


Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

August 13, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#   2045

For Professional Services Rendered in Connection with Remediation Matters

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| | | | |

| 06/01/2004 | WFH | Confer with Dr. Brown re COPR remediation issue in connection with same (1.8). | 1.80 |

| | | | **Amount** |
|---|---|---|---|
| | Total fees | 1.80 | 684.00 |

Disbursements:
| | | |
|---|---|---|
| Online research | | 190.86 |
| Total disbursements | | $190.86 |
| Total Amount of This Bill | | $874.86 |
| Balance Due | | $874.86 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Hughes, William F. | Counsel | 1.80 | $380.00 |