# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: July 6, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

### TWELFTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

Name of Applicant:   Deloitte & Touche LLP  ("Deloitte & Touche").

Authorized to Provide Professional Services to:   The above-captioned debtors and debtors-in-possession.

Date of Retention:   February 4, 2003.

Period for which Compensation and Reimbursement is Sought:   January 1, 2004 through January 31, 2004.

Amount of Compensation Sought as Actual, Reasonable and Necessary:   $34,441.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

<u>Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary:</u> $50.00

This is a:      xx monthly          _interim          _ final application.

This twelfth monthly application reflects 15 hours and $3,538 in fees in connection with the preparation of this monthly statement, in addition to Deloitte & Touche's various prior monthly statements.

91100-001\DOCS_DE:79005.1

-2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: July 6, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

### TWELFTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

### BACKGROUND

Deloitte & Touche was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This twelfth monthly application (this "Application") of Deloitte & Touche is for compensation for services rendered and reimbursement of expenses incurred in connection with Deloitte & Touche's

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

provision of customs procedures review services, compensation and benefits services and tax advisory services to the Debtors and Deloitte & Touche's preparation of various prior monthly statements and fee applications for the Debtors during the period from January 1, 2004 through January 31, 2004.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte & Touche in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought; (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, tax advisory services and the preparation of monthly statements and fee applications broken into project categories, the total hours expended and the total compensation sought; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (a) a chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

### SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nick Bubnovich | Partner- Human Capital | $625 | 2.0 | $1,250 |
| Fran Meder | Sr. Consultant- Human Capital | $285 | 5.3 | $1,511 |
| Allison Prybylo | Sr. Consultant- Human Capital | $285 | 4.0 | $1,140 |
| Darla Yager | Administrative Assistant- Human Capital | $67 | .8 | $52 |
| Michelle McGuire | Principal - Customs & International Tax | $660 | .5 | $330 |
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 20 | $8,800 |
| Robin Raley | Associate- Customs & International Tax | $230 | 10.2 | $2,346 |
| Glenn Carrington | Partner- National Tax | $600 | 1.0 | $600 |
| Bryan Collins | Partner- National Tax | $600 | 17.5 | $10,500 |
| J. Keenan | Sr. Manager- National Tax | $585 | 5 | $2,925 |
| Sarah Mahn | Manager- National Tax | $475 | 10.5 | $4,988 |

Total Fees:    $34,441
Total Hours:   76.8
Blended Rate:  $448.45

### Customs Procedures Review Services by Project Category

|  |  |  |
|---|---|---|
| Customs Audit | 20.5 | $9,130 |
| TOTAL |  | $9,130 |

### Compensation and Benefits Services by Project Category

|  |  |  |
|---|---|---|
| German Benchmarking | 7.3 | $2,761 |
| TOTAL |  | $2,761 |

### Tax Advisory Services by Project Category

|  |  |  |
|---|---|---|
| IRS Issues/Consolidated Return Tax Consulting | 34 | $19,013 |
| TOTAL |  | $19,013 |

### Monthly Statement and Fee Application Preparation

91100-001\DOCS_DE:79005.1

-5-

| | | |
|---|---|---|
| Fee Application/Billing | 15 | $3,538 |
| TOTAL | | $3,538 |

## EXPENSE SUMMARY

| | | |
|---|---|---|
| Express Mail | | $0 |
| Working Meals | | $0 |
| Telephone Calls | | $40 |
| Travel Expenses | | $10 |
| Accommodations | | $0 |
| TOTAL | | $50 |

91100-001\DOCS_DE:79005.1

-6-

Dated: MAY 26, 2004

                        DELOITTE & TOUCHE LLP

                        */s/ Tim Tuerff*

                        Tim Tuerff, Partner
                        555 West 12 Street
                        Suite 500
                        Washington, DC 20004-1207
                        Telephone:  (202) 378-5223
                        Facsimile:   (202) 661-1934

                        **Customs services providers, and tax and compensation advisors for Debtors and Debtors in Possession**

# EXHIBIT A

## EXHIBIT A

## VERIFICATION

WASHINGTON

DISTRICT OF COLUMBIA

Tim Tuerff, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b) I have personal knowledge of Deloitte & Touche's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases..

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Tim Tuerff

SWORN AND SUBSCRIBED
before me this 26th day of May, 2004.

_____
Notary Public
My Commission Expires: October 14, 2007

91100-001\DOCS_DE:79005.1

-8-

# EXHIBIT B

Invoice#:09125628 SA:WRG00012
Invoice#:09124498 SA:WRG00007
Invoice#:09124495 SA:WRG00004

## W.R. Grace & Co.
### Hours Spent by Each Person
January 1 through January 31, 2004

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 2.0 | $625 | $1,250 | $0 |
| Fran Moder | 5.3 | $285 | $1,511 | 0 |
| **Total Human Capital Services Fees** | 7.3 | | $2,761 | $0 |
| Glenn Carrington | 1.0 | $600 | $600 | $0 |
| Bryan Collins | 17.5 | $600 | $10,500 | 0 |
| J. Keenan | 5.0 | $585 | $2,925 | 0 |
| Sarah Mahn | 10.5 | $475 | $4,988 | 0 |
| **Total National Tax Services Fees** | 34 | | $19,013 | $0 |
| Michele McGuire | 0.5 | $660 | $330 | $0 |
| Melissa Stephanou | 20 | $440 | $8,800 | 40 |
| Robin Raley | - | - | - | 10 |
| **Total Customs & International Trade Fees** | 20.5 | | $9,130 | $50 |
| Darla Yager | 0.8 | $65 | $52 | $0 |
| Robin Raley | 10.2 | $230 | $2,346 | |
| Allison Prybylo | 4.0 | $285 | $1,140 | $0 |
| **Total Monthly Statement & Fee Application Preparation Fees** | 15.0 | | $3,538 | $0 |
| **TOTAL FEES DUE** | **76.8** | | **$34,441** | **$50** |

## W.R. Grace & Co.
*Daily Summary of Fees and Expenses*

Invoice#:09125826 SA:WRG00012
Invoice#:09124486 SA:WRG00007
Invoice#:09124495 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/5/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Send email to Elyse Napoli Filon regarding upcoming conference call with IRS national office concerning application of the lonely parent exception to SRLY limitations on carry back of Foreign Tax Credits. | 0.5 | 600 | $300 | |
| 1/7/2004 | MS | Customs Audit | Review of S. Ahern's e-mail re: FA | 1.5 | 440 | $660 | |
| 1/7/2004 | MS | Customs Audit | Call with S. Ahern, N. Phillips, and D. Lyons re: FA | 2 | 440 | $880 | |
| 1/8/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with IRS national office concerning application of the lonely parent exception to SRLY limitations on carry back of Foreign Tax Credits. | 1.0 | 600 | $600 | |
| 1/8/2004 | MS | Customs Audit | Review of draft letter re: FA | 1 | 440 | $440 | |
| 1/9/2004 | MS | Customs Audit | Review of e-mails and letter to Customs re: FA | 1.5 | 440 | $660 | |
| 1/9/2004 | MS | Customs Audit | Discussion of next steps regarding letter re: FA | 1.5 | 440 | $660 | |
| 1/13/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Cesar Clavero regarding status of projects and addressing practice director review for tax consulting work - quality assurance issues addressed. | 1.0 | 600 | $600 | |
| 1/14/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Meet with Elyse Napoli Filon and tax staff of W.R. Grace regarding the ability of W.R. Grace to net interest with regard to deficiencies assessed by the IRS upon audit and affirmative refund claims against the IRS. Conference call with Sara Mahn regarding same. | 5.0 | 600 | $3,000 | |
| 1/14/2004 | MS | Customs Audit | Call with Grace team re D. Lyon's transition out of group | 2 | 440 | $880 | |
| 1/14/2004 | MS | Customs Audit | Conference call services | | | | $11 |
| 1/14/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Conference call with Bryan Collins regarding the ability of W.R. Grace to net interest with regard to deficiencies assessed by the IRS upon audit and affirmative refund claims against the IRS. | 1.5 | 475 | $713 | |
| 1/15/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Research ability of W.R. Grace to net interest with regard to deficiencies assessed by the IRS upon audit and affirmative refund claims against the IRS. Send email regarding the conditions under which interest netting is possible. | 1.0 | 475 | $475 | |

## W.R. Grace & Co.
*Daily Summary of Fees and Expenses*

Invoice#:09125628 SA:WRG00012
Invoice#:09124498 SA:WRG00007
Invoice#:09124495 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/16/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review research regarding ability of W.R. Grace to net interest with regard to deficiencies assessed by the IRS upon audit and affirmative refund claims against the IRS. | 1.0 | 600 | $600 | |
| 1/16/2004 | FM | German Compensation Benchmarking | Conference call with Mike Piergrossi, Christoph Joos from Deloitte's Munich office, and Nick Bubnovich to discuss compensation benchmarking for W.R. Grace's top five executives in Germany | 1 | 285 | $285 | |
| 1/16/2004 | FM | German Compensation Benchmarking | Sent follow-up email to Christoph Joos to recap our conference call with Mike Piergrossi and to confirm the compensation data Mike Piergrossi requested | 0.3 | 285 | $86 | |
| 1/16/20004 | GC | IRS Issues/Consolidated Return Tax Consulting | Review research regarding ability of W.R. Grace to net interest with regard to deficiencies assessed by the IRS upon audit and affirmative refund claims against the IRS. | 0.5 | 600 | $300 | |
| 1/16/2004 | MS | Customs Audit | Call with S. Ahern and N. Phillips re: Customs reaction to letter re: FA | 1.5 | 440 | $660 | |
| 1/16/2004 | NB | German Compensation Benchmarking | Conference call with Mike Piergrossi, Christoph Joos from Deloitte's Munich office, and Fran Meder to discuss compensation benchmarking for W.R. Grace's top five executives in Germany | 1 | 625 | $625 | |
| 1/19/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Sara Mahn and John Keenan regarding ability of W.R. Grace to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending. | 1.0 | 600 | $600 | |
| 1/19/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Research regarding ability of W.R. Grace to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending. | 2.0 | 600 | $1,200 | |
| 1/19/2004 | GC | IRS Issues/Consolidated Return Tax Consulting | Meet with Sara Mahn regarding procedures to follow when requesting a private letter ruling from the IRS regarding an issue similar to that in a previous return. | 0.5 | 600 | $300 | |
| 1/19/2004 | JK | IRS Issues/Consolidated Return Tax Consulting | Conference call with Bryan Collins and Sara Mahn regarding ability of W.R. Grace to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending. | 1 | 585 | $585 | |
| 1/19/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Meet with Glenn Carrington regarding procedures to follow when requesting a private letter ruling from the IRS regarding an issue similar to that in a previous return. | 0.5 | 475 | $238 | |
| 1/19/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Conference call with Bryan Collins and John Keenan regarding ability of W.R. Grace to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending. | 1.0 | 475 | $475 | |

## W.R. Grace & Co.
*Daily Summary of Fees and Expenses*

Invoice#:09125626 SA:WRG00012
Invoice#:09124498 SA:WRG00007
Invoice#:09124495 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/20/2004 | JK | IRS Issues/Consolidated Return Tax Consulting | Call with Sarah Mahn regarding possible way to have IRS forgo collection while refund claim pending. | 1 | 585 | $585 | |
| 1/20/2004 | MM | Customs Audit | Discussed customs letter regarding FA with M. Stephanou | 0.5 | 660 | $330 | |
| 1/20/2004 | MS | Customs Audit | Discussion with Grace Team on audit | 2 | 440 | $880 | |
| 1/20/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Research ability of W.R. Grace to net interest with regard to deficiencies assessed by the IRS upon audit and affirmative refund claims against the IRS. | 0.5 | 475 | $238 | |
| 1/21/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with John Keenan, Sara Mahn, and Elyse Napoli Filon regarding ability of W.R. Grace to to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending and related interest netting, additional revisions needed for the submission of report to IRS agent regarding carry back of Foreign Tax Credits and related lonely parent exception to SRLY rules, and the ability of W.R. Grace to obtain a private letter ruling from the IRS regarding the lonely parent exception to the SRLY rules. | 1.5 | 600 | $900 | |
| 1/21/2004 | JK | IRS Issues/Consolidated Return Tax Consulting | Conference call with Bryan Collins, Sara Mahn, and Elyse Napoli Filon regarding ability of W.R. Grace to to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending and related interest netting, additional revisions needed for the submission of report to IRS agent regarding carry back of Foreign Tax Credits and related lonely parent exception to SRLY rules, and the ability of W.R. Grace to obtain a private letter ruling from the IRS regarding the lonely parent exception to the SRLY rules. | 1.5 | 585 | $878 | |
| 1/21/2004 | MS | Customs Audit | Call with Grace Team re audit | 1 | 440 | $440 | |
| 1/21/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Conference call with Bryan Collins, John Keenan, and Elyse Napoli Filon regarding ability of W.R. Grace to to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending and related interest netting, additional revisions needed for the submission of report to IRS agent regarding carry back of Foreign Tax Credits and related lonely parent exception to SRLY rules, and the ability of W.R. Grace to obtain | 1.5 | 475 | $713 | |
| 1/21/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Research ability of W.R. Grace to obtain a private letter ruling from the IRS regarding an issue that is similar to an issue in a prior return. | 0.5 | 475 | $238 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice#:09125626 SA:WRG00012
Invoice#:09124498 SA:WRG00007
Invoice#:09124495 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/22/2004 | AP | Fee Application/Billing | Spoke with Tony Scoles regarding billing and then followed up with Nick Bubnovich and Jana Zels. | 1 | 285 | $285 | |
| 1/22/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Meet with Sara Mahn and review fourth revisions to submission for IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. Conference call with Sara Mahn and John Keenan regarding ability of W.R. Grace to obtain a private letter ruling on an issue similar to an issue in a prior return. | 0.5 | 600 | $300 | |
| 1/22/2004 | DY | Fee Application/Billing | Amended an invoice per Allison Prybylo's request. | 0.5 | 65 | $33 | |
| 1/22/2004 | FM | German Compensation Benchmarking | Spoke with Christoph Joos regarding status of his benchmarking | 0.5 | 285 | $143 | |
| 1/22/2004 | JK | IRS Issues/Consolidated Return Tax Consulting | Research and conference call with Bryan Collins and Sara Mahn regarding ability of W.R. Grace to obtain a private letter ruling on an issue similar to an issue in a prior return. | 1 | 585 | $585 | |
| 1/22/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Make fourth revisions to submission for IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules, and meet with Bryan Collins regarding same. | 1.0 | 475 | $475 | |
| 1/23/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review fifth revisions to submission for IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. Make additional revisions. | 2.0 | 600 | $1,200 | |
| 1/23/2004 | DY | Fee Application/Billing | Made changes to the amended invoice regarding billing group per Allison Prybylo's request. | 0.3 | 65 | $20 | |
| 1/23/2004 | MS | Customs Audit | Conference call services | | | | $9 |
| 1/23/2004 | MS | Customs Audit | Call with Grace Team re audit | 1 | 440 | $440 | |
| 1/23/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Make fifth revisions to submission for IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. | 0.5 | 475 | $238 | |
| 1/29/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Sara Mahn and Elyse Napoli Filon regarding the submission for the IRS agent regarding carry back of Foreign Tax Credits and related lonely parent exception to the SRLY rules, and the ability of W.R. Grace to obtain a private letter ruling on an issue similar to an issue in a previously filed return. | 2.0 | 600 | $1,200 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125626 SA:WRG00012
Invoice#:09124498 SA:WRG00007
Invoice#:09124495 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/26/2004 | JK | IRS Issues/Consolidated Return Tax Consulting | Research regarding ability of W.R. Grace to defer payment of deficiencies assessed by the IRS while affirmative claim for refund is pending. | 0.5 | 585 | $293 | |
| 1/26/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Review latest draft of submission for IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. | 0.5 | 475 | $238 | |
| 1/26/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Conference call with Bryan Collins and Elyse Napoli Filon regarding the submission for the IRS agent regarding carry back of Foreign Tax Credits and related lonely parent exception to the SRLY rules, and the ability of W.R. Grace to obtain a private letter ruling on an issue similar to an issue in a previously filed return. | 2.0 | 475 | $950 | |
| 1/27/2004 | FM | German Compensation Benchmarking | Reviewed the German compensation data compiled by Christoph Joos' for W.R. Grace's five executive positions and prepared an email to Christoph which outlined our follow-up questions regarding the data he had compiled | 1 | 285 | $285 | |
| 1/27/2004 | MS | Customs Audit | Discussions with Nasos regarding status of FA | 1 | 440 | $440 | |
| 1/27/2004 | MS | Customs Audit | Discussion with R. Raley on billing procedures | 0.5 | 440 | $220 | |
| 1/28/2004 | FM | German Compensation Benchmarking | Spoke with Christoph Joos to discuss the answers to our follow-up questions regarding the compensation data and drafted a memo to Mike Piergrossi which summarized the benchmark results and data collection process | 2.5 | 285 | $713 | |
| 1/28/2004 | MS | Customs Audit | Review of FedEx prior disclosure letter | 1 | 440 | $440 | |
| 1/28/2004 | MS | Customs Audit | Discussion with Rick re FedEx prior disclosure letter | 0.5 | 440 | $220 | |
| 1/28/2004 | RR | Customs Audit | Taxi from office to home. Late night working on W.R. Grace Billing. | | | | $10 |
| 1/28/2004 | RR | Fee Application/Billing | Filling out billing sheets to the level of detail required by the bankruptcy courts. | 5 | 230 | $1,150 | |
| 1/29/2004 | AP | Fee Application/Billing | Correspondence with Sue Halchi and Tony Scoles regarding W.R. Grace billing and next steps | 1 | 285 | $285 | |
| 1/29/2004 | MS | Customs Audit | Conference call services | | | | $21 |
| 1/29/2004 | MS | Customs Audit | Conference call re FA with Nasos, Steve, and Customs team | 1.5 | 440 | $660 | |
| 1/29/2004 | NB | German Compensation Benchmarking | Reviewed the German compensation data compiled by Christoph Joos' for W.R. Grace's five executive positions and reviewed a memo Fran Meder prepared for Mike Piergrossi which summarized the German compensation data compiled by Christoph Joos | 1 | 625 | $625 | |

## W.R. Grace & Co.
*Daily Summary of Fees and Expenses*

Invoice#:09125625 SA:WRG00012
Invoice#:09124496 SA:WRG00007
Invoice#:09124495 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/29/2004 | RR | Fee Application/Billing | Preparation of billing summaries for bankruptcy court (addition of detail, breakdown of tasks, insertion into proper format, etc.) | 4 | 230 | $920 | |
| 1/30/2004 | AP | Fee Application/Billing | Finalized W.R. Grace billing for October, November and December 2003, including incorporating other Deloitte offices times. Began writing a memo for Nick Bubnovich and Jane Zeis regarding W.R. Grace's billing procedures. | 2 | 285 | $570 | |
| 1/30/2004 | MS | Customs Audit | Review of documents for submission to Customs | 0.5 | 440 | $220 | |
| 1/30/2004 | RR | Fee Application/Billing | Inserted columns for 'project category' into spreadsheets | 0.2 | 230 | $46 | |
| 1/30/2004 | RR | Fee Application/Billing | Billing - discussion with S. Hald and T. Scoles re: billing detail summary procedures | 0.2 | 230 | $46 | |
| 1/30/2004 | RR | Fee Application/Billing | Obtaining missing expense information | 0.5 | 230 | $115 | |
| 1/30/2004 | RR | Fee Application/Billing | Filling missing expense info into spreadsheets | 0.3 | 230 | $69 | |
| | | | Totals | 78.8 | | $34,441 | $50 |