# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: July 6, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

THIRTEENTH MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

Name of Applicant: Deloitte & Touche LLP ("Deloitte & Touche").

Authorized to Provide Professional Services to: The above-captioned debtors and debtors-in-possession.

Date of Retention: February 4, 2003.

Period for which Compensation and Reimbursement is Sought: February 1, 2004 through February 29, 2004.

Amount of Compensation Sought as Actual, Reasonable and Necessary: $36,391.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

This is a:    xx monthly        _ interim        _ final application.

This thirteenth monthly application reflects 18.1 hours and $5,560 in fees in connection with the preparation of this monthly statement, in addition to Deloitte & Touche's various prior monthly statements.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: July 6, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**THIRTEENTH MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

## BACKGROUND

Deloitte & Touche was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This thirteenth monthly application (this "Application") of Deloitte & Touche is for compensation for services rendered in connection with Deloitte & Touche's provision of customs procedures review

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

services, compensation and benefits services and tax advisory services to the Debtors and Deloitte & Touche's preparation of various prior monthly statements and fee applications for the Debtors during the period from February 1, 2004 through February 29, 2004.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte & Touche in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought and (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, tax advisory services and the preparation of monthly statements and fee applications broken into project categories, the total hours expended and the total compensation sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (a) a chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

### SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nick Bubnovich | Partner- Human Capital | $625 | 1 | $625 |
| Jane Zeis | Sr. Manager- Human Capital | $500 | 1 | $500 |
| Fran Meder | Sr. Consultant- Human Capital | $285 | 7.5 | $2,137.5 |
| Allison Prybylo | Sr. Consultant- Human Capital | $285 | 3.3 | $940.5 |
| Darla Yager | Administrative Assistant | $65 | 1.3 | $85 |

91100-001\DOCS_DE:79005.1

-4-

| Name of Professional Individual | Position and Service Line | Hourly Billing Rates | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 21 | $9,240 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $340 | 6.0 | $2,040 |
| Robin Raley | Associate - Customs & International Tax | $230 | 5.5 | $1,265 |
| Tim Tuerff | Partner - National Tax | $600 | .5 | $300 |
| Bryan Collins | Partner - National Tax | $600 | 14.5 | $8,700 |
| J. Keenan | Sr. Manager - National Tax | $515 | .7 | $360.5 |
| John Covington | Sr. Manager - National Tax | $515 | 11.5 | $5,922.5 |
| Sarah Mahn | Manager - National Tax | $475 | 9 | $4,275 |

Total Fees:    $36,391
Total Hours:   82.8
Blended Rate:  $439.50

## Customs Procedures Review Services by Project Category

|  |  |  |
|---|---|---|
| Customs Audit | 22.0 | $9,080 |
|  |  |  |
| TOTAL |  | $9,080 |

## Compensation and Benefits Services by Project Category

|  |  |  |
|---|---|---|
| International Compensation Benchmarking | 6.5 | $2,193 |
|  |  |  |
| TOTAL |  | $2,193 |

## Tax Advisory Services by Project Category

|  |  |  |
|---|---|---|
| IRS Issues/Consolidated Return Tax Consulting | 36.2 | $19,558 |
|  |  |  |
| TOTAL |  | $19,558 |

## Monthly Statement and Fee Application Preparation

|  |  |  |
|---|---|---|
| Fee Application/Billing | 18.1 | $5,560 |

91100-001\DOCS_DE:79005.1

-5-

| TOTAL | | | $5,560 |
|---|---|---|---|

Dated: _MAY 26_, 2004

                    DELOITTE & TOUCHE LLP

                    */s/ Tim Tuerff*

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone: (202) 378-5223
Facsimile:  (202) 661-1934

Customs services providers, and tax and compensation
advisors for Debtors and Debtors in Possession

# EXHIBIT A

## EXHIBIT A

## VERIFICATION

WASHINGTON              :

DISTRICT OF COLUMBIA    :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a)  I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b)  I have personal knowledge of Deloitte & Touche's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Tim Tuerff

SWORN AND SUBSCRIBED
before me this 26th day of May, 2004.

_____
Notary Public
My Commission Expires: October 14, 2007

91100-001\DOCS_DE:79005.1

-8-

# EXHIBIT B

Invoice#:09125627 SA:WRG00012
Invoice#:09124499 SA:WRG00007
Invoice#:09124496 SA:WRG00004

**W.R. Grace & Co.**
**Hours Spent by Each Person**
February 1 through February 29, 2004

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 1 | $625 | $625 | $0 |
| Fran Meder | 5.5 | $285 | $1,568 | $0 |
| **Total Human Capital Services Fees** | 6.5 | | $2,193 | $0 |
| Melissa Stephanou | 16 | $440 | $7,040 | $0 |
| Matthew Frank | 6.0 | $340 | $2,040 | $0 |
| **Total Customs & International Services Fees** | 22.0 | | $9,080 | $0 |
| Tim Tuerff | 0.5 | $600 | $300 | $0 |
| Bryan Collins | 14.5 | $600 | $8,700 | $0 |
| J. Keenan | 0.7 | $515 | $361 | $0 |
| John Covington | 11.5 | $515 | $5,923 | $0 |
| Sarah Mahn | 9.0 | $475 | $4,275 | $0 |
| **Total National Tax Services Fees** | 36.2 | | $19,558 | $0 |
| Jane Zels | 1.0 | $500 | $500 | |
| Melissa Stephanou | 5.0 | $440 | $2,200 | $0 |
| Fran Meder | 2 | $285 | $570 | $0 |
| Allison Prybylo | 3.3 | $285 | $941 | $0 |
| Robin Raley | 5.5 | $230 | $1,265 | $0 |
| Darla Yager | 1.3 | $65 | $85 | $0 |
| **Total Monthly Statement & Fee Application Preparation Fees** | 18.1 | | $5,560.0 | $0 |
| **TOTAL FEES DUE** | **82.8** | | **$36,391** | **$0** |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125627 SA:WRG00012
Invoice#:09124499 SA:WRG00007
Invoice#:09124498 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 2/2/2004 | AP | Fee Application/Billing | Finalized the July, August and September Bills and sent to Melissa and Tim Tuerff to have them finalize their time and send me any other information necessary | 2.0 | 285 | $570 | |
| 2/2/2004 | MS | Customs Audit | Drafted email to FA team re: checklist, best practice, and department responsibilities | 2.0 | 440 | $880 | |
| 2/3/2004 | RR | Fee Application/Billing | Revised detailed billing summaries, per Allison Prybylo's email. | 0.5 | 230 | $115 | |
| 2/4/2004 | MS | Customs Audit | Conference call with N. Phillips, Steve, customs team, and US Customs re: FA | 3.5 | 440 | $1,540 | |
| 2/5/2004 | MS | Customs Audit | Call regarding FA with N. Phillips, S. Ahern, and Customs team | 2.0 | 440 | $880 | |
| 2/6/2004 | AP | Fee Application/Billing | Finalized the bills (e.g., made changes per Tim's Tuerff's late request for additional people to be added to the July Bill) and sent to Sue Halchi to begin preparing the fee applications | 0.8 | 285 | $228 | |
| 2/6/2004 | MS | Customs Audit | Review of e-mails re: FA | 0.5 | 440 | $220 | |
| 2/6/2004 | MS | Customs Audit | Status call to N. Phillips re: FA | 0.5 | 440 | $220 | |
| 2/9/2004 | DY | Fee Application/Billing | Amended Invoice | 0.3 | 65 | $20 | |
| 2/11/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon regarding a ruling request with respect to the lonely parent exception to the SRLY rules and review related private letter rulings. | 2 | 600 | $1,200 | |
| 2/11/2004 | DY | Fee Application/Billing | Reinvoiced from billing group - 3 invoices | 0.3 | 65 | $20 | |
| 2/11/2004 | FM | International Compensation Benchmarking | Met with Nick Bubnovich to address Mike Piergrossi's concerns regarding the German compensation data compiled by Christoph Joos | 0.8 | 285 | $228 | |
| 2/11/2004 | NB | International Compensation Benchmarking | Met with Fran Meder to review the German compensation data compiled by Christoph Joos | 0.8 | 625 | $500 | |
| 2/11/2004 | NB | International Compensation Benchmarking | Emailed to Mike Piergrossi to address his concerns with the data | 0.2 | 625 | $125 | |
| 2/13/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon, Carol Finke, and Sara Mahn regarding a ruling request with respect to the lonely parent exception to the SRLY rules. | 2 | 600 | $1,200 | |
| 2/13/2004 | FM | International Compensation Benchmarking | Sent out emails to our colleagues in Singapore and the UK regarding their capabilities to assist us in collecting competitive compensation data for two HR positions | 0.5 | 285 | $143 | |
| 2/13/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon, Carol Finke, and Bryan Collins regarding a ruling request with respect to the lonely parent exception to the SRLY rules. | 2 | 475 | $950 | |
| 2/16/2004 | AP | Fee Application/Billing | Spoke with Sue Halchi regarding the billing Fee applications | 0.5 | 285 | $143 | |
| 2/16/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Meet with John Keenan and Sara Mahn regarding ruling request with respect to the lonely parent exception to the SRLY rules and related procedural issues including waiver of audit jurisdiction. | 1 | 600 | $600 | |
| 2/16/2004 | FM | International Compensation Benchmarking | Follow-up with our colleagues in Singapore regarding our request for compensation data on a HR position in Singapore | 0.3 | 285 | $86 | |

# W.R. Grace & Co.
## Daily Summary of Fees and Expenses

Invoice#:09125827 SA:WRG00012
Invoice#:09124499 SA:WRG00007
Invoice#:09124496 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 2/16/2004 | JC | IRS Issues/Consolidated Return Tax Consulting | Review of documents and research related to a ruling request regarding the lonely parent exception to the SRLY rules. | 2 | 515 | $1,030 | |
| 2/16/2004 | JK | IRS Issues/Consolidated Return Tax Consulting | Meet with Bryan Collins and Sara Mahn regarding ruling request with respect to the lonely parent exception to the SRLY rules and related procedural issues including waiver of audit jurisdiction. | 0.7 | 515 | $361 | |
| 2/16/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Meet with Bryan Collins and John Keenan regarding ruling request with respect to the lonely parent exception to the SRLY rules and related procedural issues including waiver of audit jurisdiction. | 1 | 475 | $475 | |
| 2/17/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review research relating to a ruling request regarding the lonely parent exception to the SRLY rules. | 1 | 600 | $600 | |
| 2/17/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon, Carol Finke, Dave Friedel, and Sara Mahn regarding a ruling request regarding the lonely parent exception to the SRLY rules. Discuss related research. | 2 | 600 | $1,200 | |
| 2/17/2004 | FM | International Compensation Benchmarking | Emailed follow-up questions to Singapore's response regarding compensation for a HR Director in Singapore and emailed follow-up questions to the UK regarding compensation data for a VP of HR in the UK | 0.8 | 285 | $228 | |
| 2/17/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon, Carol Finke, Dave Friedel, and Bryan Collins regarding a ruling request regarding the lonely parent exception to the SRLY rules. Discuss related research. | 2 | 475 | $950 | |
| 2/18/2004 | FM | International Compensation Benchmarking | Started drafting email to Mike Piergrossi regarding the UK competitive data and sent a follow-up email to Singapore requesting a response to our queries | 0.5 | 285 | $143 | |
| 2/18/2004 | MS | Customs Audit | Review of FA documents for submission to US Customs | 2.5 | 440 | $1,100 | |
| 2/19/2004 | FM | International Compensation Benchmarking | Finished drafting an email to Mike Piergrossi which summarized the competitive compensation data for the UK HR position and sent a follow-up email to Singapore and the UK with additional questions we had regarding the data | 0.8 | 285 | $228 | |
| 2/19/2004 | JZ | Fee Application/Billing | Review billing summaries for Nick Bubnovich | 1 | 500 | $500 | |
| 2/20/2004 | MS | Customs Audit | Review of documents FA documents | 2.0 | 440 | $880 | |
| 2/20/2004 | MS | Customs Audit | Call with N. Phillips, S. Ahern, customs team and US Customs re: FA | 3.0 | 440 | $1,320 | |
| 2/20/2004 | TT | IRS Issues/Consolidated Return Tax Consulting | Telcon with Rick Miranda and Canadian practice to discuss Canadian financing and Canadian tax reporting. | 0.5 | 600 | $300 | |
| 2/23/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review research relating to a ruling request regarding the lonely parent exception to the SRLY rules including related private rulings. | 1 | 600 | $600 | |
| 2/23/2004 | MF | Customs Audit | Review/analysis of FOIA data for FA period (9/1/02-8/31/03) | 2.0 | 340 | $680 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125627 SA:WRG00012
Invoice#:09124499 SA:WRG00007
Invoice#:09124496 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 2/24/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review research relating to a ruling request regarding the lonely parent exception to the SRLY rules including related private rulings. | 2 | 600 | $900 | |
| 2/24/2004 | FM | International Compensation Benchmarking | Drafted email to Mike Piergrossi summarizing the compensation data for a HR Director in Singapore | 0.5 | 285 | $143 | |
| 2/24/2004 | MF | Customs Audit | Review/analysis of FOIA data for FA period (9/1/02-8/31/03) | 4.0 | 340 | $1,360 | |
| 2/25/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review timeline of action steps for a ruling request regarding the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 600 | $600 | |
| 2/25/2004 | FM | International Compensation Benchmarking | Sent an email to our colleagues in China to determine their capabilities to provide us with competitive compensation data for an HR Director responsible for Asia Pacific | 0.3 | 285 | $86 | |
| 2/25/2004 | JC | IRS Issues/Consolidated Return Tax Consulting | Review and revise timeline of action steps for a ruling request regarding the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 4 | 515 | $2,060 | |
| 2/25/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Prepare timeline of action steps for a ruling request regarding the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 3 | 475 | $1,188 | |
| 2/26/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon and Jonathan Forrest regarding the timeline of action steps for a ruling request regarding the lonely parent exception to the SRLY rules. | 2 | 600 | $1,200 | |
| 2/26/2004 | DY | Fee Application/Billing | Research member firm payment | 0.2 | 65 | $13 | |
| 2/26/2004 | FM | International Compensation Benchmarking | Sent an email to our colleagues in China regarding the compensation data we requested and revised memo to Mike Piergrossi regarding the Singapore compensation data | 1 | 285 | $285 | |
| 2/26/2004 | JC | IRS Issues/Consolidated Return Tax Consulting | Conference call with Elyse Napoli Filon and Bryan Collins regarding the timeline of action steps for a ruling request regarding the lonely parent exception to the SRLY rules. | 2 | 515 | $1,030 | |
| 2/26/2004 | MS | Fee Application/Billing | Reviewed and revised billing spreadsheet | 1.5 | 440 | $660 | |
| 2/27/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Meet with Jonathan Forrest and Sara Mahn regarding the timeline and execution of action steps for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 600 | $600 | |
| 2/27/2004 | FM | Fee Application/Billing | Prepared January and February billing spreadsheets | 2 | 285 | $570 | |
| 2/27/2004 | JC | IRS Issues/Consolidated Return Tax Consulting | Meet with Bryan Collins and Sara Mahn regarding the timeline and execution of action steps for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 515 | $515 | |
| 2/27/2004 | JC | IRS Issues/Consolidated Return Tax Consulting | Review previous research regarding a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss and determine additional research to be done. | 3 | 515 | $1,238 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125627 SA:WRG00012
Invoice#:09124499 SA:WRG00007
Invoice#:09124496 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 2/27/2004 | MS | Fee Application/Billing | Reviewed, revised, and discussed billing spreadsheet | 3.5 | 440 | $1,540 | |
| 2/27/2004 | RR | Fee Application/Billing | Revised, prepared, and printed billing detail summaries | 5.0 | 230 | $1,150 | |
| 2/27/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Meet with Bryan Collins and Jonathan Forrest regarding the timeline and execution of action steps for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 475 | $475 | |
| 2/27/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Obtain briefs from the Tax Court regarding two cases related to a ruling request with regard to the lonely parent exception to the SRLY rules. | 1 | 475 | $238 | |
| 2/29/2004 | DY | Fee Application/Billing | Prepared final letter for invoicing | 0.5 | 65 | $33 | |
| | | | **TOTALS** | **82.8** | | **$36,391** | **$0** |