# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: July 6, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**FOURTEENTH MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004**

Name of Applicant:    Deloitte & Touche LLP ("Deloitte & Touche").

Authorized to Provide Professional Services to:  The above-captioned debtors and debtors-in-possession.

Date of Retention:   February 4, 2003.

Period for which Compensation and Reimbursement is Sought:  March 1, 2004 through March 31, 2004.

Amount of Compensation Sought as Actual, Reasonable and Necessary:  $81,149.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

-1-

This is a:      xx monthly         _ interim         _ final application.

This fourteenth monthly application reflects 25.2 hours and $6,428 in fees in connection with the preparation of this monthly statement, in addition to Deloitte & Touche's various prior monthly statements.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: July 6, 2004, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**FOURTEENTH MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
<u>FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004</u>**

<u>BACKGROUND</u>

Deloitte & Touche was approved to provide customs procedures review services,

compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to

February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This fourteenth

monthly application (this "Application") of Deloitte & Touche is for compensation for services

rendered in connection with Deloitte & Touche's provision of customs procedures review

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

services, compensation and benefits services and tax advisory services to the Debtors and

Deloitte & Touche's preparation of various prior monthly statements and fee applications for the

Debtors during the period from March 1, 2004 through March 31, 2004.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by

Deloitte & Touche in this Application: (a) a table containing a summary of compensation sought

by professional, reflecting the professional's name, position, hourly billing rate, total hours billed

and total compensation sought and (b) tables containing a summary of compensation sought for

customs procedures review services, compensation and benefits services, tax advisory services

and the preparation of monthly statements and fee applications broken into project categories, the

total hours expended and the total compensation sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (a) a

chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules

reflecting the daily summary of fees sought setting forth the date the services were provided, the

professionals providing services, a description of the services, the hours expended providing the

services, the professionals' hourly billing rates, and the total fees sought.

### SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jane Zeis | Sr. Manager- Human Capital | $500 | .8 | $400 |
| Fran Meder | Sr. Consultant- Human Capital | $285 | 1.8 | $513 |
| Allison Prybylo | Sr. Consultant- Human Capital | $285 | 14 | $3,991 |
| Darla Yager | Administrative Assistant | $65 | 3 | $195 |
| Michelle McGuire | Principal - Customs & | $660 | .5 | $330 |

91100-001\DOCS_DE:79005.1

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | International Tax | | | |
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 13.3 | $5,852 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $340 | 13.5 | $4,590 |
| Robin Raley | Associate- Customs & International Tax | $230 | 10.7 | $2,461 |
| Tim Tuerff | Parnter- National Tax | $600 | .7 | $420 |
| Bryan Collins | Partner- National Tax | $600 | 18.0 | $10,800 |
| John Keenan | Sr. Manager- National Tax | $515 | 2 | $1,030 |
| John Forrest | Sr. Manager- National Tax | $515 | 47.0 | $24,205 |
| Sarah Mahn | Manager- National Tax | $475 | 55.5 | $26,363 |

Total Fees:      $81,149
Total Hours:      180.8
Blended Rate:   $448.83

### Customs Procedures Review Services by Project Category

| | | |
|---|---|---|
| Customs Audit | 27.5 | $10,335 |
| | | |
| TOTAL | | $10,335 |

### Compensation and Benefits Services by Project Category

| | | |
|---|---|---|
| Hong Kong Compensation Benchmarking | 1.8 | $513 |
| Compensation | 3.1 | $1,056 |
| TOTAL | | $1,569 |

### Tax Advisory Services by Project Category

| | | |
|---|---|---|
| IRS Issues/Consolidated Return Tax Consulting | 23.2 | $11,633 |
| Ruling Request | 100 | $51,185 |
| | | |
| TOTAL | | $62,818 |

### Monthly Statement and Fee Application Preparation

| | | |
|---|---|---|
| Fee Application/Billing | 25.2 | $6,428 |

91100-001\DOCS_DE:79005.1

-5-

| | | |
|---|---|---|
| TOTAL | | $6,428 |

Dated: *May 26*, 2004

DELOITTE & TOUCHE LLP

_(signature)_

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone:  (202) 378-5223
Facsimile:   (202) 661- 1934

Customs services providers, and tax and compensation
advisors for Debtors and Debtors in Possession

91100-001\DOCS_DE:79005.1

# EXHIBIT A

## EXHIBIT A

## VERIFICATION

WASHINGTON   :

DISTRICT OF COLUMBIA :

  Tim Tuerff, after being duly sworn according to law, deposes and says:

  a)  I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

  b)  I have personal knowledge of Deloitte & Touche's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

  c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                _____
                 Tim Tuerff

SWORN AND SUBSCRIBED
before me this 26th day of May , 2004.

_____
Notary Public
My Commission Expires: October 14, 2007

91100-001\DOCS_DE:79005.1

-8-

# EXHIBIT B

Invoice#:09125628 SA:WRG00012
Invoice#:091244500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

## W.R. Grace & Co.
## Hours Spent by Each Person
March 1 through March 31, 2004

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Jane Zeis | 0.8 | $500 | $400 | 0 |
| Fran Meder | 1.8 | $285 | $513 | 0 |
| Allison Prybylo | 2.3 | $285 | $656 | 0 |
| *Total Human Capital Services Fees* | 4.9 | | $1,569 | $0 |
| | | | | |
| Tim Tuerff | 0.7 | $600 | $420 | 0 |
| Bryan Collins | 18.0 | $600 | $10,800 | 0 |
| John Keenan | 2.0 | $515 | $1,030 | 0 |
| John Forrest | 47.0 | $515 | $24,205 | 0 |
| Sarah Mahn | 55.5 | $475 | $26,363 | 0 |
| *Total National Tax Services Fees* | 123.2 | | $62,818 | $0 |
| | | | | |
| Michele McGuire | 0.5 | $660 | $330 | 0 |
| Melissa Stephanou | 11 | $440 | $4,840 | 0 |
| Matthew Frank | 13.5 | $340 | $4,590 | 0 |
| Robin Raley | 2.5 | $230 | $575 | 0 |
| *Total Customs & International Trade Fees* | 27.5 | | $10,335 | $0 |
| | | | | |
| Melissa Stephanou | 2.3 | $440 | $1,012 | |
| Allison Prybylo | 11.7 | $285 | $3,335 | $0 |
| Robin Raley | 8.2 | $230 | $1,886 | |
| Darla Yager | 3 | $65 | $195 | 0 |
| *Total Monthly Statement & Fee Application Preparation Fees* | 25.2 | | $6,428 | $0 |
| | | | | |
| **TOTAL FEES DUE** | 180.8 | | $81,149 | $0 |

### W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125628 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/1/2004 | DY | Fee Application/Billing | Amended invoice per Allison Prybylo's request. | 0.5 | 65 | $33 | |
| 3/1/2004 | RR | Fee Application/Billing | Prepared detailed billing summaries for February custom tax group | 1 | 230 | $230 | |
| 3/1/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Perform additional research for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 1.5 | 475 | $713 | |
| 3/2/2004 | AP | Fee Application/Billing | Worked on preparing detailed billing summaries for October, November and December which included combining the other offices data. | 4 | 285 | $1,140 | |
| 3/2/2004 | FM | Hong Kong Compensation Benchmarking | Prepared email to Deloitte's Hong Kong office regarding the compensation data being so low compared to the US data. Researched the websites the Hong Kong office used for their data. | 0.8 | 285 | $228 | |
| 3/2/2004 | JF | IRS Issues/Consolidated Return Tax Consulting | Review facts of previous lonely parent issue for W.R. Grace and review additional research for ruling request for 2004 with regard to the lonely parent exception to the SRLY rules for a net operating loss. | 7 | 515 | $3,605 | |
| 3/2/2004 | MS | Fee Application/Billing | Bill reconciliation and worked on detailed summaries | 1.8 | 440 | $792 | |
| 3/2/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Review briefs from the Tax Court regarding two cases related to a ruling request with regard to the lonely parent exception to the SRLY rules. | 1 | 475 | $475 | |
| 3/3/2004 | AP | Fee Application/Billing | Worked on finalizing the detailed billing summaries. Also worked with Sue Halcti to prepare the fee applications for October, November and December. | 2 | 285 | $570 | |
| 3/3/2004 | BC | IRS Issues/Consolidated Return Tax Consulting | Review research regarding a ruling request for W.R. Grace for 2004 with regard to the lonely parent exception to the SRLY rules. | 1 | 600 | $600 | |
| 3/3/2004 | FM | Hong Kong Compensation Benchmarking | Prepared email to Scott Flicker regarding the Hong Kong compensation data and the various discussions had with the foreign office. | 0.5 | 285 | $143 | |
| 3/3/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Review briefs from the Tax Court regarding two cases related to a ruling request with regard to the lonely parent exception to the SRLY rules and perform additional related research. | 3 | 475 | $1,425 | |
| 3/4/2004 | AP | Fee Application/Billing | Finalized preparing the the fee applications and prepared a billing spreadsheet for Darla Yager to use when preparing the invoices for October, November and December. | 3.5 | 285 | $998 | |
| 3/4/2004 | JF | IRS Issues/Consolidated Return Tax Consulting | Review additional research done for a ruling request regarding the lonely parent exception to the SRLY rules. Discuss timeline with Sara Mahn. | 3 | 515 | $1,545 | |
| 3/4/2004 | RR | Fee Application/Billing | Prepared detailed billing summaries for February custom tax group | 1.5 | 230 | $345 | |
| 3/4/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Discuss timeline of ruling request regarding the lonely parent exception to the SRLY rules with Jonathan Forrest. | 0.5 | 475 | $238 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125528 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/5/2004 | FM | Hong Kong Compensation Benchmarking | Prepared email to Mike Piergrossi which included the competitive Hong Kong compensation data for the HR manager. | 0.5 | 285 | $143 | |
| 3/5/2004 | RR | Fee Application/Billing | Prepared detailed billing summaries for February custom tax group | 1 | 230 | $230 | |
| 3/5/2004 | SM | IRS Issues/Consolidated Return Tax Consulting | Research related private letter rulings with regard to a ruling request for W.R. Grace for 2004 regarding the lonely parent exception to the SRLY rules for a net operating loss. | 5.5 | 475 | $2,613 | |
| 3/5/2004 | TT | IRS Issues/Consolidated Return Tax Consulting | Office conference with Bryan Collins to discuss SRLY ruling request; telcon with Elyse Filon to discuss international planning and ruling request. | 0.7 | 600 | $420 | |
| 3/7/2004 | SM | Ruling Request | Perform additional research for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 2.5 | 475 | $1,188 | |
| 3/8/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding additional research for and execution of action steps for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 600 | $600 | |
| 3/8/2004 | DY | Fee Application/Billing | Prepared invoices for October, November and December per Allison's request. Also prepared package to send to Brian McGowan with copies of all the invoices and a letter. | 2.5 | 65 | $163 | |
| 3/8/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding additional research for and execution of action steps for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 515 | $515 | |
| 3/8/2004 | JF | Ruling Request | Meet with Sara Mahn regarding additional research already done and needed to be performed for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 0.5 | 515 | $258 | |
| 3/8/2004 | MM | Customs Audit | Held discussion re: due dates and responsiveness | 0.5 | 660 | $330 | |
| 3/8/2004 | MS | Fee Application/Billing | Review of detailed summaries | 0.5 | 440 | $220 | |
| 3/8/2004 | RR | Fee Application/Billing | Finalized Feb. billing summaries (added additional info) | 0.8 | 230 | $184 | |
| 3/8/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest regarding additional research for and execution of action steps for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 475 | $475 | |
| 3/8/2004 | SM | Ruling Request | Meet with Jonathan Forrest regarding additional research already done and needed to be performed for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 0.5 | 475 | $238 | |
| 3/8/2004 | AP | Fee Application/Billing | Reviewed the Custom & International Tax billing February summaries and combined them with the Chicago detail. | 2 | 285 | $570 | |
| 3/9/2004 | BC | Ruling Request | Conference call with Elyse Filon, Carol Finke, Jonathan Forrest, and Sara Mahn regarding allocation of additional research needed including researching private letter rulings for a ruling request regarding the lonely parent exception to the SRLY rules. | 2 | 600 | $1,200 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125828 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 3/8/2004 | JF | Ruling Request | Conference call with Elyse Filon, Carol Finke, Bryan Collins, and Sara Mahn regarding allocation of additional research needed including researching private letter rulings for a ruling request regarding the lonely parent exception to the SRLY rules. | 2 | 515 | $1,030 | |
| 3/9/2004 | JF | Ruling Request | Meet with Sara Mahn regarding additional research performed and related technical arguments for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 515 | $515 | |
| 3/9/2004 | MF | Customs Audit | Reviewed FA follow-up questions from GPC | 2 | 340 | $680 | |
| 3/9/2004 | MS | Customs Audit | Held discussion with N. Phillips re: FA | 1 | 440 | $440 | |
| 3/9/2004 | MS | Customs Audit | Prepared documents for Customs request | 2.5 | 440 | $1,100 | |
| 3/9/2004 | RR | Fee Application/Billing | Obtained review of final billing spreadsheet | 0.7 | 230 | $161 | |
| 3/9/2004 | SM | Ruling Request | Conference call with Elyse Filon, Carol Finke, Bryan Collins, and Jonathan Forrest regarding allocation of additional research needed including researching private letter rulings for a ruling request regarding the lonely parent exception to the SRLY rules. | 2 | 475 | $950 | |
| 3/9/2004 | SM | Ruling Request | Meet with Jonathan Forrest regarding additional research performed and related technical arguments for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 475 | $475 | |
| 3/9/2004 | SM | Ruling Request | Perform additional research including review of private letter rulings involving transactions qualifying under Treas. Reg. § 1.1502-75(d)(2)(ii) for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 475 | $475 | |
| 3/10/2004 | AP | Compensation | Spoke with Sonya Krawczel regarding assistance locating some benchmarking worksheets for specific individuals. | 0.5 | 285 | $143 | |
| 3/10/2004 | BO | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding status of and next action steps to perform for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 600 | $600 | |
| 3/10/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding status of and next action steps to perform for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 515 | $515 | |
| 3/10/2004 | JF | Ruling Request | Research additional private letter rulings in preparation for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 7 | 515 | $3,605 | |
| 3/10/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest regarding status of and next action steps to perform for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 475 | $475 | |
| 3/10/2004 | SM | Ruling Request | Perform additional research for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 5 | 475 | $2,375 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125628 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/11/2004 | AP | Compensation | Assisted Sonya Krawczel with another request regarding benchmarking worksheets. | 0.3 | 285 | $86 | |
| 3/11/2004 | AP | Compensation | Met with Jane Zeis to discuss the next steps on the W.R. Grace engagments upon their emergence from Bankruptcy. | 1.5 | 285 | $428 | |
| 3/11/2004 | BC | Ruling Request | Meet with Jonathan Forrest regarding status of ruling request and additional research found in preparation for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 600 | $600 | |
| 3/11/2004 | JF | Ruling Request | Meet with Bryan Collins regarding status of ruling request and additional research found preparation for a ruling request with regard to the lonely parent exception to the SRLY rules for a carryback of a net operating loss. | 1 | 515 | $515 | |
| 3/11/2004 | JF | Ruling Request | Perform additional research for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 3.5 | 515 | $1,803 | |
| 3/11/2004 | JZ | Compensation | Met with Allison Prybylo to discuss the next steps on the W.R. Grace engagments upon their emergence from Bankruptcy. | 0.8 | 500 | $400 | |
| 3/12/2004 | BC | Ruling Request | Conference call with Elyse Filon, Carol Finke, Jonathan Forrest, and Sara Mahn regarding additional research performed and related technical arguments for a ruling request regarding the lonely parent exception to the SRLY rules. | 1.5 | 600 | $900 | |
| 3/12/2004 | JF | Ruling Request | Conference call with Elyse Filon, Carol Finke, Bryan Collins, and Sara Mahn regarding additional research for a ruling request regarding the lonely parent exception to the SRLY rules. | 1.5 | 515 | $773 | |
| 3/12/2004 | JF | Ruling Request | Perform additional research for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 5.5 | 515 | $2,833 | |
| 3/12/2004 | SM | Ruling Request | Conference call with Elyse Filon, Carol Finke, Bryan Collins, and Jonathan Forrest regarding additional research for a ruling request regarding the lonely parent exception to the SRLY rules. | 1.5 | 475 | $713 | |
| 3/15/2004 | AP | Fee Application/Billing | Followed up with Sue Halcll and Robin Raley regarding expensing descriptions. | 0.2 | 285 | $57 | |
| 3/15/2004 | BC | Ruling Request | Review additional research regarding private letter rulings for transactions qualifying under Rev. Rul. 82-152 for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 1 | 600 | $600 | |
| 3/16/2004 | RR | Fee Application/Billing | Prepared activity summary letter for S. Ahern (activities from April 2003 to present) | 3 | 230 | $690 | |
| 3/17/2004 | BC | Ruling Request | Review additional research regarding private letter rulings for transactions qualifying under Treas. Reg. § 1.1502-75(d)(2)(ii) for a ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss. | 1 | 600 | $600 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125828 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/18/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding preparation of outline for drafting of ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. | 0.5 | 600 | $300 | |
| 3/18/2004 | BC | Ruling Request | Review ruling request timeline. | 0.5 | 600 | $300 | |
| 3/18/2004 | BC | Ruling Request | Meet with Jonathan Forrest regarding status of ruling request with respect to timeline and allocation of action steps. | 1 | 600 | $600 | |
| 3/18/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding preparation of outline for drafting of ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. | 0.5 | 515 | $258 | |
| 3/18/2004 | JF | Ruling Request | Meet with Bryan Collins regarding status of ruling request with respect to timeline and allocation of action steps. | 1 | 515 | $515 | |
| 3/18/2004 | MF | Customs Audit | Conf. call with GPC team (M. Stephanou, N. Phillips) to discuss open items to be addressed for | 2 | 340 | $680 | |
| 3/18/2004 | MS | Customs Audit | Held discussion with N. Phillips re: FA and project communication | 2.5 | 440 | $1,100 | |
| 3/18/2004 | RR | Fee Application/Billing | Looked up information regarding classification review | 0.2 | 230 | $46 | |
| 3/18/2004 | SM | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding preparation of outline for drafting of ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. | 0.5 | 475 | $238 | |
| 3/19/2004 | BC | Ruling Request | Meet with Jonathan Forrest to prepare and finalize outline for ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. Send finalized outline to Elyse Filon and Carol Finke. | 3 | 600 | $1,800 | |
| 3/19/2004 | JF | Ruling Request | Additional preparation of outline for ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. | 1 | 515 | $515 | |
| 3/19/2004 | JF | Ruling Request | Meet with Bryan Collins and prepare and finalize outline for ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. | 3 | 515 | $1,545 | |
| 3/19/2004 | MF | Customs Audit | Worked on follow-up items to be addressed for the FA | 1 | 340 | $340 | |
| 3/19/2004 | SM | Ruling Request | Begin preparation of outline for ruling request with regard to the lonely parent exception to the SRLY rules with respect to a net operating loss carryback. | 0.5 | 475 | $238 | |
| 3/20/2004 | MF | Customs Audit | Work on revision 9802 and US-Israel FTA sections of import manual | 4 | 340 | $1,360 | |
| 3/21/2004 | MF | Customs Audit | Revision of training section of import manual | 1.5 | 340 | $510 | |
| 3/22/2004 | BC | Ruling Request | Phone call with Elyse Filon and Carol Finke regarding waiver of audit jurisdiction for ruling request with regard to the lonely parent exception to the SRLY rules. | 1 | 600 | $600 | |
| 3/22/2004 | MF | Customs Audit | Revision of post-entry audit section of import manual | 3 | 340 | $1,020 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

Invoice#:09125828 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/23/2004 | JK | Ruling Request | Draft agreement to allow private letter ruling to be issued with respect to issues currently under audit involving application of the lonely parent exception to the SRLY rules. | 1.5 | 515 | $773 | |
| 3/23/2004 | RR | Customs Audit | Researched classification categories and drafted document indicating proper classifications for each | 2.5 | 230 | $575 | |
| 3/24/2004 | SM | Ruling Request | Review information regarding Grace's business operations, asbestos litigation, and related bankruptcy. Draft related portions of the Facts section of the ruling request regarding the lonely parent exception to the SRLY rules. | 6 | 475 | $2,850 | |
| 3/25/2004 | MS | Customs Audit | Held discussions with N. Phillips and team re: FA and revised action items | 2.5 | 440 | $1,100 | |
| 3/25/2004 | SM | Ruling Request | Draft portion of ruling request regarding issues in Grace's previous tax returns regarding the lonely parent exception to the SRLY rules. | 1.5 | 475 | $713 | |
| 3/26/2004 | BC | Ruling Request | Discuss status of Facts section of ruling request with Sara Mahn. | 0.5 | 600 | $300 | |
| 3/26/2004 | MS | Customs Audit | Provided action item documents | 2.5 | 440 | $1,100 | |
| 3/26/2004 | SM | Ruling Request | Discuss status of Facts section of ruling request with Bryan Collins. | 0.5 | 475 | $238 | |
| 3/26/2004 | SM | Ruling Request | Draft portion of ruling request involving previous transactions involving Grace. | 1.5 | 475 | $713 | |
| 3/26/2004 | SM | Ruling Request | Perform additional research regarding private letter rulings involving the lonely parent exception to the SRLY rules. | 0.5 | 475 | $238 | |
| 3/29/2004 | JK | Ruling Request | Continue to draft agreement by IRS field office to allow private letter ruling to be issued with respect to issues currently under audit involving application of the lonely parent exception to the SRLY rules. | 0.5 | 515 | $258 | |
| 3/29/2004 | SM | Ruling Request | Begin drafting legal section of the ruling request with regard to the lonely parent exception to the SRLY rules. | 6 | 475 | $2,850 | |
| 3/30/2004 | BC | Ruling Request | Conference call with Elyse Filon and Carol Finke regarding status of ruling request and related timeline. | 0.5 | 600 | $300 | |
| 3/30/2004 | JF | Ruling Request | Meet with Sara Mahn regarding current draft of ruling request and discuss additional information needed. | 1.5 | 515 | $773 | |
| 3/30/2004 | JF | Ruling Request | Review first draft of Facts section of ruling request. | 0.5 | 515 | $258 | |
| 3/30/2004 | SM | Ruling Request | Meet with Jonathan Forrest regarding current draft of ruling request and discuss additional information needed. | 1.5 | 475 | $713 | |
| 3/31/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding current status of ruling request and related additional information needed. | 1.5 | 600 | $900 | |
| 3/31/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding current status of ruling request and related additional information needed. | 1.5 | 515 | $773 | |

## W.R. Grace & Co.
### *Daily Summary of Fees and Expenses*

Invoice#:09125028 SA:WRG00012
Invoice#:09124500 SA:WRG00007
Invoice#:09124497 SA:WRG00004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/31/2004 | JF | Ruling Request | Review information regarding Grace's business operations, asbestos litigation, and related bankruptcy. Review first draft of Facts section of ruling request. | 4 | 515 | $2,060 | |
| 3/31/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest regarding current status of ruling request and related additional information needed. | 1.5 | 475 | $713 | |
| 3/31/2004 | SM | Ruling Request | Begin drafting analysis section of ruling request with regard to the lonely parent exception to the SRLY rules. | 8.5 | 475 | $4,038 | |

| | Totals | 180.8 | | $81,149 | $0 |
|---|---|---|---|---|---|