# EXHIBIT B

## Matter 42 – Travel non-working -- Expenses

| Service Description | Amount |
|---|---|
| Telephone | $57.54 |
| Local Transportation | $44.00 |
| Travel Expense | $1,732.95 |
| Airfare | $3,488.72 |
| Transportation to/from airport | $450.56 |
| Travel Meals | $203.17 |
| Car Rental | $196.52 |
| Other Travel Expenses | $196.79 |
| **Total** | **$6,370.25** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 5/24/2004 | 8.00 | Janet Baer, Travel Meal, Pittsburgh, 05/24/04, (Hearing) |
| 5/24/2004 | 27.45 | Janet Baer, Travel Meal, Pittsburgh, 05/24/04, (Hearing) |
| Total: | 1,486.25 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $656.62 |
| Fax Telephone Charge | $37.44 |
| Fax Charge | $135.75 |
| Standard Copies | $2,293.75 |
| Binding | $8.75 |
| Tabs/Indexes/Dividers | $32.60 |
| Color Copies | $354.00 |
| Scanned Images | $346.50 |
| CD-ROM Duplicates | $45.00 |
| Overnight Delivery | $209.93 |
| Outside Messenger Services | $924.48 |
| Other Court Costs and Fees | $39.00 |
| Professional Fees | $1,125.00 |
| Working Meals/K&E and Others | $319.75 |
| Library Document Procurement | $232.86 |
| Computer Database Research | $260.01 |
| Overtime Transportation | $291.00 |
| Overtime Meals | $48.00 |
| Overtime Meals - Attorney | $388.63 |
| Secretarial Overtime | $462.16 |
| Word Processing Overtime | $654.24 |
| **Total** | **$8,865.47** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 4/13/2004 | 0.59 | Telephone call to: CHICAGO,IL 312-861-3400 |
| 4/13/2004 | 319.75 | BERKELEY CATERERS, INC. - Working Meals/K&E and Others, D. Bernick, 4/13/04, Lunch, 7 |
| 4/16/2004 | 3.74 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 4/23/2004 | 15.18 | UPS Dlvry to:.,WILMINGTON,DE from:Samuel Blatnick |
| 5/04/2004 | 38.31 | James Kapp III, Telephone While Traveling, 05/04/04, (Hearing), Vzairfone |
| 5/05/2004 | 65.46 | West Publishing-TP,Database Usage  5.04 |
| 5/06/2004 | 7.86 | GELMAN LIBRARY INFORMATION SERIVCE - Library Document Procurement BREAKING THE VICIOUS CIRCLE |
| 5/11/2004 | 12.00 | Overtime Meals    Donna R Amos |
| 5/11/2004 | 143.40 | Clinton J Boyd - Initial Input |
| 5/12/2004 | 43.86 | West Publishing-TP,Database Usage  5.04 |
| 5/14/2004 | 11.50 | Fed Exp to:READ LABEL,CAMBRIDGE,MA from:MAILROOM |
| 5/16/2004 | 17.92 | Clinton J Boyd - Initial Input |
| 5/18/2004 | 18.34 | West Publishing-TP,Database Usage  5.04 |
| 5/19/2004 | 82.80 | Standard Copies |
| 5/19/2004 | 14.00 | Tabs/Indexes/Dividers |
| 5/19/2004 | 53.77 | Clinton J Boyd - Revisions |
| 5/20/2004 | 12.00 | Overtime Meals    Donna R Amos |
| 5/20/2004 | 35.85 | Clinton J Boyd - Revisions |
| 5/21/2004 | 28.20 | Standard Copies |
| 5/21/2004 | 2.10 | Tabs/Indexes/Dividers |
| 5/21/2004 | 32.11 | Fed Exp to:READ LABEL,PITTSBURGH,PA from:MAILROOM |
| 5/21/2004 | 25.00 | Library Document Procurement - University of Pennsylvania Law Review (2000). |
| 5/21/2004 | 0.59 | West Publishing-TP,Database Usage  5.04 |
| 5/21/2004 | 1.33 | West Publishing-TP,Database Usage  5.04 |
| 5/22/2004 | 0.59 | West Publishing-TP,Database Usage  5.04 |
| 5/24/2004 | 1.90 | Standard Copies |
| 5/24/2004 | 1.50 | Scanned Images |
| 5/24/2004 | 1.05 | Scanned Images |
| 5/24/2004 | 1.05 | Scanned Images |
| 5/25/2004 | 5.40 | Scanned Images |
| 5/25/2004 | 0.90 | Scanned Images |
| 5/25/2004 | 0.75 | Scanned Images |

| Date | Amount | Description |
|------|--------|-------------|
| 5/25/2004 | 0.60 | Scanned Images |
| 5/25/2004 | 0.15 | Scanned Images |
| 5/25/2004 | 5.70 | Scanned Images |
| 5/25/2004 | 0.15 | Scanned Images |
| 5/25/2004 | 1.80 | Scanned Images |
| 5/25/2004 | 8.27 | Fed Exp to:READ LABEL,PLANTATION,FL from:MAILROOM |
| 5/25/2004 | 3.75 | West Publishing-TP,Database Usage  5.04 |
| 5/25/2004 | 81.32 | West Publishing-TP,Database Usage  5.04 |
| 5/26/2004 | 0.83 | Telephone call to:  CAMBRIDGE,MA 617-498-4847 |
| 5/26/2004 | 1.17 | James Kapp III, Long Distance Service, AT&T, May 2004, 05/26/04, (Telephone Charges) |
| 5/26/2004 | 5.70 | Scanned Images |
| 5/26/2004 | 5.70 | Scanned Images |
| 5/26/2004 | 0.59 | West Publishing-TP,Database Usage  5.04 |
| 5/26/2004 | 27.26 | West Publishing-TP,Database Usage  5.04 |
| 5/27/2004 | 8.40 | Scanned Images |
| 5/27/2004 | 2.55 | Scanned Images |
| 5/27/2004 | 3.90 | Scanned Images |
| 5/27/2004 | 0.75 | Scanned Images |
| 5/27/2004 | 17.25 | Scanned Images |
| 5/27/2004 | 5.40 | Scanned Images |
| 5/27/2004 | 2.55 | Scanned Images |
| 5/27/2004 | 5.55 | Scanned Images |
| 5/27/2004 | 0.90 | Scanned Images |
| 5/27/2004 | 0.15 | Scanned Images |
| 5/27/2004 | 0.30 | Scanned Images |
| 5/27/2004 | 3.60 | Scanned Images |
| 5/27/2004 | 0.59 | West Publishing-TP,Database Usage  5.04 |
| 5/28/2004 | 1.04 | Telephone call to:  WILMINGTON,DE 302-654-7444 |
| 5/28/2004 | 0.62 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 5/28/2004 | 41.20 | Standard Copies |
| 5/28/2004 | 5.25 | Binding |
| 5/28/2004 | 0.59 | West Publishing-TP,Database Usage  5.04 |
| 5/29/2004 | 3.85 | West Publishing-TP,Database Usage  5.04 |
| 5/30/2004 | 0.59 | West Publishing-TP,Database Usage  5.04 |
| 5/31/2004 | 10.71 | VIRTUALDOCKET.COM - Computer data usage, Fee for Download of Documents |

| Date | Amount | Description |
|------|-------:|-------------|
| 5/31/2004 | 0.59 | West Publishing-TP,Database Usage  5.04 |
| 6/01/2004 | 1.45 | Telephone call to:  CAMBRIDGE,MA 617-252-6575 |
| 6/01/2004 | 1.04 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 6/01/2004 | 1.87 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 6/01/2004 | 1.04 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 6/01/2004 | 332.38 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference chgs., D. Bernick, 5/04 |
| 6/01/2004 | 8.60 | Standard Copies |
| 6/01/2004 | 9.30 | Standard Copies |
| 6/01/2004 | 10.60 | Standard Copies |
| 6/01/2004 | 2.80 | Standard Copies |
| 6/01/2004 | 2.20 | Standard Copies |
| 6/01/2004 | 2.20 | Standard Copies |
| 6/01/2004 | 1.60 | Standard Copies |
| 6/01/2004 | 11.00 | Standard Copies |
| 6/01/2004 | 0.30 | Standard Copies |
| 6/01/2004 | 2.40 | Standard Copies |
| 6/01/2004 | 14.80 | Standard Copies |
| 6/01/2004 | 1.10 | Standard Copies |
| 6/01/2004 | 0.60 | Standard Copies |
| 6/01/2004 | 6.75 | Scanned Images |
| 6/01/2004 | 12.75 | Scanned Images |
| 6/01/2004 | 13.35 | Scanned Images |
| 6/01/2004 | 4.50 | Scanned Images |
| 6/01/2004 | 2.10 | Scanned Images |
| 6/01/2004 | 10.35 | Scanned Images |
| 6/01/2004 | 0.90 | Scanned Images |
| 6/01/2004 | 0.60 | Scanned Images |
| 6/01/2004 | 0.30 | Standard Copies NY |
| 6/01/2004 | 0.15 | Standard Copies NY |
| 6/01/2004 | 14.00 | Samuel Blatnick, cabfare, Chicago, 06/01/04, (Overtime Transportation), Overtime Transportation |
| 6/01/2004 | 28.43 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 06/01/04, (Overtime Meals), Overtime Meal |
| 6/01/2004 | 27.41 | Pratibha Shenoy, Overtime Meal-Attorney, Chicago, IL, 06/01/04, (Overtime Meals) |
| 6/02/2004 | 1.25 | Telephone call to:  COLUMBIA,MD 410-531-4395 |
| 6/02/2004 | 2.49 | Telephone call to:  LB AREA,CA 310-321-5532 |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/02/2004 | 1.45 | Telephone call to:  WASHINGTON,DC 202-307-6493 |
| 6/02/2004 | 0.83 | Telephone call to:  HERNDON,VA 703-860-1594 |
| 6/02/2004 | 0.83 | Telephone call to:  E CENTRAL,FL 561-362-1300 |
| 6/02/2004 | 3.00 | Fax page charge to 503-484-1101 |
| 6/02/2004 | 1.60 | Standard Copies |
| 6/02/2004 | 23.40 | Standard Copies |
| 6/02/2004 | 0.20 | Standard Copies |
| 6/02/2004 | 1.10 | Standard Copies |
| 6/02/2004 | 15.80 | Standard Copies |
| 6/02/2004 | 0.40 | Standard Copies |
| 6/02/2004 | 0.40 | Standard Copies |
| 6/02/2004 | 11.40 | Standard Copies |
| 6/02/2004 | 20.79 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 06/02/04, (Overtime Meals), Overtime Meal |
| 6/02/2004 | 186.64 | Malayter, S - Scan cleanup; styles/format |
| 6/03/2004 | 0.62 | Telephone call to:  COLUMBIA,MD 410-531-4795 |
| 6/03/2004 | 0.62 | Telephone call to:  WILMINGTON,DE 302-984-6061 |
| 6/03/2004 | 2.08 | Telephone call to:  COLUMBIA,MD 410-531-4795 |
| 6/03/2004 | 1.25 | Telephone call to:  E CENTRAL,FL 561-362-1533 |
| 6/03/2004 | 0.62 | Telephone call to:  CARVERSVL,PA 215-297-8932 |
| 6/03/2004 | 3.33 | Telephone call to:  NEWYORKCTY,NY 212-435-3426 |
| 6/03/2004 | 0.30 | Standard Copies |
| 6/03/2004 | 12.70 | Standard Copies |
| 6/03/2004 | 11.00 | Standard Copies |
| 6/03/2004 | 3.00 | Standard Copies |
| 6/03/2004 | 2.80 | Standard Copies |
| 6/03/2004 | 0.60 | Standard Copies |
| 6/03/2004 | 2.70 | Standard Copies |
| 6/03/2004 | 1.00 | Standard Copies |
| 6/03/2004 | 1.40 | Standard Copies |
| 6/03/2004 | 0.80 | Standard Copies |
| 6/03/2004 | 3.30 | Standard Copies |
| 6/03/2004 | 2.00 | Standard Copies |
| 6/03/2004 | 5.40 | Standard Copies |
| 6/03/2004 | 0.30 | Standard Copies |
| 6/03/2004 | 0.40 | Standard Copies |
| 6/03/2004 | 0.50 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/03/2004 | 7.70 | Standard Copies |
| 6/03/2004 | 7.60 | Standard Copies |
| 6/03/2004 | 1.90 | Standard Copies |
| 6/03/2004 | 0.10 | Standard Copies |
| 6/03/2004 | 142.50 | Color Copies |
| 6/03/2004 | 0.60 | Scanned Images |
| 6/03/2004 | 14.00 | Overtime Transportation, S. Blatnick, 5/5/04 |
| 6/03/2004 | 14.10 | Overtime Transportation, S. Blatnick, 5/11/04 |
| 6/03/2004 | 7.90 | Overtime Transportation, T. Wood, 5/6/04 |
| 6/04/2004 | 2.91 | Telephone call to:  COLUMBIA,MD 410-531-4210 |
| 6/04/2004 | 4.99 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 6/04/2004 | 1.04 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 6/04/2004 | 21.20 | Standard Copies |
| 6/04/2004 | 3.30 | Standard Copies |
| 6/04/2004 | 1.70 | Standard Copies |
| 6/04/2004 | 5.00 | Standard Copies |
| 6/04/2004 | 0.60 | Standard Copies |
| 6/04/2004 | 0.10 | Standard Copies |
| 6/04/2004 | 0.10 | Standard Copies |
| 6/04/2004 | 0.20 | Standard Copies |
| 6/04/2004 | 3.50 | Binding |
| 6/04/2004 | 142.50 | Color Copies |
| 6/04/2004 | 0.15 | Scanned Images |
| 6/04/2004 | 0.90 | Scanned Images |
| 6/04/2004 | 4.35 | Scanned Images |
| 6/04/2004 | 7.50 | Scanned Images |
| 6/04/2004 | 97.76 | Sopczak, D - PowerPoint; Visio |
| 6/04/2004 | 124.43 | Harris, L - Revisions |
| 6/04/2004 | 44.44 | Sopczak, D - Revisions |
| 6/06/2004 | 8.20 | Standard Copies |
| 6/06/2004 | 0.20 | Standard Copies |
| 6/06/2004 | 6.15 | Scanned Images |
| 6/06/2004 | 0.45 | Scanned Images |
| 6/07/2004 | 1.04 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 6/07/2004 | 0.62 | Telephone call to:  COLUMBIA,MD 410-531-4789 |
| 6/07/2004 | 0.75 | Telephone call to:  PHILADELPH,PA 215-597-2995 |
| 6/07/2004 | 8.20 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 6/07/2004 | 8.30 | Standard Copies |
| 6/07/2004 | 8.30 | Standard Copies |
| 6/07/2004 | 1.40 | Standard Copies |
| 6/07/2004 | 12.80 | Standard Copies |
| 6/07/2004 | 75.80 | Standard Copies |
| 6/07/2004 | 5.40 | Tabs/Indexes/Dividers |
| 6/07/2004 | 0.30 | Scanned Images |
| 6/07/2004 | 9.30 | Scanned Images |
| 6/07/2004 | 35.85 | Audrey P Johnson - SECRETARIAL OVERTIME |
| 6/07/2004 | 17.92 | Audrey P Johnson - SECRETARIAL OVERTIME |
| 6/08/2004 | 0.83 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 6/08/2004 | 1.45 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 6/08/2004 | 2.08 | Telephone call to:  EASTERN,MA 617-790-3000 |
| 6/08/2004 | 0.62 | Telephone call to:  COLUMBUS,OH 614-466-5261 |
| 6/08/2004 | 1.87 | Telephone call to:  SANTA ANA,CA 714-834-5257 |
| 6/08/2004 | 1.50 | Fax page charge to 406-752-7124 |
| 6/08/2004 | 13.20 | Standard Copies |
| 6/08/2004 | 1.60 | Standard Copies |
| 6/08/2004 | 0.10 | Standard Copies |
| 6/08/2004 | 2.10 | Standard Copies |
| 6/08/2004 | 10.60 | Standard Copies |
| 6/08/2004 | 8.30 | Standard Copies |
| 6/08/2004 | 0.30 | Standard Copies |
| 6/08/2004 | 25.80 | Scanned Images |
| 6/08/2004 | 2.40 | Scanned Images |
| 6/08/2004 | 17.30 | Overtime Transportation, T. Wood, 4/20/04 |
| 6/08/2004 | 14.10 | Overtime Transportation, S. Blatnick, 5/10/04 |
| 6/08/2004 | 14.00 | Samuel Blatnick, cabfare, Chicago, 06/08/04, (Overtime Transportation), Overtime Transportation |
| 6/08/2004 | 25.44 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 06/08/04, (Overtime Meals), Overtime Meal |
| 6/08/2004 | 35.85 | Audrey P Johnson - secretarial overtime |
| 6/09/2004 | 1.87 | Telephone call to:  SE PART,FL 954-590-3454 |
| 6/09/2004 | 1.66 | Telephone call to:  EASTERN,MD 410-336-1276 |
| 6/09/2004 | 4.57 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 6/09/2004 | 6.86 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 6/09/2004 | 0.60 | Standard Copies |

| Date | Amount | Description |
|------|-------|-------------|
| 6/09/2004 | 3.40 | Standard Copies |
| 6/09/2004 | 21.60 | Standard Copies |
| 6/09/2004 | 3.00 | Standard Copies |
| 6/09/2004 | 0.80 | Standard Copies |
| 6/09/2004 | 2.40 | Standard Copies |
| 6/09/2004 | 0.90 | Standard Copies |
| 6/09/2004 | 4.60 | Standard Copies |
| 6/09/2004 | 0.30 | Standard Copies |
| 6/09/2004 | 0.60 | Standard Copies |
| 6/09/2004 | 3.00 | Standard Copies |
| 6/09/2004 | 2.10 | Standard Copies |
| 6/09/2004 | 10.60 | Standard Copies |
| 6/09/2004 | 8.30 | Standard Copies |
| 6/09/2004 | 2.50 | Standard Copies |
| 6/09/2004 | 3.10 | Standard Copies |
| 6/09/2004 | 2.50 | Standard Copies |
| 6/09/2004 | 2.00 | Standard Copies |
| 6/09/2004 | 2.60 | Standard Copies |
| 6/09/2004 | 4.70 | Standard Copies |
| 6/09/2004 | 4.00 | Standard Copies |
| 6/09/2004 | 4.00 | Standard Copies |
| 6/09/2004 | 3.10 | Standard Copies |
| 6/09/2004 | 0.40 | Standard Copies |
| 6/09/2004 | 2.60 | Standard Copies |
| 6/09/2004 | 2.20 | Standard Copies |
| 6/09/2004 | 1.80 | Standard Copies |
| 6/09/2004 | 2.70 | Standard Copies |
| 6/09/2004 | 2.30 | Standard Copies |
| 6/09/2004 | 2.40 | Standard Copies |
| 6/09/2004 | 2.00 | Standard Copies |
| 6/09/2004 | 2.00 | Standard Copies |
| 6/09/2004 | 1.40 | Standard Copies |
| 6/09/2004 | 4.00 | Standard Copies |
| 6/09/2004 | 553.80 | Standard Copies |
| 6/09/2004 | 14.70 | Standard Copies |
| 6/09/2004 | 8.10 | Tabs/Indexes/Dividers |
| 6/09/2004 | 3.00 | Tabs/Indexes/Dividers |

| Date | Amount | Description |
|------|--------|-------------|
| 6/09/2004 | 0.15 | Scanned Images |
| 6/09/2004 | 4.50 | Scanned Images |
| 6/09/2004 | 3.45 | Scanned Images |
| 6/09/2004 | 8.25 | Scanned Images |
| 6/09/2004 | 45.00 | CD-ROM Duplicates |
| 6/09/2004 | 2.10 | Standard Copies NY |
| 6/09/2004 | 9.43 | Fed Exp to:READ LABEL,WASHINGTON,DC from:MAILROOM |
| 6/09/2004 | 6.00 | Jonathan Friedland, cabfare, Chicago, IL, 06/09/04, (Overtime Transportation), cab to train |
| 6/09/2004 | 12.00 | Overtime Meals    Donna R Amos |
| 6/09/2004 | 25.00 | Jonathan Friedland, Overtime Meal-Attorney, Chicago, IL, 06/09/04, (Overtime Meals), Dinner |
| 6/09/2004 | 35.85 | Audrey P Johnson - secretarial overtime |
| 6/09/2004 | 71.70 | Audrey P Johnson - secretarial overtime |
| 6/10/2004 | 2.70 | Telephone call to:  CAMBRIDGE,MA 617-498-4399 |
| 6/10/2004 | 0.62 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 6/10/2004 | 0.62 | Telephone call to:  COLUMBIA,MD 410-531-4075 |
| 6/10/2004 | 2.08 | Telephone call to:  STATE OF,DE 302-584-4175 |
| 6/10/2004 | 0.30 | Standard Copies |
| 6/10/2004 | 4.90 | Standard Copies |
| 6/10/2004 | 0.30 | Standard Copies |
| 6/10/2004 | 3.80 | Standard Copies |
| 6/10/2004 | 0.20 | Standard Copies |
| 6/10/2004 | 11.80 | Standard Copies |
| 6/10/2004 | 7.30 | Standard Copies |
| 6/10/2004 | 0.45 | Scanned Images |
| 6/10/2004 | 64.50 | Scanned Images |
| 6/10/2004 | 19.80 | Scanned Images |
| 6/10/2004 | 22.35 | Scanned Images |
| 6/10/2004 | 22.35 | Scanned Images |
| 6/10/2004 | 4.50 | Standard Copies NY |
| 6/10/2004 | 1.50 | Standard Copies NY |
| 6/10/2004 | 1.35 | Standard Copies NY |
| 6/10/2004 | 47.25 | Comet Messenger Services to: |
| 6/10/2004 | 39.00 | STATE COURT OF BIBB COUNTY, MACON, GA - Other Court Costs and Fees, Acquire Court records from Civil Action 45273 filed July 1998, Kirkland v Norolk Southern |

B-11

| Date | Amount | Description |
|------|--------|-------------|
| 6/10/2004 | 15.00 | Samuel Blatnick, cabfare, Chicago, 06/10/04, (Overtime Transportation), Overtime Transportation |
| 6/10/2004 | 12.00 | Overtime Meals    Donna R Amos |
| 6/10/2004 | 24.95 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 06/10/04, (Overtime Meals), Overtime Meal |
| 6/10/2004 | 17.92 | Audrey P Johnson - secretarial overtime |
| 6/10/2004 | 35.85 | Audrey P Johnson - secretarial overtime |
| 6/10/2004 | 71.70 | Audrey P Johnson - secretarial overtime |
| 6/11/2004 | 0.62 | Telephone call to:  WILMINGTON,DE 302-652-4100 |
| 6/11/2004 | 1.45 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 6/11/2004 | 0.62 | Telephone call to:  COLUMBIA,MD 410-531-4191 |
| 6/11/2004 | 0.62 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 6/11/2004 | 2.29 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 6/11/2004 | 0.60 | Standard Copies |
| 6/11/2004 | 0.30 | Standard Copies |
| 6/11/2004 | 1.10 | Standard Copies |
| 6/11/2004 | 4.70 | Standard Copies |
| 6/11/2004 | 15.60 | Standard Copies |
| 6/11/2004 | 0.30 | Standard Copies |
| 6/11/2004 | 0.10 | Standard Copies |
| 6/11/2004 | 1.00 | Standard Copies |
| 6/11/2004 | 5.10 | Standard Copies |
| 6/11/2004 | 5.10 | Standard Copies |
| 6/11/2004 | 0.60 | Standard Copies |
| 6/11/2004 | 2.20 | Standard Copies |
| 6/11/2004 | 1.80 | Standard Copies |
| 6/11/2004 | 2.50 | Standard Copies |
| 6/11/2004 | 2.50 | Standard Copies |
| 6/11/2004 | 2.50 | Standard Copies |
| 6/11/2004 | 3.60 | Standard Copies |
| 6/11/2004 | 0.70 | Standard Copies |
| 6/11/2004 | 1.00 | Standard Copies |
| 6/11/2004 | 4.10 | Standard Copies |
| 6/11/2004 | 8.40 | Standard Copies |
| 6/11/2004 | 7.80 | Standard Copies |
| 6/11/2004 | 43.40 | Standard Copies |
| 6/11/2004 | 4.95 | Scanned Images |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/11/2004 | 4.80 | Scanned Images |
| 6/11/2004 | 4.80 | Standard Copies NY |
| 6/11/2004 | 47.25 | Comet Messenger Services to:  FRIEDLAND |
| 6/11/2004 | 39.20 | Comet Messenger Services to:  SPRAYREGAN |
| 6/11/2004 | 47.25 | Comet Messenger Services to:  FREIDLAND |
| 6/11/2004 | 35.85 | Audrey P Johnson - secretarial overtime |
| 6/11/2004 | 35.85 | Audrey P Johnson - secretarial overtime |
| 6/11/2004 | 8.96 | Audrey P Johnson - secretarial overtime |
| 6/13/2004 | 78.90 | Janet Baer, Cellular Service, T Mobile, 5-11-6-10 06/13/04, (Telephone Charges) |
| 6/14/2004 | 1.04 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 6/14/2004 | 1.45 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 6/14/2004 | 0.83 | Telephone call to:  WILMINGTON,DE 302-656-8162 |
| 6/14/2004 | 1.04 | Telephone call to:  CAMBRIDGE,MA 617-498-4842 |
| 6/14/2004 | 46.17 | GENESYS CONFERENCING, INC. - Telephone, Conference call, D Bernick, P.C., 6/11/04 |
| 6/14/2004 | 33.29 | Fax phone charge to 514-932-0446 |
| 6/14/2004 | 48.00 | Fax page charge to 514-932-0446 |
| 6/14/2004 | 1.60 | Standard Copies |
| 6/14/2004 | 1.70 | Standard Copies |
| 6/14/2004 | 2.70 | Standard Copies |
| 6/14/2004 | 4.50 | Standard Copies |
| 6/14/2004 | 12.90 | Standard Copies |
| 6/14/2004 | 36.20 | Standard Copies |
| 6/14/2004 | 21.50 | Standard Copies |
| 6/14/2004 | 4.80 | Standard Copies NY |
| 6/14/2004 | 47.25 | Comet Messenger Services to:  FRIEDLAND |
| 6/15/2004 | 0.62 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 6/15/2004 | 0.75 | Telephone call to:  DENVER,CO 303-866-0408 |
| 6/15/2004 | 4.36 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 6/15/2004 | 10.18 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 6/15/2004 | 0.62 | Telephone call to:  CAMBRIDGE,MA 617-498-4401 |
| 6/15/2004 | 4.80 | Standard Copies |
| 6/15/2004 | 4.40 | Standard Copies |
| 6/15/2004 | 3.60 | Standard Copies |
| 6/15/2004 | 3.60 | Standard Copies |
| 6/15/2004 | 3.60 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/15/2004 | 1.20 | Standard Copies |
| 6/15/2004 | 0.10 | Standard Copies |
| 6/15/2004 | 0.10 | Standard Copies |
| 6/15/2004 | 0.10 | Standard Copies |
| 6/15/2004 | 0.10 | Standard Copies |
| 6/15/2004 | 0.10 | Standard Copies |
| 6/15/2004 | 0.10 | Standard Copies |
| 6/15/2004 | 0.10 | Standard Copies |
| 6/15/2004 | 12.40 | Standard Copies |
| 6/15/2004 | 5.40 | Standard Copies |
| 6/15/2004 | 0.60 | Standard Copies |
| 6/15/2004 | 2.20 | Standard Copies |
| 6/15/2004 | 0.30 | Standard Copies NY |
| 6/15/2004 | 1,125.00 | SANDRA L MICHAELS - Professional Fees 05/21/2004 Matrix chart and revisions; 06/11/04 32 slide format for J Friedman |
| 6/15/2004 | 13.70 | Overtime Transportation, S. Blatnick, 5/12/04 |
| 6/15/2004 | 8.10 | Overtime Transportation, T. Wood, 5/13/04 |
| 6/15/2004 | 14.00 | Samuel Blatnick, cabfare, Chicago, 06/15/04, (Overtime Transportation), Overtime Transportation |
| 6/15/2004 | 28.92 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 06/15/04, (Overtime Meals), Overtime Meal |
| 6/15/2004 | 22.44 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 06/15/04, (Overtime Meals), Overtime Meal |
| 6/15/2004 | 8.89 | Harms, J - Fax distribution |
| 6/16/2004 | 0.83 | Telephone call to:  WASHINGTON,DC 202-295-8437 |
| 6/16/2004 | 0.62 | Telephone call to:  BOSTON,MA 617-951-7313 |
| 6/16/2004 | 1.66 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 6/16/2004 | 1.04 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 6/16/2004 | 0.62 | Telephone call to:  WILMINGTON,DE 302-573-6277 |
| 6/16/2004 | 1.45 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 6/16/2004 | 0.83 | Telephone call to:  COLUMBUS,OH 614-466-2766 |
| 6/16/2004 | 43.20 | James Kapp III, Cellular Service, AT&T Wireless, 5/14 to 6/14/04, 06/16/04, (Telephone Charges) |
| 6/16/2004 | 2.90 | Standard Copies |
| 6/16/2004 | 3.60 | Standard Copies |
| 6/16/2004 | 0.80 | Standard Copies |
| 6/16/2004 | 5.00 | Standard Copies |
| 6/16/2004 | 2.30 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 6/16/2004 | 0.10 | Standard Copies |
| 6/16/2004 | 4.30 | Standard Copies |
| 6/16/2004 | 5.10 | Standard Copies NY |
| 6/16/2004 | 5.10 | Standard Copies NY |
| 6/16/2004 | 5.10 | Standard Copies NY |
| 6/16/2004 | 94.50 | Comet Messenger Services to: KE-15848-0037 |
| 6/16/2004 | 25.00 | Library Document Procurement - 104 Yale Law Journal 367 (1994). |
| 6/16/2004 | 25.00 | Library Document Procurement - 32 Wake Forest Law Review (1997). |
| 6/16/2004 | 25.00 | Library Document Procurement - 58 Brooklyn Law Review 553 (1992). |
| 6/16/2004 | 25.00 | Library Document Procurement - 70 U.Cincinnati Law Review 1319 (2002). |
| 6/16/2004 | 25.00 | Library Document Procurement - 78 NC Law Review 856 (2000). |
| 6/16/2004 | 25.00 | Library Document Procurement - 44 S. Tex. Law Review 883 (2003). |
| 6/16/2004 | 7.00 | Jonathan Friedland, cabfare, Chicago, IL, 06/16/04, (Overtime Transportation), cab to train |
| 6/16/2004 | 33.25 | Jonathan Friedland, Overtime Meal-Attorney, Chicago, IL, 06/16/04, (Overtime Meals), Dinner |
| 6/17/2004 | 0.62 | Telephone call to:  WILMINGTON,DE 302-652-1100 |
| 6/17/2004 | 0.50 | Telephone call to:  DENVER,CO 303-866-0408 |
| 6/17/2004 | 0.62 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 6/17/2004 | 0.83 | Telephone call to:  HASBRCKHTS,NJ 201-288-6100 |
| 6/17/2004 | 0.30 | Standard Copies |
| 6/17/2004 | 58.30 | Standard Copies |
| 6/17/2004 | 29.20 | Standard Copies |
| 6/17/2004 | 0.20 | Standard Copies |
| 6/17/2004 | 0.90 | Standard Copies |
| 6/17/2004 | 0.90 | Standard Copies |
| 6/17/2004 | 1.90 | Standard Copies |
| 6/17/2004 | 1.90 | Standard Copies |
| 6/17/2004 | 1.70 | Standard Copies |
| 6/17/2004 | 1.40 | Standard Copies |
| 6/17/2004 | 1.40 | Standard Copies |
| 6/17/2004 | 1.20 | Standard Copies |
| 6/17/2004 | 1.20 | Standard Copies |
| 6/17/2004 | 73.90 | Standard Copies |
| 6/17/2004 | 1.20 | Standard Copies |
| 6/17/2004 | 26.90 | Standard Copies |
| 6/17/2004 | 1.20 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/17/2004 | 48.50 | Standard Copies |
| 6/17/2004 | 0.40 | Standard Copies |
| 6/17/2004 | 1.20 | Standard Copies |
| 6/17/2004 | 7.30 | Standard Copies |
| 6/17/2004 | 7.30 | Standard Copies |
| 6/17/2004 | 4.00 | Standard Copies |
| 6/17/2004 | 1.20 | Standard Copies |
| 6/17/2004 | 4.50 | Standard Copies |
| 6/17/2004 | 3.80 | Standard Copies |
| 6/17/2004 | 4.20 | Standard Copies |
| 6/17/2004 | 7.60 | Standard Copies |
| 6/17/2004 | 6.80 | Standard Copies |
| 6/17/2004 | 5.80 | Standard Copies |
| 6/17/2004 | 5.60 | Standard Copies |
| 6/17/2004 | 3.80 | Standard Copies |
| 6/17/2004 | 0.60 | Standard Copies |
| 6/17/2004 | 0.20 | Standard Copies |
| 6/17/2004 | 5.70 | Standard Copies NY |
| 6/17/2004 | 55.00 | Jonathan Friedland, cabfare, Chicago, IL, 06/17/04, (Overtime Transportation), cab to train |
| 6/17/2004 | 10.00 | Jonathan Friedland, Overtime Meal-Attorney, Chicago, IL, 06/17/04, (Overtime Meals), Dinner |
| 6/18/2004 | 0.75 | Telephone call to:  DENVER,CO 303-866-0408 |
| 6/18/2004 | 0.62 | Telephone call to:  E CENTRAL,FL 561-447-3000 |
| 6/18/2004 | 3.12 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 6/18/2004 | 1.00 | Standard Copies |
| 6/18/2004 | 0.10 | Standard Copies |
| 6/18/2004 | 0.10 | Standard Copies |
| 6/18/2004 | 1.80 | Standard Copies |
| 6/18/2004 | 0.30 | Standard Copies |
| 6/18/2004 | 17.20 | Standard Copies |
| 6/18/2004 | 4.00 | Standard Copies |
| 6/18/2004 | 0.20 | Standard Copies |
| 6/18/2004 | 1.00 | Standard Copies |
| 6/18/2004 | 0.40 | Standard Copies |
| 6/18/2004 | 32.96 | Fed Exp to: ,CHICAGO,IL from:MAILROOM |
| 6/18/2004 | 50.24 | Fed Exp to: ,ENCINO,CA from:MAILROOM |

| Date | Amount | Description |
|------|--------|-------------|
| 6/18/2004 | 50.24 | Fed Exp to: ,GLENDALE,CA from:MAILROOM |
| 6/18/2004 | 44.50 | Comet Messenger Services to: |
| 6/18/2004 | 108.05 | Jonathan Friedland, Overtime Meal-Attorney, Chicago, IL, 06/18/04, (Overtime Meals) |
| 6/19/2004 | 7.30 | Standard Copies |
| 6/19/2004 | 2.90 | Standard Copies |
| 6/19/2004 | 0.50 | Standard Copies |
| 6/19/2004 | 4.00 | Standard Copies |
| 6/19/2004 | 141.80 | Comet Messenger Services to: KE-15848-0037 |
| 6/19/2004 | 94.50 | Comet Messenger Services to:  JONANTHAN FRIEDLAND |
| 6/19/2004 | 117.18 | Comet Messenger Services to:  JONANTHAN FRIEDLAND |
| 6/19/2004 | 29.65 | Comet Messenger Services to: KE-15848-0052 |
| 6/19/2004 | 21.95 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 06/19/04, (Overtime Meals), Overtime Meal |
| 6/20/2004 | 32.40 | Comet Messenger Services to:  DAVID BURNICK |
| 6/20/2004 | 94.50 | Comet Messenger Services to:  JONANTHAN FRIEDLAND |
| 6/21/2004 | 0.83 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 6/21/2004 | 0.62 | Telephone call to:  E CENTRAL,FL 561-362-1533 |
| 6/21/2004 | 0.62 | Telephone call to:  COLUMBIA,MD 410-531-4000 |
| 6/21/2004 | 1.45 | Fax phone charge to 313-965-9464 |
| 6/21/2004 | 30.00 | Fax page charge to 313-965-9464 |
| 6/21/2004 | 2.60 | Standard Copies |
| 6/21/2004 | 0.40 | Standard Copies |
| 6/21/2004 | 0.30 | Standard Copies |
| 6/21/2004 | 1.20 | Standard Copies |
| 6/21/2004 | 1.40 | Standard Copies |
| 6/21/2004 | 2.40 | Standard Copies |
| 6/21/2004 | 0.20 | Standard Copies |
| 6/21/2004 | 0.10 | Standard Copies |
| 6/21/2004 | 1.10 | Standard Copies |
| 6/21/2004 | 9.70 | Standard Copies |
| 6/21/2004 | 0.70 | Standard Copies |
| 6/21/2004 | 0.10 | Standard Copies |
| 6/21/2004 | 0.10 | Standard Copies |
| 6/21/2004 | 2.30 | Standard Copies |
| 6/21/2004 | 10.10 | Standard Copies |
| 6/21/2004 | 6.00 | Jonathan Friedland, cabfare, Chicago, IL, 06/21/04, (Overtime Transportation) |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/21/2004 | 22.00 | Clinton Boyd, Parking, Chicago, 06/21/04, (Overtime Transportation), Overtime Parking |
| 6/21/2004 | 12.00 | Jonathan Friedland, Overtime Meal-Attorney, Chicago, IL, 06/21/04, (Overtime Meals) |
| 6/22/2004 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 6/22/2004 | 1.45 | Telephone call to: WILMINGTON,DE 302-426-9910 |
| 6/22/2004 | 4.60 | Standard Copies |
| 6/22/2004 | 0.50 | Standard Copies |
| 6/22/2004 | 3.40 | Standard Copies |
| 6/22/2004 | 3.40 | Standard Copies |
| 6/22/2004 | 1.80 | Standard Copies |
| 6/22/2004 | 0.10 | Standard Copies |
| 6/22/2004 | 2.50 | Standard Copies |
| 6/22/2004 | 0.60 | Standard Copies |
| 6/22/2004 | 2.00 | Standard Copies |
| 6/22/2004 | 1.90 | Standard Copies |
| 6/22/2004 | 2.50 | Standard Copies |
| 6/22/2004 | 1.40 | Standard Copies |
| 6/22/2004 | 1.60 | Standard Copies |
| 6/22/2004 | 6.40 | Standard Copies |
| 6/22/2004 | 5.40 | Standard Copies |
| 6/22/2004 | 5.50 | Standard Copies |
| 6/22/2004 | 1.40 | Standard Copies |
| 6/22/2004 | 3.10 | Standard Copies |
| 6/22/2004 | 5.00 | Standard Copies |
| 6/22/2004 | 4.70 | Standard Copies |
| 6/22/2004 | 6.30 | Standard Copies |
| 6/22/2004 | 4.00 | Standard Copies |
| 6/22/2004 | 0.30 | Standard Copies |
| 6/22/2004 | 3.20 | Standard Copies |
| 6/22/2004 | 1.70 | Standard Copies |
| 6/22/2004 | 1.20 | Standard Copies |
| 6/22/2004 | 7.40 | Standard Copies |
| 6/22/2004 | 2.40 | Standard Copies |
| 6/22/2004 | 1.60 | Standard Copies |
| 6/22/2004 | 2.20 | Standard Copies |
| 6/22/2004 | 2.00 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/22/2004 | 0.10 | Standard Copies |
| 6/22/2004 | 2.50 | Standard Copies |
| 6/22/2004 | 1.40 | Standard Copies |
| 6/22/2004 | 2.60 | Standard Copies |
| 6/22/2004 | 2.00 | Standard Copies |
| 6/22/2004 | 1.90 | Standard Copies |
| 6/22/2004 | 2.90 | Standard Copies |
| 6/22/2004 | 3.60 | Standard Copies |
| 6/22/2004 | 1.90 | Standard Copies |
| 6/22/2004 | 1.90 | Standard Copies |
| 6/22/2004 | 4.50 | Standard Copies |
| 6/22/2004 | 0.10 | Standard Copies |
| 6/22/2004 | 1.80 | Standard Copies |
| 6/22/2004 | 2.00 | Standard Copies |
| 6/22/2004 | 2.00 | Standard Copies |
| 6/22/2004 | 1.20 | Standard Copies |
| 6/22/2004 | 1.40 | Standard Copies |
| 6/22/2004 | 2.40 | Standard Copies |
| 6/22/2004 | 0.10 | Standard Copies |
| 6/22/2004 | 0.20 | Standard Copies |
| 6/22/2004 | 0.10 | Standard Copies |
| 6/22/2004 | 0.20 | Standard Copies |
| 6/22/2004 | 1.70 | Standard Copies |
| 6/22/2004 | 2.40 | Standard Copies |
| 6/22/2004 | 7.30 | Standard Copies |
| 6/22/2004 | 34.10 | Standard Copies |
| 6/22/2004 | 0.10 | Standard Copies |
| 6/22/2004 | 0.10 | Standard Copies |
| 6/22/2004 | 9.50 | Standard Copies |
| 6/22/2004 | 3.90 | Standard Copies |
| 6/22/2004 | 3.80 | Standard Copies |
| 6/22/2004 | 0.20 | Standard Copies |
| 6/22/2004 | 3.80 | Standard Copies |
| 6/22/2004 | 3.00 | Standard Copies |
| 6/22/2004 | 0.40 | Standard Copies |
| 6/22/2004 | 0.30 | Standard Copies |
| 6/22/2004 | 0.20 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/22/2004 | 0.20 | Standard Copies |
| 6/22/2004 | 0.30 | Standard Copies |
| 6/22/2004 | 0.20 | Standard Copies |
| 6/22/2004 | 0.30 | Standard Copies |
| 6/22/2004 | 14.30 | Standard Copies |
| 6/23/2004 | 1.45 | Telephone call to: CAMBRIDGE,MA 617-498-4401 |
| 6/23/2004 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 6/23/2004 | 0.62 | Telephone call to: STATE OF,DE 302-661-7000 |
| 6/23/2004 | 0.62 | Telephone call to: DALLAS NE,TX 972-906-1429 |
| 6/23/2004 | 0.50 | Standard Copies |
| 6/23/2004 | 1.10 | Standard Copies |
| 6/23/2004 | 0.20 | Standard Copies |
| 6/23/2004 | 0.10 | Standard Copies |
| 6/23/2004 | 2.30 | Standard Copies |
| 6/23/2004 | 4.10 | Standard Copies |
| 6/23/2004 | 0.80 | Standard Copies |
| 6/23/2004 | 4.40 | Standard Copies |
| 6/23/2004 | 0.70 | Standard Copies |
| 6/23/2004 | 1.30 | Standard Copies |
| 6/23/2004 | 7.50 | Standard Copies |
| 6/23/2004 | 0.20 | Standard Copies |
| 6/23/2004 | 0.10 | Standard Copies |
| 6/23/2004 | 0.30 | Standard Copies |
| 6/23/2004 | 5.50 | Standard Copies |
| 6/23/2004 | 5.50 | Standard Copies |
| 6/23/2004 | 5.30 | Standard Copies |
| 6/23/2004 | 5.90 | Standard Copies |
| 6/23/2004 | 5.90 | Standard Copies |
| 6/23/2004 | 1.10 | Standard Copies |
| 6/23/2004 | 0.30 | Standard Copies |
| 6/23/2004 | 0.70 | Standard Copies |
| 6/23/2004 | 0.10 | Standard Copies |
| 6/23/2004 | 0.40 | Standard Copies |
| 6/23/2004 | 14.30 | Standard Copies |
| 6/23/2004 | 1.60 | Standard Copies |
| 6/23/2004 | 25.00 | Library Document Procurement - Libby, Montana: Asbestos and the Deadly Silence of an American Corporation (4/03). |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/23/2004 | 25.00 | Library Document Procurement - An Air That Kills: How the Asbestos Poisoning of Libby, Montana Uncovered a National Scandal (1/22/04). |
| 6/24/2004 | 0.60 | Standard Copies |
| 6/24/2004 | 2.80 | Standard Copies |
| 6/24/2004 | 6.00 | Standard Copies |
| 6/24/2004 | 5.00 | Standard Copies |
| 6/24/2004 | 11.10 | Standard Copies |
| 6/24/2004 | 1.60 | Standard Copies |
| 6/24/2004 | 0.40 | Standard Copies |
| 6/24/2004 | 3.80 | Standard Copies |
| 6/24/2004 | 0.80 | Standard Copies |
| 6/24/2004 | 0.30 | Standard Copies |
| 6/24/2004 | 0.60 | Standard Copies |
| 6/24/2004 | 0.20 | Standard Copies |
| 6/24/2004 | 0.40 | Standard Copies |
| 6/24/2004 | 0.20 | Standard Copies |
| 6/24/2004 | 0.30 | Standard Copies |
| 6/24/2004 | 0.20 | Standard Copies |
| 6/24/2004 | 0.30 | Standard Copies |
| 6/24/2004 | 0.20 | Standard Copies |
| 6/24/2004 | 0.40 | Standard Copies |
| 6/24/2004 | 0.20 | Standard Copies |
| 6/24/2004 | 3.10 | Standard Copies |
| 6/24/2004 | 24.10 | Standard Copies |
| 6/24/2004 | 6.30 | Standard Copies NY |
| 6/24/2004 | 0.15 | Standard Copies NY |
| 6/24/2004 | 47.25 | Comet Messenger Services to:  FRIEDLAND |
| 6/25/2004 | 1.25 | Telephone call to:  CAMBRIDGE,MA 617-498-4861 |
| 6/25/2004 | 0.83 | Fax phone charge to 781-231-7840 |
| 6/25/2004 | 0.83 | Fax phone charge to 203-351-4535 |
| 6/25/2004 | 2.25 | Fax page charge to 203-351-4535 |
| 6/25/2004 | 8.25 | Fax page charge to 781-231-7840 |
| 6/25/2004 | 8.25 | Fax page charge to 610-667-7056 |
| 6/25/2004 | 8.25 | Fax page charge to 202-234-8231 |
| 6/25/2004 | 8.25 | Fax page charge to 410-531-4545 |
| 6/25/2004 | 8.25 | Fax page charge to 203-351-4535 |
| 6/25/2004 | 0.10 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/25/2004 | 0.30 | Standard Copies |
| 6/25/2004 | 1.60 | Standard Copies |
| 6/25/2004 | 0.20 | Standard Copies |
| 6/25/2004 | 13.70 | Overtime Transportation, S. Blatnick, 6/2/04 |
| 6/29/2004 | 1.04 | Fax phone charge to 302-652-4400 |
| 6/29/2004 | 9.75 | Fax page charge to 302-652-4400 |
| 6/29/2004 | 6.30 | Standard Copies NY |
| 6/29/2004 | 7.10 | Overtime Transportation, T. Wood, 5/26/04 |
| 6/29/2004 | 21.00 | Overtime Transportation, R. Lopera, 6/7/04 |
| 6/29/2004 | 7.00 | Overtime Transportation, T. Wood, 6/6/04 |
| 6/30/2004 | 69.00 | Color Copies |
| Total: | 8,865.47 | |