## EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004

1. **Case Administration – 28 hours ($6,115.00)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and meetings with the Debtors or their professionals.

The Applicant's focus on the administration of the Consolidated Cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in the Consolidated Cases.

During the Application Period, the Applicant spent time keeping track of developments in other pending asbestos bankruptcy cases that implicate property damage claims specifically, and asbestos issues generally.

During the Application Period, the Applicant attended oral arguments regarding the recusal of Judge Wolin and reviewed the third circuit opinion regarding same, and the order appointing a new Judge. As a result of the recusal of Judge Wolin, per Memorandum and Order dated June 8, 2004, the Applicant prepared a status report on behalf of the PD Committee.

2. **Creditors Committee – 10.8 hours ($2,396.00)**

This matter covers formation, membership, and by-law issues of the PD Committee. It also covers attendance at PD Committee meetings, preparation of materials for and presentations thereon to the PD Committee, and the preparation of minutes of the meetings.

During the Application Period, the Applicant convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefor, and counseled the members in formulating a

position on such matters and positions.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee and counsel to the unsecured creditors' committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

3.      **Applicant's Fee Applications – 22.95 hours ($2,591.00)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant.

During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application

In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

4.      **Hearings – 3.4 hours ($765.00)**

This matter covers preparation for and attendance at hearings.

5.      **Claims Analysis, Objection (asbestos) – 0.2 hours ($45.00)**

This matter covers the review and analysis of asbestos claims filed against the estates and objections thereto.

During the Application Period, the Applicant reviewed the fourth and fifth omnibus objections to claims by the Debtors.

6. **Claims Analysis, Objection (non-asbestos) – 1.10 hours ($247.50)**

This matter covers the review and analysis of non-asbestos claims filed against the estates and objections thereto.

During the Application Period, the Applicant reviewed the fourth and fifth omnibus objections to claims by the Debtors and responses thereto.

7. **Fee Applications of Others – 24.65 hours ($2,610.00)**

The Applicant assisted the PD Committee's asbestos claims expert, HR&A, and financial advisor, CD&G, with preparing and finalizing their respective monthly and quarterly fee applications during the Application Period.

Additionally the Applicant reviewed various fee applications filed during the Application Period and addressed issues raised by the fee auditor's office regarding applications for some of the PD Committee professionals.

8. **Litigation Consulting – 29.00 hours ($6,347.00)**

The Applicant reviewed various Third Circuit pleadings regarding consolidated mandamus petitions in Owens Corning, another pending asbestos bankruptcy case that implicates property damage claims.

The Applicant also assisted in preparing the appeal to the Order assigning the Future Claimants Representative.

9. **Creditors Inquiries – 0.1 hours ($22.50)**

The Applicant reviewed correspondence from the creditors regarding removal from service list.