## EXHIBIT "C-3"

## FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel: 302.575.1555  Fax: 302.575.1714

WR Grace PD Committee                                June 1, 2004 – June 30, 2004

Invoice No.:    12787

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|--|-------|--------|
| B14 | Case Administration - | 13.20 | 2,910.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 4.70 | 1,044.50 |
| B18 | Fee Applications, Others - | 11.00 | 1,206.00 |
| B25 | Fee Applications, Applicant - | 4.20 | 540.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.90 | 202.50 |
| B32 | Litigation and Litigation Consulting - | 14.00 | 3,055.50 |
| B37 | Hearings - | 0.30 | 67.50 |
| | **Total** | **48.30** | **$9,026.00** |
| | **Grand Total** | **48.30** | **$9,026.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Rick S. Miller | 215.00 | 1.90 | 408.50 |
| Theodore J. Tacconelli | 225.00 | 32.90 | 7,402.50 |
| Legal Assistant - AD | 90.00 | 4.10 | 369.00 |
| Paralegal | 90.00 | 7.10 | 639.00 |
| Law Clerk | 90.00 | 2.30 | 207.00 |
| **Total** | | **48.30** | **$9,026.00** |

## DISBURSEMENT SUMMARY

| CA | Expense - | 2,628.03 |
|----|-----------|----------|
| | **Total Disbursements** | **$2,628.03** |

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jun-07-04 | *Non-Asbestos: Claims Litigation* - review pleading re: response of New England Construction Co. to 5th omnibus obj to claims | 0.10 | TJT |
| | *Non-Asbestos: Claims Litigation* - review pleading re: response of Nstar Gas Co. to 5th omnibus obj to claims | 0.10 | TJT |
| | *Non-Asbestos: Claims Litigation* - review pleading re: response of State of Ohio to 5th omnibus obj to claims | 0.10 | TJT |
| | *Non-Asbestos: Claims Litigation* - review pleading re: response of Marshalls of MA, Inc. to 5th omnibus obj to claims | 0.10 | TJT |
| | *Non-Asbestos: Claims Litigation* - review pleading re: response of United States to 5th omnibus obj to claims | 0.10 | TJT |
| | *Non-Asbestos: Claims Litigation* - review pleading re: response of Spalding & Lyle to 4th omnibus obj to claims | 0.10 | TJT |
| Jun-14-04 | *Claims Analysis Obj. & Res. (Non-Asb)* -review pleading re: David Ackers' response to 5th omnibus obj to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -review pleading re: Michelle Ackers' response to 5th omnibus obj to claims | 0.10 | TJT |
| Jun-21-04 | *Claims Analysis Obj. & Res. (Non-Asb)* -review response of Dillingham Mason to 5th omnibus obj to claims | 0.10 | TJT |
| Jun-01-04 | *Case Administration* - review pleading re: fee auditor's final report re: Deloitte & Touche 11th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: K & E 11th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Blackstone Group interim period quarterly fee app | 0.10 | TJT |
| Jun-02-04 | *Case Administration* - review pleading re: fee auditor's final report re: Lukins Annis 11th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Richardson Patrick 11th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - re: review pleading re: fee auditor's final report re: Duff Phelps 11th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Goodwin Procter 11th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review letter from Foster Sear LLP re: change of address and forward to paralegal | 0.10 | TJT |
| Jun-03-04 | *Case Administration* - review pleading re: notice of appearance of CHL Administration, Inc. and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - teleconference with J Lindsay re: Foster & Sear change of address and lawyer in charge re: 2002 service list | 0.10 | PL |
| | *Case Administration* - update 2002 service list re: Foster & Sear change of address | 0.10 | PL |
| Jun-04-04 | *Case Administration* - confer with TJT re: appeal of future rep ruling | 0.20 | RSM |
| | *Case Administration* - review pleading re: certification of counsel re: exclusivity extension order | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - update 2002 service list re: entry of appearance - Blank Rome | 0.10 | PL |
| Jun-05-04 | *Case Administration* - review pleading re: Goodwin Proctor Jan., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: K&E April, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Goodwin Proctor Feb., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Pitney Harden Mar., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Goodwin Proctor Mar., 2004 fee app | 0.10 | TJT |
| Jun-07-04 | *Case Administration* - review pleading re: fee auditors final report re: no fees or expense issues for certain professionals for 11th interim quarterly fee app | 0.10 | TJT |
| Jun-08-04 | *Case Administration* - review pleading re: summary of Elzufon Austin quarterly fee app (Jan.-March, 2004) | 0.10 | TJT |
| | *Case Administration* - review notice of appearance of Spaulding and Syle Construction Co. and forward to paralegal | 0.10 | TJT |
| Jun-10-04 | *Case Administration* - confer with T. Tacconelli re: disgorgement motion filed in Owens Corning | 0.20 | RSM |
| Jun-14-04 | *Case Administration* - review pleading re: Campbell Levine April, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: W Smith & Assoc. May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Wallace King 11th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: CDG's 11th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Elzufon Austin 11th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Nelson Mullins quarterly fee app Jan.-Mar., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Deloitte & Touche quarterly fee app Feb.-Dec. | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Wallace King quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Pitney Harden quarterly fee app Jan.-Mar., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Woodcock & Washburn quarterly fee app Jan.-Mar., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Protiviti quarterly fee app Oct., 2003 and Jan., 2004 | 0.10 | TJT |
| Jun-15-04 | *Case Administration* - review pleading re: Protiviti Feb., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Nelson Mullins April, 2004 fee app | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - review pleading re: L Tersigni April, 2004 fee app | 0.10 | TJT |
|  | *Case Administration* - review pleading re: Legal Analysis April, 2004 fee app | 0.10 | TJT |
|  | *Case Administration* - review pleading re: Caplan Drysdale April, 2004 fee app | 0.10 | TJT |
|  | *Case Administration* - review pleading re: Duff and Phelps Feb.-April, 2004 fee app | 0.10 | TJT |
|  | *Case Administration* - review pleading re: debtors' monthly operating report for April, 2004 | 0.10 | TJT |
| Jun-18-04 | *Case Administration* - review pleading re: entry of appearance of Swindler Berlin and forward to paralegal | 0.10 | TJT |
| Jun-20-04 | *Case Administration* - review pleading re: certification of counsel re: project categories summary for 11th quarterly fee app | 0.10 | TJT |
| Jun-21-04 | *Case Administration* - teleconference with J Sakalo re: preparation of status report | 0.10 | TJT |
|  | *Case Administration* - teleconference with J Sakalo re: draft of status report | 0.10 | TJT |
|  | *Case Administration* - confer with paralegal re: service of status report | 0.10 | TJT |
|  | *Case Administration* - review Certificate of Service and service list re: status report | 0.10 | TJT |
|  | *Case Administration* - review corresp re: email from J Sakalo re: status report | 0.10 | TJT |
|  | *Case Administration* - review status report and prepare for e-filing | 0.50 | TJT |
|  | *Case Administration* - e-file status report | 0.20 | TJT |
|  | *Case Administration* - update 2002 service list and labels re: entry of appearance of Swindler Berlin | 0.10 | AD |
| Jun-22-04 | *Case Administration* - review pleading re: status report filed by unsecured creditors committee | 0.40 | TJT |
|  | *Case Administration* - review status report filed by PI committee | 0.50 | TJT |
|  | *Case Administration* - retrieve voice mail message from J Sakalo re: addendum to status report | 0.10 | TJT |
|  | *Case Administration* - review corresp re: email from J Sakalo re: addendum to status report | 0.10 | TJT |
|  | *Case Administration* - review and revise addendum to status report and prepare for e-filing | 0.20 | TJT |
|  | *Case Administration* - e-file addendum to status report and oversee service | 0.30 | TJT |
|  | *Case Administration* - review pleading re: debtors' status report with attachments | 0.80 | TJT |
| Jun-23-04 | *Case Administration* - review status report filed by Libby Claimants | 0.50 | TJT |
|  | *Case Administration* - review status report filed by future's rep. | 0.10 | TJT |
|  | *Case Administration* - review pleading re: request for removal from service list and forward to paralegal | 0.10 | TJT |
| Jun-24-04 | *Case Administration* - review pleading re: status report by certain insurers | 0.50 | TJT |
|  | *Case Administration* - review pleading re: status report by ZAI claimants with attachments | 0.50 | TJT |
|  | *Case Administration* - review pleading re: debtors' motion to establish ADR program with attachments | 0.30 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - review pleading re: debtors' motion to acquire Alltech International Holding with affidavit | 0.30 | TJT |
|  | *Case Administration* - review pleading re: debtors' motion to assign lease and sublease of real property | 0.20 | TJT |
| Jun-25-04 | *Case Administration* - review emails from A Danzeisen re: status report filed by other parties in case (x3) | 0.30 | TJT |
|  | *Case Administration* - review pleading re: application to retail Phillips, Goldman & Spence as local counsel for futures representative | 0.20 | TJT |
| Jun-27-04 | *Case Administration* - review order authorizing debtor to retain Bates & Donelson | 0.10 | TJT |
|  | *Case Administration* - review order approving quarterly fee app for 11th interim quarterly period | 0.10 | TJT |
|  | *Case Administration* - review order re: Kane motion for relief from stay | 0.10 | TJT |
|  | *Case Administration* - review order authorizing debtors to employ Latham & Watkins as environmental counsel | 0.10 | TJT |
|  | *Case Administration* - review order extending exclusivity | 0.10 | TJT |
|  | *Case Administration* - review pleading re: debtors' motion to file reply to response to Dennis Nichols' third omnibus objection to claims (w/ affidavit and attachments) | 0.20 | TJT |
| Jun-28-04 | *Case Administration* - confer  with T. Tacconelli re: status of pending matters | 0.20 | RSM |
|  | *Case Administration* - review pleading re: application of D Austern to retain CIBC as financial advisor with affidavit | 0.20 | TJT |
|  | *Case Administration* - review pleading re: 2014 statement by D Austern with attachments | 0.20 | TJT |
|  | *Case Administration* - review pleading re: supplemental statement by D Austern | 0.10 | TJT |
|  | *Case Administration* - review pleading re: supplemental declaration of Swindler Berlin | 0.10 | TJT |
| Jun-29-04 | *Case Administration* - Review order granting Scotts Co. motion for expedited hearing | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: motion of Scotts Co. to shorten notice filed in Adv. Pro. 01-771 | 0.20 | TJT |
|  | *Case Administration* - Review pleading re: Scotts Co. motion to expand PI filed in 01-771 | 0.20 | TJT |
| Jun-03-04 | *Committee, Creditors', Noteholders' or* -attend committee teleconference | 0.30 | RSM |
|  | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.40 | TJT |
| Jun-09-04 | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Jun-10-04 | *Committee, Creditors', Noteholders' or* -attend committee teleconference | 1.00 | RSM |
|  | *Committee, Creditors', Noteholders' or* -teleconference with committee | 1.30 | TJT |
| Jun-14-04 | *Committee, Creditors', Noteholders' or* -review corresp re: email from J Sakalo re: 6/21/04 hearing coverage | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -prepare email to J Sakalo re: 6/21/04 hearing coverage | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* -review corresp re: email from J Sakalo re: 6/24/04 hearing coverage | 0.10 | TJT |
| Jun-17-04 | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -teleconference with J Sakalo re: teleconference with committee | 0.10 | TJT |
| Jun-24-04 | *Committee, Creditors', Noteholders' or* -review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 1.00 | TJT |
| Jun-04-04 | *Fee Applications, Others* - review corresp re: email from L Flores re: Bilzin Sumberg 12th quarterly fee app | 0.10 | TJT |
| Jun-07-04 | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg Oct-Dec, 2003 quarterly fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA Jul-Dec, 2003 6th quarterly fee app | 0.10 | TJT |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: Bilzin 11th quarterly fee app | 0.20 | PL |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: HRA 6th quarterly fee app | 0.20 | PL |
| | *Fee Applications, Others* - review docket re: Bilzin's Certificate of No Objection re: 11th quarterly fee app and HRA's Certificate of No Objection re: 6th quarterly fee app | 0.10 | PL |
| | *Fee Applications, Others* - review docket re: | 0.10 | PL |
| | *Fee Applications, Others* - review email from L Flores re: Bilzin 12th quarterly fee app | 0.10 | PL |
| | *Fee Applications, Others* - review Bilzin Jan-Mar, 2004 time details and prepare as exhibits for 12th quarterly fee app | 0.10 | PL |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Hamilton Rabinovitz 6th Quarterly Fee Application | 0.10 | LC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin's 11th Quarterly Fee Application | 0.10 | LC |
| Jun-08-04 | *Fee Applications, Others* - e-file and serve HRA's Certificate of No Objection re: 6th quarterly fee app | 0.20 | PL |
| | *Fee Applications, Others* - e-file and serve Bilzin's Certificate of No Objection re: 11th quarterly fee app | 0.20 | PL |
| | *Fee Applications, Others* - Teleconference with J. Sakalo (.1); teleconference with S. Bossay (.1) both re: Bilzin's 11th Quarterly Fee Application; revise Certificate of No Objection re: same for filing (.1) | 0.30 | LC |
| Jun-09-04 | *Fee Applications, Others* - Teleconference with S. Jones at Conway, Del Genio re: omnibus hearing dates and filing of Certificate of No Objection's (.1); forward copy of omnibus hearing date order to S. Jones (.1) | 0.20 | LC |
| Jun-10-04 | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: CDG;s 11th quarterly fee app | 0.20 | PL |
| | *Fee Applications, Others* - continue editing Bilzin 12th quarterly fee app, notice and exhibits | 0.30 | PL |

|  | | | |
|---|---|---|---|
|  | *Fee Applications, Others* - draft Certificate of Service and prepare for filing re: Bilzin 12th quarterly fee app | 0.20 | PL |
| Jun-11-04 | *Fee Applications, Others* - review Bilzin Sumberg quarterly fee app Jan.-Mar., 2004 prior to filing | 0.10 | TJT |
|  | *Fee Applications, Others* - review Certificate of No Objection re: CDG quarterly fee app Oct.-Dec., 2003 | 0.10 | TJT |
|  | *Fee Applications, Others* - review docket and review fee auditor's final report re: CDG's 11th quarterly Certificate of No Objection | 0.20 | PL |
|  | *Fee Applications, Others* - prepare documents for filing and e-file and serve CDG's 11th quarterly Certificate of No Objection | 0.30 | PL |
|  | *Fee Applications, Others* - review and finalize Bilzin's 12th quarterly fee app and prepare documents for filing | 0.30 | PL |
|  | *Fee Applications, Others* - e-file and serve Bilzin's 12th quarterly fee app | 0.40 | PL |
|  | *Fee Applications, Others* - Review Bilzin's 12th Quarterly Fee Application for filing | 0.10 | LC |
| Jun-14-04 | *Fee Applications, Others* - teleconference with A Danzeisen re: Bilzin Sumberg Jan.-Mar., 2004 fee app | 0.10 | TJT |
|  | *Fee Applications, Others* - confer with paralegal re: Bilzin Sumberg Jan.-Mar., 2004 fee app | 0.10 | TJT |
|  | *Fee Applications, Others* - teleconference with A Danzeisen re: Bilzin Sumberg Jan.-Mar., 2004 fee app | 0.20 | TJT |
|  | *Fee Applications, Others* - confer with T. Tacconelli and S. Weiler re: quarterly objection dates and deadlines | 0.10 | PL |
|  | *Fee Applications, Others* - prepare email to L Flores re: omnibus dates and deadlines for quarterly fee apps | 0.10 | PL |
|  | *Fee Applications, Others* - review email from L Flores re: S Baena affidavit and draft Certificate of Service re: same | 0.20 | PL |
|  | *Fee Applications, Others* - prepare documents for e-filing and e-file and serve S Baena affidavit | 0.30 | PL |
| Jun-15-04 | *Fee Applications, Others* - review supplemental affidavit of S Baena pursuant to rule 2014 | 0.10 | TJT |
| Jun-16-04 | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg April, 2004 fee app | 0.10 | TJT |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: Bilzin April, 2004 fee app | 0.30 | PL |
|  | *Fee Applications, Others* - review docket re: Bilzin April, 2004 fee app | 0.10 | PL |
|  | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: Bilzin April, 2004 fee app | 0.30 | PL |
|  | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin's 34th Fee Application for filing | 0.10 | LC |
| Jun-18-04 | *Fee Applications, Others* - review corresp re: email from L Flores re: HRA March and April, 2004 fee app | 0.10 | TJT |
| Jun-21-04 | *Fee Applications, Others* - review email from L Flores re: HRA's 7th quarterly fee app | 0.10 | TJT |
|  | *Fee Applications, Others* - review corresp re: email from L Flores re: Bilzin Sumberg's May, 2004 fee app | 0.10 | TJT |

|  | | | |
|---|---|---|---|
| | *Fee Applications, Others* - review Bilzin Sumberg May, 2004 prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review email from L Flores re: Bilzin May, 2004 fee app | 0.10 | PL |
| | *Fee Applications, Others* - review and revise documents and draft Certificate of Service re: Bilzin May, 2004 fee app | 0.20 | PL |
| | *Fee Applications, Others* - prepare documents for filing re: Bilzin May, 2004 fee app | 0.10 | PL |
| | *Fee Applications, Others* - e-file and serve Bilzin May, 2004 fee app | 0.30 | PL |
| | *Fee Applications, Others* - Review Bilzin's 35th Monthly Fee Application for filing | 0.10 | LC |
| Jun-23-04 | *Fee Applications, Others* - prepare email to S Jones re: CDG 11th and 12th quarterly fee apps | 0.20 | AD |
| Jun-29-04 | *Fee Applications, Others* - teleconference with B Brown re: HRA's billable time in Jan. and Feb., 2004 | 0.10 | AD |
| | *Fee Applications, Others* - review email from B Brown re: HRA's Feb., 2004 invoice and prepare email to B Brown requesting Jan., invoice | 0.20 | AD |
| | *Fee Applications, Others* - review docket, emails, and file for HRA missing invoices and confer with S Weiler re: same | 0.30 | AD |
| | *Fee Applications, Others* - draft summary (.1), notice (.1), and Certificate of Service (.1) re: HRA's Feb., 2004 fee app | 0.30 | AD |
| | *Fee Applications, Others* - review email from B Brown re: HRA's Jan. invoice | 0.10 | AD |
| | *Fee Applications, Others* - draft notice (.1), summary (.1), and Certificate of Service (.1) re: HRA's Jan., 2004 fee app | 0.30 | AD |
| | *Fee Applications, Others* - prepare HRA's Jan., Feb., March, and April, 2004 fee apps for filing | 0.40 | AD |
| | *Fee Applications, Others* - e-file and serve HRA's Jan., Feb., March, and April, 2004 fee apps | 1.30 | AD |
| Jun-30-04 | *Fee Applications, Others* - Confer with law clerk re: HRA's March and April 2004 monthly Fee Applications | 0.10 | TJT |
| Jun-01-04 | *Litigation and Litigation Consulting* - review email from A Danzeisen re: motion to disqualify F McGovern as mediator in OC case | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review petition for rehearing En Banc re: consolidated mandamus petitions in third circuit | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review email from A Danzeisen re: motion to appoint chapter 11 examiner in OC case | 0.10 | TJT |
| Jun-03-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: joinder of Baron & Budd in petition for rehearing in Banc re: consolidated recusal motions in third circuit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: possible appeal of order appointing futures rep. | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: joinder of Baron & Budd in petition for rehearing Banc | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: joinder of Baron & Budd in petition for rehearing Banc | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from D | 0.10 | TJT |

|  | Speights re: appeal of order appointing futures rep. | | |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: appeal of order appointing futures rep. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: possible appeal of order appointing futures rep. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: possible appeal of order appointing futures rep. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo confirming that Federal Ins. Co. is appealing order appointing futures rep. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from M Dies re: appeal of order appointing futures rep. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from J Schwartz re: appeal of order appointing futures rep. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Obtain Barron & Budd Joinder filing date | 0.10 | LC |
| Jun-04-04 | *Litigation and Litigation Consulting* - review notice of appeal by Certain Insurers re: futures rep. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review rule 8002(a) | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - confer with R. Miller re: appeal of futures rep. order | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: appeal of order appointing futures rep. | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - research re: 8002(a) re: appeal of order appointing futures rep. | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: rule 8002(a) re: futures rep. | 0.10 | TJT |
| Jun-08-04 | *Litigation and Litigation Consulting* - review corresp re: email from J Sakalo re: memorandum order issued by Judge Buckwalter | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: motion to appoint examiner in OC case | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: responses to motion to terminate advisors and disgorge fees in Owens Corning | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: Hamlin deposition in consolidated mandamus petitions in third circuit | 0.20 | TJT |
| Jun-09-04 | *Litigation and Litigation Consulting* - review memorandum order by Judge Buckwalter re: request for status reports | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review email from J Sakalo re: 5/24/04 hearing re: futures rep. appointment | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review 5/24/04 hearing transcript re: appointment of futures rep. | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from E Westbrook re: status report to Judge Buckwalter | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review email from J Schwartz re: responses to motion to appoint examiner in OC case | 0.10 | TJT |

|  | | | |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: responses to motion to appoint examiner in OC case | 0.10 | TJT |
| Jun-10-04 | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: status report and notice of appeal re: futures rep. order | 0.40 | TJT |
|  | *Litigation and Litigation Consulting* - download and review notice of appeal filed by Royal Insurance Co. re: futures rep. appointment order | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: notice of appeal filed by Royal Insurance Co. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: notice of appeal filed by Royal Insurance Co. | 0.10 | TJT |
| Jun-11-04 | *Litigation and Litigation Consulting* - retrieve voice mail message from A Danzeisen re: notice of appeal of futures representative order | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - teleconference with R. Miller re: notice of appeal of futures representative order | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: notice of appeal of order appointing futures representative | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - prepare memorandum to law clerk re: notice of appeal of futures representative order | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - review and revise notice of appeal and prepare for e-filing | 1.50 | TJT |
|  | *Litigation and Litigation Consulting* - confer with paralegal re: notice of appeal | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - e-file and oversee service of notice of appeal | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: notice of appeal of appointing futures representative | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare and revise Notice of Appeal re: Order for Future Asbestos Claimants with Certificate of Service list; forward to R. Miller for review and comment | 0.60 | LC |
| Jun-12-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: notice of appeal of order appointing futures representative | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: deadline to file designation of records/issues on appeal | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review pleading re: subpoenas filed in OC case re: motion to appoint chapter 11 examiner | 0.20 | TJT |
| Jun-14-04 | *Litigation and Litigation Consulting* - prepare letter to A Danzeisen re: subpoenas filed in OC case re: motion to appoint Chapter 11 examiner | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: Hamlin Deposition in consolidated mandamus petitions in third circuit | 0.10 | TJT |
| Jun-15-04 | *Litigation and Litigation Consulting* - review pleading re: 2014 statement by D Austern | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: 2014 statement by D Austern | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - review email from A Danzeisen re: D Austern 2014 disclosures | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review email from third circuit case | 0.10 | TJT |

|  | | | |
|---|---|---|---|
|  | manager re: certified copy of judgment in consolidated mandamus proceedings | | |
| Jun-16-04 | *Litigation and Litigation Consulting* - review joint designation of record/issues on appeal filed by Federal & Royal Ins. Cos. | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: joint designation of record/issues on appeal filed by Federal & Royal Ins. Cos. | 0.10 | TJT |
| Jun-17-04 | *Litigation and Litigation Consulting* - review notice of Mealy's asbestos conference for 9/20-21 re: Austern/Rice re: futures rep. | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: Mealy's asbestos conference scheduled for 9/20-21 re: futures rep. | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - review pleading re: amended joint designation of records/issue on appeal filed by Federal and Royal Ins. Cos. | 0.10 | TJT |
| Jun-18-04 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: amended joint designation of records/issues on appeal | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: order authorizing relief from local rule 3007 regarding PD claims | 0.10 | TJT |
| Jun-19-04 | *Litigation and Litigation Consulting* - review pleading re: application of D Austern to retain Swindler Berlin with attachments and affidavit | 0.50 | TJT |
| Jun-21-04 | *Litigation and Litigation Consulting* - confer with paralegal re: service of designation of issue/record on appeal | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review Certificate of Service and service list re: designation of record on appeal | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - teleconference with J Sakalo re: designation of record/issue on appeal | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - review email from J Sakalo re: designation of record/issue on appeal | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - review and revise designation of record and issues on appeal and prepare for e-filing | 0.40 | TJT |
|  | *Litigation and Litigation Consulting* - e-file designation of record and issues on appeal and oversee service | 0.30 | TJT |
| Jun-25-04 | *Litigation and Litigation Consulting* - review pleading re: counter-designation of record by debtors re: appeal of futures representative order | 0.10 | TJT |
| Jun-29-04 | *Litigation and Litigation Consulting* - Teleconference with Bankruptcy Court clerk re: designation of record on appeal re: appeal of futures draft order | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - review documents to send to clerk of court re: designation of record on appeal re: appeal of futures draft order | 0.20 | TJT |
| Jun-30-04 | *Litigation and Litigation Consulting* - 37th teleconference with A. Danziesen re: emergency hearing on Scotts motion to expand PI | 0.20 | TJT |
| Jun-15-04 | *Hearings* - review agenda for 6/21/04 hearing | 0.10 | TJT |
| Jun-17-04 | *Hearings* - review amended agenda for 6/21/04 hearing | 0.10 | TJT |
|  | *Hearings* - prepare email to J Sakalo re: 6/21/04 hearing | 0.10 | TJT |
| Jun-01-04 | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re: Ferry, Joseph & Pearce's April, 2004 fee app | 0.20 | PL |

| | | | |
|---|---|---|---|
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's 36th monthly Fee Application | 0.10 | LC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's April Fee/Expense Invoice | 0.10 | LC |
| Jun-02-04 | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's April, 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - check docket re: Certificate of No Objection re: Ferry, Joseph & Pearce's April, 2004 fee app and prepare documents for filing re: same | 0.20 | PL |
| | *Fee Applications, Applicant* - e-file and serve Ferry, Joseph & Pearce's Certificate of No Objection re: April, 2004 fee app | 0.30 | PL |
| Jun-03-04 | *Fee Applications, Applicant* - begin drafting Ferry, Joseph & Pearce's May, 2004 fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's May, 2004 time detail | 0.10 | PL |
| | *Fee Applications, Applicant* - Review May 2004 pre-bill | 0.10 | LC |
| Jun-04-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's May, 2004 time details | 0.40 | TJT |
| Jun-07-04 | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's Oct-Dec, 2003 11th quarterly fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re: Ferry, Joseph & Pearce's 11th quarterly fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - review docket re: Ferry, Joseph & Pearce's Certificate of No Objection re: 11th quarterly fee app | 0.10 | PL |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's 11th Quarterly Fee Application | 0.10 | LC |
| Jun-08-04 | *Fee Applications, Applicant* - e-file and serve Ferry, Joseph & Pearce's Certificate of No Objection re: 11th quarterly fee app | 0.20 | PL |
| Jun-09-04 | *Fee Applications, Applicant* - review corresp re: email from S Bossay re: 11th interim fee and expense statement | 0.10 | TJT |
| | *Fee Applications, Applicant* - prepare email to law clerk re: request from fee auditor for review of 11th interim fee and expense statement | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review fee auditor's omnibus order re: Ferry, Joseph & Pearce's 11th Quarterly fee request | 0.10 | LC |
| Jun-15-04 | *Fee Applications, Applicant* - review revised Ferry, Joseph & Pearce's May, 2004 time detail | 0.20 | TJT |
| Jun-16-04 | *Fee Applications, Applicant* - revise Ferry, Joseph & Pearce's May, 2004 time detail | 0.10 | PL |
| Jun-20-04 | *Fee Applications, Applicant* - prepare memorandum to law clerk re: need to review project categories summary for 11th quarterly fee app | 0.10 | TJT |
| Jun-21-04 | *Fee Applications, Applicant* - Verify fees and expenses re: 11th Quarterly Fee Requirements in Certificate of No Objection | 0.10 | LC |
| Jun-23-04 | *Fee Applications, Applicant* - finish drafting Ferry, Joseph & Pearce's May, 2004 fee app | 0.20 | AD |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's May, 2004 invoice for filing | 0.20 | AD |

| | | | |
|---|---|---|---|
| Jun-24-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's May, 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Applicant* - prepare Ferry, Joseph & Pearce's May, 2004 fee app for filing | 0.10 | AD |
| | *Fee Applications, Applicant* - e-file and serve Ferry, Joseph & Pearce's May, 2004 fee app | 0.30 | AD |
| | *Totals* | *48.30* | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Jun-02-04 | *Expense* - Blue Marble Logistics (Inv. #2119) | 208.45 |
| | *Expense* - Blue Marble Logistics (Inv. #2122) | 208.45 |
| Jun-03-04 | *Expense* - Federal Express | 28.85 |
| Jun-04-04 | *Expense* - Tristate Courier & Carriage - delivery charge | 39.00 |
| Jun-08-04 | *Expense* - Jacqueline Kashner, C.S.R., C.R.R | 837.50 |
| Jun-09-04 | *Expense* - Tristate Courier & Carriage - delivery charge | 45.50 |
| Jun-10-04 | *Expense* -  Parcels, Inc. - service | 53.00 |
| | *Expense* - Blue Marble Logistics (Inv. #2171) | 154.25 |
| Jun-11-04 | *Expense* - copying cost | 132.30 |
| | *Expense* - postage | 18.69 |
| Jun-15-04 | *Expense* - J&J Court Transcribers | 140.80 |
| Jun-16-04 | *Expense* - postage | 2.96 |
| | *Expense* - copying cost | 6.30 |
| | *Expense* - copying cost | 6.30 |
| | *Expense* - postage | 2.96 |
| Jun-21-04 | *Expense* - copying cost | 9.45 |
| | *Expense* - postage | 2.12 |
| Jun-24-04 | *Expense* - copying cost | 8.55 |
| | *Expense* - postage | 2.12 |
| Jun-25-04 | *Expense* - Blue Marble Logistics (Inv. #2242) | 184.27 |
| | *Expense* - Blue Marble Logistics (Inv. #2240) | 220.69 |
| | *Expense* -  Tristate Courier & Carriage - delivery charge | 39.00 |
| Jun-29-04 | *Expense* - Filing fee | 255.00 |
| | *Expense* - copying cost | 17.10 |
| | *Expense* - postage | 4.42 |
| | | |
| | *Totals* | *$2,628.03* |

**Total Fees & Disbursements**                                    **$11,654.03**

**Balance Due Now**

**$11,654.03**