**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al*.,<br><br><br>W.R. GRACE & CO<br><br>("the Debtors") | In proceedings for Reorganization under Chapter 11<br><br>Case No. 01-01139 (JKF) Jointly Administered<br><br>Case No. 01-01139<br><br><br><br>Claim Amount: **$34,941.68**<br>Claim No.: **510** |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR CITIWASTE, INC., IN THE AMOUNT OF $34,941.68, TO DK ACQUISITION PARTNERS, L.P.

**To Transferor:**   CITIWASTE, INC.
ATTN: MICHAEL VANWYHE, CONTROLLER
808 SOUTH JOLIET STREET
JOLIET, IL 60436

PLEASE TAKE NOTICE that the transfer of **$34,941.68** of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**   DK Acquisition Partners, L.P.
Attn: Michael J. Leffell
885 Third Avenue
Suite 3300
New York, NY 10022
Facsimile: (212) 371-4318

The Notice of Transfer of Claim is attached hereto. No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

    Deputy Clerk
    United States Bankruptcy Court
    824 N. Market St., 3rd Floor
    Wilmington, DE 19801

- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
    Refer to INTERNAL CONTROL NO. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

If your objection is not timely filed, the transferee will be substituted on our records as the claimant in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATED BANKRUPTCY COURT
DELAWARE

In re:

W.R. Grace & Co.-Conn

Debtor

Case No. 01-01140

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Citiwaste, Inc. ("Assignor") against the Debtor in the amount of $34,941.68 and all claims of Assignor against W.R. Grace & Co.-Conn. have been transferred and assigned to DK Acquisition Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to DK Acquisition Partners, L.P. according to the terms of the Assignment of Claim duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below.

ASSIGNEE: DK Acquisition Partners, L.P.
Address:   885 Third Avenue
           Suite 3300
           New York, NY 10022
           Attn: Michael J. Leffell
           Tel: (212) 446-4090
           Fax: (212) 371-4318

ASSIGNOR: Citiwaste, Inc.
Address:  808 S. Joliet Street
          Joliet, IL 60436
Signature: _Michael VanWyke_
Name:      _Michael VanWyke_
Title:     _Controller_
Date:      _7-29-04_