IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline: September 27, 2004 at 4:00 p.m. |
| | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S INTERIM SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45972.1
09/07/04 1:24 PM

-1-

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax identification No: 95-2018373

**INVOICE**

July 31, 2004

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W41001089
File No. 029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---:|
| Balance due on prior billing | $226,401.39 |
| For professional services rendered through July 31, 2004: | 11,334.50 |

Other Charges:

| | |
|---|---:|
| PHOTOCOPYING | 2.72 |
| TELEPHONE | 9.19 |
| OVERTIME | 180.00 |
| CALLING CARD | 3.96 |
| | 195.87 |

| | |
|---|---:|
| Total Current Charges | 11,530.37 |
| Total Balance Due | $237,931.76 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001089

NJ\91139.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATTHEWS | 06/29/04 | 4.30 | REVIEW AND PROVIDE COMMENTS ON REVISED SETTLEMENT AND RESTRUCTURING AGREEMENT, FACTUAL BACKGROUND FOR ADMINISTRATIVE CONSENT ORDER AND ADDENDUM TO LETTER FOR REMEDIAL ACTION WORK PLAN; CALLS WITH L. DUFF AND J. MCGAHREN REGARDING STATUS; REVIEW INCOMING CORRESPONDENCE; ATTEND TO FILE |
| MATTHEWS | 06/30/04 | 4.30 | REVIEW AND PROVIDE COMMENTS ON REVISED ADMINISTRATIVE CONSENT ORDER; REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 07/01/04 | .40 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MCGAHREN | 07/02/04 | 1.00 | REVIEWED REVISED SETTLEMENT AGREEMENT AND ACO; REVIEWED CORRESPONDENCE; CONFERRED WITH LAURIE MATTHEWS |
| MATTHEWS | 07/06/04 | 4.00 | REVIEW INCOMING CORRESPONDENCE; CALL WITH W. PORTER REGARDING ADDENDUM TO REMEDIAL ACTION WORK PLAN; CONTINUE TO REVIEW SAME; CALL WITH M. MILLER REGARDING STATUS AND CONSISTENCY ISSUES; CONFER WITH J. MCGAHREN REGARDING STATUS |
| MCGAHREN | 07/07/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS |
| MATTHEWS | 07/07/04 | 5.00 | REVIEW AND REVISE REMEDIATION AGREEMENT TO CONFORM DEFINITIONS; TRANSMIT SAME; REVIEW INCOMING CORRESPONDENCE; CONTINUE TO REVIEW AND REVISE ADDENDUM TO REMEDIAL ACTION WORK PLAN; REVIEW RELATED DOCUMENTS |
| MCGAHREN | 07/08/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENT; CONFER WITH L. MATTHEWS; |
| MCGAHREN | 07/09/04 | 1.00 | PHONE CALL WITH M. OBRADOVIC AND P. BUCENS; REVIEWED CORRESPONDENCE AND DOCUMENTS |
| MCGAHREN | 07/12/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 07/12/04 | .80 | REVIEW INCOMING CORRESPONDENCE; ATTEND TO FILE; FINALIZE AND TRANSMIT COMMENTS ON DRAFT REMEDIAL ACTION WORK PLAN ADDENDUM |
| MATTHEWS | 07/13/04 | .50 | CALL WITH M. OBRADOVIC REGARDING STATUS |
| MATTHEWS | 07/14/04 | .20 | CALLS TO M. MILLER AND A. REITANO REGARDING STATUS |
| MCGAHREN | 07/16/04 | .40 | REVIEWED CORRESPONDENCE; PHONE CALL WITH M. OBRADOVIC; |
| MATTHEWS | 07/19/04 | .50 | REVIEW INCOMING CORRESPONDENCE; FOLLOW-UP REGARDING ACO FACTUAL BACKGROUND EDITS |
| MATTHEWS | 07/21/04 | .30 | REVIEW INCOMING CORRESPONDENCE; FOLLOW-UP REGARDING SETTLEMENT DOCUMENTS |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 4.80 | 475.00 | 2,280.00 | PARTNER, JR. |
| LD MATTHEWS | 02951 | 19.90 | 455.00 | 9,054.50 | ASSOCIATE |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001089

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 07/06/04 | TELEPHONE | TELEPHONE 07181 MULVIHILL, DANIEL F | D F MULVIHILL | | 2.67 |
| 07/28/04 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | 3.09 |
| | | ** TOTAL TELEPHONE | | | 5.76 |
| 04/12/04 | PHOTOCOPYING | PHOTOCOPYING CT0604130437875 | UNASSIGNED EXT. UNASSIGNED EXT. | | .85 |
| 07/21/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1007220430299 | JUDITH CHRISTOPHER | | 1.87 |
| | | ** TOTAL PHOTOCOPYING | | | 2.72 |
| 06/30/04 | TELEPHONE | TELEPHONE | J MCGAHREN | | 3.43 |
| | | ** TOTAL TELEPHONE | | | 3.43 |
| 06/14/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY, LOCATE DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 06/30/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY, PREP DOCS. | JUDITH CHRISTOPHER | | 60.00 |
| 07/07/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY, LOC. DOCS. | JUDITH CHRISTOPHER | | 60.00 |
| | | ** TOTAL OVERTIME | | | 180.00 |
| 04/01/04 | CALLING CARD | CALLING CARD - APRIL 2004 | J MCGAHREN | | .46 |
| 05/01/04 | CALLING CARD | CALLING CARD - MAY 2004 | J MCGAHREN | | 3.50 |
| | | ** TOTAL CALLING CARD | | | 3.96 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001089

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax Identification No: 95-2018373

**INVOICE**

July 31, 2004

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No. W41001089
File No. 029016-0001

---

**REMITTANCE COPY**

HATCO REMEDIATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 226,401.39 |
| Current Billing: | | |
| July 31, 2004 | 41001089 | $11,530.37 |
| **Balance Due** | | **$237,931.76** |

**AMOUNT REMITTED:**  $ _____

**Method of Payment:**

☐ CHECK     ☐ WIRE TRANSFER

NJ\91139.1