IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: September 27, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

August 18, 2004  
Invoice 637061  Page 1

Our Matter #        02399/06003                       For Services Through 07/30/04  
WR Grace #         063-KL-721490-01-501270  
Name of Matter:    Beaco Road Site

| Date | Description | | | |
|---|---|---|---|---|
| 06/17/04 | Prepare for and participate in Beaco Road conference call and prepare notes on same. | | | |
| | J.M. MELCHERS | 0.80 hrs. | 250.00/hr | $200.00 |
| 07/12/04 | Review memo from Mr. English regarding Beaco Road Steering Committee conference call. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 07/15/04 | Prepare for and participate in conference call for Beaco Road Steering Committee and prepare notes on same. | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |

**Fees for Legal Services** ................................................................................. **$400.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.60 | 250.00 | 400.00 |
| TOTAL | 1.60 | $250.00 | $400.00 |

**Net current billing for this invoice** ................................................................ **$400.00**

**GRAND TOTAL** ................................................................................................. **$400.00**

W.R. Grace & Co.

August 18, 2004
Invoice 637061 Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 07/30/04

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $400.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$400.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

August 17, 2004  
Invoice 636789 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06030 | For Services Through 07/30/04 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

07/14/04  Confer with Mr. Fishel regarding issue with neighbor (0.2); review file regarding same (0.2); electronic mail transmittal of relevant documents to Mr. Fishel (0.1); detailed voice mail message regarding information obtained from file (0.1).
R.T. CARLISLE    0.60 hrs.    250.00/hr    $150.00

07/15/04  Draft memorandum to Mr. Fishel regarding neighboring property issue (0.4); confer with Mr. Fishel regarding issue (0.4); revise memorandum based on information from discussion with Mr. Fishel (0.3); confer with Attorney Hawkins regarding issues (0.1); follow-up electronic mail memorandum to Mr. Fishel (0.1); research regarding potentially applicable regulations (0.9).
R.T. CARLISLE    2.20 hrs.    250.00/hr    $550.00

07/15/04  Confer with Mr. Fishel regarding compliance certification (0.1); review information regarding same (1.8).
R.T. CARLISLE    1.90 hrs.    250.00/hr    $475.00

07/16/04  Research regarding ice.
R.T. CARLISLE    0.80 hrs.    250.00/hr    $200.00

07/17/04  Additional research on ice.
R.T. CARLISLE    3.40 hrs.    250.00/hr    $850.00

07/17/04  Review new Title V certification requirements and relevant guidance.
R.T. CARLISLE    1.50 hrs.    250.00/hr    $375.00

07/19/04  Review file information relating to certification.
R.T. CARLISLE    0.40 hrs.    250.00/hr    $100.00

07/19/04  Confer with Attorney Carlisle (0.1); review correspondence and other file materials to collate and provide Attorney Carlisle with relevant materials for Title V Certification Compliance issues (2.6); review recent incoming correspondence related to ASCO, then instruct Project Assistant Lucas to create new matter file for same (0.3).
L.J. JENNINGS    3.00 hrs.    115.00/hr    $345.00

07/20/04  Review file and related certification documents and begin drafting checklist for client.
R.T. CARLISLE    2.80 hrs.    250.00/hr    $700.00

W.R. Grace & Co.

August 17, 2004
Invoice 636789 Page 2

| Date | Description | | | Amount |
|---|---|---|---|---|
| 07/20/04 | Organize file materials for Attorney Carlisle's review.<br>K. LUCAS | 0.60 hrs. | 65.00/hr | $39.00 |
| 07/21/04 | Continue drafting outline of information needed for annual certification.<br>R.T. CARLISLE | 4.30 hrs. | 250.00/hr | $1,075.00 |
| 07/22/04 | Obtain information about industry groups' obtaining clarification on issues relevant to certifications (0.6); comparison of features of client's permit with DHEC's exemplar for response (0.7); complete outline of significant features for Mr. Fishel (0.5); electronic mail memorandum to Mr. Fishel regarding issues and attaching relevant documents (0.3); confer with Mr. Fishel regarding same (0.3).<br>R.T. CARLISLE | 2.40 hrs. | 250.00/hr | $600.00 |
| 07/22/04 | Pull documents relevant to issue.<br>R.T. CARLISLE | 0.20 hrs. | 250.00/hr | $50.00 |
| 07/22/04 | Provide Attorney Carlisle with page 14 of Title V.<br>L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |

**Fees for Legal Services** .................................................................................... **$5,532.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 20.50 | 250.00 | 5,125.00 |
| L.J. JENNINGS | 3.20 | 115.00 | 368.00 |
| K. LUCAS | 0.60 | 65.00 | 39.00 |
| TOTAL | 24.30 | $227.65 | $5,532.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 07/14/2004 | Telephone 1-803-648-9575 | 0.05 |
| 07/16/2004 | VENDOR: Bureau of Finance; INVOICE#: Q016776-7/Q016777-5; DATE: 7/16/2004 - Copy charges for FOIA documents | 32.25 |
| 07/16/2004 | Photocopies 5 Page(s) | 0.25 |
| 07/19/2004 | Photocopies 32 Page(s) | 1.60 |
| 07/21/2004 | Photocopies 3 Page(s) | 0.15 |
| 07/22/2004 | Telephone 1-803-648-9575 | 0.65 |
| **Total Charges for Other Services Provided/Expenses Incurred** ...................... | | **$34.95** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.00 |
| Outside Services | 32.25 |
| Telephone | 0.70 |
| TOTAL | $34.95 |

**Net current billing for this invoice** ........................................................... **$5,566.95**

**GRAND TOTAL** ............................................................................................ **$5,566.95**

W.R. Grace & Co.

August 17, 2004
Invoice 636789 Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 07/30/04

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---:|
| Fees for Professional Services | $5,532.00 |
| Charges for Other Services Provided/Expenses Incurred | $34.95 |
| **Net current billing for this invoice** | **$5,566.95** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

August 18, 2004  
Invoice 637062 Page 1

Our Matter #      02399/06031                    For Services Through 07/30/04  
WR Grace #       001-KL-721490-01-501560  
Name of Matter:   Li Tungsten

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/28/04 | Review documents and summaries in preparation for analysis and discussion of claim with EPA. | J.M. MELCHERS | 1.90 hrs. | 250.00/hr | $475.00 |
| 07/01/04 | Prepare analysis memo (1.1), revise, review and locate additional documents for analysis (1.8). | J.M. MELCHERS | 2.90 hrs. | 250.00/hr | $725.00 |
| 07/02/04 | Review, edits and evaluation of data from documents for cost analysis. | J.M. MELCHERS | 2.20 hrs. | 250.00/hr | $550.00 |
| 07/02/04 | Confer with Attorney Melchers regarding draft summary of EPA expenditures (0.2); review ROD for dollar amounts mentioned in brief (0.9); second conversation with Attorney Melchers regarding these numbers, then prepare materials for his review (0.2). | L.J. JENNINGS | 1.30 hrs. | 115.00/hr | $149.50 |
| 07/05/04 | Review documents related to claims issues. | R.T. CARLISLE | 2.40 hrs. | 250.00/hr | $600.00 |
| 07/07/04 | Review documents pertinent to claims issues. | R.T. CARLISLE | 7.60 hrs. | 250.00/hr | $1,900.00 |
| 07/08/04 | Review and analyze documents pertinent to claims issues and meet with Attorney Melchers regarding same. | R.T. CARLISLE | 9.20 hrs. | 250.00/hr | $2,300.00 |
| 07/08/04 | Confer with Attorney Carlisle regarding upcoming meeting with client (0.1); review file for memorandum (0.1). | L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |
| 07/09/04 | Review case strategy issues and provide input to Attorney Melchers. | B.F. HAWKINS, JR. | 0.40 hrs. | 280.00/hr | $112.00 |
| 07/09/04 | Review information to prepare notes in preparation for conference call with Ms. Duff (1.8); telephone conference with Ms. Duff regarding claim valuation issues (1.5); follow-up initial review of consent decree (0.6); review documents and conference with Paralegal Jennings regarding document review (0.3). | J.M. MELCHERS | 4.20 hrs. | 250.00/hr | $1,050.00 |

W.R. Grace & Co.
August 18, 2004
Invoice 637062  Page 2

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/04 | Prepare for conference call regarding claims issues (0.7); participate in conference call regarding claims issues (1.5); follow-up regarding same (0.5); draft notes of analysis relating to claims issues (0.6). | R.T. CARLISLE | 3.30 hrs. | 250.00/hr | $825.00 |
| 07/09/04 | Prepare correspondence to Attorneys Melchers and Carlisle regarding status of materials. | L.J. JENNINGS | 0.10 hrs. | 115.00/hr | $11.50 |
| 07/09/04 | Confer with Attorney Melchers regarding status of case (0.1), as well as reviewing Records of Decision for projected costs (0.1). | L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |
| 07/09/04 | Organize materials for Attorneys Carlisle's and Melchers' review. | K. LUCAS | 0.10 hrs. | 65.00/hr | $6.50 |
| 07/12/04 | Review memo from Attorney Carlisle regarding claims issues (0.2); analysis of costs and negotiation issues (0.9). | J.M. MELCHERS | 1.10 hrs. | 250.00/hr | $275.00 |
| 07/12/04 | Complete write up of document analysis. | R.T. CARLISLE | 1.10 hrs. | 250.00/hr | $275.00 |
| 07/12/04 | Review document relating to certain claims issues (1.3); electronic mail memorandum to Attorney Melchers regarding same (0.4). | R.T. CARLISLE | 1.70 hrs. | 250.00/hr | $425.00 |
| 07/13/04 | Review analysis from Attorney Carlisle regarding changes to Consent Decree and review draft Decree. | J.M. MELCHERS | 1.10 hrs. | 250.00/hr | $275.00 |
| 07/15/04 | Telephone conference with Ms. Duff regarding costs analysis and draft Consent Decree and prepare notes on same. | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 07/15/04 | Review document related to claims issues and confer with Attorney Carlisle regarding same. | J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |
| 07/15/04 | Confer with Attorney Melchers regarding document relating to claims issues. | R.T. CARLISLE | 0.50 hrs. | 250.00/hr | $125.00 |
| 07/22/04 | Prepare for and participate in negotiations with EPA (1.4); telephone conference with Ms. Duff regarding same (0.3). | J.M. MELCHERS | 1.70 hrs. | 250.00/hr | $425.00 |
| 07/22/04 | Review documents for call with EPA (0.9); confer with Attorney Carlisle regarding same (0.2). | J.M. MELCHERS | 1.10 hrs. | 250.00/hr | $275.00 |
| 07/22/04 | Confer with Attorney Melchers regarding discussion related to claims issue. | R.T. CARLISLE | 0.20 hrs. | 250.00/hr | $50.00 |
| 07/23/04 | Review notes and carry out telephone conference with Ms. Duff regarding results of communications with EPA. | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |

W.R. Grace & Co.

August 18, 2004<br>Invoice 637062  Page 3

07/24/04   Prepare requested memo to Ms. Duff regarding EPA communications and costs analysis.
           J.M. MELCHERS                              0.20 hrs.   250.00/hr            $50.00


**Fees for Legal Services** .................................................................................................   **$11,200.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.40 | 280.00 | 112.00 |
| J.M. MELCHERS | 17.50 | 250.00 | 4,375.00 |
| R.T. CARLISLE | 26.00 | 250.00 | 6,500.00 |
| L.J. JENNINGS | 1.80 | 115.00 | 207.00 |
| K. LUCAS | 0.10 | 65.00 | 6.50 |
| TOTAL | 45.80 | $244.55 | $11,200.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/15/2004 | Telephone 1-410-531-4210 | 0.30 |
| 07/22/2004 | Telephone 1-212-637-3165 | 0.15 |
| 07/22/2004 | Telephone 1-410-531-4210 | 0.70 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................   **$1.15**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.15 |
| TOTAL | $1.15 |

**Net current billing for this invoice** ...........................................................................................   **$11,201.65**

**GRAND TOTAL** ..........................................................................................................................   **$11,201.65**

W.R. Grace & Co.

August 18, 2004
Invoice 637062  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 07/30/04

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---:|
| Fees for Professional Services | $11,200.50 |
| Charges for Other Services Provided/Expenses Incurred | $1.15 |
| **Net current billing for this invoice** ............................................................... | **$11,201.65** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

August 17, 2004  
Invoice 636788   Page 1

| | |
|---|---|
| Our Matter # | 02399/06032 |
| WR Grace # | 063-KL-721490-01-0501221 |
| Name of Matter: | Charleston |

For Services Through 07/30/04

| Date | Description | Hrs | Rate | Amount |
|---|---|---|---|---|
| 07/02/04 | Review question concerning dumping trash on site and review options for response with Attorney Smith (0.3); respond to client regarding same (0.1).<br>B.F. HAWKINS, JR. | 0.40 hrs. | 280.00/hr | $112.00 |
| 07/07/04 | Review additional text in access agreement and provide comments to Attorney Hawkins and Attorney Carlisle.<br>N.J. SMITH | 0.20 hrs. | 275.00/hr | $55.00 |
| 07/07/04 | Review and respond to questions concerning site access issues.<br>B.F. HAWKINS, JR. | 0.30 hrs. | 280.00/hr | $84.00 |
| 07/07/04 | Review incoming correspondence regarding request from fire department to clean up trash, then confer with Administrative Assistant Johnson regarding filing of same.<br>L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |
| 07/29/04 | Review RMT document submitted to DHEC.<br>N.J. SMITH | 0.30 hrs. | 275.00/hr | $82.50 |

**Fees for Legal Services** ................................................................................................ **$356.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.70 | 280.00 | 196.00 |
| N.J. SMITH | 0.50 | 275.00 | 137.50 |
| L.J. JENNINGS | 0.20 | 115.00 | 23.00 |
| TOTAL | 1.40 | $254.64 | $356.50 |

W.R. Grace & Co.

August 17, 2004
Invoice 636788  Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 07/20/2004 | Telephone 1-617-498-4306 | 2.25 |
| 07/21/2004 | VENDOR: Ikon Office Solutions; INVOICE#: L07127320; DATE: 7/21/2004 | 79.90 |
| 07/21/2004 | VENDOR: Ikon Office Solutions; INVOICE#: L07127320; DATE: 7/21/2004 | 97.00 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$179.15**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 176.90 |
| Telephone | 2.25 |
| TOTAL | $179.15 |

**Net current billing for this invoice** .............................................................................. **$535.65**

**GRAND TOTAL** ............................................................................................................ **$535.65**

W.R. Grace & Co.

August 17, 2004
Invoice 636788  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 07/30/04

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $356.50 |
| Charges for Other Services Provided/Expenses Incurred | $179.15 |
| **Net current billing for this invoice** | **$535.65** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

August 18, 2004  
Invoice 637063  Page 1

Our Matter #          02399/06091                         For Services Through 07/30/04  
Name of Matter:       Fee Applications

| Date | Description | | | |
|---|---|---|---|---|
| 06/08/04 | Review series of memos regarding Fee Application filings and preparations and follow-up regarding possible steps necessary for addressing issues. <br> J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 06/15/04 | Follow-up regarding status of Fee Application filings and CONOs. <br> J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 07/01/04 | Review status of issues regarding time frame between preparation and filing of Fee Applications. <br> J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 07/01/04 | Follow up with local counsel on status of amended application and hearing date. <br> B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 07/01/04 | Draft letter to local counsel regarding new fee application and follow up on filing of same. <br> B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 07/02/04 | Review PACER for April CONO, update other attorneys as to filing and need to forward to client. <br> B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 07/02/04 | Status report to affected attorneys regarding late filing of amended application by Skadden and review PACER to see if filed. <br> B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 07/06/04 | Review PACER to see if amended application to employ has been filed and follow up with co-counsel on same. <br> B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 07/07/04 | Review memo regarding filing status of May Fee Application and follow-up regarding procedures. <br> J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 07/07/04 | Review PACER to determine if May Fee Application filed and objection deadline (0.1); update application tracking chart (0.1); review PACER to see if amended application to appoint NMRS has been filed (0.1). <br> B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |

W.R. Grace & Co.

August 18, 2004
Invoice 637063 Page 2

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/13/04 | Follow up on whether amended application for employment has been filed by Kirkland and Ellis. | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 07/14/04 | Review PACER to ensure amended application to employ has been filed (0.1); follow up with other attorneys on filing, objection deadline, and hearing date (0.1). | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 07/20/04 | Review June Fee Application attachments for privilege issues. | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 07/22/04 | Review and edit June Fee Application regarding environmental files. | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 07/22/04 | Follow up with paralegal on status of approval for May Fee Application. | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 07/22/04 | Analyze June bills and draft June 2004 Monthly Fee Application for attorney review. | A.R. PRICE | 4.30 hrs. | 95.00/hr | $408.50 |
| 07/22/04 | Review and update Fee Application Tracking Charts (0.6); docket deadlines (0.3). | A.R. PRICE | 0.90 hrs. | 95.00/hr | $85.50 |
| 07/23/04 | Review and edit June Fee Application. | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
| 07/27/04 | Final edit and review of June Fee Application (0.1); follow up on status of May CONO (0.1). | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 07/30/04 | Review June Fee Application documents and approve for filing. | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |

**Fees for Legal Services** .................................................................................................. **$1,531.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 2.40 | 250.00 | 600.00 |
| B.J. BURN | 2.30 | 190.00 | 437.00 |
| A.R. PRICE | 5.20 | 95.00 | 494.00 |
| TOTAL | 9.90 | 154.65 | 1,531.00 |

W.R. Grace & Co.
August 18, 2004
Invoice 637063 Page 3

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/21/2004 | Postage | 1.06 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................. **$1.06**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Postage | 1.06 |
| TOTAL | $1.06 |

**Net current billing for this invoice** ............................................................................ **$1,532.06**

**GRAND TOTAL**............................................................................................................ **$1,532.06**

W.R. Grace & Co.

August 18, 2004
Invoice 637063 Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 07/30/04

Our Matter # 02399/06091
Fee Applications

| | |
|---|---:|
| Fees for Professional Services | $1,531.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.06 |
| **Net current billing for this invoice** ............................................................ | **$1,532.06** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC