# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: September 30, 2004 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JUNE 1, 2004 THROUGH JUNE 30, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1031032 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 280.00 | 4.6 | $ 1,288.00 |
| Neitzel, Charlotte | Partner | $ 350.00 | 3.1 | $ 1,085.00 |
| Tognetti, Natalie | Paralegal | $ 125.00 | 1.3 | $ 162.50 |
| | | | | |
| Total | | | 9.00 | 2,535.50 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 4.50 |
| Facsimiles | $ 3.00 |
| Long Distance Telephone | $ 2.00 |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reproduction | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Velo Binding | $ - |
| Other Expense | $ 203.36 |
| Color Copies | $ - |
| **Total** | **$ 212.86** |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 671980 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/09/04 | KJC | Review new Community Advisory Group meeting minutes. | 0.50 | $ 140.00 |
| 06/10/04 | KJC | Research re sale agreement with Universal Land Corp. re pole building (.50); telephone conferences with A. Stringer re same (.20). | 0.70 | 196.00 |
| 06/15/04 | KJC | Research re ATSDR request re expanding plant personnel (1.00); telephone conferences with R. Finke and W. Corcoran re same (0.60). | 1.60 | 448.00 |
| 06/16/04 | CLN | Conference with D. Kuchinsky re FOIA requests to ATSDR (.30); conference with NKTognetti re same (.30); prepare and finalize letter to D. Kuchinsky re FOIA requests to ATSDR (.50). | 0.80 | 280.00 |
| 06/16/04 | KJC | Telephone conferences with R. Finke and W. Corcoran re ATSDR request regarding expanding plant personnel (1.00); research re same (0.80). | 1.80 | 504.00 |
| 06/16/04 | NKT | Research DCS files re FOIA requests to ATSDR and responses to same per CLNeitzel. | 0.90 | 112.50 |
| 06/17/04 | CLN | Conference with D. Kuchinsky re ATSDR responses to FOIA requests (.30); telephone call to Sciences International re D. Kuchinsky request (.20); conference with B. Anderson re D. Kuchinsky request (.50); review FOIA and answers to respond to D. Kuchinsky request (1.30). | 2.30 | 805.00 |
| 06/17/04 | NKT | Research and locate requested ATSDR documents per CLNeitzel request. | 0.40 | 50.00 |
| | | **Total Fees Through June 30, 2004:** | **9.00** | **$ 2,535.50** |

Holme Roberts & Owen LLP

July 9, 2004

| W.R. Grace | | | | | |
|---|---|---|---|---|---|
| | | | Page | | 9 |
| | | | Invoice No.: | | 671980 |
| | | | Client No.: | | 04339 |
| | | | Matter No.: | | 00300 |

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 350.00 | 3.10 | $ 1,085.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 4.60 | 1,288.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 1.30 | 162.50 |
| | | **Total Fees:** | | **9.00** | **$ 2,535.50** |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/31/04 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: M672165; DATE: 5/31/2004 - Document Storage - May 2004 | $ 203.36 |
| 06/10/04 | 3 | Facsimile | 3.00 |
| 06/10/04 | | Long Distance Telephone: 4062933964, 4 Mins., TranTime:13:1 | 0.40 |
| 06/15/04 | | Long Distance Telephone: 4105314355, 8 Mins., TranTime:15:57 | 0.80 |
| 06/15/04 | | Long Distance Telephone: 4105314355, 6 Mins., TranTime:16:25 | 0.60 |
| 06/16/04 | 30 | Photocopy | 4.50 |
| 06/28/04 | | Long Distance Telephone: 7194485939, 2 Mins., TranTime:11:16 | 0.20 |
| | | **Total Disbursements:** | **$ 212.86** |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

Page 10
Invoice No.: 671980
Client No.: 04339
Matter No.: 00300

### Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 4.50 |
| Facsimile | | 3.00 |
| Long Distance Telephone | | 2.00 |
| Other Expense | | 203.36 |
| **Total Disbursements:** | **$** | **212.86** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | *Outstanding Balance on Invoice 612649:* | | *$  1,095.20* |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 04/11/03 | Cash Receipt | -259,371.06 |
| | 04/14/03 | Cash Receipt Cancellation | 259,371.06 |
| | *Outstanding Balance on Invoice 620923:* | | *$ 309,771.81* |
| 621058 | 01/31/03 | Bill | 1,435.19 |
| | 04/11/03 | Cash Receipt | -1,191.79 |
| | 04/14/03 | Cash Receipt | -1,191.79 |
| | 04/14/03 | Cash Receipt Cancellation | 1,191.79 |
| | 09/05/03 | Cash Receipt | -237.92 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 300.00 | 1.0 | $ 300.00 |
| Haag, Susan | Paralegal | $ 125.00 | 6.3 | $ 787.50 |
| | | | | |
| **Total** | | | **7.30** | $ **1,087.50** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 44.10 |
| Facsimiles | $ - |
| Long Distance Telephone | $ 0.10 |
| Federal Express | $ 27.56 |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| **Total** | **$ 71.76** |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

Page              25
Invoice No.:   671980
Client  No.:    04339
Matter No.:    00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/04 | SH | Begin calculating 12th Interim Fee Application. | 0.60 | $ 75.00 |
| 06/02/04 | EKF | Review, revise and finalize 12th interim quarterly fee application (.30). | 0.30 | 90.00 |
| 06/02/04 | SH | Finalize calculation of 12th Interim Fee Application. | 2.30 | 287.50 |
| 06/07/04 | SH | Finalize amounts for 12th interim fee application (.70); compile and file 12th interim fee application (.50). | 1.20 | 150.00 |
| 06/17/04 | EKF | Review fee auditor's combined final report regarding fee applications. | 0.20 | 60.00 |
| 06/25/04 | EKF | Review court order of June 16, 2004 on allowance of fees (.10.); draft e-mail to KWLund re same (.10). | 0.20 | 60.00 |
| 06/28/04 | EKF | Review and finalize April monthly fee application. | 0.30 | 90.00 |
| 06/28/04 | SH | Draft April fee application (1.80); compile and file April fee application (.40). | 2.20 | 275.00 |

**Total Fees Through June 30, 2004:**   7.30   $ 1,087.50

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 1.00 | $ 300.00 |
| SH | Susan Haag | Paralegal | 125.00 | 6.30 | 787.50 |

**Total Fees:**   7.30   $ 1,087.50

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

Page            26
Invoice No.:    671980
Client No.:     04339
Matter No.:     00390

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/01/04 | 74 | Photocopy | $ 11.10 |
| 06/04/04 |  | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-799-66954; DATE: 6/4/2004 - Courier, Acct. 0802-0410-8. 05-28; William Weller Wilmington, De | 10.47 |
| 06/07/04 |  | Long Distance Telephone: 3028886909, 1 Mins., TranTime:10:33 | 0.10 |
| 06/07/04 | 168 | Photocopy | 25.20 |
| 06/11/04 |  | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-846-23375; DATE: 6/11/2004 - Courier, Acct. 0802-0410-8. 06-07; William Weller Wilmington, De | 17.09 |
| 06/28/04 | 52 | Photocopy | 7.80 |
|  |  | **Total Disbursements:** | **$ 71.76** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 44.10 |
| Long Distance Telephone | | 0.10 |
| Federal Express | | 27.56 |
| **Total Disbursements:** | **$** | **71.76** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 6,832.32 |
|  | 12/16/02 | Cash Receipt | -5,498.82 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 280.00 | 11.9 | $ 3,332.00 |
| Tognetti, Natalie | Paralegal | $ 125.00 | 3 | $ 375.00 |
| | | | | |
| Total | | | 14.90 | $ 3,707.00 |

### Matter 00420 - Ninth Circuit Appeal

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 126.30 |
| Facsimile | $ 3.00 |
| Long Distance Telephone | $ 4.00 |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Other Expenses | $ - |
| Color Photocopy | $ 18.85 |
| Velo Binding | $ 5.00 |
| **Total** | **$ 157.15** |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 671980 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/15/04 | KJC | Telephone conferences with J. Freeman and J. Stahr re Opposition Brief (.40); e-mail exchange with team re same (.50). | 0.90 | $ 252.00 |
| 06/17/04 | KJC | Review U.S. Opposition Brief (1.50); telephone conferences with W. Corcoran and J. O'Quinn re U.S. Opposition Brief (1.30); e-mail exchange with client re U.S. Opposition Brief (0.50). | 3.30 | 924.00 |
| 06/18/04 | KJC | Telephone conference with D. Kuchinsky re U.S. Response Brief (.40); discussions with team re response to Brief (1.20); further review of Brief (1.40). | 3.00 | 840.00 |
| 06/22/04 | KJC | Telephone conference with D. Kuchinsky re U.S. Response Brief (.30); e-mail exchange with appellate team re Reply Brief (.60). | 0.90 | 252.00 |
| 06/22/04 | KJC | Arrange conference call re Reply brief (No charge .30 hours). | 0.00 | 0.00 |
| 06/23/04 | KJC | Telephone conference with team re Reply brief (1.50); research re excerpts of records issues cites in Appeal brief (0.80). | 2.30 | 644.00 |
| 06/23/04 | NKT | Review U.S. Reply Brief (.60); begin research re issues on excerpts of record per KJCoggon (.20). | 0.80 | 100.00 |
| 06/24/04 | KJC | Telephone conference with J. O'Quinn and G. Lucero re strategies for Reply brief. | 0.90 | 252.00 |
| 06/24/04 | NKT | Continue review of U.S. Reply Brief (1.00); continue research re excerpts of records issues (.80); draft summary chart re same (.40). | 2.20 | 275.00 |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

Page 33
Invoice No.: 671980
Client No.: 04339
Matter No.: 00420

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/25/04 | KJC | Review and forward summary of excerpts of records issues. | 0.60 | 168.00 |
| | | **Total Fees Through June 30, 2004:** | **14.90** | **$ 3,707.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 11.90 | $ 3,332.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 0.00 | 0.00 | 0.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 3.00 | 375.00 |
| | | **Total Fees:** | | **14.90** | **$ 3,707.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/15/04 | | Long Distance Telephone: 2025142855, 1 Mins., TranTime:15:37 | $ 0.10 |
| 06/15/04 | | Long Distance Telephone: 4105314203, 7 Mins., TranTime:16:17 | 0.70 |
| 06/17/04 | 8 | Color Photocopy | 5.20 |
| 06/17/04 | 2 | Color Photocopy | 1.30 |
| 06/17/04 | 13 | Color Photocopy | 8.45 |
| 06/17/04 | 2 | Color Photocopy | 1.30 |
| 06/17/04 | 3 | Facsimile | 3.00 |
| 06/17/04 | | Long Distance Telephone: 2028795087, 1 Mins., TranTime:11:54 | 0.10 |
| 06/17/04 | | Long Distance Telephone: 2028795213, 1 Mins., TranTime:11:55 | 0.10 |

Holme Roberts & Owen LLP

July 9, 2004

| W.R. Grace | | | |
|---|---|---|---|

Page       34
Invoice No.:  671980
Client  No.:  04339
Matter  No.:  00420

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/17/04 |  | Long Distance Telephone: 2028795213, 12 Mins., TranTime:13:07 | 1.20 |
| 06/17/04 | 2 | Photocopy | 0.30 |
| 06/17/04 | 1 | Photocopy | 0.15 |
| 06/17/04 | 1 | Photocopy | 0.15 |
| 06/17/04 | 532 | Photocopy | 79.80 |
| 06/17/04 | 1 | Photocopy | 0.15 |
| 06/17/04 | 2 | Photocopy | 0.30 |
| 06/17/04 | 3 | Velo Binding | 3.00 |
| 06/18/04 | 2 | Color Photocopy | 1.30 |
| 06/18/04 | 2 | Color Photocopy | 1.30 |
| 06/18/04 |  | Long Distance Telephone: 4105314203, 11 Mins., TranTime:12:50 | 1.10 |
| 06/18/04 |  | Long Distance Telephone: 2028795213, 1 Mins., TranTime:13:01 | 0.10 |
| 06/18/04 | 233 | Photocopy | 34.95 |
| 06/18/04 | 70 | Photocopy | 10.50 |
| 06/18/04 | 2 | Velo Binding | 2.00 |
| 06/23/04 |  | Long Distance Telephone: 2025142855, 2 Mins., TranTime:10:34 | 0.20 |
| 06/23/04 |  | Long Distance Telephone: 2028795213, 2 Mins., TranTime:10:53 | 0.20 |
| 06/25/04 |  | Long Distance Telephone: 3609416302, 2 Mins., TranTime:12:37 | 0.20 |

**Total Disbursements:** $ **157.15**

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

Page 35
Invoice No.: 671980
Client No.: 04339
Matter No.: 00420

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 126.30 |
| Facsimile | | 3.00 |
| Long Distance Telephone | | 4.00 |
| Color Photocopy | | 18.85 |
| Velo Binding | | 5.00 |
| **Total Disbursements:** | **$** | **157.15** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 646528 | 10/15/03 | Bill | | 39,193.49 |
| | 04/14/04 | Cash Receipt | | -31,476.09 |
| | 05/04/04 | Cash Receipt | | -7,411.42 |
| | *Outstanding Balance on Invoice 646528:* | | $ | 305.98 |
| 649383 | 11/13/03 | Bill | | 5,482.57 |
| | 07/06/04 | Cash Receipt | | -995.90 |
| | *Outstanding Balance on Invoice 649383:* | | $ | 0.00 |
| 652391 | 12/10/03 | Bill | | 2,460.33 |
| | 07/06/04 | Cash Receipt | | -450.70 |
| | *Outstanding Balance on Invoice 652391:* | | $ | 0.00 |
| 656750 | 01/27/04 | Bill | | 7,350.45 |
| | 03/12/04 | Cash Receipt | | -6,113.55 |
| | 07/06/04 | Cash Receipt | | -1,225.96 |