UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
TERMINATION OF CM/ECF NOTICES**

NOW COMES the undersigned counsel, Peter D. Bilowz of Goulston & Storrs, P.C., requesting withdrawal of his appearance in this case and termination of the delivery of CM/ECF Notices to this office.

Dated: September 8, 2004         /s/ Peter D. Bilowz
                                 Peter D. Bilowz (BBO #651383)
                                 Goulston & Storrs, P.C.
                                 400 Atlantic Avenue
                                 Boston, MA 02110-3333
                                 Tel: 617-482-1776
                                 Fax: 617-574-4112

-1-

GSDOCS-1403328-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 01-1139 (JKF) <br> ) <br> ) <br> ) |
| W.R. GRACE & CO., et al., | |
| Debtors. | |

## **CERTIFICATE OF SERVICE**

I, Peter D. Bilowz, hereby certify that on this 8th day of September, 2004, I caused to be served a copy of the **Notice of Withdrawal of Appearance and Request for Termination of CM/ECF Notices** via first-class mail, postage prepaid, upon the parties listed on the attached Service List.

Dated: September 8, 2004    /s/ Peter D. Bilowz
　　　　　　　　　　　　　　　　　Peter D. Bilowz (BBO #651383)
　　　　　　　　　　　　　　　　　Goulston & Storrs, P.C.
　　　　　　　　　　　　　　　　　400 Atlantic Avenue
　　　　　　　　　　　　　　　　　Boston, MA 02110-3333
　　　　　　　　　　　　　　　　　Tel:  617-482-1776
　　　　　　　　　　　　　　　　　Fax:  617-574-4112

| David W. Carickhoff, Jr<br>Pachulski Stang Ziehl Young & Jones<br>919 N. Market St.<br>16th Floor<br>Wilmington, DE 19899-8705 | Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 |
|---|---|
| Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Richard W. Riley, Esq.<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |