```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                          Invoice Number      1180963
One Town Center Road                     Invoice Date        08/31/04
Boca Raton, FL   33486                   Client Number        172573
```

===============================================================================
Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                            6,742.00


                    TOTAL BALANCE DUE UPON RECEIPT         $6,742.00
                                                              =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1180963<br>Invoice Date       08/31/04<br>Client Number        172573<br>Matter Number         60026 |

================================================================================
Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 07/01/04 | Bentz | Corresponding with J. Restivo regarding production of documents. | .30 |
| 07/01/04 | Cameron | Meet with J. Restivo (0.3) and telephone call with R. Finke re: discussion with and providing documents to ACC (0.5). | .80 |
| 07/02/04 | Atkinson | Telephone calls to J. Restivo and to K. Hindman (Ditto) re: documents to provide to ACC (0.5); e-mail to J. Restivo re: vendor ability to produce documents in electronic format (0.3) | .80 |
| 07/02/04 | Cameron | Telephone call with J. Restivo regarding ACC discussions (0.4); telephone call with R. Finke regarding miscellaneous issues and strategy for responses (0.6). | 1.00 |
| 07/02/04 | Restivo | Telephone calls with R. Budd, R. Finke, D. Siegel, and D. Cameron re: asbestos-related bankruptcy issues. | 1.50 |
| 07/03/04 | Cameron | Review of additional materials received from R. Finke regarding asbestos claims. | .90 |
| 07/06/04 | Cameron | E-mail report of conversation with R. Finke and things-to-do with respect to asbestos claims. | .80 |

```
172573  W. R. Grace & Co.                        Invoice Number   1180963
60026   Litigation and Litigation Consulting     Page    2
        August 31, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 07/06/04 | Restivo | Correspondence with N. Finch re: asbestos issues. | 1.10 |
| 07/08/04 | Bentz | Conference with M. Murphy regarding request for certain documents. | .40 |
| 07/08/04 | Restivo | Telephone call with D. Siegel re: asbestos issues. | .40 |
| 07/09/04 | Bentz | Review of various information requested by M. Murphy. | .30 |
| 07/12/04 | Bentz | Review of documents issued regarding third party non-debtor asbestos defendant. | .40 |
| 07/12/04 | Restivo | Prepare material for N. Finch re: asbestos issues. | 1.00 |
| 07/13/04 | Bentz | Review of agenda for upcoming Omnibus hearing (.3); letter to D. Kuchinsky regarding documents produced to third party non-debtor asbestos defendant (.3); research and conferences with R. Finke regarding request for information regarding courts (1.5). | 2.10 |
| 07/13/04 | Cameron | Multiple e-mails regarding issues raised by R. Finke relating to asbestos claims. | .50 |
| 07/14/04 | Bentz | Review of materials produced to third party non-debtor asbestos defendant. | 1.10 |
| 07/14/04 | Restivo | Prepare materials to send to Finch. | 1.00 |
| 07/26/04 | Bentz | Conferences with R. Finke regarding various issues relating to third party non-debtor asbestos defendant. | .50 |
| 07/26/04 | Cameron | Review materials from R. Finke regarding Libby. | .80 |
| 07/29/04 | Lord | Prepare correspondence to R. Finke re: monthly CNOs. | .20 |
| | | | ------ |

```
172573  W. R. Grace & Co.                        Invoice Number   1180963
60026   Litigation and Litigation Consulting     Page    3
        August 31, 2004
```

```
                                          TOTAL HOURS      15.90
```

```
TIME SUMMARY                     Hours          Rate          Value
---------------------------      -------------------------    -------
James J. Restivo Jr.             5.00   at  $   495.00   =    2,475.00
Douglas E. Cameron               4.80   at  $   465.00   =    2,232.00
James W Bentz                    5.10   at  $   370.00   =    1,887.00
John B. Lord                     0.20   at  $   160.00   =       32.00
Maureen L. Atkinson              0.80   at  $   145.00   =      116.00

                                 CURRENT FEES                             6,742.00
                                                                         ------------
                                 TOTAL BALANCE DUE UPON RECEIPT          $6,742.00
                                                                         ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W. R. Grace                                 Invoice Number        1180964
5400 Broken Sound Blvd., N.W.               Invoice Date          08/31/04
Boca Raton, FL 33487                        Client Number          172573
```

================================================================================
Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

    Fees                                         3,433.00

                      TOTAL BALANCE DUE UPON RECEIPT         $3,433.00
                                                                                          =============

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

W. R. Grace                                Invoice Number        1180964
5400 Broken Sound Blvd., N.W.              Invoice Date         08/31/04
Boca Raton, FL 33487                       Client Number         172573
                                           Matter Number          60028
================================================================================
Re: (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2004

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/22/04 | Restivo | Review outstanding issues related to ZAI case. | .80 |
| 07/01/04 | Cameron | Review draft motion re: ZAI budget. | .60 |
| 07/01/04 | Restivo | Review ZAI document production (1.7) and calls to Baer (0.3), Atkinson (0.2) and Finke (0.3). | 2.50 |
| 07/02/04 | Restivo | Telephone calls with J. Baer (0.7) and M. Atkinson (0.3) re: ZAI document issues. | 1.00 |
| 07/08/04 | Muha | Revise draft motion relating to ZAI Science Trial budget. | .50 |
| 07/13/04 | Cameron | Review comments to draft motion relating to ZAI budget. | .60 |
| 07/13/04 | Muha | Review ZAI claimants' counsel comments to draft budget motion (0.3) and e-mail to D. Cameron re: same (0.2). | .50 |
| 07/17/04 | Cameron | Review and revise draft motion relating to ZAI budget. | .70 |
| 07/29/04 | Cameron | Review motion with respect to budget for fees. | .40 |

                                              TOTAL HOURS        7.60

172573  W. R. Grace & Co.　　　　　　　　　　　　　　Invoice Number   1180964
60028   ZAI Science Trial　　　　　　　　　　　　　　 Page    2
　　　　August 31, 2004

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| James J. Restivo Jr. | 4.30 at | $ 495.00 = | 2,128.50 |
| Douglas E. Cameron | 2.30 at | $ 465.00 = | 1,069.50 |
| Andrew J. Muha | 1.00 at | $ 235.00 = | 235.00 |

　　　　　　　　　　　　　CURRENT FEES　　　　　　　　　　　　　　3,433.00

　　　　　　　　　　　　　TOTAL BALANCE DUE UPON RECEIPT　　　　　$3,433.00

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                           Invoice Number      1180965
5400 Broken Sound Blvd., N.W.         Invoice Date       08/31/04
Boca Raton, FL 33487                  Client Number       172573
```

========================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

    Fees                                    1,407.00

                TOTAL BALANCE DUE UPON RECEIPT       $1,407.00
                                                                  =============

```
                       REED SMITH LLP
                       PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1180965
5400 Broken Sound Blvd., N.W.            Invoice Date       08/31/04
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60029
```

===========================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2004

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/01/04 | Cameron | Review fee application materials. | .80 |
| 07/01/04 | Lord | Prepare May 2004 monthly fee application for e-filing and service. | 1.10 |
| 07/01/04 | Muha | Attention to billing and payment issues from recent quarterly fee application payment. | .30 |
| 07/06/04 | Lord | Research docket and draft CNO for RS 34th monthly fee application. | .50 |
| 07/08/04 | Lord | Review, revise and e-file RS CNO for 34th monthly fee application (.3); perfect service for same (.2); prepare correspondence to R. Finke re: submission of same (.1). | .60 |
| 07/10/04 | Muha | Work on June 2004 monthly fee application. | 1.00 |
| 07/12/04 | Lord | Respond to e-mail from A. Muha re: 34th monthly fee application CNO. | .10 |
| 07/19/04 | Muha | Revisions to June 2004 fee and expense details. | .50 |
| 07/21/04 | Muha | | .20 |
| 07/26/04 | Lord | Research docket and draft CNO/service for 35th monthly fee application. | .40 |

```
172573 W. R. Grace & Co.                          Invoice Number  1180965
60029  Fee Applications-Applicant                 Page     2
       August 31, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 07/28/04 | Lankford | Verifying calculations, etc. regarding 35th Monthly Fee Application. | .80 |
| 07/29/04 | Lankford | Scan, e-file and perfect service of CNO. | .60 |
| | | TOTAL HOURS | 6.90 |

| TIME SUMMARY | Hours | Rate | | Value |
|---|---|---|---|---|
| Douglas E. Cameron | 0.80 | at $ 465.00 | = | 372.00 |
| Andrew J. Muha | 2.00 | at $ 235.00 | = | 470.00 |
| John B. Lord | 2.70 | at $ 160.00 | = | 432.00 |
| Lisa Lankford | 1.40 | at $  95.00 | = | 133.00 |

```
              CURRENT FEES                                      1,407.00

                                                             ------------
              TOTAL BALANCE DUE UPON RECEIPT                    $1,407.00
                                                             ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R Grace & Co.                        Invoice Number       1180966
   One Town Center Road                   Invoice Date        08/31/04
   Boca Raton, FL    33486                Client Number        172573



==============================================================================

   Re: W. R. Grace & Co.


   (60030)   Hearings

        Fees                             1,594.50

                    TOTAL BALANCE DUE UPON RECEIPT         $1,594.50
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1180966 |
| One Town Center Road | Invoice Date      08/31/04 |
| Boca Raton, FL   33486 | Client Number      172573 |
| | Matter Number        60030 |

===========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 07/06/04 | Cameron | Prepare for and participate in portions of hearing regarding motion to lift stay (1.1); meet with J. Restivo regarding same (0.2). | 1.30 |
| 07/06/04 | Restivo | Preparation for and participate in telephonic hearing on motion to lift stay. | 2.00 |
| | | TOTAL HOURS | 3.30 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| James J. Restivo Jr. | 2.00 at $ 495.00 = | | 990.00 |
| Douglas E. Cameron | 1.30 at $ 465.00 = | | 604.50 |

CURRENT FEES                                                    1,594.50

TOTAL BALANCE DUE UPON RECEIPT                                 $1,594.50