REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                         Invoice Number      1180967
One Town Center Road                    Invoice Date      08/31/04
Boca Raton, FL    33486                 Client Number       172573



================================================================================
Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Expenses                                235.53

                    TOTAL BALANCE DUE UPON RECEIPT          $235.53
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                           Invoice Number      1180967
One Town Center Road                      Invoice Date      08/31/04
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
        Telephone Expense                       2.20
        Duplicating/Printing                   48.45
        Other Databases                        74.13
        Postage Expense                         1.11
        Courier Service - Outside              80.52
        Outside Duplicating                   953.12
        Expense Advance                      (924.00)
                         CURRENT EXPENSES               235.53
                                                  --------------
                 TOTAL BALANCE DUE UPON RECEIPT        $235.53
                                                  ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1180967<br>Invoice Date     08/31/04<br>Client Number      172573<br>Matter Number       60026 |

=========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/30/04 | Pacer Databases | 74.13 |
| 07/01/04 | WR GRACE #419615 7/1/04 DEPOSIT RE: OVERPAYMENT<br>DEC. 2003 FEE APP. | -924.00 |
| 07/02/04 | 614-464-8322/COLUMBUS, OH/2 | .10 |
| 07/02/04 | ATTY # 0718; 152 COPIES | 22.80 |
| 07/08/04 | ATTY # 0718; 18 COPIES | 2.70 |
| 07/12/04 | ATTY # 0559: 6 COPIES | .90 |
| 07/12/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 07/13/04 | ATTY # 0710; 6 COPIES | .90 |
| 07/13/04 | ATTY # 0349: 37 COPIES | 5.55 |
| 07/13/04 | ATTY # 0885: 1 COPIES | .15 |
| 07/13/04 | ATTY # 0885: 1 COPIES | .15 |
| 07/13/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 07/13/04 | 561-362-1533/BOCA RATON, FL/5 | .25 |
| 07/13/04 | 410-531-4355/COLUMBIA, MD/9 | .45 |
| 07/13/04 | 215-851-8856/PHILA, PA/7 | .35 |
| 07/14/04 | Postage Expense: ATTY # 0849 User: MILLER, JASON | 1.11 |
| 07/14/04 | ATTY # 0349: 3 COPIES | .45 |

172573  W. R. Grace & Co.                        Invoice Number  1180967
60026  Litigation and Litigation Consulting       Page    2
          August 31, 2004

| Date | Description | Amount |
|---|---|---|
| 07/14/04 | ATTY # 0885: 1 COPIES | .15 |
| 07/14/04 | ATTY # 0349: 2 COPIES | .30 |
| 07/14/04 | ATTY # 0885: 1 COPIES | .15 |
| 07/14/04 | ATTY # 0349: 2 COPIES | .30 |
| 07/14/04 | ATTY # 0885; 4 COPIES | .60 |
| 07/14/04 | ATTY # 0885; 1 COPIES | .15 |
| 07/14/04 | ATTY # 0349; 14 COPIES | 2.10 |
| 07/14/04 | ATTY # 0349; 14 COPIES | 2.10 |
| 07/14/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Dori A. Kuchinsky,  W.R. Grace & Co. (LEESBURG VA 20176). | 15.47 |
| 07/14/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Dori A. Kuchinsky,  W.R. Grace & Co. (LEESBURG VA 20176). | 15.47 |
| 07/14/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Dori A. Kuchinsky,  W.R. Grace & Co. (LEESBURG VA 20176). | 15.47 |
| 07/14/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Dori A. Kuchinsky,  W.R. Grace & Co. (LEESBURG VA 20176). | 15.47 |
| 07/14/04 | Courier Service - 00843 UPS - Shipped from James Restivo, Reed Smith LLP - Pittsburgh to Nathan D. Finch, Caplin & Drysdale (WASHINGTON DC 20005). | 18.64 |
| 07/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 07/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 07/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 07/20/04 | ATTY # 0349: 3 COPIES | .45 |
| 07/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 07/26/04 | 410-531-4355/COLUMBIA, MD/16 | .75 |

172573 W. R. Grace & Co.                          Invoice Number  1180967
60026  Litigation and Litigation Consulting       Page    3
       August 31, 2004

07/27/04   Outside Duplicating - - VENDOR:DITTO DOCUMENT      -444.05
           SERVICES, INC. CREDIT FROM INVOICE 58542
           (CLIENT PAID THIS INVOICE).

07/27/04   Outside Duplicating - - VENDOR:IKON OFFICE           61.30
           SOLUTIONS, INC. COPYING

07/27/04   561-362-1551/BOCA RATON, FL/6                          .30

07/27/04   ATTY # 0856: 1 COPIES                                  .15

07/27/04   ATTY # 0856: 2 COPIES                                  .30

07/28/04   Outside Duplicating - - VENDOR:IKON OFFICE          1335.87
           SOLUTIONS, INC.: COPIES FOR PRODUCTION OF
           DOCUMENTS TO THIRD PARTY NON-DEBTOR ASBESTOS
           DEFENDANT.

07/29/04   ATTY # 3984; 18 COPIES                                2.70

07/30/04   ATTY # 0559: 12 COPIES                                1.80

07/30/04   ATTY # 0559: 1 COPIES                                  .15

                        CURRENT EXPENSES                       235.53
                                                            ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $235.53
                                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1180968
5400 Broken Sound Blvd., N.W.        Invoice Date        08/31/04
Boca Raton, FL 33487                 Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Expenses                              93.02

                TOTAL BALANCE DUE UPON RECEIPT          $93.02
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1180968
5400 Broken Sound Blvd., N.W.        Invoice Date       08/31/04
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028

======================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                    0.85
        Duplicating/Printing                91.80
        Postage Expense                      0.37

                    CURRENT EXPENSES                93.02
                                           -------------

                    TOTAL BALANCE DUE UPON RECEIPT   $93.02
                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1180968
5400 Broken Sound Blvd., N.W.            Invoice Date      08/31/04
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028

===============================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/01/04 | 843-727-6500/CHARLESTON, SC/2 | .10 |
| 07/01/04 | 843-727-6513/CHARLESTON, SC/2 | .10 |
| 07/01/04 | ATTY # 0349: 6 COPIES | .90 |
| 07/06/04 | ATTY # 0349; 18 COPIES | 2.70 |
| 07/06/04 | ATTY # 0349; 6 COPIES | .90 |
| 07/06/04 | ATTY # 0349: 2 COPIES | .30 |
| 07/07/04 | 410-531-4355/COLUMBIA, MD/13 | .65 |
| 07/12/04 | ATTY # 0559: 1 COPIES | .15 |
| 07/12/04 | ATTY # 0349: 2 COPIES | .30 |
| 07/12/04 | ATTY # 0349: 2 COPIES | .30 |
| 07/12/04 | ATTY # 0349: 2 COPIES | .30 |
| 07/13/04 | ATTY # 0349; 196 COPIES | 29.40 |
| 07/13/04 | ATTY # 0349; 377 COPIES | 56.55 |
| 07/14/04 | Postage Expense | .37 |

                         CURRENT EXPENSES           93.02
                                                ------------
             TOTAL BALANCE DUE UPON RECEIPT        $93.02
                                                ============