"B"

CDD08043



M.B.T.A.
Tunnel-Davis Sq. to Harvey St.
Contract # 091-509
G.C.: White, Morrison-Knudsen
Mergentime
Date: 10-20-80



M.B.T.A.    Cont. #091-509
Tunnel-Davis Sq. To Harvey St
G.C.:White-M-K-M
Photo.:Abbott-Boyle,Inc.
June 22, 1983

VIEW EAST TOWARD
MASS AVE.

CDD08045



M-1 Alewife Sta 10/11/82
building N.B. tunnel
Looking N.B. TUNNEL

CDD08046



MBTA Alewife Sta. 5.5.81
091-601  Perini Corp.
(3) B+A Level Struc II

EAST OF ALEWIFE

CDD08047



M.B.T.A.
Tunnel-Davis Sq. to Harvey St
Cont.# 091-509
G.C.:White-Morrison
       Knudsen-Mergentine
Date: Aug. 13,1981
Desc:

REINF. CAGE FABRICATION
@ RUSSELL FIELD

CDD08048



MBTA ALEWIFE Sta N. Jr..
091-601 Perini Cont. Corp.
(7) Slurry Plant



CDD08050



M.J.T.A.
Tunnel - Davis Sq. to Harvey St.
June 16, 1981

CED08051



Contract 091-66V
Alewife /DRSG/Tunnel
Penn job 747
12/20/83

CDD08052



View of Russell Field
S'SW

M.B.T.A. Cont# 091-505
Tunnel Davis Sq to Harvey St
G.C.: White-M-K-M
Photo: Abbott-Boyle, Inc.
October 21, 1983

CDD08053



MBTA . LOOK SOUTH
Tunnel - Davis St. to Newey St.
cont. 091-509

Date: July 13, 1981
By SOLID-TEK - @W.R. GRACE PLANT

CBD08054



M.B.T.A. Cont# 091-509
Tunnel Davis Sq to Harvey St
G.C.: White-M-K-M
Photo: Abbott-Boyle, Inc.
October 21, 1983

View of Roberts Field
S-W

CDD08055



LOOKING EAST
Tunnel - Davis St. to Nowey St.
CAL. 091 — 508A

July 13, 1198:
SLUDGE STOCKPILE
FROM W.R. GRACE



MIT Alewife Site   10/11/82
G.1.2.2 Footing - ...
HS. Looking SW East



M.B.T.A. Cont. #091-509
Tunnel-Davis Sq. to Harvey St.
G.C.: White-M-K-M
Photo: Abbott-Boyle, Inc.
December 24, 1982

FORMING DUCTWORK +
RE-STEEL @ INVERT SLAB

CDD08058



H.b.T.A.
Tunnel-Davis Sq. to Harvey St
Contract # wj1-509
G.C.:Utha-Morrison
        Knudsen-Bergentine
Date: Jan.15,1942
Desc::

VIEW S.W. (APPROX)
RUSSELL FIELD
STOCK PILE



M.F.T.A. Cont. 7091-509
Tunnel—Davis Sq. Tollarvey St
G.C.: Whitc-I-K-H
Photo: Abbott-Boyle, Inc.
June 22, 1935

VIEW WEST Front Approx
STA. 301+00



CDD08061



CONTRACT OSA 509

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

PHOTO NO. 84195   DATE TAKEN 6/26/60

TAKEN ON N. W. 600

VIEW FROM BEGINNING

RETURN OF MAIN RD. @ HARVEY

ST. LOOKING INTO W.R.

GRACE PARKING AREA — RUBSHELL TREATED GRANDSTAND TERRE GRANID

Photo by: J. E. MILLER

CDD08063



M.B.T.A.
Tunnel-Davis Sq. to Harvey St
Contract # 091-509
G.C.:White, Morrison-Knudsen
Mergentime
Date: 7-14-80

CCBLG08064

MBTA ALEWIFE STA 3/30/81
091-601 Perini Cont. Corp
(11) East to Alewife





M.B.T.A.
Tunnel
Davis Sq. to Harvey St.
Contract # 091-509
G.C.: White, Morrison-Knudsen
Mergentime

Date: 9--19--80

