

"E"

Document2

# W. R. Grace Site Historic Site Uses

Cambridge Community Development Department
Environmental and Transportation Planning Division



May 1997



Note: Numbers in parentheses refer to the map reference number in map notes.