

"F"



Contour Plot - Topsoil Fill Boundary, Russell Field Park, Cambridge, Massachusetts — Environmental Health & Engineering, Inc., City of Cambridge.



Russell Field Park, Cambridge, Massachusetts
Total RCRA 8 Metals Detected by Zone
Surficial Soil Composites (0-6")

NOTES:
1. Plots represent total RCRA 8 Metals detected in composite surficial soil samples by zone. Samples were obtained in 1997. Refer to EH&E report "Phase I Site Assessment Report and Tier Classification" dated July 1999 for original laboratory data.
2. Discrete soil samples obtained at depths ranging from 0-6 inches beneath sod.

LEGEND
0 - 100
101 - 200
201 - 300

TOTAL RCRA 8 METALS
(mg/Kg/dry weight)



Russell Field Park, Cambridge, Massachusetts
Total Polynuclear Aromatic Hydrocarbons Detected by Zone
Surficial Soil Composites (0-6")

**Russell Field Park**
Polynuclear Aromatic Hydrocarbons (less than 3 feet below ground surface)
Cambridge, Massachusetts

NOTE:
1. Contour plot represents total Polynuclear Aromatic Hydrocarbons (PAHs) detected in surficial soils less than three feet below ground surface. Samples were obtained from Summer 1998 and Spring 1999. Refer to EH&E report "Phase 1 Site Assessment Report and Tier Classification" dated July 1999 for original laboratory data.

Total Polynuclear Aromatic Hydrocarbons (µg/kg)

- 70000
- 60000
- 50000
- 40000
- 30000
- 20000
- 10000
- 0

PLAN DETAILS:
Plot plan created in Surfer 7 by Golden Software.
Refer to Data Filter Report for grid file details.
All map grids created using Kriging Method.

**Environmental Health & Engineering, Inc.**
60 Wells Avenue
Newton, MA 02459
TEL: 1-800-825-5343   FAX: 617-964-8556

TITLE: Contour Plot - Polynuclear Aromatic Hydrocarbons in soil < 3 feet

CLIENT: City of Cambridge
LOCATION: Russell Field Park

DESIGNED: KAM
DRAWN: KAM
CHECKED: CDC
APPROVED: CDC
SCALE: NTS
DATE: 05/24/01
PROJECT NO: 10515
FIGURE NO:
FILE NAME: p:/10515/surfer/pahshallow/SHP4H.S2401.srf

**Russell Field Park**
Polynuclear Aromatic Hydrocarbons (greater than 3 feet below ground surface)
Cambridge, Massachusetts

[Contour plot map showing sample locations A101–A113, A110, A111, PS3, PS4, PS5, PS7, PS10, PS11, PS12, PS14, PS15 at Russell Field Park, with legend for Total Polynuclear Aromatic Hydrocarbons (ug/kg): 0, 10000, 20000, 30000, 40000, 50000, 60000. North arrow shown.]

NOTE:
1. Contour plot represents total Polynuclear Aromatic Hydrocarbons (PAHs) detected in subsurface soils at depths greater than three feet below ground surface. Samples were obtained from Summer 1998 and Spring 1999. Refer to EH&E Report "Phase I Site Assessment Report and Tier Classification", dated July 1999, for original laboratory data.

PLAN DETAILS:
Plan plan created in Surfer 7 by Golden Software.
Refer to Data Filter Report for grid file details.
All map grids created using Kriging Method.

**Environmental Health & Engineering, Inc.**
60 Wells Avenue
Newton, MA 02459
TEL: 1-800-825-5343  FAX: 617-964-8556

TITLE: Contour Plot - Polynuclear Aromatic Hydrocarbons in soil > 3 feet
CLIENT: City of Cambridge
LOCATION: Russell Field Park

DESIGNED: KAM
DRAWN: KAM
CHECKED: CDC
APPROVED: CDC
SCALE: NTS
DATE: 05/24/01
PROJECT NO: 10515
FIGURE NO:
FILE NAME: p:\10515\surfer\pahsdeep\dpPAH.52401.srf



Contour Plot - Naphthalene in soil < 3 feet — Russell Field Park, City of Cambridge. Environmental Health & Engineering, Inc.



Contour Plot - Naphthalene in soil > 3 feet — Russell Field Park, Cambridge, Massachusetts. Naphthalene Concentrations (greater than 3 feet below ground surface). Environmental Health & Engineering, Inc., Newton, MA. Client: City of Cambridge. DRAFT.

**Russell Field Park**
Polynuclear Aromatic Hydrocarbons (less than 3 feet below ground surface)
Cambridge, Massachusetts

N ↑

✹ Indicates area of potential remediation due to detected Asbestos.

✶ Indicates area of potential remediation due to detected Asbestos, PAHs, and/or Metals.

Total Polynuclear Aromatic Hydrocarbons (ug/Kg)

- 70000
- 60000
- 50000
- 40000
- 30000
- 20000
- 10000
- 0

NOTE:
1. Contour plot represents total Polynuclear Aromatic Hydrocarbons (PAHs) detected in surficial soils less than three feet below ground surface. Samples were obtained from Summer 1998 and Spring 1999. Refer to EH&E report "Phase 1 Site Assessment Report and Tier Classification" dated July 1999 for original laboratory data.
2. Sample locations B6 and B7 represent two discrete sampling locations combined as one composite sample.

PLAN DETAILS:
Plot plan created in Surfer 7 by Golden Software.
Refer to Data Filter Report for grid file details.
All map grids created using Kriging Method.

Environmental Health & Engineering, Inc.
60 Wells Avenue
Newton, MA 02459
TEL: 1-800-825-5343  FAX: 617-964-8356

TITLE: Potential Shallow Soil Remediation Areas (top 3 feet of soil)
CLIENT: City of Cambridge
LOCATION: Russell Field Park
DESIGNED: KAM   DRAWN: KAM   CHECKED: CDC   APPROVED: CDC
SCALE: NTS   DATE: 05/24/01   PROJECT NO: 10515   FIGURE NO:
FILE NAME: p:/10515/surfer/hotspotmaps/hotspots.srf

