IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Bankruptcy Case No. |
| **Owens Corning** | **00-3837-JKF** |
| **Armstrong World Industries** | **00-4471-JKF** |
| **W.R. Grace & Co.** | **01-1139-JKF** |
| **USG Corporation** | **01-2094-JKF** |
| **United States Mineral Products Company** | **01-2471-JKF** |
| **The Flintkote Company** | **04-11300-JKF** |
| **Flintkote Mines Limited** | **04-12440-JKF** |
| **ACandS, Inc.** | **02-12687-JKF** |
| Debtors. | Chapter 11 |
| | Re: Docket No. 6327 |

**NOTICE OF WITHDRAWAL OF
W. R. GRACE & CO. DOCKET NO. 6327**

PLEASE TAKE NOTICE that Baron & Budd, P.C., and Silber Pearlman, LLP, wishes to withdraw docket no. 6327. This document was filed erroneously as a separate document.

Dated: September 9, 2004    Respectfully submitted,

*/s/ Daniel K. Hogan*
Daniel K. Hogan (De. Bar No. 2814)
1701 Shallcross Avenue, Suite C
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599

*And*

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation**
Sander L. Esserman
Texas Bar No. 06671500
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone : (214) 969-4900
Facsimile: (214) 969-4999

**ATTORNEYS FOR BARON & BUDD, P.C. and SILBER PEARLMAN, LLP**

*and*

**BARON & BUDD, P.C.**
Alan B. Rich
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181