**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. & Motion Docket Nos. |
| **Owens Corning** | **00-3837-JKF [Re: Docket #12640]** |
| **Armstrong World Industries** | **00-4471-JKF [Re: Docket #7251]** |
| **W.R. Grace & Co.** | **01-1139-JKF [Re: Docket #6322]** |
| **USG Corporation** | **01-2094-JKF [Re: Docket #6551]** |
| **United States Mineral Products Company** | **01-2471-JKF [Re: Docket #2063]** |
| **The Flintkote Company** | **04-11300-JKF [Re: Docket #236]** |
| **Flintkote Mines Limited** | **04-12440-JKF [Re: Docket #5]** |
| **ACandS, Inc.** | **02-12687-JKF [Re: Docket #1476]** |
| **Debtors.** | **Chapter 11** |

### CERTIFICATION OF COUNSEL

I, Daniel K. Hogan, Esquire, attorney for Baron & Budd, P.C., and Silber Pearlman, LLP, hereby certify in good faith at this time that the previously filed proposed order regarding Baron & Budd and Silber Pearlman's Motion Pursuant to Bankruptcy Rule 9023 to Alter or Amend (1) Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, and (2) Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, or Alternatively, For New Trial, (the "Motion") should have been filed as an attachment to their Motion, however, it was filed erroneously as a separate document. A true and correct copy of the Proposed Order, for the above referenced Motion Docket numbers, is attached hereto and a Notice of Withdrawal of filing has been filed to remove the previous erroneous proposed order.

Date:  September 9, 2004               /s/Daniel K. Hogan
                                       Daniel K. Hogan, Esquire
                                       1701 Shallcross Avenue, Suite C
                                       Wilmington, Delaware 19806
                                       (302)656-7540
                                       Attorney for Baron & Budd, P.C., and
                                       Silber Pearlman, LLP