**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Bankruptcy Case No.** |
| **Owens Corning** | **00-3837-JKF** |
| **Armstrong World Industries** | **00-4471-JKF** |
| **W.R. Grace & Co.** | **01-1139-JKF** |
| **USG Corporation** | **01-2094-JKF** |
| **United States Mineral Products Company** | **01-2471-JKF** |
| **The Flintkote Company** | **04-11300-JKF** |
| **Flintkote Mines Limited** | **04-12440** |
| **ACandS, Inc.** | **02-12687-JKF** |
| **Debtors.** | **Chapter 11** |

**ORDER AMENDING
(1) AMENDATORY ORDER REQUIRING FILING OF STATEMENTS
PURSUANT TO FED. R. BANKR. P. 2019,
and (2) ORDER REQUIRING FILING OF STATEMENTS
PURSUANT TO FED. R. BANKR. P. 2019**

**AND NOW**, on this _____ day of _____, 2004, came on for consideration the motion of Baron & Budd, P.C. and Silber Pearlman, LLP, on their own behalf and on behalf of all tort victims they represent in these cases, pursuant to Bankruptcy Rule 9023, to Alter or Amend (1) Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (in all cases except *ACandS* and *Armstrong World Industries*), and (2) Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (in the *ACandS* and *Armstrong World Industries* cases), or Alternatively, for New Trial.

The orders to which the motion was directed have the following docket numbers:

| | |
|---|---|
| Owens Corning | Docket No. 12563 |
| Armstrong World Industries | Docket No. 7217 |
| W.R. Grace & Co. | Docket No. 6275 |
| USG Corporation | Docket No. 6466 |
| United States Mineral Products Company | Docket No. 2049 |
| The Flintkote Company | Docket No. 219 |
| Flintkote Mines Limited | Docket No. 4 |
| ACandS, Inc. | Docket No. 1461 |

After consideration of the motion, the Court hereby orders as follows:

**IT IS ORDERED** that the order in the *Armstrong World Industries* case [Docket #7217]

and the *ACandS* case [Docket # 1461] are hereby vacated and shall be reissued if necessary.

**IT IS FURTHER ORDERED** that with regard to all other cases listed above, the

pertinent orders listed above are amended and/or clarified as follows:

a)    Counsel shall be allowed to attach exemplar copies of the law firms' retention agreements or other authorizing instruments by which they are empowered to act on behalf of their clients.

b)    The retention agreements or other authorizing instruments may be redacted to delete any information not required by Rule 2019.

c)    Disclosure of how counsel became involved with the claimant shall not be required.

d)    Social Security numbers shall not be required.

e)    A statement of the amount and time of the acquisition of the claim shall not be required.

f)    The addresses of the claimants may be in care of counsel.

_____
Judith K. Fitzgerald
Chief U.S. Bankruptcy Judge, W.D. Pa.
Visiting U.S. Bankruptcy Judge, Delaware