IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 91-1139 (JFK) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: September 9, 2004 at 4:00 p.m. (by agreement) |
| | ) | Hearing Date: September 27, 2004 at 12:00 p.m. |

EXHIBITS TO
RESPONSE OF THE CITY OF CAMBRIDGE, MASSACHUSETTS,
TO THE DEBTORS' FIFTH OMNIBUS OBJECTION
TO CLAIMS (SUBSTANTIVE) [REFER TO DOCKET NO. 5527)

## INDEX:

| Ex. No. | Document(s) |
|---|---|
| 1 | Location Plan (CCC03540, reduced). |
| 2 | Various correspondences related to air emissions at Grace property impacting the Russell Field Property, February, 1979. |
| 3 | 11/7/79 Notice of Intent for Red Line Extension construction activities (CDD00210-CDD00226). |
| 4 | 2/4/80 Letter from Grace to Massachusetts DEQE, enclosing 12/6/79 report entitled "Summary of Investigations and Conclusions." |
| 5 | 3/5/80 "Groundwater Investigation" report, prepared by Grace's consultant, Haley & Aldrich (DEP00085-DEP00103). |
| 6 | 1980 Figure entitled "Monitoring Well Location Plan," prepared by Goldberg, Zoino, Dunnicliff & Associates (CCC00562, reduced). |
| 7 | 4/7/80 Letter from MBTA to Massachusetts DEQE describing proposed manner of addressing "sludge, contaminated water, and contaminated soil" on Grace's property (CDD00189-CDD00190). |
| 8 | 8/29/80 Notice of Intent to Cambridge Conservation Commission relating to the proposed sludge solidification process (CCC00003-CCC00030). |

1

| Ex. No. | Document(s) |
|---|---|
| 9 | Various correspondence and articles from July 1, 1981 through November 16, 1981 related to problems encountered by the MBTA and its contractors during excavation and construction activities on the Grace property due to the presence of contamination in soils and groundwater. |
| 10 | 12/9/81 letter from the MBTA to the Massachusetts DEQE (PER1002). |
| 11 | 4/20/82 report referencing stockpiled sludge on the Russell Field Property (DEP01728). |
| 12 | 6/15/82 Letter from Perini to the MBTA (CDD00123-124). |
| 13 | April 1983 "Status Report on the Monitoring Program for Groundwater Quality in the Sludge Solidification Area" (DPW00402-DPW00434). |
| 14 | 6/14/83 "Memorandum of the Record," prepared by DEQE regarding complaints of odors associated with the soils being staged at the Russell Field Property (CDD00296-CDD00298). |
| 15 | 7/15/83 Memorandum from the Secretary of the Cambridge Conservation Commission, regarding "Description of the Conservation Commission's involvement with the W.R. Grace site and Russell Field" (CCC00666-CCC00668). |
| 16 | 7/25/83 Letter from GZA to Sverdrup describing the status of sludge excavation at the Grace site and attaching specifications for its removal (CCC00495-CCC00502). |
| 17 | 9/27/83 Letter from MBTA to Cambridge Conservation Commission (CCC00108-CCC00109). |
| 18 | Various groundwater flow figures, prepared by Grace's consultant, Haley & Aldrich, over the period 1986-1994 (DEP01133-DEP01147). |
| 19 | Two Figures depicting "Site Conditions During Dewey and Almy Operations," prepared by Grace's consultant, Haley & Aldrich (DEP01287-1288). |
| 20 | Two Figures dated February 1988, entitled "Concentrations of Total Volatile Organic Compounds in Groundwater and Surface Water," and "Naphthalene And Other Polynuclear Aromatic Hydrocarbon Concentrations In Groundwater And Surface Water," prepared by Grace's consultant, Haley & Aldrich (CCC01996-CCC01997). |

| Ex. No. | Document(s) |
|---|---|
| 21 | February 1988 Figure entitled "Waste Storage Areas During Sludge Solidification by the MBTA," prepared by Haley & Aldrich (CDD00315). |
| 22 | Excerpts from November 1998 "Final Asbestos Sampling Plan, W.R. Grace & Co.-Conn., Cambridge, Massachusetts," prepared by Haley & Aldrich (CDD06185-CDD06197). |
| 23 | February 2001 "Removal Program Preliminary Assessment/Site Investigation Report," prepared by Roy F. Weston, Inc. for the USEPA. |
| 24 | Excerpts from February 2001 "Removal Program Preliminary Assessment/Site Investigation Report," prepared by Roy F. Weston, Inc. for the USEPA. |
| 25 | Excerpts from 1/6/04 "Phase II Comprehensive Site Assessment for the Presence of Asbestos, W.R. Grace & Co.-Conn., 62 Whittemore Avenue, Cambridge, Massachusetts," prepared by Haley & Aldrich (CDD12561-CDD12650). |
| 26 | Letters to the MADEP from Alewife Neighbors, Inc., dated January 23, 2004 and January 22, 2004. |
| 27 | 7/13/04 Letter from the Massachusetts DEP to Grace providing comments on Grace's Phase II Report for Asbestos & Asbestos Risk Characterization. |
| 28 | Partial index of additional reports related to environmental conditions at the Grace property (also submitted as Exhibit 9 to Grace's Proofs of Claim). |
| 29 | Partial index of the more than 15,000 documents produced by the City of Cambridge to date related to its claims concerning contamination at the Russell Field Property (also submitted as Exhibit 10 to Grace's Proofs of Claim). |