# EXHIBIT "3"

# NOTICE OF INTENT

All parts of this form and the attached Environmental Data Form shall be completed under the pains and penalties of perjury. Incomplete filings may be rejected. 091-508;

DATE: November 7, 1979

Conservation Commission of (City/Town): Cambridge

1. Notice is hereby given in accordance with the provisions of Massachusetts G.L. c. 131, s. 40 that the proposed activity described herein is within the jurisdiction of

    (City/Town) Cambridge, at Russell Field near Clifton Street

    Most recent recording at the Registry of Middlesex County, (See attached sheet 2 of 17 for Book and Page numbers)

    Certificate (if registered) (See attached sheet 2 of 17)

2. The land on which the work is proposed to be done is owned by:

    NAME(s) (See attached sheet 3 of 17)    ADDRESS ---

3. The Applicant submitting this Notice is:

    NAME  Massachusetts Bay Transportation Authority    ADDRESS 50 High Street, Boston, MA 02110
    TELEPHONE ---

    (Optional) The following person is hereby designated to represent the applicant in matters arising hereunder:

    Name C. B. Steward, Environmental Coordinator    Address 50 High Street, Boston, MA 02110
    Telephone 722-3152

4. Plans describing and defining the work, included herewith and made a part hereof, are titled and dated:

    Red Line Extension NW Davis to Alewife, Contract No. 091-508A "Notice of Intent-Composite Plan", February 1979, Sheet 1 of 1

5. Identical material has been submitted by certified mail as follows:

    Original to Conservation Commission    (Date) November 7, 1979

    Three copies to appropriate regional office of the Department of Environmental Quality Engineering (see map for regions and addresses). Date November 7, 1979

    Northeast  X     Southeast_____    Central_____    Western_____

1. The location of the proposed activity involves two parcels which will be taken in fee acquisition by the Massachusetts Bay Transportation Authority:

| MBTA PARCEL NUMBER | REGISTRY OF DEEDS BOOK NUMBER | PAGE NUMBER | PURPORTED OWNER | CERTIFICATE NUMBER (IF REGISTERED) |
|---|---|---|---|---|
| C210A | LC536 | 117 | Dewey & Almy Chem. Co. | 81267 |
| C210B | (Not Known) | | Dewey & Almy Chem. Co. | ----- |

Also involved are four parcels where permanent subsurface easements will be acquired:

| C198 | LC536 | 117 | Dewey & Almy Chem. Co. | 81267 |
| C199 | (Not Known) | | Dewey & Almy Chem. Co. | ----- |
| C200 | 6634 | 529 | Dewey & Almy Chem. Co. | ----- |
| C211 | 3646 | 362 | City of Cambridge | ----- |

Five parcels where temporary construction easements will be acquired:

| C201A | LC536 | 117 | Dewey & Almy Chem. Co. | 81267 |
| C201B | ----- | --- | Dewey & Almy Chem. Co. | ----- |
| C201C | 6634 | 529 | Dewey & Almy Chem. Co. | ----- |
| C201D | 6634 | 532 | Dewey & Almy Chem. Co. | ----- |
| C212 | 3646 | 362 | City of Cambridge | ----- |

And a parcel that will be dispositioned to the Dewey & Almy Chemical Company:

| C254 | (Not Known) | | Massachusetts Bay Transportation Authority | ----- |

This is a total of twelve separate parcels.

2. The subject land currently consists of twelve parcels which the Massachusetts Bay Transportation Authority will control either through direct fee acquisition or through permanent subsurface and temporary construction easements.

The two parcels which will be taken in fee acquisition are owned by Dewey & Almy Chemical Division of W. R. Grace and Company.

Of the four parcels where permanent subsurface easements are to be obtained, three are owned by the Dewey & Almy Chemical Division of W. R. Grace & Company and one is owned by the City of Cambridge.

Of the five parcels where temporary construction easements are to be obtained, four are owned by Dewey & Almy Chemical Division of W. R. Grace & Company, and one is owned by the City of Cambridge.

6. Has the required $25.00 filing fee, payable to the city or town, been included with the submission to the Conservation Commission? Yes

7. Has the Environmental Data Form been completed and submitted with each copy? Yes

8. Has a locus map (8½" x 11" copy of USGS topographic sheet with the site marked) been included with each copy? Yes

9.
 (A) Have all obtainable permits, variances, and approvals required by local by-law been obtained? Yes

 (B) If they have not been obtained, have they been applied for? -
 If yes, include with this Notice of Intent any information which has been submitted with such applications which is necessary to describe the effect of the proposed activity on the environment.

10.
 (A) Is the site of the proposed work subject to a wetland restriction order recorded pursuant to G.L. c. 131, s. 40A, or G.L. c. 130, s. 105, by the Department of Environmental Management? Yes____ No____ Do not know  X

 (B) Is the site of the proposed work in, or within 100 feet of: a coastal dune No ; coastal bank No ; coastal beach No ; salt marsh No ; land under the ocean No ; a salt pond No ; anadromous/catadromous fish run No ; do not know - ?

11. Signature(s) of owner(s) of the land (if by agent or option holder, written authorization must be attached) _____

12. What is the purpose of the proposed project?

    (See Attached sheet 5 of 17)

13. I HEREBY CERTIFY UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FORGOING NOTICE OF INTENT AND ACCOMPANYING ENVIRONMENTAL DATA FORM ARE TRUE AND COMPLETE.

_____                            _____
Signature of Applicant                                          Date

CDD00213

The work described in this Notice of Intent is part of the Massachusetts Bay Transportation Authority's Red Line Extension NW. It is entitled "Tunnel-Harvey Street to Alewife Station" and is identified as Construction Contract 091-508A.

This work will form part of the continuous underground transit tunnel running from the proposed Davis Square Station in Somerville to the proposed Alewife Station in North Cambridge.

A portion of Russell Field, which lies within the Contract 091-508 right-of-way, will be used as a major depository for material excavated from this and other cut-and-cover contracts along the Davis to Alewife Tunnel. This excavated material will be stock piled for use as backfill as construction of these tunnel sections progress. This area will also be used for contractor staging and storage of material

The transportation benefits accruing from the Red Line Extension NW are discussed in the <u>Final Environmental Impact Statement, Red Line Extension, Harvard Square to Arlington Heights</u>, August 1977, beginning on page II-25.

CDD00214

WETLAND PROTECTION ACT

ENVIRONMENTAL DATA FORM

1. All parts of this form are to be filled out by the applicant or his agent under the provisions of G.L. C. 131 s. 40.

2. Where a section is not relevant to the application in question, the words "Not Applicable" should be entered on the appropriate line.

---

**NAME OF APPLICANT**   Massachusetts Bay Transportation Authority

**ADDRESS OF APPLICANT**   50 High Street, Boston, Massachusetts  02110

**MUNICIPALITIES WHERE ACTIVITY IS PROPOSED AND NOTICE IS FILED**   Cambridge

---

DESCRIPTION OF PROPERTY INVOLVED IN
APPLICATION (including the dimensions
of any existing buildings, decks, marinas,
existing cesspools)

(See Attached Sheet 7 of 17)

---

DESCRIPTION OF MODIFICATIONS PROPOSED
ON THE SITE, including grading, dredging,
removal of vegetation, etc.

(See Attached Sheet 8 of 17)

---

A. SOILS

   1. United States Department of Agriculture Soil Types (show on map)

   This is an urban area consisting mainly of open grassed area with some areas of pavement. Boring T-300-6, taken at Russell Field along the tunnel alignment, indicates over 30 feet of sand overlying clay.

   2. Permeability of soil on the site. (Dates of testing)

   (See Attached Sheet 10 of 17
   Not Known.

   3. Rate of percolation of water through the soil. (Dates of testing)

   Not Known.

---

B. SURFACE WATERS

   1. Distance of site from nearest surface water   (Date of measurement)

   The southwest corner of the site is roughly 150' from Jerry's Pond. (No date)

-21-

CDD00215

DESCRIPTION OF PROPERTY INVOLVED
IN APPLICATION

The property involved in the application consists of twelve separate parcels, is approximately ten acres in area, and is bounded roughly as follows:

- On the north by the B&M Railroad's Fitchburg Freight Cutoff Right-of-Way and property of the Dewey & Almy Chemical Division of W. R. Grace & Company,

- On the east by the rear property line of residences fronting on the west side of Clifton Street,

- On the south by an irregular line running roughly parallel to Rindge Avenue and roughly 450' to the north of that street,

- And on the west by an irregular line running roughly parallel to Alewife Brook Parkway and roughly 450' to the east of that street.

The majority of the site consists of Russell Field, an athletic facility of the City of Cambridge, containing bleachers, athletic fields, and a running track. Also included are areas of the Dewey and Almy Chemical Division of W. R. Grace & Company property.

DESCRIPTION OF MODIFICATIONS PROPOSED
ON THE SITE

The work of this contract involves the construction of a cut-and-cover subway tunnel in fine to medium sand and sand stratified with clay from the east end of Alewife Station to approximately the intersection of the alignment with Harvey Street. This tunnel section will be a two track section approximately 670 feet in length as shown on the attached plans.

The work will generally consist of slurry wall construction; excavation; construction of a concrete floor slab, center wall, and roof slab; and backfill and regrading of the area.

In order that the area can be restored to its current use, the existing bleachers will be disassembled and stored and the existing topsoil on the athletic fields, assumed to be roughly 8" in depth, will be stripped and stockpiled for later replacement.

The Russell Field area will serve as the major depository of backfill material for this Contract and for other Red Line Extension NW cut-and-cover tunnel sections. Sand material which is excavated and judged suitable to be used as backfill over the completed structure will be stored at Russell Field for future use. Some flood storage capability below the 100 year flood elevation of 114.35 will be eliminated from Russell Field by this activity.

A maximum volume of approximately 175,000 cubic feet of flood storage capability would be eliminated if the total area were covered with stockpiled material (See Attached Sheet 9 of 17). It is unlikely however, that this total volume would be eliminated at any one time since the Red Line Extension NW cut-and-cover contracts will be going through excavation stages at different times.

The flood storage capability of the area which would be eliminated by stockpiling would be partly compensated for by the additional storage volume created by stripping and stockpiling the existing topsoil on the site. During the construction period, the open tunnel excavation will provide the capability of compensating for any storage volume lost because of stockpiling.

**SVERDRUP & PARCEL**

JOB S152-K

SHEET NO. 1 OF 1
DATE 1/23/79

COMPUTATIONS FOR STORAGE LOSSES AT RUSSELL FIELD   BY GRS   CHKD MR L.H.
3-7-79

To estimate the flood storage volume lost in the latest scheme for backfill storage on Russell Field, areas at each foot contour were found by using a planimeter. Volumes were then found by averaging areas and multiplying by depth.

FOR EXAMPLE:

Using a map with a scale of $1" = 40'$, the area enclosed by the 112' contour (with base of 105.57') was 1.10 in² and the area enclosed by the 113' contour was 29.11 in². Therefore volume:

$$V = \left[\frac{(1.10\,in^2) + (29.11\,in^2)}{2}\right]\left[1600\,in^2/ft^2\right]\left[1'\right]$$

$V = 24,168\ ft^3$ between 112' & 113'      $\underline{24,168}\ ft^3$

Similarly ∴ for 113' - 114'

$$V = \left[\frac{29.11\,in^2 + 97.12\,in^2}{2}\right]\left[1600\,in^2/ft^2\right]\left[1'\right]$$

$V = 100,984\ ft^3$      $\underline{100,984}\ ft^3$

For 114' - 114.35'

$$V = \left[\frac{97.12\,in^2 + 103.75\,in^2}{2}\right]\left[1600\,in^2/ft^2\right]\left[.3'\right]$$

$V = 48,209\ ft^3$      $\underline{48,209}\ ft^3$

Total $V = 173,361\ ft^3$

CDD00218

## BORING NO. T-300-6



GROUND SURFACE 112.9

| Depth | N | Description |
|---|---|---|
| | 6 | Loose, brown, medium to fine SAND, trace Silt, trace coarse Sand. (FILL) |
| | 13 | |
| | 7 | Loose, grey, fine SAND, some Silt. Bottom of the strata contains <5% Clay-Silt lenses (<1/8" thick). |
| | 10 | |
| | 9 | |
| | 12 | Loose, grey, fine SAND with Clay-Silt lenses (<1/8" thick) comprising about 50% of the total sample. |
| | 4 | |
| | 3 | Soft, grey, CLAY-SILT with fine Sand and/or Silt lenses (<1/8" thick) comprising <5% of total sample. |
| | 4 | |
| | 2 | |
| | 1/2± | Very soft, grey, CLAY-SILT and/or SILT-CLAY with fine Sand and/or Silt lenses (<1/8" thick) comprising <5% of total sample. |
| | WOR | |
| | WOR | |

Bottom of the Boring

WOR = Weight of Rods

| GOLDBERG-ZOINO & ASSOC., INC. GEOTECHNICAL CONSULTANTS | — MBTA RED LINE EXTENSION — DAVIS SQ to ALEWIFE | |
|---|---|---|
| BORING NO. T-300-6  STA._____ OFFSET_____ | **GRAPHIC LOG** | DATE: 6/2/77 |

2. Sources of runoff water — Precipitation falling on open grassed areas and paved areas of the site.

3. Rate of runoff from the site — (See Attached Sheet 12 of 17).

4. Destination of runoff water — There are a large number of low spots on the site that act as collection points for runoff water. The one that acts as a collector for the largest area is that to the north of Russell Field.

5. Chemical additives to runoff water on the site — None Known.

C. GROUND COVER

1. Extent of existing impervious ground cover on the site — There are paved areas along the Fitchburg Freight Cut-off which form an extension of Harvey Street and parking areas on the W. R. Grace property.

2. Extent of proposed impervious ground cover on the site — No change from existing conditions.

3. Extent of existing vegetative cover on the site — Nearly the entire site is an open grassed area. There is very little major vegetation.

4. Extent of proposed vegetative cover on the site — No change from existing conditions.

D. TOPOGRAPHY

1. Maximum existing elevation on site — The site is generally flat at about elev. 113(MBTA Base) but there is an elev. of 118.0(MBTA Base) at an isolated Dirt Pile on the west side of the site and an embankment at Harvey Street with an elevation of 116.4(MBTA Base) at the surface of Harvey Street.

2. Minimum existing elevation on site — Elev. 111.6(MBTA Base) at several low low spots to the north of Russell Field.

3. Maximum proposed elevation of site — The site will be regraded at the end of construction to approx the same grades as existing but isolated high spots such as dirt piles will be removed.

4. Minimum proposed elevation of site — The low spots at an elevation of 111.6 (MBTA Base) to the north of Russel Field will remain.

5. Description of proposed change in topography — Minimal changes. Site will be regraded to similar contours but isolated high points will be removed.

E. GROUND WATER

1. Minimum depth to water table on site (at time of filing) — (See Attached Sheet 14 of 17

2. Maximum depth to water table on site (at time of filing) — (See Attached Sheet 14 of 17

3. Seasonal maximum ground water elevation — (See Attached Sheet 14 of 17)

**SVERDRUP & PARCEL**

JOB: Tunnel - Harvey Street to Alewife Station
COMPUTATIONS FOR: Rate of Runoff
SHEET NO. 1 OF 2
DATE: March 7, 1979
BY: JM   CHKD: MRL jr.



Major Drainage Area at Russell Field
Scale: 1" ≈ 200'

Area = 375,000 SF OR 8.5 ACRES

Surface = open grassed area; assume runoff coefficient = 0.25

Length of flow = 700 LF from farthest point

Average grade = 116.5 - 111.5 / 700 = less than 1%

time of concentration = 30 minutes

Intensity = 4.5 inches/hour (100 year storm)

$Q = CIA = (.25)(4.5)(8.5) =$ __10 cubic feet per second__

# DRAINAGE RUNOFF



FIG. A. – ONE-HOUR RAINFALL, IN INCHES, TO BE EXPECTED ONCE IN 2 YEARS.

FIG. B. – ONE-HOUR RAINFALL, IN INCHES, TO BE EXPECTED ONCE IN 10 YEARS.

FIG. C. – ONE-HOUR RAINFALL, IN INCHES, TO BE EXPECTED ONCE IN 50 YEARS.

FIG. D. – ONE-HOUR RAINFALL, IN INCHES, TO BE EXPECTED ONCE IN 5 YEARS.

FIG. E. – ONE-HOUR RAINFALL, IN INCHES, TO BE EXPECTED ONCE IN 25 YEARS.

FIG. F. – ONE-HOUR RAINFALL, IN INCHES, TO BE EXPECTED ONCE IN 100 YEARS.

COMPUTATION OF $i$ IN RATIONAL FORMULA.

EXAMPLE: Assume expectancy period = 5 years, see fig. D, assume locality, find 1 hour intensity = 1.75 in. per hour.

## FIG. G – INTENSITY EXPECTATION FOR ONE-HOUR RAINFALL.*



FIG. H – OVERLAND FLOW TIME.



EXAMPLE: Given: Area = 1.8 acres, average grass surface, longest overland flow = 200 ft. at 4% grade. Ditch flow = 150 ft. at 0.5% grade.

To find $i$:
For Overland flow, see FIG. H at left = 15 Min.
For Ditch flow, assume trial Q = 3 cfs, enter chart, Pg. 5-05, find ditch = D=1, V = 1.7 ft. per sec.

∴ Ditch time = $\frac{150}{1.7 \times 60}$ = 1.5 –

Concentration time = 16.5 Min.

Enter 1.75 Curve from Fig. D above, find $i$ = 3.8.

FIG. J – VALUES OF $i$ RAINFALL INTENSITY-DURATION.+

*Reproduced from Miscellaneous Publication No. 204, U.S. Dept. of Agriculture, by David L. Yarnell.
+Adapted from Engineering Manual of the War Department, Part VII, Chap. 1, Sec. 45.

2 of 2

FROM SEELYE, "DATA BOOK FOR CIVIL ENGINEERS", VOL. 1, PAGE 18-01

GROUNDWATER

| | |
|---|---|
| 1, 2, & 3. | The depth to the water table has varied from a maximum of 4.6 feet below the existing ground level in September 1977 to 1.2 feet below the existing ground level in March 1977 as shown by observation well OW-4 which was located at the north end of the bleachers at Russell Field. A record of readings at this observation well is attached (Sheet 15 of 17). |

| DATE | WATER DEPTH (FEET) | WATER TABLE ELEV. (MBTA DATUM) | REMARKS |
|---|---|---|---|
| 12/13/76 | 4.0 | 108.6 | |
| 12/14/76 | 3.9 | 108.7 | |
| 12/15/76 | 3.8 | 108.8 | |
| 12/20/76 | 3.9 | 108.7 | |
| 12/21/76 | 3.7 | 108.9 | |
| 12/24/76 | 3.5 | 109.1 | |
| 12/27/76 | 3.8 | 108.8 | |
| 12/28/76 | 3.7 | 108.9 | |
| 12/30/76 | 3.7 | 108.9 | |
| 1/3/77 | 4.5 | 108.1 | |
| 1/6/77 | 4.5 | 108.1 | |
| 2/17/77 | 2.9 | 109.7 | |
| 3/6/77 | 1.6 | 111.0 | Large amounts of surface |
| 3/14/77 | 1.2 | 111.4 | water in area |
| 4/18/77 | 3.6 | 109.0 | |
| 5/25/77 | 3.5 | 109.1 | |
| 6/23/77 | 4.0 | 108.6 | |
| 7/28/77 | 4.6 | 108.0 | |
| 3/31/78 | 1.2 | 111.4 | Just after spring melt |
| 5/29/78 | 2.1 | 110.5 | |
| 7/18/78 | 4.7 | 107.9 | |
| 9/13/78 | 4.7 | 107.9 | |
| 9/21/78 | 4.9 | 107.7 | |
| 10/5/78 | 5.1 | 107.5 | |
| 10/31/78 | 4.9 | 107.7 | Note: Bottom 5' of O.W. is per- |
| 1/16/79 | 2.6 | 110.0 | forated P.V.C. pipe installed in |
| | | | sand (See boring log T-310-1 |

GROUND SURFACE - 112.6
WATER DEPTH
WATER TABLE ELEVATION
TIP EL. 99.6

GOLDBERG-ZOINO-DUNNICLIFF & ASSOC., INC.
GEOTECHNICAL CONSULTANTS

— MBTA RED LINE EXTENSION —
DAVIS SQ. to ALEWIFE

BORING No. T-310-1
O.W. No. 4
ELEV. 112.6

**OBSERVATION WELL**

DATE 12-10-76 (installed)

CDD00224

F.  WATER SUPPLY

| | |
|---|---|
| 1. The source of the water to be provided to the site | Not applicable. Temporary supply required during construction only from City of Cambridge Waterline. |
| 2. The expected water requirements (g.p.d.) for the site | Not applicable. |
| 3. The uses to which water will be put | Not applicable |

G.  SEWAGE DISPOSAL

| | |
|---|---|
| 1. Sewage disposal system (description and location on the site, of system) | Not applicable. Temporary portable toilet units required during construction only. Construction trailer will be connected to City of Cambridge Sanitary sewer Line. |
| 2. Expected content of the sewage effluents (human waste, pesticides, detergents, oils, heavy metals, other chemicals) | Not applicable. |
| 3. Expected daily volume of sewage | Not applicable. |

H.  SOLID WASTE

| | |
|---|---|
| 1. Estimated quantity of solid waste to be developed on the site | Not applicable. Any solid waste generated during construction will be disposed of away from the site. |
| 2. Method for disposal of solid waste | Not applicable. |
| 3. Plans for recycling of solid waste | Not applicable. |

I.  BOAT YARDS, DOCKS, MARINAS

| | |
|---|---|
| 1. Capacity of marina (number of boats, running feet) | Not applicable. |
| 2. Description of docks and floats (site, dimensions) | Not applicable. |
| 3. Description of sewage pumpout facilities (type of waste disposal) | Not applicable. |
| 4. Description of fueling facilities and fuel storage tanks | Not applicable. |

-23-

CDD00225

| | | |
|---|---|---|
| 5. | Description of fuel spill prevention measures and equipment | Not applicable. |

J. IMPACT OF PROPOSED ACTION APPLIED FOR

| | | |
|---|---|---|
| 1. | Effects on plant species (upland and marine) | Most existing vegetation on the site will be eliminated by construction activities. |
| 2. | Effects on marine species (shellfish, finfish) | None anticipated. |
| 3. | Effects on drainage and runoff | Natural drainage patterns will be disrupted during construction but all drainage and runoff will be contained within the site in accordance with existing drainage patterns. |
| 4. | Effects on siltation of surface waters | None anticipated |
| 5. | Effects on groundwater quality | None anticipated. |
| 6. | Effects on surface water quality | None anticipated. |

K. ALTERNATIVES TO PROPOSED ACTION

| | | |
|---|---|---|
| 1. | Describe alternatives to the requested action | Alternate transportation methods and alternate alignments are discussed in Chapter IX of the Final Environmental Impact Statement. |
| 2. | Describe the benefits of the requested action over the alternatives | Transportation benefits are discussed in the Final Environmental Impact Statement beginning on page II-25. |