# EXHIBIT "4"

**GRACE**

Industrial Chemicals and
Technical Products Groups

W.R. Grace & Co.
62 Whittemore Avenue
Cambridge, Mass. 02140

(617) 876-1400

February 4, 1980

Mr. William St. Hillaire
Mr. Sabin M. Lord, Jr.
Massachusetts Department of
    Environmental Quality Engineering
323 New Boston Street
Woburn, Massachusetts  01801

        Re:  W. R. Grace & Co. - Cambridge Sludge

Gentlemen:

    This will serve to review the discussions at our most
recent meeting concerning the above subject held at your
offices on January 30, 1980, and to summarize the status
of this situation.

    As you requested, I am enclosing herewith a copy of the
report prepared by Haley & Aldrich, Inc. ("H&A") concerning
the hydrogeology of our Cambridge site.  This work was
commissioned by Camp, Dresser & McKee, Inc. ("CDM"), our
consultants, in order to verify similar work done earlier by
Goldberg, Zoino, Dunnicliff & Associates, Inc. on behalf of
the MBTA and to supply additional detail to better define
the extent of the apparent problem.  To date, H&A's work has
been reviewed and discussed with the MBTA and its consultants
(Sverdrup & Parcel) on December 11, 1979, the DEQE on
December 17, 1979, Dean Johnson of the Cambridge Conservation
Commission, individually, on December 20, 1979, and the
Cambridge Conservation Commission, as a whole, on January 22,
1980.  Possible alternatives for handling and/or disposing
of the sludge, have been the subject of discussions at these
meetings.  As you know from the CDM "scope of work" outline
that was provided to you by my letter of October 10, 1979,
the next step in this situation that is now in progress is the
preparation by CDM of preliminary plans for remedial site work.
These plans will be based upon the inputs received at the
meetings referred to above and will take into account solutions
to the situation that are consistent with the interests of all

CCC02050

Massachusetts DEQE
February 4, 1980
Page Two

the involved parties.  We will keep you advised as to progress
along these lines and we look forward to meeting with you for
further discussions when CDM has completed this phase.

    With regard to the filter cake material that is currently
in the lagoon and that which is being generated by our manu-
facturing process, I am enclosing herewith a chronological
summary of the activities we have undertaken to date to develop
an acceptable disposal alternative.  As was noted in our meeting
on January 30, the solidification alternative looks promising,
dependent upon our ability to dispose of the "solidified"
filter cake in a sanitary landfill.  We understand that you
will be discussing the analysis of the leachate from the
solidified material with the state chemist and will advise us
of your findings as soon as possible.  In the meantime, we
are continuing to explore the incineration alternative as a
way of dealing with the filter cake material.  It is our
intention to continue to work diligently toward establishing
both the practical and economic feasibility of these alterna-
tives and to put a program into operation as soon as practicable
after such determination is made.  All the alternatives being
considered would eliminate the existing lagoon operation, as
we recognize that continued use of the lagoon is of serious
concern.

    We will keep all parties advised as to progress in this
situation.  Of course, if questions arise at any time, we
would be happy to respond.

                              Very truly yours,

                              Allan R. Campbell
                              Assistant Counsel

ARC:sl
cc:  Dean R. Johnson, Cambridge
              Conservation Commission
Enclosures

CCC02051

CHRONOLOGICAL OUTLINE

CAMBRIDGE FILTER CAKE DISPOSAL ALTERNATIVES

6/25/79    Began initial investigation into alternate methods for
           handling DAXAD filter cake.
           Calculated an estimate of annual volume generated.

7/03/79    Contacted several incinerator manufacturers for information
           and budget prices on their incinerators.

7/05/79    Contacted Cannons Industrial Services as a possible disposer.

7/05/79    Contacted Rollins in New Jersey as a possible disposer.  Got
           a price estimate for incinerating filter cake packaged in
           fibre drums.

7/09/79    Received a budgetory proposal and information from Met-Pro
           Corporation for their React-O-Therm incinerator.

7/09/79    Met with Vin Corsano of Cannons and discussed possible
           disposal alternatives, including bulk transportation and
           incineration at their disposal facility.

7/13/79    Sent a sample of filter cake to Cannons for testing.

7/17/79    Received a budgetory proposal from Brule Incinerators for
           Model FG4T-15H incinerator.

7/18/79    Peter Matonis visited Cannons and discussed incineration,
           which is not feasible with their incinerator.

7/31/79    Met with Carl Janson of Met-Pro Corp. in Nashua to discuss
           the "React-O-Therm" incinerator.

8/03/79    Received a revised budget proposal for Met-Pro incinerator.

8/06/79    Contacted Scott Environmental and got budget price for stack
           testing.

8/07/79    Received a budgetory proposal from C-E Process Equipment for
           a Bartlett-Snow tumble burner.

8/20/79    Contacted Scott Environmental and got budget price for stack
           testing.

9/21/79    Traveled to Met-Pro Corp. headquarters in Harleysville, Penn.
           Inspected their facilities and the React-O-Therm incinerator.
           Discussed an incineration trial run with Carl Janson of Met-
           Pro and Mike Hayes with Scott Environmental.

CCC02052

Cambridge Filter Cake                                    Page 2
Disposal Alternatives

| | |
|---|---|
| 9/26/79 | Received a proposal from Scott Environmental for stack sampling to be done during incineration test run. |
| 9/28/79 | Contacted Bob Salas at Solid Tek in Morrow, Georgia. |
| 10/01/79 | Sent a sample of filter cake and lab analyses to Solid Tek. |
| 10/04/79 | Wrote a shop order for $9,910 providing authorization for incineration test of DAXAD filter cake. |
| 10/18/79 | Sent 4 drums of filter cake to Met-Pro for analyses. |
| 11/02/79 | Received estimate from Solid Tek to solidify the existing lagoon using their people, equipment and chemicals. |
| 11/06/79 | Contacted Recra Research for quote on lab analyses. |
| 11/09/79 | Received quote from Recra Research for analytical work. |
| 11/12/79 | "Solidified" sample of filter cake sent to Recra Research for analyses. |
| 11/13/79 | Received estimate from Solid Tek for "do it ourselves" solidification chemical costs. |
| 11/29/79 | Sent 16 drums of filter cake to Met-Pro for use in the full scale test run. |
| 12/14/79 | Received analytical results from Recra Research. |
| 12/18/79 12/19/79 | Traveled to Met-Pro Corporation with Sal for trial incineration test run.  The run was unsuccessful due to mechanical problems with the feed system. |
| 1/15/80 | Discussed analytical results with Solid Tek and made appointment with DEQE. |
| Currently | Met-Pro is changing and improving their feed system. Another 20 drums of filter cake will be sent to Met-Pro when they are ready for another test run (probably the end of February). |

LVH/sd
1/28/80

CCC02053

*Aw*
*F: Cambridge File*
*Davend File*

6 December 1979
File No. 4467

## W.R. GRACE & CO.
### CAMBRIDGE, MASSACHUSETTS

## SUMMARY OF INVESTIGATIONS AND CONCLUSIONS

1. During the period 23 August 1979 to 1 October 1979, 23 test pits, 8 shallow sampling wells, and 10 multi-level sampling wells were completed at the site.

2. During the period 17 September 1979 to 7 November 1979, samples of water were extracted from the available wells and field tested for conductivity and pH.

3. Based on the information obtained from the exploration programs, two areas of the site were found to contain disposed process wastes. See Figure 3.

4. Estimated quantities of process wastes on-site are as follows:

   | | |
   |---|---|
   | East portion of site: | 2100 cu. yd. |
   | West portion of site: | |
   |     Pit | 4800 cu. yd. |
   |     Other | 1700 cu. yd. |
   | Total | 8600 cu. yd. |

   There is also an estimated 500 cu. yd of waste solids in settling pond.

5. Only one portion of the site was found to have process wastes in contact with the groundwater. Up to a four-foot thick area of process wastes are in contact with the groundwater in the disposal pit area. See Figure 3.

6. The groundwater surface was found to be influenced by the cooling channel and the settling pond as well as surface water infiltration. General groundwater surface flow pattern is shown on Figure 4. Groundwater mounding is evidenced in the disposal pit area.

7. Parkway Pond apparently serves as a groundwater recharge-discharge area depending upon the amount of collected surface water stored in the pond. See Figure 4.

8. The source of groundwater contamination, based on pH and conductivity measurements, is centered on the settling pond and waste disposal pit. See Figures 5 and 6. The wash lagoon may also have some localized influence.

CCC02054

**HALEY & ALDRICH, INC.**
CAMBRIDGE, MASSACHUSETTS

W.R. GRACE & CO.                    -2-                    6 December 1979

9.  Contamination migration in two directions is apparent.
    Figures 5, 6, 7 and 8.  Horizontal movement is occurring in the
    fill and fine sands caused by infiltration of clean water from
    the cooling channel.  Vertical and horizontal movement occurs
    in the silts caused by vertical infiltration of contaminated
    water from the fills and fine sand and settling ponds.

10. Available information indicates that where process wastes are
    not in contact with groundwater, minimal contamination is pres-
    ent.  The following remedial actions are available where wastes
    are in contact with groundwater:

    a.  Isolate wastes from groundwater.  Could be accomplished by
        constructing an impervious bentonite-soil filled trench
        encircling the fill and extending from ground surface into
        the underlying clays.

    b.  Remove wastes from groundwater by excavation.

        1)  Dispose of off-site.

        2)  Dispose of on-site.  State may place restrictions on
            how material is disposed and future use of disposal
            area.

11. In addition, the settling pond must be reconstructed to elimi-
    nate apparent leakage.  All waste materials left on-site should
    receive in impervious soil cover, properly graded for surface
    water drainage.  The wash lagoon should be eliminated or lined
    to prevent leakage.

CCC02055

HALEY & ALDRICH, INC.
CAMBRIDGE, MASSACHUSETTS

GROUNDWATER INVESTIGATION
W.R. GRACE & CO.
CAMBRIDGE, MASSACHUSETTS

CONDUCTIVITY OBSERVATIONS

| WELL NO. | 17 Sep. | 21 Sep. | 25 Sep. | 2 Oct. | 2 Nov. | 7 Nov. |
|---|---|---|---|---|---|---|
| SW-1 | 3,400 | 2,700 | 2,700 | 2,200 |  | 2,400 |
| SW-2 | 2,400 | 1,700 | 1,900 | 1,900 |  | 1,600 |
| SW-3 | 2,500 | 2,400 | 2,500 | 2,900 | 2,900 |  |
| SW-4 | 310 | 1,100 | 410 | 1,600 |  | 1,000 |
| SW-5 | 2,200 | 2,300 | 2,400 | 2,900 | 3,200 |  |
| SW-6 | 330 | 1,200 | 1,400 | 1,600 |  | 1,500 |
| SW-7 | 1,000 | 1,200 | 1,300 | 1,400 |  | 1,000 |
| SW-8 | 510 | 1,300 | 2,600 | 12,000 | 5,200 |  |
| A-1-1 | 6,400 | 5,800 | 6,000 | 5,400 | 5,400 |  |
| A-1-2 | 9,400 | 8,000 | 11,000 | 9,500 | 12,000 |  |
| A-1-3 | 440 | 450 | 500 | 530 | 510 |  |
| A-2-1 |  | 1,400 | 2,200 | 2,200 | 2,300 |  |
| A-2-2 |  | 24,000 | 26,000 | 26,000 | 28,000 |  |
| A-2-3 |  | 490 | 460 | 2,000 | 420 |  |
| A-4-1 |  | 1,700 | 1,900 | 2,100 |  | 1,600 |
| A-4-2 |  | 580 | 590 | 640 |  | 520 |
| A-4-3 |  | 940 | 1,100 | 1,200 |  | 930 |
| A-7 |  | 1,600 | 1,700 | 1,900 |  | 1,400 |
| A-8 |  | 210 | 230 | 270 |  | 140 |
| A-9 |  | 770 | 780 | 840 |  | 630 |
| A-10 |  |  | 700 | 800 | 560 |  |
| A-14 |  | 720 | 650 | 750 | 800 |  |
| DW-1-1 |  | 2,400 | 3,000 | 3,200 | 3,000 |  |
| DW-1-2 |  | 9,000 | 16,000 | 18,000 | 21,000 |  |
| DW-1-3 |  | 1,500 | 1,000 | 1,050 | 890 |  |
| DW-1-4 |  | 660 | 1,500 | 1,500 | 1,100 |  |
| DW-2-1 |  | 800 | 900 | 1,400 | 1,600 |  |
| DW-2-2 |  | 820 | 16,000 | 23,000 | 26,000 |  |
| DW-2-3 |  | 2,250 | 27,000 | 32,000 | 28,000 |  |
| DW-2-4 |  | 530 | 570 | 550 | 440 |  |

CCC02056

FILE NO. 4467

HALEY & ALDRICH, INC.
CAMBRIDGE, MASSACHUSETTS

GROUNDWATER INVESTIGATION
W.R. GRACE & CO.
CAMBRIDGE, MASSACHUSETTS

CONDUCTIVITY OBSERVATIONS

| WELL NO. | 17 Sep. | 21 Sep. | 25 Sep. | 2 Oct. | 2 Nov. | 7 Nov. |
|---|---|---|---|---|---|---|
| DW-3-1 | | 2,000 | 680 | 2,800 | 5,600 | |
| DW-3-2 | | 610 | 6,200 | 14,000 | 21,000 | |
| DW-3-3 | | < 100 | 7,000 | 8,800 | 12,000 | |
| DW-3-4 | | 580 | 540 | 530 | 520 | |
| DW-4-1 | | | 6,500 | 5,800 | 4,500 | |
| DW-4-2 | | | 6,300 | 6,200 | 4,800 | |
| DW-4-3 | | | 1,800 | 5,000 | 5,600 | |
| DW-4-4 | | | 460 | 2,400 | 2,900 | |
| DW-5-1 | | | 520 | 480 | | 260 |
| DW-5-2 | | | | 390 | | 320 |
| DW-5-3 | | | 500 | 420 | | 320 |
| DW-5-4 | | | 360 | 400 | | 490 |
| DW-6-1 | | | 385 | 340 | | 200 |
| DW-6-2 | | | 220 | 180 | | 120 |
| DW-6-3 | | | 260 | 330 | | 220 |
| DW-6-4 | | | | 400 | | 340 |
| DW-7-1 | | | | 3,600 | 3,000 | |
| DW-7-2 | | | | 6,200 | 15,000 | |
| DW-7-3 | | | | 3,700 | 5,100 | |
| DW-7-4 | | | | 5,200 | 7,300 | |
| DW-8-1 | | | | 1,800 | 3,300 | |
| DW-8-2 | | | | 8,600 | 19,000 | |
| DW-8-3 | | | | 5,300 | 12,000 | |
| DW-8-4 | | | | 550 | 580 | |
| DW-9-1 | | | | 2,400 | DRY | |
| DW-9-2 | | | | 1,200 | 3,400 | |
| DW-9-3 | | | | 8,400 | 13,000 | |
| DW-9-4 | | | | 4,300 | 4,100 | |
| DW-10-1 | | | | 1,400 | 3,100 | |
| DW-10-2 | | | | 1,200 | 3,000 | |
| DW-10-3 | | | | 570 | 2,300 | |
| DW-10-4 | | | | 5,900 | 2,700 | |
| DW-10-5 | | | | 360 | | |
| Settling Pond | | | 16,000 | 760 | 3,500 | 760 |
| Parkway Pond | | | 450 | 460 | 620 | 390 |
| Cooling Channel | | | 500 | | 540 | 420 |

CCC02057

FILE NO. 4467

HALEY & ALDRICH, INC.
CAMBRIDGE, MASSACHUSETTS

GROUNDWATER INVESTIGATION
W.R. GRACE & CO.
CAMBRIDGE, MASSACHUSETTS

pH OBSERVATIONS

| WELL NO. | 17 Sep. | 21 Sep. | 25 Sep. | 2 Oct. | 2 Nov. | 7 Nov. |
|---|---|---|---|---|---|---|
| SW-1 | 6.8 | 6.2 | 6.0 | 5.8 | | 5.9 |
| SW-2 | 6.4 | 5.8 | 5.7 | 5.9 | | 5.6 |
| SW-3 | 5.0 | 4.3 | 4.5 | 4.9 | 5.1 | |
| SW-4 | 6.5 | 5.8 | 5.5 | 5.6 | | 5.9 |
| SW-5 | 4.6 | 3.0 | 3.8 | 4.3 | 4.2 | |
| SW-6 | 6.7 | 6.0 | 5.7 | 5.7 | | 5.4 |
| SW-7 | 6.6 | 6.2 | 5.8 | 5.7 | | 5.8 |
| SW-8 | 6.8 | 5.4 | 4.5 | 4.4 | 4.6 | |
| A-1-1 | 3.0 | 2.5 | 3.0 | 3.4 | 3.6 | |
| A-1-2 | 5.6 | 4.3 | 4.7 | 4.9 | 5.2 | |
| A-1-3 | 6.4 | 6.0 | 6.2 | 5.6 | 6.1 | |
| A-2-1 | | 5.7 | 5.9 | 5.7 | 6.1 | |
| A-2-2 | | 5.2 | 5.8 | 5.5 | 6.1 | |
| A-2-3 | | 5.4 | 5.6 | 5.6 | 6.0 | |
| A-4-1 | | 5.7 | 5.9 | 5.7 | | 5.7 |
| A-4-2 | | 5.2 | 5.5 | 5.5 | | 5.5 |
| A-4-3 | | 5.7 | 5.9 | 5.8 | | 5.7 |
| A-7 | | 6.4 | 6.0 | 5.6 | | 5.7 |
| A-8 | | 6.0 | 5.4 | 5.4 | | 5.6 |
| A-9 | | 6.0 | 6.0 | 5.6 | | 5.9 |
| A-10 | | | 6.1 | 5.7 | 6.5 | |
| A-14 | | 5.2 | 5.6 | 5.4 | 6.0 | |
| DW-1-1 | | 5.0 | 4.3 | 4.4 | 4.5 | |
| DW-1-2 | | 5.4 | 5.3 | 5.5 | 5.9 | |
| DW-1-3 | | 6.2 | 6.0 | 5.8 | 6.1 | |
| DW-1-4 | | 6.7 | 6.1 | 5.8 | 6.4 | |
| DW-2-1 | | 5.8 | 5.8 | 5.5 | 5.9 | |
| DW-2-2 | | 3.7 | 3.8 | 3.6 | 4.1 | |
| DW-2-3 | | 4.4 | 4.6 | 4.7 | 5.1 | |
| DW-2-4 | | 6.1 | 5.5 | 5.2 | 6.1 | |

CCC02058

FILE NO. 4467

HALEY & ALDRICH, INC.
CAMBRIDGE, MASSACHUSETTS

GROUNDWATER INVESTIGATION
W.R. GRACE & CO.
CAMBRIDGE, MASSACHUSETTS

pH OBSERVATIONS

| WELL NO. | 17 Sep. | 21 Sep. | 25 Sep. | 2 Oct. | 2 Nov. | 7 Nov. |
|---|---|---|---|---|---|---|
| DW-3-1 | | 4.5 | 5.2 | 4.2 | 4.4 | |
| DW-3-2 | | 6.8 | 4.6 | 3.9 | 4.2 | |
| DW-3-3 | | 5.4 | 5.5 | 5.6 | 6.0 | |
| DW-3-4 | | 6.4 | 6.0 | 5.8 | 6.2 | |
| DW-4-1 | | | 6.5 | 6.0 | 6.3 | |
| DW-4-2 | | | 6.0 | 6.1 | 6.2 | |
| DW-4-3 | | | 6.1 | 5.8 | 6.4 | |
| DW-4-4 | | | 6.9 | 5.6 | 6.2 | |
| DW-5-1 | | | 5.8 | 5.8 | | 5.2 |
| DW-5-2 | | | | 6.1 | | 5.4 |
| DW-5-3 | | | 5.8 | 5.8 | | 5.5 |
| DW-5-4 | | | 5.8 | 6.0 | | 5.4 |
| DW-6-1 | | | 7.5 | 5.7 | | 5.5 |
| DW-6-2 | | | 7.2 | 5.5 | | 5.2 |
| DW-6-3 | | | 6.7 | 5.7 | | 5.2 |
| DW-6-4 | | | | 5.6 | | 5.0 |
| DW-7-1 | | | | 5.0 | 5.5 | |
| DW-7-2 | | | | 3.6 | 3.0 | |
| DW-7-3 | | | | 4.2 | 4.5 | |
| DW-7-4 | | | | 5.4 | 5.6 | |
| DW-8-1 | | | | 5.7 | 6.5 | |
| DW-8-2 | | | | 4.7 | 4.9 | |
| DW-8-3 | | | | 5.5 | 5.9 | |
| DW-8-4 | | | | 5.7 | 6.0 | |
| DW-9-1 | | | | 5.4 | | |
| DW-9-2 | | | | 6.0 | 5.3 | |
| DW-9-3 | | | | 4.3 | 4.7 | |
| DW-9-4 | | | | 4.5 | 4.6 | |
| DW-10-1 | | | | 6.5 | 6.2 | |
| DW-10-2 | | | | 6.8 | 6.0 | |
| DW-10-3 | | | | 6.5 | 4.7 | |
| DW-10-4 | | | | 4.5 | 6.0 | |
| DW-10-5 | | | | 7.6 | | |
| Settling Pond | | | 5.0 | 4.2 | 3.6 | 5.6 |
| Parkway Pond | | | 3.5 | 4.6 | 4.3 | 3.6 |
| Cooling Channel | | | 6.0 | | 6.0 | 5.2 |

CCC02059

FILE NO. 4467

HALEY & ALDRICH, INC.
CAMBRIDGE, MASSACHUSETTS