# EXHIBIT "5"

CONSULTING GEOTECHNICAL ENGINEERS AND GEOLOGISTS

# HALEY & ALDRICH, INC.

238 MAIN STREET · CAMBRIDGE · MASSACHUSETTS 02142

617 / 492-6460

HARL P. ALDRICH, JR.
THOMAS K. LIU
EDMUND G. JOHNSON
MARTIN C. MURPHY
DAVID E. THOMPSON

PETER L. LeCOUNT
EDWARD B. KINNER
DOUGLAS G. GIFFORD
JOSEPH J. RIXNER
ALLEN W. HATHEWAY
GARY S. BRIERLEY
RICHARD P. STULGIS

5 March 1980
File No. 4467

Camp, Dresser & McKee, Inc.
One Center Plaza
Boston, Massachusetts  02108

Attention:  Mr. John Splendore

Subject:     Groundwater Investigation
             W. R. Grace & Company, Cambridge, MA

Gentlemen:

In accordance with your request, we have undertaken a geohydro-
logic study of the subject site.  Our work has been undertaken
in accordance with our letter proposal dated 25 September 1979.

The purpose of our investigation has been to investigate the
source and extent of groundwater contamination and provide
conceptual remedial measures to prevent future contamination.


## INTRODUCTION

The study area is occupied by the Dewey & Almy Division of W. R.
Grace & Company in Cambridge, Massachusetts.  The site, located
as shown on Figure 1, Project Locus, has been used primarily as
a disposal area for process wastes resulting from the manufacture
of DAXAD, a proprietary product of the W. R. Grace & Company.

The Massachusetts Bay Transportation Authority (MBTA) proposes to
use a portion of the site to construct a rapid transit tunnel
and part of a station complex as part of an extension of the MBTA
Red Line from Harvard Square to Alewife Brook Parkway.  During
the investigation of subsurface soil conditions for design of the
Red Line Extension, evidence of contamination was found.
Goldberg, Zoino, Dunnicliff & Associates (GZD), geotechnical
consultants for Sverdrup & Parcel and Associates, Inc., designers
of the tunnel for the MBTA, undertook a study of the nature and
extent of groundwater contamination and presented their findings
in a report entitled, "Contaminated Groundwater Report, MBTA
Red Line Extension, Davis Square to Alewife", dated December 1978.

DEP00085

Camp, Dresser & McKee, Inc.          2          5 March 1980

GZD concluded that groundwater in the vicinity of the disposed
wastes was contaminated with sulfates and had a lower than
normal pH.  Contamination was reported to extend approximately
25 ft. into the underlying saturated soils to an underlying
clay stratum and approximately 400 ft. down gradient from the
disposal site.

Our study has been undertaken to provide an independent evalua-
tion of the existence and extent of groundwater contamination.
As part of our study, groundwater sampling wells were installed
to supplement those installed for the GZD study.  Groundwater
samples were obtained and field tested from both wells installed
for our study and those existing from the GZD study.  Locations
of GZD wells sampled are indicated on Figure 2.

EXPLORATION PROGRAMS

During the period 4 September 1979 to 1 October 1979, the Guild
Drilling Company of East Providence, Rhode Island, installed
eight shallow, single point sampling wells and ten deep, multi-
level sampling wells at the site, located as shown on Figure 2.
All wells were installed under the direction of a Haley & Aldrich,
Inc. geologist.

Shallow, single point sampling wells (SW series) were installed
in 4 inch diameter cased borings advanced through the fine sand
stratum existing at the site.  Standard split-spoon samples of
soil were obtained during the installation of the casing.  Each
well consists of a 1.25 in. diameter porous Vyon plastic well
point, 12 in. long, connected to a one inch nominal diameter
Schedule 80 PVC plastic riser pipe.  The wellpoints were placed
10 to 15 ft. below ground surface in the fine sand layer generally
underlying the fill materials existing at the site.  The annulus
between the well point and casing was backfilled with Ottawa sand
as the casing was withdrawn.  An approximately 12 in. thick
tamped bentonite clay seal was placed generally at the upper
surface of the fine sand stratum.  Details of each SW series well
installation and a log of soil conditions encountered are included
as Appendix A.

Deep, multi-level sampling wells (DW series) were installed in
4 inch diameter cased borings advanced through the fine sands and
silts into the clays underlying the site.  Standard split-spoon
samples of soil were obtained during the installation of the
casing.  The wells consist of 1.25 in. nominal diameter flush
jointed PVC plastic pipe.  Sampling ports in the 1.25 in. PVC,
consisting of 0.75 in. diameter Vyon porous plastic discs, are
connected via 0.25 in. outside diameter polyethylene tubing to

Camp, Dresser & McKee, Inc.        3                5 March 1980

ground surface.  In general, one sampling port was located in
the underlying clay stratum.  The annulus between the PVC pipe
and casing was backfilled with Ottawa sand as the casing was
withdrawn.  An approximately 12 in. thick tamped bentonite clay
seal was placed generally at the upper surface of the clay.
Similar clay seals and Ottawa sand backfill were used to isolate
sampling ports in other soil strata.  At some well locations, the
fine sand was allowed to collapse around the sampling ports and
no intermediate bentonite clay seals were used.  Details of
each DW series well installation and a log of soil conditions
encountered are included as Appendix B.

On 23 and 24 August 1979, James W. Fleet Co., Inc., Belmont, MA
excavated 22 test pits at the site with a rubber-tired backhoe
equipped with a 3/8 cu. yd. capacity bucket.  All test pits were
logged by a Haley & Aldrich, Inc. geologist.  A graphic log for
each test pit, located as shown on Figure 2, is included as
Appendix C.  The test pits generally terminated in the naturally
deposited soils underlying the fill materials at the site.  Repre-
sentative samples of the fills and natural soils were also
obtained.

The location and ground surface and reference elevations for the
test pits and sampling wells were provided by Allen & Demurjian,
Inc., Boston, Massachusetts on a site plan prepared for Camp,
Dresser & McKee, Inc., dated 12 November 1979.  Elevations are
referenced to Commonwealth of Massachusetts Benchmark MRC-16,
El. 11.14, Mean Sea Level Datum of 1929 (now referred to as
National Geodedic Vertical Datum (NGVD)).

When elevations based on the above benchmark are converted to MBTA
Red Line Datum using a conversion factor of 105.8, the elevations
obtained are approximately 2.2 ft. higher than those reported in
the GZD study.  In an attempt to determine the reason for the
elevation difference, preliminary plans indicating survey control
for the Red Line Extension were obtained from Sverdrup & Parcel
and Associates.  A field check of the Red Line information yielded
inconsistencies in the data provided.  Therefore, as the datum
conversion difference did not have any bearing on the results of
this study, all elevations reported on this report are referenced
to MRC-16.


SUBSURFACE SOIL CONDITIONS

In general, the subsurface soils encountered in the explorations
completed at the site are shown on Figures 7 and 8, and can be
divided into the following categories from ground surface downward:

Camp, Dresser & McKee, Inc.          4          5 March 1980


      Fills
        Process wastes
        Miscellaneous fill

      Organic Soils

      Fine Sands

      Silts

      Clays


Information available from the GZD report indicates that the
clays are underlain by glacial till and bedrock.  The stratum
descriptions and thicknesses that follow are based on the
results of the explorations; there may be differences at inter-
mediate points between explorations.

The process wastes can be divided into two categories; sludge which
consists of a material settled out of the wastewater effluent in
the settling pond and disposed of on-site after dredging from
the settling pond; and filter cake which is disposed of on-site
directly from the filter used in the DAXAD manufacturing process.
Visually the sludge material is described as a tan, gray or
brown SILT.  The filter cake is described as a white or tan SILT,
silty fine SAND, or fine sandy SILT.  A rubbery material is often
present within or immediately below this material.  Chunks of
nathalene are also present.  In general, a chemical odor was
present.

Miscellaneous fill generally consists of gray or brown silty
coarse to fine SAND with assorted debris such as glass, rubble,
cinders, wood, metal and similar items.

The organic soils represent the original naturally deposited
soils existing at the site and consist of a black loamy SILT with
roots, brown silty PEAT and organic SILT.  This stratum is generally
less than two feet thick and was often not sampled during well
installation.

The fine sand deposit underlies the organic soils and fills. The
deposit is generally described as gray, fine SAND, little silt,
and ranges in thickness from approximately 5 to 8 ft.  In some
areas of the site, the upper surface of this deposit consists of a
brown or gray medium to fine SAND, trace silt.

The fine sand grades into the silt stratum.  This stratum is des-
cribed as a gray clayey SILT to fine sandy SILT with layers and

Camp, Dresser & McKee, Inc.        5              5 March 1980

lenses of silty fine sand, silt and clays. Generally 10 to 30
percent of the sample obtained was laminations representing the
layers and lenses. The silt stratum ranges in thickness from
approximately 10 to 25 ft.

The silts grade into the clay stratum. This stratum is generally
described as gray silty CLAY with silt layers and some fine sand
layers, the sand generally being ten percent or less of the
sample obtained. The clays are very soft, with standard penetra-
tion resistances less than one blow per foot. Information
obtained by GZD indicates that the clay layer is approximately
70 ft. thick.

Individual, visual sample descriptions are included on the well
logs attached as Appendices A and B. Also noted is the presence
of chemical odor in samples of naturally deposited sands. Because
of the gradual change in soil types with depth, the stratum change
lines indicated on the logs should be considered to be approximate.


GROUNDWATER SAMPLING AND FIELD TESTING

During the period 17 September 1979 to 7 November 1979, Haley &
Aldrich, Inc. personnel obtained samples of groundwater from the
sampling wells installed as part of this study, and from those
wells previously installed at the site by GZD. Samples were
obtained by means of a vacuum bottle evacuated with a hand operated
vacuum pump. For the DW series wells, the vacuum bottle was
attached directly to the 0.25 in. diameter lead from the sampling
port installed in the well. All other wells were sampled by
placing an 0.25 in. diameter tube attached to the vacuum bottle
down the riser pipe or tube from the well screen or piezometer to
a depth of approximately 15 ft. or the bottom of the well,
whichever was less.

Recovered samples were field tested for conductivity and pH using
a LeMotte Model DA-1 Conductivity Meter and a LeMotte Model HA
pH Meter. Both meters are temperature-compensating, portable,
battery-operated units designed for field testing.

Prior to testing DW series wells, approximately one pint of water
was drawn from each sampling port and wasted. Certain sampling
ports, as indicated in Appendix D, had extremely low draw rates
and were not flushed prior to testing. A 1/2 or 1 pint sample
was then drawn and tested. SW series wells had approximately two
pints of water drawn prior to drawing a sample for testing.
Slotted observation wells installed previously by GZD had 2.5 to
3 pints of water drawn and piezometers installed previously by
GZD had one pint of water drawn prior to drawing a sample for
testing.

DEP00089

Camp, Dresser & McKee, Inc.        6              5 March 1980

Field test data for samples of water obtained are included as
Appendix D and summarized in Tables I and II.

Prior to sampling, water level data were obtained for each SW
series well, certain DW series wells, and wells installed pre-
viously by GZD.  Groundwater observations obtained are included
as Appendix D.  Groundwater levels in wells with riser pipes
0.75 in. in diameter or greater were read by direct sounding with
a tape and plunker.  Wells with smaller diameter riser pipes
were read with electrical wire probes.  Rainfall for the period
of September and October 1979 was slightly above normal.

DISCUSSION

As indicated on Figure 2, the study area exists to the south
of the manufacturing facilities.  Included within the study area
is a cooling channel, settling pond and Parkway Pond.  The
cooling channel serves as a return for cooling water to Jerry's
Pond.  Water is withdrawn from Jerry's Pond and used for non-
contact cooling of the DAXAD manufacturing process.  The settling
pond serves as a lined disposal lagoon for process wastes.
Suspended solids are allowed to settle out and the liquid is
canted off and disposed in the sanitary sewer.  Parkway Pond
collects surface water drainage from Alewife Brook Parkway and
area and conducts it under Alewife Brook Parkway to Alewife Brook.

Based on the information obtained from the exploration programs
completed at the site, two areas of the site contain disposed
process wastes.  As indicated on Figure 3, up to a four ft. depth
of wastes exist in a disposal area east of the cooling channel.
West of the cooling channel, up to ten feet of buried wastes
exist.  In addition, an approximately eight foot high mound of
waste, not indicated on Figure 3, is presented in the southwest
corner of the site.  The deeper wastes were apparently placed in
an excavated pit.  The approximate limits of this pit, based on
the subsurface information, are indicated on Figure 3.

The estimated quantity of on-site wastes is as follows:

      East portion of site:          2100 cu. yd.
      West portion of site:
            Pit                       4800 cu. yd.
            Other (incl. mound)       1700 cu. yd.

      TOTAL                           8600 cu. yd.

In addition, it is estimated that 500 cu. yd. of waste solids
were present in the settling pond at the time of the field work.

Camp, Dresser & McKee, Inc.        7                5 March 1980

The general groundwater surface flow pattern observed at the
site during our study is indicated on Figure 4.  Regional
groundwater flow, as reported by GZD, is in a northwest direc-
tion.  The flow pattern indicated is based on observations of
the groundwater surface made at sampling well locations on
2 November 1979.  While the groundwater surface elevation is
known to fluctuate from the observations of 2 November 1979, the
overall flow pattern appears to remain consistent with that
indicated on Figure 4.  The water level in the cooling channel
was relatively constant during our study.  The water level in the
settling pond and Parkway Pond fluctuated, with minor impact on
the overall flow pattern.

The groundwater surface has been found to be influenced by infil-
tration of water from the cooling channel and the settling pond.
This infiltration results in a mounding of the groundwater surface
in the disposal pit area.  Localized groundwater surface flow is
from the mounded area to the north, south, east and west.  Park-
way Pond apparently serves as a groundwater discharge-recharge
area depending upon the amount of collected surface water in the
pond.

Based on the groundwater surface contours shown on Figure 4 and
the bottom of fill elevations indicated on Figure 3, only one
portion of the site has process wastes in contact with the ground-
water.  Up to a four-foot thickness of process wastes exist below
groundwater level in the disposal pit area.  The approximate
limit of fill in contact with the groundwater is indicated on
Figures 3 & 4.

The results of field pH measurements made on samples of water
obtained from sampling wells on 2 and 7 November 1979 are indi-
cated in plan on Figure 5 and in section on Figure 7.  Field
conductivity measurements made at the same time are summarized on
Figures 6 and 8.  While Tables I & II show that individual field
pH and conductivity measurements at each sample point have been
observed to vary over the study period, general overall patterns
remained consistent.  Measurements on 17 September 1979 were made
on, the initial samples of the SW and DW series wells and may not
reflect in-situ water conditions.

Data obtained during this study indicate that uncontaminated
groundwater samples have a pH of approximately 5.7 and a conduc-
tivity of generally less than 600 μmhos/cm.  Contaminated ground-
water has a lower pH and higher conductivity.  Similar results
are reported by GZD.  Approximate boundaries of field pH measure-
ments less than 5.0 are indicated on Figure 5 for samples
obtained from groundwater in the fill and fine sand strata and
the silt stratum.  Similar boundaries for field conductivity

Camp, Dresser & McKee, Inc.          8          5 March 1980

measurements greater than 5000 μmhos/cm are indicated on Figure
6.  Groundwater samples from selected wells have been provided
to Camp, Dresser & McKee, Inc. for chemical testing.

CONCLUSIONS AND RECOMMENDATIONS

The evaluation that follows is based on the data available to us
at this time.  Should differing information become available in
the future, the conclusions that are presented herein should be
reviewed by this office to confirm continued applicability.
Based on the field pH and conductivity measurements, the primary
source of groundwater contamination is centered on the settling
pond and disposal area where wastes are in contact with ground-
water.  The groundwater flow pattern established at the site
indicates the lined settling pond is in contact with the ground-
water.  The wash lagoon may also have some localized influence on
groundwater pollution, based on the data from SW-8.

Available information indicates that where process wastes are not
in contact with groundwater, minor groundwater contamination is
present, as indicated by higher than normal conductivity measure-
ments.  The pH of the groundwater is not abnormal.

Contaminated groundwater exists beyond the vertical and horizontal
limits of the settling pond and disposal pit.  Field measurements
of pH and conductivity indicate contamination of the groundwater
in the fill, fine sand and silts.  Contamination of the ground-
water in the upper portions of the clay stratum is also indicated
immediately under the groundwater mound.  It appears that horizon-
tal movement of contaminated groundwater is occurring in the fill
and fine sands, aided by infiltration of uncontaminated water from
the cooling channel.  As shown on Figures 5 and 6, the contamina-
tion has traveled northwest and west in the direction of ground-
water flow from the localized groundwater mound as indicated on
Figure 4.  In addition, it appears that the groundwater mound is
causing contaminated groundwater to move downward into the under-
lying silts and travel laterally north and south in a direction
perpendicular to the groundwater mound.  This vertical flow is
also causing contamination of the upper clay surface immediately
below the groundwater mound.

Based on the field conductivity measurements, it appears that
the inflow of uncontaminated water from the cooling channel has
lessened the degree of groundwater contamination in the fill and
fine sand.  The silts which are not directly influenced by water
infiltration from the cooling channel appear to contain a higher
degree of groundwater contamination.  Information provided by
the GZD study indicates that the contamination of groundwater
extends off-site in the direction of Alewife Brook Parkway.

DEP00092

Camp, Dresser & McKee, Inc.          9                5 March 1980

To mitigate the continued contamination of groundwater at the
site, the following remedial measures are recommended:

1.  Eliminate the use of the settling pond and wash lagoon or
    reconstruct them so that the contents of the pond and lagoon
    are not in contact with the groundwater.  It is understood
    that the wash lagoon is presently serving only as overflow
    storage for the settling pond.  Elimination of the settling
    pond would require the implementation of an alternate
    method to handle the process wastes.  Reconstruction of the
    settling pond would require the removal from service,
    cleaning of accumulated sludge, and placement of an imper-
    meable liner, suitably protected to allow maintenance
    cleaning of accumulated sludge.



2.  Cover all on-site waste materials not in contact with the
    groundwater with at least 24 in. of relatively impervious
    soil or an impermeable synthetic material.  The disposal
    areas should be graded to allow rapid runoff of rainfall and
    prevent ponding of water on the surface.  It is understood
    that the Massachusetts Department of Environmental Quality
    Engineering (DEQE) will require seasonal groundwater data
    demonstrating that wastes remain out of contact with the
    groundwater.  Groundwater recharge from the cooling channel
    should be eliminated by piping the cooling water return to
    Jerry's Pond.

3.  Eliminate continued groundwater flow through process wastes
    that are in contact with the groundwater in the disposal
    pit area.  This can be accomplished by:

    a)  Isolating the wastes by constructing an impervious
        barrier encircling the wastes and extending from ground
        surface into the underlying clays.  The most practicable
        type of barrier would probably be a bentonite and soil-
        filled cut off trench.  Construction of an impervious
        cover similar to that recommended for other areas of
        disposed process wastes would also be required.

    b)  Removing the wastes from the groundwater by excavation.
        Excavated material would have to be disposed of off-site
        in an approved disposal area or on-site in a manner
        satisfactory to the DEQE.

Geotechnical engineering services for this study were performed,
findings obtained and comments prepared in accordance with
generally accepted geotechnical engineering practice.  No other
warranty, expressed or implied, is made.

Camp, Dresser & McKee, Inc.        10              5 March 1980

We believe this letter provides the information required for
your present purposes.  If you have any questions or require
additional information, please do not hesitate to contact us.

Sincerely yours,
HALEY & ALDRICH, INC.

Wesley E. Stimpson
Senior Engineer

for David E. Thompson
Senior Vice President

WES/DET/slp

Enclosures

Table I through III

Figures 1 through 8

Appendices A through D

DEP00094

DEP00095

### TABLE I

### GROUNDWATER INVESTIGATION
### W.R. GRACE & CO.
### CAMBRIDGE, MASSACHUSETTS

### pH OBSERVATIONS

| WELL NO. | 17 Sep. | 21 Sep. | 25 Sep. | 2 Oct. | 2 Nov. | 7 Nov. |
|---|---|---|---|---|---|---|
| SW-1 | 6.8 | 6.2 | 6.0 | 5.8 | | 5.9 |
| SW-2 | 6.4 | 5.8 | 5.7 | 5.9 | | 5.6 |
| SW-3 | 5.0 | 4.3 | 4.5 | 4.9 | 5.1 | |
| SW-4 | 6.5 | 5.8 | 5.5 | 5.6 | | 5.9 |
| SW-5 | 4.6 | 3.0 | 3.8 | 4.3 | 4.2 | |
| SW-6 | 6.7 | 6.0 | 5.7 | 5.7 | | 5.4 |
| SW-7 | 6.6 | 6.2 | 5.8 | 5.7 | | 5.8 |
| SW-8 | 6.8 | 5.4 | 4.5 | 4.4 | 4.6 | |
| A-1-1 | 3.0 | 2.5 | 3.0 | 3.4 | 3.6 | |
| A-1-2 | 5.6 | 4.3 | 4.7 | 4.9 | 5.2 | |
| A-1-3 | 6.4 | 6.0 | 6.2 | 5.6 | 6.1 | |
| A-2-1 | | 5.7 | 5.9 | 5.7 | 6.1 | |
| A-2-2 | | 5.2 | 5.8 | 5.5 | 6.1 | |
| A-2-3 | | 5.4 | 5.6 | 5.6 | 6.0 | |
| A-4-1 | | 5.7 | 5.9 | 5.7 | | 5.7 |
| A-4-2 | | 5.2 | 5.5 | 5.5 | | 5.5 |
| A-4-3 | | 5.7 | 5.9 | 5.8 | | 5.7 |
| A-7 | | 6.4 | 6.0 | 5.6 | | 5.7 |
| A-8 | | 6.0 | 5.4 | 5.4 | | 5.6 |
| A-9 | | 6.0 | 6.0 | 5.6 | | 5.9 |
| A-10 | | | 6.1 | 5.7 | 6.5 | |
| A-14 | | 5.2 | 5.6 | 5.4 | 6.0 | |
| DW-1-1 | | 5.0 | 4.3 | 4.4 | 4.5 | |
| DW-1-2 | | 5.4 | 5.3 | 5.5 | 5.9 | |
| DW-1-3 | | 6.2 | 6.0 | 5.8 | 6.1 | |
| DW-1-4 | | 6.7 | 6.1 | 5.8 | 6.4 | |
| DW-2-1 | | 5.8 | 5.8 | 5.5 | 5.9 | |
| DW-2-2 | | 3.7 | 3.8 | 3.6 | 4.1 | |
| DW-2-3 | | 4.4 | 4.6 | 4.7 | 5.1 | |
| DW-2-4 | | 6.1 | 5.5 | 5.2 | 6.1 | |

DEP00096

FILE NO. 4467

**HALEY & ALDRICH, INC.**
CAMBRIDGE, MASSACHUSETTS

TABLE I

TABLE I

GROUNDWATER INVESTIGATION
W.R. GRACE & CO.
CAMBRIDGE, MASSACHUSETTS

pH OBSERVATIONS

| WELL NO. | 17 Sep. | 21 Sep. | 25 Sep. | 2 Oct. | 2 Nov. | 7 Nov. |
|---|---|---|---|---|---|---|
| DW-3-1 | | 4.5 | 5.2 | 4.2 | 4.4 | |
| DW-3-2 | | 6.8 | 4.6 | 3.9 | 4.2 | |
| DW-3-3 | | 5.4 | 5.5 | 5.6 | 6.0 | |
| DW-3-4 | | 6.4 | 6.0 | 5.8 | 6.2 | |
| DW-4-1 | | | 6.5 | 6.0 | 6.3 | |
| DW-4-2 | | | 6.0 | 6.1 | 6.2 | |
| DW-4-3 | | | 6.1 | 5.8 | 6.4 | |
| DW-4-4 | | | 6.9 | 5.6 | 6.2 | |
| DW-5-1 | | | 5.8 | 5.8 | | 5.2 |
| DW-5-2 | | | | 6.1 | | 5.4 |
| DW-5-3 | | | 5.8 | 5.8 | | 5.5 |
| DW-5-4 | | | 5.8 | 6.0 | | 5.4 |
| DW-6-1 | | | 7.5 | 5.7 | | 5.5 |
| DW-6-2 | | | 7.2 | 5.5 | | 5.2 |
| DW-6-3 | | | 6.7 | 5.7 | | 5.2 |
| DW-6-4 | | | | 5.6 | | 5.0 |
| DW-7-1 | | | | 5.0 | 5.5 | |
| DW-7-2 | | | | 3.6 | 3.0 | |
| DW-7-3 | | | | 4.2 | 4.5 | |
| DW-7-4 | | | | 5.4 | 5.6 | |
| DW-8-1 | | | | 5.7 | 6.5 | |
| DW-8-2 | | | | 4.7 | 4.9 | |
| DW-8-3 | | | | 5.5 | 5.9 | |
| DW-8-4 | | | | 5.7 | 6.0 | |
| DW-9-1 | | | | 5.4 | | |
| DW-9-2 | | | | 6.0 | 5.3 | |
| DW-9-3 | | | | 4.3 | 4.7 | |
| DW-9-4 | | | | 4.5 | 4.6 | |
| DW-10-1 | | | | 6.5 | 6.2 | |
| DW-10-2 | | | | 6.8 | 6.0 | |
| DW-10-3 | | | | 6.5 | 4.7 | |
| DW-10-4 | | | | 4.5 | 6.0 | |
| DW-10-5 | | | | 7.6 | | |
| Settling Pond | | | 5.0 | 4.2 | 3.6 | 5.6 |
| Parkway Pond | | | 3.5 | 4.6 | 4.3 | 3.6 |
| Cooling Channel | | | 6.0 | | 6.0 | 5.2 |

DEP00097

FILE NO. 4467

**HALEY & ALDRICH, INC.**
CAMBRIDGE, MASSACHUSETTS

TABLE I

TABLE II

GROUNDWATER INVESTIGATION
W.R. GRACE & CO.
CAMBRIDGE, MASSACHUSETTS

CONDUCTIVITY OBSERVATIONS

| WELL NO. | 17 Sep. | 21 Sep. | 25 Sep. | 2 Oct. | 2 Nov. | 7 Nov. |
|---|---|---|---|---|---|---|
| SW-1 | 3,400 | 2,700 | 2,700 | 2,200 | | 2,400 |
| SW-2 | 2,400 | 1,700 | 1,900 | 1,900 | | 1,600 |
| SW-3 | 2,500 | 2,400 | 2,500 | 2,900 | 2,900 | |
| SW-4 | 310 | 1,100 | 410 | 1,600 | | 1,000 |
| SW-5 | 2,200 | 2,300 | 2,400 | 2,900 | 3,200 | |
| SW-6 | 330 | 1,200 | 1,400 | 1,600 | | 1,500 |
| SW-7 | 1,000 | 1,200 | 1,300 | 1,400 | | 1,000 |
| SW-8 | 510 | 1,300 | 2,600 | 12,000 | 5,200 | |
| A-1-1 | 6,400 | 5,800 | 6,000 | 5,400 | 5,400 | |
| A-1-2 | 9,400 | 8,000 | 11,000 | 9,500 | 12,000 | |
| A-1-3 | 440 | 450 | 500 | 530 | 510 | |
| A-2-1 | | 1,400 | 2,200 | 2,200 | 2,300 | |
| A-2-2 | | 24,000 | 26,000 | 26,000 | 28,000 | |
| A-2-3 | | 490 | 460 | 2,000 | 420 | |
| A-4-1 | | 1,700 | 1,900 | 2,100 | | 1,600 |
| A-4-2 | | 580 | 590 | 640 | | 520 |
| A-4-3 | | 940 | 1,100 | 1,200 | | 930 |
| A-7 | | 1,600 | 1,700 | 1,900 | | 1,400 |
| A-8 | | 210 | 230 | 270 | | 140 |
| A-9 | | 770 | 780 | 840 | | 630 |
| A-10 | | | 700 | 800 | 560 | |
| A-14 | | 720 | 650 | 750 | 800 | |
| DW-1-1 | | 2,400 | 3,000 | 3,200 | 3,000 | |
| DW-1-2 | | 9,000 | 16,000 | 18,000 | 21,000 | |
| DW-1-3 | | 1,500 | 1,000 | 1,050 | 890 | |
| DW-1-4 | | 660 | 1,500 | 1,500 | 1,100 | |
| DW-2-1 | | 800 | 900 | 1,400 | 1,600 | |
| DW-2-2 | | 820 | 16,000 | 23,000 | 26,000 | |
| DW-2-3 | | 2,250 | 27,000 | 32,000 | 28,000 | |
| DW-2-4 | | 530 | 570 | 550 | 440 | |

DEP00098

FILE NO. 4467

**HALEY & ALDRICH, INC.**
**CAMBRIDGE, MASSACHUSETTS**

TABLE II

TABLE II

GROUNDWATER INVESTIGATION
W.R. GRACE & CO.
CAMBRIDGE, MASSACHUSETTS

CONDUCTIVITY OBSERVATIONS

| WELL NO. | 17 Sep. | 21 Sep. | 25 Sep. | 2 Oct. | 2 Nov. | 7 Nov. |
|---|---|---|---|---|---|---|
| DW-3-1 | | 2,000 | 680 | 2,800 | 5,600 | |
| DW-3-2 | | 610 | 6,200 | 14,000 | 21,000 | |
| DW-3-3 | | < 100 | 7,000 | 8,800 | 12,000 | |
| DW-3-4 | | 580 | 540 | 530 | 520 | |
| DW-4-1 | | | 6,500 | 5,800 | 4,500 | |
| DW-4-2 | | | 6,300 | 6,200 | 4,800 | |
| DW-4-3 | | | 1,800 | 5,000 | 5,600 | |
| DW-4-4 | | | 460 | 2,400 | 2,900 | |
| DW-5-1 | | | 520 | 480 | | 260 |
| DW-5-2 | | | | 390 | | 320 |
| DW-5-3 | | | 500 | 420 | | 320 |
| DW-5-4 | | | 360 | 400 | | 490 |
| DW-6-1 | | | 385 | 340 | | 200 |
| DW-6-2 | | | 220 | 180 | | 120 |
| DW-6-3 | | | 260 | 330 | | 220 |
| DW-6-4 | | | | 400 | | 340 |
| DW-7-1 | | | | 3,600 | 3,000 | |
| DW-7-2 | | | | 6,200 | 15,000 | |
| DW-7-3 | | | | 3,700 | 5,100 | |
| DW-7-4 | | | | 5,200 | 7,300 | |
| DW-8-1 | | | | 1,800 | 3,300 | |
| DW-8-2 | | | | 8,600 | 19,000 | |
| DW-8-3 | | | | 5,300 | 12,000 | |
| DW-8-4 | | | | 550 | 580 | |
| DW-9-1 | | | | 2,400 | DRY | |
| DW-9-2 | | | | 1,200 | 3,400 | |
| DW-9-3 | | | | 8,400 | 13,000 | |
| DW-9-4 | | | | 4,300 | 4,100 | |
| DW-10-1 | | | | 1,400 | 3,100 | |
| DW-10-2 | | | | 1,200 | 3,000 | |
| DW-10-3 | | | | 570 | 2,300 | |
| DW-10-4 | | | | 5,900 | 2,700 | |
| DW-10-5 | | | | 360 | | |
| Settling Pond | | | 16,000 | 760 | 3,500 | 760 |
| Parkway Pond | | | 450 | 460 | 620 | 390 |
| Cooling Channel | | | 500 | | 540 | 420 |

FILE NO. 4467

HALEY & ALDRICH, INC.
CAMBRIDGE, MASSACHUSETTS

DEP00099

TABLE II

TABLE III

GROUNDWATER STUDIES
W.R. GRACE & CO.
CAMBRIDGE, MASSACHUSETTS

GROUNDWATER OBSERVATIONS

| WELL NO. | REF. ELEV. | DEPTH, ft; (ELEVATION) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 25 SEPT. | 27 SEPT. | 1 OCT. | 2 OCT. | 22 OCT. | 2 NOV. | 7 NOV. |
| SW-1 | +11.5 | 5.9 (+5.6) | 6.1 (+5.4) | 6.1 (+5.4) | 5.7 (+5.8) | 5.5 (+6.0) | 6.1 (+5.4) | 4.9 (+6.6) |
| SW-2 | +12.7 | 7.4 (+5.3) | 7.5 (+5.3) | 7.4 (+5.5) | 7.2 (+5.5) | 7.1 (+5.6) | 7.5 (+5.1) | 6.6 (+6.1) |
| SW-3 | +12.3 | 6.8 (+5.5) | 7.0 (+5.3) | 5.7 (+6.6) | 6.2 (+6.1) | 6.6 (+5.7) | 7.1 (+5.2) | |
| SW-4 | +10.0 | 4.5 (+5.5) | 4.7 (+5.3) | 4.6 (+5.4) | 4.3 (+5.7) | 4.3 (+5.7) | 4.9 (+5.1) | 3.7 (+6.3) |
| SW-5 | +11.5 | 5.5 (+6.0) | 5.6 (+5.9) | 5.3 (+6.2) | 5.1 (+6.4) | 5.3 (+6.2) | 5.7 (+5.8) | |
| SW-6 | +9.7 | 4.9 (+4.8) | 5.1 (+4.6) | 5.2 (+4.5) | 4.7 (+5.0) | 4.9 (+4.8) | 5.4 (+4.3) | 4.3 (+5.4) |
| SW-7 | +7.8 | 3.0 (+4.8) | 3.2 (+4.6) | 3.1 (+4.7) | 2.9 (+4.9) | | 3.4 (+4.4) | 2.5 (+5.3) |
| SW-8 | +8.3 | 4.2 (+4.1) | 4.4 (+3.9) | 4.3 (+4.0) | 3.7 (+4.6) | 4.2 (+4.1) | 4.6 (+3.7) | |
| DW-1-1 | +12.2 | | | | | 6.0 (+6.2) | 6.1 (+6.1) | |
| DW-2-1 | +8.5 | | | 3.4 (+5.1) | | | 3.6 (+4.9) | |
| DW-3-2* | +9.6 | | | 4.2 (+5.4) | | 5.5 (+4.1) | 4.4 (+5.2) | |
| DW-4-1 | +8.5 | | | | | 2.9 (+5.6) | 3.5 (+5.0) | |
| DW-5-1 | +10.0 | | | 3.4 (+6.6) | | | 4.9 (+5.1) | |
| DW-6-1 | +8.9 | | | | | | 3.6 (+5.3) | |
| DW-7-1 | +10.9 | | | 4.6 (+5.3) | | 4.7 (+5.2) | 5.0 (+5.9) | |
| DW-8-1 | +8.8 | | | 1.9 (+6.9) | | 3.0 (+5.8) | 3.1 (+5.7) | |

DEP00100

HALEY & ALDRICH, INC.
CAMBRIDGE, MASSACHUSETTS

TABLE III

TABLE III

GROUNDWATER STUDIES
W.R. GRACE & CO.
CAMBRIDGE, MASSACHUSETTS

GROUNDWATER OBSERVATIONS

| WELL NO. | REF. ELEV. | DEPTH, ft; (ELEVATION) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 25 SEPT. | 27 SEPT. | 1 OCT. | 2 OCT. | 22 OCT. | 2 NOV. | 7 NOV. |
| DW-9-2** | +11.5 | | | | | 5.2 (+6.3) | 5.6 (+5.9) | |
| DW-10-1 | +12.3 | | | | | 5.4 (+6.9) | 5.4 (+6.9) | |
| A-1-1 | +10.4 | 4.7 (+5.7) | 4.7 (+5.7) | 4.3 (+6.1) | 4.3 (+6.1) | 4.5 (+5.9) | 4.7 (+5.7) | |
| A-2-1 | +10.6 | 5.7 (+4.9) | 5.7 (+4.9) | 5.2 (+5.4) | 5.2 (+5.4) | 5.1 (+5.5) | 5.6 (+5.0) | |
| A-4-1 | +12.0 | 6.2 (+5.8) | 6.4 (+5.6) | 6.2 (+5.8) | 6.0 (+6.0) | 5.9 (+6.1) | 6.4 (+5.6) | 5.4 (+6.6) |
| A-7 | +9.8 | 4.4 (+5.4) | 4.6 (+5.2) | 4.4 (+5.4) | 4.2 (+5.6) | 4.4 (+5.4) | 4.7 (+5.1) | 3.8 (+6.0) |
| A-8 | +10.0± | 4.6 (+5.4) | 4.8 (+5.2) | 4.6 (+5.4) | 4.3 (+5.7) | 4.3 (+5.7) | 4.7 (+5.3) | 3.6 (+6.4) |
| A-9 | +10.0 | 4.6 (+5.4) | 4.8 (+5.2) | 4.6 (+5.4) | 4.5 (+5.5) | 4.5 (+5.5) | 5.0 (+5.0) | 4.0 (+6.0) |
| A-10 | +9.0± | 5.5 (+3.5) | 5.6 (+3.4) | 5.3 (+3.7) | 5.3 (+3.7) | 5.2 (+3.8) | 5.5 (+3.5) | |
| A-14 | +10.8 | 5.5 (+5.3) | 5.7 (+5.1) | 5.4 (+5.4) | 5.2 (+5.6) | 5.4 (+5.4) | 5.7 (+5.1) | |

*   DW-3-1  Reacts to Electric Probe
**  DW-9-1  Dry
Elevations refer to Massachusetts benchmark MCR No. 16.
Refer to text for datum discussion.

| | ELEVATION | | | | |
|---|---|---|---|---|---|
| | 21 SEPT. | 1 OCT. | 3 OCT. | 22 OCT. | 2 NOV. |
| SETTLING POND | (+5.8) | (+7.0) | (+6.4) | (+6.3) | (+6.2) |
| COOLING CHANNEL | (+6.8) | | (+6.8) | | (+7.0) |
| PARKWAY POND | (+5.5) | | (+5.9) | | (+5.6) |

DEP00101

HALEY & ALDRICH, INC.
CAMBRIDGE, MASSACHUSETTS

File No. 4467

FILE NO.

TABLE III

FIGURES

DEP00102

FILE NO. 4467 AI

DEP00103

**HALEY & ALDRICH, INC.**
CAMBRIDGE, MASSACHUSETTS

**PROJECT LOCUS**
U.S.G.S. QUADRANGLE
LEXINGTON, MA
APPROX. SCALE: 1" = 2000'

FIGURE 1