# EXHIBIT "6"

