# EXHIBIT "7"

**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**

50 High Street, Boston, MA 02110

April 7, 1980

RECEIVED

APR 7 1980

NORTHWEST REGION
CONSTRUCTION OFFICE

Mr. William St. Hillaire
Department of Environmental Quality Engineering
323 New Boston Road
Woburn, Massachusetts 01801

Dear Mr. St. Hillaire:

### Contaminated Soil at Alewife

Due to the construction of the Red Line Extension from Harvard Square to Alewife, it will be necessary to remove the industrial sludge which has been placed directly in the path of the subway tunnel.

Presently, the MBTA and the W. R. Grace Co. are negotiating to determine the nature and extent of our respective responsibilities on this matter. Although W. R. Grace is proposing an "encapsulation" process on site, if the MBTA becomes responsible for the material, our present preferred solution is to use the "solidification" process.

As we envision the work to be performed, it falls easily into three components: sludge, contaminated water, and contaminated soil, which are to be treated as follows.

**Sludge** - The material in question is estimated to be approximately 9,700 - 10,000 yards$^3$ and will be removed from the site and neutralized by way of the "solidification" process proposed by Solid Tek or by an equivalent process. We propose to require that the contractor obtain the approval of DEQE for the process to be used, that he provide the required laboratory leaching tests prior to the commencement of work, and that appropriate certifications be provided to the MBTA and DEQE while the work is being performed. Furthermore, it is our understanding that if the process has been approved by DEQE and is complied with in the field, continuous testing of the neutralized material, either on a spot-check basis or on a truckload basis, will not be required. It is also our understanding that the neutralized material can be safely and properly disposed of in any state-approved landfill with leachate control, or can be shipped out of state, subject to appropriate regulations. Once the material has been disposed of, it is also our understanding that the MBTA has no further obligations with respect to this material.

**Contaminated Water** - The "solidification" process as presently envisioned will require large amounts of water to complete the process. This

CDD00189

Mr. William St. Hillaire       -2-       April 7, 1980

water will be pumped from the contaminated groundwater in the area of the sludge piles, as part of the process, thus permitting the introduction of naturally fresh groundwater into the area. In the event that de-watering is required due to the tunnel and subway excavation, the MBTA proposes to require that the contractor mix this water with lime or other basic solution in order to obtain a more normal pH level. The water so treated will be injected back into the ground in the area of the worst contamination levels.

Contaminated Soil - In the event that the ordinary soil material located below the contaminated sludge will not pass the standard EPA leaching tests for heavy metals, this material will be mixed with clean fill until the leaching tests become acceptable. At this time, the excavated material will be removed from the site and can be used as ordinary fill anywhere within the Commonwealth. We proposed to require that a properly licensed testing laboratory supervise the mixing of the material, and provide the proper certifications.

If these procedures meet with your approval, we proposed to formalize it in a Notice of Intent which will be duly filed with the Cambridge Conservation Commission.

Due to the pressures of a very tight construction schedule, as well as a 20% inflation factor, an early response would be greatly appreicated.

Very truly yours,

Charles B. Steward
Environmental Coordinator

CBS/ab

bcc: J. K. Leary, Jr.
    F. M. Keville
    D. M. Graham
    J. A. Carey
    D. E. D'Eramo(S&P)

CDD00190