# EXHIBIT "10"



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**

Red Line Extension — Northwest
58 Day Street, W. Somerville, MA 02144

December 9, 1981

Department of Environmental
Quality Engineering
323 New Boston Street
Woburn, Massachusetts  01801

Attention: Mr. Edward J. Pawlowski
Senior Sanitary Engineer

Gentlemen:

Re: MBTA Contract No. 091-601  Alewife Station/Garage/Tunnel
Removal of Soils East of Alewife Brook Parkway

In the construction area east of Alewife Brook Parkway in the Alewife area of Cambridge a large quantity of chemical sludge waste from the W.R. Grace plant was solidified and removed from the site, with the area backfilled with clean fill. Underlying this sludge is a layer of soils into which has leached various chemicals from the sludge over the years. The MBTA had this material chemically analyzed by an independent testing laboratory, GCA Corporation of Bedford, Mass., and their report is attached for your information and review.

The MBTA is presently constructing a station and tunnel through this area and will require the disposal of approximately 25,000 cubic yards of this material with approximately another 25,000 cubic yards of overburden also to be removed.

We are aware that the MassPort Authority is in the process of filling approximately 32 acres of land for their new Marine Terminal Facility and that they are searching for fill material.

This letter is to request your consideration and/or approval to dispose of the material from the MBTA site in the MassPort Marine Terminal landfill.

Very truly yours,

John A. Carey
Project Manager - Construction

JAC/rh

Attachment

cc: Mr. Thomas Galvin - MassPort Authority
    Mr. David Malone  - Perini Corporation
    Mr. Chris McDermott Perini Corporation

PER1002