# EXHIBIT "11"

Report on Solidified Sludge & Special Waste - 4/20/82

Contracts 091.601 - 091.509A

1 - <u>Solidified Sludge - Hauled to Kingston, MA</u>

   As of 4/16/82 approximately 19,525 cubic yards have been hauled to Kingston. If hauling continues this week the estimated 2,000 yards remaining should be completed.

2 - <u>Special Waste Being Stockpiled at Russell Field</u>

   As of 4/16/82 all of the material designated by S&P Plan SK-1782 Volume C has been excavated and hauled to Russell Field. Volume B has been removed off site by the contractor to landfills in Peabody and Tewksbury, MA  Volume A has been removed and stockpiled at Russell Field.

                                                Howard M. Haywood
                                                James J. Dyer
                                                Resident Engineers

DEP01728