# EXHIBIT "13"

Massachusetts Bay Transportation Authority
Red Line Extension Northwest


STATUS REPORT
ON THE MONITORING PROGRAM FOR
GROUNDWATER QUALITY
IN THE SLUDGE SOLIDIFICATION AREA


prepared by

Sverdrup & Parcel and Associates, Inc.


April 1983

DPW00402

## TABLE OF CONTENTS

|  | | |
|---|---|---|
| | Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . | i |
| | List of Figures . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ii |
| I | Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| II | The Monitoring Program as Originally Proposed . . . . . . . . . . | 2 |
| III | Data Readings Obtained | |
| | A.  Readings Before Sludge Solidification and Removal . . . . . | 5 |
| | B.  Readings After Sludge Solidification and Removal and | |
| |     Before Tunnel Construction . . . . . . . . . . . . . . . . | 5 |
| | C.  Readings Since Tunnel Construction Has Begun . . . . . . . | 11 |
| | D.  Continuous Readings in One Location . . . . . . . . . . . . | 11 |
| IV | Current Status of Monitoring Equipment . . . . . . . . . . . . | 13 |
| V | Proposal for Further Testing . . . . . . . . . . . . . . . . . . | 14 |
| | Appendix, Background Information on the Sludge Solidification | |
| |     Problem . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 |

DPW00403

## LIST OF FIGURES

Figure 1  Monitoring Equipment Locations . . . . . . . . . . . . . . . . . 3
Figure 2  Relationship Between Conductivity
          and Sulfate Concentration . . . . . . . . . . . . . . . . 4
Figure 3  Conductivity Trends
          at Observation Wells A1,
          A2, and A4 . . . . . . . . . . . . . . . . . . . . . . . . 6
Figure 4  Conductivity Readings . . . . . . . . . . . . . . . . . . . . . 7
Figure 5  Data at Observation Well A1 . . . . . . . . . . . . . . . . . . 8
Figure 6  Data at Observation Well A2 . . . . . . . . . . . . . . . . . . 9
Figure 7  Data at Observation Well A4 . . . . . . . . . . . . . . . . . . 10
Figure 8  Continuous Readings at Observation Well A2 . . . . . . . . . 12
Figure 9  Location of New Observation Wells . . . . . . . . . . . . . . 15

DPW00404

# I   INTRODUCTION

The proposal for the solidification of the sludge material disposed of on W. R. Grace property and lying on the proposed alignment of the Red Line Extension Northwest was formally presented to the Cambridge Conservation Commission in a Notice of Intent, as required by the Massachusetts Wetlands Protection Act, on August 29, 1980. The proposal called for the sludge material, a waste product from W. R. Grace's manufacturing operation, to be converted to an insoluable, inert material by a chemical process. The processed material would then be removed to a site outside the City of Cambridge which would meet any requirements set by the Department of Environmental Quality Engineering.

A public hearing regarding the sludge solidification program was held on September 2, 1980. The Cambridge Conservation Commission agreed with the intent of the program in principle but wished to include some restrictions on the operation and some provisions for monitoring the long term affects of the sludge materials. These restrictions and monitoring requirements were reflected in the Order of Conditions of October 9, 1980. Two of the conditions, number 16 and number 17, related specifically to groundwater issues. These are as follows:

"16. Prior to the commencement of any work hereunder, the applicant shall develop a monitoring program, in consultation with the Water Department of the City of Cambridge, and submit to the Commission, and the Commission shall have approved said program, which program shall assure that the groundwater on the site, which potentially may flow from the site, will not contain any water contaminants.

17. If said monitoring as provided in paragraph 16 indicates that water, which potentially may flow from the site, will contain water contaminants, the applicant shall take such reasonable measures as the Commission may require to ensure that said water will not contain contaminants."

The sludge was solidified during the spring of 1981 and the material was later removed to a sanitary landfill in Kingston, Massachusetts. Construction of the subway tunnel is currently taking place on the site under the Massachusetts Bay Transportation Authority's Construction Contract 091-508A and Construction Contract 091-601.

The remainder of this report briefly describes the program which was originally proposed to meet the groundwater monitoring requirements of the Order of Conditions, subsequent developments as the program was carried out, and continuing efforts to monitor groundwater in the sludge solidification area as the construction process has taken place.

DPW00405

## II  THE MONITORING PROGRAM AS ORIGINALLY PROPOSED

Because of the extensive soil and groundwater analysis program carried out for the design of the tunnel by Goldberg-Zoino & Associates, geotechnical consultant for the project, and the analysis of the sludge problem by both Goldberg-Zoino & Associates and by Haley and Aldrich, who were retained independently by W. R. Grace and Co., several monitoring locations were in existence in the general area of the sludge solidification operation.  It was determined that only one additional observation well in addition to those monitoring locations already existing would be sufficient to provide information as required in the Order of Conditions.  The original proposal assumed twelve monitoring locations (See Figure 1 "Monitoring Equipment Locations").

It was realized at this time that some of the existing monitoring locations would eventually be destroyed during the construction of the tunnel across the site.  Since the groundwater quality was anticipated to improve significantly when the sludge was removed, it seemed likely there would be no need to replace these monitoring locations after they were destroyed.

It had been determined in previous analyses by both Goldberg-Zoino & Asssociates, and Haley and Aldrich that the sludge materials contained large amounts of sulfates and, consequently, that the groundwater contaminated by the sludge contained relatively high degrees of sulfate ions.  The degree of sulfate concentration is related to the electrical conductivity of the groundwater and it was anticipated that once this relationship was definitively established testing for conductivity alone would be sufficient to provide an indication of the changing quality of the groundwater (See Figure 2 "Relationship Between Conductivity and Sulfate Concentration").

The collection and testing of samples was to take place on the following schedule:

o    Just prior to the removal of the sludge material to provide a base level or existing conditions measurement.

o    Just after complete removal of the sludge material.

o    Monthly for six months subsequent to the removal of the sludge material.

o    Every other month for the next six months.

It was anticipated that sufficient improvement in groundwater quality would be shown in the year after the removal of sludge material that no further testing would be required.

-2-

DPW00406



Monitoring Equipment Locations

GROUNDWATER MONITORING

FIGURE 1

3

DPW00407



# Relationship Between Conductivity and Sulfate Concentration

Source; <u>Contaminated Groundwater Report</u>, 1978

UNCONTAMINATED BACKGROUND LEVEL

CONDUCTIVITY IN µMHOS/CM

SULFATE CONCENTRATION, [SO₄] IN PPM

| GROUNDWATER MONITORING | FIGURE 2 |

DPW00408

4

## III   DATA READINGS OBTAINED

Unfortunately, the proposed monitoring program was not able to be successfully carried out. The construction activity associated with the sludge solidification operation destroyed most of the monitoring instrumentation and subsequent tunnel construction activity destroyed all except one of the observation wells. However, data readings were obtained prior to the sludge solidification and removal process and these will be able to serve as a basis for comparison with future information.

The following is a compendium of the information that has been obtained through the monitoring program:

A.   READINGS BEFORE SLUDGE SOLIDIFICATION AND REMOVAL

Long term trends on the site have been recorded at three multi-level monitoring locations, (1) observation well A-1, (2) observation well A-2, and (3) observation well A-4. Periodic readings of conductivity were taken at these locations at all three levels dating back to September 1978 (See Figure 3 "Conductivity Trends at Observation Wells A-1, A-2, and A-4"). Periodic readings were also taken at wells installed on the site by Haley and Aldrich for W. R. Grace. This information is not considered as reliable as that from wells A-1, A-2, and A-4 because of interstratum mixing, but is presented as background material along with readings from wells A-1, A-2, and A-4 in Figure 4 "Conductivity Readings". This is a complete record of all readings taken as part of the groundwater monitoring program.

An extensive field analysis was conducted in 1978 involving 25 locations in the sludge solidification area. In many cases a laboratory analysis was also performed. This material is contained in the Contaminated Groundwater Report of December 1978 and provides a good indication of groundwater conditions on the site prior to any sludge removal or tunnel construction activity.

A field analysis is available for observation wells A-1, A-2, and A-4 and a laboratory analysis is available for observation wells A-1 and A-4 (see Figures 5, 6, and 7).

This material provides an initial cross reference between sample conductivity at these locations, pH readings, and chemical makeup.

B.   READINGS AFTER SLUDGE SOLIDIFICATION AND REMOVAL AND BEFORE TUNNEL CONSTRUCTION

Because of the extensive destruction of monitoring equipment, the fact that stockpiles of solidified sludge material, for which removal was delayed, made some areas inaccessible, and the very short time span between the end of sludge removal and the beginning of tunnel construction, no measurements were made during this interim period.

DPW00409



## Conductivity Trends at Observation Wells A1, A2, and A4

GROUNDWATER MONITORING

FIGURE 3

DPW00410

| Observation Well | 9/78 | 11/79 | 9/80 | 11/80 | 4/81 | 6/81 | 9/82 | 11/82 |
|---|---|---|---|---|---|---|---|---|
| A-1-1 | 4900 | 5000 | 5500 | 4300 | 2100 | 1290 | | |
| A-1-2 | 10,900 | 12,000 | 7500 | 5200 | 2000 | 3550 | | |
| A-1-3 | 510 | 510 | 620 | 510 | 400 | 310 | | |
| | | | | | | | | |
| A-2-1 | 2650 | 2300 | 2000 | 1200 | 17000 | 1290 | — | 2500 |
| A-2-2 | 13100 | 28000 | — | 9000 | 28000 | 5500 | 3810 | 22500 |
| A-2-3 | 400 | 420 | — | 320 | 100 | 300 | | 500 |
| | | | | | | | | |
| A-4-1 | 2400 | 1600 | 1310 | 820 | 2000 | 1420 | | |
| A-4-2 | 1470 | 520 | 1200 | 900 | 1000 | 700 | | |
| A-4-3 | 540 | 430 | 590 | 420 | 500 | 350 | | |
| | | | | | | | | |
| A-5-1 | | | | | 4000 | 3600 | | |
| A-5-2 | | | | | 2900 | 1950 | | |
| A-5-3 | | | | | 170 | 150 | | |
| | | | | | | | | |
| DW-2-1 | | 1600 | | | | | | |
| DW-2-2 | | 26000 | | | | | | |
| DW-2-3 | | 28000 | | | | | | |
| DW-2-4 | | 480 | | | | | | |
| | | | | | | | | |
| DW-3-1 | | 5660 | | | 2700 | 6000 | | |
| DW-3-2 | | 21000 | | | 3200 | — | | |
| DW-3-3 | | 12000 | | | 495 | 7000 | | |
| DW-3-4 | | 520 | | | 250 | — | | |
| | | | | | | | | |
| DW-4-1 | | 4500 | | | | | | |
| DW-4-2 | | 4800 | | | | | | |
| DW-4-3 | | 5600 | | | | | | |
| DW-4-4 | | 2700 | | | | | | |
| | | | | | | | | |
| DW-6-1 | | 200 | | | | | | |
| DW-6-2 | | 120 | | | | | | |
| DW-6-3 | | 220 | | | | | | |
| DW-6-4 | | 340 | | | | | | |
| | | | | | | | | |
| DW-7-1 | | 3000 | | | — | | | |
| DW-7-2 | | 15000 | | | 4150 | — | | |
| DW-7-3 | | 5100 | | | 5000 | 4320 | | |
| DW-7-4 | | 7300 | | | — | 5500 | | |
| | | | | | | | | |
| DW-8-1 | | 3300 | | | 1700 | — | | |
| DW-8-2 | | 19000 | | | 6500 | 8100 | | |
| DW-8-3 | | 12000 | | | — | | | |
| DW-8-4 | | 580 | | | 380 | 1300 | | |
| | | | | | | | | |
| DW-10-1 | | 3100 | | | 1300 | — | | |
| DW-10-2 | | 3000 | | | — | | | |
| DW-10-3 | | 2300 | | | 3800 | — | | |
| DW-10-4 | | 2700 | | | 3600 | 4250 | | |
| DW-10-5 | | — | | | 450 | 900 | | |
| | | | | | | | | |
| SW-8 | | 5200 | | | | | | |

# Conductivity
# Readings

DPW00411

**GROUNDWATER MONITORING** | **FIGURE 4**

## SAMPLE INVENTORY AND FIELD ANALYSIS

| Date | Well# | Color | Odor | Salinity °/oo | Conductivity μ mhos/cm | pH (Field) | Ground Water Depth (Ft.BGS) | Ground Water Elev. |
|------|-------|-------|------|---------|-------------|-----|--------|-------|
| 5/27/78 | A-1-1 | — | Moderate | — | — | — | 3.6 | 109.0 |
| 5/27/78 | A-1-2 | — | Very Strong | — | — | 5.0-5.5 | — | — |
| 5/27/78 | A-1-3 | — | Slight | — | — | 5.0-5.6 | — | — |
| 7/27/78 | A-1-1 | — | Very Strong | — | — | 3.0 | — | — |
| 7/27/78 | A-1-2 | — | Very Strong | — | — | 5.0 | — | — |
| 7/27/78 | A-1-3 | — | None | — | — | 6.5 | — | — |
| 8/28/78 | A-1-1 | Orange Brown | Moderate | 2.2 | 4,200 | 3.3 | 2.8 | 109.8 |
| 8/28/78 | A-1-2 | Orange Brown | Moderate | 3.8 | 11,000 | 5.7 | — | — |
| 8/28/78 | A-1-3 | — | None | 0.0 | 620 | 8.2 | — | — |
| 9/7/78 | A-1-1 | Orange Brown | Strong | 3.0 | 4,850 | 3.7 | 3.2 | 109.4 |
| 9/7/78 | A-1-2 | Orange Brown | Strong | 6.9 | 10,900 | 5.7 | — | — |
| 9/7/78 | A-1-3 | — | None | 0.0 | 490 | 8.4 | — | — |
| 9/25/78 | A-1-1 | Orange Brown | Strong | 3.0 | 5,000 | 3.8 | 3.9 | 108.7 |
| 9/25/78 | A-1-2 | Orange Brown | Strong | 6.8 | 10,900 | 5.8 | — | — |
| 9/25/78 | A-1-3 | — | Very Slight | 0.0 | 500 | 7.8 | — | — |
| 10/11/78 | A-1-1 | — | — | — | — | — | 3.4 | 109.2 |
| 10/17/78 | A-1-1 | — | — | — | — | — | 2.8 | 109.8 |

NOTE:  Sampling intervals:
   A-1-1 ⟶ 2.5' to 12.5' below ground surface (Elev. 100.0 to 110.1)
   A-1-2 ⟶ 20' to 22' below ground surface (Elev. 90.6 to 92.6)
   A-1-3 ⟶ 30' to 32' below ground surface (Elev. 80.6 to 82.6)

## LABORATORY ANALYSIS

| Well # | Conductivity Field | Lab | pH Field | Lab | Acidity | Alkalinity | Chloride | Calcium | Magnesium | Iron | Sulfate |
|--------|------|-----|------|-----|---------|-----------|----------|---------|-----------|------|---------|
| A-1-1 | 5,000 | 4,900 | 3.8 | 3.3 | 240 | — | 149 | 560 | 82.69 | 102.75 | 1546.3 |
| A-1-2 | 10,900 | 10,900 | 5.8 | 4.6 | — | 110 | 798 | 440 | 972.80 | 3206.00 | 2569.4 |
| A-1-3 | 500 | 510 | 7.8 | 7.0 | — | 140 | 133 | .8 | 4.86 | 20.97 | 28.7 |

NOTES:  (1)  All concentrations reported in parts per million.
   (2)  Sample collected 9/25/78; analysis 11/15/78.

Source: Contaminated Groundwater
Report, 1978

# Data at Observation Well A1

| GROUNDWATER MONITORING | FIGURE 5 |
|------------------------|----------|

DPW00412

| Date | Well # | Color | Odor | pH (Field) | Conductivity ∧mhos/cm | Salinity o/oo | Groundwater (Ft. BGS) | Groundwater Elevation | Remark |
|------|--------|-------|------|-----------|------------------------|---------------|------------------------|------------------------|--------|
| 9/11/78 | A-2-1 | — | — | — | — | — | — | — | Sampled three hours after completion. |
| 9/11/78 | A-2-2 | pale yellow | slight | 6.7 | 1,630 | 0.5 | — | — | " |
| 9/11/78 | A-2-3 | light gray | none | 8.0 | 460 | 0.0 | — | — | " |
| 9/25/78 | A-2-1 | orange brown | mod | 6.5 | 2,650 | 1.1 | — | — | Slight oil film? No chemical analysis. |
| 9/25/78 | A-2-2 | light brown | strong | 6.2 | 13,100 | 8.2 | — | — | "    "    " |
| 9/25/78 | A-2-3 | none | none | 8.1 | 400 | 0.0 | — | — | "    "    " |
| 10/17/78 | A-2-1 | — | — | — | — | — | 4.9 | 109.4 | |

NOTES:  (1)  No laboratory analyses were performed on samples from these wells.

(2)  Intervals sampled:

A-2-1  1' to 10' below ground surface (Elev. 103.1 to 112.1)

A-2-2  17' to 19' below ground surface (Elev. 94.1 to 96.1)

A-2-3  26.5' to 28.5' below ground surface (Elev. 84.6 to 86.6)

Source; Contaminated Groundwater Report, 1978

## Data at Observation Well A2

GROUNDWATER MONITORING

FIGURE 6

DPW00413

## SAMPLE INVENTORY AND FIELD ANALYSIS

| Date | Well # | Color | Odor | Salinity °/oo | Conductivity µ mhos/cm | pH (Field) | Ground Water Depth (Ft.BGS) | Ground Water Elev. |
|------|--------|-------|------|---------------|------------------------|------------|------------------------------|---------------------|
| 9/14/78 | A-4-1 | Pale Yellow | Moderate | 1.0 | 1920 | 6.6 | 5.3 | 109.1 |
| 9/14/78 | A-4-2 | Faint Yellow | Slight | 0.1 | 970 | 8.0 | — | — |
| 9/14/78 | A-4-3 | None | None | 0.0 | 460 | 8.2 | — | — |
| 9/25/78 | A-4-1 | Pale Orange | Moderate | 1.0 | 2350 | 6.5 | 5.6 | 108.8 |
| 9/25/78 | A-4-2 | None | Slight | 0.5 | 1560 | 7.9 | — | — |
| 9/25/78 | A-4-3 | None | Very Slight | 0.0 | 520 | 8.0 | — | — |
| 10/11/78 | A-4-1 | — | — | — | — | — | 5.5 | 108.9 |
| 10/17/78 | A-4-1 | — | — | — | — | — | 4.0 | 110.4 |

NOTE:  Sampling intervals:
A-4-1 ⟶ 4.5' to 13' below ground surface (Elev. 101.4 to 109.9)
A-4-2 ⟶ 20.2' to 22.2' below ground surface (Elev. 92.2 to 94.2)
A-4-3 ⟶ 33.8' to 35.8' below ground surface (Elev. 78.6 to 80.6)

## LABORATORY ANALYSIS

| Well # | Conductivity Field | Lab | pH Field | Lab | Acidity | Alkalinity | Chloride | Calcium | Magnesium | Iron | Sulfate |
|--------|--------------------|-----|----------|-----|---------|------------|----------|---------|-----------|------|---------|
| A-4-1 | 2350 | 2400 | 6.5 | 7.0 | — | 390 | 66 | 640 | 25.3 | 23.1 | 1140.8 |
| A-4-2 | 1560 | 1470 | 7.9 | 7.2 | | 244 | 103 | 140 | 36.5 | 2.1 | 422.2 |
| A-4-3 | 520 | 540 | 8.0 | 7.7 | — | 90 | 193 | 56 | 7.3 | 1.4 | 16.3 |

NOTES:  (1)  All concentrations reported in parts per million.
(2)  Sample collected 9/25/78; analyzed 11/15/78.

Source; Contaminated Groundwater
Report, 1978

# Data at Observation Well A4

| GROUNDWATER MONITORING | FIGURE 7 |
|------------------------|----------|

DPW00414

C.    READINGS SINCE TUNNEL CONSTRUCTION HAS BEGUN

Readings since construction has begun are limited because most of the monitoring equipment was destroyed early in the tunnel construction process through slurry wall construction, the movement of equipment, or through the stockpiling of material.  Since tunnel construction began in 1981 only one monitoring location has remained in use, observation well A-2. A measurement was taken here in September 1982 and again in November 1982.

D.    CONTINUOUS READINGS IN ONE LOCATION

As a result of the unanticipated losses of the monitoring equipment, continuous readings are available for only one observation well, number A-2, located adjacent to Alewife Brook Parkway and south of the tunnel.

The readings from one location cannot be considered as representative of the entire site especially since observation well A-2 is located in an area of previous high contamination.  In any case, the conductivity of the samples, which is indicative of the sulfate ion content of the groundwater, despite some intermediate fluctuations, shows no lessening from the levels measured in 1978, 1979, and 1980 prior to the removal of the sludge material (See Figure 8 "Continuous Readings at Observation Well A-2").

DPW00415

| Date | pH | Conductivity ( $\mu$ MHO) |
|------|----|----|

At Elevation 103 (approximately 10' below ground level):

| | | |
|------|----|----|
| 9-78 | 6.5 | 2500 |
| 9-79 | - | 2200 |
| 9-80 | 6.5 | 2000 |
| 4-81 | - | 17000 |
| 6-81 | - | 1500 |
| 11-82 | 6.3 | 2500 |

At Elevation 95 (approximately 18' below ground level):

| | | |
|------|----|----|
| 9-78 | 6.2 | 10000 |
| 9-79 | - | 28000 |
| 9-80 | 6.2 | 6000 |
| 4-81 | - | 3000 |
| 6-81 | - | 2500 |
| 11-82 | 5.4 | 22500 |

At Elevation 86 (approximately 27' below ground level):

| | | |
|------|----|----|
| 9-78 | 8.1 | 400 |
| 9-79 | - | 400 |
| 9-80 | 8.1 | 600 |
| 4-81 | - | 650 |
| 6-81 | - | 300 |
| 11-82 | 7.3 | 500 |

# Continuous Readings at Observation Well A2

| GROUNDWATER MONITORING | FIGURE  8 |
|------|----|

DPW00416

## IV   CURRENT STATUS OF MONITORING EQUIPMENT

Observation Well A2 is still in existence and is still available for monitoring purposes. None of the previous monitoring locations are still in existence.

It was considered impractical to try to replace any of the monitoring equipment as they were destroyed since the operations that had eliminated them in the first place were still ongoing. At this point construction has progressed far enough so that replacement of some of the observation wells in the same location to provide a continuation of previously obtained data has been accomplished.

DPW00417

## V  PROPOSAL FOR FURTHER TESTING

Three new observation wells has been installed to supplement the very limited information on current site conditions provided by the one existing observation well.  They are located both in the more average contamination areas, that is east of the sludge piles on the north and south sides of the tunnel alignment, and in the highly contaminated area on the north side of the tunnel opposite A-2, the existing observation well.  The locations of these three new wells are shown on Figure 9 "Location of New Observation Wells".

The placement of these wells will allow for an evaluation of the dilution experienced in the groundwater as it moves down the groundwater gradient in the area of the tunnel and a comparison with previous readings at these locations.  To assess this change, new readings will be taken after an initial stabilization period for the new wells is allowed for.

-14-

DPW00418



W.R. Grace

Replaces Observation Well DW2

Replaces Observation Well A4

Replaces Observation Well A1

Observation Well A2

Previous Sludge Disposal Area

Jerry's Pond

Alewife Brook Parkway

Direction of Groundwater Flow

N    Approximate Scale
1"=100'

FIGURE 9

## Location of New Observation Wells

GROUNDWATER MONITORING

DPW00419

# APPENDIX

### Background Information on
### the Sludge Solidification Problem

o    Groundwater Quality Data Summaries from the
        Contaminated Groundwater Report, December 1978, by
        Goldberg, Zoino & Associates for field and laboratory
        analyses of samples taken at 25 locations in the
        sludge solidification area . . . . . . . . . . . . . . . 17
o    Results of a chemical analysis of a groundwater sample
        by NUS Corporation dated June 25, 1979 which
        identifies the compounds found and describes
        the testing procedure . . . . . . . . . . . . . . . . . 26
o    Summary of Analytical Results of a groundwater sample from
        Preliminary Toxic Hazard Evaluation at the Red Line
        Construction Site, September 1981 by GCA Corporation . . . 28
o    Data Report for a groundwater sample analysis by
        GCA Corporation, September 18, 1981, and
        October 5, 1981 . . . . . . . . . . . . . . . . . . . 29
o    Analysis results for soil samples from Analysis
        of Soil Samples from the Red Line Construction Site,
        November 1981, by GCA Corporation . . . . . . . . . . . 32
o    Correspondence from the Massachusetts Department of
        Environmental Quality Engineering dated
        June 16, 1981, classifying the solidified
        sludge material as a solid waste requiring
        no special handling . . . . . . . . . . . . . . . . . . 34
o    Correspondence from the Massachusetts Department of
        Environmental Quality Engineering dated
        November 1, 1982, confirming that soils
        contiguous to the previously removed
        solidified sludge material are not
        hazardous . . . . . . . . . . . . . . . . . . . . . . 36

## GROUNDWATER QUALITY DATA SUMMARY

### UNCASED AUGER HOLES

| Date | Well # | Ground Water Temp.°C | Odor | pH (Field) | Conductivity μmhos/cm | Salinity °/oo | Water Table Depth | Water Table Elev. | Remark |
|---|---|---|---|---|---|---|---|---|---|
| 8/28/78 | A-101 | 17.6 | None | 6.1 | 880 | 0.0 | 3.7 | 108.3 | |
| 8/28/78 | A-102 | 18 | None | 6.0 | 1080 | 0.1 | 3.5 | 108.5 | |
| 8/28/78 | A-103 | 16.7 | None | — | 178 | 0.0 | 3.5 | 110.5 | |
| 8/28/78 | A-104 | 18.2 | None | — | 580 | 0.0 | 4.4 | 108.6 | |
| 8/28/78 | A-105 | 15.5 | — | — | 2520 | 0.8 | 5.5 | 112.5 | |
| 8/28/78 | A-106 | 18 | Slight | 5.5 | 850 | 0.1 | 2.5 | 109.5 | |
| 8/28/78 | A-107 | 19 | Strong | 7.4 | 1850 | 0.6 | 4.0 | 110.0 | |
| 8/28/78 | A-108 | 17 | Slight | 5.8 | 1780 | 0.1 | 4.0 | 110.0 | |
| 8/28/78 | A-109 | 15.8 | Strong | 5.3 | 2000 | 1.0 | 4.9 | 108.1 | Pale orange brown |
| 8/28/78 | A-110 | 19.5 | Slight | 6.1 | 3500 | 1.8 | 4.5 | 108.5 | Pale orange brown |
| 8/28/78 | A-111 | 19 | Mod[1] | 6.4 | 800 | 0.0 | 2.6 | 109.4 | Distinct odor of alcohol.[1] |
| 9/7/78 | A-101 | 18 | None | 6.5 | 750 | 0 | 3.5 | 108.5 | |
| 9/7/78 | A-102 | 18 | None | 6.2 | 950 | 0 | 3.9 | 108.1 | |
| 9/7/78 | A-103 | 16.2 | None | 6.8 | 180 | 0 | 3.9 | 110.1 | |
| 9/7/78 | A-104 | 19 | Slight | 6.2 | 520 | 0 | 4.7 | 108.3 | |
| 9/7/78 | A-105 | 16.4 | Slight | 6.9 | 3000 | 1.5 | 5.7 | 112.3 | |
| 9/7/78 | A-106 | Hole collapsed — No sample | | | — | — | — | — | |
| 9/7/78 | A-107 | Hole caved — No sample | | | — | — | — | — | |
| 9/7/78 | A-108 | Hole caved — No sample | | | — | — | — | — | |
| 9/7/78 | A-109 | Hole full of mud | | | — | — | 4.1 | 108.9 | |
| 9/7/78 | A-110 | 19 | Slight | 5.9 | 600 | 3.7 | 3.0 | 110.0 | |
| 9/7/78 | A-111 | 19.2 | Slight | 6.7 | 780 | 0.1 | 2.9 | 109.1 | |

TABLE NO. 1745-W-1.9-4          December 20, 1978          PLATE NO. AGR-C-1

-17-

DPW00421

## GROUNDWATER QUALITY DATA SUMMARY
## SINGLE-LEVEL OBSERVATION WELLS

### WELL INVENTORY AND FIELD ANALYSES

| Well # | Date | Color | Odor | pH (Field) | Conductivity mhos/cm | Salinity o/oo | Groundwater Depth (Ft.BGS) | Groundwater Elev. | Interval Sampled Depth (Ft.BGS) | Interval Sampled Elev. | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OW-4 | 9/7/78 | Light Gray | None | 6.6 | 290 | 0.0 | 5.1 | 107.7 | 5-13 | 99.8-107.8 | Water is clear |
| OW-4 | 9/25/78 | Light Gray | None | 6.3 | 310 | 0.0 | 5.1 | 107.7 | 5-13 | 99.8-107.8 | |
| OW-5 | 7/28/77 | Yellow | Moderate | — | — | — | — | — | — | — | See 7/28/77 analysis below |
| OW-5 | 8/28/78 | Dark Brown | Strong | 1.9 | 4,000 | 2.2 | — | — | — | — | |
| OW-5 | 9/7/78 | Orange | Moderate | 1.7 | 4,550 | — | 4.6 | 109.5 | 5.5 | 108.3 | Strongly stratified well |
| OW-5 | 9/7/78 | Orange Brown | Strong | — | 13,800 | 9.0 | 4.6 | 109.5 | 8.0 | 104.8 | |
| OW-5 | 9/7/78 | Dark Brown | Strong | — | 16,100 | 9.9 | 4.6 | 109.5 | 14.3 | 98.6 | |
| OW-5 | 9/25/78 | Dark Brown | Strong | 2.5 | 10,000 | 6.1 | 4.9 | 109.2 | 5-15 | 98-108 | Bailed 3 Gals. before sample. |

### LABORATORY ANALYSES

| Well# | Conductivity mhos/cm Field | Conductivity mhos/cm Lab | pH Field | pH Lab | Acidity | Alkalinity | Chloride | Calcium | Magnesium | Iron | Sulfate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OW-5¹ | 10,000 | 9250 | 2.5 | 1.9 | 1660 | — | 498 | 680 | 63.23 | 2573.7 | 2100.8 |
| OW-5²,³ | — | — | — | 2.4 | — | — | 498 | — | — | — | 3630.0 |

NOTES:
(1) Sample collected 9/25/78; analyzed 11/15/78.
(2) Sample collected 7/28/78.
(3) Sulfide -S  3.00 ppm; Sulfide - H$_2$S  3.19 ppm.
(4) All concentrations reported in parts per million.

TABLE NO. 1745-W-1.9-5                    December 20, 1978                    PLATE NO. AGR-C-2

-18-

DPW00422

## GROUNDWATER QUALITY DATA SUMMARY

### SINGLE-LEVEL OBSERVATION WELLS

#### WELL INVENTORY AND FIELD ANALYSES

| Well # | Date | Color | Odor | pH (Field) | Conductivity μmhos/cm | Salinity o/oo | Groundwater Depth (Ft. BGS) | Groundwater Elev. | Interval Sampled Depth (Ft. BGS) | Interval Sampled Elev. | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OW-6 | 9/7/78 | Pale Yellow | None | 6.6 | 1550 | 0.5 | 5.1 | 108.3 | 6.6 | 106.8 | |
| OW-6 | 9/25/78 | Submerged under puddle — no sample possible | | | | | | | | | |

#### LABORATORY ANALYSES

| Well # | Conductivity μmhos/cm Lab | pH Lab | Silica (SiO2) | Alkalinity (Ca CO3) | Chloride | Calcium | Magnesium | Iron and Aluminum Oxide | Sulfate (SO4) | Potassium | Sulfide (H2S) | Hardness (Ca CO3) | Total Dissolved Solids |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OW-6[1] | 1550 | 6.5 | 8.4 | 600 | 149.0 | 380 | 120 | 73.5 | 0.25 | 145 | None | 500 | 1306 |

NOTES: (1) Sample collected 3/5/78.
       (2) All concentrations in parts per million.

TABLE NO. 1745-W-1.9-6                    December 20, 1978                    PLATE NO. AGR-C-3

-19-

DPW00423

# GROUNDWATER QUALITY DATA SUMMARY

## SINGLE-LEVEL OBSERVATION WELLS

### WELL INVENTORY AND FIELD ANALYSES

| Well # | Date | Color | Odor | pH (Field) | Conductivity µmhos/cm | Salinity º/oo | Groundwater Depth (Ft.BGS) | Groundwater Elev. | Interval Sampled Depth (Ft.BGS) | Interval Sampled Elev. | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-7 | 9/7/78 | Pale Yellow | None | 7.2 | 1000 | 0.1 | 4.8 | 108.3 | 6.3 | 107 | 2 hrs. after completion |
| A-7 | 9/8/78 | — | Very Slight | 7.2 | 1250 | — | 4.8 | 108.3 | 6.3 | 107 | 9:00 |
| A-7 | 9/8/78 | — | Very Slight | 7.2 | 1100 | — | 4.8 | 108.3 | 14.2 | 99 | 9:00 |
| A-7 | 9/8/78 | Pale Gray | Very Slight | 7.1 | 1100 | 0.2 | 4.8 | 108.3 | 6.3 | 107 | 12:00 |
| A-7 | 9/8/78 | — | Very Slight | 7.1 | 790 | — | 4.8 | 108.3 | 14.2 | 99 | 12:00 |
| A-7 | 9/25/78 | Light Gray | Very Slight | 6.8 | 1630 | 0.6 | 4.8 | 108.3 | 5-15 | 98-108 | |
| A-7 | 10/11/78 | — | — | — | — | — | 4.6 | 108.5 | — | — | |
| A-7 | 10/17/78 | — | — | — | — | — | 4.3 | 108.8 | — | — | |
| A-8 | 9/7/78 | — | None | — | 360 | — | 3.8 | 109.1 | 5.3 | 108 | |
| A-8 | 9/8/78 | — | None | 6.7 | 250 | 0.0 | 3.9 | 109.0 | 5.4 | 108 | |
| A-8 | 9/8/78 | — | None | 6.8 | 312 | 0.0 | 3.9 | 109.0 | 12.8 | 100 | See analysts below |
| A-8 | 9/25/78 | — | None | 6.6 | 220 | 0.0 | 4.0 | 108.9 | — | — | |
| A-8 | 10/11/78 | — | — | — | — | — | 4.0 | 108.9 | — | — | |
| A-8 | 10/17/78 | — | — | — | — | — | 3.5 | 109.4 | — | — | |

### LABORATORY ANALYSIS

| Well # | Conductivity µmhos/cm Field | Conductivity µmhos/cm Lab | pH Field | pH Lab | Acidity | Alkalinity | Chloride | Calcium | Magnesium | Iron | Sulfate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-8 | 220 | 222 | 6.6 | 6.6 | — | 90 | 48 | 32 | 2.43 | 1.40 | 32.96 |

NOTES:  (1) Sample collected 9/25/78; analyzed 11/15/78.
(2) All concentrations reported in parts per million.

TABLE NO. 1745-W-1.9-7          December 20, 1978          PLATE NO. AGR-C-4

## GROUNDWATER QUALITY DATA SUMMARY

### SINGLE-LEVEL OBSERVATION WELLS

| Well # | Date | Color | Odor | pH (Field) | Conductivity | Salinity o/oo | Groundwater Depth (Ft.BGS) | Groundwater Elev. | Interval Sampled Depth (Ft.BGS) | Interval Sampled Elev. | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-9 | 9/8/78 | pale gray | none | 7.0 | 498 | — | 4.8 | 108.4 | 6.3 | 106.9 | Slotted from 15'-20' |
| | | | none | 7.0 | 440 | 0.0 | 4.8 | 108.4 | 14.2 | 99.0 | |
| | | | none | 7.0 | 510 | — | 4.8 | 108.4 | 24.2 | 89.0 | |
| | 9/25/78 | pale orange brown | slight | 6.8 | 2430 | 1.0 | 4.8 | 108.4 | 5-25 | 88-108 | Bailed 2½ gallons |
| | 10/11/78 | — | — | — | — | — | 4.7 | 108.5 | — | — | |
| | 10/17/78 | — | — | — | — | — | 4.5 | 108.7 | — | — | |
| A-10 | 9/8/78 | pale yellow | mod | 6.6 | 2050 | 1.0 | 5.1 | 106.9 | 6.6 | 105.4 | Distinctive odor of alcohol in G.W. |
| | | pale yellow | mod | 6.6 | 2010 | 1.0 | 5.1 | 106.9 | 13.8 | 98.2 | |
| | 9/25/78 | Access to well prohibited; problem with adjacent volatile solvent tank. | | | | | | | | | |
| | 10/11/78 | — | — | — | — | — | 4.9 | 107.1 | — | — | |
| | 10/17/78 | — | — | — | — | — | 4.6 | 107.4 | — | — | |
| A-11 | 9/8/78 | brown | mod | 6.4 | 1040 | 1.0 | 3.7 | 108.8 | 4.4 | 108.1 | |
| | 9/25/78 | pale yellow | mod | 6.5 | 690 | 0.0 | — | — | 2-5 | 107-110 | |
| | 10/11/78 | — | — | — | — | — | 3.1 | 109.4 | — | — | |
| | 10/17/78 | — | — | — | — | — | 2.9 | 109.6 | — | — | |
| A-13 | 9/25/78 | orange brown | slight | 6.4 | 1250 | 1.2 | 5.4 | 108.8 | 10-25 | 89-104 | Slotted from 10'-25' |
| | 10/11/78 | — | — | — | — | — | 5.6 | 108.6 | — | — | |
| | 10/17/78 | — | — | — | — | — | 5.3 | 108.9 | — | — | |
| A-14 | 9/7/78 | pale gray | slight | 6.1 | 1950 | 0.9 | 4.9 | 109.1 | 6.4 | — | 4 hrs after complete |
| | 9/8/78 | pale yellow | mod | 4.7 | 2220 | 1.1 | 4.9 | 109.1 | 13.8 | — | |
| | | | mod | 4.7 | 2320 | — | — | — | — | — | |
| | 9/25/78 | light gray | slight | 5.0 | 2650 | 1.2 | 4.8 | 109.2 | 5-15 | 99-109 | |
| | 10/11/78 | — | — | — | — | — | 4.8 | 109.2 | — | — | |
| | 10/17/78 | — | — | — | — | — | 4.6 | 109.4 | — | — | |

TABLE NO. 1745-W-1.9-8                    December 20, 1978                    PLATE NO. AGR-C-5

DPW00425

## GROUNDWATER QUALITY DATA SUMMARY

## MULTI-LEVEL OBSERVATION WELL A-1

### SAMPLE INVENTORY AND FIELD ANALYSIS

| Date | Well # | Color | Odor | Salinity °/oo | Conductivity μ mhos/cm | pH (Field) | Ground Water Depth (Ft.BGS) | Ground Water Elev. |
|---|---|---|---|---|---|---|---|---|
| 5/27/78 | A-1-1 | — | Moderate | — | — | — | 3.6 | 109.0 |
| 5/27/78 | A-1-2 | — | Very Strong | — | — | 5.0-5.5 | — | — |
| 5/27/78 | A-1-3 | — | Slight | — | — | 5.0-5.6 | — | — |
| 7/27/78 | A-1-1 | — | Very Strong | — | — | 3.0 | — | — |
| 7/27/78 | A-1-2 | — | Very Strong | — | — | 5.0 | — | — |
| 7/27/78 | A-1-3 | — | None | — | — | 6.5 | — | — |
| 8/28/78 | A-1-1 | Orange Brown | Moderate | 2.2 | 4,200 | 3.3 | 2.8 | 109.8 |
| 8/28/78 | A-1-2 | Orange Brown | Moderate | 3.8 | 11,000 | 5.7 | — | — |
| 8/28/78 | A-1-3 | — | None | 0.0 | 620 | 8.2 | — | — |
| 9/7/78 | A-1-1 | Orange Brown | Strong | 3.0 | 4,850 | 3.7 | 3.2 | 109.4 |
| 9/7/78 | A-1-2 | Orange Brown | Strong | 6.9 | 10,900 | 5.7 | — | — |
| 9/7/78 | A-1-3 | — | None | 0.0 | 490 | 8.4 | — | — |
| 9/25/78 | A-1-1 | Orange Brown | Strong | 3.0 | 5,000 | 3.8 | 3.9 | 108.7 |
| 9/25/78 | A-1-2 | Orange Brown | Strong | 6.8 | 10,900 | 5.8 | — | — |
| 9/25/78 | A-1-3 | — | Very Slight | 0.0 | 500 | 7.8 | — | — |
| 10/11/78 | A-1-1 | — | — | — | — | — | 3.4 | 109.2 |
| 10/17/78 | A-1-1 | — | — | — | — | — | 2.8 | 109.8 |

NOTE:  Sampling intervals:
A-1-1 ⟶ 2.5' to 12.5' below ground surface (Elev. 100.0 to 110.1)
A-1-2 ⟶ 20' to 22' below ground surface (Elev. 90.6 to 92.6)
A-1-3 ⟶ 30' to 32' below ground surface (Elev. 80.6 to 82.6)

### LABORATORY ANALYSIS

| Well # | Conductivity Field / Lab | pH Field / Lab | Acidity | Alkalinity | Chloride | Calcium | Magnesium | Iron | Sulfate |
|---|---|---|---|---|---|---|---|---|---|
| A-1-1 | 5,000 / 4,900 | 3.8 / 3.3 | 240 | — | 149 | 560 | 82.69 | 102.75 | 1546.3 |
| A-1-2 | 10,900 / 10,900 | 5.8 / 4.6 | — | 110 | 798 | 440 | 972.80 | 3206.00 | 2569.4 |
| A-1-3 | 500 / 510 | 7.8 / 7.0 | — | 140 | 133 | 8 | 4.86 | 20.97 | 28.7 |

NOTES:  (1)  All concentrations reported in parts per million.
(2)  Sample collected 9/25/78; analysis 11/15/78.

TABLE NO. 1745-W-1.9-9          December 20, 1978          PLATE NO. AGR-C-6

# GROUNDWATER QUALITY DATA SUMMARY

## MULTI-LEVEL OBSERVATION WELL A-2

| Date | Well # | Color | Odor | pH (Field) | Conductivity μmhos/cm | Salinity o/oo | Groundwater (Ft. BGS) | Groundwater Elevation | Remark |
|------|--------|-------|------|-----------|----------------------|---------------|----------------------|----------------------|--------|
| 9/11/78 | A-2-1 | — | — | — | — | — | — | — | Sampled three hours after completion. |
| 9/11/78 | A-2-2 | pale yellow | slight | 6.7 | 1,630 | 0.5 | — | — | " |
| 9/11/78 | A-2-3 | light gray | none | 8.0 | 460 | 0.0 | — | — | " |
| 9/25/78 | A-2-1 | orange brown | mod | 6.5 | 2,650 | 1.1 | — | — | Slight oil film?<br>No chemical analysis. |
| 9/25/78 | A-2-2 | light brown | strong | 6.2 | 13,100 | 8.2 | — | — | " " " |
| 9/25/78 | A-2-3 | none | none | 8.1 | 400 | 0.0 | — | — | " " " |
| 10/17/78 | A-2-1 | — | — | — | — | — | 4.9 | 109.4 | |

NOTES: (1) No laboratory analyses were performed on samples from these wells.

       (2) Intervals sampled:

          A-2-1  1' to 10' below ground surface (Elev. 103.1 to 112.1)

          A-2-2  17' to 19' below ground surface (Elev. 94.1 to 96.1)

          A-2-3  26.5' to 28.5' below ground surface (Elev. 84.6 to 86.6)

TABLE NO. 1745-W-1.9-10                    December 20, 1978                    PLATE NO. AGR-G-7

DPW00427

-23-

## GROUNDWATER QUALITY DATA SUMMARY

## MULTI-LEVEL OBSERVATION WELL A-3

| SAMPLE INVENTORY AND FIELD ANALYSIS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Well # | Color | Odor | Salinity °/oo | Conductivity ⋏mhos/cm | pH (Field) | Ground Water Depth (Ft.BGS) | Ground Water Elev. |
| 9/14/78 | A-3-1 | Yellow | None | 0.1 | 1020 | 6.9 | 6.6 | 108.1 |
| 9/14/78 | A-3-2 | Pale Gray | None | 0.0 | 560 | 8.4 | — | — |
| 9/14/78 | A-3-3 | Pale Gray | None | 0.0 | 580 | 8.5 | — | — |
| 9/25/78 | A-3-1 | Pale Yellow | Very Slight | 0.4 | 1440 | 6.5 | 7.0 | 107.7 |
| 9/25/78 | A-3-2 | — | None | 0.0 | 860 | 7.9 | — | — |
| 9/25/78 | A-3-3 | Light Gray | None | 0.01 | 900 | 8.4 | — | — |
| 10/11/78 | A-3-1 | — | — | — | — | — | 6.6 | 108.1 |
| 10/17/78 | A-3-1 | — | — | — | — | — | 6.3 | 108.4 |

NOTE:   Sampling intervals:
    A-3-1 ⟶ 2' to 12' below ground surface (Elev. 102.6 to 112.6)
    A-3-2 ⟶ 20.5' to 22.5' below ground surface (Elev. 92.2 to 94.2)
    A-3-3 ⟶ 30' to 32' below ground surface (Elev. 82.7 to 84.7)

## LABORATORY ANALYSIS

| Well # | Conductivity Field / Lab | pH Field / Lab | Acidity | Alkalinity | Chloride | Calcium | Magnesium | Iron | Sulfate |
|---|---|---|---|---|---|---|---|---|---|
| A-3-1 | 1,440 / 1,400 | 6.5 / 6.9 | — | 380 | 133 | 240 | 14.59 | 6.29 | 302.6 |
| A-3-2 | 860 / 850 | 7.9 / 8.2 | — | 236 | 148 | 16 | 4.86 | 27.96 | 81.1 |
| A-3-3 | 900 / 900 | 8.4 / 8.5 | — | 389 | 103 | 14.4 | 0.97 | 36.35 | 17.6 |

NOTES:   (1)   All concentrations reported in parts per million.
    (2)   Sample collected 9/25/78; analyzed 11/15/78.

TABLE NO. 1745-W-1.9-11        December 20, 1978        PLATE NO. AGR-C-8

DPW00428

## GROUNDWATER QUALITY DATA SUMMARY
## MULTI-LEVEL OBSERVATION WELL A-4

| SAMPLE INVENTORY AND FIELD ANALYSIS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Well # | Color | Odor | Salinity °/oo | Conductivity $\mu$ mhos/cm | pH (Field) | Ground Water Depth (Ft.BGS) | Ground Water Elev. |
| 9/14/78 | A-4-1 | Pale Yellow | Moderate | 1.0 | 1920 | 6.6 | 5.3 | 109.1 |
| 9/14/78 | A-4-2 | Faint Yellow | Slight | 0.1 | 970 | 8.0 | — | — |
| 9/14/78 | A-4-3 | None | None | 0.0 | 460 | 8.2 | — | — |
| 9/25/78 | A-4-1 | Pale Orange | Moderate | 1.0 | 2350 | 6.5 | 5.6 | 108.8 |
| 9/25/78 | A-4-2 | None | Slight | 0.5 | 1560 | 7.9 | — | — |
| 9/25/78 | A-4-3 | None | Very Slight | 0.0 | 520 | 8.0 | — | — |
| 10/11/78 | A-4-1 | — | — | — | — | — | 5.5 | 108.9 |
| 10/17/78 | A-4-1 | — | — | — | — | — | 4.0 | 110.4 |

NOTE:  Sampling intervals:
     A-4-1 $\longrightarrow$ 4.5' to 13' below ground surface (Elev. 101.4 to 109.9)
     A-4-2 $\longrightarrow$ 20.2' to 22.2' below ground surface (Elev. 92.2 to 94.2)
     A-4-3 $\longrightarrow$ 33.8' to 35.8' below ground surface (Elev. 78.6 to 80.6)

### LABORATORY ANALYSIS

| Well # | Conductivity Field | Conductivity Lab | pH Field | pH Lab | Acidity | Alkalinity | Chloride | Calcium | Magnesium | Iron | Sulfate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-4-1 | 2350 | 2400 | 6.5 | 7.0 | — | 390 | 66 | 640 | 25.3 | 23.1 | 1140.8 |
| A-4-2 | 1560 | 1470 | 7.9 | 7.2 | — | 244 | 103 | 140 | 36.5 | 2.1 | 422.2 |
| A-4-3 | 520 | 540 | 8.0 | 7.7 | — | 90 | 193 | 56 | 7.3 | 1.4 | 16.3 |

NOTES:  (1)  All concentrations reported in parts per million.
       (2)  Sample collected 9/25/78; analyzed 11/15/78.

TABLE NO. 1745-W-1.9-12          December 20, 1978          PLATE NO. AGR-C-9

DPW00429

DPW00430



ANALYTIC● SERVICES LABORATORY
15 N●. . AVENUE • PITTSBURGH, PA. 15205
412-343-9200

C. NUS WM. RICE DIVISION

Mr. Charles W. Amelotti
SVERDRUP & PARCEL & ASSOCIATES, INC.
800 North 12th Boulevard
St. Louis, MO   63101

| | |
|---|---|
| Client No. | O |
| Date Sampled | 3-30-79 |
| Date Received | 4-3-79 |
| Date Reported | 5-25-79 |

**Test results reported in mg/liter unless otherwise noted.**

| Rice Sample No. | |
|---|---|
| 1904010ö | S&P A-1-2 |

The following compounds were identified by GC/MS in the sample following EPA priority pollutant protocol procedures (PP) for sample preparation:

|  | Concentration, ug/liter  *PPB* |
|---|---|
| Volatile Organic Compounds | |
| Methylene Chloride | 1300 |
| Chloroform | 60 |
| 1,1,1-Trichloroethane | 1 |
| Trichloroethylene | 1 |
| Benzene | 4 |
| Tetrachloroethylene | 5 |
| Toluene | 1 |
| Ethylbenzene | 4 |
| 2,2'-Thio-bis-propane | 500 |
| Freon TF | 20 |
| 2-Propanol | 10 |

| Extractable Organic Acid Compounds | |
|---|---|
| Phenol | 32 |
| 2,4-Dimethyl Phenol | 96 |
| "Methyl Phenols" | 400 |
| "Dimethyl Phenols" | 1000 |
| Benzoic Acid | 2000 |
| "Methylbenzoic Acids" | >5000 |
| "Benzamide and Methylbenzamides" | 1500 |
| Naphthalene | 250 |

| Extractable Organic Base Neutral Compounds | |
|---|---|
| Naphthalene | 10 |
| Dimethyl Phthalate | 20 |
| Dioctyl Phthalate | 5 |
| "Methyl Anilines" | 400 |
| "Methyl Phenols" | 200 |
| "Dimethyl Phenols" | 3000 |
| "Methyl Benzamides" | 400 |

Extractable Pesticide Compounds
None Detected by GC/EC

-26-

DPW00431

Mr. Charles W. Amelotti
Page 2
May 25, 1979

19040106    S&P A-1-2 (cont'd)

Static headspace was sampled with a 5.0-ml gas-tight syringe, the
syringe was connected to the purger in the usual manner and the PP
procedure followed. The following compounds were identified by
GC/MS:

| Headspace Volatile Organic Compounds | ∿ Concentration ug/liter of air |
|---|---|
| Methylene Chloride | 550 |
| Benzene | 6 |
| Tetrachloroethylene | 3 |
| 2,2'-Thio-bis-propane | 300 |
| Freon TF | 150 |
| Carbon Disulfide | 15 |

The headspace was sampled again at a later date. The sample was
run by GC/TC. There was indication that it contained methane and
formaldehyde. However these compounds were not confirmed.

A 500-ml portion of the original sample which had been filtered
through glass wool (pH 3.9) was serially extracted with three 100-ml
portions of methylene chloride. The dissolved methylene chloride
was removed by heating on the steam bath. Ferrous iron, ferric
oxide and calcium sulfate were positively identified in the water.
After removal of the iron and calcium with sodium carbonate a pale
yellow solution remained.

The yellow solution was allowed to evaporate at approximately 40°C.
Solids formed were removed by filtration at two different times.
The infrared spectra of the solids indicated sulfonic acid (sufonate),
bonded hydroxyl, imido, or amido groups, and substituted benzene
rings. No positive identification of any compound was made.

By lowering the pH of the solution to below 1.0 the color became a
purple-red.

It is suspected that the solution contained a mixture of sulfonates
and water soluble "tar" acids.

DPW00432

DPW00433

TABLE 2.  SUMMARY OF ANALYTICAL RESULTS

| | Sample (values in µg/l) | | |
| Compound | Ground water (GCA No. 15394 and 15396) | Trench soil (GCA No. 15392) | Solidified sludge (GCA No. 15393) |
|---|---|---|---|
| **Priority Pollutants** | | | |
| Phenol, 2,4-dimethyl | 300 | 350 | |
| Naphthalene | 380 | | 2,300 |
| Phenanthrene | 20 | | |
| | | | |
| **Nonpriority Pollutants** | | | |
| Propane, 2,2'-thiobis- | 5,000 | | |
| Pyridine, 4-methyl | 280 | | |
| Pyridine, 2 6-dimethyl | 140 | | |
| Pyridine, 4-ethyl | 130 | | |
| Pyridine, 2,4-dimethyl | 160 | | |
| Pyridine, 2,4,6-trimethyl | 8.0 | | 4,900 |
| Quinoline | 8,200 | | |
| Isoquinoline | 2,000 | | 2,400 |
| Naphthalene, 1- or 2-methyl | 180 | | |
| Quinoline, methyl- or Iso-quinoline, methyl isomer | 410 | | |
| Quinoline, 5-, 6-, or 7-methyl | 150 | | |
| Naphthalene, 1- or 2-carboxylic acid | | | 4,600 |
| Naphthalene, 1- (2-naphthalenyl methyl) | | | 5,600 |

TABLE 3.  DETECTION LIMITS FOR PRIORITY POLLUTANTS

| GCA Control Number | Sample Identification | Detection limits for priority pollutants |
|---|---|---|
| 15392 | Soil Sample, Seq 1 | 240 µg/kg (ppb)  based on wet |
| 15393 | Soil Sample, Seq 2 | 270 µg/kg (ppb)  weight of soil |
| 15396 | Water Sample, Seq 3 Base/Neutral and Acid Extractables | 10 µg/l (ppb) |
| 15394 | Volatile Organics | 50 µg/l (ppb) |

DPW00434