# EXHIBIT "14"

Memorandum for the Record

    By:  Edward Pawlowski  EP

Date:  June 14, 1983

Subject:  Somerville, MBTA Fill Project at Davis Square

    On Wednesday, June 1, 1983, the writer inspected the MBTA's Redline Extension tunnel construction project near Davis Square in Somerville. The inspection was made in response to a complaint received from Joyce Kelly, 37 Kingston St., Somerville, on May 31, 1983. Mrs. Kelly complained of "sewer-like" odor emanating from soil being used by the MBTA to back fill a portion of the new Redline tunnel near her house and Davis Square.

    The writer met with John Carey, MBTA, and discussed the odor problems with him. Mr. Carey stated that the filling operation near Davis Square had commenced on the previous day, May 31, with the fill originating from a stockpile adjacent to Russel Field in Cambridge. The stockpiled fill had originally been excavated during tunnel construction adjacent to WR Grace and Company. The fill, predominantly clay, was mixed with sandy soil to improve its handling characterstics and stockpiled for future use as tunnel backfill. This process was performed with the approval of DEQE. The MBTA attempted to use this soil as backfill over the new tunnel in the vicinity of WR Grace this past spring. The wet spring weather, however, rendered the clayey soil viturally unworkable and other soils had to be used. With dryer (relatively) weather in May, the clayey stockpile became workable and was scheduled to be used as backfill in the vicinity of Davis Square. This is the activity that commenced on May 31.



    The area of active backfilling near Davis Square was inspected by the writer and Mr. Carey. The writer carried an H-NU photoionization analyzer which is a portable instrument used in the field to detect the presence of organic chemicals in air. The instrument was first used on a walkway that crosses the tunnel at a point just down-wind of the active backfill area. The instrument reading was at background levels at this location. A very faint odor of naphthalene was noticeable on occasion. Naphthalene odor is discernable to most people at concentrations as low as 1 part per billion in air. The H-NU will not register the presence of chemicals in air until the chemical concentration exceeds roughly 200 parts per billion. As such, the presence of naphthalene in air can be detected by an observer long before it will be detected by the H-NU. The current standard for naphthalene in air in the workplace is 10,000 parts per billion (10 parts per million). This standard, known as the Threshold Limit Value, is the average concentration of naphthalene allowable in the workplace for persons working eight hours a day, five days a week, for their working lifetime.

Somerville, MBTA Fill Project at Davis Square
Page Two

The writer next went down into the area being backfilled and walked along side freshly deposited clay and sand fill with the H-NU operating. Again, the H-NU read at background levels while a faint naphthalene odor was detectable on occasion. At numerous locations, the soil was examined directly by breaking up pieces of clay to expose previously unexposed soil surfaces to the air. An exact tabulation of results was not made in the field. At the time, however, it was the writers opinion that soil samples exhibiting no odor roughly equalled in number those that exhibited a slight naphthalene odor. No soil samples exhibited a strong odor of naphthalene.

After inspecting the tunnel, the writer called at Mrs. Kelly's house to inform her that the inspection had been made. There was nobody home at the time so a note was left for her to contact the writer by telephone. The writer spoke to Mrs. Kelly and her husband at length on June 2, 1983, explaining the results of the inspection.

The soil stockpile next to Russell Field was examined by the writer on June 1 to verify that this was the source of soil being used to backfill the tunnel near Davis Square. The writer found a shovel-dozer in operation, loading trucks that then went directly to the tunnel location in question. No naphthalene odor was evident adjacent to, or on top of this stockpile. The writer was not able to get closer than 100 feet away from the working face due to muddy conditions and danger of collapse of steep slopes which resulted from digging into the side of the stockpile.



The naphthalene odor noticeable in some of the soil being used as tunnel backfill is due to low concentrations of that chemical that have been found in soils adjacent to the WR Grace Company in Cambrige. The concentrations are not considered hazardous. Readings on portable test equipment indicate that, even in close proximity to the soil, concentrations of naphthalene in air are far below the Threshold Limit Value for naphthalene in air in the workplace. The odor itself while not hazardous can be a nuisance to persons subjected to it in their homes or public areas. As such, the backfill project utilizing this soil should be completed as soon as possible. According to Mr. Carey, the MBTA plans to use approximately 6 feet of clear fill to complete the tunnel backfilling job. This clean gravel will be used to allow for the planting of vegetation, trees, etc. (clayey soil, such as that coming from Russell Field, is not suitable for planting). Experience at the Cambridge construction site has shown that as little as 6 inches of clean cover placed over naphthalene containing soil is enough to completely eliminate any odor of naphthalene in the air. As such, it is the writers opinion that once this project is complete, any odor associated with the Russell Field soil will be completely contained by the blanket of gravel fill to be placed over it and will not constitute a hazard or a nuisance to area residents or the environment.

EP/nn