UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Jointly Administered Under |
| ) | Case No. 01-01139 (JFK) |
| ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] ) | |
| ) | Hearing Date: September 27, 2004 |
| ) | Hearing Time: 12:00 p.m. |
| Debtors ) | Docket Number: 5527 |

## RESPONSE OF THE PERINI CORPORATION TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Perini Corporation ("Perini") hereby responds to the Debtors' Fifth Omnibus Objection to Claims (Substantive), specifically regarding Debtor's objections to claim number 4704, filed by Perini in these proceedings (the "Perini Claim").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holdings, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company. For purposes of this Response, the foregoing entities shall be defined as the "Debtor."

## Background and Argument

1. On or about March 21, 2003, Perini timely filed a claim against Debtor, seeking damages related to the Debtor's liability for the environmental contamination at certain real property in Cambridge, Massachusetts known as Russell Field.

2. On May 5, 2004, the Debtors filed their Fifth Omnibus Objection to Claims (Substantive), which included objections to the Perini Claim on the grounds that: (a) Debtor is not liable because construction contractors, not the Debtor, placed the contamination on Russell Field and because the groundwater flows from the Debtor's property to Russell Field; and (b) the Perini Claim is unliquidated.

3. Another claimant in this proceeding, the Massachusetts Bay Transportation Authority (the "MBTA") has a claim (claim no. 9693) similar to the Perini Claim, also alleging Debtor's responsibility for the Russell Field contamination. The Debtor filed the identical objections to the MBTA's claim as it did to the Perini Claim.

4. Perini hereby adopts and joins the response filed on this date by claimant MBTA in its entirety (the "MBTA Response"), except Perini expressly denies any factual allegations and legal arguments of the MBTA's Response to the extent they allege that Perini, as a contractor of the MBTA, is potentially liable in part for the Russell Field contamination due to its alleged participation in the excavation and solidification of sludge from Debtor's property.

5. Perini reserves its right to respond to any other objections that may be raised by Debtor against the Perini Claims in the future.

## Relief Requested

WHEREFORE, for the reasons fully set forth in the MBTA's Response filed on this date, the Perini Corporation respectfully requests that the Court dismiss the Debtor's Objection to Perini's Proof of Claim (claim no. 4704) and grant such other relief as it deems just and proper.

PERINI CORPORATION,

By its attorneys,

*/s/ Christopher D. Loizides*

Christopher D. Loizides (#3968)
LOIZIDES & ASSOCIATES
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:	(302) 654-0248
Facsimile:	(302) 654-0728
Email:		loizides@loizides.com

– and –

MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
Adrienne K. Walker, BBO No. 641490
One Financial Center
Boston, Massachusetts 02111
Telephone:	(617) 542-6000
Facsimile:	(617) 542-2241
Email:		awalker@mintz.com

Date: September 9, 2004