IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 6172)

On August 16, 2004, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Thirteenth Quarterly Fee Application of Klett Rooney Lieber & Schorling, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from April 1, 2004 through June 30, 2004 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on September 7, 2004. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Klett Rooney respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                              KLETT ROONEY LIEBER & SCHORLING
                                              A Professional Corporation

                                              By: /s/ Rhonda Thomas
                                                    Teresa K. D. Currier (No. 3080)
                                                    Rhonda L. Thomas (No. 4053)
                                                    The Brandywine Building
                                                    1000 West St. - Suite 1410
                                                    Wilmington, DE 19801

                                                                  -and-

                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                          Philip Bentley, Esquire
                          Robert T. Schmidt, Esquire
                          919 Third Avenue
                          New York, NY 10022
                          (212) 715-9100
                          Counsel to the Official Committee of
                          Equity Holders

Dated: September 9, 2004          Co-Counsel to the Official Committee
                          of Equity Holders

KRLS/Wilm 55593v1