IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I, Kathleen J. Campbell, of Campbell & Levine, LLC, hereby certify that on September 9, 2004, I caused a copy of the foregoing to be served upon the Notice Parties in accordance with the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].



*/S/Kathleen J. Campbell*
Kathleen J. Campbell

Dated:  September 9, 2004

{D0002246:1 }