# JPMorganChase

JPMorgan Chase Bank

**Statement of Account**

In US Dollars

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

78

Account No: 916-1-013572
Statement Start Date: 29 MAY 2004
Statement End Date: 30 JUN 2004
000-USA-21
.006
Page 3 of 4

| | | | | | |
|---|---|---|---|---|---|
| | | | | 002-2-416598 FOR WORK OF 06/14/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | |
| 18JUN 15JUN | 15JUN | USD OUR: 0416800089WA | 13,653.54 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/15/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | |
| 17JUN 16JUN | 16JUN | USD OUR: 0416900089WA | 13,721.03 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/16/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | |
| 18JUN 17JUN | 17JUN | USD OUR: 0417000089WA | 10,262.48 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/17/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | |
| 21JUN 18JUN | 18JUN | USD OUR: 0417300089WA | 10,989.70 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/18/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | |
| 22JUN 21JUN | 21JUN | USD OUR: 0417400089WA | 5,819.04 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/21/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | |
| 23JUN 22JUN | 22JUN | USD OUR: 0417500089WA | 8,956.70 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/22/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | |
| 24JUN 23JUN | 23JUN | USD OUR: 0417600089WA | 7,949.30 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/23/04 W R GRACE & CO C/O CORPORATE | |

JPMorganChase

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

**Statement of Account**

In US Dollars

Page 5 of 6

| DEBITS | | | | |
|---|---|---|---|---|
| 25 JUN 24 JUN | 24 JUN | USD CUR: 0417200095WA | 5,869.30 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/24/04 W R GRACE & CO C/O CORPORATE |
| 28 JUN 25 JUN | 25 JUN | USD CUR: 0418003092WA | 7,848.98 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/25/04 W R GRACE & CO C/O CORPORATE |
| 29 JUN 28 JUN | 28 JUN | USD CUR: 0419100096WA | 10,816.78 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/28/04 W R GRACE & CO C/O CORPORATE |
| 30 JUN 29 JUN | 29 JUN | USD CUR: 0419200054WA | 8,947.46 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/29/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

CREDITS
No Activity



**Commercial Checking**

01    2199500021812    001    130    0    0    154,376

00055087 1 MB 0.309 02    MAAO 235

W R GRACE AND CO-CONN
GENERAL ACCOUNT
ATTN:PATTY ELLIOTT-GRAY
7500 GRACE DRIVE .BLDG 25
COLUMBIA,MD 21044-4098

CB

---

# Commercial Checking

5/29/2004 thru 6/30/2004

Account number:          2199500021812
Account holder(s):       W R GRACE AND CO-CONN
                         GENERAL ACCOUNT

Taxpayer ID Number:      135114230

## Account Summary

| | |
|---|---|
| Opening balance 5/29 | $14,651.65 |
| Deposits and other credits | 446,772.93 + |
| Other withdrawals and service fees | 451,372.10 - |
| Closing balance 6/30 | $10,052.48 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/08 | 204.47 | COMMERCIAL BILLING REFUND INVOICE OVERPAYMENT FOR MARCH LATE FEE COMMERCIAL ACCOUNT ANALYSIS CHARGES PER RECEIVABLES |
| 6/14 | 16,776.91 | DEPOSIT |
| 6/14 | 95,110.10 | DEPOSIT |
| 6/14 | 167,601.33 | DEPOSIT |
| 6/18 | 4,676.57 | DEPOSIT |
| 6/18 | 23,707.45 | DEPOSIT |
| 6/28 | 0.00 | DEPOSIT |
| 6/28 | 138,696.10 | DEPOSIT |
| **Total** | **$446,772.93** | |



## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

Business Checking, CheckCard & Loan Accounts
Commercial Checking & Loan Accounts
TDD   (For the Hearing Impaired)

**Phone number**

1-800-566-3862
1-800-222-3862
1-800-388-2234

**Address**

WACHOVIA BANK, NATIONAL ASSOCIATION
NC8502
P O BOX 563966
CHARLOTTE NC 28262-3966

## To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below.

_____  2. Write in the closing balance shown on the front of account statement.

_____  3. Write in any deposits you have made since the date of this statement.

_____
_____
_____

_____  4. Add together amounts listed above in steps 2 and 3.

_____  5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here.

_____  6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above.

### List Outstanding Checks and Withdrawals

| Ck. No. | Amount | Ck. No. | Amount |
|---------|--------|---------|--------|
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        | Total   |        |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at 1-800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A.    CAP MKT INV BKG FL DIVERSIFIED MANUFACTURING



W R GRACE & CO-CONN
62 WHITMORE AVE.
CAMBRIDGE MD 02140

CB   113

# Commercial Checking

| | |
|---|---|
| Account number: | 2079900003615 |
| Account holder(s): | W R GRACE & CO-CONN |
| Taxpayer ID Number: | 133461988 |

5/29/2004 thru 6/30/2004

## Account Summary

| | |
|---|---|
| Opening balance 5/29 | $0.00 |
| Deposits and other credits | 2,509,845.49 + |
| Other withdrawals and service fees | 2,509,845.49 - |
| Closing balance 6/30 | $0.00 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/01 | 2,930.18 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/02 | 1,208.39 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/03 | 3,953.44 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/03 | 4,462.13 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/04 | 2,294.74 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/09 | 1,475.55 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/10 | 4,613.12 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/10 | 325,321.61 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/11 | 3,139.94 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/11 | 763,879.70 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/14 | 1,280.17 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/16 | 2,908.93 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/17 | 3,665.13 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/17 | 4,357.05 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |

Deposits and Other Credits continued on next page


## Deposits and Other Credits   continued

| Date | Amount | Description |
|------|--------|-------------|
| 6/22 | 843.97 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/23 | 2,722.63 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/24 | 3,757.97 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/24 | 472,549.55 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/25 | 893,323.56 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/28 | 2,151.78 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/29 | 2,224.65 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 6/30 | 6,781.30 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| **Total** | **$2,509,845.49** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 6/01 | 2,930.18 | LIST OF DEBITS POSTED |
| 6/02 | 1,208.39 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040602 CCD<br>MISC C4025-023475991 |
| 6/03 | 3,953.44 | AUTOMATED DEBIT          PAYROLL<br>CO. ID.        040603 CCD<br>MISC SETTL NCVCERIDN WR.GRACE NC |
| 6/03 | 4,462.13 | LIST OF DEBITS POSTED |
| 6/04 | 2,294.74 | LIST OF DEBITS POSTED |
| 6/09 | 1,475.55 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040609 CCD<br>MISC C4025-023504220 |
| 6/10 | 1,319.70 | AUTOMATED DEBIT  CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 040610 CCD<br>MISC C4025-01 122483 |
| 6/10 | 2,930.79 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040610 CCD<br>MISC C2916-003509563 |
| 6/10 | 4,613.12 | AUTOMATED DEBIT          PAYROLL<br>CO. ID.        040610 CCD<br>MISC SETTL NCVCERIDN WR.GRACE NC |
| 6/10 | 7,721.13 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040610 CCD<br>MISC C2918-003509564 |

Other Withdrawals and Service Fees continued on next page.

## Commercial Checking

WACHOVIA   08   2079900003815   008   108   11   180   3,535

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 6/10 | 9,264.76 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 040610 CCD<br>MISC C4213-003509699 |
| 6/10 | 304,085.23 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 040610 CCD<br>MISC C4025-013509686 |
| 6/11 | 3,139.94 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 040611 CCD<br>MISC C2918-003520162 |
| 6/11 | 5,151.27 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        040611 CCD<br>MISC SETTL NCVCERIDN GRACE WAS NC |
| 6/11 | 27,343.46 | AUTOMATED DEBIT REMEDIUM GROUP, PAYROLL<br>CO. ID.        040611 CCD<br>MISC SETTL NCVCERIDN REMEDIUM NC |
| 6/11 | 149,905.46 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        040611 CCD<br>MISC SETTL NCVCERIDN GMS,INC. NC |
| 6/11 | 581,479.51 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        040611 CCD<br>MISC SETTL NCVCERIDN WR.GRACE NC |
| 6/14 | 1,280.17 | LIST OF DEBITS POSTED |
| 6/16 | 944.49 | LIST OF DEBITS POSTED |
| 6/16 | 1,964.44 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 040616 CCD<br>MISC C4025-023541710 |
| 6/17 | 3,665.13 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        040617 CCD<br>MISC SETTL NCVCERIDN WR.GRACE NC |
| 6/17 | 4,357.05 | LIST OF DEBITS POSTED |
| 6/22 | 843.97 | LIST OF DEBITS POSTED |
| 6/23 | 717.26 | LIST OF DEBITS POSTED |
| 6/23 | 2,005.37 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 040623 CCD<br>MISC C4025-023574218 |
| 6/24 | 1,319.70 | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 040624 CCD<br>MISC C4025-01 126753 |
| 6/24 | 3,757.97 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        040624 CCD<br>MISC SETTL NCVCERIDN WR.GRACE NC |
| 6/24 | 9,812.85 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 040624 CCD<br>MISC C2916-003579711 |
| 6/24 | 11,418.11 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 040624 CCD<br>MISC C4213-003579852 |

*Other Withdrawals and Service Fees continued on next page.*



Commercial Checking

## Other Withdrawals and Service Fees continued

| Date | Amount | Description |
|---|---|---|
| 6/24 | 449,998.89 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040624 CCD<br>MISC C4025-013579839 |
| 6/25 | 16,058.97 | AUTOMATED DEBIT                    PAYROLL<br>CO. ID.         040625 CCD<br>MISC SETTL NCVCERIDN GRACE WAS NC |
| 6/25 | 38,052.40 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL<br>CO. ID.         040625 CCD<br>MISC SETTL NCVCERIDN REMEDIUM  NC |
| 6/25 | 839,212.19 | AUTOMATED DEBIT                    PAYROLL<br>CO. ID.         040625 CCD<br>MISC SETTL NCVCERIDN WR.GRACE  NC |
| 6/28 | 2,151.78 | LIST OF DEBITS POSTED |
| 6/29 | 2,224.65 | LIST OF DEBITS POSTED |
| 6/30 | 2,424.24 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040630 CCD<br>MISC C4025-023606529 |
| 6/30 | 4,357.06 | LIST OF DEBITS POSTED |
| Total | $2,509,845.49 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 6/01 | | | | | |
| 6/02 | 0.00 | | | | |
| 6/03 | 0.00 | 6/11 | | | |
| 6/04 | 0.00 | 6/14 | 0.00 | 6/24 | |
| 6/09 | 0.00 | 6/16 | 0.00 | 6/25 | 0.00 |
| 6/10 | 0.00 | 6/17 | 0.00 | 6/28 | 0.00 |
| | 0.00 | 6/22 | 0.00 | 6/29 | 0.00 |
| | | 6/23 | 0.00 | 6/30 | 0.00 |
| | | | 0.00 | | 0.00 |

**Merrill Lynch Funds For Institutions**

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

**Merrill Lynch Premier Institutional Fund**

Cumulative Statement for 06/01/2004 - 06/30/2004

Account Number
318-3323735-8

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 06/30/2004
$194,979,194.52

Dividends
06/01/2004 - 06/30/2004          Year To Date
$146,426.51                      $618,670.42

> *ACCOUNT INFORMATION IS NOW AVAILABLE ON-LINE. TO LEARN MORE ABOUT ACCOUNT ACCESS PLEASE CALL US AT (800) 225-1576.*

> *THE AVERAGE NET ANNUALIZED YIELD FOR THE MONTH OF JUNE WAS 1.02%.*

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 06/01/2004 | 06/01/2004 | Beginning Balance | | | $162,332,768.01 |
| 06/01/2004 | 06/01/2004 | Same Day Wire Redemption | $9,900,000.00 | $1.00 | $152,432,768.01 |
| 06/02/2004 | 06/02/2004 | Same Day Wire Redemption | $5,400,000.00 | $1.00 | $147,032,768.01 |
| 06/04/2004 | 06/04/2004 | Same Day Wire Redemption | $1,200,000.00 | $1.00 | $145,832,768.01 |
| 06/07/2004 | 06/07/2004 | Shares Purchased By Wire | $4,600,000.00 | $1.00 | $150,432,768.01 |
| 06/08/2004 | 06/08/2004 | Shares Purchased By Wire | $25,400,000.00 | $1.00 | $175,832,768.01 |
| 06/09/2004 | 06/09/2004 | Shares Purchased By Wire | $9,000,000.00 | $1.00 | $184,832,768.01 |
| 06/10/2004 | 06/10/2004 | Same Day Wire Redemption | $1,600,000.00 | $1.00 | $183,232,768.01 |
| 06/14/2004 | 06/14/2004 | Same Day Wire Redemption | $8,400,000.00 | $1.00 | $174,832,768.01 |
| 06/15/2004 | 06/15/2004 | Shares Purchased By Wire | $5,400,000.00 | $1.00 | $180,232,768.01 |
| 06/16/2004 | 06/16/2004 | Same Day Wire Redemption | $700,000.00 | $1.00 | $179,532,768.01 |
| 06/17/2004 | 06/17/2004 | Shares Purchased By Wire | $3,200,000.00 | $1.00 | $182,732,768.01 |
| 06/18/2004 | 06/18/2004 | Same Day Wire Redemption | $5,700,000.00 | $1.00 | $177,032,768.01 |
| 06/21/2004 | 06/21/2004 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $179,132,768.01 |
| 06/22/2004 | 06/22/2004 | Same Day Wire Redemption | $1,900,000.00 | $1.00 | $177,232,768.01 |
| 06/23/2004 | 06/23/2004 | Same Day Wire Redemption | $4,500,000.00 | $1.00 | $172,732,768.01 |
| 06/24/2004 | 06/24/2004 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $174,632,768.01 |
| 06/25/2004 | 06/25/2004 | Same Day Wire Redemption | $5,700,000.00 | $1.00 | $168,932,768.01 |
| | | Shares Purchased By Wire | $12,700,000.00 | $1.00 | $181,632,768.01 |

Account Number  318-3323735-8     (page 1 of 2)

Merrill Lynch    Investment Managers

Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 06/01/2004 - 06/30/2004

Account Number
318-3323735-8

| Confirm Date | Trade Date | Transaction Description | Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 06/28/2004 | 06/28/2004 | Shares Purchased By Wire | $5,700,000.00 | $1.00 | $195,332,768.01 |
| 06/29/2004 | 06/29/2004 | Same Day Wire Redemption | $4,400,000.00 | $1.00 | $190,932,768.01 |
| 06/30/2004 | 06/30/2004 | Shares Purchased By Wire | $2,700,000.00 | $1.00 | $193,632,768.01 |
| 06/30/2004 | 06/30/2004 | Shares Purchased By Wire | $1,200,000.00 | $1.00 | $194,832,768.01 |
| | | Div Reinvest | $146,426.51 | $1.00 | $194,979,194.52 |
| | | Ending Balance | | | $194,979,194.52 |

519575

**US DOLLAR ACCOUNT**

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

| | |
|---|---|
| Account No: | 323-22314? |
| Statement Start Date: | 29 MAY 2004 |
| Statement End Date: | 30 JUN 2004 |
| Statement Code: | 000-US-12? |
| Statement No: | 000 |
| | Page 1 of 1 |

TS   D

### BALANCES

| | Opening (29 MAY 2004) | | Closing (30 JUN 2004) | |
|---|---|---|---|---|
| Ledger | 740,643.22 | | Ledger | .00 |
| | 0.00 | | | .00 |

### TRANSACTIONS

| | | Credit | Debits | Checks |
|---|---|---|---|---|
| Total Credits | 1 | | | |
| Total Debits (incl. checks) | 1 | | | |
| Total Checks Paid | 0 | | | |

LEDGER BALANCE
03/JUN          0.00

### DEPOSITS
03/JUN

| Ledger Value Date | | References | Credit / Debit | Description |
|---|---|---|---|---|
| | | USD YOUR: NC04406863060530401 OUR: 0415500185IN | 740,643.22 | NASSAU DEPOSIT TAKEN B/O: WR GRACE & COMPANY JERSEY CITY, NJ 07310 REF: TO REPAY YOUR DEPOSIT FR 04050 3 TO 040603 RATE 0.9500 |

### DEBITS
03/JUN

| Ledger Value Date | | References | Credit / Debit | Description |
|---|---|---|---|---|
| | | USD YOUR: N004759965060530401 OUR: 0415500949IN | 740,643.22 | NASSAU DEPOSIT TAKEN A/C: WR GRACE & COMPANY JERSEY CITY, NJ 07310 REF: TO ESTABLISH YOUR DEPOSIT FR 0 40603 TO 040702 RATE 0.9500 |

### CHECKS

No Activity

FT CODE:

| | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN 30 DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

D

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA   MD   21044

Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 JUN 2004 |
| Statement End Date: | 30 JUN 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

Page 1 of 23

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 58 | 94,679,776.37 |
| Total Debits (incl. checks) | 74 | 94,763,131.15 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (16 JUN 2004) | | Closing (30 JUN 2004) | |
|---|---|---|---|---|
| | Ledger | 323,061.61 | Ledger | 239,706.83 |

## LEDGER BALANCES

| Date | Closing Balances Amount |
|---|---|
| 16 JUN | 251,297.30 |
| 17 JUN | 393,397.12 |
| 18 JUN | 213,782.30 |
| 21 JUN | 297,914.69 |
| 22 JUN | 227,074.71 |
| 23 JUN | 234,343.21 |
| 24 JUN | 612,520.07 |
| 25 JUN | 214,494.06 |
| 28 JUN | 261,283.54 |
| 29 JUN | 215,643.29 |
| 30 JUN | 239,706.83 |

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| CREDITS | | | | | | |
| 16 JUN | | 16 JUN | | USD YOUR: 04061640077<br>OUR: 037101 3168FF | 8,870.19 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-132B<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001 6001257 RFB=04061640077 OBI=ST<br>OCK OPTION TAX JUNE 10 BBI=/TIME/16 |
| 16 JUN | | 16 JUN | | USD YOUR: 04061640075<br>OUR: 0369314168FF | 21,840.00 | IMAD: 0616E3B75DAC004518<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-132B<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001 6001257 RFB=04061640075 OBI=ST<br>OCK OPTION COST JUNE 10 BBI=/TIME/1 |
| 16 JUN | | 16 JUN | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0224607168FF | 767,724.00 | IMAD: 0616E3B75DAC004519<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001 6001257 RFB=O/B WACHOVIA BK OBI |

FT CODE:

| | | |
|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | USM - MIXED FLOAT |
| | US3 - THREE DAY FLOAT | |
| | US4 - FOUR DAY FLOAT | |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No:          016-001257
Statement Start Date: 16 JUN 2004
Statement End Date:   30 JUN 2004
Statement Code:       S00-USA-22
Statement No:         012

Page 2 of 23

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| *CREDITS CONTINUED* | | | | | | | | |
| 16JUN | | 16JUN | | USD YOUR: 24766143  OUR: 0091209168FF | 1,313,045.84 | =FUNDS TRANSFER FROM DAVISON LOCKBO  /MAD: 0616E3B75DIC002649  FEDWIRE CREDIT  VIA: FLEET NATIONAL BANK  /01150010  B/O: HARTFORD LIFE COLI  HARTFORD CT 06115  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY CAMBRIDGE MA 02140-/AC-0  0001601257 RFB=24766143 OBI=DEATH  CLAIMS FOR MB038 AND MB039 BBI=/TIM | | |
| 16JUN | | 16JUN | | USD YOUR: O/B BKAM IL CGO  OUR: 0227208168FF | 1,635,922.62 | /MAD: 0616A1QF148C01834  FEDWIRE CREDIT  VIA: BANK OF AMERICA  /071000039  B/O: W.R. GRACE & CO. CON -TREASURY  COLUMBIA MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY CAMBRIDGE MA 02140-/AC-0  0001601257 RFB=0/B BKAM IL CGO BBI  =/TIME/13:48 | | |
| 17JUN | | 17JUN | | USD YOUR: O/B GRAND BK & T  OUR: 0299201169FF | 125,000.00 | /MAD: 0616G1QFGY2C000824  FEDWIRE CREDIT  VIA: GRAND BANK & TRUST OF FLORIDA  /067014466  B/O: CONTINENTAL PLANTS  NORTH PALM BEACH FL 33408  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY CAMBRIDGE MA 02140-/AC-0  0001601257 RFB=0/B GRAND BK & T OB  I=RETURN DEPOSIT FROM CONTINENTAL P | | |
| 17JUN | | 17JUN | | USD YOUR: O/B WACHOVIA BK  OUR: 0127407169FF | 1,254,293.00 | /MAD: 0617G4QFC29C000009  FEDWIRE CREDIT  VIA: WACHOVIA BANK BANK OF NC,NA  /053000219  B/O: W.R GRACE & CO. - CONN.  COLUMBIA MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY CAMBRIDGE MA 02140-/AC-0  0001601257 RFB=0/B WACHOVIA BK OBI | | |
| 17JUN | | 17JUN | | USD YOUR: O/B BKAM IL CGO  OUR: 0128202169FF | 1,713,785.20 | =FUNDS TRANSFER FROM DAVISON LOCKBO  /MAD: 0617E3B7T5DIC001155  FEDWIRE CREDIT  VIA: BANK OF AMERICA | | |

TS

STATEMENT OF ACCOUNT

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:            016-001257
Statement Start Date:  16 JUN 2004
Statement End Date:    30 JUN 2004
Statement Code:        S00-USA-22
Statement No:          012

Page 3 of 23

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 17JUN | 17JUN | USD YOUR: MAESTRO OUR: 0380303169FF | 5,700,000.00 | /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BKAM IL CGO BBI =/TIME/11:22 IMAD: 0617G1QFGY2C000472 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 |
| 18JUN | 18JUN | USD YOUR: O/B WACHOVIA BK OUR: 0111014170FF | 1,635,830.00 | B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=MAESTRO OBI=FUND-31 87P 1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0611A1Q002GC001898 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 |
| 18JUN | 18JUN | USD YOUR: O/B BKAM IL CGO OUR: 0111101170FF | 1,862,524.75 | B/O: W.R. GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0611E3B75D1C001440 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 |
| 21JUN | 21JUN | USD YOUR: 04062140Q739 OUR: 0391207173FF | 6,274.61 | B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BKAM IL CGO BBI =/TIME/11:00 IMAD: 0618G1QFGY2C000329 FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:            016-001257
Statement Start Date:  16 JUN 2004
Statement End Date:    30 JUN 2004
Statement Code:        S00-USA-22
Statement No:          012

Page 4 of 23

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 21JUN | 21JUN | | USD YOUR: 040621400740 OUR: 040430817 3FF | 20,400.00 | ND COMPANY CAMBRIDGE MA 02140 /AC-0 00016001257 RFB=040621400739 OBI=ST OCK OPTION TAX TD JUNE 15 2004 BBI= IMAD: 0621E3B75DAC004325 |
| | | | | | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=040621400740 OBI=ST OCK OPTION COST TD JUNE 15 2004 BBI IMAD: 0621E3B75DAC004324 |
| 21JUN | | | USD OUR: 1738532578TC | 308,277.00 | ELECTRONIC FUNDS TRANSFER ORIG ID.NAME:COMPANYTEF ORIG ID.9AN=001257 DESC.DATE:OFFSET CO ENTRY DESCR:TAXPAYMNTSEC:CCD TRACE#:021000025523578 EED:040621 IND ID.9010001257 IND NAME:TEF FILE NAME: R170011 RFB/AC21.90REATED OFFSET FOR ORIGIN#: #813632109821 EFF DATE: 04/06/21 |
| 21JUN | 21JUN | | USD YOUR: O/B WACHOVIA BK OUR: 0334107173FF | 1,252,146.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /05300021 B/O: WR GRACE & CO - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/TR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B WACHOVIA BK OBI FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0621E3B75DIC004983 |
| 21JUN | 21JUN | | USD YOUR: MAESTRO OUR: 0472014173FF | 1,900,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: WR GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=MAESTRO OBI=FUND-3I B=P I-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0621A1Q002BC001647 |

Statement of Account

In US Dollars

Account No:            016-001257
Statement Start Date:  16 JUN 2004
Statement End Date:    30 JUN 2004
Statement Code:        S00-USA-22
Statement No:          012

Page 5 of 23

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 21JUN | | | USD | YOUR: O/B BKAM IL CGO OUR: 0358802173FF | 2,253,015.67 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF.: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BKAM IL CGO BBI =/TIME/14:30 IMAD: 0621G1QFGY2C00616 | | |
| 22JUN | | | USD | YOUR: 040622400330 OUR: 016493174FF | 4,730.06 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF.: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=040622400330 OBI=ST OCK OPTION TAX EXERCISE DATE JUNE 1 IMAD: 0622E3B75DAC002257 | | |
| 22JUN | | | USD | YOUR: 040622400334 OUR: 016401174FF | 11,520.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF.: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=040622400334 OBI=ST OCK OPTION COST JUNE 16 2004 EXERCI IMAD: 0622E3B75DAC002262 | | |
| 22JUN | | | USD | YOUR: O/B WACHOVIA BK OUR: 0122114174FF | 1,920,951.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC.NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF.: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0622E3B75DIC001528 | | |
| 22JUN | | | USD | YOUR: O/B BKAM IL CGO OUR: 0123009174FF | 2,242,861.66 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY | | |

```
W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No:          016-001257
Statement Start Date: 16 JUN 2004
Statement End Date:   30 JUN 2004
Statement Code:       S00-USA-22
Statement No:         012
Page 6 of 23
```

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 22JUN | | 22JUN | | USD YOUR: MAESTRO OUR: 0305513174FF | 4,500,000.00 | COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CGO BBI =/TIME/11:43 IMAD: 0622G10FGV2C000410 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 | | |
| 23JUN | | 23JUN | | USD YOUR: 04062340038 4 OUR: 0177609175FF | 1,777.93 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=MAESTRO OBI=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME /MAD: 0622A1Q002CC001528 FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 | | |
| 23JUN | | 23JUN | | USD YOUR: 04062340038 0 OUR: 0181814175FF | 4,320.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=04062340384 OBI=ST OCK OPTION TAX TD JUNE17 2004 BBI=/ IMAD: 0623E3B75DAC002358 FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 | | |
| 23JUN | | 23JUN | | USD YOUR: CAP OF 04/06/23 OUR: 1535600175J0 | 67,510.30 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=04062340380 OBI=ST OCK OPTION COST TD JUNE 17 2004 BBI /MAD: 0623E3B75DAC002383 BOOK TRANSFER CREDIT B/O: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- | | |
| 23JUN | | 23JUN | | USD YOUR: O/B WACHOVIA BK OUR: 0086702175FF | 1,123,456.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 | | |

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No:            016-001257
Statement Start Date:  16 JUN 2004
Statement End Date:    30 JUN 2004
Statement Code:        S00-USA-22
Statement No:          012
Page 7 of 23

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 23JUN | | 23JUN | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0090614175FF | 2,224,187.05 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0623EB75DLC001064 | | |
| | | | | | | FEDWIRE CREDIT<br>/07100039<br>VIA: BANK OF AMERICA | | |
| 23JUN | | 23JUN | USD | YOUR: CAP OF 04/06/23<br>OUR: 1749900175J0 | 2,287,677.20 | B/O: W.R. GRACE & CO, CON -TREASURY<br>COLUMBIA MD 2104-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/10:40<br>IMAD: 062381QFGY2C000255<br>BOOK TRANSFER CREDIT<br>B/O: W R GRACE & CO (DELAWARE)<br>CAMBRIDGE MA 02140- | | |
| 23JUN | | 23JUN | USD | YOUR: CAP OF 04/06/23<br>OUR: 1535800175J0 | 2,309,457.05 | REF: FUNDS MOVEMENT FROM GRACE DE T<br>O GRACE CONN<br>BOOK TRANSFER CREDIT<br>B/O: GRACE INTERNATIONAL HOLDINGS,I<br>CAMBRIDGE MA 02140- | | |
| 24JUN | | 24JUN | USD | YOUR: 04062440365<br>OUR: 0175202176FF | 12,265.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/03120467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=04062440365 OBI=ST<br>OCK OPTION TAX TD JUNE 18 2004 BBI=<br>IMAD: 0624E3B75DAC002819 | | |
| 24JUN | | 24JUN | USD | YOUR: 04062440363<br>OUR: 0176701176FF | 22,348.16 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/03120467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=04062440363 OBI=ST<br>OCK OPTION COST TD JUNE18 2004 BBI=<br>IMAD: 0624E3B75DAC002758 | | |

TS

| W.R. GRACE AND COMPANY<br>SYRACUSE FUNDING ACCOUNT<br>ATTN: DARLEN PARLIN<br>62 WHITTEMORE AVENUE<br>CAMBRIDGE MA 02140 | | Account No: 016-001257<br>Statement Start Date: 16 JUN 2004<br>Statement End Date: 30 JUN 2004<br>Statement Code: S00-USA-22<br>Statement No: 012<br>Page 8 of 23 |
|---|---|---|

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 24JUN | | | | USD OUR: 1766589039TC | 295,567.10 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:AON CORPORATION<br>ORIG ID:9005551498 DESC DATE:040623<br>CO ENTRY DESCR:ACH PYMT SEC:CCD<br>TRACE#:021000026589039 EED:040624<br>IND ID:<br>IND NAME:W R GRACE AND CO CONN | | |
| 24JUN | | | | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0301703176FF | 312,712.48 | REF***RETIREEDB\<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=0/B WACHOVIA BK BBI<br>=/TIME/15:27<br>IMAD: 0624E3B75D2C001758 | | |
| 24JUN | | | | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0303209176FF | 886,465.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0624E3B75DIC003401 | | |
| 24JUN | | | | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0299213176FF | 1,111,852.70 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA. MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=0/B BKAM IL CGO BBI<br>=/TIME/15:28<br>IMAD: 0624361QFGY2C001437 | | |
| 24JUN | | | | USD YOUR: MAESTRO<br>OUR: 0346209176FF | 5,700,000.00 | FEDWIRE CREDIT<br>424 STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

in US Dollars
016-001257

Account No: 016-001257
Statement Start Date: 16 JUN 2004
Statement End Date: 30 JUN 2004
Statement Code: S00-USA-22
Statement No: 012

Page 9 of 23

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 25JUN | | | | USD YOUR: 04062540037S<br>OUR: 0255103177FF | 2,419.48 | ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001001257 RFB=MAESTRO OBI=FUND-31<br>BP 1-S ML PREMIER FUND BBI=/TIME<br>IMAD: 0624AIQ0026C001558<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>PHI: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001001257 RFB=04062540037S OBI=ST<br>OCK OPTION TAX TD JUNE 21 2004 BBI=<br>IMAD: 0625E38?5DAC003049 | | |
| 25JUN | | | | USD YOUR: 04062540036B<br>OUR: 0258009177FF | 4,800.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001001257 RFB=040625400368 OBI=ST<br>OCK OPTION COST TD JUNE 21 2004 BBI<br>IMAD: 0625E38?5DAC003045 | | |
| 25JUN | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0363508177FF | 1,322,754.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC NA<br>/05300021<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0625E38?5DIC004120 | | |
| 25JUN | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0375607177FF | 1,641,533.56 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001001257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/14.53<br>IMAD: 0625G1QFGY2C001128 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 JUN 2004
Statement End Date: 30 JUN 2004
Statement Code: S00-USA-22
Statement No: 012

Page 10 of 23

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 25JUN | | 25JUN | USD | YOUR: 6008173131040001 OUR: 122920017FC | 11,518,886.60 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140-/AC-00001600125 0 RG=/60083256137 GRACE COLLECTION NC. OGB=BANK OF AMERICA NT AND SA L ONDON ENGLAND E14 5AQ SSN: 0078623 |
| 28JUN | | 28JUN | USD | YOUR: 04062840323 OUR: 0143814180FF | 3,481.88 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125 7 RFB=04062840323 OBI=TD 06220 4 ATTN STOCK OPTIONS TAX BBI= IN STOCK OPTIONS TAX BBI= IMAD: 0628E3B75DAC001849 |
| 28JUN | | 28JUN | USD | YOUR: 04062840328 OUR: 0139001180FF | 6,720.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125 7 RFB=04062840328 OBI=AT IN STOCK OPTIONS COST TD 062204 BBI IMAD: 0628E3B75DAC001871 |
| 28JUN | | 28JUN | USD | YOUR: 0/B BKAM IL CGO OUR: 0281401180FF | 2,342,463.45 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125 7 RFB=0/B BKAM IL CGO BBI =/TIME/14:14 IMAD: 062281OFGY2C000667 |
| 28JUN | | 28JUN | USD | YOUR: 0/B WACHOVIA BK OUR: 0291309180FF | 4,018,786.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC.NA /05300021 B/O: W R GRACE & CO. - CONN. |

# Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 16 JUN 2004
Statement End Date: 30 JUN 2004
Statement Code: S00-USA-22
Statement No: 012
Page 11 of 23

In US Dollars

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **CREDITS CONTINUED** | | |
| 28JUN | | 28JUN | | USD YOUR: MAESTRO<br>OUR: 0131214180FF | 4,400,000.00 | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 062BE3B75DIC003202<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029 | | |
| 28JUN | | 28JUN | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0289514180FF | 10,000,000.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=MAESTRO OBI=FUND-31<br>/P1-S1=ML PREMIER FUND BBI=/TIME<br>/MAD: 062BA1Q002HC00021B<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098 | | |
| 29JUN | | 29JUN | | USD YOUR: 040629400821<br>OUR: 0325607181FF | 3,428.25 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 062BE3B75DIC003190<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=040629400821 OBI=ST<br>OCK OPTION TAX JUNE 23 BBI=/TIME/15 | | |
| 29JUN | | 29JUN | | USD YOUR: 040629400824<br>OUR: 0330913181FF | 7,200.00 | /MAD: 062BE3B75DAC004278<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=040629400824 OBI=ST | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:   16 JUN 2004
Statement End Date:    30 JUN 2004
Statement Code:       S00-USA-22
Statement No:         012
Page 12 of 23

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | |
| 29JUN | | 29JUN | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0104708181FF | 2,890,096.00 | OCK OPTION COST JUNE 23 BBI=/TIME/1<br>IMAD: 0629E3B75DAC004280<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO | |
| 29JUN | | 29JUN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0115907181FF | 2,973,133.03 | IMAD: 0629E3B75DIC001348<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/10:57 | |
| 29JUN | | 29JUN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0276207181FF | 3,300,216.33 | IMAD: 0629G1QFGY2C000422<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: ADVANCED REFINING TECHNOLOGIES<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/14:24 | |
| 30JUN | | 30JUN | | USD YOUR: 04063040710<br>OUR: 0391803182FF | 1,851.28 | IMAD: 0629G1QFGY2C001418<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=04063040710 OBI=ST<br>OCK OPTION TAX JUNE 24 BBI=/TIME/14 | |
| 30JUN | | 30JUN | | USD YOUR: 04063040701<br>OUR: 0381203182FF | 3,600.00 | IMAD: 0630E3B75DAC004750<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY | |

Statement of Account

Account No:         016-001257
Statement Start Date:   16 JUN 2004
Statement End Date:    30 JUN 2004
Statement Code:      S00-USA-22
Statement No:        012
Page 13 of 23

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 30JUN | | 30JUN | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0528003182FF | /031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00160001257 RFB=04063040070I OBI=ST<br>OCK OPTION COST JNE 24 BBI=/TIME/14<br>/MAD: 063E3B75DAC004632 | 138,659.62 | | |
| 30JUN | | 30JUN | USD | YOUR: 25137729<br>OUR: 0214802182FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00160001257 RFB=O/B WACHOVIA BK BBI<br>=/TIME/16:13<br>/MAD: 063E3B75D2C003010 | 247,751.92 | | |
| 30JUN | | 30JUN | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0295603182FF | FEDWIRE CREDIT<br>VIA: FLEET NATIONAL BANK<br>/011500010<br>B/O: HARTFORD LIFE COLI<br>HARTFORD CT 06115<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00160001257 RFB=25137729 OBI=DEATH<br>CLAIMS FOR MB038 AND MB039 BBI=/TIM<br>/MAD: 063DA10F148C004962 | 947,054.00 | | |
| 30JUN | | 30JUN | USD | YOUR: O/B BKAM IL CGO<br>OUR: 030550818F2FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00160001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 063DE3B75DIC006265 | 2,086,333.42 | | |
| | | | | | /MADS: 063E3B75DIC006265<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 16 JUN 2004
Statement End Date: 30 JUN 2004
Statement Code: S00-USA-22
Statement No: 012

Page 14 of 23

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

16JUN

| | | | | | | ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600l257 RFB=O/B BKAM IL CGO BBI =/TIME/12:52 IMAD: 0630G1QFGY2C000832 | | |

16JUN | | | USD OUR: 0030970114XF | | 6,135.91 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 | |

16JUN | | | USD OUR: 0014830114XF | | 35,518.38 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 | |

16JUN | | | USD YOUR: NONREF OUR: 2077900168J0 | | 177,512.67 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 0292849 | |

16JUN | | | USD YOUR: NONREF OUR: 2113500168J0 | | 400,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0616B1QGC05C004225 | |

16JUN | | | USD YOUR: NONREF OUR: 2103800168J0 | | 3,200,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/15:50 IMAD: 0616B1QGC03C004157 | |

17JUN | | | USD OUR: 0030990114XF | | 650.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 | |

17JUN | | | USD OUR: 0015230114XF | | 50,328.38 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 | |

17JUN | | | USD YOUR: NONREF OUR: 2266500169J0 | | 8,600,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0617B1QGC08C004558 | |

**DEBITS**

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No:               016-001257
Statement Start Date:     16 JUN 2004
Statement End Date:       30 JUN 2004
Statement Code:           S00-USA-22
Statement No:             012

Page 15 of 23

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| *DEBITS CONTINUED* | | | | | | | | |
| 18JUN | | | | USD OUR: 0032830114XF | 269.89 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 18JUN | | | | USD OUR: 0016250114XF | 51,746.13 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032196705 | | |
| 18JUN | | 18JUN | | USD YOUR: NONREF  DUR: 1609200170JO | 217,676.55 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: /D5000000016439 W.R GRACE & CO REF: FFC TO ACCOUNT 5040003339 W.R GRAC EB 843 | | |
| 18JUN | | 18JUN | | USD YOUR: ACH OF 04/06/18  DUR: 078100017OHP | 308,277.00 | IMAD: 0618B1QGC08C003059 BOOK TRANSFER DEBIT A/C: CB/FFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 18JUN | | 18JUN | | USD YOUR: NONREF  DUR: 1912300170JO | 1,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0618B1QGC04C003514 | | |
| 18JUN | | 18JUN | | USD YOUR: NONREF  DUR: 1912200170JO | 2,100,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO - CONN ATTN:MERRILL GROU P TRANSFER FUNDS)/TIME/14:51 IMAD: 0618B1QGC05C003524 | | |
| 21JUN | | | | | 5.00 | ELECTRONIC FUNDS TRANSFER ORIG ID:NAME:COMPANYID OR ENTRY DISOR127DESC DATE:040621 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000286508874 EED:040621 IND ID:595900506836 IND NAME:STATE OF ALABAMA | | |
| 21JUN | | | | USD OUR: 0032370114XF | 111.30 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 21JUN | | | | USD OUR: 1738650875TC | 294.00 | ELECTRONIC FUNDS TRANSFER ORIG CD:NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040621 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000286508875 EED:040621 | | |

**Statement of Account**

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Account No: | 016-001257 |
|---|---|
| Statement Start Date: | 16 JUN 2004 |
| Statement End Date: | 30 JUN 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |
| Page 16 of 23 | |

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 21JUN | | | | USD OUR: 1738650880TC | 668.00 | IND ID:SU6BSU 04883 / IND NAME:STATE OF ALABAMA / ELECTRONIC FUNDS TRANSFER / ORIG CO NAME:COMPANYID / ORIG ID:9016001257 DESC DATE:040621 / CO ENTRY DESCR:TAXEPAYMNTSEC:CCD / TRACE#:021000028650880 EED:040621 / IND ID:057671L | | |
| 21JUN | | | | USD OUR: 1738650888TC | 1,320.00 | IND NAME:STATE OF KENTUCKY / ELECTRONIC FUNDS TRANSFER / ORIG CO NAME:COMPANYID / ORIG ID:9016001257 DESC DATE:040621 / CO ENTRY DESCR:TAXEPAYMNTSEC:CCD / TRACE#:021000028650888 EED:040621 / IND ID:C660068 | | |
| 21JUN | | | | USD OUR: 1738650885TC | 1,627.00 | IND NAME:STATE OF UTAH / ELECTRONIC FUNDS TRANSFER / ORIG CO NAME:COMPANYID / ORIG ID:9016001257 DESC DATE:040621 / CO ENTRY DESCR:TAXEPAYMNTSEC:CCD / TRACE#:021000028650885 EED:040621 / IND ID:990043895 | | |
| 21JUN | | | | USD OUR: 1738650882TC | 3,586.00 | IND NAME:STATE OF OHIO / ELECTRONIC FUNDS TRANSFER / ORIG CO NAME:COMPANYID / ORIG ID:9016001257 DESC DATE:040621 / CO ENTRY DESCR:TAXEPAYMNTSEC:CCD / TRACE#:021000028650882 EED:040621 / IND ID:00929750 | | |
| 21JUN | | | | USD OUR: 1738650883TC | 4,259.00 | IND NAME:STATE OF MARYLAND / ELECTRONIC FUNDS TRANSFER / ORIG CO NAME:COMPANYID / ORIG ID:9016001257 DESC DATE:040621 / CO ENTRY DESCR:TAXEPAYMNTSEC:CCD / TRACE#:021000028650883 EED:040621 / IND ID:135114230 | | |
| 21JUN | | | | USD OUR: 1738650879TC | 4,326.00 | IND NAME:MASS DEPT OF REVENUE / ELECTRONIC FUNDS TRANSFER / ORIG CO NAME:COMPANYID / ORIG ID:9016001257 DESC DATE:040621 / CO ENTRY DESCR:TAXEPAYMNTSEC:CCD / TRACE#:021000028650879 EED:040621 / IND ID:00104866 00007 / IND NAME:STATE OF INDIANA | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 JUN 2004
Statement End Date: 30 JUN 2004
Statement Code: S00-USA-22
Statement No: 012
Page 17 of 23

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

21JUN ... USD OUR: 1738650884TC ... 5,502.00
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:COMPANYID
ORIG ID:9016001257 DESC DATE:040621
CO ENTRY DESCR:TAXEPAYMNTSEC:CCD
TRACE#:021000028650884 EED:040621
IND ID:874826
IND NAME:STATE OF MINNESOTA

21JUN ... USD OUR: 1738650889TC ... 8,699.00
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:COMPANYID
ORIG ID:9016001257 DESC DATE:040621
CO ENTRY DESCR:TAXEPAYMNTSEC:CCD
TRACE#:021000028650889 EED:040621
IND ID:409013810
IND NAME:STATE OF WASHINGTON

21JUN ... USD OUR: 1738650886TC ... 10,811.00
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:COMPANYID
ORIG ID:9016001257 DESC DATE:040621
CO ENTRY DESCR:TAXEPAYMNTSEC:CCD
TRACE#:021000028650886 EED:040621
IND ID:99528935
IND NAME:STATE OF PENNSYLVANIA

21JUN ... USD OUR: 1738650887TC ... 12,433.00
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:COMPANYID
ORIG ID:9016001257 DESC DATE:040621
CO ENTRY DESCR:TAXEPAYMNTSEC:CCD
TRACE#:021000028650887 EED:040621
IND ID:11351142309
IND NAME:STATE OF TEXAS

21JUN ... 21JUN ... USD YOUR: NONREF
OUR: 2886500173J0 ... 15,045.35
FEDWIRE DEBIT
VIA: ALLFIRST BANK
/052000113
A/C: SPECTERA, INC.
IMAD: 0621I1OGC05C005203

21JUN ... USD OUR: 1738650877TC ... 18,212.00
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:COMPANYID
ORIG ID:9016001257 DESC DATE:040621
CO ENTRY DESCR:TAXEPAYMNTSEC:CCD
TRACE#:021000028650877 EED:040621
IND ID:08000231G
IND NAME:STATE OF FLORIDA

21JUN ... USD OUR: 1738650878TC ... 18,242.00
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:COMPANYID
ORIG ID:9016001257 DESC DATE:040621
CO ENTRY DESCR:TAXEPAYMNTSEC:CCD

Statement of Account

TS

Account No: 016-001257
Statement Start Date: 16 JUN 2004
Statement End Date: 30 JUN 2004
Statement Code: S00-USA-22
Statement No: 012
Page 18 of 23

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 21JUN | | | | USD OUR: 1738650881TC | 28,375.00 | TRACE#:021000028650878 EED:040621 / IND ID:03188132 / IND NAME:STATE OF ILLINOIS / ELECTRONIC FUNDS TRANSFER / ORIG CO NAME:COMPANYID / ORIG ID:9016001257 DESC DATE:040621 / CO ENTRY DESCR:TAXEPAYMNTSEC:CCD / TRACE#:021000028650881 EED:040621 / IND ID:601636000 | | |
| 21JUN | | | | USD OUR: 0015910114XF | 46,900.20 | IND NAME:LA DEPT. OF REVENUE / AUTOMATIC DOLLAR/FLOAT TRANSFER / TO ACCOUNT 00032319670S | | |
| 21JUN | | | | USD YOUR: NONREF OUR: 2886400173J0 | 122,405.49 | FEDWIRE DEBIT / VIA: BANK ONE NA CHGO / 071000013 / A/C: UNITED HEALTHCARE INSURANCE CO / REF: /TIME/17.05 / IMAD: 0621B1QG08C005589 | | |
| 21JUN | | | | USD OUR: 1738650876TC | 189,918.00 | ELECTRONIC FUNDS TRANSFER / ORIG CO NAME:COMPANYID / ORIG ID:9016001257 DESC DATE:040621 / CO ENTRY DESCR:TAXEPAYMNTSEC:CCD / TRACE#:021000028650876 EED:040621 / IND ID:9803B949 / IND NAME:STATE OF CALIFORNIA | | |
| 21JUN | | | | USD YOUR: NONREF OUR: 2886300173J0 | 339,926.24 | BOOK TRANSFER DEBIT / A/C: 0022530680 / METROPOLITAN LIFE INSURANCE CO / REF:ATTN: W.R. GRACE & CO. - 29465 | | |
| 21JUN | | | | USD YOUR: NONREF OUR: 2886600173J0 | 1,900,000.00 | FEDWIRE DEBIT / VIA: WACHOVIA BK NA NC / 053000219 / A/C: W.R. GRACE & CO. - CONN / REF: W.R. GRACE PAYMENT FOR CONTROLL / ED DISBURSEMENT ACCOUNTS / IMAD: 0621B1QGC07C005257 | | |
| 21JUN | | | | USD YOUR: NONREF OUR: 2886200173J0 | 2,923,315.31 | FEDWIRE DEBIT / VIA: BK NOVA SCOTIA NYC / 026002532 / A/C: THE BANK OF NOVA SCOTIA / TRANSIT 24042 / BENE: GRACE CANADA, INC. / MONEY MOBILIZATION DIVISION / REF: W.R GRACE - VALLEYFIELD SETTLE | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 16 JUN 2004
Statement End Date: 30 JUN 2004
Statement Code: S00-USA-22
Statement No: 012

Page 19 of 23

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MENT ATTN: PIERRE LEBOURDAIS | | |
| 22JUN | | 22JUN | | USD OUR: 001471011 4XF | 22,567.74 | IMAD: 0621B1QGC01C005105 AUTOMATIC DOLLAR/FLOAT TRANSFER | | |
| 22JUN | | 22JUN | | USD YOUR: NONREF OUR: 2070300174JO | 43,210.16 | TO ACCOUNT 00032319 6705 CHIPS DEBIT VIA: COMMERZBANK AKTIENGESELLSCHAFT /0804 A/C: ACCBADEHH HAMBURG 11 WEST GERMANY 20454 BEN: SASOL GERMANY GMBH REF: ATTN: KAREN JURGENS | | |
| 22JUN | | 22JUN | | USD YOUR: NONREF OUR: 2070400174JO | 134,975.86 | SSN: 021871 5 CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /103 A/C: ACDEUTNL2A DEUTSCHE BANK AG AMSTERDAM BEN: A & MINERALS LTD. SSN: 021871 3 | | |
| 22JUN | | 22JUN | | USD YOUR: NONREF OUR: 0962300174JO | 850,148.94 | FEDWIRE DEBIT VIA: ALLFIRST BANK /0520001 13 A/C: GRACE DAVISON REF: HOURLY PAYROLL | | |
| 22JUN | | 22JUN | | USD YOUR: NONREF OUR: 2070200174JO | 7,700,000.00 | IMAD: 0622B1QGC06C002110 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /0530002 19 A/C: W.R GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0622B1QGC06C003870 | | |
| 23JUN | | 23JUN | | USD OUR: 001161011 4XF | 33.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032313 6524 | | |
| 23JUN | | 23JUN | | USD OUR: 001535011 4XF | 43,488.52 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319 6705 | | |
| 23JUN | | 23JUN | | USD YOUR: NONREF OUR: 2400800175JO | 391,050.46 | CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0253 A/C: THE BANK OF NOVA SCOTIA MISSISSAUGA, CANADA BEN: GRACE CANADA, INC. MONEY MOBILIZATION DIVISION REF: ATTN: PIERRE LEBOURDAIS | | |

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No:            016-001257
Statement Start Date:  16 JUN 2004
Statement End Date:    30 JUN 2004
Statement Code:        S00-USA-22
Statement No:          012
Page 20 of 23

TS

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 23JUN | | 23JUN | USD | YOUR: NONREF<br>OUR: 2400600175J0 | 1,900,000.00 | SSN: 0245390<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WRG<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)/TIME/16:42<br>IMAD: 0623B1QGC07C004461 | | |
| 23JUN | | 23JUN | USD | YOUR: NONREF<br>OUR: 2400700175J0 | 2,600,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0623B1QGC02C004503 | | |
| 23JUN | | 23JUN | USD | YOUR: NONREF<br>OUR: 0681900175J0 | 3,076,545.05 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>REF: SALARIED PAYROLL<br>IMAD: 0623B1QGC06C001757 | | |
| 24JUN | | | USD | OUR: 0030830114XF | 9,621.87 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 | | |
| 24JUN | | | USD | OUR: 0015190114XF | 25,837.79 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003231967 05 | | |
| 24JUN | | 24JUN | USD | YOUR: NONREF<br>OUR: 2548300176J0 | 27,573.92 | FEDWIRE DEBIT<br>VIA: CENTIER WHITING<br>/071902878<br>A/C: NATIONAL BOND AND TRUST<br>REF: ATTN: CAROL HIGHSMITH<br>IMAD: 0624B1QGC08C004692 | | |
| 24JUN | | 24JUN | USD | YOUR: NONREF<br>OUR: 2548200176J0 | 7,900,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0624B1QGC07C004640 | | |
| 25JUN | | | USD | OUR: 0016130114XF | 25,066.89 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003231967 05 | | |
| 25JUN | | | USD | OUR: 0033770114XF | 92,672.04 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 16 JUN 2004
Statement End Date: 30 JUN 2004
Statement Code: S00-USA-22
Statement No: 012

Page 21 of 23

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 25JUN | | 25JUN | USD | YOUR: NONREF<br>OUR: 1825800177J0 | 370,680.72 | FEDWIRE DEBIT<br>VIA: NORTHERN CH60<br>/071000152<br>A/C: W.R GRACE & CO. RETIREMENT PLA<br>REF: ATTN: MR. BRUCE HENIKEN/TIME/1<br>4.22 | | |
| 25JUN | | 25JUN | USD | YOUR: NONREF<br>OUR: 2483100177J0 | 1,700,000.00 | IMAD: 0625B1QGC04C003731<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0625B1QGC02C005426 | | |
| 25JUN | | 25JUN | USD | YOUR: NONREF<br>OUR: 2483200177J0 | 12,700,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>(TRANSFER FUNDS)/TIME/16:08<br>IMAD: 0625B1QGC0C004937 | | |
| 28JUN | | 28JUN | USD | OUR: 0037650114XF | 796.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003235881963 | | |
| 28JUN | | 28JUN | USD | OUR: 0018190114XF | 44,497.83 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003231967 05 | | |
| 28JUN | | 28JUN | USD | YOUR: NONREF<br>OUR: 2925100180J0 | 1,079,368.02 | FEDWIRE DEBIT<br>VIA: DBTCQ AMERICAS NYC<br>/021001033<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS<br>IMAD: 0628B1QGC07C005251 | | |
| 28JUN | | 28JUN | USD | YOUR: NONREF<br>OUR: 2925000180J0 | 1,500,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0628B1QGC02C005348 | | |
| 28JUN | | 28JUN | USD | YOUR: NONREF<br>OUR: 1410500180J0 | 4,400,000.00 | FEDWIRE DEBIT<br>VIA: BKAM IL CGO<br>/071000039<br>A/C: ADVANCE REFINING TECHNOLOGIES | | |

Statement of Account

in US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 JUN 2004 |
| Statement End Date: | 30 JUN 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

Page 22 of 23

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 28JUN | 28JUN | USD YOUR: NONREF OUR: 2925000180J0 | 13,700,000.00 | REF: LOAN ADVANCE TO ART LLC IMAD: 0628B1QGC04C002861 FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/16:59 |
| 29JUN | | USD OUR: 0031830114XF | 13,261.83 | IMAD: 0628B1QGC06C005555 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 29JUN | | USD OUR: 0015610114XF | 61,993.91 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 |
| 29JUN | 29JUN | USD YOUR: NONREF OUR: 1192300018J0 | 847,558.12 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL IMAD: 0629B1QGC04C002483 |
| 29JUN | 29JUN | USD YOUR: NONREF OUR: 2660100181J0 | 2,700,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/16:11 IMAD: 0629B1QGC06C004819 |
| 29JUN | 29JUN | USD YOUR: NONREF OUR: 2660000181J0 | 5,600,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0629B1QGC02C004714 |
| 30JUN | | USD OUR: 0034410114XF | 5,298.86 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 30JUN | | USD OUR: 0016350114XF | 18,631.44 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 |
| 30JUN | 30JUN | USD YOUR: NONREF OUR: 3025000182J0 | 100,000.00 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: CHASE MEDICAL ACCT FUNDING |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | Account No: | 016-001257 |
|---|---|---|
| | Statement Start Date: | 16 JUN 2004 |
| | Statement End Date: | 30 JUN 2004 |
| | Statement Code: | S00-USA-22 |
| | Statement No: | 012 |

Page 23 of 23

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 30JUN | | 30JUN | USD | YOUR: NONREF<br>OUR: 3025100182J0 | 174,156.38 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS<br>SSN: 0337756 | | |
| 30JUN | | 30JUN | USD | YOUR: NONREF<br>OUR: 3025200182J0 | 1,200,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 332735 NO WR G<br>RACE & CO. - CONN ATTN: MERRILL GROU<br>P (TRANSFER FUNDS)/TIME/16:18<br>IMAD: 0630B1QGC01C007208 | | |
| 30JUN | | 30JUN | USD | YOUR: NONREF<br>OUR: 3024900182J0 | 1,900,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0630B1QGC03C007238 | | |

## CHECKS

*No Activity*

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 29 MAY 2004 |
| Statement End Date: | 15 JUN 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 011 |

Page 1 of 16

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 42 | 108,100,202.53 |
| Total Debits (incl. checks) | 56 | 108,075,019.69 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (29 MAY 2004) | | Closing (15 JUN 2004) | |
|---|---|---|---|
| Ledger | 297,878.77 | Ledger | 328,061.61 |

### LEDGER BALANCES

| Date | |
|---|---|
| 01JUN | 109,517.49 |
| 02JUN | 82,610.07 |
| 03JUN | 513,823.59 |
| 04JUN | 240,443.54 |
| 07JUN | 288,101.24 |
| 08JUN | 299,534.26 |
| 09JUN | 205,122.13 |
| 10JUN | 223,912.16 |
| 11JUN | 242,337.93 |
| 14JUN | 287,487.09 |
| 15JUN | 323,061.61 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 01JUN | | | | USD OUR: 1536076640TC | 630,026.16 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:BENEFIT PYMTS<br>ORIG ID:9186063000 DESC DATE:<br>CO ENTRY DESCR:DED PMT    SEC:PPD<br>TRACE#:021000026076640 EED:040601<br>IND ID:          2884ACH A<br>IND NAME:W R GRACE  0207-3001 |
| 01JUN | | | | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0276503153FF | 1,710,556.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO.- CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600127 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0601E3B75DIC002575 |
| 01JUN | | | | USD YOUR: 0/B BKAM IL CG0<br>OUR: 0268708153FF | 3,602,857.96 | FEDWIRE CREDIT<br>/071000039<br>VIA: BANK OF AMERICA<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600127 RFB=0/B BKAM IL CG0 BBI<br>=/TIME/11:48<br>IMAD: 0601GIQFGY2C000545 |

FT CODE:

| | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
29 MAY 2004
15 JUN 2004
S00-USA-22
011
Page 2 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 01JUN | 01JUN | USD | YOUR: MAESTRO OUR: 07299031S3FF | 5,400,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=MAESTRO OBI=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME /MAD: 0601A1Q002DC002571 |
| 01JUN | 01JUN | USD | YOUR: MAESTRO OUR: 02634071S3FF | 9,900,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=MAESTRO OBI=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME /MAD: 0601A1Q002DC002571 |
| 02JUN | 02JUN | USD | YOUR: MAESTRO OUR: 03636021S4FF | 1,200,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=MAESTRO OBI=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME /MAD: 0601A1Q002CC000891 |
| 02JUN | 02JUN | USD | YOUR: O/B WACHOVIA BK OUR: 02447031S4FF | 2,626,455.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO /MAD: 0602A1Q002BC001363 |
| 02JUN | 02JUN | USD | YOUR: O/B BKAM IL CGO OUR: 00982081S4FF | 2,869,164.37 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY /MAD: 0602E3B75D1C002753 |

016-001257
29 MAY 2004
15 JUN 2004
S00-USA-22
011
Page 3 of 16

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATTN. DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

TS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 03JUN | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0208313155FF | 428,173.00 | IMAD: 0602610FGY2C000330<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/055000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600 1257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBD |
| | | 03JUN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0205701155FF | 1,539,914.64 | IMAD: 0603E3B75D1C002311<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600 1257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/12:59 |
| | | 04JUN | | USD OUR: 15605249060TC | 11,568.00 | IMAD: 0603G10FGY2C000743<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:OFFSET<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020524906 EED:040604<br>IND ID:9016001257<br>IND NAME:EFT FILE NAME: R155024<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>813432199     CO EFF DATE: 04/06/04 |
| | | 04JUN | | USD YOUR: O/B PNCBANK PITT<br>OUR: 0231013156FF | 241,492.7? | FEDWIRE CREDIT<br>VIA: PNC BANK, NA<br>/043000096<br>B/O: NORILSK NICKEL USA INC<br>PITTSBURGH PA 15276<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600 1257 RFB=O/B PNCBANK PITT OB<br>I=INV 13766 BBI=/TIME/13:43 |

COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001600 1257 RFB=O/B BKAM IL CGO BBI
=/TIME/10:41

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 W. WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
29 MAY 2004
15 JUN 2004
S00-USA-22
011
Page 4 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 04JUN | 04JUN | USD YOUR: O/B WACHOVIA BK<br>OUR: 0215401156FF | 359,243.00 | IMAD: 0604D3B74V9C001308<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO |
| 04JUN | 04JUN | USD YOUR: O/B BKAM IL CGO<br>OUR: 0215013156FF | 831,172.00 | IMAD: 0604E3B75DIC002438<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00016001257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/13:20 |
| 04JUN | 04JUN | USD YOUR: O/B BKAM IL CGO<br>OUR: 0071713156FF | 4,418,748.89 | IMAD: 0604G1QFGY2C000659<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: ADVANCED REFINING TECHNOLOGIES<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00016001257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/10:04 |
| 07JUN | 07JUN | USD YOUR: O/B WACHOVIA BK<br>OUR: 0274214159FF | 1,709,319.00 | IMAD: 0604G1QFGY2C000228<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO |
| 07JUN | 07JUN | USD YOUR: O/B BKAM IL CGO<br>OUR: 0098403159FF | 2,857,022.37 | IMAD: 0607E3B75DIC003309<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 29 MAY 2004
Statement End Date: 15 JUN 2004
Statement Code: S00-USA-22
Statement No: 011

Page 5 of 16

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 07JUN | | | | USD YOUR: CAP OF 04/06/07<br>OUR: 1765400159J0 | 24,088,000.00 | B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600 1257 RFB=0/B BKAM IL CGO BBI<br>=/TIME/10:41<br>IMAD: 0607G1QFGY2C000252<br>BOOK TRANSFER CREDIT<br>B/O: GRACE INTERNATIONAL HOLDINGS,I | | |
| 08JUN | | | | USD YOUR: PUT-OPTION 3 YR<br>OUR: 3408400160FC | 864,480.00 | CAMBRIDGE MA 02140-<br>CHIPS CREDIT<br>VIA: ABN AMRO BANK N V<br>/0958<br>B/O: ABN AMRO BANK N V<br>1000 EA AMSTERDAM, THE NETHERLANDS<br>REF: BBNF=W.R. GRACE AND COMPANY CA<br>MBRIDGE MA 02140-/AC-00001600 1257 O<br>RG=/57407000002941 1000 EA AMSTERDAM,<br>THE NETHERLANDS BBI=/BNF/INTEREST | | |
| 08JUN | | | | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0075907160FF | 1,854,224.00 | SSN: 0201174<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600 1257 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO | | |
| 08JUN | | | | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0081908160FF | 4,354,604.76 | IMAD: 0608E3B75D1C000783<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00 01600 1257 RFB=0/B BKAM IL CGO BBI<br>=/TIME/10:33 | | |
| 08JUN | | | | USD YOUR: PUT-OPTION 3 YR<br>OUR: 3489200160FC | 8,999,980.00 | IMAD: 0608G1QFGY2C000261<br>CHIPS CREDIT<br>VIA: ABN AMRO BANK N V<br>/0958<br>B/O: ABN AMRO BANK N V | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 29 MAY 2004
Statement End Date: 15 JUN 2004
Statement Code: S00-USA-22
Statement No: 011

Page 6 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 09JUN | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 01053I3161FF | 832,464.00 | 1000  EA AMSTERDAM, THE NETHERLANDS<br>REF: BBNF=W.R. GRACE AND COMPANY CA<br>MBRIDGE MA 02140-/AC-00001601257 0<br>RG=/57407000294l 1000 EA AMSTERDAM,<br>THE NETHERLANDS BBI=/BNF/REPAYMENT<br>SSN: 0201199<br>FEDWIRE CREDIT<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0609E3B75DIC001196 | | |
| 09JUN | | | | USD YOUR: MAESTRO<br>OUR: 0346213161FF | 1,600,000.00 | FEDWIRE CREDIT<br>/01100028<br>B/O: W R GRACE & CO - CONN<br>VIA: STATE STREET BANK & TRUST COMP<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=MAESTRO OBI=FUND-31<br>8-P I-5-1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0609A1Q002DC001514 | | |
| 09JUN | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0107001161FF | 1,814,784.04 | FEDWIRE CREDIT<br>/071000039<br>VIA: BANK OF AMERICA<br>COLUMBIA MD 21044-4098<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/11.04<br>IMAD: 0609610FGY2C000316 | | |
| 10JUN | | | | USD YOUR: 040610400868<br>OUR: 042340716Z2FF | 4,062.90 | FEDWIRE CREDIT<br>/0312014467<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=04061040086B OBI=ST | | |

1s

Account No: 016-001257
Statement Start Date: 29 MAY 2004
Statement End Date: 15 JUN 2004
Statement Code: S00-USA-22
Statement No: 011

Page 7 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Checking Statement Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 10JUN | 10JUN | USD | YOUR: 040610400865 OUR: 040720816 2FF | 13,840.80 | OCK STOCK TAX JUNE 4 BBI=/TIME/17:0 /MAD: 0610E3B75DAC004839 FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=040610400865 OBI=ST OCK OPTION COST JUNE 4 BBI=/TIME/17 |
| 10JUN | 10JUN | USD | YOUR: O/B WACHOVIA BK OUR: 017770116 2FF | 603,436.19 | /MAD: 0610E3B75DAC004837 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO |
| 10JUN | 10JUN | USD | YOUR: O/B BKAM IL CGO OUR: 011150316 2FF | 850,151.76 | /MAD: 0610E3B75D1C001183 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B BKAM IL CGO BBI =/TIME/10:54 |
| 10JUN | 10JUN | USD | YOUR: MAESTRO OUR: 037410716 2FF | 8,400,000.00 | /MAD: 0610G1QFGY2C000406 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF:/CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=MAESTRO OBI=FUND-31 8/P I-S 1 ML PREMIER FUND BBI=/TIME |
| 11JUN | 11JUN | USD | YOUR: 040611400669 OUR: 028951316 3FF | 10,327.55 | /MAD: 0610A1Q02GC001701 FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY |