# EXHIBIT "15"



# CITY OF CAMBRIDGE
57 INMAN STREET, CAMBRIDGE, MASSACHUSETTS 02139 • TEL. 498-9048

CONSERVATION COMMISSION                                July 15, 1983

TO:     Robert Healy

FROM:   Janet Burns, Secretary to the Conservation Commission

RE:     Description of the Conservation Commission's involvement
        with the W.R. Grace site and Russell Field

## Background

The MBTA tunnel right of way runs through property owned by the Grace Company. Portions of the property have been used for disposal of process wastes resulting from the manufacture of Daxad. During the subsurface investigation phase for tunnel design, contamination was found within the proposed tunnel construction limits where wastes had been dumped in the mid 1960's and covered with soil. It was this acidic situation which had to be remedied to allow construction of the concrete subway tunnel. Grace and the MBTA split the cost of neutralizing the sludge and contaminated soil in the path of the tunnel and transport to the sanitary landfill at Kingston, MA.

The state D.E.Q.E. performed fairly extensive analysis of the remaining soil on Grace property within the tunnel construction limits as the basis for determining suitability as fill. This was because the material to be removed was otherwise desirable and not all of it was needed for tunnel backfill. Most was used as daily cover for landfill operations.

The D.E.Q.E. did require that excavated soil which had been most contiguous to the acid sludge area was to be stockpiled on site and that the stockpiled soil was to be used as backfill over the tunnel. Some napthalene is present in this soil which accounts for the odor problem but D.E.Q.E. does not consider the amount toxic or hazardous.

CCC00666

Consultants to the MBTA, Goldberg, Zoino Associates, defined the limits of contamination during the design period in 1978, and Grace Company employed the firm of Haley & Aldrich, Inc. to provide additional data with respect to the extent of contaminated sludges disposed of on site. The two firms were in general agreement about areas of sludge disposal. The map submitted to the Conservation Commission by the MBTA in August, 1980 which showed the areas of acid sludge, was based on the work of Goldberg, Zoino.

Conservation Commission

East of the parkway, there have been two filings with the Conservation Commission by the MBTA under the Wetlands Protection Act because of construction impacts to wetland areas located beside the parkway and adjacent to Jerry's Pond, as well as Jerry's Pond. Designated floodplain areas are also a factor.

1. File #123-19 MBTA Construction Contract 091-508A
    Notice of Intent, November 13, 1979
    Superceding Orders of Condition issued by D.E.Q.E., March 28, 1980
    Second D.E.Q.E. permit extension, April 23, 1982

This was a request to construct the tunnel segment east of the parkway and to use Russell Field for storage of backfill. The Russell Field area was to serve as the major depository of backfill material (that excavated material judged suitable) for the adjacent tunnel section as well as the other cut and cover tunnel segments. Stripped top soil from Russell Field was also to be stored there. As can be seen from the attached page of Superceding Orders from D.E.Q.E. the concern focused on management of the stockpiled materials from an erosion and sedimentation point of view. During operations the backfill storage area did extend to outside of the area designated in the Orders and it was not covered or seeded as requested (see attached highlighted note).

2. File #123-24 MBTA Acid Sludge Solidification
    Notice of Intent, August 29, 1980
    Second Extension Permit, October 5, 1982
    Amended Orders of Condition, issued July 8, 1983

CCC00667

The Orders of Condition issued October, 1981 for the acid sludge solidification and removal project included a requirement for

subsequent monitoring of test wells over an 18 month period in order to evaluate effectiveness of the removal operation. All but one of the 12 wells that were included in the monitoring program were destroyed during the removal of the acid sludge and construction of the tunnel, and the monitoring program was never carried out. The T did put in three new wells this spring to begin to pick up where they left off. The parameters to be tested in the original groundwater monitring plan were limited to ph, sulfates and conductivity, which reflected the construction related concerns of the MBTA. To direct implementation of a groundwater monitoring program at this point the Commission has had prepared Amended Orders of Condition which call for new test wells and broadens the scope of parameters to be tested to include napthalene. These Amended Orders were issued July 8, 1983; a copy is attached with a map of new well locations.

The Amended Orders were worked out with representatives of the MBTA and there is no reason to believe they will not comply this time. A final filing is expected sometime this summer relative to the Red Line Extension which will cover mainly compensatory flood storage provisions.

The Commission is aware that there are concerns regarding the extent and type of possible soil and groundwater contamination at the W.R. Grace site. A fair amount of testing has already occured since 1978, by the MBTA, Grace Company and D.E.Q.E. In addition, the development firm now planning for the site apparently intends to do a complete site analysis. The Commission would be happy to participate in any overall review to be undertaken by City officials.

CCC00668