# EXHIBIT "17"

**MASSACHUSETTS
BAY
TRANSPORTATION
AUTHORITY**

James F. O'Leary
*General Manager*
50 High Street
Boston, Massachusetts 02110

September 27, 1983

Cambridge Conservation Commission
City Hall Annex
57 Inman Street
Cambridge, Massachusetts 02139

Attention: Ms. Janet Burns

Subject: DEQE No. 123-24
MBTA Contract No. 091-508
Red Line Northwest: Harvey to Alewife

Dear Commissioners:

In response to Conditions 23 and 25 of the above-cited Order, the following is submitted:

23. As documented in the MBTA's transmittals of July 26, 1983 and August 26, 1983, all of the sludge, questionable soil and mixtures of soil and sludge in the areas identified in the Cambridge Conservation Commission's Order of October 11, 1980 were excavated, treated and transported to a sanitary landfill in Kingston, Mass.

    Of the disturbed soils containing napthalene, a portion has been used as backfill for the Red Line Tunnel and a portion is stockpiled at Russell Field.

    Of the portion used as backfill, a small amount has been placed in the Alewife area and approximately 6,000 cubic yards have been placed on the tunnel west of Davis Square.

    The ultimate location of the remaining soil, which is approximately 20,000 cubic yards, is under review.

CCC00108

Cambridge Conservation Commission
September 27, 1983
Page Two

25. Enclosed is a copy of Section 02200 of the MBTA's Standard Specifications, which relates to backfill, and a memorandum from the Project Manager certifying that the work was performed in compliance with the specifications.

I believe this information satisfactorily responds to Conditions 23 and 25 of the above-cited Order. If you have any questions regarding this information or would like further information, please let me know.

Sincerely,

Donald J. Kidston
Development Coordinator

DJK:aaf
Enclosures

cc: W. J. St. Hilaire, P.E., DEQE
    J. E. Powers
    E. Perko
    M. Barvenik