# EXHIBIT "18"



DEP01133



DEP01134



DEP01135

FILE NO. 0118 02 B44



DEP01136

DEP01137

Groundwater elevation contour map (rotated 90°). Legend and title block along top edge.

LEGEND

110 — CONTOURED GROUNDWATER EL
— CONTOURED GROUNDWATER EL

◆ OBSERVATION WELL

▲ SURFACE WATER SAMPLING S

W.R. GRACE & CO. PROPER

107.2 ▲ WATER LEVEL ELEVATION HE
LOCATION. A BLANK INDIC
LOCATION, READING WAS NOT OBTAINED

107.2 (boxed)

NOTES:

1. BASE PLAN OBTAINED FROM MONACEL

2. GROUNDWATER ELEVATI   BASED OF
IS 105.9 FEET BELOW THE DATU
DATUM (FORMERLY THE USC & GS M
1929). SURFACE ELEVATIONS AT 1
BY ALLEN & DEMURJIAN AND PRESE
1987 PLAN.

3. GROUNDWATER LEVELS IN OBSERVAT
19 OCTOBER 1987.

Haley &
AGA
Consulting Geotechnical Eng
ALPINE CENTER RD
CLEARWATER, MASS

GROUNDWATER ELEVA
OCTOBER
1987

SCALE AS SHOWN

0                    200 feet

DEP01138



DEP01139

February 1988



DEP01141



GROUNDWATER SURFACE
CONTOUR PLAN FOR

A&A
Haley &
Consulting Geotechnical Engineers
ALEWIFE CENT
CAMBRIDGE, MASSA.

SCALE AS SHOWN

March 91

LEGEND:

112.06  GROUNDWATER SURFACE ELEVATION

110  INTERPRETED GROUNDWATER
     CONTOUR

NOTES:

1  GROUNDWATER SURFACE ELEVATIONS
   BASED UPON WATER DEPTH
   ELEVATIONS THE DEPTH TO GROUND.

2  GROUNDWATER SURFACE ELEVATIONS
   IN MASS DATUM

3  LOCATIONS OF GROUNDWATER
   ARE APPROXIMATE AND BASED
   BETWEEN GROUNDWATER CONTOURS.

APPROXIMATE
PROPERTY BOUNDARY

HUSSEY FIELD PARK

JERRYS POND

MBTA STATION AND GARAGE

YATES POND

B411 OW  112.06
SW-1  SD-1

B503 OW  110.19
110.59

B507 OW  110.58
108.58  SW-2A

B705 OW  107.38

B207 OW  104.90
106

B202 OW  108.46
B701 OW  108.29
B212 OW  106.70  SW-3  SD-3

B204 OW  105.77

B960 OW  107.44  SW-2B  SD-2B

B205 OW  106.24
B211A OW  107.43

B904 OW  107.34

B203 OW  106.56
108.40

B205 OW  106.30
B903 OW  106.59

B701 OW  106.70

B201 OW  105.31
B701 OW  106.40

B902 OW  108.40
B902 OW  108.35
BN01 OW  108.49

BN02 OW  108.40
B161A OW  106.36

B101 OW  106.85

B604 OW  105.73
SW-8

SW-3

106

105  106  107  108  110  111

SCALE IN FE

0        280

FILE NO. 10063-60 B24

DEP01143

ALEWIFE CENTER
CAMBRIDGE, MASSACHUSETTS
GROUNDWATER SURFACE ELEVATI
PLAN FOR SEPTEMBER
SCALE AS SHOWN

Sept. 1991

DEP01144

FILE NO. 10063-60 B26



DEP01146

FILE NO. 10063-61 B26



DEP01147