# EXHIBIT "19"

DEP01287

ATTACHMENT 14 (page 585)

WHITTEMORE AVENUE
OFFICE PARKING
No.18
No.22
No.23
No.29
No.8
No.2
No.1
No.5
No.10
No.9
No.13
No.7
No.11
No.25
No.15
No.20
No.17
No.26
No.27
No.33
No.35
No.32
No.45
TOLUENE (10,000)
ACETONE WHITE OIL
LATEX
EMPTY DRUM STORAGE
METHANOL
WATER (100,000)
CONDENSING WATER TANK
PARKING
ROSIN STORAGE
PROPANE
CAUSTIC
NO. 2 OIL (FORMERLY CALCIUM LIGNOSULFATE)
FATTY ACID
SOAP
FUEL OIL
HEAVY FUEL OIL
LIGHT OIL
ALCOHOL
MURIATIC ACID
DRUM STORAGE
DRUM STORAGE MISC. COMPOUNDS
DIESEL FUEL (FORMERLY GASOLINE)
NITROGEN
HEXANE IN DRUMS
FUEL OIL (54,000)
SODIUM HYDROXIDE (9,900)
POTASSIUM HYDROXIDE (9,900)
NAPHTHALENE (18,000)
SULFURIC ACID
FORMALDEHYDE (12,550)
VINYL ACETATE FLASH TANKS
BAGGED NAPHTHALENE STORAGE
PEROXIDE STORAGE SHED
TANK FARM
PARKWAY POND
TANK FARM CONTENTS
DURING BUTADIENE/STYRENE LATEX MANUFACTURE:
STYRENE
BUTADIENE
ACETONE
DURING PVA LATEX MANUFACTURE:
VINYL ACETATE
METHYL ACETATE
METHANOL
DIBUTYL MALEATE
ISOBUTYL ETHER
HEXYLENE GLYCOL
LEGEND:
APPROXIMATE LOCATION AND ORIENTATION OF UNDERGROUND STORAGE TANK. CONTENTS INDICATED ADJACENT TO SYMBOL. VOLUME (IN GALLONS) INDICATED IN PARENTHESES WHERE KNOWN.
APPROXIMATE LOCATIONS AND ORIENTATIONS OF ABOVE GROUND STORAGE TANKS. CONTENTS INDICATED ADJACENT TO SYMBOL. VOLUME (IN GALLONS) INDICATED IN PARENTHESES WHERE KNOWN.
GENERAL LOCATION OF STORAGE AS INDICATED.
APPROXIMATE LOCATION OF SUMP.
W. R. GRACE & CO. PROPERTY BOUNDARIES.
NOTES:
1. BASE PLAN OBTAINED FROM HINES INDUSTRIAL SHOWING 1979 BUILDING LOCATIONS.
2. TANK LOCATIONS, CONTENTS, AND VOLUMES TAKEN FROM INFORMATION SUPPLIED BY W. R. GRACE & CO.
HALEY & ALDRICH, INC.
CAMBRIDGE, MASSACHUSETTS
CONSULTING GEOTECHNICAL ENGINEERS AND GEOLOGISTS
ALEWIFE CENTER MASTER PLAN STUDY
HINES INDUSTRIAL
CAMBRIDGE, MASSACHUSETTS
SITE CONDITIONS DURING DEWEY AND ALMY OPERATIONS
-STORAGE AREAS-

ATTACHMENT
(page 4 of 5)
LEGEND:
W. R. GRACE & CO. PROPERTY BOUNDARIES
BUILDING NO. BUILDING USES
1 CAN LINING COMPOUNDS MANUFACTURING
2 MEDICAL ROOM, CREDIT UNION, MACHINE DESIGN, SMALL BATCH LAB
3 CAP COMPOUNDS MANUFACTURING
4
5 RAW MATERIAL STORAGE
6 CONTROL LAB
7 RECEIVING - SHIPPING AND MAINTENANCE
8 MACHINE SHOP, RESEARCH LABS, RESEARCH LIBRARY, PATENT LIBRARY
9 SMALL BATCH LAB AND ADHESIVES MANUFACTURING
10 MEN'S LOCKER BUILDING
11 WAREHOUSE
12 CONSTRUCTION CHEMICALS MANUFACTURING
13 BOILER ROOM
14 FLUX MANUFACTURING
15 MILL ROOM
16 TOA MANUFACTURING
17 EQUIPMENT STORAGE
18 GENERAL OFFICE
19 FIRE PUMPHOUSE
20 SODA LIME MANUFACTURING
21 FREEZER LABORATORY
22 WAREHOUSE, OFFICES
23 WAREHOUSE, OFFICES
24 PILOT FIBER LABORATORY
25 DRUM RECONDITIONING PLANT
26 ORGANIC CHEMICALS MANUFACTURING
27 ORGANIC CHEMICALS MANUFACTURING
28 TEXTILE AND LITHOGRAPH BLANKET LABORATORY
29 BATTERY SEPARATOR LAB, CAFETERIA
30 CONTAINER SOLVENT LABORATORY
31 INCINERATOR
32 PILOT CHEMICAL LABORATORY
33 WAREHOUSE (ORGANIC) AND OFFICE
34 STORAGE (PILOT LAB)
35 WAREHOUSE (ORGANIC)
36 STORAGE TANK AND HOUSE
37 STORAGE
38 WAREHOUSE
39 PUMP HOUSE
40 STORAGE
41 STORAGE (QUONSET HUT)
42 SPRINKLER VALVE HOUSE
43 ELECTRICAL CELL HOUSE
44-45-46 GUARDHOUSES
NOTES:
1. BASE PLAN OBTAINED FROM HINES INDUSTRIAL.
2. BUILDING USE INFORMATION WAS SUPPLIED BY W. R. GRACE & CO.
3. LOCATIONS OF THE WASH LAGOON AND SETTLING POND WERE TRANSPOSED FROM A BASE PLAN PROVIDED BY SVERDRUP & PARCEL AND ASSOCIATES, INC. DURING THE GROUNDWATER INVESTIGATION CONDUCTED AT THE SITE BY HALEY & ALDRICH, INC., IN 1979 FOR CAMP DRESSER & MCKEE INC.
4. THE DELINEATIONS OF THE PROCESS WASTE AREAS ARE FROM A HALEY & ALDRICH, INC., REPORT ON THE GROUNDWATER CONDITIONS AT THE SITE IN 1979 FOR CAMP DRESSER & MCKEE INC. THEY WERE BASED ON SUBSURFACE INFORMATION AND SURFICIAL FEATURES AND ARE THEREFORE APPROXIMATE.
5. THE COOLING CHANNEL SERVED AS A RETURN FOR WATER WITHDRAWN FROM JERRY'S POND AND USED FOR COOLING OF THE DAXAD MANUFACTURING EQUIPMENT.
6. THE SETTLING POND SERVED AS A LINED DISPOSAL LAGOON FOR WASTEWATER EFFLUENT FROM THE DAXAD MANUFACTURING PROCESS.
7. PROCESS WASTES CONSISTED OF SLUDGE WHICH WAS DREDGED FROM THE SETTLING POND AND FILTER CAKE MATERIAL WHICH WAS REMOVED DIRECTLY FROM THE FILTER USED IN THE DAXAD MANUFACTURING PROCESS.
8. DAXAD IS A PROPRIETARY PRODUCT OF W.R. GRACE & CO.
DEP01288
HALEY & ALDRICH, INC.
CAMBRIDGE, MASSACHUSETTS
CONSULTING GEOTECHNICAL ENGINEERS AND GEOLOGISTS
ALEWIFE CENTER MASTER PLAN STUDY
HINES INDUSTRIAL
CAMBRIDGE, MASSACHUSETTS
SITE CONDITIONS DURING DEWEY AND ALMY OPERATIONS
MADDUX STREET
MADISON AVENUE
HARRISON AVENUE
KIMBALL AVENUE
WHITTEMORE AVENUE
RINDGE AVENUE
ALEWIFE BROOK PARKWAY
RUSSELL FIELD PARK
JERRY'S POND
OFFICE PARKING
PARKING
WATER TANK
OIL TANK
PROCESS WASTE AREA
COOLING CHANNEL
WASH LAGOON
SETTLING POND
SUMP
No. 1
No. 2
No. 3
No. 4
No. 5
No. 6
No. 7
No. 8
No. 9
No. 10
No. 11
No. 12
No. 13
No. 14
No. 15
No. 16
No. 17
No. 18
No. 19
No. 20
No. 22
No. 23
No. 24
No. 25
No. 26
No. 27
No. 29
No. 30
No. 31
No. 32
No. 33
No. 34
No. 35
No. 36
No. 37
No. 38
No. 40
No. 41
No. 42
No. 43
No. 44
No. 45
No. 46