# EXHIBIT "20"



Figure IV-9. Naphthalene and Other Polynuclear Aromatic Hydrocarbon Concentrations in Groundwater and Surface Water. Alewife Center NOR Response, W.R. Grace & Company, Cambridge, Massachusetts. Haley & Aldrich, Inc. February 1998.

CCC01997



Figure IV-8. Concentrations of Total Volatile Organic Compounds in Groundwater and Surface Water. Haley & Aldrich, Inc., Alewife Center NCP Response, W.R. Grace & Company, Cambridge, Massachusetts. February 1988.