# EXHIBIT "21"



Figure VI-9. Waste Storage Areas During Sludge Solidification by the META — Alewife Center for Remote, W.R. Grace & Company, Cambridge, Massachusetts. Haley & Aldrich, Inc. February 1988.