# EXHIBIT "27"



COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
ONE WINTER STREET, BOSTON, MA 02108 617-292-5500

MITT ROMNEY
Governor

KERRY HEALEY
Lieutenant Governor

ELLEN ROY HERZFELDER
Secretary

ROBERT W. GOLLEDGE, Jr.
Commissioner

July 13, 2004

W.R. Grace & Co.- Conn.
62 Whittemore Avenue
Cambridge, MA  02135

RE:  Cambridge - W. R. Grace
62 Whittemore Avenue
RTNs 3-00277 & 3-17014

Attention: Mr. Robert F. Jenkins, V.P Manufacturing

**Comments On The Asbestos Risk characterization**
M.G.L. Chapter 21E & 310 CMR 40.0000

Dear Mr. Jenkins:

The Department is in receipt of a Phase II Report For Asbestos & Asbestos Risk Characterization for 62 Whittemore Ave., Cambridge, W.R. Grace & Co-Conn., dated January 2004. The Phase II Report was prepared by Haley & Aldrich, and the risk characterization was prepared by Cambridge Environmental, Inc. The Department conducted a technical review of this report, albeit the risk characterization for asbestos was the primary focus of this technical review. The Department's Office of Research and Standards also conducted a review which is documented in a June 3, 2004 Memorandum (copy enclosed). This letter summarizes the asbestos risk characterization and provides comments.

*Site Investigation*

The W.R. Grace facility was the location of the manufacture, research and development of several products containing asbestos. Information in the Department's files include copies of patents received by the W.R. Grace, Cambridge, MA facility for the manufacture of several products made with, or potentially made with, asbestos fibers. These products include polyurethane foam sheets, container sealing resins, gasket forming compositions, and flowed-in polyurethane gaskets for pail and drum covers. The Phase II Report attributes the presence of asbestos at the site primarily to the demolition of buildings. The Phase II Comprehensive Site Assessment included a site-wide soil evaluation for the presence of asbestos. Prior to beginning this assessment, involved parties, including representatives for W.R. Grace, MADEP, City of Cambridge and Alewife Neighbors Group met and discussed feasible approaches to site evaluation and risk characterization. This preliminary meeting played some part in the ultimate design of the site sampling plan and selection of analytical methods.

This information is available in alternate format. Call Donald M. Gomes, ADA Coordinator at 617-556-1057. TDD Service - 1-800-298-2207.

DEP on the World Wide Web: http://www.mass.gov/dep
♻ Printed on Recycled Paper

CDD13250

Asbestos was measured in groundwater, soil and surface water samples. The risk characterization states that the asbestos in groundwater does not present a complete exposure pathway, even within the nearby MBTA tunnel, and, the asbestos in surface water is present at levels below the Massachusetts Maximum Contaminant Level for asbestos (7 million fibers per liter). Soil sampling is summarized below.

- Surface soil analyzed in 1998 included 294 samples and 13 contained asbestos. Of these soil samples, 276 were analyzed by Polarized Light Microscopy (PLM, 2.9% contained asbestos) and 18 were analyzed by Transmission Electron Microscopy (TEM, 27.7% contained asbestos).

- Subsurface soil analyzed in 1998 included 488 samples and 18% contained asbestos. Of these soil samples, 457 were analyzed by PLM (15% contained asbestos) and 31 were analyzed by TEM (39% contained asbestos).

- In the Summer of 2000, EPA conducted surface soil sampling (0-3") across the site at selected locations. Thirty-nine soil samples were collected and analyzed by PLM and 10 contained chrysotile asbestos at less than 1%. Twenty-eight surface soils were analyzed by TEM and 27 contained chrysotile asbestos at 0.0003% to 0.02% (WRG-05) by weight. The average TEM result for surface soil was approximately 0.004%

- Additional sampling was conducted in 2003 at selected localized areas where sample results were as high as 18%. Multiple composite samples were collected in these areas (AB-3, AB2-4, AB2-15, AB2-38) and the average concentrations were ~ 1% to 2%. These results were used to support a determination that hotspots are not present. This determination appears consistent with the Department's interpretation of the hotspot definition.

*Exposure Point Concentration*

The average concentration of all the PLM data is 0.4%. The average concentration of all the TEM data is also 0.4%. Based on these averages, it was determined that asbestos does not exceed the MCP default Upper Concentration Limit (UCL) of 1%. For calculating the EPC, for PLM data, trace levels were assumed to be 0.5%, and ND was assumed to be 0.1%. These are reasonable assumptions.

*Risk Characterization*

The current use of the property includes the commercial operations of the W.R. Grace Construction Products Division and One Alewife Center, an office building. The groundwater at the site is category GW-2. The soil is category S-1 based on the possibility that a retail facility could be installed at the site and the frequency of visits by children might increase. The risk characterization describes Future Foreseeable Use as commercial and does not include residential use.

Current and future receptors include nearby residents, adult construction workers, adult office workers, trespassers, pedestrians, children visiting the site, and utility workers.

Incidental ingestion of soil containing asbestos was not found to cause significant risk.

<u>Air Exposures</u>

The average annual ambient dust measurements were as high as 49 ug/m$^3$. The risk characterization opines that the portion of the dust in air likely to be from the site is 6.9 ug/m$^3$.

For current non-excavation exposures, the risk characterization uses ambient air sampling data which indicated that 20 air samples were not found to contain asbestos at a detection limit of 0.0002 fibers per cubic centimeter air, a level which does not exceed the MADEP cancer or non-cancer risk limits.

Future long term non-excavation exposure to nearby residential receptors was modeled for asbestos exposure by windblown dust. Assumptions include 6.9 ug/m$^3$ dust from the site, and continuous lifetime exposure. This scenario estimates a cancer risk for windblown dust (2x10E-4), but assumes that asbestos contaminated soil at depth is brought to the ground surface.

Current and future utility workers were evaluated using DEP's default dust during excavation value of 60 ug/m$^3$, and assuming the utility worker is at the site 1 day per year for 40 years. This inhalation and incidental ingestion exposure scenario did not result in an estimation of significant risk.

For future construction scenarios, it was assumed that the average dust concentration would be 112 ug/m$^3$ (60 ug/m$^3$ of this dust is assumed to be PM10) for a 2 year construction project. This exposure scenario estimates a significant risk for the construction worker (ELCR = 9X10E-5).

For inhalation of windblown dust by nearby residents during construction work, it was assumed that the average dust concentration would be 0.146 ug/m$^3$ for the 2 year construction period. This ambient dust level estimate is significantly less than MADEP's default values for construction and may not be sufficiently conservative for the nearest residential receptors.

No significant risk to safety was estimated using the OSHA PEL as an assumed safety standard for lack of a specifically mandated safety benchmark.

The characterization of the risk to the environment included a Stage I Environmental Screening. The results of the screening indicated that there are not significant concentrations of asbestos in surface soil and there is no complete exposure pathway for mammals, birds or invertebrates to inhale asbestos at significant concentrations.

**Human Health Risk Characterization, Results Summary**

<u>Current Use</u>            <u>ELCR</u>
Nearby Resident         8x10E-7

| | |
|---|---|
| Utility Worker | $2 \times 10E-6$ |

| *Future Use* | *ELCR* |
|---|---|
| Nearby Resident | $2 \times 10E-4$ |
| Utility Worker | $2 \times 10E-6$ |
| Construction Worker | $9 \times 10E-5$ |

**Comments**

1. The risk characterization opines that the portion of the dust in air likely to be from the site is 14%. However, for the purpose of estimating future potential dust exposures, the Department recommends the use of the 60 ug/m$^3$ published default level for PM10 during excavation activities (Guidance for Disposal site Risk Characterization in Support of the Massachusetts Contingency Plan, 1995). Downwind dust concentrations should be evaluated using the Department's default PM10 dust values as the initial site concentrations at the site boundaries.

2. For inhalation of windblown dust by nearby residents during construction work, it was assumed that the average dust concentration would be 0.146 ug/m$^3$, at the residents, for the 2 year construction period (Section 5.2.2.2). This ambient dust level estimate is significantly less than the Department's default value for excavation and does not appear to be sufficiently conservative for the nearest residents. Some residents are adjacent to the site and excavation work could occur at the property boundaries. For the nearest residences there is likely to be little dust dilution. The Department's recommended default excavation PM10 dust level of 60 ug/m3 should be used for nearby residents.

3. The risk characterization does not include residential use as a future foreseeable use. Pursuant to 310 CMR 40.1005(2)(a)(2), not including future residential use in the risk characterization is a use limiting assumption which, in addition to the significant risk findings for the nearby resident and the construction worker, also forms a basis of the need for a Notice of Activity and Use Limitation.

4. For modeling exposure to asbestos in air originating from site soils, the Department's Office of Research and Standards recommends the Interim Superfund Method for the Determination of Releasable Asbestos in Soils and Bulk Materials (Berman & Kolk, 1995) for measuring asbestos concentrations in soil fines. The data from this analysis can then be used to model future asbestos in air concentrations.

5. The risk characterization implies that the asbestos found at the site is in part due to automobile and truck brake use on nearby roads. The Department notes that ATSDR has published a document indicating that background levels of asbestos in soil from vehicle brakes is a possibility but cited no specific studies or information to validate such a claim. The Department is not aware of any supporting information to the claim that there are background levels of asbestos in soil from vehicle brakes.

6. General guidelines recommended by the Department for asbestos measurements include the following:

   ➤ Polarized Light Microscopy by EPA Region One Sediment Screening Method is acceptable for screening and assessing levels of asbestos in soil, but it may not be sufficiently accurate for estimating potential asbestos in respirable dust from contaminated soil.

   ➤ For estimating asbestos concentrations in air, the use of the "Superfund Method For The Determination Of Releasable Asbestos", with soil to air modeling, is acceptable.

   ➤ Other methods for the determination of potential asbestos concentrations in air can be proposed and will be considered by the Department on a case-by case basis. A possible alternative could include the screening of bulk soil samples to approximately respirable sized particles, and analysis of the screened portion of the bulk sample for asbestos. This soil data could then be used for air modeling.

   ➤ The use of equations which incorporate predicted ratios of PLM measurements, to Elutriator measurements, for determining asbestos concentrations in respirable dust, must be evaluated on a case-by-case basis.

These comments are intended to provide an understanding of the Department's interpretation of 310 CMR 40.0000, the Massachusetts Contingency Plan, and related policy and guidance, and to facilitate the resolution of asbestos related issues at the site.

If you have any questions or concerns regarding this matter, please do not hesitate to call Jack Miano, at the Bureau of Waste Site Cleanup in the Northeast Region, at (978) 661-7734.

Sincerely,

This electronic copy is being provided as a cost-saving measure. A signed final version of this document is available for review at the Department.



Jack Miano, Environmental Engineer
Patricia M. Donahue, Chief, Compliance Branch
Bureau of Waste Site Cleanup

CDD13254

cc:     DEP/Boston/NERO, Data Entry (PHASII/TSAUD)
        Cambridge Main Library, 449 Broadway, Cambridge, MA 02139, Attention Reference
            Librarian, W.R. Grace Site
        North Cambridge Library, 60 Rindge Ave., Cambridge, MA 02140, Attention Reference
            Librarian, W.R. Grace Site

ecc:
        City of Cambridge, Mayors Office, Email: mayor@CambridgeMA.GOV
        Alewife Neighbors, Inc., Attention: Mike Nakagawa,
            Email to: www.AlewifeNeighbors.org
        Sam Lipson, Director, Cambridge Public Health Department, Environmental Health Unit,
            Email to: slipson@challiance.org
        City of Cambridge, Community Development Department, John Bolduc,
            Email to: jbolduc@cambridgema.gov
        Haley & Aldrich, Inc., Attention: William Beck, Email to: WWB@HaleyAldrich.com
        Representative Alice Wolf, State House, Email to: Rep.AliceWolf@house.state.ma.us
        Representative James J. Marzilli, State House, Room 443,
            Email to: Rep.JamesMarzilli@hou.state.ma.us
        Representative Anne M. Paulsen, State House, Room 22,
            E-Mail to: Rep.AnnePaulsen@hou.state.ma.us

CDD13255



COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
ONE WINTER STREET, BOSTON, MA 02108  617-292-5500

MITT ROMNEY
Governor

KERRY HEALEY
Lieutenant Governor

ELLEN ROY HERZFELDER
Secretary

ROBERT W. GOLLEDGE, Jr.
Commissioner

## MEMORANDUM

**TO:** Jack Miano, DEP/BWSC

**THROUGH:** Carol Rowan West, Director, DEP/ORS

**FROM:** Andrew Friedmann, DEP/ORS

**DATE:** June 3, 2004

**SUBJECT:** Review of the *Method 3 Risk Characterization* for the W.R. Grace property at 62 Whittemore Avenue in Cambridge *(Appendix F: Phase II Comprehensive Site Assessment for the Presence of Asbestos, 62 Whittemore Avenue, W.R. Grace & Co. – Conn, Cambridge, Massachusetts)* dated January, 2004.

### INTRODUCTION:

The Office of Research and Standards (ORS) has reviewed the Method 3 Asbestos Risk Characterization for the W.R. Grace property at 62 Whittemore Avenue in Cambridge (the Site) (RTN 3-0277). The Risk Characterization, presented in Appendix F of the *Phase II Comprehensive Site Assessment for the Presence of Asbestos, 62 Whittemore Avenue, W.R. Grace & Co. – Conn, Cambridge, Massachusetts (by Haley & Aldrich)*, is dated January 6, 2004 and was performed by Edmund Crouch, Ph.D., and Richard Lester (Crouch and Lester).

The Site consists of the 1-acre One Alewife Center property and a 24-acre W.R. Grace & Co.-Conn property that surrounds the Alewife MBTA Redline entrance on three sides. Industrial activities occurred at the Site from the early 1920s until 1983. According to the Haley & Aldrich *Phase II Comprehensive Site Assessment for the Presence of Asbestos*, the presence of asbestos is most likely attributable to the release of fibers during the demolition and decommissioning of the Grace facility.

Exposure Point Concentrations (EPCs) for current, no-construction scenarios were derived for exposures on-site and at adjacent properties. Current scenario EPCs were determined using two methods, one direct and the other indirect. The direct method was based on measurements of asbestos in ambient air samples obtained at the Site boundary. The indirect method estimated asbestos air concentrations using measurements of asbestos in on-site soil, measurements of total suspended particles (TSP) at the Site boundary, and several conversion factors.

EPCs for future, construction scenarios were also were derived for exposures on-site and at adjacent properties. Future scenario EPCs were determined by an indirect method, using measurements of asbestos in on-site soil, an assumed concentration of TSP ($112\ \mu g/m^3$), and several conversion factors.

The two main conversion factors used in both current and future EPCs were:

This information is available in alternate format by calling our ADA Coordinator at (617) 574-6872.

DEP on the World Wide Web: http://www.state.ma.us/dep

Printed on Recycled Paper

1

CDD13256

- 14% of TSP at adjacent residences originates from the Site (Section 3.3.4 of the Risk Characterization and based on previous dust dispersion modeling) and
- a concentration of 30 µg-asbestos/m³-air equals 1 Phase Contrast Microscopy asbestos fiber/cc-air (Section 5.1.2 and based upon data presented by the National Research Council in 1984).

Using the above-mentioned EPCs, Crouch and Lester assessed current asbestos-related cancer risks to a nearby resident/office worker/transient and a utility worker. They also assessed future asbestos-related cancer risks to a nearby resident, a construction worker, and a utility worker. Both oral and inhalation pathways were considered, although risks due to the inhalation pathway consistently dominated risks by two to three orders of magnitude.

The risk characterization concludes that, under the current condition of no construction, risks to a current nearby resident/office worker/transient and utility worker are below the MCP cancer risk limit of $1 \times 10^{-5}$. However, during a construction scenario, the report concludes that cancer risks to a nearby resident and a construction worker exceed the MCP limit.

The Risk Characterization was reviewed for consistency with:

- Massachusetts General Law Chapter 21E, the Massachusetts Oil and Hazardous Materials Release Prevention and Response Act
- 310 CMR 40.0000, the Massachusetts Contingency Plan (MCP)
- Currently acceptable risk assessment methodologies and guidance including *Guidance for Disposal Site Risk Characterization in Support of the Massachusetts Contingency Plan*, 1995 (Guidance)
- Technical Update: Characterization of Risks Due to Inhalation of Particulates by Construction Workers (April 2002) (http://www.state.ma.us/dep/ors/orspubs.htm)

At your request, ORS has focused this review on portions of the Risk Characterization that present the EPC determinations.

## CONCLUSIONS AND RECOMMENDATIONS

Prior to commenting on the methods to estimate EPCs, it is important to note that the Risk Characterization did not estimate risks for a future resident of the Site. Unless an AUL is proposed to prevent future residential use, asbestos-related risks must be estimated for a future resident.

With regard to the approach used to estimate EPCs for the Site, ORS concludes that both direct and indirect methods likely underestimate EPCs of airborne asbestos at the Site. This conclusion is based upon the timing of direct measurements, as well as TSP assumptions and modeling. Specifically,

*Current, No-Construction Scenarios*

- Direct measurements of TSP and airborne-asbestos were obtained during December and January when soil would be frozen, thereby likely underestimating EPCs present during warmer months.

- In estimating asbestos EPCs for current no-construction scenario using the indirect method, the report assumes, based on modeling not presented in the document, that 14% of TSP at adjacent residences originates from the Site. Modeling results notwithstanding, this assumption is not sufficiently conservative for use in a risk assessment. It should be assumed that the composition of TSP in an adjacent residential yard is identical to the TSP at the Site itself. In other words, if the prevailing winds blow TSP from the Site into an adjacent yard, there is no reason to believe a meaningful amount of, if any, residential TSP originates anywhere but from the Site.

*Future, Construction Scenarios*

- In estimating EPCs for future construction scenarios using the indirect method, the report assumes a TSP of 112 µg/m³. This assumption is not consistent with Guidance and the recent Technical Update: Characterization of Risks Due to Inhalation of Particulates by Construction Workers, April 2002. ORS recommends assuming PM10 concentrations of 60 µg/m³ at construction sites and that 40% of TSP consists of PM10. Using the ORS recommendation, the TSP concentration during construction at the site would be 150

2

µg/m³. Because, using the approach outlined by Crouch and Lester, the TSP concentration is directly related to the EPC, underestimating the former results in a similar underestimation of the other.

- In estimating the EPC for nearby residents during construction, the report does not maintain the 14% relationship between on-site TSP and that for adjacent properties. Based on a TSP concentration of 112 µg/m³ during construction at the Site, the report predicts a site-related EPC of 0.146 µg/m³ at the adjacent residence. This indicates that the Risk Characterization assumed that only 0.13% of residential TSP originated from the Site, an assumption that significantly underestimates the EPC.

Because of the uncertainties regarding indirect measurement of airborne asbestos, ORS recommends that EPCs for asbestos levels in air be developed using a quantitative method that provides a more direct measurement of asbestos in dust from soil. One such method is the Interim Superfund Method for the Determination of Releasable Asbestos in Soils and Bulk Materials (Berman and Kolk, 1995). As mentioned in the Risk Characterization, this method measures asbestos fibers in soil particulate matter released from bulk soil using a particulate separation device called the elutriator. The Department acknowledges the assertion of Mr. Crouch and Mr. Lester regarding "... standardized, validated, or adopted" methods. This assertion notwithstanding, it is the Department's long standing position that any analytical method or modification thereof is acceptable as long as the data is scientifically defensible and has a precision and accuracy commensurate with its intended use. Such data can be obtained with appropriate calibration, standardization and quality control checks.

If you have any questions, please call me at (617) 292-5841.

**REFERENCES**

Berman, D.W. and Kolk, A.J. 1995. Superfund Method For Determination Of Asbestos In Soils And Bulk Materials. Prepared for the Office of Solid Waste and Emergency Response under U.S. EPA Contract No. 68-W9-0059, Work Assignment No. 59-06-D800. Accepted for U.S. EPA publication as an interim method, July.

CDD13258