# EXHIBIT "28"

# GRACE ENVIRONMENTAL REPORTS

| Date | Author | Title |
|---|---|---|
| 2/4/1980 | Haley & Aldrich | Report re Hydrology of Grace Cambridge Site |
| 3/5/1980 | Camp, Dresser & McKee, Inc. | Report on G. W. Investigation--W. R. Grace & Co. |
| 3/5/1980 | Haley & Aldrich, Inc. | Report on Groundwater Investigation W.R. Grace & Company Cambridge, Massachusetts |
| 4/20/1982 | Howard M. Haywood and James J. Dyer | Report on Solidified Sludge & Special Waste |
| 3/1/1983 | Sverdrup & Parcel and Associates, Inc. | Status Report on the Monitoring Program for Groundwater Quality in the Sludge Solidification Area |
| 4/1/1985 | Haley & Aldrich | Report on Subsurface and Hydrogeological Conditions for the Alewife Center Master Plan Study |
| 4/16/1985 | Haley & Aldrich | Environmental Assessment Report for the Proposed Alewife Center Development at the W. R. Grace & Co. Property |
| 4/16/1985 | Haley & Aldrich, Inc. | Environmental Assessment Report for the Proposed Alewife Center Development at the W. R. Grace & Co. Property, Cambridge, MA |
| 5/21/1985 | Jim O'Brien | Review of Environmental Assessment Report for the proposed Alewife Center Development at the W. R. Grace and Co. property |
| 7/8/1985 | NUS Corporation, Superfund Division | Preliminary Assessment of W. R. Grace and Company, Cambridge, Massachusetts |
| 2/10/1987 | U.S. Dept. of Transportation et al | Route 2/Alewife Brook Parkway Project, Draft of Environmental Impact Statement/Report |
| 2/19/1987 | John D. Spengler, C. Mark Smith, et al | Review of the Draft Eir and Related Environmental Assessment Documents for the Proposed Alewife Center Development at the W. R. Grace and Co. Property |
| 5/1/1987 | Haley & Aldrich | Report on Available Environmental Data for Building I of the Alewife Center Project |
| 11/1/1987 | Haley & Aldrich | Long-Term Monitoring Program, Report #1, Alewife Center |
| 11/1/1987 | Monacelli Associates, Inc. | Final Environmental Impact Report for Alewife Center |
| 12/1/1987 | Haley & Aldrich | Report on Oil and Hazardous Material Site Evaluation, Alewife Brook Parkway and Rindge Avenue |
| 3/1/1988 | Haley & Aldrich | Long-Term Monitoring Program, Report #2, Alewife Center |
| 4/1/1988 | Haley & Aldrich | Environmental Data Report For The W.R. Grace & Co. Property In Cambridge, Massachusetts, Volume 1 of 7 |
| 4/1/1988 | Haley & Aldrich | Environmental Data Report For The W.R. Grace & Co. Property In Cambridge, Massachusetts, Volume 2 of 7 |
| 4/1/1988 | Haley & Aldrich | Environmental Data Report For The W.R. Grace & Co. Property In Cambridge, Massachusetts, Volume 3 of 7 |

| Date | Author | Title |
|---|---|---|
| 4/1/1988 | Haley & Aldrich | Environmental Data Report For The W.R. Grace & Co. Property In Cambridge, Massachusetts, Volume 4 of 7 |
| 4/1/1988 | Haley & Aldrich | Environmental Data Report For The W.R. Grace & Co. Property In Cambridge, Massachusetts, Volume 5 of 7 |
| 4/1/1988 | Haley & Aldrich | Environmental Data Report For The W.R. Grace & Co. Property In Cambridge, Massachusetts, Volume 6 of 7 |
| 4/1/1988 | Haley & Aldrich | Environmental Data Report For The W.R. Grace & Co. Property In Cambridge, Massachusetts, Volume 7 of 7 |
| 4/1/1988 | Haley & Aldrich | Environmental Data Report For The W.R. Grace & Co. Property In Cambridge, Massachusetts, Appendix VII-A |
| 5/1/1988 | Haley & Aldrich | Feasibility Study for the W.R. Grace Co. Property in Cambridge, Massachusetts |
| 5/1/1988 | Monacelli Associates, Inc. | Supplemental Final Environmental Impact Report for Alewife Center |
| 5/16/1988 | Edmund A. Crouch, Ph.D. and Laura C. Green, Ph.D. | Health Risk Assessment for the W.R. Grace & Co. Property, Cambridge, Massachusetts |
| 8/1/1988 | Haley & Aldrich | Long-Term Monitoring Program, Report #3, Alewife Center |
| 1/18/1989 | Environmental Solutions, Inc. | W. R. Grace & Co. Biological Treatment Simulation |
| 8/10/1989 | Edmund A. C. Crouch et al | Addenda to Health Risk Assessment for the W.R. Grace & Co. Property, Cambridge, Massachusetts |
| 9/1/1989 | Haley & Aldrich | Alewife Site Additional Data for the "MCP-ization" of the Health Risk Assessment |
| 1/1/1990 | | Work Plan Building 5 Soil Sampling, Alewife Center |
| 1/1/1990 | Haley & Aldrich | Hazardous Material Management Plan, Alewife Center |
| 2/21/1990 | The Commonwealth of Massachusetts | Memorandum Concerning the Risk Assessment for the W. R. Grace Site in Cambridge |
| 9/18/1990 | Environmental Soulutions, Inc. | Status Report W. R. Grace Field, Demonstration Report, Phase II |
| 11/1/1990 | Haley & Aldrich | Report on Long-Term Monitoring, Alewife Center, Cambridge, Massachusetts, September 1990 |
| 8/1/1991 | Haley & Aldrich | Report on Long-Term Monitoring, Alewife Center, Cambridge, Massachusetts, March 1991 |
| 12/1/1991 | Haley & Aldrich | Report on Long-Term Monitoring, Alewife Center, Cambridge, Massachusetts, September 1991 |
| 5/1/1992 | Haley & Aldrich | Report on Long-Term Monitoring, Alewife Center, Cambridge, Massachusetts, March 1992 |
| 1/1/1993 | Haley & Aldrich | Report on Long-Term Monitoring, Alewife Center, Cambridge, Massachusetts, September 1992 |
| 8/1/1993 | Haley & Aldrich | Report on Long-Term Monitoring, Alewife Center, Cambridge, Massachusetts, April 1993 |
| 11/16/1994 | Cambridge Environmental Inc. | Letter Containing Supporting Information for an Activity and Use Limitation opinion |

| Date | Author | Title |
|---|---|---|
| 3/1/1995 | Haley & Aldrich | Report on Long-Term Monitoring, Alewife Center, Cambridge, Massachusetts, December 1994 |
| 8/4/1995 | Haley & Aldrich | LSP Evaluation Opinion RTN 3-0277 |
| 11/1/1995 | Haley & Aldrich | Draft Public Involvement Plan, DEP TRN 3-0277, W.R. Grace & Co.-Conn. |
| 11/1/1995 | Haley & Aldrich | Site and Test Pit Location Plan |
| 12/1/1995 | Haley & Aldrich | Public Involvement Plan DEP RTN 3-0277 |
| 1/31/1996 | Kathleen Brown | Fax to Haley & Aldrich re W. R. Grace documents |
| 3/1/1996 | Haley & Aldrich | Addendum to Final PIP: Appendix G, W.R. Grace & Co.-Conn. |
| 4/1/1996 | Haley & Aldrich | Supplemental Oil and Hazardous Material Site Evaluation, W.R. Grace & Co.-Conn. |
| 4/23/1996 | Environmental Health & Engineering, Inc. | Final Draft Public Health Risk Evaluation for W.R. Grace Site in Cambridge, Massachusetts |
| 9/27/1996 | Haley & Aldrich | Letter re: Resubmittal of Tier Classification for RTM 3-0277 |
| 10/1/1996 | Grace Site Advisory Committee | Grace Site Advisory Committee Report - Environmental - Draft |
| 10/1/1996 | Grace Site Advisory Committee | Grace Site Advisory Committee Report - Environmental - Final Report |
| 10/1/1996 | Resubmittal of Tier Classification for RTM 3-0277 | Resubmittal of Tier Classification for RTM 3-0277, W.R. Grace & Co.-Conn. |
| 12/20/1996 | | Response to the W.R. Grace MCP Permit Application for the Alewife Site in Cambridge |
| 1/1/1997 | The Alewife Study Group | Environmental Scoping, Assessment, Sampling & Analysis on Publicly Owned Property Surrounding the W. R. Grace Site in North Cambridge (e.g., State & MBTA Land, Municipal Property such as Russell Field, etc.), and, if Legally Permissible, on the Grace Site Itself |
| 12/4/1997 | The Boston Globe | "Digging for the Truth in a Cambridge Park" |
| 1/13/1998 | Robert Sorrentino, W. R. Grace | Letter to Commissioner David B. Struhs |
| 1/28/1998 | Haley & Aldrich | Fax to DEP |
| 4/30/1998 | Haley & Aldrich | Letter to DEP re: Addition to W.R. Grace & Co.-Conn. Public Information Repository File |
| 6/17/1998 | Haley & Aldrich | Letter to W.R. Grace & Co.-Conn. re: Asbestos Soil Sampling Program Results |
| 7/14/1998 | Geoinsight, Inc. | Analytical Reports for Asbestos Analysis Performed on Soil Samples Collected at Russell Field |
| 7/23/1998 | | Sampling Plan Evaluation for Asbestos in Soil, W.R. Grace & Co.-Conn. |
| 8/12/1998 | Haley & Aldrich | Letter to W.R. Grace & Co.-Conn. re: Modified Asbestos Sampling Plan |
| 8/25/1998 | W.R. Grace & Co. | Letter to DEP re: Groundwater Soil and Asbestos Summary Tables |

| Date | Author | Title |
|---|---|---|
| 10/7/1998 | Environmental Health and Engineering | Final Report of Results of Subsurface Asbestos Investigation at Russell Field (EH&E 10515) |
| 10/22/1998 | Environmental Health & Engineering, Inc. | Final Report, City of Cambridge, Environmental Site Assessment Subsurface Conditions At Russell Field |
| 10/22/1998 | Environmental Health and Engineering | Environmental Site Assessment Subsurface Conditions at Russell Field |
| 11/1/1998 | Haley & Aldrich | Final Asbestos Sampling Plan, W.R. Grace & Co.-Conn. |
| 11/1/1998 | Haley & Aldrich, Inc. | Final Asbestos Sampling Plan W.R. grace & Co.-Conn. Cambridge, Massachusetts |
| 12/1/1998 | Haley & Aldrich | Supplemental Petroleum in Soil Evaluation, W.R. Grace & Co.-Conn. |
| 12/21/1998 | Haley & Aldrich, Inc. | Notice of Replacement of Report in Public Repositories and of Upcoming Subsurface Exploration Program |
| 12/22/1998 | STL | Bulk Asbestos Analysis |
| 1/1/1999 | Haley & Aldrich | Preliminary Data Report, Asbestos Sampling Program, W.R. Grace & Co.-Conn. |
| 1/1/1999 | Haley & Aldrich | Report on November 1998 Groundwater Quality Monitoring Program, W.R. Grace & Co.-Conn. |
| 1/1/1999 | Haley & Aldrich | Report on Underground Storage Tank Removal, W. R. Grace & Co.-Conn., Cambridge, Massachusetts |
| 4/1/1999 | Haley & Aldrich | Scope of Work Phase II Comprehensive Site Assessment W.R. grace & Co.-Conn. 62 Whitemore Avenue, Cambridge, Massachusetts |
| 4/1/1999 | Haley & Aldrich | Report on Evaluation of Extractable and Volatile Petroleum Hydrocarbons in Soil, W. R. Grace & Co.-Conn, 62 Whittemore Avenue, Cambridge, Massachusetts |
| 4/1/1999 | Haley & Aldrich | Report on Evaluation of Extractable and Volatile Petroleum Hydrocarbons in Soil W. R. Grace & Co.-Conn. 62 Whittemore Avenue Cambridge, Massachusetts |
| 4/1/1999 | Haley & Aldrich | Report on Evaluation for Asbestos in Soil, W. R. Grace & Co.-Conn. |
| 4/1/1999 | Haley & Aldrich | Report on Evaluation of extractable and Lovatile Petroleum Hydrocarbons in Soil, W.R. Grace & Co.-Conn. |
| 4/1/1999 | Haley & Aldrich | Scope of Work, Phase II Comprehensive Site Assessment, W.R. Grace & Co.-Conn. |
| 4/1/1999 | Haley & Aldrich | Report on Underground Storage Tank Removal, W.R. Grace & Co.-Conn. |
| 5/1/1999 | Haley & Aldrich | Public Comment Draft, Phase III Remedial Action Plan Petroleum-Containing Soil Area, W.R. Grace & Co.-Conn. |
| 5/3/1999 | Haley & Aldrich | Letter to DEP re: Notice of Placement in Public Repositories |
| 6/1/1999 | Haley & Aldrich | Report on Linking RTN 3-17014 to Existing Tier IC Classification |
| 6/17/1999 | W.R. Grace & Company | W.R. Grace & Company Public Meeting |

| Date | Author | Title |
|---|---|---|
| 6/22/1999 | | Letter to DEP re: Linking RTN 3-17014 to Existing Tier IC Classification, Public Comment Draft |
| 7/1/1999 | Environmental Health & Engineering | Phase I Site Assessment Report and Tier Classification RTN: 3-17087 Russell Field Park Offrindge Avenue, Cambridge, Massachusetts |
| 7/30/1999 | Haley & Aldrich | Fax to DEP re: W.R. Grace Repository and Tier Classification |
| 8/4/1999 | Haley & Aldrich | Letter to Public Repositories re: Audio Tape Availability and Attached Audio Tapes |
| 3/20/2001 | U.S. Department of Health and Human Services | Health Consultation W. R. Grace Site (a/k/a WR Grace) Cambridge, Middlesex County, Massachusetts EPA Facility ID: MAD001409150 |
| 10/18/2001 | Haley & Aldrich | Public Comment Draft Utility Trench Excavation Release Abatement Measure(RAM) Plan/Asbestos Soil Management Plan |
| 11/11/2002 | Haley & Aldrich | Utility Trench Excavation Release Abatement Measure (RAM) Plan/Asbestos Soil Management Plan (ASMP) |
| 2/5/2003 | Haley & Aldrich | Utility Trench Excavation Release Abatement Measure (RAM) Plan Completion Report |