## CERTIFICATE OF SERVICE

I, Lorraine Diaz, certify that I am not less than 18 years of age, and that service of the foregoing document was made on September 9, 2004 upon:

**VIA HAND DELIVERY**
David W. Carickhoff, Jr.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19801

**VIA FEDERAL EXPRESS**
Rachel R. Schulman
Kirkland & Ellis LLP
200 East Randolph Drive, Suite 6500
Chicago, Illinois 60601

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: September 9, 2004

_____
Lorraine Diaz

Document #: 36965