**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Case No. 01-01139 (JKF) |
| | § | (Jointly Administered) |
| W.R. GRACE & CO., et al., | § | |
| | § | **Related to Docket Nos.** |
| | § | 6275; 6322; 6345 |
| | § | **Hearing Date:** |
| | § | October 25, 2004 at 12:00 p.m. |
| | § | **Objection Deadline:** |
| Debtors. | § | October 7, 2004 by 4:00 p.m. |

## NOTICE OF MOTION

TO:  Attached List of Parties

On September 7, 2004, Baron & Budd, P.C. ("Baron & Budd") and Silber Pearlman, LLP ("Silber Pearlman"), on their own behalf and on behalf of all tort victims they represent filed the Motion Pursuant to Bankruptcy Rule 9023, to Alter or Amend (1) Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (in the *Owens Corning; W.R. Grace & Co.; USG Corporation*; *United States Mineral Products Company*; *The Flintkote Company*; and *Flintkote Mines Limited* cases), and (2) Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (in the *ACandS* and *Armstrong World Industries* cases), or Alternatively, for New Trial.

You are required to file a response to the Motion by **October 7, 2004 by 4:00 p.m.**

At the same time, you must also serve a copy of the response upon Movant's undersigned attorneys, at the addresses listed below, so that it is received by **October 7, 2004 by 4:00 p.m.**

A HEARING ON THE MOTION WILL BE HEARD, ONLY IF A TIMELY OBJECTION IS FILED AND SERVED, on **October 25, 2004 at 12:00 p.m.**, before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, United States Bankruptcy Court, 824 North Market Street, Wilmington, DE  19801.

If YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.


- 2 -

| | |
|---|---|
| Dated: September 9, 2004<br>Wilmington, Delaware | Respectfully submitted, |

*/s/ Daniel K. Hogan*
Daniel K. Hogan (De. Bar No. 2814)
1701 Shallcross Avenue
Suite C
Wilmington, Delaware 19806
Telephone:  (302) 656-7540
Facsimile: (302) 656-7599

*and*

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation**
Sander L. Esserman
Texas Bar No. 06671500
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone : (214) 969-4900
Facsimile: (214) 969-4999

**ATTORNEYS FOR BARON & BUDD, P.C. and SILBER PEARLMAN, LLP**

*and*

**BARON & BUDD, P.C.**
Alan B. Rich
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181