UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------X
In re:                                                     |
                                                           | Chapter 11
W.R. GRACE & CO.-CONN.                                     |
                                                           | Case No. 01-01140
                                                           |
        Debtors.                                           |
-----------------------------------------------------------X   **Claim No. 13352**

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

To: (Transferor)        Zhagrus Environmental, Inc.
                        c/o Envirocare of Utah, Inc.
                        605 North 5600 West
                        Salt Lake City, UT 84116
                        Attn: Craig Thorley

The transfer of your claim as shown above, in the amount of $6,850,000.00 has been transferred (unless previously expunged by court order) to:
                        Envirocare of Utah, Inc.
                        Transferor: Zhagrus Environmental, Inc.
                        605 North 5600 West
                        Salt Lake City, UT 84116
                        Attn: Craig Thorley

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

  - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

        United States Bankruptcy Court
        District of Delaware
        824 Market Street, Room 525
        Wilmington, DE 19801

  - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. ____ in your objection. If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
                                                                Intake Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2004.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                               _____
                                                        Deputy Clerk

RECEIVED
AUG 17 2004

Mona L. Burton, # 5399 (Utah)
HOLLAND & HART LLP
60 E. South Temple, Suite 2000
Salt Lake City, Utah 84111-1031
Telephone: (801) 595-7800
Fax: (801) 364-9124

*Counsel for Envirocare of Utah, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Bankruptcy No. 01-01139 |
| W.R. GRACE & CO., | (Chapter 11) |
| Debtor, | |

## ASSIGNMENT OF PROOF OF CLAIM

Pursuant to Fed. R. Bankr. Proc. 3001(e), Envirocare of Utah, Inc. ("Envirocare") gives notice that it is the transferee of Proof of Claim No. 00013352, previously filed herein by Zhagrus Environmental, Inc. ("Zhagrus") as a general unsecured claim in the amount of $6,850,000.

Attached hereto is a true and correct copy of the Proof of Claim filed by Zhagrus on or about March 31, 2003. Also attached hereto is the Agreement between Zhagrus and Envirocare under which Zhagrus assigned to Envirocare all amounts and obligations owing by the Debtor to Zhagrus.

All payments on account of the assigned claim shall be made to:

Envirocare of Utah, Inc.
605 N. 5600 West
Salt Lake City, UT 84116

Dated: August 14, 2004.

Respectfully submitted,

*Mona Burton*

Mona L. Burton
Counsel for Envirocare of Utah, Inc.

## CERTIFICATE OF SERVICE

I certify that on August __16__, 2004, I served a copy of the foregoing document to the following by

☒ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Fax

Claims Processing Agent
Re: W.R. Grace. & Co. Bankruptcy
P.O. Box 1620
Faribault, MN 55021-1620

Zhagrus Enviromental, Inc.
C/o Envirocare of Utah, Inc.
605 N. 5600 West
Salt Lake City, UT 84116

_____Caryn J. Kelly_____

3261838_1.DOC

-3-