## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 30, 2004** |
| | | **Hearing Date: December 20, 2004 @ 12:00 PM** |

## SUMMARY OF THE THIRTEENTH INTERIM QUARTERLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004[1]

Name of Applicant:                                  Richardson Patrick Westbrook
                                                    & Brickman, LLC

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                Appointment Order effective
                                                    As of July 22, 2002

Period for which compensation and
Reimbursement is sought:                            April 1, 2004 through
                                                    June 30, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                          $ 29,557.50

Amount of Expenses Reimbursement:                   $ 0

This is a: _ monthly   X quarterly application

Prior Application filed: Yes

---

[1] RPWB became counsel in this matter over a year after it was filed. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, RPWB is titling this the "Thirteenth Interim Quarterly Application, (although it is actually RPWB's eighth such application).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 31, 2002 | 7/22/02 – 9/30/02 | $170,069.50 | $44,005.38 | $170,069.50 | $42,828.33 |
| December 2, 2002 | 10/01/02- 10/31/02 | $163,682.00 | $35,319.00 | $63,682.00 | $35,319.00 |
| January 8, 2003 | 11/01/02- 11/30/02 | $115,319.00 | $5,714.09 | $115,319.00 | $5,714.09 |
| February 17, 2003 | 12/01/02- 12/31/02 | $104,018.00 | $32,439.18 | $104,018.00 | $32,439.18 |
| March 12, 2003 | 01/01/03- 01/31/03 | $142,944.50 | $68,022.89 | $142,944.50 | $68,022.89 |
| April 8, 2003 | 02/01/03- 02/28/03 | $217,149.00 | $31,928.29 | $217,149.00 | $31,928.29 |
| May 16,2003 | 03/01/03- 03/31/03 | $248,048.00 | $66,978.32 | $248,048.00 | $66,978.32 |
| July 1, 2003 | 04/01/03- 04/30/03 | $102,950.00 | $149,727.83 | $102,950.00 | $149,727.83 |
| July 21, 2003 | 05/01/03- 05/31/03 | $174,462.25 | $48,658.57 | $174,462.25 | $48,658.57 |
| August 15, 2003 | 06/01/03- 06/30/03 | $202,080.25 | $71,550.40 | $202,080.25 | $71,550.40 |
| September 15, 2003 | 07/01/03- 07/31/03 | $126,035.00 | $25,802.60 | $126,035.00 | $25,802.60 |
| October 23, 2003 | 08/01/03- 08/30/03 | $121,733.75 | $26,563.23 | $121,733.75 | $26,563.23 |
| November 12, 2003 | 09/01/03- 09/30/03 | $69,708.00 | $19,989.71 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| December 8, 2003 | 10/01/03- 10/30/03 | $24,786.50 | $5,853.38 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| February 8, 2004 | 11/01/03- 11/30/03 | $13,566.00 | $106.03 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| February 8, 2004 | 12/01/03- 12/31/03 | $12,107.50 | $11,256.59 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| April 21, 2004 | 01/01/04- 01/31/04 | $17,311.00 | $1,427.54 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| April 21, 2004 | 02/01/04- 02/29/04 | $36,536.50 | $3,023.68 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| July 23, 2004 | 03/01/04- 03/31/04 | $6,212.50 | $100.02 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| August 17, 2004 | 04/01/2004- 04/30/2004 | $327.50 | $ 0 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| August 17, 2004 | 05/01/2004- 05/31/2004 | $1,962.50 | $ 0 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| August 17, 2004 | 06/01/2004- 06/20/2004 | $24,797.50 | $ 0 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 23.4 | $15,210.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | .1 | $40.00 |
| James L. Ward | Associate | 6 | Litigation | $265 | .5 | $132.500 |
| TOTALS | | | | | 24.0 | $15,382.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 18 | Litigation | $125 | 113.4 | $14,175.00 |
| TOTALS | | | | | 113.4 | $14,175.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 137.4 | $29,557.50 |
| TOTALS | 137.4 | $29,557.50 |

## ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---|
| There were no expenses during this interim period | |
| Total | $ 0 |

Dated: September 10, 2004
Wilmington, DE

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P. O. Box 1630
Wilmington, Delaware 19899
(302) 428-3181

*Local Counsel for ZAI Claimants*

and

Edward J. Westbrook
RICHARDSON PATRICK WESTBROOK &
BRICKMAN
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6513
FAX: (843) 727-6688

*Lead Counsel for ZAI Claimants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 30, 2004** |
| | | **Hearing Date: December 20, 2004 @ 12:00 PM** |

## THIRTEENTH INTERIM QUARTERLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004[1]

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Appointment Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Amended Interim Compensation Order" and collectively with the Interim Compensation Order, the "Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Richardson Patrick Westbrook & Brickman ("Applicant" or "RPWB"), ZAI Lead Special Counsel, hereby applies for an order allowing it: (i) compensation in the amount of $29,557.50 for the reasonable and necessary legal services RPWB has rendered; and (ii) reimbursement for the actual and necessary expenses RPWB has incurred in the amount of $ 0 (the "Thirteenth Interim Quarterly Fee Application"), for the interim quarterly period from April

---

[1] RPWB became counsel in this matter over a year after it was filed. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, RPWB is titling this the "Thirteenth" Interim Quarterly Application, (although it is actually RPWB's eighth such application).

1, 2004 through June 30, 2004 (the "Fee Period"). In support of this Application, RPWB respectfully states as follows:

## Background

### Retention of RPWB

1.      On April 2, 2001 (The "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      By this Court's order effective as of July 22, 2002, RPWB was appointed as ZAI Lead Special Counsel to prosecute the ZAI "Science Trial" issues on behalf of the ZAI Claimants' position against Debtors' position (the "Appointment Order"). The Appointment Order authorizes a total budget for ZAI Counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the Science Trial, against which RPWB may be compensated for legal services at its hourly rates as specified to the Court, and for actual and necessary out-of-pocket expenses incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court[2]. On May 3, 2001, this Court entered the Interim Compensation Order and entered the Amended Interim Compensation Order

---

[2] The rates billed by RPWB are within the range of rates previously identified to the Court. The rates of the two principal RPWB partners involved here, Edward J. Westbrook ($650) and Robert M. Turkewitz ($400) were provided in the June 7, 2002 filing, "The Official Committee of Asbestos Property Damage Claimants' Response and Motion Pursuant to Section 503 of the Bankruptcy Code to Retain Special Counsel For the Purpose of Defending Objections to Zonolite Attic Insulation Proofs of Claim" (at 6-7). Other RPWB lawyers and

on April 17, 2002. On July 28, 2003, the Court entered an Order increasing the budget by $950,000 per side for additional attorney fees and expenses.

## Monthly Interim Fee Applications Covered Herein

3.      Pursuant to the procedures set forth in the Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application") subject to any objections lodged by the Notice Parties, as defined in the Compensation Order. If no objection is filed to a Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4.      Furthermore, and also pursuant to the Compensation Order, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

---

professionals are being billed at rates commensurate with their experience and in the same range as other firms are billing in this bankruptcy (i.e. $150-$340 for associates and $75 to $125 for paralegals).

5.    This is the sixth Interim Quarterly Fee Application that RPWB has filed with the
      Bankruptcy Court in connection with these Chapter 11 Cases. (See Footnote 1)

6.    RPWB has filed the following Monthly Fee Applications for interim compensation
      during this Fee Period:

      1.    Application of Richardson, Patrick, Westbrook & Brickman, LLC for
            Compensation for Services and Reimbursement of Expenses as ZAI Special Lead
            Counsel for the Interim Period from April 1, 2004 through April 30, 2004 filed
            August 17, 2004, (the "April Application") attached hereto as Exhibit A.

      2.    Application of Richardson, Patrick, Westbrook & Brickman, LLC for
            Compensation for Services and Reimbursement of Expenses as ZAI Special Lead
            Counsel for the Interim Period of May 1, 2004 through May 31, 2004 filed
            August 17, 2004, (the "May Application") attached hereto as Exhibit B.

      3.    Application of Richardson, Patrick, Westbrook & Brickman, LLC for
            Compensation for Services and Reimbursement of Expenses as ZAI Special Lead
            Counsel for the Interim Period of June 1, 2004 through June 30, 2004 filed
            August 17, 2004, (the "June Application") attached hereto as Exhibit C.

7.    The period for objecting to the fees and expense reimbursement requested in the April,
      May and June 2004 Fee Applications has passed and Certificates of No Objection have
      been filed for said applications.

8.    During the Fee Period, RPWB has prepared for the ZAI Science Trial as detailed in the
      Application.

**Requested Relief**

9.　　By this Thirteenth Interim Quarterly Fee Application, RPWB requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by RPWB for the Fee Period as detailed in the Application, less any amounts previously paid to RPWB pursuant to the Application and the procedures set forth in the Compensation Order. The full scope of services provided and the related expenses incurred are fully described in Exhibits A through C.

**Disinterestedness**

10.　　With the exception of its representation of asbestos claimants, RPWB does not hold or represent any interest adverse to the estates as stated in the Affidavit of Edward J. Westbrook in Support of the Application of the Asbestos Property Damage Committee to Retain Special Counsel, filed June 7, 2002.

11.　　In addition, RPWB may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.

**Representations**

12.　　RPWB believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

13.　　RPWB performed the services for which it is seeking compensation under its Court Appointment effective as of July 22, 2002.

14.    During the Fee Period, RPWB has received no payment, nor has it received any promises for payment, from any other source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

15.    Pursuant to Fed. R. Bank. P. 2016(b), RPWB has not shared, nor has it agreed to share: (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of RPWB; or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

16.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. RPWB reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

WHEREFORE, RPWB respectfully requests that the Court enter an order providing: (a) that for the Fee Period an administrative allowance be made to RPWB in the sum of (i) $29,557.50 as compensation for reasonable and necessary professional services, and (ii) $ 0 for reimbursement of actual and necessary costs and expenses incurred (for a total of $29,557.50); (b) that the Debtors be authorized and directed to pay to RPWB the outstanding amount of such sums less any sums previously paid to RPWB pursuant to the Application and the procedures set forth in the Compensation Order; and (c) that this Court grant such further relief as is equitable and just.[3]

---

[3] RPWB recognizes that payment of some of the amount requested herein is contingent on the Court increasing the current ZAI Science Trial budget.

Dated: September 10, 2004
Wilmington, DE

ELZUFON  AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*

William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P. O. Box 1630
Wilmington, Delaware 19899
(302) 428-3181

*Local Counsel for ZAI Claimants*

and

Edward J. Westbrook
RICHARDSON PATRICK WESTBROOK &
BRICKMAN
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6513
FAX: (843) 727-6688

*Lead Counsel for ZAI Claimants*

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                                                )
COUNTY OF CHARLESTON      )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 8th  day of September 2004.


Kimberly Anderson Garcia
Notary Public for South Carolina

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 9/7/2004** |
| | | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004

Name of Applicant:                               Richardson Patrick Westbrook
                                                 & Brickman, LLC

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                             July 22, 2002

Period for which compensation and
Reimbursement is sought:                         April 1, 2004 through
                                                 April 30, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                       $ 327.50

Amount of Expenses Reimbursement:                $ 0

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | Pending | Pending |

This is the nineteenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 3.4 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | .2 | $130.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | .1 | $40.00 |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | .5 | $132.50 |
| TOTALS | | | | | .8 | $302.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | .2 | $25.00 |
| TOTALS | | | | | .2 | $25.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 1.0 | $327.50 |
| TOTALS | 1.0 | $327.50 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|

No Expenses During the Time Period

Total                                                          $0

Dated:  August 17, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook & Brickman
174 East Bay Street
Charleston, SC 29401
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA      )
                             )
COUNTY OF CHARLESTON         )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.


_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 30th day of July, 2004.


_____
Kimberly Anderson- Garcia
Notary Public for South Carolina


My Commission Expires
February 4, 2014

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 9/7/2004** |
| | | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004

# Time report

## 04/01/2004 - 04/30/2004

| ate / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|

**ansaction:** L106

**Day:** 04/02/2004

| /02/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.20 | $130.00 |
| ewestbrook | 0000 | | Conversation with Darrell Scott regarding ZAI and strategy | | | |
| /02/2004 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.10 | $26.50 |
| ward | 0000 | | Review article regarding Health Canada vermiculite attic insulation warnings | | | |

**Day:** 04/26/2004

| /26/2004 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.10 | $26.50 |
| ward | 0000 | | Conference with Mr. Turkewitz regarding deadline for requesting documents from MacArthur OSHA inspection file | | | |
| /26/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.10 | $40.00 |
| turkewitz | 0000 | | Conference with Jay Ward regarding deadline for requesting documents from MacArthur OSHA inspection file | | | |

**Day:** 04/27/2004

| /27/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.20 | $25.00 |
| kerrison | 0000 | | Conversations with Jay Ward regarding MacArthur OSHA inspection file project | | | |
| /27/2004 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.30 | $79.50 |
| ward | 0000 | | Multiple conferences with Ms. Kerrison regarding assistance needed locating information on MacArthur OSHA inpsection file (.2); review documents and e-mail messages regarding same (.1) | | | |

| | | |
|---|---|---|
| **Grand Total:** | | **$327.50** |
| **Expense Grand Total:** | | **$0.00** |
| **Time Grand Total:** | | **$327.50** |
| **Total Hours/Report:** | | **1.00** |
| **Count:** | | **6** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from April 1, 2004 through April 30, 2004* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: August 17, 2004                          */s/ William D. Sullivan*
                                                William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 9/7/04** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE <u>INTERIM PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004</u>

Name of Applicant:        Richardson Patrick Westbrook
                & Brickman, LLC

Authorized to Provide Professional Services to:  Zonolite Attic Insulation Claimants

Date of Appointment:       July 22, 2002

Period for which compensation and
Reimbursement is sought:      May1 1, 2004 through
              May 31, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:     $ 4,432.50

Amount of Expenses Reimbursement:   $ 0

This is a: <u>X</u> monthly _ interim _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | Pending | Pending |
| 8/11/04 | 4/1/2004- 4/30/2003 | $327.50 | $0 | Pending | Pendng |

This is the Twentieth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 3.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 3.8 | $2,470.00 |
| TOTALS | | | | | 3.8 | $2,470.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 15.7 | $1,962.50 |
| TOTALS | | | | | 15.7 | $1,962.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 19.5 | $4,432.50 |
| TOTALS | 19.5 | $4,432.50 |

## 23-ZAI Science Trial Expenses

<u>Description</u>                                    <u>Amount</u>

No Expenses During the Time Period

Total                                                     $0

Dated:  August 17, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook & Brickman
174 East Bay Street
Charleston, SC 29401
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA )
                                )
COUNTY OF CHARLESTON )

       Edward J. Westbrook, after being duly sworn according to law, deposes and says:

       a)     I am counsel with the applicant law firm Richardson, Patrick, Westbrook &
Brickman, and have been admitted to appear before this Court.

       b)     I have personally performed many of the legal services rendered by Richardson
Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on
behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick
Westbrook & Brickman.

       c)     I have reviewed the foregoing application and the facts set forth therein are true
and correct to the best of my knowledge, information and belief. Moreover, I have reviewed
Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and
331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses
for Professionals and Official Committee Members', signed April 17, 2002, and submit that the
Application substantially complies with such Rule and Order.

                                             Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 30th day of July, 2004.


Kimberly Anderson-Garcia
Notary Public for South Carolina

My Commission Expires
February 4, 2014

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 9/7/04** |
| | | **Hearing Date:  TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004

08/09/2004

# Time report

### 05/01/2004 - 05/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | |

**Day:**      **05/03/2004**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| 05/03/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI sales information | $125.00 | 1.00 |

**Day:**      **05/20/2004**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| 05/20/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review various ZAI files | $125.00 | 0.70 |
| 05/20/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversations with Grace counsel regarding ZAI, review file regarding ZAI in preparation for conference | $650.00 | 1.30 |

**Day:**      **05/24/2004**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| 05/24/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend telephone conference hearing wiht the Court, prepare for conference and participate regarding ZAI issues | $650.00 | 2.50 |
| 05/24/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review various ZAI files (1); summarize 5/6/04 Bertram Price deposition | $125.00 | 4.00 |

**Day:**      **05/25/2004**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| 05/25/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Finish summarizing Bertam Price Deposition | $125.00 | 3.50 |

**Day:**      **05/27/2004**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| 05/27/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review various ZAI files | $125.00 | 6.50 |

| | |
|---|---|
| **Grand Total:** | **$4,·** |
| **Expense Grand Total:** | |
| **Time Grand Total:** | **$4,·** |
| **Total Hours/Report:** | |
| **Count:** | |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from May 1, 2004 through May 31, 2004* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: August 17, 2004

*/s/ William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 9/7/2004** |
| | | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | June 1, 2004 through June 30, 2004 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 24,797.50 |
| Amount of Expenses Reimbursement: | $ 0 |

This is a: X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | Pending | Pending |
| 8/11/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | Pending | Pending |
| 8/11/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | Pending | Pending |

This is the Twenty-First RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 3.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 19.4 | $12,610.00 |
| TOTALS | | | | | 19.4 | $12,610.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 97.5 | $12,187.50 |
| TOTALS | | | | | 97.5 | $12,187.50 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 116.9 | $24,797.50 |
| TOTALS | 116.9 | $24,797.50 |

### 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|

No Expenses During the Time Period

Total                                                                    $0

Dated: August 17, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook & Brickman
174 East Bay Street
Charleston, SC 29401
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA  )
                                       )

COUNTY OF CHARLESTON  )

        Edward J. Westbrook, after being duly sworn according to law, deposes and says:

        a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

        b)      I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

        c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

 

                                                 Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 30th day of July, 2004.

Kimberly Anderson-Garcia

Notary Public for South Carolina

My Commission Expires
February 4, 2014

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 9/7/2004** |
| | | **Hearing Date: TBD only if necessary** |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004**

# Time report

## 06/01/2004 - 06/30/2004

| ate<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|

**y:** **06/01/2004**

| /01/2004<br>:errison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputting general information | $125.00 | 7.60 | $950.00 |

| | | | Daily Total: | | | $950.00 |
| | | | Expense Total: | | | $0.00 |
| | | | Time Total: | | | $950.00 |
| | | | Total Hours/Day: | | | 7.60 |

**y:** **06/02/2004**

| 02/2004<br>:errison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputting general information | $125.00 | 5.00 | $625.00 |

| | | | Daily Total: | | | $625.00 |
| | | | Expense Total: | | | $0.00 |
| | | | Time Total: | | | $625.00 |
| | | | Total Hours/Day: | | | 5.00 |

**/:** **06/03/2004**

| )3/2004<br>errison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputting general information | $125.00 | 7.50 | $937.50 |

| | | | Daily Total: | | | $937.50 |
| | | | Expense Total: | | | $0.00 |
| | | | Time Total: | | | $937.50 |
| | | | Total Hours/Day: | | | 7.50 |

**/:** **06/07/2004**

| )7/2004<br>errison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputting general information | $125.00 | 6.00 | $750.00 |

# Time report

## 06/01/2004 - 06/30/2004

| te | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

|  |  |  | **Daily Total:** |  |  | **$750.00** |
|  |  |  | **Expense Total:** |  |  | **$0.00** |
|  |  |  | **Time Total:** |  |  | **$750.00** |
|  |  |  | **Total Hours/Day:** |  |  | **6.00** |

**y:**          06/08/2004

| /08/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| kerrison | 0000 | | Reviewing ZAI database for sales information and inputting general information and reviewing documents for ZAI pid | | | |

|  |  |  | **Daily Total:** |  |  | **$875.00** |
|  |  |  | **Expense Total:** |  |  | **$0.00** |
|  |  |  | **Time Total:** |  |  | **$875.00** |
|  |  |  | **Total Hours/Day:** |  |  | **7.00** |

**y:**          06/10/2004

| 10/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| errison | 0000 | | Reviewing ZAI database for sales information and inputting general information, begin ZAI pid chart and show Kim Camarda ZAI pid project | | | |

|  |  |  | **Daily Total:** |  |  | **$1,000.00** |
|  |  |  | **Expense Total:** |  |  | **$0.00** |
|  |  |  | **Time Total:** |  |  | **$1,000.00** |
|  |  |  | **Total Hours/Day:** |  |  | **8.00** |

**/:**          06/15/2004

| 15/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| errison | 0000 | | Reviewing ZAI database for sales information and inputting general information | | | |

|  |  |  | **Daily Total:** |  |  | **$875.00** |
|  |  |  | **Expense Total:** |  |  | **$0.00** |
|  |  |  | **Time Total:** |  |  | **$875.00** |
|  |  |  | **Total Hours/Day:** |  |  | **7.00** |

**/:**          06/16/2004

# Time report

## 06/01/2004 - 06/30/2004

| ate<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| /16/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Begin working on ZAI Claimants' Status Report | $650.00 | 3.00 | $1,950.00 |
| /16/2004<br>kerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputting general information | $125.00 | 2.00 | $250.00 |

|  |  |
|---|---|
| **Daily Total:** | **$2,200.00** |
| **Expense Total:** | **$0.00** |
| **Time Total:** | **$2,200.00** |
| **Total Hours/Day:** | **5.00** |

**y:**  **06/17/2004**

| ate<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| /17/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued work on ZAI Claimants' Status Report, discussions and emails with other lawyers regarding same | $650.00 | 9.00 | $5,850.00 |
| /17/2004<br>kerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputting general information and addition for ZAI pid chart | $125.00 | 7.00 | $875.00 |

|  |  |
|---|---|
| **Daily Total:** | **$6,725.00** |
| **Expense Total:** | **$0.00** |
| **Time Total:** | **$6,725.00** |
| **Total Hours/Day:** | **16.00** |

**y:**  **06/21/2004**

| ate<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 21/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued work on ZAI Claimants' Status Report, discussions with co-counsel and other lawyers within the firm, finalized report, exhibits and sent for filing | $650.00 | 6.00 | $3,900.00 |

|  |  |
|---|---|
| **Daily Total:** | **$3,900.00** |
| **Expense Total:** | **$0.00** |
| **Time Total:** | **$3,900.00** |
| **Total Hours/Day:** | **6.00** |

**r:**  **06/22/2004**

| ate<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 22/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |

# Time report

## 06/01/2004 - 06/30/2004

| te<br>imekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| kerrison | 0000 | | Reviewing ZAI database for sales information and inputting general information | | | |

| | | | Daily Total: | | | $875.00 |
| | | | Expense Total: | | | $0.00 |
| | | | Time Total: | | | $875.00 |
| | | | Total Hours/Day: | | | 7.00 |

**y:**  06/23/2004

| 23/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
|---|---|---|---|---|---|---|
| westbrook | 0000 | | Review article regarding disease from installing ZAI in the Deerborne area | | | |
| 23/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.20 | $900.00 |
| errison | 0000 | | Reviewing ZAI database for sales information and inputting general information; conversation with ZAI user | | | |

| | | | Daily Total: | | | $1,095.00 |
| | | | Expense Total: | | | $0.00 |
| | | | Time Total: | | | $1,095.00 |
| | | | Total Hours/Day: | | | 7.50 |

**y:**  06/24/2004

| 24/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.20 | $900.00 |
|---|---|---|---|---|---|---|
| errison | 0000 | | Reviewing ZAI database for sales information and inputting general information | | | |

| | | | Daily Total: | | | $900.00 |
| | | | Expense Total: | | | $0.00 |
| | | | Time Total: | | | $900.00 |
| | | | Total Hours/Day: | | | 7.20 |

**:**  06/28/2004

| 28/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.10 | $715.00 |
|---|---|---|---|---|---|---|
| westbrook | 0000 | | Status report review | | | |
| 28/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| errison | 0000 | | Reviewing ZAI database for sales information and inputting general information | | | |

# Time report

## 06/01/2004 - 06/30/2004

| ate<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|

|  |  |  | **Daily Total:** |  |  | **$1,277.50** |
|  |  |  | **Expense Total:** |  |  | **$0.00** |
|  |  |  | **Time Total:** |  |  | **$1,277.50** |
|  |  |  | **Total Hours/Day:** |  |  | **5.60** |

**y:**            06/29/2004

| /29/2004<br>Kerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputting general information; draft ZAI user affidavit | $125.00 | 7.00 | $875.00 |

|  |  |  | **Daily Total:** |  |  | **$875.00** |
|  |  |  | **Expense Total:** |  |  | **$0.00** |
|  |  |  | **Time Total:** |  |  | **$875.00** |
|  |  |  | **Total Hours/Day:** |  |  | **7.00** |

**y:**            06/30/2004

| 30/2004<br>Kerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputting general information | $125.00 | 7.50 | $937.50 |

|  |  |  | **Daily Total:** |  |  | **$937.50** |
|  |  |  | **Expense Total:** |  |  | **$0.00** |
|  |  |  | **Time Total:** |  |  | **$937.50** |
|  |  |  | **Total Hours/Day:** |  |  | **7.50** |

|  |  |  | **Grand Total:** |  |  | **$24,797.50** |
|  |  |  | **Expense Grand Total:** |  |  | **$0.00** |
|  |  |  | **Time Grand Total:** |  |  | **$24,797.50** |
|  |  |  | **Total Hours/Report:** |  |  | **116.90** |
|  |  |  | **Count:** |  |  | **20** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from June 1, 2004 through June 30, 2004* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: August 17, 2004                    */s/ William D. Sullivan*
                                           William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Thirteenth Interim Quarterly Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from April 1, 2004 through June 30, 2004* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: September 10, 2004                                    */s/ William D. Sullivan*
                                                                    William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899