IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, <u>et</u> <u>al.</u>, | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 6146 |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 6146**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for July 1, 2004 through July 31, 2004 filed on August 9, 2004. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than August 30, 2004. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

September 10, 2004                                    **WARREN H. SMITH & ASSOCIATES, P.C.**

                                                      By: _____
                                                          Warren H. Smith
                                                          State Bar No. 18757050

                                                      325 N. St. Paul Street, Suite 1275
                                                      Republic Center
                                                      Dallas, Texas 75201
                                                      (214) 698-3868
                                                      (214) 722-0081 (FAX)
                                                      **FEE AUDITOR**

WRGraceCNO07.04.rtf