IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W. R. GRACE & CO., et al., | ) ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE
<u>OF DAVID C. FIXLER, ESQ.</u>**

Peter C. Hughes, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of David C. Fixler, of Rubin and Rudman LLP, to represent Massachusetts Bay Transportation Authority (MBTA) in this action. The Admittee is admitted to practice, and in good standing in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the State of Rhode Island.

                DILWORTH PAXSON LLP

                By: /s/ Peter C. Hughes
                    Peter C. Hughes, Esquire
                    Id. No. 4180
                    Dilworth Paxson LLP
                    First Federal Plaza
                    Suite 500
                    Wilmington, DE 19801
                    Telephone: (302) 571-9800
                    Fax: (302) 571-8875

555276_1

The Admittee certifies that he or she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

RUBIN AND RUDMAN LLP

By: /s/ David C. Fixler
    David C. Fixler, Esquire
    Rubin and Rudman LLP
    50 Rowes Wharf
    Boston, MA 02110
    Telephone: (617) 330-7000
    Fax: (617) 439-9556

Motion granted.

BY THE COURT:

Date: _____

_____
United States Bankruptcy Judge

555276_1