

# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20040818

August 18, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of July 2004.

**FEES**

Paul J. Silvern
1.6 hours @ $ 400 per hour                                    **$ 640.00**

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                    NEW YORK

Summary of billed hours for service rendered in connection
with the Property Damage Claimants (W. R. Grace).
For the month of July 2004 .

| Date | Paul J. Silvern | | |
|---|---|---|---|
| 07/01/2004 | | | |
| 07/02/2004 | | | |
| 07/03/2004 | | | |
| 07/04/2004 | | | |
| 07/05/2004 | | | |
| 07/06/2004 | | | |
| 07/07/2004 | | | |
| 07/08/2004 | | | |
| 07/09/2004 | | | |
| 07/10/2004 | | | |
| 07/11/2004 | | | |
| 07/12/2004 | | | |
| 07/13/2004 | | | |
| 07/14/2004 | | | |
| 07/15/2004 | 0.40 | | |
| 07/16/2004 | | | |
| 07/17/2004 | | | |
| 07/18/2004 | | | |
| 07/19/2004 | | | |
| 07/20/2004 | | | |
| 07/21/2004 | | | |
| 07/22/2004 | 0.30 | | |
| 07/23/2004 | | | |
| 07/24/2004 | | | |
| 07/25/2004 | | | |
| 07/26/2004 | | | |
| 07/27/2004 | | | |
| 07/28/2004 | | | |
| 07/29/2004 | 0.70 | | |
| 07/30/2004 | 0.20 | | |
| 07/31/2004 | | | Total Hours |
| Hours | 1.60 | | 1.60 |
| Rate | $400 | | Total Fees |
| | $640.00 | | $640.00 |

JULY 2004, TIME LOG OF PAUL J. SILVERN (PJS);

| DATE | TIME | TASK |
|------|------|------|
| | | Case Administration |
| 07/15/04 | 0.3 | Participate in Property Damage (PD) Committee call re: case status. |
| | 0.1 | Voice mail message for Francine F. Rabinovitz re: PD Committee call. |
| 7/11/04 | 0.3 | Review and edit monthly invoices. |
| 7/29/04 | 0.5 | Participate in PD Committee call re: case status. |
| | 0.1 | Voice mail message for Francine F. Rabinovitz re: PD Committee call. |
| | 0.1 | Voice mail message for James E. Hass (JEH) re: PD Committee call. |
| 7/30/04 | 0.2 | Review e-mail memo re: hearing on Kensington motions in Owens-Corning asbestos litigation. |
| SUBTOTAL | 1.6 | Case Administration |
| TOTAL | 1.6 | |