**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

August 31, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice # 82747

FOR PROFESSIONAL SERVICES RENDERED
THROUGH July 31, 2004

Atty - SLB
Client No. 74817/15537

RE:    01- Case Administration

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/02/04 | JMS | 0.60 | 174.00 | Review Owens Corning status. |
| 07/06/04 | ASD | 0.60 | 174.00 | Review pleadings relating to ADR program and settlement issues (.6). |
| 07/08/04 | ASD | 1.20 | 348.00 | Research regarding status of asbestos bankruptcy (1.2); split with USG. |
| 07/09/04 | ASD | 0.60 | 174.00 | Review estimation issues (.6). |
| 07/09/04 | ASD | 0.10 | 29.00 | Email requesting recusal exhibits. |
| 07/13/04 | SLB | 0.30 | 165.00 | Email from and to R. Frankel and to M. Dies and D. Speights regarding meeting with Austern (.3). |
| 07/13/04 | JMS | 0.40 | 116.00 | Multiple emails regarding meeting with Austern |
| 07/13/04 | CB | 1.50 | 165.00 | Conference with J. Sakalo re:pending asbestos cases (0.5); research national cases (1.0). |
| 07/15/04 | JMS | 0.40 | 116.00 | Conference with A, Danzeisen regarding committee call and email thereon (.2); email to T. Tacconelli regarding hearing (.2) |
| 07/16/04 | JMS | 0.30 | 87.00 | Telephone conference with J. Hass regarding asbestos issues |
| 07/19/04 | SLB | 0.90 | 495.00 | Review status reports filed by each committee and debtors to district court (.9). |
| 07/20/04 | JMS | 0.70 | 203.00 | Review summary of Owens Corning hearing from T. Tacconelli (.5); email to S. Baena thereon (.2) |
| 07/21/04 | ASD | 0.20 | 58.00 | Review proposed CMO on asbestos estimation in OC case (.2). |
| 07/22/04 | ASD | 0.20 | 58.00 | Review documents on Pope issues (.2). |
| 07/22/04 | SLB | 0.50 | 275.00 | Telephone call to and telephone call from (voice mails) D. Bernick regarding status (.2); telephone call from M. Dies regarding status (.3). |
| 07/22/04 | AJ | 0.80 | 88.00 | Pull requested pleadings for A. Danzeisen |
| 07/23/04 | SLB | 0.40 | 220.00 | Telephone conference with M. Dies and D. Speights regarding meeting with D. Austern (.2); email to R. Frankel regarding same (.2). |
| 07/26/04 | SLB | 0.50 | 275.00 | Review notice regarding removal of objections (.1); review motion to extend deadline to remove actions and email to J. Sakalo and A. Danzeisen regarding same (.4). |
| 07/27/04 | SLB | 0.30 | 165.00 | Email from R. Frankel and to D. Speights, M. Dies and D. Scott regarding meeting with D. Austern (.2); email from and to D. Scott regarding same (.1). |
| 07/27/04 | JMS | 0.50 | 145.00 | Review email traffic regarding Austern meeting |
| 07/28/04 | ASD | 1.10 | 319.00 | Review of transcripts from last hearing in asbestos bankruptcies (1.1). |
| 07/28/04 | ASD | 0.90 | 261.00 | Research regarding 9006 extensions. |
| 07/28/04 | SLB | 0.90 | 495.00 | Review briefs in Pope v. Rice (.9). |
| 07/28/04 | JMS | 1.20 | 348.00 | Conference with S. Baena and A. Danzeisen regarding all pending matters (.5); email to G. Boyer and S. Jones regarding committee call and pension motion (.3); email from and to T. Brandi regarding mediation (.3); email from B. Erens regarding same (.1) |
| 07/29/04 | ASD | 0.50 | 145.00 | Research regarding ARPC (.5). |
| 07/29/04 | SLB | 0.50 | 275.00 | Emails from D. Speights and M Dies regarding developments in other cases and responses thereto (.5). |

**PROFESSIONAL SERVICES**                                                                  $5,373.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 2

## COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 05/06/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 806716356; DATE: 5/31/2004 - Westlaw Charges | 23.05 |
| 05/24/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 806716356; DATE: 5/31/2004 - Westlaw Charges | 25.67 |
| 05/31/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 806716356; DATE: 5/31/2004 - Westlaw Charges | 553.07 |
| 06/24/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4062758009; DATE: 6/27/2004 - Acct.#BILZIN01 | 46.71 |
| 07/01/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4070461048; DATE: 7/4/2004 - Acct.#BILZIN01 | 14.46 |
| 07/06/04 | Long Distance Telephone(215) 665-2000 | 0.99 |
| 07/06/04 | Long Distance Telephone(409) 883-4394 | 0.99 |
| 07/06/04 | Long Distance Telephone(409) 384-8444 | 7.92 |
| 07/06/04 | Long Distance Telephone(973) 538-0800 | 0.99 |
| 07/07/04 | Long Distance Telephone(843) 524-5708 | 21.78 |
| 07/07/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 191014859 DATE: 7/12/2004 | 12.00 |
| 07/07/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4071161277; DATE: 7/11/2004 - Acct.#BILZIN01 | 21.25 |
| 07/08/04 | Photocopies 7.00pgs @ .15/pg | 1.05 |
| 07/08/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 07/08/04 | Long Distance Telephone(302) 575-1555 | 2.97 |
| 07/08/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 07/12/04 | Long Distance Telephone(409) 383-0494 | 31.68 |
| 07/13/04 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 07/15/04 | Photocopies 51.00pgs @ .15/pg | 7.65 |
| 07/15/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 07/15/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 07/16/04 | Photocopies 226.00pgs @ .15/pg | 33.90 |
| 07/19/04 | Long Distance Telephone(302) 575-1555 | 7.92 |
| 07/19/04 | Long Distance Telephone(803) 943-4444 | 6.93 |
| 07/19/04 | Long Distance Telephone(803) 943-4444 | 5.94 |
| 07/21/04 | Photocopies 222.00pgs @ .15/pg | 33.30 |
| 07/21/04 | Long Distance Telephone(312) 861-2000 | 2.97 |
| 07/21/04 | Long Distance Telephone(212) 813-1703 | 5.94 |
| 07/21/04 | Long Distance Telephone(409) 882-9595 | 10.89 |
| 07/21/04 | Long Distance Telephone(818) 519-7789 | 4.95 |
| 07/22/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 07/22/04 | Long Distance Telephone(847) 722-2589 | 0.99 |
| 07/23/04 | Photocopies 122.00pgs @ .15/pg | 18.30 |
| 07/23/04 | Long Distance Telephone(803) 943-4444 | 1.98 |
| 07/23/04 | Long Distance Telephone(409) 383-0494 | 24.75 |
| 07/23/04 | Long Distance Telephone(803) 943-4444 | 21.78 |
| 07/27/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 07/28/04 | Long Distance Telephone(302) 575-1555 | 13.86 |
| 07/29/04 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 07/29/04 | Long Distance Telephone(310) 645-9000 | 1.98 |

**TOTAL COSTS ADVANCED** $983.54

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 4.30 | $550.00 | $2,365.00 |
| Danzeisen, Allyn S | 5.40 | $290.00 | $1,566.00 |
| Sakalo, Jay M | 4.10 | $290.00 | $1,189.00 |
| Josephs, Adam | 0.80 | $110.00 | $88.00 |
| Brenneman, Carrie | 1.50 | $110.00 | $165.00 |
| *TOTAL* | *16.10* | | *$5,373.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $94.20 |
| Telecopies | $8.00 |
| Federal Express | $12.00 |
| Long Distance Telephone | $185.13 |
| Long Distance Telephone-Outside Services | $82.42 |
| Westlaw-Online Legal Research | $601.79 |
| TOTAL | $983.54 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**     $6,356.54

Atty - SLB
RE:   02 - Debtors' Business Operations                        Client No. 74817/15538

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 07/01/04 | JMS | 0.90 | 261.00 | E-mails to S. Blatnick regarding Alltech issues (.6); telephone conference with S. Blatnick thereon (.3). |
| 07/02/04 | JMS | 2.30 | 667.00 | Prepare for and attend telephone conference call with Grace regarding Alltech acquisition (1.0); memo to committee thereon (1.3). |
| 07/19/04 | SLB | 0.20 | 110.00 | Telephone call from J. Bencomo regarding assumption of leases (.2). |
| 07/21/04 | JMS | 2.00 | 580.00 | Review motion to pay pension Funding liabilities (.5); emails with M. Hurford thereon (.4); telephone conference with S. Jones thereon (.3); research issues regarding funding motion (.8) |
| 07/22/04 | JMS | 1.40 | 406.00 | Telephone conference with G. Boyer regarding pension funding motion and review issues thereon |
| 07/23/04 | JMS | 0.40 | 116.00 | Review issues regarding pension funding motion |

**PROFESSIONAL SERVICES**     $2,140.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.20 | $550.00 | $110.00 |
| Sakalo, Jay M | 7.00 | $290.00 | $2,030.00 |
| *TOTAL* | *7.20* | | *$2,140.00* |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 4

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER     $2,140.00

---

RE:    03 - Creditors Committee          Atty - SLB
Client No. 74817/15539

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 07/01/04 | ASD | 1.10 | 319.00 | Prepare for and attend committee call (.8); telephone conference with Martin Dies regarding committee call (.3). |
| 07/02/04 | ASD | 0.30 | 87.00 | Summarize Committee call for co-chair (.3). |
| 07/07/04 | ASD | 0.10 | 29.00 | Email Committee chair regarding meeting (.1). |
| 07/08/04 | ASD | 0.10 | 29.00 | Review email from Committee co-chairman. |
| 07/09/04 | ASD | 0.10 | 29.00 | Email Committee regarding outstanding issues. |
| 07/15/04 | ASD | 1.10 | 319.00 | Prepare for and attend committee call. |
| 07/16/04 | ASD | 0.20 | 58.00 | Email committee regarding advisors issues (.2). |
| 07/21/04 | ASD | 0.30 | 87.00 | Email Committee co-chairs regarding conference (.1); review email responses from Committee co-chairs (.2). |
| 07/28/04 | SLB | 1.00 | 550.00 | Conference with A. Danzeisen, J. Sakalo and email to D. Scott regarding committee agenda points (1.0). |
| 07/29/04 | ASD | 1.00 | 290.00 | Email Committee regarding recent filings (.3); prepare for and attend committee call (.7). |
| 07/29/04 | JMS | 0.90 | 261.00 | Prepare for and attend committee call |

PROFESSIONAL SERVICES     $2,058.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.00 | $550.00 | $550.00 |
| Danzeisen, Allyn S | 4.30 | $290.00 | $1,247.00 |
| Sakalo, Jay M | 0.90 | $290.00 | $261.00 |
| *TOTAL* | *6.20* | | *$2,058.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER     $2,058.00

---

RE:    04 - Retention of Professionals          Atty - SLB
Client No. 74817/15540

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 07/08/04 | ASD | 0.50 | 145.00 | Interoffice conference with Jay Sakalo regarding financial advisor (.2); draft limited objection CIBC (.3). |
| 07/08/04 | JMS | 0.20 | 58.00 | Conference with A. Danzeisen regarding CIBC objection |
| 07/14/04 | ASD | 0.10 | 29.00 | Review notice of amended app. of Nelson Mullins employment (.1). |
| 07/26/04 | SLB | 0.20 | 110.00 | Review response of Austern to PD committee's objection to retention of professionals (.2). |
| 07/29/04 | LMF | 0.80 | 96.00 | Research court docket from inception of case for retention application on ARPC (.8). |

PROFESSIONAL SERVICES     $438.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 5

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.20 | $550.00 | $110.00 |
| Danzeisen, Allyn S | 0.60 | $290.00 | $174.00 |
| Sakalo, Jay M | 0.20 | $290.00 | $58.00 |
| Flores, Luisa M | 0.80 | $120.00 | $96.00 |
| *TOTAL* | *1.80* | | *$438.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**     **$438.00**

Atty - SLB
RE: 07 - Applicant's Fee Application     Client No. 74817/15543

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 07/09/04 | LMF | 1.10 | 132.00 | Review and edit June prebills (1.1). |
| 07/12/04 | LMF | 1.20 | 144.00 | Review, revise and attend to edits to prebill for month of June (1.2). |
| 07/29/04 | LMF | 1.40 | 168.00 | Review changes to prebill for June 2004 for bankruptcy case and fraudulent transfer matter (.3); meet with accounting regarding changes (.3); prepare notices and summaries and submit to local counsel for filing and service (.8). |

**PROFESSIONAL SERVICES**     **$444.00**

### COSTS ADVANCED

| 07/28/04 | Long Distance Telephone(302) 575-1555 | 8.91 |
|---|---|---|

**TOTAL COSTS ADVANCED**     **$8.91**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Flores, Luisa M | 3.70 | $120.00 | $444.00 |
| *TOTAL* | *3.70* | | *$444.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| Long Distance Telephone | $8.91 |
|---|---|
| TOTAL | $8.91 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**     **$452.91**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 6

Atty - SLB
Client No. 74817/15544

RE:   08 - Hearings

| | | | | | |
|---|---|---|---|---|---|
| 07/19/04 | SLB | 0.50 | 275.00 | Omnibus hearing [via telephone] (.5). | |
| 07/19/04 | JMS | 0.80 | 232.00 | Prepare for and attend omnibus hearing | |

PROFESSIONAL SERVICES                                                                 $507.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.50 | $550.00 | $275.00 |
| Sakalo, Jay M | 0.80 | $290.00 | $232.00 |
| *TOTAL* | *1.30* | | *$507.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                          $507.00

Atty - SLB
RE:   09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)   Client No. 74817/15545

| 07/22/04 | CB | 0.50 | 55.00 | Research historical property damage testimony. |
|---|---|---|---|---|
| 07/23/04 | CB | 0.30 | 33.00 | Research historical property damage testimony. |
| 07/29/04 | ASD | 1.70 | 493.00 | Research regarding estimation issues (1.1); review court rulings and statement on estimation on issues (.6). |

PROFESSIONAL SERVICES                                                                 $581.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 1.70 | $290.00 | $493.00 |
| Brenneman, Carrie | 0.80 | $110.00 | $88.00 |
| *TOTAL* | *2.50* | | *$581.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                          $581.00

Atty - SLB
RE:   18 - Plan & Disclosure Statement                                       Client No. 74817/15554

| 07/06/04 | JMS | 1.20 | 348.00 | Research regarding procedural history |
|---|---|---|---|---|
| 07/13/04 | JMS | 0.40 | 116.00 | Research regarding Section 105 issues |
| 07/14/04 | JMS | 1.30 | 377.00 | Research regarding Plan voting issues |
| 07/21/04 | JMS | 1.70 | 493.00 | Emails with S. Baena regarding status (.3); research plan issues (1.4) |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 7

| 07/28/04 | ASD | 0.50 | 145.00 | Interoffice conference with Scott Baena and Jay Sakalo regarding Plan issues (.5). |

PROFESSIONAL SERVICES $1,479.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.50 | $290.00 | $145.00 |
| Sakalo, Jay M | 4.60 | $290.00 | $1,334.00 |
| *TOTAL* | *5.10* | | *$1,479.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER $1,479.00

Atty - SLB
RE: 27 - Litigation Consulting
Client No. 74817/15563

| 07/01/04 | ASD | 1.30 | 377.00 | Review responses relating to Scott's Company's expedited motion (1.3). |
| 07/01/04 | ASD | 0.80 | 232.00 | Review pleadings and exhibits on motion for protective order (.8). |
| 07/06/04 | ASD | 0.30 | 87.00 | Interoffice conference with Jay Sakalo regarding futures representative issues (.3). |
| 07/06/04 | ASD | 1.20 | 348.00 | Prepare for and attend hearing on Scotts Company motion for stay. |
| 07/13/04 | ASD | 0.20 | 58.00 | Review notice of docketing appeal as well as insurers (.2). |
| 07/13/04 | ASD | 0.50 | 145.00 | Review McGovern response to disgorgement and disqualification issues (.5). |
| 07/13/04 | JMS | 1.50 | 435.00 | Research regarding appeal of Future Claims Representatives' order (1.3); conference with A. Danzeisen thereon (.2) |
| 07/15/04 | JMS | 0.70 | 203.00 | Research regarding appeal of Future Claimants Representative order |
| 07/16/04 | ASD | 0.60 | 174.00 | Review depositive exhibits (.6). |
| 07/16/04 | ASD | 2.10 | 609.00 | Begin work on Futures Representative issues. |
| 07/16/04 | JMS | 2.20 | 638.00 | Research regarding appeal of Future Claims Representative order (1.8); telephone conference with J. Cohn thereon (.4) |
| 07/18/04 | ASD | 6.20 | 1,798.00 | Futures rep. appeal. |
| 07/19/04 | ASD | 0.30 | 87.00 | Review future rep motion to file reply (.2); interoffice conference with Jay Sakalo regarding same (.1). |
| 07/19/04 | JMS | 0.50 | 145.00 | Review Hamlin response to motion to disgorge fees (1/2 time with USG) |
| 07/19/04 | JMS | 1.80 | 522.00 | Research appeal issues |
| 07/19/04 | CB | 2.50 | 275.00 | Print and sort cases and articles for brief. |
| 07/20/04 | ASD | 0.40 | 116.00 | Review and respond to various emails regarding appeal issues (.3); review appeal docket (.1). |
| 07/20/04 | JMS | 2.00 | 580.00 | Emails to and from J. Cohn regarding Future Claimants' Representative appeal (.4); emails with T. Tacconelli thereon (.4); review research thereon (.4); research appeal issues (.8) |
| 07/21/04 | ASD | 6.90 | 2,001.00 | Continue work on appeal brief (6.7); email and review response of local counsel regarding appeal issue (.2). |
| 07/21/04 | ASD | 0.40 | 116.00 | Review motion for relief from Automatic Stay to perpetuate |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 8

| | | | | |
|---|---|---|---|---|
| | | | | depositions (.4). |
| 07/22/04 | ASD | 8.20 | 2,378.00 | Research regarding representative issues (.9); continue work on appeal (7.3). |
| 07/23/04 | ASD | 0.10 | 29.00 | Review order on disgorgement issue. |
| 07/26/04 | ASD | 6.70 | 1,943.00 | Continue research on appeal issues. |
| 07/26/04 | SLB | 3.50 | 1,925.00 | Review and revise brief on appeal of appointment of D. Austern (3.5). |
| 07/26/04 | JMS | 8.60 | 2,494.00 | Review status of examiner and disgorgement matters in Owens Corning and all relevant pleadings thereon (1/2 time with USG) (1.0); review Libby claimants motions to allow perpetuation depositions (.6); work on Future Claimants' Representative appeal brief (7.0) |
| 07/27/04 | ASD | 7.10 | 2,059.00 | Continue work on future claimants appeal issues. |
| 07/27/04 | ASD | 0.60 | 174.00 | Review of Scott's Company Order (.1); review of Kensington filings on advisor issues (.5). |
| 07/27/04 | SLB | 5.50 | 3,025.00 | Continued preparation of appellate brief (5.5). |
| 07/27/04 | JMS | 6.50 | 1,885.00 | Finalize Future Claimants' Representative appeal brief |

PROFESSIONAL SERVICES                                             $24,858.00

COSTS ADVANCED

TOTAL COSTS ADVANCED                                              $9.97

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 9.00 | $550.00 | $4,950.00 |
| Danzeisen, Allyn S | 43.90 | $290.00 | $12,731.00 |
| Sakalo, Jay M | 23.80 | $290.00 | $6,902.00 |
| Brenneman, Carrie | 2.50 | $110.00 | $275.00 |
| *TOTAL* | *79.20* | | *$24,858.00* |

MATTER SUMMARY OF COSTS ADVANCED

TOTAL        $9.97

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER        $24,867.97

RE:    28 - Relief from Stay

Atty - SLB
Client No. 74817/15564

PROFESSIONAL SERVICES                                             $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 9

## COSTS ADVANCED

| | | |
|---|---|---|
| 07/23/04 | Photocopies 528.00pgs @ .15/pg | 79.20 |
| 07/23/04 | Photocopies 1058.00pgs @ .15/pg | 158.70 |

**TOTAL COSTS ADVANCED** $237.90

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $237.90 |
| TOTAL | $237.90 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $237.90

Atty - SLB
RE: 30 - Fee Application of Others
Client No. 74817/17781

| | | | | |
|---|---|---|---|---|
| 07/06/04 | ASD | 0.30 | 87.00 | Review of two fee applications (.3). |
| 07/07/04 | ASD | 0.30 | 87.00 | Three fee applications (.3). |
| 07/12/04 | ASD | 0.20 | 58.00 | Review fee auditor report (.2). |
| 07/28/04 | ASD | 0.40 | 116.00 | Review 3 fee applications (.4). |
| 07/28/04 | LMF | 1.10 | 132.00 | Prepare notices and summaries for HR&A's statements for the months of May and June 2004 and submit to local counsel for filing and service (1.1). |
| 07/28/04 | JMS | 0.40 | 116.00 | Review K&E June bill |

**PROFESSIONAL SERVICES** $596.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 1.20 | $290.00 | $348.00 |
| Sakalo, Jay M | 0.40 | $290.00 | $116.00 |
| Flores, Luisa M | 1.10 | $120.00 | $132.00 |
| *TOTAL* | *2.70* | | *$596.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $596.00

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 10

Atty - SLB
RE: 31 - Retention of Others          Client No. 74817/17782

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/05/04 | JMS | 1.20 | 348.00 | Research regarding response to Swidler Berlin retention (.8); begin draft of same (.4) |
| 07/06/04 | JMS | 1.80 | 522.00 | Draft limited objection to Swidler retention and telephone conference with M. Dies thereon |

PROFESSIONAL SERVICES                                        $870.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 3.00 | $290.00 | $870.00 |
| TOTAL | 3.00 | | $870.00 |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER        $870.00

CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Danzeisen, Allyn S | 57.60 | $16,704.00 |
| Baena, Scott L | 15.20 | $8,360.00 |
| Flores, Luisa M | 5.60 | $672.00 |
| Sakalo, Jay M | 44.80 | $12,992.00 |
| Josephs, Adam | 0.80 | $88.00 |
| Brenneman, Carrie | 4.80 | $528.00 |

TOTAL PROFESSIONAL FEES THIS PERIOD                          $39,344.00

CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $332.10 |

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

Page 11

| | | |
|---|---|---|
| *Telecopies* | *$8.00* | |
| *Federal Express* | *$12.00* | |
| *Long Distance Telephone* | *$194.04* | |
| *Long Distance Telephone-Outside Services* | *$82.42* | |
| *Westlaw-Online Legal Research* | *$611.76* | |

| | | |
|---|---|---|
| *TOTAL COSTS ADVANCED THIS PERIOD* | | *$1,240.32* |
| *TOTAL AMOUNT DUE THIS PERIOD* | | *$40,584.32* |

---

*CLIENT SUMMARY*

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 07/31/04** | | | |
| WR Grace-Official Committee of Prope | | | |
| 01- Case Administration/15537 | $5,373.00 | $983.54 | $6,356.54 |
| 02 - Debtors' Business Operations/15538 | $2,140.00 | $0.00 | $2,140.00 |
| 03 - Creditors Committee/15539 | $2,058.00 | $0.00 | $2,058.00 |
| 04 - Retention of Professionals/15540 | $438.00 | $0.00 | $438.00 |
| 07 - Applicant's Fee Application/15543 | $444.00 | $8.91 | $452.91 |
| 08 - Hearings/15544 | $507.00 | $0.00 | $507.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $581.00 | $0.00 | $581.00 |
| 18 - Plan & Disclosure Statement/15554 | $1,479.00 | $0.00 | $1,479.00 |
| 27 - Litigation Consulting/15563 | $24,858.00 | $9.97 | $24,867.97 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 12

| | | | |
|---|---|---|---|
| 28 - Relief from Stay/15564 | $0.00 | $237.90 | $237.90 |
| 30 - Fee Application of Others/17781 | $596.00 | $0.00 | $596.00 |
| 31 - Retention of Others/17782 | $870.00 | $0.00 | $870.00 |
| *Client Total* | *$39,344.00* | *$1,240.32* | *$40,584.32* |