# EXHIBIT 2

# Omni 4 Order
# for WR Grace

Total number of parties: 8
Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10250 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 10250 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 10250 | CITY OF EL PASO, C/O DAVID G AELVOET, LINEBARGER HEARD GOGGAN ET AL, 711 NAVARRO STE 300, SAN ANTONIO, TX 78205 |
| 10250 | DONS DIESEL SERVICE INC, PO BOX 2438, HILLSBORO, MO 63050 |
| 10250 | EXXONMOBIL CHEMICAL COMPANY, LAW DEPT BANKRUPTCY MATTERS, 13501 KATY FREEWAY, HOUSTON, TX 77079 |
| 10250 | KATTEN MUCHIN ZAVIS ROSENMAN FKA ROSENMA, C/O JEFF J FRIEDMAN ESQ, 575 MADISON AVE, NEW YORK, NY 10022 |
| 10250 | NSTAR GAS, 800 BOYLSTON ST, 17TH FLOOR, BOSTON, MA 02119 |
| 10250 | SPAULDING AND SLYE CONSTRUCTION LP, C/O BRUCE D LEVIN ESQ, BERNKOPF GOODMAN & BASEMAN LLP, 125 SUMMER STR, BOSTON, MA 02110 |

Subtotal for this group: 8