# EXHIBIT B

# The Complaint

DAVID SLAUGHTER : 14TH JUDICIAL DISTRICT COURT

VS. NO. 2001-004742 : PARISH OF CALCASIEU

TURNER INDUSTRIES, LTD.
and W.R. GRACE & COMPANY : STATE OF LOUISIANA

FILED: 9/20/01 :

DEPUTY CLERK OF COURT

SCANNED SEP 24 2001

## PETITION FOR DAMAGES

The petition of David Slaughter, a resident of the full age of majority residing in Vidor, Texas, who respectfully represents that:

1.

Made defendants herein are:

a. **TURNER INDUSTRIES, LTD.**, a domestic corporation who may be served through its agent for legal process, L. J. Griffon, Jr., 8687 United Plaza Boulevard, Suite 400, Baton Rouge, Louisiana 70809.

b. **W.R. GRACE & COMPANY**, a foreign corporation authorized to do and doing business in the State of Louisiana, who may be served through its agent for service of legal process, Prentice-Hall Corporation System, Inc., 812 Gravier Street, Suite 1006, New Orleans, Louisiana 70112.

2.

At all pertinent times, plaintiff, David Slaughter, was employed by Barry's Industrial Sand as a truck driver.

3.

On or about December 24, 2000, plaintiff, David Slaughter, was making a delivery of sand at W.R. Grace & Company in Calcasieu Parish, Louisiana; he parked his truck on the scales, exited his truck and was walking towards the scale house; there was newly laid asphalt surrounding the scale and plaintiff had to step onto the asphalt when suddenly and without warning, the asphalt crumbled under his foot, causing him to fall and thereby causing the injuries as set forth below.

4.

Upon information and belief, the asphalt was built up around the scales and had only been deposited recently by W.R. Grace & Company and/or Turner Industries. The asphalt was raised to a point where plaintiff had to physically step onto the asphalt to get to the scale house.

5.

The aforementioned accident was in no way attributable to the petitioner, David Slaughter, but on the contrary, was due in part and proximately to the negligence of W.R. Grace & Company and/or its employees and/or Turner Industries, which negligence includes but is not limited to the following:

a. In depositing asphalt in areas in a way which was likely to cause injury to reasonably prudent individuals;

b. Creating and leaving for an unreasonable time, a hazard or defect due to the laying of the asphalt;

c. In laying asphalt which presented an unreasonable risk of harm to reasonably prudent individuals, which rendered the area unreasonably dangerous in normal use;

d. Failing to warn plaintiff of the vices and defects in the area maintained by W.R. Grace and/or Turner Industries;

e. In maintaining its area in a defective condition;

f. Failing to keep its area up to proper industry standards.

6.

As a result of the accident, petitioner, David Slaughter, suffered extremely painful and serious injuries and damages including, but not limited to, a neck injury which required surgery.

7.

As a result of the accident, petitioner, David Slaughter, has sustained damages and will continue to sustain past, present and future medical expenses, past, present, and future mental and physical pain, loss of earnings, loss of future earning capacity and loss of enjoyment of life, said injuries entitled petitioner to such damages which are reasonable in the premises,

WHEREFORE, plaintiff, David Slaughter, prays that defendants, Turner Industries, LTD. and W.R. Grace & Company, be duly served with a copy of the foregoing petition and cited to appear and answer same and after the lapse of all legal delays and due proceedings had, that there be judgment herein in favor of plaintiff, David Slaughter, and against the defendants, Turner Industries, LTD. and W.R. Grace & Company, for such damages as are responsible in the premises, together with legal interest thereon from date of judicial demand until paid.

Plaintiff further prays for such additional relief as law, equity and the nature of the case may permit.

By His Attorneys,

BAGGETT, McCALL, BURGESS & WATSON
(A Professional Law Corporation)

BY: *Erin M. Alley*
ROGER G. BURGESS
ERIN M. ALLEY
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, LA 70606-7820
(337) 478-8888

**PLEASE SERVE THE FOLLOWING DEFENDANT:**

**TURNER INDUSTRIES, LTD.**
through its agent for legal service of process:
L. J. Griffon, Jr,
8687 United Plaza Boulevard, Suite 400
Baton Rouge, Louisiana 70809

**W.R. GRACE & COMPANY**
through its agent for service of legal process:
Prentice-Hall Corporation System, Inc.
812 Gravier Street, Suite 1006
New Orleans, Louisiana 70112