# EXHIBIT A

| Category | Bankruptcy Management Corporation | | Bilzin Sumberg | |
|---|---|---|---|---|
| | 12th Quarter | Cumulative thru 12th Quarter | 12th Quarter | Cumulative thru 12th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 4,527.50 |
| 03 - Business Operations | 0.00 | 0.00 | 58.00 | 21,573.50 |
| 04 - Case Administration | 43,923.50 | 564,942.50 | 33,986.50 | 466,086.15 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 11,502.50 | 161,958.00 | 5,337.00 | 49,142.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 88,240.50 | 574,806.00 | 0.00 | 658.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 6,784.00 | 129,414.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 24,882.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 220.00 | 4,824.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 116.00 | 40,765.50 |
| 11 - Fee Applications, Applicant | 28,739.00 | 112,719.50 | 4,072.00 | 72,362.70 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 2,167.00 | 45,873.80 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 9,402.50 |
| 14 - Hearings | 0.00 | 0.00 | 5,345.00 | 55,200.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 27,633.00 | 800,849.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 37,066.00 | 41,210.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 4,793.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 29,928.75 | 4,652.50 | 78,423.50 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 33,447.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 369.45 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 14,298.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 44,265.50 | 286,880.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 110.00 | 110.00 |
| PROJECT CATEGORY - TOTAL FEES | 216,671.00 | 1,731,234.75 | 127,437.00 | 1,897,735.15 |
| PROJECT CATEGORY - TOTAL EXPENSES | 4,355.79 | 91,634.88 | 56,582.22 | 679,724.20 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 221,026.79 | 1,822,869.63 | 184,019.22 | 2,577,459.35 |
| FEE APPLICATION - TOTAL FEES | 216,671.00 | 1,731,234.75 | 127,547.00 | 1,897,413.15 |
| FEE APPLICATION - TOTAL EXPENSES | 4,355.79 | 91,634.88 | 56,582.22 | 679,724.20 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 221,026.79 | 1,822,869.63 | 184,129.22 | 2,577,137.35 |

| Category | Blackstone Group³ 12th Quarter | Blackstone Group³ Cumulative thru 12th Quarter | Campbell & Levine 12th Quarter | Campbell & Levine Cumulative thru 12th Quarter | Caplin & Drysdale 12th Quarter | Caplin & Drysdale Cumulative thru 12th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 18,088.00 | 0.00 | 109.50 |
| 02 - Asset Disposition | 0.00 | 12,095.55 | 279.50 | 6,846.00 | 0.00 | 1,250.00 |
| 03 - Business Operations | 0.00 | 0.00 | 701.00 | 3,198.50 | 468.50 | 5,538.50 |
| 04 - Case Administration | 0.00 | 205,237.91 | 586.50 | 43,385.00 | 15,848.50 | 366,120.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 223.00 | 27,879.50 | 2,772.50 | 349,542.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 42,491.27 | 1,223.00 | 7,022.50 | 0.00 | 2,243.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 435,677.38 | 13,715.50 | 139,501.00 | 312.00 | 39,147.50 |
| 08 - Employee Benefits/Pension | 0.00 | 421,698.02 | 430.50 | 18,440.00 | 302.50 | 4,525.50 |
| 09 - Employment Applications, Applicant | 0.00 | 12,283.14 | 0.00 | 5,409.50 | 0.00 | 8,214.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 244.00 | 9,386.00 | 68.50 | 15,248.50 |
| 11 - Fee Applications, Applicant | 0.00 | 60,030.69 | 3,213.50 | 35,591.00 | 3,683.50 | 64,945.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 4,200.50 | 62,432.50 | 342.50 | 39,127.50 |
| 13 - Financing | 0.00 | 97,490.92 | 27.50 | 1,042.00 | 0.00 | 62.50 |
| 14 - Hearings | 0.00 | 36,252.34 | 2,955.50 | 39,441.25 | 1,950.00 | 32,992.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 7,163.00 | 49,983.00 | 11,427.00 | 401,330.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 6,361.00 | 11,528.00 | 16,922.00 | 27,100.50 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 166.50 | 4,437.50 | 0.00 | 193.50 |
| 18 - Tax Issues | 0.00 | 120,559.43 | 82.50 | 2,882.50 | 0.00 | 19,831.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,733.50 |
| 20 - Travel - Non-working | 0.00 | 145,726.79 | 0.00 | 1,827.00 | 312.00 | 57,155.25 |
| 21 - Valuation | 0.00 | 1,005,103.46 | 0.00 | 692.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 478.00 | 14,812.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 44,691.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 5,136.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 1,320,670.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 229,020.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 170.00 |
| PROJECT CATEGORY - TOTAL FEES | 0.00 | 4,194,167.16 | 42,051.00 | 503,825.25 | 54,409.50 | 1,443,581.25 |
| PROJECT CATEGORY - TOTAL EXPENSES | 0.00 | 86,853.68 | 4,567.73 | 80,364.08 | 2,777.48 | 237,803.20 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES¹ | 0.00 | 4,281,020.84 | 46,618.73 | 584,189.33 | 57,186.98 | 1,681,384.45 |
| FEE APPLICATION - TOTAL FEES | 0.00 | 4,194,166.67 | 42,051.00 | 505,083.25 | 54,409.50 | 1,450,280.25 |
| FEE APPLICATION - TOTAL EXPENSES | 0.00 | 88,634.67 | 4,567.73 | 76,263.67 | 2,777.48 | 237,803.20 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES² | 0.00 | 4,282,801.34 | 46,618.73 | 581,346.92 | 57,186.98 | 1,688,083.45 |

| Category | Capstone Corp. Recovery 12th Quarter | Capstone Corp. Recovery Cumulative thru 12th Quarter | Carella Byrne 12th Quarter | Carella Byrne Cumulative thru 12th Quarter | Casner & Edwards 12th Quarter | Casner & Edwards Cumulative thru 12th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 112.50 | 112.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 7,661.50 | 7,661.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 1,278.50 | 1,278.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 8,168.00 | 8,168.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 11,905.50 | 11,905.50 | 7,637.50 | 67,271.00 | 1,584.00 | 41,685.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 121,760.50 | 121,760.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 132,248.50 | 1,354,725.00 | 38,369.00 | 1,844,828.00 |
| 16 - Plan and Disclosure Statement | 7,412.50 | 7,412.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 14,119.25 | 14,119.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 81.00 | 81.00 | 81.00 | 14,186.25 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 40,357.25 | 40,357.25 | 0.00 | 0.00 | 401.00 | 159,623.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,873.22 |
| 24 - Other | 18,522.00 | 18,522.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 231,378.50 | 231,378.50 | 139,967.00 | 1,436,182.25 | 40,354.00 | 2,046,136.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 5,751.07 | 5,751.07 | 4,891.68 | 66,507.35 | 52,104.40 | 442,429.80 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 237,129.57 | 237,129.57 | 144,858.68 | 1,502,689.60 | 92,458.40 | 2,488,566.30 |
| FEE APPLICATION - TOTAL FEES | 231,297.50 | 231,297.50 | 139,967.00 | 1,412,594.76 | 40,354.00 | 2,046,136.50 |
| FEE APPLICATION - TOTAL EXPENSES | 5751.07 | 5751.07 | 4,891.68 | 66,142.04 | 52,104.40 | 442,429.80 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 237,048.57 | 237,048.57 | 144,858.68 | 1,478,736.80 | 92,458.40 | 2,488,566.30 |

| Category | Committee: Asbestos Property Damage | | Conway Del Genio [3] | |
|---|---|---|---|---|
| | 12th Quarter | Cumulative thru 12th Quarter | 12th Quarter | Cumulative thru 12th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.0 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.0 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 31.7 | 31.70 |
| 04 - Case Administration | 0.00 | 0.00 | 0.0 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.0 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 345.90 | 0.0 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 9.0 | 369.10 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.0 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.0 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.0 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 518.50 | 6.1 | 579.10 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.0 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.0 | 0.00 |
| 14 - Hearings | 0.00 | 27.90 | 0.0 | 34.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.0 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.0 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.0 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.0 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.0 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 115.10 | 15.5 | 136.60 |
| 21 - Valuation | 0.00 | 0.00 | 0.0 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.0 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.0 | 0.00 |
| 24 - Other | 0.00 | 88.00 | 3.9 | 101.10 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.0 | 0.00 |
| 26 - Business Analysis | 0.00 | 763.70 | 6.1 | 793.70 |
| 27 - Corporate Finance | 0.00 | 1,263.60 | 51.4 | 1,420.30 |
| 28 - Data Analysis | 0.00 | 494.00 | 0.0 | 494.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | 0.00 | | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 0.00 | 0.00 | 300,000.00 | 2,898,217.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 0.00 | 31,268.47 | 761.69 | 33,767.57 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES [1] | 0.00 | 31,268.47 | 300,761.69 | 2,931,984.57 |
| FEE APPLICATION - TOTAL FEES | 0.00 | 1,998,216.87 | 300,000.00 | 2,898,216.87 |
| FEE APPLICATION - TOTAL EXPENSES | 0.00 | 31,268.47 | 761.69 | 33,767.57 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES [2] | 0.00 | 2,029,485.34 | 300,761.69 | 2,931,984.44 |

| Category | Deloitte & Touche 12th Quarter | Deloitte & Touche Cumulative thru 12th Quarter | Duane Morris 12th Quarter | Duane Morris Cumulative thru 12th Quarter | Duff & Phelps 12th Quarter | Duff & Phelps Cumulative thru 12th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 83.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 1,163.50 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 1,376.50 | 8,070.00 | 1,376.50 | 1,376.50 |
| 04 - Case Administration | 0.00 | 0.00 | 3,943.00 | 82,156.50 | 3,943.00 | 3,943.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 16,421.00 | 125,820.00 | 16,421.00 | 16,421.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 4,711.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 11,031.50 | 33,605.00 | 11,031.50 | 11,031.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 148.50 | 3,238.50 | 148.50 | 148.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 153.00 | 13,551.00 | 153.00 | 153.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 1,234.00 | 21,160.00 | 1,234.00 | 1,234.00 |
| 11 - Fee Applications, Applicant | 15,526.00 | 23,758.00 | 3,416.00 | 35,686.00 | 3,416.00 | 3,416.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 1,830.50 | 39,778.50 | 1,830.50 | 1,830.50 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 5,613.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 693.00 | 45,710.00 | 693.00 | 693.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 1,684.50 | 102,517.00 | 1,684.50 | 1,684.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 346.50 | 987.30 | 346.50 | 346.50 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 990.00 | 3,597.50 | 990.00 | 990.00 |
| 18 - Tax Issues | 101,389.00 | 218,159.00 | 0.00 | 582.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 247.50 | 636.00 | 247.50 | 247.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 6,523.00 | 182,027.70 | 1,925.50 | 4,691.00 | 1,925.50 | 51,925.50 |
| 25 - Accounting/Auditing | 28,543.00 | 379,943.50 | 0.00 | 578.50 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 198.00 | 2,949.00 | 198.00 | 198.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 152,031.00 | 803,938.20 | 45,639.00 | 536,979.80 | 45,639.00 | 95,639.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 50.00 | 21,811.00 | 1,378.35 | 45,359.74 | 1,378.35 | 10,404.37 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 151,981.00 | 825,749.20 | 47,017.35 | 582,339.54 | 47,017.35 | 106,043.37 |
| FEE APPLICATION - TOTAL FEES | 151,981.00 | 803,889.00 | 45,639.00 | 538,023.90 | 50,000.00 | 100,000.00 |
| FEE APPLICATION - TOTAL EXPENSES | 50.00 | 21,811.00 | 1,378.35 | 45,359.74 | 2,416.91 | 11,442.93 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 152,031.00 | 825,700.00 | 47,017.35 | 583,383.64 | 52,416.91 | 111,442.93 |

| Category | Elzufon Austin | | Ferry & Joseph | | FTI Policano & Manzo | |
|---|---|---|---|---|---|---|
| | 12th Quarter | Cumulative thru 12th Quarter | 12th Quarter | Cumulative thru 12th Quarter | 12th Quarter | Cumulative thru 12th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 4,476.00 | 62,663.75 | 60.00 | 18,392.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 1,100.00 | 1,144.50 | 128,658.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 1,628.50 | 24,853.50 | 13,287.50 | 132,827.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 163,775.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 444.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 4,691.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 1,442.50 | 28,907.50 | 7,378.50 | 200,998.00 |
| 12 - Fee Applications, Others | 4,037.50 | 20,455.50 | 1,530.00 | 22,788.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 2,047.50 | 14,942.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 14,171.00 | 64,228.75 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 45.00 | 125.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 900.00 | 3,652.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 308.00 | 27,563.50 | 22.50 | 3,930.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 5,116.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750,279.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 115,545.50 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 70,880.00 | 810,461.50 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | 0.00 | | 0.00 | | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 4,345.50 | 48,019.00 | 26,263.00 | 232,327.00 | 92,750.50 | 2,320,936.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 4,068.14 | 19,200.19 | 9,834.18 | 74,322.00 | 1,138.73 | 49,512.03 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 8,413.64 | 67,219.19 | 36,097.18 | 306,649.00 | 93,889.23 | 2,370,448.53 |
| FEE APPLICATION - TOTAL FEES | 4,345.50 | 48,029.00 | 26,263.00 | 232,507.00 | 92,750.50 | 2,320,936.50 |
| FEE APPLICATION - TOTAL EXPENSES | 4,068.14 | 19,200.19 | 9,834.18 | 74,322.00 | 1,138.73 | 51,260.33 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 8,413.64 | 67,229.19 | 36,097.18 | 306,829.00 | 93,889.23 | 2,372,196.83 |

| Category | Goodwin Procter | | Hamilton Rabinovitz | |
|---|---|---|---|---|
| | 12th Quarter | Cumulative thru 12th Quarter | 12th Quarter | Cumulative thru 12th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 8,090.00 | 70,747.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 787.50 | 103,100.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 0.00 | 1,785.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 2,390.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 58,505.50 | 183,505.50 | 0.00 | 187.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 58,505.50 | 183,505.50 | 8,877.50 | 178,210.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 3,363.61 | 13,910.26 | 479.86 | 11,776.19 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 61,869.11 | 197,415.76 | 9,357.36 | 189,986.19 |
| FEE APPLICATION - TOTAL FEES | 58,505.50 | 183,505.50 | 8,877.50 | 178,510.00 |
| FEE APPLICATION - TOTAL EXPENSES | 3,363.61 | 13,910.26 | 479.86 | 11,776.19 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 61,869.11 | 197,415.76 | 9,357.36 | 190,286.19 |

| Category | Holme Roberts 12th Quarter | Holme Roberts Cumulative thru 12th Quarter | Kirkland & Ellis 12th Quarter | Kirkland & Ellis Cumulative thru 12th Quarter | Klett Rooney 12th Quarter | Klett Rooney Cumulative thru 12th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 215,009.50 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 194,423.00 | 915.00 | 6,864.50 |
| 03 - Business Operations | 0.00 | 0.00 | 21,003.50 | 109,759.00 | 1,335.50 | 8,704.00 |
| 04 - Case Administration | 0.00 | 0.00 | 118,764.50 | 1,525,303.00 | 6,660.00 | 49,001.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 22,886.50 | 971,604.00 | 0.00 | 3,857.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 105,136.50 | 398,213.50 | 2,299.50 | 13,319.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 157,756.50 | 0.00 | 6,074.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 4,923.50 | 289,977.00 | 780.50 | 4,349.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 117.00 | 0.00 | 3,356.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 17,478.50 | 363,521.50 | 792.50 | 7,346.50 |
| 11 - Fee Applications, Applicant | 2,141.03 | 83,719.03 | 22,941.50 | 361,076.00 | 4,220.00 | 38,535.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 44,296.00 | 7,751.50 | 35,513.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 171,493.00 | 230.00 | 942.00 |
| 14 - Hearings | 0.00 | 0.00 | 25,392.00 | 528,500.00 | 3,695.50 | 19,263.50 |
| 15 - Litigation and Litigation Consulting | 113,926.47 | 7,961,968.07 | 651,488.50 | 4,684,548.00 | 8,686.00 | 37,711.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 89,307.50 | 133,533.50 | 1,487.50 | 5,537.50 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 29,898.00 | 298,456.50 | 1,167.00 | 4,290.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 142,877.00 | 0.00 | 154.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 7,714.00 | 460,779.00 | 0.00 | 89.00 |
| 20 - Travel - Non-working | 2,534.00 | 144,327.50 | 20,046.00 | 246,514.00 | 440.00 | 1,070.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 2,310.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 79,124.50 | 115.00 | 10,177.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 151,243.50 | 0.00 | 1,035.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 118,601.50 | 8,190,014.60 | 1,136,980.50 | 11,530,435.00 | 40,575.50 | 257,191.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 8,363.62 | 787,499.87 | 56,439.68 | 770,629.15 | 3,110.03 | 22,600.64 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 126,965.12 | 8,977,514.47 | 1,193,420.18 | 12,301,064.15 | 43,685.53 | 279,792.14 |
| FEE APPLICATION - TOTAL FEES | 118,601.50 | 8,194,108.25 | 1,136,980.50 | 11,530,435.00 | 40,575.50 | 265,384.00 |
| FEE APPLICATION - TOTAL EXPENSES | 8,363.62 | 790,545.49 | 56,439.68 | 770,629.05 | 3,110.03 | 24,212.77 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 126,965.12 | 8,984,653.74 | 1,193,420.18 | 12,301,064.05 | 43,685.53 | 289,596.77 |

| Category | Kramer Levin 12th Quarter | Kramer Levin Cumulative thru 12th Quarter | Legal Analysis Systems 12th Quarter | Legal Analysis Systems Cumulative thru 12th Quarter | Lukins & Annis 12th Quarter | Lukins & Annis Cumulative thru 12th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 1,975.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 9,265.50 | 203,823.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 2,586.00 | 161,654.50 | 7,280.00 | 85,452.50 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 7,756.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 8,469.50 | 78,563.50 | 0.00 | 21,063.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 749.50 | 2,059.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 5,432.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 2,787.00 | 58,462.00 | 0.00 | 4,061.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 179.00 | 0.00 | 350.00 | 0.00 | 0.00 |
| 14 - Hearings | 1,237.50 | 50,295.00 | 200.00 | 131,210.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 75,973.00 | 0.00 | 286,384.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 1,295.00 | 8,227.50 | 65,982.50 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 370.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,237.50 | 9,117.50 | 0.00 | 19,540.00 | 0.00 | 8,996.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 2,492.50 | 0.00 | 0.00 | 39.00 | 469,398.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,883.91 |
| 24 - Other | 3,534.00 | 24,187.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 1,808.00 | 2,251.50 | 4,705.00 | 217,150.50 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 31,674.50 | 685,887.50 | 20,412.50 | 831,193.50 | 39.00 | 478,394.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 1,454.43 | 51,622.84 | 0.00 | 28,429.40 | 1,107.72 | 39,873.77 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 33,128.93 | 737,510.34 | 20,412.50 | 859,622.90 | 1,146.72 | 518,267.77 |
| FEE APPLICATION - TOTAL FEES | 31,674.50 | 691,755.00 | 20,215.50 | 842,423.50 | 39.00 | 478,394.00 |
| FEE APPLICATION - TOTAL EXPENSES | 1,451.43 | 51,619.84 | 0.00 | 29,058.66 | 1,107.72 | 39,874.47 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 33,125.93 | 743,374.84 | 20,215.50 | 871,482.16 | 1,146.72 | 518,268.47 |

| Category | Nelson Mullins[4] | | Pachulski Stang | | Pitney Hardin | |
|---|---|---|---|---|---|---|
| | 12th Quarter | Cumulative thru 12th Quarter | 12th Quarter | Cumulative thru 12th Quarter | 12th Quarter | Cumulative thru 12th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 4,518.00 | 0.00 | 3,888.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 70.00 | 12,545.50 | 0.00 | 13,881.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 18,748.00 | 0.00 | 88,741.00 |
| 04 - Case Administration | 0.00 | 0.00 | 19,586.00 | 178,201.50 | 101,689.50 | 320,786.60 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 6,265.50 | 0.00 | 6,449.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 4,084.00 | 21,110.50 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 27,443.50 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 9,597.00 | 0.00 | 1,830.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 98.50 | 0.00 | 882.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 38,244.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 7,908.00 | 97,728.50 | 6,808.50 | 105,977.00 | 3,655.00 | 67,159.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 9,851.50 | 131,565.75 | 0.00 | 1,179.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 6,908.50 | 0.00 | 201.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 169,586.00 | 0.00 | 72,325.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 24,669.50 | 146,802.00 | 258,664.50 | 1,179,440.10 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 1,467.00 | 5,766.00 | 0.00 | 41,393.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 224.00 | 23,018.50 | 0.00 | 185.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 553.50 | 0.00 | 4,247.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 1,819.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 241.40 | 0.00 | 4,567.75 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 294.00 | 22,118.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 420.00 | 0.00 | 0.00 |
| 24 - Other | 24,543.50 | 541,535.50 | 0.00 | 21,286.00 | 3,249.00 | 8,990.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | | | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | 0.00 | | |
| PROJECT CATEGORY - TOTAL FEES | 32,451.50 | 639,505.40 | 67,054.50 | 956,741.00 | 367,258.00 | 1,811,578.70 |
| PROJECT CATEGORY - TOTAL EXPENSES | 1,398.78 | 9,374.26 | 45,354.16 | 826,512.71 | 14,570.01 | 223,353.49 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 33,850.28 | 648,879.66 | 112,408.66 | 1,783,253.71 | 381,828.01 | 2,034,932.19 |
| FEE APPLICATION - TOTAL FEES | 32,451.50 | 639,264.00 | 68,701.00 | 960,664.00 | 367,258.00 | 1,818,118.70 |
| FEE APPLICATION - TOTAL EXPENSES | 1,398.78 | 9,615.66 | 45,354.16 | 825,672.71 | 14,570.01 | 223,353.49 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 33,850.28 | 648,879.66 | 114,055.16 | 1,786,336.71 | 381,828.01 | 2,041,472.19 |

| Category | PricewaterhouseCoopers LLP[5] 12th Quarter | Cumulative thru 12th Quarter | Protiviti 12th Quarter | Cumulative thru 12th Quarter | Reed Smith 12th Quarter | Cumulative thru 12th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 430.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,419.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,890.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 12,974.68 | 32,337.09 | 16,005.00 | 21,317.50 | 4,195.00 | 90,116.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 550.00 | 550.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42,068.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 34,920.50 | 2,037,439.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38,999.75 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 14,644.50 | 1,860,019.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 227.01 | 193,080.18 |
| 24 - Other | 0.00 | 0.00 | 587,985.00 | 891,220.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 507,637.45 | 2,418,376.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 520,612.13 | 2,450,713.33 | 604,540.00 | 913,087.50 | 53,760.00 | 4,120,382.25 |
| PROJECT CATEGORY - TOTAL EXPENSES | 13,680.49 | 70,113.44 | 57,358.20 | 65,576.99 | 3,065.81 | 576,394.89 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 534,292.62 | 2,520,826.77 | 661,898.20 | 978,664.49 | 56,825.81 | 4,696,777.14 |
| FEE APPLICATION - TOTAL FEES | 520,612.13 | 2,445,256.74 | 604,540.00 | 913,087.00 | 53,760.00 | 4,116,345.25 |
| FEE APPLICATION - TOTAL EXPENSES | 13,680.49 | 79,550.54 | 57,358.20 | 72,751.12 | 3,065.81 | 632,568.65 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 534,292.62 | 2,524,807.28 | 661,898.20 | 985,838.12 | 56,825.81 | 4,748,913.90 |

| Category | Richardson Patrick | | Warren Smith & Assoc., P.C. | | Steptoe & Johnson | |
|---|---|---|---|---|---|---|
| | 12th Quarter | Cumulative thru 12th Quarter | 12th Quarter | Cumulative thru 12th Quarter | 12th Quarter | Cumulative thru 12th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 375.00 | 9,605.00 | 504.00 | 3,853.50 | 3,741.00 | 60,605.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 7,523.00 | 635,356.50 |
| 20 - Travel - Non-working | 0.00 | 15,299.75 | 0.00 | 0.00 | 0.00 | 19,425.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 59,685.00 | 2,043,810.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 284,614.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 30,009.00 | 638,347.52 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 60,060.00 | 2,068,714.75 | 30,513.00 | 642,201.02 | 11,264.00 | 715,386.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 4,551.24 | 648,467.74 | 642.44 | 10,409.21 | 135.21 | 37,386.57 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 64,611.24 | 2,717,182.49 | 31,155.44 | 652,610.23 | 11,399.21 | 752,773.07 |
| FEE APPLICATION - TOTAL FEES | 60,060.00 | 2,068,714.75 | 30,513.00 | 642,201.02 | 11,264.00 | 718,059.50 |
| FEE APPLICATION - TOTAL EXPENSES | 4,551.24 | 648,467.74 | 642.44 | 10,409.21 | 135.21 | 37,386.57 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 64,611.24 | 2,717,182.49 | 31,155.44 | 652,610.23 | 11,399.21 | 755,446.07 |

| Category | Stroock & Stroock6 | | L. Tersigni | | Wachtell Lipton | |
|---|---|---|---|---|---|---|
| | 12th Quarter | Cumulative thru 12th Quarter | 12th Quarter | Cumulative thru 12th Quarter | 12th Quarter | Cumulative thru 12th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 44,300.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 20,554.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 8,635.50 | 97,514.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 35,475.00 | 372,449.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 37,092.50 | 450,439.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 3,469.50 | 32,574.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 46,664.50 | 498,348.50 | 14,790.00 | 120,651.75 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 262.50 | 162,874.50 | 1,900.00 | 73,656.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,120.00 |
| 10 - Employment Applications, Others | 3,643.50 | 94,659.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 14,761.00 | 224,261.00 | 6,295.00 | 40,442.75 | 0.00 | 3,006.25 |
| 12 - Fee Applications, Others | 2,751.00 | 29,343.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 8,157.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 6,900.00 | 164,194.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 15,626.50 | 424,656.50 | 0.00 | 374,409.25 | 0.00 | 129,940.50 |
| 16 - Plan and Disclosure Statement | 3,355.50 | 8,798.50 | 0.00 | 7,837.50 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 210.00 | 11,690.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 71,445.00 | 311,732.50 | 0.00 | 0.00 | 0.00 | 54,579.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 9,130.00 | 33,957.50 | 6,945.00 | 26,275.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 83,660.50 | 488,028.75 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 12,237.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 3,316.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 63,945.00 | 284,321.75 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | 10,547.50 | 105,412.75 | | |
| PROJECT CATEGORY - TOTAL FEES | 259,422.00 | 3,002,741.52 | 188,083.00 | 1,524,351.50 | 0.00 | 188,646.25 |
| PROJECT CATEGORY - TOTAL EXPENSES | 93,112.43 | 256,653.37 | 2,798.10 | 17,945.31 | 0.00 | 1,515.75 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES | 352,534.43 | 3,259,394.89 | 190,881.10 | 1,542,296.81 | 0.00 | 190,162.00 |
| FEE APPLICATION - TOTAL FEES | 254,857.00 | 2,997,707.77 | 188,083.00 | 1,527,366.50 | 0.00 | 188,646.25 |
| FEE APPLICATION - TOTAL EXPENSES | 93,112.43 | 590,158.84 | 2,798.10 | 17,972.31 | 0.00 | 26,683.05 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES | 347,969.43 | 3,587,866.61 | 190,881.10 | 1,545,338.81 | 0.00 | 215,329.30 |

| Category | Wallace King7 12th Quarter | Wallace King7 Cumulative thru 12th Quarter | Woodcock Washburn 12th Quarter | Woodcock Washburn Cumulative thru 12th Quarter | TOTAL 12th Quarter | TOTAL Cumulative thru 12th Quarter (10),(11),(12),(13),(14) |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | $ - | $ 241,696.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | $ 1,264.50 | $ 243,476.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | $ 33,578.50 | $ 272,968.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | $ 402,354.50 | $ 3,987,515.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | $ 108,033.00 | $ 2,265,995.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | $ 204,453.00 | $ 1,033,310.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | $ 116,683.00 | $ 959,395.25 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | $ 9,497.50 | $ 594,762.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | $ 373.00 | $ 48,339.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | $ 23,577.00 | $ 504,007.50 |
| 11 - Fee Applications, Applicant | 950.00 | 27,764.50 | 2,898.00 | 8,770.50 | $ 158,321.21 | $ 1,733,886.82 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | $ 34,462.00 | $ 448,150.55 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | $ 257.50 | $ 196,193.50 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | $ 50,416.00 | $ 1,208,434.25 |
| 15 - Litigation and Litigation Consulting | 335,107.00 | 5,086,176.10 | 265,327.00 | 539,482.75 | $ 1,941,111.97 | $ 22,423,292.92 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | $ 164,585.50 | $ 345,651.30 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | $ 32,655.50 | $ 339,552.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | $ 71,527.50 | $ 297,153.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | $ 15,237.00 | $ 1,106,872.00 |
| 20 - Travel- Non-working | 6,412.50 | 45,919.50 | 12,343.00 | 16,937.50 | $ 65,033.50 | $ 736,727.15 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | $ 83,660.50 | $ 491,030.75 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | $ 76,234.50 | $ 2,743,027.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | $ 227.01 | $ 238,743.61 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | $ 33,252.00 | $ 767,454.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | $ 537,646.45 | $ 3,060,618.26 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | $ 64,143.00 | $ 1,037,549.75 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | $ - | $ 115,545.50 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | $ 130,398.00 | $ 1,419,904.75 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 342,469.50 | 5,159,860.10 | 280,568.00 | 565,190.75 | $ 4,660,564.13 | $ 55,717,315.91 |
| PROJECT CATEGORY - TOTAL EXPENSES | 30,467.74 | 935,723.67 | 58,719.13 | 85,368.93 | $ 481,911.27 | $ 5,606,416.55 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 372,937.24 | 6,095,583.77 | 339,287.13 | 650,559.68 | $ 5,142,475.40 | $ 61,323,732.46 |
| FEE APPLICATION - TOTAL FEES | 272,266.20 | 4,595,195.20 | 280,568.00 | 565,190.75 | $ 4,587,355.33 | $ 60,050,159.38 |
| FEE APPLICATION - TOTAL EXPENSES | 30,467.74 | 935,884.30 | 58,719.13 | 91,693.98 | $ 481,908.27 | $ 5,676,828.60 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 302,733.94 | 5,531,079.50 | 339,287.13 | 656,884.73 | $ 5,069,263.60 | $ 65,726,987.98 |

[1] Amounts represent the total fees and expenses by Project Category reported to us. Due to some Project Category discrepancies Project Category totals do not always match fee application totals.

[2] Amounts represent the total fees and expenses requested as set forth in the fee application.

[3] Category amounts are measured in hours; totals are dollar values for the flat fees requested for the quarter.

[4] Category amounts in "OTHER" for Nelson Mullins represent fees for environmental projects.

[5] Amounts for PricewaterhouseCoopers reflect a 55% reduction in standard fees billed with regard to general audit work performed. PricewaterhouseCoopers bills 65% of its standard fees for those activities related to the federally required portion of the audit under the Sarbanes Oxley Act.

[6] Expense totals for Stroock include fees and costs of Chambers Associates Incorporated

[7] Fee application amounts for Wallace King reflect a 40% reduction for time spent with regard to the Honeywell litigation.