# EXHIBIT 2

## Omni 3 Order
## for WR Grace

Total number of parties: 7
Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10249 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 10249 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 10249 | INTERNATIONAL PAPER ARIZONA CHEMICAL, ATTN: LEE WALKER, 4049 WILLOW LAKE BLVD, MEMPHIS, TN 38118 |
| 10249 | MITCHELL, RONALD, 2130 11TH AVE N, BIRMINGHAM, AL 35234 |
| 10249 | ORANGE COUNTY TREASURER TAX COLLECTOR, PO BOX 1438, SANTA ANA, CA 92702 |
| 10249 | ORANGE COUNTY TREASURER-TAX COLLECTOR, PO BOX 1438, SANTA ANA, CA 92702 |
| 10249 | TAPE RENTAL LIBRARY INC, PO BOX 107, COVESVILLE, VA 22931 |

Subtotal for this group: 7