# **Exhibit A**

# Declaration of Service

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## DECLARATION OF SERVICE REGARDING:

1. **Claims Bar Date Notice Materials**
2. **Grace Non-Asbestos Proof of Claim Form**
3. **W.R. Grace and Co. Asbestos Property Damage Proof of Claim Form**
4. **W.R. Grace and Co. Asbestos Medical Monitoring Proof of Claim Form**

I, _Craig A. Zink_, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o R.R. Donnelley,

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. On June 21, 2002, at the direction of the United States Bankruptcy Court for the District of Delaware, I caused service of the following documents:

   a. Bar Date Notice Package attached hereto as Exhibit 1;

   b. Form 10 attached hereto as Exhibit 2;

   c. PD Form attached hereto as Exhibit 3; and

   d. MM Form attached hereto as Exhibit 4;

to be effected as follows:

   a. Exhibit 1 was served on those parties listed in Exhibit 5;

   b. Exhibit 2 was served on those parties listed in Exhibit 6; and

   c. Exhibits 1, 2, 3 and 4 were served on those parties listed in Exhibit 7.

3. All address lists were provided by Bankruptcy Management Corporation. Service was effected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 27, 2002
El Segundo, California

_____
Craig A. Zink

State of California        )
                           ) ss
County of Los Angeles      )

Personally appeared before me on this 27th day of June 2002, Craig Zink, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.



_____
Theresa M. Taylor

Notarial Seal
Theresa M. Taylor, Notary Public
East Lampeter Twp., Lancaster County
My Commission Expires Dec. 6, 2003
Member, Pennsylvania Association of Notaries

# Exhibit 7
# BDN & Non-Asbestos/Prop Dam/Med Monitor Cim Form

HUGHES, ROBERT
P O BOX 683
LIBBY, MT 59923
USA

HULLVERSON HULLVERSON FRANK
SUITE 1500
1010 MARKET STREET
ST. LOUIS, MO 63101
USA

HUMPHREY FARRINGTON MCCLAIN
221 WEST LEXINGTON, SUITE 400
P.O. BOX 900
PO BOX 900
INDEPENDENCE, MO 64051
USA

HUNTON WILLIAMS
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD ST
RICHMOND, VA 232194074
USA

HUTTON HUTTON
8100 E. 22ND STREET N.
BUILDING 1200
PO BOX 638
WICHITA, KS 67226
USA

HUTTON, LORNE
P O BOX 3
LIBBY, MT 59923
USA

HUTTON, LORNE
P.O. BOX 3
LIBBY, MT 59923
USA

INGALDSON MAASSEN
711 H STREET
SUITE 500
ANCHORAGE, AK 998013442
USA

IRA S GREENE, ESQUIRE, SQUADRON,
ELLENOFF, PLESANT
551 FIFTH AVENUE
NEW YORK, NY 10176

J ANTONIO TRAMONTANA ESQ
2011 HUDSON LANE
PO BOX 2374
MONROE, LA 71207
USA

J ARTHUR SMITH III
830 NORTH STREET
BATON ROUGE, LA 70802
USA

J DOUGLAS BACON, ESQUIRE, LATHAM &
WATKINS
SEARS TOWER, STE 5800
CHICAGO, IL 60606

J KEVIN KIMBALL
876 N. JEFFERSON AVE
PO BOX 133
PORT ALLEN, LA 70767
USA

J MICHAEL FITZGERALD
100 COURT SQUARE
CHARLOTTE, VA 22902
USA

J RONALDRRISH
220 ROSE LANE
LAUREL, MS 39443
USA

J WAYNE MUMPHREY
9061 W. JUDGE PEREZ DRIVE
PO BOX 90
CHALMETTE, LA 700440090
USA

J WILLIAM LEWIS
1037 22ND STREET SOUTH
SUITE 102
BIRMINGHAM, AL 35205
USA

JACOBS CRUMPLAR
2 EAST 7TH STREET
PO BOX 127
WILMINGTON, DE 19899
USA

JAMES A JOHNSTON
1304 WEST GARDEN STREET
PENSACOLA, FL 32501
USA

✱ JAMES A SYLVESTER, ESQUIRE, INTERCAT, INC
104 UNION AVENUE
MANASQUAN, NJ 08736

JAMES D BURNS PS
2200 FOURTH AVE
SEATTLE, WA 981212087
USA

JAMES D FREEMAN, ESQUIRE US DEPT OF
JUSTICE, ENVIR
999 18TH STREET STE 945 NORTH TOWER
DENVER, CO 80202

JAMES DICKSON, WACHOVIA BANK &
TRUST CO, NA
191 PEACHTREE STREET, NE
ATLANTA, GA 30303

JAMES F HUMPHREYS ASSOC LC
707 VIRGINIA STREET EAST
BANK ONE CENTER SUITE 1113
CHARLESTON, WV 25301
USA

JAMES HESSION
200 N. SAGINAW STREET
ST. CHARLES, MI 48655
USA

JAMES HM SPRAYREGEN, ESQ JAMES
KAPP III, ESQ, KIRK
200 E RANDOLPH DRIVE
CHICAGO, IL 60601

JAMES P HOLLORAN
SUITE 1200
906 OLIVE STREET
ST. LOUIS, MO 63101
USA