# **Exhibit B**

# Complaint in the Action

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF INDIANA
NORTHERN DIVISION

| | |
|---|---|
| DAVID B. BARTHOLIC and INTERCAT, INC., | NO. 2:02CV408JM |
| Plaintiffs. | COMPLAINT FOR PATENT INFRINGEMENT |
| vs. | |
| NOL-TEC SYSTEMS, INC.. | JURY TRIAL DEMANDED |
| Defendant. | |

Plaintiffs, DAVID B. BARTHOLIC and INTERCAT, INC., for their Complaint for Patent Infringement against Defendants, NOL-TEC SYSTEMS, INC., and Jury Demand, alleges as follows:

### THE PARTIES

1. Plaintiff, Intercat, Inc. ("Intercat"), is a corporation organized and existing under the laws of the State of Delaware, and having a principal place of business at P.O. Box 412, Sea Girt, New Jersey.

2. Plaintiff, David B. Bartholic (collectively, with Intercat, Inc., "Plaintiffs") is an individual residing at 75 Wetumpka Lane, Watchung, New Jersey.

3. On information and belief, Defendant, Nol-Tec Systems, Inc. ("Nol-Tec" or "Defendant") is a corporation organized and existing under the laws of the State of Minnesota, and has a place of business at 425 Apollo Drive, Lino Lakes, Minnesota. Defendant has a registered agent, Phil Nolan. located at 425 Apollo Drive, Lino Lakes, Minnesota.

## JURISDICTION AND VENUE

4. This is an action for patent infringement under the Laws of the United States, 35 U.S.C. Section 271 *et seq*. This Court has subject matter jurisdiction pursuant to the provisions of 28 U.S.C. Sections 1331 and 1338(a).

5. On information and belief, this Court has personal jurisdiction over Defendant, Nol-Tec, because (i) Defendant has done and is doing substantial business in this judicial district and (ii) Defendant has committed acts of infringement, inducement of infringement, and/or contributory infringement in this judicial district.

6. On information and belief, venue is proper in this district pursuant to the provisions of 28 U.S.C. Sections 1391 and 1400(b) because Defendant has committed and/or continues to commit acts of infringement, inducement of infringement, and/or contributory infringement within this judicial district.

## COUNT I
## INFRINGEMENT OF UNITED STATES PATENT NO. 5,389,236

7. On February 14, 1995, United States Patent No. 5,389,236 ("the '236 patent") entitled, "Method and Apparatus for Controlling Production of Catalysts into FCC [Fluid Catalyst Cracking] Units," was duly and legally issued to David B. Bartholic and Regis B. Lippert. A copy of the '236 patent is attached as Exhibit A.

8. Plaintiffs are the owners of the entire right, title, and interest in the '236 patent with the rights to sue for past infringement.

9. Fluid catalyst cracking processes are employed throughout the chemical and petrochemical industries. Fluid catalytic cracking is a refinery process that converts heavy molecular weight compounds in crude oil into lighter weight compounds such as gasoline, diesel

2

fuel, and jet fuel. The '236 patent claims "[a] method for controlling addition of catalyst [or catalyst additive(s)] into a fluid catalytic cracking unit (FCC unit) in order to maintain a given concentration of the catalyst [or catalyst additive(s)] in said FCC unit and thereby produce a desired performance from said FCC unit." (Exhibit A, Claim 1 (15:45-49)).

10. On information and belief, since at least December 1997, Defendant has manufactured, used, sold, offered to sell, leased, distributed, caused to be distributed, sold and/or installed, or otherwise provided an Automated Additive Catalyst Injection System ("AACI System"), for controlling the addition of catalyst into a FCC unit in order to maintain a given concentration of the catalyst in the FCC unit, for use in a manner that infringes one or more of claims 1-6 of the '236 patent.

11. On information and belief, Defendant has sold, offered to sell, leased, distributed, caused to be distributed, sold, and/or installed, or otherwise provided an AACI System to a customer at a location in this judicial district for controlling the addition of catalyst into a FCC unit in order to maintain a given concentration of the catalyst in the FCC unit in a manner that infringes one or more of claims 1-6 of the '236 patent.

12. On information and belief, Defendant has been and still is in this judicial district and elsewhere, actively inducing, aiding and abetting others, and/or contributing, to infringe the '236 patent by selling, offering to sell, leasing, distributing, causing to be distributed, sold, and/or installed, or otherwise providing an AACI System or other system for use in the FCC unit for controlling the addition of catalyst into the FCC unit in a manner that infringes one or more of claims 1-6 of the '236 patent.

13. The Nol-Tec Automated Additive Catalyst Injection System Equipment Manual, dated December 11, 1997, describes the operation of the AACI System in a manner within the

3

scope of one or more of claims 1-6 of the '236 patent. For example, Section 5 of the Manual, entitled the Operations Manual (attached as Exhibit B):

    (a)    provides, on page 2, a general overview of the Nol-Tec unit, which reads, in part:

> The Additive Catalyst Injection System will inject a predetermined quantity of additive catalyst into the FCC Regeneration Feed line at precise time intervals. This Additive Catalyst Injection System is equipped with an integrated pneumatic vacuum system that will load catalyst into the pressure injection vessel at a rate of fifty cubic feet per hour or about one hour to load the vessel. The operator must manually set all hand operated ball valves on the system for the loading cycle or unloading cycle. The <u>loading cycle</u> requires the operator to physically vacuum up the product using a flexible hose and monitor the vessel gross weight to know when to stop loading. The unloading cycle requires the operator to enter in the Injection Weight Per Day (LB), Cycle Interval Time (minutes), and * Starting Injection Duration Time (sec) [*First time operation only]. Once the system parameters have been entered the operator may [LOAD] or [INJECT] the automated weigh injection program;

    (b)    provides, on page 4, installation instructions, including for installation of load cells:

> Once the unit is in place on the foundation and bolted down, remove the three shipping dummy load cell on the unit. Replace the dummy load cells with the pre-wired load cells supplied with the unit[; and]

    (c)    provides, on page 10, the operation for selecting the injection portion of the sequence of operation on startup of the unit, which states:

> - Once all the valves are in place for the loading cycle the unit is ready to start
> - By pressing [ENTER] on "INJECT" selection the operator may start injecting
>   - Pressing [SELECT] again will toggle between "AUTO" and "MANUAL" injecting cycle of operation.
>   - Pressing [ENTER] for "MANUAL" injection the unit will operate using the Interval and Duration settings entered by the operator and will not adjust. This mode of operating is primarily for startup.

- Pressing [ENTER] for "AUTO" injection the unit will operate using the Interval and Duration settings entered by the operator for the first three injections and will adjust the setpoint for the fourth injection to make up the difference in error. Then the unit will auto adjust the injection time "DURATION" to tune in on the necessary target setpoint. The unit will correct the injection duration every set of four injections.

14. On information and belief, Defendant has acted and continues to act willfully in actively inducing and/or contributing to the infringement of one or more of claims 1-6 of the '236 patent in willful disregard of Plaintiffs' rights in the '236 patent and will continue to do so unless enjoined by this Court.

15. Plaintiffs have been damaged by Defendant's infringement in an amount to be determined at trial. Because of Defendant's infringement, Plaintiffs have been irreparably harmed and have suffered impairment of the value of its patent rights. Plaintiffs will continue to suffer irreparable harm unless Defendant is restrained from infringing claims 1-6 of the 236 patent.

## DEMAND FOR RELIEF

Wherefore, Plaintiffs ask this Court to enter judgment as follows:

A. That Defendant be found to infringe, that Defendant's infringement found to be willful, and that Defendant be temporarily, preliminary and permanently enjoined from infringing, inducing infringement, and/or contributing to infringement of the asserted claims of the '236 patent by importing, making, using, offering to sell, selling, leasing, distributing, causing to be distributed and sold, and/or installing, or otherwise providing products used in the inventions claimed in the patent, or colorable imitations thereof;

B. That Plaintiffs be awarded under 35 U.S.C. § 284, in an amount to be proven at trial, damages adequate to compensate them for Defendant's infringement of the '236 patent, and

to increase the damages against Defendant up to three times the amounts found or assessed;

C. That Plaintiffs be awarded their costs and prejudgment interest on their damages, as provided for by 35 U.S.C. § 284;

D. That the Court determine this to be an exceptional case and award Plaintiffs their reasonable attorneys' fees in accordance with 35 U.S.C. § 285;

E. That Defendant be ordered to make a written report within a reasonable period, to be filed with the Court, detailing the manner of its compliance with the requested injunction; and

F. That Plaintiffs be granted such other and further relief as the Court determines is just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury for all issues so triable.

Respectfully submitted,

Dated: October 10, 2002

Patrick J. Galvin
IN. Bar # 7040-54
KREIG DEVAULT GALVIN
5231 Hohman Avenue
Hammond, IN. 46320
(219) 933-0380

George P. McAndrews
Thomas J. Wimbiscus
Patricia J. McGrath
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

*Attorneys for Plaintiffs*
DAVID B. BARTHOLIC and INTERCAT, INC.



# WR Grace & Company
# Automated
# Additive Catalyst Injection System

# Operations Manual

|   | Page |
|---|---|
| 1. General Overview of Unit | 2 |
| 2. Catalyst Injection System Installation Instructions | 4 |
| 3. General Operations of unit | 6 |
| 4. Sequence of Operation "Power Up" & Initial Startup of Unit. | 7 |
| 5. Sequence of Operation for Loading Instructions | 13 |
| 6. Sequence of Operation for Injecting Instructions | 14 |
| 7. Main Menu of Control Screens | 16 |
| 8. Sample Operation Charts | 18 |