**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## CERTIFICATE OF SERVICE

  I, MATTHEW W. CHENEY, do hereby certify that I am over the age of 18, and that on September 10, 2004, I caused the Limited Objection of the Future Claimants' Representative To Motion Of W.R. Grace & Co. To Approve Settlement Agreement And Release With The KWELMBS Companies, to be served electronically upon those persons registered to receive ECF notices and by first class mail, postage prepaid, upon those persons listed below:

  Under penalty of perjury, I certify the foregoing to be true and correct.

James H.M. Sprayregen, P.C.
Kirkland & Ellis LLP
220 East Randolph Drive
Chicago, IL 60601
Facsimile: 312-861-2200
*Attorney for Debtors*

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street
Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Facsimile: 302-652-4400
*Attorney for Debtors*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
Facsimile: 212-806-6006
*Attorney for the Official Committee of Unsecured Creditors*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246
Facsimile: 302-657-4901
*Attorney for the Official Committee of Unsecured Creditors*

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
Facsimile: 305-374-7593
*Attorney for the Official Committee of Property Damage Claimants*

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Facsimile: 302-575-1714
*Attorney for Official Committee of Property Damage Claimants*

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Facsimile: 212-644-6755
*Attorney for Official Committee of Personal Injury Claimants*

Marla Eskin, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre
15th Floor
1201 Market Street
Suite 1500
Wilmington, DE 19801
Facsimile: 302-426-9947
*Attorney for Official Committee of Personal Injury Claimants*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
Facsimile: 312-993-9767
*Attorney for DIP Lenders*

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Facsimile: 302-658-6395
*Attorney for DIP Lenders*

Frank J. Perch, Esquire
Assistant U.S. Trustee
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801
Facsimile: 302-573-6497

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Facsimile: 212-715-8000
*Attorney for Official Committee of Equity Holders*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
Facsimile:  302-552-4295
*Counsel to Official Committee of Equity Holders*

                           SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

Dated:  September 13, 2004           ____/s/ Matthew W. Cheney_____

                                      Roger Frankel, Esquire*
                                      Richard H. Wyron, Esquire*
                                      Matthew W. Cheney, Esquire*
                                      3000 K Street, N.W., Suite 300
                                      Washington, D.C. 20007
                                      (202) 424-7500
                                      (202) 424-7643 (facsimile)

                                      Proposed Counsel for David T. Austern,
                                      Future Claimants Representative

                                      * Pro hac vice application pending

9168932v1