# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., <u>et al.</u> | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 13235

PLEASE TAKE NOTICE that pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Swidler Berlin Shereff Friedman, LLP withdraws, with prejudice, as of right, proof of claim number 13235 in the above-captioned cases.

Dated: New York, New York
September 13, 2004

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By: _____
Shalom Jacob
Elise Scherr Frejka
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 973-0111
(212) 891-9598 (facsimile)