IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Case No. 01-1139 (JKF) |
| Debtors. ) | Jointly Administered |
| _____) | |

## CERTIFICATE OF SERVICE

    I, DEBRA L. FELDER, do hereby certify that I am over the age of 18, and that on September 13, 2004, I caused the *Notice of Withdrawal of Proof of Claim Number 13235* to be served by first class mail, postage prepaid, upon those persons listed below:

    Under penalty of perjury, I certify the foregoing to be true and correct.

| | |
|---|---|
| James H.M. Sprayregen, P.C.<br>James W. Kapp, III, Esquire<br>Kirkland & Ellis LLP<br>220 East Randolph Drive<br>Chicago, IL 60601<br>Facsimile:  312-861-2200<br>*Attorney for Debtors* | Laura Davis Jones, Esquire<br>Pachulski, Stang, Ziehl, Young, Jones &<br>Weintraub P.C.<br>919 North Market Street<br>Suite 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Facsimile:  302-652-4400<br>*Attorney for Debtors* |
| Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Facsimile:  212-806-6006<br>*Attorney for the Official Committee of*<br>*Unsecured Creditors* | Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246<br>Facsimile:  302-657-4901<br>*Attorney for the Official Committee of*<br>*Unsecured Creditors* |

Scott L. Baena, Esquire
Allyn S. Danzeisen, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
Facsimile:  305-374-7593
*Attorney for the Official Committee of Property Damage Claimants*

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Facsimile:  302-575-1714
*Attorney for Official Committee of Property Damage Claimants*

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Facsimile:  212-644-6755
*Attorney for Official Committee of Personal Injury Claimants*

Marla Eskin, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre
15th Floor
1201 Market Street
Suite 1500
Wilmington, DE 19801
Facsimile:  302-426-9947
*Attorney for Official Committee of Personal Injury Claimants*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
Facsimile:  312-993-9767
*Attorney for DIP Lenders*

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Facsimile:  302-658-6395
*Attorney for DIP Lenders*

Frank J. Perch, Esquire
Assistant U.S. Trustee
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801
Facsimile:  302-573-6497

Thomas M. Mayer, Esquire
Philip Bently, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Facsimile:  212-715-8000
*Attorney for Official Committee of Equity Holders*

| | |
|---|---|
| Teresa K.D. Currier, Esquire<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397<br>Facsimile:  302-552-4295<br>*Counsel to Official Committee of Equity Holders* | David B. Siegel, Esquire<br>Sr. V.P. and Gen. Counsel<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 |

            */s/ Debra L. Felder*
            Debra L. Felder
            Swidler Berlin Shereff Friedman, LLP

3

9169205v1