IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>                      Debtors. | Chapter 11<br>Case No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>Related Docket Nos. 5815, 5833<br>5835, 5927, 5950<br>Hearing Date: September 27, 2004 |

**APPENDIX IN SUPPORT OF SUPPLEMENTAL BRIEF OF THE FUTURE CLAIMANTS' REPRESENTATIVE REGARDING HIS APPLICATIONS TO EMPLOY SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AND CIBC WORLD MARKETS CORP.**

David T. Austern, the legal representative for future asbestos claimants (the "Future Claimants' Representative" or "FCR"), by his proposed counsel, files this Appendix in support of the Supplemental Brief of the Future Claimants' Representative Regarding His Applications to Employ Swidler Berlin Shereff Friedman, LLP and CIBC World Markets Corp. This Appendix contains copies of orders and applications in other asbestos-related bankruptcy cases providing for employment of financial advisors with indemnification provisions consistent with those requested by CIBC World Markets, Inc. in connection with their employment as the FCR's financial advisors in this case, as described at pages 8-9 of the Supplemental Brief.

September 13, 2004

Respectfully submitted:

By: _____
Roger Frankel, Esquire*
Richard H. Wyron, Esquire*
Matthew W. Cheney, Esquire*
Swidler Berlin Shereff Friedman, LLP
The Washington Harbour
3000 K Street, NW, Suite 300
Washington, DC 20007

*Proposed Counsel to David T. Austern as Future Claimants' Representative*

\* Pro hac vice application pending

| Tab | Case Name & Number | Document | Docket Number | Relevant Pages Regarding Indemnity Provision[1] |
|---|---|---|---|---|
| 1 | W.R. Grace & Co., Case No. 01-1139 (Bankr. D. Del.) | Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. § 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of The Blackstone Group L.P. as Financial Advisor to the Debtors and Debtors in Possession | 14 | 9-10; 71-74; 78-79 |
| 2 | W.R. Grace & Co., Case No. 01-1139 (Bankr. D. Del.) | Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 Authorizing the Employment and Retention of The Blackstone Group L.P. as Financial Advisor to the Debtors and Debtors in Possession | 558 | 84-85 |
| 3 | Combustion Engineering, Inc., Case No. 03-10495 (Bankr. D. Del.) | Application Pursuant to Sections 327, 328 and 1107 of the Bankruptcy Code for Order Authorizing Debtor and Debtor in Possession to Retain The Blackstone Group L.P. as Its Financial Advisor | 16 | 93-94 |
| 4 | Combustion Engineering, Inc., Case No. 03-10495 (Bankr. D. Del.) | Amended Order Granting Debtor's Application Pursuant to Sections 327, 328 and 1107 of the Bankruptcy Code for Order Authorizing the Debtor and Debtor in Possession to Retain The Blackstone Group L.P. as Its Financial Advisor | 230 | 122-123 |

---

[1] The pages of this Appendix are sequentially numbered. Citations to the "Relevant Pages Regarding Indemnity Provisions" refer to the pages, numbered as in this Appendix, which contain the provision approved in the case identified therein.

| Tab | Case Name & Number | Document | Docket Number | Relevant Pages Regarding Indemnity Provision[1] |
|---|---|---|---|---|
| 5 | Combustion Engineering, Inc., Case No. 03-10495 (Bankr. D. Del.) | Application for an Order Authorizing the Retention and Employment of CIBC World Markets Corp. as Financial Advisor to David T. Austern as Future Claimants' Representative Pursuant to Section 1103(a) of the Bankruptcy Code | 313 | 131-132; 163-165 |
| 6 | Combustion Engineering, Inc., Case No. 03-10495 (Bankr. D. Del.) | Order Authorizing the Retention and Employment of CIBC World Markets Corp. as Financial Advisor to David T. Austern as Future Claimants' Representative Pursuant to Section 1103(a) of the Bankruptcy Code | 603 | 172-173 |
| 7 | Combustion Engineering, Inc., Case No. 03-10495 (Bankr. D. Del.) | Application for an Order Authorizing Extension of the Retention and Employment of CIBC World Markets Corp. as Financial Advisor to David T. Austern as Future Claimants' Representative Pursuant to Section 1103(a) of the Bankruptcy Code | 961 | See 204-205 |
| 8 | Combustion Engineering, Inc., Case No. 03-10495 (Bankr. D. Del.) | Order Authorizing Extension of the Retention and Employment of CIBC World Markets Corp. as Financial Advisor to David T. Austern as Future Claimants' Representative Pursuant to Section 1103(a) of the Bankruptcy Code | 1362 | 204-205 |
| 9 | Congoleum Corporation, Case No. 03-51524 (Bankr. D. N.J.) | Application for Order Authorizing the Retention and Employment of SSG Capital Advisors, L.P. as Financial Advisors to the Debtors | 222 | 222-223 |
| 10 | Congoleum Corporation, Case No. 03-51524 (Bankr. D. N.J.) | Order Authorizing the Retention and Employment of SSG Capital Advisors, L.P. as Financial Advisors to the Debtors | 339 | 227 |

| Tab | Case Name & Number | Document | Docket Number | Relevant Pages Regarding Indemnity Provision[1] |
|---|---|---|---|---|
| 11 | Congoleum Corporation, Case No. 03-51524 (Bankr. D. N.J.) | Application of R. Scott Williams, as Future Claimants Representative, for Authorization to Employ CIBC World Markets Corp. as Financial Advisor | 459 | 235-236; 245-247 |
| 12 | Congoleum Corporation, Case No. 03-51524 (Bankr. D. N.J.) | Order Authorizing Employment of CIBC World Markets Corp. as Financial Advisor to R. Scott Williams, as Future Claimants Representative | 500 | 273 |
| 13 | Owens Corning, Case No. 00-3837 (Bankr. D. Del.) | Application for Order Authorizing Retention and Employment of Peter J. Solomon Company, as Investment Banker and Financial Advisor for James J. McMonagle, Legal Representative for Future Claimants | 3694 | 280; 302-303 |
| 14 | Owens Corning, Case No. 00-3837 (Bankr. D. Del.) | Order Pursuant to Sections 327(a), 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Retention and Employment of Peter J. Solomon Company as Financial Advisor and Investment Banker to James J. McMonagle, Legal Representative for Future Claimants | 4253 | 324 |
| 15 | USG Corporation, Case No. 01-2094 (Bankr. D. Del.) | Amended Application for Order Pursuant to Sections 327, 524(g) and 1103 of the Bankruptcy Code and Fed. R. Bankr. P. 2014 Authorizing Retention and Employment of CIBC World Markets Corp., as Financial Advisor and Investment Banker for Dean M. Trafelet, Legal Representative for Future Claimants, Nunc Pro Tunc to July 29, 2002 | 2845 | 337; 358-360 |

4

| Tab | Case Name & Number | Document | Docket Number | Relevant Pages Regarding Indemnity Provision[1] |
|---|---|---|---|---|
| 16 | USG Corporation, Case No. 01-2094 (Bankr. D. Del.) | Order Pursuant to Sections 327, 524(g) and 1103 of the Bankruptcy Code Authorizing the Retention and Employment of CIBC World Markets Corp. as Financial Advisor and Investment Banker to Dean M. Trafelet, Legal Representative for Future Claimants Nunc Pro Tunc to July 29, 2002 | 2893 | 366-367; 376-378 |
| 17 | USG Corporation, Case No. 01-2094 (Bankr. D. Del.) | Application for Order Pursuant to 11 U.S.C. §§ 327, 524(g) and 1103 and Fed. R. Bankr. P. 2014 Authorizing Dean M. Trafelet, Legal Representative for Future Claimants, to Modify and Extend Terms of Retention and Employment of CIBC World Markets Corp., as His Financial Advisor and Investment Banker | 3532 | 386; 408-410 |
| 18 | USG Corporation, Case No. 01-2094 (Bankr. D. Del.) | Order Pursuant to 11 U.S.C. §§ 327, 524(g) and 1103 and Fed. R. Bankr. P. 2014 Modifying and Extending the Retention and Employment of CIBC World Markets Corp. as Financial Advisor and Investment Banker to Dean M. Trafelet, Legal Representative for Future Claimants | 3648 | 416-417 |
| 19 | Armstrong World Industries, Inc., Case No. 00-4417 (Bankr. D. Del.) | Application for Order Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code Authorizing the Retention and Employment of Houlihan, Lokey, Howard & Zukin, Inc., as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors and for Approval of Proposed Terms of Employment | 420 | 447-448 |

| Tab | Case Name & Number | Document | Docket Number | Relevant Pages Regarding Indemnity Provision[1] |
|---|---|---|---|---|
| 20 | Armstrong World Industries, Inc., Case No. 00-4417 (Bankr. D. Del.) | Order Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code Authorizing the Retention and Employment of Houlihan, Lokey, Howard & Zukin, Inc., as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors and for Approval of Proposed Terms of Employment | 581 | 463 |
| 21 | Armstrong World Industries, Inc., Case No. 00-4417 (Bankr. D. Del.) | Application for Order Pursuant to Sections 105(a), 327 and 524(g) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 Authorizing Retention and Employment of Peter J. Solomon Company, as Investment Banker and Financial Advisor for Dean M. Trafelet, Legal Representative for Future Claimants Nunc Pro Tunc to February 20, 2002 | 2120 | 470; 489-490 |
| 22 | Armstrong World Industries, Inc., Case No. 00-4417 (Bankr. D. Del.) | Order Pursuant to Sections 105(a), 327, 524(g) and 1103 of the Bankruptcy Code Authorizing the Retention and Employment of Peter J. Solomon Company as Financial Advisor and Investment Banker to Dean M. Trafelet, Legal Representative for Future Claimants Nunc Pro Tunc to February 20, 2002 | 2664 | 500-501 |

## CERTIFICATE OF SERVICE

I, DEBRA L. FELDER, do hereby certify that I am over the age of 18, and that on September 13, 2004, I caused the *Appendix in Support of Supplemental Brief of the Future Claimants' Representative Regarding His Applications to Employ Swidler Berlin Shereff Friedman, LLP and CIBC World Markets Corp.* to be served upon those persons registered to receive electronic notices via ECF.

*Debra L. Felder*
Debra L. Felder
Swidler Berlin Shereff Friedman, LLP

9169085v1