# TAB 10



| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-2(c)

Saul Ewing LLP
A Delaware Limited Liability Partnership
214 Carnegie Center, Suite 202
Princeton, NJ 08540
(609) 452-3100
DP-1792
JH-5739
Proposed Attorneys for the
Debtors and Debtors-In-Possession

In re:                                    Chapter 11

CONGOLEUM CORPORATION, et al.,            Case No. 03-51524 (KCF)

Debtors.                                  Jointly Administered

Hearing Date: February 9, 2004

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SSG CAPITAL ADVISORS, L.P. AS FINANCIAL ADVISORS TO THE DEBTORS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED:**

**DATED: 2/13/2004**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Honorable Kathryn C. Ferguson

494998.1 2/12/04

**(Page 2)**

| | |
|---|---|
| Debtors: | Congoleum Corporation, et al. |
| Case No.: | 03-51524 (KCF) Jointly Administered |
| Caption of Order: | ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SSG CAPITAL ADVISORS, L.P. AS FINANCIAL ADVISORS TO THE DEBTORS [DI # 222] |

Upon consideration of the Application for Order Authorizing the Retention and Employment of SSG Capital Advisors, L.P. as Financial Advisors to the Debtors (the "Application"),[1] and good cause appearing therefore, it is hereby

**ORDERED** that the Application is GRANTED; and it is further

**ORDERED** that the following word in Section A (1) of the Engagement Letter is deleted: "valuations"; and it is further

**ORDERED** that the following language in Section C (2) of the Engagement Letter is deleted: "In no event shall the aggregate contribution of the Indemnitees to all claims exceed the amount of fees actually received by the Indemnitees pursuant to the Engagement Agreement."; and it is further

**ORDERED** that the following language in Sections C (1) and (2) of the Engagement Letter be added: "Subject to separate motion and order thereon after appropriate notice to interested parties and an opportunity to be heard,"; and it is further

**ORDERED** that pursuant to the terms, conditions, and disclosures contained in the Application, the Engagement Letter (as modified herein), and the Victor Affidavit, SSG shall be retained as the financial advisors to the Debtors as of the date of the Application; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

494998.1 2/12/04

**Appendix 227**

*Approved by Judge Kathryn C. Ferguson February 13, 2004*

*Approved by Judge Kathryn C. Ferguson February 13, 2004*

(Page 3)

**ORDERED** that SSG shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may be applicable from time to time and such other procedures as may be fixed by order of this Court.

Appendix 228

494998.1 2/12/04

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Congoleum Corporation
SSN:
EIN: 02-0398678
ADDRESS: 3500 Quakerbridge Road
Mercerville, NJ
08619-0127

Case No: 03-51524-KCF
Chapter: 11
Judge: Kathryn C. Ferguson

Debtor(s)

## NOTICE OF JUDGEMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on 02/13/04 , the court entered the following judgement or order in the captioned case:

Document Number: 339 – 222
Order Granting Application to Employ SSG Capital Advisors, L.P. as Financial Advisors (Related Doc # [222]) The following parties were served: US Trustee, Attorney for Debtor, SSG Capital Advisors, L.P.. Signed on 2/13/2004. (srm, )

Parties may review the order by accessing it through PACER or the Courts Electronic Case Filing System (CM/ECF). Public terminals for viewing are also available at the Courthouse in each vicinage.

Dated: February 17, 2004
JJW: srm

James J. Waldron
Clerk