# TAB 12

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

Stephen B. Ravin, Esq. (SBR7074)
Bruce J. Wisotsky, Esq. (BW2026)
**RAVIN GREENBERG PC**
101 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-1500

Roger Frankel, Esq. (RF5716)
Richard H. Wyron, Esq. (RHW4331)
Jonathan P. Guy, Esq. (JPG)
**SWIDLER BERLIN SHEREFF FRIEDMAN, LLP**
3000 K Street, N.W., Suite 300
Washington, DC 20007-5116
(201) 424-7500

Counsel for the
Future Claimants Representative

| In Re: | Case No.: 03-51524(KCF) |
| --- | --- |
| CONGOLEUM CORPORATION, et al., | Chapter 11 |
| Debtors. | |

Order Filed on 3/22/2004 by U.S. Bankruptcy Court

**ORDER AUTHORIZING EMPLOYMENT OF CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR TO R. SCOTT WILLIAMS, AS FUTURE CLAIMANTS REPRESENTATIVE**

**DATED: 3/22/2004**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The relief set forth on the following pages is hereby ORDERED.

**Page 2**
Debtors:   Congoleum Corporation, et al.
Case No.:  03-51524(KCF)
Caption:   **ORDER AUTHORIZING EMPLOYMENT OF CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR TO R. SCOTT WILLIAMS, AS FUTURE CLAIMANTS REPRESENTATIVE**

---

Upon the Application of R. Scott Williams, as Future Claimants Representative, through his counsel, Ravin Greenberg PC and Swidler Berlin Shereff Friedman, LLP, for the entry of an Order authorizing the retention of CIBC World Markets Corp. as financial advisor to the Future Claimants Representative; and due cause appearing for the entry of the within Order;

**IT IS HEREBY**

**ORDERED,** that the Future Claimants Representative be and same is hereby authorized to retain CIBC World Markets Corp. as financial advisor in this matter, effective as of the February 13, 2004; and it is further

**ORDERED,** that compensation to CIBC World Markets Corp. as financial advisor to the Future Claimants Representative, shall be fixed by further order of this Court, upon submission of an appropriate Application, in accordance with the provisions of the United States Bankruptcy Code, or pursuant to orders entered by the Court in the within matter.


P:\Williams, R. Scott\FinancialORDER

*Appendix 273*

*Approved by Judge Kathryn C. Ferguson March 22, 2004*

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

| | | | |
|---|---|---|---|
| In Re: | Congoleum Corporation | | |
| SSN: | | | |
| EIN: | 02–0398678 | | |
| ADDRESS: | 3500 Quakerbridge Road<br>Mercerville, NJ<br>08619–0127 | | |
| | | Case No: | 03–51524–KCF |
| | | Chapter: | 11 |
| | | Judge: | Kathryn C. Ferguson |
| | Debtor(s) | | |

---

## NOTICE OF JUDGEMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on 03/22/04 , the court entered the following judgement or order in the captioned case:

Document Number: 500 – 459
Order Granting Application to Employ CIBC World Markets Corp. as Financial Advisor to R. Scott Williams (Related Doc # [459]) The following parties were served: US Trustee, Attorney for Debtor, R. Scott Williams, Ravin Greenberg PC, Swidler et al., CIBC World Markets Corp.. Signed on 3/22/2004. (srm, )

Parties may review the order by accessing it through PACER or the Courts Electronic Case Filing System (CM/ECF). Public terminals for viewing are also available at the Courthouse in each vicinage.

Dated: March 23, 2004
JJW: srm

James J. Waldron
Clerk