By-Request For Assistance And Consideration,
(Office of The-Clerk)                               Date. 9-05-04

Office of The Bankruptcy-Clerk,
U.S. Bankruptcy-Court, For The
Dist. of Delaware/Sixth-Floor,
824 Market Street
Wilmington, Delaware (19801)

Ref.:
W.R. Grace & Co., (et-al)/Ch.-11./Case-No. 01-01139.(JKF)

Subj.:
U.S. War-Veteran/College Correctional-Inmate,
Burrell Johnson, Jr., No. 00241395-P. (U.S. Appeal)
Mailing Return-Address, P. O. Box-4500, Michael-Unit,
Tennessee-Colony. TX (75886). I Would Like To Ask The
Court-Clerk And The-Hon., Ms. Judith K. Fitzgerald For
Permission And Consideration For Any Future-Development In
The Above Civil-Action. Pertinent-Information Deemed
Necessary.

Dear Clerk;
Hello, Any Assistance And Consideration Taken In This Matter
Will Be Deeply-Appreciated.           (Next-Page)

U.S. Perjury Form.

I, Burrell Johnson, Jr., L.I. C.O.I. No., 0024395-A, (U.S. Appeal) Further Hereby Declare Under Penalty of Perjury Pursuant To Title-18 & 28, U.S.C., Sec.,(s) 287, 1001 & 1746, Besides A Penalty of Not More Than ($) 10,000 Fine or Not More Than 5 Years Imprisonment or Both, Under U.S. Code And Texas Res., Civil Practice And Rem., Code-Sec.,(s), 132.001, 2, & 3, That The Statement's And Questions Made In This (Request) Are True And Correctly Made By The Above (U.S. War-Veteran).

This 5th Day of September-2004, To The Best of My-Knowledge, Belief And Recollection.

Respectfully-Submitted,

By, "U.S. Veteran",

Burrell Johnson, Jr.

P.-2.