## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | RE: DN 6365 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## OF DAVID C. FIXLER, ESQ.

Peter C. Hughes, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of David C. Fixler, of Rubin and Rudman LLP, to represent Massachusetts Bay Transportation Authority (MBTA) in this action. The Admittee is admitted to practice, and in good standing in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the State of Rhode Island.

DILWORTH PAXSON LLP

By: /s/ Peter C. Hughes
    Peter C. Hughes, Esquire
    Id. No. 4180
    Dilworth Paxson LLP
    First Federal Plaza
    Suite 500
    Wilmington, DE 19801
    Telephone: (302) 571-9800
    Fax: (302) 571-8875

The Admittee certifies that he or she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

RUBIN AND RUDMAN LLP

By: /s/ David C. Fixler
　　David C. Fixler, Esquire
　　Rubin and Rudman LLP
　　50 Rowes Wharf
　　Boston, MA 02110
　　Telephone:  (617) 330-7000
　　Fax: (617) 439-9556

Motion granted.

BY THE COURT:

Date: Sept. 13, 2004

Judith K. Fitzgerald
United States Bankruptcy Judge