**Attachment B To Fee Application**
**Summary of PwC's Fees By Professional**
**July 2004**

**Professional Profiles**
**WR Grace Time Tracking**
**For the Month Ended July 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 28.9 | 23,178 |
| Yan Zhang | National Review Manager | 10+ | 659 | 4.5 | 2,966 |
| William Choi | Audit Manager | 6 | 526 | 99.5 | 52,337 |
| Nina Govic | Audit Senior Associate | 4 | 369 | 35.4 | 13,063 |
| Aimee Stickley | Audit Associate | 3 | 292 | 54.1 | 15,797 |
| Jean Qi | Audit Senior Associate | 4 | 377 | 8.0 | 3,016 |
| Ryan Grady | Audit Senior Associate | 3 | 332 | 74.2 | 24,634 |
| Nicolas Stromann | Associate | 2 | 213 | 68.8 | 20,789 |
| Pamela Reinhardt | Associate | 2 | 251 | 15.3 | 3,840 |
| William Todd Hutcherson | Senior Manager | 11 | 615 | 35.8 | 22,017 |
| Robert F Eydt | SEC Review Partner | 20+ | 1213 | 1.0 | 1,213 |
| Lauren Misler | Audit Associate | 2 | 213 | 15.9 | 3,387 |
| Stephanie Beckes | Audit Associate | 3 | 292 | 80.8 | 23,594 |
| Sandra David | Audit Manager | 7 | 526 | 17.0 | 8,942 |
| Cornelius Nzume | Audit Intern | <1 | 170 | 99.5 | 16,915 |
| | | | **TOTAL** | **638.7** | **$ 235,687** |

| | |
|---|---|
| Total at Standard Rate | $ 235,687.10 |
| 55% Accrual Rate Adjustmest | $ (129,627.91) |
| Total at 45% Accrual Rate | $ 106,059.20 |
| Total Hours | 638.7 |

**Professional Profiles**
**WR Grace Time Tracking-Sarbanes-Oxley**
**For the Month Ended July 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| John Newstead | SPA Senior Manager | 10+ | 659 | 53.0 | 34,927 |
| Tom Kalinosky | Audit Senior Manager | 10+ | 659 | 2.0 | 1,318 |
| Hermann Schutte | Audit Manager | 4 | 526 | 121.3 | 63,804 |
| Nina Govic | Audit Senior Associate | 4 | 369 | 9.2 | 3,395 |
| Maureen Driscoll | SPA Senior Associate | 5 | 449 | 21.2 | 9,519 |
| Douglas Wright | Audit Associate | 2 | 251 | 97.2 | 24,397 |
| Martin Pretorius | SPA Senior Associate | 5 | 449 | 14.5 | 6,511 |
| Pamela Reinhardt | Associate | 3 | 251 | 13.8 | 3,464 |
| Joseph Divito | Partner | 15+ | 802 | 1.0 | 802 |
| Laura Farrell | Audit Intern | <1 | 170 | 52.7 | 8,959 |
| Hazim Ahmad | Audit Senior Associate | 3 | 369 | 40.0 | 14,760 |
| Richard Bomgardner | Audit Intern | <1 | 170 | 35.8 | 6,086 |
| | | | **TOTAL** | **461.7** | **$ 177,941** |

{MCM9659.DOC}

|  |  |
|---|---|
| Total at Standard Rate | $ 177,940.90 |
| 35% Accrual Rate Adjustmest | $ (62,279.32) |
| Total at 65% Accrual Rate | $ 115,661.59 |
| Total Hours | 461.7 |
|  |  |
| Total Fee Requested July 2004 | $ 221,720.78 |
| Total Hours July 2004 | 1,100.4 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file)**

|  |  |
|---|---|
| Total Cost of Time Tracking | $ 12,865.83 |
| Less 55% rate reduction | $ (7,076.21) |
| Total Cost of Tracking Time Billed to Grace | $ 5,789.63 |
| Total Hours Spent Tracking Time | 33.7 |

## Summary of PwC's Fees By Project Category:
## July 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery |  |  |
| 02-Asset Disposition |  |  |
| 03-Business Operations |  |  |
| 04-Case Administration |  |  |
| 05-Claim Analysis Objection & Resolution (Asbestos) |  |  |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) |  |  |
| 07-Committee, Creditors', Noteholders', or Equity Holders' |  |  |
| 08-Employee Benefits/Pension |  |  |
| 09-Employee Applications, Applicant |  |  |
| 10-Employment Applications, Others |  |  |
| 11-Financing |  |  |
| 12-Fee Applications, Others | 33.7 | $5,789.63 |
| 13-Financing |  |  |
| 14-Hearings |  |  |
| 15-Litigation and Litigation Consulting |  |  |

{MCM9659.DOC}

| | | |
|---|---|---|
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **1,100.4** | **$221,720.78** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **1,134.1** | **$227,510.41** |

## Expense Summary
## July 2004

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $903.91 |
| **Lodging** | N/A | |
| **Sundry** | N/A | |
| **Business Meals** | N/A | 77.50 |
| **TOTAL:** | | $981.41 |

{MCM9659.DOC}