**EXHIBIT A**

**WR Grace Time Tracking**
**For the Month Ended July 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 28.9 | 23,178 |
| Yan Zhang | National Review Manager | 10+ | 659 | 4.5 | 2,966 |
| William Choi | Audit Manager | 6 | 526 | 99.5 | 52,337 |
| Nina Govic | Audit Senior Associate | 4 | 369 | 35.4 | 13,063 |
| Aimee Stickley | Audit Associate | 3 | 292 | 54.1 | 15,797 |
| Jean Qi | Audit Senior Associate | 4 | 377 | 8.0 | 3,016 |
| Ryan Grady | Audit Senior Associate | 3 | 332 | 74.2 | 24,634 |
| Nicolas Stromann | Associate | 2 | 213 | 68.8 | 20,789 |
| Pamela Reinhardt | Associate | 2 | 251 | 15.3 | 3,840 |
| William Todd Hutcherson | Senior Manager | 11 | 615 | 35.8 | 22,017 |
| Robert F Eydt | SEC Review Partner | 20+ | 1213 | 1.0 | 1,213 |
| Lauren Misler | Audit Associate | 2 | 213 | 15.9 | 3,387 |
| Stephanie Beckes | Audit Associate | 3 | 292 | 80.8 | 23,594 |
| Sandra David | Audit Manager | 7 | 526 | 17.0 | 8,942 |
| Cornelius Nzume | Audit Intern | <1 | 170 | 99.5 | 16,915 |
| | TOTAL | | | 638.7 | $ 235,687 |

Total at Standard Rate $ 235,687.10

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended July 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Bill Bishop** | | | | |
| 07/02/2004 | 1.00 | Read monthly financial information | 802 | $ 802 |
| 07/07/2004 | 0.50 | Discuss with W Choi (PwC) the presentation materials for July 15 audit committee meeting. | 802 | $ 401 |
| 07/09/2004 | 0.40 | Call with B Tarola (Grace) to discuss accounting issues to be discussed with the audit committee. | 802 | $ 321 |
| 07/09/2004 | 0.60 | Research question about pension difference arising from underlying data errors. | 802 | $ 481 |
| 07/12/2004 | 2.00 | Call in to GPC segment quarterly operations review call. | 802 | $ 1,604 |
| 07/13/2004 | 4.00 | Attend Davison quarterly results review meeting | 802 | $ 3,208 |
| 07/13/2004 | 0.40 | Discuss pension accounting question with T Delbrugge (Grace) | 802 | $ 321 |
| 07/13/2004 | 1.30 | Discuss pension accounting question and other quarterly review highlights with B Tarola, T Delbrugge (Grace) and T Hutcherson (PwC) | 802 | $ 1,043 |
| 07/13/2004 | 0.30 | Discuss audit planning with T Hutcherson and J Newstead (PwC) | 802 | $ 241 |
| 07/14/2004 | 1.00 | Discuss audit committee meeting and presentation with T Hutcherson and J Newstead (PwC) | 802 | $ 802 |
| 07/15/2004 | 1.50 | Attend audit committee pre-meeting with B Tarola, B Kenny, S Farnsworth, T Delbrugge (Grace), R Bromark, T Hutcherson, W Choi, J Newstead (PwC) | 802 | $ 1,203 |
| 07/15/2004 | 1.00 | Attend audit committee meeting | 802 | $ 802 |
| 07/15/2004 | 1.50 | Discuss Alltech business and products with K Myers (Grace), T Hutcherson, W Choi and N Stromann (PwC) to plan physical inventory observations | 802 | $ 1,203 |
| 07/16/2004 | 0.50 | Discuss Q2 review results at GPC with S David (PwC) | 802 | $ 401 |
| 07/19/2004 | 0.50 | Read press release draft | 802 | $ 401 |
| 07/20/2004 | 1.00 | Meet with P Norris (Grace) to discuss quarterly review | 802 | $ 802 |
| 07/20/2004 | 0.60 | Meet with B Tarola (Grace), T Hutcherson (PwC) to discuss quarterly review | 802 | $ 481 |
| 07/20/2004 | 3.40 | Discuss quarterly review results and issues with T Hutcherson, W Choi and R Grady (PwC) | 802 | $ 2,727 |
| 07/20/2004 | 0.50 | Discuss pension accounting issue with Grace disclosure committee | 802 | $ 401 |
| 07/20/2004 | 0.20 | Discuss LIFO accounting question with W Choi, N Govic and R Grady (PwC) | 802 | $ 160 |
| 07/20/2004 | 0.60 | Discuss quarterly review results and issues with R Bromark (PwC) | 802 | $ 481 |

| Date | Hours | Description | Rate | Amount |
|---|---|---|---|---|
| **07/26/2004** | 0.70 | Discuss plans to visit international locations for internal controls audit and financial statement audit with J Newstead and T Hutcherson (PwC) | 802 | $ 561 |
| **07/27/2004** | 3.00 | Tour Curtis Bay plant | 802 | $ 2,406 |
| **07/27/2004** | 0.40 | Review engagement letter draft for Grace and ART | 802 | $ 321 |
| **07/27/2004** | 1.00 | Review 10-Q draft | 802 | $ 802 |
| **07/30/2004** | 1.00 | Discuss quarter review and financial statements with R Bromark, T Hutcherson and W Choi (PwC) | 802 | $ 802 |
| | 28.90 | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended July 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: William Todd Hutcherson** | | | | |
| 07/02/2004 | 1.30 | Read monthly financial information | 615 | $ 800 |
| 07/07/2004 | 0.70 | Discussion with Tim Delbrugge and research question about pension difference arising from underlying data errors. | 615 | $ 431 |
| 07/12/2004 | 2.00 | Call in to GPC segment quarterly operations review call. | 615 | $ 1,230 |
| 07/13/2004 | 3.00 | Attend Davison quarterly results review meeting | 615 | $ 1,845 |
| 07/13/2004 | 0.40 | Discuss pension accounting question with T Delbrugge (Grace) | 615 | $ 246 |
| 07/13/2004 | 1.30 | Discuss pension accounting question and other quarterly review highlights with B Tarola, T Delbrugge (Grace) and Bill Bishop (PwC) | 615 | $ 800 |
| 07/13/2004 | 0.30 | Discuss audit planning with Bill Bishop and J Newstead (PwC) | 615 | $ 185 |
| 07/14/2004 | 1.00 | Discuss audit committee meeting and presentation with Bill Bishop and J Newstead (PwC) | 615 | $ 615 |
| 07/15/2004 | 1.50 | Attend audit committee pre-meeting with B Tarola, B Kenny, S Farnsworth, T Delbrugge (Grace), R Bromark, Bill Bishop, W Choi, J Newstead (PwC) | 615 | $ 923 |
| 07/15/2004 | 1.00 | Attend audit committee meeting | 615 | $ 615 |
| 07/19/2004 | 0.50 | Read press release draft | 615 | $ 308 |
| 07/20/2004 | 5.00 | Read critcal matters, workpaper docuementation and dicussions with PwC Team to clear quarter | 615 | $ 3,075 |
| 07/20/2004 | 0.60 | Meet with B Tarola (Grace), Bill Bishop (PwC) to discuss quarterly review | 615 | $ 369 |
| 07/20/2004 | 3.40 | Discuss quarterly review results and issues with Bill Bishop, W Choi and R Grady (PwC) | 615 | $ 2,091 |
| 07/20/2004 | 0.50 | Discuss pension accounting issue with Grace disclosure committee | 615 | $ 308 |
| 07/20/2004 | 1.20 | Discuss LIFO accounting question with W Choi, N Govic and R Grady (PwC) | 615 | $ 738 |
| 07/20/2004 | 0.60 | Discuss quarterly review results and issues with R Bromark (PwC) | 615 | $ 369 |
| 07/26/2004 | 0.70 | Discuss plans to visit international locations for internal controls audit and financial statement audit with J Newstead and Bill Bishop (PwC) | 615 | $ 431 |
| 07/27/2004 | 0.50 | Review engagement letter draft for Grace and ART | 615 | $ 308 |
| 07/27/2004 | 3.00 | Review 10-Q draft | 615 | $ - |
| 07/28/2004 | 2.00 | Review ADC checklist for 10-Q | 615 | $ 1,230 |
| 07/29/2004 | 2.00 | Draft final memo on pension matter and conclusions thereof | 615 | $ 1,230 |
| 07/30/2004 | 2.00 | Discuss quarter review and financial statements with R Bromark, B Bishop and W Choi (PwC) | 615 | $ 1,230 |
| 07/30/2004 | 1.30 | Clear SEC Services comments and communicate results to Grace | 615 | $ 800 |
| | 35.80 | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended July 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:** | **Yan Zhang** | | | |
| 07/28/2004 | 2.9 | Read Grace 2003 Form 10-K and Annual Report | 659 | $ 1,911 |
| 07/28/2004 | 0.5 | Read Grace 2004 Form 10-Q for the quarter ended June 30, 2004 | 659 | $ 330 |
| 07/28/2004 | 0.6 | Read Grace 2004 Form 10-Q for the quarter ended June 30, 2004 | 659 | $ 395 |
| 07/28/2004 | 0.5 | Discuss comments on Grace 2004 Form 10-Q with Bob Eydt (PwC) | 659 | $ 330 |
| | **Total: 4.5hrs** | | | |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 30**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: William Choi** | | | | |
| 07/01/2004 | 1.2 | Review GEMS listing for any update from Grace foreign entities (GEMS Is the PwC independence system) | 526 | $ 631 |
| 07/01/2004 | 0.8 | Research knowledgecurve to confirm transition rule for concurring review partner | 526 | $ 421 |
| 07/01/2004 | 1.1 | Review and revise quarterly review checklists for Davidson, Corporate and ART. | 526 | $ 579 |
| 07/07/2004 | 4.3 | Revise presentation for Audit committee including 2004 fee information in proxy format and international scope info. | 526 | $ 2,262 |
| 07/08/2004 | 2.1 | Discuss with T. Delbrugge (Grace) and research issue on pension issue (whether data change constitutes a change in assumption under FAS 87). | 526 | $ 1,105 |
| 07/08/2004 | 1.1 | Read analysis of PBO (pension benefit obligation) prepared by AON (external actuary) | 526 | $ 579 |
| 07/08/2004 | 0.9 | Meet with B. Kenny (Grace) to discuss changes to the audit committee report (ACR) prior to mailing | 526 | $ 473 |
| 07/08/2004 | 0.3 | Meet with B. Kenny (Grace) to discuss the VAT tax work for Grace Darex GMBH | 526 | $ 158 |
| 07/08/2004 | 0.3 | Meet with B. Kenny (Grace) to discuss vacation accrual issue | 526 | $ 158 |
| 07/08/2004 | 0.2 | Meet with B. Kenny (Grace) to discuss monitoring control issue with respect to severance | 526 | $ 105 |
| 07/08/2004 | 1.7 | Review the final package to be sent to Grace audit committee members | 526 | $ 894 |
| 07/08/2004 | 1.6 | Review prior quarter management representation letter and prepare for current quarter | 526 | $ 842 |
| 07/12/2004 | 0.9 | Review the updated pension analysis prepared by AON | 526 | $ 473 |
| 07/12/2004 | 0.8 | Discuss with T. Delbrugge (Grace) and research issue on pension issue (balance sheet aje and annual revaluation). | 526 | $ 421 |
| 07/12/2004 | 0.8 | Review the 2nd quarter responsibility matrix and engagement team info | 526 | $ 421 |
| 07/12/2004 | 0.9 | Update the client acceptance form | 526 | $ 473 |
| 07/12/2004 | 0.8 | Discuss with T. Hutcherson (Grace) about the pension plan and fixed asset issue | 526 | $ 421 |
| 07/13/2004 | 2.8 | Review materials for 2nd quarter Grace earnings call | 526 | $ 1,473 |
| 07/13/2004 | 1.2 | Call with Ryan Grady (Grace) to discuss 2nd quarter progress update and regarding 2nd quarter earnings call. | 526 | $ 631 |
| 07/14/2004 | 0.9 | Review 2nd quarter GPC sales and returns allowance issue | 526 | $ 473 |
| 07/14/2004 | 3.7 | Review a list of all 11 GPC related second quarter issues including Alcoa, sales accrual, prepaid and deferred charges | 526 | $ 1,946 |
| 07/14/2004 | 0.9 | Review the database step "Update understanding of business and discuss engagement matters with client" | 526 | $ 473 |
| 07/15/2004 | 1.3 | Prepare and attend pre-audit committee meeting: Brian Kenny (Grace), B. Tarola (Grace), T. Delbrugge (Grace), S. Farnsworth (Grace), T. Hutcherson (PwC), B. Bishop (PwC) | 526 | $ 684 |
| 07/15/2004 | 1.4 | Attend Grace 2nd quarter Audit Committee of the Board of Directors meeting | 526 | $ 736 |
| 07/15/2004 | 0.9 | Meet with B. Kenny (Grace) to discuss inventory control deficiency issue | 526 | $ 473 |
| 07/15/2004 | 0.2 | Speak to Delbrugge regarding property plant and equipment (PP&E) and Pension accounting issue | 526 | $ 105 |
| 07/15/2004 | 0.6 | Review 2nd quarter management representation letter | 526 | $ 316 |
| 07/15/2004 | 1.2 | Review 2nd quarter audit committee meeting action items including research on fresh start accounting | 526 | $ 631 |
| 07/15/2004 | 0.6 | Read the requirements of quarterly journal entry testing | 526 | $ 316 |
| 07/15/2004 | 0.2 | Review divestment reserve detail | 526 | $ 105 |

| Date | Hours | Description | Rate | Amount |
|---|---|---|---|---|
| **07/15/2004** | 0.6 | Review the most updated 2nd quarter trial balance | 526 | $ 316 |
| **07/19/2004** | 1.2 | Review COLI reserve analysis and rollforward including review procedures performed | 526 | $ 631 |
| **07/19/2004** | 0.9 | Review compensation accrual schedule and support | 526 | $ 473 |
| **07/19/2004** | 0.7 | Review long term incentive plan (LTIP) accrual information for all 3 plan years | 526 | $ 368 |
| **07/19/2004** | 1.2 | Review of AON pension info and reconciliation of the pension liability | 526 | $ 631 |
| **07/19/2004** | 0.7 | Review second quarter interest expense calculation | 526 | $ 368 |
| **07/19/2004** | 0.8 | Review equity rollforward for the 2nd quarter | 526 | $ 421 |
| **07/19/2004** | 0.6 | Review health and welfare clearing account schedule | 526 | $ 316 |
| **07/19/2004** | 0.7 | Review LIFO calculation for Davidson | 526 | $ 368 |
| **07/20/2004** | 3.2 | Review of LIFO calculation for GPC, identifying all accounts that did not agree to the trial balance and making a list of items to be discuss with Michael Brown (Grace) | 526 | $ 1,683 |
| **07/20/2004** | 0.9 | Review LIFO related adjustments for GPC and tie to the new trial balance | 526 | $ 473 |
| **07/20/2004** | 0.7 | Review chapter 11 reorganization costs reconciliation | 526 | $ 368 |
| **07/21/2004** | 2.2 | Review second quarter press release | 526 | $ 1,157 |
| **07/21/2004** | 2.4 | Review second quarter press release tie-out to the supporting documentation | 526 | $ 1,262 |
| **07/22/2004** | 1.2 | Review of effective tax rate calculation | 526 | $ 631 |
| **07/22/2004** | 0.8 | Revew the quarterly review checklist | 526 | $ 421 |
| **07/22/2004** | 0.8 | Review results of general quarterly inquiry made to Grace | 526 | $ 421 |
| **07/22/2004** | 0.9 | Review specific procedures performed regarding fraud | 526 | $ 473 |
| **07/22/2004** | 1.2 | Review FAS 123 compensation expense calculation and detail | 526 | $ 631 |
| **07/22/2004** | 0.6 | Review of intercompany account reconciliation schedule | 526 | $ 316 |
| **07/22/2004** | 0.8 | Review of non corporate operating expense detail | 526 | $ 421 |
| **07/22/2004** | 1.5 | Review divested legal reserve schedule and detail information | 526 | $ 789 |
| **07/23/2004** | 1.4 | Review the step on testing non-standard journal entries | 526 | $ 736 |
| **07/23/2004** | 1.3 | Review trend analysis on pretax income from core operations and compare changes year over year | 526 | $ 684 |
| **07/23/2004** | 2.4 | Review final analytical procedures for ART and quarterly performance information | 526 | $ 1,262 |
| **07/23/2004** | 1.2 | Review inventory obsolescence schedule for davidson, and gpc | 526 | $ 631 |
| **07/23/2004** | 1.5 | Review self-insurance accrual and related detail support | 526 | $ 789 |
| **07/26/2004** | 3.6 | Review financial statements included in the intial draft of form 10-Q | 526 | $ 1,894 |
| **07/26/2004** | 3.8 | Review MD&A section of the form 10-Q | 526 | $ 1,999 |
| **07/27/2004** | 3.9 | Continue to review and tie-out 2nd quarter Grace form 10-Q | 526 | $ 2,051 |
| **07/27/2004** | 3.6 | Review financial statement disclosure checklist | 526 | $ 1,894 |
| **28-Jul** | 1.5 | To meet with Nettie Fausto (Grace) to discuss comments on Grace Form 10-Q | 526 | $ 789 |
| **28-Jul** | 1.9 | Compile comments from PwC team working on Grace | 526 | $ 999 |
| **28-Jul** | 0.9 | Review management representation letter to make sure it is in final form and ready to be signed | 526 | $ 473 |
| **28-Jul** | 0.7 | Review earing per share calcualtion details | 526 | $ 368 |
| **07/29/2004** | 1.4 | Compare form 10-Q for the 2nd quarter to form 10-Q for the first quarter for consistence | 526 | $ 736 |
| **07/29/2004** | 1.1 | Review procedures performed around current accrued liabilities for 12/31/2004 | 526 | $ 579 |
| **07/29/2004** | 0.3 | Review procedures performed around the russian joint venture (JV) in the prior year | 526 | $ 158 |
| **07/29/2004** | 2.5 | Research 8-K and 10-K reporting of "fresh start" accounting, identify example filings to present to Tim Delbrugge (Grace) | 526 | $ 1,315 |
| **07/29/2004** | 1.9 | Analyze the $19.2 million adjustment to the accumulated other comprehensive income | 526 | $ 999 |
| **07/29/2004** | 0.5 | Meet with Tim Delbrugge (Grace) to discuss the $19.2 million adjustment | 526 | $ 263 |

| Date | Hours | Description | | |
|---|---|---|---|---|
| **07/30/2004** | 0.8 | Conference call with Ray Bromark (PwC)to discuss his comments on Form 10-Q and second quarter issues | 526 | $ 421 |
| **07/30/2004** | 0.4 | Discuss with Tim Delbrugge (Grace) to obtain additional information on the $19.2 million adjustment | 526 | $ 210 |
| **07/30/2004** | 1.1 | Prepare engagement letter for 2004 WR Grace audit | 526 | $ 579 |
| **07/30/2004** | 1.1 | Prepare engagement letter for the audit of GRACE joint venture | 526 | $ 579 |
| **07/30/2004** | 0.4 | Discuss Ray Bromark's comments with Tim Delbrugge (Grace) | 526 | $ 210 |
| | 99.5 | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended July 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Nina Govic** | | | | |
| 07/13/2004 | 4.6 | Review LIFO Calculation work for both GPC and Davision | 369 | $ 1,697 |
| | 0.4 | Review quarterly corporate trial balance | 369 | $ 148 |
| 07/14/2004 | 0.2 | discuss with Sandy David the change in the GPC LIFO calc | 369 | $ 74 |
| | 1.1 | Review LIFO PDI method for appropriateness | 369 | $ 406 |
| | 0.2 | Discuss tie out of GPC LIFO adjustment with A. Stickley (PwC) | 369 | $ 74 |
| 07/16/2004 | 0.8 | Review changed GPC lifo tie out with N. Stromann (PwC) and R. Grady (PwC) | 369 | $ 295 |
| | 0.9 | Review LIFO Calculation | 369 | $ 332 |
| | 0.6 | work with John Reilly to tie out the GPC LIFO calc to the general ledger | 369 | $ 221 |
| | 0.7 | Review definition of reconcilation with M. Brown (Grace) - research and send | 369 | $ 258 |
| 07/19/2004 | 0.4 | Talk to R. Brown (Grace) regarding LIFO tie out. | 369 | $ 148 |
| 07/20/2004 | 0.5 | Discuss GPC LIFO tie out with R. Brown (Grace) | 369 | $ 185 |
| | 0.5 | Discuss GPC LIFO tie out with William Choi (PwC) | 369 | $ 185 |
| | 0.7 | Discuss with W. Choi (PwC), M. Brown (Grace) and T. Delbrugge the changes to the GPC LIFO tie out | 369 | $ 258 |
| | 0.4 | Discuss with B. Bishop (PwC) the changes in the GPC LIFO tie out | 369 | $ 148 |
| | 0.7 | Review with M. Brown (Grace) and W. Choi (PwC) the new LIFO adjustment | 369 | $ 258 |
| | 1.5 | Document conclusions regarding LIFO | 369 | $ 554 |
| | 0.3 | Review earnings per share calculation with N. Stromann (PwC) | 369 | $ 111 |
| | 1.2 | Review quarterly work performed and contained in the WR Grace database | 369 | $ 443 |
| 07/23/2004 | 0.6 | review quarterly steps in the database, add commentary on work to be performed. | 369 | $ 221 |
| 07/26/2004 | 0.4 | Provide the financial statement disclosure checklist to Grace | 369 | $ 148 |
| | 1.4 | Review the second quarter 2004 Grace Davison procedures performed | 369 | $ 517 |
| | 0.3 | Contact Jean Qi (PwC) about completing steps related to GPC quarterly review | 369 | $ 111 |
| | 2.2 | Review the second quarter 2004 Grace Corporate audit procedures performed | 369 | $ 812 |
| | 0.4 | Look up example disclosures for Item 3 in the 10Q report | 369 | $ 148 |
| | 0.3 | Provide example disclosures for Item 3 in the 10Q report | 369 | $ 111 |
| | 0.3 | Discuss with T. Delbrugge the disclosure on Derivatives in the 10Q | 369 | $ 111 |
| | 0.2 | Discuss with N. Fausto when we would get the 10Q | 369 | $ 74 |
| 07/27/2004 | 1.6 | Complete the automated disclosure checklist for the quarterly 10Q report as required, the checklist assures that all required data is included in the financial statements. | 369 | $ 590 |
| | 0.8 | Set up N. Stromann (PwC), L. Misler(PwC) and C. Nzume to complete the tie out of the Grace 10Q report | 369 | $ 295 |
| | 3.2 | Read the 10Q report and provide commentary for WR Grace | 369 | $ 1,181 |
| | 0.6 | Share comments on the 10Q with W. Choi (PwC) | 369 | $ 221 |
| | 0.8 | Coordinate review of 10Q report with tax team | 369 | $ 295 |
| | 0.4 | Discuss Grace inventory procedures with B. Bishop (PwC) and W.Choi (PwC) | 369 | $ 148 |
| | **35.4** | | | |

**SARBANES-OXLEY TIME INCURRED**

| | | | | |
|---|---|---|---|---|
| 07/13/2004 | 2.6 | Grace internal Sarbanes Oxley planning meeting, discussion of planning and mobilization. Attended by Nina Govic, Hermann Schutte (PwC), John Newstead, Maureen Driscoll, Doug Wright (PwC), and Martin Pretious | 369 | $ 959 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 0.5 | Planning for internal Sarbanes Oxley meeting | 369 | $ | 185 |
|  | 0.4 | work on WR Grace Sarbanes scheduling with Hermann Schutte (PwC). | 369 | $ | 148 |
| 07/20/2004 | 1.2 | work on Grace Sarbanes revised budget and scheduling. | 369 | $ | 443 |
| 07/23/2004 | 0.7 | Discuss formatting of the database with Doug Wright (PwC) | 369 | $ | 258 |
|  | 0.8 | Review changed database format with Hermann Schutte (PwC) | 369 | $ | 295 |
|  | 1 | Work on the WR Grace budget and determine time needed for the foreign teams and time needed based on number of controls/cycles. | 369 | $ | 369 |
| 07/27/2004 | 0.3 | discuss with D. Wright (PwC) the 404 budget process | 369 | $ | 111 |
|  | 0.3 | discuss with D. Wright (PwC) the fixed asset accounting policies at Grace | 369 | $ | 111 |
|  | 1.4 | work on Grace Sarbanes revised budget and scheduling, assign staffing and reestimate hours based on revised Grace scope and revised participation by foreign teams. | 369 | $ | 517 |

**9.2**

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Aimee Stickley** | | | | |
| 07/12/2004 | 0.5 | Going over the work peformed or received to date | 292 | $ 146 |
| | 0.5 | Talking to Stephanie Beckes (PwC) on quarter information and our review process | 292 | $ 146 |
| | 0.1 | Going over PBC list with Nettie Fausto (Grace) | 292 | $ 29 |
| | 0.1 | Going over PBC(client assistance) list and the analytics procedures- reviewing Q1 | 292 | $ 29 |
| | 0.2 | Discussing timing of quarter and the items we have received with Ryan Grady (PwC) | 292 | $ 58 |
| | 0.4 | Going through the planning information | 292 | $ 117 |
| | 0.4 | Discussion with John Reilly (Grace) on PBC (client assistance) items needed | 292 | $ 117 |
| | 0.6 | Updating PBC list with items received from John Reilly (Grace) and Nettie Fausto (Grace) and forwarding them to necessary people. | 292 | $ 175 |
| | 0.5 | Reading over grace realignment information | 292 | $ 146 |
| | 1.9 | looking over the PBC items received and sending information to other teammates assigned to areas | 292 | $ 555 |
| | 0.3 | Going over Asbestos reserve questions with Lauren Misler (PwC) | 292 | $ 88 |
| | 0.3 | Updating steps in database for items received | 292 | $ 88 |
| | 0.4 | Looking over environmental reserve - sending email to shelly for more info on the libby reserve analysis | 292 | $ 117 |
| | 0.6 | reviewing reorganization schedules - looking over Chap. 11 schedules | 292 | $ 175 |
| | 0.3 | Discussion with Patti Elliot-Gray (Grace)on departmental accrual | 292 | $ 88 |
| | 0.5 | Looking over departmental accrual info for quarterly analysis | 292 | $ 146 |
| | 0.3 | Meeting with Nettie Fausto (Grace) and Ryan Grady (PwC) on timing of outstanding items | 292 | $ 88 |
| | 0.3 | Meeting with Diane Armstrong (Grace) to get the most recent BOD minutes and audit committee minutes | 292 | $ 88 |
| | 1.1 | Team meeting going over responsibility matrix (Ryan Grady, Stephanie Beckes, Nicholas Stromann, Cornelius Nzume) | 292 | $ 321 |
| | 0.8 | Reading the board of director minutes and the audit committee minutes | 292 | $ 234 |
| | 0.2 | Discussion with Will Choi (PwC) and Ryan Grady (PwC) on management rep letter and on non standard journal entry testing | 292 | $ 58 |
| 07/13/2004 | 0.2 | Coaching Cornelius Nzume (PwC) through the management rep letter preparation | 292 | $ 58 |
| | 0.4 | Reviewing short term , long term self insurance reserve | 292 | $ 117 |
| | 0.5 | Reviewing the reorg costs for chap 11 costs | 292 | $ 146 |
| | 0.4 | Discussion with Stephanie Beckes (PwC) on items to do on responsibility matrix | 292 | $ 117 |
| | 0.2 | Discussion with Stephanie Beckes (PwC) and Ryan Grady (PwC) on the trial balance accounts | 292 | $ 58 |
| | 0.3 | Coaching Cornelius Nzume (PwC) on the self insurance information | 292 | $ 88 |
| | 0.3 | Looking through the davison trial balance | 292 | $ 88 |
| | 0.3 | Creating new step for intercompany out of balance reconciliations | 292 | $ 88 |
| | 0.2 | Sending an email to the Performance Chemicals team on new database | 292 | $ 58 |
| | 0.3 | Discussion with Stephanie Beckes (PwC) on the Chap 11 costs | 292 | $ 88 |
| | 0.3 | Reviewing updated management rep letter | 292 | $ 88 |
| | 0.3 | Discussing chap 11 with Stephanie Beckes (PwC) | 292 | $ 88 |
| | 0.3 | Coaching Cornelius Nzume (PwC) on representation letter and davision trial balances | 292 | $ 88 |
| | 0.3 | Discussion with Nicholas Stromann (PwC) on interest expense step | 292 | $ 88 |
| | 0.5 | Discussion with Stephanie Beckes (PwC) on environmental reserve | 292 | $ 146 |
| | 0.2 | Helping Cornelius Nzume to print and find paper | 292 | $ 58 |
| | 0.4 | Coaching Cornelius Nzume (PwC) through the asbestos step - interim review reports and letter to SEC | 292 | $ 117 |
| | 0.6 | Reviewing Cornelius Nzume's (PwC) management rep letter and making updates to the document | 292 | $ 175 |
| | 0.3 | Discussing with Nick Stromann (PwC) changes needed for manangement rep letter | 292 | $ 88 |
| | 0.2 | Self insurance and prepaid insurance explanation | 292 | $ 58 |
| | 0.3 | Agreeing the LIFO accounts to the davision trial balance | 292 | $ 88 |
| | 0.3 | Looking through retention accrual documentation at year end | 292 | $ 88 |
| | 0.4 | Discussion with John Reilly (Grace) on Davison TB | 292 | $ 117 |
| | 0.9 | reviewing the updated trial balance | 292 | $ 263 |
| | 0.5 | Reviewing asbestos reserve step | 292 | $ 146 |
| 07/14/2004 | 0.2 | Discussion with Ryan Grady (PwC) on status of work | 292 | $ 58 |
| | 0.5 | Looking through the inventory obsolescence and agreeing to TB | 292 | $ 146 |
| | 0.2 | Answering Nina Govic's LIFO question | 292 | $ 58 |
| | 0.4 | Coaching Stephanie Beckes (PwC) on inventory obsolescence step | 292 | $ 117 |
| | 0.1 | Scanning Davison trial balance for variances | 292 | $ 29 |
| | 0.8 | Identifying LIFO differences and emailing questions to the boston team for the LIFO calc variances | 292 | $ 234 |
| | 0.2 | Lifo question to Nina Govic (PwC) on getting updated analysis | 292 | $ 58 |

| | | | | | |
|---|---|---|---|---|---|
| | 0.3 | Reviewing PBC and items received | 292 | $ | 88 |
| | 0.4 | Discussion with Nina Govic (PwC) on LIFO differences | 292 | $ | 117 |
| | 0.3 | Discussing items with Ryan Grady for staff to complete | 292 | $ | 88 |
| | 0.6 | Pulling davison items for flux | 292 | $ | 175 |
| | 0.3 | Reviewing Specific inquiry step for significant accounting changes | 292 | $ | 88 |
| | 0.3 | Discussion with Ryan Grady(PwC) and Will Choi (PwC) and Nettie Fausto (Grace) on the specific inquiry step (discussing significant accounting changes) | 292 | $ | 88 |
| | 0.2 | Inventory obsolescence discussion with Stephanie Beckes (PwC) | 292 | $ | 58 |
| | 0.4 | Discussion with Ryan Grady (PwC) on specific inquiry update and Davison materiality | 292 | $ | 117 |
| | 0.7 | Davison flux review | 292 | $ | 204 |
| | 0.8 | Documentation on specific inquiry step | 292 | $ | 234 |
| | 0.5 | Questions for John Reilly on open items | 292 | $ | 146 |
| | 0.4 | Review of non standard journal entry step | 292 | $ | 117 |
| | 0.3 | Review of status of database | 292 | $ | 88 |
| | 0.3 | Updating PBC and items received and sending out info | 292 | $ | 88 |
| | 0.7 | group meeting (Ryan Grady, Nicholas Stromann, Stephanie Beckes, Cornelius Nzume, PwC) on status of items outstanding and discussion on any questions/ issues encountered. | 292 | $ | 204 |
| | 0.6 | Reviewing the ART reporting package | 292 | $ | 175 |
| | 0.6 | Updating the Davison general inquiry and significant accounting steps | 292 | $ | 175 |
| 07/15/2004 | 0.5 | Reviewing the management rep letter | 292 | $ | 146 |
| | 0.1 | Discussion with Ryan Grady (PwC) on davison and overall p&L fluxes | 292 | $ | 29 |
| | 0.2 | Reviewing FAS 131 for disclosures in changes on segment reporting | 292 | $ | 58 |
| | 0.2 | Reviewing self insurance reserve step and follow up questions with Patti Elliot-Gray (Grace) | 292 | $ | 58 |
| | 0.2 | Coaching Nick Stromann (PwC) on LIFO tieout | 292 | $ | 58 |
| | 1.1 | Reviewing self insurance reserve step and follow up questions with Patti Elliot-Gray (Grace) | 292 | $ | 321 |
| | 0.3 | Discussion with Stephanie Beckes (pwc) on inventory obosolecense variances | 292 | $ | 88 |
| | 0.2 | Discussion with Stephanie Beckes (PwC) on ART business | 292 | $ | 58 |
| | 0.4 | Review of database and status of items | 292 | $ | 117 |
| | 0.2 | Discussion with Bonita Harsh (Grace) on treasury movements for the quarter | 292 | $ | 58 |
| | 0.3 | Specific inquiry step documentation on debt and equity securities | 292 | $ | 88 |
| | 0.4 | Discussion with Will Choi (PwC) and Ryan Grady (PwC) on journal entry testing and on management rep letter | 292 | $ | 117 |
| | 0.4 | Discussion with Nick Stromann (PwC) on LTIP | 292 | $ | 117 |
| | 0.3 | Discussion with Stephanie Beckes (PwC) on Davison P&L flux and earnings call documentation | 292 | $ | 88 |
| | 0.4 | Sending emails to team for all the pbc items received | 292 | $ | 117 |
| | 0.2 | Discussion with Ryan Grady (PwC) on analytics and AR information | 292 | $ | 58 |
| | 0.7 | Davison flux information and review of analytics | 292 | $ | 204 |
| | 2 | Meeting with John Reilly(grace) and Stephanie Beckes (PwC) for inquiries and various questions | 292 | $ | 584 |
| | 0.2 | Meeting with Larry Marchman (Grace) for AR schedules | 292 | $ | 58 |
| | 0.4 | Reviewing asbestos reserve | 292 | $ | 117 |
| | 0.4 | Status update and discussions with Will Choi (PwC) and Ryan Grady (PwC) -status of items and new entries | 292 | $ | 117 |
| | 0.3 | Discussion - recap on meeting with John Reilly (Grace) with Ryan Grady (PwC) and Stephanie Beckes (PwC) | 292 | $ | 88 |
| | 0.5 | Talking with John Reilly (Grace) on LIFO tieing to balance | 292 | $ | 146 |
| | 0.2 | Discussing list of to do tomorrow with Stephanie Beckes (PwC) | 292 | $ | 58 |
| | 0.4 | ART - A/R analytics | 292 | $ | 117 |
| | 0.8 | ART analytics for reporting package | 292 | $ | 234 |
| | 0.3 | Documenting Davison analytics | 292 | $ | 88 |
| 07/16/2004 | 0.2 | Discussion with John Reilly (Grace) on ART business | 292 | $ | 58 |
| | 0.4 | Discussion with Michael Brown (Grace) Davison reorg | 292 | $ | 117 |
| | 0.4 | Reviewing art reporting package | 292 | $ | 117 |
| | 0.2 | Discussions with N. Govic (PwC) on LIFO | 292 | $ | 58 |
| | 0.5 | Discussions with Michael Brown (Grace) and Ryan Grady (PwC) on effects of 404 on procedures performed during a quarterly review related to various drafts of schedules the client provides | 292 | $ | 146 |
| | 0.3 | Looking at AR June package from Larry Marchman (Grace) | 292 | $ | 88 |
| | 0.8 | Reviewing ART reporting package | 292 | $ | 234 |
| | 0.4 | ART reporting package discussion with Stephanie Beckes (PwC) | 292 | $ | 117 |
| | 0.6 | Completing Specific inquiry step | 292 | $ | 175 |
| | 0.3 | Preparing for review meeting with John Reilly (Grace) | 292 | $ | 88 |
| | 0.6 | Discussing Davison flux with Stephanie and reviewing expectations | 292 | $ | 175 |
| | 0.5 | Asbestos reserve review | 292 | $ | 146 |
| | 0.2 | Reviewing database for information | 292 | $ | 58 |
| | 0.4 | Discussion with John Reilly (Grace) and Stephanie Beckes (PwC) on LIFO | 292 | $ | 117 |
| | 0.2 | Discussion with Nina Govic on LIFO | 292 | $ | 58 |

|            |      | Description | | | |
|------------|------|-------------|------|---|-----|
|            | 0.8  | Discussion on ART analytics (Balance sheet and P&L) with Stephanie Beckes (PwC), Matt Bathurst (Grace) and John Reilly (Grace) | 292 | $ | 234 |
|            | 0.7  | Interim inquiry checklist discussion with John Reilly (Grace), Carol Pace (Grace), and Stephanie Beckes (PwC) | 292 | $ | 204 |
|            | 0.7  | Journal entry testing discussion and Davsion follow up flux questions with John Reilly (Grace) and Stephanie Beckes (PwC) | 292 | $ | 204 |
|            | 0.3  | Discussion with Ryan Grady (PwC) on status | 292 | $ | 88 |
|            | 0.3  | Transfering steps to Stephanie Beckes (PwC) and providing information needed for next week. | 292 | $ | 88 |
|            | 0.2  | LIFO tie - out | 292 | $ | 58 |
| 07/18/2004 | 0.2  | Asbestos reserve review and documentation | 292 | $ | 58 |
|            | 0.3  | Answering review points generated by PwC Manager | 292 | $ | 88 |
|            | 0.4  | Documentation of intercompany reconciliation step | 292 | $ | 117 |
|            | 0.8  | Specific inquiries documented for corporate | 292 | $ | 234 |
| 07/20/2004 | 1.0  | Documenting Grace inquiry steps for davison - general inquiries | 292 | $ | 292 |
|            | 1.0  | Completing and documenting Davison specific inquiry step | 292 | $ | 292 |
| 07/22/2004 | 0.5  | Updating asbestos reserve step with information received from Michelle Joy (Grace) | 292 | $ | 146 |

**Total**       **54.1**

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Hermann Schutte** | | | | |
| 07/30/2004 | 4.0 | Detail ananlysis of time and expenses for invoice purposes | 526 | $ 2,104 |
| **Doug Wright** | | | | |
| 07/21/2004 | 0.2 | Recording daily time charged to the Grace acccount | 251 | $ 42 |
| 07/22/2004 | 0.5 | Time tracking help with intern L. Farrell(PwC) | 251 | $ 126 |
| 07/28/2004 | 0.6 | Recording daily time charged to the Grace acccount | 251 | $ 151 |
| 07/30/2004 | 0.5 | Recording daily time charged to the Grace acccount | 251 | $ 126 |
| **Pam Reinhardt** | | | | |
| 07/26/2004 | 0.5 | Work on time tracking for Grace account | 251 | $ 126 |
| 07/28/2004 | 1.5 | Working on Time and Expenses for self | 251 | $ 377 |
| 07/29/2004 | 0.5 | Working on Time and Expenses for self | 251 | $ 2,104 |
| 07/30/2004 | 0.2 | Working on Time and Expenses for self | 251 | $ 50 |
| **Maureen Driscoll** | | | | |
| 07/19/2004 | 1.00 | Prepare time reporting information for June | 449 | $ 449 |
| **William Choi** | | | | |
| 07/28/2004 | 2.6 | Spend time working on July time and expense reports | 526 | $ 1,368 |
| **Nina Govic** | | | | |
| 07/15/2004 | 0.7 | Complete my time and expense reporting for the month of June 2004 | 369 | $ 258 |
| 07/19/2004 | 0.8 | Work on quarterly fee application rollfoward | 369 | $ 295 |
| | 0.8 | Work on monthly fee application | 369 | $ 295 |
| 07/23/2004 | 0.4 | work on June 2004 time tracking | 369 | $ 148 |
| 07/26/2004 | 0.5 | Work on June 2004 time tracking - review submissions, and remove admin time, other non-chargable time and time to track time. | 369 | $ 185 |
| | 3 | Complete the thirteenth quarterly time and expense filing | 369 | $ 1,107 |
| **A. Stickley** | | | | |
| 07/15/2004 | 0.2 | Bankruptcy reporting for June | 292 | $ 58 |
| 07/16/2004 | 0.2 | Bankruptcy reporting for June | 292 | $ 58 |
| 07/18/2004 | 0.7 | grace bankruptcy reporting - recording personal expense and time charged | 292 | $ 204 |
| 07/19/2004 | 0.3 | grace bankruptcy reporting - recording personal expense and time charged | 292 | $ 88 |
| **Ryan Grady** | | | | |
| 07/05/2004 | 0.3 | Update time tracking worksheet | 332 | $ 100 |
| 07/07/2004 | 0.2 | Update time tracking worksheet | 332 | $ 66 |
| 07/09/2004 | 0.2 | Update time tracking worksheet | 332 | $ 66 |
| 07/12/2004 | 0.3 | Update time tracking worksheet | 332 | $ 100 |
| 07/14/2004 | 0.4 | Update time tracking worksheet | 332 | $ 133 |
| 07/16/2004 | 0.1 | Update time tracking worksheet | 332 | $ 33 |
| 07/19/2004 | 0.2 | Update time tracking worksheet | 332 | $ 66 |
| 07/21/2004 | 0.3 | Update time tracking worksheet | 332 | $ 100 |
| 07/22/2004 | 0.3 | Review C Nzume time tracking for June | 332 | $ 100 |
| 07/22/2004 | 0.2 | Update time tracking worksheet | 332 | $ 66 |
| **N. Stromann** | | | | |
| 07/22/2004 | 2.6 | Update June Time and Expense reporting files for information received from team membe | 213 | $ 554 |
| 07/19/2004 | 0.8 | Update June Time and Expense reporting files for information received from team membe | 213 | $ 170 |
| 07/20/2004 | 0.7 | Update June Time and Expense reporting files for information received from team membe | 213 | $ 149 |
| 07/21/2004 | 0.6 | Update June Time and Expense reporting files for information received from team membe | 213 | $ 128 |
| 07/26/2004 | 0.6 | Formatting print screens for June time and expense files | 213 | $ 128 |
| 07/28/2004 | 1.2 | Personal Time and Expense Compiling for July | 213 | $ 256 |
| **S. Beckes** | | | | |
| 07/14/2004 | 0.20 | Time recording for Grace Bankruptcy | 292 | $ 58 |
| **L. Misler** | | | | |
| 07/28/2004 | 1.2 | Tracked personal time for month of July charged to the Grace account | 213 | $ 256 |

**C. Nzume**
| | | | | | |
|---|---|---|---|---|---|
| 07/14/2004 | 2.0 | Time Tracking summary for the month of June | 170 | $ | 340 |

**L. Farrell**
| | | | | | |
|---|---|---|---|---|---|
| 07/16/2004 | 0.1 | Recording daily time charged to the Grace acccount | 170 | $ | 14 |
| 07/15/2004 | 0.1 | Recording daily time charged to the Grace acccount | 170 | $ | 14 |
| 07/19/2004 | 0.1 | Recording daily time charged to the Grace acccount | 170 | $ | 14 |
| 07/20/2004 | 0.8 | Created Time Summary Report and entered Time associated with Grace audit work | 170 | $ | 128 |
| 07/21/2004 | 0.2 | Recording daily time charged to the Grace acccount | 170 | $ | 28 |
| 07/22/2004 | 0.1 | Recording daily time charged to the Grace acccount | 170 | $ | 14 |
| 07/23/2004 | 0.1 | Recording daily time charged to the Grace acccount | 170 | $ | 14 |
| 07/26/2004 | 0.1 | Recording daily time charged to the Grace acccount | 170 | $ | 14 |
| 07/27/2004 | 0.1 | Recording daily time charged to the Grace acccount | 170 | $ | 14 |
| 07/28/2004 | 0.1 | Recording daily time charged to the Grace acccount | 170 | $ | 14 |
| 07/29/2004 | 0.1 | Recording daily time charged to the Grace acccount | 170 | $ | 14 |

| | | |
|---|---|---|
| **Total Cost of Time Tracking** | **$** | **12,865.83** |
| **Less 55% rate reduction** | **$** | **(7,076.21)** |
| **Total Cost of Tracking Time Billed to Grace** | **$** | **5,789.63** |
| **Total Hours Spent Tracking Time** | | **33.7** |