**EXHIBIT B**

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended July 31, 2004**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| S. Beckes | Audit | 07/12/2004 | $ 18.76 | | | | Mileage in excess of normal commute |
| S. Beckes | Audit | 07/13/2004 | $ 18.76 | | | | Mileage in excess of normal commute |
| S. Beckes | Audit | 07/14/2004 | $ 18.76 | | | | Mileage in excess of normal commute |
| S. Beckes | Audit | 07/15/2004 | $ 18.76 | | | | Mileage in excess of normal commute |
| S. Beckes | Audit | 07/16/2004 | $ 18.76 | | | | Mileage in excess of normal commute |
| S. Beckes | Audit | 07/19/2004 | $ 18.76 | | | | Mileage in excess of normal commute |
| S. Beckes | Audit | 07/20/2004 | $ 18.76 | | | | Mileage in excess of normal commute |
| S. Beckes | Audit | 07/21/2004 | $ 18.76 | | | | Mileage in excess of normal commute |
| S. Beckes | Audit | 07/22/2004 | $ 18.76 | | | | Mileage in excess of normal commute |
| S. Beckes | Audit | 07/23/2004 | $ 18.76 | | | | Mileage in excess of normal commute |
| W. Bishop | Audit | 07/15/2004 | | | | $ 33.50 | Team working lunch |
| A. Stickley | Audit | 07/12/2004 | $ 27.76 | | | | Mileage in excess of normal commute |
| A. Stickley | Audit | 07/13/2004 | $ 27.76 | | | | Mileage in excess of normal commute |
| A. Stickley | Audit | 07/14/2004 | $ 27.76 | | | | Mileage in excess of normal commute |
| A. Stickley | Audit | 07/15/2004 | $ 27.76 | | | | Mileage in excess of normal commute |
| A. Stickley | Audit | 07/16/2004 | $ 27.76 | | | | Mileage in excess of normal commute |
| H. Schutte | Sarbanes | 07/01/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| H. Schutte | Sarbanes | 07/07/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| H. Schutte | Sarbanes | 07/13/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| H. Schutte | Sarbanes | 07/14/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| H. Schutte | Sarbanes | 07/15/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| H. Schutte | Sarbanes | 07/27/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| H. Schutte | Sarbanes | 07/28/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| H. Schutte | Sarbanes | 07/29/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| N. Govic | Audit | 07/13/2004 | $ 31.88 | | | | Mileage in excess of normal commute |
| N. Govic | Audit | 07/16/2004 | $ 31.88 | | | | Mileage in excess of normal commute |
| N. Govic | Audit | 07/20/2004 | $ 17.25 | | | | Mileage in excess of normal commute |
| N. Govic | Audit | 07/26/2004 | | | | $ 44.00 | Team working lunch |
| N. Govic | Audit | 07/26/2004 | $ 32.25 | | | | Mileage in excess of normal commute |
| N. Govic | Audit | 07/27/2004 | $ 32.25 | | | | Mileage in excess of normal commute |
| L. Misler | Audit | 07/07/2004 | $ 24.38 | | | | Mileage in excess of normal commute |
| L. Misler | Audit | 07/08/2004 | $ 24.38 | | | | Mileage in excess of normal commute |
| L. Misler | Audit | 07/12/2004 | $ 24.38 | | | | Mileage in excess of normal commute |
| L. Misler | Audit | 07/26/2004 | $ 24.38 | | | | Mileage in excess of normal commute |
| L. Misler | Audit | 07/27/2004 | $ 24.38 | | | | Mileage in excess of normal commute |
| L. Misler | Audit | 07/28/2004 | $ 24.38 | | | | Mileage in excess of normal commute |
| P. Reinhardt | Sarbanes | 07/27/2004 | $ 9.00 | | | | Mileage in excess of normal commute |
| P. Reinhardt | Sarbanes | 07/28/2004 | $ 9.00 | | | | Mileage in excess of normal commute |
| P. Reinhardt | Sarbanes | 07/29/2004 | $ 9.00 | | | | Mileage in excess of normal commute |
| P. Reinhardt | Sarbanes | 07/30/2004 | $ 9.00 | | | | Mileage in excess of normal commute |
| N. Stromann | Audit | 07/12/2004 | $ 7.50 | | | | Mileage in excess of normal commute |
| N. Stromann | Audit | 07/13/2004 | $ 7.50 | | | | Mileage in excess of normal commute |
| N. Stromann | Audit | 07/14/2004 | $ 7.50 | | | | Mileage in excess of normal commute |
| N. Stromann | Audit | 07/15/2004 | $ 7.50 | | | | Mileage in excess of normal commute |
| N. Stromann | Audit | 07/29/2004 | $ 3.75 | | | | Mileage in excess of normal commute |
| **Summary** | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | $ 981.41 | $ 903.91 | $ - | $ - | $ 77.50 | |