IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CASE NO. 01-01139 through |
| | ) | 01-01200 (JJF) |
| W.R. GRACE & CO., et al. | ) | (Chapter 11) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the Case Bigelow & Lombardi, hereby **WITHDRAWS** its appearance as counsel for creditor and lessor WILLIAM B. DUNBAR, Trustee ("Dunbar") previously filed in the above-referenced matter. Please remove the following name and address from any and all service lists.

> Ted N. Pettit, Esq.
> Case Bigelow & Lombardi
> Grosvenor Center, Mauka Tower
> 737 Bishop Street, Suite 2600
> Honolulu, Hawaii 96813
> Telephone: (808) 547-5400
> Facsimile: (808) 523-1888

DATED: Honolulu, Hawaii, SEP 13 2004

_[signature]_

TED N. PETTIT
CASE BIGELOW & LOMBARDI
A LAW CORPORATION
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 547-5400
Facsimile No. (808) 523-1888
Attorney for Creditor and Lessor
William B. Dunbar, Trustee

26297\1\274229.2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CASE NO.  01-01139 through |
| | ) | 01-01200 (JJF) |
| W.R. GRACE & CO., et al. | ) | (Chapter 11) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Withdrawal of Notice of Appearance and Request for Notice (William B. Dunbar, Trustee) was duly served by depositing a copy of same in the United States mail at Honolulu, Hawaii, postage prepaid to the parties addressed on the attached Exhibit "A" on ___SEP 13 2004___.

DATED:   Honolulu, Hawaii, ___SEP 13 2004___

TED N. PETTIT
CASE BIGELOW & LOMBARDI
A LAW CORPORATION
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 547-5400
Facsimile No. (808) 523-1888
Attorney for Creditor and Lessor
William B. Dunbar, Trustee

26297\1\274229.2

| | | |
|---|---|---|
| LAURA DAVIS JONES, ESQ.<br>919 NORTH MARKET ST, 16TH FLR<br>PO BOX 8705<br>WILMINGTON DE 19899-8705 | HAMID R. RAFATJOO, ESQ.<br>PACHULSKI STANG ZIEHL YOUNG<br>10100 SANTA MONICA BLVD<br>LOS ANGELES CA 90067-4100 | PARCELS INC<br>VITO T DIMAIO<br>10TH & KING STREETS<br>WILMINGTON DE 19801 |
| STEVEN M. YODER ESQ<br>222 DELAWARE AVE #900<br>PO BOX 25130<br>WILMINGTON DE 19899 | WILLIAM P. BOWDEN ESQ<br>222 DELAWARE AVE<br>PO BOX 1150<br>WILMINGTON DE 19899 | WILLIAM H. SUDELL JR ESQ<br>1201 N. MARKET STREET<br>PO BOX 1347<br>WILMINGTON DE 19899 |
| MARK D COLLINS ESQ<br>ONE RODNEY SQUARE<br>PO BOX 551<br>WILMINGTON DE 19899 | JEFFREY C. WISLER ESQ<br>MICHELLE McMAHON ESQ<br>1220 MARKET STREET, 10TH FLR<br>WILMINGTON DE 198999 | FRANCIS A. MONACO JR ESQ<br>1201 N. ORANGE STREET #400<br>PO BOX 2031<br>WILMINGTON DE 19801 |
| FREDERICK B. ROSNER ESQ<br>WALSH MONZACK & MONACO<br>1201 N. ORANGE ST #400<br>WILMINGTON DE 19801 | MICAHEL B. JOSEPH ESQ<br>824 MARKET STREET #904<br>PO BOX 1351<br>WILMINGTON DE 198999 | BRUCE E. JAMESON ESQ<br>1310 KING STREET<br>PO BOX 1328<br>WILMINGTON DE 19899 |
| MARK S. CHEHI ESQ<br>ONE RODNEY SQUARE<br>PO BOX 636<br>WILMINGTON DE 19899-0636 | JOSEPH GREY ESQ<br>STEVENS & LEE<br>300 DELAWARE AVE #800<br>WILMINGTON DE 19801 | MICHAEL R. LASTOWSKI ESQ<br>DUANE MORRIS & HECKSCHER<br>1100 N MARKET STREET #1200<br>WILMINGTON DE 19801-1246 |
| JAMES HM SPRAYREGEN ESQ<br>KIRKLAND & ELLIS<br>200 E RANDOLPH DR<br>CHICAGO IL 60601 | OFFICE OF THE US TRUSTEE<br>844 KING STREET #2313<br>LOCKBOX 35<br>WILMINGTON DE 19801 | DERRICK TAY ESQ<br>SUITE 1100, BOX 11<br>MERRILL LYNCH CANADA TOWER<br>SUN LIFE CENTER 200 KINT ST W<br>TORONTO ONTARIO M5H 3T4 |
| DAVID B. SIEGEL<br>WR GRACE & CO<br>7500 GRACE DRIVE<br>COLUMBIA MD 21044 | ELIHU INSELBUCH ESQ<br>399 PARK AVE, 36TH FLR<br>NEW YORK NY 10022 | LEWIS KRUGER ESQ<br>STROOCK & STROOCK & LAVAN<br>180 MAIDEN LANE<br>NEW YORK NY 10038-4982 |
| SCOTT L. BAENA ESQ<br>FIRST UNION FINANCIAL CENTER<br>200 S BISCAYNE BLVD #2500<br>MIAMI FL 33131 | D.J. BAKER ESQ<br>SKADDEN ARPS SLATE MEAGHER<br>FOUR TIMES SQUARE<br>NEW YORK NY 10036 | J. DOUGLAS BACON ESQ<br>LATHAM & WATKINS<br>SEARS TOWER, STE. 5800<br>CHICAGO IL 60606 |
| NANCY WORTH DAVIS ESQ<br>28 BRIDGESIDE BLVD<br>PO BOX 1792<br>MOUNT PLEASANT SC 29465 | TODD MEYER ESQ<br>KILPATRICK STOCKTON<br>1100 PEACHTREE STREET<br>ATLANTA GA 30309 | SECURITIES & EXCHANGE COMM<br>15TH & PENNSYLVANIA AVE NW<br>WASHINGTON DC 20020 |
| DISTRICT DIRECTOR<br>IRS<br>409 SILVERSIDE ROAD<br>WILMINGTON DE 19809 | SECURITIES & EXCHANGE COMM<br>ATLANTA - BRANCH/REORG<br>3475 LENOX RD NE #100<br>ATLANTA GA 30326-1232 | SECURITY OF TREASURER<br>PO BOX 7040<br>DOVER DE 19903 |

| | | |
|---|---|---|
| JAMES D. FREEMAN ESQ<br>ENVIRON ENFORCE SECT<br>999 18TH STREET, #945 N TOWER<br>DENVER  CO  80202 | JON L. HEBERLING ESQ<br>MCGARVEY HEBERLINE SULLIVAN<br>745 SOUTH MAIN STREET<br>KALISPEL  MT  59901 | PATRICK L HUGHES ESQ<br>HAYNES & BOONE LLP<br>1000 LOUISIANA ST #4300<br>HOUSTON  TX  77002-5012 |
| DAVID S HELLER ESQ<br>LATHAM & WATKINS<br>SEARS TOWER, STE. 5800<br>CHICAGO  IL  60606 | CHARLES E BOULBOL ESQ<br>26 BROADWAY, 17TH FLR<br>NEW YORK  NY  10004 | IRA S GREENE ESQ<br>SQUADRON ELLENOFF PLESENT<br>551 FIFTH AVENUE<br>NEW YORK  NY  10176 |
| JAMES A SYLVESTER ESQ<br>INTERCAT INC<br>104 UNION AVENUE<br>MANASQUAN  NJ  08736 | STEVEN J JOHNSON ESQ<br>GIBSON DUNN & CRUTHER LLP<br>1530 PAGE MILL ROAD<br>PALO ALTO  CA  94304-1125 | CHARLOTTE KLENKE ESQ<br>PO BOX 2545<br>3101 S PACKERLAND<br>GREEN BAY  WI  54306 |
| DAVID S ROSENBLOOM ESQ<br>MCDERMOTT WILL & EMERY<br>227 WEST MONROE STREET<br>CHICAGO  IL  60606-5096 | BRAD RODGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>PENSION BENEFIT GUARANTY CO<br>1200 K STREET NW<br>WASHINGTON  DE  20005-4026 | PAMELA ZILLY<br>THE BLACKSTONE GOURP<br>345 PARK AVENUE<br>NEW YORK  NY  10154 |
| JOSIAH ROTENBERG<br>LAZARD FRERES & CO<br>30 ROCKEFELLER PLAZA 60TH FLR<br>NEW YORK  NY  10020 | STEVEN H CASE ESQ<br>DAVIS POLK & WARDWELL<br>450 LEXINGTON AVE<br>NEW YORK  NY  10017 | JAN M. HYDEN ESQ<br>650 POYDRAS ST #2500<br>NEW ORLEANS  LA  70130-6103 |
| JOSEPH F RICE ESQ<br>28 BRIDGESIDE BLVD<br>PO BOX 1792<br>MT PLEASANT  SC  29465 | STEVEN T BARON ESQ<br>SILBER PEARLMAN LLP<br>2711 N HASKELL AVE 5TH FLR<br>DALLAS  TX  75204 | BANKRUPTCY ADMINISTRATION<br>IOS CAPITAL INC<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON  GA  31208-3708 |
| WJ WINTERSTEIN JR ESQ<br>ELEVEN PENN CENTER, 29TH FLR<br>1835 MARKET STREET<br>PHILADELPHIA  PA  19103 | R SCOTT WILLIAMS<br>PMG CAPITAL CORP<br>FOUR FALLS CORPORATE CENTER<br>WEST CONSHOHOCKEN  PA  19428 | ALAN R BRAYTON ESQ<br>BRAYTON & PURCELL<br>222 RUSH LANDING ROAD<br>NOVATO  CA  94945 |
| JONATHAN W YOUNG<br>WILDMAN HARROLD ALLEN<br>225 WEST WACKER DR #3000<br>CHICAGO  IL  60606-1229 | RUSSELL W BUDD<br>BARON & BUDD PC<br>3102 OAK LAWN AVE #1100<br>DALLAS  TX  75219 | SHELBY A JORDAN ESQ<br>JORDAN HYDEN WOMBLE<br>500 N SHORELINE BLVD #900<br>CORPUS CHRISTI  TX  78471 |
| COURTNEY M. LABSON ESQ<br>THE MILLS CORPORATION<br>1300 WILSON BLVD #400<br>ARLINGTON  VA  22209 | CINDY SCHULTZ<br>INGERSOLL-RAND FLUID PRODUCTS<br>ONE ARO CENTER<br>PO BOX 151<br>BRYAN  OH  43506 | ALAN KOLOD ESQ<br>1301 AVE OF THE AMERICAS<br>40TH FLOOR<br>NEW YORK  NY  10019-6076 |
| THOMAS MOSKIE<br>BANKERS TRUST CO<br>FOUR ALBANY ST, 4TH FLR<br>NEW YORK  NY  10006 | JOHN P DILMAN ESQ<br>LINEBARGER HEARD GOGGAN BLAIR<br>PO BOX 3064<br>HOUSTON  TX  77253-3064 | CHARLES E GIBSON III<br>620 NORTH ST #100<br>JACKSON  MS  39202 |

PAUL M BAISIER ESQ
SEYFARTH SHAW
1545 PEACHTREE ST #700
ATLANTA GA 30309

KEVIN D MCDONALD ESQ
ONE HOUSTON CENTER
1221 MCKINNEY, STE. 4550
HOUSTON TX 77010

CHRISTOPHER BEARD ESQ
BEARD & BEARD
306 N MARKET STREET
FREDERICK MD 21701

BERNICE CONN ESQ
ROBINS KAPLAN MILLER
2049 CENTURY PARK E #3700
LOS ANGELES CA 90067

STEVEN R SCHLESINGER ESQ
JASPAN SCHLESINGER HOFFMAN
300 GARDEN CITY PLAZA
GARDEN CITY NY 11530

STEVEN J. KHERKHER ESQ
WILLIAMS BAILEY LAW FIRM
8441 GULF FREEWAY #600
HOUSTON HX 77017

KIMBERLY W OSENBAUGH ESQ
PRESTON GATES & ELLIS
701 5TH AVENUE #5000
SEATTLE WA 98104-7078

LEWIS T. LECLAIR ESQ
MCKOOL SMITH
300 CRESCENT COURT #1500
DALLAS TX 75201

DELTA CHEMICAL CORPORATION
2601 CANNERY AVENUE
BALTIMORE MD 21226-1595

STEVEN T HOORT ESQ
ROPES & GRAY
ONE INTERNATIONAL PLACE
BOSTON MA 02110-2624

PETER VAN N LOCKWOOD ESQ
CAPLIN & DRYSDALE
ONE THOMAS CIRCLE NW
WASHINGTON DC 20005

PETER A CHAPMAN
24 PERDICARIS PLACE
TRENTON JN 08618

PAUL M MATHENY ESQ
LAW OFFICES OF PETER ANGELOS
5905 HARFORD ROAD
BALTIMORE MD 21214

MICHAEL URBIS ESQ
JORDAN HYDEN WOMBLE
2390 CENTRAL BLVD, STE. G
BROWNSVILLE TX 78520

MARY A COVENTRY
SEALED AIR CORPORATION
PARK 80 EAST
SADDLE BROOK NJ 07663

MARGERY N REED ESQ
DUANE MORRIS & HECKSCHER
4200 ONE LIBERTY PLACE
PHILADELPHIA PA 19103-7396

MERIDEE MOORE
FARALLON CAPITAL MGMT
ONE MARITIME PLAZA #135
SAN FRANCISCO CA 94111

JOHN M KLAMANN ESQ
KLAMANN & HUBBARD
7101 COLLEGE BLVD #120
OVERLAND PARK KS 66210

JOSEPH T KREMER ESQ
LIPSIPTZ GREEN FAHRINGER
42 DELAWARE AVE #300
BUFFALO NY 14202

PAUL D HENDERSON ESQ
DIES DIES & HENDERSON
1009 W GREEN AVE
ORANGE TX 77630

ROBERT JACOBS ESQ
JACOBS & CRUMPLAR
2 EAST 7TH STREET
PO BOX 1271
WILMINGTON DE 19899

ELIZABETH S KARDOS ESQ
GIBBONS DEL DEO DOLAN
ONE RIVERFRONT PLAZA
NEWAKR NY 07102-5497

THOMAS J NOONAN JR
R&S LIQUIDATION CO
5 LYONS MALL PMB #530
BASKING RIDGE NY 07920-1928

HARRY LEE ESQ
STEPTOE & JOHNSON
1330 CONNECTICUT AVE NW
WASHINGTON DC 20036

SHEREE L KELLEY ESQ
80 PARK PLAZA, T5D
PO BOX 570
NEWARK NJ 07101

WILLIAM S KATCHEN ESQ
DUANE MORRIS & HECKSCHER
ONE RIVERFRONT PAZA, 2ND FLR
NEWAKR NJ 07102

PAL G SUMERS ESQ
TN ATTORNEY GENERAL
PO BOX 20207
NASHVILLE TN 37202-0207

DAMON J CHARGOIS ESQ
360 PLACE OFFICE PARK
1201 N WATSON RD #145
ARLINGTON TX 76006

C RANDALL BUPP ESQ
PLASTIRAS & TERRIZZI
24 PROFESSIONAL CNTR PKW #150
SAN RAFAEL CA 94903

PETER S GOODMAN ESQ
ANDREWS 7 KURTH
805 THIRD AVE
NEW YORK NY 10022

```
JONATHAN H ALDEN ESQ              CREDIT LYONNAIS                   STATE LIBRBARY OF OHIO
ASSISTANT GENERAL COUNSEL         1301 AVE OF THE AMERICAS          MICHELLE T SUTTER
3900 COMMONWEALTH BLVD MS35       NEW YORK   NY   10019-0602        101 E TOWN ST, 2ND FLR
TALLAHASSEE   FL   32399-3000                                       COLUMBUS   OH   43215


ROSA DOMINY / BK ADMIN            ROBERT JACOBS ESQ                 GRIEF BROS CORP
IOS CAPITAL INC                   2 EAST 7TH ST                     250 EAST WILSON BRIDGE RD
1738 BASS RD                      PO BOX 1271                       SUITE 175
PO BOX 13708                      WILMINGTON   DE   19899           WORTHINGTON   OH   43085
MACON   GA   31208-3708


SELINDA A. MELNIK, ESQ.
BUCHANAN INGERSOLL PC
CHASE MANHATTAN CENTRE
1201 NORTH MARKET ST #1501
WILMINGTON DE   19801
```