IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. Grace & Company ) | |
| ) | Case No. 01-01139 |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that DAVID SLAUGHTER, Creditor in the above-captioned cases, hereby appears by its counsel, Jacobs & Crumplar; such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following person ad the following address, telephone and telecopy numbers:

>  Robert Jacobs, Esquire
>  Jacobs & Crumplar, P.A.
>  2 East 7th Street, P.O. Box 1271
>  Wilmington, DE 19899
>  Telephone:  (302) 656-5445
>  Telecopy:  (302) 656-5875

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitations, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings herein.

                                  **JACOBS AND CRUMPLAR, P.A.**

                            By: _/s/ *Robert Jacobs*_____
                                Robert Jacobs, Esquire
                                (Attorney ID No. 244)
                                2 East 7th Street
                                P.O. Box 1271
                                Wilmington, DE 19899
                                (302) 656-5445
                                *Attorney for David Slaughter*

Dated: <u>September 16, 2004</u>