IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 17th day of September 2004 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

1.  **SETTLEMENT NOTICE.**

Dated: September 17, 2004

*Patricia E. Cuniff*
Patricia E. Cuniff

Sworn to and subscribed before
me this 17th day of September, 2004

*Holly T Walsh*
Notary Public
My Commission Expires: 08/11/06

MDNR Fax Service List
Case No. No. 01-1139
September 17, 2004
Document # 100025
**14 - Facsimile**

*Facsimile 302-573-6497*
Frank J. Perch, Esquire
(United States Trustee)
(Special Request)

*Facsimile 212-806-6006*
Stroock & Stroock & Lavan LLP
Arlene G. Krieger
(Counsel to the Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 302-657-4901*
Duane Morris & Heckscher
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Caplin & Drysdale
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Caplin & Drysdale
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Campbell & Levine
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 302-575-1714*
Theodore J. Tacconelli, Esquire
Ferry & Joseph P.A.
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 312-993-9767*
Latham & Watkins
Douglas Bacon
(Counsel for DIP Lender)

*Facsimile 212-715-8000*
Kramer Levin Naftalis & Frankel
Gary M. Becker
(Counsel for the Official Committee of Equity Security Holders)

*Facsimile 312-861-2200*
Klett Rooney Lieber & Schorling
Teresa K.D. Courier
(Counsel for the Official Committee of Equity Security Holders)

*Facsimile 312-861-2200*
Kirkland & Ellis LLP
James H.M. Sprayregen
James W. Kapp, III
(Co-Counsel to the Debtors)

*Facsimile 202-424-7643*
Swidler Berlin Shereff Friedman LLP
Richard H. Wyron
(Co-Counsel to the Debtors)

*Facsimile 302-655-4210*
Phillips Goldman & Spence
John C. Phillips, Jr., Esquire
Counsel to the Future Claimants Representative)