# EXHIBIT A

```
W.R. GRACE & COMPANY                    September 10, 2004
5400 BROKEN SOUND BLVD., N.W.           Invoice No.  24895
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through    08/31/04

Matter #          734680.1        VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| 08/01/04 | JMA | Appeal - preparation of Grace principal brief-Statement of Facts | 4.00 1500.00 |
| 08/01/04 | JMA | Appeal - phone - CHM re: Grace principal brief | .40 150.00 |
| 08/01/04 | JMA | Receipt and review Special Master's 14th Fee Application | .60 225.00 |
| 08/01/04 | JMA | Letter to Judge Cavanaugh re: Special Master's 14th Fee Application | .20 75.00 |
| 08/01/04 | RCS | Appeal-continued preparation of annotations to Appendix. | 4.50 1012.50 |
| 08/02/04 | JMA | Attend meeting at DEP re: Waterfront Development Permit issues | 5.50 2062.50 |
| 08/02/04 | JMA | Prepare memo re: meeting at DEP | .60 225.00 |
| 08/02/04 | JMA | Appeal - phone - CHM re: Grace principal brief | .50 187.50 |
| 08/02/04 | JMA | Phone - CHM re: meeting at DEP | .30 112.50 |
| 08/02/04 | JMA | Phone - A. Nagy re: remediation and access issues | .30 112.50 |
| 08/02/04 | JMA | Appeal - preparation of Grace principal brief - Statement of Facts | 4.60 1725.00 |
| 08/02/04 | MEF | Appeal - begin compiling Grace's counter designations for inclusion in appendix | 3.50 875.00 |
| 08/02/04 | RCS | Appeal-continued preparation of annotations to Appendix. | 6.50 1462.50 |
| 08/03/04 | JMA | Appeal - preparation of Grace principal brief | 8.00 3000.00 |
| 08/03/04 | RCS | Appeal- continued preparation of annotations to Appendix. | 10.00 2250.00 |
| 08/04/04 | JMA | Appeal - preparation of Grace principal brief | 15.50 5812.50 |

W.R. GRACE & COMPANY                          September 10, 2004
Client No.          734680                    Page      2
INVOICE NO.         24895

08/04/04 RCS Telephone call to Lem Thomas, Esq. regarding      .10    22.50
             Appendix Annotations.

08/04/04 RCS Continued preparation of annotations to          3.00   675.00
             Appendix.

08/05/04 JMA Appeal - preparation of Grace principal brief   12.50  4687.50

08/05/04 JMA Phone - M. Daneker re: Permits                    .20    75.00

08/05/04 JMA Phone - S. Jackson re: Permits and PSE&G          .40   150.00

08/05/04 RCS Continued preparation of annotations to          7.50  1687.50
             Appendix.

08/06/04 JMA Receipt of DOT Driveway Access Permit             .20    75.00

08/06/04 JMA Conference with CHM re: Permit issues             .50   187.50

08/06/04 JMA Appeal - preparation of Grace principal brief    9.50  3562.50

08/06/04 MEF Appeal - PACER search regarding status of         .20    50.00
             pending motions

08/06/04 MEF Appeal - conferences with JMA regarding          3.00   750.00
             revisions to appeal brief

08/06/04 MEF Appeal - revise portions of appeal brief         1.10   275.00

08/06/04 RCS Appeal- continued preparation of annotations to  9.50  2137.50
             Appendix.

08/06/04 LF  Assist JMA and CHM in connection with             .50    45.00
             evidential citations in Appellate brief

08/07/04 JMA Appeal - preparation of Grace principal brief    6.00  2250.00

08/07/04 MEF Appeal - prepare portions of appeal brief and    4.00  1000.00
             appendix designations

08/09/04 JMA Appeal - preparation of Grace principal brief   13.00  4875.00

08/09/04 MEF Appeal - Continue working on various portions    5.50  1375.00
             of appeal brief

08/09/04 MEF Appeal - PACER search - status of motions         .20    50.00

08/09/04 MEF Appeal - phones with WFH regarding addendum and   .30    75.00
             citations

08/09/04 MEF Appeal - email from WFH regarding legislative     .10    25.00
             materials

W.R. GRACE & COMPANY                          September 10, 2004
Client No.          734680                    Page      3
INVOICE NO.         24895


08/09/04 MEF Appeal - email to WFH regarding designation of      .10     25.00
             evidence for inclusion in the record

08/09/04 MEF Appeal - review and revise appellate brief         4.20   1050.00

08/09/04 RCS Appeal-revise and edit for leave to file an        4.00    900.00
             addendum to Grace Defendant's principal brief.

08/09/04 RCS Appeal: review relevant Federal Rules of           1.00    225.00
             Appellate Procedure and Local Rule of Appellate
             Procedure regarding filing motion to include
             addendum.

08/10/04 JMA Appeal - preparation of Grace principal brief     12.00   4500.00

08/10/04 JMA Appeal - revisions to motion for leave to          1.50    562.50
             include annotated Opinion as Addendum

08/10/04 MEF Appeal - PACER search - status of motions           .20     50.00

08/10/04 MEF Appeal - conference with JMA and CHM regarding     4.20   1050.00
             revisions to appellate brief

08/10/04 MEF Appeal - revise appellate brief                    5.90   1475.00

08/10/04 KRH (Appeal)  Research case law on standard of         1.00    250.00
             review for review of breach of contract
             decision

08/10/04 RCS Appeal- Research selected issues for John          3.00    675.00
             Agnello, Esq. and Chris Marraro, Esq. regarding
             District Court requirements for Findings of
             Fact and Conclusions of Law.

08/10/04 RCS Appeal- meetings with John Agnello, Esq. and        .70    157.50
             Chris Marraro, Esq. regarding Motion for Leave
             to File Annotated District Court Opinion to
             principal Brief.

08/10/04 RCS Appeal- continued preparation of Motion for        1.50    337.50
             Leave to File Annotated District Court Opinion.

08/10/04 RCS Appeal- preparation of Certificate of Service       .30     67.50
             filing Motion for Leave to File Annotated
             District Court Opinion.

08/10/04 RCS Appeal- preparation of cover letter filing          .30     67.50
             Motion for Leave to File Annotated District
             Court Opinion.

08/11/04 JMA Appeal - final revisions to Motion to file          .70    262.50
             annotated Opinion

```
W.R. GRACE & COMPANY                          September 10, 2004
Client No.          734680                     Page      4
INVOICE NO.         24895
```

| | | | |
|---|---|---|---|
| 08/11/04 JMA | Appeal - phone - CHM and K. Millian re: Amicus | .30 | 112.50 |
| 08/11/04 JMA | Phone - M. Daneker's secretary re: execution of Permits | .10 | 37.50 |
| 08/11/04 JMA | Appeal - preparation of final revisions to Grace principal brief | 6.50 | 2437.50 |
| 08/11/04 MEF | Appeal - revise and finalize appeal proof brief | 5.50 | 1375.00 |
| 08/11/04 MEF | Appeal - letter to Clerk filing proof brief | .20 | 50.00 |
| 08/11/04 MEF | Appeal - letter to Clerk filing motion regarding annotated opinion | .20 | 50.00 |
| 08/11/04 MEF | Appeal - PACER search - status of motions | .20 | 50.00 |
| 08/11/04 KRH | (Appeal)  Review and revise 3rd Circuit Brief | 2.80 | 700.00 |
| 08/11/04 RCS | Appeal- meeting with John Agnello, Esq. regarding Motion for Leave to File Annotated Copy of Amended Opinion. | .30 | 67.50 |
| 08/11/04 RCS | Appeal- revise and edit Motion for Leave to File Annotated Copy of Amended Opinion. | .40 | 90.00 |
| 08/11/04 RCS | Appeal- proof read portions of citations in principal brief. | .30 | 67.50 |
| 08/11/04 RCS | Appeal- Research regarding Findings of Fact by District Court. | 2.20 | 495.00 |
| 08/11/04 RCS | Telephone call to Jersey City Planning Board regarding meeting agendas. | .20 | 45.00 |
| 08/11/04 RCS | Review Jersey City Planning Board Agenda. | .20 | 45.00 |
| 08/12/04 JMA | Receipt and review Special Master's 13th Fee Application | .50 | 187.50 |
| 08/12/04 JMA | Letter to Judge Cavanaugh re: Special Master's 13th Fee Application | .20 | 75.00 |
| 08/12/04 JMA | Appeal - phone - CHM and M. Gordon re: Amicus brief | .40 | 150.00 |
| 08/12/04 JMA | Appeal - phone - CHM re: Amicus | .20 | 75.00 |
| 08/12/04 JMA | Receipt and review memo from K. Brown re: 8/5 weekly conference call | .20 | 75.00 |
| 08/12/04 JMA | Memo to K. Brown re: IRMs | .20 | 75.00 |

```
W.R. GRACE & COMPANY                          September 10, 2004
Client No.              734680                Page       5
INVOICE NO.             24895
```

| | | | | |
|---|---|---|---|---|
| 08/12/04 | JMA | Appeal - review of and comments to letter from M. Sprague re: Appendix | .60 | 225.00 |
| 08/12/04 | JMA | Appeal - conference with MEF re: Appendix issues | .50 | 187.50 |
| 08/12/04 | JMA | Appeal - phone - J. Monahan re: Amicus brief | .20 | 75.00 |
| 08/12/04 | JMA | Appeal - phone - CHM re: Amicus brief | .30 | 112.50 |
| 08/12/04 | JMA | Appeal - phone - CHM re: Amicus brief | .40 | 150.00 |
| 08/12/04 | JMA | Appeal - letter to R. Senftleben | .20 | 75.00 |
| 08/12/04 | JMA | Appeal - phone - CHM and J. Monahan re: Amicus | .30 | 112.50 |
| 08/12/04 | JMA | Appeal - phone - CHM and L. Thomas re: Amicus brief | .20 | 75.00 |
| 08/12/04 | JMA | Phone - M. Daneker re: permits | .10 | 37.50 |
| 08/12/04 | JMA | Letter to Honeywell re: DOT Permit Application | .30 | 112.50 |
| 08/12/04 | MEF | Appeal - PACER search - status of motions | .20 | 50.00 |
| 08/12/04 | MEF | Appeal - email to CHM regarding docket | .10 | 25.00 |
| 08/12/04 | MEF | Appeal - email to WFH regarding appellate brief | .20 | 50.00 |
| 08/12/04 | MEF | Appeal - begin preparing Table of Contents regarding designated portions of appendix | 2.00 | 500.00 |
| 08/12/04 | MEF | Appeal - Conference with JMA regarding M. Sprague letter | .20 | 50.00 |
| 08/12/04 | MEF | Appeal - review letter from M. Sprague regarding appendix and documents cited in letter | 1.50 | 375.00 |
| 08/12/04 | MEF | Appeal - phone with CHM regarding M. Sprague letter | .20 | 50.00 |
| 08/12/04 | KRH | Appeal - Research standard of review on affirmative defenses per JMA | 1.20 | 300.00 |
| 08/12/04 | KRH | Memo to JMA regarding same | 1.70 | 425.00 |
| 08/12/04 | RCS | Appeal: Research regarding District Court's Findings of Facts. | 1.30 | 292.50 |
| 08/13/04 | JMA | Phone - counsel for Special Master re: remediation issues | .30 | 112.50 |

W.R. GRACE & COMPANY                                September 10, 2004
Client No.              734680              Page      6
INVOICE NO.             24895


08/13/04 JMA Phone - CHM re: remediation issues            .20    75.00

08/13/04 JMA Appeal - phone - MEF re: Jersey City Amicus   .30   112.50
             issues

08/13/04 JMA Receipt and review letter from Parsons to Louis  .10   37.50
             Berger Group re: groundwater reports

08/13/04 JMA Receipt and review letter from HydroQual to   .10    37.50
             Louis Berger Group re: groundwater report
             schedule

08/13/04 JMA Receipt and review email re: sampling data -  .10    37.50
             groundwater

08/13/04 JMA Receipt and review letter from Parsons to Louis  .10   37.50
             Berger Group re: groundwater sampling

08/13/04 JMA Receipt and review Groundwater IRM Report     .50   187.50

08/13/04 JMA Receipt and review Honeywell response to all  .60   225.00
             comments to 60% Design Report

08/13/04 JMA Receipt and review letter from Parsons to Louis  .10   37.50
             Berger Group re: sediment sampling data

08/13/04 JMA Receipt and review email from S. Graham re: IM  .10   37.50
             performance

08/13/04 JMA Receipt and review letter from Parsons to Louis  .10   37.50
             Berger Group re: IRM Report

08/13/04 JMA Receipt and review email from S. Graham re:   .10    37.50
             Groundwater Investigation Report

08/13/04 JMA Review letter from M. Daneker to Special Master  .30  112.50
             re: access issues

08/13/04 JMA Receipt and review letter from ICO to Special  .30   112.50
             Master re: PSE&G issue

08/13/04 JMA Receipt and review ICO comments to 60% Design  .40   150.00
             Report

08/13/04 JMA Receipt and review memo from K. Brown re:     .10    37.50
             7/26/04 technical meeting

08/13/04 JMA Receipt and review email from D. Schwartz re:  .10    37.50
             60% Design Report

08/13/04 JMA Receipt and review letter from M. Daneker to  .10    37.50
             Special Master re: 100% Design Report

W.R. GRACE & COMPANY                                    September 10, 2004
Client No.          734680                              Page      7
INVOICE NO.         24895


08/13/04 JMA Receipt and review email from L. Thomas              .10    37.50

08/13/04 JMA Receipt and review letter from L. Thomas to         .10    37.50
             Special Master re: Addendum No.  6

08/13/04 JMA Receipt and review ICO comments to Addendum No.     .40   150.00
             6

08/13/04 JMA Receipt and review email from D. Schwartz           .10    37.50

08/13/04 JMA Receipt and review letter from Parsons to           .10    37.50
             Special Master with draft Permit Applications

08/13/04 JMA Receipt and review draft Waterfront Development    1.00   375.00
             Permit Application

08/13/04 JMA Receipt and review Treatment Works Approval         .70   262.50
             Application

08/13/04 JMA Receipt and review NJ DES Application               .40   150.00

08/13/04 JMA Receipt and review Honeywell miscellaneous          .40   150.00
             permit application

08/13/04 JMA Receipt and review letter from PVSC to              .10    37.50
             Honeywell

08/13/04 JMA Receipt and review Honeywell/PVSC Agreement         .30   112.50

08/13/04 JMA Receipt and review email from H. Hall re: 60%       .10    37.50
             Design Report

08/13/04 JMA Receipt and review Special Master's comments to     .50   187.50
             60% Design Report

08/13/04 JMA Receipt and review email from MED re: Honeywell     .10    37.50
             updated web site

08/13/04 MEF Appeal - phone with M. Gordon regarding amicus      .20    50.00
             brief

08/13/04 MEF Appeal - email from M. Sprague regarding            .30    75.00
             deferred appendix

08/13/04 MEF Appeal - review fax from CHM to M. Sprague          .20    50.00
             regarding deferred appendix

08/16/04 JMA Appeal - phone - CHM re: Amicus Jersey City         .20    75.00

08/16/04 JMA Appeal - phone - M. Gordon re: Amicus brief         .30   112.50

08/16/04 JMA Appeal - phone - CHM re: Amicus brief               .30   112.50

W.R. GRACE & COMPANY                              September 10, 2004
Client No.              734680                    Page      8
INVOICE NO.             24895

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/16/04 | JMA | Phone - CHM re: Special Master meeting | .20 | 75.00 |
| 08/16/04 | JMA | Phone - CHM re: settlement issues | .40 | 150.00 |
| 08/16/04 | MEF | Appeal - Pacer search - status of motions | .20 | 50.00 |
| 08/16/04 | MEF | Appeal - review ICO brief | 2.00 | 500.00 |
| 08/16/04 | RCS | Research regarding District Court's Findings of Facts. | 1.50 | 337.50 |
| 08/17/04 | JMA | Receipt and review ICO response re: sediment investigation | .40 | 150.00 |
| 08/17/04 | JMA | Receipt and review email from L. Thomas re: sediment investigation | .10 | 37.50 |
| 08/17/04 | JMA | Receipt and review K. Brown supplemental memo re: 8/10 conference call | .20 | 75.00 |
| 08/17/04 | JMA | Appeal - receipt and review letter from L. Thomas to clerk | .10 | 37.50 |
| 08/17/04 | JMA | Appeal - receipt and review ICO motion to file sur-reply re: stay motion | .70 | 262.50 |
| 08/17/04 | JMA | Appeal - receipt and review email from M. Sprague re: appendix | .10 | 37.50 |
| 08/17/04 | JMA | Appeal - receipt and review Honeywell exhibit list for appendix table of contents | .30 | 112.50 |
| 08/17/04 | JMA | Receipt and review letter from Parsons re: 60% Design Addendum | .10 | 37.50 |
| 08/17/04 | JMA | Receipt and review letter from L. Thomas to Special Master | .10 | 37.50 |
| 08/17/04 | JMA | Receipt and review letter from CHM to M. Sprague re: appendix | .30 | 112.50 |
| 08/17/04 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh re: Special Master Fee Applications Nos. 14 and 15 | .10 | 37.50 |
| 08/17/04 | JMA | Receipt and review email from H. Hall | .10 | 37.50 |
| 08/17/04 | JMA | Receipt and review letter from Louis Berger Group to Parsons re: sediment and groundwater programs | .30 | 112.50 |
| 08/17/04 | JMA | Phone  CHM re: access issues | .40 | 150.00 |

W.R. GRACE & COMPANY                                  September 10, 2004
Client No.                734680            Page        9
INVOICE NO.               24895

08/17/04 JMA Appeal - receipt and review letter from M.        .10    37.50
             Steinberg to Clerk

08/17/04 JMA Appeal - receipt and review entry of appearance   .10    37.50
             forms - M. Steinberg

08/17/04 JMA Receipt and review memo from K. Brown re:         .20    75.00
             7/29/04 DEP meeting

08/17/04 JMA Appeal - receipt and review letter from Case      .20    75.00
             Manager to M. Schiappa re: Roned appearance

08/17/04 JMA Receipt and review letter from Parsons to         .10    37.50
             Special Master re: addendum to 60% Design
             Report

08/17/04 JMA Preliminary review of addendum package re: 60%   1.00   375.00
             Design Report

08/17/04 JMA Receipt and review letter from M. Daneker to      .20    75.00
             Special Master re: Town of Kearny

08/17/04 JMA Receipt and review notice of electronic filing    .10    37.50
             re: Special Master's 7th Report

08/17/04 JMA Receipt and review 7th Progress Report of         .50   187.50
             Special Master

08/17/04 JMA Receipt and review memo from K. Brown re:         .30   112.50
             8/3/04 weekly conference call

08/17/04 JMA Receipt and review letter from Parsons to         .10    37.50
             Special Master enclosing Permit applications

08/17/04 JMA Receipt and review email from M. Daneker re:      .10    37.50
             Permit Applications

08/17/04 JMA Receipt and review letter from counsel for        .20    75.00
             Special Master re: violations at Site

08/17/04 JMA Receipt and review letter from M. Daneker to K.   .50   187.50
             Coakley re: violations at Site and enclosures

08/17/04 JMA Receipt and review notice of electronic filing    .10    37.50
             re: Special Master's 13th and 14th fee
             applications - return dates

08/17/04 JMA Receipt and review email from S. Graham           .10    37.50

08/17/04 JMA Receipt and review letter from Parsons to Louis   .10    37.50
             Berger Group re: contouring maps

W.R. GRACE & COMPANY                          September 10, 2004
Client No.           734680                   Page      10
INVOICE NO.          24895


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/17/04 | MEF | Appeal - Pacer search regarding status of motions | .20 | 50.00 |
| 08/17/04 | MEF | Appeal - phone with CHM regarding record designations | .20 | 50.00 |
| 08/17/04 | MEF | Appeal - email to WFH regarding record designations | .20 | 50.00 |
| 08/17/04 | MEF | Appeal - continue preparing designation of record citations for inclusion in deferred appendix | 7.00 | 1750.00 |
| 08/17/04 | MEF | Appeal - prepare two amended certificates of service regarding proof brief and motion to file addendum | .30 | 75.00 |
| 08/17/04 | MEF | Appeal - letter to Clerk regarding amended certifications | .20 | 50.00 |
| 08/18/04 | JMA | Conference with R. Senftleben re: issues for Special Master meeting | 2.00 | 750.00 |
| 08/18/04 | MEF | Appeal - Pacer search regarding status of motions | .20 | 50.00 |
| 08/18/04 | MEF | Appeal - email from WFH regarding deferred appendix | .10 | 25.00 |
| 08/18/04 | MEF | Appeal - email to M. Sprague regarding Grace designations of the record for inclusion in deferred appendix | .40 | 100.00 |
| 08/18/04 | MEF | Appeal - phone with CHM regarding designation for deferred appendix | .10 | 25.00 |
| 08/18/04 | MEF | Appeal - emails from and to M. Sprague regarding appendix | .30 | 75.00 |
| 08/19/04 | JMA | Review correspondence and documents re: issues for Special Master meeting | 1.30 | 487.50 |
| 08/19/04 | JMA | Receipt and review email from S. Graham re: groundwater samples | .10 | 37.50 |
| 08/19/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group with deep groundwater sample logs | .40 | 150.00 |
| 08/19/04 | JMA | Receipt and review letter from M. Daneker to counsel for Special Master re: open remediation issues | .20 | 75.00 |

W.R. GRACE & COMPANY                          September 10, 2004
Client No.           734680                   Page        11
INVOICE NO.          24895


08/19/04 JMA Meeting with CHM, R. Senftleben, A. Nagy and K.   1.50    562.50
             Brown re: remediation issues for special Master
             meeting

08/19/04 JMA Attend Special Master meeting                    2.00    750.00

08/19/04 JMA Conference with R. Senftleben and CHM re:        2.50    937.50
             Honeywell proposals re: capping IRM, backfill
             quantity and quality

08/19/04 LF  Appeal - internet research on Pacer regarding     .20     18.00
             any orders filed

08/20/04 JMA Review 60% Design Work Plan re: open             1.50    562.50
             remediation issues re: fill

08/20/04 JMA Phone - CHM re: remediation issues: fill          .60    225.00

08/20/04 JMA Review prior Honeywell IRM proposals re:         2.60    975.00
             proposed cap on Lot 14J

08/20/04 JMA Phone - counsel for special Master re:            .40    150.00
             remediation issues

08/20/04 JMA Receipt and review letter from L. Thomas to DEP   .40    150.00
             re: surface water discharges

08/20/04 JMA Receipt and review letter from counsel for        .20     75.00
             Special Master to M. Daneker re: access

08/20/04 JMA Receipt and review letter from counsel for        .20     75.00
             Special Master to T. Milch re: financial
             assurances

08/20/04 JMA Receipt and review letter from counsel for        .20     75.00
             Special Master to T. milch re: insurance
             stipulation

08/20/04 MEF Appeal - Pacer search - status of motions         .20     50.00

08/20/04 MEF Appeal - letter from L. Thomas to M. Sprague      .10     25.00
             regarding ICO appendix designations

08/20/04 MEF Appeal - phone with CHM regarding pending         .20     50.00
             motions

08/20/04 MEF Appeal - review Grace proof brief with comments   .60    150.00

08/20/04 MEF Appeal - review ICO's designations for            .50    125.00
             inclusion in the appendix

```
W.R. GRACE & COMPANY                             September 10, 2004
Client No.              734680                    Page      12
INVOICE NO.             24895
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 08/21/04 | JMA | Receipt and review email from S. Graham re: Progress Report 15 | .10 | 37.50 |
| 08/21/04 | JMA | Receipt and review letter from Parsons to Special Master re: Progress Report 15 | .10 | 37.50 |
| 08/21/04 | JMA | Receipt and review Honeywell Progress Report 15 | 1.00 | 375.00 |
| 08/21/04 | JMA | Appeal - receipt and review letter from J. Brody to Clerk | .10 | 37.50 |
| 08/21/04 | JMA | Appeal - receipt and review Honeywell opposition to ICO motion to file sur-reply - stay motion | .40 | 150.00 |
| 08/21/04 | JMA | Receipt and review email from S. Graham re: permits | .10 | 37.50 |
| 08/21/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: highway occupancy and driveway access permit applications | .10 | 37.50 |
| 08/21/04 | JMA | Receipt and review highway occupancy and driveway access permit applications | .30 | 112.50 |
| 08/21/04 | JMA | Receipt and review letter from L. Thomas to special Master | .10 | 37.50 |
| 08/21/04 | JMA | Receipt and review ICO comments to Industrial Treatment Works, Waterfront Development, Dewatering, NJPDES Permit Applications and 60% Design Addendum | 1.20 | 450.00 |
| 08/21/04 | JMA | Receipt and review email from SI Group re: Dr. Brown memo | .10 | 37.50 |
| 08/21/04 | JMA | Receipt and review memo from K. Brown re: 8/17/04 conference call | .30 | 112.50 |
| 08/21/04 | JMA | Appeal - receipt and review email from L. Thomas re: deferred appendix | .10 | 37.50 |
| 08/21/04 | JMA | Appeal - receipt and review letter from L. Thomas to M. Sprague re: appendix | .10 | 37.50 |
| 08/21/04 | JMA | Appeal - receipt and review ICO designations for joint appendix | 1.00 | 375.00 |
| 08/23/04 | JMA | Appeal - phone - CHM re: Jersey City Amicus | .30 | 112.50 |
| 08/23/04 | JMA | Appeal - phone - CHM and R. Senftleben re: Jersey City Amicus | .40 | 150.00 |

W.R. GRACE & COMPANY                          September 10, 2004
Client No.          734680              Page      13
INVOICE NO.         24895


08/23/04 JMA Appeal - Phone - M. Gordon re: Jersey City      .40    150.00
             Amicus

08/23/04 JMA Appeal - phone L. Thomas re: Jersey City Amicus  .20     75.00

08/23/04 JMA Appeal - receipt and review Jersey City Amicus  1.00    375.00
             Brief, supp. appendix and motion

08/23/04 JMA Appeal - receipt and review letter from J.      .10     37.50
             Brookner to Clerk

08/23/04 JMA Appeal - letter to R. Senftleben and  A. Nagy   .10     37.50

08/23/04 JMA Phone - R. Senftleben and CHM re: settlement    .30    112.50
             issues

08/23/04 JMA Appeal - review Jersey City Amicus filing       .50    187.50

08/23/04 JMA Phone - CHM re: settlement strategy            2.00    750.00

08/23/04 JMA Phone - CHM re: settlement issues               .30    112.50

08/23/04 RCS Appeal- meeting with John Agnello, Esq, and     .30     67.50
             Laura Florence, paralegal regarding annotated
             opinion.

08/24/04 JMA Receipt and review notice of electronic filing  .10     37.50
             re: Special Master's 15th Fee Application

08/24/04 JMA Receipt and review Notice of Motion and         .30    112.50
             proposed Order re: Special Master Fee
             Application No. 15

08/24/04 JMA Receipt and review Special Master Fee           .60    225.00
             application No. 15

08/24/04 JMA Appeal - phone - CHM re: Honeywell reply brief  .30    112.50

08/24/04 JMA Appeal - phone - CHM and J. Brookner re: Jersey .40    150.00
             City Amicus

08/24/04 JMA Letter to Judge Cavanaugh re: Special Master    .20     75.00
             Fee Application No. 15

08/24/04 JMA Appeal - review Honeywell proposed              .80    300.00
             Redevelopment Plan re: Jersey City Amicus

08/24/04 JMA Appeal - letter to M. Gordon and J. Brookner    .20     75.00

08/24/04 JMA Appeal - phone - CHM re: Jersey City Amicus     .30    112.50
             filing

W.R. GRACE & COMPANY                            September 10, 2004
Client No.            734680                     Page      14
INVOICE NO.           24895


08/24/04 MEF  Appeal - complete review of ICO's principal      .50    125.00
              brief

08/24/04 MEF  Appeal - docket search - status of motions       .20     50.00

08/24/04 MEF  Appeal - review Honeywell's motion for           .30     75.00
              reconsideration of order granting Grace's
              motion to file addendum

08/25/04 JMA  Phone - counsel for Special Master re: denial    .20     75.00
              of stay

08/25/04 JMA  Receipt and review memo from K. Brown re:        .30    112.50
              remediation issues from Special Master meeting

08/25/04 JMA  Receipt and review notice of electronic filing   .10     37.50
              re: Special Master 14th Fee Application

08/25/04 JMA  Receipt and review Order approving Special        .20     75.00
              Master's 14th Fee Application

08/25/04 JMA  Receipt and review email from L. Thomas          .10     37.50

08/25/04 JMA  Receipt and review letter from L. Thomas to       .20     75.00
              Special Master with ICO comments on Sediment
              Sampling

08/25/04 JMA  Receipt and review memo from K. Brown re:        .30    112.50
              Honeywell capping of Lot 14H proposal

08/25/04 JMA  Appeal - phone - CHM re: Jersey City Amicus      .40    150.00
              filing

08/25/04 JMA  Appeal - phone - CHM and J. Brookner's office    .10     37.50

08/25/04 JMA  Phone - CHM re: settlement issues                .50    187.50

08/25/04 JMA  Appeal - phone  - CHM re: Honeywell motion for   .40    150.00
              reconsideration

08/25/04 JMA  Appeal - phone - CHM and M. Gordon re: Jersey    .50    187.50
              City Amicus filing

08/25/04 JMA  Appeal - phone - CHM and K. Millian re: denial   .40    150.00
              of stay

08/25/04 JMA  Appeal - receipt and review results of stay      .20     75.00
              motion

08/25/04 JMA  Appeal - phone - CHM and R. Senftleben re:       .60    225.00
              denial of stay

```
W.R. GRACE & COMPANY                              September 10, 2004
Client No.            734680                       Page      15
INVOICE NO.           24895
```

| | | | | |
|---|---|---|---|---|
| 08/25/04 | JMA | Phone - CHM re: paving proposal | .50 | 187.50 |
| 08/25/04 | JMA | Phone - CHM re: ramification of stay decision on remediation progress | 1.00 | 375.00 |
| 08/25/04 | JMA | Receipt and review letter from M. Daneker to Special Master re: PSE&G | .10 | 37.50 |
| 08/25/04 | JMA | Receipt and review letter from PSE&G to M. Daneker | .20 | 75.00 |
| 08/25/04 | JMA | Receipt and review letter from M. Daneker to Special Master re: Jersey City violations and related documents | .40 | 150.00 |
| 08/25/04 | JMA | Receipt and review letter from M. Daneker to Special Master re: JCMUA | .20 | 75.00 |
| 08/25/04 | JMA | Receipt and review notice of electronic filing re: Order Special Master 13th Fee Application | .10 | 37.50 |
| 08/25/04 | JMA | Receipt and review Order granting Special Master's 13th Fee Application | .20 | 75.00 |
| 08/25/04 | JMA | Appeal - receipt and review letter from L.Thomas to M. Sprague | .10 | 37.50 |
| 08/25/04 | JMA | Receipt and review Order re: annotated Amended Opinion | .20 | 75.00 |
| 08/25/04 | JMA | Appeal - receipt and review letter from M. Sprague to Clerk re: deferred appendix | .20 | 75.00 |
| 08/25/04 | JMA | Phone - CHM and R. Senftleben re: settlement issues | .80 | 300.00 |
| 08/25/04 | LF | Internet search on Pacer regarding fee application orders. | .20 | 18.00 |
| 08/25/04 | LF | Appeal - internet search on Pacer regarding stay motion. | .20 | 18.00 |
| 08/25/04 | LF | Review file regarding motion for summary judgment on license agreement papers. | .60 | 54.00 |
| 08/26/04 | JMA | RCRA Fee Petition - receipt and review RCRA Fee Opinion by Judge Cavanaugh | 1.60 | 600.00 |
| 08/26/04 | JMA | Preparation of memo re: settlement issues | 2.30 | 862.50 |
| 08/26/04 | JMA | Phone - CHM re: settlement issues | .60 | 225.00 |

W.R. GRACE & COMPANY                                    September 10, 2004
Client No.            734680                            Page      16
INVOICE NO.           24895


08/26/04 JMA Phone - CHM, A. Nagy and R. Senftleben re:      .90    337.50
             settlement issues

08/26/04 JMA RCRA Fee Petition - phone - CHM, A. Nagy and R.  .50    187.50
             Senftleben re: RCRA Fee Opinion

08/26/04 JMA RCRA Fee Petition - phone  -  CHM re: RCRA Fee   .70    262.50
             Decision

08/26/04 JMA Receipt and review emails re: conference call   .40    150.00
             with clients re: all issues

08/26/04 JMA RCRA Fee Petition - receipt and review email    .10     37.50
             from CHM re: RCRA Fee Decision

08/26/04 MEF Appeal - review recent appellate decision       .50    125.00

08/26/04 MEF Appeal - email from CHM regarding 3d Circuit     .20     50.00
             denial of Honeywell stay motion

08/26/04 MEF Appeal - review designation of evidence for     .40    100.00
             inclusion in deferred appendix

08/26/04 MEF RCRA Fee Petition - receipt and review Judge    1.00    250.00
             Cavanaugh's opinion regarding fee applications

08/26/04 MEF RCRA Fee Petition - email from CHM regarding     .10     25.00
             Judge Cavanaugh decision

08/26/04 MEF Appeal - review docket regarding response to     .20     50.00
             Honeywell motion for reconsideration

08/26/04 MEF Appeal - email to CHM regarding response date    .10     25.00

08/26/04 LF  Appeal - review draft Table of Contents from    1.40    126.00
             Arnold & Porter re: exhibits cited in the
             opening brief and compare with Carella Byrne
             list

08/27/04 JMA RCRA Fee Petition - phone - CHM re: RCRA Fee     .70    262.50
             Decision issues

08/27/04 JMA Receipt and review letter from counsel for      .20     75.00
             Special Master to F. Weinstein

08/27/04 JMA Receipt and review emails from F. Weinstein to   .20     75.00
             counsel for Special Master

08/27/04 JMA Receipt and review email from S. Graham re:      .10     37.50
             Waterfront Development Permit

W.R. GRACE & COMPANY                          September 10, 2004
Client No.            734680                   Page      17
INVOICE NO.           24895


| | | | |
|---|---|---|---|
| 08/27/04 JMA | Receipt and review email from S. Graham re: tidal data | .10 | 37.50 |
| 08/27/04 JMA | Appeal - receipt and review Order Denying Stay | .20 | 75.00 |
| 08/27/04 JMA | Receipt and review notice of electronic filing re: Special Master Fee Application | .10 | 37.50 |
| 08/27/04 JMA | Receipt and review transmittal re: supplement to waterfront development permit application | .10 | 37.50 |
| 08/27/04 JMA | Receipt and review letter to Special Master from Parsons | .10 | 37.50 |
| 08/27/04 JMA | Receipt and review letter from J. Morris to DEP re: supplement to waterfront development permit application with enclosures | .40 | 150.00 |
| 08/27/04 JMA | Phone - CHM re: settlement issues | .60 | 225.00 |
| 08/27/04 JMA | RCRA Fee Petition - phone - CHM re: RCRA fee award | .30 | 112.50 |
| 08/27/04 JMA | Revisions to memo re: settlement issues | 1.00 | 375.00 |
| 08/27/04 JMA | Conference with clients and CHM re: settlement issues | 1.00 | 375.00 |
| 08/27/04 JMA | Phone - CHM re: settlement strategy | .80 | 300.00 |
| 08/27/04 MEF | Appeal - voice mail - A. Laws | .10 | 25.00 |
| 08/27/04 MEF | Appeal - phone - 3d Circuit | .20 | 50.00 |
| 08/27/04 MEF | RCRA Fee Petition - review portions of decision regarding litigation expenses | .30 | 75.00 |
| 08/27/04 MEF | RCRA Fee Petition - review fee application regarding request to file fee application for filing original fee application | .40 | 100.00 |
| 08/27/04 MEF | RCRA Fee Petition - receipt and review Order awarding fees | .20 | 50.00 |
| 08/27/04 MEF | Appeal - phones with CHM regarding order on stay motion and amicus motion | .30 | 75.00 |
| 08/27/04 MEF | Appeal - phone with Shannon Craven at 3d Circuit | .30 | 75.00 |
| 08/27/04 LF | Appeal - review annotated decision re: accuracy of citations | 2.30 | 207.00 |

W.R. GRACE & COMPANY                                    September 10, 2004
Client No.              734680                          Page      18
INVOICE NO.             24895


08/28/04 JMA Appeal - receipt and review letter from J.        .10     37.50
             Brody to Clerk

08/28/04 JMA Appeal - receipt and review Honeywell motion      .40    150.00
             for reconsideration re: Order granting Grace
             leave to file an annotated Opinion

08/28/04 JMA Appeal - review file and prepare Grace response  2.30    862.50
             to Honeywell motion for reconsideration

08/28/04 JMA RCRA Fee Petition - receipt and review notice     .10     37.50
             of electronic filing re: Order awarding fees

08/28/04 JMA Receipt and review email from A. Nagy re:         .10     37.50
             development issues

08/28/04 JMA Receipt and review email from Special Master's    .10     37.50
             counsel re: all parties meeting

08/28/04 JMA Appeal - receipt and review letter from L.        .10     37.50
             Thomas to Clerk with Certifications of Service

08/28/04 JMA Receipt and review letter from counsel for        .10     37.50
             Special Master re: fill issues

08/28/04 JMA Receipt and review email from SI Group with       .20     75.00
             agenda for technical meeting

08/28/04 JMA Receipt and review memo from K. Brown re:         .40    150.00
             8/26/04 conference call

08/29/04 MEF Appeal - prepare errata sheet                    1.40    350.00

08/30/04 JMA Phone - CHM re: issues relating to                .60    225.00
             quantity/quality of fill

08/30/04 JMA Appeal - review, finalize and execute response    .40    150.00
             to Honeywell motion for reconsideration -
             annotated Opinion

08/30/04 JMA Appeal - phone - CHM re: final version of Grace   .30    112.50
             response to Honeywell motion for
             reconsideration - annotated Opinion

08/30/04 JMA Appeal - phone - CHM and K. Millian re:           .30    112.50
             response to Jersey City motion - supplemental
             appendix

08/30/04 JMA Appeal - phone - K. Millian re: Honeywell         .20     75.00
             motion for reconsideration - annotated Opinion
             and Jersey City motion for supplemental
             appendix

W.R. GRACE & COMPANY                                September 10, 2004
Client No.          734680                          Page      19
INVOICE NO.         24895


08/30/04 JMA Appeal - review Rule 52 and case law on       1.00   375.00
             District Court citing to record

08/30/04 JMA Phone - CHM re:  License Agreement issues      .40   150.00

08/30/04 JMA Appeal - phone - CHM re: responses to Jersey   .60   225.00
             City supplemental appendix motion and Honeywell
             motion for reconsideration

08/30/04 JMA Appeal - review file and prepare Grace response 3.40 1275.00
             to Jersey City supplemental appendix motion

08/30/04 JMA Appeal - revisions to Grace response - Jersey   .70   262.50
             City supplemental appendix motion

08/30/04 JMA Appeal - revisions to Grace response to         .60   225.00
             Honeywell motion for reconsideration -
             annotated Opinion

08/30/04 JMA RCRA Fee Petition - receipt and review Order    .20    75.00
             re: Fee Application re: expenses relating to
             filing of Fee Application

08/30/04 JMA RCRA Fee Petition - phone - CHM re: Order - Fee .30   112.50
             Application for Petition

08/30/04 JMA RCRA Fee Petition - phone - K. Millian re: Fee  .10    37.50
             Application for Petition

08/30/04 JMA RCRA Fee Petition - letter to clients re: Fee   .20    75.00
             Application for Petition

08/30/04 JMA Phone - CHM re: PSE&G and License Agreement     .40   150.00
             issues

08/30/04 MEF Appeal - revise errata sheet                    .80   200.00

08/30/04 MEF Appeal - revise proof brief regarding errata    .80   200.00

08/30/04 MEF Appeal - email to CHM regarding errata sheet    .20    50.00

08/30/04 MEF Appeal - review exhibits designated by         1.30   325.00
             Honeywell not cited in Honeywell's brief

08/30/04 MEF Appeal - letter to M. Sprague regarding PTE 797 .60   150.00

08/30/04 MEF Appeal - phone with A. Laws at 3d Circuit       .20    50.00

08/30/04 MEF Appeal - finalize response to Honeywell         .40   100.00
             reconsideration motion

```
W.R. GRACE & COMPANY                              September 10, 2004
Client No.           734680                       Page      20
INVOICE NO.          24895
```

| | | | | |
|---|---|---|---|---|
| 08/30/04 | MEF | Appeal - prepare certificate of service of response to Honeywell reconsideration motion | .20 | 50.00 |
| 08/30/04 | MEF | Appeal - prepare letter filing response to Honeywell reconsideration motion | .20 | 50.00 |
| 08/30/04 | MEF | RCRA Fee Petition - review order directing ICO and ECARG to file fee petitions for preparation of RCRA fee petition | .20 | 50.00 |
| 08/30/04 | MEF | Appeal - review draft response to amicus Jersey City motion to supplement appendix | .30 | 75.00 |
| 08/30/04 | MEF | Appeal - review draft response to Honeywell motion for reconsideration | .20 | 50.00 |
| 08/30/04 | RCS | Appeal - meeting with JMA and telephone call with Marraro regarding Honeywell's opposition to submitting annotated copy of district court opinion. | .50 | 112.50 |
| 08/30/04 | RCS | Meeting with JMA regarding discussion with Jersey City Planning Board. | .30 | 67.50 |
| 08/30/04 | LF | Appeal - complete review of annotated decision re: accuracy of citations | 2.70 | 243.00 |
| 08/31/04 | JMA | Receipt and review letter from Honeywell to NJDEP with Waterfront Development Permit Application | .40 | 150.00 |
| 08/31/04 | JMA | Preliminary review of Waterfront Development Permit Application | 1.20 | 450.00 |
| 08/31/04 | JMA | Preliminary review of Soil Erosion/Sediment Control Permit Application | .20 | 75.00 |
| 08/31/04 | JMA | Receipt and review letter from Honeywell to DEP with Permit Application - Industrial Treatment Works | .30 | 112.50 |
| 08/31/04 | JMA | Preliminary review of Application for Industrial Treatment Works Permit | .80 | 300.00 |
| 08/31/04 | JMA | Receipt and review letter from Honeywell to DEP with NJDES Permit Application | .30 | 112.50 |
| 08/31/04 | JMA | Preliminary review of NJDPES Permit Application | 1.00 | 375.00 |
| 08/31/04 | JMA | Receipt and review emails from A. Nagy re: Site visit | .20 | 75.00 |

W.R. GRACE & COMPANY                          September 10, 2004
Client No.            734680             Page       21
INVOICE NO.           24895

08/31/04 JMA Phone - CHM re: Site visit                    .20      75.00

08/31/04 JMA Receipt and review notice of electronic filing  .10      37.50
             re: Order Denying Stay

08/31/04 JMA Receipt and review letter from CHM to Parsons  .10      37.50
             with signature page

08/31/04 JMA RCRA Fee Petition - receipt and review letter  .10      37.50
             from L. Thomas to Judge Cavanaugh

08/31/04 JMA Review file and notes for settlement memo;    1.00     375.00
             prepare memo

08/31/04 JMA Phone - CHM re: remediation issues            .60     225.00

08/31/04 MEF Appeal - e-mail from Third Circuit Court of   .30      75.00
             Appeals regarding availability request.

08/31/04 MEF RCRA Fee Petition - review fee detail for time 2.40     600.00
             spent on initial RCRA fee petition.

08/31/04 MEF Appeal - review letter from Sprague to Laws   .10      25.00
             regarding filing of deferred appendix.


**Fee Applications, Applicants**

08/02/04 MEF Fee Application - PACER search regarding filing  .30      75.00
             of Quarterly Application

08/02/04 MEF Fee Application - email to P. Cuniff regarding  .20      50.00
             13th Quarterly Fee Application

08/02/04 MEF Fee Application - review Fee Auditor's final   .40     100.00
             report regarding 12th Quarterly Fee Application
08/02/04 MEF Fee Application - begin preparing 29th monthly  .50     125.00
             fee applications

08/06/04 MEF Fee Application - PACER search - status of     .30      75.00
             quarterly fee application

08/06/04 MEF Fee Application - review July 2004 fee detail 1.00     250.00

08/06/04 MEF Fee Application - continue preparing 29th     1.70     425.00
             Monthly Fee Application

08/09/04 MEF Fee Application - PACER search - 13th Quarterly  .20      50.00
             Fee Application

```
W.R. GRACE & COMPANY                            September 10, 2004
Client No.              734680                   Page      22
INVOICE NO.             24895
```

| | | | | |
|---|---|---|---|---|
| 08/11/04 | JMA | Fee Application - review and execute 29th Fee Application | .50 | 187.50 |
| 08/11/04 | MEF | Fee Application - PACER search - status of 13th Quarterly and CNO for 28th Monthly Fee Application | .30 | 75.00 |
| 08/11/04 | MEF | Fee Application - revise and finalize 29th Monthly Fee Application | .50 | 125.00 |
| 08/11/04 | MEF | Fee Application - letter to P. Cuniff regarding 29th Monthly Fee Application | .20 | 50.00 |
| 08/11/04 | MEF | Fee Application - review CNO for 28th Monthly Fee Application | .20 | 50.00 |
| 08/13/04 | MEF | Fee Application - PACER search - 29th Monthly Fee Application and 13th Quarterly Fee Application | .30 | 75.00 |
| 08/13/04 | MEF | Fee Application - email to P. Cuniff regarding 13th Quarterly Fee Application | .20 | 50.00 |
| 08/17/04 | JMA | Fee Application - receipt and review auditor's final report re: 12th interim period | .20 | 75.00 |
| 08/17/04 | MEF | Fee Application - Pacer search regarding 13th Quarterly Fee Application | .20 | 50.00 |
| 08/24/04 | MEF | Fee Application - Docket search - status of filing 13th Quarterly Fee Application | .40 | 100.00 |

```
                                                -------------
Total Fees:                                        109,681.50
```

```
W.R. GRACE & COMPANY                        September 10, 2004
Client No.            734680                 Page    24
INVOICE NO.           24895
```

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*   RATE   HOURS              FEES
J M AGNELLO                      375.00  198.10          74287.50
M E FLAX                         250.00   78.50          19625.00
KR HESLIN                        250.00    6.70           1675.00
RC SCRIVO                        225.00   59.40          13365.00
LAURA FLORENCE                    90.00    8.10            729.00
                      TOTALS              350.80         109681.50
```