**EXHIBIT B**

```
W.R. GRACE & COMPANY                              September 10, 2004
Client No.            734680                      Page       23
INVOICE NO.           24895


          Disbursements


Travel Expense

08/12/04 Travel Expense JMA 8/2                        11.50

                                     SUBTOTAL:         11.50

Meals

08/06/04 Meals FORTE 8/6 CHM, MEF, JEANNE #2357        26.02
08/12/04 Meals FORTE 8/5 JMA CHM & JEANNE #248703      21.02
08/19/04 Meals JMA CLOUD 9 6/21 #364861                 7.84
08/30/04 Meals JMA, SENTFLEBEN, MEF 8/18, FIORINO'S   160.88

                                     SUBTOTAL:        215.76

Messenger - In House

08/24/04 Messenger - In House 7/9                      25.00

                                     SUBTOTAL:         25.00

08/31/04 Messenger                                    283.00
08/31/04 Photocopies                                 1423.05
08/31/04 Faxes                                        145.00
08/31/04 Telephone                                    781.55
08/31/04 Additional Staff Time                         64.17
08/31/04 Computer Searches                            531.59
08/31/04 Federal Express                              223.74
                                                   -------------
Total Costs                                          3,704.36
                                                   -------------
Total Due this Matter                              113,385.86
=============
```

| VOUCHER | PAYEE: 000470 JOHN M. AGNELLO<br>Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein P.A. | | | | 08-12-04 | CHECK NO. | 6027 |
|---|---|---|---|---|---|---|---|
| 03190 5 | INV. DATE | INVOICE NO | NET INVOICE | G/L ACCT | G/L DESCRIPTION | | G/L AMOUNT |
| 39580 | 08-12-2004 | 81204 | | 60319<br>60320 | Travel - J.M. Agnello | | 32.50 |
| | | | | | TOTAL | | |

| | | | | | | | | 0 |
|---|---|---|---|---|---|---|---|---|
| Origination | | | | | | | | 0 |
| Destination | | | | | | | | 0 |
| Parking | | 6.00 | | | | | | |
| Tolls | | 5.50 | | | | | | |
| Entertain. | | | | | | | | 0 |
| Tips | | | | | | | | 0 |
| Misc.(Path Train) | | | | | | | | 0 |
| | | | | | | | | |
| TOTAL | | 0.00 | 11.50 | | 0.00 | 0.00 | 0.00 | 0.00 |

### NON BILLABLE EXPENSE

| Date | Item | Place | Purpose | Guests/Bus.Relationship | |
|---|---|---|---|---|---|
| 8/3/04 | All Items on 8/3 | | | | |

### ALLOCATION TO CLIENT

| Client/Matter Name | Client/Matter No. | Expense Date | Total Amount | Ent. | Bill |
|---|---|---|---|---|---|
| W.R.Grace/Honeywell | 734680-1 | 8/2/04 | 11.50 | ✓ | |

D8/04