**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 3, 2004

Bill Number 71815
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through July 31, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 07/01/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 7.50 Hrs | $637.50 |
| 07/02/04 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $22.00 |
| 07/02/04 | MTM | Telephone call from Reed Smith counsel re: billing for O.M. Scott document production (.1); telephone call to ARA re: sending O.M. Scott document production copy set to Recordkeeper (.2). | 0.30 Hrs | $57.00 |
| 07/02/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production (4.1). Answer questions from MTM re: O.M. Scott production (.2). | 4.30 Hrs | $365.50 |
| 07/07/04 | RAM | Conference with MTM re: search for memos re: O.M. Scott document review for in-house counsel. | 0.30 Hrs | $66.00 |
| 07/07/04 | MTM | Telephone call from in-house counsel re: O.M. Scott hearing yesterday and materials produced to them in June (.3); review file re: document production to O.M. Scott re: same (1.5); conference with RAM re: same (.3). | 2.10 Hrs | $399.00 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/07/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 2.90 Hrs | $246.50 |
| 07/08/04 | MTM | Email to in-house counsel re: O.M. Scott production (.2); telephone call from in-house counsel re: same (.2); letter to in-house counsel re: privileged documents not produced to O.M. Scott (.2); telephone call to Reed Smith counsel re: copy set of documents produced to O.M. Scott in January to send to in-house counsel (.3). | 0.90 Hrs | $171.00 |
| 07/08/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 6.70 Hrs | $569.50 |
| 07/09/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.7). | 0.80 Hrs | $176.00 |
| 07/09/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 6.80 Hrs | $578.00 |
| 07/12/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 6.90 Hrs | $586.50 |
| 07/13/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 6.80 Hrs | $578.00 |
| 07/14/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 6.30 Hrs | $535.50 |
| 07/15/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 5.50 Hrs | $467.50 |
| 07/20/04 | ARA | Return call to Barbara from Vorys firm re: documents they are missing and check inventories re: O.M. Scott production (.3). Quality control originals from the production set in quorum number order after O.M. Scott document production (2.5) | 2.80 Hrs | $238.00 |
| 07/21/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $66.00 |
| 07/21/04 | MTM | Telephone call from ARA re: call from O.M. Scott's counsel re: missing document copies from June Winthrop Square review (.2). Review file and documents re: boxes of materials which were not in the repository (2.3); review file and Wolter box no. 6 prior to return to storage in Cambridge (.5). | 3.00 Hrs | $570.00 |

David B. Siegel

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/21/04 | ARA | Per telephone call from Vorys firm, search for and locate originals and copies they say they did not receive from the copy companies re: O.M. Scott production (5.7); telephone call to MTM re: same (.2). | 5.90 Hrs | $501.50 |
| 07/22/04 | MTM | Conference with ARA re: boxes of material that were not in the repository (.3); review such boxes at Winthrop Square to determine which materials, if any, need to be added to the repository (2.8); review Cambridge location inventory re: where to return certain documents (.4). | 3.50 Hrs | $665.00 |
| 07/22/04 | ARA | Continue to search for originals and copies not received by Vorys firm (5.8); telephone call to Merrill Corp. and telephone call from Vorys re: O.M. Scott production documents (.4). Per MTM's phone call, search for and locate certain documents (.5). | 6.70 Hrs | $569.50 |
| 07/23/04 | ARA | Continue to search for and locate documents requested by Barbara from Vorys firm (6.3); arrange for Merrill to pick-up copies and boxes of originals for copying re: O.M. Scott document production (.6). | 6.90 Hrs | $586.50 |
| 07/26/04 | RAM | Telephone conference with in-house counsel to locate any records showing amount of asbestos purchased by Grace per year and amount of MK-3 sold per year (.1); conference with MTM re: same (.4); telephone call to MB re: whether any similar search done previously (.1); telephone call to ARA to obtain several deposition transcripts to review re: same (.1). | 0.70 Hrs | $154.00 |
| 07/26/04 | MTM | Message from RAM re: in-house counsel's request for yearly asbestos purchases and yearly Monokote sales (.1); review file re: prior search for asbestos fiber purchases done in December 2000 (1.4); conference with RAM re: same (.4). | 1.90 Hrs | $361.00 |
| 07/26/04 | ARA | Continue to search for and locate documents not received by Vorys firm re: O.M. Scott production. | 4.90 Hrs | $416.50 |
| 07/27/04 | RAM | Read four deposition transcripts for any reference to purchases of asbestos (2.0); conference with MTM re: same and re: sales of MK-3 (.2); telephone conference with in-house counsel re: same (.1). | 2.30 Hrs | $506.00 |
| 07/27/04 | MTM | Conference with RAM re: asbestos fiber purchases and MK-3 sales per in-house counsel's request (.2); review deposition transcript of former Grace employee re: same (.4); review sample ledger page index re: same (.7); compare deposition exhibits against asbestos purchase documents in December 2000 (.7). | 2.20 Hrs | $418.00 |
| 07/27/04 | ARA | Per RAM's request, locate and review transcripts of former Grace employees for possible testimony re: purchase of asbestos or sales of Monokote per year and produce transcripts to RAM (2.3). Discussion with MTM re: search for documents not received by O.M. Scott's attorneys (.2). Document control (.4). | 2.90 Hrs | $246.50 |

David B. Siegel

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/28/04 | RAM | Read email from MB that there has not been a comprehensive search for documents for annual sales of MK-3. | 0.10 Hrs | $22.00 |
| 07/28/04 | ARA | Continue to search for and locate documents not received by Vorys firm re: O.M. Scott production (2.9); receipt of copies and originals from Merrill re: O.M. Scott production, per Vorys request (.3). | 3.20 Hrs | $272.00 |
| 07/29/04 | RAM | Search for and read documents re: sales of MK-3 (1.4); conference with MTM (.1) and telephone conference with in-house counsel (.1) re: same. | 1.60 Hrs | $352.00 |
| 07/29/04 | MTM | Review tagged pages and exhibits from former Grace employee's deposition transcripts re: asbestos purchases and Monokote sales and check exhibits against documents found (.9); conference with RAM re: Monokote sales (.1); conference with DBM re: search for Monokote invoices (.1); review in-house counsel's memos and other materials found by RAM re: Monokote sales (.3); telephone call to in-house counsel (with RAM) re: status of asbestos fiber and Monokote sales project (.2). | 1.80 Hrs | $342.00 |
| 07/29/04 | ARA | Continue to search for and locate documents not received by Vorys firm re: O.M. Scott production. | 4.20 Hrs | $357.00 |
| 07/30/04 | MTM | Telephone call to ARA re: obtaining MK invoices (.2); letter to in-house counsel re Monokote sales and asbestos fiber project (.9). | 1.10 Hrs | $209.00 |
| 07/30/04 | ARA | Telephone conference with MTM re: obtaining MK invoices (.2). Document control (1.0). Continue to search for and locate documents not received by Vorys firm re: O.M. Scott production (5.8). | 7.00 Hrs | $595.00 |
| | | TOTAL LEGAL SERVICES | | $12,903.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 6.20 Hrs | 220/hr | $1,364.00 |
| MATTHEW T. MURPHY | 16.80 Hrs | 190/hr | $3,192.00 |
| ANGELA R. ANDERSON | 98.20 Hrs | 85/hr | $8,347.00 |
| | 121.20 Hrs | | $12,903.00 |

David B. Siegel

|  |  |
|---|---|
| TOTAL THIS BILL | $12,903.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 3, 2004

Bill Number 71816
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through July 31, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 07/02/04 | RAM | Work on May fee application. | 0.20 Hrs | $44.00 |
| 07/07/04 | RAM | Work on May fee application. | 1.70 Hrs | $374.00 |
| 07/08/04 | RAM | Work on May fee application. | 0.60 Hrs | $132.00 |
| 07/09/04 | RAM | Work on May fee application; send it to in-house counsels; telephone conference with in-house counsel re: application. | 0.20 Hrs | $44.00 |
| 07/12/04 | RAM | Telephone conference with in-house counsel re: May fee application; OK. Finalize application and send it to Delaware counsel to file. | 0.20 Hrs | $44.00 |
| 07/23/04 | RAM | Work on June fee application. | 0.40 Hrs | $88.00 |
| 07/30/04 | RAM | Work on June fee application. | 0.10 Hrs | $22.00 |
| | | TOTAL LEGAL SERVICES | | $748.00 |

David B. Siegel

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.40 Hrs | 220/hr | $748.00 |
| | 3.40 Hrs | | $748.00 |
| | | TOTAL THIS BILL | $748.00 |