**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 3, 2004

Bill Number 71819
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through July 31, 2004

EXCESS POSTAGE $10.15

PHOTOCOPYING

| | | |
|---|---|---|
| 07/07/04 | 6 copies at .12 per copy | 0.72 |
| 07/08/04 | 95 copies. at .12 per copy. | 11.40 |
| 07/21/04 | 22 copies at .12 per copy. | 2.64 |
| 07/27/04 | 1 copy @ .12 per copy. | 0.12 |
| 07/29/04 | 1 copy @ .12 per copy | 0.12 |
| 07/29/04 | 6 copies @ .12 per copy. | 0.72 |
| 07/29/04 | 16 copies @ .12 per copy. | 1.92 |
| 07/29/04 | 2 copies @ .12 per copy. | 0.24 |
| 07/29/04 | 3 copies @ .12 per copy. | 0.36 |
| 07/30/04 | 10 copies @ .12 per copy. | 1.20 |

$19.44

TELEPHONE

| | | | |
|---|---|---|---|
| 07/02/04 | 329 | 4122884048 | 0.66 |
| 07/08/04 | 329 | 7037298543 | 0.44 |
| 07/08/04 | 329 | 4122884048 | 0.55 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through July 31, 2004

TELEPHONE

| | | |
|---|---|---|
| 07/18/04 | Facsimile. 2699821833 | 1.10 |
| | | $2.75 |

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 07/02/04 | BOSTON CAPITAL INSTI - rent and utilities for document repository at One Winthrop Square - June 2004 | 11,941.86 |
| | | $11,941.86 |

MISCELLANEOUS

| | | |
|---|---|---|
| 07/09/04 | RECORDKEEPER ARCHIVE - monthly storage fee (7-1-04 thru 7-31-04) | 395.10 |
| | | $395.10 |
| | TOTAL DISBURSEMENTS | $12,369.30 |
| | TOTAL THIS BILL | $12,369.30 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 3, 2004

Bill Number 71820
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through July 31, 2004

PHOTOCOPYING

| | | |
|---|---|---|
| 07/12/04 | 77 copies at .12 per copy. | 9.24 |
| 07/22/04 | 54 copies at .12 per copy. | 6.48 |
| | | $15.72 |

TELEPHONE

| | | |
|---|---|---|
| 07/11/04 | Facsimile. 5613621583 | 1.10 |
| | | $1.10 |

TOTAL DISBURSEMENTS         $16.82

TOTAL THIS BILL              $16.82