IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: October 7, 2004 at 4:00 p.m. |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD JULY 1, 2004 THROUGH JULYE 31, 2004

---

[2]  The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| | | | |
|---|---|---|---|
| 07/01/04 | DRB | Revisions to draft expert affidavit to support opening claim construction brief | 2.00 |
| 07/01/04 | DRB | Revisions to opening claim construction brief | 3.50 |
| 07/01/04 | DRB | Preparation of exhibits for claim construction brief | 1.50 |
| 07/01/04 | DRB | Preparation of summary judgment motion | 1.00 |
| 07/01/04 | KMW | Preparation of exhibits and index in support of Markman brief | 1.50 |
| 07/01/04 | PSP | Graphics for technical tutorial. | 1.00 |
| 07/01/04 | GHL | Work on claim construction brief; | 7.00 |
| 07/01/04 | LL | Attended to and assisted in the review of documents in preparation for the exhibits of the claim construction brief; attended team meeting with Bailey and Whitney regarding the claim construction brief; search for various documents for file for Bailey | 3.50 |
| 07/02/04 | DRB | Preparation of expert affidavit | 1.50 |
| 07/02/04 | DRB | Revisions to draft claim construction brief | 3.60 |
| 07/02/04 | DRB | Preparation of summary judgment opening brief | 1.90 |
| 07/02/04 | KMW | Review of Markman brief and fact cites; coordination of exhibits. | 2.40 |
| 07/02/04 | PSP | Graphics for technical tutorial. | 2.50 |
| 07/02/04 | GHL | Continued drafting of claim construction brief; | 6.50 |
| 07/02/04 | LL | Attended to and assisted in the review of documents in preparation for the exhibits of the claim construction brief; scanned in various exhibits for the brief; prepared to file brief via ECF; document review | 5.50 |
| 07/06/04 | KMW | Cite checking and editing in support of opening claim construction brief; coordination of filing brief and supporting documents w/co-defending counsel; review of opposing party's claim construction brief. | 7.30 |
| 07/06/04 | KMW | Review of electronic documents from Grace in support of document production. | 0.30 |
| 07/06/04 | KMW | Review of Intercat's documents in support of Intercat's 30(b)(6) deposition by Grace; conference w/CEZ regarding the same. | 0.50 |
| 07/06/04 | PSP | Prepare Graphics for tech tutorial; | 4.00 |

| | | | |
|---|---|---|---|
| 07/06/04 | GHL | Continued work on claim construction brief. | 6.00 |
| 07/06/04 | LL | Attended to and assisted in scanning in various exhibits including the affidavit for ecf filing of claim construction brief; e-mailing to team and to the client | 3.50 |
| 07/07/04 | KMW | Analysis of Grace (electronic) documents for production. | 2.60 |
| 07/07/04 | LL | Attended to and assisted in the review of documents for production; scanning in various documents to send to team and client; preparing various files to send to team members and federal express to client; | 4.00 |
| 07/07/04 | CEZ | Review of 30(b)(6) witness binders. | 1.40 |
| 07/08/04 | KMW | Document review in support of document production. | 2.00 |
| 07/08/04 | KMW | Analysis of plaintiff's claim construction brief. | 0.20 |
| 07/08/04 | PSP | Graphics for tutorial; | 3.75 |
| 07/08/04 | LL | Attended to and assisted in the scanning of documents and turning them into searchable pdf's for iManage; ecf fileing with court; searched through various correspondence books for letters. | 3.00 |
| 07/09/04 | GHL | Initial review of plaintiff's claim construction brief; | 0.50 |
| 07/09/04 | GHL | Fee Application, Applicant - preparation and submission for service/filing of fee petition for May 2004. | 0.40 |
| 07/09/04 | LL | Attended to and assisted in the scanning of documents to send to client and team; updating deposition binders. | 3.50 |
| 07/10/04 | PSP | Graphics for tutorial. | 3.00 |
| 07/11/04 | PSP | Graphics for tutorial. | 2.00 |
| 07/12/04 | DRB | Preparation of draft summary judgment affidavit based on interview notes | 4.00 |
| 07/12/04 | DRB | Analysis of Intercat's claim construction brief | 2.50 |
| 07/12/04 | DRB | Preparation of responses to document requests and interrogatories | 1.00 |
| 07/12/04 | KMW | Preparation of response to document and interrogatory requests; | 1.10 |
| 07/12/04 | KMW | Analysis of Grace documents for production. | 3.30 |
| 07/12/04 | PSP | Prepare Graphics for tutorial; | 3.00 |
| 07/12/04 | GHL | Further review of Intercat's claim construction brief and consideration of responses to be made in scheduled reply brief; | 0.80 |
| 07/12/04 | GHL | Telephone conference with counsel for Intercat and Nol-Tec regarding format for reply briefs in view of court's order on brief formatting and pagination, and participation in preparation of joint letter to court regarding same; | 0.40 |

| | | | |
|---|---|---|---|
| 07/12/04 | LL | Assisted in and attended to the preparation of documents for production; updated imanage for uniformity | 1.00 |
| 07/12/04 | CEZ | Worked on tutorial "storyboard" with respect to language in claims. | 2.30 |
| 07/13/04 | DRB | Preparation of affidavits in support of summary judgment motion and preparation of summary judgment motion | 6.50 |
| 07/13/04 | DRB | Preparation of technical tutorial | 0.60 |
| 07/13/04 | DRB | Preparation of responses to Intercat regarding request for discovery conference | 0.50 |
| 07/13/04 | KMW | Analysis of plaintiff's claim construction brief; legal research and analysis of claim construction. | 1.20 |
| 07/13/04 | KMW | Strategy meeting with members of trial team in support of discovery and preparation of tutorial. | 1.50 |
| 07/13/04 | KMW | Analysis of Grace documents in support of document production. | 0.90 |
| 07/13/04 | KMW | Analysis of Intercat's response to Grace's document requests in light of document production and other requests to date; correspondence to Intercat regarding meet and confer. | 1.90 |
| 07/13/04 | LL | Assisted in and attended to the review of new documents production; prepared documents to send to our expert; document search for Bailey regarding transcripts; updated production files | 4.50 |
| 07/13/04 | CEZ | Meeting to discuss tutorial and extant discovery matters; met with P. Perdue in preparation for meeting. | 1.50 |
| 07/13/04 | CEZ | Reviewed discovery responses in preparation for meet and confer with Intercat. | 4.70 |
| 07/14/04 | DRB | Preparation of affidavits in support of summary judgment motion of noninfringement | 7.00 |
| 07/14/04 | KMW | Analysis of Grace documents in support of document production. | 2.90 |
| 07/14/04 | KMW | Fact-gathering related to loaders and additives trials. | 1.00 |
| 07/14/04 | LL | Assisted in and attended to the scanning in of doucments for team and to send to client; document review and added to production | 4.00 |
| 07/15/04 | DRB | Preparation of affidavit for supporting summary judgment motion | 2.00 |
| 07/16/04 | DRB | Preparing draft affidavits in support of summary judgment motion of noninfringement | 2.50 |
| 07/16/04 | KMW | Review documents in support of document production. | 4.00 |
| 07/16/04 | KMW | Analysis of Intercat's 9th set of document requests. | 0.20 |
| 07/16/04 | KMW | Analysis of claim construction case law in support of rebuttal claim construction brief. | 0.20 |

| 07/16/04 | KMW | Analysis of subpoenas to refineries and summary thereof. | 1.00 |
|---|---|---|---|
| 07/16/04 | CEZ | Drafted Answer to Amended Complaint. | 2.30 |
| 07/18/04 | CEZ | Memorandum regarding claim construction. | 1.20 |
| 07/19/04 | DRB | Revisions to Grace's answer to First Amended Complaint | 0.60 |
| 07/19/04 | KMW | Analysis of claim construction case law and Plaintiff's Claim Construction Brief in support of Reply Brief. | 2.00 |
| 07/19/04 | KMW | Research of Minn local rules for electronic filing; preparation of Answer to Plaintiff's First Amended Complaint for electronic filing; filing of the same w/CEZ. | 1.30 |
| 07/19/04 | KMW | Document review in support of document production. | 2.70 |
| 07/19/04 | KMW | Analysis document and interrogatory requests to date and fact gathering. | 1.00 |
| 07/19/04 | PSP | Tech tutorial, markman graphics | 3.00 |
| 07/19/04 | CEZ | Final revisions to Answer and Electronically filed Answer to Amended Complaint. | 0.80 |
| 07/19/04 | CEZ | Drafted Tutorial Outline. | 2.30 |
| 07/20/04 | KMW | Document review in support of document production. | 4.00 |
| 07/20/04 | KMW | Teleconference w/Intercat counsel regarding document production. | 0.20 |
| 07/20/04 | PSP | Tech tutorial, markman graphics | 2.00 |
| 07/21/04 | KMW | Correspondence w/co-defending counsel (Nol-Tech) and local counsel regarding motion/stipulation for schedule change; analysis of local rules. | 1.10 |
| 07/21/04 | KMW | Analysis of documents in support of document production. | 2.10 |
| 07/21/04 | PSP | Prepare graphics for technical tutorial. | 0.50 |
| 07/21/04 | FTC | Conducted search for information relating to prior art loaders. | 3.70 |
| 07/22/04 | DRB | Meeting regarding discovery strategy and Markman brief | 1.00 |
| 07/22/04 | DRB | Preparing and filing scheduling order | 0.50 |
| 07/22/04 | KMW | Analysis of 9th set of document requests; analysis of Grace's document production in light of requests; prepare strategy for responding. | 1.50 |
| 07/22/04 | KMW | Finalize stipulation/joint motion to modify case schedule; coordinate with other parties. | 2.20 |
| 07/22/04 | KMW | Preparation for and participation in status meeting. | 2.00 |
| 07/22/04 | KMW | Document review in support of document production. | 1.30 |

| | | | |
|---|---|---|---|
| 07/22/04 | PSP | Prepare tutorial graphics; | 1.75 |
| 07/22/04 | GHL | Meeting with trial team to discuss case strategy, case schedule, and discovery tasks; | 1.20 |
| 07/22/04 | GHL | Review of Intercat's claim construction brief and development of response to same; | 2.50 |
| 07/22/04 | GHL | Review of Intercat's Supp Response to Interrogatory 8 containing its contentions regarding coverage of operation of its loaders by the 236 patent; | 0.70 |
| 07/22/04 | FTC | Meeting with G. Levin, D. Bailey, C. Ziegler, and K. Whitney to discuss case scheduling and claim construction. | 1.20 |
| 07/22/04 | FTC | Conducted search for information relating to prior art loaders. | 3.50 |
| 07/22/04 | SW | Review production for spreadsheets and create index; team meeting | 4.80 |
| 07/22/04 | CEZ | Team meeting to discuss extant discovery matters;preparation for same. | 1.20 |
| 07/22/04 | CEZ | Prepared 30(b)(6) Notice; and interrogatories. | 6.70 |
| 07/23/04 | DRB | Telephone conference with expert witness on claim constuction issues; | 0.70 |
| 07/23/04 | KMW | Review of documents and coordination of their production. | 3.60 |
| 07/23/04 | KMW | Analysis of claim construction case law in support of rebuttal brief. | 1.00 |
| 07/23/04 | GHL | Review of Intercat's claim construction brief and outlining of rebuttal brief; | 1.00 |
| 07/23/04 | SW | Review production for spreadsheets and create index | 6.50 |
| 07/23/04 | CEZ | Prepared materials for meeting with animation representatives; met with representatives. | 2.30 |
| 07/25/04 | DRB | Drafting rebuttal claim construction brief | 8.00 |
| 07/26/04 | KMW | Analysis of case law related to claim construction in support of Rebuttal Brief. | 0.70 |
| 07/26/04 | KMW | Analysis of documents in support of document production; correspondence w/Intercat regarding document production; telephonic conference w/client regarding facts about documents. | 2.10 |
| 07/26/04 | GHL | Fee Application, Applicant -- preparation of fee petition for June 2004 | 0.70 |
| 07/26/04 | GHL | Review and annotation of Intercat's brief on claim construction; outlining of response to be made to same; | 4.50 |

| | | | |
|---|---|---|---|
| 07/26/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans; scanned in documents that were field electronically and sent to client, team and set for pleadings; document review for production; sent production documents to other side and updated production index | 3.50 |
| 07/26/04 | SW | Create spreadsheet index of document production. | 4.70 |
| 07/27/04 | DRB | Revisions to rebuttal brief regarding claim construction | 0.80 |
| 07/27/04 | DRB | Preparation for and telephone conference with Magistrate Boylan regarding case schedule | 0.70 |
| 07/27/04 | KMW | Analysis of documents in support of document production. | 1.20 |
| 07/27/04 | KMW | Research of ECF filing procedures. | 0.50 |
| 07/27/04 | GHL | Preparation of Reply brief in support of claim construction; | 4.00 |
| 07/27/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans; document review for production | 2.50 |
| 07/27/04 | SW | Create Spreadsheet index | 5.00 |
| 07/27/04 | CEZ | Prepared materials for review by animation representative. | 1.00 |
| 07/28/04 | KMW | Analysis of documents in support of document production. | 2.90 |
| 07/28/04 | KMW | Analysis of claim construction case law in support of rebuttal brief. | 0.90 |
| 07/28/04 | KMW | Analysis of local rules regarding electronic filing; telephonic conference and correspondence w/Intercat regarding Grace's Answer to Amended Complaint. | 0.70 |
| 07/28/04 | GHL | Work on responsive brief on claim construction; | 4.50 |
| 07/28/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans; scanned in documents to be sent to team and client | 4.00 |
| 07/28/04 | SW | Create Spreadsheet index of document production. | 7.00 |
| 07/29/04 | DRB | Telephone conference with various refineries regarding subpoenas served by Intercat | 1.00 |
| 07/29/04 | KMW | Analysis of Grace documents in support of document production. | 1.20 |
| 07/29/04 | KMW | Legal research and analysis in support of rebuttal claim construction brief. | 0.90 |
| 07/29/04 | KMW | Counseling to client regarding Intercat's subpoenas to refinery customers. | 0.80 |
| 07/29/04 | GHL | Continued preparation of reply brief in support of claim construction; | 4.50 |
| 07/29/04 | GHL | Review of graphics prepared for technical tutorial; | 0.50 |

| 07/29/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans; document review for production | 4.50 |
| 07/29/04 | SW | Create spreadsheet index; send out production docs to opposing counsel | 6.20 |
| 07/30/04 | DRB | Advice to various refineries regarding response to subpoena | 1.00 |
| 07/30/04 | KMW | Analysis of Grace documents related to refinery customers. | 1.80 |
| 07/30/04 | KMW | Analysis of Grace documents in support of document production and responses to document requests. | 1.90 |
| 07/30/04 | GHL | Work on Rebuttal brief on claim construction; review of case law cited by Intercat in its opening claim construction brief; | 5.00 |
| 07/30/04 | GHL | Review of documents for production to Intercat in response to Rule 34 requests; | 0.30 |
| 07/30/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans; scanned in various documents | 4.00 |
| 07/30/04 | FTC | Investigated potential sources of information regarding prior art loaders. | 1.00 |
| 07/31/04 | GHL | Work on rebuttal brief in support of claim construction | 3.50 |

SERVICES    $    85,802.00

| GHL | GARY H. LEVIN | 54.50 | hours at $ | 460.00 |
| DRB | DAVID R. BAILEY | 55.90 | hours at $ | 380.00 |
| CEZ | CHAD E. ZIEGLER | 27.70 | hours at $ | 290.00 |
| FTC | FRANK T. CARROLL | 9.40 | hours at $ | 270.00 |
| KMW | KAREN MILLANE WHITNEY | 77.60 | hours at $ | 210.00 |
| LL | LARRY LABELLA | 51.00 | hours at $ | 130.00 |
| PSP | PAUL S. PERDUE | 26.50 | hours at $ | 110.00 |
| SW | SUZANNE WALLACE | 34.20 | hours at $ | 90.00 |

**DISBURSEMENTS:**

| PATENT COPIES | 24.00 |
| ASSOCIATE SERVICES | 320.66 |
| FACSIMILE | 27.84 |
| WITNESS/EXPERT FEES | 3,472.00 |
| COURT REPORTERS | 360.00 |
| MISCELLANEOUS | 92.00 |
| POSTAGE & DELIVERY | 175.42 |

| | | |
|---|---|---|
| TELEPHONE | | 30.15 |
| PHOTOCOPYING | | 5,766.30 |
| COMPUTER SEARCH | | 636.96 |
| | | |
| DISBURSEMENT TOTAL | $ | 10,905.33 |
| SERVICE TOTAL | $ | 85,802.00 |
| | | |
| **INVOICE TOTAL** | $ | **96,707.33** |