# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: October 11, 2004 |
| | : | Hearing Date: TBD |

## FEE DETAIL FOR PITNEY HARDIN LLP'S
## FORTIETH MONTHLY FEE APPLICATION FOR THE PERIOD
## FROM JULY 1, 2004 THROUGH JULY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1217963A01091404

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/30/04 | Several e-mail conferences with W. Hatfield regarding appellate process. | | | |
| 15 | | J. Mandel | 0.2 | 49.00 |
| 06/30/04 | Telephone conferences with clerk's office regarding transcripts and briefing. | | | |
| 15 | | J. Mandel | 0.2 | 49.00 |
| 06/30/04 | Begin preparation of a certification to toll time for briefs. | | | |
| 15 | | J. Mandel | 0.2 | 49.00 |
| 07/01/04 | Address transcripts for appeal. | | | |
| 15 | | W. Hatfield | 0.2 | 60.00 |
| 07/01/04 | Review recorded judgment and prepare letter to client with same. | | | |
| 15 | | W. Hatfield | 0.3 | 90.00 |
| 07/01/04 | File review regarding Transcripts & Attorney Notes. | | | |
| 15 | | B. Lawrence | 1.0 | 110.00 |
| 07/01/04 | Telephone conference with Hudson County to request copies of transcripts. | | | |
| 15 | | B. Lawrence | 0.3 | 33.00 |
| 07/01/04 | Cemetery file review. | | | |
| 15 | | B. Lawrence | 0.9 | 99.00 |
| 07/02/04 | Address transcript issues, including sending letter to reporter regarding same and finalizing letter to clients. | | | |
| 15 | | W. Hatfield | 0.7 | 210.00 |
| 07/06/04 | Address appeal issues regarding status of transcripts and order and J. McLaughlin's retirement. | | | |
| 15 | | W. Hatfield | 0.3 | 90.00 |
| 07/06/04 | Address NJ recorded lien issues for NYS. | | | |
| 15 | | W. Hatfield | 0.4 | 120.00 |
| 07/06/04 | Review materials on system, including filings, as part of preparation for appellate briefing. | | | |
| 15 | | J. Mandel | 0.7 | 171.50 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 07/07/04 15 | Address judgment lien for recording in NYS and order certified copy of lien from clerk and address incoming hearing transcripts for appeal. | W. Hatfield | 0.6 | 180.00 |
| 07/08/04 15 | Address appeal issues, including review of CIS and transcripts, telephone call to client on status, sending memo to J. Mandel directing filings and call with A. Nagy on case update and strategy. | W. Hatfield | 1.0 | 300.00 |
| 07/09/04 15 | Attend to transcript issues for appeal. | W. Hatfield | 0.3 | 90.00 |
| 07/12/04 15 | Attend to appeal issues. | W. Hatfield | 0.2 | 60.00 |
| 07/13/04 15 | Address appeal and transcript issues and revise letter to clerk regarding same. | W. Hatfield | 0.4 | 120.00 |
| 07/13/04 15 | Assist in preparation of appendices for filing in the Appellate Division. | J. Mandel | 0.3 | 73.50 |
| 07/14/04 15 | Attend to appeal issues and labeling of transcripts. | W. Hatfield | 0.2 | 60.00 |
| 07/15/04 15 | Address certified order for recording in NYS and attention to sending letter to clerk with transcripts. | W. Hatfield | 0.8 | 240.00 |
| 07/15/04 15 | Telephone conference with W. Hatfield regarding appeal and confirm same with clerk. | J. Mandel | 0.3 | 73.50 |
| 07/16/04 15 | Review transcript boxes submitted to court and finalize letter to clerk regarding same. | W. Hatfield | 0.6 | 180.00 |
| 07/16/04 15 | Address NYS filing issues and provide information for filing. | W. Hatfield | 0.4 | 120.00 |
| 07/16/04 | Review/analysis numerous correspondence from W. Hatfield regarding registration of Judgment in New York, including analysis/legal research regarding same and preparation of: numerous correspondence to B. Hatfield, Affidavit of J. Borg; Affidavit of A. Nagy, Notice of Mailing, Affidavit of Service of Notice of Mailing. | | | |

3

| Date | Description | Matter | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| | | 15 | J. Borg | 1.6 | 432.00 |
| 07/19/04 | Address appeal issues on strategy, including directing J. Borg affidavit for NYS recording against Teich. | 15 | W. Hatfield | 0.5 | 150.00 |
| 07/19/04 | Preparation of correspondence to B. Hatfield regarding payment of Judgment and revise and finalize Affidavits of J. Borg and A. Nagy regarding registration of Judgment. | 15 | J. Borg | 0.6 | 162.00 |
| 07/20/04 | Address NYS filing of lien. | 15 | W. Hatfield | 0.1 | 30.00 |
| 07/20/04 | Review/Analysis correspondence from B. Hatfield regarding payment of Judgment | 15 | J. Borg | 0.1 | 27.00 |
| 07/21/04 | Review and comment on draft BEE report by URS on former gas station and car wash and memos with URS on matter. | 4 | W. Hatfield | 2.1 | 630.00 |
| 07/21/04 | Address NYS affidavit issues for recording NJ judgment and call with A. Nagy and C. Mararro regarding same. | 4 | W. Hatfield | 1.1 | 330.00 |
| 07/21/04 | Memo from client on schedule and call to S. Honl on BEE schedule and report. Attention to sending memo to clients and counsel regarding same. | 4 | W. Hatfield | 0.8 | 240.00 |
| 07/21/04 | Telephone conferences with A. Nagy regarding filing of Judgment and Affidavit pursuant to CPLR 5402 and revise Affidavit of A. Nagy accordingly, including telephone conferences and numerous correspondence with B. Hatfield regarding same. | 15 | J. Borg | 0.8 | 216.00 |
| 07/22/04 | Address appeal issues, including review and comment on affidavits and address memos with J. Borg and client on same. | 15 | W. Hatfield | 1.3 | 390.00 |
| 07/22/04 | Review/Analysis correspondence from B. Hatfield regarding Affidavit of A. Nagy and revise Affidavit of A. Nagy accordingly, including preparation of correspondence to B. Hatfield and A. Nagy regarding same and review/analysis correspondence from A. Nagy regarding same. | 15 | J. Borg | 0.9 | 243.00 |

| Date | Matter | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 07/23/04 | 4 | Call with URS on case environmental issues and site status. | W. Hatfield | 0.6 | 180.00 |
| 07/23/04 | 15 | Attention to filing of Affidavit of A. Nagy in support of Registration of Judgment | J. Borg | 1.8 | 486.00 |
| 07/26/04 | 15 | Address appeal issues including memo from client, contacting clerk's office, drafting correspondence to court and sending memo to A. Marchetta regarding status of appeal. | W. Hatfield | 0.6 | 180.00 |
| 07/26/04 | 4 | Follow up regarding appeal briefs. | A. Marchetta | 0.2 | 95.00 |
| 07/26/04 | 15 | Preparation of correspondence to W. Hatfield regarding registration of Judgment and telephone conference with W. Hatfield regarding same. Attention to revising and finalizing Affidavit of A. Nagy regarding same. | J. Borg | 0.4 | 108.00 |
| 07/28/04 | 15 | Address briefing schedule, including sending letter to clients regarding same and preparing briefing outline. | W. Hatfield | 0.7 | 210.00 |
| 07/29/04 | 15 | Address appeal issues and preparations for briefing. | W. Hatfield | 0.4 | 120.00 |
| 07/29/04 | 15 | Conference with W. Hatfield regarding issues on appeal. | J. Mandel | 0.4 | 490.00 |
| 07/29/04 | 15 | Begin review of file for preparation of appellate brief. | J. Mandel | 1.6 | 392.00 |
| 07/30/04 | 15 | Attend to appeal issues and preparations for brief, including assembling materials for J. Mandel review. | W. Hatfield | 1.4 | 420.00 |
| 07/30/04 | 15 | Conference with W. Hatfield regarding facts and issues on appeal, including review trial documents. | J. Mandel | 0.5 | 122.50 |
| 07/31/04 | 15 | Review file in preparation for appellate brief. | J. Mandel | 1.0 | 245.00 |

5

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 16.00 | 300.00 | 4,800.00 |
| A. Marchetta | 0.20 | 475.00 | 95.00 |
| J. Borg | 6.20 | 270.00 | 1,674.00 |
| J. Mandel | 5.40 | 245.00 | 1,323.00 |
| B. Lawrence | 2.20 | 110.00 | 242.00 |
| TOTALS | 30.00 | | 8,134.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.2 | 475.00 | 95.00 |
| W. Hatfield | 4 | 4.6 | 300.00 | 1,380.00 |
|  | 15 | 11.4 | 300.00 | 3,420.00 |
| J. Borg | 15 | 6.2 | 270.00 | 1,674.00 |
| J. Mandel | 15 | 5.4 | 245.00 | 1,323.00 |
| B. Lawrence | 15 | 2.2 | 110.00 | 242.00 |
| TOTAL | | 30.0 | | 8,134.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 07/12/04 | Drafted fee application for May 2004. | | |
|---|---|---|---|
| 11 | K. Jasket | 3.2 | 640.00 |

| 07/13/04 | Review and revise draft May, 2004 Pitney Hardin Fee Application. | | |
|---|---|---|---|
| 11 | S. Zuber | 0.3 | 105.00 |

| 07/23/04 | Revised May 2004 fee application, including forwarding same to S. McFarland for filing. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.5 | 100.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.30 | 350.00 | 105.00 |
| K. Jasket | 3.70 | 200.00 | 740.00 |

6

TOTALS   4.00                                               845.00


FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 11 | 0.3 | 350.00 | 105.00 |
| K. Jasket | 11 | 3.7 | 200.00 | 740.00 |
| TOTAL | | 4.0 | | 845.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 090506 Coudert Brothers


| Date | Description | Hours | Fee |
|---|---|---|---|
| 05/18/04 4 | Telephone calls and follow up regarding information requested by client. A. Marchetta | 0.2 | 93.00 |
| 07/07/04 15 | Draft correspondence to R. DePalma of Coudert Bros. regarding follow up on execution of releases for settlement of electricity charges dispute B. Benjamin | 0.1 | 36.00 |
| 07/08/04 4 | Follow up with B. Benjamin regarding settlement and monies to be paid and review of outstanding issues. A. Marchetta | 0.3 | 142.50 |
| 07/12/04 15 | Draft correspondence to V. Finkelstein regarding settlement negotiations with Coudert, Limited v. General Release B. Benjamin | 0.2 | 72.00 |
| 07/21/04 15 | Telephone conference with R. DePalma regarding settlement of claim, including discussion regarding requirement of bankruptcy court approval B. Benjamin | 0.1 | 36.00 |
| 07/21/04 15 | Draft correspondence to R. DePalma regarding settlement of claim and requirement of bankruptcy court approval B. Benjamin | 0.2 | 72.00 |
| 07/26/04 15 | Telephone conference with R. DePalma regarding follow up on terms of settlement and requirement of bankruptcy court approval B. Benjamin | 0.1 | 36.00 |

7

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.50 | 475.00 | 235.50 |
| B. Benjamin | 0.70 | 360.00 | 252.00 |
| TOTALS | 1.20 | | 487.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.5 | 475.00 | 235.50 |
| B. Benjamin | 15 | 0.7 | 360.00 | 252.00 |
| TOTAL | | 1.2 | | 487.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| Date | Description | | | |
|---|---|---|---|---|
| 07/22/04 | Several telephone conversations with N. Alt regarding Akzo Nobel/Intercat License Agreement; and follow up regarding same with D. Florence. | | | |
| 4 | S. Zuber | | 0.4 | 140.00 |
| 07/22/04 | Assist S. Zuber regarding search for License Agreement in the Intercat matter. | | | |
| 4 | D. Florence | | 0.9 | 94.50 |
| 07/22/04 | Worked with D. Florence regarding documents requested by N. Alt, and attention to service of same to N. Alt via facsimile | | | |
| 4 | S. Parker | | 0.2 | 23.00 |
| 07/26/04 | Telephone conversation with D. Posner regarding Intercat's execution of Warrant and confer with D. Florence regarding Akzo Nobel/Intercat Savannah License Agreement. | | | |
| 4 | S. Zuber | | 0.3 | 105.00 |
| 07/26/04 | Prepare correspondence to D. Posner regarding Warrant and Exercise Notice and telephone conversation with N. Alt regarding status. | | | |
| 4 | S. Zuber | | 0.5 | 175.00 |

8

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.90 | 350.00 | 315.00 |
| D. Florence | 0.90 | 105.00 | 94.50 |
| S. Parker | 0.20 | 115.00 | 23.00 |
| TOTALS | 2.00 | | 432.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 4 | 0.9 | 350.00 | 315.00 |
| D. Florence | 4 | 0.9 | 105.00 | 94.50 |
| S. Parker | 4 | 0.2 | 115.00 | 23.00 |
| TOTAL | | 2.0 | | 432.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| Date | Description | Hours | Fee |
|---|---|---|---|
| 07/01/04 15 | Follow up with A. Marchetta regarding scope of the release in the settlement agreement.<br>M. Waller | 0.2 | 69.00 |
| 07/01/04 15 | Draft additions and revisions to draft settlement agreement<br>M. Waller | 0.7 | 241.50 |
| 07/02/04 4 | Follow up with M. Waller regarding draft to client and terms of settlement agreement.<br>A. Marchetta | 0.5 | 237.50 |
| 07/06/04 4 | Follow up on issues regarding settlement agreement and information needed to complete same.<br>A. Marchetta | 0.5 | 237.50 |
| 07/08/04 4 | Review draft settlement agreement.<br>A. Marchetta | 0.5 | 237.50 |
| 07/08/04 15 | Drafting additions and revisions to draft of settlement agreement with CNA<br>M. Waller | 3.3 | 1,138.50 |

9

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 07/08/04<br>15 | Confer with B. Moffitt regarding client comments to initial draft settlement agreement.<br>M. Waller | | 0.3 | 103.50 |
| 07/08/04<br>15 | Draft memorandum to A. Marchetta regarding scope of release in draft settlement agreement.<br>M. Waller | | 0.4 | 138.00 |
| 07/08/04<br>15 | Work with M. Waller regarding draft settlement agreement.<br>B. Moffitt | | 0.3 | 87.00 |
| 07/09/04<br>15 | Discussing additions and revisions to draft settlement agreement with B. Moffitt.<br>M. Waller | | 0.4 | 138.00 |
| 07/09/04<br>15 | Drafting revisions to settlement agreement and follow up with A. Marchetta in connection with same.<br>M. Waller | | 0.6 | 207.00 |
| 07/09/04<br>15 | Work with M. Waller regarding continued preparation of settlement agreement and release.<br>B. Moffitt | | 1.2 | 348.00 |
| 07/12/04<br>4 | Work on settlement agreement and comments to M. Waller regarding same.<br>A. Marchetta | | 0.6 | 285.00 |
| 07/12/04<br>15 | Review comments from A. Marchetta to draft settlement agreement and revise same.<br>M. Waller | | 1.2 | 414.00 |
| 07/12/04<br>15 | Draft memorandum to A. Marchetta regarding additions and revisions to agreement, handling of "confidential" documents, and CNA "input" into submissions to bankruptcy court.<br>M. Waller | | 0.3 | 103.50 |
| 07/14/04<br>15 | Discuss with B. Moffitt follow up with CNA counsel regarding handling of "confidential" documents and extension of 60-day settlement order.<br>M. Waller | | 0.2 | 69.00 |
| 07/19/04<br>15 | Review and analyze Order authorizing procedures to settle certain actions regarding applicability to NY insurance action.<br>M. Waller | | 0.3 | 103.50 |
| 07/19/04<br>15 | Review e-mail from CNA counsel regarding extension of settlement offer and finalize same for service on Judge Kaplan.<br>M. Waller | | 0.3 | 103.50 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 07/19/04 15 | Follow up call to D. Siegel regarding comments to CNA settlement agreement. M. Waller | | 0.1 | 34.50 |
| 07/19/04 15 | Follow up call to J. Posner regarding comments to CNA settlement agreement. M. Waller | | 0.1 | 34.50 |
| 07/19/04 15 | Confer with B. Moffitt regarding request to seek extension of settlement order. M. Waller | | 0.2 | 69.00 |
| 07/19/04 15 | Telephone conference with E. DeCristofaro following up on call from B. Moffitt regarding request to seek extension of settlement order. M. Waller | | 0.2 | 69.00 |
| 07/19/04 15 | Confer with A. Marchetta regarding extension of settlement order. M. Waller | | 0.2 | 69.00 |
| 07/19/04 15 | Telephone call from CNA counsel regarding settlement agreement B. Moffitt | | 0.1 | 29.00 |
| 07/19/04 15 | Confer with M. Waller regarding CNA counsel's suggestions regarding settlement agreement. B. Moffitt | | 0.2 | 58.00 |
| 07/19/04 15 | Work with M. Waller regarding preparation of letter to Judge Kaplan regarding settlement agreement and extension of 30 day Order. B. Moffitt | | 0.3 | 87.00 |
| 07/19/04 15 | Telephone call with M. Waller and CNA counsel regarding settlement agreement and extension of 30 day Order. B. Moffitt | | 0.3 | 87.00 |
| 07/21/04 4 | Follow up regarding issues with client regarding agreement and extension of court time period. A. Marchetta | | 0.5 | 237.50 |
| 07/21/04 15 | Telephone conference with J. Posner, F. Zaremby, and J. Hughes regarding additions and revisions to the settlement agreement. M. Waller | | 0.4 | 138.00 |
| 07/21/04 15 | Draft follow up e-mail memorandum to A. Marchetta regarding call with client regarding revisions to draft settlement agreement. M. Waller | | 0.1 | 34.50 |

11

| Date | Matter | Description | Attorney | Hours | Amount |
|---|---|---|---|---|---|
| 07/22/04 | 4 | Monitored SDNY website for issuance of new orders, downloaded memo endorsed order and forwarded same to A. Marchetta, M. Waller and B. Moffitt. | S. Parker | 0.3 | 34.50 |
| 07/23/04 | 15 | Drafting additions and revisions to settlement agreement per telephone conference with J. Posner, J. Hughes and F. Zaremby. | M. Waller | 1.3 | 448.50 |
| 07/23/04 | 15 | Review endorsed letter order by Judge Kaplan regarding time period to finalize agreement. | M. Waller | 0.1 | 34.50 |
| 07/26/04 | 15 | Drafting additions and revisions to draft settlement agreement per conference call with J. Posner, J. Hughes and F. Zaremby. | M. Waller | 3.1 | 1,069.50 |
| 07/26/04 | 15 | Follow up e-mail to A. Marchetta regarding preparation of settlement agreement. | M. Waller | 0.1 | 34.50 |
| 07/26/04 | 4 | Monitored SDNY website for issuance of new orders. | S. Parker | 0.2 | 23.00 |
| 07/27/04 | 4 | Follow up with attorneys regarding court extension and revised draft settlement agreement. | A. Marchetta | 0.5 | 237.50 |
| 07/27/04 | 15 | Confer with B. Moffitt regarding additions and revisions to draft agreement and review suggested changes. | M. Waller | 1.1 | 379.50 |
| 07/27/04 | 15 | Drafting additions and revisions to settlement agreement and analyzing same per comments from client. | M. Waller | 2.8 | 966.00 |
| 07/27/04 | 15 | Work with M. Waller regarding continued preparation of settlement agreement and release. | B. Moffitt | 2.1 | 609.00 |
| 07/28/04 | 4 | Review revisions to agreement. | A. Marchetta | 0.4 | 190.00 |
| 07/28/04 | 4 | Review changes to agreement and follow up regarding same. | A. Marchetta | 0.4 | 190.00 |

12

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 07/28/04 15 | Draft memorandum to J. Hughes, J. Posner, and F. Zaremby forwarding revised settlement agreement and explaining revisions. | M. Waller | 0.4 | 138.00 |
| 07/28/04 15 | Review e-mail memo from J. Posner and redlined version of settlement agreement and consider changes. | M. Waller | 0.5 | 172.50 |
| 07/28/04 15 | Draft memorandum to J. Posner regarding proposed changes and reasons for modifying same. | M. Waller | 0.4 | 138.00 |
| 07/28/04 15 | Revise settlement agreement per e-mail exchange with J. Posner, prepare redlined version. | M. Waller | 1.0 | 345.00 |
| 07/28/04 15 | Telephone conference with J. Posner regarding revised agreement and final review by J.Hughes and F. Zaremby. | M. Waller | 0.4 | 138.00 |
| 07/28/04 15 | Work with M. Waller regarding settlement agreement and release. | B. Moffitt | 0.3 | 87.00 |
| 07/28/04 4 | Monitored SDNY website for issuance of new orders. | S. Parker | 0.2 | 23.00 |
| 07/29/04 4 | Follow up regarding changes to agreement. | A. Marchetta | 0.4 | 190.00 |
| 07/29/04 15 | Telephone conference with J. Posner regarding settlement agreement. | M. Waller | 0.1 | 34.50 |
| 07/29/04 15 | Finalize settlement agreement for forwarding to CNA. | M. Waller | 0.5 | 172.50 |
| 07/29/04 15 | Draft cover letter forwarding finalize settlement agreement to CNA counsel and follow up e-mail distributing same to client. | M. Waller | 0.3 | 103.50 |
| 07/29/04 15 | Drafting summary of NY coverage litigation and status of settlement discussions and forward with memo to F. Zaremby, J. Hughes, A. Marchetta and J. Posner. | M. Waller | 0.8 | 276.00 |
| 07/29/04 | Review e-mail and receive message from J. Posner regarding preparation of | | | |

13

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| | memo regarding status of matter for submission to bankruptcy. | | | |
| 15 | M. Waller | | 0.1 | 34.50 |
| 07/29/04 | Receive e-mail memorandum from F. Zaremby regarding "Libby" claims in connection with summary of case for bankruptcy and respond with explanation of how treated in settlement. | | | |
| 15 | M. Waller | | 0.3 | 103.50 |
| 07/30/04 | Follow up with A. Marchetta regarding status of settlement agreement. | | | |
| 15 | M. Waller | | 0.2 | 69.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 4.30 | 475.00 | 2,042.50 |
| M. Waller | 23.00 | 345.00 | 7,935.00 |
| B. Moffitt | 4.80 | 290.00 | 1,392.00 |
| S. Parker | 0.70 | 115.00 | 80.50 |
| TOTALS | 32.80 | | 11,450.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 4.3 | 475.00 | 2,042.50 |
| M. Waller | 15 | 23.0 | 345.00 | 7,935.00 |
| B. Moffitt | 15 | 4.8 | 290.00 | 1,392.00 |
| S. Parker | 4 | 0.7 | 115.00 | 80.50 |
| TOTAL | | 32.8 | | 11,450.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/17/04 | Telephone call from client and follow up regarding request for information. | | |
| 4 | A. Marchetta | 0.5 | 232.50 |
| 07/01/04 | Obtain bond from Supreme Court, New York County review and send to B. Benjamin | | |
| 24 | S. Wattenberg | 0.1 | 13.50 |
| 07/13/04 | Attendance at continued Mandatory Settlement Conference at Appellate | | |

| | | | |
|---|---|---|---|
| 15 | Division<br>B. Benjamin | 2.4 | 864.00 |
| 07/27/04 | Review/analysis of Trizec Reply Brief and Opposition to Tahari cross-motion for extension of time to perfect appeal | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 07/27/04 | Review/analysis of Tahari Cross-Motion to extend time to perfect appeal | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 07/27/04 | Draft correspondence to V. Finkelstein regarding status update of Tahari's appeal | | |
| 15 | B. Benjamin | 0.1 | 36.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.50 | 465.00 | 232.50 |
| B. Benjamin | 2.70 | 360.00 | 972.00 |
| S. Wattenberg | 0.10 | 135.00 | 13.50 |
| TOTALS | 3.30 | | 1,218.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.5 | 465.00 | 232.50 |
| B. Benjamin | 15 | 2.7 | 360.00 | 972.00 |
| S. Wattenberg | 24 | 0.1 | 135.00 | 13.50 |
| TOTAL | | 3.3 | | 1,218.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 051680 West Deptford Property

| | | | |
|---|---|---|---|
| 07/07/04 | Review NJDEP oversight invoice for ISRA case, including sending memo to A. Marchetta regarding same. | | |
| 4 | W. Hatfield | 0.3 | 90.00 |
| 07/08/04 | Address case issues, including drafting memo on DEP costs invoice; call to B. Miller on same; prepare letter to P. Bucens; call to L. Gardner on payment issues; and call with A. Nagy. | | |

15

| | | | | |
|---|---|---|---|---|
| 4 | W. Hatfield | | 0.8 | 240.00 |
| 07/13/04 | Address memos on oversight invoice from DEP. | | | |
| 4 | W. Hatfield | | 0.2 | 60.00 |

<u>Attorney Summary</u>

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| W. Hatfield | | 1.30 | 300.00 | 390.00 |
| | TOTALS | 1.30 | | 390.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| <u>Timekeeper</u> | | TASK <u>CODE</u> | <u>HOURS</u> | <u>RATE</u> | <u>FEE</u> |
|---|---|---|---|---|---|
| W. Hatfield | | 14 | 1.3 | 300.00 | 390.00 |
| | TOTAL | | 1.3 | | 390.00 |