# EXHIBIT B

# EXHIBIT 1

1223953A01091404

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 6/30/2004 | N2284 |

**Bill To**

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, NJ 07932**
**Attn: Bill Hatfield**

| | Reference Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082910.065656 | 6/30/2004 | Hatfield, Bill |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 15,498 | 8.5 x 11 Copy | 0.10 | 1,549.80T |
| 110 | Velo Bind | 2.50 | 275.00T |

*handwritten: 082910.065656 OK to pay wst 7/8/04*

PAID..........
APPROVED..........
VENDOR NO. *0535-9*
CHECK NO. *263099*
CHARGE *10501*

| | |
|---|---|
| **Sales Tax  (6.0%)** | $109.49 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,934.29 |

Please Remit Payment to:

Phone #   973-648-0090
Fax #   973-648-0004

Skyline Duplication
  550 Broad Street
  Basement Level
Newark, NJ  07102

**Tax ID 03-0385240**

# EXHIBIT 2

1223953A01091404

Pitney Hardin LLP

**No.** **262791**

P.O. BOX 1945

MORRISTOWN, NEW JERSEY 07962-1945

ATTORNEY BUSINESS ACCOUNT

55-760
————— (006)
312

PNC Bank, N.A.

NEW JERSEY 060

161 MADISON AVENUE, MORRISTOWN, NJ 07960

PAY THREE THOUSAND AND 00/100 DOLLARS

| Date | Amount |
|---|---|
| 07-02-04 | $******3,000.00 |
| | PITNEY HARDIN LLP |

TO
THE
ORDER
OF

Elite Transcripts, Inc.
14 Boonton Ave.
Butler, NJ 07405

⑈ 262791 ⑈ ⑆031207607⑆ 8100460510⑈

| | | | |
|---|---|---|---|
| Request Number: | 95726 | Check Number: | 262791 |
| Check Date: | 07-02-04 | | |

Payee: Elite Transcripts, Inc.

| Invoice # | Inv. Date | Invoice Narrative | Inv. Total |
|---|---|---|---|
| 125 | 07/02/04 | Paid Elite Transcript Inc. for fee for ordering court transcripts #10501; S#5658 | $3,000.00 |
| | | Invoice Total: | $3,000.00 |

ALREADY ENTERED IN COMPUTER
S.D.

| | | | |
|---|---|---|---|
| Request Number: | 95726 | Check Number: | 262791 |
| Check Date: | 07-02-04 | | |

Payee: Elite Transcripts, Inc.

| Invoice # | Inv. Date | G/L Acct | Offc/Empl | Client/Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 125 | Jul 02/04 | 10501 | FP / 133GHA | | Engagement Costs - All Other | $3,000.00 | $3,000.00 |
| | | | | | Invoice Totals: | $3,000.00 | $3,000.00 |

# EXHIBIT 3

WR GRACE & CO VS WEJA INC
A  5527 03
PITNEY HARDIN   082910.0658056

APPELLATE   CHG

APPELLATE
0406998
06/15/2004
06/15/2004

APPELLATE
-$  200.00

# EXHIBIT 4

1223953A01091404

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME _____ MICHAEL E. WALLER _____

Period From: _____ May 14, 2004
To: _____ June 18, 2004

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
| | | Miles | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/14/2004 | Travel to and from United States District Court for the Southern District of New York for court conference. ($5.00 for train) | 42.00 | $15.75 | | | | $5.00 | $20.75 | 082913.00009 |
| 5/21/2004 | Travel to and from United States District Court for the Southern District of New York for court conference. ($5.00 for train) | 42.00 | $15.75 | | | | $5.00 | $20.75 | 082913.00009 |
| 6/2/2004 | Travel to and from United States District Court for the Southern District of New York for conference. ($5.00 for train) | 42.00 | $15.75 | | | | $5.00 | $20.75 | 082913.00009 |
| 6/18/2004 | Travel to and from United States District Court for the Southern District of New York for conference. ($5.00 for train) | 42.00 | $15.75 | | | | $5.00 | $20.75 | 082913.00009 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Show details on Page 2

Expenses Reported $ _____ 83.00

I certify that I have incurred all the expenses above on behalf of the Firm and that they are directly related to the active conduct of the Firm's business.

Signature _____ Date 6/28/04

PAID
JUL 2 8 2004
PITNEY HARDIN KIPP & SZUCH LLP

ENTERED IN COMPUTER BY:

6/28/2004

# EXHIBIT 5

1223953A01091404

# GENERAL MESSENGER SERVICE, INC.

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

PITNEY HARDIN LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

| | INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|---|
| | 103732 | 800 |
| INVOICE DATE | 6/07/04 | INVOICE TOTAL 1,599.66 |

ase tear at perforation and return top portion with your payment.

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | INVOICE TOTAL | PAGE |
|---|---|---|---|---|
| 800 | 103732 | 6/06/04 | 1,599.66 | 4 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| | | | Total Charges for Ref. - 078305.109607: 106.22 | | |
| 6/01/04 | 738160 | RSH | PITNEY HARDIN LLP          PITNEY HARDIN<br>200 CAMPUS DRIVE         7 TIMES SQUARE<br>FLORHAM PARK    NJ 07932    NYC             NY 10022<br>Caller: SUE PARKER   Time: 13:22  Wght:  291 Lbs  Wait: 124 Min<br>Signed: MS GIANDOLF-M/R   Time: 10:30<br>Your Ref: 082913.000009 | BASE RATE :   50.25<br>ADD'L WT. :   21.00<br>WAIT TIME :   50.00<br>INSURANCE :    .25<br>TOLLS     :   6.00<br>SURCHGFUEL:   1.81 | 139.31 |
| | | | Total Charges for Ref. - 082913.000009:  139.31 | | |

# EXHIBIT 6

1223953A01091404



**NEW YORK**

DIRECT REIMBURSEMENT EXPENSE REPORT

NAME: Barry M Benjamin Esq

Period From: 6/24/2004
To: 6/24/2004

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses Miles | Amount | Parking | Hotel or Lodging | Business Meals | Other Expenses (Show details on Page 2) | Total Expenses | Client No./ Matter No. (or Firm Charge) |
|---|---|---|---|---|---|---|---|---|---|
| 6/24/004 | Travel to and from Court-Grace/trial | | $4.00 | | | | | | 0829101102292 |

Expenses Reported: $4.00

P A I D
JUL 1 5 2004

10501

ENTERED IN COMPUTER BY:

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature: Barry M Benjamin

Date: 6/24/2004

6/24/2004