IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: October 12, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

# EXHIBIT A

Exhibit A

Professional services rendered through: April 30, 2004: Matter 46

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/16/04 | J.W. Johnson | Review protest draft. | 2.00 |
| 04/19/04 | J.W. Johnson | Teleconference with Carol Finke re IRS proposal to depose Remedium employees and Grace's response to that proposal (Remedium is a Grace subsidiary whose stock sale is the subject of an IRS audit). | 0.30 |
| 04/29/04 | A.L. Bailey | Telephone call regarding possible resolution of Remedium issue. | 0.80 |
| 04/29/04 | J.W. Johnson | Teleconference with Grace Tax Department re Bankruptcy Court issues involved resolving Remedium issue. | 0.80 |
| 04/29/04 | A.L. Bailey | Telephone conference re resolution of Remedium issue. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 1.00 | 545.00 | 545.00 |
| J.W. Johnson | 3.10 | 525.00 | 1,627.50 |
| Total | 4.10 | | 2,172.50 |

MATTER 32

04/28/04     Billing: Begin work on January to March 2004 bills.

| Name | Hours | Rate | Value |
|---|---|---|---|
| A. Moran | .60 | 435 | $261 |

Total Fees     $2,433.50

Disbursements:

| | |
|---|---|
| Duplicating | 0.15 |
| Long Distance Telephone | 9.44 |
| Total Disbursements | $ 9.59 |
| Total This Statement | $2,443.09 |

```
STEPTOE & JOHNSON LLP
RUN DATE: 09/02/2004
Detail Cost Report
RUN TIME: 14:52:50
Proforma: 322408
PAGE:  1

 012046.00001 TAX LITIGATION

Cost              Timekeeper
Code      Date    Number   Name                    Quantity   Rate    Amount      Ext.
Phone Number      Description
========= ======= ============================== ========  ======  ==========
======  ==================     ================================================
LASR    04/21/04  00206      Moran, Anne E.          1.00    0.15     0.15
LASR    04/21/04  00206      Moran, Anne E.          1.00    0.20     0.20

PC/Network Printing

PC LASER  1 Pages Ward, Brenda

TELEDC  04/29/04  00206      Moran, Anne E.          1.00    9.44     9.44

TELEDC  04/29/04  00206      Moran, Anne E.          1.00             9.44 X

DC Telephone TELEDC 7344140269 FROM EXT. 6225

Total : 012046.00001 TAX LITIGATION                          9.59

Report Total :                                               9.59
```

```
STEPTOE & JOHNSON LLP
RUN DATE: 09/02/2004
Detail Cost Report
RUN TIME: 14:52:50
Proforma:  322408
PAGE:   2

012046.00001 TAX LITIGATION

Cost                Timekeeper
Code      Date      Number    Name                          Quantity   Rate    Amount      Ext.
Phone Number        Description
========= ======== ================================== ======== ====== ==========
====== ==================    =============================================


SQL STATEMENT USED:

SELECT FROM TABLES: matter

WHERE CONDITION: 1=1
```