IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 12, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

# EXHIBIT A

Exhibit A

Professional services rendered through: May 31, 2004:  Matter 46

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/13/04 | A.L. Bailey | Telephone call with client to discuss IRS witness interviews of Garvey and Clearly in connection with audit of Remedium. (Remedium is a Grace subsidiary whose stock sale is the subject of an IRS audit). | 0.70 |
| 05/17/04 | A.L. Bailey | Telephone call regarding scheduling of witness interviews by IRS. | 0.20 |
| 05/18/04 | J.W. Johnson | Arrange for interviews with Company personnel by IRS. | 0.80 |
| 05/24/04 | A.L. Bailey | Commence draft of "to do" list in preparation for employee interviews by IRS. | 0.70 |
| 05/24/04 | J.W. Johnson | Review files re Remedium relevant to employees to be interviewed by IRS. | 2.30 |
| 05/25/04 | A.L. Bailey | Telephone call with client to review "to do" list for employee interviews. | 1.00 |
| 05/25/04 | A.L. Bailey | Attention to contingent liability issues; review information given by Grace to IRS re employee payroll information; review status of employee interviews; prepare list of things to do and transmit same to client. | 1.50 |
| 05/25/04 | J.W. Johnson | Teleconference re preparation of witnesses to be interviewed by IRS. | 1.00 |
| 05/25/04 | J.W. Johnson | Review materials regarding Remedium issue produced to the IRS. | 2.30 |
| 05/27/04 | J.W. Johnson | Review Remedium documents provided to IRS and assess their impact on IRS witness interviews. | 2.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 4.10 | 545.00 | 2,234.50 |
| J.W. Johnson | 8.90 | 525.00 | 4,672.50 |
| Total | 13.00 | | 6,907.00 |

|  |  | Total Fees - 46 | $6,907.00 |
|---|---|---|---|

Disbursements:

| Long Distance Telephone | 0.96 |
|---|---|

|  | Total Disbursements - 46 | $0.96 |
|---|---|---|

## MATTER 32

| 05/04/04 | A.E. Moran | Bills - work on quarterly filing. | 1.70 |
|---|---|---|---|
| 05/05/04 | A.E. Moran | Finish and send out quarterly filing. | 0.60 |
| 05/11/04 | A.E. Moran | BILLING: Followup on auditor questions; prepare and sent out chart. | 0.30 |

| Name | Total Hours | Rate | Value |
|---|---|---|---|
| A. Moran | 2.60 | 345 | $1,131.00 |

Disbursements:

| Duplicating | 14.70 |
|---|---|
| Overnight messenger | 7.64 |

|  | Total Disbursements - 32 | $32.34 |
|---|---|---|
|  | Total Disbursements | $23.30 |
|  | Total Fees | $8,038.00 |

```
                                      STEPTOE & JOHNSON LLP
      Detail Cost Report
      RUN TIME: 14:51:52
      Proforma:  322410
PAGE:  1

  012046.00001 TAX LITIGATION

   Cost                Timekeeper
   Code    Date   Number   Name                   Quantity  Rate    Amount
 Ext.      Phone Number       Description
========= ======= ================================ ======== ====== ==========
======  ==================    ============================================
 DLFD    05/05/04 00206     Moran, Anne E.           1.00    7.64      7.64
 DLFD    05/05/04 00206     Moran, Anne E.           1.00              7.64

Federal Express from Anne E Moran to Patricia Cuniff on May 05, 2004.

 DUPLDC  05/05/04 07592     Ward, Brenda A.         45.00    0.15      6.75
 DUPLDC  05/05/04 07592     Ward, Brenda A.         45.00    0.20      9.00

45 PHOTOCOPIES MADE BY 07592

 LASR    05/04/04 00206     Moran, Anne E.           1.00    0.15      0.15
 LASR    05/04/04 00206     Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
 LASR    05/04/04 00206     Moran, Anne E.           1.00    0.15      0.15
 LASR    05/04/04 00206     Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
 LASR    05/04/04 00206     Moran, Anne E.           1.00    0.15      0.15
 LASR    05/04/04 00206     Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
 LASR    05/04/04 00206     Moran, Anne E.           1.00    0.15      0.15
 LASR    05/04/04 00206     Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
 LASR    05/04/04 00206     Moran, Anne E.           7.00    0.15      1.05
 LASR    05/04/04 00206     Moran, Anne E.           7.00    0.20      1.40
PC/Network Printing

PC LASER  7 Pages Moran, Anne
 LASR    05/04/04 00206     Moran, Anne E.           4.00    0.15      0.60
 LASR    05/04/04 00206     Moran, Anne E.           4.00    0.20      0.80
PC/Network Printing

PC LASER  4 Pages Moran, Anne
 LASR    05/04/04 Total :                                              2.25
```

```
LASR     05/05/04 00206     Moran, Anne E.              7.00    0.15    1.05
LASR     05/05/04 00206     Moran, Anne E.              7.00    0.20    1.40
PC/Network Printing

PC LASER  7 Pages Ward, Brenda
LASR     05/05/04 00206     Moran, Anne E.              4.00    0.15    0.60
LASR     05/05/04 00206     Moran, Anne E.              4.00    0.20    0.80
PC/Network Printing

PC LASER  4 Pages Ward, Brenda
LASR     05/05/04 00206     Moran, Anne E.              1.00    0.15    0.15
LASR     05/05/04 00206     Moran, Anne E.              1.00    0.20    0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     05/05/04 00206     Moran, Anne E.              1.00    0.15    0.15
LASR     05/05/04 00206     Moran, Anne E.              1.00    0.20    0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     05/05/04 00206     Moran, Anne E.              1.00    0.15    0.15
LASR     05/05/04 00206     Moran, Anne E.              1.00    0.20    0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     05/05/04 00206     Moran, Anne E.              7.00    0.15    1.05
LASR     05/05/04 00206     Moran, Anne E.              7.00    0.20    1.40
PC/Network Printing

PC LASER  7 Pages Ward, Brenda
LASR     05/05/04 00206     Moran, Anne E.              1.00    0.15    0.15
```

```
STEPTOE & JOHNSON LLP
RUN DATE: 09/02/2004
Detail Cost Report
RUN TIME: 14:51:52
Proforma:  322410
PAGE:  2


012046.00001 TAX LITIGATION


Cost                Timekeeper
Code       Date     Number   Name                    Quantity   Rate    Amount      Ext.
Phone Number         Description
=========  ========  ================================  ========  ======  ==========
======  ==================  =====================================================
LASR    05/05/04 00206      Moran, Anne E.            1.00      0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR    05/05/04 00206      Moran, Anne E.            1.00      0.15    0.15
LASR    05/05/04 00206      Moran, Anne E.            1.00      0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR    05/05/04 00206      Moran, Anne E.            1.00      0.15    0.15
LASR    05/05/04 00206      Moran, Anne E.            1.00      0.20    0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR    05/05/04 00206      Moran, Anne E.            1.00      0.15    0.15
LASR    05/05/04 00206      Moran, Anne E.            1.00      0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR    05/05/04 00206      Moran, Anne E.            7.00      0.15    1.05
LASR    05/05/04 00206      Moran, Anne E.            7.00      0.20    1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda
LASR    05/05/04 00206      Moran, Anne E.            4.00      0.15    0.60
LASR    05/05/04 00206      Moran, Anne E.            4.00      0.20    0.80
PC/Network Printing

PC LASER   4 Pages Ward, Brenda
LASR    05/05/04 00206      Moran, Anne E.            1.00      0.15    0.15
LASR    05/05/04 00206      Moran, Anne E.            1.00      0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR    05/05/04 00206      Moran, Anne E.            1.00      0.15    0.15
LASR    05/05/04 00206      Moran, Anne E.            1.00      0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR         05/05/04 Total :                                           5.70

LASR                   Total :                                          7.95
```

```
TELEDC  05/13/04 00206     Moran, Anne E.                  1.00    0.96       0.96
TELEDC  05/13/04 00206     Moran, Anne E.                  1.00               0.96 X
DC Telephone TELEDC 5613621551 FROM EXT. 6409
Total : 012046.00001 TAX LITIGATION                               23.30

Report Total :                                                    23.30
```

```
STEPTOE & JOHNSON LLP
RUN DATE: 09/02/2004
Detail Cost Report
RUN TIME: 14:51:53
Proforma:  322410
PAGE:   3

012046.00001 TAX LITIGATION

Cost                Timekeeper
Code       Date    Number    Name                         Quantity    Rate    Amount     Ext.
Phone Number        Description
========  =======  ================================  ========  ======  ==========
======  ==================    ============================================


SQL STATEMENT USED:

SELECT FROM TABLES: matter

WHERE CONDITION: 1=1
```