IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: October 12, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

# EXHIBIT A

Exhibit A

Professional services rendered through: June 30, 2004 :

Matter 46

| Date | Professional | Description | Hours |
|---|---|---|---|
| 06/01/04 | J.W. Johnson | Review documents provided to IRS; and prepare for witness interviews in connection with audit of Remedium (Grace subsidiary whose stock sale is the subject of an IRS audit). | 4.30 |
| 06/02/04 | A.L. Bailey | Conference call to discuss preparation for witness interviews. | 1.00 |
| 06/02/04 | J.W. Johnson | Research limitations on IRS witness interviews. | 1.20 |
| 06/02/04 | J.W. Johnson | Interview witness Don Garvey re Remedium. | 2.10 |
| 06/04/04 | J.W. Johnson | Teleconference with Carol Finke re W-2 and Form 941 issues re Remedium. | 0.20 |
| 06/04/04 | J.W. Johnson | Review documents related to scheduled witness interviews. | 2.30 |
| 06/10/04 | J.W. Johnson | Witness interview with David Cleary. | 1.50 |
| 06/10/04 | J.W. Johnson | Review files in preparation for interviews. | 2.30 |
| 06/14/04 | J.W. Johnson | Assemble documents in preparation for Grace witness interviews by IRS; organize and prepare for interviews. | 2.30 |
| 06/14/04 | A.L. Bailey | Prepare for witness interviews; review documents given to IRS. | 3.00 |
| 06/15/04 | A.L. Bailey | Prepare for deposition of current and former employees, review documents given to IRS. | 3.50 |
| 06/15/04 | A.L. Bailey | Travel to W. R. Grace and conduct witness interviews. (1/2 Time Billed) | 1.70 |
| 06/15/04 | A.L. Bailey | Meet with client to review witness preparation. | 1.50 |
| 06/15/04 | J.W. Johnson | Prepare for IRS witness interviews. | 1.00 |
| 06/15/04 | J.W. Johnson | Travel to Grace. (1/2 Time Billed) | 1.70 |
| 06/15/04 | J.W. Johnson | Meet with client to review approach for witness preparation. | 1.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/16/04 | A.L. Bailey | Meet with witnesses and co-counsel at W. R. Grace offices to prepare for depositions as discuss bankruptcy tax procedures. | 7.50 |
| 06/16/04 | J.W. Johnson | Prepare Grace witnesses for IRS depositions; discuss bankruptcy tax procedure issues. | 7.50 |
| 06/17/04 | J.W. Johnson | Defend IRS interviews of Grace witnesses to Remedian transaction. | 4.50 |
| 06/17/04 | J.W. Johnson | Travel back to D.C. (1/2 Time Billed) | 1.70 |
| 06/17/04 | A.L. Bailey | Attend depositions of Grace employee and former employee. | 4.50 |
| 06/17/04 | A.L. Bailey | Travel back D.C. (1/2 Time Billed) | 1.70 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 24.40 | 545.00 | 13,298.00 |
| J.W. Johnson | 34.10 | 525.00 | 17,902.50 |
| Total | 58.50 |  | 31,200.50 |

Total Fees - 46           $31,200.50

Disbursements:

| Description | Amount |
|---|---|
| Overnight Messenger | 55.92 |
| Duplicating | 10.50 |
| Long Distance Telephone | 40.95 |
| Air Fare - J. WALKER JOHNSON Travel to Florida for IRS witness interviews on 6/15/04 | 484.70 |
| Air Fare - ARTHUR L. BAILEY Travel to Ft. Lauderdale, FL for client meetings on 06/15-17/04 | 484.70 |
| Hotel - J. WALKER JOHNSON Travel to Florida for IRS witness interviews on 6/15/04 | 470.00 |
| Hotel - ARTHUR L. BAILEY Travel to Ft. Lauderdale, FL for client meetings on 06/15-17/04 | 394.07 |
| Parking - J. WALKER JOHNSON Travel to Florida for IRS witness interviews on 6/15/04 | 45.00 |

| | | |
|---|---|---:|
| Parking - ARTHUR L. BAILEY Travel to Ft. Lauderdale, FL for client meetings on 06/15-17/04 | | 45.00 |
| Rental Car - J. WALKER JOHNSON Travel to Florida for IRS witness interviews on 6/15/04 | | 236.09 |
| Meals While on Travel - J. WALKER JOHNSON Travel to Florida for IRS witness interviews on 6/15/04 | | 87.48 |
| Meals While on Travel - ARTHUR L. BAILEY Travel to Ft. Lauderdale, FL for client meetings on 06/15-17/04 | | 212.45 |
| | Disbursements - 46 | $2,566.86 |

| | | | |
|---|---|---|---:|
| 05/04/04 | A.E. Moran | Bills - work on bills and send out | 2.90 |
| 05/11/04 | A.E. Moran | BILLING: Followup on auditor questions; prepare and sent out chart regarding aggregate numbers | 0.40 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. MORAN | 3.30 | 435.00 | 1,435.50 |

Disbursements - 32

| | |
|---|---:|
| Overnight Messenger | 7.64 |
| Duplicating | 7.05 |
| Total Disbursements - 32 | $14.69 |
| Total This Statement | $35,217.55 |

```
STEPTOE & JOHNSON LLP
RUN DATE: 09/02/2004
Detail Cost Report
RUN TIME: 14:53:10
Proforma:  322411
PAGE:  1


012046.00001 TAX LITIGATION

Cost              Timekeeper
Code      Date    Number   Name                      Quantity  Rate    Amount      Ext.
Phone Number      Description
========= ======== ================================= ======== ====== ==========
====== ==================    ===============================================
AIRFARX   06/22/04 00101    Johnson, J. Walker         1.00  484.70    484.70
Air Fare - J. WALKER JOHNSON Travel to Florida

for IRS witness interviews on 6/15/04
AIRFARX   06/22/04 00074    Bailey, Arthur L.          1.00  484.70    484.70
Air Fare - ARTHUR L. BAILEY Travel to Ft.

Lauderdale, FL for client meetings on

06/15-17/04
AIRFARX   06/22/04 Total :                                   969.40

AIRFARX            Total :                                   969.40

DLFD      06/04/04 00206    Moran, Anne E.             1.00    7.64      7.64
DLFD      06/04/04 00206    Moran, Anne E.             1.00              7.64
Federal Express from Anne E Moran to Patricia Cuniff on June 04, 2004.

DLFD      06/15/04 00206    Moran, Anne E.             1.00   55.92     55.92
DLFD      06/15/04 00206    Moran, Anne E.             1.00             55.92
Federal Express from Diane Nelson to Carol Finke on June 15, 2004.
DLFD               Total :                                    63.56

DUPLDC    06/03/04 00101    Johnson, J. Walker         7.00    0.15      1.05
DUPLDC    06/03/04 00101    Johnson, J. Walker         7.00    0.20      1.40
7 PHOTOCOPIES MADE BY 00101
DUPLDC    06/03/04 00101    Johnson, J. Walker         3.00    0.15      0.45
DUPLDC    06/03/04 00101    Johnson, J. Walker         3.00    0.20      0.60
3 PHOTOCOPIES MADE BY 00101
DUPLDC    06/03/04 Total :                                     1.50

DUPLDC    06/04/04 07592    Ward, Brenda A.           44.00    0.15      6.60
DUPLDC    06/04/04 07592    Ward, Brenda A.           44.00    0.20      8.80
44 PHOTOCOPIES MADE BY 07592

DUPLDC    06/21/04 00101    Johnson, J. Walker         6.00    0.15      0.90

DUPLDC    06/21/04 00101    Johnson, J. Walker         6.00    0.20      1.20
6 PHOTOCOPIES MADE BY 00101
DUPLDC             Total :                                     9.00

HOTELX    06/22/04 00101    Johnson, J. Walker         1.00  470.00    470.00
Hotel-J. WALKER JOHNSON Travel to Florida for IRS witness interviews on 6/15/04
```

```
HOTELX     06/22/04 00074     Bailey, Arthur L.              1.00 394.07      394.07
Hotel- A.L.BAILEY Travel to Ft. Lauderdale,FL for client meetings on 06/15-17/04
HOTELX     06/22/04 Total :                                  864.07
HOTELX              Total :                                  864.07

LASR    06/04/04 00206     Moran, Anne E.              7.00   0.15       1.05
LASR    06/04/04 00206     Moran, Anne E.              7.00   0.20       1.40
PC/Network Printing

PC LASER   7 Pages Moran, Anne
```

```
STEPTOE & JOHNSON LLP
RUN DATE: 09/02/2004
Detail Cost Report
RUN TIME: 14:53:10
Proforma:  322411
PAGE:  2

012046.00001 TAX LITIGATION

Cost              Timekeeper
Code      Date    Number   Name                          Quantity   Rate    Amount     Ext.
Phone Number              Description
=========  ========  =================================  ========  ======  ==========
======  ===================   ===========================================

LASR     06/04/04  00206    Moran, Anne E.                 7.00    0.15      1.05
LASR     06/04/04  00206    Moran, Anne E.                 7.00    0.20      1.40
PC/Network Printing

PC LASER  7 Pages Moran, Anne
LASR     06/04/04  00206    Moran, Anne E.                 6.00    0.15      0.90
LASR     06/04/04  00206    Moran, Anne E.                 6.00    0.20      1.20
PC/Network Printing

PC LASER  6 Pages Moran, Anne
LASR     06/04/04  00206    Moran, Anne E.                 6.00    0.15      0.90
LASR     06/04/04  00206    Moran, Anne E.                 6.00    0.20      1.20
PC/Network Printing

PC LASER  6 Pages Moran, Anne
LASR     06/04/04  00206    Moran, Anne E.                 5.00    0.15      0.75
LASR     06/04/04  00206    Moran, Anne E.                 5.00    0.20      1.00

PC/Network Printing

PC LASER  5 Pages Moran, Anne
LASR     06/04/04  00206    Moran, Anne E.                 6.00    0.15      0.90
LASR     06/04/04  00206    Moran, Anne E.                 6.00    0.20      1.20
PC/Network Printing

PC LASER  6 Pages Ward, Brenda
LASR     06/04/04  00206    Moran, Anne E.                 5.00    0.15      0.75
LASR     06/04/04  00206    Moran, Anne E.                 5.00    0.20      1.00
PC/Network Printing

PC LASER  5 Pages Ward, Brenda
LASR     06/04/04  00206    Moran, Anne E.                 7.00    0.15      1.05
LASR     06/04/04  00206    Moran, Anne E.                 7.00    0.20      1.40
PC/Network Printing

PC LASER  7 Pages Ward, Brenda
LASR     06/04/04  00206    Moran, Anne E.                 1.00    0.15      0.15
LASR     06/04/04  00206    Moran, Anne E.                 1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     06/04/04  00206    Moran, Anne E.                 1.00    0.15      0.15
```

```
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.15      0.15
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.15      0.15
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.15      0.15
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.15      0.15
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.15      0.15
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.15      0.15
LASR     06/04/04 00206      Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing
```

```
STEPTOE & JOHNSON LLP
RUN DATE: 09/02/2004
Detail Cost Report
RUN TIME: 14:53:10
Proforma: 322411
PAGE:  3


012046.00001 TAX LITIGATION

Cost              Timekeeper
Code      Date    Number   Name              Quantity  Rate    Amount     Ext.
Phone Number      Description
=========  ========  ===============================  ========  ======  ==========
======  ==================     ==================================================

PC LASER   1 Pages Ward, Brenda
LASR       06/04/04 Total :                                              8.55
LASR                Total :                                              8.55

PARKX      06/22/04 00101    Johnson, J. Walker      1.00   45.00       45.00
Parking - J. WALKER JOHNSON Travel to Florida for IRS witness interviews on 6/15/04

PARKX      06/22/04 00074    Bailey, Arthur L.       1.00   45.00       45.00
Parking - A.L.BAILEY Travel to Ft.Lauderdale, FL for client meetings on 06/05-17/04

PARKX      06/22/04 Total :                                             90.00

PARKX               Total :                                             90.00

RNTCARX    06/22/04 00101    Johnson, J. Walker      1.00  236.09      236.09
Rental Car - J. WALKER JOHNSON Travel to Fl. for IRS witness interviews on 6/15/04

TELEDC     06/01/04 00206    Moran, Anne E.          1.00    4.22        4.22
TELEDC     06/01/04 00206    Moran, Anne E.          1.00                 4.22 X
DC Telephone TELEDC 5613621300 FROM EXT. 6225
TELEDC     06/02/04 00206    Moran, Anne E.          1.00   18.55       18.55
TELEDC     06/02/04 00206    Moran, Anne E.          1.00                18.55 X
DC Telephone TELEDC 5052422204 FROM EXT. 6225
TELEDC     06/10/04 00206    Moran, Anne E.          1.00   18.18       18.18
TELEDC     06/10/04 00206    Moran, Anne E.          1.00                18.18 X
DC Telephone TELEDC 7344140268 FROM EXT. 6225

TELEDC              Total :                                             40.95

TRAVMLX    06/22/04 00101    Johnson, J. Walker      1.00   87.48       87.48
Meals While on Travel-JW JOHNSON Travel to Fl.for IRS witness interviews on 6/15/04

TRAVMLX    06/22/04 00074 Bailey, Arthur L.          1.00  212.45      212.45
Meals While on Travel - A.L.BAILEY Travel to Ft. Lauderdale, FL for client meetings
on 06/15-17/04

TRAVMLX    06/22/04 Total :                                            299.93

TRAVMLX             Total :                                            299.93

Total : 012046.00001 TAX LITIGATION                                  2,581.55
```

```
Report Total :                                           2,581.55
STEPTOE & JOHNSON LLP
RUN DATE: 09/02/2004
Detail Cost Report
RUN TIME: 14:53:11
Proforma:  322411
PAGE:  4

012046.00001 TAX LITIGATION

Cost              Timekeeper
Code      Date    Number   Name                  Quantity   Rate    Amount      Ext.
Phone Number      Description
=========  ========  =============================  ========  ======  ==========
======  ====================      ==================================================


SQL STATEMENT USED:

     SELECT FROM TABLES: matter

          WHERE CONDITION: 1=1
```