# EXHIBIT A

| Name of Claimant Searched | Name of Claimant and/or Affiliate of Claimant that is a K&E Client | Brief Description of Representation |
|---|---|---|
| Amersham Biosciences | Amersham Pharmacia Biotech, Inc | Representation in matters unrelated to the Debtors |
| AT&T | AT&T Wireless, AT&T Master Pension Trust | Representation in matters unrelated to the Debtors |
| Arthur Andersen LLP | Arthur Anderson LLP | Former client; representation in matters unrelated to the Debtors |
| State of California, Board of Equalization | State of California, Department of Water Rescources | Representation in matters unrelated to the Debtors |
| FW Dodge | McGraw Hill, Inc. | Representation in matters unrelated to the Debtors |
| McGraw Hill Companies | McGraw Hill, Inc. | Representation in matters unrelated to the Debtors |
| International Paper Arizona Chemical | International Paper Company Masonite Corporation | Representation in matters unrelated to the Debtors |
| Alexander & Baldwin, Inc. | C&H Sugar Company, Inc. | Representation in matters unrelated to the Debtors |
| Ashland Incorporated | Speedway Super America LLC | Representation in matters unrelated to the Debtors |
| Dap Inc. | RPM International Swander Pace Capital | Representation in matters unrelated to the Debtors |
| Dap Products, Inc. | RPM International Swander Pace Capital | Representation in matters unrelated to the Debtors |
| Goyen Valve Products | Tyco Healthcare Group LP Graphic Controls | Representation in matters unrelated to the Debtors |
| U.S. Filter Corp. | Veolia Environment | Representation in matters unrelated to the Debtors |
| Principal Life Insurance Company | Principal Enterprise Capital LLC | Representation in matters unrelated to the Debtors |
| Welding Services, Inc. | Welding Services, Inc. | Former client; representation in matters unrelated to the Debtors |
| Cincinnati Gas & Electric Co. | Cinergy Capital & Trading, Inc. | Representation in matters unrelated to the Debtors |
| Alabama Power Company | The Southern Company | Representation in matters unrelated to the Debtors |
| Sverdrup Civil Inc. | Rescourcing Service Company | Representation in matters unrelated to the Debtors |
| City of Milwaukee | Milwaukee Public Museum, Inc. | Representation in matters unrelated to the Debtors |
| Georgia-Pacific Corporation | Georgia-Pacific Corporation Fort James Corporation | Representation in matters unrelated to the Debtors |
| Lab Safety Supply | W.W. Grainger, Inc. | Representation in matters unrelated to the Debtors |
| NL Industries | NL Industries, Inc. | Representation in matters unrelated to the Debtors |
| Rhodia Incorporated | Rhodia Incorporated | Claimant is the subject of K&E direct partnership investment |
| Well Safe Inc. | H.I.G. Capital Management, Inc. | Claimant is subsidiary of client |
| MCI Worldcom | Worldcom, Inc. | Certain Partners of firm invest directly and indirectly in Claimant |

| Name of Claimant Searched | Name of Claimant and/or Affiliate of Claimant that is a K&E Client | Brief Description of Representation |
|---|---|---|
| Dun & Bradstreet | Dun & Bradstreet | Representation in matters unrelated to the Debtors |
| Euler/American Credit Indemnity | Dresdner Kleinwort<br>EIF Management | Representation in matters unrelated to the Debtors. |
| Nextira | Platinum Equity, LLC<br>Matris Telecom, Inc. | Representation of affiliate in matters unrelated to the Debtors. |
| Principal Financial Group | Principal Enterprise Capital LLC | Representation of Affiliate in matters unrelated to the Debtors. |
| Public Service Company of Colorado | NRG Energy, Inc.<br>NRG McClain LLC<br>NRG Nelson Turbines LLC & LSP-Nelson Energy, LLC | Representation of Affiliate in matters unrelated to the Debtors. |
| Speedway Superamerica LLC | Speedway Superamerica LLC | Representation in matters unrelated to the Debtors. |