## EXHIBIT B

| Name of Claimant | Name of Claimant and/or Affiliate of Claimant that is a K&E Client |
|---|---|
| NL Industries | NL Industries, Inc. |
| Dow Corning Corporation | Dow Corning Corporation<br>Dow Chemical Corporation<br>Dow Agro Sciences<br>Union Carbide Corporation<br>Corning Cable Systems |
| Hampshire Chemical Corp. | Dow Corning Corporation<br>Dow Chemical Corporation<br>Dow Agro Sciences<br>Union Carbide Corporation<br>Corning Cable Systems |
| Lab Safety Supply | W.W. Grainger, Inc. |
| Georgia-Pacific Corporation | Georgia-Pacific Corporation<br>Fort James Corporation |
| Rhodia Incorporated | Rhodia Incorporated |
| Well Safe Inc. | H.I.G. Capital Management, Inc. |
| MCI Worldcom | Worldcom, Inc. |