IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. _____ |

### ORDER PURSUANT TO SECTIONS 105(a) AND 363 THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO ACQUIRE CERTAIN ASSETS FROM FLEXIA CORPORATION

Upon consideration of the motion (the "Motion")[1] of the Debtors for an order, pursuant to sections 105(a) and 363 of title 11 of the Bankruptcy Code, authorizing the Debtors to acquire the Target Business from Flexia Corporation for an amount not to exceed CDN $16.1 million; and having considered the Motion and finding that the relief requested therein is in the best interest of the Debtors and their estates; and due and proper notice having been given with no other notice being required; and in light of the nature of the relief requested in the Motion, no further notice or hearing on the Motion being required; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Debtor are authorized, but not directed, to purchase the Target Business from Flexia Corporation, or fund the purchase of the Target Business by a non-debtor affiliate, on terms substantially similar to those outlined in the Motion, for an amount not to exceed CDN $16.1 million.

---

[1] Capitalized terms not otherwise defined herein have the meanings given in the Motion.

2

       3.       The Debtors are authorized, but not directed, to enter into a contract manufacturing agreement, with Flexia Corporation, by which Flexia Corporation will construct Tri-Flex® products on behalf of the Debtors.

       4,       The Debtors are authorized to construct a production line, for the manufacture of Tri-Flex® products, at Grace's Chicago facility.

       5.       The Debtors are authorized to take any other reasonable actions that are necessary to carry out the terms of the acquisition of the Target Business, as outlined in the Motion.

       6.       This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order, which is final.

Dated: October ___, 2004

                                                          The Honorable Judith K. Fitzgerald
                                                          United States Bankruptcy Judge