IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. _____ |

**ORDER APPROVING A SETTLEMENT AGREEMENT WITH HONEYWELL INTERNATIONAL, INC.**

Upon consideration of the Debtors' Motion for the Entry of an Order Approving a Settlement Agreement with Honeywell International, Inc. (the "Motion"); and due and proper notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The settlement agreement between the Debtors and Honeywell International, Inc. (the "Honeywell Settlement") is hereby approved.

3. The Debtors are authorized to take whatever actions are reasonably necessary and appropriate to implement the terms of the Honeywell Settlement.

4. The Debtors are authorized to compensate Wallace King Marraro & Branson ("WKMB"), as set forth in the Court's Order, dated, June 22, 2001, which authorized the Debtors to retain WKMB as counsel in the ICO Lawsuit and approved their fee arrangement with respect to the ICO Lawsuit.

5. This Court retains jurisdiction (i) to interpret, implement and enforce the terms and provisions of the Honeywell Settlement, and (ii) to interpret, implement and enforce the provisions of this Order.

6. This Order is effective immediately upon its entry.

Dated: October ____, 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge