# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ln Re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Bankruptcy No. 01-01139 (JKF) |
|  | (Jointly Administered) |
| Debtors. | Hearing Date: December 20, 2004 @ 12:00 PM |
|  | Objections Due: October 12, 2004 |

## SUMMARY OF THE THIRTEENTH[1] INTERIM QUARTERLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004

**Name of Applicant:**　　　　　　　Elzufon Austin Reardon Tarlov & Mondell, P.A.

**Authorized to provide
Professional services to:**　　　　　Zonolite Attic Insulation Claimants

**Date of retention:**　　　　　　　July 22, 2002

**Period for which compensation
and reimbursement is sought:**　　April 1, 2004 through
June 30, 2004

**Amount of compensation sought
as actual reasonable and necessary:**　$ 4,690.50

**Amount of expense reimbursement
sought as actual reasonable and
necessary:**　　　　　　　　　　$ 2,066.84

This is a:　　＿＿＿ Monthly　　　X　Quarterly ＿＿＿＿Final Application

**Prior Application Filed:**　　Yes.

---

[1] To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, EARTM is titling this the "Thirteenth Interim Quarterly Application although it is actually EARTM's eighth such application.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/19/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 3/5/03 | 10/1/02 through 12/31/02 | $ 7,800.50 | $ 2,547.87 | Approved | Approved |
| 6/2/03 | 1/1/03 through 3/31/03 | $ 7,315.50 | $ 1,876.44 | Approved | Approved |
| 9/3/03 | 4/1/03 through 6/30/03 | $ 5,937.50 | $ 4,284.81 | Pending | Pending |
| 11/19/03 | 7/1/03 through 9/30/03 | $10,919.00 | $ 2,387.21 | Pending | Pending |
| 2/18/04 | 10/1/03 through 12/31/03 | $5,973.50 | $3,343.18 | Pending | Pending |
| 6/7/04 | 1/1/04 through 3/31/04 | $4,345.50 | $4,068.14 | Pending | Pending |

The total time expended for the preparation of this application is approximately 3.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 7.0 | $ 1,540.00 |
| Charles J. Brown | Associate | 10 | Bankruptcy | $190.00 | 1.7 | $ 323.00 |
| TOTALS | | | | | 8.7 | $1,863.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Thomas Bielli | Paralegal | 2 | Bankruptcy | $75.00 | 1.7 | $127.50 |
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 36.0 | $2,700.00 |
| TOTALS | | | | | 37.7 | $2,827.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 and 12-Fee Applications | 33  Hours | $2,815.50 |
| 22-ZAI Science Trial | 13.4 Hours | $1,875.00 |
| TOTALS | 46.4 Hours | $4,690.50 |

## Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $2,066.84 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| **Total:** | $2,066.84 |

Dated: Wilmington, Delaware
September 21, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

_/s/ William D. Sullivan_
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

_Delaware Counsel to ZAI Claimants_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | **Hearing Date: December 20, 2004 @ 12:00 PM** |
| | ) | **Objections Due: October 12, 2004** |

### THIRTEENTH[2] INTERIM QUARTERLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS <u>FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004</u>

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Appointment Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Amended Interim Compensation Order" and collectively with the Interim Compensation Order, the "Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Elzufon Austin Reardon Tarlov & Mondell, P.A., ("Applicant" or "EARTM"), Delaware Counsel to the ZAI Claimants, hereby applies for an order allowing it: (i) compensation in the amount of $4,690.50 for the reasonable and necessary legal services EARTM has rendered; and (ii) reimbursement for the actual and necessary expenses EARTM has incurred in the amount of $2,066.84 (the "Thirteenth Interim Quarterly

Fee Application"), for the interim quarterly period from April 1, 2004 through June 30, 2004 (the "Fee Period"). In support of the Thirteenth Interim Quarterly Fee Application, EARTM respectfully states as follows:

## Background

### Retention of EARTM

1.    On April 2, 2001 (The "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    On May 3, 2001, this Court entered the Interim Compensation Order and entered the Amended Interim Compensation Order on April 17, 2002. By this Court's order effective as of July 22, 2002, EARTM was appointed as Delaware Counsel on behalf of the ZAI Claimants to prosecute the ZAI "Science Trial" issues on behalf of the ZAI Claimants' position against Debtors' position (the "Appointment Order"). The Appointment Order authorized a total budget for ZAI Counsel of $1.5 million in fees and $500,000.00 in expenses for prosecuting the Science Trial. On July 28, 2003, the Court entered an order approving the Joint Motion of Debtors and ZAI Claimants to Increase Budget for Science Trial (the "Budget Increase Order"). According to the Budget Increase Order the litigation budget is increased $950,000.00 per side for fees and expenses in the course of prosecuting the Science Trial against which EARTM may be compensated for legal services at its regular hourly rates, and for actual and necessary out-of-

---

[2] To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, EARTM is titling this the "Thirteenth Interim Quarterly Application although it is actually EARTM's

pocket expenses incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court.

## Monthly Interim Fee Applications Covered Herein

3.      Pursuant to the procedures set forth in the Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application") subject to any objections lodged by the Notice Parties, as defined in the Compensation Order. If no objection is filed to a Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4.      Furthermore, and also pursuant to the Compensation Order, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

---

eighth such application.

5.    This is the Thirteenth Interim Quarterly Fee Application that EARTM has filed with the Bankruptcy Court in connection with these Chapter 11 Cases.

6.    EARTM has filed the following Monthly Fee Applications for interim compensation during this Fee Period:

       1.    The Seventeenth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of April 1, 2004 through April 30, 2004 (the "April Fee Application") attached hereto as Exhibit A.

       2.    The Eighteenth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of May 1, 2004 through May 31, 2004 (the "May Fee Application") attached as Exhibit B.

       3.    The Nineteenth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of June 1, 2004 through June 30, 2004 (the "June Fee Application") attached as Exhibit C.

7.    The period for objecting to the fees and expense reimbursement requested in the April Fee Application, May Fee Application and June Fee Application has expired and Certificates of No Objection have been filed for each application.

8.    During the Fee Period, EARTM has prepared for the ZAI Science Trial as detailed in the Application.

**Requested Relief**

9.    By this Thirteenth Interim Quarterly Fee Application, EARTM requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by EARTM for the Fee Period as detailed in the Application, less any amounts previously paid to EARTM pursuant to the Application and the procedures set forth in the Compensation Order. The full scope of services provided and the related expenses incurred are fully described in the Applications, which are attached hereto as Exhibits A through C.

**Disinterestedness**

10.    With the exception of its representation of ZAI claimants and other unrelated parties with matters before this court, EARTM does not hold or represent any interest adverse to the Debtors' estates.

11.    In addition, EARTM may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.

**Representations**

12.    EARTM believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

13.    EARTM performed the services for which it is seeking compensation under its Court Appointment effective as of July 22, 2002.

14.    During the Fee Period, EARTM has received no payment, nor has it received any promises for payment, from any other source for services rendered or to be rendered on behalf of the ZAI Claimants in connection with these Chapter 11 Cases.

15.    Pursuant to Fed. R. Bank. P. 2016(b), EARTM has not shared, nor has it agreed to share: (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of EARTM; or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

16.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. EARTM reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

WHEREFORE, EARTM respectfully requests that the Court enter an order providing: (a) that for the Fee Period an administrative allowance be made to EARTM in the sum of (i) $4,690.50 as compensation for reasonable and necessary professional services, and (ii) $2,066.84 for reimbursement of actual and necessary costs and expenses incurred (for a total of $6,757.34); (b) that the Debtors be authorized and directed to pay to EARTM the outstanding amount of such sums less any sums previously paid to EARTM pursuant to the Application and the procedures set forth in the Compensation Order; and (c) that this Court grant such further relief as is equitable and just.

Dated: Wilmington, Delaware
       September 21, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Ave., Suite 1700
P.O. Bow 1630
Wilmington, DE 19801
(302) 428-3181

*Delaware Counsel for ZAI Claimants*

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

        Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: September 8, 2004
Hearing Date: TBD if necessary**

## SUMMARY OF APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF APRIL 1, 2004 THROUGH APRIL 30, 2004

Name of Applicant:

    Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:

    Zonolite Attic Insulation Claimants

Date of retention:

    August 22, 2002

Period for which compensation
and reimbursement is sought:

    April 1, 2004 through
    April 30, 2004

Amount of compensation sought
as actual reasonable and necessary:

    $821.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:

    $  0.00

This is a:    __X__ Monthly _____ Interim    _____ Final Application

Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Pending | Pending |
| 5/17/04 | 1/1/04 through 1/31/04 | $ 1,127.00 | $1,502.14 | Pending | Pending |
| 5/17/04 | 2/1/04 through 2/29/04 | $ 1,937.00 | $ 2,426.80 | Pending | Pending |
| 5/20/04 | 3/1/2004 through 3/31/2004 | $ 1,281.50 | $139.20 | Pending | Pending |

As indicated above, this is the seventeenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | .8 | $176.00 |
| TOTALS | | | | | .8 | $176.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 8.6 | $645.00 |
| TOTALS | | | | | 17.3 | $645.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 8.6 Hours | $1,325.00 |
| 22-ZAI Science Trial | .8 Hours | $132.00 |
| TOTALS | 18.4 Hours | $1,457.00 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| **Total:** | **$0.00** |

Dated: Wilmington, Delaware
August 19, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

/s/ William D. Sullivan
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: September 8, 2004**<br>**Hearing Date: TBD if necessary** |

## FEE DETAIL OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF APRIL 1, 2004 THROUGH APRIL 30, 2004

```
                                                                           Page: 1
    ZAI Plaintiffs                                                      05/01/2004
    Richardson Patrick Westbrook                       Client No: 220305-11221M
    174 East Bay Street                                Statement No:      202553
    Charleston SC 29401
```

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

Fees

|  |  | Hours |  |
|---|---|---|---|
| 04/01/04 | | | |
| MY | Update pleadings | 1.60 | |
| 04/05/04 | | | |
| WDS | Review Notice of Oral Argument on appeal issues. | 0.10 | |
| 04/15/04 | | | |
| MY | Update fee application files | 0.70 | |
| 4/16/04 | | | |
| MY | Review file, etc. | 0.30 | |
| 4/20/04 | | | |
| WDS | Review status of Plan process. | 0.20 | |
| MY | Prepare Jan. and Feb. 2004 Fee Applications of RPWB for filing | 1.40 | |
| 4/21/04 | | | |
| MY | Format, file and serve Jan and Feb fee applications of RPWB, update file | 1.70 | |
| 4/22/04 | | | |
| MY | update file re 4/26 hearing | 0.10 | |
| 4/26/04 | | | |
| WDS | Review agenda for 4/26 Hearing; Plan extension Motion continued. | 0.20 | |
| MY | Prepare nov and dec fee apps of L&A for filing, format file and serve | 2.80 | |
| 4/27/04 | | | |
| WDS | Review Notice of Cancellation of Hearing. | 0.10 | |
| WDS | Review Debtors application for appointment of futures representative. | 0.20 | |
| | For Current Services Rendered | 9.40 | 821.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 0.80 | $220.00 | $176.00 |
| Michael Young | Paralegal | 8.60 | 75.00 | 645.00 |

Statement No:        202553

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

Total Current Work                                    821.00

Balance Due                                          $821.00

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

Objection Deadline: September 8, 2004
Hearing Date: TBD if necessary

## SUMMARY OF APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JUNE 1, 2004 THROUGH JUNE 30, 2004

Name of Applicant:

Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:

Zonolite Attic Insulation Claimants

Date of retention:

August 22, 2002

Period for which compensation
and reimbursement is sought:

June 1, 2004 through
June 30, 2004

Amount of compensation sought
as actual reasonable and necessary:

$ 2,359.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:

$ 1,160.75

This is a:    X  Monthly _____ Interim    _____ Final Application

Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Pending | Pending |
| 5/17/04 | 1/1/04 through 1/31/04 | $ 1,127.00 | $1,502.14 | Pending | Pending |
| 5/17/04 | 2/1/04 through 2/29/04 | $ 1,937.00 | $ 2,426.80 | Pending | Pending |
| 5/20/04 | 3/1/2004 through 3/31/2004 | $ 1,281.50 | $139.20 | Pending | Pending |
| 8/20/2004 | 4/1/2004 through 4/30/04 | $821.00 | $0.00 | Pending | Pending |
| 8/20/2004 | 5/1/2004 through 5/31/04 | $1,510.50 | $906.09 | Pending | Pending |

As indicated above, this is the eighteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 14 | Bankruptcy | $220.00 | 3.8 | $836.00 |
| Charles J. Brown, III | Sr. Assoc. | 11 | Bankruptcy | $190.00 | 1.7 | $323.00 |
| TOTALS | | | | | 5.5 | $1,159.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Thomas Bielli | Paralegal | 2 | Bankruptcy | $75.00 | 1.7 | $127.50 |
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 14.3 | $1,072.50 |
| TOTALS | | | | | 16.0 | $1,200.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 10.0 Hours | $902.00 |
| 22-ZAI Science Trial | 11.5 Hours | $1,457.00 |
| TOTALS | 21.5 Hours | $2,359.00 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $1,160.75 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $1,160.75 |

Dated: Wilmington, Delaware
    August 19, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al., <br><br> Debtors, | Chapter 11 <br><br> Bankruptcy No. 01-01139 (JFK) <br><br> (Jointly Administered) <br><br> **Objection Deadline: September 8, 2004** <br> **Hearing Date: TBD if necessary** |

# FEE DETAIL OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JUNE 1, 2004 THROUGH JUNE 30, 2004

Wilmington, DE  19899
(302) 428-3181

ZAI Plaintiffs                                                    Page: 1
Richardson Patrick Westbrook                                   06/30/2004
174 East Bay Street                               Client No: 220305-11221M
Charleston  SC  29401                         Statement No:        203394

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

### Fees

| /01/04 | | Hours |
|---|---|---|
| TB | Review dockets; opinions; pleadings re status of recusal | |
| WDS | Review status of  Judge Wolin's recusal and petition for re-hearing. | 1.60 |
| WDS | Review Orders entered by District Court and 3rd Circuit re:  Judge assignments. | 0.30 |
| | | 0.20 |
| '02/04 | | |
| TB | Telephone conference with clerks office re status of petition for rehearing | |
| WDS | Review memo re:  Judge designations and appeal process. | 0.10 |
| MY | Complete 7th quarterly draft | 0.20 |
| | | 1.20 |
| 03/04 | | |
| MY | Completely 7th Quarterly Fee Application (1.9); draft notice of service/filing and order (.5); gather docs (.2) | |
| | | 2.60 |
| )7/04 | | |
| WDS | Review and approve filing of 17th Quarterly Fee application for EART&M. | |
| MY | Format, finalize and serve Fee application; prepare, format, finalize and serve notice for filing | 0.30 |
| | | 1.80 |
| 8/04 | | |
| MY | Complete service of notice of filing; complete email service | |
| | | 0.70 |
| 0/04 | | |
| MY | Review 11th Interim Report and category spreadsheet provided by WH Smith | |
| | | 0.30 |
| !/04 | | |
| WDS | Review memorandum and Order regarding need to prepare Status Report on case; forward to co-counsel. | |
| | | 0.30 |
| ./04 | | |
| WDS | Review Final Report re:  fee application. | |
| WDS | Review agenda for Hearing; e-mail to | 0.10 |

W.R. Grace & Companies, et al.    Statement No:    203394
CA No. 01-1139
A-01-771

| | | Hours | |
|---|---|---|---|
| co-counsel re: same. | | 0.30 | |

6/17/04

WDS Review Notice of cancellation of Hearing;
e-mail co-counsel re: same.
MY Prepare January, February, March Fee
applications for filing/service

0.20

2.30

5/18/04

WDS Review Statement of Futures
Representative.

0.20

/21/04

WDS E-mail from co-counsel re: status
report.
WDS Review Order; review service obligations
for Status Report.
WDS Review Status Report and prepare for
filing.
CJB Review and revise Status Report.
MY Prepare status report for filing, file
and serve

0.30

0.30

0.50
1.70

3.90

/22/04

WDS Review Status Report filed by counsel for
P.I. Committee.
MY Ensure proper filing and service of
Status Report, review/obtain SRs

0.40

1.50

'23/04

WDS Review certification of counsel regarding
fee application and fee summary.

0.20

For Current Services Rendered

21.50    2,359.00

Recapitulation

| ekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| livan, William D. | Partner | 3.80 | $220.00 | $836.00 |
| lli, Tom | Paralegal Manag | 1.70 | 75.00 | 127.50 |
| rles J. Brown | Senior Associat | 1.70 | 190.00 | 323.00 |
| 1ael Young | Paralegal | 14.30 | 75.00 | 1,072.50 |

Advances

)8/04 Out sourcing of services. Reliable Copy Service,
Inc. – Photocopying and Mailing (See attached
copy of invoice).
1/04 Out sourcing of services. Reliable Copy Service,
Inc. – Photocopying and mailings with hand
deliveries (See attached copy of invoice for
details.)

952.95

1,160.75

Total Advances

2,113.70

Total Current Work

4,472.70

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

Balance Due

$4,472.70

Nemours Building
1007 Orange St, Suite 110
Wilmington, De. 19801

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 6/8/2004 | 13153 |

BILL TO

Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801
Attn: Mike Young

SHIP TO

Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|----------|-------|-----|----------|--------|-----------|
| | Net 30 | JC | Delivery | 220305-11221 | WR Grace |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Straight Copying | | | |
| U.S. Postage | 4,935 | 0.10 | 493.50T |
| Hand Deliveries | 205 | 1.29 | 264.45T |
| Sales Tax (in-state Sales-exempt): | 30 | 6.50 | 195.00T |
| | | 0.00 | 0.00 |

Thank you for your business.

| Total | $952.95 |
|-------|---------|

Please check all media. Reliable will not be responsible
for source data after 30 days from job delivery.
For any questions, please call us at (302) 654-8080.

Reliable Copy Service, Inc.- Delaware

# INVOICE

Nemours Building
1007 Orange St, Suite 110
Wilmington, De. 19801

| DATE | INVOICE NO. |
|------|-------------|
| 6/21/2004 | 13287 |

**BILL TO**

Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801
Attn: Mike Young

**SHIP TO**

Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|----------|-------|-----|----------|--------|-----------|
| | Net 30 | JC | Delivery | 220805-1122J | WR Grace |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Straight Copying | 10.078 | 0.10 | 1,007.80T |
| U.S. Postage | 6 | 5.85 | 35.10T |
| U.S. Postage | 3 | 9.30 | 27.90T |
| U.S. Postage | 1 | 12.15 | 12.15T |
| U.S. Postage | 1 | 6.30 | 6.30T |
| Hand Deliveries | 11 | 6.50 | 71.50T |
| Sales Tax (in-state Sales-exempt): | | 0.00 | 0.00 |

Thank you for your business.

| **Total** | $1,160.75 |
|-----------|-----------|

Please check all media. Reliable will not be responsible
for source data after 30 days from job delivery.
For any questions, please call us at (302) 654-8080.

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: September 8, 2004**
**Hearing Date: TBD if necessary**

## SUMMARY OF APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MAY 1, 2004 THROUGH MAY 31, 2004

Name of Applicant:                                  Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                          Zonolite Attic Insulation Claimants

Date of retention:                                    August 22, 2002

Period for which compensation             May 1, 2004 through
and reimbursement is sought:                May 31, 2004

Amount of compensation sought
as actual reasonable and necessary:       $1,510.50

Amount of expense reimbursement          $ 906.09
sought as actual reasonable and
necessary:

This is a:        X  Monthly _____ Interim         _____ Final Application

Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Pending | Pending |
| 5/17/04 | 1/1/04 through 1/31/04 | $ 1,127.00 | $1,502.14 | Pending | Pending |
| 5/17/04 | 2/1/04 through 2/29/04 | $ 1,937.00 | $ 2,426.80 | Pending | Pending |
| 5/20/04 | 3/1/2004 through 3/31/2004 | $ 1,281.50 | $139.20 | Pending | Pending |
| 8/20/2004 | 4/1/2004 through 4/30/04 | $821.00 | $0.00 | Pending | Pending |
| 8/20/2004 | 5/1/2004 through 5/31/04 | $1,510.50 | $906.09 | Pending | Pending |

As indicated above, this is the eighteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 2.4 | $528.00 |
| TOTALS | | | | | 2.4 | $528.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 13.1 | $982.50 |
| TOTALS | | | | | 13.1 | $982.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 14.4 Hours | $1,268.50 |
| 22-ZAI Science Trial | 1.1 Hours | $242.00 |
| TOTALS | 15.5 Hours | $1,510.50 |

## EXPENSES

| Description | Amount |
| --- | --- |
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $906.09 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $906.09 |

Dated: Wilmington, Delaware  
     August 19, 2004

ELZUFON, AUSTIN, REARDON,  
TARLOV & MONDELL, P.A.

/s/ William D. Sullivan
William D. Sullivan, Esq. (No. 2820)  
Charles J. Brown, III, Esq. (No. 3368)  
300 Delaware Avenue, Suite 1700  
P.O. Box 1630  
Wilmington, DE  19899-1630  
Phone: (302) 428-3181  
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: September 8, 2004**<br>**Hearing Date: TBD if necessary** |

## FEE DETAIL OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MAY 1, 2004 THROUGH MAY 31, 2004

Page: 1
ZAI Plaintiffs                                                     05/31/2004
Richardson Patrick Westbrook                        Client No: 220305-11221M
174 East Bay Street                            Statement No:        202554
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

## Fees

|  |  | Hours |
|---|---|---|
| **05/05/04** | | |
| MY | Review file docket re: status of quarterly fee applications (1.2); gather exhibits; prepare 11th quarterly for service (1.3); format, file and serve same (.9) | 3.40 |
| MY | Draft notice of hearing | 0.30 |
| **05/06/04** | | |
| MY | Format, file and serve Notice of Service of 11th quarterly of L & A | 0.60 |
| **05/10/04** | | |
| WDS | Review pleadings re: appointment of Futures representative. | 0.30 |
| **05/14/04** | | |
| MY | Draft January, February and March Fee Applications | 2.80 |
| **05/17/04** | | |
| MY | Revise and prepare January, February, March fee applications for filing | 1.40 |
| WDS | Review of Order disqualifying Judge Wolin and forward to co-counsel. | 0.50 |
| WDS | Review Reed Smith's Quarterly Fee Application and forward to co-counsel. | 0.20 |
| **05/18/04** | | |
| MY | Complete January, February, March Fee applications | 1.40 |
| WDS | Phone call to counsel for Committee re: status of ZAI matters. | 0.20 |
| WDS | Phone call to co-counsel re: Status Conference. | 0.20 |
| **5/19/04** | | |
| MY | Review hearing agenda for 5/24 and pending ZAI status report | 0.20 |
| WDS | Review agenda for Hearing. | 0.20 |

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|                 |                                                                              | Hours |          |
| --------------- | ---------------------------------------------------------------------------- | ----- | -------- |
| 05/20/04        |                                                                              |       |          |
| MY              | Format, file and serve January, February, March fee application of EART&M    | 1.40  |          |
| WDS             | Phone call to co-counsel re: report by Bankruptcy Clerk on search for new judge. | 0.30  |          |
| WDS             | E-mail from co-counsel re: telephonic participation.                         | 0.10  |          |
| 05/24/04        |                                                                              |       |          |
| MY              | Hearing preparation                                                          | 0.30  |          |
| WDS             | Phone call to co-counsel re: handling of Status Conference; review and forward press release. | 0.40  |          |
| 05/25/04        |                                                                              |       |          |
| MY              | Obtain hearing information                                                   | 0.10  |          |
| 05/26/04        |                                                                              |       |          |
| MY              | Begin draft of 11th Quarterly Fee Application                                | 1.20  |          |
|                 | For Current Services Rendered                                                | * 15.50 | 1,510.50 |

Recapitulation

| Timekeeper           | Title     | Hours | Rate     | Total    |
| -------------------- | --------- | ----- | -------- | -------- |
| Sullivan, William D. | Partner   | 2.40  | $220.00  | $528.00  |
| Michael Young        | Paralegal | 13.10 | 75.00    | 982.50   |

### Advances

05/06/04 Out sourcing of services. Reliable Copy Service, Inc. Photocopying, Mailings and Hand Deliveries (See attached invoice).                906.09

Total Advances                906.09

Total Current Work                2,416.59

Balance Due                .                $2,416.59

# INVOICE

Nemours Building
1007 Orange St, Suite 110
Wilmington, De. 19801

| DATE | INVOICE NO. |
|------|-------------|
| 5/6/2004 | 12933 |

**BILL TO**

Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801
Attn: Mike Young

**SHIP TO**

Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|----------|-------|-----|----------|--------|-----------|
|  | Net 30 | JC | Delivery | 220305-11221 |  |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Straight Copying | 4,935 | 0.10 | 493.50T |
| U.S. Postage | 204 | 1.06 | 216.24T |
| Postage-Canadian | 1 | 1.35 | 1.35T |
| Hand Deliveries | 30 | 6.50 | 195.00T |
| Sales Tax (in-state Sales-exempt); |  | 0.00 | 0.00 |

Thank you for your business.

**Total**      $906.09

Please check all media. Reliable will not be responsible
for source data after 30 days from job delivery.
For any questions, please call us at (302) 654-8080.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING QUARTERLY FEE APPLICATION

Elzufon Austin Reardon Tarlov & Mondell, P.A. ("EARTM") as Delaware counsel to
ZAI Claimants in the above-referenced bankruptcy case, filed the Thirteenth Quarterly
Application for Allowance of Compensation and Reimbursement of Expenses for January 1,
2004 through March 31, 2004 (the "Thirteenth Quarterly Application"). The Court has reviewed
the Thirteenth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter
pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Thirteenth Quarterly Application, and
any hearing on the Thirteenth Quarterly Application, was adequate under the circumstances; and
(c) all person with standing have been afforded the opportunity to be heard on the Thirteenth
Quarterly Application.

Accordingly, it is hereby

ORDERED that the Thirteenth Quarterly Application is GRANTED as modified herein,
on an interim basis. Debtors shall pay to EARTM the sum of $4,690.50 as compensation and
$2,066.84 as reimbursement of expenses, for a total of $6,757.34 for services rendered and
disbursements incurred by EARTM for the period April 1, 2004 through June 30, 2004, less any
amounts previously paid in connection with the monthly fee applications.

Dated: _____, 2004

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on September 20, 2004 service of

the foregoing:

- **Thirteenth Interim Quarterly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A., for Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Zonolite Attic Insulation Claimants for the Interim Period from April 1, 2004 through June 30, 2004**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
        September 21, 2004

/s/ William D. Sullivan _____
WILLIAM D. SULLIVAN

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Marla Eskin
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Frank J. Perch, Esquire
  Office of the United States Trustee
  844 King Street, Room 2313
  Lockbox 35
  Wilmington, DE  19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Seventh Avenue
Pittsburgh, PA  15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
 Nathan D. Finch, Esquire
 Caplin & Drysdale, Chartered
 One Thomas Circle, N.W.
 Washington, DC  20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899