IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors, | ) | |
| | ) | |
| W.R. GRACE & CO., et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| - v.- | ) | Adversary No. 01-771 |
| | ) | |
| MARGARET CHAKARIAN, et al., | ) | |
| and John Does 1-1000, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 30, 2004, AT 2:00 P.M. IN <u>PITTSBURGH,
PENNSYLVANIA BEFORE THE HONORABLE JUDITH K. FITZGERALD</u>[1]**

**UNCONTESTED MATTERS**

1. Motion of the Scotts Company for Temporary Stay of the Rand Action Set for Trial October 11, 2004 (Adv. Pro. No. 01-771, Docket No. 271)

    Related Documents:

    a. [Proposed] Order (Adv. Pro. No. 01-771, Docket No. 271)

    b. Order Scheduling Hearing on Motion in Pittsburgh, PA on September 30, 2004 at 2:00 p.m. (Adv. Pro. No. 01-771, Docket No. 276)

    Response Deadline: September 20, 2004 at 4:00 p.m.

    Responses Received:

---

[1] Parties wishing to participate telephonically at this hearing should contact Loray Calhoun at elcalhoun@vssp.com.

a. Response of Maryland Casualty Company to Motion of the Scotts Company for Temporary Stay of the Rand Action Set for Trial on October 11, 2004 (Adv. Pro. No. 01-771, Docket No. 277)

b. Carlton and Ellen Rand's Response to the Motion of the Scotts Company for Temporary Stay of the Rand Action Set for Trial October 11, 2004 (Adv. Pro. No. 01-771, Docket No. 278)

c. Debtors' Response in Support of the Scotts Company's Motion for Temporary Stay of the Rand Action (Adv. Pro. No. 01-771, Docket No. 280)

Status: This matter will be going forward.

Dated: September 22, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession