## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 664

PLEASE TAKE NOTICE that pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Phillips, Goldman & Spence, P.A., withdraws, with prejudice, as of right, proof of claim number 664 in the above-captioned cases.

Dated:  Wilmington, Delaware
        September ___, 2004

                                        PHILLIPS, GOLDMAN & SPENCE, P.A.


                                   By:  _____
                                        John C. Phillips, Jr., Esq. (#110)
                                        1200 North Broom Street
                                        Wilmington, DE 19806
                                        (302) 655-4200
                                        (302) 655-4210 (facsimile)



EXHIBIT A