## CERTIFICATE OF SERVICE

I, John C. Phillips, Jr., Esquire, hereby certify that on September 22, 2004, a copy of the attached Supplemental Brief was served upon the following counsel via first class, postage prepaid mail.

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
*Proposed Bankruptcy Counsel to David T. Austern*
*As Future Claimants' Representative*

James H.M. Sprayregen, Esquire
Janet S. Baer, Esquire
James W. Kapp, III, Esquire
Samuel L. Blatnick, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel to the Debtors*

Laura Davis Jones, Esquire
Scotta McFarland, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel to the Debtors*

Frank J. Perch III, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207, Lock Box 35
Wilmington, DE 19801
*United States Trustee*

_____
JOHN C. PHILLIPS, JR., ESQ. (#110)