## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 13, 2004 at 4:00 p.m.**
**Hearing date: To be scheduled, only if objections**
**are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Thirty-First Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from August 1, 2004 through August 31, 2004, seeking

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

compensation in the amount of $18,098.50 and reimbursement for actual and necessary expenses in the amount of $383.56 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 13, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United

States Trustee, Attn:  Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
         September 23, 2004

Respectfully submitted,

Michael R. Lastowski (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:      (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:         mlastowski@duanemorris.com

- and –

William S. Katchen (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:      (973) 424-2000
Facsimile:      (973) 424-2001
E-mail:         wskatchen@duanemorris.com

-and -

Lewis Kruger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:      (212) 806-5400
Facsimile:      (212) 806-6006
e-mail:         lkruger@stroock.com

*Co-Counsel for the Official Committee of Unsecured Creditors of
W. R. Grace & Co., et al.*

WLM\200917.1

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**Objection Date: September 13, 2004 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are timely filed and served**

### THIRTY-FIRST MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **August 1, 2004 – August 31, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$18,098.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$383.56** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.90 hours and the corresponding compensation requested is approximately $323.00[2]

This is the thirty-first monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Thirty-first Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02-1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02-2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | | |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | | |

# DuaneMorris

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

September 20, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.

File# K0248-00001          Invoice# 1039917                                IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 14.30 | hrs. at | $495.00 | /hr. = | $7,078.50 |
| RW RILEY | PARTNER | 0.40 | hrs. at | $385.00 | /hr. = | $154.00 |
| WS KATCHEN | PARTNER | 12.70 | hrs. at | $545.00 | /hr. = | $6,921.50 |
| CM WINTER | ASSOCIATE | 0.30 | hrs. at | $275.00 | /hr. = | $82.50 |
| DM SPEERS | PARALEGAL | 2.50 | hrs. at | $190.00 | /hr. = | $475.00 |
| BA GRUPPO | PARALEGAL | 1.00 | hrs. at | $185.00 | /hr. = | $185.00 |
| VL AKIN | PARALEGAL | 18.60 | hrs. at | $170.00 | /hr. = | $3,162.00 |
| V MARCHELLO | LEGAL ASSISTAN | 0.50 | hrs. at | $80.00 | /hr. = | $40.00 |

                                                                              $18,098.50


DISBURSEMENTS
MEETING EXPENSE                                         161.87
MESSENGER SERVICE                                      116.50
OVERNIGHT MAIL                                           30.95
OVERTIME RELATED COSTS                                    8.54
PRINTING & DUPLICATING                                  65.70
TOTAL DISBURSEMENTS                                                            $383.56


BALANCE DUE THIS INVOICE                                                    $18,482.06


PREVIOUS BALANCE                                                            $84,745.18

TOTAL BALANCE DUE                                                          $103,227.24

Duane Morris
September 20, 2004
Page 2

File # K0248-00001                                          INVOICE #  1039917
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/26/2004 | 002 | MR LASTOWSKI | REVIEW DAREX SALE MOTION | 0.30 | $148.50 |
| | | | Code Total | 0.30 | $148.50 |

Duane Morris
September 20, 2004
Page 3

File # K0248-00001                                      INVOICE #  1039917
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/2/2004 | 004 | DM SPEERS | REVIEWING 8/2/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $57.00 |
| 8/2/2004 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.10 | $17.00 |
| 8/3/2004 | 004 | DM SPEERS | REVIEWING 8/3/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 8/3/2004 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.30 | $51.00 |
| 8/5/2004 | 004 | DM SPEERS | REVIEWING 8/4/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 8/5/2004 | 004 | DM SPEERS | REVIEWING 8/5/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 8/5/2004 | 004 | MR LASTOWSKI | E-MAIL FROM MOTLEY RICE RE: SERVICE ISSUES | 0.10 | $49.50 |
| 8/5/2004 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $34.00 |
| 8/6/2004 | 004 | DM SPEERS | REVIEWING 8/6/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.50 | $95.00 |
| 8/6/2004 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.30 | $51.00 |
| 8/9/2004 | 004 | DM SPEERS | REVIEWING 8/9/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 8/9/2004 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 1.00 | $170.00 |
| 8/10/2004 | 004 | DM SPEERS | REVIEWING 8/10/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 8/11/2004 | 004 | DM SPEERS | REVIEWING 8/11/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 8/16/2004 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $18.50 |
| 8/16/2004 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS POSTED 08/12 AND 08/13/2004 -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.40 | $74.00 |

Duane Morris
September 20, 2004
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1039917

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/18/2004 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS POSTED 08/12 AND 08/13/2004 -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.20 | $37.00 |
| 8/19/2004 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS POSTED -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $18.50 |
| 8/19/2004 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.40 | $68.00 |
| 8/19/2004 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $34.00 |
| 8/20/2004 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS POSTED -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.20 | $37.00 |
| 8/23/2004 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $34.00 |
| 8/24/2004 | 004 | DM SPEERS | REVIEWING 8/24/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 8/25/2004 | 004 | DM SPEERS | REVIEWING 8/25/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 8/26/2004 | 004 | DM SPEERS | REVIEWING 8/26/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 8/27/2004 | 004 | MR LASTOWSKI | REVIEW COURT'S ORDER RE: 2019 STATEMENTS | 0.10 | $49.50 |
| 8/27/2004 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.40 | $68.00 |
| 8/30/2004 | 004 | DM SPEERS | REVIEWING 8/27/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 8/30/2004 | 004 | DM SPEERS | REVIEWING 8/30/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 8/31/2004 | 004 | DM SPEERS | REVIEWING 8/31/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 8/31/2004 | 004 | MR LASTOWSKI | REVIEW AMENDED ORDER RE: RE 2019 DISCLOSURES | 0.10 | $49.50 |
| 8/31/2004 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $34.00 |
| | | | Code Total | 7.10 | $1,369.50 |

Duane Morris
September 20, 2004
Page 5

File # K0248-00001                                         INVOICE # 1039917
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/2/2004 | 005 | WS KATCHEN | REVIEW QUARTERLY REPORT ON ASSET SALES. | 0.10 | $54.50 |
| 8/2/2004 | 005 | WS KATCHEN | REVIEW ORDER RE: ALLTECH ACQUISITION. | 0.10 | $54.50 |
| 8/2/2004 | 005 | WS KATCHEN | REVIEW ORDER RE: SCOTT'S MOTION. | 0.10 | $54.50 |
| 8/3/2004 | 005 | WS KATCHEN | REVIEW CONSOLIDATED FINANCIAL STATEMENTS FROM 5/31/04. | 0.30 | $163.50 |
| 8/7/2004 | 005 | WS KATCHEN | REVIEW ARTICLES AT 1/4. | 0.30 | $163.50 |
| 8/13/2004 | 005 | WS KATCHEN | REVIEW DOCKET ENTRIES RE: NO.: 5983; 5990; 5988. | 0.40 | $218.00 |
| 8/13/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO LIBBY CLAIMANTS AND TRANSCRIPT SUMMARY. | 0.50 | $272.50 |
| 8/13/2004 | 005 | WS KATCHEN | REVIEW CAPSTONE FINANCIAL REPORT. | 0.40 | $218.00 |
| 8/13/2004 | 005 | WS KATCHEN | REVIEW EXPEDITED MOTION RE: CONTEMPT (ERISA/D & O ACTIONS) (EVANS V. AKERS). | 0.50 | $272.50 |
| 8/16/2004 | 005 | MR LASTOWSKI | REVIEW PROPOSED MEDIATION PROCEDURES AND CITY OF CAMBRIDGE OBJECTION THERETO | 0.40 | $198.00 |
| 8/16/2004 | 005 | WS KATCHEN | E-MAIL TO LEWIS KRUGER. | 0.10 | $54.50 |
| 8/17/2004 | 005 | WS KATCHEN | REVIEW TERM SHEET FROM COMPANY AND ANALYSIS. | 1.00 | $545.00 |
| 8/18/2004 | 005 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL; REVIEW ADVISOR MEMO ON PLAN TREATMENT TO UNSECURED CREDITOR AND EXIT FINANCING. | 0.90 | $490.50 |
| 8/18/2004 | 005 | WS KATCHEN | CONFERENCE CALL WITH THE COMMITTEE. | 0.80 | $436.00 |
| 8/24/2004 | 005 | MR LASTOWSKI | REVIEW OZCO NOBEL SETTLEMENT | 0.30 | $148.50 |
| 8/24/2004 | 005 | MR LASTOWSKI | REVIEW KWELMBS COMPANIES SETTLEMENT | 0.30 | $148.50 |
| 8/24/2004 | 005 | MR LASTOWSKI | REVIEW REVISED KERP MOTION FOR NEWLY HIRED EXECUTIFES | 0.20 | $99.00 |
| 8/26/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTIONS RE: ENHANCED SEVERANCE 1.5 TIMES ANNUAL SALARY. | 0.20 | $109.00 |
| 8/26/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: SETTLEMENT AGREEMENT WITH KWELMBS CO. | 0.10 | $54.50 |
| 8/26/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTIONS RE: SETTLEMENT WITH AKZO NOBEL INC. (PATENT INFRINGEMENT CLAIMS). | 0.20 | $109.00 |
| 8/26/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S BRIEF IN SUPPORT OF FUTURES' REPRESENTATIVE'S RETENTION. | 0.40 | $218.00 |
| 8/26/2004 | 005 | WS KATCHEN | E- MAIL LEWIS KRUGER AND KEN PASQUALE. | 0.10 | $54.50 |

Duane Morris
September 20, 2004
Page 6

File # K0248-00001                                          INVOICE # 1039917
    W.R. GRACE & CO.

| 8/26/2004 005 | WS KATCHEN | ANALYSIS OF DEBTOR'S PLAN OUTLINE - CLAIMS RESOLUTION AND RELATED LITIGATION ISSUES. | 1.40 | $763.00 |
|---|---|---|---|---|
| 8/30/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 530 U.S. 15. | 0.10 | $8.00 |
| 8/30/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 601 N.W. 2D 627. | 0.10 | $8.00 |
| 8/30/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 590 A.2D 681. | 0.10 | $8.00 |
| 8/30/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 973 F.2D 265. | 0.10 | $8.00 |
| 8/30/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER BILL KATCHEN'S REQUEST 538 U.S. 135. | 0.10 | $8.00 |
| 8/30/2004 005 | WS KATCHEN | REVIEW ACC COMMITTEE APPEAL BRIEF. | 0.90 | $490.50 |
| 8/30/2004 005 | WS KATCHEN | ANALYSIS OF AUTHORITIES CITED. | 2.70 | $1,471.50 |
| 8/30/2004 005 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO MASS DEP. | 0.30 | $163.50 |
| 8/30/2004 005 | WS KATCHEN | E-MAIL TO KEN PASQUALE RE: PARAGRAPH 9. | 0.20 | $109.00 |
| 8/30/2004 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR §363 SALE - DAREX FACILITY. | 0.10 | $54.50 |
| 8/31/2004 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION CLAIMS | 0.50 | $247.50 |
| 8/31/2004 005 | WS KATCHEN | REVIEW NOTICE OF APPEAL BY PD COMMITTEE/DESIGNATION OF RECORD/BRIEF OF APPELLANT - PD COMMITTEE. | 0.60 | $327.00 |
| | | Code Total | 14.90 | $7,803.00 |

Duane Morris
September 20, 2004
Page 7

File # K0248-00001                                      INVOICE # 1039917
    W.R. GRACE & CO.

| 6/22/2004 006 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY IN SUPPORT OF OBJECTION TO NELSON CLAIM | 0.50 | $247.50 |
| 6/22/2004 006 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S PROTECTIVE OBJECTION RE: MOTION TO VACATE SEALED AIR MOTION IN LIMINE OPINION | 0.20 | $99.00 |
| | | Code Total | 0.70 | $346.50 |

File # K0248-00001                                              INVOICE #  1039917
         W.R. GRACE & CO.

| 5/17/2004 007 | MR LASTOWSKI | E-MAIL FROM THIRD CIRCUIT RE: RECUSAL OPINION | 0.10 | $49.50 |
|---|---|---|---|---|
| | | Code Total | 0.10 | $49.50 |

Duane Morris
September 20, 2004
Page 9

File # K0248-00001                                    INVOICE #  1039917
    W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/16/2004 | 010 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S NOTICE OF APPEAL FROM ORDER APPOINTING FUTURE CLAIMS REPRESENATIVE | 0.20 | $99.00 |
| 6/22/2004 | 010 | MR LASTOWSKI | REVIEW FUTURE CLAIM REPRESENTATIVE'S APPLICATION TO RETAIN CIBC AS FINANCIAL ADVISOR | 0.50 | $247.50 |
| 6/22/2004 | 010 | MR LASTOWSKI | REVIEW FUTURE CLAIM REPRESENTATIVE'S APPLICATION TO RETAIN SWIDLER BERLIN AS COUNSEL | 0.50 | $247.50 |
| 8/26/2004 | 010 | MR LASTOWSKI | REVIEW STATUS OF APPEAL RE: APPOINTMENT OF DAVID AUSTERN AS FUTURE CLAIMS REPRESENTATIVE | 0.40 | $198.00 |
| 8/27/2004 | 010 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE APPELLANT BRIEF (AS APPELLEE) IN SUPPORT OF DAVID AUSTERN RETENTION | 1.20 | $594.00 |
| 8/27/2004 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S APPELLANT BRIEF (AS APPELLEE) IN SUPPORT OF DAVID AUSTERN RETENTION | 0.10 | $49.50 |
| 8/31/2004 | 010 | MR LASTOWSKI | REVIEW FUTURE CLAIMANTS' REPRESENTATIVE'S JOINDER IN APPELLATE BRIEFS FILED IN FAVOR OF AUSTERN RETENTION | 0.10 | $49.50 |
| | | | Code Total | 3.00 | $1,485.00 |

Duane Morris
September 20, 2004
Page 10

File # K0248-00001                                    INVOICE # 1039917
    W.R. GRACE & CO.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 8/2/2004 012 | VL AKIN | UPDATE FEE CHART | 0.30 | $51.00 |
| 8/2/2004 012 | VL AKIN | FILE AND SERVE 13TH QUARTERLY FEE APPLICATION OF DUANE MORRIS | 0.80 | $136.00 |
| 8/5/2004 012 | VL AKIN | BILLING MATTERS FOR DUANE MORRIS FEE APPLICATIONS | 0.40 | $68.00 |
| 8/12/2004 012 | VL AKIN | BILLING MATTERS REGARDING DUANE MORRIS BILL FOR JULY 2004 | 0.50 | $85.00 |
| 8/18/2004 012 | VL AKIN | UPDATE FEE CHART | 0.30 | $51.00 |
| 8/18/2004 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR 29TH FEE APPLICATION OF DUANE MORRIS | 0.20 | $34.00 |
| 8/18/2004 012 | VL AKIN | BILLING MATTERS REGARDING DUANE MORRIS FEE APPLICATIONS | 0.30 | $51.00 |
| 8/18/2004 012 | VL AKIN | BILLING MATTERS REGARDING DUANE MORRIS FEE APPLICATIONS | 0.50 | $85.00 |
| 8/19/2004 012 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATE OF NO OBJECTION (DUANE MORRIS 29TH MONTHLY FEE APPLICATION) | 0.10 | $49.50 |
| 8/19/2004 012 | VL AKIN | PREPARE 30TH FEE APPLICATION OF DUANE MORRIS | 1.00 | $170.00 |
| 8/20/2004 012 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION FOR JUNE 2004 FEE APPLICATION FORWARD TO MS. BELLO AND THE COMPANY. | 0.30 | $51.00 |
| 8/24/2004 012 | VL AKIN | UPDATE QUARTERLY FEE CHART | 0.10 | $17.00 |
| 8/25/2004 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 12TH MONTHLY FEE APPLICATION | 0.30 | $148.50 |
| 8/25/2004 012 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR STROOCK 39TH FEE APPLICATION | 0.30 | $148.50 |
| 8/25/2004 012 | VL AKIN | FILE AND SERVE JULY 2004 FEE APPLICATION OF DUANE MORRIS | 0.90 | $153.00 |
| | | Code Total | 6.30 | $1,298.50 |

Duane Morris
September 20, 2004
Page 11

File # K0248-00001
   W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 8/2/2004 | 013 | VL AKIN | FILE FEE APPLICATION FOR STROOCK STROOCK & LAVAN FOR THE MONTH OF JUNE 2004 | 0.30 | $51.00 |
| 8/3/2004 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR FIRST QUARTERLY FEE APPLICATION OF CAPSTONE | 0.30 | $51.00 |
| 8/3/2004 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR 35TH FEE APPLICATION OF FOLICANO MANZO | 0.30 | $51.00 |
| 8/3/2004 | 013 | VL AKIN | FILE FIFTH MONTHLY FEE APPLICATION OF CAPSTONE | 0.30 | $51.00 |
| 8/3/2004 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR FIRST FEE APPLICATION OF CAPSTONE | 0.30 | $51.00 |
| 8/3/2004 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR SECOND FEE APPLICATION OF CAPSTONE | 0.30 | $51.00 |
| 8/3/2004 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR THIRD FEE APPLICATION OF CAPSTONE | 0.30 | $51.00 |
| 8/4/2004 | 013 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE SECOND INTERIM FEE APPLICATION | 0.10 | $49.50 |
| 8/4/2004 | 013 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE FIRST INTERIM FEE APPLICATION | 0.10 | $49.50 |
| 8/4/2004 | 013 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE THIRD INTERIM FEE APPLICATION | 0.10 | $49.50 |
| 8/4/2004 | 013 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE FIRST QUARTERLY FEE APPLICATION | 0.10 | $49.50 |
| 8/4/2004 | 013 | MR LASTOWSKI | EXECUTE CNO FOR STROOCK 38TH INTERIM FEE APPLICATION | 0.10 | $49.50 |
| 8/4/2004 | 013 | MR LASTOWSKI | EXECUTE CNO FOR FTI POLICANO 35TH INTERIM FEE APPLICATION | 0.10 | $49.50 |
| 8/4/2004 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR 38TH FEE APPLICATION OF STROOCK | 0.30 | $51.00 |
| 8/4/2004 | 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION FOR STROOCK | 0.20 | $34.00 |
| 8/4/2004 | 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION FOR FIRS INTERIM FEE APPLICATION OF CAPSTONE | 0.20 | $34.00 |
| 8/4/2004 | 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION FOR 2ND INTERIM FEE APPLICATION OF CAPSTONE | 0.20 | $34.00 |
| 8/4/2004 | 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION FOR THIRD INTERIM APPLICATION OF CAPSTONE | 0.20 | $34.00 |
| 8/4/2004 | 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION FOR FIRST INTERIM FEE APPLICATION OF CAPSTONE | 0.20 | $34.00 |

Duane Morris
September 20, 2004
Page 12

File # K0248-00001                                          INVOICE # 1039917
    W.R. GRACE & CO.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 8/4/2004 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION FOR 35TH FEE APPLICATION OF FTI POLICANO AND MANZO | 0.20 | $34.00 |
| 8/4/2004 013 | VL AKIN | ATTEMPT TO FILE 2ND QUARTERLY FEE APPLICATION OF CAPSTONE (PROBLEMS WITH PDF DOCUMENT) | 0.50 | $85.00 |
| 8/5/2004 013 | VL AKIN | FILE SECOND QUARTERLY FEE APPLICATION OF CAPSTONE | 0.40 | $68.00 |
| 8/9/2004 013 | VL AKIN | RESEARCH ECF REGARDING OBJECTIONS TO FEE APPLICATIONS | 0.10 | $17.00 |
| 8/9/2004 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR FOURTH MONTHLY FEE APPLICATION OF CAPSTONE | 0.30 | $51.00 |
| 8/10/2004 013 | CM WINTER | REVIEWING, EDITING CNO FOR DI 5987 AND REVIEWING DOCKET, SIGNING OFF | 0.30 | $82.50 |
| 8/10/2004 013 | VL AKIN | CONFERENCES WITH MS. BARTLEY OF WR GRACE REGARDING CAPSTONE CORPORATE RECOVERY AND PAYMENT INFORMATION | 0.40 | $68.00 |
| 8/10/2004 013 | VL AKIN | EDIT CERTIFICATION OF NO OBJECTION REGARDING 4TH MONTHLY FEE APPLICATION OF CAPSTONE | 0.10 | $17.00 |
| 8/11/2004 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING FOURTH MONTHLY FEE APPLICATION OF CAPSTONE. FORWARD SAME TO COMPANY AND MS. BELLO. | 0.30 | $51.00 |
| 8/17/2004 013 | VL AKIN | FILE AMENDED NOTICE OF 13TH QUARTERLY FEE APPLICATION OF FTI. CONFERENCE WITH A. CASKADON REGARDING THE SAME. | 0.20 | $34.00 |
| 8/23/2004 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR 5TH INTERIM FEE APPLICATION OF CAPSTONE | 0.30 | $51.00 |
| 8/23/2004 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR STROOCK JUNE 2004 FEE APPLICATION | 0.30 | $51.00 |
| 8/24/2004 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 2ND QUARTERLY FEE APPLICATION OF CAPSTONE. | 0.30 | $51.00 |
| 8/24/2004 013 | VL AKIN | PREPARE QUARTERLY FEE CHART | 0.10 | $17.00 |
| 8/25/2004 013 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE SECOND INTERIM FEE APPLICATION | 0.10 | $49.50 |
| 8/25/2004 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION FOR CAPSTONE SECOND QUARTERLY FEE APPLICATION | 0.40 | $68.00 |

Duane Morris
September 20, 2004
Page 13

File # K0248-00001                                          INVOICE # 1039917
        W.R. GRACE & CO.

| 8/25/2004 | 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING JUNE 2004 FEE APPLICATION OF STROOCK | 0.30 | $51.00 |
|-----------|-----|---------|---------|------|--------|
| 8/26/2004 | 013 | MR LASTOWSKI | EXECUTE NOTICE OF FIFTH CAPSTONE FEE APPLICATION | 0.10 | $49.50 |
| 8/26/2004 | 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION FOR 5TH FEE APPLICATION OF CAPSTONE. FORWARD SAME TO MS. BELLO AND COMPANY | 0.30 | $51.00 |
| 8/26/2004 | 013 | VL AKIN | FILE 13TH QUARTERLY FEE APPLICATION OF STROOCK | 1.00 | $170.00 |
| 8/30/2004 | 013 | VL AKIN | FILE SIXTH INTERIM FEE APPLICATION OF CAPSTONE CORPORATE RECOVERY | 0.30 | $51.00 |
| | | | Code Total | 10.30 | $2,042.50 |

Duane Morris
September 20, 2004
Page 14

File # K0248-00001                                    INVOICE # 1039917
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 8/20/2004 015 | MR LASTOWSKI | REVIEW 8/23/04 AGENDA NOTICE AND ITEMS IDENTIFIED THEREON | 1.30 | $643.50 |
| 8/20/2004 015 | MR LASTOWSKI | E-MAIL TO AND FROM A. KRIEGER RE: 8/23/04 HEARING | 0.10 | $49.50 |
| 8/20/2004 015 | MR LASTOWSKI | E-MAIL (SECOND) FROM A. KRIEGER RE: 8/23/04 OMNIBUS HEARING | 0.10 | $49.50 |
| 8/22/2004 015 | MR LASTOWSKI | REVIEW ITEMS FOR 8/23/04 AGENDA AND TELEPHONE CALL TO R. RILEY RE: SAME | 1.20 | $594.00 |
| 8/23/2004 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: VENUE OF 8/23/04 OMNIBUS HEARING | 0.10 | $49.50 |
| 8/23/2004 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: STATUS OF 8/23/04 OMNIBUS HEARING | 0.10 | $49.50 |
| 8/23/2004 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE:AAMENDED NOTICE OF AGENDA OF 8/23/04 OMNIBUS HEARING | 0.10 | $49.50 |
| 8/23/2004 015 | RW RILEY | REVIEWING AGENDA FOR 8/23 HEARING AND ELECTRONIC COMMUNICATIONS WITH STROOCK & STROOCK & LAVAN RE HEARING | 0.40 | $154.00 |
| 8/25/2004 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT 8/23/04 HEARING | 0.20 | $99.00 |
| | | Code Total | 3.60 | $1,738.00 |

Duane Morris
September 20, 2004
Page 15

File # K0248-00001                                          INVOICE #  1039917
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 8/10/2004 | 016 | MR LASTOWSKI | REVIEW REVISED ADR PROCEDURES | 1.20 | $594.00 |
| 8/26/2004 | 016 | VL AKIN | REVIEW DISTRICT COURT DOCKET. OBTAIN PLEADINGS FOR B. KATCHEN IN DISTRICT COURT APPEAL CASE. | 0.50 | $85.00 |
| | | | Code Total | 1.70 | $679.00 |

Duane Morris
September 20, 2004
Page 16

File # K0248-00001                                          INVOICE #  1039917
     W.R. GRACE & CO.

| 6/4/2004 | 017 | MR LASTOWSKI | REVIEW PROPOSED ORDER EXTENDING EXCLUSIVITY | 0.10 | $49.50 |
|---|---|---|---|---|---|
| | | | Code Total | 0.10 | $49.50 |

Duane Morris
September 20, 2004
Page 17

File # K0248-00001                                                    INVOICE # 1039917
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 8/10/2004 | 018 | MR LASTOWSKI | REVIEW LIBBY PLAINTIFFS' MOTION FOR RELIEF FROM STAY AND DEBTORS' OBJECTION THERETO | 0.50 | $247.50 |
| 8/10/2004 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO HOLD THE EVANS' PLAINTIFFS IN CONTEMPT | 1.20 | $594.00 |
| 8/25/2004 | 018 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' REPLY IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.50 | $247.50 |
| | | | Code Total | 2.20 | $1,089.00 |

Duane Morris
September 20, 2004
Page 18

File # K0248-00001                                    INVOICE #  1039917
    W.R. GRACE & CO.

                      TOTAL SERVICES                      50.30    $18,098.50

Duane Morris
September 20, 2004
Page 19

File # K0248-00001                                              INVOICE # 1039917
   W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 8/31/2004 | MEETING EXPENSE | | 161.87 |
| | | Total: | $161.87 |
| | | | |
| 8/2/2004 | OVERNIGHT MAIL PACKAGE SENT TO WARREN H SMITH AT WARREN H. SMITH AND ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790719355709) | | 14.60 |
| 8/2/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790227293973) | | 8.59 |
| 8/5/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGEL AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790723817531) | | 7.76 |
| | | Total: | $30.95 |
| | | | |
| 8/31/2004 | MESSENGER SERVICE | | 116.50 |
| | | Total: | $116.50 |
| | | | |
| 8/31/2004 | OVERTIME RELATED COSTS | | 8.54 |
| | | Total: | $8.54 |
| | | | |
| 8/31/2004 | PRINTING & DUPLICATING | | 65.70 |
| | | Total: | $65.70 |
| | | | |
| | TOTAL DISBURSEMENTS | | $383.56 |