IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



In re: W.R. Grace & Co., *et al.*,

    Debtors.

---

| | |
|---|---|
| The Official Committee of Asbestos Property Damage Claimants, ) ) ) | |
| Appellants, ) ) ) | |
| v. ) ) ) | C.A. No. 04-846-RLB |
| W.R. Grace & Co., *et al.*, ) ) ) | |
| Appellees. ) ) | |

**FILED SEP 17 2004 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

## STIPULATED ORDER DISMISSING APPEAL

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for appellant, the Official Committee of Asbestos Property Damage Claimants in the above-captioned appeal, and for appellees, W.R. Grace & Co., *et al.*, that pursuant to Federal Rule of Bankruptcy Procedure 8001 (c)(2) that the above-captioned appeal be dismissed and to pay all court costs or fees that may be due.

                                  FERRY, JOSEPH & PEARCE, P.A.

                                  */s/*

                                  Michael B. Joseph (No. 392)
                                  Theordore J. Tacconelli (No. 2678)
                                  824 Market Street, Suite 904
                                  Wilmington, DE 19801
                                  (302) 575-1555-Telephone

                                  -and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danziesen, Esquire
BILZIN, SUMBERG, BAENA, PRICE
& AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
(305) 374-7580-Telephone

Co-Counsel to the Official Committee
of Asbestos Property Damage Claimants

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB, P.C.

*/s/ Laura Davis Jones*

Laura Davis Jones (No. 2436)
David W. Carickhoff, Jr. (No. 3715)
919 Market Street, Suite 1600
Wilmington, DE 19801
(302) 652-4100-Telephone

-and-

KIRKLAND & ELLIS
David M. Bernick, Esquire
Janet S. Baer, Esquire
Samuel L. Blatnick, Esquire
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000-Telephone

Co-Counsel for Debtors

SO ORDERED this 15th day of September, 2004

Ronald L. Buckwalter
United States District Court Judge