IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: October 14, 2004 at 4:00 p.m.** |
| | | **Hearing Date: to be scheduled if necessary** |

**FEE DETAIL FOR GOODWIN PROCTER LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD FROM MAY 1, 2004 THROUGH JUNE 30, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:47806.1

Fed. ID #: 04-1378465
Invoice Number: 469366
Client Number: 085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

July 21, 2004

**FOR PROFESSIONAL SERVICES RENDERED** for the period from May 1, 2004 through May 31, 2004 in connection with W.R. Grace & Co.

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/05/04 | Bilowz, P. | 0.5 | Email from Mr. Bayston regarding fees; call with Mr. Bossay and Mr. Carickhoff regarding same; call with Mr. Bayston. |
| 05/17/04 | Bilowz, P. | 1.5 | Draft Fee Applications for Duff & Phelps and Goodwin Procter. |
| 05/21/04 | Bilowz, P. | 2.0 | Draft Goodwin fee applications for February and March. |

| | Hours | | |
|---|---|---|---|
| **Total Hours** | 4.0 | **Total Fees** | $1,160.00 |

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Bilowz, P. | 4.0 | $290.00 | $1,160.00 |
| Total | 4.0 | | $1,160.00 |

Fed. ID #:       04-1378465
Invoice Number:  471401
Client Number:   085440

### STATE STREET BANK AND TRUST COMPANY
(W.R. Grace & Co.)

August 3, 2004

**FOR PROFESSIONAL SERVICES RENDERED** for the period from
June 1, 2004 through June 30, 2004 in connection with W.R. Grace & Co.

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/11/04 | Cleary, J. | 1.3 | Review and revision of draft fiduciary committee minutes; telephone messages to Ms. Smith and Mr. Glosband regarding same; follow-up telephone conference with Mr. Glosband. |
| 06/14/04 | Cleary, J. | 0.4 | Telephone conference with Ms. Smith regarding Fiduciary Committee minutes; begin review and revision of same for December meeting. |
| 06/15/04 | Cleary, J. | 0.4 | Review and revision of draft Fiduciary Committee minutes. |
| 06/15/04 | Bilowz, P. | 0.4 | Email from Mr. Glosband (.1); meeting with Ms. Baron regarding research (.3). |
| 06/15/04 | Baron, S. | 3.6 | Meet with Mr. Bilowz regarding stock pricing assignment; research stock price spike. |
| 06/16/04 | Glosband, D. | 0.7 | Review, revise fiduciary committee minutes, memorandum to Mr. Cleary. |
| 06/16/04 | Bilowz, P. | 0.4 | Emails to and from Mr. Carickhoff regarding fees (.2); review memorandum from Ms. Baron (.2). |
| 06/16/04 | Baron, S. | 1.6 | Research stock price spike; draft memorandum regarding stock spike. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/17/04 | Cleary, J. | 2.0 | Finalize revision of draft Fiduciary Committee minutes for December 11 and January 29 meetings; review file materials regarding same; telephone conference with Mr. Remis regarding same; e-mail to Ms. Smith and Mr. Bayston. |
| 06/17/04 | Remis, S. | 0.6 | Review minutes of December 11, 2003 and January 29, 2004 meetings; discussion with Mr. Cleary. |
| 06/18/04 | Cleary, J. | 2.4 | Attention to litigation matter; preliminary review of complaint; follow-up telephone messages to Ms. Driscoll, Mr. Shames and GP team; telephone conference with Mses. Driscoll and Ewing; follow-up telephone message to Mr. Glosband; review file materials including indemnity and trading prices. |
| 06/21/04 | Cleary, J. | 2.5 | Review complaint; review file materials; telephone conference with Mr. Glosband; telephone messages to Ms. Driscoll; telephone conference with Ms. Ewing; telephone conference with Ms. Ewing and Mr. McGowan; follow-up thereto. |
| 06/21/04 | Glosband, D. | 1.5 | Telephone call from Mr. Cleary, review class action complaint, review indemnity and engagement agreements, conference with Mr. Bilowz regarding draft notice letter to Grace. |
| 06/21/04 | Bilowz, P. | 1.9 | Meeting with Mr. Glosband regarding Grace (.2); review Complaint (.4); draft Notice of Indemnification Claim (1.3). |
| 06/21/04 | Dittmar, J. | 0.5 | Voice mails with Mr. Cleary. |
| 06/22/04 | Cleary, J. | 0.5 | Review and revision of draft indemnification notice; telephone conference with Mr. Bilowz regarding same; review and revision of revised draft of same; telephone conference with Ms. Driscoll. |
| 06/22/04 | Glosband, D. | 0.3 | Review, revise notice of indemnity claim. |
| 06/22/04 | Bilowz, P. | 0.4 | Telephone call with Mr. Cleary regarding Notice of Indemnification Claim (.1); review same (.3). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/22/04 | Dittmar, J. | 1.2 | Review Evans complaint; attention to strategy issues; voice mails with Mr. Cleary. |
| 06/23/04 | Cleary, J. | 1.8 | Attention to litigation issues; telephone conference with Mr. Dittmar regarding same; attention to finalizing notice of indemnification claim; telephone conference with Ms. Driscoll and e-mail to Mses. Driscoll and Ewing regarding same; review and revision of draft minutes for April 6, 2004 Fiduciary Committee meeting; attention to related matters. |
| 06/23/04 | Dittmar, J. | 1.1 | Attention to strategy issues; telephone conference with Mr. Cleary. |
| 06/24/04 | Cleary, J. | 0.5 | Telephone conference with Ms. Driscoll regarding draft notice; finalize same; follow-up; telephone conferences with Mr. Forgach; telephone conference with Mr. Remis regarding draft minutes; revise same. |
| 06/25/04 | Cleary, J. | 0.1 | Telephone message to Ms. Driscoll regarding potential impact of bankruptcy stay on litigation. |
| 06/29/04 | Dittmar, J. | 0.2 | Telephone conference with Mr. Cleary; review e-mail. |

| | Hours | | |
|---|---|---|---|
| **Total Hours** | 26.3 | **Total Fees** | $12,594.00 |

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Cleary, J. | 11.9 | $600.00 | $7,140.00 |
| Dittmar, J. | 3.0 | 600.00 | 1,800.00 |
| Glosband, D. | 2.5 | 600.00 | 1,500.00 |
| Remis, S. | 0.6 | 575.00 | 345.00 |
| Bilowz, P. | 3.1 | 290.00 | 899.00 |
| Baron, S. | 5.2 | 175.00 | 910.00 |
| **Total** | 26.3 | | $12,594.00 |

EXPENSES

May/June 2004

|  |  |
|---|---:|
| Photocopy | $139.50 |
| Fax | 10.00 |
| Postage | 9.40 |
| Express Delivery | 9.47 |
| Messenger | 7.50 |
| Legal Research | 35.00 |
|  | $ 210.87 |

LIBC/2014430.1