IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: October 14, 2004 at 4:00 p.m. |
| | | Hearing Date: to be scheduled if necessary |

## FEE DETAIL FOR GOODWIN PROCTER LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:47806.1

-1-

Fed. ID #:        04-1378465
Invoice Number:   473993
Client Number:    085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

August 30, 2004

**FOR PROFESSIONAL SERVICES RENDERED** for the period from
July 1, 2004 through July 31, 2004 in connection with W.R. Grace & Co.

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/04 | Cleary, J. | 0.4 | Telephone conference with Mr. Shames regarding the litigation filed in Massachusetts District Court. |
| 07/06/04 | Doherty, A. | 0.4 | Attention to Goodwin Procter and Duff & Phelps fee issues; meeting with Mr. Bilowz regarding same; telephone call with Mr. Bossay. |
| 07/06/04 | Bilowz, P. | 1.3 | Draft applications (1.0); meet with Ms. Doherty regarding same (.2); email Mr. Sparks (.1). |
| 07/07/04 | Cleary, J. | 0.3 | Review correspondence to plaintiff's counsel regarding bankruptcy; follow-up e-mails to Ms. Driscoll, et al and to Mr. Forgach; telephone conference with Mr. Glosband. |
| 07/07/04 | Glosband, D. | 0.5 | Telephone call from Mr. Cleary regarding open issues on review of minutes; attention to fee filings. |
| 07/30/04 | Cleary, J. | 1.5 | Review and send numerous e-mails; telephone messages and telephone conferences with Messrs. Forgach, Shames, Dittmar and Glosband and Ms. Ewing regarding issues raised by service of complaint; review related materials. |
| 07/30/04 | Glosband, D. | 0.5 | Memorandum from Mr. Cleary regarding litigation stay issues, telephone call to Mr. Cleary. |
| 07/30/04 | Dittmar, J. | 0.1 | Attention to case status. |

| | | | |
|---|---|---|---|
| **Total Hours** | 5.0 | **Total Fees** | $2,517.00 |

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Cleary, J. | 2.2 | $600.00 | $1,320.00 |
| Dittmar, J. | 0.1 | 600.00 | 60.00 |
| Glosband, D. | 1.0 | 600.00 | 600.00 |
| Bilowz, P. | 1.3 | 290.00 | 377.00 |
| Doherty, A. | 0.4 | 400.00 | 160.00 |
| **Total** | 5.0 | | $2,517.00 |

EXPENSES

July 2004

|  |  |
|---|---:|
| Photocopy | $23.10 |
| Messenger | 7.50 |
| Legal Research | 35.35 |
|  | $ 65.95 |

LIBC/2014433.1