IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David M. Posner of Hogan & Hartson L.L.P to represent Intercat, Inc. in this matter.

**SEITZ, VAN OGTROP & GREEN, P.A.**

BY: /s/ R. Karl Hill
R. KARL HILL, ID #2747
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
(302) 888-0606 (fax)
e-mail: khill@svglaw.com
Counsel for Intercat, Inc.

Date: September 24, 2004

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED, on this _____ day of _____, 2004, counsel's Motion for Admission *Pro Hac Vice* of David M. Posner, Esq. is granted.

Dated: _____
J.

43936 v1