## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, United States District Court for the Southern District and Eastern District of New York, the District of Connecticut, and the United Court of Appeals for the Second and Third Districts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

**HOGAN & HARTSON, L.L.P.**

By: /s/ David M. Posner, Esquire
David M. Posner, Esquire
875 Third Avenue
New York, New York 10022
(212) 918-3000
(212) 918-3100 (fax)

17862 v1