## CERTIFICATE OF SERVICE

I, R. KARL HILL, hereby certify that copy of the foregoing was served this 24th

day of September, 2004, upon the following individuals in the manner designated below:

### Via First Class Mail

David M. Bernick, Esquire
James H. M. Spraygegen, Esquire
James W. Kapp, III, Esquire
Christpher J. Lane, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

### Via Hand Delivery

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young & Jones
919 N. Market Street, Suite 1600
P. O. Box 8705
Wilmington, Delaware 19801

William K. Harrington, Esquire
Michael Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, Delaware 19801

Frank J. Perch, III, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, Delaware 19801

_/s/ R. Karl Hill_____
R. KARL HILL (DE #2747)

43106 v1