IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 14, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001




September 07, 2004

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice# 2062

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

| | | | | Hours |
|---|---|---|---|---|
| 07/26/2004 | CHM | Review trial transcript. (3.5) | | 3.50 |
| | | | | **Amount** |
| | Total fees | | 3.50 | 1,662.50 |

Disbursements:

| Description | Amount |
|---|---|
| SI Group, LP Consultants - Consultants re W.R. Grace | 22,659.59 |
| C. Marraro - Working meal in DC on 6/23/04 (1 person) | 6.04 |
| C. Marraro - Dinner in DC with Mary Ellen Johns (2 people) | 66.00 |
| C. Marraro - Dinner in DC with M. Low on 5/7/04 (2 people) | 42.08 |
| C. Marraro - Dinner in Buffalo, NY with Mr. Hogan and Mr. Hughes on 5/12/04 (3 people) | 235.95 |
| C. Marraro - Dinner in Buffalo, NY with Messrs. Hogan, Hughes and Emmett (4 people) | 252.08 |
| C. Marraro - Meals in NY with Messrs. Hughes, Emmett, Johns, Hogan 5/14 (4 people) | 208.20 |
| C. Marraro - Meals in Buffalo for trial (breakfast and lunch) on 5/15/04 (1 person) | 65.05 |
| C. Marraro - R/T Coach Air Fare to Buffalo, NY on 5/11 | 476.10 |
| C. Marraro - Hotel in Buffalo for trial 5/12-15 (3 nights) | 648.51 |
| C. Marraro - Hotel in Buffalo for trial on 5/16 (1 night) | 147.75 |
| C. Marraro - Parking at Airport on 5/10 | 14.00 |
| B. Hughes - Other Sundries for Zotos (Waterloo) trial | 11.97 |
| B. Hughes - R/T Coach Air Fare to Buffalo, NY trial on 6/10/04 | 852.70 |
| B. Hughes - Hotel for trial in Buffalo, NY 5/16/04 (1 night) | 269.94 |

| | |
|---|---|
| B. Hughes - Hotel for trial in Buffalo, NY Mr. Hughes 5/16-22/04 (6 nights) | 1,022.77 |
| B. Hughes - Hotel for trial in Buffalo, NY on 5/23-25/04 (2 nights) | 402.88 |
| Copying | 1.80 |
| SI Group, LP Consultants - Consultants re W.R. Grace | 47,244.23 |
| Gas for Rental Car at Trial | 79.46 |
| Total disbursements | $74,707.10 |
| Total Amount of This Bill | $76,369.60 |
| Balance Due | $76,369.60 |

Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 3.50 | $475.00 |

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007




Phone 202.204.1000
Fax 202.204.1001

September 07, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice# 2078

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

| | | | Hours |
|---|---|---|---|
| 07/01/2004 | NAB | Prepare Exhibits for Proof Brief (3.3); prepare daily correspondence log and e-mail same to case attorneys (1.5); review and analyze document to be integrated into existing case files (2.4) | 7.20 |
| 07/01/2004 | WFH | Work on reply to Honeywell's stay motion and appendix thereto (9.7); conferences with CM and JA in connection with same (.8); factual and legal research in connection with stay brief (1.3). | 11.80 |
| 07/01/2004 | CHM | Work on Opposition to Stay (3.8) | 3.80 |
| 07/01/2004 | CHM | Travel to Newark New Jersey for meeting with John Agnello (1.4). (Note: Travel time billed at 50%; 10% here or 1.2; 30% at end of statement.) | 1.20 |
| 07/01/2004 | ACZ | Work on drafting brief in opposition to SSP motion to file amicus brief and research re same (5.8); research re FRAP 27 and conference with Mr. Hughes re same (0.6). | 6.40 |
| 07/02/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (0.6); review and analyze document to be integrated into existing case files (3.6) | 4.20 |

| | | | |
|---|---|---|---|
| 07/02/2004 | WFH | Review ICO's opposition to Superfund Project's motion to file amicus brief and ICO's stay brief, and follow-up conference with CM re same (1.3); work on finalizing reply to Honeywell's stay motion and appendix (5.3); coordinate filing and service of stay brief with 3rd Circuit (2.2); conferences with paralegals re filing (.4). | 9.20 |
| 07/02/2004 | CHM | Work on Opposition to Stay Motion (4.5). | 4.50 |
| 07/02/2004 | CHM | Travel from New Jersey to Washington DC. (1.6). (Note: Travel time billed at 50%; 10% here or 1.4; 40% at end of statement). | 1.40 |
| 07/02/2004 | MM | Finalize all exhibits and briefs in preparation for filing in Philadelphia, PA (7.8). | 13.20 |
| 07/02/2004 | ACZ | Preparation of stay brief (0.6); research re CERCLA preemption for appeals brief (2.2); outline language re same (0.6). | 3.40 |
| 07/06/2004 | NAB | Prepare response to Amicus Curiae Brief for filing with the 3rd Circuit Court (2.9); travel to 3rd Circuit Court (Philadelphia, Pennsylvania) to file same with Clerk's Office (1.7; note: travel time billed at 50%; 10% here or 1.5; 40% at end of statement). | 4.40 |
| 07/06/2004 | WFH | Identify and evaluate pertinent legislative history on CERCLA's third-party and innocent landowner defenses (2.8). | 2.80 |
| 07/06/2004 | CHM | Work on Opposition to Amicus and Opposition to Stay (5.8). | 5.80 |
| 07/06/2004 | MM | Office conference with Mr. Marraro re: scanning various filings and forward via e-mail to Mr. Marraro for review and forwarding to client (.2); review case files and scan various filings and forward to Mr. Marraro as requested (.7). | 0.90 |
| 07/06/2004 | ACZ | Review and assist in preparing final brief in opposition to SSP amicus motion (2.2); research of legislative histories of U.S. environmental statutes re imminent and substantial endangerment standard (4.7). | 6.90 |

| | | | |
|---|---|---|---|
| 07/07/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorney (1.4); review and analyse document to be integrated into existing case files (4.4); update case calendar (.2). | 6.00 |
| 07/07/2004 | CHM | Work on various responses to Honeywell motions (4.5). | 4.50 |
| 07/07/2004 | CHM | Travel to Newark New Jersey for working meeting. (2.1). (Note: Travel time billed at 50%; 10% here or 1.8; 40% at end of statement.) | 1.80 |
| 07/07/2004 | ACZ | Research legislative histories of environmental statutes re imminent and substantial endangerment standard (6.6). | 6.60 |
| 07/07/2004 | MMW | Discuss case research with Mr. Hughes re Grace v. Honeywell (.4). | 0.40 |
| 07/08/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.3); review and analyze document to be integrated into existing case files (5.0). | 5.30 |
| 07/08/2004 | WFH | Research re Honeywell's statute of limitations and assumption of the risk arguments and revise outline re same (8.5); conferences with Mr. Marraro re CERCLA research assignment and review pertinent case (1.1). | 9.60 |
| 07/08/2004 | CHM | Work with John Agnello on brief (5.0); site visit (2.0). | 7.00 |
| 07/08/2004 | CHM | Travel from Newark New Jersey to Washington, DC. (1.8). (Note: Travel time billed at 50%; 10% here or 1.6; 40% at end of statement.) | 1.60 |
| 07/08/2004 | ACZ | Research legislative histories re imminent and substantial endangerment provisions and case law re same (4.7); conference with Mr. Hughes re same (0.5); research of CERCLA preemption issues and work on brief section re same (1.1). | 6.30 |
| 07/08/2004 | MMW | Review Honeywell brief and cases from Mr. Hughes and create binder for information (2.5). | 2.50 |
| 07/09/2004 | WFH | Evaluate Honeywell's arguments re ECARG's contribution and indemnity claims and outline response to same (7.2); research re preemption and waiver arguments (1.7). | 8.90 |

| | | | |
|---|---|---|---|
| 07/09/2004 | ACZ | Review record re CERCLA preemption argument and conference with Mr. Hughes re same (0.5); work on brief language re waiver of argument (1.4). | 1.90 |
| 07/12/2004 | NAB | Search Internet for information re Honeywell's Board of Directors per Mr. Marraro's Request (.6); produce documents requested by Mr. Hughes and Mr. Marraro (2.3); prepare daily correspondence log and e-mail same to case attorneys (.3); review and analyze document to be integrated into existing case files (4.3). | 7.50 |
| 07/12/2004 | WFH | Evaluate Honeywell's CERCLA argument and outline response to same (8.7). | 8.70 |
| 07/12/2004 | MM | Office conference with Mr. Zacaroli & Mr. Hughes re: research project at Library of Congress re: obtaining OSWER relating documents (.2); travel to and from Library of Congress re: stated research project (1.1). | 1.30 |
| 07/12/2004 | ACZ | Research re CERCLA issues (0.3); conference with Messrs. Marraro and Hughes re EPA imminent endangerment guidance (0.5); research re same (0.3). | 1.10 |
| 07/12/2004 | MMW | Review and analyze case file for Honeywell v. Grace appeal (0.5); research innocent landowner defense under CERCLA on LEXIS and review cases (1.0). | 1.50 |
| 07/13/2004 | WFH | Legal and factual research in support of Grace's response to Honeywell's RCRA, CERCLA and Spill Act arguments (8.6); conference with JA re same (.3). | 8.90 |
| 07/13/2004 | CHM | Assess SSP Reply (1.2); Prepare for Special Master Meeting (2.5); prepare Opposition to Motion to Expand (3.0). | 6.70 |
| 07/13/2004 | CHM | Travel to New Jersey for meeting with Special Master. (2.1). (Note: Travel time billed at 50%; 10% here or 1.8; 40% at end of statement.) | 1.80 |
| 07/13/2004 | ACZ | Conference with Mr. Hughes re third-party defense and reseach re same (1.5); review SSP reply brief (0.4). | 1.90 |
| 07/13/2004 | MMW | Discuss innocent landowner defense with Ms. Simmons (.2); review cases and standard (.8). | 1.00 |
| 07/13/2004 | MJH | Commence legal research regarding the standard of review of a lower court finding of strict liability (.9). | 0.90 |

| | | | |
|---|---|---|---|
| 07/14/2004 | WFH | Research re CERCLA third-party defense and innocent landowner defense arguments (8.4). | 8.40 |
| 07/14/2004 | CHM | Attend Special Master Meeting (4.5); prepare opposition to Motion to Expand (2.5). | 7.00 |
| 07/14/2004 | CHM | Travel to Washington DC from Newark New Jersey (1.8). (Note: Travel time billed at 50%; 10% here or 1.6; 40% at end of statement). | 1.60 |
| 07/14/2004 | ACZ | Research re third-party defenses and email to Mr. Hughes re same (0.8); conferences with Mr. Hughes re NJ ISRA rsearch and research re same (0.4). | 1.20 |
| 07/14/2004 | MMW | Review CERCLA cases for innocent landowner defense (1.0); review CERCLA cases for innocent landowner defense (1.0); shepardize cases and review case cited by Honeywell (1.0); discuss innocent landowner defense and research results with Mr. Hughes (.5). | 3.50 |
| 07/15/2004 | DMD | Conference with Mr. Marraro re legal significance of transfer from Grace to ECARG (.2). | 0.20 |
| 07/15/2004 | WFH | Research in support of CERCLA third-party defense and innocent landowner defense arguments (3.4); draft section of reply brief re CERCLA claim (5.8); conference with Messrs. Marraro and Agnello re brief (.5). | 9.70 |
| 07/15/2004 | ACZ | Research re judicial notice and "legislative facts" under FRE 201 (6.1); conference with Mr. Marraro re same (0.7). | 6.80 |
| 07/15/2004 | MJH | Interoffice conference with Chris Marraro to discuss research pertaining to opening statements under New Jersey law (.2); legal research and review of cases within United Stated Third Circuit that hold that an opening statement is not evidence (.3). | 0.50 |
| 07/19/2004 | WFH | Work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (8.8). | 8.80 |
| 07/19/2004 | CHM | Review letter Special Master (.5); and Environ's responses to offshore sediment investigation. (.6). | 1.10 |

| | | | |
|---|---|---|---|
| 07/19/2004 | MM | Office conference with Mr. Zacaroli re: traveling to Library of Congress re: obtaining various documents from Senate Committee (.2); travel to and from Library of Congress re: research of stated project (1.4); produce case for Mr. Zacaroli re: U.S. v. U.S. Steel (.3); produce background information relating to several locations (i.e., Meuse Valley, Belgium; New York City; Donora, PA and London) pertaining to required steps to avert disaster episodes (1.2). | 3.10 |
| 07/19/2004 | ACZ | Research of legislative history language on imminent and substantial endangerments (1.4); conference with Mr. Marraro re same (0.4). | 1.80 |
| 07/19/2004 | MMW | Research Lashins case and cites for Mr. Hughes for Honeywell appeal (1.5). | 1.50 |
| 07/20/2004 | NAB | Review and analyze document to be integrated into existing case files (7.5). | 7.50 |
| 07/20/2004 | DMD | Review Honeywell's brief on significance of 1986 intra-Grace transfer (.5); conference with Messrs. Hughes and Marraro re NJ Spill Act and continuing tort concept (.5); research re issues (.9); review Grace and Honeywell Findings of Fact re continuing tort (.9). | 2.80 |
| 07/20/2004 | WFH | Work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (8.8). | 8.80 |
| 07/20/2004 | MM | Travel to and from Library of Congress re research project (1.7). | 1.70 |
| 07/21/2004 | DMD | Research on issues including applicability of Lashins and use of affiliated group filing consolidated returns (2.1); memo to Messrs. Marraro and Hughes re Lashins (.3). | 2.40 |
| 07/21/2004 | WFH | Work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (8.7). | 8.70 |
| 07/21/2004 | CHM | Review ECARG draft report and conference call re same (1.0); review cases (.8). | 1.80 |

| | | | |
|---|---|---|---|
| 07/21/2004 | MM | Per Mr. Marraro's request, search Westlaw and Lexis re: obtaining copy of Senate Report 284, Environment and Public works (.6); telephone conference with Senate office re: obtaining copy of stated report (.2); arrange for courier to pick up and forward to Mr. Marraro stated report (.1). | 0.90 |
| 07/21/2004 | ACZ | Research case law defining term "imminent" for Mr. Marraro (2.1). | 2.10 |
| 07/21/2004 | MJH | Draft email to John Agnello attaching case holding that opening statements do not constitute evidence (.2); interoffice conference with Bill Hughes and Chris Marraro to discuss researching whether public nuisance law incorporates remedy for threatened harm (.5). | 0.70 |
| 07/22/2004 | NAB | Review and analyze document to be integrated into existing case files (2.2); prepare daily correspondence log and e-mail same to case attorneys (.1). | 2.30 |
| 07/22/2004 | DMD | Review district court opinion (1.2); research re continuing tort and statute of limitations issues (3.9); draft section of brief on statute of limitations (.8). | 5.90 |
| 07/22/2004 | WFH | Work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (7.7). | 7.70 |
| 07/22/2004 | CHM | Work on brief (3.5). | 3.50 |
| 07/22/2004 | ACZ | Additional research of case law defining term "imminent" (.5). | 0.50 |
| 07/22/2004 | MMW | Analyze case re CERCLA third party defense (1.5); conduct additional research on LEXIS (2.0); discuss with Mr. Hughes (.5). | 4.00 |
| 07/22/2004 | MJH | Legal research to determine the range of remedies under nuisance (6.9). | 6.90 |
| 07/23/2004 | NAB | Prepare daily correspondence log and e-mail same to cas attorneys (.3). | 0.30 |
| 07/23/2004 | DMD | Research on continuing tort doctrine in NJ and treatises (2.6); draft section on statute of limitations (.7); research on affiliated group filing consolidated return (2.2). | 5.50 |

| | | | |
|---|---|---|---|
| 07/23/2004 | WFH | Work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (8.2). | 8.20 |
| 07/23/2004 | ACZ | Additional research re legislative history of CERCLA and other statutes using imminent and substantial endangerment standard (1.3). | 1.30 |
| 07/23/2004 | MMW | Discuss CERCLA and third party defense under Section 101(35) with Mr. Hughes (1.0). | 1.00 |
| 07/23/2004 | MJH | Legal research to determine the range of remedies under nuisance (8.1). | 8.10 |
| 07/24/2004 | DMD | Research on strict liability in NJ (1.0); edit draft section on statute of limitations (.6); Shepardize relevant cases and read cases (1.1); research on 1986 transfer of site (.6); memo to Messrs. Marraro and Hughes (.2). | 3.50 |
| 07/24/2004 | WFH | Work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (5.6). | 5.60 |
| 07/25/2004 | DMD | Edit draft brief re statute of limitations (.2); drafting on 1986 transfer (.2). | 0.40 |
| 07/25/2004 | WFH | Work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (4.3). | 4.30 |
| 07/26/2004 | WFH | Work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (9.4). | 9.40 |
| 07/26/2004 | ACZ | Research re New Jersey ISRA requirements (.7). | 0.70 |
| 07/26/2004 | MJH | Legal research for cases holding that the standard of review for a trial court's finding of strict liability is clearly erroneous (3.2). | 3.20 |

| | | | |
|---|---|---|---|
| 07/27/2004 | NAB | Produce Trial Exhibit requested by Mr. Hughes (.3); prepare daily correspondence log and e-mail same to case attorneys (.3); scan and e-mail the Declaration of Mr. Marraro to Kevin Hogan (.4); prepare same for FedEx to Mr. Hogan (.3). | 1.30 |
| 07/27/2004 | DMD | Research on significance of 1986 transfer of site under the NJ Spill Act and ISRA (2.1). | 2.10 |
| 07/27/2004 | WFH | Work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (11.4). | 11.40 |
| 07/27/2004 | CHM | Work on brief (8.5). | 8.50 |
| 07/27/2004 | ACZ | Research re CERCLA due diligence standard (1.1). | 1.10 |
| 07/27/2004 | MJH | Continue legal research for cases holding that the standard of review for a trial court's finding of strict liability is clearly erroneous (6.4). | 6.40 |
| 07/28/2004 | NAB | Search Summation for ICO's and Grace's admitted Exhibits for letter from Allied (Walerko or Wong) to Faranca re: fence repair (Progress report) (.9); search Summation for statement made by Expert saying that Chromium levels at the site are highest ever seen (1.3); give Mr. Dorsen and Mr.Hughes a copy of Honeywell's Trial Brief Produce copies of Grace's SJ Motions, oppositions and replies for Mr. Hughes (.6); prepared daily Correspondence log and e-mail same to case attorneys (.6); review and analyze document to be integrated into existing case files (1.5). | 4.90 |
| 07/28/2004 | DMD | Research on 1986 transfer of site and NJ Spill Act (.8); conference with Mr. Zacaroli re Spill Act and its regulations (.2); review record to determine whether Honeywell raised issue below (1.0); draft brief argument on issue (.9); research on standard for evaluating ECARG's state of mind (.8). | 3.70 |
| 07/28/2004 | WFH | Work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (9.2). | 9.20 |
| 07/28/2004 | CHM | Work on brief (8.7). | 8.70 |

| | | | |
|---|---|---|---|
| 07/28/2004 | ACZ | Research re CERCLA due diligence and N.J. ISRA requirements (2.8). | 2.80 |
| 07/29/2004 | DMD | Research re knowledge of ECARG in 1981, including UCC analogy (1.5). | 1.50 |
| 07/29/2004 | WFH | Work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (9.6). | 9.60 |
| 07/29/2004 | CHM | Work on Brief (6.8). | 6.80 |
| 07/29/2004 | CHM | Travel to Newark New Jersey (1.8). (Note: Travel time billed at 50%; 10% or 1.6 here; 40% at end of statement.) | 1.60 |
| 07/29/2004 | MJH | Legal research and analysis of the continuing tort theory under New Jersey law (4.8); continue legal research for cases holding that the standard of review for a trial court's finding of strict liability is clearly erroneous (1.1). | 5.90 |
| 07/30/2004 | DMD | Conference with Mr. Hughes re issues (.2); research re knowledge of ECARG in 1981 and significance of 1986 transfer (1.7); draft brief and memo on subject (.4). | 2.30 |
| 07/30/2004 | WFH | Research re imminent and substantial endangerment cases to be included in RCRA section of appellate brief (3.5); work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (5.2). | 8.70 |
| 07/30/2004 | CHM | Work on brief (5.8). | 5.80 |
| 07/30/2004 | CHM | Travel to Washington DC from Newark New Jersey (1.8). (Note: Travel time billed at 50%; 10% here or 1.6; 40% at end of statement.) | 1.60 |
| 07/31/2004 | WFH | Research re imminent and substantial endangerment cases to be included in RCRA section of appellate brief (2.7); work on drafting CERCLA, Spill Act, strict liability, contribution and indemnity sections of Grace's appellate brief, including legal and factual research in support of same (3.2). | 5.90 |

| | | **Amount** |
|---|---|---|
| Total fees | 475.50 | 152,985.00 |

Disbursements:

| | |
|---|---|
| Interstate Document Filings - Litigation support vendors | 114.00 |
| CTEH - Litigation support vendors re W.R. Grace | 31,541.73 |
| CTEH - Litigation support vendors re W.R. Grace | 536.90 |
| CTEH - Litigation support vendors re W.R. Grace | 1,346.42 |
| CTEH - Litigation support vendors re W.R. Grace | 178.95 |
| N. Bynum - Taxi Service in Philadephia for 3rd Circuit Filing on 7/6/04 | 23.00 |
| M. Moasser - Taxi Service in Philadephia for filing at court on 7/2/04 | 14.00 |
| C. Marraro - Dinner in NJ with Messrs. Sentfelben, Agnello and Nagy on 4/24/04 (4 people) | 231.51 |
| C. Marraro - Dinner in NJ with Mr. Agnello on 5/3/04 (2 people) | 70.00 |
| C. Marraro - Dinner in NJ with Messrs. Sentfelben, Nagy, Agnello and Brown and Ms. Flax on 5/4/04 (6 people) | 531.80 |
| C. Marraro - Dinner in Newark with Mr. Agnello on 5/10/04 (2 people) | 42.00 |
| C. Marraro - Dinner in NJ with Messrs. Sentfelben and Agnello on 5/6/04 (3 people) | 510.00 |
| C. Marraro - Coach Air Fare to NY on 4/23/04 | 318.70 |
| C. Marraro - R/T Coach Air Fare to NJ on 4/26/04 | 656.70 |
| C. Marraro - R/T Coach Air Fare to NJ on 4/29/04 | 607.70 |
| C. Marraro - Hotel in NJ on 4/20-21/04 (2 nights) | 604.29 |
| C. Marraro - Hotel in NJ on 4/27/04 (1 night) | 323.25 |
| C. Marraro - Hotel in NJ on 5/4-5/04 (2 nights) | 579.96 |
| C. Marraro - Auto Rental in NJ on 4/27-28/04 (2 days) | 236.74 |
| C. Marraro - Auto Rental in NJ on 5/3-5/04 (2 days) | 256.23 |
| C. Marraro - Parking at Airport on 4/24/04 | 7.50 |
| C. Marraro - Parking at Airport on 4/28/04 | 30.00 |
| C. Marraro - Parking at Airport on 4/30/04 | 15.00 |
| C. Marraro - Parking at Airport on 5/5/04 | 45.00 |
| C Marraro - Car Service in NJ to Airport on 5/13 | 227.04 |
| C. Marraro - Amtrak to NY on 4/19/04 | 224.00 |
| C. Marraro - Amtrak to Philadelphia on 5/10/04 | 150.00 |
| C. Marraro - Working Lunch with Mr. Huges and Mr. Zacaroli on 6/02/04 (3 people) | 22.55 |
| B. Self - Taxi home after working overtime on 6/20/04 | 31.05 |
| Copying | 1,526.85 |
| Outside printing | 681.69 |
| Facsimile | 2.25 |
| Telephone | 14.02 |
| Online research | 4,658.61 |
| Delivery services/messengers | 87.30 |
| Postage | 3.07 |
| Federal Express | 145.75 |

| | |
|---|---|
| Total disbursements | $46,595.56 |
| Total Amount of This Bill | $199,580.56 |
| Less Deduction of 40% of Fees Per Agreement | $61,194.00 |
| Balance Due | $138,386.56 |

Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 52.80 | $250.00 |
| Marraro, Christopher H. | Partner | 88.10 | $475.00 |
| Dorsen, David M. | Counsel | 30.30 | $350.00 |
| Henderson, Michael J. | Associate | 32.60 | $180.00 |
| Moasser, Mahmoude | Paralegal | 21.10 | $145.00 |
| Welt, Monica M. | Associate | 15.40 | $180.00 |
| Bynum, Natasha A. | Legal Clerk | 50.90 | $110.00 |
| Hughes, William F. | Counsel | 184.30 | $380.00 |

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001



September 07, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice# 2064

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

| | | | Hours |
|---|---|---|---|
| 07/06/2004 | MM | Office conference with Mr. Marraro re: producing all documents received from Ms. Johns in preparation for serving (.2); review case files and produce all requested documents to Mr. Marraro for review (1.1). | 1.30 |
| 07/07/2004 | WFH | Prepare response to Cytec's document request and confer with Mr. Marraro re same (1.3). | 1.30 |
| 07/07/2004 | MM | Continue to review, organize and finalize all exhibits to be used for filing pertaining to documents being drny yo Cytec (6.3); prepare all binders to be sent out re: stated filing (1.1); office conference with Mr. Hughes re: status of filing (.2). | 7.60 |
| 07/12/2004 | CHM | Review Steinberg letter (0.3); and call with Ms. Duff re same with client (0.7) | 1.00 |
| 07/15/2004 | CHM | Attend conference call re Steinberg letter. (1.5) | 1.50 |
| 07/15/2004 | CHM | Review letter to Messevage and prepare letter to Steinberg. (0.6) | 0.60 |
| 07/17/2004 | MM | Organize documents produced by Grace to date and index same (5.0). | 5.00 |
| 07/19/2004 | CHM | Conference with Steinberg and email to Ms. L. Duff re same. (.5) | 0.50 |

| | | | | |
|---|---|---|---|---|
| 07/23/2004 | CHM | Various telephone calls re meeting dates and other issues. (.8) | | 0.80 |
| 07/26/2004 | MM | Finalize the index reflecting all documents produced to date by the defendant (1.1). | | 1.10 |
| | | | | **Amount** |
| | | Total fees | 20.70 | 4,759.00 |

Disbursements:

| | |
|---|---|
| Copying | 753.90 |
| Postage | 36.05 |
| Total disbursements | $789.95 |
| Total Amount of This Bill | $5,548.95 |
| Balance Due | $5,548.95 |

Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 4.40 | $475.00 |
| Moasser, Mahmoude | Paralegal | 15.00 | $145.00 |
| Hughes, William F. | Counsel | 1.30 | $380.00 |




**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

September 07, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice# 2065

For Professional Services Rendered in Connection with Remediation Matters

Professional Services:

| Date | Initials | Description | | Hours |
|---|---|---|---|---|
| 07/02/2004 | NAB | Review and analyze document to be integrated into existing case files (3.6) | | 3.30 |
| 07/12/2004 | CHM | Review 60% of design report. (3.5) | | 3.50 |
| 07/21/2004 | NAB | Review and analyze document to be integrated into existing case files (1.2). | | 1.20 |
| 07/22/2004 | NAB | Review and analyze document to be integrated into existing case files (2.1). | | 2.10 |
| 07/28/2004 | NAB | Review and analyze document to be integrated into existing case files (2.2). | | 2.20 |
| | | | | **Amount** |
| | | Total fees | 12.30 | 2,630.50 |

Disbursements:

| | |
|---|---|
| Online research | 457.77 |
| Total disbursements | $457.77 |
| Total Amount of This Bill | $3,088.27 |
| Balance Due | $3,088.27 |

Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 3.50 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 8.80 | $110.00 |