# Exhibit A

91100-001\DOCS_DE:93684.1

### W.R. Grace - 12th Interim (January - March, 2004)
### Fees and Expenses
### Exhibit A

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6135 | $216,671.00 | $4,355.79 | $216,671.00 | $4,355.79 |
| Total: | $216,671.00 | $4,355.79 | $216,671.00 | $4,355.79 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5790 | $127,547.00 | $56,582.22 | $127,547.00 | $56,582.22 |
| Total: | $127,547.00 | $56,582.22 | $127,547.00 | $56,582.22 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5580 | $42,051.00 | $4,567.73 | $42,051.00 | $4,567.73 |
| Total: | $42,051.00 | $4,567.73 | $42,051.00 | $4,567.73 |

| CAPLIN AND DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5587 | $54,409.50 | $2,777.48 | $54,409.50 | $2,777.48 |
| Total: | $54,409.50 | $2,777.48 | $54,409.50 | $2,777.48 |

| CAPSTONE CORPORATE RECOVERY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5977 | $231,297.50 | $5,751.07 | $231,297.50 | $5,751.07 |
| Total: | $231,297.50 | $5,751.07 | $231,297.50 | $5,751.07 |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5612 | $139,967.00 | $4,891.68 | $139,967.00 | $4,891.68 |
| Total: | $139,967.00 | $4,891.68 | $139,967.00 | $4,891.68 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5591 | $40,354.00 | $52,104.40 | $40,354.00 | $52,104.40 |
| Total: | $40,354.00 | $52,104.40 | $40,354.00 | $52,104.40 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5636 | $300,000.00 | $761.69 | $79,661.06 | $761.69 |
| Total: | $300,000.00 | $761.69 | $79,661.06 | $761.69 |

| DELOITTE & TOUCHE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6308 | $151,981.00 | $50.00 | $151,981.00 | $50.00 |
| Total: | $151,981.00 | $50.00 | $151,981.00 | $50.00 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5920 | $45,639.00 | $1,378.35 | $45,639.00 | $1,378.35 |
| Total: | $45,639.00 | $1,378.35 | $45,639.00 | $1,378.35 |

| DUFF & PHELPS LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5770 | $50,000.00 | $2,416.91 | $50,000.00 | $2,416.91 |
| Total: | $50,000.00 | $2,416.91 | $50,000.00 | $2,416.91 |

| ELZUFON AUSTIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5723 | $4,345.50 | $4,068.14 | $0 | $0 |
| Total: | $4,345.50 | $4,068.14 | $0 | $0 |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5650 | $26,263.00 | $9,834.18 | $26,263.00 | $9,834.18 |
| Total: | $26,263.00 | $9,834.18 | $26,263.00 | $9,834.18 |

| FTI POLICANO & MANZO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5972 | $92,750.50 | $1,138.73 | $91,456.75 | $1,138.73 |
| Total: | $92,750.50 | $1,138.73 | $91,456.75 | $1,138.73 |

| GOODWIN PROCTER LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6241 | $58,505.50 | $3,363.61 | $58,505.50 | $3,363.61 |
| Total: | $58,505.50 | $3,363.61 | $58,505.50 | $3,363.61 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6037 | $8,877.50 | $479.86 | $8,877.50 | $479.86 |
| Total: | $8,877.50 | $479.86 | $8,877.50 | $479.86 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5791 | $118,601.50 | $8,363.62 | $118,601.50 | $8,311.57 |
| Total: | $118,601.50 | $8,363.62 | $118,601.50 | $8,311.57 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5593 | $1,136,980.50 | $56,439.68 | $1,134,755.00 | $56,439.68 |
| Total: | $1,136,980.50 | $56,439.68 | $1,134,755.00 | $56,439.68 |

| KLETT ROONEY LIEBER AND SCHORLING | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5657 | $40,575.50 | $3,110.03 | $40,575.50 | $3,110.03 |
| Total: | $40,575.50 | $3,110.03 | $40,575.50 | $3,110.03 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5967 | $31,674.50 | $1,451.43 | $31,674.50 | $1,451.43 |
| Total: | $31,674.50 | $1,451.43 | $31,674.50 | $1,451.43 |

| LEGAL ANALYSIS SYSTEMS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5582 | $20,212.50 | $0 | $20,212.50 | $0 |
| Total: | $20,212.50 | $0 | $20,212.50 | $0 |

| LUKINS & ANINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6024 | $39.00 | $1,107.72 | $0 | $0 |
| Total: | $39.00 | $1,107.72 | $0 | $0 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5734 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| Total: | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5669 | $68,701.00 | $45,354.16 | $68,701.00 | $45,354.16 |
| Total: | $68,701.00 | $45,354.16 | $68,701.00 | $45,354.16 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5766 | $367,258.00 | $14,570.01 | $367,258.00 | $14,570.01 |
| Total: | $367,258.00 | $14,570.01 | $367,258.00 | $14,570.01 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5543 | $520,612.13 | $13,680.49 | $513,685.23 | $13,680.49 |
| Total: | $520,612.13 | $13,680.49 | $513,685.23 | $13,680.49 |

| PROTIVITI | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5779 | $604,540.00 | $57,358.20 | $602,120.00 | $57,358.20 |
| Total: | $604,540.00 | $57,358.20 | $602,120.00 | $57,358.20 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5572 | $53,760.00 | $3,065.81 | $53,760.00 | $3,065.81 |
| Total: | $53,760.00 | $3,065.81 | $53,760.00 | $3,065.81 |

| RICHARDSON PATRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6035 | $60,060.00 | $4,551.24 | $0 | $0 |
| Total: | $60,060.00 | $4,551.24 | $0 | $0 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5583 | $30,513.00 | $642.44 | $30,513.00 | $642.44 |
| Total: | $30,513.00 | $642.44 | $30,513.00 | $642.44 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6136 | $11,264.00 | $135.21 | $11,264.00 | $135.21 |
| Total: | $11,264.00 | $135.21 | $11,264.00 | $135.21 |

| STROOCK & STROOCK & LAVAN LLP[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5597 | $254,857.00 | $93,112.43 | $254,857.00 | $93,011.96 |
| Total: | $254,857.00 | $93,112.43 | $254,857.00 | $93,011.96 |

| L. TERSIGNI CONSULTING, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5581 | $188,083.00 | $2,798.10 | $188,083.00 | $2,798.10 |
| Total: | $188,083.00 | $2,798.10 | $188,083.00 | $2,798.10 |

---

[1] Stroock expense total includes $83,147.07 for fees and costs of Chambers Associates Incorporated.

| WALLACE KING MARRARO & BRANSON PLLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5768 | $272,266.20 | $30,467.74 | $270,855.70 | $29,828.67 |
| Total: | $272,266.20 | $30,467.74 | $270,855.70 | $29,828.67 |

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5772 | $280,568.00 | $58,719.13 | $280,568.00 | $58,719.13 |
| Total: | $280,568.00 | $58,719.13 | $280,568.00 | $58,719.13 |