IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| ARMSTRONG WORLD INDUSTRIES, | ) | |
| INC., et al., | ) | Jointly Administered |
| | ) | Case No. 00-04471 (RJN) |
| Debtors. | ) | |
| | ) | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF DECHERT LLP
FOR THE EIGHTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Dechert LLP for the Eighth Interim Period, (the "Application").

BACKGROUND

1.  Dechert LLP ("Dechert") was retained as special tax counsel to the debtors. In the Application, Dechert seeks approval of fees totaling $18,614.50 and costs totaling $1,566.24 for its services from December 1, 2003 through February 29, 2004 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30,

1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Dechert an initial report based on our review, and received a response from Dechert, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted that the Application has a summary of expenses but fails to provide expense details. Of special concern is the expense category "Travel" for which Dechert is requesting reimbursement $1,315.77. The Guidelines paragraph II. E. provides that "[f]actors relevant to a determination that the expense is proper include the following: . .3. Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), . . .". We asked Dechert to provide additional information regarding the individual charges which make up this expense. Dechert responded as follows:

The following is a detailed itemization of the travel expenses of Mr. Kariss and Mr. Roberts for their representation of Armstrong before representatives of the Massachusetts Department of Revenue Office of Tax Appeals.
Detail of Expenses - Travel From New York City to Boston for Hearing:
Richard Kariss, Esq. - Partner $483.00
Air travel - October 21, 2003
Continental Airlines - Business Class
Flight CO846Y - Newark to Boston
Flight CO861Y - Boston to Newark

R. Gregory Roberts, Esq. - Associate $483.00
Air travel - October 21, 2003
Continental Airlines - Business Class
Flight CO846Y - Newark to Boston
Flight CO861Y - Boston to Newark
Cab fare - for R. Gregory Roberts and Richard C. Kariss from Boston airport to office of Tax Appeals

**FEE AUDITOR'S FINAL REPORT** - Page 2
arm FR Dechert 8int 12.03-2.04.wpd

$57.00

Elite Car Service - for R. Gregory Roberts and Richard C. Kariss for car travel to and from Newark airport from New York City.
$292.77

TOTAL $1,315.77

We appreciate Dechert's response. Although Dechert identified its air fares as business class, we note that economy fares are priced the same on Continental's web site ($483.00), and thus we have no objection to the air fare expenses. However, with regard to the car service, such service is normally considered an expensive alternative to the more reasonable taxi fare. Thus we recommend a reduction of one-third for this expense, for a reduction of $97.59 in expenses.

Fee Application

4.      The <u>Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications</u>, dated March 22, 2002 (the "Fee Auditor Order"), provides, in paragraph 7, that "[a]pplicants shall not be compensated for fees incurred in preparing a Fee Application in an amount in excess of 5% of the fees subject to such Fee Application, in the absence of a sufficient showing of cause for any such fees." As the compensation for preparing a particular fee application is generally sought in the following fee application (we have heard this referred to as a "trailing expense"), it is very difficult to determine which fee application costs are attributable to which particular application, and it does not appear to us that such attribution is required by paragraph 7 of the Fee Auditor Order. Thus, we interpret paragraph 7 to require that an applicant's cumulative fee application costs be applied to the applicant's cumulative fees.

5.      We note that Dechert billed $1,379.00 for time spent securing its own compensation during the application period. We further note that the cumulative fees of Dechert through February 29, 2004, are $1,000,928.50, and 5% of that amount is $50,046.42. Dechert's cumulative charge for preparing its own fee applications is $19,980.90, which is under the 5% cap and we have no objection to these fees.

## CONCLUSION

6.      Thus we recommend approval of fees totaling $18,614.50 and expenses totaling $1,468.65 ($1,566.24 minus $97.59), for Dechert's services from December 1, 2003 through February 29, 2004.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 27th day of September, 2004.

_____<br>Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Lee Zoeller
Steve Blazick
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**The Debtors**
Walter T. Gangl
Kenneth L. Jacobs
Mary J. Huwaldt
Donita J. Swayne
Armstrong World Industries, Inc.
2500 Columbia Avenue, Building 701
Lancaster, PA 17603

**Counsel to the Debtors**
Mark D. Collins
Rebecca L. Booth
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

Stephen Karotkin
Debra A. Dandeneau
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**Counsel to the Official Committee of Unsecured Creditors**
Mark E. Felger
Cozen & O'Connor, PC
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Robert D. Drain
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

**Counsel to the Official Committee of Asbestos Property Damage Claimants**
Joanne B. Wills
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Counsel to the Official Committee of Asbestos Personal Injury Claimants**
Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005-5802

**Counsel to the Legal Representative for Future Claimants**
James L. Patton, Jr., Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17@ Floor
P.O. Box 391
Wilmington, Delaware 19899

Michael J. Crames, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3598

**Office of the United States Trustee**
Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 23 11
Wilmington, DE 19801
Facsimile No.: 302-573-6497

**Counsel to Chase Manhattan Bank**
Terry Currier
Eric L. Schnabel
Klett Rooney Lieber & Schorling PC
The Brandywine Building, 1000 West Street
Suite 1410, P.O. Box 1397
Wilmington, DE 19899-1397


Michael R. Lastowski
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246


Robert Scheibe
Richard S. Toder
Scott Talmadge
Morgan, Lewis & Bockius LLP
10 1 Park Avenue
New York, NY 10 1780060


Denise Wildes
Lewis Kruger
Stroock, Stroock & Lavin LLP
180 Maiden Lane
New York, NY 10038-4982