**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| ARMSTRONG WORLD INDUSTRIES, | ) | |
| INC., et al., | ) | Jointly Administered |
| | ) | Case No. 00-04471 (RJN) |
| Debtors. | ) | |
| | ) | |

**FEE AUDITOR'S FINAL REPORT REGARDING EXPENSES
SOUGHT IN APPLICATION OF LAZARD FRERES & CO. LLC
FOR THE EIGHTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C. acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the expenses sought in the Fee Application of Lazard Freres & Co. LLC, for the Eighth Interim Period (the "Application").

**BACKGROUND**

1. Lazard Freres & Co. LLC ("Lazard"), was retained as financial advisors to the debtors. Lazard was retained on a flat fee arrangement and seeks approval of expenses totaling $1,939.59 for its services from December 1, 2003, through February 29, 2004.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the expense portion of the Application in its entirety, including each of the expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for

consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

### General Issues

3. We note that the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals, Members of Official Committees and Legal Representative for Future Claimants and Consideration of Fee Applications (the "Fee Auditor Order") precludes our review of fees for flat fee applicants, and thus we are authorized to review only expenses. However, for informational purposes only, we note that for the interim period, Lazard seeks fees of $200,000.00[1] for 19.80 hours, resulting in an effective hourly rate of $10,101.00.

4. We have no objections to, or issues with, any of the expenses sought in the Application, and thus we did not send an initial report to Lazard.

## CONCLUSION

5. Thus we recommend approval of expenses totaling $1,939.59, for Lazard's services from December 1, 2003, through February 29, 2004.

---

[1] In its Application Lazard states "At the Debtors' request, Lazard has not requested monthly compensation (pursuant to terms of its Engagement Letter) for the 2-month period January 1, 2004 through February 29, 2004 of this Interim Period. To the extent that activity resumes, Lazard reserves the right to commence monthly billing at a later date."

**FEE AUDITOR'S FINAL REPORT** - Page 2
arm FR Lazard 8int 12.03-2.04.wpd

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
Telephone:  214.698.3868
Facsimile:  214.722.0081
whsmith@whsmithlaw.com

**FEE AUDITOR**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 27th day of September, 2004.

_____
Warren H. Smith

## SERVICE LIST

### Notice Parties

**The Applicant**

Daniel M. Aronson
Naushon Vanderhoop
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

**The Debtors**
Walter T. Gangl
Kenneth L. Jacobs
Mary J. Huwaldt
Donita J. Swayne
Armstrong World Industries, Inc.
2500 Columbia Avenue, Building 701
Lancaster, PA 17603

**Counsel to the Debtors**
Mark D. Collins
Rebecca L. Booth
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

Stephen Karotkin
Debra A. Dandeneau
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**Counsel to the Official Committee of Unsecured Creditors**
Mark E. Felger
Cozen & O'Connor, PC
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Robert D. Drain
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

**Counsel to the Official Committee of Asbestos Property Damage Claimants**
Joanne B. Wills
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Counsel to the Official Committee of Asbestos Personal Injury Claimants**
Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005-5802

**Counsel to the Legal Representative for Future Claimants**
James L. Patton, Jr., Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17@ Floor
P.O. Box 391
Wilmington, Delaware 19899

Michael J. Crames, Esq.  
Kaye Scholer LLP  
425 Park Avenue  
New York, New York 10022-3598  

Michael R. Lastowski  
Duane, Morris & Heckscher LLP  
1100 North Market Street, Suite 1200  
Wilmington, DE 19801-1246  

**Office of the United States Trustee**  
Frank J. Perch, III, Esq.  
Office of the United States Trustee  
844 King Street, Room 23 11  
Wilmington, DE 19801  
Facsimile No.: 302-573-6497  

Robert Scheibe  
Richard S. Toder  
Scott Talmadge  
Morgan, Lewis & Bockius LLP  
10 1 Park Avenue  
New York, NY 10 1780060  

**Counsel to Chase Manhattan Bank**  
Terry Currier  
Eric L. Schnabel  
Klett Rooney Lieber & Schorling PC  
The Brandywine Building, 1000 West Street  
Suite 1410, P.O. Box 1397  
Wilmington, DE 19899-1397  

Denise Wildes  
Lewis Kruger  
Stroock, Stroock & Lavin LLP  
180 Maiden Lane  
New York, NY 10038-4982