# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100  Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2004

Invoice Number  **61973**      **91100**  **00001**      **SEM**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---|
| Balance forward as of last invoice, dated:   June 30, 2004 | $151,283.77 |
| Net balance forward | $151,283.77 |

Re:  W.R. Grace and Co.

| Statement of Professional Services Rendered Through | | | **07/31/2004** | | |
|---|---|---|---|---|---|
| | | | **Hours** | **Rate** | **Amount** |
| **ASSET DISPOSITION [B130]** | | | | | |
| 07/22/04 | DWC | Review and respond to Sam Blatnick email regarding real property in Atlanta, GA and review proposed sale agreement. | 0.70 | 320.00 | $224.00 |
| 07/28/04 | DWC | Review and revise quarterly reports regarding settlements and asset sales. | 0.40 | 320.00 | $128.00 |
| 07/28/04 | PEC | Prepare Debtor's Twelfth Quarterly Report of Asset Sales for filing and service (.5); Draft Certificate of Service (.1). | 0.60 | 140.00 | $84.00 |
| 07/30/04 | DWC | Draft notice of sale of Darex facility in Atlanta, GA and review related material and emails regarding same. | 2.20 | 320.00 | $704.00 |
| | | **Task Code Total** | **3.90** | | **$1,140.00** |
| | | **CASE ADMINISTRATION [B110]** | | | |
| 07/02/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 07/02/04 | ARP | Prepare hearing notebook. | 2.00 | 60.00 | $120.00 |
| 07/07/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 07/08/04 | RMO | Maintain document control. | 0.10 | 75.00 | $7.50 |
| 07/08/04 | CMS | Prepare Hearing Notebook. | 2.10 | 60.00 | $126.00 |
| 07/12/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 07/12/04 | DNM | Prepare Hearing Notebook. | 1.00 | 55.00 | $55.00 |
| 07/19/04 | PEC | Review docket | 0.30 | 140.00 | $42.00 |
| 07/19/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 07/19/04 | PEC | Update critical dates memo | 1.50 | 140.00 | $210.00 |
| 07/20/04 | PEC | Return calls to creditors regarding case status | 0.80 | 140.00 | $112.00 |
| 07/20/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 07/20/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 07/20/04 | PEC | Update critical dates memo | 0.60 | 140.00 | $84.00 |

**Invoice number  61973**     91100    00001                                   **Page  2**

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/21/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 07/21/04 | PEC | Update critical dates memo | 1.20 | 140.00 | $168.00 |
| 07/21/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 07/21/04 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |
| 07/22/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 07/22/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 07/22/04 | PEC | Review docket for updates | 0.20 | 140.00 | $28.00 |
| 07/22/04 | PEC | Respond to request of several parties for 2002 service list | 0.30 | 140.00 | $42.00 |
| 07/22/04 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |
| 07/23/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 07/23/04 | PEC | Update critical dates memo | 0.30 | 140.00 | $42.00 |
| 07/23/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 07/27/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties. | 0.20 | 140.00 | $28.00 |
| 07/27/04 | PEC | Update critical dates memo. | 1.50 | 140.00 | $210.00 |
| 07/27/04 | PEC | Review docket. | 0.20 | 140.00 | $28.00 |
| 07/27/04 | PEC | Return calls to various parties regarding case status. | 0.50 | 140.00 | $70.00 |
| 07/28/04 | PEC | Review daily correspondeence and pleadings and forward to the appropriate parties. | 0.30 | 140.00 | $42.00 |
| 07/28/04 | PEC | Update critical dates memo. | 1.10 | 140.00 | $154.00 |
| 07/28/04 | PEC | Review docket. | 0.20 | 140.00 | $28.00 |
| 07/29/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties. | 0.30 | 140.00 | $42.00 |
| 07/29/04 | PEC | Update critical dates memo. | 1.10 | 140.00 | $154.00 |
| 07/29/04 | PEC | Return calls to various creditors regarding case status. | 0.40 | 140.00 | $56.00 |
| 07/29/04 | PEC | Review docket. | 0.20 | 140.00 | $28.00 |
| 07/30/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 07/30/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties. | 0.20 | 140.00 | $28.00 |
| 07/30/04 | PEC | Update critical dates memo. | 0.30 | 140.00 | $42.00 |
| 07/30/04 | PEC | Review docket. | 0.20 | 140.00 | $28.00 |

|  | **Task Code Total** | | **21.60** | | **$2,552.50** |

**WRG-CLAIM ANALYSIS (ASBESTOS)**

| 07/26/04 | DWC | Email Richard Stoper regarding asbestos property damage status. | 0.20 | 320.00 | $64.00 |
|---|---|---|---|---|---|

|  | **Task Code Total** | | **0.20** | | **$64.00** |

**WRG CLAIM ANALYSIS NONASBESTOS**

| 05/18/04 | CAH | Coordinate with David W. Carickhoff regarding claims objections to be filed on May 20, 2004. | 0.20 | 320.00 | $64.00 |
|---|---|---|---|---|---|
| 07/12/04 | DWC | Review and respond to emails regarding Peters Smith claim. | 0.30 | 320.00 | $96.00 |
| 07/14/04 | DWC | Review Reply to Nelson Claims. | 0.40 | 320.00 | $128.00 |
| 07/14/04 | DWC | Call with Rachel Schulman to review status of claims. | 0.40 | 320.00 | $128.00 |
| 07/14/04 | DWC | Emails with R. Schulman, T. Wood and Bill Hurley regarding claim objections and orders regarding the same. | 0.70 | 320.00 | $224.00 |
| 07/26/04 | DWC | Finalize 6th omnibus claim objection and emails with R. Schulman regarding same and emails with Sue Herrschaft re: same. | 2.20 | 320.00 | $704.00 |
| 07/30/04 | PEC | Prepare Bankruptcy Management Corporation's Declarations of Service Regarding Debtors' 3rd 4th, 5th | 0.30 | 140.00 | $42.00 |

**Invoice number  61973**        91100    00001                    **Page    3**

and 6th Claim Objection Orders for filing.

|  |  |  |  |  |
|---|---|---|---|---|
| **Task Code Total** | | | **4.50** | **$1,386.00** |

**WRG- EMPLOY. APP. , OTHERS**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/04 | DWC | Review and revise Motion to Expand Scope of Nelson Mullins retention. | 0.80 | 320.00 | $256.00 |
| 07/01/04 | DWC | Review Larry Ishol supplemental affidavit for Deloitte. | 0.20 | 320.00 | $64.00 |
| 07/13/04 | DWC | Review objections to Futures Rep applications to retain professionals. | 0.40 | 320.00 | $128.00 |
| 07/13/04 | DWC | Review and revise application to expand the scope of Nelson Mullins retention and draft order regarding same. | 1.30 | 320.00 | $416.00 |
| 07/14/04 | DWC | Review US Trustee objection to Future Rep's motion to retain Phillips. | 0.20 | 320.00 | $64.00 |
| 07/14/04 | DWC | Review Future Rep's reply to objections to its retention applications. | 0.20 | 320.00 | $64.00 |
| 07/15/04 | DWC | Review and revise amended Deloitte order and email S. Blatnick regarding same. | 0.40 | 320.00 | $128.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| **Task Code Total** | | | **3.50** | **$1,120.00** |

**EMPLOYEE BENEFIT/PENSION- B220**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/04 | DWC | Review and revise motion for authority to fund employee pension plans for 2004. | 2.20 | 320.00 | $704.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| **Task Code Total** | | | **2.20** | **$704.00** |

**WRG-FEE APPS., APPLICANT**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/04 | WLR | Review correspondence from Liliana Gardiazabal regarding May 2004 fee application | 0.10 | 375.00 | $37.50 |
| 07/03/04 | WLR | Prepare May 2004 fee application | 0.40 | 375.00 | $150.00 |
| 07/05/04 | WLR | Prepare May 2004 fee application | 0.30 | 375.00 | $112.50 |
| 07/05/04 | WLR | Update fee application status memorandum | 0.10 | 375.00 | $37.50 |
| 07/05/04 | WLR | Correspondence to Liliana Gardiazabal and Peg Broadwater regarding May 2004 fee application | 0.60 | 375.00 | $225.00 |
| 07/12/04 | WLR | Correspondence to Liliana Gardiazabal regarding June 2004 fee application | 0.10 | 375.00 | $37.50 |
| 07/14/04 | WLR | Draft 13th Quarterly (April 1, 2004 to June 30, 2004) | 0.60 | 375.00 | $225.00 |
| 07/19/04 | WLR | Review and revise 13th quarterly fee application (April 1, 2004 to June 30, 2004) | 0.40 | 375.00 | $150.00 |
| 07/19/04 | LDJ | Review and finalize interim fee application (May 2004) | 0.20 | 595.00 | $119.00 |
| 07/20/04 | LAG | Email and telephone conferences regarding issues and timing of fee application, cno, order approving compensation, and payment of approved fees and holdbacks. | 0.50 | 145.00 | $72.50 |
| 07/20/04 | PEC | Prepare PSZYJ&W's May Monthly Fee Application for filing and service (.4); File and serve (.4) | 0.80 | 140.00 | $112.00 |
| 07/20/04 | DWC | Reivew PSZYJ&W May fee application. | 0.20 | 320.00 | $64.00 |
| 07/22/04 | WLR | Prepare June 2004 fee application | 0.40 | 375.00 | $150.00 |
| 07/22/04 | WLR | Correspondence to Liliana Gardiazabal  regarding June 2004 fee application | 0.20 | 375.00 | $75.00 |
| 07/22/04 | WLR | Review correspondence from Liliana Gardiazabal regarding June 2004 fee application | 0.10 | 375.00 | $37.50 |
| 07/22/04 | WLR | Update fee application memorandum | 0.10 | 375.00 | $37.50 |
| 07/22/04 | WLR | Correspondence to Peg Broadwater regarding 13th | 0.20 | 375.00 | $75.00 |

|  |  | Quarterly fee application |  |  |  |
|---|---|---|---|---|---|
| 07/23/04 | WLR | Review correspondence from Liliana Gardiazabal regarding June 2004 fee application | 0.10 | 375.00 | $37.50 |
| 07/24/04 | WLR | Prepare June 2003 fee application | 0.40 | 375.00 | $150.00 |
| 07/24/04 | WLR | Draft June 2003 fee application | 0.30 | 375.00 | $112.50 |
| 07/27/04 | WLR | Update fee application status memorandum | 0.10 | 375.00 | $37.50 |
| 07/27/04 | WLR | Review and revise June 2004 fee application | 0.40 | 375.00 | $150.00 |
| 07/27/04 | WLR | Correspondence to Peg Broadwater regarding June 2004 fee application | 0.40 | 375.00 | $150.00 |
| 07/29/04 | LDJ | Review and finalize interim fee application (June 2004) | 0.30 | 595.00 | $178.50 |
| 07/30/04 | PEC | Prepare PSZYJ&W's June Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 07/30/04 | DWC | Review PSZYJ&W 's June fee application. | 0.20 | 320.00 | $64.00 |
|  |  | **Task Code Total** | **8.10** |  | **$2,681.50** |

**WRG-FEE APPLICATIONS, OTHERS**

| 07/01/04 | DWC | Review and execute Certificates of No Objection for Protiviti's February and Nelson Mullins' April fee application and Goodwin Procter's January, February and March fee applications. | 0.30 | 320.00 | $96.00 |
|---|---|---|---|---|---|
| 07/07/04 | DWC | Review and execute CNOs for Steptoe's January, February and March fee applications and Woodcock's February, March and April fee applications; Casner's April fee application and Carella's May fee aplciation. | 0.40 | 320.00 | $128.00 |
| 07/13/04 | DWC | Email to S. Blatnick regarding ordinary course professionals payments and quarterly report regarding same. | 0.30 | 320.00 | $96.00 |
| 07/13/04 | BDC | Review and prepare 32nd Casner & Edwards Fee Application (.3) address efiling and service of same (.5) | 0.80 | 140.00 | $112.00 |
| 07/13/04 | BDC | Review and prepare Nelson Mullins Riley & Scarborough, L.L.P. as Amended Application (.4) address efiling and service (.6) | 1.00 | 140.00 | $140.00 |
| 07/14/04 | DWC | Address ordinary course professional issues and emails regarding same. | 0.40 | 320.00 | $128.00 |
| 07/15/04 | DWC | Finalize OCP payment report and email S. Blatnick regarding same. | 0.40 | 320.00 | $128.00 |
| 07/19/04 | PEC | Prepare Carella Byrne Bain Gilfillan Cecchi Stewart & Olstein's May Monthly Fee Application for filing and service (.4); File and serve (.4) | 0.80 | 140.00 | $112.00 |
| 07/19/04 | PEC | Prepare Woodcock Washburn's May Monthly Fee Application for filing and service (.4), File and serve (.4) | 0.80 | 140.00 | $112.00 |
| 07/23/04 | PEC | Draft Certification of No Objection Regarding Kirkland & Ellis LLP's May Monthly Fee Application and Certificate of Service (.4) Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 07/23/04 | PEC | Draft Certification of No Objection Regarding Pitney Hardin LLP's April Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 07/23/04 | PEC | Revise Certification of No Objection Regarding Bankruptcy Management Corporation's January Fee Application and Certificate of Service (.2); Prepare for filing and service (.4) | 0.60 | 140.00 | $84.00 |
| 07/23/04 | PEC | Revise Certification of No Objection Regarding Bankruptcy Management Corporation's February Fee Application and Certificate of Service (.2); Prepare for filing and service (.4) | 0.60 | 140.00 | $84.00 |
| 07/23/04 | PEC | Revise Certification of No Objection Regarding Bankruptcy Management Corporation's March Fee | 0.60 | 140.00 | $84.00 |

**Invoice number  61973**      91100    00001                                    **Page  5**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Application and Certificate of Service (.2); Prepare for filing and service (.4) | | | |
| 07/28/04 | PEC | Prepare Kirkland & Ellis' June Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1). | 0.50 | 140.00 | $70.00 |
| 07/28/04 | PEC | Prepare Kirkland & Ellis' June Fraudulent Conveyance Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1). | 0.50 | 140.00 | $70.00 |
| 07/28/04 | PEC | Prepare Wallace King Marraro & Branson's June Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1). | 0.50 | 140.00 | $70.00 |
| 07/28/04 | PEC | Prepare Woodcock Washburn's June Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1). | 0.50 | 140.00 | $70.00 |
| 07/28/04 | PEC | Prepare Goodwin Proctor's June Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1). | 0.50 | 140.00 | $70.00 |
| 07/28/04 | DWC | Review and execute CNOs for BMC's January, February and March fee applications and Kirkland & Ellis' May fee application and Pitney Hardin's fee application. | 0.40 | 320.00 | $128.00 |
| 07/30/04 | PEC | Draft Protiviti Inc.'s May Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service(.4) | 0.80 | 140.00 | $112.00 |
| 07/30/04 | PEC | Draft Nelson Mullins Riley & Scarborough's May Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service(.4) | 0.80 | 140.00 | $112.00 |
| 07/30/04 | PEC | Revise Deloitte & Touche's October Certification of No Objection and draft Certificate of Service (.2); Prepare for filing and service (.4). | 0.60 | 140.00 | $84.00 |
| 07/30/04 | PEC | Revise Deloitte & Touche's November Certification of No Objection and draft Certificate of Service (.2); Prepare for filing and service (.4). | 0.60 | 140.00 | $84.00 |
| 07/30/04 | PEC | Revise Deloitte & Touche's December Certification of No Objection and draft Certificate of Service (.2); Prepare for filing and service (.4). | 0.60 | 140.00 | $84.00 |
| 07/30/04 | DWC | Review and execute CNOs for Deloitte's October, November and December fee applications; Protiniti's May fee application; and Nelson Mullins' May fee application. | 0.40 | 320.00 | $128.00 |
| 07/30/04 | DWC | Review and revise Kirkland & Ellis' motion regarding approval of payment of holdbacks and calls with Sam Blatnick re: same. | 0.70 | 320.00 | $224.00 |
| 07/30/04 | DWC | Review fee examiner report regarding fee applications with no issues and email L. Jones regarding same. | 0.20 | 320.00 | $64.00 |
| | | **Task Code Total** | **16.20** | | **$2,898.00** |
| | | **LITIGATION (NON-BANKRUPTCY]** | | | |
| 05/21/04 | CAH | Telephone call to Janet Baer regarding filing and service of status report. | 0.20 | 320.00 | $64.00 |
| 05/21/04 | CAH | Edit status report. | 0.30 | 320.00 | $96.00 |
| 05/21/04 | CAH | Follow-up on scheduling issue regarding May 24, 2004 hearing (0.2) and draft correspondence to debtors litigation team regarding service. | 0.40 | 320.00 | $128.00 |
| 07/01/04 | DWC | Review and revise draft agenda for July 19, 2004 hearing. | 0.30 | 320.00 | $96.00 |
| 07/02/04 | LDJ | Correspondence to Jan Baer regarding ADR procedures motion | 0.20 | 595.00 | $119.00 |
| 07/06/04 | DWC | Prepare for and attend telephonic hearing regarding Scotts Company motion for TRO. | 1.40 | 320.00 | $448.00 |
| 07/07/04 | DWC | Review draft order denying Scotts Motion and email Sam Blaterick regarding same. | 0.30 | 320.00 | $96.00 |
| 07/09/04 | DWC | Review and respond to Bernie Conaway call regarding order denying Scotts Company Motion. | 0.20 | 320.00 | $64.00 |

**Invoice number  61973**      91100   00001                    **Page  6**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/04 | DWC | Finalize agenda for July 19, 2004 hearing and emails re: same. | 0.50 | 320.00 | $160.00 |
| 07/12/04 | DWC | Review and respond to emails regarding order denying Scotts Company motion. | 0.30 | 320.00 | $96.00 |
| 07/13/04 | DWC | Emails and calls regarding July 19, 2004 omnibus hearing with J. Baer and S. Blatnick. | 0.80 | 320.00 | $256.00 |
| 07/13/04 | DWC | Review and respond to Anne Boutin letter regarding July 19, 2004 hearing. | 0.20 | 320.00 | $64.00 |
| 07/13/04 | BDC | Telephone conferences with USBC Clerk regarding Designation of Record on Appeal (.2) find requested information on docket and print out same (.4) sent all to Clerk (.2) | 0.80 | 140.00 | $112.00 |
| 07/14/04 | DWC | Review and revise motion and order to further extend time to remove actions. | 1.20 | 320.00 | $384.00 |
| 07/14/04 | DWC | Prepare amended agenda notice. | 0.40 | 320.00 | $128.00 |
| 07/14/04 | BDC | Draft Amended Notice of Agenda of Matters Scheduled for Hearing on July 19, 2004 (.6) address efiling and service (.6) | 1.20 | 140.00 | $168.00 |
| 07/14/04 | BDC | Emails from/to David W. Carickhoff regarding W.R. Grace Amended Agenda and status charts (.2) make edits to status charts and Amended Agenda (.5) | 0.70 | 140.00 | $98.00 |
| 07/15/04 | DWC | Call with K. Mangan re: City of Cambridge regarding ADR issues; email regarding same to J. Baer. | 0.40 | 320.00 | $128.00 |
| 07/16/04 | DWC | Prepare for July 19, 2004 hearing. | 2.10 | 320.00 | $672.00 |
| 07/16/04 | DWC | Draft certification of counsel regarding Scotts Company Motion and finalize order denying same. | 0.60 | 320.00 | $192.00 |
| 07/16/04 | DWC | Emails and calls regarding July 19, 2004 hearing. | 0.40 | 320.00 | $128.00 |
| 07/19/04 | DWC | Prepare for and attend hearing. | 5.00 | 320.00 | $1,600.00 |
| 07/19/04 | DWC | Review and respond to Rick Wyron emails and Rachel Schulman email regarding hearing. | 0.30 | 320.00 | $96.00 |
| 07/20/04 | DWC | Emails with S. Blatnick and P. Cuniff regarding order denying Scotts Company Motion. | 0.30 | 320.00 | $96.00 |
| 07/21/04 | DWC | Address Brian Conaway voice message regarding order Denying Scotts Company Motion. | 0.20 | 320.00 | $64.00 |
| 07/21/04 | DWC | Emails with co-counsel regarding orders entered from July 19, 2004 hearing. | 0.50 | 320.00 | $160.00 |
| 07/23/04 | SEM | Email to David W. Carickhoff regarding 3rd Cir. Order (.10). | 0.10 | 425.00 | $42.50 |
| 07/28/04 | PEC | Prepare Debtor's Twelfth Quarterly Report of Settlements for filing and service (.5); Draft Certificate of Service (.1). | 0.60 | 140.00 | $84.00 |

|  | **Task Code Total** | **19.90** | | **$5,839.50** |
|---|---|---|---|---|
|  | **Total professional services:** | **80.10** | | **$18,385.50** |

**Costs Advanced:**

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/18/2004 | RE | Reproduction Expense. [E101] | $2.25 |
| 05/24/2004 | CC | Conference Call---Genesys Conference Call Services. [E105] | $1,247.12 |
| 06/23/2004 | FX | Fax Transmittal. [E104] | $10.00 |
| 06/23/2004 | RE | Reproduction Expense. [E101] | $2.25 |
| 06/26/2004 | RE | Reproduction Expense. [E101] | $0.90 |
| 06/29/2004 | DH | DHL | $9.80 |
| 06/29/2004 | DH | DHL | $8.21 |
| 06/29/2004 | DH | DHL | $12.02 |
| 06/29/2004 | DH | DHL | $13.26 |
| 06/30/2004 | DC | TriState | $360.00 |
| 06/30/2004 | DC | TriState | $23.85 |
| 06/30/2004 | DC | TriState | $23.85 |
| 06/30/2004 | DC | TriState | $15.00 |
| 06/30/2004 | DH | DHL | $9.65 |

**Invoice number  61973**     91100    00001                              **Page  7**

| 06/30/2004 | DH | DHL | $16.95 |
|---|---|---|---|
| 06/30/2004 | DH | DHL | $9.65 |
| 07/01/2004 | DC | TriState | $15.00 |
| 07/01/2004 | DC | TriState | $21.20 |
| 07/01/2004 | DC | TriState | $369.00 |
| 07/01/2004 | DC | TriState | $23.85 |
| 07/01/2004 | DC | TriState | $23.85 |
| 07/01/2004 | DC | Parcels | $24.90 |
| 07/01/2004 | DH | DHL | $20.64 |
| 07/01/2004 | DH | DHL | $10.17 |
| 07/01/2004 | DH | DHL | $10.17 |
| 07/01/2004 | PO | Postage | $12.16 |
| 07/01/2004 | PO | Postage | $125.40 |
| 07/01/2004 | RE | (G7 CORR 12 @0.15 PER PG) | $1.80 |
| 07/01/2004 | RE | (F5 CORR 351 @0.15 PER PG) | $52.65 |
| 07/01/2004 | RE | (F5 CORR 226 @0.15 PER PG) | $33.90 |
| 07/01/2004 | RE | (F6 AGR 201 @0.15 PER PG) | $30.15 |
| 07/01/2004 | RE | (F7 DOC 76 @0.15 PER PG) | $11.40 |
| 07/01/2004 | RE | (F8 CORR 60 @0.15 PER PG) | $9.00 |
| 07/01/2004 | RE | (F4 AGR 697 @0.15 PER PG) | $104.55 |
| 07/01/2004 | RE | (F7 DOC 126 @0.15 PER PG) | $18.90 |
| 07/01/2004 | RE | (F4 AGR 1182 @0.15 PER PG) | $177.30 |
| 07/01/2004 | RE | (F7 DOC 1 @0.15 PER PG) | $0.15 |
| 07/01/2004 | RE | (F7 DOC 4 @0.15 PER PG) | $0.60 |
| 07/01/2004 | RE | (F7 DOC 4 @0.15 PER PG) | $0.60 |
| 07/01/2004 | RE | (F0 AGR 579 @0.15 PER PG) | $86.85 |
| 07/01/2004 | RE | (F3 EQU 420 @0.15 PER PG) | $63.00 |
| 07/01/2004 | RE | (F4 CORR 982 @0.15 PER PG) | $147.30 |
| 07/01/2004 | SO | Secretarial Overtime---(C.Neuberger) | $27.59 |
| 07/02/2004 | DC | TriState | $21.20 |
| 07/02/2004 | DH | DHL | $22.90 |
| 07/02/2004 | DH | DHL | $10.82 |
| 07/02/2004 | DH | DHL | $10.82 |
| 07/02/2004 | FX | (B1 AGR 5 @1.00 PER PG) | $5.00 |
| 07/02/2004 | PO | Postage | $1.20 |
| 07/02/2004 | RE | (F5 CORR 27 @0.15 PER PG) | $4.05 |
| 07/02/2004 | RE | (F5 CORR 15 @0.15 PER PG) | $2.25 |
| 07/02/2004 | RE | (F7 DOC 5 @0.15 PER PG) | $0.75 |
| 07/02/2004 | RE | (F3 EQU 787 @0.15 PER PG) | $118.05 |
| 07/02/2004 | RE | (F4 AGR 1532 @0.15 PER PG) | $229.80 |
| 07/02/2004 | RE | Reproduction Expense. [E101] | $4.95 |
| 07/06/2004 | DC | TriState | $32.50 |
| 07/06/2004 | DC | TriState | $15.00 |
| 07/06/2004 | DC | TriState | $108.00 |
| 07/06/2004 | DC | Parcels | $32.50 |
| 07/06/2004 | DC | Parcels | $7.50 |
| 07/06/2004 | DH | DHL | $10.97 |
| 07/06/2004 | DH | DHL | $10.97 |
| 07/06/2004 | DH | DHL | $21.98 |
| 07/06/2004 | FE | Federal Express [E108] | $39.70 |
| 07/06/2004 | PO | Postage | $4.75 |
| 07/06/2004 | PO | Postage | $6.85 |
| 07/06/2004 | PO | Postage | $0.60 |
| 07/06/2004 | PO | Postage | $23.20 |
| 07/06/2004 | PO | Postage | $4.80 |
| 07/06/2004 | RE | (F8 AGR 2 @0.15 PER PG) | $0.30 |
| 07/06/2004 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 07/06/2004 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 07/06/2004 | RE | (F6 AGR 102 @0.15 PER PG) | $15.30 |
| 07/06/2004 | RE | (F0 AGR 34 @0.15 PER PG) | $5.10 |

**Invoice number  61973**       91100    00001                                    **Page  8**

| 07/06/2004 | RE | (F2 AGR 712 @0.15 PER PG) | $106.80 |
|---|---|---|---|
| 07/06/2004 | RE | (F6 AGR 20 @0.15 PER PG) | $3.00 |
| 07/06/2004 | RE | (F4 AGR 2047 @0.15 PER PG) | $307.05 |
| 07/06/2004 | RE | (F0 AGR 2762 @0.15 PER PG) | $414.30 |
| 07/06/2004 | RE | (F7 DOC 81 @0.15 PER PG) | $12.15 |
| 07/06/2004 | RE | (F5 DOC 2 @0.15 PER PG) | $0.30 |
| 07/06/2004 | RE | (F3 EQU 57 @0.15 PER PG) | $8.55 |
| 07/06/2004 | RE | (F2 AGR 1024 @0.15 PER PG) | $153.60 |
| 07/06/2004 | RE | (F4 AGR 58 @0.15 PER PG) | $8.70 |
| 07/06/2004 | RE | Reproduction Expense. [E101] | $1.20 |
| 07/07/2004 | DC | Parcels | $12.90 |
| 07/07/2004 | DC | TriState | $15.00 |
| 07/07/2004 | DC | TriState | $54.00 |
| 07/07/2004 | DC | TriState | $195.00 |
| 07/07/2004 | DC | TriState | $15.90 |
| 07/07/2004 | DC | TriState | $21.20 |
| 07/07/2004 | DC | TriState | $15.90 |
| 07/07/2004 | DC | TriState | $15.90 |
| 07/07/2004 | DH | DHL | $15.94 |
| 07/07/2004 | DH | DHL | $8.86 |
| 07/07/2004 | DH | DHL | $8.86 |
| 07/07/2004 | PO | Postage | $0.85 |
| 07/07/2004 | PO | Postage | $126.00 |
| 07/07/2004 | PO | Postage | $10.32 |
| 07/07/2004 | RE | (F6 AGR 56 @0.15 PER PG) | $8.40 |
| 07/07/2004 | RE | (F6 DOC 121 @0.15 PER PG) | $18.15 |
| 07/07/2004 | RE | (F3 EQU 766 @0.15 PER PG) | $114.90 |
| 07/07/2004 | RE | (F3 EQU 2 @0.15 PER PG) | $0.30 |
| 07/07/2004 | RE | (F7 AGR 2 @0.15 PER PG) | $0.30 |
| 07/07/2004 | RE | (F0 AGR 417 @0.15 PER PG) | $62.55 |
| 07/07/2004 | RE | (F0 AGR 287 @0.15 PER PG) | $43.05 |
| 07/07/2004 | RE | (F2 AGR 308 @0.15 PER PG) | $46.20 |
| 07/08/2004 | DH | DHL | $9.91 |
| 07/08/2004 | DH | DHL | $10.97 |
| 07/08/2004 | DH | DHL | $14.69 |
| 07/08/2004 | DH | DHL | $8.86 |
| 07/08/2004 | RE | (G8 CORR 153 @0.15 PER PG) | $22.95 |
| 07/08/2004 | RE | (F5 CORR 315 @0.15 PER PG) | $47.25 |
| 07/08/2004 | RE | (F4 AGR 185 @0.15 PER PG) | $27.75 |
| 07/08/2004 | RE | (F0 AGR 332 @0.15 PER PG) | $49.80 |
| 07/08/2004 | RE | (F4 AGR 48 @0.15 PER PG) | $7.20 |
| 07/08/2004 | RE | (F4 AGR 65 @0.15 PER PG) | $9.75 |
| 07/09/2004 | DC | TriState | $279.00 |
| 07/09/2004 | DC | TriState | $23.85 |
| 07/09/2004 | DC | TriState | $23.85 |
| 07/09/2004 | DC | TriState | $15.00 |
| 07/09/2004 | DC | Parcels | $7.50 |
| 07/09/2004 | DH | DHL | $8.33 |
| 07/09/2004 | DH | DHL | $8.33 |
| 07/09/2004 | DH | DHL | $12.19 |
| 07/09/2004 | DH | DHL | $9.91 |
| 07/09/2004 | FX | (B1 AGR 5 @1.00 PER PG) | $5.00 |
| 07/09/2004 | PO | Postage | $127.20 |
| 07/09/2004 | PO | Postage | $0.85 |
| 07/09/2004 | RE | (F8 AGR 31 @0.15 PER PG) | $4.65 |
| 07/09/2004 | RE | (F5 DOC 18 @0.15 PER PG) | $2.70 |
| 07/09/2004 | RE | (F4 AGR 27 @0.15 PER PG) | $4.05 |
| 07/09/2004 | RE | (F3 EQU 177 @0.15 PER PG) | $26.55 |
| 07/09/2004 | RE | (F2 AGR 735 @0.15 PER PG) | $110.25 |
| 07/09/2004 | RE | (F2 AGR 2 @0.15 PER PG) | $0.30 |

**Invoice number  61973**      91100    00001                                      **Page  9**

| 07/09/2004 | RE | (F0 AGR 4458 @0.15 PER PG) | $668.70 |
|---|---|---|---|
| 07/12/2004 | DC | Parcels | $7.50 |
| 07/12/2004 | DC | TriState | $21.20 |
| 07/12/2004 | DC | TriState | $288.00 |
| 07/12/2004 | DC | TriState | $15.00 |
| 07/12/2004 | DC | TriState | $79.50 |
| 07/12/2004 | DC | TriState | $23.85 |
| 07/12/2004 | DC | Parcels | $18.00 |
| 07/12/2004 | DH | DHL | $7.30 |
| 07/12/2004 | DH | DHL | $8.16 |
| 07/12/2004 | DH | DHL | $7.30 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 16 @1.00 PER PG) | $16.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | PO | Postage | $0.85 |
| 07/12/2004 | PO | Postage | $138.00 |
| 07/12/2004 | RE | (G7 CORR 189 @0.15 PER PG) | $28.35 |
| 07/12/2004 | RE | (G7 CORR 39 @0.15 PER PG) | $5.85 |
| 07/12/2004 | RE | (F8 AGR 8 @0.15 PER PG) | $1.20 |
| 07/12/2004 | RE | (F8 AGR 30 @0.15 PER PG) | $4.50 |
| 07/12/2004 | RE | (F7 AGR 980 @0.15 PER PG) | $147.00 |
| 07/12/2004 | RE | (F7 CORR 15 @0.15 PER PG) | $2.25 |
| 07/12/2004 | RE | (F6 NOTC 66 @0.15 PER PG) | $9.90 |
| 07/12/2004 | RE | (F6 DOC 13 @0.15 PER PG) | $1.95 |
| 07/12/2004 | RE | (F5 DOC 42 @0.15 PER PG) | $6.30 |
| 07/13/2004 | DC | TriState | $15.00 |
| 07/13/2004 | DC | TriState | $342.00 |

**Invoice number  61973**      91100    00001                                          **Page  10**

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/13/2004 | DC | TriState | $23.85 |
| 07/13/2004 | DC | TriState | $23.85 |
| 07/13/2004 | DC | TriState | $21.20 |
| 07/13/2004 | DH | DHL | $7.30 |
| 07/13/2004 | DH | DHL | $12.19 |
| 07/13/2004 | DH | DHL | $7.30 |
| 07/13/2004 | PO | Postage | $4.80 |
| 07/13/2004 | PO | Postage | $1.35 |
| 07/13/2004 | PO | Postage | $207.76 |
| 07/13/2004 | PO | Postage | $5.30 |
| 07/13/2004 | PO | Postage | $10.60 |
| 07/13/2004 | RE | (F7 PLDG 88 @0.15 PER PG) | $13.20 |
| 07/13/2004 | RE | (F6 MOT 17 @0.15 PER PG) | $2.55 |
| 07/13/2004 | RE | (F0 AGR 39 @0.15 PER PG) | $5.85 |
| 07/13/2004 | RE | (F4 CORR 123 @0.15 PER PG) | $18.45 |
| 07/13/2004 | RE | (F4 AGR 28 @0.15 PER PG) | $4.20 |
| 07/13/2004 | RE | (F0 CORR 2573 @0.15 PER PG) | $385.95 |
| 07/13/2004 | RE | (F4 CORR 2125 @0.15 PER PG) | $318.75 |
| 07/14/2004 | DC | TriState | $21.20 |
| 07/14/2004 | DC | Parcels | $7.50 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG). | $20.00 |
| 07/14/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 6 @1.00 PER PG) | $6.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |

| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
|---|---|---|---|
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | RE | (G7 CORR 783 @0.15 PER PG) | $117.45 |
| 07/14/2004 | RE | (F4 AGR 46 @0.15 PER PG) | $6.90 |
| 07/14/2004 | RE | (F6 NOTC 42 @0.15 PER PG) | $6.30 |
| 07/14/2004 | RE | (F7 NOTC 42 @0.15 PER PG) | $6.30 |
| 07/15/2004 | DC | TriState | $306.00 |
| 07/15/2004 | DC | TriState | $15.00 |
| 07/15/2004 | PO | Postage | $1.60 |
| 07/15/2004 | PO | Postage | $278.64 |
| 07/15/2004 | RE | (F5 DOC 151 @0.15 PER PG) | $22.65 |
| 07/15/2004 | RE | (F3 EQU 1263 @0.15 PER PG) | $189.45 |
| 07/15/2004 | RE | (F3 EQU 1715 @0.15 PER PG) | $257.25 |
| 07/15/2004 | RE | (F2 AGR 4191 @0.15 PER PG) | $628.65 |
| 07/16/2004 | DC | TriState | $31.80 |
| 07/16/2004 | DH | DHL | $10.31 |
| 07/16/2004 | DH | DHL | $15.94 |
| 07/16/2004 | DH | DHL | $20.93 |
| 07/16/2004 | DH | DHL | $13.45 |
| 07/16/2004 | RE | (F7 DOC 36 @0.15 PER PG) | $5.40 |
| 07/16/2004 | RE | (F5 DOC 5 @0.15 PER PG) | $0.75 |
| 07/16/2004 | RE | (F6 DOC 1 @0.15 PER PG) | $0.15 |
| 07/16/2004 | RE | (F0 AGR 105 @0.15 PER PG) | $15.75 |
| 07/19/2004 | DC | TriState | $306.00 |
| 07/19/2004 | DC | TriState | $23.85 |
| 07/19/2004 | DC | TriState | $23.85 |
| 07/19/2004 | DC | TriState | $15.00 |
| 07/19/2004 | DH | DHL | $9.91 |
| 07/19/2004 | PO | Postage | $1.60 |
| 07/19/2004 | PO | Postage | $274.77 |
| 07/19/2004 | RE | (G7 CORR 17 @0.15 PER PG) | $2.55 |
| 07/19/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 07/19/2004 | RE | (F6 AGR 38 @0.15 PER PG) | $5.70 |
| 07/19/2004 | RE | (F8 AGR 53 @0.15 PER PG) | $7.95 |
| 07/19/2004 | RE | (F7 AGR 78 @0.15 PER PG) | $11.70 |
| 07/19/2004 | RE | (F7 DOC 70 @0.15 PER PG) | $10.50 |
| 07/19/2004 | RE | (G8 CORR 829 @0.15 PER PG) | $124.35 |
| 07/19/2004 | RE | (G7 CORR 4368 @0.15 PER PG) | $655.20 |
| 07/19/2004 | RE | (F4 AGR 860 @0.15 PER PG) | $129.00 |
| 07/19/2004 | RE | (F4 AGR 602 @0.15 PER PG) | $90.30 |
| 07/19/2004 | RE | (F0 AGR 206 @0.15 PER PG) | $30.90 |
| 07/19/2004 | RE | Reproduction Expense. [E101] | $1.95 |
| 07/20/2004 | DC | TriState | $21.20 |
| 07/20/2004 | DC | TriState | $15.00 |
| 07/20/2004 | DH | DHL | $18.44 |
| 07/20/2004 | DH | DHL | $9.78 |
| 07/20/2004 | DH | DHL | $9.78 |
| 07/20/2004 | RE | (F5 AGR 78 @0.15 PER PG) | $11.70 |
| 07/20/2004 | RE | (F5 DOC 27 @0.15 PER PG) | $4.05 |
| 07/20/2004 | RE | (F0 AGR 692 @0.15 PER PG) | $103.80 |
| 07/20/2004 | RE | (G7 CORR 89 @0.15 PER PG) | $13.35 |
| 07/20/2004 | RE | (F0 AGR 392 @0.15 PER PG) | $58.80 |
| 07/20/2004 | SO | Secretarial Overtime---(C.Newberger) | $18.39 |
| 07/21/2004 | DH | DHL | $9.78 |
| 07/21/2004 | DH | DHL | $9.78 |
| 07/21/2004 | DH | DHL | $18.44 |
| 07/21/2004 | RE | (G7 CORR 537 @0.15 PER PG) | $80.55 |
| 07/21/2004 | RE | (F5 DOC 36 @0.15 PER PG) | $5.40 |
| 07/21/2004 | RE | (F0 AGR 432 @0.15 PER PG) | $64.80 |
| 07/22/2004 | DH | DHL | $13.94 |

**Invoice number  61973**          91100    00001                              **Page  12**

| | | | |
|---|---|---|---|
| 07/22/2004 | FX | Fax Transmittal. [E104] | $12.00 |
| 07/22/2004 | RE | Reproduction Expense. [E101] | $2.70 |
| 07/22/2004 | RE | Reproduction Expense. [E101] | $0.15 |
| 07/22/2004 | RE | (F3 EQU 32 @0.15 PER PG) | $4.80 |
| 07/22/2004 | RE | (F0 CORR 219 @0.15 PER PG) | $32.85 |
| 07/22/2004 | RE | (F3 EQU 93 @0.15 PER PG) | $13.95 |
| 07/23/2004 | RE | Reproduction Expense. [E101] | $2.70 |
| 07/26/2004 | DC | TriState | $15.00 |
| 07/26/2004 | DC | TriState | $315.00 |
| 07/26/2004 | PO | Postage | $337.75 |
| 07/26/2004 | PO | Postage | $2.10 |
| 07/26/2004 | PO | Postage | $31.50 |
| 07/26/2004 | PO | Postage | $1.75 |
| 07/26/2004 | RE | (G7 CORR 257 @0.15 PER PG) | $38.55 |
| 07/26/2004 | RE | (F7 DOC 96 @0.15 PER PG) | $14.40 |
| 07/26/2004 | RE | (F0 AGR 106 @0.15 PER PG) | $15.90 |
| 07/26/2004 | RE | (F0 AGR 2599 @0.15 PER PG) | $389.85 |
| 07/26/2004 | RE | (F4 AGR 4495 @0.15 PER PG) | $674.25 |
| 07/26/2004 | RE | (F2 AGR 2014 @0.15 PER PG) | $302.10 |
| 07/27/2004 | DC | TriState | $21.20 |
| 07/27/2004 | DH | DHL | $12.17 |
| 07/27/2004 | DH | DHL | $12.17 |
| 07/27/2004 | DH | DHL | $29.96 |
| 07/27/2004 | RE | (F0 AGR 42 @0.15 PER PG) | $6.30 |
| 07/27/2004 | RE | (F3 EQU 63 @0.15 PER PG) | $9.45 |
| 07/27/2004 | RE | (F6 DOC 45 @0.15 PER PG) | $6.75 |
| 07/27/2004 | RE | (F2 AGR 872 @0.15 PER PG) | $130.80 |
| 07/27/2004 | RE | (F3 EQU 359 @0.15 PER PG) | $53.85 |
| 07/27/2004 | RE | (F2 AGR 2156 @0.15 PER PG) | $323.40 |
| 07/27/2004 | RE | (F4 CORR 21 @0.15 PER PG) | $3.15 |
| 07/27/2004 | RE | (F4 CORR 44 @0.15 PER PG) | $6.60 |
| 07/27/2004 | RE | (F4 CORR 737 @0.15 PER PG) | $110.55 |
| 07/27/2004 | RE | Reproduction Expense. [E101] | $1.05 |
| 07/27/2004 | RE | Reproduction Expense. [E101] | $1.05 |
| 07/28/2004 | DC | TriState | $13.00 |
| 07/28/2004 | DC | TriState | $315.00 |
| 07/28/2004 | DC | TriState | $23.85 |
| 07/28/2004 | DC | TriState | $23.85 |
| 07/28/2004 | DC | TriState | $15.00 |
| 07/28/2004 | DC | TriState | $54.00 |
| 07/28/2004 | DC | TriState | $54.00 |
| 07/28/2004 | PO | Postage | $1.20 |
| 07/28/2004 | PO | Postage | $6.60 |
| 07/28/2004 | PO | Postage | $800.80 |
| 07/28/2004 | PO | Postage | $3.75 |
| 07/28/2004 | PO | Postage | $6.64 |
| 07/28/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 07/28/2004 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 07/28/2004 | RE | (F8 AGR 240 @0.15 PER PG) | $36.00 |
| 07/28/2004 | RE | (F5 DOC 126 @0.15 PER PG) | $18.90 |
| 07/28/2004 | RE | (F8 AGR 57 @0.15 PER PG) | $8.55 |
| 07/28/2004 | RE | (F6 DOC 1 @0.15 PER PG) | $0.15 |
| 07/28/2004 | RE | (F0 AGR 129 @0.15 PER PG) | $19.35 |
| 07/28/2004 | RE | (F6 AGR 243 @0.15 PER PG) | $36.45 |
| 07/28/2004 | RE | (F4 AGR 677 @0.15 PER PG) | $101.55 |
| 07/28/2004 | RE | (F7 DOC 159 @0.15 PER PG) | $23.85 |
| 07/28/2004 | RE | (F7 DOC 39 @0.15 PER PG) | $5.85 |
| 07/28/2004 | RE | (G7 CORR 773 @0.15 PER PG) | $115.95 |
| 07/28/2004 | RE | (F4 AGR 14 @0.15 PER PG) | $2.10 |
| 07/28/2004 | RE | (F0 AGR 6782 @0.15 PER PG) | $1,017.30 |

**Invoice number   61973**      91100    00001                                      **Page   13**

| 07/28/2004 | RE | (F2 AGR 6723 @0.15 PER PG) | $1,008.45 |
|---|---|---|---|
| 07/28/2004 | RE | (F3 EQU 7985 @0.15 PER PG) | $1,197.75 |
| 07/28/2004 | RE | (F2 AGR 142 @0.15 PER PG) | $21.30 |
| 07/28/2004 | RE | (F2 AGR 2 @0.15 PER PG) | $0.30 |
| 07/29/2004 | DC | TriState | $21.20 |
| 07/29/2004 | DC | Parcels | $22.50 |
| 07/29/2004 | DH | DHL | $23.22 |
| 07/29/2004 | DH | DHL | $12.59 |
| 07/29/2004 | DH | DHL | $12.59 |
| 07/29/2004 | DH | DHL | $23.22 |
| 07/29/2004 | DH | DHL | $14.69 |
| 07/29/2004 | FE | Federal Express [E108] | $15.85 |
| 07/29/2004 | RE | (F6 DOC 59 @0.15 PER PG) | $8.85 |
| 07/29/2004 | RE | (F0 AGR 51 @0.15 PER PG) | $7.65 |
| 07/29/2004 | RE | (F4 AGR 1327 @0.15 PER PG) | $199.05 |
| 07/29/2004 | RE | (F3 EQU 822 @0.15 PER PG) | $123.30 |
| 07/29/2004 | RE | (F4 AGR 887 @0.15 PER PG) | $133.05 |
| 07/29/2004 | RE | (F6 DOC 5 @0.15 PER PG) | $0.75 |
| 07/29/2004 | RE | (F7 DOC 58 @0.15 PER PG) | $8.70 |
| 07/29/2004 | RE | (F7 AGR 186 @0.15 PER PG) | $27.90 |
| 07/29/2004 | RE | (F7 DOC 1 @0.15 PER PG) | $0.15 |
| 07/30/2004 | DC | Parcels | $37.00 |
| 07/30/2004 | DC | Parcels | $69.40 |
| 07/30/2004 | DC | TriState | $15.00 |
| 07/30/2004 | DC | TriState | $117.00 |
| 07/30/2004 | DH | DHL | $9.91 |
| 07/30/2004 | DH | DHL | $9.78 |
| 07/30/2004 | DH | DHL | $9.78 |
| 07/30/2004 | DH | DHL | $18.44 |
| 07/30/2004 | PO | Postage | $7.47 |
| 07/30/2004 | PO | Postage | $9.13 |
| 07/30/2004 | RE | (G7 CORR 27 @0.15 PER PG) | $4.05 |
| 07/30/2004 | RE | (G7 CORR 112 @0.15 PER PG) | $16.80 |
| 07/30/2004 | RE | (F4 AGR 93 @0.15 PER PG) | $13.95 |
| 07/30/2004 | RE | (F4 AGR 1097 @0.15 PER PG) | $164.55 |
| 07/30/2004 | RE | (F6 DOC 27 @0.15 PER PG) | $4.05 |
| 07/30/2004 | RE | (F5 DOC 100 @0.15 PER PG) | $15.00 |
| 07/30/2004 | RE | (F7 DOC 50 @0.15 PER PG) | $7.50 |
| 07/30/2004 | RE | (F7 DOC 31 @0.15 PER PG) | $4.65 |
| 07/30/2004 | RE | (F5 DOC 97 @0.15 PER PG) | $14.55 |
| 07/30/2004 | RE | (F7 DOC 1 @0.15 PER PG) | $0.15 |
| 07/30/2004 | RE | (F7 DOC 1 @0.15 PER PG) | $0.15 |
| 07/30/2004 | RE | (F4 AGR 80 @0.15 PER PG) | $12.00 |
| 07/30/2004 | RE | (F3 EQU 168 @0.15 PER PG) | $25.20 |
| 07/30/2004 | RE | (F4 MOT 200 @0.15 PER PG) | $30.00 |
| 07/30/2004 | RE | (F7 DOC 2 @0.15 PER PG) | $0.30 |

**Total Expenses:**                    **$24,458.32**

## Summary:

| | |
|---|---|
| Total professional services | $18,385.50 |
| Total expenses | $24,458.32 |
| | ———— |
| Net current charges | $42,843.82 |

**Invoice number  61973**     91100   00001                                   **Page   14**

Net balance forward                                            $151,283.77

**Total balance now due**                                      $194,127.59
Remaining Trust Account Balance

## Billing Summary

| | | | | |
|---|---|---|---|---|
| ARP | Paul, Andrea R. | 2.00 | $60.00 | $120.00 |
| BDC | Campbell, Bruce Dean | 4.50 | $140.00 | $630.00 |
| CAH | Hehn, Curtis A. | 1.10 | $320.00 | $352.00 |
| CMS | Shaeffer, Christina M. | 2.10 | $60.00 | $126.00 |
| DNM | Morton, Donna N. | 1.00 | $55.00 | $55.00 |
| DWC | Carickhoff, David W | 32.50 | $320.00 | $10,400.00 |
| LAG | Gilbert, Laurie A. | 0.50 | $145.00 | $72.50 |
| LDJ | Jones, Laura Davis | 0.70 | $595.00 | $416.50 |
| PEC | Cuniff, Patricia E. | 29.40 | $140.00 | $4,116.00 |
| RMO | Olivere, Rita M. | 0.90 | $75.00 | $67.50 |
| SEM | McFarland, Scotta E. | 0.10 | $425.00 | $42.50 |
| WLR | Ramseyer, William L. | 5.30 | $375.00 | $1,987.50 |
| | | 80.10 | | $18,385.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | ASSET DISPOSITION [B130] | 3.90 | $1,140.00 |
| CA | CASE ADMINISTRATION [B110] | 21.60 | $2,552.50 |
| CR01 | WRG-CLAIM ANALYSIS (ASBESTOS) | 0.20 | $64.00 |
| CR02 | WRG CLAIM ANALYSIS NONASBESTOS | 4.50 | $1,386.00 |
| EA01 | WRG- EMPLOY. APP. , OTHERS | 3.50 | $1,120.00 |
| EB | EMPLOYEE BENEFIT/PENSION- B220 | 2.20 | $704.00 |
| FA | WRG-FEE APPS., APPLICANT | 8.10 | $2,681.50 |
| FA01 | WRG-FEE APPLICATIONS, OTHERS | 16.20 | $2,898.00 |
| LN | LITIGATION (NON-BANKRUPTCY] | 19.90 | $5,839.50 |
| | | 80.10 | $18,385.50 |

## Expense Code Summary

| | |
|---|---|
| Conference Call [E105] | $1,247.12 |
| Delivery/Courier Service | $4,609.55 |
| DHL- Worldwide Express | $724.38 |
| Federal Express [E108] | $55.55 |
| Fax Transmittal. [E104] | $1,574.00 |
| Postage [E108] | $2,578.14 |
| Reproduction Expense. [E101] | $13,623.60 |
| Overtime | $45.98 |

$24,458.32