*Re items 4*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

Objection Deadline: September 10, 2004
Hearing Date: September 27, 2004 at noon

## ORDER APPROVING THE PRIVILEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMBS COMPANIES

Upon consideration of the Debtors' Motion for the Entry of an Order Approving the Privileged and Confidential Settlement Agreement and Release with the KWELMBS Companies (the "Motion"); and due and proper notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, it is hereby ORDERED that:

1. The Motion is granted.

2. The KWELMBS Settlement Agreement is herby approved.[1]

3. The Debtors are authorized, but not required, to take whatever action may be necessary to consummate the transactions contemplated by the KWELMBS Settlement Agreement.

4. The disposition of any consideration received by the Debtors, on account of the KWELMBS Settlement Agreement, shall be governed by a separate order of the Court.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

C:\NrPortbl\LEGAL\SBLATNIC\9853090_1.DOC

5. To the extent that the Debtors receive any such consideration before the Court enters an order concerning its disposition, the Debtors shall hold the consideration in a separate interest-bearing account pending further order of the Court.

6. This Order, which is final, is effective immediately upon its entry.

7. Argument on the use of proceeds is continued to the Oct. 25, 2004, omnibus hearing.

Wilmington, Delaware
Dated: 9/27/04

_____
Honorable Judith K. Fitzgerald
U. S. Bankruptcy Judge