IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & CO., et al.,<br><br><br>("the Debtors") | In proceedings for Reorganization under Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Primex Plastics Corp a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Primex Plastics Corp
PO Box 663619
Indianapolis, IN 46266

**New Address**

Primex Plastics Corp
1235 North F Street
Richmond, IN 47374

Dated: 9/27/2004

Respectfully submitted,

By: PRIMEX PLASTICS CORPORATION

Signature: [signature]

Print Name: FRANK H. CARDINI

Title: EVP & CFO