# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

W.R. Grace & CO., *et al.*,

("the Debtors")

In proceedings for Reorganization under Chapter 11

Case No. 01-1139 (JKF)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Primex Plastics Corp a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Primex Plastics Corp
PO Box 663619
Indianapolis, IN 46266

**New Address**

Primex Plastics Corp
1235 North F Street
Richmond, IN 47374

Dated: _____9/27/2004_____

Respectfully submitted,

By: _____PRIMEX PLASTICS CORPORATION_____

Signature: _____Frank H. Cardini_____

Print Name: _____FRANK H. CARDINI_____

Title: _____EVP + CFO_____