**File a Claim action:**
01-01139-JKF W.R. GRACE & CO.

# U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Garabato, Sid J. entered on 9/28/2004 at 12:52 PM EDT and filed on 9/28/2004
**Case Name:** W.R. GRACE & CO.
**Case Number:** 01-01139-JKF
**Document Number:** 6481

**Docket Text:**
Notice of Appearance *re: Notice of Creditor's Change of Address* Filed by Primex Plastics Corp. (Garabato, Sid)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\SGarabato\WRGRACE\NoticeCreditorAddress - Primex Plastics.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/28/2004] [FileNumber=3013021-0]
[94badf0e830b4a9a2fc7b2b6e55517f2535281a4995ab8178f2af8a8fe4006081883
c2096cb3af2bcbfa19d02d9eda2b3d59da056180b7ac2f70dcffa42c12ce]]

**01-01139-JKF Notice will be electronically mailed to:**

Peter M. Acton    pacton@nutter.com,

James R. Adams    RBGROUP@rlf.com

David G. Aelvoet    davida@publicans.com,

Elio Battista    battista@blankrome.com

Neil Matthew Berger    neilberger@teamtogut.com,
gdiconza@teamtogut.com;msmith@teamtogut.com;dperson@teamtogut.com;jhartman@teamtogut.com;vkarasz@team

Ian Connor Bifferato    bankruptcy@bbglaw.com

Peter Douglas Bilowz    ,

Kevin F. Brady    kfbrady@skadden.com, debank@skadden.com

Charles J. Brown    bankruptcyemail@elzufon.com