IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors, | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary No. 01-771 |
| | ) | |
| MARGARET CHAKARIAN, et al., | ) | |
| and John Does 1-1000, | ) | |
| | ) | |
| Defendants. | ) | |

**SECOND AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 30, 2004, AT 2:00 P.M. IN PITTSBURGH,
PENNSYLVANIA BEFORE THE HONORABLE JUDITH K. FITZGERALD[1]**

**UNCONTESTED MATTERS**

1.      Motion of the Scotts Company for Temporary Stay of the Rand Action Set for
        Trial October 11, 2004 (Adv. Pro. No. 01-771, Docket No. 271)

        Related Documents:

        a.      [Proposed] Order (Adv. Pro. No. 01-771, Docket No. 271)

        b.      Order Scheduling Hearing on Motion in Pittsburgh, PA on
                September 30, 2004 at 2:00 p.m. (Adv. Pro. No. 01-771, Docket
                No. 276)

        Response Deadline: September 20, 2004 at 4:00 p.m.

---

[1] Parties wishing to participate telephonically at this hearing should contact Loray Calhoun at
elcalhoun@vssp.com .

Responses Received:

    a.    Response of Maryland Casualty Company to Motion of the Scotts Company for Temporary Stay of the Rand Action Set for Trial on October 11, 2004 (Adv. Pro. No. 01-771, Docket No. 277)

    b.    Carlton and Ellen Rand's Response to the Motion of the Scotts Company for Temporary Stay of the Rand Action Set for Trial October 11, 2004 (Adv. Pro. No. 01-771, Docket No. 278)

    c.    Debtors' Response in Support of the Scotts Company's Motion for Temporary Stay of the Rand Action (Adv. Pro. No. 01-771, Docket No. 280)

    d.    Amended Response of Donald and Judith Webber to the Motion of the Scotts Company for Temporary Stay of the Rand Action Set for Trial October 11, 2004 (Adv. Pro. No. 01-771, Docket No. 284)

    e.    **Motion of The Scotts Company for an Order Granting Authority Pursuant to Delaware Local Bankruptcy Rule 9006-1(d), to File Reply Papers (Adv. Pro. No. 01-771, Docket No. 287)**

        i.    **Reply in Support of Motion of The Scotts Company for Temporary Stay of the Rand Action Set for Trial October 11, 2004 (Adv. Pro. No. 01-771, Docket No. 287)**

Status: This matter will be going forward.

Dated: September 28, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

*David Carickhoff w/permission*

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors, | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary No. 01-771 |
| | ) | |
| MARGARET CHAKARIAN, et al., | ) | |
| and John Does 1-1000, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 28th day of September 2004 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

-2-

**Second Amended Notice of Agenda of Matters Scheduled for Hearing on September 30, 2004 at 2:00 p.m. in Pittsburgh, Pennsylvania Before the Honorable Judith K. Fitzgerald**

_____

Karina Yee

Sworn to and subscribed before
me this 28ᵗʰ day of September, 2004

_____
Notary Public
My Commission Expires: 03-21-06

-2-

Grace Facsimile Service List for Emergency Hearing
Case No. 01-1139
September 28, 2004
Document # 100226
22 – Facsimile


*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
(Counsel for The Scotts Company)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 312-861-2200*
James H.M. Sprayregen, P.C.
(Counsel to Debtor)
(Special Request)

*Facsimile 312-660-0624*
James Kapp, III, Esquire
(Counsel to Debtor)
(Special Request)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-573-6497*
Frank J. Perch, Esquire
(United States Trustee)
(Special Request)

*Facsimile 410-531-4545*
David B. Siegel
(W. R. Grace & Co.)
(Special Request)

*Facsimile 302-652-5338*
William Sparks, Esquire
(Counsel to W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 302-552-4295*
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-655-4210*
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future Claimants'
Representative)

*Facsimile 202-424-7643*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future Claimants'
Representative)

*Facsimile 302-656-8920*
Bernard George Conaway, Esquire
(Counsel to Donald and Judith Webber)

*Facsimile 614-464-6350*
Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
(Counsel to The Scotts Company)