# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

September 23, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  83949

FOR PROFESSIONAL SERVICES RENDERED
THROUGH August 31, 2004

RE:    01- Case Administration

Atty - SLB
Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 08/03/04 | SLB | 0.90 | 495.00 | Email exchange with N. Finch regarding disclosure of insurance matters to FCR and review disclosure materials (.9). |
| 08/03/04 | JMS | 0.40 | 116.00 | Review docket and update pending matters |
| 08/04/04 | JMS | 0.90 | 261.00 | Review news article regarding asbestos x-ray testing |
| 08/05/04 | ASD | 0.50 | 145.00 | Research regarding Academic Cardiology Study (.2); review study (.3). |
| 08/06/04 | SLB | 0.30 | 165.00 | Email to and from PD Committee members regarding J. Wolin call (.3). |
| 08/06/04 | JMS | 0.20 | 58.00 | Telephone conference with J. Hass regarding meeting |
| 08/10/04 | JMS | 0.50 | 145.00 | Review docket (.3); letter to G. Boyer regarding June operating report (.2) |
| 08/11/04 | SLB | 0.30 | 165.00 | Review numerous orders received (.3). |
| 08/11/04 | AJ | 1.60 | 176.00 | Pull Court Docket (.3) Pull requested pleadings for J. Sakalo (1.3) |
| 08/12/04 | AJ | 1.40 | 154.00 | Pull Court Docket (.3) Pull requested pleadings for J. Sakalo (1.1) |
| 08/13/04 | AJ | 0.30 | 33.00 | Pull Court Docket |
| 08/16/04 | SLB | 0.20 | 110.00 | Telephone call to T. Taconnelli regarding local practice issue (.2). |
| 08/16/04 | JMS | 1.00 | 290.00 | Review agenda and email to S. Baena regarding hearing (.4); review proposed order regarding ADR procedure (.3); telephone conference with G. Boyer regarding meeting with Debtors (.3) |
| 08/17/04 | ASD | 0.40 | 116.00 | Review of objection to ADR motion (.2); review of debtors motion for leave (.2). |
| 08/17/04 | ASD | 0.30 | 87.00 | Review ten orders of court from hearing (.3). |
| 08/17/04 | ASD | 0.30 | 87.00 | Review of motion to show why not in contempt (.3). |
| 08/17/04 | AJ | 1.20 | 132.00 | Pull Court Docket for J. Sakalo (.3) Pull requested pleadings for J. Sakalo (.9) |
| 08/19/04 | SLB | 0.70 | 385.00 | Telephone conference with Committee (.3); interoffice conference with M. Mora regarding agreement on reimbursement motion (.4). |
| 08/19/04 | AJ | 1.90 | 209.00 | Pull Court Docket for J. Sakalo (.3) Pull requested pleadings for J. Sakalo (.2) Prepare Notebooks for upcoming hearings for J. Sakalo (1.4) |
| 08/20/04 | AJ | 1.40 | 154.00 | Prepare hearing notebooks for J. Sakalo (1.4) |
| 08/24/04 | ASD | 1.10 | 319.00 | Review reply relating to proposed bar date materials filed in OC bankruptcy for personal injury claims and exhibits attended thereto (1.1). |
| 08/24/04 | ASD | 0.30 | 87.00 | Create committee list and forward to debtors (.3). |
| 08/24/04 | AJ | 0.30 | 33.00 | Pull court docket for A. Danzeisen |
| 08/25/04 | ASD | 1.00 | 290.00 | Review of motion for entry of orders authorizing enhanced severance to newly hired executives (.3); review of the motion to approve the KWELMB settlement (.5); review motion for order approving settlement and release with AKZO Nobel, Inc. (.2). |
| 08/25/04 | ASD | 0.20 | 58.00 | Telephone conference with M. Hurford regarding futures appeal; email Huron with PDF of document. |
| 08/26/04 | SLB | 0.90 | 495.00 | Telephone call from M. Dies regarding Rule 2019 order (.4); review 2019 order and proposed memo to committee (.5). |
| 08/26/04 | JMS | 1.50 | 435.00 | Email to Committee regarding 2019 order (.5); emails with M. Dies thereon (.4); address status report issues (.6) |
| 08/26/04 | AJ | 0.80 | 88.00 | Pull court docket for A. Danzeisen (.3) Pull requested pleadings (.5) |
| 08/27/04 | ASD | 0.20 | 58.00 | Review of motion to increase budget (.2). |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 2

| 08/27/04 | ASD | 0.50 | 145.00 | Research regarding status of asbestos legislation (.5). |
|---|---|---|---|---|
| 08/27/04 | SLB | 1.10 | 605.00 | Review status report to discuss with client (.4); memo to D. Speights and M. Dies regarding status reports and email exchange regarding same (.7). |
| 08/27/04 | JMS | 2.10 | 609.00 | Multiple emails with Ed Westbrook regarding Rule 2019 order (.6); email from M. Dies regarding same (.2); respond to inquiries regarding stock price (.7); review Fortune article (.6) |
| 08/30/04 | ASD | 0.40 | 116.00 | Review of Pope response (.3); email committee chair regarding (.1). |
| 08/30/04 | SLB | 3.50 | 1,925.00 | Email from and to D. Speights regarding meeting with D. Austern (.3); email from M. Dies regarding status report to court (.2); review appellees brief in Austern appointment appeal (.9); email to D. Speights regarding meeting with M. Brodsky (.1); review brief of ACC in Austern appointment appeal (1.2); email from and to D. Speights regarding status reports (.2); email to and from D. Speights regarding ZAI motion to increase fee cap (.2); review motion for such relief (.2); interoffice conference with J. Sakalo regarding reply brief/FCR (.2). |
| 08/30/04 | JMS | 2.10 | 609.00 | Emails to and from Ed Westbrook regarding 2019 statement (.3); email from D. Speights regarding status, review record and response email (.8); review amended 2019 order and email to Committee thereon (.7); telephone conference with D. Speights thereon (.3) |
| 08/30/04 | WV | 0.20 | 22.00 | Pull docket. |
| 08/31/04 | ASD | 0.70 | 203.00 | Review motions relating to proposal settlements (.7). |
| 08/31/04 | JMS | 1.30 | 377.00 | Telephone conference with D. Speights regarding status of pending matters (.6); emails from and to E. Westbrook regarding questions regarding Rule 2019 issues and conferences with S. Baena thereon (.7) |

PROFESSIONAL SERVICES                                                                 $9,957.00

COSTS ADVANCED

| 06/10/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 806963976; DATE: 6/30/2004 - Westlaw Charges | 16.67 |
|---|---|---|
| 06/17/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 4/01/04-6/30/04; DATE: 6/30/2004 - Pacer | 2.03 |
| 06/30/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 806963976; DATE: 6/30/2004 - Westlaw Charges | 288.31 |
| 06/30/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 4/01/04-6/30/04; DATE: 6/30/2004 - Pacer | 239.75 |
| 06/30/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 4/01/04-6/30/04; DATE: 6/30/2004 - Pacer | 102.69 |
| 07/15/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4071861509; DATE: 7/18/2004 - Acct.#BILZIN01 | 25.19 |
| 07/20/04 | MealsVENDOR: PERRICONE'S MARKETPLACE; INVOICE#: 81660-07/20/04; DATE: 7/20/2004 - Clients | 81.34 |
| 07/29/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4080162873; DATE: 8/1/2004 - Acct.#BILZIN01 | 26.21 |
| 08/02/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4080863338; DATE: 8/8/2004 - Acct.#BILZIN01 | 19.61 |
| 08/03/04 | Photocopies 6.00pgs @ .15/pg | 0.90 |
| 08/04/04 | Long Distance Telephone(409) 883-4394 | 13.86 |
| 08/05/04 | Long Distance Telephone(310) 645-9000 | 0.99 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

| | | |
|---|---|---:|
| 08/05/04 | Long Distance Telephone(617) 482-3700 | 1.98 |
| | Long Distance Telephone-Outside Services VENDOR: CONNECT- | |
| 08/05/04 | US COMMUNICATIONS LLC; INVOICE#: 4080863338; DATE: | 15.45 |
| | 8/8/2004 - Acct.#BILZIN01 | |
| 08/06/04 | Long Distance Telephone(312) 861-2000 | 12.87 |
| 08/06/04 | Long Distance Telephone(409) 883-4394 | 0.99 |
| 08/10/04 | Long Distance Telephone(843) 727-6500 | 0.99 |
| 08/10/04 | Long Distance Telephone(409) 779-0523 | 1.98 |
| 08/10/04 | Long Distance Telephone(215) 665-2147 | 7.92 |
| 08/10/04 | Long Distance Telephone(409) 779-0523 | 19.80 |
| 08/10/04 | Long Distance Telephone(215) 772-1500 | 18.81 |
| 08/10/04 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 08/11/04 | Photocopies 2.00pgs @ .15/pg | 0.30 |
| 08/11/04 | Long Distance Telephone(312) 861-2248 | 7.92 |
| 08/11/04 | Long Distance Telephone(409) 383-0494 | 17.82 |
| 08/11/04 | Long Distance Telephone(215) 772-1500 | 20.79 |
| | Federal Express VENDOR: FEDERAL EXPRESS CORP. | |
| 08/11/04 | INVOICE#: 196098608 DATE: 8/16/2004 | 11.94 |
| | Long Distance Telephone-Outside Services VENDOR: CONNECT- | |
| 08/12/04 | US COMMUNICATIONS LLC; INVOICE#: 4081563574; DATE: | 18.18 |
| | 8/15/2004 - Firm - Acct.#BILZIN01 | |
| 08/13/04 | Photocopies 12.00pgs @ .15/pg | 1.80 |
| 08/13/04 | Long Distance Telephone(409) 883-4394 | 21.78 |
| 08/17/04 | Long Distance Telephone(212) 813-1703 | 7.92 |
| 08/17/04 | Long Distance Telephone(302) 575-1555 | 3.96 |
| 08/17/04 | Long Distance Telephone(409) 883-4394 | 27.72 |
| 08/17/04 | Long Distance Telephone(803) 943-6047 | 22.77 |
| 08/18/04 | Long Distance Telephone(302) 575-1555 | 6.93 |
| 08/19/04 | Long Distance Telephone(843) 727-6513 | 0.99 |
| 08/19/04 | Long Distance Telephone(843) 727-6513 | 1.98 |
| 08/20/04 | Photocopies 756.00pgs @ .15/pg | 113.40 |
| 08/20/04 | Long Distance Telephone(212) 813-1703 | 1.98 |
| | Long Distance Telephone-Outside Services VENDOR: CONNECT- | |
| 08/22/04 | US COMMUNICATIONS LLC; INVOICE#: 4082264023; DATE: | 13.20 |
| | 8/22/2004 - Firm - Acct.#BILZIN01 | |
| 08/23/04 | Long Distance Telephone(312) 861-2000 | 0.99 |
| 08/24/04 | Photocopies 2.00pgs @ .15/pg | 0.30 |
| 08/24/04 | Long Distance Telephone(803) 943-4444 | 2.97 |
| 08/25/04 | Long Distance Telephone(302) 426-1900 | 1.98 |
| 08/26/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 08/26/04 | Long Distance Telephone(803) 943-4444 | 1.98 |

**TOTAL COSTS ADVANCED**                                                    $1,210.91

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| Baena, Scott L | 7.90 | $550.00 | $4,345.00 |
| Danzeisen, Allyn S | 5.90 | $290.00 | $1,711.00 |
| Sakalo, Jay M | 10.00 | $290.00 | $2,900.00 |
| Van Dijk, Wendy | 0.20 | $110.00 | $22.00 |
| Josephs, Adam | 8.90 | $110.00 | $979.00 |
| *TOTAL* | *32.90* | | *$9,957.00* |

## MATTER SUMMARY OF COSTS ADVANCED

| Photocopies | $116.70 |
|---|---|
| Federal Express | $11.94 |
| Long Distance Telephone | $233.64 |
| Long Distance Telephone-Outside Services | $117.84 |
| Meals | $81.34 |
| Pacer - Online Services | $344.47 |
| Westlaw-Online Legal Research | $304.98 |
| TOTAL | $1,210.91 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$11,167.91**

| | | | | | | Atty - SLB |
|---|---|---|---|---|---|---|
| RE: | 02 - Debtors' Business Operations | | | | | Client No. 74817/15538 |

| 08/17/04 | JMS | 0.20 | 58.00 | Review quarterly reports of sales and settlements | |
|---|---|---|---|---|---|

PROFESSIONAL SERVICES                                                                                           $58.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $290.00 | $58.00 |
| *TOTAL* | *0.20* | | *$58.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                   **$58.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 6

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 03 - Creditors Committee | | Client No. 74817/15539 |

| Date | Init | Hours | Amount | Description |
|---|---|---|---|---|
| 08/03/04 | ASD | 0.40 | 116.00 | Update Committee member information (.4). |
| 08/05/04 | ASD | 0.30 | 87.00 | Email regarding new PI study. |
| 08/05/04 | ASD | 0.80 | 232.00 | Prepare for and attend Committee call (.8). |
| 08/05/04 | SLB | 0.70 | 385.00 | Prepare for Committee call/agenda (.2); Telephone conference with Committee (.5). |
| 08/05/04 | JMS | 0.30 | 87.00 | Prepare for and attend committee call |
| 08/11/04 | JMS | 0.30 | 87.00 | Review news article regarding 401(k) lawsuit |
| 08/12/04 | SLB | 0.80 | 440.00 | Telephone conference with Committee (.4); email to D. Scott and E. Westbrook regarding meeting (.2); email to Committee confirming details of meeting (.2). |
| 08/12/04 | JMS | 0.60 | 174.00 | Email to Committee regarding call (.2); committee call (.4) |
| 08/19/04 | JMS | 0.40 | 116.00 | Committee call |
| 08/23/04 | ASD | 0.80 | 232.00 | Review email regarding Committee issues (.1); email Committee members regarding upcoming meeting (.2); review response from Committee (.3); update Committee list and forward to Jay Sakalo (.2). |
| 08/23/04 | SLB | 0.40 | 220.00 | Email to committee regarding status report on hearing and replies thereto from D. Speights (.4). |
| 08/24/04 | ASD | 0.40 | 116.00 | Review email from Committee member (.1); respond to Committee chairman inquiry (.3). |
| 08/24/04 | JMS | 3.20 | 928.00 | Meeting with advisors |
| 08/26/04 | ASD | 0.50 | 145.00 | Prepare for and attend Committee call (.5). |
| 08/26/04 | SLB | 0.30 | 165.00 | Telephone conference with committee (.3). |
| 08/26/04 | JMS | 0.30 | 87.00 | Committee call |

**PROFESSIONAL SERVICES** $3,617.00

**COSTS ADVANCED**

| 08/03/04 | Long Distance Telephone(617) 482-3700 | 2.97 |
|---|---|---|

**TOTAL COSTS ADVANCED** $2.97

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.20 | $550.00 | $1,210.00 |
| Danzeisen, Allyn S | 3.20 | $290.00 | $928.00 |
| Sakalo, Jay M | 5.10 | $290.00 | $1,479.00 |
| *TOTAL* | *10.50* | | *$3,617.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| Long Distance Telephone | $2.97 |
|---|---|
| TOTAL | $2.97 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$3,619.97**

|        |       |                                 |        |                                     | Atty - SLB              |
|--------|-------|---------------------------------|--------|-------------------------------------|-------------------------|
| RE:    |       | 04 - Retention of Professionals |        |                                     | Client No. 74817/15540  |

| 08/31/04 | SLB | 0.40 | 220.00 | Attention to motion to provide new severance program for executives and memo to J. Sakalo regarding same (.4). |
|----------|-----|------|--------|----------------------------------------------------------------------------------------------------------------|

**PROFESSIONAL SERVICES** $220.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER     | HOURS | RATE     | TOTAL    |
|----------------|-------|----------|----------|
| Baena, Scott L | 0.40  | $550.00  | $220.00  |
| *TOTAL*        | *0.40* |          | *$220.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$220.00**

|  |  |  |  |  | Atty - SLB |
|---|---|---|---|---|---|
| RE: | | 07 - Applicant's Fee Application | | | Client No. 74817/15543 |

| 08/05/04 | LMF | 2.40 | 288.00 | Draft of quarterly application for Bilzin for April 2004 through June 2004 (2.4). |
|---|---|---|---|---|
| 08/06/04 | LMF | 1.20 | 144.00 | Continue drafting and completing exhibits to quarterly fee application (1.2). |
| 08/09/04 | LMF | 1.30 | 156.00 | Continue working on quarterly application and discrepancies with exhibits (1.3). |
| 08/10/04 | LMF | 0.50 | 60.00 | Confirm filing date of Bilzin's quarterly application for 12th interim period and advise fee auditor and attorneys (.5). |
| 08/10/04 | JMS | 0.40 | 116.00 | Emails with fee auditor regarding status of responses and email to L. Flores thereon |
| 08/17/04 | LMF | 2.40 | 288.00 | Complete quarterly application and description of services (2.4). |
| 08/25/04 | LMF | 1.20 | 144.00 | Finalize quarterly applications and attend to filing same (1.2). |

**PROFESSIONAL SERVICES** $1,196.00

**COSTS ADVANCED**

| 06/21/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 4/01/04-6/30/04; DATE: 6/30/2004 - Pacer | 54.67 |
|---|---|---|

**TOTAL COSTS ADVANCED** $54.67

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $290.00 | $116.00 |
| Flores, Luisa M | 9.00 | $120.00 | $1,080.00 |
| *TOTAL* | *9.40* | | *$1,196.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| Pacer - Online Services | $54.67 |
|---|---|
| TOTAL | $54.67 |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER** $1,250.67

| | | | | Atty - SLB |
|---|---|---|---|---|
| RE: | 08 - Hearings | | | Client No. 74817/15544 |

| | | | | |
|---|---|---|---|---|
| 08/23/04 | SLB | 2.50 | 1,375.00 | Attend omnibus hearing (1.5); conference with local counsel prior to hearing (1.0). |
| 08/23/04 | JMS | 2.50 | 725.00 | Attend omnibus hearing (2.0); attend Owens Corning (1/2 time with USG) (.5) |

**PROFESSIONAL SERVICES**                                                                                    $2,100.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.50 | $550.00 | $1,375.00 |
| Sakalo, Jay M | 2.50 | $290.00 | $725.00 |
| *TOTAL* | *5.00* | | *$2,100.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                      **$2,100.00**

|  |  |  |  |  |  | Atty - SLB |
|---|---|---|---|---|---|---|
| RE: | | 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | | | | Client No. 74817/15545 |

| 08/02/04 | JMS | 0.80 | 232.00 | Emails regarding insurance stipulation from Sealed Air trial (.4); review file thereon (.4) |
|---|---|---|---|---|
| 08/03/04 | JMS | 0.70 | 203.00 | Continue review of insurance data, information |

**PROFESSIONAL SERVICES**                                                      $435.00

**COSTS ADVANCED**

| 08/25/04 | Photocopies 35.00pgs @ .15/pg | 5.25 |
|---|---|---|

**TOTAL COSTS ADVANCED**                                                        $5.25

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.50 | $290.00 | $435.00 |
| *TOTAL* | *1.50* | | *$435.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| Photocopies | $5.25 |
|---|---|
| TOTAL | $5.25 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**        $440.25

| | | | | Atty - SLB |
|---|---|---|---|---|
| RE: | 10 - Travel | | | Client No. 74817/15546 |

| | | | | |
|---|---|---|---|---|
| 08/22/04 | JMS | 2.50 | 725.00 | (Non-Working) Travel to Philadelphia (1/2 time with USG) |
| 08/23/04 | SLB | 4.50 | 2,475.00 | Travel to Wilmington for hearing [time split with USG] (2.0); travel to Washington, DC for meeting with Debtor (2.5). |
| 08/23/04 | JMS | 1.50 | 435.00 | Non-working travel to Washington for meeting with Debtors |
| 08/25/04 | SLB | 4.00 | 2,200.00 | Return to Miami (4.0). |
| 08/25/04 | JMS | 1.80 | 522.00 | (Non-Working) Return to Miami |

**PROFESSIONAL SERVICES**      $6,357.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 8.50 | $550.00 | $4,675.00 |
| Sakalo, Jay M | 5.80 | $290.00 | $1,682.00 |
| *TOTAL* | *14.30* | | *$6,357.00* |

Less 50% Discount on Travel      -$3,178.50

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**      **$3,178.50**

RE:    12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)

| 08/04/04 | ASD | 0.20 | 58.00  | Review six omnibus objection. |
| 08/04/04 | JMS | 0.40 | 116.00 | Review sixth omnibus objection |
| 08/17/04 | JMS | 0.80 | 232.00 | Review motion to clarify ADR procedures |

**PROFESSIONAL SERVICES**                                                 $406.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.20 | $290.00 | $58.00 |
| Sakalo, Jay M | 1.20 | $290.00 | $348.00 |
| *TOTAL* | *1.40* | | *$406.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$406.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 18 - Plan & Disclosure Statement |  |  | Client No. 74817/15554 |

| | | | | |
|---|---|---|---|---|
| 08/06/04 | JMS | 2.60 | 754.00 | Conference with S. Baena regarding telephone conference with D. Bernick (.5); review Plan issues raised by the committee (2.1) |
| 08/09/04 | SLB | 0.60 | 330.00 | Telephone conference with M. Dies regarding meeting with Debtors and email from and to M. Dies regarding same (.4); email to, from and to D. Bernick regarding same (2). |
| 08/10/04 | SLB | 1.40 | 770.00 | Telephone call from M. Dies regarding meeting (.2) email to Dies and Speights regarding same (.3); email to Bernick regarding same (.1); telephone conference with D. Speights and M. Dies regarding same (.5); email and voice mail to D. Bernick regarding plan matters (.3). |
| 08/10/04 | JMS | 2.10 | 609.00 | Conference with S. Baena regarding meeting with Debtors and review email thereon (.4); review filings in Owens Corning (1/2 time with USG) (1.2); telephone conference with S. Baena, D. Speights, M. Dies regarding meeting with Debtors (.5) |
| 08/11/04 | SLB | 0.80 | 440.00 | Telephone conference with Speights and Dies regarding meeting with debtors (.5); telephone conference with D. Bernick regarding same (.3). |
| 08/11/04 | JMS | 0.50 | 145.00 | Telephone conference with M. Dies, D. Speights regarding meeting with Debtors |
| 08/12/04 | JMS | 0.30 | 87.00 | Emails regarding meeting with Debtors |
| 08/17/04 | JMS | 0.20 | 58.00 | Telephone conference with G. Boyer regarding meeting with Debtors |
| 08/19/04 | JMS | 0.80 | 232.00 | Telephone conference with J. Schwartz regarding meeting with Debtors (.4); telephone conference with R. Turkewitz regarding meeting with Debtors (.4) |
| 08/20/04 | JMS | 0.80 | 232.00 | Review Owens Corning withdrawal of reference for personal injury claims (.6); telephone conference with G. Boyer regarding meeting with Debtors (.2) |
| 08/23/04 | JMS | 1.30 | 377.00 | Work on preparations for meeting with Debtors including multiple emails with Committee members thereon |
| 08/24/04 | SLB | 2.00 | 1,100.00 | Dinner meeting with professionals and committee members (2.0). |
| 08/25/04 | SLB | 6.00 | 3,300.00 | Pre-meeting conference with committee and professionals (1.5); meeting with debtors (4.5). |
| 08/25/04 | JMS | 6.50 | 1,885.00 | Meeting with Committee and Debtors regarding proposed Plan of Reorganization |
| 08/26/04 | SLB | 0.30 | 165.00 | Telephone call from D. Speights regarding DC meeting (.3). |
| 08/27/04 | JMS | 1.10 | 319.00 | Review matters raised in meeting with Debtors regarding plan of reorganization |
| 08/29/04 | JMS | 0.40 | 116.00 | Email from R. Frankel regarding meeting with Future Claimants' Representative |

**PROFESSIONAL SERVICES**                                                                 $10,919.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 11.10 | $550.00 | $6,105.00 |
| Sakalo, Jay M | 16.60 | $290.00 | $4,814.00 |
| *TOTAL* | *27.70* | | *$10,919.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**                    $10,919.00

|  |  |  |  |  | Atty - SLB |
|--|--|--|--|--|--|
| RE: | | 27 - Litigation Consulting | | | Client No. 74817/15563 |

| 08/03/04 | JMS | 0.80 | 232.00 | Review Owens Corning motion to withdraw response (1/2 time with USG) |
|--|--|--|--|--|
| 08/06/04 | JMS | 0.50 | 145.00 | Review academic article regarding chest x-rays (1/2 time with USG) |
| 08/10/04 | JMS | 0.70 | 203.00 | Telephone conference with J. Cohn regarding Future Claimants Representative appeal (.3); review draft stipulation and email to J. Baer and J. Cohn thereon (.4) |
| 08/17/04 | JMS | 1.10 | 319.00 | Review pleadings in Owens Corning (1/2 time with USG) |
| 08/17/04 | TQW | 3.20 | 688.00 | Research into vacating a motion to withdraw the reference. |
| 08/18/04 | TQW | 5.70 | 1,225.50 | Research and email memo into directed references to the bankruptcy court. |
| 08/19/04 | TQW | 0.40 | 86.00 | Finalize research and forward to J. Sakalo. |
| 08/27/04 | JMS | 0.80 | 232.00 | Review Debtors' response brief regarding Future Claimants Representative appeal |
| 08/30/04 | JMS | 1.40 | 406.00 | Review personal injury response brief to appeal of Future Claimants' Representative order (.7); discuss with S. Baena (.4); email to Committee regarding personal injury response and Debtors' response (.3) |

**PROFESSIONAL SERVICES** $3,536.50

**COSTS ADVANCED**

| 08/19/04 | Photocopies 31.00pgs @ .15/pg | 4.65 |
|--|--|--|

**TOTAL COSTS ADVANCED** $4.65

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|--|--|--|--|
| Sakalo, Jay M | 5.30 | $290.00 | $1,537.00 |
| Woodard,TerRance Q | 9.30 | $215.00 | $1,999.50 |
| *TOTAL* | *14.60* | | *$3,536.50* |

**MATTER SUMMARY OF COSTS ADVANCED**

| Photocopies | $4.65 |
|--|--|
| TOTAL | $4.65 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $3,541.15

Atty - SLB
RE: 30 - Fee Application of Others

Client No. 74817/17781

| | | | | |
|---|---|---|---|---|
| 08/04/04 | ASD | 0.60 | 174.00 | Review of 3 fee applications (.2); review 7 fee auditor reports (.4). |
| 08/04/04 | JMS | 0.80 | 232.00 | Review nine final reports (.5) review K &E motion for payment of holdbacks (.3) |
| 08/09/04 | SLB | 0.20 | 110.00 | Review Kirkland motion for hold backs (2). |
| 08/11/04 | SLB | 0.20 | 110.00 | Review Kramer Levin fee application (.2). |
| 08/17/04 | ASD | 0.30 | 87.00 | Review two quarterly applications (.2); review two monthly fee applications (.1). |
| 08/18/04 | LMF | 3.60 | 432.00 | Draft quarterly application and exhibits for Hamilton & Rabinovitz (3.6). |
| 08/25/04 | ASD | 0.50 | 145.00 | Review five quarterly applications (.5). |
| 08/25/04 | LMF | 0.60 | 72.00 | Finalize quarterly application for Hamilton Rabinovitz and attend to filing same (.6). |
| 08/26/04 | ASD | 0.40 | 116.00 | Review 5 applications (.4). |

**PROFESSIONAL SERVICES**

$1,478.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.40 | $550.00 | $220.00 |
| Danzeisen, Allyn S | 1.80 | $290.00 | $522.00 |
| Sakalo, Jay M | 0.80 | $290.00 | $232.00 |
| Flores, Luisa M | 4.20 | $120.00 | $504.00 |
| *TOTAL* | *7.20* | | *$1,478.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**

**$1,478.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |  | Atty - SLB |
|---|---|---|---|---|---|
| RE: | 31 - Retention of Others | | | | Client No. 74817/17782 |

| 08/16/04 | JMS | 0.60 | 174.00 | Emails with S. Baena regarding Future Claimants' Representative professionals (.3); email to R. Frankel thereon (.3) |
|---|---|---|---|---|
| 08/21/04 | JMS | 0.40 | 116.00 | Review certification of counsel from Future Claimants' Representative and email to R. Frankel thereon |

**PROFESSIONAL SERVICES**                                    $290.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.00 | $290.00 | $290.00 |
| *TOTAL* | *1.00* | | *$290.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**            $290.00

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| *Danzeisen, Allyn S* | *11.10* | $3,219.00 |
| *Baena, Scott L* | *33.00* | $18,150.00 |
| *Flores, Luisa M* | *13.20* | $1,584.00 |
| *Sakalo, Jay M* | *50.40* | $14,616.00 |
| *Van Dijk, Wendy* | *0.20* | $22.00 |
| *Josephs, Adam* | *8.90* | $979.00 |
| *Woodard,TerRance Q* | *9.30* | $1,999.50 |
| *Less 50% Discount on Travel* | | *-$3,178.50* |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | *$37,391.00* |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| *Photocopies* | *$126.60* |
| *Telecopies* | *$0.00* |
| *Federal Express* | *$11.94* |
| *Long Distance Telephone* | *$236.61* |
| *Long Distance Telephone-Outside Services* | *$117.84* |
| *Meals* | *$81.34* |
| *Pacer - Online Services* | *$399.14* |
| *Westlaw-Online Legal Research* | *$304.98* |

*TOTAL COSTS ADVANCED THIS PERIOD*        *$1,278.45*

*TOTAL AMOUNT DUE THIS PERIOD*        *$38,669.45*

---

*CLIENT SUMMARY*

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 08/31/04** **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | $9,957.00 | $1,210.91 | $11,167.91 |
| 02 - Debtors' Business Operations/15538 | $58.00 | $0.00 | $58.00 |
| 03 - Creditors Committee/15539 | $3,617.00 | $2.97 | $3,619.97 |
| 04 - Retention of Professionals/15540 | $220.00 | $0.00 | $220.00 |
| 07 - Applicant's Fee Application/15543 | $1,196.00 | $54.67 | $1,250.67 |
| 08 - Hearings/15544 | $2,100.00 | $0.00 | $2,100.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $435.00 | $5.25 | $440.25 |
| 10 - Travel/15546 | $3,178.50 | $0.00 | $3,178.50 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)/15548 | $406.00 | $0.00 | $406.00 |
| 18 - Plan & Disclosure Statement/15554 | $10,919.00 | $0.00 | $10,919.00 |
| 27 - Litigation Consulting/15563 | $3,536.50 | $4.65 | $3,541.15 |
| 30 - Fee Application of Others/17781 | $1,478.00 | $0.00 | $1,478.00 |
| 31 - Retention of Others/17782 | $290.00 | $0.00 | $290.00 |
| *Client Total* | *$37,391.00* | *$1,278.45* | *$38,669.45* |