**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline:   October 18, 2004 at 4:00 p.m. |

**THIRTY-FOURTH MONTHLY APPLICATION OF**
**KLETT ROONEY LIEBER & SCHORLING,**
**CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2004 THROUGH AUGUST 31, 2004**

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | August 1, 2004 through August 31, 2004 |
| Amount of fees to be approved as actual, reasonable and necessary: | $20,512.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $1,821.42 |

This is a(n): ___ interim          ____ final application.          __x__ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04<br>5187 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |
| 4/6/04<br>5403 | 2/1/04 through<br>2/29/04 | $11,591.50/<br>$673.24 | $9,273.20/<br>$673.24 | 5501<br>4/28/04 |
| 4/25/04<br>5502 | 3/1/04 through<br>3/31/04 | $12,715.00/<br>$1,402.19 | $10,172.00/<br>$1,402.19 | 5616<br>5/19/04 |
| 5/28/04<br>5656 | 4/1/04 through<br>4/30/04 | $8,492.50/<br>$782.53 | $6,794.00/<br>$782.53 | 5844<br>6/21/04 |
| 6/28/04<br>5883 | 5/1/04 though<br>5/31/04 | $16,891.00/<br>$180.37 | $13,512.80/<br>$180.37 | 5996<br>7/20/04 |
| 7/29/04<br>6061 | 6/1/04 through<br>6/30/04 | $30,666.50/<br>$1,008.14 | $24,533.50/<br>$1,008.14 | 6223<br>8/20/04 |

| 8/31/04 6292 | 7/1/04 through 7/31/04 | $20,746.50/ $1,010.62 | $16,597.20/ $1,010.62 | 6436 9/21/04 |
|---|---|---|---|---|

## SUMMARY OF TIME FOR BILLING PERIOD
### AUGUST 1, 2004 THROUGH AUGUST 31, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Teresa K.D. Currier | $465 | 29.2 | $13,578.00 |
| Rhonda L. Thomas | $220 | 20.0 | $4,400.00 |
| Frances A. Panchak | $140 | 1.2 | $168.00 |
| Melissa N. Flores | $130 | 18.2 | $2,366.00 |
| **TOTAL** | | **68.6** | **$20,512.00** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
### AUGUST 1, 2004 THROUGH AUGUST 31, 2004

| Project category | Total Hours | Total Fees |
|------------------|-------------|------------|
| Asset Disposition | 5.2 | $1,903.50 |
| Business Operations | 0.7 | $325.50 |
| Case Administration | 4.7 | $805.50 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 8.4 | $3,538.50 |
| Committee, Creditors', Noteholders', or Equity Holders' | 0.5 | $232.50 |
| Employee Benefits/Pension | 1.8 | $714.50 |
| Employment Applications, Others | 1.5 | $550.50 |
| Fee Applications, Applicant | 14.6 | $3,248.50 |
| Fee Applications, Others | 16.7 | $3,357.00 |
| Hearings | 2.3 | $898.00 |
| Litigation and Litigation Consulting | 9.1 | $3,741.50 |
| Relief From Stay Proceedings | 3.1 | $1,196.50 |
| **TOTAL** | **68.6** | **$20,512.00** |

KRLSWLM: 55624v1

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**AUGUST 1, 2004 THROUGH AUGUST 31, 2004**

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $192.15 |
| Express/Certified Mail | $3.70 |
| Federal Express | $41.89 |
| Messenger Services | $935.00 |
| Duplicating Services | $648.68 |
| **TOTAL** | **$1,821.42** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**


By:  /s/Rhonda Thomas
       Teresa K. D. Currier (No. 3080)
       Rhonda L. Thomas (No. 4053)
       1000 West Street, Suite 1410
       Wilmington, DE 19801
       (302) 552-4200

       Co-Counsel to the Official Committee of
       Equity Holders

Dated: September 28, 2004

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-000
INVOICE : 180727

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 08/03/04 FEDERAL EXPRESS -  FEDEX  - # 1-917-76371 | 20.99 |
| 08/04/04 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES | 119.17 |
| 08/04/04 MESSENGER SERVICES -  TRISTATE COURIER & CARRIAGE | 345.20 |
| 08/04/04 REPRODUCTION OF DOCUMENTS | 0.60 |
| 08/05/04 REPRODUCTION OF DOCUMENTS | 9.00 |
| 08/09/04 MESSENGER SERVICES -  TRISTATE COURIER & CARRIAGE | 126.00 |
| 08/09/04 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES | 196.08 |
| 08/10/04 FEDERAL EXPRESS -  FEDEX  - # 1-964-30776 | 20.90 |
| 08/16/04 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES | 126.19 |
| 08/16/04 MESSENGER SERVICES -  TRISTATE COURIER & CARRIAGE | 63.00 |
| 08/16/04 REPRODUCTION OF DOCUMENTS | 10.20 |
| 08/18/04 REPRODUCTION OF DOCUMENTS | 4.95 |
| 08/20/04 REPRODUCTION OF DOCUMENTS | 5.10 |
| 08/20/04 REPRODUCTION OF DOCUMENTS | 4.50 |
| 08/20/04 REPRODUCTION OF DOCUMENTS | 0.15 |
| 08/20/04 EXPRESS/CERTIFIED MAIL | 3.70 |
| 08/23/04 MESSENGER SERVICES -  TRISTATE COURIER & CARRIAGE | 400.80 |
| 08/23/04 REPRODUCTION OF DOCUMENTS | 8.70 |
| 08/23/04 REPRODUCTION OF DOCUMENTS | 147.90 |
| 08/24/04 REPRODUCTION OF DOCUMENTS | 0.30 |
| 08/24/04 REPRODUCTION OF DOCUMENTS | 0.75 |
| 08/25/04 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES | 196.11 |
| 08/25/04 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES | 11.13 |

TOTAL EXPENSE ADVANCES :     1,821.42

TOTAL DUE   :     1,821.42

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     SEPTEMBER 22, 2004
MATTER :  W9600-002
INVOICE :  180728

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 07/28/04 | RLT | REVIEWED NOTICE OF SALE /DEBTORS' TWELFTH QUARTERLY REPORT OF ASSET SALES FROM APRIL 1, 2004 THROUGH JUNE 30, 2004 IN ACCORDANCE WITH THAT CERTAIN ORDER ESTABLISHING PROCEDURES FOR THE SALE OR ABANDONMENT OF DE MINIMIS ASSETS | .40 |
| 07/28/04 | RLT | REVIEWED NOTICE OF SETTLEMENT /DEBTORS' TWELFTH QUARTERLY REPORT OF SETTLEMENTS FROM APRIL 1, 2004 THROUGH JUNE 30, 2004 IN ACCORDANCE WITH THAT CERTAIN AMENDED ORDER AUTHORIZING AND APPROVING AN OMNIBUS PROCEDURE FOR SETTLING CERTAIN CLAIMS AND CAUSES OF ACTION BROUGHT BY OR AGAINST THE DEBTORS IN A JUDICIAL, ADMINISTRATIVE, ARBITRAL OR OTHER ACTION OR PROCEEDING FILED BY W.R. GRACE & CO | .40 |
| 08/24/04 | RLT | REVIEWED NOTICE OF SALE / DEBTORS' NOTICE OF PROPOSED SALE OF THEIR DAREX FACILITY IN ATLANTA, GEORGIA PURSUANT TO THAT CERTAIN ORDER ESTABLISHING PROCEDURES FOR THE SALE OF DE MINIMIS ASSETS | .50 |
| 08/24/04 | RLT | REVIEWED MOTION TO APPROVE COMPROMISE / DEBTORS' MOTION FOR AN ORDER APPROVING THE PRIVILEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMBS COMPANIES FILED BY W.R. GRACE & CO | .40 |
| 08/24/04 | RLT | REVIEWED MOTION TO APPROVE COMPROMISE / DEBTORS' MOTION FOR AN ORDER APPROVING THE SETTLEMENT AND RELEASE AGREEMENT BETWEEN THE DEBTORS AND AKZO NOBEL, INC. FILED BY W.R. GRACE & CO | .40 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-002
INVOICE : 180728

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:  ASSET DISPOSITION

| Date | | Description | Hours |
|------|------|------------|-------|
| 08/24/04 | TC | REVIEWED MOTION FOR ORDER APPROVING SETTLEMENT AND RELEASE AGREEMENT WITH DEBTORS AND AKZO NOBEL | .60 |
| 08/24/04 | TC | REVIEWED MOTION FOR ORDER APPROVING SETTLEMENT AND RELEASE AGREEMENT WITH KWELMBS COMPANIES | .80 |
| 08/25/04 | TC | REVIEWED MOTION TO APPROVE COMPROMISE AND CONFIDENTIAL RELEASE WITH KWELMBS COMPANIES | .80 |
| 08/25/04 | TC | REVIEWED DEBTORS' NOTICE OF PROPOSED SALE OF THEIR DAREX FACILITY IN ATLANTA | .90 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 220.00 | 2.10 | 462.00 |
| T CURRIER | 465.00 | 3.10 | 1441.50 |
| TOTALS | | 5.20 | 1903.50 |

TOTAL FEES :                        1,903.50

TOTAL DUE  :                        1,903.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-003
INVOICE : 180729

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/10/04 | TC | REVIEWED MONTHLY OPERATING REPORTS | .50 |
| 08/30/04 | TC | REVIEWED AMENDATORY ORDER RE FILING OF STATEMENTS AND TIMING | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T CURRIER | 465.00 | .70 | 325.50 |
| TOTALS | | .70 | 325.50 |

TOTAL FEES :                   325.50

TOTAL DUE  :                   325.50

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-004
INVOICE : 180730

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:   CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 08/02/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/06/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/16/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 08/17/04 | RLT | REVIEWED ORDER PROPOSED ORDER RE: PURSUANT TO SECTIONS 105(A), 362, 363, 502 AND 503 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 ESTABLISHING AN ALTERNATIVE DISPUTE RESOLUTION PROGRAM AND TO PERMIT THE DEBTORS TO LIQUIDATE CERTAIN PREPETITION CLAIMS | .30 |
| 08/20/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 08/26/04 | TC | REVIEWED UPDATED DOCKET | .50 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 22, 2004
                                              MATTER :  W9600-004
                                              INVOICE : 180730
```

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

      RE:    CASE ADMINISTRATION


```
08/27/04 MNF    MAINTAINED AND ORGANIZED CASE FILES BY                    .40
                REVIEWING EACH INCOMING PLEADING, MATCHING THE
                PLEADING TO THE DOCKET, AND ARRANGING THE
                PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
                ORDER

08/31/04 MNF    MAINTAINED AND ORGANIZED CASE FILES BY                    .50
                REVIEWING EACH INCOMING PLEADING, MATCHING THE
                PLEADING TO THE DOCKET, AND ARRANGING THE
                PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
                ORDER
```

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 130.00 | 3.90 | 507.00 |
| R L THOMAS | 220.00 | .30 | 66.00 |
| T CURRIER | 465.00 | .50 | 232.50 |
| TOTALS | | 4.70 | 805.50 |


                    TOTAL FEES :                       805.50


                    TOTAL DUE   :                       805.50


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    SEPTEMBER 22, 2004
                                           MATTER :  W9600-006
                                           INVOICE : 180731


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/06/04 | TC | REVIEWED KATTEN MUCHIN RESPONSE TO 4TH OBJECTION TO CLAIMS | .30 |
| 08/09/04 | RLT | REVIEWED OBJECTION TO THE DEBTORS' MOTION PURSUANT TO SECTIONS 105(A), 362, 363, 502 AND 503 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 TO ESTABLISH AN ALTERNATIVE DISPUTE RESOLUTION PROGRAM TO LIQUIDATE CERTAIN PREPETITION CLAIMS (RELATED DOCUMENT(S){5808 ) FILED BY CITY OF CAMBRIDGE, MASSACHUS | .30 |
| 08/09/04 | TC | REVIEWED MOTION FOR LEAVE TO FILE DEBTORS' SUBMISSION CLARIFYING ADR PROCEDURES | 1.60 |
| 08/09/04 | TC | REVIEWED OBJECTION OF THE CITY OF CAMBRIDGE TO ADR PROCEDURES AS PROPOSED | .40 |
| 08/10/04 | RLT | REVIEWED MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM FILED BY INTERCAT, INC.. | .30 |
| 08/10/04 | TC | REVIEWED INTERCAT MOTION TO FILE A LATE FILED CLAIM | .60 |
| 08/16/04 | TC | REVIEWED PROPOSED ADR ORDER | .50 |
| 08/17/04 | RLT | REVIEWED OBJECTION TO THE DEBTOR'S MOTION PURSUANT TO SECTIONS 105(A), 362, 363, 502 AND 503 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 TO ESTABLISH AN ALTERNATIVE DISPUTE RESOLUTION PROGRAM TO LIQUIDATE CERTAIN PRE-PETITION CLAIMS | .30 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-006
INVOICE : 180731

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04   T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | | Description | Hours |
|---|---|---|---|
| 08/23/04 | TC | REVIEWED ORDER EXPANDING RETENTION OF NELSON MULLINS | .20 |
| 08/23/04 | TC | REVIEWED KERI EVAN'S OBJECTION TO ADR MOTION | .40 |
| 08/25/04 | RLT | REVIEWED ORDER (THIRD CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 08/25/04 | RLT | REVIEWED ORDER (CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 08/25/04 | RLT | REVIEWED ORDER (SECOND CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 08/26/04 | TC | REVIEWED THIRD ORDER ON CLAIMS OBJECTIONS | .30 |
| 08/26/04 | TC | REVIEWED 5TH OMNIBUS CLAIMS ORDER | .20 |
| 08/26/04 | TC | REVIEWED SECOND CONTINUATION ORDER ON FOURTH CLAIMS OBJECTION | .30 |
| 08/26/04 | TC | REVIEWED RESPONSE BY LASON SERVICES TO OBJECTION TO CLAIMS | .40 |
| 08/30/04 | TC | REVIEWED DEBTORS' OBJECTION TO RESPONSE BY MASSACHUSETTS DEPARTMENT OF REVENUE | 1.70 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :     SEPTEMBER 22, 2004
                                                MATTER :   W9600-006
                                                INVOICE :  180731

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04     T C

    RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


            T I M E    S U M M A R Y
            -----------------------

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| R L THOMAS   |        | 220.00 | 1.50  | 330.00  |
| T CURRIER    |        | 465.00 | 6.90  | 3208.50 |
|              | TOTALS |        | 8.40  | 3538.50 |

                    TOTAL FEES :                        3,538.50

                    TOTAL DUE  :                        3,538.50


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    SEPTEMBER 22, 2004
                                            MATTER :  W9600-007
                                            INVOICE : 180732


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

        RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
             EQUITY HOLDERS'



 DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                HOURS
 ----   ----   -------------------------------                 -----

08/26/04 TC    CALL WITH DAVE PINCUS, AN EQUITY HOLDER, RE       .50
               ISSUES IN ZONOLITE AND SCIENCE LITIGATION, PLAN
               FILING AND CASE ISSUES


                      T I M E   S U M M A R Y
                      -----------------------

                         RATE      HOURS          TOTALS
                         ----      -----          ------

    T CURRIER           465.00      .50           232.50
                 TOTALS            .50            232.50


               TOTAL FEES :                            232.50


               TOTAL DUE  :                            232.50
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    SEPTEMBER 22, 2004
                                            MATTER :  W9600-008
                                            INVOICE : 180733
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/24/04 | RLT | REVIEWED MOTION TO AUTHORIZE / MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO PROVIDE ENHANCED SEVERANCE TO CERTAIN NEWLY-HIRED EXECUTIVES FILED BY W.R. GRACE & CO | .50 |
| 08/24/04 | TC | REVIEWED MOTION FOR AN ORDER AUTHORIZING DEBTORS TO PROVIDE ENHANCED SEVERANCE TO CERTAIN NEWLY HIRED EXECUTIVES | 1.30 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 220.00 | .50 | 110.00 |
| T CURRIER | 465.00 | 1.30 | 604.50 |
| TOTALS | | 1.80 | 714.50 |

TOTAL FEES :                          714.50

TOTAL DUE  :                          714.50

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      SEPTEMBER 22, 2004
MATTER :   W9600-010
INVOICE :   180734

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:   EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/09/04 | RLT | REVIEWED APPLICATION TO EMPLOY DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. SECTION 327(A) AND 328(A) AND FED. R. BANKR. P. 2014(A), 2016 AND 5002 AUTHORIZING THE EMPLOYMENT AND RETENTION OF DELOITTE CONSULTING LLP AS COMPENSATION ADVISORS TO THE DEBTORS NUNC PRO TUNC TO JULY 1, 2004 DELOITTE CONSULTING LLP AS COMPENSATION ADVISORS FILED BY W.R. GRACE & CO.. | .30 |
| 08/09/04 | TC | REVIEWED RETENTION APPLICATION FOR DELOITTE | .60 |
| 08/12/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING DEBTORS TO EXPAND SCOPE OF EMPLOYMENT OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. AS SPECIAL COUNSEL | .20 |
| 08/20/04 | RLT | REVIEWED ORDER AUTHORIZING DEBTORS TO EXPAND SCOPE OF EMPLOYMENT OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. AS SPECIAL COUNSEL. | .10 |
| 08/30/04 | TC | REVIEWED JOINDER OF FUTURE CLAIMANTS REPRESENTATIVE IN SUPPORT OF AFFIRMANCE OF BANKRUPTCY COURT'S ORDER APPOINTING DAVID AUSTERN AS FUTURE CLAIMANTS REPRESENTATIVE | .30 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 22, 2004
                                              MATTER :  W9600-010
                                              INVOICE : 180734


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

    RE:  EMPLOYMENT APPLICATIONS, OTHERS



                     T I M E   S U M M A R Y
                     -----------------------

                         RATE      HOURS          TOTALS
                         ----      -----          ------

R L THOMAS               220.00     .60           132.00
T CURRIER                465.00     .90           418.50
                TOTALS              1.50          550.50


            TOTAL FEES :                         550.50


            TOTAL DUE  :                         550.50
```

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    SEPTEMBER 22, 2004
                                            MATTER :  W9600-011
                                            INVOICE : 180735


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

      RE:  FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 07/28/04 | RLT | REVIEWED AND FILED MONTHLY APPLICATION FOR COMPENSATION THIRTY-SECOND MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2004 THROUGH JUNE 30, 2004 | .10 |
| 08/02/04 | FAP | REVIEW FEE/EXPENSE SUMMARIES AND ASSIST MB WITH DRAFT OF KRLS' QUARTERLY FEE APPLICATION | .30 |
| 08/02/04 | MNF | PREPARE 13TH QUARTERLY FEE APP OF KRLS | 1.00 |
| 08/03/04 | MNF | PREPARE SUMMARY EXHIBIT FOR 13TH QUARTERLY FEE APP OF KRLS | 1.00 |
| 08/03/04 | MNF | EDITS TO NOTICE RE: 13TH QUARTERLY FEE APP OF KRLS | .20 |
| 08/05/04 | TC | REVIEWED FEE APPLICATION | .60 |
| 08/09/04 | RLT | REVIEWED AND COMMENTED ON 13TH QUARTERLY FEE APPLICATION OF KRLS | .30 |
| 08/12/04 | TC | REVIEWED KLETT ROONEY FEE APPLICATION | .50 |
| 08/13/04 | TC | REVIEWED INTERIM FEE APPLICATION | .40 |
| 08/16/04 | MNF | PREPARE AND E-FILE AOS'S RE: 13TH QUARTERLY FEE REQUEST FOR KLETT ROONEY | .50 |
| 08/16/04 | MNF | E-FILE AND SERVE 13TH QUARTERLY FEE REQUEST OF KLETT ROONEY LIEBER AND SCHORLING | 1.00 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                    DATE :    SEPTEMBER 22, 2004
                                                       MATTER :  W9600-011
                                                       INVOICE : 180735


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

        RE:  FEE APPLICATIONS, APPLICANT


| 08/18/04 FAP | REVIEW AND EDIT JULY PREBILLS (.8); EMAIL EXCHANGES WITH RLT RE: SAME (.1) | .90 |
| 08/19/04 MNF | REVIEW DOCKET FOR OBJECTIONS TO KRLS 32ND FEE APP OF KRLS (.1) EMAIL TO RLT RE: SAME (.1) DRAFT CNO RE: SAME(.3) | .50 |
| 08/20/04 MNF | T/C TO RLT RE: CNO FOR 32NF FEE APP OF KRLS | .10 |
| 08/20/04 MNF | EDITS TO CNO RE: 32ND FEE APP OF KRLS (.1) E-FILE AND SERVE CNO (.6) | .70 |
| 08/26/04 RLT | REVIEWED KLRS PRE-BILLS FOR JULY | .70 |
| 08/30/04 MNF | DRAFT 33RD MONTHLY FEE APP OF KRLS AND EXHIBITS RE: SAME | 1.30 |
| 08/30/04 MNF | FINALIZE FINAL BILLS FOR JULY 2004 | .50 |
| 08/31/04 MNF | EDITS TO 33RD MONTHLY FEE APP OF KRLS AND FINALIZE EXHIBITS TO 33RD FEE APP OF KRLS | .80 |
| 08/31/04 MNF | E-FILE AND SERVE 33RD MONTHLY FEE APP OF KRLS | 1.00 |
| 08/31/04 TC | REVIEWED FEE APPLICATION FOR KLETT ROONEY BEFORE FILING | 1.80 |
| 08/31/04 TC | REVIEWED FEE APPLICATION OF KLETT ROONEY AS FILED | .40 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-011
INVOICE : 180735

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:   FEE APPLICATIONS, APPLICANT

## T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| F A PANCHAK  | 140.00 | 1.20  | 168.00  |
| M N FLORES   | 130.00 | 8.60  | 1118.00 |
| R L THOMAS   | 220.00 | 1.10  | 242.00  |
| T CURRIER    | 465.00 | 3.70  | 1720.50 |
| TOTALS       |        | 14.60 | 3248.50 |

TOTAL FEES :          3,248.50

TOTAL DUE  :          3,248.50

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-012
INVOICE : 180736

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/28/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF LUKINS & ANNIS, P.S. FOR THE TWELFTH INTERIM PERIOD | .20 |
| 07/28/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC FOR THE TWELFTH INTERIM PERIOD | .30 |
| 07/28/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR THE TWELFTH INTERIM PERIOD | .30 |
| 08/02/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTEENTH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004 | .10 |
| 08/02/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-NINTH FEE APPLICATION OF STROOCK STROOCK & LAVAN FOR THE MONTH OF JUNE 2004 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS. | .10 |
| 08/02/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF DUFF & PHELPS, LLC FOR THE TWELFTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   SEPTEMBER 22, 2004
                                            MATTER : W9600-012
                                            INVOICE : 180736
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 08/02/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004 | .10 |
| 08/02/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD JUNE 1, 2004 THROUGH JUNE 30, 2004 | .10 |
| 08/03/04 | MNF | DRAFT CNO RE: QUARTERLY FEE APP OF KRAMER LEVIN FOR 1/1/04-3/31/04 | .40 |
| 08/03/04 | MNF | REVIEW DOCKET RE: OBJECTIONS TO QUARTERLY FEE APP OF KRAMER; EMAIL TO KM @ KRAMER RE: SAME | .20 |
| 08/04/04 | MNF | DRAFT NOTICE RE: 34TH MONTHLY FEE APP OF KRAMER LEVIN (.3); CORRESPONDENCE TO RLT RE: SAME (.1) | .40 |
| 08/04/04 | MNF | E-FILE AND SERVE CNO RE: QUARTERLY FEE APP OF KRAMER LEVIN | .80 |
| 08/04/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION (THIRTEENTH) INTERIM QUARTERLY FEE APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO W.R. GRACE & CO, ET AL., FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-012
INVOICE : 180736

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:   FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 08/04/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FIFTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC. FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE AND COMPENSATION AND FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .10 |
| 08/04/04 | RLT | REVIEWED AND COMMENTED ON CNO FOR KRAMER LEVIN QUARTERLY FEE APPLICATION | .30 |
| 08/04/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD JUNE 1, 2004 THROUGH JUNE 30, 2004 (THIRTY-SIXTH MONTHLY) FILED BY SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL | .10 |
| 08/04/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD JUNE 1, 2004 THROUGH JUNE 30, 2004 FILED BY CAMPBELL & LEVINE, LLC. | .10 |
| 08/04/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JUNE 1, 2004 THROUGH JUNE 30, 2004 | .10 |
| 08/04/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD JUNE 1, 2004 THROUGH JUNE 30, 2004 FILED BY LEGAL ANALYSIS SYSTEMS, INC.. | .10 |
| 08/04/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD JUNE 1, 2004 THROUGH JUNE 30, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-012
INVOICE : 180736

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04   T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 08/04/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION {FIFTH OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR APRIL 2004 | .10 |
| 08/04/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION {THIRTY-EIGHTH INTERIM OF PITNEY HARDIN LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MAY 1, 2004 THROUGH MAY 31, 2004 | .10 |
| 08/04/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF KIRKLAND & ELLIS FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE THIRD MONTHLY INTERIM PERIOD, FROM JUNE 1, 2004, THROUGH JUNE 30, 2004 | .10 |
| 08/04/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION {THIRTY-SEVENTH MONTHLY INTERIM OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2004 THROUGH APRIL 30, 2004 | .10 |
| 08/04/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD OF JUNE 1, 2004 THROUGH JUNE 30, 2004 | .10 |
| 08/04/04 RLT | REVIEWED APPLICATION FOR COMPENSATION /TWENTY-FIRST MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2004 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-012
INVOICE : 180736

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:   FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 08/05/04 MNF | EDITS TO NOTICE RE: 34TH MONTHLY FEE APP OF KRAMER LEVIN(.2) E-FILE AND SERVE 34TH MONTHLY FEE APP OF KRAMER LEVIN (1.0) | | 1.20 |
| 08/05/04 TC | REVIEWED KRAMER LEVIN FEE APPLICATION | | .40 |
| 08/09/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR THE TWELFTH QUARTERLY INTERIM PERIOD JANUARY 1, 2004 THROUGH MARCH 31, 2004 | | .20 |
| 08/09/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION /QUARTERLY APPLICATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE TWELFTH QUARTERLY INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | | .20 |
| 08/09/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION / THIRD QUARTERLY INTERIM APPLICATION OF PROTIVITI INC. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2004 THROUGH MARCH 31, 2004 | | .20 |
| 08/09/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR JULY 2004 FILED BY WARREN H. SMITH & ASSOCIATES, P.C.. | | .10 |
| 08/09/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTY-FOURTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004 | | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-012
INVOICE : 180736


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:   FEE APPLICATIONS, OTHERS


08/09/04 RLT    REVIEWED APPLICATION FOR COMPENSATION SECOND          .20
                QUARTERLY INTERIM APPLICATION OF CAPSTONE
                CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO
                THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
                FOR ALLOWANCE OF COMPENSATION AND FOR SERVICES
                RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
                FOR THE PERIOD FROM APRIL 1, 2004 THROUGH JUNE
                30, 2004

08/09/04 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION        .10
                FOR THE PERIOD JUNE 1, 2004 THROUGH JUNE 30,
                2004 FILED BY L. TERSIGNI CONSULTING, P.C

08/12/04 RLT    REVIEWED APPLICATION FOR COMPENSATION /              .20
                APPLICATION OF NELSON MULLINS RILEY &
                SCARBOROUGH, L.L.P. FOR COMPENSATION FOR
                SERVICES AND REIMBURSEMENT OF EXPENSES AS
                SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL.,
                FOR THE FIRST INTERIM PERIOD, FROM JUNE 1
                THROUGH JUNE 30, 2004, FOR THE QUARTER OF APRIL
                2004 - JUNE 2004 FILED BY NELSON MULLINS RILEY
                & SCARBOROUGH, L.L.P..

08/12/04 RLT    REVIEWED APPLICATION FOR COMPENSATION /              .10
                TWENTY-NINTH MONTHLY INTERIM APPLICATION OF
                CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
                STEWART & OLSTEIN FOR COMPENSATION AND FOR
                REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004
                THROUGH JULY 31, 2004 FILED BY CARELLA, BYRNE,
                BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

08/12/04 RLT    REVIEWED APPLICATION FOR COMPENSATION / TWELFTH      .10
                MONTHLY FEE APPLICATION OF PROTIVITI INC. AS
                DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR
                ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
                EXPENSES FOR JUNE 2004

---

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     SEPTEMBER 22, 2004
MATTER :  W9600-012
INVOICE : 180736

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04     T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 08/12/04 RLT | REVIEWED APPLICATION FOR COMPENSATION / THIRTY-NINTH INTERIM FEE APPLICATION OF PITNEY HARDIN LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JUNE 1, 2004 THROUGH JUNE 30, 2004 FILED BY PITNEY HARDIN KIPP & SZUCH LLP. | .10 |
| 08/12/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION THIRTEENTH INTERIM VERIFIED FEE APPLICATION FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .10 |
| 08/16/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004 FILED BY LEGAL ANALYSIS SYSTEMS, INC | .20 |
| 08/16/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004 FILED BY CAMPBELL & LEVINE, LLC. | .20 |
| 08/16/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004 FILED BY L. TERSIGNI CONSULTING, P.C.. | .20 |
| 08/16/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED | .20 |
| 08/17/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM FEBRUARY 4, 2004 THROUGH JUNE 30, 2004) | .20 |
| 08/17/04 RLT | REVIEWED VERIFIED APPLICATION FOR COMPENSATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004 FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC. | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-012
INVOICE : 180736

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04   T C

RE:  FEE APPLICATIONS, OTHERS

08/17/04 RLT   REVIEWED VERIFIED APPLICATION FOR COMPENSATION          .10
               FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
               OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE
               INTERIM PERIOD FROM MAY 1, 2004 THROUGH MAY 31,
               2004 FILED BY RICHARDSON PATRICK WESTBROOK &
               BRICKMAN, LLC

08/17/04 RLT   REVIEWED VERIFIED APPLICATION FOR COMPENSATION          .10
               FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
               ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD
               FROM JUNE 1, 2004 THROUGH JUNE 30, 2004 FILED
               BY RICHARDSON PATRICK WESTBROOK & BRICKMAN,
               LLC.

08/17/04 RLT   REVIEWED APPLICATION FOR COMPENSATION                   .10
               THIRTY-THIRD MONTHLY APPLICATION OF CASNER &
               EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
               REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
               COUNSEL TO DEBTORS FOR THE PERIOD FROM JUNE 1,
               2004 THROUGH JUNE 30, 2004 FI

08/17/04 RLT   REVIEWED APPLICATION FOR COMPENSATION                   .20
               TWENTY-FIRST APPLICATION OF THE BLACKSTONE
               GROUP L.P., AS FINANCIAL ADVISOR TO W. R. GRACE
               & CO., AND ITS AFFILIATES FOR COMPENSATION AND
               REIMBURSEMENT OF EXPENSES INCURRED FOR THE
               PERIOD OF JANUARY 1, 2004 THROUGH JUNE 30, 2004

08/17/04 RLT   REVIEWED APPLICATION FOR COMPENSATION FOR               .20
               SERVICES AND REIMBURSEMENT OF EXPENSES AS
               SPECIAL ENVIRONMENTAL COUNSEL TO W. R. GRACE &
               CO., ET AL., FOR THE MONTH OF DECEMBER, 2003 -
               JUNE, 2004 FILED BY LATHAM & WATKINS LLP

---

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   SEPTEMBER 22, 2004
MATTER : W9600-012
INVOICE : 180736

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:   FEE APPLICATIONS, OTHERS

08/17/04 RLT    REVIEWED VERIFIED APPLICATION FOR COMPENSATION          .20
                FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
                SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL.,
                FOR THE THIRTEENTH QUARTERLY INTERIM PERIOD
                FROM APRIL 1, 2004 THROUGH JUNE 30, 2004

08/17/04 RLT    REVIEWED VERIFIED APPLICATION FOR COMPENSATION          .20
                FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
                SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL.,
                FOR THE THIRTEENTH QUARTERLY VERIFIED INTERIM
                PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004

08/18/04 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION           .10
                FOR SERVICES RENDERED AND REIMBURSEMENT OF
                EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE
                OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE
                PERIOD JULY 1, 2004 THROUGH JULY 31, 2004

08/18/04 RLT    REVIEWED APPLICATION FOR COMPENSATION FOR              .10
                SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
                AS COUNSEL TO THE ZONOLITE ATTIC INSULATION
                CLAIMANTS FOR THE PERIOD OF APRIL 1, 2004
                THROUGH APRIL 30, 2004 FILED BY ELZUFON AUSTIN
                REARDON TARLOV & MONDELL, P.A..

08/18/04 RLT    REVIEWED APPLICATION FOR COMPENSATION FOR              .10
                SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
                AS COUNSEL TO THE ZONOLITE ATTIC INSULATION
                CLAIMANTS FOR THE PERIOD OF MAY 1, 2004 THROUGH
                MAY 30, 2004 FILED BY ELZUFON AUSTIN REARDON
                TARLOV & MONDELL, P.A.

08/18/04 RLT    REVIEWED APPLICATION FOR COMPENSATION FOR              .10
                SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
                AS COUNSEL TO THE ZONOLITE ATTIC INSULATION
                CLAIMANTS FOR THE PERIOD OF JUNE 1, 2004
                THROUGH JUNE 30, 2004

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-012
INVOICE : 180736

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 08/18/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION / NINTH QUARTERLY INTERIM FEE APPLICATION OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W.R. GRACE & CO., AND ITS AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2004 THROUGH JUNE 30, 2004 | .20 |
| 08/18/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION / QUARTERLY VERIFIED FEE APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE THIRTEENTH INTERIM PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004 FILED BY CASNER & EDWARDS LLP | .20 |
| 08/20/04 RLT | REVIEWED THIRTEENTH QUARTERLY INTERIM APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004 | .20 |
| 08/20/04 RLT | REVIEWED THIRTY-EIGHTH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MAY 1, 2004 THROUGH MAY 31, 2004 FILED BY WALLACE KING MARRARO & BRANSON | .10 |
| 08/20/04 RLT | REVIEWED THIRTY-EIGHTH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MAY 1, 2004 THROUGH MAY 31, 2004 FILED BY WALLACE KING MARRARO & BRANSON | .10 |
| 08/23/04 MNF | E-FILE AND SERVE 35TH FEE APP OF KRAMER LEVIN | 1.00 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     SEPTEMBER 22, 2004
MATTER :   W9600-012
INVOICE :  180736

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:   FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 08/23/04 | MNF | DRAFT NOTICE RE: 35TH MONTHLY FEE APP OF KRAMER LEVIN(.3) PREPARE SERVICE RE: SAME (.3) | .60 |
| 08/23/04 | TC | PREPARING AND FILING NOTICE AND FEE APPLICATION OF KRAMER LEVIN | .40 |
| 08/24/04 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 34TH FEE APP OF KRAMER LEVIN (.1) CORRESPONDENCE TO KM @ KRAMER RE: SAME (.1) DRAFT CNO RE: SAME(.3) | .50 |
| 08/24/04 | MNF | E-FILE AND SERVE CNO RE: 34TH FEE APP OF KRAMER LEVIN | .60 |
| 08/24/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF WALLACE, KING, MARRARO & BRANSON, PLLC FOR THE TWELFTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .40 |
| 08/24/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., FOR THE TWELFTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 08/24/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN. LLC FOR THE TWELFTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .20 |
| 08/24/04 | RLT | REVIEWED THIRTIETH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-012
INVOICE : 180736

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 08/24/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF FTI POLICANO & MANZO FOR THE TWELFTH INTERIM PERIOD | .20 |
| 08/24/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF KIRKLAND & ELLIS FOR THE TWELFTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 08/24/04 | RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION / FIRST QUARTERLY FEE APPLICATION OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH MARCH 31, 2004 | .20 |
| 08/25/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF APRIL 1, 2004 THROUGH JUNE 30, 2004 | .20 |
| 08/25/04 | RLT | REVIEW QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF APRIL 1, 2004 THROUGH JUNE 30, 2004 | .20 |
| 08/25/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTEENTH QUARTERLY FEE APPLICATION OF STROOCK STROOCK & LAVAN LLP FOR INTERIM COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE SERVICES RENDERED DURING THE PERIOD OF APRIL 1, 2004 THROUGH JUNE 30, 2004 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA  15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   SEPTEMBER 22, 2004
MATTER  :   W9600-012
INVOICE :   180736

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

## T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| M N FLORES   | 130.00 | 5.70  | 741.00  |
| R L THOMAS   | 220.00 | 10.20 | 2244.00 |
| T CURRIER    | 465.00 | .80   | 372.00  |
| TOTALS       |        | 16.70 | 3357.00 |

TOTAL FEES :            3,357.00

TOTAL DUE  :            3,357.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      SEPTEMBER 22, 2004
MATTER :  W9600-014
INVOICE :  180737


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:  HEARINGS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 07/27/04 | RLT | REVIEWED TRANSCRIPT OF HEARING HELD MAY 24, 2004 | .40 |
| 08/16/04 | RLT | REVIEWED AGENDA FOR AUGUST 23RD HEARING. | .30 |
| 08/16/04 | TC | REVIEWED NOTICE OF AGENDA AND REVIEWED FOR MATTERS SCHEDULED FOR HEARING 8/23 | .50 |
| 08/16/04 | TC | COMMUNICATION WITH PHIL BENTLEY RE HEARING ON 8/23 | .20 |
| 08/17/04 | TC | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING MONDAY | .50 |
| 08/23/04 | TC | REVIEWED AMENDED NOTICE OF AGENDA FOR HEARING 8/23 | .40 |


## T I M E   S U M M A R Y

|  |  | RATE | HOURS | TOTALS |
| --- | --- | --- | --- | --- |
| R L THOMAS |  | 220.00 | .70 | 154.00 |
| T CURRIER |  | 465.00 | 1.60 | 744.00 |
|  | TOTALS |  | 2.30 | 898.00 |


TOTAL FEES :                            898.00


TOTAL DUE  :                            898.00


PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-015
INVOICE : 180738

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/06/04 | TC | REVIEWED CONDITIONAL OBJECTION TO LIBBY CLAIMANTS' MOTION TO TAKE DISCOVERY, FILED BY MARYLAND CASUALTY | .40 |
| 08/09/04 | RLT | REVIEWED MOTION FOR LEAVE TO FILE DEBTORS' SUBMISSION CLARIFYING ADR PROCEDURES AND REVISING SAME AND PROPOSED ORDER | .40 |
| 08/09/04 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD JUNE 2004 AND EXHIBITS | .60 |
| 08/10/04 | TC | REVIEWED DEBTORS' MOTION FOR EXPEDITED HEARING RE MOTION TO SHOW CAUSE FOR EVAN TO BE HELD IN CONTEMPT OF COURT | .40 |
| 08/10/04 | TC | REVIEWED EXPEDITED MOTION TO SHOW CAUSE WHY EVANS SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR NOT REFRAINING FROM PROSECUTING AN ACTION AGAINST DEBTORS' AFFILIATES | 1.80 |
| 08/11/04 | RLT | REVIEWED OBJECTION TO DEBTORS' MOTION FOR AN EXPEDITED HEARING ON AND TO SHORTEN NOTICE PERIOD OF DEBTORS' MOTION REQUESTING AN ORDER (I) TO SHOW CAUSE WHY COUNSEL FOR EVANS IS NOT IN CONTEMPT OF COURT FOR REFUSING TO REFRAIN FROM PROSECUTING A PROHIBITED ACTION AGAINST DEBTORS' AFFILIATES AND (II) EXTENDING THE SCOPE OF THE AUTOMATIC STAY AND THE PRELIMINARY INJUNCTION | .60 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 22, 2004
MATTER :  W9600-015
INVOICE :  180738

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 08/11/04 TC | REVIEWED OBJECTION FILED BY KERI EVANS TO DEBTORS' MOTION TO SHOW CAUSE WHY EVANS COUNSEL SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR PROSECUTING LITIGATION BARRED BY THE AUTOMATIC STAY | | .50 |
| 08/20/04 RLT | REVIEWED MOTION TO APPROVE JOINT MOTION OF DEBTORS AND ZAI CLAIMANTS TO INCREASE BUDGET FOR ZAI SCIENCE TRIAL FILED BY W.R. GRACE & CO. | | .40 |
| 08/26/04 TC | REVIEWED JOINDER OF FUTURES CLAIMANTS IN LITIGATION AND BRIEF | | .20 |
| 08/27/04 TC | REVIEWED OFFICIAL COMMITTEE OF UNSECURED CREDITORS BRIEF IN FEDERAL INSURANCE COMPANY AND ROYAL INDEMNITY APPEAL | | 2.20 |
| 08/27/04 TC | REVIEWED DEBTORS' BRIEF IN THE DAVID ASTERN APPEAL | | 1.60 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 2.00 | 440.00 |
| T CURRIER | 465.00 | 7.10 | 3301.50 |
| TOTALS | | 9.10 | 3741.50 |

TOTAL FEES :        3,741.50

TOTAL DUE  :        3,741.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 22, 2004
                                              MATTER :  W9600-017
                                              INVOICE : 180739


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

    RE:   RELIEF FROM STAY PROCEEDINGS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 08/09/04 | RLT | REVIEWED OBJECTION TO CONDITIONAL OBJECTION TO LIBBY CLAIMANTS' MOTIONS FOR RELIEF FROM AUTOMATIC STAY AND PRELIMINARY INJUNCTION TO TAKE PERPETUATION DEPOSITIONS | .40 |
| 08/09/04 | TC | REVIEWED DEBTORS' RESPONSE TO LIBBY CLAIMANTS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TAKE PERPETUATION DEPOSITIONS | 1.30 |
| 08/10/04 | RLT | REVIEWED MOTION TO SHORTEN TIME DEBTORS MOTION FOR AN EXPEDITED HEARING ON AND TO SHORTEN NOTICE PERIOD OF DEBTORS MOTION REQUESTING AN ORDER (I) TO SHOW CAUSE WHY COUNSEL FOR EVANS IS NOT IN CONTEMPT OF COURT FOR REFUSING TO REFRAIN FROM PROSECUTING A PROHIBITED ACTION AGAINST DEBTORS AFFILIATES AND (II) EXTENDING THE SCOPE OF THE AUTOMATIC STAY AND THE PRELIMINARY INJUNCTION FILED BY W.R. GRACE & CO. | .30 |
| 08/10/04 | RLT | REVIEWED MOTION TO SHOW CAUSE EXPEDITED MOTION REQUESTING AN ORDER (I) TO SHOW CAUSE WHY COUNSEL FOR EVANS IS NOT IN CONTEMPT OF COURT FOR REFUSING TO REFRAIN FROM PROSECUTING A PROHIBITED ACTION AGAINST DEBTORS AFFILIATES AND (II) EXTENDING THE SCOPE OF THE A AUTOMATIC STAY AND THE PRELIMINARY INJUNCTION | .30 |
| 08/24/04 | TC | REVIEWED LIBBY CLAIMANTS MOTION FOR LEAVE TO FILE REPLY TO OBJECTIONS TO MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY AND PRELIMINARY INJUNCTION TO TAKE PERPETUATION DEPOSITIONS | .80 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : SEPTEMBER 22, 2004
MATTER  : W9600-017
INVOICE : 180739

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/04    T C

RE:   RELIEF FROM STAY PROCEEDINGS

### TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 1.00 | 220.00 |
| T CURRIER | 465.00 | 2.10 | 976.50 |
| TOTALS | | 3.10 | 1196.50 |

TOTAL FEES :                    1,196.50

TOTAL DUE  :                    1,196.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.