# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: October 25, 2004 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF JULY 1, 2004 THROUGH
JULY 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1036081 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | July | Total Comp |
|---|---|---|---|---|
| Neitzel, Charlotte | Partner | $ 350.00 | 0.3 | $ 105.00 |
| Tognetti, Natalie | Paralegal | $ 125.00 | 3.4 | $ 425.00 |
| | | | | |
| Total | | | **3.70** | **530.00** |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ 0.30 |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reporduction | $ - |
| Federal Express | $ 31.68 |
| Research Service | $ - |
| Velo Binding | $ - |
| Other Expense | $ 203.36 |
| Color Copies | $ - |
| **Total** | **$ 235.34** |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

Page: 8
Invoice No.: 674800
Client No.: 04339
Matter No.: 00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/21/04 | CLN | Conference with NKTognetti re J. Hughes' request for ATSDR documents. | 0.30 | $ 105.00 |
| 07/21/04 | NKT | Search for and prepare various ATSDR reports and studies as requested by client. | 3.40 | 425.00 |
| | | **Total Fees Through July 31, 2004:** | **3.70** | **$ 530.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 350.00 | 0.30 | $ 105.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 3.40 | 425.00 |
| | | **Total Fees:** | | **3.70** | **$ 530.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004 - Courier, Acct. 0802-0410-8. 06-16; Richard Finke Boca Raton, Fl | $ 10.87 |
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004 - Courier, Acct. 0802-0410-8. 06-16; Robert Marriam Memphis, Tn | 9.94 |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

Page 9
Invoice No.: 674800
Client No.: 04339
Matter No.: 00300

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004 - Courier, Acct. 0802-0410-8. 06-16; William Corcoran Columbia, Md | 10.87 |
| 06/30/04 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: N102094; DATE: 6/30/2004 - Document Storage | 203.36 |
| 07/21/04 | | Long Distance Telephone: 6174983826, 3 Mins., TranTime:13:49 | 0.30 |
| | | **Total Disbursements:** | **$ 235.34** |

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 0.30 |
| Federal Express | | 31.68 |
| Other Expense | | 203.36 |
| **Total Disbursements:** | **$** | **235.34** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 07/12/04 | Write Off | -1,095.20 |
| | | *Outstanding Balance on Invoice 612649:* | $ 0.00 |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 07/12/04 | Write Off | -309,771.81 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | July | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 300.00 | 1.1 | $ 330.00 |
| Haag, Susan | Paralegal | $ 125.00 | 2.4 | $ 300.00 |
| | | | | |
| Total | | | 3.50 | $ 630.00 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 4.50 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 10.87 |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ 84.68 |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| **Total** | **$ 100.05** |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

Page          21
Invoice No.:  674800
Client No.:   04339
Matter No.:   00390

**Regarding: Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/06/04 | SH | Review Fee Auditor's report on 12th interim fee application (.20); locate receipts for EKFlaagan re response to Fee Auditor's report (.50). | 0.70 | $ 87.50 |
| 07/07/04 | EKF | Review fee auditor's initial report on 12th interim period and review underlying invoices re same. | 0.30 | 90.00 |
| 07/08/04 | EKF | E-mails to and from fee auditor re initial report on 12th interim fee application (.30); review and revise June invoices (.50). | 0.80 | 240.00 |
| 07/12/04 | SH | Create May fee application charts. | 0.40 | 50.00 |
| 07/19/04 | SH | Finalize May monthly fee application. | 0.80 | 100.00 |
| 07/21/04 | SH | Compile and file May fee application. | 0.50 | 62.50 |
| | | **Total Fees Through July 31, 2004:** | **3.50** | **$ 630.00** |

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 1.10 | $ 330.00 |
| SH | Susan Haag | Paralegal | 125.00 | 2.40 | 300.00 |
| | | **Total Fees:** | | **3.50** | **$ 630.00** |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

Page 22
Invoice No.: 674800
Client No.: 04339
Matter No.: 00390

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/23/04 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 265447; DATE: 6/23/2004 - Professional Services through 05/31/04 in W.R. Grace case | $ 84.68 |
| 07/02/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-894-01598; DATE: 7/2/2004 - Courier, Acct. 0802-0410-8. 06-28; William Weller Wilmington, De | 10.87 |
| 07/21/04 | 30 | Photocopy | 4.50 |
| | | **Total Disbursements:** | **$ 100.05** |

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 84.68 |
| Photocopy | | 4.50 |
| Federal Express | | 10.87 |
| **Total Disbursements:** | **$** | **100.05** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 6,832.32 |
| | 07/12/04 | Write Off | -1,333.50 |
| | *Outstanding Balance on Invoice 612649:* | | *$ 0.00* |
| 621058 | 01/31/03 | Bill | 3,749.68 |
| | 07/12/04 | Write Off | -7.29 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | July | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 280.00 | 17.6 | $ 4,928.00 |
| Tognetti, Natalie | Paralegal | $ 125.00 | 12.1 | $ 1,512.50 |
| | | | | |
| Total | | | 29.70 | $ 6,440.50 |

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 17.10 |
| Facsimile | $ - |
| Long Distance Telephone | $ 34.40 |
| Federal Express | $ 90.37 |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Other Expenses | $ - |
| Color Photocopy | $ 2.60 |
| Velo Binding | $ - |
| **Total** | **$ 144.47** |

Holme Roberts & Owen LLP

August 12, 2004

| W.R. Grace | | |
|---|---|---|
| | Page | 26 |
| | Invoice No.: | 674800 |
| | Client No.: | 04339 |
| | Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/07/04 | KJC | Telephone conference with J. O'Quinn re status of motion for extension of time and briefing issues. | 0.30 | $ 84.00 |
| 07/08/04 | KJC | Telephone conferences with R. Finke re government brief and Grace Reply (0.40); email exchange with appellate team re timing to discuss Reply Brief (0.30); review U.S. brief and forward relevant materials to R. Finke for discussion (0.80). | 1.50 | 420.00 |
| 07/08/04 | NKT | Review U.S. Reply Brief and procure various portions of Excerpts of Record and Supplement Excerpts of Record per KJCoggon request. | 3.20 | 400.00 |
| 07/13/04 | KJC | Review and forward comments re Reply Brief to J. O'Quinn. | 0.30 | 84.00 |
| 07/14/04 | KJC | Review and forward comments re Reply Brief to J. O'Quinn. | 0.20 | 56.00 |
| 07/19/04 | KJC | Email exchange with appellate team re timing for Reply Brief work. | 0.40 | 112.00 |
| 07/20/04 | KJC | Review draft Reply Brief and other materials in preparation for call with appellate team (2.80); telephone conference with R. Finke re Reply Brief (0.70). | 3.50 | 980.00 |
| 07/21/04 | KJC | Prepare for and participate in conference call with appellate team re Reply Brief. | 2.50 | 700.00 |
| 07/22/04 | KJC | Telephone conference with R. Finke and data experts re EPA opposition brief and possible response in Reply (1.00); follow up re options for responding to data issues in Reply Brief (1.20); telephone conference with J. O'Quinn re facts stated in Reply Brief (0.20). | 2.40 | 672.00 |
| 07/22/04 | NKT | Review and begin cite checking draft Appellants' Reply Brief per KJCoggon request. | 4.90 | 612.50 |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

Page 27
Invoice No.: 674800
Client No.: 04339
Matter No.: 00420

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/23/04 | KJC | Conference with NKTognetti re cite checking questions in Reply Brief. | 0.60 | 168.00 |
| 07/23/04 | NKT | Continue to cite check Appellants' Reply Brief per KJCoggon request. | 4.00 | 500.00 |
| 07/25/04 | KJC | Review draft Reply Brief. | 1.40 | 392.00 |
| 07/26/04 | KJC | Review revised draft Reply Brief (1.50); telephone conference with J. O'Quinn re cite check results (0.30). | 1.80 | 504.00 |
| 07/27/04 | KJC | Review amicus suggestions re Reply Brief (0.40); telephone conference with C. Landau re final issues to consider in Reply Brief (0.20); telephone conference with R. Finke re Reply Brief (0.30); review Neville case re Reply Brief (0.60); draft email re oral argument rules (0.50). | 2.00 | 560.00 |
| 07/30/04 | KJC | Review new information re Libby appeal (0.50); telephone conference with W. Corcoran re same (0.20). | 0.70 | 196.00 |
| | | **Total Fees Through July 31, 2004:** | **29.70** | **$ 6,440.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 17.60 | $ 4,928.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 12.10 | 1,512.50 |
| | | **Total Fees:** | | **29.70** | **$ 6,440.50** |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

Page 28
Invoice No.: 674800
Client No.: 04339
Matter No.: 00420

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/23/04 | | Long Distance Telephone: 7037298543, 16 Mins., TranTime:14:35 | $ 1.60 |
| 06/23/04 | | Long Distance Telephone: 3038660408, 82 Mins., TranTime:08:58 | 8.20 |
| 06/23/04 | | Long Distance Telephone: 4105314203, 76 Mins., TranTime:08:59 | 7.60 |
| 06/23/04 | | Long Distance Telephone: 2026380452, 81 Mins., TranTime:09:00 | 8.10 |
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004 - Courier, Acct. 0802-0410-8. 06-17; Robert Emmett Columbia, Md | 20.67 |
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004 - Courier, Acct. 0802-0410-8. 06-17; David Siegel Columbia, Md | 10.87 |
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004 - Courier, Acct. 0802-0410-8. 06-17; William Corcoran Columbia, Md | 10.87 |
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004 - Courier, Acct. 0802-0410-8. 06-18; Kelly Richardson San Diego, Ca | 18.60 |
| 07/02/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-894-01598; DATE: 7/2/2004 - Courier, Acct. 0802-0410-8. 06-17; Alan Stringer Libby, Mt | 10.94 |
| 07/07/04 | | Long Distance Telephone: 2028795213, 18 Mins., TranTime:11:44 | 1.80 |
| 07/08/04 | 4 | Color Photocopy | 2.60 |
| 07/08/04 | | Long Distance Telephone: 5613621533, 15 Mins., TranTime:09:25 | 1.50 |
| 07/08/04 | 82 | Photocopy | 12.30 |
| 07/08/04 | 32 | Photocopy | 4.80 |
| 07/09/04 | | Long Distance Telephone: 5613621533, 16 Mins., TranTime:14:39 | 1.50 |
| 07/16/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-895-14292; DATE: 7/16/2004 - Courier, Acct. 0802-0410-8. 07-08; Richard Finke Boca Raton, Fl | 9.44 |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

Page 29
Invoice No.: 674800
Client No.: 04339
Matter No.: 00420

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/16/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-895-14292; DATE: 7/16/2004 - Courier, Acct. 0802-0410-8. 07-08; Dr. Rich Lee Monroeville, Pa | 8.98 |
| 07/20/04 | | Long Distance Telephone: 4105314355, 2 Mins., TranTime:09:00 | 0.10 |
| 07/20/04 | | Long Distance Telephone: 4105314355, 9 Mins., TranTime:11:27 | 0.90 |
| 07/26/04 | | Long Distance Telephone: 2028795213, 19 Mins., TranTime:09:14 | 1.90 |
| 07/27/04 | | Long Distance Telephone: 2028795213, 1 Mins., TranTime:15:04 | 0.10 |
| 07/27/04 | | Long Distance Telephone: 2028795087, 11 Mins., TranTime:15:05 | 1.10 |

**Total Disbursements:** $ **144.47**

**Disbursement Summary**

| | | |
|---|---|---|
| Photocopy | $ | 17.10 |
| Long Distance Telephone | | 34.40 |
| Federal Express | | 90.37 |
| Color Photocopy | | 2.60 |
| **Total Disbursements:** | **$** | **144.47** |

**Accounts Receivable Detail**

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 646528 | 10/15/03 | Bill | 39,193.49 |
| | 07/12/04 | Write Off | -305.98 |