## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtor.** | ) | Objection Date: October 19, 2004 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### FIRST MONTHLY INTERIM APPLICATION OF
### SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin Shereff Friedman, LLP, counsel to David T. Austern, in his capacity as

the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its First Monthly Application of Swidler Berlin Shereff Friedman, LLP for Compensation

for Services Rendered and Reimbursement of Expenses as counsel to the FCR for the time

period May 1, 2004 through May 31, 2004 seeking payment of fees in the amount of $8,151.60

(80% of $10,189.50) and no expenses (the "Application") for a total of $8,151.60.

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002  (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **October 19, 2004 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, Future Claimants' Representative, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M.

Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130,

Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N.

King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H.

Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

      Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

                    SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

                    By:_____

                      Roger Frankel, *pro hac vice admission pending*
                      Richard H. Wyron, *pro hac vice admission pending*
                      3000 K Street, NW, Suite 300
                      Washington, DC 20007
                      (202) 424-7500
                      Counsel to David T. Austern,
                      As Future Claimants' Representative

Dated: September 28, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date: October 19, 2004 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO FIRST MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004

| | |
|---|---|
| Name of Applicant: | Swidler Berlin Shereff Friedman, LLP ("SBSF") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | SBSF Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | May 1, 2004 through May 31, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $10,189.50 |
| 80% of fees to be paid: | $ 8,151.60[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |

Total Fees @ 80% and

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

Expenses:                    $8,151.60

This is an:    __X__ interim    __X__ monthly    _____ final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

This is SBSF's first interim fee application for the period May 1-31, 2004 in the amount of $8,151.60 (80% of $10,189.50) and no expenses.

## COMPENSATION SUMMARY

### MAY 2004

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | Partner, 21 years in position; 33 years relevant experience; 1971, Bankruptcy | $605.00 | 6.80 | $4,114.00 |
| Richard H. Wyron | Partner, 15 years in position; 25 years relevant experience; 1979, Bankruptcy | $510.00 | 6.50 | $3,315.00 |
| | | | | |
| Matthew W. Cheney | Associate, 7 years in position; 7 years relevant experience; 1997, Bankruptcy | $310.00 | 1.30 | $403.00 |
| Debra L. Felder | Associate, 2 years in position; 2 years relevant experience; 2002, Bankruptcy | $205.00 | 11.50 | $2,357.50 |
| Total | | | 26.10 | $10,189.50 |

Total Fees:       $10,189.50
Total Hours:      26.10
Blended Rate:   $   312.32

2

## COMPENSATION BY PROJECT CATEGORY

### MAY 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | .40 | $242.00 |
| Due Diligence | 21.20 | $7,684.00 |
| Retention of Professionals-Swidler | 3.00 | $1,498.50 |
| Retention of Professionals-Other | 1.50 | $765.00 |
| **TOTAL** | **26.10** | **$10,189.50** |

## EXPENSE SUMMARY

### MAY 2004

| Expense Category | Total |
|---|---|
| No expenses | $0.00 |
| **TOTAL** | **$0.00** |

The FCR was appointed effective May 24, 2004. Since his appointment, the FCR and his professionals have focused on due diligence with respect to the Debtors and events occurring in these cases over the previous three years, and on preparation for negotiations with the Debtors, the Committees and other parties in interest.

Respectfully submitted,

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By:_____
Roger Frankel, *pro hac vice admission pending*
Richard H. Wyron, *pro hac vice admission pending*
3000 K Street, NW, Suite 300
Washington, DC  20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: September 28, 2004

3

# VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.    I am a partner of the applicant law firm Swidler Berlin Shereff Friedman, LLP ("SBSF") and have filed a motion to appear *pro hac vice* which is pending before this Court.

2.    I have personally performed many of the legal services rendered by SBSF as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of SBSF as set forth in the attached invoices.

3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 28 DAY OF SEPTEMBER, 2004

_____
Notary Public

My commission expires: October 31, 2007



Katherine Ann Swall
Notary Public In and for
The District of Columbia

9163452v1

# EXHIBIT A
# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
# INVOICES FOR THE TIME PERIOD
# <u>MAY 1-31, 2004</u>

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270678

CLIENT/CASE: 25369.0001

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/28/04 | Roger L. Frankel | Confer with R. Wyron re staffing. | 0.20 |
| 05/28/04 | Roger L. Frankel | Telephone conversation with D. Austern re futures study, insurance. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.40 | $242.00 |
| **TOTAL HOURS & FEES** | | **0.40** | **$242.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.................................................................$242.00

PREVIOUS BALANCE (Breakdown attached if applicable)...........................................$0.00

**TOTAL AMOUNT DUE**.................................................................**$242.00**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270678

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES......................................................................................$242.00

TOTAL OTHER CHARGES ................................................................$0.00

**TOTAL AMOUNT DUE** ........................................................................**$242.00**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:     254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270679

CLIENT/CASE: 25369.0004

RE: Due Diligence

## FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/25/04 | Roger L. Frankel | Review pleadings in W.R. Grace Chapter 11 case. | 1.90 |
| 05/25/04 | Roger L. Frankel | Review financial information from CIBC. | 0.50 |
| 05/25/04 | Roger L. Frankel | Begin review of SEC filings. | 0.40 |
| 05/25/04 | Debra L. Felder | Review and retrieve various motions for extension of exclusivity and SEC filings re W.R. Grace (2.5). | 2.50 |
| 05/26/04 | Debra L. Felder | Review W.R. Grace docket; retrieve and review numerous pleadings re same; draft summary e-mail to R. Frankel and R. Wyron re same. | 9.00 |
| 05/28/04 | Richard H. Wyron | Begin review of selected pleadings (exclusivity pleadings; administrative orders, docket). | 1.20 |
| 05/28/04 | Matthew W. Cheney | Conference with R. Frankel re gathering background materials. | 0.30 |
| 05/28/04 | Roger L. Frankel | Review SEC filings, internal memo in preparation for meeting with D. Austern. | 1.60 |
| 05/28/04 | Roger L. Frankel | Confer with D. Austern re engagement, due diligence issues. | 1.20 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)                  CLIENT: 25369
07/31/04                                                 MATTER: .0004
Page 2                                                  INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/28/04 | Roger L. Frankel | Confer with M. Cheney re due diligence package (.2); notes re same (.1). | 0.30 |
| 05/29/04 | Matthew W. Cheney | Gather background materials. | 0.40 |
| 05/31/04 | Matthew W. Cheney | Gather background information. | 0.20 |
| 05/31/04 | Richard H. Wyron | Begin review of pleadings and SEC filings (.8); confer with M. Cheney regarding follow-up on first round of information requests (.6). | 1.40 |
| 05/31/04 | Roger L. Frankel | Confer with R. Wyron re staffing, due diligence. | 0.20 |
| 05/31/04 | Matthew W. Cheney | Conference with R. Wyron re background materials and application for employment. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 6.10 | $3,690.50 |
| Richard H. Wyron | $510.00 | 2.60 | $1,326.00 |
| Matthew W. Cheney | $310.00 | 1.00 | $310.00 |
| Debra L. Felder | $205.00 | 11.50 | $2,357.50 |
| **TOTAL HOURS & FEES** | | **21.20** | **$7,684.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**.................................................................$7,684.00

PREVIOUS BALANCE (Breakdown attached if applicable)..........................................................$0.00

**TOTAL AMOUNT DUE**.................................................................**$7,684.00**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04

OUR REFERENCE: 25369.0004

INVOICE NUMBER: 270679

## INVOICE SUMMARY

TOTAL FEES.................................................................................$7,684.00

TOTAL OTHER CHARGES .......................................................$0.00

**TOTAL AMOUNT DUE** .........................................................**$7,684.00**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270682

CLIENT/CASE: 25369.0009

RE: Retention of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/27/04 | Richard H. Wyron | Review retention issues and confer with R. Frankel regarding same. | 0.40 |
| 05/27/04 | Richard H. Wyron | Review e-mail on Ryan proof of claim and respond. | 0.20 |
| 05/27/04 | Roger L. Frankel | Review issues re pre-petition claim, Pillowtex analysis. | 0.30 |
| 05/31/04 | Matthew W. Cheney | Conference with R. Wyron re background materials and application for employment. | 0.10 |
| 05/31/04 | Richard H. Wyron | Review conflicts list for Debtors' counsel for disclosure items (.7); confer with R. Frankel regarding proof of claim filed by SBSF (.2); review materials (agreement, ledger, proof of claim) regarding claim filed by SBSF (.6); confer with M. Cheney regarding follow-up (.3). | 1.80 |
| 05/31/04 | Matthew W. Cheney | Conference with R. Wyron re background materials and application for employment. | 0.00 |
| 05/31/04 | Matthew W. Cheney | Review correspondence from R. Wyron re disclosure. | 0.10 |
| 05/31/04 | Matthew W. Cheney | Conference with R. Wyron re conflicts search. | 0.10 |

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 2

CLIENT: 25369
MATTER: .0009
INVOICE: 270682

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 0.30 | $181.50 |
| Richard H. Wyron | $510.00 | 2.40 | $1,224.00 |
| Matthew W. Cheney | $310.00 | 0.30 | $93.00 |
| **TOTAL HOURS & FEES** | | **3.00** | **$1,498.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**.................................................................$1,498.50

PREVIOUS BALANCE  (Breakdown attached if applicable).........................................................$0.00

**TOTAL AMOUNT DUE**.................................................................$1,498.50

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

<table>
<tr><td>

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

</td><td>

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

</td></tr>
</table>

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0009

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270682

## INVOICE SUMMARY

TOTAL FEES.......................................................................$1,498.50

TOTAL OTHER CHARGES ...........................................................$0.00

**TOTAL AMOUNT DUE** .........................................................**$1,498.50**

---

***REMITTANCE INFORMATION:***

<table>
<tr><td>

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

</td><td>

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

</td></tr>
</table>

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270683

CLIENT/CASE: 25369.0010

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/28/04 | Richard H. Wyron | Meet with D. Austern on appointment and retention of professionals (SBSF, CIBC and Actuary), and case management issues. | 1.10 |
| 05/31/04 | Richard H. Wyron | Review FCR retention order and outline engagement letter terms. | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $510.00 | 1.50 | $765.00 |
| **TOTAL HOURS & FEES** | | **1.50** | **$765.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE...................................................................$765.00

PREVIOUS BALANCE  (Breakdown attached if applicable)........................................$0.00

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)                     CLIENT:  25369
07/31/04                                                      MATTER: .0010
Page 2                                                        INVOICE: 270683


**TOTAL AMOUNT DUE**....................................................................$765.00

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04

OUR REFERENCE: 25369.0010

INVOICE NUMBER: 270683

## INVOICE SUMMARY

TOTAL FEES...............................................................................$765.00

TOTAL OTHER CHARGES ...........................................................$0.00

**TOTAL AMOUNT DUE** ...............................................................**$765.00**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on September 29, 2004, I caused the *Notice, Cover Sheet to First Monthly Interim Application of Swidler Berlin Shereff Friedman, LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period May 1, 2004 through May 31, 2004, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.


_____

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

# SERVICE LIST

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

***Federal Express***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: feeaudit@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: jsakalo@bilzin.com**
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

**E-mail: david.heller@lw.com and carol.hennessey@lw.com**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail: pbentley@kramerlevin.com**
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP