## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtor.** | ) | Objection Date: October 19, 2004 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### SECOND MONTHLY INTERIM APPLICATION OF
### SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin Shereff Friedman, LLP, counsel to David T. Austern, in his capacity as

the Court-appointed legal representative for future asbestos claimant (the "FCR"), has filed and

served its Second Monthly Application of Swidler Berlin Shereff Friedman, LLP for

Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for

the time period June 1, 2004 through June 30, 2004 seeking payment of fees in the amount of

$88,393.20 (80% of $110,491.50) and reimbursement of expenses in the amount of $15,846.02

(the "Application") for a total of $104,239.22.

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002  (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **October 19, 2004 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

2

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By:_____

Roger Frankel, *pro hac vice admission pending*
Richard H. Wyron, *pro hac vice admission pending*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: September 28, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtor. | Objection Date: October 19, 2004 at 4:00 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO SECOND MONTHLY INTERIM APPLICATION OF
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 1, 2004 THROUGH JUNE 30, 2004**

Name of Applicant:  Swidler Berlin Shereff Friedman, LLP ("SBSF")

Authorized to Provide Professional
Services to:  David T. Austern, Future Claimants' Representative (the "FCR")

Date of Retention:  SBSF Retention Order entered September 27, 2004

Period for which compensation is
sought:  June 1, 2004 through June 30, 2004

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:  $110,491.50

80% of fees to be paid:  $ 88,393.20[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $ 15,846.02

Total Fees @ 80% and
Expenses:  $104,239.22

This is an:  __X__ interim  __X__ monthly  ____ final application.

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

This is SBSF's second interim fee application for the period June 1-30, 2004. SBSF is simultaneously filing its first interim fee application for the period May 1-31, 2004 in the amount of $8,151.60 (80% of $10,189.50) and no expenses.

## COMPENSATION SUMMARY

### JUNE 2004

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique Almy | Partner, 8 years in position; 17 years relevant experience; 1987, Bankruptcy | $430.00 | 4.50 | $1,935.00 |
| Roger Frankel | Partner, 21 years in position; 33 years relevant experience; 1971, Bankruptcy | $605.00 | 56.90 | $34,424.50 |
| Mark J. Plumer | Partner, 17 years in position; 17 years relevant experience; 1987, Insurance Litigation | $520.00 | 2.90 | $1,508.00 |
| Mary A. Wallace | Partner, 3 years in position; 15 years relevant experience; 1989, Corporate | $420.00 | 13.00 | $5,460.00 |
| Richard H. Wyron | Partner, 15 years in position; 25 years relevant experience; 1979, Bankruptcy | $510.00 | 47.80 | $24,378.00 |
| Matthew W. Cheney | Associate, 7 years in position; 7 years relevant experience; 1997, Bankruptcy | $310.00 | 36.80 | $11,408.00 |
| Debra L. Felder | Associate, 2 years in position; 2 years relevant experience; 2002, Bankruptcy | $205.00 | 73.30 | $15,026.50 |
| Mykhaylo A. Gryzlov | Associate, 3 years in position; 3 years relevant experience; 2001, Bankruptcy | $230.00 | 1.70 | $391.00 |
| Elise Scherr Frejka | Associate, 13 years in position; 13 years relevant experience; 1991, Bankruptcy | $410.00 | 1.40 | $574.00 |
| Scott J. Levitt | Associate, 9 years in position; 9 years relevant experience; 1995, Insurance Litigation | $355.00 | 19.30 | $6,851.50 |

2

| Name of Professional **Person** | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed **Hours** | Total **Compensation** |
|---|---|---|---|---|
| Megan R. Wrathall | Legal Assistant | $125.00 | 5.00 | $625.00 |
| Debra O. Fullem | Senior Legal Assistant | $175.00 | 45.20 | $7,910.00 |
| **Total** | | | **307.80** | **$110,491.50** |

**Total Fees:**      $110,491.50
**Total Hours:**      307.80
**Blended Rate:**    $    358.97

## COMPENSATION BY PROJECT CATEGORY

### JUNE 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 8.00 | $2,962.50 |
| Due Diligence | 143.40 | $59,536.00 |
| Retention of Professionals-Swidler | 70.20 | $19,270.00 |
| Retention of Professionals-Other | 34.20 | $10,555.00 |
| Insurance | 28.10 | $9,529.00 |
| Litigation | 20.00 | $6,874.00 |
| Compensation of Professionals-Swidler | .50 | $123.50 |
| Travel Time (Nonworking) | 1.00 | $605.00 |
| FCR Retention Appeals | 2.40 | $1,036.50 |
| **TOTAL** | **307.80** | **$110,491.50** |

## EXPENSE SUMMARY

### JUNE 2004

| Expense Category | Total |
|---|---|
| Photocopies | $13,075.40[2] |
| Telephone | $5.94 |
| Postage | $2,622.30 |
| Travel/Meal Charges | $110.38 |
| Secretarial Services | $32.00 |
| **TOTAL** | **$15,846.02** |

---

2 This amount represents the costs for photocopying and printing certain due diligence materials and service on parties of the applications to employ SBSF and the FCR.

3

The FCR was appointed effective May 24, 2004.  Since his appointment, the FCR and his professionals have focused on due diligence with respect to the Debtors and events occurring in these cases over the previous three years, and on preparation for negotiations with the Debtors, the Committees and other parties in interest.

Respectfully submitted,

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By: _____
    Roger Frankel, *pro hac vice admission pending*
    Richard H. Wyron, *pro hac vice admission pending*
    3000 K Street, NW, Suite 300
    Washington, DC  20007
    (202) 424-7500
    Counsel to David T. Austern,
    As Future Claimants' Representative

Dated: September 26, 2004

# VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Swidler Berlin Shereff Friedman, LLP ("SBSF") and have filed a motion to appear *pro hac vice* which is pending before this Court.

2.      I have personally performed many of the legal services rendered by SBSF as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of SBSF as set forth in the attached invoices.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 28 DAY OF SEPTEMBER, 2004

_____
Notary Public

My commission expires October 31, 2007



**Katherine Ann Swall**
**Notary Public in and for**
**The District of Columbia**

9163788v1

# EXHIBIT A
# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
# INVOICES FOR THE TIME PERIOD
# <u>JUNE 1-30, 2004</u>

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270678

CLIENT/CASE: 25369.0001

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/01/04 | Matthew W. Cheney | Conference with R. Wyron re letter re D. Austern's retention. | 0.20 |
| 06/01/04 | Matthew W. Cheney | Draft letter re D. Austern's retention. | 0.80 |
| 06/01/04 | Matthew W. Cheney | Forward letter to R. Frankel for review. | 0.10 |
| 06/06/04 | Richard H. Wyron | Review draft 2014 statement for D. Austern and engagement letter. | 0.40 |
| 06/07/04 | Richard H. Wyron | Review draft of Austern Declaration. | 0.40 |
| 06/07/04 | Matthew W. Cheney | Draft declaration for D. Austern. | 0.50 |
| 06/08/04 | Matthew W. Cheney | Revise declaration for D. Austern. | 0.30 |
| 06/09/04 | Richard H. Wyron | Review final draft of Austern 2014 filing. | 0.40 |
| 06/10/04 | Roger L. Frankel | Review dockets (from several days). | 0.30 |
| 06/11/04 | Roger L. Frankel | Review, edit draft verified statement of D. Austern under Rule 2014. | 0.40 |
| 06/14/04 | Debra O. Fullem | Review statement of David Austern pursuant to Rule 2014 and coordinate filing with the Court by local counsel and service on parties from our office. | 0.80 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)                          CLIENT:  25369
07/31/04                                                          MATTER:  .0001
Page 2                                                            INVOICE: 270678

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/14/04 | Roger L. Frankel | Review dockets. | 0.20 |
| 06/15/04 | Roger L. Frankel | Review dockets, various entries. | 0.30 |
| 06/15/04 | Roger L. Frankel | Review with R. Wyron issues re Austern compensation, engagement. | 0.30 |
| 06/17/04 | Roger L. Frankel | Review dockets. | 0.20 |
| 06/17/04 | Debra O. Fullem | Organize filings in W.R. Grace bankruptcy case. | 0.50 |
| 06/18/04 | Matthew W. Cheney | Review docket and pleadings. | 0.20 |
| 06/21/04 | Debra O. Fullem | Review revised notice of corrected address and removal from service list from Richard Wyron and email to David Austern regarding same. | 0.30 |
| 06/21/04 | Richard H. Wyron | Review Service List issue with D. Austern. | 0.10 |
| 06/21/04 | Debra L. Felder | Telephone conference with R. Wyron re status report (.1); telephone conference with Judge Buckwalter's chambers re same (.2). | 0.30 |
| 06/22/04 | Debra L. Felder | Review docket. | 0.30 |
| 06/25/04 | Matthew W. Cheney | Review docket and pleadings. | 0.20 |
| 06/28/04 | Matthew W. Cheney | Review pleadings and docket. | 0.20 |
| 06/29/04 | Matthew W. Cheney | Review docket and pleadings. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 1.70 | $1,028.50 |
| Richard H. Wyron | $510.00 | 1.30 | $663.00 |
| Matthew W. Cheney | $310.00 | 2.80 | $868.00 |
| Debra L. Felder | $205.00 | 0.60 | $123.00 |
| Debra O. Fullem | $175.00 | 1.60 | $280.00 |
| **TOTAL HOURS & FEES** | | **8.00** | **$2,962.50** |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)          CLIENT:  25369
07/31/04                                           MATTER: .0001
Page 3                                             INVOICE: 270678

| OTHER CHARGES | AMOUNT |
|---|---:|
| Photocopy & Printing | 5,313.75 |
| Telephone | 5.94 |
| Postage | 494.60 |
| Secretarial Services | 32.00 |
| Printing | 20.00 |
| Meal Charges | 110.38 |
| **TOTAL OTHER CHARGES** | **$5,976.67** |

**CURRENT INVOICE DUE**................................................................$8,939.17

PREVIOUS BALANCE  (Breakdown attached if applicable)..........................................................$0.00

**TOTAL AMOUNT DUE**........................................................$8,939.17

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04

OUR REFERENCE: 25369.0001

INVOICE NUMBER: 270678

## INVOICE SUMMARY

TOTAL FEES..........................................................................................$2,962.50

TOTAL OTHER CHARGES ...........................................................$5,976.67

**TOTAL AMOUNT DUE** .............................................................**$8,939.17**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0004

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270679

RE: Due Diligence

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/01/04 | Matthew W. Cheney | Review background materials re debtor. | 0.20 |
| 06/02/04 | Matthew W. Cheney | Review pleadings re background of case. | 0.10 |
| 06/02/04 | Matthew W. Cheney | Conferences with D. Felder re collecting pleadings for due diligence. | 0.30 |
| 06/02/04 | Debra L. Felder | Review docket and various due diligence materials. | 3.80 |
| 06/03/04 | Debra L. Felder | Review numerous pleadings and orders. | 3.50 |
| 06/04/04 | Debra L. Felder | Review docket and numerous pleadings as part of due diligence (8.0); compile materials for R. Frankel and R. Wyron (2.5); conferences with M. Cheney re same (.5). | 11.00 |
| 06/04/04 | Matthew W. Cheney | Conference with R. Frankel, R. Wyron and D. Felder re background pleadings. | 0.40 |
| 06/04/04 | Matthew W. Cheney | Conference with D. Felder re additional pleadings. | 0.20 |
| 06/04/04 | Matthew W. Cheney | Review and respond to correspondence from R. Wyron re PI Committee. | 0.30 |
| 06/04/04 | Roger L. Frankel | Review 10-Q, internal memo in preparation for meeting with D. Austern, CIBC. | 0.80 |

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
07/31/04                                                     MATTER: .0004
Page 2                                                       INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/04/04 | Richard H. Wyron | Meet with CIBC and review information (.9); follow-up on due diligence checklist (.4); review pleadings (.5); meet with Mr. Austern and follow-up (.8). | 2.60 |
| 06/06/04 | Matthew W. Cheney | Draft correspondence to R. Frankel re pleadings. | 0.20 |
| 06/07/04 | Matthew W. Cheney | Review docket re proposed procedures for PI claims. | 2.50 |
| 06/07/04 | Matthew W. Cheney | Review other pleadings re background of case. | 0.80 |
| 06/07/04 | Matthew W. Cheney | Conference with D. Felder re gathering background materials. | 0.20 |
| 06/07/04 | Debra L. Felder | Review various motions and settlement agreements. | 3.00 |
| 06/08/04 | Matthew W. Cheney | Review pleadings. | 0.50 |
| 06/08/04 | Matthew W. Cheney | Conference with D. Felder re binders for pleadings. | 0.10 |
| 06/08/04 | Roger L. Frankel | Review pleadings in response to case management order. | 0.60 |
| 06/09/04 | Roger L. Frankel | Confer with D. Austern and D. Bernick re overview of Grace (.7); confer with D. Austern re same (.3). | 1.00 |
| 06/09/04 | Roger L. Frankel | Review historical pleadings in response to CMO. | 1.20 |
| 06/09/04 | Richard H. Wyron | Confer with D. Austern and R. Frankel before meeting with D. Bernick (.4); meet with D. Bernick and itemize follow-up (.7). | 1.10 |
| 06/09/04 | Matthew W. Cheney | Conference with D. Felder re pleadings. | 0.10 |
| 06/09/04 | Debra L. Felder | Review various pleadings and orders. | 3.50 |
| 06/10/04 | Debra L. Felder | Conference with M. Cheney re status of case and pending matters (.8); review docket and various pleadings re Sealed Air adversary (4.0). | 4.80 |
| 06/10/04 | Matthew W. Cheney | Review pleadings. | 0.70 |
| 06/10/04 | Matthew W. Cheney | Conferences with D. Felder re pleadings for background due diligence. | 0.60 |
| 06/10/04 | Matthew W. Cheney | Conference with R. Frankel re pleadings. | 0.10 |
| 06/10/04 | Roger L. Frankel | Review ACC, SAC, Equity Committee pleadings re procedure to evaluate asbestos claims. | 1.90 |
| 06/11/04 | Roger L. Frankel | Telephone conversation with D. Austern in preparation for Siegel meeting. | 0.20 |

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:   25369
07/31/04                                                      MATTER:  .0004
Page 3                                                        INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/11/04 | Roger L. Frankel | Review motion and exhibits filed by Sealed Air re Judge Wolin in limine standards. | 1.40 |
| 06/11/04 | Roger L. Frankel | Review pleadings binders (.3); telephone conversation with D. Felder re same (.1). | 0.40 |
| 06/11/04 | Debra O. Fullem | Review e-mail from D. Felder with information regarding W.R. Grace v. Sealed Air Corp, Cryovac and Fresenius Medical Care Holdings, Inc. and order copy of concise summary from FDR. | 0.40 |
| 06/11/04 | Richard H. Wyron | Review pleadings on CMO. | 0.80 |
| 06/12/04 | Roger L. Frankel | Review 1st quarter 10-Q and prepare agenda - issues list for meeting with D. Siegel. | 1.30 |
| 06/13/04 | Debra L. Felder | Review and retrieve various pleadings re settlement agreement with Sealed Air and Fresenius. | 4.00 |
| 06/14/04 | Richard H. Wyron | Prepare outline for meeting with Mr. Siegel (.4); review documents for Siegel meeting (.8); meet with Mr. Siegel (1.7); develop follow-up list for Committee meetings (.6). | 3.50 |
| 06/14/04 | Roger L. Frankel | Review agenda, background materials from CIBC in preparation for meeting with D. Siegel. | 0.70 |
| 06/14/04 | Roger L. Frankel | Confer with D. Austern, D. Siegel, J. Friedland, R. Wyron re case overview, status (2.5); confer with D. Austern re same (.4). | 2.90 |
| 06/14/04 | Matthew W. Cheney | Conference with M. Almy re status report and status of case. | 0.20 |
| 06/14/04 | Matthew W. Cheney | Conference with R. Wyron re plan, items to track down and status report. | 0.30 |
| 06/15/04 | Matthew W. Cheney | Conferences with R. Wyron re due diligence items. | 0.30 |
| 06/15/04 | Matthew W. Cheney | Review docket and pleadings re spending motion and appeal re EPA case. | 0.90 |
| 06/15/04 | Matthew W. Cheney | Conference with D. Felder re pleadings. | 0.10 |
| 06/15/04 | Matthew W. Cheney | Review notes re open items. | 0.30 |
| 06/15/04 | Matthew W. Cheney | Conference with D. Felder re status report, and Sealed Air pleadings. | 0.60 |

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT: 25369
07/31/04                                                     MATTER: .0004
Page 4                                                       INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/15/04 | Mary A. Wallace | Telephone call with R. Wyron regarding issues in Sealed Air settlement to be researched. | 0.20 |
| 06/15/04 | Richard H. Wyron | Review CMO pleadings. | 1.20 |
| 06/15/04 | Debra L. Felder | Review various pleadings and background information re Sealed Air settlement. | 4.50 |
| 06/15/04 | Debra L. Felder | Conference with M. Cheney re status. | 0.50 |
| 06/15/04 | Roger L. Frankel | Read Grace Informational Brief, related papers. | 3.40 |
| 06/15/04 | Roger L. Frankel | Review files, prepare notes re meetings with various constituencies. | 0.40 |
| 06/16/04 | Roger L. Frankel | Review memo re Sealed Air settlement. | 0.40 |
| 06/16/04 | Roger L. Frankel | Review due diligence list from CIBC. | 0.30 |
| 06/16/04 | Mary A. Wallace | Begin review of pleadings regarding fraudulent conveyance actions (1.4 hours); research and review SEC filings regarding Sealed Air and Fresenius transactions (1 hour); review settlement with Sealed Air (4.7 hours). | 7.10 |
| 06/16/04 | Matthew W. Cheney | Review docket and pleadings. | 0.90 |
| 06/16/04 | Matthew W. Cheney | Draft correspondence to J. Freedland re copies of pleadings. | 0.50 |
| 06/16/04 | Matthew W. Cheney | Review CIBC's due diligence request to debtors. | 0.20 |
| 06/16/04 | Matthew W. Cheney | Review correspondence from J. Freedland re pleadings. | 0.10 |
| 06/16/04 | Matthew W. Cheney | Conference with D. Felder re Sealed Air case. | 0.20 |
| 06/17/04 | Mary A. Wallace | Continue review of settlement agreement with Sealed Air (2.7 hours); research and review SEC filings regarding Fresenius transaction (.7 hours); review exhibits to Sealed Air settlement agreement (1.6 hours); review Sealed Air motion to vacate Wolin's Standards Order (1.1 hours); review settlement agreement regarding termination rights and Sealed Air covenants to support 9019 motion in light of Sealed Air's motion to vacate (.3 hours); meeting with R. Wyron and draft description of termination provisions of settlement agreement and correspond with R. Wyron regarding additional thoughts on termination in view of pleadings (.4 hours). | 5.70 |

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT: 25369
07/31/04                                                     MATTER: .0004
Page 5                                                       INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/17/04 | Roger L. Frankel | Review, consider order extending exclusivity. | 0.20 |
| 06/17/04 | Roger L. Frankel | Telephone conversation with E. Inselbuch re case, meeting (.1); telephone conversation with G. Becker re same (.1); notes re meetings (.3). | 0.50 |
| 06/17/04 | Debra L. Felder | Review docket re motion to sell de minimis assets (.5); review Alltech motion (.4). | 0.90 |
| 06/17/04 | Richard H. Wyron | Review pleadings for status report (.6); confer with D. Austern and R. Frankel, and follow-up (.8); review Sealed Air pleading and agreement analysis from M. Wallace (.6); review first-day pleadings on sales and use of cash (.7). | 2.70 |
| 06/18/04 | Roger L. Frankel | Series of e-mails re due diligence meetings. | 0.30 |
| 06/18/04 | Roger L. Frankel | Telephone conversation with J. Radecki re status of due diligence. | 0.20 |
| 06/18/04 | Roger L. Frankel | Review pleadings re purchase of Alltech, affidavit re same, ADR program, "de minimis" sales. | 1.60 |
| 06/18/04 | Richard H. Wyron | Review pleadings in Sealed Air. | 1.10 |
| 06/22/04 | Matthew W. Cheney | Review status reports filed by parties. | 1.10 |
| 06/22/04 | Richard H. Wyron | Review pleadings on ZAI. | 1.10 |
| 06/22/04 | Roger L. Frankel | Review Status Reports filed by official committees (PI Committee, Commercial Committee w/ex, Equity Committee and Certain Insurers) per Judge Buckwalter's order. | 2.40 |
| 06/23/04 | Roger L. Frankel | Confer with D. Austern due diligence, status reports, open issues re PI claims. | 0.60 |
| 06/23/04 | Roger L. Frankel | Review status reports of PD Committee, Zonolite (ZAI) claimants, Libby claimants. | 2.20 |
| 06/23/04 | Matthew W. Cheney | Conference with R. Wyron and D. Felder re status of due diligence and meetings. | 0.20 |
| 06/24/04 | Richard H. Wyron | Review Zonolite motions. | 0.80 |
| 06/24/04 | Roger L. Frankel | Review status report of Debtor with exhibits. | 1.70 |

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 6

CLIENT:  25369
MATTER: .0004
INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/24/04 | Roger L. Frankel | Telephone conferences with D. Austern regarding meetings with committees, ZAI group, futures study; notes regarding meetings. | 0.40 |
| 06/24/04 | Debra L. Felder | Review record on appeal. | 0.40 |
| 06/25/04 | Debra L. Felder | Review summary judgment pleadings and Daubert pleadings re Zonolite Attic Insulation claimants. | 3.50 |
| 06/25/04 | Roger L. Frankel | Prepare detailed due diligence outline for work plan, meetings on June 29. | 2.40 |
| 06/25/04 | Richard H. Wyron | Confer with R. Frankel regarding status and review issues listed for 6/29 meeting. | 0.90 |
| 06/25/04 | Matthew W. Cheney | Review status reports of parties. | 0.70 |
| 06/28/04 | Roger L. Frankel | Review Sealed Air settlement agreement, various TDPs while traveling to New York. | 1.20 |
| 06/28/04 | Richard H. Wyron | Review materials for meetings with Committees on 6/29. | 2.30 |
| 06/29/04 | Richard H. Wyron | Confer with R. Frankel regarding meeting with Trade Committee counsel and review of notes (.9); meet with Trade Committee counsel (2.0); confer with R. Frankel regarding meeting with Equity Committee (.4); meet with Equity Committee (1.0); confer with R. Frankel and review notes in preparation for meeting with PI Committee (.8); meet with PI Committee (1.5); call with CIBC on due diligence and follow-up (.4); review confidentiality agreement (1.2); organize notes from meetings with Committees (1.3). | 9.50 |
| 06/29/04 | Debra L. Felder | Review various pleadings re case management orders. | 1.00 |
| 06/29/04 | Roger L. Frankel | Prepare and review notes in preparation for meetings in New York. | 0.50 |
| 06/29/04 | Roger L. Frankel | Confer with R. Wyron in preparation for due diligence meetings. | 1.10 |
| 06/29/04 | Roger L. Frankel | Series of meetings with Kruger, Pasquales (2.0), Bentley, Becker (1.7), Wyron (1.9), Inselbuch, Finch (1.5) including work travel. | 7.10 |
| 06/29/04 | Roger L. Frankel | Prepare notes re due diligence meetings (1.1), begin review of ZAI science pleadings while traveling (.5). | 1.60 |

David Austern, FCR (for W.R. Grace & Co,)          CLIENT:   25369
07/31/04                                           MATTER:  .0004
Page 7                                             INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/29/04 | Roger L. Frankel | Confer with R. Wyron while traveling to and at LGA re meetings. | 0.80 |
| 06/29/04 | Roger L. Frankel | Review confidentiality agreement sent to CIBC, marked up by R. Wyron; confer with R. Wyron re same. | 0.40 |
| 06/30/04 | Roger L. Frankel | Telephone conversation with D. Austern re due diligence meetings. | 0.30 |
| 06/30/04 | Richard H. Wyron | Review informational brief filed by Grace. | 1.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 42.40 | $25,652.00 |
| Mary A. Wallace | $420.00 | 13.00 | $5,460.00 |
| Richard H. Wyron | $510.00 | 29.30 | $14,943.00 |
| Matthew W. Cheney | $310.00 | 13.90 | $4,309.00 |
| Debra L. Felder | $205.00 | 44.40 | $9,102.00 |
| Debra O. Fullem | $175.00 | 0.40 | $70.00 |
| **TOTAL HOURS & FEES** | | **143.40** | **$59,536.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 590.25 |
| **TOTAL OTHER CHARGES** | **$590.25** |

CURRENT INVOICE DUE.................................................................$60,126.25

PREVIOUS BALANCE  (Breakdown attached if applicable)........................................................$0.00

**TOTAL AMOUNT DUE**.................................................................$60,126.25

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

<table>
<tr><td>

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

</td><td>

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

</td></tr>
</table>

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270679

OUR REFERENCE: 25369.0004

## INVOICE  SUMMARY

TOTAL FEES.........................................................................................$59,536.00

TOTAL OTHER CHARGES.........................................................................$590.25

**TOTAL AMOUNT DUE** ........................................................................**$60,126.25**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
| | |
|---|---|
| Name of Bank: | Citibank, F.S.B. |
| Account Title: | Swidler Berlin Shereff Friedman, LLP |
| ABA Routing No.: | 254070116 |
| Account No.: | 15076288 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270682

CLIENT/CASE: 25369.0009

RE: Retention of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/01/04 | Debra O. Fullem | Conference with M. Cheney to discuss employment of firm (.4); review list of parties to check for conflicts (.5); prepare abbreviated list and provide to accounting to begin search (1.0); begin draft of application to employ and declaration in support of same (2.8). | 4.70 |
| 06/01/04 | Roger L. Frankel | Review, note list of interested parties. | 0.30 |
| 06/01/04 | Matthew W. Cheney | Conference with D. Fullem re application and disclosure. | 0.20 |
| 06/01/04 | Matthew W. Cheney | Review conflicts list. | 0.20 |
| 06/03/04 | Matthew W. Cheney | Conference with D. Fullem re status of conflicts search and application. | 0.10 |
| 06/03/04 | Debra O. Fullem | Work on disclosures of conflicts and application to employ. | 5.00 |

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:   25369
07/31/04                                                      MATTER: .0009
Page 2                                                        INVOICE: 270682

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/04/04 | Debra O. Fullem | Conferences with M. Cheney regarding status of application to employ and R. Frankel affidavit (.4); continue to finalize draft of application to employ and R. Frankel affidavit (2.5); prepare e-mails to firm attorneys' regarding conflict issues and review numerous responses thereto (1.0); insert new information from attorneys on additional disclosures in R. Frankel's affidavit (.8). | 4.70 |
| 06/04/04 | Roger L. Frankel | Confer with R. Wyron re retention issues (.2); notes re same (.1). | 0.30 |
| 06/04/04 | Matthew W. Cheney | Conference with D. Fullem re application and disclosure. | 0.20 |
| 06/04/04 | Matthew W. Cheney | Conference with R. Wyron re application and disclosure. | 0.10 |
| 06/04/04 | Debra L. Felder | Draft notice of appearance and request for documents (.5). | 0.50 |
| 06/05/04 | Matthew W. Cheney | Draft application to employ SBSF and disclosure statement by R. Frankel. | 2.90 |
| 06/05/04 | Matthew W. Cheney | Draft correspondence to R. Wyron enclosing draft application. | 0.20 |
| 06/06/04 | Matthew W. Cheney | Review correspondence from R. Wyron re application. | 0.10 |
| 06/06/04 | Richard H. Wyron | Revise application to employ SBSF as counsel for D. Austern and draft disclosure. | 0.80 |
| 06/07/04 | Richard H. Wyron | Review draft of R. Frankel Declaration and Application to Employ SBSF. | 0.90 |
| 06/07/04 | Matthew W. Cheney | Review R. Wyron's comments to application. | 0.20 |
| 06/07/04 | Matthew W. Cheney | Conference with D. Fullem re status of application. | 0.10 |
| 06/07/04 | Matthew W. Cheney | Revise application to employ SBSF. | 0.10 |
| 06/07/04 | Matthew W. Cheney | Draft notice of appearance. | 0.20 |
| 06/08/04 | Matthew W. Cheney | Revise notice of appearance. | 0.10 |
| 06/08/04 | Matthew W. Cheney | Continue drafting application to employ SBSF and disclosure statement for R. Frankel. | 2.00 |
| 06/08/04 | Matthew W. Cheney | Conferences with D. Fullem re notice list and disclosures. | 0.60 |
| 06/08/04 | Matthew W. Cheney | Conference with R. Wyron re application and disclosures. | 0.20 |

David Austern, FCR (for W.R. Grace & Co,)  
07/31/04  
Page 3

CLIENT: 25369  
MATTER: .0009  
INVOICE: 270682

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/08/04 | Debra O. Fullem | Conference with M. Cheney (.2); review of list from Debtor's counsel and process for conflict reports to accounting (.5); discuss timing with accounting (.2); update M. Cheney (.1); begin review of certain conflict reports (.5); begin initial draft of application to employ and declaration (2.0). | 3.50 |
| 06/08/04 | Debra O. Fullem | Conference with M. Cheney regarding case status, including timing of conflict reports and filing of employment application. | 0.50 |
| 06/09/04 | Richard H. Wyron | Review revised Frankel Declaration (.5); review of SBSF retention papers (.4). | 0.90 |
| 06/10/04 | Debra O. Fullem | Conference with M. Cheney regarding status of application to employ and R. Frankel disclosure; review and discuss status of conflict reports. | 0.50 |
| 06/10/04 | Debra O. Fullem | Continue preparing drafts of application to employ and R. Frankel's declaration in support (2.0); review and revise same per comments from R. Wyron and R. Frankel (1.0); review conflict reports (1.5); numerous follow up calls and e-mails from various attorneys re conflict information to provide in disclosure (.8); conference with R. Wyron and M. Cheney to review status of documents and conflict reports (.5); prepare further edits to documents and follow up on e-mails to unresponded to e-mails (1.0). | 6.80 |
| 06/10/04 | Roger L. Frankel | Review status with R. Wyron, employment issues. | 0.20 |
| 06/10/04 | Matthew W. Cheney | Conference with R. Wyron re application. | 0.30 |
| 06/10/04 | Matthew W. Cheney | Conference with D. Fullem re conflicts search. | 0.10 |
| 06/10/04 | Matthew W. Cheney | Draft application and disclosure. | 0.80 |
| 06/10/04 | Matthew W. Cheney | Conference with R. Wyron and D. Fullem re application. | 0.80 |
| 06/10/04 | Richard H. Wyron | Confer with D. Fullem regarding conflicts reports and follow-up (.9); call to E. Frejka regarding Ryan matter (.4); confer with M. Cheney and follow-up (.3). | 1.60 |
| 06/11/04 | Matthew W. Cheney | Review correspondence from D. Felder and M. Almy re: application to employ SBSF. | 0.20 |
| 06/11/04 | Roger L. Frankel | Review, edit application to retain Swidler, order re same, declaration of R. Frankel under Rule 2014. | 0.90 |

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 4

CLIENT: 25369
MATTER: .0009
INVOICE: 270682

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/11/04 | Roger L. Frankel | Confer with R. Wyron re retention papers. | 0.30 |
| 06/11/04 | Debra O. Fullem | Prepare e-mails and responses to e-mails to and from attorneys for follow up on various conflict reports. | 1.00 |
| 06/11/04 | Debra O. Fullem | Review conflict report on professionals employed in the case. | 0.50 |
| 06/14/04 | Debra O. Fullem | Review conflict reports; prepare follow up e-mails to attorneys as necessary regarding additional information. | 1.00 |
| 06/14/04 | Matthew W. Cheney | Draft correspondence to D. Austern enclosing application to employ SBSF. | 0.20 |
| 06/14/04 | Richard H. Wyron | Review draft retention papers (.4); call to M. Cheney regarding filing and review (.2); call to D. Austern re SBSF application (.1); review Ryan conflict resolution (.2); follow-up on disclosure information (.8); revise R. Frankel declaration (.4). | 2.10 |
| 06/14/04 | Roger L. Frankel | Review, edit revised declaration in support of SBSF application. | 0.90 |
| 06/15/04 | Debra L. Felder | Draft and finalize application to employ Swidler (.8); conference with M. Cheney re same (.2). | 1.00 |
| 06/15/04 | Roger L. Frankel | Review, edit declaration (revised) of Frankel (.5); confer with R. Wyron and B. Direnfeld re declaration (.3). | 0.80 |
| 06/15/04 | Richard H. Wyron | Confer with D. Fullem on final issues (.4); finalize application to employ (.3); finalize Ryan letter on proof of claim (.2). | 0.90 |
| 06/15/04 | Matthew W. Cheney | Conference with R. Wyron and D. Fullem re application and disclosure statement. | 0.90 |
| 06/15/04 | Matthew W. Cheney | Conference with D. Felder re notice of application. | 0.10 |
| 06/15/04 | Matthew W. Cheney | Review and revise notice of application. | 0.20 |
| 06/15/04 | Matthew W. Cheney | Conference with D. Fullem re filing applications. | 0.20 |
| 06/15/04 | Matthew W. Cheney | Conference with R. Wyron and D. Fullem re finalizing application. | 0.30 |
| 06/15/04 | Matthew W. Cheney | Draft correspondence to D. Austern enclosing filed application to employ SBSF. | 0.20 |

David Austern, FCR (for W.R. Grace & Co,)        CLIENT: 25369
07/31/04        MATTER: .0009
Page 5        INVOICE: 270682

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/15/04 | Debra O. Fullem | Several conferences with R. Wyron and M. Cheney regarding employment application and disclosures (1.2); continue to review and revise application to employ and disclosure of R. Frankel (2.6); prepare notes and follow up on disclosure items and discuss with R. Wyron (1.2); conference with local counsel regarding filing and service of pleadings (.2); review and prepare final of service lists (.5); prepare final notice of appearance and application to employ and related documents and coordinate service of same (1.5). | 7.20 |
| 06/16/04 | Matthew W. Cheney | Review motion for admission pro hac vice. | 0.30 |
| 06/17/04 | Matthew W. Cheney | Review and revise motion for admission pro hac vice. | 0.10 |
| 06/17/04 | Roger L. Frankel | Review insert for Frankel declaration. | 0.20 |
| 06/17/04 | Roger L. Frankel | Review supplemental disclosure. | 0.30 |
| 06/17/04 | Debra L. Felder | Review supplemental declarations of R. Frankel and D. Austern. | 0.50 |
| 06/17/04 | Debra O. Fullem | Review language regarding CIBC from R. Wyron for purposes of updating declaration (.2); discuss with D. Felder (.1); prepare draft supplemental declaration of R. Frankel (1.0). | 1.30 |
| 06/18/04 | Debra O. Fullem | Discussions and coordination of filing and service of supplemental statement of R. Frankel. | 0.50 |
| 06/21/04 | Matthew W. Cheney | Conference with R. Wyron re: correspondence from F. Reich re application. | 0.10 |
| 06/21/04 | Elise Scherr Frejka | Review email from R. Wyron re UST inquiry re SBSF retention (.1); review materials and prepare response re representation of former WR Grace officer (1.3). | 1.40 |
| 06/21/04 | Roger L. Frankel | Review issues, series of e-mails re inquiries from UST re SBSF disclosures. | 0.50 |
| 06/21/04 | Richard H. Wyron | Review updated conflicts system reports (.3); work on response to US Trustee's inquiry (.9); draft email response (.3). | 1.50 |

David Austern, FCR (for W.R. Grace & Co,)      CLIENT: 25369
07/31/04                MATTER: .0009
Page 6                 INVOICE: 270682

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/22/04 | Debra O. Fullem | Finish review of remaining conflict reports from accounting (1.0); prepare summary of same (1.0); review summary with Richard Wyron (.2); prepare emails to attorneys regarding follow up on information in reports (.4). | 2.60 |
| 06/25/04 | Debra O. Fullem | Review and revise pro hac vice motion (.3); discuss with R. Wyron (.1); prepare edits thereto (.1); coordinate signatures by Roger Frankel, Richard Wyron, Matthew Cheney and Jonathan Guy (.2); telephone call to Celeste Hartman re filing and serving of same (.2); review and revise service list to provide notice to core service list (.4). | 1.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 4.70 | $2,843.50 |
| Richard H. Wyron | $510.00 | 8.70 | $4,437.00 |
| Matthew W. Cheney | $310.00 | 12.30 | $3,813.00 |
| Debra L. Felder | $205.00 | 2.00 | $410.00 |
| Elise Scherr Frejka | $410.00 | 1.40 | $574.00 |
| Debra O. Fullem | $175.00 | 41.10 | $7,192.50 |
| **TOTAL HOURS & FEES** | | **70.20** | **$19,270.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 3,789.00 |
| Postage | 889.35 |
| **TOTAL OTHER CHARGES** | **$4,678.35** |

CURRENT INVOICE DUE................................................................$23,948.35

PREVIOUS BALANCE (Breakdown attached if applicable)................................................$0.00

TOTAL AMOUNT DUE................................................................$23,948.35

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270682

OUR REFERENCE: 25369.0009

## INVOICE SUMMARY

TOTAL FEES.................................................................................$19,270.00

TOTAL OTHER CHARGES.......................................................$4,678.35

**TOTAL AMOUNT DUE** .......................................................$23,948.35

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:     254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270683

CLIENT/CASE: 25369.0010

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/04/04 | Matthew W. Cheney | Draft correspondence to J. Brownstein re conflicts search. | 0.20 |
| 06/04/04 | Matthew W. Cheney | Conference with D. Felder re application for CIBC. | 0.10 |
| 06/04/04 | Debra L. Felder | Draft and revise 2014 statement for D. Austern (2.5). | 2.50 |
| 06/04/04 | Roger L. Frankel | Confer with D. Austern, CIBC re possible retention. | 1.50 |
| 06/08/04 | Debra L. Felder | Begin drafting application to employ CIBC World Markets Corp. as financial advisor. | 1.80 |
| 06/10/04 | Matthew W. Cheney | Conference with D. Felder re application for CIBC. | 0.10 |
| 06/10/04 | Matthew W. Cheney | Conference with M. Almy re application for CIBC. | 0.20 |
| 06/10/04 | Matthew W. Cheney | Telephone conferences with J. Brownstein re application and retention letter. | 0.50 |
| 06/10/04 | Matthew W. Cheney | Draft correspondence to J. Phillips re application for employment. | 0.10 |
| 06/10/04 | Monique D. Almy | Meet with R. Wyron re engagement of CIBC. | 0.20 |
| 06/10/04 | Monique D. Almy | Make calls to CIBC/Brownstein re their engagement. | 0.30 |
| 06/10/04 | Monique D. Almy | Work on CIBC engagement letter. | 0.20 |

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 2

CLIENT: 25369
MATTER: .0010
INVOICE: 270683

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/10/04 | Monique D. Almy | Work on CIBC retention pleadings. | 0.80 |
| 06/11/04 | Monique D. Almy | Work on CIBC retention pleadings. | 1.80 |
| 06/11/04 | Monique D. Almy | Call to Jon Brownstein. | 0.20 |
| 06/11/04 | Debra L. Felder | Continue drafting application to employ CIBC (3.0); conference with M. Almy re same (.3). | 3.30 |
| 06/14/04 | Debra L. Felder | Revise application to employ CIBC. | 1.00 |
| 06/14/04 | Monique D. Almy | Edit Application to Employ and Order/CIBC. | 0.60 |
| 06/15/04 | Debra L. Felder | Revise application to employ CIBC. | 0.80 |
| 06/15/04 | Roger L. Frankel | Review engagement letters. | 0.40 |
| 06/16/04 | Debra L. Felder | Revise application to employ CIBC (2.0); conference with M. Cheney re same (.7); review Radecki declaration (.5); telephone conferences with J. Brownstein re same (.3). | 3.50 |
| 06/16/04 | Richard H. Wyron | Review and revise CIBC engagement letter and FCR's application to employ (1.8); review and revise 2014 supplemental statements for R. Frankel and D. Austern (.9). | 2.70 |
| 06/16/04 | Matthew W. Cheney | Telephone conferences with J. Brownstein re CIBC application. | 0.70 |
| 06/16/04 | Matthew W. Cheney | Conferences with D. Felder re CIBC application. | 0.30 |
| 06/16/04 | Matthew W. Cheney | Review and respond to correspondence from R. Wyron and M. Almy re CIBC application. | 0.10 |
| 06/16/04 | Matthew W. Cheney | Review and revise application to employ CIBC, retention letter and Radecki declaration. | 1.90 |
| 06/16/04 | Matthew W. Cheney | Draft correspondence to M. Almy re retention letter. | 0.10 |
| 06/16/04 | Matthew W. Cheney | Conference with R. Wyron re retention letter. | 0.30 |
| 06/17/04 | Matthew W. Cheney | Conference with R. Wyron re CIBC retention letter. | 0.10 |
| 06/17/04 | Matthew W. Cheney | Conference with D. Felder re CIBC retention letter. | 0.10 |
| 06/17/04 | Matthew W. Cheney | Review correspondence from J. Brownstein and R. Wyron re application and retention letter. | 0.20 |
| 06/17/04 | Monique D. Almy | Review Radecki Affidavit. | 0.20 |

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 3

CLIENT: 25369
MATTER: .0010
INVOICE: 270683

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/17/04 | Richard H. Wyron | Review CIBC application and disclosure (.8); revise R. Frankel and D. Austern 2014 supplemental declarations (.4). | 1.20 |
| 06/17/04 | Roger L. Frankel | Review insert for David Austern supplemental declaration. | 0.10 |
| 06/17/04 | Debra O. Fullem | Review langage from R. Wyron regarding CIBC to insert into Mr. Radecki's declaration; discuss with D. Felder. | 0.50 |
| 06/17/04 | Debra O. Fullem | Discussions with R. Wyron, M. Cheney and D. Felder regarding CIBC employment. | 0.50 |
| 06/17/04 | Debra L. Felder | Conference with R. Wyron re application to employ CIBC (.2); revise same (1.0); telephone conferences with J. Brownstein re same (.7); review Radecki declaration and suggest revisions re same (1.5). | 3.40 |
| 06/18/04 | Debra L. Felder | Telephone conference with R. Meade re filing application to employ CIBC and supplemental declarations. | 0.30 |
| 06/18/04 | Debra O. Fullem | Discussions and coordination of filings of CIBC employment and supplemental statement of David Austern. | 1.00 |
| 06/22/04 | Richard H. Wyron | Review engagement letters and confidentiality issues. | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $430.00 | 4.30 | $1,849.00 |
| Roger L. Frankel | $605.00 | 2.00 | $1,210.00 |
| Richard H. Wyron | $510.00 | 4.30 | $2,193.00 |
| Matthew W. Cheney | $310.00 | 5.00 | $1,550.00 |
| Debra L. Felder | $205.00 | 16.60 | $3,403.00 |
| Debra O. Fullem | $175.00 | 2.00 | $350.00 |
| **TOTAL HOURS & FEES** | | **34.20** | **$10,555.00** |

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 4

CLIENT: 25369
MATTER: .0010
INVOICE: 270683

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 3,362.40 |
| Postage | 1,238.35 |
| **TOTAL OTHER CHARGES** | **$4,600.75** |

**CURRENT INVOICE DUE**................................................................**$15,155.75**

PREVIOUS BALANCE  (Breakdown attached if applicable)........................................................$0.00

**TOTAL AMOUNT DUE**..........................................................**$15,155.75**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270683

OUR REFERENCE: 25369.0010

## INVOICE SUMMARY

TOTAL FEES..............................................................................$10,555.00

TOTAL OTHER CHARGES.............................................................$4,600.75

**TOTAL AMOUNT DUE** ............................................................**$15,155.75**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270680

CLIENT/CASE: 25369.0006

RE: Insurance Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/01/04 | Roger L. Frankel | Review with M. Plumer and B. Direnfeld staffing and issues re insurance coverage. | 0.30 |
| 06/22/04 | Roger L. Frankel | Review M. Plumer availability; e-mail to Siegel re insurance due diligence. | 0.20 |
| 06/25/04 | Roger L. Frankel | Review insurance project issues with M. Plumer, portions of SEC filings regarding insurance, claims. | 0.40 |
| 06/25/04 | Scott J. Levitt | Office telephone conference with Mr. Plumer re case overview (.2); review and analyze Grace's 10-K and 10-Q (1.5); research on Mealey's re Grace's coverage actions (1.6). | 3.30 |
| 06/25/04 | Mark J. Plumer | Telephone conference with Jay Hughes (W.R. Grace) to set up 6/30 meeting (.2); follow-up with Mr. Levitt re preparation for same (.3). | 0.50 |
| 06/28/04 | Mark J. Plumer | Review background financial documents in preparation for 6/9 telephone conference re insurance issues. | 1.10 |
| 06/28/04 | Scott J. Levitt | Research Grace's asbestos coverage actions (1.7); draft memorandum re same (1.6); office conference with Ms. Wrathall re same (.2). | 3.50 |

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 2

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/29/04 | Scott J. Levitt | Prepare outline for telephone conference with Jay Hughes (1.6); research history of Grace's coverage actions (2.5); draft memorandum re same (1.1). | 5.20 |
| 06/29/04 | Meghan R. Wrathall | Electronic research and review of documents on Mealeys for Mr. Levitt re preparation of materials for conference call. | 5.00 |
| 06/30/04 | Mark J. Plumer | Office conference with Mr. Levitt in preparation for telephone conference call with W.R. Grace re status of insurance recovery (.3); telephone conference with W.R. Grace risk manager, et al., re remaining insurance asset and historic insurance recovery efforts bearing upon residual coverage (1.0). | 1.30 |
| 06/30/04 | Scott J. Levitt | Office conference with Mr. Plumer re Grace's asbestos coverage and litigation (.3); telephone conference with W.R. Grace (1.0); draft memorandum re same (2.5); review and analyze 10-K and reported court decisions involving Grace (3.5). | 7.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.90 | $544.50 |
| Mark J. Plumer | $520.00 | 2.90 | $1,508.00 |
| Scott J. Levitt | $355.00 | 19.30 | $6,851.50 |
| Meghan R. Wrathall | $125.00 | 5.00 | $625.00 |
| **TOTAL HOURS & FEES** | | **28.10** | **$9,529.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE..................................................................$9,529.00

PREVIOUS BALANCE (Breakdown attached if applicable)..................................................$0.00

TOTAL AMOUNT DUE..................................................................$9,529.00

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04

INVOICE NUMBER: 270680

OUR REFERENCE: 25369.0006

## INVOICE SUMMARY

TOTAL FEES..........................................................................................$9,529.00

TOTAL OTHER CHARGES ....................................................................$0.00

**TOTAL AMOUNT DUE** ..........................................................................**$9,529.00**

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270681

CLIENT/CASE: 25369.0007

RE: Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/01/04 | Mykhaylo A. Gryzlov | Research regarding decisions by Judge Buckwalter re asbestos or bankruptcy issues (1.0); draft multiple e-mails to R. Wyron regarding the foregoing (.3). | 1.30 |
| 06/01/04 | Mykhaylo A. Gryzlov | Research regarding professional history of Judge Buckwalter and standing case management orders; draft e-mail to R. Wyron regarding the foregoing. | 0.40 |
| 06/11/04 | Roger L. Frankel | Review, consider J. Buckwalter memorandum and order re status reports. | 0.30 |
| 06/16/04 | Matthew W. Cheney | Conference with D. Felder re status report. | 0.10 |
| 06/16/04 | Debra L. Felder | Review pleadings re Judge Wolin's July 29, 2002 solvency opinion and motion to vacate same (1.0); draft e-mail summary re same (.5); begin drafting status report pursuant to June 8, 2004 Order (3.5). | 5.00 |
| 06/17/04 | Debra L. Felder | Conference with M. Almy and M. Cheney re status report (.2); revise same (1.3); telephone conference with D. Carickhoff re motion to vacate Judge Wolin's July 29, 2002 opinion (.2); review motion and draft summary e-mail re same (.7). | 2.40 |

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 2

CLIENT: 25369
MATTER: .0007
INVOICE: 270681

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/17/04 | Richard H. Wyron | Review and revise draft status report. | 1.20 |
| 06/17/04 | Matthew W. Cheney | Review and revise status report. | 0.70 |
| 06/17/04 | Matthew W. Cheney | Conference with D. Felder re status report. | 0.10 |
| 06/18/04 | Roger L. Frankel | Review, revise status report for J. Buckwalter. | 0.40 |
| 06/21/04 | Roger L. Frankel | Review issues re Sealed Air motion to vacate. | 0.30 |
| 06/21/04 | Roger L. Frankel | Review, revise status report to J. Buckwalter. | 0.30 |
| 06/21/04 | Roger L. Frankel | Review protective opposition to Sealed Air motion. | 0.30 |
| 06/21/04 | Debra O. Fullem | Review status report by David Austern to be filed with Court and e-mail to Celeste Hartman regarding same. | 0.10 |
| 06/21/04 | Richard H. Wyron | Revise and fianlize status report (1.3); call to D. Austern (.2); follow-up on finalizing report (.6). | 2.10 |
| 06/25/04 | Roger L. Frankel | Confer with R. Wyron regarding status reports. | 0.30 |
| 06/26/04 | Roger L. Frankel | Review overall issues per status reports. | 0.50 |
| 06/29/04 | Matthew W. Cheney | Conference with D. Felder re Scott Company motion. | 0.10 |
| 06/29/04 | Matthew W. Cheney | Review correspondence from R. Wyron re Scott Company motion. | 0.10 |
| 06/30/04 | Matthew W. Cheney | Conference with D. Felder re Scott Company motion. | 0.10 |
| 06/30/04 | Matthew W. Cheney | Review correspondence from D. Felder re motion. | 0.20 |
| 06/30/04 | Matthew W. Cheney | Review correspondence from J. Phillips and R. Frankel re motion. | 0.20 |
| 06/30/04 | Roger L. Frankel | Review pleadings, exhibits filed by Scott Company to enforce preliminary injunction. | 0.60 |
| 06/30/04 | Roger L. Frankel | Review memo re Scott motion (.3); review ACC objection (.5); e-mails re same (.1). | 0.90 |
| 06/30/04 | Debra L. Felder | Review pleadings and exhibits re motion to enforce stay (1.2); draft e-mail summary re same (.8). | 2.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 3.90 | $2,359.50 |

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 3

CLIENT: 25369
MATTER: .0007
INVOICE: 270681

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $510.00 | 3.30 | $1,683.00 |
| Matthew W. Cheney | $310.00 | 1.60 | $496.00 |
| Debra L. Felder | $205.00 | 9.40 | $1,927.00 |
| Mykhaylo A. Gryzlov | $230.00 | 1.70 | $391.00 |
| Debra O. Fullem | $175.00 | 0.10 | $17.50 |
| **TOTAL HOURS & FEES** | | **20.00** | **$6,874.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**..................................................................**$6,874.00**

PREVIOUS BALANCE  (Breakdown attached if applicable).........................................................$0.00

**TOTAL AMOUNT DUE**..................................................................**$6,874.00**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04

OUR REFERENCE: 25369.0007

INVOICE NUMBER: 270681

## INVOICE SUMMARY

TOTAL FEES.................................................................................$6,874.00

TOTAL OTHER CHARGES.............................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................**$6,874.00**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270684

CLIENT/CASE: 25369.0011

RE:  Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 06/10/04 | Matthew W. Cheney | Telephone conference with S. Bossay's office re fee auditor's guidelines. | 0.20 |
| 06/11/04 | Debra L. Felder | Telephone conference with fee auditor re guidelines for fee applications. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Matthew W. Cheney | $310.00 | 0.20 | $62.00 |
| Debra L. Felder | $205.00 | 0.30 | $61.50 |
| TOTAL HOURS & FEES | | 0.50 | $123.50 |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| TOTAL OTHER CHARGES | $0.00 |

CURRENT INVOICE DUE........................................................................$123.50

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 2

CLIENT:   25369
MATTER: .0011
INVOICE: 270684

PREVIOUS BALANCE  (Breakdown attached if applicable).........................................................................$0.00

**TOTAL AMOUNT DUE**..................................................................**$123.50**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04

OUR REFERENCE: 25369.0011

INVOICE NUMBER: 270684

## INVOICE  SUMMARY

TOTAL FEES................................................................................$123.50

TOTAL OTHER CHARGES ............................................................$0.00

**TOTAL AMOUNT DUE** ..........................................................**$123.50**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:     Citibank, F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:  254070116
Account No.:      15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270685

CLIENT/CASE: 25369.0014

RE:  Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/28/04 | Roger L. Frankel | Non-working travel to New York for meetings with Committee counsel. | 1.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 1.00 | $605.00 |
| TOTAL HOURS & FEES | | 1.00 | $605.00 |

| OTHER CHARGES | AMOUNT |
|---|---|
| TOTAL OTHER CHARGES | $0.00 |

CURRENT INVOICE DUE.................................................................$605.00

PREVIOUS BALANCE  (Breakdown attached if applicable).................................$0.00

TOTAL AMOUNT DUE.................................................................$605.00

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270685

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES..........................................................................................$605.00

TOTAL OTHER CHARGES ........................................................................$0.00

**TOTAL AMOUNT DUE** ..........................................................................**$605.00**

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270686

CLIENT/CASE: 25369.0015

RE: FCR Retention Appeals

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/15/04 | Matthew W. Cheney | Review docket re appeal of FCR order. | 0.40 |
| 06/15/04 | Matthew W. Cheney | Draft correspondence to D. Austern re appeal. | 0.40 |
| 06/15/04 | Richard H. Wyron | Review pleadings on appeal of FCR order. | 0.90 |
| 06/17/04 | Monique D. Almy | Review Notice of Appeals filed by Federal Insurance Company, Royal and SunAlliance and designation of record. | 0.20 |
| 06/22/04 | Roger L. Frankel | Review docket entries (.2); review appeal issue filed by Property Committee (.1). | 0.30 |
| 06/25/04 | Matthew W. Cheney | Review correspondence from R. Wyron and D. Felder re appeal of FCR order. | 0.10 |
| 06/25/04 | Matthew W. Cheney | Conference with D. Felder re record on appeal. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Monique D. Almy | $430.00 | 0.20 | $86.00 |
| Roger L. Frankel | $605.00 | 0.30 | $181.50 |

David Austern, FCR (for W.R. Grace & Co,)     CLIENT:  25369
07/31/04                                       MATTER: .0015
Page 2                                         INVOICE: 270686

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $510.00 | 0.90 | $459.00 |
| Matthew W. Cheney | $310.00 | 1.00 | $310.00 |
| **TOTAL HOURS & FEES** | | **2.40** | **$1,036.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**................................................................$1,036.50

PREVIOUS BALANCE  (Breakdown attached if applicable)...........................................................$0.00

**TOTAL AMOUNT DUE**...........................................................$1,036.50

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04

OUR REFERENCE: 25369.0015

INVOICE NUMBER: 270686

## INVOICE SUMMARY

TOTAL FEES.................................................................................$1,036.50

TOTAL OTHER CHARGES..............................................................$0.00

**TOTAL AMOUNT DUE** .........................................................**$1,036.50**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:     Citibank, F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:  254070116
Account No.:      15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on September 29, 2004, I caused the *Notice, Cover Sheet to Second Monthly Interim Application of Swidler Berlin Shereff Friedman, LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period June 1, 2004 through June 30, 2004, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

## SERVICE LIST

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


***Federal Express***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: feeaudit@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: meskin@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


**E-mail: currier@klettrooney.com**
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


**E-mail: james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


**E-mail: pvnl@capdale.com**
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


**E-mail: rserrette@stroock.com**
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP