IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket Nos. 6275, 6322, 6345 |

**Objection Deadline: October 4, 2004 at Noon**
**Hearing Date: October 6, 2004 at Noon in Pittsburgh, PA**

## NOTICE OF SPECIAL HEARING TO ADDRESS MOTION PURSUANT TO BANKRUPTCY RULE 9013, TO LATER OR AMEND AMENDATORY ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED.R.BANKR.P. 2019

TO:   All parties required to receive notice pursuant to Del. L.R. 2002-1.

PLEASE TAKE NOTICE THAT the United States Bankruptcy Court has scheduled a special hearing on the *Motion of Baron & Budd, P.C. and Silber Pearlman, LLP, on their Own Behalf and on Behalf of all of the Tort Victims They Represent, Pursuant To Bankruptcy Rule 9013, To Alter Or Amend Amendatory Order Requiring Filing Of Statements Pursuant To Fed.R.Bankr.P. 2019* (the "Motion"). The hearing on the Motion shall be on **October 6, 2004 at 12:00 p.m.** Eastern time (the "Special Hearing") before the Honorable Judith K. Fitzgerald at the United States Bankruptcy Court for the Western District of Pennsylvania; 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Parties wishing to participate by phone should dial-in at 877-221-8724, passcode 569605.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court has accelerated the objection deadline so that all responses and objections to the Motion must be filed on or before **October 4, 2004 at 12:00 p.m.** Eastern Time.

The Special Hearing will address the Motion as it relates to each of the various bankruptcy cases in which it was filed.

Dated: September 29, 2004

        KIRKLAND & ELLIS, LLP
        David M. Bernick, P.C.
        Janet S. Baer
        James W. Kapp III
        Samuel L. Blatnick
        200 East Randolph Drive
        Chicago, Illinois 60601
        (312) 861-2000

        and

        PACHULSKI, STANG, ZIEHL, YOUNG, JONES
        & WEINTRAUB P.C.

        */s/ Laura Davis Jones*
        Laura Davis Jones (Bar No. 2436)
        David W. Carickhoff, Jr. (Bar No. 3715)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession