UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **CASE NO. 01-01139** |
| | ) | |
| **W.R. GRACE & CO.,** *et al.* | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the Elzufon Austin Reardon Tarlov & Mondell, P.A. ("EARTM"), by and through William D. Sullivan, Esquire, hereby withdraws its appearance as Delaware Counsel to the ZAI Claimants, and Buchanan Ingersoll PC hereby enters its appearance in this proceeding as Delaware Counsel to the ZAI Claimants pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. §1109(b). It is respectfully requested that all further notices given or required to be given in these proceedings and copies of all papers served in these proceedings be given to and served upon the undersigned, Delaware attorneys for the ZAI Claimants, at the offices, postal addresses, telephone numbers and facsimile numbers set forth below:

      William D. Sullivan, Esquire
      Buchanan Ingersoll PC
      The Nemours Building
      1007 North Orange Street, 11th Floor
      Wilmington, DE 19801
      Telephone: (302) 428-5500
      Facsimile:  (302) 428-3996
      sullivanwd@bipc.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that, among other things (1) affect or seek to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the Debtors, (b) property of the debtors' estates, or proceeds thereof, in which any of the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: September 29, 2004

 /s/ William D. Sullivan
William D. Sullivan, Esquire (# 2820)
BUCHANAN INGERSOLL PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

*Delaware Counsel for the ZAI Claimants*

#669122-v1;PHL1_General;