## <u>CERTIFICATE OF SERVICE</u>

I, William D. Sullivan, do hereby certify that on September 29, 2004, I caused a true and correct copy of the forgoing Notice of Substitution of Counsel to be filed on the following parties on the attached service list via First Class U.S. Mail.


Dated:  September 29, 2004                        /s/ William D. Sullivan_____
                                                 William D. Sullivan