# In re: W.R. GRACE & CO., et al
## OMNIBUS 6 - EXHIBIT A - CONTINUED

Hearing Date: Monday, September 27, 2004

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* Class** | Order Status |
|---|---|---|---|---|---|---|
| 1  LASON SYSTEMS INC<br>SUE MOORE<br>1305 STEPHENSON HWY<br>TROY MI 48083 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3210 | $283,279.92  (P) | RECLASSIFY, REDUCE & ALLOW | $204,990.45  (U) | CONTINUED TO 10/25/2004 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority                    (U) - Unsecured

Page 1 of 1

9/22/2004 4:20:40 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 6 - EXHIBIT B - SUSTAINED - EXPUNGE

Hearing Date: Monday, September 27, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ALEXANDER, JOHN<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3194 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 2 | BRABON JR, RONALD W<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CTR, STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3514 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 3 | BURNETT, SCOTT<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3513 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 4 | CONNER EL, MICHAEL<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3195 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 5 | CTL ENGINEERING INC<br>2860 FISHER RD<br>COLUMBUS OH 43204 | 01-01139<br>W.R. GRACE & CO. | 2174 | $968.45 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 6 | DAWSON, WARREN<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3199 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 7 | ESTATE OF BOBBY CAMPBELL DECEASED<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3200 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 8 | ESTATE OF DARRYL BROWN DECEASED<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3204 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 6 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 9 | ESTATE OF ELTON FLOYD MIZELL DECEASED C/O RONALD M APPLEBAUM ESQ WEINER & COX PLC 3000 TOWN CENTER STE 1800 SOUTHFIELD MI 48075 | 01-01140 W.R. GRACE & CO.-CONN. | 3198 | $10,000.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 10 | ESTATE OF MARION STANLEY DECEASED C/O RONALD M APPLEBAUM ESQ WEINER & COX PLC 3000 TOWN CENTER STE 1800 SOUTHFIELD MI 48075 | 01-01140 W.R. GRACE & CO.-CONN. | 3187 | $10,000.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 11 | ESTATE OF MICHAEL HURD DECEASED C/O RONALD M APPLEBAUM ESQ WEINER & COX PLC 3000 TOWN CENTER, STE 1800 SOUTHFIELD MI 48075 | 01-01140 W.R. GRACE & CO.-CONN. | 3206 | $10,000.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 12 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTIONS PO BOX 2952 SACRAMENTO CA 95812-2952 | 01-01193 MRA STAFFING SYSTEMS, INC. | 274 | $6,870.32 $250.00 | (P) (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 13 | FRANCHISE TAX BOARD SPECIAL PROCEDURES PO BOX 2952 SACRAMENTO CA 95812-2952 | 01-01139 W.R. GRACE & CO. | 440 | $1,717,549.43 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 14 | GREEN, DONALD | 01-01140 W.R. GRACE & CO.-CONN. | 3192 | $10,000.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 15 | LERMA, BENITO C/O RONALD M APPLEBAUM ESQ WEINER & COX PLC 3000 TOWN CENTER STE 1800 SOUTHFIELD MI 48075 | 01-01140 W.R. GRACE & CO.-CONN. | 3191 | $10,000.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 16 | LIMOUSINE EIGHTEEN LTD PO BOX 263 LEXINGTON MA 02421 | 01-01139 W.R. GRACE & CO. | 1361 | $0.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 17 | LOUISIANA DEPT OF REVENUE PO BOX 66658 BATON ROUGE LA 70896 | 01-01158 GN HOLDINGS, INC. | 73 | $0.00 $0.00 | (P) (U) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 6 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 18 | MCLAUGHLIN, KEVIN<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3196 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 19 | OBLIGADO & CIA LDA SA<br>PARAGUAY 610<br>C1057AAH<br>BUENOS AIRES<br>ARGENTINA | 01-01139<br>W.R. GRACE & CO. | 1946 | $177,057.26 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 20 | PATTERSON, LARRY<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3193 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 21 | POWELL, RUFUS<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3197 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 22 | RIMKA, EDWARD<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3190 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 23 | SEES SR, J RONALD<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3188 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 24 | STATE OF FLORIDA DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | 01-01139<br>W.R. GRACE & CO. | 2010 | $390,809.39<br>$181,654.27 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 25 | TOMLIN, JERRY<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3205 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 26 | VALENTINE, ANTHONY<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3189 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 6 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 27 | VANNUNALLY BEY, CYLESTER<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3203 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 28 | WHEELER, CHARLES<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER, STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3201 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 29 | WOODARD, KEVIN<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3202 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
## OMNIBUS 6 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | A D INSTRUMENTS INC<br>DIVISION OF ENDRESS & HAUSER<br>4711 A NATIONS CROSSING<br>CHARLOTTE NC 28217 | 01-01139<br>W.R. GRACE & CO. | 124 | $2,633.59 (U) | REDUCE AND ALLOW | $1,433.59 | (U) | SUSTAINED |
| 2 | CAMBRIDGE ELECTRIC LIGHT CO<br>800 BOYLSTON ST<br>17TH FLOOR<br>BOSTON MA 02119 | 01-01140<br>W.R. GRACE & CO.-CONN. | 195 | $65,215.42 (U) | REDUCE AND ALLOW | $47,261.85 | (U) | SUSTAINED |
| 3 | CATCHING FLUID POWER INC<br>881 REMINGTON BLVD<br>BOLINGBROOK IL 60440 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4488 | $32,162.24 (U) | REDUCE AND ALLOW | $31,290.19 | (U) | SUSTAINED |
| 4 | CHEMICAL SPECIALTIES INC DBA<br>PO BOX 1330<br>5910 PHARR MILL ROAD<br>HARRISBURG NC 28075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 56 | $51,918.08 (U) | REDUCE AND ALLOW | $51,831.67 | (U) | SUSTAINED |
| 5 | CHEM-TAINER IND INC<br>361 NEPTUNE AVE<br>WEST BABYLON NY 11704 | 01-01139<br>W.R. GRACE & CO. | 3086 | $64,018.62 (U) | REDUCE AND ALLOW | $62,670.83 | (U) | SUSTAINED |
| 6 | CORPORATE EXPRESS<br>7150 EXCHEQUER DR<br>BATON ROUGE LA 70809 | 01-01140<br>W.R. GRACE & CO.-CONN. | 75 | $9,685.70 (U) | REDUCE AND ALLOW | $2,385.72 | (U) | SUSTAINED |
| 7 | ENSR CORPORATION<br>2 TECHNOLOGY DR<br>WESTFORD MA 01886 | 01-01139<br>W.R. GRACE & CO. | 189 | $50,716.91 (U) | REDUCE AND ALLOW | $44,263.86 | (U) | SUSTAINED |
| 8 | FISHER SCIENTIFIC<br>ATTN: GARY R BARNES<br>2000 PARK LANE DRIVE<br>PITTSBURGH PA 15275 | 01-01139<br>W.R. GRACE & CO. | 312 | $60,206.71 (S) | RECLASSIFY, REDUCE & ALLOW | $41,329.75 | (U) | SUSTAINED |
| 9 | GREIF INC<br>ATTN: CREDIT DEPT<br>366 GREIF PKWY<br>DELAWARE OH 43015 | 01-01139<br>W.R. GRACE & CO. | 682 | $336,481.88 (U) | REDUCE AND ALLOW | $328,461.19 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
  (P) - Priority           (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 6 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 10 | MICHELIN NORTH AMERICA INC<br>ATTN: WANDA LINK / CREDIT<br>PO BOX 19001<br>GREENVILLE SC 29602-9001 | 01-01139<br>W.R. GRACE & CO. | 1299 | $11,739.90 | (U) REDUCE AND ALLOW | $3,220.24 | (U) | SUSTAINED |
| 11 | MITCHELL DISTRIBUTING COMPANY<br>R D MAYHEW DIR OF CREDIT<br>PO BOX 32156<br>CHARLOTTE NC 28232 | 01-01140<br>W.R. GRACE & CO.-CONN. | 430 | $1,439.56 | (U) REDUCE AND ALLOW | $718.67 | (U) | SUSTAINED |
| 12 | MOBILE STORAGE GROUP INC<br>7590 N GLENOAKS BLVD<br>BURBANK CA 91504 | 01-01139<br>W.R. GRACE & CO. | 3211 | $1,599.70 | (P) RECLASSIFY AND ALLOW | $1,599.70 | (U) | SUSTAINED |
| 13 | SEVERN TRENT LABORATORIES INC<br>ATTN: MARSHA HEMMERICH<br>4101 SHUFFEL DR NW<br>NORTH CANTON OH 44720 | 01-01139<br>W.R. GRACE & CO. | 1145 | $9,945.00 | (U) REDUCE AND ALLOW | $7,210.00 | (U) | SUSTAINED |
| 14 | SUBURBAN PROPANE LP<br>240 ROUTE 10 WEST<br>WHIPPANY NJ 07981 | 01-01139<br>W.R. GRACE & CO. | 1231 | $1,598.82 | (U) REDUCE AND ALLOW | $811.32 | (U) | SUSTAINED |
| 15 | TEXAS NATURAL RESOURCE<br>MC 132<br>C/O DENISE ESPINOSA<br>PO BOX 13087<br>AUSTIN TX 78711-3087 | 01-01140<br>W.R. GRACE & CO.-CONN. | 167 | $553.00 | (U) REDUCE AND ALLOW | $125.00 | (U) | SUSTAINED |
| 16 | TURNER COMPANY LLC<br>C/O KIRK A PATRICK III<br>PO BOX 3656<br>BATON ROUGE LA 70821 | 01-01139<br>W.R. GRACE & CO. | 2850 | $9,511.06 | (U) REDUCE AND ALLOW | $8,988.16 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
  (P) - Priority         (U) - Unsecured