In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

Hearing Date: Monday, September 27, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | AKZO NOBEL POLYMER CHEMICALS LLC<br>525 W VAN BUREN<br>CHICAGO IL 60607 | 01-01139<br>W.R. GRACE & CO. | 17 | $30,086.70 | (U) | OTHER (INDIVIDUAL CLAIM OBJECTION)<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 2 | ARCHER JR, DAVID L<br>706 W TEXAS<br>IOWA PARK TX 76367 | 01-01140<br>W.R. GRACE & CO.-CONN. | 602 | $1,541,849.60 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 3 | ARCHER, MICHELLE B<br>706 W TEXAS<br>IOWA PARK TX 76367 | 01-01140<br>W.R. GRACE & CO.-CONN. | 604 | $1,910,100.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 4 | BUI, KENT<br>PO BOX 20542<br>PORTLAND OR 97294-0542 | 01-01139<br>W.R. GRACE & CO. | 1570 | BLANK | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 5 | BUI, KENT<br>PO BOX 20542<br>PORTLAND OR 97294-0542 | 01-01139<br>W.R. GRACE & CO. | 1570 | BLANK | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 6 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 7 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 8 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4720 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 9 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01139<br>W.R. GRACE & CO. | 4722 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 10 | DAP PRODUCTS INC DBA DAP INC<br>FINANCE DEPT<br>2400 BOSTON ST #200<br>BALTIMORE MD 21224 | 01-01139<br>W.R. GRACE & CO. | 12990 | $429,798.91 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 11 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority           (U) - Unsecured

In re: W.R. GRACE & CO., et al
**OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 12 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE WA 98124 | 01-01139 W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 13 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE WA 98124 | 01-01140 W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 14 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE WA 98124 | 01-01139 W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 15 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI MICHAEL CROSSEN / DAVID C FIXLER RUBIN AND RUDMAN LLP 50 ROWES WHARF BOSTON MA 02110 | 01-01140 W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 16 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI MICHAEL CROSSEN / DAVID C FIXLER RUBIN AND RUDMAN LLP 50 ROWES WHARF BOSTON MA 02110 | 01-01140 W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 17 | NEW ENGLAND CONSTRUCTIN CO INC DUFFY & SWEENEY LTD ONE TURKS HEAD BLDG STE 1200 PROVIDENCE RI 02903 | 01-01139 W.R. GRACE & CO. | 14396 | $127,327.42 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 18 | PEARSON SR, PETER P PO BOX 26301 TUCSON AZ 85726 | 01-01139 W.R. GRACE & CO. | 2281 | $741,600.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 19 | PERINI CORPORATION C/O JEFFREY R PORTER ESQUIRE MINTZ LEVIN COHN FERRIS ET AL ONE FINANCIAL CENTER BOSTON MA 02111 | 01-01140 W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 20 | PERINI CORPORATION C/O JEFFREY R PORTER ESQUIRE MINTZ LEVIN COHN FERRIS ET AL ONE FINANCIAL CENTER BOSTON MA 02111 | 01-01140 W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: **W.R. GRACE & CO., et al**

**OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 21 | ROCCO & ZWEIFACH<br>C/O SAMUEL BARKIN<br>HELLER EHRMAN WHITE & MCAULIFFE LLP<br>120 W 45TH ST<br>NEW YORK NY 10036 | 01-01139<br>W.R. GRACE & CO. | 1205 | $19,454.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 22 | STATE OF OHIO ENVIRONMENTAL PROTECTION A<br>C/O TIMOTHY J KERN ASST ATTY GEN<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS OH 43215-3428 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9557 | UNKNOWN | (P) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 23 | STATE OF OHIO ENVIRONMENTAL PROTECTION A<br>C/O TIMOTHY J KERN ASST ATTY GEN<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS OH 43215-3428 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9557 | UNKNOWN | (P) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 24 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1694 | $351,758.00 | (A) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 25 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 1695 | $351,758.00 | (A) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 26 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1719 | $351,758.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |
| 27 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 1720 | $351,758.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 10/25/2004 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT B - CONTINUED - EXPUNGE

Hearing Date: Monday, September 27, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | BUREAU OF CUSTOMS AND BORDER PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN (P)<br>UNKNOWN (U) | | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/15/2004 12:00PM |
| 2 | BUREAU OF CUSTOMS AND BORDER PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN (P)<br>UNKNOWN (U) | | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 11/15/2004 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT C - SUSTAINED - EXPUNGE

Hearing Date: Monday, September 27, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | SVERDRUP CIVIL INC C/O JACOBS ENGIEERING 501 N BROADWAY ST LOUIS MO 63103-2121 | 01-01139 W.R. GRACE & CO. | 576 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 2 | SVERDRUP CIVIL INC C/O JACOBS ENGIEERING 501 N BROADWAY ST LOUIS MO 63103-2121 | 01-01139 W.R. GRACE & CO. | 576 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority            (U) - Unsecured

Page 1 of 1

9/22/2004 2:10:10 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT D - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | PETERS SMITH & CO<br>C/O CHARLES C TRASCHER III<br>PO BOX 2055<br>MONROE LA 71207 | 01-01139<br>W.R. GRACE & CO. | 9689 | $50,000.00 | (U) | NO LIABILITY<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority           (U) - Unsecured

Hearing Date: Monday, September 27, 2004

Page 1 of 1

9/22/2004 2:19:35 PM