Hearing Date: Monday, September 27, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT A - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | EXXONMOBIL CHEMICAL COMPANY LAW DEPT BANKRUPTCY MATTERS 13501 KATY FREEWAY HOUSTON TX 77079 | 01-01139 W.R. GRACE & CO. | 869 | $71,547.45 (U) | REDUCE AND ALLOW | $63,059.42 (U) | | CONTINUED TO 10/25/2004 12:00 PM |
| 2 | NSTAR GAS 800 BOYLSTON ST 17TH FLOOR BOSTON MA 02119 | 01-01140 W.R. GRACE & CO.-CONN. | 196 | $14,773.55 (U) | REDUCE AND ALLOW | $7,132.59 (U) | | CONTINUED TO 10/25/2004 12:00 PM |
| 3 | SPAULDING AND SLYE C/O BRUCE D LEVIN ESQ BERNKOPF GOODMAN & BASEMAN LLP 125 SUMMER STR BOSTON MA 02110 | 01-01140 W.R. GRACE & CO.-CONN. | 203 | $1,403,017.00 (U) | REDUCE AND ALLOW | $549,159.00 (U) | | CONTINUED TO 10/25/2004 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

9/22/2004 1:42:46 PM

Hearing Date: Monday, September 27, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT B - STIPULATION

| Creditor Name / Address | Case Number | Claim Number | Total Claim Claim Dollars*Class** | Allowed Claim Amount* Class** | Claim Relief Requested |
|---|---|---|---|---|---|
| 1   DONS DIESEL SERVICE INC<br>PO BOX 2438<br>HILLSBORO MO  63050 | 01-01139   2399<br>W.R. GRACE & CO. | | $1,943.98   (U) | $719.36   (U) | STIPULATION |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority              (U) - Unsecured

Page 1 of 1

9/22/2004 1:48:37 PM

Hearing Date: Monday, September 27, 2004

## In re: W.R. GRACE & CO., et al

## OMNIBUS 4 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Claim Relief Requested | Allowed Claim Amount* | | Claim Class** Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | KATTEN MUCHIN ZAVIS ROSENMAN C/O JEFF J FRIEDMAN ESQ 575 MADISON AVE NEW YORK NY 10022 | 01-01139 W.R. GRACE & CO. | 15176 | $58,292.87 | (U) | REDUCE AND ALLOW | $1,153.13 | (U) | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

9/22/2004 2:05:01 PM