IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Case No. 01-01139 (JKF) |
| | § | (Jointly Administered) |
| W.R. GRACE & CO., et al., | § | |
| | § | **Related to Docket Nos.** |
| | § | 6275; 6322; 6345 |
| | § | **Hearing Date:** |
| | § | October 6, 2004 at 12:00 p.m. |
| Debtors. | § | Pittsburgh, PA |

**JOINDER OF BRAYTON PURCELL IN THE MOTION OF
BARON & BUDD AND SILBER PEARLMAN PURSUANT TO
BANKRUPTCY RULE 9023, TO ALTER OR AMEND
AMENDATORY ORDER REQUIRING FILING OF
STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019, OR
ALTERNATIVELY, FOR NEW TRIAL [DOCKET NO. 6322]**

Brayton Purcell is a law firm representing numerous tort victims asserting personal injury claims against the Debtors in this chapter 11 case. Brayton Purcell hereby joins in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, or Alternatively, for New Trial [Docket No. 6322] (the "Motion to Amend").

Therefore, for the reasons set forth in the Motion to Amend, Brayton Purcell respectfully requests that this Court grant the relief sought by Baron & Budd and Silber Pearlman, enter an order modifying the disclosure required of law firms in this Case under Rule 2019 in form consistent with the proposed order submitted with the Motion to Amend, and grant such other and further relief to which this Court deems Brayton Purcell and Baron & Budd and Silber Pearlman entitled.

-2-

Dated: September 30, 2004         Respectfully submitted,
       Wilmington, Delaware

*/s/ Daniel K. Hogan*
Daniel K. Hogan (De. Bar No. 2814)
1701 Shallcross Avenue
Suite C
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599

*and*

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation**
Sander L. Esserman
Texas Bar No. 06671500
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

**COUNSEL FOR BRAYTON PURCELL**