# SIGN-IN SHEET

CASE NAME: W.R. Grace

CASE NO.: 01-1139

COURTROOM NO.: 2

DATE: 9/27/04

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gary M. Becker | Kramer Levin Naftalis & Frankel LLP | Equity Committee |
| Lewis Kruger | Stroock & Stroock & Lavan | Official Creditors Comm |
| Roger Frankel | Swidler Berlin | FCR |
| Richard Wyron | " | FCR |
| David Austern | FCR | FCR |
| Joseph Radecki | CDG Group Houlihan | FCR |
| Alexander Healin | Ford Marrin | self |
| Gerald D. Wells III | Schiffrin & Barroway | Evans |
| Michael Etkin | Lowenstein Sandler | Evans |
| Bruce Schlanger | " | " |
| Mark T. Hurford | Campbell + Levine | ASB, FT, Gwen |
| Mike Berkin | L. Tersigni Consulting | " |
| Theodore Tacconelli | Ferry Joseph & Pearce | PD Committee |
| Karl Hill | Seitz, VanOgtrop + Green | Intercat |
| David Posner | Hogan + Hartson | " |

# SIGN-IN SHEET

**CASE NAME:** WR Grace

**CASE NO.:**

**COURTROOM NO.:** 2

**DATE:** 09/27/04

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Shelley Kinsella | Cozen O'Connor | Federal Ins. |
| Gregory Boyer | Conway DelGenio Gris Nolle | PD Committee |
| Jack Phillips | Phillips Goldman and Spence | David Austern Futures Rep |
| Joki Kuchinski | W.R. Grace | |
| Dave Carickoff | Pachulski Stang | |
| Janet Baer | Kirkland & Ellis | Debtor |
| Samuel Blatnick | Kirkland & Ellis | Debtor |
| D. Blechman | Blackstone Group | Debtor |
| David M. Posner | Hogan & Hartson LLP | Intercat Inc. |
| J. Fayar | W.R. Grace | |
| William D. Sullivan | Buchan Ingersoll | ZAI Claimants |
| David Siegel | Grace | Grace |
| Frank Perch | US Trustee | |
| Michael Lastowski | Duane Morris | Trade Committee |
| Linda Carmichael | Whiteford Wilkins | ACE |