# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20040915

September 15, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of August 2004.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>0.8 hours @ $ 500 per hour | $    400.00 |
| James E. Hass<br>17.7 hours @ $ 500 per hour | 8,850.00 |
| Paul J. Silvern<br>2.3 hours @ $ 400 per hour | 920.00 |
| **TOTAL FEES:** | **$ 10,170.00** |

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                    NEW YORK

## Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace). For the month of August 2004.

| | Francine F. Rabinovitz | James E. Hass | Paul J. Silvern | |
|---|---|---|---|---|
| 08/01/2004 | | | | |
| 08/02/2004 | | | | |
| 08/03/2004 | | | | |
| 08/04/2004 | | | | |
| 08/05/2004 | | | | |
| 08/06/2004 | | | | |
| 08/07/2004 | | | | |
| 08/08/2004 | | | | |
| 08/09/2004 | | | | |
| 08/10/2004 | | 2.20 | | |
| 08/11/2004 | | | | |
| 08/12/2004 | | | 0.90 | |
| 08/13/2004 | | | | |
| 08/14/2004 | | | | |
| 08/15/2004 | | | | |
| 08/16/2004 | | | | |
| 08/17/2004 | | | | |
| 08/18/2004 | | | | |
| 08/19/2004 | | | 0.40 | |
| 08/20/2004 | | | | |
| 08/21/2004 | | | | |
| 08/22/2004 | | | | |
| 08/23/2004 | | 4.60 | | |
| 08/24/2004 | | 2.50 | | |
| 08/25/2004 | | 5.50 | | |
| 08/26/2004 | | 2.90 | | |
| 08/27/2004 | | | | |
| 08/28/2004 | | | | |
| 08/29/2004 | | | | |
| 08/30/2004 | 0.80 | | 1.00 | |
| 08/31/2004 | | | | Total Hours |
| Hours | 0.80 | 17.70 | 2.30 | 20.80 |
| Rate | $500 | $500 | $400 | Total Fees |
| | $400.00 | $8,850.00 | $920.00 | $10,170.00 |

AUGUST, 2004 TIME LOG OF FRANCINE F. RABINOVITZ (FFR);

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 08/30/04 | <u>0.8</u> | Review mediation slides. |
| TOTAL: | 0.8 | Case Administration |

AUGUST 2004, TIME LOG OF JAMES E. HASS (JEH);

| DATE | TIME | TASK |
|---|---|---|
| | | Claims Analysis and Valuations |
| 08/10/04 | 2.2 | Analysis of CDG estimate of Grace Enterprise value and estimate of creditor, in anticipation of Grace proposed Plan of Reorganization meeting. |
| 08/23/04 | 4.6 | Review of Grace Property Damage (PD) data base and previous work on PD estimates |
| 08/24/04 | 2.5 | Dinner meeting with Jay M. Sakalo, Scott L. Baena and Greg Boyer. |
| 08/25/04 | 1.5 | Breakfast meeting with Scott L. Baena, Jay M. Sakalo, Greg Boyer, D. Speights and Martin Dies prior to briefing from Grace attorneys. |
| | 4.0 | Briefing by David Bernick of K&E on proposed Grace plan of reorganization. |
| 08/26/04 | 2.9 | Analyze Grace 10K prior to meeting with Blackstone group. |
| TOTAL: | 17.7 | Claims Analysis and Valuations |

AUGUST 2004, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| | | Case Administration |
| 8/12/2004 | 0.9 | Participate in Property Damage (PD) Committee call re: case status (0.7); Voice mail message for Francine F. Rabinovitz re: PD Committee call (0.1); Voice mail message for James E. Hass (JEH) re: PD Committee call (0.1). |
| 8/19/2004 | 0.3 | Participate in PD Committee call re: case status. |
| | 0.1 | Voice mail messages for Francine F. Rabinovitz and James E. Hass re: PD Committee call. |
| 8/30/2004 | 1.0 | Review response briefs re: appeal of appointment of Future Claimants Representative. |
| TOTAL: | 2.3 | Case Administration |