IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

*In re*:

| | |
|---|---|
| OWENS CORNING, et al. | 00-3837-JKF |
| ARMSTRONG WORLD INDUSTRIES, et al. | 00-4471-JKF |
| W.R. GRACE & CO., et al. | 01-1139-JKF |
| USG CORPORATION, et al. | 01-2094-JKF |
| UNITED STATES MINERAL PRODUCTS COMPANY, et al. | 01-2471-JKF |
| KAISER ALUMINUM CORP., et al. | 02-10429 JKF |
| ACANDS, INC., et al. | 02-12687-JKF |
| THE FLINTKOTE COMPANY, et al. | 04-11300-JKF |
| Debtors. | Chapter 11 |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 30th day of September, 2004, the foregoing Statement Of The United States Trustee Regarding Motions Of Baron & Budd And Silber Pearlman Pursuant To Bankruptcy Rule 9023 To Alter Or Amend (1) Amendatory Order Requiring Filing Of Statements Pursuant To Fed. R. Bankr. P. 2019, and (2) Order Requiring Filing Of Statements Pursuant To Fed. R. Bankr. P. 2019, Or Alternatively, For New Trial was served in the manner indicated on the following:

Via Hand Delivery

The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19899

1

<u>Via Facsimile</u>

Norman Pernick, Esquire
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19899-8694
Ph: (302) 421-6800
Fax: (302) 421-5865

Mark Chehi, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Ph: (302) 651-3000
Fax: (302) 651-3001

James L. Patton, Jr., Esquire
Edwin Harron, Esquire
Maribeth Minella, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
Ph: (302) 571-6600
Fax: (302) 571-1253

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022-4614
Ph: (212) 319-7125
Fax: (212) 644-6755

Warren H. Smith, Esquire
Warren H. Smith & Associates, P.C.
900 Jackson Street
120 Founders Square
Dallas, TX 875202
Fax: (214) 772-0081

Stephen Case, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Ph: (212) 450-4000
Fax: (212) 450-3800

Edmund Emrich, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Ph: (212) 836-8000
Fax: (212) 836-8689

Joseph D. Pope, Esquire
Cohen Pope LLC
10 East 53rd Street
New York, NY 10022
Ph: (212) 319-7757
Fax: (646) 435-0690

William Marsden, Esquire
Fish & Richardson
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
Ph: (302) 652-5070
Fax: (302) 652-0607

Mary Beth Forshaw, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954
Ph: (212) 455-2000
Fax: (212) 455-2502

Stephen Karotkin, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Ph: (212) 310-8000
Fax: (212) 310-8007

Mark D. Collins, Esquire
Daniel DeFranceschi, Esquire
John K. Knight, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Ph: (302) 651-7700
Fax (302) 651-7701

Kenneth N. Bass, Esquire
Kirkland & Ellis
655 Fifteenth Street
Washington, DC 20005
Ph: (202) 879-5000
Fax: (202) 879-5200

Mark Felger, Esquire
Cozen 'Connor, PC

Chase Manhattan Centre, Suite 1400
1201 N. Market Street
Wilmington, DE 19801
Ph: (302) 295-2077
Fax: (302) 295-2013

Dr. Frederick C. Dunbar
NERA
1166 Avenue of the Americas, 34th Floor
New York, NY 10036
Fax: (212) 345-4650

Alan B. Rich, Esquire
Russell W. Budd, Esquire
Baron & Budd, PC
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Ph: (214) 521-3605
Fax: (214) 520-1181

Daniel P. Winikka, Esquire
Jones, Day, Reavis & Pogue
2727 N. Harwood Street
Dallas, TX 75201
Ph: (214) 220-3939
Fax: (214) 969-5100

William Bowden, Esquire
Philip Trainer, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes
One Rodney Square
Wilmington, DE 19899
Ph: (302) 654-1888
Fax: (302) 654-2067

Frederick B. Rosner, Esquire
Jaspan, Schlesinger Hoffman
1201 Orange Street, Suite 1001
Wilmington, DE 19801
Ph: (302) 351-8000
Fax: (302) 351-8010

Lisa Beckerman, Esquire
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
Ph: (212) 8872-1000
Fax (212) 872-1002


Sander L. Esserman, Esquire
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street, Suite 2200

Dallas, TX 75201
Ph: (214) 969-4900
Fax: (214) 969-4999

Daniel K. Hogan, Esquire
1311 Delaware Avenue
Wilmington, DE 19806
Ph: (302) 656-7540
Fax: (302) 656-7599

William R. Firth, III, Esquire
David B. Fournier, Esquire
Pepper Hamilton, LLP
P.O. Box 1709
Wilmington, DE 19899-1709
Ph: (302) 777-6565
Fax: (302) 656-8865

Michael L. Temin, Esquire
Jennifer L. Barber, Esquire
Wolf, Block, Schorr & Solis-Cohen
Wilmington Trust Center
1100 N. Market Street, Ste. 1001
Wilmington, DE 19801
Ph: (302) 777-5860
Fax: (302) 777-5863

Henry A. Heiman, Esquire
Susan E. Kaufman, Esquire
Heiman Gouge & Kaufman
800 King Street, Suite 303
PO Box 1674
Wilmington, DE 19899
Ph: (302) 658-1800
Fax: (302) 658-1473

Raymond H. Lemisch, Esquire
Adelman Lavine Gold & Levin
919 N. Market Street, Suite 710
Wilmington, DE 19801
Ph: (302) 654-8200
Fax: (302) 654-8217

Kathleen P. Makowski, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
Ph: (302) 552-4200
Fax: (302) 552-4295

Richard A. Keuler, Jr., Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Ph: (302) 778-7500
Fax: (302) 778-7575

Scott Galante, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Ph: (843) 216-9000
Fax: (843) 216-9450

Cynthia R. Watkins, Esquire
James R. Lynch, Esquire
Flemming Zulack & Williamson, LLP
One Liberty Plaza, 35th Floor
New York, NY 10006-1404
Ph: (212) 412-9500
Fax: (212) 964-9200

Joan Segal, Esquire
Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-2046
Fax: (202) 326-4112

Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Ph: (202) 624-2500
Fax: (202) 628-5116

James E. Wimberley, Esquire
McPherson Monk Hughes Bradley
 Wimberley & Steele, LLP
3120 Central Mall Drive
Port Arthur, TX 77642
Ph: (409) 724-6644
Fax: (409) 724-7585

Lisa Corne, Esquire
Blake Cassels & Graydon LLP
P.O. Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario
Canada M5L 1A9
Ph: (416) 863-2400
Fax: (416) 863-2653

James H.M Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Ph: (312) 861-2000
Fax: (312) 861-2200

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones
 & Weintraub, P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19801
Ph: (302) 652-4100
Fax (302) 652-4400

Michael R. Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 North Market St., Suite 1200
Wilmington, DE 19801
Ph: (302) 657-4900
Fax: (302) 657-4901

Joanne B. Wills, Esquire
Steven Kortanek, Esquire
Klehr Harrison Harvey Branzburg
 & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Ph: (302) 426-1189
Fax: (302) 426-9193

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price
 & Axelrod
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Ph: (305) 374-7580
Fax: (305) 374-7593

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, #904
P.O. Box 1351
Wilmington, DE 19899
Ph: (302) 575-1555
Fax: (302) 575-1714

4

Marla Eskin, Esquire
Aileen Maguire, Esqurie
Campbell & Levine, LLC
800 King Street, Suite #300
Wilmington, DE 19801
Ph: (302) 426-1900
Fax: (302) 426-9947

Lewis Kruger, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
Ph: (212) 806-6460
Fax: (212) 806-6006

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 N. Broom Street
Wimington, DE 19806
Ph: (302) 655-4200
Fax: (302) 655-4210

Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801
Ph: (302) 658-9971
Fax: (302) 658-9951

Rachel B. Mersky, Esquire
Monzack & Monaco, PA
1201 Orange Street, Suite 400
Wilmington, DE 19801
Ph: (302) 656-8162
Fax: (302) 656-2769

Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19888-5130
Ph: (302) 429-4200
Fax: (302) 658-6395

Bernard G. Conaway, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Ph: (302) 654-7444
Fax: (302) 656-8920

Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien & Courtney, PC
913 North Market Street, Suite 800
Wilmington, DE 19801
Ph: (302) 658-6538
Fax: (302) 658-6537

W. Scott Wert, Esquire
Dorsey & Whitney LLP
U.S. Bank Centre, 1420 Fifth Avenue
Suite 3400
Seattle, WA 98101-4010
Ph: (206) 903-8800
Fax: (206) 903-8820

Kevin T. Lantry, Esquire
Sally S. Neely, Esquire
Jeffrey E. Bjork, Esquire
Sidley Austin Brown & Wood LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-6000
Ph: (213) 896-6000
Fax; (213) 896-6600

James J. McMonagle, Esquire
Vorys Sater Seymour & Pease, LLP
1375 East Ninth Street
2100 One Cleveland Center
Cleveland, OH 44114
Ph: (216) 479-6100
Fax: (216) 479-6060

Alan R. Brayton, Esquire
Brayton Purcell
222 Rush Landing
P.O. Box 6169
Novato, CA 94948-6169
Ph: (415) 898-1555
Fax: (415) 898-1247

Barbara J. Arison, Esquire
Frantz Ward LLP
55 Public Square Building, 19th Floor
Cleveland, OH 44113
Ph: (216) 515-1660
Fax: (216) 515-1650

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
Ph: (202) 862-5000
Fax: (202) 429-3301

James A. Pardo, Jr., Esquire

5

King & Spalding
191 Peachtree Street
Atlanta, GA 30303
Ph: (404) 572-4600
Fax: (404) 572-5100

Thomas M. Wilson, Esquire
Kelley & Ferraro, LLP
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114
Ph: (216) 575-0777
Fax: (216) 575-0799

Robert B. Millner, Esquire
Sonnenschein Nath & Rosenthal
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
Ph: (312) 876-8000
Fax: (312) 876-7934

David P. McClain, Esquire
Tony Draper, Esquire
McClain Leppert & Maney, PC
South Tower, Pennzoil Place
711 Louisiana Street, Suite 3100
Houston, TX 77002
Ph: (713) 654-8001
Fax: (713) 654-8818

Ian Connor Bifferato, Esquire
Negan N. Harper, Esquire
Bifferato Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
Fax: (302) 429-8600

J. Gregg Miller, Esquire
Francis J. Lawall, Esquire
Linda J. Casey, Esquire
Pepper Hamilton
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Fax: (215) 981-4750

Joseph F. Rice, Esquire
Ness Motley Loadholt Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Fax: (843) 216-9450

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Fax: (713) 643-6226

Barry D. Kleban, Esquire
Adelman Lavine Gold & Levin
Four Penn Center, Suite 900
Philadelphia, PA 19103-2808
Fax: (215) 557-7922

Mark A. Nitikman, Esquire
Croudace & Dietrich
5 Park Plaza, Suite 1150
Irvine, CA 92614-8591
Fax: (949) 794-9909

Steven T. Baron, Esquire
Silber Pearlman, LLP
2711 N. Haskell Avenue
Cityplace Center East
5th Floor, L.B. 32
Dallas, TX 75204-2911
Fax: (214) 824-8100

Michael P. Cascino, Esquire
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607-5309
Fax: (312) 944-1870

Leslie A. Berkoff, Esquire
Moritt Hock Hamroff & Horowitz, LLP
400 Garden City Plaza, Suite 202
Garden City, NY 11530
Fax: (516) 873-2010

Robert L. Nicholson, Esquire
Beckman Lawson, LLP
200 E. Main Street
Standard Federal Plaza, Suite 800
Fort Wayne, IN 46802
Fax: (260) 420-1013

Joseph T. Kremer, Esquire

Lipsiptz, Green, Fahringer, Roll
 Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202
Fax: (716) 855-1580

Vance J. Vander Linden, Esquire
Hilary B. Bonial, Esquire
Brice, Vander Linden & Wernick, PC
Counsel for VW Credit, Inc.
P.O. Box 829009
Dallas, TX 75382-9009
Fax: 972-643-6698

Larry A. Feind
Georgia-Pacific Corporation
133 Peachtree Street NE, 7th Floor
Atlanta, GA 30303
Fax: 404-827-7076

John J. Preefer, Esquire
60 East 42nd Street, Suite 1201
New York, NY 10165
Fax: 212-628-3053

David E. Cherry, Esquire
Campbell Cherry Harrison Davis Dove, PC
P.O. Drawer 21387
Waco, TX 76702-1387
Fax: 254-761-3301

Michele Langer, Esquire
Marvin Larsson Henkin & Scheuritzel
Centre Square West, Suite 3510
1500 Market Street
Philadelphia, PA 19102
Fax: 215-656-4200

Professor Walter J. Taggart
Villanova Law School
299 N. Spring Mill Road
Villanova, PA 19085
Fax: 610-519-5672

Russell D. Liskov, Esquire
The City of Bridgeport Tax Collector
& Water Pollution Control Authority
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604
Fax: 203-332-5628

Rudolph Sanson, Esquire
U.S. Mineral Products Co. d/b/a

Isolatek International
Box 186
Stanhope, NJ 07874
Fax: 973-347-9170

Morton Gitter, Esquire
Otterbourg Steindler
230 Park Avenue
New York, NY 11069
(Counsel to the DIP Lenders)
Fax: 212-682-6104

Leesa Booth, Esquire
Bradley Arant Rose & White, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 352203-2104
Fax: 205-521-8800

Dept. of Administrative Services
c/o Michelle T. Sutter, Esquire
Assistant Attorney General
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215
Fax: 614-752-9070

Internal Revenue Service
Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201
Fax: 410-962-9955

Michael A. Cardozo, Esquire
Corporation Counsel of the City of New York
100 Church Street, Room 3-167
New York, NY 1007
Fax: 212-788-0367

Thomas J. Zaami, Esquire
Hodes Ulman Pessin & Katz, PA
901 Dulaney Valley Road, Suite 400
Towson, MD 21204
Fax: 410-740-2005

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475
Attention: Gary L. Barnhart
Fax: 573-522-3316

Henry Gluckstern, Esquire
Special Counsel

Kreindler & Kreindler
Counsel for Verizon New York, Inc.
100 Park Avenue
New York, NY 10017
Fax: 212-972-9432

George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborugh, LLP
Keenan Building, Third Floor
1330 Lady Street
P.O. Box 11070 (29211)
Columbia, SC 29201
Fax: 803-256-7500

Bruce Strikowsky, Esquire
Lester, Schwab, Katz & Dwyer LLP
120 Broadway
New York, NY 10271
Fax: 212-267-5916

Anthony Bartell, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Center
P.O. Box 652
Newark, NJ 07101-0652
Fax: 973-624-7070

Joseph House, Esquire
Pension Benefit Guaranty Corp
Office of the General Counsel
1200 K Street, NW
Washington, DC 20005-4026
Fax: 212-326-4112

James E. Wimberley, Esquire
McPherson Monk Hughes
Bradley & Wimberley, LLP
3120 Central Mall Drive
Port Arthur, TX 77642
Fax: 409-724-7585

Paul R. DeFilippo, Esquire
James N. Lawlor, Esquire
Wollmuth Maher & Deutsch LLP
One Gateway Center, 9th Floor
Newark, NJ 07102
Fax: 973-733-9292


Ken Walmsley
Corporate Credit Manager
Edward C. Levy Co.
9300 Dix Avenue
Dearborn, MI 48120
Fax: 313-849-9441

Sandra L. Wilson, Business Manager
American Vermiculite Corp
1000 Cobb Place Boulevard, Suite 190
Building 100
Kennesaw, GA 30144
Fax: 770-590-0239

Bill Meade
Credit Manager
Sloss Industries Corporation
P.O. Box 5327
3500 35th Avenue, North
Birmingham, AL 35207
Fax: 205-808-7715

James P. Tehero, CFO
Them-O-Rock West, Inc.
6732 W. Willis Road, No. 5014
Chandler, AZ 85226
Fax: 520-796-0223

Warren Care
c/o Law Offices of Peter G. Angelos, PC
5905 Harford Road
Baltimore, MD 21214
Fax: 410-649-2112

Frank G. Fisher
c/o Ferraro & Associates, PA.
4000 Ponce De Leon Boulevard, Suite 700
Coral Cables, FL 33146
Fax: 305-379-6222

Patricia Larkin, Executor of the Estate
of James L. Larkin
c/o Wilentz, Goldman & Spritzer, PC
90 Woodbridge Center Drive
Woodbridge, NJ 07095
Attn: Deirdre Woulfe Pacheco, Esquire
Fax :732-855-6117


Battista Mazzocchi
c/o Levy Phillips & Konigsberg, LLP
520 Madison Avenue, 4th Floor
New York, NY 10002

Attn: Robert I. Komitor, Esquire
Fax: 212-605-6290

Cecil Chaney
c/o Jeffery Tew, Esquire
Tew Cardenas Rebak Kellogg
Lehman DeMaria Tague
Raymond & Levine, LP
201 South Biscayne Blvd., Suite 2600
Miami, FL 33131
Fax: 305-536-1116

Frances Vernagallo as Executrix
for the Estate of Joseph Vernagallo
c/o Weitz & Luxenberg
180 Maiden Lane, 17th Floor
New York, NY 10038
Fax: 212-344-5461

Lon Morris College
c/o Law Offices of Martin Dies
1009 West Green
Orange, TX 77630
Fax: (409) 670-0888

Anderson Memorial Hospital
c/o Speights & Runyan
P.O. Box 685
200 Jackson Avenue
East Hampton, SC 29924
Fax: 803-943-4599

Robert T. Di Giullo, Esquire
Obsorn Reed & Burke, LLP
1 Exhcange Street, 4th Floor
Rochester, New York 14614
Fax: 585-232-4877

Christopher D. Thomas, Esquire
Nixon Peabody, LLP
Clinton Square
P.O. Box 31051
Rochester, NY 14603
(Co-Counsel for Chopra-Lee, Inc.)
Fax: 585-263-1600

Brian Sutter, Esquire
Sugarman Law Firm, LLP
1600 Rand Building
14 Lafayette Square
Buffalo, New York 14203
Fax: 716-847-2589

Brian A. Birenbach, Esquire
Beth Ann Bivona, Esquire
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, New York 10420
Fax: 716-856-5510

Lawrence P. Gottesman, Esquire
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022
Fax: 212-895-2900

Shawn M. Christianson, Esquire
Buchalter Nemer Fields & Younger
A Professional Corporation
333 Market Street, 25th Floor
San Franscisco, CA 94105
Fax: 415-227-0770

Rosalie L. Spelman, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
Ph: (302) 984-6000
Fax: (302) 658-1192

William E. Chipman, Jr., Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
Ph: (302) 661-7000
Fax: (302) 661-7360

Kevin Gross, Esquire
Rosenthal Monhait Gross & Goddess, PA
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
Ph: (302) 656-4433
Fax: (302) 658-7567

Donna Harris, Esquire

Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Fax: (302) 658-3989

James D Pagliaro, Esquire
Morgan, Lewis, & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Ph: (215) 963-5000
Fax: (215) 963-5001

Richard P.S. Hannum, Esquire
Swartz Campbell Detweiler
919 Market Street, 17th Floor
Wilmington, DE 19899
Ph: (302) 656-5935
Fax: (302) 656-1434

William David Sullivan, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
Ph: (302) 428-5500
Fax: (302) 428-3996

Brett Fallon, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Ph: (302) 888-6888
Fax: (302) 571-1750

Elio Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Ph: (302) 425-6400
Fax: (302) 425-6464

Brian Edward Goldberg, Esquire
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Ph: (212) 506-5000
Fax: (212) 506-5151

Dallas L. Albaugh, Esquire
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue, 10th Floor
New York, NY 10022
Ph: (212) 421-4100
Fax: (212) 326-0806

William W. Erhart, Esquire
William W. Erhart, P.A.
800 King Street, Suite 302
P.O. Box 234
Wilmington, DE 19899-0234
Ph: (302) 651-0113
Fax: (302) 651-0331

James Gadsden, Esquire
Carter Ledyard & Milburn, LLP
2 Wall Street
New York, NY 10005
Ph: (212) 238-8607
Fax: (212) 732-3232

Denise Seastone Kraft, Esquire
Edwards & Angell LLP
919 Market Street
14th Floor
Wilmington, DE 19801
Fax : (888) 325-9741

Noel C. Burnham, Esquire
Montgomery McCracken Walker & Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Ph: (302) 504-7890
Fax: (302) 504-7820

Tim McCann
Credit Manager
G-P Gypsum Corporation
133 Peachtree Street, NE
Atlanta, GA 30303
(via First Class U.S. mail)


  /s/ Bonnie A. Anemone
Bonnie A. Anemone
 Paralegal Specialist