## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,

Debtors.

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

**Objection Deadline: October 20, 2004@ 4:00 p.m.**

---

## THIRTY-SIXTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to: *Official Committee of Equity Holders*

Date of Retention: *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought: *July 1, 2004 through and including July 31, 2004*

Amount of Compensation sought as
actual, reasonable and necessary: *$13,523.50*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary: *$33.62*
This is a(n):   **x**   monthly        __        interim application

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:**    , 2004@ 4:00 p.m. |

**THIRTY-SIXTH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004**

Name of Applicant:                      *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:               *Official Committee of Equity Holders*

Date of Retention:                      *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:            *July 1, 2004 through and including July 31, 2004*

Amount of Compensation sought as
actual, reasonable and necessary:       *$13,523.50*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:                              *$33.62*
This is a(n):    **x**   monthly         __   interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00 $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | $87,266.50 $10,070.69 |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

KL2:2355493.1

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $18,704.00<br>$633.86 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | $70,445.00<br>$3,575.61 |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51, 487.00<br>$1,619.93 | $51, 487.00<br>$1,619.93 |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | $27,447.00<br>$1,839.08 |
| September 25,2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | $12,003.20<br>$334.63 |
| December 19, 2003 | October 1, 2003<br>October 31, 2003 | $13,134.00<br>$174.04 | $10,507.20<br>$174.04 |
| January 6, 2004 | November 1, 2003<br>November 30, 2003 | $14,537.00<br>$273.00 | $11,629.60<br>$273.00 |
| January 29, 2004 | December 1, 2003<br>December 31, 2003 | $17,595.00<br>$1,599.14 | $14,076.00<br>$1,599.14 |
| February 27, 2004 | January 1, 2004<br>January 31, 2004 | $8,979.00<br>$436.37 | $7183.20<br>$436.47 |
| May 5, 2004 | February 1, 2004<br>February 29, 2004 | $8,888.00<br>$545.85 | $7,110.40<br>$545.85 |

- 3 -

| May 28, 2004 | March 1, 2004<br>March 31, 2004 | $13,807.50<br>$472.11 | $11,643.00<br>$472.11 |
|---|---|---|---|
| June 30, 2004 | April 1, 2004<br>April 30, 2004 | $14,373.50<br>$383.90 | $11,728.21<br>$383.90 |
| August 3, 2004 | May 1,2004<br>May 31, 2004 | $10,840.00<br>$1,279.24 | pending |
| August 23, 2004 | June 1, 2004<br>June 30, 2004 | $23,202.00<br>$172.12 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## JULY 1, 2004 THROUGH JULY 31, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 565.00 | 06.70 | $ 3,785.50 |
| Becker, Gary M. | 495.00 | 13.20 | $ 6,534.00 |
| Klein, David | 390.00 | 03.10 | $ 1,209.00 |
| Mangual, Kathleen | 195.00 | 10.10 | $ 1,969.50 |
| Torres, Anthony | 85.00 | 00.30 | $     25.20 |
| **Total** | | **33.40** | **$13,523.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period<br>7/1/04 through 7/31/04 | Total Fees for the Period<br>7/1/04 through 7/31/04 |
|---|---|---|
| Case Administration | 09.70 | $ 2,463.00 |
| Creditor Committee | 03.30 | $ 1,703.50 |
| Bankruptcy Motions | 01.40 | $   693.00 |
| Fee Applications, Applicant | 04.20 | $   939.00 |
| Claim Analysis Objection | 00.80 | $   417.00 |
| Plan and Disclosure Statement | 12.50 | $ 6,565.50 |
| Hearings | 01.50 | $   742.50 |
| **Total** | **33.40** | **$13,523.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 7/1/04 through 7/31/04 |
|---|---|
| Photocopying | $19.50 |
| Meals/In-House | $14.12 |
| **Total** | **$33.62** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____

Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: September 29, 2004

- 5 -

## SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004

*CASE ADMINISTRATION*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| KLEIN, DAVID | CRED | 3.10 | 390.00 | 1,209.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 6.30 | 195.00 | 1,228.50 |
| TORRES, ANTHONY | Lega | 0.30 | 85.00 | 25.50 |
| | Subtotal | 9.70 | $ | 2,463.00 |

*CREDITOR COMMITTEE*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 1.00 | 565.00 | 565.00 |
| BECKER, GARY M. | CRED | 2.30 | 495.00 | 1,138.50 |
| | Subtotal | 3.30 | $ | 1,703.50 |

*BANKR. MOTIONS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 1.40 | 495.00 | 693.00 |
| | Subtotal | 1.40 | $ | 693.00 |

*FEE APPLICATIONS, APPLICANT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 0.40 | 495.00 | 198.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 3.80 | 195.00 | 741.00 |
| | Subtotal | 4.20 | $ | 939.00 |

*CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 0.30 | 565.00 | 169.50 |
| BECKER, GARY M. | CRED | 0.50 | 495.00 | 247.50 |
| | Subtotal | 0.80 | $ | 417.00 |

*PLAN AND DISCLOSURE STATEMENT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 5.40 | 565.00 | 3,051.00 |

**SCHEDULE OF TIME CHARGES AND RATES**
FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 7.10 | 495.00 | 3,514.50 |
| | Subtotal | 12.50 | $ | 6,565.50 |

*HEARINGS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 1.50 | 495.00 | 742.50 |
| | Subtotal | 1.50 | $ | 742.50 |
| | Total | 33.40 | $ | 13,523.50 |

KL4:2105154.1

## SCHEDULE OF TIME CHARGES AND RATES
### FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|-----------|-------|-------------|--------|
| BENTLEY, PHILIP | PARTNER | 6.70 | 565.00 | 3,785.50 |
| BECKER, GARY M. | SPEC COUNS | 13.20 | 495.00 | 6,534.00 |
| KLEIN, DAVID | ASSOCIATE | 3.10 | 390.00 | 1,209.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 10.10 | 195.00 | 1,969.50 |
| TORRES, ANTHONY | OTHER TKPR | 0.30 | 85.00 | 25.50 |
| | Total | 33.40 | | $13,523.50 |

KL4:2105154.1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004

| DISBURSEMENTS * | AMOUNT |
|---|---|
| PHOTOCOPYING | 19.50 |
| MEALS/IN-HOUSE | 14.12 |
| Subtotal | $33.62 |

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004
## IN ACCORDANCE WITH THE CASE MANAGEMENT ORDER

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 10.40 |
| Subtotal | $10.40 |

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Run Date & Time: 08/17/04 12:44:20
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE    Worked : 01/01/04 thru 07/31/04

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 9.70 | 2,463.00 | 19.50 | 2,482.50 | BENTLEY PHILLIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 3.30 | 1,703.50 | 14.12 | 1,717.62 | BENTLEY PHILLIP - 02495 | | M | B |
| 00005 | BANKR. MOTIONS | 1.40 | 693.00 | 0.00 | 693.00 | BENTLEY PHILLIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 4.20 | 939.00 | 0.00 | 939.00 | BENTLEY PHILLIP - 02495 | | M | B |
| 00009 | EMPLOYMENT APPLICATIONS, | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILLIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 0.80 | 417.00 | 0.00 | 417.00 | BENTLEY PHILLIP - 02495 | | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILLIP - 02495 | | M | B |
| 00015 | PLAN AND DISCLOSURE STAT | 12.50 | 6,565.50 | 0.00 | 6,565.50 | BENTLEY PHILLIP - 02495 | | M | B |
| 00017 | EMPLOYEE BENEFITS/PENSIO | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILLIP - 02495 | | M | B |
| 00019 | HEARINGS | 1.50 | 742.50 | 0.00 | 742.50 | BENTLEY PHILLIP - 02495 | | M | B |
| 00024 | ZAI SCIENCE TRIAL | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILLIP - 02495 | | M | B |
| 00028 | TRAVEL NON-WORKING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILLIP - 02495 | | M | B |
| | Client Total | 33.40 | 13,523.50 | 33.62 | 13,557.12 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 08/17/2004 12:38:37

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

|  |  |  |  |  |
|---|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | | TO: | 07/30/2004 |
| UNBILLED DISB FROM: | 01/01/1901 | | TO: | 07/13/2004 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 13,523.50 | 33.62 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 07/30/2004 | 07/13/2004 |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 54,153.40 | | |
| DISBURSEMENTS: | 1,852.66 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 71,608.24 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |
| | | BILLING HISTORY | |
| DATE OF LAST BILL: | 08/12/04 | LAST PAYMENT DATE: | 08/03/04 |
| LAST BILL NUMBER: | 394084 | FEES BILLED TO DATE: | 743,570.50 |
| LAST BILL THRU DATE: | 06/30/04 | FEES WRITTEN OFF TO DATE: | 580,542.18 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee           (6) Summer Associate
(2) Late Time & Costs Posted     (7) Fixed Fee
(3) Pre-arranged Discount        (8) Premium
(4) Excessive Legal Time         (9) Rounding
(5) Business Development          (10) Client Arrangement

BILL NUMBER:          DATE OF BILL:          Processed by:          FRC:          CRC:

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 2

Run Date & Time: 08/17/2004 12:38:46

Client No: 056792
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 07/01/04 | 07/30/04 | 6.70 | 3,785.50 |
| 05292 | BECKER, GARY M. | SPEC. COUNSEL | 07/01/04 | 07/16/04 | 13.20 | 6,534.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 07/01/04 | 07/28/04 | 3.10 | 1,209.00 |
| 05208 | PARAPROFESSIONALS<br>MANGUAL, KATHLEEN | PARALEGAL | 07/13/04 | 07/22/04 | 10.10 | 1,969.50 |
| 05304 | TORRES, ANTHONY | OTHER TKPR | 07/13/04 | 07/13/04 | 0.30 | 25.50 |

Total:                                                          33.40      13,523.50

**U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 07/13/04 | 07/13/04 | 19.50 |
| 0942 | MEALS/IN-HOUSE | 07/01/04 | 07/01/04 | 14.12 |

Total                                              33.62

Grand Total                                       13,557.12

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 08/17/04 12:38:46)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed<br>Disbursement | Applied<br>From OA | Collections<br>Total | Date | Balance<br>Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 143,986.00 | 16,201.41 | | 160,187.41 | | |
| YEAR 2002 | | | 327,571.32 | 22,724.32 | | 350,295.64 | | |
| 01/31/03 | 12/31/02 | 364671 | 11,863.50 | 815.82 | | 12,670.32 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 11,100.00 | 927.47 | | 12,027.47 | 04/11/03 | |
| 03/19/03 | 02/28/03 | 367178 | 13,155.50 | 240.08 | | 13,395.58 | 10/23/03 | |
| 04/29/03 | 03/31/03 | 369330 | 26,969.00 | 452.38 | | 27,421.38 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 7,609.00 | 1,594.42 | | 9,203.42 | 12/26/03 | |
| 06/17/03 | 05/31/03 | 371897 | 9,411.00 | 107.57 | | 9,518.57 | 12/26/03 | |
| 07/24/03 | 06/30/03 | 373811 | 10,427.00 | 137.09 | | 10,564.09 | 12/26/03 | |
| 08/31/03 | 07/31/03 | 375389 | 9,272.50 | 32.30 | | 9,304.80 | | |
| 09/30/03 | 08/31/03 | 376733 | 9,815.50 | 130.93 | | 9,946.43 | 05/10/04 | |
| 11/14/03 | 09/30/03 | 379590 | 14,930.00 | 227.75 | | 15,157.75 | 12/26/03 | |
| 11/30/03 | 10/31/03 | 380293 | 13,134.00 | 174.04 | | 13,308.04 | 07/02/04 | |
| 12/30/03 | 11/30/03 | 381784 | 14,197.50 | 273.00 | | 14,470.50 | 02/27/04 | |
| 01/29/04 | 12/31/03 | 382765 | 17,595.00 | 1,599.14 | | 19,194.14 | 07/02/04 | |
| 02/25/04 | 01/31/04 | 384579 | 8,979.00 | 436.47 | | 7,619.67 | 04/13/04 | 1,795.80 |
| 04/30/04 | 02/29/04 | 388529 | 8,888.00 | 545.85 | | 7,656.25 | | 1,777.60 |
| 04/30/04 | 03/31/04 | 390208 | 13,807.50 | 469.11 | | 12,112.11 | 08/03/04 | 2,164.50 |
| 05/29/04 | 04/30/04 | 391722 | 14,373.50 | 389.30 | | .00 | | 14,762.80 |
| 07/31/04 | 06/30/04 | 392045 | 10,840.00 | 1,279.24 | | .00 | | 12,119.24 |
| 08/12/04 | 06/30/04 | 394084 | 23,202.00 | 184.12 | | .00 | | 23,386.12 |

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Run Date & Time: 08/17/2004 12:38:46

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As Of 08/17/04 12:38:46)

| Bill Date Thru Date Bill# | Fee & OA | ------ Billed ------ Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|---|---|---|---|---|---|---|
| Total: | 721,116.82 | 48,942.81 | | 714,053.57 | | 56,006.06 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:      07/01/2004                          TO:    07/28/2004
UNBILLED DISB FROM:      07/13/2004                          TO:    07/13/2004

FEES                                    COSTS

GROSS BILLABLE AMOUNT:                   2,463.00                          19.50
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                              07/28/2004                    07/13/2004
CLOSE MATTER/FINAL BILLING?     YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

FEES:                           9,163.50
DISBURSEMENTS:                    225.74          UNIDENTIFIED RECEIPTS:            0.00
FEE RETAINER:                       0.00              PAID FEE RETAINER:           0.00
DISB RETAINER:                      0.00              PAID DISB RETAINER:          0.00
TOTAL OUTSTANDING:              9,389.24          TOTAL AVAILABLE FUNDS:           0.00
                                                       TRUST BALANCE:
                                              BILLING HISTORY

DATE OF LAST BILL:              08/12/04              LAST PAYMENT DATE:        08/03/04
LAST BILL NUMBER:                394084              FEES BILLED TO DATE:     211,536.50
LAST BILL THRU DATE:            06/30/04      FEES WRITTEN OFF TO DATE:       79,053.50

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee              (6) Summer Associate
        (2) Late Time & Costs Posted        (7) Fixed Fee
        (3) Pre-arranged Discount           (8) Premium
        (4) Excessive Legal Time            (9) Rounding
        (5) Business Development            (10) Client Arrangement

BILL NUMBER:            DATE OF BILL:            Processed by:            FRC:            CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status     ACTIVE

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | Total Unbilled | | |
| 05646 | KLEIN, DAVID | CRED | 07/01/04 | 07/28/04 | 3.10 | 1,209.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 07/15/04 | 07/22/04 | 6.30 | 1,228.50 |
| 05304 | TORRES, ANTHONY | Lega | 07/13/04 | 07/13/04 | 0.30 | 25.50 |

Total: 9.70   2,463.00

| Sub-Total Hours : | 0.00 Partners | 0.00 Counsels | 3.10 Associates | 6.30 Legal Assts | 0.30 Others |
|---|---|---|---|---|---|

**U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 07/13/04 | 07/13/04 | 19.50 |

Total    19.50

Grand Total    2,482.50

**B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 08/17/04 12:38:35)**

| Bill Date | Thru Date | Bill# | ----- Billed ----- Fee & OA | Disbursement | ---- Applied ---- From OA | ----- Collections ----- Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| **YEAR 2001** | | | | | | | | |
| **YEAR 2002** | | | | | | | | |
| 01/31/03 | 12/31/02 | 364671 | 71,036.50 | 8,160.18 | | 79,196.68 | | |
| | | | 63,892.50 | 13,613.26 | | 77,505.76 | | |
| 02/20/03 | 01/31/03 | 365684 | 6,081.00 | 733.32 | | 6,814.32 | 03/25/03 | |
| 03/19/03 | 02/28/03 | 367178 | 2,264.50 | 904.37 | | 3,168.87 | 04/11/03 | |
| 04/29/03 | 03/31/03 | 369330 | 1,726.50 | 175.30 | | 1,901.80 | 05/27/03 | |
| 05/16/03 | 04/30/03 | 370445 | 4,200.00 | 435.90 | | 4,635.90 | 10/23/03 | |
| 06/17/03 | 05/31/03 | 371897 | 4,022.00 | 627.57 | | 4,648.57 | 10/23/03 | |
| 07/24/03 | 06/30/03 | 373811 | 3,418.50 | 105.57 | | 3,524.07 | 12/26/03 | |
| 08/31/03 | 07/31/03 | 375389 | 2,578.50 | 135.30 | | 2,713.80 | 10/23/03 | |
| 09/30/03 | 08/31/03 | 376733 | 3,533.50 | 13.06 | | 3,546.56 | 11/28/03 | |
| 11/14/03 | 09/30/03 | 379590 | 3,660.00 | 89.89 | | 3,749.89 | 12/08/03 | |
| 11/30/03 | 10/31/03 | 380293 | 3,721.50 | 225.75 | | 3,947.25 | 12/26/03 | |
| 12/31/03 | 11/30/03 | 381784 | 3,546.00 | 155.04 | | 3,701.04 | 02/27/04 | |
| 01/29/04 | 12/31/03 | 382765 | 3,986.00 | 48.00 | | 4,034.00 | 02/27/04 | |
| 02/25/04 | 01/31/04 | 384579 | 6,246.50 | 1,364.14 | | 7,610.84 | 02/27/04 | |
| 04/30/04 | 02/29/04 | 388529 | 4,124.00 | 436.47 | | 4,560.47 | 04/13/04 | |
| 05/27/04 | 04/30/04 | 390208 | 2,552.50 | 43.85 | | 2,596.35 | 06/29/04 | |
| 06/29/04 | 05/31/04 | 391727 | 2,589.00 | 114.15 | | 2,703.15 | 08/03/04 | |
| 07/31/04 | 06/30/04 | 392045 | 2,331.00 | 13.05 | | .00 | | 2,344.05 |
| 08/12/04 | 06/30/04 | 394084 | 3,114.00 | 87.30 | | .00 | | 3,201.30 |
| | | | 3,718.50 | 125.39 | | .00 | | 3,843.89 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 08/17/04 12:38:35)

| Bill Date Thru Date Bill# | ------- Billed ------- | | ------ Applied ----- | ---- Collections ---- | | Balance |
|---|---|---|---|---|---|---|
| | Fee & OA | Disbursement | From OA | Total | Date | Due |
| Total: | 202,341.50 | 27,607.06 | | 220,559.32 | | 9,389.24 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 4

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00001  Orig Prtnr : CRED. RGTS - 06975  Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CASE ADMINISTRATION  Supv Prtnr : MAYER THOMAS MOERS - 03976  Status : ACTIVE
Matter Opened : 07/27/2001

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 07/01/04 | review pleadings/filings, distr same as necessary; | 0.30 | 117.00 | 5256996 | 08/03/04 |
| KLEIN, DAVID | 07/06/04 | review pleadings/filings, distr same as necessary; | 0.20 | 78.00 | 5256997 | 08/03/04 |
| KLEIN, DAVID | 07/07/04 | review pleadings/filings, distr same as necessary; | 0.20 | 78.00 | 5257002 | 08/03/04 |
| TORRES, ANTHONY | 07/13/04 | scanning documents for E-filing; | 0.30 | 25.50 | 5237444 | 07/23/04 |
| KLEIN, DAVID | 07/14/04 | review pleadings/filings, distr same as necessary; | 0.30 | 117.00 | 5257003 | 08/03/04 |
| MANGUAL, KATHLEEN | 07/15/04 | organization of files and index pleadings (1.1) necessary; | 1.10 | 214.50 | 5256842 | 08/03/04 |
| KLEIN, DAVID | 07/15/04 | review pleadings/filings, distr same as necessary; | 0.20 | 78.00 | 5257001 | 08/03/04 |
| KLEIN, DAVID | 07/20/04 | review pleadings/filings, distr same as necessary (0.2), email from K.Mangual re objections, review emails re same (0.3); | 0.50 | 195.00 | 5257000 | 08/03/04 |
| MANGUAL, KATHLEEN | 07/21/04 | update pleadings index and correspondence (1.4) | 1.40 | 273.00 | 5256843 | 08/03/04 |
| KLEIN, DAVID | 07/21/04 | review filings (0.3), email to/from K.Mangual re fee app. email from GMB re same (0.2) | 0.50 | 195.00 | 5256999 | 08/03/04 |
| MANGUAL, KATHLEEN | 07/22/04 | organize and box files for records (3.8) | 3.80 | 741.00 | 5256844 | 08/03/04 |
| KLEIN, DAVID | 07/22/04 | review pleadings/filings, distr same as necessary; | 0.10 | 39.00 | 5256998 | 08/03/04 |
| KLEIN, DAVID | 07/27/04 | review pleadings/filings, distr same as necessary (0.5), email transcript to GMB (0.1) | 0.60 | 234.00 | 5257005 | 08/03/04 |
| KLEIN, DAVID | 07/28/04 | review filings | 0.20 | 78.00 | 5257004 | 08/03/04 |
| | | Fee Total | 9.70 | 2,463.00 | | |

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| 0820 PHOTOCOPYING | MANGUAL, K M | 07/13/04 | 19.50 | 6624972 | 117482 | 07/15/04 |
| 0820 PHOTOCOPYING Total : | | | 19.50 | | | |
| Costs Total : | | | 19.50 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE        5

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| KLEIN, DAVID | 3.10 | 1,209.00 | | | | | |
| MANGUAL, KATHLEEN | 6.30 | 1,228.50 | | | | | |
| TORRES, ANTHONY | 0.30 | 25.50 | | | | | |
| Total: | 9.70 | 2,463.00 | | | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 19.50 | | | | | |
| | Costs Total : | 19.50 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| UNBILLED TIME FROM: | 07/12/2004 | | TO: | 07/15/2004 | |
| UNBILLED DISB FROM: | 07/01/2004 | | TO: | 07/01/2004 | |

FEES                                        COSTS

GROSS BILLABLE AMOUNT:                1,703.50              14.12
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:              07/15/2004              07/01/2004
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 9,822.00 | | |
| DISBURSEMENTS: | 2.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 9,824.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 08/12/04 | LAST PAYMENT DATE: | 08/03/04 |
| LAST BILL NUMBER: | 394084 | FEES BILLED TO DATE: | 88,385.50 |
| LAST BILL THRU DATE: | 06/30/04 | FEES WRITTEN OFF TO DATE: | 21,567.50 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee            (6) Summer Associate
        (2) Late Time & Costs Posted      (7) Fixed Fee
        (3) Pre-arranged Discount         (8) Premium
        (4) Excessive Legal Time          (9) Rounding
        (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

## U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 07/12/04 | 07/14/04 | 1.00 | 565.00 |
| 05292 | BECKER, GARY M. | CRED | 07/15/04 | 07/15/04 | 2.30 | 1,138.50 |
| | | Total: | | | 3.30 | 1,703.50 |

Sub-Total Hours :    1.00 Partners    2.30 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

## U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0942 | MEALS/IN-HOUSE | 07/01/04 | 07/01/04 | 14.12 |
| | Total | | | 14.12 |

Grand Total    1,717.62

## B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 08/17/04 12:38:35)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | | | | | | |
| YEAR 2002 | | | | | | | | |
| 01/31/03 | 12/31/02 | 364671 | 11,113.50 | 1,628.57 | | 12,742.07 | | |
| 03/19/03 | 02/28/03 | 367178 | 34,996.50 | 2,032.99 | | 37,029.49 | | |
| 04/29/03 | 03/31/03 | 369330 | 1,341.00 | .00 | | 1,341.00 | 03/25/03 | |
| 05/16/03 | 04/30/03 | 370445 | 1,123.50 | 50.00 | | 1,173.50 | 05/20/03 | |
| 06/17/03 | 05/31/03 | 371897 | 2,138.50 | 3.00 | | 2,141.50 | 10/03/03 | |
| 07/24/03 | 06/30/03 | 373811 | 455.00 | 26.55 | | 481.55 | 10/23/03 | |
| 08/31/03 | 07/31/03 | 375389 | .00 | 2.00 | | 2.00 | 08/19/03 | |
| 09/30/03 | 08/31/03 | 376733 | 2,292.50 | .00 | | 2,292.50 | 10/23/03 | |
| 11/14/03 | 09/30/03 | 379590 | 3,567.50 | .00 | | 3,567.50 | 11/28/03 | |
| 11/30/03 | 10/31/03 | 380293 | 1,137.50 | .00 | | 1,137.50 | 12/08/03 | |
| 12/31/03 | 11/30/03 | 381784 | 4,804.50 | 2.00 | | 4,806.50 | 12/26/03 | |
| 01/29/04 | 12/31/03 | 382765 | 3,302.50 | 19.00 | | 3,321.50 | 02/27/04 | |
| 02/25/04 | 01/31/04 | 384579 | 1,405.50 | 20.00 | | 1,425.50 | 02/27/04 | |
| 04/30/04 | 02/29/04 | 388529 | 2,416.00 | 36.00 | | 2,452.00 | 02/27/04 | |
| 05/27/04 | 04/30/04 | 390208 | 2,284.00 | .00 | | 2,284.00 | 04/13/04 | |
| 06/29/04 | 05/31/04 | 391727 | 1,717.50 | .00 | | 1,717.50 | 06/29/04 | |
| 07/31/04 | 06/30/04 | 392045 | 4,468.00 | 23.40 | | 4,491.40 | 08/03/04 | |
| 08/12/04 | 06/30/04 | 394084 | 2,466.00 | 2.00 | | .00 | | 2,468.00 |
| | | | 1,789.00 | .00 | | .00 | | 1,789.00 |
| | | | 5,567.00 | .00 | | .00 | | 5,567.00 |
| | | Total: | 88,385.50 | 3,845.51 | | 82,407.01 | | 9,824.00 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 8

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00002                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 08/17/04 12:38:35)

| | ------- Billed ------- | Applied | ---- Collections ---- | Balance |
| Bill Date Thru Date Bill# | Fee & OA Disbursement | From OA | Total Date | Due |

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
| --- | --- | --- | --- | --- | --- | --- |
| BENTLEY, PHILIP | 07/12/04 | Review emails | 0.10 | 56.50 | 5232428 | 07/20/04 |
| BENTLEY, PHILIP | 07/14/04 | Review and edit memo to Committee re Grace's plan proposal | 0.90 | 508.50 | 5232429 | 07/20/04 |
| BECKER, GARY M. | 07/15/04 | Revisions to committee memo re plan proposal (1.8); conf. Bentley re memo (0.3); circulate memo to equity committee (0.2). | 2.30 | 1,138.50 | 5230971 | 07/19/04 |

Fee Total                                                      3.30              3.30

Fee Total                                                      3.30          1,703.50          1,703.50

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
| --- | --- | --- | --- | --- | --- | --- |
| MEALS/IN-HOUSE | | | | | | |
| MARIANNE FERGUSON CASHI | | | | | | |
| MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON CASHIER | HENDLER, S L | 07/01/04 | 14.12 | 6615699 | 117200 | 07/08/04 |

0942 MEALS/IN-HOUSE Total :                                    14.12

Costs Total :                                                  14.12

alp_131r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                     Supv Prtnr : MAYER, THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 1.00 | 565.00 | | | | | |
| BECKER, GARY M. | 2.30 | 1,138.50 | | | | | |
| Total: | 3.30 | 1,703.50 | | | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0942 | MEALS/IN-HOUSE | 14.12 | | | | | |
| | Costs Total : | 14.12 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR.  MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:        07/02/2004                      TO:        07/13/2004
UNBILLED DISB FROM:                                        TO:

|  | FEES | COSTS |
|---|---|---|

GROSS BILLABLE AMOUNT:        693.00        0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:        07/13/2004
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 5,633.50 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 5,633.50 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

DATE OF LAST BILL:        08/12/04        LAST PAYMENT DATE:        08/03/04
LAST BILL NUMBER:        394084        FEES BILLED TO DATE:        30,380.50
LAST BILL THRU DATE:        06/30/04        FEES WRITTEN OFF TO DATE:        444.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee            (6) Summer Associate
(2) Late Time & Costs Posted      (7) Fixed Fee
(3) Pre-arranged Discount         (8) Premium
(4) Excessive Legal Time          (9) Rounding
(5) Business Development           (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   11

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status        : ACTIVE

## U N B I L L E D   T I M E   S U M M A R Y

| Emp Id Employee Name | Group | ----------- Total Unbilled ----------- | | | |
| | | Oldest | Latest | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 05292 BECKER, GARY M. | CRED | 07/02/04 | 07/13/04 | 1.40 | 693.00 |
| Total: | | | | 1.40 | 693.00 |

Sub-Total Hours : 1.40 Partners 0.00 Counsels 1.40 Associates 0.00 Legal Assts 0.00 Others

## B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As Of 08/17/04 12:38:35)

| Bill Date Thru Date Bill# | ------Billed------ | | Applied | -------- Collections -------- | | Balance |
| | Fee & OA | Disbursement | From OA | Total | Date | Due |
| --- | --- | --- | --- | --- | --- | --- |
| YEAR 2002 | | | | | | |
| 06/17/03 05/31/03 371897 | 1,450.00 | 198.00 | .00 | 1,648.00 | | |
| 08/31/03 07/31/03 375389 | 2,677.50 | .00 | .00 | 2,677.50 | 12/26/03 | |
| 09/30/03 08/31/03 376733 | .00 | .00 | .00 | .00 | | |
| 11/14/03 09/30/03 379590 | 2,138.50 | .00 | .00 | 2,139.50 | 12/08/03 | |
| 11/30/03 10/31/03 380293 | 2,444.00 | .00 | .00 | 2,444.00 | 12/26/03 | |
| 12/31/03 11/30/03 381784 | 4,425.00 | .00 | .00 | 4,125.00 | 07/02/04 | |
| 01/29/04 12/31/03 382765 | 4,533.50 | .00 | .00 | 4,533.50 | 02/27/04 | |
| 02/25/04 01/31/04 384579 | 3,544.50 | 1.80 | .00 | 3,546.30 | 02/27/04 | |
| 04/30/04 02/29/04 388529 | 261.50 | .00 | .00 | 261.50 | 04/13/04 | |
| 05/27/04 04/30/04 390208 | 2,233.00 | 4.50 | .00 | 2,237.50 | 06/29/04 | |
| 06/29/04 05/31/04 391727 | 1,039.50 | 4.05 | .00 | 1,043.55 | 08/03/04 | |
| 07/31/04 06/30/04 392045 | 2,827.50 | .00 | .00 | .00 | | 2,827.50 |
| 08/12/04 06/30/04 394084 | 1,667.50 | .00 | .00 | .00 | | 1,667.50 |
| | 1,138.50 | .00 | .00 | .00 | | 1,138.50 |
| Total: | 30,380.50 | 208.35 | | 24,955.35 | | 5,633.50 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976      Status      : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 07/02/04 | Review future rep motions to appoint professionals and email to Committee chair re same. | 0.90 | 445.50 | 5226404 | 07/13/04 |
| BECKER, GARY M. | 07/13/04 | Review hearing agenda for July 19th hearing and exchange emails with local counsel re same. | 0.50 | 247.50 | 5230972 | 07/19/04 |

Fee Total          1.40    693.00

Fee Total          1.40    693.00          693.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    T I M E    S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.40 | 693.00 | | | | | |
| Total: | 1.40 | 693.00 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  14

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976   Status     : ACTIVE
Matter Opened : 07/27/2001

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    07/13/2004                    TO:         07/21/2004
UNBILLED DISB FROM:                                  TO:

                        FEES                          COSTS

GROSS BILLABLE AMOUNT:                939.00                          0.00
    AMOUNT WRITTEN DOWN:
             PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
        THRU DATE:               07/21/2004
CLOSE MATTER/FINAL BILLING?      YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

                        FEES:              3,696.90
    DISBURSEMENTS:                              0.00     UNIDENTIFIED RECEIPTS:            0.00
    FEE RETAINER:                              0.00        PAID FEE RETAINER:             0.00
    DISB RETAINER:                             0.00       PAID DISB RETAINER:             0.00
    TOTAL OUTSTANDING:                     3,696.90     TOTAL AVAILABLE FUNDS:            0.00
                                                        TRUST BALANCE:

                                            BILLING HISTORY

DATE OF LAST BILL:               08/12/04              LAST PAYMENT DATE:            08/03/04
LAST BILL NUMBER:                 394084              FEES BILLED TO DATE:          60,571.00
LAST BILL THRU DATE:             06/30/04     FEES WRITTEN OFF TO DATE:              222.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee            (6) Summer Associate
    (2) Late Time & Costs Posted      (7) Fixed Fee
    (3) Pre-arranged Discount         (8) Premium
    (4) Excessive Legal Time          (9) Rounding
    (5) Business Development         (10) Client Arrangement

BILL NUMBER:_____     DATE OF BILL:_____     Processed by:_____     FRC:_____     CRC:_____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MORRS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | ---- Total Unbilled ---- | |
| | | | | | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 07/13/04 | 07/13/04 | 0.40 | 198.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 07/13/04 | 07/21/04 | 3.80 | 741.00 |
| | Total: | | | | 4.20 | 939.00 |

| Sub-Total Hours : | 0.00 Partners | 0.40 Counsels | 0.00 Associates | 3.80 Legal Assts | 0.00 Others |
|---|---|---|---|---|---|

**B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 08/17/04 12:38:35)**

| | | | | | Balance |
| Bill Date Thru Date Bill# | Fee & OA | Billed Disbursement | Applied From OA | ---- Collections ---- | Due |
| | | | | Total    Date | |
|---|---|---|---|---|---|
| YEAR 2001 | 10,165.00 | 191.48 | | 10,356.48 | |
| YEAR 2002 | 33,105.00 | 183.14 | | 33,288.14 | |
| 01/31/03 12/31/02  364671 | 805.50 | .00 | | 805.50  03/25/03 | |
| 02/20/03 01/31/03  365684 | 838.00 | .00 | | 838.00  04/11/03 | |
| 03/19/03 02/28/03  367178 | 2,266.00 | 12.08 | | 2,278.08  05/27/03 | |
| 04/29/03 03/31/03  369330 | 670.00 | 13.48 | | 683.48  10/23/03 | |
| 05/16/03 04/30/03  370445 | 851.00 | .00 | | 851.00  10/23/03 | |
| 06/17/03 05/31/03  371897 | 1,033.00 | .00 | | 1,033.00  12/26/03 | |
| 07/24/03 06/30/03  373811 | 708.50 | .00 | | 708.50  10/23/03 | |
| 08/31/03 07/31/03  375389 | 203.50 | .00 | | 203.50  05/10/04 | |
| 09/30/03 08/31/03  376733 | 1,059.50 | 28.04 | | 1,087.54  12/08/03 | |
| 11/14/03 09/30/03  379590 | 687.50 | .00 | | 687.50  12/26/03 | |
| 11/30/03 10/31/03  380293 | 240.50 | .00 | | 240.50  07/02/04 | |
| 12/31/03 11/30/03  381784 | 962.00 | .00 | | 962.00  02/27/04 | |
| 01/29/04 12/31/03  382765 | 2,080.00 | .00 | | 2,080.00  07/02/04 | |
| 02/25/04 01/31/04  384579 | 1,768.00 | .00 | | 513.70  04/13/04 | 1,244.30 |
| 04/30/04 02/29/04  388529 | 951.00 | .00 | | 607.40  06/29/04 | 343.60 |
| 05/27/04 04/30/04  390208 | 78.00 | .00 | | 78.00  08/03/04 | |
| 07/31/04 06/30/04  392045 | 939.00 | .00 | | .00 | 939.00 |
| 08/12/04 06/30/04  394084 | 1,170.00 | .00 | | .00 | 1,170.00 |
| Total: | 60,571.00 | 428.22 | | 57,302.32 | 3,696.90 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   16

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

ProForma Number:
Bill Frequency: M
Status    : ACTIVE

UNBILLED   TIME   DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 07/13/04 | Review and execute monthly fee application and conf. with Mangual re same. | 0.40 | 198.00 | 5210973 | 07/19/04 |
| MANGUAL, KATHLEEN | 07/13/04 | various disc and email exchange with accounting re: time detail and charts for interim (.40); email exchanges with local counsel (.30); draft KL 12th Interim fee application (1.8); preparation of such for filing and dist to local counsel (.40); convert application into word and email such to fee auditor (.40); draft cover ltr to local counsel re: original fee app (.30) | 3.60 | 702.00 | 5240341 | 07/27/04 |
| MANGUAL, KATHLEEN | 07/21/04 | confirm w/ DK & GB no objections filed (.10); email local counsel (.10) | 0.20 | 39.00 | 5256845 | 08/03/04 |
| | | Fee Total | 4.20 | 939.00 | | |
| | | Fee Total | 4.20 | 939.00 | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S    F O R    U N B I L L E D    T I M E    S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.40 | 198.00 | | | | | |
| MANGUAL, KATHLEEN | 3.80 | 741.00 | | | | | |
| Total: | 4.20 | 939.00 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00009                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                   TO:
UNBILLED DISB FROM:                                   TO:

                                FEES                      COSTS
                                ----                      -----

GROSS BILLABLE AMOUNT:          0.00                      0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                        ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH
                                        -------------------------                           --------------

                        FEES:                   136.50
        DISBURSEMENTS:                             0.00          UNIDENTIFIED RECEIPTS:          0.00
        FEE RETAINER:                              0.00            PAID FEE RETAINER:            0.00
        DISB RETAINER:                             0.00            PAID DISB RETAINER:           0.00
        TOTAL OUTSTANDING:                       136.50         TOTAL AVAILABLE FUNDS:           0.00
                                                                     TRUST BALANCE:

                                                  BILLING HISTORY
                                                  ---------------

        DATE OF LAST BILL:         06/29/04              LAST PAYMENT DATE:       09/13/02
        LAST BILL NUMBER:           391727           FEES BILLED TO DATE:       5,569.00
        LAST BILL THRU DATE:       05/31/04      FEES WRITTEN OFF TO DATE:        150.00

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:
                                ---------------------------
        (1) Exceeded Fixed Fee             (6) Summer Associate
        (2) Late Time & Costs Posted       (7) Fixed Fee
        (3) Pre-arranged Discount          (8) Premium
        (4) Excessive Legal Time           (9) Rounding
        (5) Business Development          (10) Client Arrangement

BILL NUMBER:                    DATE OF BILL:                Processed by:                   FRC:                    CRC: