alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   19

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00009
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status        : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 08/17/04 12:38:35)

| Bill Date Thru Date Bill# | ------- Billed -------- | | Applied From OA | ----- Collections ----- | | Balance Due |
|---|---|---|---|---|---|---|
| | Fee & OA | Disbursement | | Total | Date | |
| YEAR 2001 | 5,432.50 | 120.78 | | 5,553.28 | | |
| YEAR 2002 | .00 | .00 | | .00 | | |
| 06/29/04 05/31/04 391727 | 136.50 | .00 | | .00 | | 136.50 |
| Total: | 5,569.00 | 120.78 | | 5,553.28 | | 136.50 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    07/16/2004                    TO:
UNBILLED DISB FROM:                                 TO:    07/30/2004

| FEES | COSTS |
|------|-------|

GROSS BILLABLE AMOUNT:    417.00                                    0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                07/30/2004
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | UNAPPLIED CASH |
|----------------------------|----------------|

FEES:                     13,870.00
DISBURSEMENTS:               160.92          UNIDENTIFIED RECEIPTS:        0.00
FEE RETAINER:                  0.00          PAID FEE RETAINER:           0.00
DISB RETAINER:                 0.00          PAID DISB RETAINER:          0.00
TOTAL OUTSTANDING:        14,030.92          TOTAL AVAILABLE FUNDS:       0.00
                                             TRUST BALANCE:

                                    BILLING HISTORY

DATE OF LAST BILL:        08/12/04           LAST PAYMENT DATE:        08/03/04
LAST BILL NUMBER:           394094           FEES BILLED TO DATE:    181,907.00
LAST BILL THRU DATE:      06/30/04           FEES WRITTEN OFF TO DATE:  4,417.50

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee           (6) Summer Associate
(2) Late Time & Costs Posted     (7) Fixed Fee
(3) Pre-arranged Discount        (8) Premium
(4) Excessive Legal Time         (9) Rounding
(5) Business Development         (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Matter Detail

PAGE    21

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILLIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

**UNBILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILLIP | CRED | 07/30/04 | 07/30/04 | 0.30 | 169.50 |
| 05292 | BECKER, GARY M. | CRED | 07/16/04 | 07/16/04 | 0.50 | 247.50 |
| | Total: | | | | 0.80 | 417.00 |

Sub-Total Hours :    0.30 Partners    0.50 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**BILLING & PAYMENT HISTORY (Reflects Payments As Of 08/17/04 12:38:35)**

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 44,026.00 | 5,710.65 | | 49,736.65 | | |
| YEAR 2002 | | | 78,495.50 | 6,087.88 | | 84,583.38 | | |
| 01/31/03 | 12/31/02 | 364671 | 1,025.00 | .00 | | 1,025.00 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 6,254.00 | 23.10 | | 6,277.10 | 10/23/03 | |
| 03/19/03 | 02/28/03 | 367128 | 6,230.00 | 2.70 | | 6,232.70 | 10/23/03 | |
| 04/29/03 | 03/31/03 | 369330 | 19,960.50 | .00 | | 19,960.50 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 2,181.50 | 14.00 | | 2,195.50 | 12/26/03 | |
| 06/17/03 | 05/31/03 | 371897 | 1,659.50 | .00 | | 1,659.50 | 12/26/03 | |
| 07/24/03 | 06/30/03 | 373811 | 2,845.50 | 1.79 | | 2,847.29 | 12/26/03 | |
| 08/31/03 | 07/31/03 | 375389 | 535.50 | 2.69 | | 538.19 | 05/10/04 | |
| 11/14/03 | 09/31/03 | 379590 | 1,627.50 | .00 | | 1,627.50 | 05/10/04 | |
| 11/30/03 | 10/31/03 | 380293 | 210.00 | .00 | | 210.00 | 07/02/04 | |
| 12/25/03 | 12/31/03 | 382765 | 582.00 | .00 | | 582.00 | 07/02/04 | |
| 02/25/04 | 01/31/04 | 384579 | .00 | .00 | | .00 | | |
| 04/30/04 | 02/29/04 | 388529 | 247.50 | 497.50 | | 497.50 | 06/29/04 | 56.50 |
| 05/20/04 | 03/30/04 | 390208 | 2,282.00 | 48.51 | | 2,330.51 | 08/03/04 | 247.50 |
| 06/30/04 | 05/31/04 | 391727 | 2,205.00 | 110.25 | | .00 | | 2,315.75 |
| 07/31/04 | 06/30/04 | 392045 | | 18.84 | | | | 18.84 |
| 08/12/04 | 06/30/04 | 394084 | 11,360.50 | 31.83 | | .00 | | 11,392.33 |
| | | Total: | 181,784.50 | 12,549.74 | | 180,303.32 | | 14,030.92 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   22

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

ProForma Number:
Bill Frequency: M

Status     : ACTIVE

UNBILLED   TIME   DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 07/16/04 | Review asbestos legislation | 0.50 | 247.50 | 5255237 | 08/02/04 |
| BENTLEY, PHILIP | 07/30/04 | Conf Highbridge Partners re case status | 0.30 | 169.50 | 5254080 | 08/02/04 |
| | | Fee Total | 0.80 | 417.00 | | 417.00 |
| | | Fee Total | 0.80 | 417.00 | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.30 | 169.50 | | | | | |
| BECKER, GARY M. | 0.50 | 247.50 | | | | | |
| Total: | 0.80 | 417.00 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    24

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                      TO:
UNBILLED DISB FROM:                                      TO:

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 0.00 |
| AMOUNT WRITTEN DOWN | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?   YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 1,434.00 | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS:  0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER:  0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER:  0.00 |
| TOTAL OUTSTANDING: | 1,434.00 | TOTAL AVAILABLE FUNDS:  0.00 |
| | | TRUST BALANCE: |

BILLING HISTORY

| DATE OF LAST BILL: | 08/12/04 | LAST PAYMENT DATE: | 08/03/04 |
|---|---|---|---|
| LAST BILL NUMBER: | 394084 | FEES BILLED TO DATE: | 76,223.00 |
| LAST BILL THRU DATE: | 06/30/04 | FEES WRITTEN OFF TO DATE: | 1,600.00 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development         (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

aip_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 25

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

BILLING & PAYMENT HISTORY (Reflects Payments As of 08/17/04 12:38:35)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | | | | | | |
| YEAR 2002 | | | | | | | | |
| 01/31/03 | 12/31/02 | 354671 | 2,212.50 | 389.75 | | 2,602.25 | | |
| 02/20/03 | 01/31/03 | 365684 | 66,342.00 | 550.91 | | 66,892.91 | | |
| 03/19/03 | 02/28/03 | 367178 | 2,601.00 | 83.50 | | 2,684.50 | 08/19/03 | |
| 05/16/03 | 04/30/03 | 370445 | 1,638.50 | .00 | | 1,638.50 | 10/23/03 | |
| 06/17/03 | 05/31/03 | 371897 | 672.00 | .00 | | 672.00 | 10/23/03 | |
| 12/31/03 | 11/30/03 | 381784 | 100.50 | 926.30 | | 1,026.80 | 12/26/03 | |
| 04/30/04 | 02/29/04 | 388529 | 167.50 | .00 | | 167.50 | 12/26/03 | |
| 05/27/04 | 04/30/04 | 390208 | 443.50 | .00 | | 443.50 | 02/27/04 | |
| 08/12/04 | 06/30/04 | 394084 | 1,186.50 | .00 | | .00 | | 1,186.50 |
| | | | 621.50 | .00 | | 621.50 | 08/03/04 | |
| | | | 247.50 | .00 | | .00 | | 247.50 |
| Total: | | | 76,233.00 | 1,950.46 | | 76,749.46 | | 1,434.00 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    26

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00015
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : PLAN AND DISCLOSURE STATEMENT
Matter Opened : 09/28/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:      07/01/2004                    TO:      07/13/2004
UNBILLED DISB FROM:                                   TO:

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 6,565.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 07/13/2004 | |

CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

| | | |
|---|---|---|
| FEES: | 0.00 | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: 0.00 |
| | | TRUST BALANCE: |

BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 08/12/04 | LAST PAYMENT DATE: 10/23/03 |
| LAST BILL NUMBER: | 367178 | FEES BILLED TO DATE: 1,137.50 |
| LAST BILL THRU DATE: | 02/28/03 | FEES WRITTEN OFF TO DATE: 0.00 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development        (10) Client Arrangement

BILL NUMBER:            DATE OF BILL:            Processed by:            FRC:            CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  27

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00015
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : PLAN AND DISCLOSURE STATEMENT
Matter Opened : 09/28/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

UNBILLED TIME SUMMARY
--------------------------------- Total Unbilled ---------------------------------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 07/01/04 | 07/09/04 | 5.40 | 3,051.00 |
| 05292 | BECKER, GARY M. | CRED | 07/01/04 | 07/13/04 | 7.10 | 3,514.50 |
| | Total: | | | | 12.50 | 6,565.50 |

| Sub-Total Hours : | 5.40 Partners | 7.10 Counsels | 0.00 Associates | 0.00 Legal Assts | 0.00 Others |
|---|---|---|---|---|---|

BILLING & PAYMENT HISTORY (Reflects Payments As of 08/17/04 12:38:35)

| | ------- Billed ------- | | Applied | ----- Collections ----- | | Balance |
|---|---|---|---|---|---|---|
| Bill Date Thru Date Bill# | Fee & OA | Disbursement | From OA | Total | Date | Due |
| 03/19/03 02/28/03 367137B | 1,137.50 | .00 | .00 | 1,137.50 10/23/03 | | |
| Total: | 1,137.50 | .00 | | 1,137.50 | | .00 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    28

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00015
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : PLAN AND DISCLOSURE STATEMENT
Matter Opened : 09/28/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 07/01/04 | Prepare for and conf. with Grace re potential new plan of reorganization. | 2.50 | 1,237.50 | 5226406 | 07/13/04 |
| BENTLEY, PHILIP | 07/01/04 | Meeting at Kirkland & Ellis, and discs TW and GB | 2.60 | 1,469.00 | 5232432 | 07/20/04 |
| BENTLEY, PHILIP | 07/06/04 | Review papers | 0.10 | 56.50 | 5232433 | 07/20/04 |
| BECKER, GARY M. | 07/08/04 | Conf. with Bentley re debtors plan proposal (0.5). | 0.50 | 247.50 | 5226405 | 07/13/04 |
| BENTLEY, PHILIP | 07/08/04 | Discs GB | 0.10 | 56.50 | 5232430 | 07/20/04 |
| BECKER, GARY M. | 07/09/04 | Prepare for and conference with T. Weschler re debtors proposal for a new plan of reorganization and followup conf. with Bentley (1.9); email J. Baer re follup meeting with Debtor (0.2) | 2.10 | 1,039.50 | 5225457 | 07/13/04 |
| BENTLEY, PHILIP | 07/09/04 | Conf call with TW, GB, and confs GB and review notes re Debtors plan proposal | 2.60 | 1,469.00 | 5232431 | 07/20/04 |
| BECKER, GARY M. | 07/13/04 | Prepare memo to equity committee re debtors plan proposal. | 2.00 | 990.00 | 5230974 | 07/19/04 |

Fee Total    12.50    6,565.50

Fee Total    12.50    6,565.50

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    29

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00015                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                          Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

Employee Name        Hours      Amount         Bill     W/o / W/u     Transfer  To     Clnt/Mtr     Carry Forward

BENTLEY, PHILIP        5.40    3,051.00

BECKER, GARY M.        7.10    3,514.50
                                          _____      _____
      Total:          12.50    6,565.50

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    30

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00017
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : EMPLOYEE BENEFITS/PENSION
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                           TO:
UNBILLED DISB FROM:                                           TO:

FEES                          COSTS

GROSS BILLABLE AMOUNT:            0.00                          0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

FEES:                184.50
DISBURSEMENTS:         0.00          UNIDENTIFIED RECEIPTS:      0.00
FEE RETAINER:          0.00          PAID FEE RETAINER:         0.00
DISB RETAINER:         0.00          PAID DISB RETAINER:        0.00
TOTAL OUTSTANDING:   184.50          TOTAL AVAILABLE FUNDS:     0.00
                                     TRUST BALANCE:

                              BILLING HISTORY

DATE OF LAST BILL:       05/27/04    LAST PAYMENT DATE:      08/03/04
LAST BILL NUMBER:         390208     FEES BILLED TO DATE:    2,059.50
LAST BILL THRU DATE:     04/30/04    FEES WRITTEN OFF TO DATE:   0.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development        (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    31

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00017                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 08/17/04 12:38:35)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | ----- Collections ----- Total | Date | Balance Due |
|-----------|-----------|-------|----------|---------------------|-----------------|-------------------------------|------|-------------|
| YEAR 2002 | | | 1,310.00 | .00 | | 1,310.00 | | |
| 05/27/04 | 04/30/04 | 390208 | 749.50 | .00 | | 565.00 | 08/03/04 | 184.50 |
| Total: | | | 2,059.50 | .00 | | 1,875.00 | | 184.50 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    32

Run Date & Time: 08/17/2004 12:38:35

Matter No: 056772-00019                                Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    07/06/2004                       TO:    07/06/2004
UNBILLED DISB FROM:                                     TO:

                                        FEES                        COSTS

GROSS BILLABLE AMOUNT:                  742.50                      0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                              07/06/2004
CLOSE MATTER/FINAL BILLING?     YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

                FEES:                   6,868.50
        DISBURSEMENTS:                    127.40          UNIDENTIFIED RECEIPTS:          0.00
        FEE RETAINER:                       0.00              PAID FEE RETAINER:          0.00
        DISB RETAINER:                      0.00             PAID DISB RETAINER:          0.00
    TOTAL OUTSTANDING:                  6,995.90          TOTAL AVAILABLE FUNDS:          0.00
                                                          TRUST BALANCE:

                                        BILLING HISTORY

    DATE OF LAST BILL:        08/12/04        LAST PAYMENT DATE:        07/02/04
    LAST BILL NUMBER:           392045        FEES BILLED TO DATE:     62,726.00
    LAST BILL THRU DATE:      06/30/04        FEES WRITTEN OFF TO DATE: 5,087.68

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee              (6) Summer Associate
        (2) Late Time & Costs Posted        (7) Fixed Fee
        (3) Pre-arranged Discount           (8) Premium
        (4) Excessive Legal Time            (9) Rounding
        (5) Business Development           (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Matter Detail

Run Date & Time: 08/17/2004 12:38:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 33

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|--------|---------------|-------|--------|--------|-------|--------|
| | | | | Total Unbilled | | |
| 05292 | BECKER, GARY M. | CRED | 07/06/04 | 07/06/04 | 1.50 | 742.50 |
| | Total: | | | | 1.50 | 742.50 |

Sub-Total Hours : 0.00 Partners  1.50 Counsels  0.00 Associates  0.00 Legal Assts  0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 08/17/04 12:38:36)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|---------|-------|------|-------------|
| | | | --- Billed --- | | Applied | --- Collections --- | | |
| YEAR 2002 | | | | | | | | |
| 02/20/03 | 01/31/03 | 365684 | 45,704.82 | 58.14 | | 45,762.96 | 10/23/03 | |
| 07/24/03 | 06/30/03 | 373811 | 105.00 | .00 | | 105.00 | 12/26/03 | |
| 08/31/03 | 07/31/03 | 375389 | 455.00 | .00 | | 455.00 | 05/10/04 | |
| 09/30/03 | 08/31/03 | 376733 | .00 | 12.00 | | 12.00 | 05/10/04 | |
| 11/14/03 | 09/30/03 | 379590 | 1,365.00 | 13.00 | | 1,378.00 | 05/10/04 | |
| 11/30/03 | 10/31/03 | 380293 | 940.00 | .00 | | 940.00 | 05/10/04 | |
| 12/31/03 | 11/30/03 | 381784 | 940.00 | .00 | | 940.00 | 07/02/04 | |
| 01/29/04 | 12/31/03 | 382765 | 1,739.00 | .00 | | 1,739.00 | 07/02/04 | |
| 05/29/04 | 04/30/04 | 390208 | 2,021.00 | .00 | | 2,021.00 | 07/02/04 | |
| 06/29/04 | 05/31/04 | 391727 | 1,237.50 | .00 | | .00 | | 1,237.50 |
| 07/31/04 | 06/30/04 | 392045 | 3,785.50 | .00 | | .00 | | 3,785.50 |
| | | | 1,845.50 | 127.40 | | .00 | | 1,972.90 |
| | Total: | | 60,138.32 | 210.54 | | 53,352.96 | | 6,995.90 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     34

Run Date & Time: 08/17/2004 12:38:36

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status        : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 07/06/04 | Prepare for and participate in telephonic hearing re Scott's motion re injunction. | 1.50 | 742.50 | 5226407 | 07/13/04 |
| | | Fee Total | 1.50 | 742.50 | | 742.50 |
| | | Fee Total | 1.50 | 742.50 | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    35

Run Date & Time: 08/17/2004 12:38:36

Matter No: 056772-00019                                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

Employee Name          Hours      Amount       Bill       W/o / W/u      Transfer To      Clnt/Mtr      Carry Forward

BECKER, GARY M.         1.50      742.50

    Total:             1.50      742.50

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    36

Run Date & Time: 08/17/2004 12:39:36

Matter No: 056772-00024
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ZAI SCIENCE TRIAL
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976    Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                    TO:
UNBILLED DISB FROM:                                    TO:

                                FEES                   COSTS

GROSS BILLABLE AMOUNT:          0.00                   0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH

                              0.00
FEES:                        26.90     UNIDENTIFIED RECEIPTS:        0.00
DISBURSEMENTS:                0.00     PAID FEE RETAINER:            0.00
FEE RETAINER:                 0.00     PAID DISB RETAINER:           0.00
DISB RETAINER:                         TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:           26.90     TRUST BALANCE:

                                       BILLING HISTORY

DATE OF LAST BILL:        08/12/04     LAST PAYMENT DATE:       07/02/04
LAST BILL NUMBER:           394084     FEES BILLED TO DATE:     2,492.50
LAST BILL THRU DATE:                   FEES WRITTEN OFF TO DATE:     0.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development        (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    37

Run Date & Time: 08/17/2004 12:38:36

Matter No: 056772-00024
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ZAI SCIENCE TRIAL
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 08/17/04 12:38:36)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 07/24/03 | 06/30/03 | 373811 | 637.00 | .00 | | 637.00 | 12/26/03 | |
| 08/31/03 | 07/31/03 | 375389 | 1,432.50 | 4.55 | | 1,437.05 | 05/10/04 | |
| 12/31/03 | 11/30/03 | 381784 | 423.00 | .00 | | 423.00 | 07/02/04 | |
| 08/12/04 | 06/30/04 | 394084 | .00 | 26.90 | | .00 | | 26.90 |
| Total: | | | 2,492.50 | 31.45 | | 2,497.05 | | 26.90 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    38

Run Date & Time: 08/17/2004 12:38:36

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                    TO:
UNBILLED DISB FROM:                                    TO:

                          FEES                    COSTS

GROSS BILLABLE AMOUNT:            0.00                    0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

FEES:                3,344.00
DISBURSEMENTS:        1,309.70        UNIDENTIFIED RECEIPTS:        0.00
FEE RETAINER:            0.00        PAID FEE RETAINER:            0.00
DISB RETAINER:           0.00        PAID DISB RETAINER:           0.00
TOTAL OUTSTANDING:    4,653.70        TOTAL AVAILABLE FUNDS:        0.00
                                     TRUST BALANCE:

                           BILLING HISTORY

DATE OF LAST BILL:        07/31/04        LAST PAYMENT DATE:        08/03/04
LAST BILL NUMBER:           392045        FEES BILLED TO DATE:    13,424.00
LAST BILL THRU DATE:      06/30/04        FEES WRITTEN OFF TO DATE:    11,514.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee            (6) Summer Associate
(2) Late Time & Costs Posted      (7) Fixed Fee
(3) Pre-arranged Discount         (8) Premium
(4) Excessive Legal Time          (9) Rounding
(5) Business Development          (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    39

Run Date & Time: 08/17/2004 12:38:36

Matter No: 056772-00028                                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                               Status         : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 08/17/04 12:38:36)

| Bill Date Thru Date Bill# | Fee & OA | ------- Billed ---------<br>Disbursement | Applied<br>From OA | ----- Collections -----<br>Total | Date | Balance<br>Due |
|---|---|---|---|---|---|---|
| YEAR 2002 | | | | | | |
| 06/17/03 05/31/03  371897 | 2,275.00 | .00 | | 2,275.00 | | |
| 07/24/03 06/30/03  373811 | 455.00 | .00 | | 455.00 | 12/26/03 | |
| 09/30/03 08/31/03  376733 | 910.00 | .00 | | 910.00 | 12/26/03 | |
| 11/14/03 09/30/03  379590 | 455.00 | .00 | | 455.00 | 05/10/04 | |
| 11/30/03 10/31/03  380293 | 705.00 | .00 | | 705.00 | 05/10/04 | |
| 12/31/03 11/30/03  381784 | 470.00 | .00 | | 470.00 | 07/02/04 | |
| 01/29/04 12/31/03  382765 | 705.00 | 205.00 | | 910.00 | 07/02/04 | |
| 02/25/04 01/31/04  384579 | 705.00 | 197.00 | | 902.00 | 07/02/04 | |
| 05/27/04 04/30/04  390208 | 495.00 | .00 | | .00 | | 495.00 |
| 06/29/04 05/31/04  391727 | 742.50 | 279.00 | | 279.00 | 08/03/04 | 742.50 |
| 07/31/04 06/30/04  392045 | 621.50 | 264.00 | | .00 | | 885.50 |
| | 1,485.00 | 1,045.70 | | .00 | | 2,530.70 |
| Total: | 10,024.00 | 1,990.70 | | 7,361.00 | | 4,653.70 |