# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| KAISER ALUMINUM CORP., *et al.*, | : | Case No. 02-10429 (JKF) |
| | : | |
| Debtors. | : | Related Doc. No. 4927, 4962, 5043 |
| | : | & 5062 |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Related Doc. No. 6275 & 6322 |
| | : | |
| | : | Objection Deadline:  10/04/04 at 12:00 p.m. |
| | : | Hearing Date:  10/06/04 at 12:00 p.m. |

**OPPOSITION OF FEDERAL INSURANCE COMPANY
TO MOTION OF BARON & BUDD AND SILBER PEARLMAN
PURSUANT TO BANKRUPTCY RULE 9023 TO ALTER OR AMEND
AMENDATORY ORDER REQUIRING FILING OF STATEMENTS
PURSUANT TO FED. R. BANKR. P. 2019, OR ALTERNATIVELY, FOR NEW TRIAL**

Federal Insurance Company, by and through its undersigned counsel, opposes the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, or Alternatively, For New Trial (the "Motion"), for the reasons set forth in the Opposition of Various Insurers to the Motion (Docket No. 5043, In re: Kaiser Aluminum Corp., Case No. 02-10429), which Federal Insurance Company incorporates by reference.

Dated: October 4, 2004

COZEN O'CONNOR

By: /s/ Shelley A. Kinsella
Shelley A. Kinsella (No. 4023)
1201 North Market Street, Ste. 1400
Wilmington, DE 19801
Tele: (302) 295-2034
Fax: (302) 295-2013
Email: skinsella@cozen.com

- and –

William P. Shelley
Jacob C. Cohn
1900 Market Street
Philadelphia, PA  19103
Telephone:  (215) 665-2000
Facsimile:  (215) 665-2013

Attorneys for Federal Insurance
Company

WILM1\27568\1 113022.000