**L TERSIGNI CONSULTING, P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

September 23, 2004

**Invoice No. 09404**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

For services rendered in connection with the above-captioned matter during the period August 1, 2004 through August 31, 2004 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 4.20 | $2,100.00 |
| James Sinclair - Managing Director | 15.80 | $7,505.00 |
| Michael Berkin  - Managing Director | 33.70 | $16,007.50 |
| Christopher Curti - Director | 4.00 | $1,460.00 |
| Aaron Prills - Manager | 32.30 | $8,882.50 |
| Cheryl Wright - Manager | 61.80 | $16,995.00 |
| Dottie-Jo Collins - Manager | 7.00 | $1,925.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Telephone, Xerox | $86.17 |
| **T O T A L** | $54,961.17 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
              by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

September 23, 2004

**Invoice No. 09404**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:   August 1 - 31, 2004

| Name | Position | Schedule | Rate (2004) | Hours | Amount |
|---|---|---|---|---|---|
| Loreto T. Tersigni | President | Schedule A | $500 | 4.20 | $2,100.00 |
| James Sinclair | Managing Director | Schedule A | $475 | 15.80 | $7,505.00 |
| Michael Berkin | Managing Director | Schedule A | $475 | 33.70 | $16,007.50 |
| Christopher Curti | Director | Schedule A | $365 | 4.00 | $1,460.00 |
| Aaron Prills | Manager | Schedule A | $275 | 32.30 | $8,882.50 |
| Cheryl Wright | Manager | Schedule A | $275 | 61.80 | $16,995.00 |
| Dottie-Jo Collins | Manager | Schedule A | $275 | 7.00 | $1,925.00 |
| **Total  Professional  Services- Schedule A:** | | | | 158.80 | $54,875.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $86.17 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $54,961.17 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
           by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

### Services Rendered during the Period: August 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 8/2/04 | LT | Preparation of memorandum to ACC regarding comments and recommendations for proposed Pension Contribution 9/15/04 | 07 | 0.10 | $500.00 | $50.00 |
| 8/11/04 | LT | Preparation of updated Enterprise Valuation as requested by ACC counsel and ACC | 07 | 1.50 | $500.00 | $750.00 |
| 8/12/04 | LT | Review engagement status of analytical projects in progress for ACC counsel | 07 | 0.50 | $500.00 | $250.00 |
| 8/16/04 | LT | Preparation of memorandum, and related summary exhibits, of 2nd Quarter 2004 operating results for distribution to ACC | 07 | 1.20 | $500.00 | $600.00 |
| 8/30/04 | LT | Review engagement status | 26 | 0.50 | $500.00 | $250.00 |
| 8/30/04 | LT | Review monthly fee application for July 2004 including timekeeper daily entries | 11 | 0.40 | $500.00 | $200.00 |
| | | **Sub-Total** | | 4.20 | | $2,100.00 |
| **James Sinclair - Managing Director** | | | | | | |
| 8/2/04 | JS | Review Motion for Pension Funding, develop questions for company in preparation for conference call on 8/2/04 for possible objection to Motion. | 08 | 1.20 | $475.00 | $570.00 |
| 8/2/04 | JS | Conference call with company re Motion for Pension Funding for due diligence for possible objection to Motion. | 08 | 0.80 | $475.00 | $380.00 |
| 8/11/04 | JS | Commence review of 2nd quarter 2004 Executive Summary for valuation and monitoring purposes | 21 | 2.50 | $475.00 | $1,187.50 |
| 8/18/04 | JS | Review, analyze divestiture bids and terms for Project Elastic for possible objection to court to Motion to divest. | 01 | 1.50 | $475.00 | $712.50 |
| 8/18/04 | JS | Commence review and analysis of Project Roof acquisition for possible objection to court to Motion to acquire. | 02 | 3.00 | $475.00 | $1,425.00 |
| 8/20/04 | JS | Review, revise 2nd Quarter 2004 Review to ACC counsel for valuation and monitoring purposes | 21 | 1.50 | $475.00 | $712.50 |
| 8/20/04 | JS | Continue review and analysis of Project Roof acquisition for possible objection to court to Motion to acquire. | 02 | 2.10 | $475.00 | $997.50 |
| 8/24/04 | JS | Review quarterly report and compare information on asbestos liabilities and EPA case in Libby Montana | 26 | 1.30 | $475.00 | $617.50 |
| 8/30/04 | JS | Review Motion for Enhanced Severance for possible objection to Motion to court. | 08 | 1.20 | $475.00 | $570.00 |
| 8/31/04 | JS | Continue review of Motion for Enhanced Severance for possible objection to Motion to court. | 08 | 0.70 | $475.00 | $332.50 |
| | | **Sub-Total** | | 15.80 | | $7,505.00 |
| **Michael Berkin - Managing Director** | | | | | | |
| 8/2/04 | MB | Prepare for conference call with debtor to discuss pension funding motion | 08 | 1.10 | $475.00 | $522.50 |
| 8/2/04 | MB | Participate in conference call with debtor to discuss pension funding motion | 08 | 0.80 | $475.00 | $380.00 |
| 8/2/04 | MB | Summarize findings resulting from conference call with debtor to pension funding motion | 08 | 0.80 | $475.00 | $380.00 |
| 8/2/04 | MB | Review and analyze supplemental supporting pension schedules from debtor | 08 | 2.10 | $475.00 | $997.50 |

# W.R. Grace

**Schedule A**

### Services Rendered during the Period:  August 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/3/04 | MB | Prepare memorandum, and related exhibits, to ACC counsel regarding LTC pension funding contribution recommendation | 08 | 2.80 | $475.00 | $1,330.00 |
| 8/3/04 | MB | Review 7/30/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 8/3/04 | MB | Review Grace's second quarter financial briefing in preparation for conference call with debtor | 26 | 1.80 | $475.00 | $855.00 |
| 8/5/04 | MB | Develop issue list pertaining to second quarter performance for discussion with debtor | 26 | 0.80 | $475.00 | $380.00 |
| 8/5/04 | MB | Participate in conference call with debtor to discuss second quarter operating performance | 26 | 1.30 | $475.00 | $617.50 |
| 8/5/04 | MB | Summarize results of conference call with debtor to discuss second quarter operating results | 26 | 1.10 | $475.00 | $522.50 |
| 8/9/04 | MB | Review 8/6/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 8/12/04 | MB | Review divestment of Project Elastic presentation provided by debtor in connection with monitoring continuing operations | 01 | 1.70 | $475.00 | $807.50 |
| 8/12/04 | MB | Review Project Roof acquisition summary provided by debtor | 02 | 1.70 | $475.00 | $807.50 |
| 8/13/04 | MB | Review memorandum summarizing second quarter operating results for submission to ACC counsel | 26 | 1.50 | $475.00 | $712.50 |
| 8/13/04 | MB | Review financial statements and accompanying notes to second quarter 10Q report in connection with monitoring continuing operations | 26 | 2.00 | $475.00 | $950.00 |
| 8/16/04 | MB | Review re-filed 10Q and 10K reports to assess impact of restatements on operations | 26 | 2.00 | $475.00 | $950.00 |
| 8/16/04 | MB | Review MD&A section to second quarter 10Q report in connection with monitoring continuing operations | 26 | 1.70 | $475.00 | $807.50 |
| 8/16/04 | MB | Review 8/13/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 8/17/04 | MB | Analyze Project Roof acquisition merits and develop issues for debtor commentary | 02 | 1.60 | $475.00 | $760.00 |
| 8/17/04 | MB | Analyze divestment of Project Elastic for reasonability and develop issues for debtor commentary | 01 | 1.30 | $475.00 | $617.50 |
| 8/27/04 | MB | Review 8/20/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 8/30/04 | MB | Review account status, open issues and calendar for engagement status and planning | 26 | 1.30 | $475.00 | $617.50 |
| 8/31/04 | MB | Review motion approving Kwelmbs settlement agreement at request of ACC counsel | 01 | 1.60 | $475.00 | $760.00 |
| 8/31/04 | MB | Review settlement agreement and release in connection with assessment of Kwelmbs motion | 01 | 1.50 | $475.00 | $712.50 |
| 8/31/04 | MB | Review supplemental agreement in connection with assessment of Kwelmbs motion | 01 | 0.70 | $475.00 | $332.50 |
| 8/31/04 | MB | Prepare issue list for debtor response pertaining to Kwelmbs settlement | 01 | 1.00 | $475.00 | $475.00 |
| 8/31/04 | MB | Review 8/27/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| | | **Sub-Total** | | 33.70 | | $16,007.50 |

**Christopher Curti - Director**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/17/04 | CC | Conduct SEC research per special request from counsel; analyze SEC forms 13F, 13D, 3 and 4 filed for 2004; highlighting holders of equity in WR Grace and other issues | 28 | 1.70 | $365.00 | $620.50 |

# W.R. Grace

**Schedule A**

### Services Rendered during the Period:  August 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/17/04 | CC | Conduct SEC research per special request from counsel; analyze SEC forms 13F, 13D, 3 and 4 filed for 2003; highlighting holders of equity in WR Grace and other issues | 28 | 1.70 | $365.00 | $620.50 |
| 8/17/04 | CC | Summarize results of SEC database research, and prepare schedule for review by counsel | 26 | 0.60 | $365.00 | $219.00 |
| | | **Sub-Total** | | 4.00 | | $1,460.00 |

**Aaron Prills - Manager**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/5/04 | AP | Reviewed sales versus plan and the impact of currency translation effects prior to the second quarter review call in order to understand the impact of currency during the quarter and whether the business units are outperforming plan. | 28 | 1.50 | $275.00 | $412.50 |
| 8/5/04 | AP | Participated in Grace second quarter review conference calling regarding financial results for the quarter in order to address any questions.  The call also partially covered Grace's amended 10K which will be filed to address a change to liabilities. | 26 | 1.40 | $275.00 | $385.00 |
| 8/5/04 | AP | Prepared updates to the Grace Consolidated Income Statement exhibit for the second quarter memo to counsel in order to compare the actual to plan results for the year. | 26 | 0.90 | $275.00 | $247.50 |
| 8/5/04 | AP | Prepared the executive summary and business division outline for the Grace second quarter 2004 summary memo to counsel to determine the appropriate information to include in the memo and the structure of the memo. | 26 | 2.30 | $275.00 | $632.50 |
| 8/5/04 | AP | Prepared the cash flow summary outline for the Grace second quarter 2004 operating review memo to counsel to determine the appropriate information to provide in the memo and how to properly summarize the information. | 26 | 0.80 | $275.00 | $220.00 |
| 8/5/04 | AP | Reviewed management's summary overview of the Grace second quarter and year-to-date results to understand the nuances of the Company's performance and any issues that they felt impacted results during the second quarter. | 28 | 1.00 | $275.00 | $275.00 |
| 8/5/04 | AP | Prepared the executive summary section of the Grace second quarter YTD operating overview memo to counsel to highlight the items that mainly accounted for the strong Company performance during the quarter and YTD. | 26 | 0.50 | $275.00 | $137.50 |
| 8/6/04 | AP | Prepared the consolidated operating performance section of the Grace second quarter summary memo to counsel to describe the company's performance YTD and any material changes within the business. | 26 | 2.50 | $275.00 | $687.50 |
| 8/6/04 | AP | Prepared the Davison Chemicals section of the second quarter operating results memo to counsel to discuss how the business and product lines performed YTD. | 26 | 0.80 | $275.00 | $220.00 |
| 8/6/04 | AP | Prepared the Performance Chemicals section of the second quarter operating results memo to counsel to discuss how the business and product lines performed YTD. | 26 | 0.70 | $275.00 | $192.50 |
| 8/6/04 | AP | Prepared the cash flow and other items section of the Grace second quarter operating review memo to counsel to describe the changes in cash flow and impact of other items YTD. | 26 | 0.70 | $275.00 | $192.50 |
| 8/9/04 | AP | Prepared updates to the Grace second quarter 2004 memo to counsel to clarify the consolidated operating performance of the company and the reasons highlighted by the company's management regarding the results. | 26 | 1.40 | $275.00 | $385.00 |
| 8/10/04 | AP | Reviewed notes to the Grace Q2 10Q regarding the plan of reorganization and how the company is going about the process of creating the plan. | 28 | 0.90 | $275.00 | $247.50 |

# W.R. Grace                                                  Schedule A

### Services Rendered during the Period:  August 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/10/04 | AP | Reviewed the notes to the Grace Q2 10Q regarding the performance of Davison Chemicals in order to understand results and prepare the Q2 summary memo for counsel. | 28 | 1.20 | $275.00 | $330.00 |
| 8/10/04 | AP | Reviewed the notes to the Grace Q2 10Q regarding the performance of Performance Chemicals in order to understand results and prepare the Q2 summary memo for counsel. | 28 | 1.40 | $275.00 | $385.00 |
| 8/10/04 | AP | Reviewed the notes to the Grace Q2 10Q regarding the liabilities subject to compromise in order to understand the magnitude of these items and the impact that these creditor groups could have on the claims recovery process. | 28 | 1.80 | $275.00 | $495.00 |
| 8/10/04 | AP | Reviewed Grace's consolidated financial statements from the Q2 10Q to understand year-over-year performance and interpret the results relative to the 2004 plan. | 28 | 1.80 | $275.00 | $495.00 |
| 8/10/04 | AP | Prepared variances for both the Davison and Performance Chemical business segments to understand the impact of each specific reason for the year-over-year change in performance and provide the detail in the summary memo to counsel. | 26 | 1.50 | $275.00 | $412.50 |
| 8/11/04 | AP | Prepared updates to the Grace second quarter memo to counsel to provide additional detail on the intercompany loan and the accounting change impact on the company. | 26 | 1.90 | $275.00 | $522.50 |
| 8/16/04 | AP | Prepared additional section of the Grace Q2 summary memo to counsel to detail the recent company filing of amended 10Q and 10K to explain the error that the company had recognized and the impact that the adjustment will have on the financial statements. | 26 | 1.30 | $275.00 | $357.50 |
| 8/17/04 | AP | Prepared updates to the Grace second quarter memo to prepare an introduction to the memo which describes the performance at the highest level and provides additional detail regarding the anticipated performance for the remainder of 2004. | 26 | 2.40 | $275.00 | $660.00 |
| 8/17/04 | AP | Prepared updates to the Grace Q2 review to consolidate the bullets points provided and reviewed the additional Grace management materials to determine the magnitude of the items associated with the change in performance relative to plan. | 26 | 2.40 | $275.00 | $660.00 |
| 8/18/04 | AP | Prepared final edits to the Grace second quarter exhibits to supplement the summary memo in order to clarify some of the line items used in the exhibits. | 26 | 1.20 | $275.00 | $330.00 |
| | | **Sub-Total** | | 32.30 | | $8,882.50 |

**Cheryl Wright - Manager**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/16/04 | CW | Review and analyze WR Grace's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.60 | $275.00 | $715.00 |
| 8/16/04 | CW | Update WR Grace's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.80 | $275.00 | $220.00 |
| 8/16/04 | CW | Review and analyze Rohm & Haas's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/16/04 | CW | Update Rohm & Haas's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.80 | $275.00 | $220.00 |
| 8/16/04 | CW | Review and analyze Engelhard Corp's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 1.80 | $275.00 | $495.00 |
| 8/17/04 | CW | Review and analyze Engelhard Corp's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 0.70 | $275.00 | $192.50 |
| 8/17/04 | CW | Update Engelhard Corp's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period: August 1-31, 2004**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/17/04 | CW | Review and analyze Lubrizol Corp's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/17/04 | CW | Update Lubrizol Corp's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.70 | $275.00 | $192.50 |
| 8/17/04 | CW | Review and analyze Cytec Industry's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/17/04 | CW | Update Cytec Industry's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 8/17/04 | CW | Review and analyze Albemarle's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/17/04 | CW | Update Albemarle's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.80 | $275.00 | $220.00 |
| 8/17/04 | CW | Review and analyze Hercules' 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 1.80 | $275.00 | $495.00 |
| 8/18/04 | CW | Review and analyze Hercules' 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 8/18/04 | CW | Update Hercules' historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.70 | $275.00 | $192.50 |
| 8/18/04 | CW | Review and analyze Great Lake Chemicals's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/18/04 | CW | Update Great Lake Chemicals's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 8/18/04 | CW | Review and analyze Crompton's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/18/04 | CW | Update Crompton's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 8/18/04 | CW | Review and analyze PPG Industry's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/18/04 | CW | Update PPG Industry's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.80 | $275.00 | $220.00 |
| 8/18/04 | CW | Review and analyze Cabot's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 8/19/04 | CW | Prepare revenues graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare total assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBITDA graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare gross profit margin receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |

# W.R. Grace                                    Schedule A

### Services Rendered during the Period:  August 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/19/04 | CW | Prepare EBITDA margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBIT margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBITDA-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBIT-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare revenue growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBIT growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBITDA growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare debt-to-equity graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare debt-to-total capital graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/23/04 | CW | Prepare debt-to-EBITDA graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/23/04 | CW | Prepare days receivable graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/23/04 | CW | Prepare inventory turnover graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/23/04 | CW | Prepare quick ratio graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/23/04 | CW | Prepare current ratio graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for WR Grace | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Rohm & Haas | 21 | 0.30 | $275.00 | $82.50 |

# W.R. Grace

**Schedule A**

### Services Rendered during the Period:  August 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Engelhard Corp | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Lubrizol | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Albemarle | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cytec Industries | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Hercules | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Great Lake Chemicals | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Crompton Corp. | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for PPG Industries | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for HB Fuller | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cabot Corp | 21 | 0.30 | $275.00 | $82.50 |
| 8/25/04 | CW | Review WR Grace June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Rohm & Haas June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Engelhard Corp June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Lubrizol June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Cytec Industries June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Albemarle June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Hercules June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Great Lakes Chemical June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Crompton Corp June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review PPG Industries June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/26/04 | CW | Review HB Fuller June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/26/04 | CW | Review Cabot Corp June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| | | | **Sub-Total** | 61.80 | | $16,995.00 |

# W.R. Grace
# Schedule A

**Services Rendered during the Period:  August 1-31, 2004**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Dottie-Jo Collins  -  Manager** | | | | | | |
| 8/31/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 5.00 | $275.00 | $1,375.00 |
| 8/31/04 | DC | Assignment of Monthly Task Codes | 11 | 2.00 | $275.00 | $550.00 |
| | | | **Sub-Total** | 7.00 | | $1,925.00 |
| | | | **TOTAL Schedule A** | 158.80 | | $54,875.00 |

# W.R. Grace                                                                  Schedule B

### Services Rendered during the Period:  August 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/12/04 | MB | Review divestment of Project Elastic presentation provided by debtor in connection with monitoring continuing operations | 01 | 1.70 | $475.00 | $807.50 |
| 8/17/04 | MB | Analyze divestment of Project Elastic for reasonability and develop issues for debtor commentary | 01 | 1.30 | $475.00 | $617.50 |
| 8/18/04 | JS | Review, analyze divestiture bids and terms for Project Elastic for possible objection to court to Motion to divest. | 01 | 1.50 | $475.00 | $712.50 |
| 8/31/04 | MB | Review motion approving Kwelmbs settlement agreement at request of ACC counsel | 01 | 1.60 | $475.00 | $760.00 |
| 8/31/04 | MB | Review settlement agreement and release in connection with assessment of Kwelmbs motion | 01 | 1.50 | $475.00 | $712.50 |
| 8/31/04 | MB | Review supplemental agreement in connection with assessment of Kwelmbs motion | 01 | 0.70 | $475.00 | $332.50 |
| 8/31/04 | MB | Prepare issue list for debtor response pertaining to Kwelmbs settlement | 01 | 1.00 | $475.00 | $475.00 |
| | | **TOTAL  Category 01:  Asset Analysis and Recovery** | | 9.30 | | $4,417.50 |
| 8/12/04 | MB | Review Project Roof acquisition summary provided by debtor | 02 | 1.70 | $475.00 | $807.50 |
| 8/17/04 | MB | Analyze Project Roof acquisition merits and develop issues for debtor commentary | 02 | 1.60 | $475.00 | $760.00 |
| 8/18/04 | JS | Commence review and analysis of Project Roof acquisition for possible objection to court to Motion to acquire. | 02 | 3.00 | $475.00 | $1,425.00 |
| 8/20/04 | JS | Continue review and analysis of Project Roof acquisition for possible objection to court to Motion to acquire. | 02 | 2.10 | $475.00 | $997.50 |
| | | **TOTAL  Category 02:  Asset Disposition** | | 8.40 | | $3,990.00 |
| 8/2/04 | LT | Preparation of memorandum to ACC regarding comments and recommendations for proposed Pension Contribution 9/15/04 | 07 | 0.10 | $500.00 | $50.00 |
| 8/11/04 | LT | Preparation of updated Enterprise Valuation as requested by ACC counsel and ACC | 07 | 1.50 | $500.00 | $750.00 |
| 8/12/04 | LT | Review engagement status of analytical projects in progress for ACC counsel | 07 | 0.50 | $500.00 | $250.00 |
| 8/16/04 | LT | Preparation of memorandum, and related summary exhibits, of 2nd Quarter 2004 operating results for distribution to ACC | 07 | 1.20 | $500.00 | $600.00 |
| | | **TOTAL  Category 07: Committee, Creditors', Noteholders** | | 3.30 | | $1,650.00 |
| 8/2/04 | JS | Review Motion for Pension Funding, develop questions for company in preparation for conference call on 8/2/04 for possible objection to Motion. | 08 | 1.20 | $475.00 | $570.00 |
| 8/2/04 | JS | Conference call with company re Motion for Pension Funding for due diligence for possible objection to Motion. | 08 | 0.80 | $475.00 | $380.00 |
| 8/2/04 | MB | Prepare for conference call with debtor to discuss pension funding motion | 08 | 1.10 | $475.00 | $522.50 |
| 8/2/04 | MB | Participate in conference call with debtor to discuss pension funding motion | 08 | 0.80 | $475.00 | $380.00 |
| 8/2/04 | MB | Summarize findings resulting from conference call with debtor to pension funding motion | 08 | 0.80 | $475.00 | $380.00 |
| 8/2/04 | MB | Review and analyze supplemental supporting pension schedules from debtor | 08 | 2.10 | $475.00 | $997.50 |
| 8/3/04 | MB | Prepare memorandum, and related exhibits, to ACC counsel regarding LTC pension funding contribution recommendation | 08 | 2.80 | $475.00 | $1,330.00 |
| 8/30/04 | JS | Review Motion for Enhanced Severance for possible objection to Motion to court. | 08 | 1.20 | $475.00 | $570.00 |
| 8/31/04 | JS | Continue review of Motion for Enhanced Severance for possible objection to Motion to court. | 08 | 0.70 | $475.00 | $332.50 |
| | | **TOTAL  Category 08:  Employee Benefits/Pension** | | 11.50 | | $5,462.50 |
| 8/30/04 | LT | Review monthly fee application for July 2004 including timekeeper daily entries | 11 | 0.40 | $500.00 | $200.00 |
| 8/31/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 5.00 | $275.00 | $1,375.00 |
| 8/31/04 | DC | Assignment of Monthly Task Codes | 11 | 2.00 | $275.00 | $550.00 |
| | | **TOTAL  Category 11:  Fee Application-Applicant** | | 7.40 | | $2,125.00 |

# W.R. Grace

**Schedule B**

### Services Rendered during the Period: August 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/11/04 | JS | Commence review of 2nd quarter 2004 Executive Summary for valuation and monitoring purposes | 21 | 2.50 | $475.00 | $1,187.50 |
| 8/16/04 | CW | Review and analyze WR Grace's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.60 | $275.00 | $715.00 |
| 8/16/04 | CW | Update WR Grace's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.80 | $275.00 | $220.00 |
| 8/16/04 | CW | Review and analyze Rohm & Haas's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/16/04 | CW | Update Rohm & Haas's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.80 | $275.00 | $220.00 |
| 8/16/04 | CW | Review and analyze Engelhard Corp's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 1.80 | $275.00 | $495.00 |
| 8/17/04 | CW | Review and analyze Engelhard Corp's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 0.70 | $275.00 | $192.50 |
| 8/17/04 | CW | Update Engelhard Corp's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 8/17/04 | CW | Review and analyze Lubrizol Corp's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/17/04 | CW | Update Lubrizol Corp's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.70 | $275.00 | $192.50 |
| 8/17/04 | CW | Review and analyze Cytec Industry's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/17/04 | CW | Update Cytec Industry's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 8/17/04 | CW | Review and analyze Albemarle's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/17/04 | CW | Update Albemarle's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.80 | $275.00 | $220.00 |
| 8/17/04 | CW | Review and analyze Hercules' 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 1.80 | $275.00 | $495.00 |
| 8/18/04 | CW | Review and analyze Hercules' 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 8/18/04 | CW | Update Hercules' historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.70 | $275.00 | $192.50 |
| 8/18/04 | CW | Review and analyze Great Lake Chemicals's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/18/04 | CW | Update Great Lake Chemicals's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 8/18/04 | CW | Review and analyze Crompton's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/18/04 | CW | Update Crompton's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| 8/18/04 | CW | Review and analyze PPG Industry's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.40 | $275.00 | $660.00 |
| 8/18/04 | CW | Update PPG Industry's historical financial statements for LTM 06/30/04 for valuation purposes | 21 | 0.80 | $275.00 | $220.00 |
| 8/18/04 | CW | Review and analyze Cabot's 10Q for the quarter ended June 30, 2004 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 8/19/04 | CW | Prepare revenues graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |

# W.R. Grace
## Schedule B

### Services Rendered during the Period: August 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/19/04 | CW | Prepare total assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBITDA graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare gross profit margin receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBITDA margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBIT margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBITDA-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBIT-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare revenue growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBIT growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare EBITDA growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare debt-to-equity graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/19/04 | CW | Prepare debt-to-total capital graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/20/04 | JS | Review, revise 2nd Quarter 2004 Review to ACC counsel for valuation and monitoring purposes | 21 | 1.50 | $475.00 | $712.50 |
| 8/23/04 | CW | Prepare debt-to-EBITDA graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/23/04 | CW | Prepare days receivable graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/23/04 | CW | Prepare inventory turnover graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/23/04 | CW | Prepare quick ratio graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |

# W.R. Grace                                                            Schedule B

### Services Rendered during the Period:  August 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/23/04 | CW | Prepare current ratio graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $275.00 | $247.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for WR Grace | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Rohm & Haas | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Engelhard Corp | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Lubrizol | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Albemarle | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cytec Industries | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Hercules | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Great Lake Chemicals | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Crompton Corp. | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for PPG Industries | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for HB Fuller | 21 | 0.30 | $275.00 | $82.50 |
| 8/23/04 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cabot Corp | 21 | 0.30 | $275.00 | $82.50 |
| 8/25/04 | CW | Review WR Grace June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Rohm & Haas June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Engelhard Corp June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Lubrizol June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Cytec Industries June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Albemarle June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Hercules June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Great Lakes Chemical June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review Crompton Corp June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/25/04 | CW | Review PPG Industries June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/26/04 | CW | Review HB Fuller June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| 8/26/04 | CW | Review Cabot Corp June 30, 2004 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $275.00 | $192.50 |
| | | **TOTAL  Category 21:  Valuation** | | **65.80** | | **$18,895.00** |

# W.R. Grace

**Schedule B**

### Services Rendered during the Period: August 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/3/04 | MB | Review 7/30/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 8/3/04 | MB | Review Grace's second quarter financial briefing in preparation for conference call with debtor | 26 | 1.80 | $475.00 | $855.00 |
| 8/5/04 | MB | Develop issue list pertaining to second quarter performance for discussion with debtor | 26 | 0.80 | $475.00 | $380.00 |
| 8/5/04 | MB | Participate in conference call with debtor to discuss second quarter operating performance | 26 | 1.30 | $475.00 | $617.50 |
| 8/5/04 | MB | Summarize results of conference call with debtor to discuss second quarter operating results | 26 | 1.10 | $475.00 | $522.50 |
| 8/5/04 | AP | Participated in Grace second quarter review conference calling regarding financial results for the quarter in order to address any questions. The call also partially covered Grace's amended 10K which will be filed to address a change to liabilities. | 26 | 1.40 | $275.00 | $385.00 |
| 8/5/04 | AP | Prepared updates to the Grace Consolidated Income Statement exhibit for the second quarter memo to counsel in order to compare the actual to plan results for the year. | 26 | 0.90 | $275.00 | $247.50 |
| 8/5/04 | AP | Prepared the executive summary and business division outline for the Grace second quarter 2004 summary memo to counsel to determine the appropriate information to include in the memo and the structure of the memo. | 26 | 2.30 | $275.00 | $632.50 |
| 8/5/04 | AP | Prepared the cash flow summary outline for the Grace second quarter 2004 operating review memo to counsel to determine the appropriate information to provide in the memo and how to properly summarize the information. | 26 | 0.80 | $275.00 | $220.00 |
| 8/5/04 | AP | Prepared the executive summary section of the Grace second quarter YTD operating overview memo to counsel to highlight the items that mainly accounted for the strong Company performance during the quarter and YTD. | 26 | 0.50 | $275.00 | $137.50 |
| 8/6/04 | AP | Prepared the consolidated operating performance section of the Grace second quarter summary memo to counsel to describe the company's performance YTD and any material changes within the business. | 26 | 2.50 | $275.00 | $687.50 |
| 8/6/04 | AP | Prepared the Davison Chemicals section of the second quarter operating results memo to counsel to discuss how the business and product lines performed YTD. | 26 | 0.80 | $275.00 | $220.00 |
| 8/6/04 | AP | Prepared the Performance Chemicals section of the second quarter operating results memo to counsel to discuss how the business and product lines performed YTD. | 26 | 0.70 | $275.00 | $192.50 |
| 8/6/04 | AP | Prepared the cash flow and other items section of the Grace second quarter operating review memo to counsel to describe the changes in cash flow and impact of other items YTD. | 26 | 0.70 | $275.00 | $192.50 |
| 8/9/04 | MB | Review 8/6/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 8/9/04 | AP | Prepared updates to the Grace second quarter 2004 memo to counsel to clarify the consolidated operating performance of the company and the reasons highlighted by the company's management regarding the results. | 26 | 1.40 | $275.00 | $385.00 |
| 8/10/04 | AP | Prepared variances for both the Davison and Performance Chemical business segments to understand the impact of each specific reason for the year-over-year change in performance and provide the detail in the summary memo to counsel. | 26 | 1.50 | $275.00 | $412.50 |
| 8/11/04 | AP | Prepared updates to the Grace second quarter memo to counsel to provide additional detail on the intercompany loan and the accounting change impact on the company. | 26 | 1.90 | $275.00 | $522.50 |
| 8/13/04 | MB | Review memorandum summarizing second quarter operating results for submission to ACC counsel | 26 | 1.50 | $475.00 | $712.50 |
| 8/13/04 | MB | Review financial statements and accompanying notes to second quarter 10Q report in connection with monitoring continuing operations | 26 | 2.00 | $475.00 | $950.00 |
| 8/16/04 | MB | Review re-filed 10Q and 10K reports to assess impact of restatements on operations | 26 | 2.00 | $475.00 | $950.00 |
| 8/16/04 | MB | Review MD&A section to second quarter 10Q report in connection with monitoring continuing operations | 26 | 1.70 | $475.00 | $807.50 |
| 8/16/04 | MB | Review 8/13/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 8/16/04 | AP | Prepared additional section of the Grace Q2 summary memo to counsel to detail the recent company filing of amended 10Q and 10K to explain the error that the company had recognized and the impact that the adjustment will have on the financial statements. | 26 | 1.30 | $275.00 | $357.50 |

# W.R. Grace

**Schedule B**

### Services Rendered during the Period: August 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/17/04 | CC | Summarize results of SEC database research, and prepare schedule for review by counsel | 26 | 0.60 | $365.00 | $219.00 |
| 8/17/04 | AP | Prepared updates to the Grace second quarter memo to prepare an introduction to the memo which describes the performance at the highest level and provides additional detail regarding the anticipated performance for the remainder of 2004. | 26 | 2.40 | $275.00 | $660.00 |
| 8/17/04 | AP | Prepared updates to the Grace Q2 review to consolidate the bullets points provided and reviewed the additional Grace management materials to determine the magnitude of the items associated with the change in performance relative to plan. | 26 | 2.40 | $275.00 | $660.00 |
| 8/18/04 | AP | Prepared final edits to the Grace second quarter exhibits to supplement the summary memo in order to clarify some of the line items used in the exhibits. | 26 | 1.20 | $275.00 | $330.00 |
| 8/24/04 | JS | Review quarterly report and compare information on asbestos liabilities and EPA case in Libby Montana | 26 | 1.30 | $475.00 | $617.50 |
| 8/27/04 | MB | Review 8/20/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 8/30/04 | LT | Review engagement status | 26 | 0.50 | $500.00 | $250.00 |
| 8/30/04 | MB | Review account status, open issues and calendar for engagement status and planning | 26 | 1.30 | $475.00 | $617.50 |
| 8/31/04 | MB | Review 8/27/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| | | **TOTAL Category 26: Business Analysis** | | 40.10 | | $14,454.00 |
| 8/5/04 | AP | Reviewed sales versus plan and the impact of currency translation effects prior to the second quarter review call in order to understand the impact of currency during the quarter and whether the business units are outperforming plan. | 28 | 1.50 | $275.00 | $412.50 |
| 8/5/04 | AP | Reviewed management's summary overview of the Grace second quarter and year-to-date results to understand the nuances of the Company's performance and any issues that they felt impacted results during the second quarter. | 28 | 1.00 | $275.00 | $275.00 |
| 8/10/04 | AP | Reviewed notes to the Grace Q2 10Q regarding the plan of reorganization and how the company is going about the process of creating the plan. | 28 | 0.90 | $275.00 | $247.50 |
| 8/10/04 | AP | Reviewed the notes to the Grace Q2 10Q regarding the performance of Davison Chemicals in order to understand results and prepare the Q2 summary memo for counsel. | 28 | 1.20 | $275.00 | $330.00 |
| 8/10/04 | AP | Reviewed the notes to the Grace Q2 10Q regarding the performance of Performance Chemicals in order to understand results and prepare the Q2 summary memo for counsel. | 28 | 1.40 | $275.00 | $385.00 |
| 8/10/04 | AP | Reviewed the notes to the Grace Q2 10Q regarding the liabilities subject to compromise in order to understand the magnitude of these items and the impact that these creditor groups could have on the claims recovery process. | 28 | 1.80 | $275.00 | $495.00 |
| 8/10/04 | AP | Reviewed Grace's consolidated financial statements from the Q2 10Q to understand year-over-year performance and interpret the results relative to the 2004 plan. | 28 | 1.80 | $275.00 | $495.00 |
| 8/17/04 | CC | Conduct SEC research per special request from counsel; analyze SEC forms 13F, 13D, 3 and 4 filed for 2004; highlighting holders of equity in WR Grace and other issues | 28 | 1.70 | $365.00 | $620.50 |
| 8/17/04 | CC | Conduct SEC research per special request from counsel; analyze SEC forms 13F, 13D, 3 and 4 filed for 2003; highlighting holders of equity in WR Grace and other issues | 28 | 1.70 | $365.00 | $620.50 |
| | | **TOTAL Category 28: Data Analysis** | | 13.00 | | $3,881.00 |
| | | **TOTAL Schedule B** | | 158.80 | | $54,875.00 |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Telephone | $27.37 |
| Xerox  ( 588 @ $0.10 per page) | $58.80 |
| **Total Expenses incurred from    August 1-31, 2004** | $86.17 |